| | |
|---|---|
| 1 | Rosemary M. Rivas (State Bar No. 209147) |
| | Email: rrivas@zlk.com |
| 2 | Quentin A. Roberts (State Bar No. 306687) |
| | Email: qroberts@zlk.com |
| 3 | **LEVI & KORSINSKY, LLP** |
| | 44 Montgomery Street, Suite 650 |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 291-2420 |
| 5 | Facsimile: (415) 484-1294 |

**LEVI & KORSINSKY, LLP**
Courtney E. Maccarone (admitted *pro hac vice*)
cmaccarone@zlk.com
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Attorneys for Plaintiff Barbara Vance-Guerbe*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF ROSEMARY M. RIVAS FOR PLAINTIFF BARBARA VANCE-GUERBE** |
| ALL ACTIONS | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Rosemary M. Rivas of Levi & Korsinsky, LLP, hereby appears on behalf of Plaintiff Barbara Vance-Guerbe in this action.[1] Ms. Rivas is a member of the State Bar of California and admitted to practice in this Court.

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action. Ms. Rivas' contact information is as follows:

**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: 415-291-2420
Facsimile: 415-484-1294
Email: rrivas@zlk.com

Respectfully submitted,

Dated: June 11, 2018     **LEVI & KORSINSKY, LLP**

By: */s/Rosemary M. Rivas*
Rosemary M. Rivas

Quentin A. Roberts
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

**LEVI & KORSINSKY, LLP**
Courtney E. Maccarone (admitted pro hac vice)
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Counsel for Plaintiff Barbara Vance-Guerbe*

---

[1] Plaintiff Barbara Vance-Guerbe filed the action titled *Vance-Guerbe v. Facebook. Inc., et al.*, Case No. 3:18-cv-02987-EDL (N.D. Cal.) on May 21, 2018.