1 | Rosemary M. Rivas (State Bar No. 209147)
  | Email: rrivas@zlk.com
2 | Quentin A. Roberts (State Bar No. 306687)
  | Email: qroberts@zlk.com
3 | **LEVI & KORSINSKY, LLP**
  | 44 Montgomery Street, Suite 650
4 | San Francisco, California 94104
  | Telephone: (415) 291-2420
5 | Facsimile: (415) 484-1294

6 | **LEVI & KORSINSKY, LLP**
  | Courtney E. Maccarone (admitted *pro hac vice*)
7 | cmaccarone@zlk.com
  | 30 Broad Street, 24th Floor
8 | New York, NY 10004
  | Telephone: (212) 363-7500
9 | Facsimile: (212) 363-7171

10 | *Attorneys for Plaintiff Barbara Vance-Guerbe*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
|---|---|
| | Case No. 18-md-02843-VC |
| This document relates to: ALL ACTIONS | **NOTICE OF APPEARANCE OF COURTNEY E. MACCARONE FOR PLAINTIFF BARBARA VANCE-GUERBE** |

Case No. 3:18-md-02843-VC
NOTICE OF APPEARANCE OF COURTNEY E. MACCARONE FOR PLAINTIFF BARBARA VANCE-GUERBE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Courtney E. Maccarone of Levi & Korsinsky, LLP, hereby appears on behalf of Plaintiff Barbara Vance-Guerbe in this action.[1]  Ms. Maccarone is a member of the State Bar of New York and is in good standing in the United States District Court for the Southern District of New York.

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action.  Ms. Maccarone's contact information is as follows:

**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: cmaccarone@zlk.com

Respectfully submitted,

Dated: June 11, 2018                    **LEVI & KORSINSKY, LLP**

By: */s/Courtney e. Maccarone*
Courtney E. Maccarone (admitted *pro hac vice*)
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

**LEVI & KORSINSKY, LLP**
Rosemary M. Rivas
Quentin A. Roberts
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Counsel for Plaintiff Barbara Vance-Guerbe*

---

[1] Plaintiff Barbara Vance-Guerbe filed the action titled *Vance-Guerbe v. Facebook. Inc., et al.*, Case No. 3:18-cv-02987-EDL (N.D. Cal.) on May 21, 2018.