| | |
|---|---|
| 1 | David S. Casey, Jr. (SBN 060768) |
| | *dcasey@cglaw.com* |
| 2 | Gayle M. Blatt (SBN 122048) |
| | *gmb@cglaw.com* |
| 3 | Jeremy Robinson (SBN 188325) |
| 4 | *jrobinson@cglaw.com* |
| | Angela Jae Chun (SBN 248571) |
| 5 | *ajc@cglaw.com* |
| | Alyssa Williams (SBN 310987) |
| 6 | *awilliams@cglaw.com* |
| 7 | **Casey Gerry Schenk** |
| | **Francavilla Blatt & Penfield, LLP** |
| 8 | 110 Laurel Street |
| | San Diego, California 92101 |
| 9 | (619) 238-1811 phone |
| | (619) 544-9232 fax |
| 10 | |
| 11 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | CASE NO. 3:18-md-02843 |
|---|---|
| | Judge: Hon. Vince Chhabria |
| | Dept:   Courtroom 4 |
| | **NOTICE OF APPEARANCE OF GAYLE M. BLATT FOR PLAINTIFF LUCY GERENA** |
| This document relates to: ALL ACTIONS | |

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Gayle M. Blatt, a member of the State Bar of California (SBN 122048), of Casey Gerry Schenk Francavilla Blatt & Penfield LLP, hereby appears as counsel of record for Plaintiff Lucy Gerena in the above-captioned case.

Dated:  June 11, 2018             CASEY GERRY SCHENK
                                  FRANCAVILLA BLATT & PENFIELD, LLP

                                  By:  /s/ Gayle M. Blatt
                                       GAYLE M. BLATT
                                       Attorneys for Plaintiff

16

18-md-02843

NOTICE OF APPEARANCE