NICHOLAS A. CARLIN, CSB #112532
nac@phillaw.com
DAVID M. GIVEN, CSB #142375
dmg@phillaw.com
BRIAN S. CONLON, CSB #303456
bsc@phillaw.com
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA   94129
Telephone:  415-398-0900
Fax:            415-398-0911

Attorneys for Plaintiff Jonathan D. Rubin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No:   Case No. 18-md-02843-VC<br>MDL No. 2843<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF DAVID M. GIVEN FOR PLAINTIFF JONATHAN D. RUBIN** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that David M. Given of Phillips, Erlewine, Given & Carlin LLP appears on behalf of Plaintiff Jonathan D. Rubin in this action. The undersigned requests that he be included via email on the Court's notification of all electronic filings in this action. Mr. Given's contact information is as follows:

David M. Given
Phillips, Erlewine, Given & Carlin LLP
39 Mesa Street, Suite 201
San Francisco, CA  94129
Telephone:  415-398-0900
Fax:  415-398-0911
Email:  dmg@phillaw.com

Dated:  June 12, 2018                             PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP


By:  /s/ David M. Given
     Nicholas A. Carlin
     David M. Given
     Brian S. Conlon
     Attorneys for Plaintiff Jonathan D. Rubin