Norman E. Siegel
(admitted *pro hac vice*)
*siegel@stuevesiegel.com*
Barrett J. Vahle
(admitted *pro hac vice*)
*vahle@stuevesiegel.com*
J. Austin Moore
(admitted *pro hac vice*)
*moore@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

*Counsel for Plaintiff Howard O'Kelly*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>_____<br><br>This document relates to:<br><br>*Howard O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915-EDL | MDL No. 2843<br><br>CASE No. 18-MD-2843-VC<br><br>**NOTICE OF APPEARANCE OF NORMAN E. SIEGEL FOR PLAINTIFF HOWARD O'KELLY** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Norman E. Siegel of Stueve Siegel Hanson LLP, hereby appears on behalf of Plaintiff Howard O'Kelly in this action.[1] Mr.

---

[1] Plaintiff Howard O'Kelly filed the action titled *Howard O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915-EDL (N.D. Cal.) on March 28, 2018.

1  Siegel is a member of the State Bar of Missouri and in good standing in the United
2  States District Court for the Western District of Missouri.
3        The undersigned respectfully requests to be included via e-mail on the
4  Court's notification of all electronic filings in this action. Mr. Siegel's contact
5  information is as follows:

**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
siegel@stuevesiegel.com

Dated:  June 18, 2018             Respectfully submitted,

By:  */s/ Norman E. Siegel*
Norman E. Siegel (admitted *pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
*siegel@stuevesiegel.com*

***Counsel for Plaintiff Howard O'Kelly***