Norman E. Siegel
(admitted *pro hac vice*)
*siegel@stuevesiegel.com*
Barrett J. Vahle
(admitted *pro hac vice*)
*vahle@stuevesiegel.com*
J. Austin Moore
(admitted *pro hac vice*)
*moore@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

*Counsel for Plaintiff Howard O'Kelly*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>―――――――――――――――<br><br>This document relates to:<br><br>*Howard O'Kelly v. Facebook, Inc., et al.,* Case No. 3:18-cv-01915-EDL | MDL No. 2843<br><br>CASE No. 18-MD-2843-VC<br><br>**NOTICE OF APPEARANCE OF BARRETT J. VAHLE FOR PLAINTIFF HOWARD O'KELLY** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Barrett J. Vahle of Stueve Siegel Hanson LLP, hereby appears on behalf of Plaintiff Howard O'Kelly in this action.[1] Mr.

---

[1] Plaintiff Howard O'Kelly filed the action titled *Howard O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915-EDL (N.D. Cal.) on March 28, 2018.

Vahle is a member of the State Bar of Missouri and in good standing in the United States District Court for the Western District of Missouri.

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action. Mr. Vahle's contact information is as follows:

**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
vahle@stuevesiegel.com

Dated: June 18, 2018                           Respectfully submitted,

By: */s/ Barrett J. Vahle*
Barrett J. Vahle (admitted *pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
*vahle@stuevesiegel.com*

***Counsel for Plaintiff Howard O'Kelly***