Norman E. Siegel
(admitted *pro hac vice*)
*siegel@stuevesiegel.com*
Barrett J. Vahle
(admitted *pro hac vice*)
*vahle@stuevesiegel.com*
J. Austin Moore
(admitted *pro hac vice*)
*moore@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

*Counsel for Plaintiff Howard O'Kelly*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>_____<br><br>This document relates to:<br><br>*Howard O'Kelly v. Facebook, Inc., et al.,* Case No. 3:18-cv-01915-EDL | MDL No. 2843<br><br>CASE No. 18-MD-2843-VC<br><br>**NOTICE OF APPEARANCE OF J. AUSTIN MOORE FOR PLAINTIFF HOWARD O'KELLY** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that J. Austin Moore of Stueve Siegel Hanson LLP, hereby appears on behalf of Plaintiff Howard O'Kelly in this action.[1] Mr.

---

[1] Plaintiff Howard O'Kelly filed the action titled *Howard O'Kelly v. Facebook, Inc., et al.,* Case No. 3:18-cv-01915-EDL (N.D. Cal.) on March 28, 2018.

1 Moore is a member of the State Bar of Missouri and in good standing in the United

2 States District Court for the Western District of Missouri.

3       The undersigned respectfully requests to be included via e-mail on the

4 Court's notification of all electronic filings in this action. Mr. Moore's contact

5 information is as follows:

**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
moore@stuevesiegel.com

Dated:  June 18, 2018                    Respectfully submitted,

By:  */s/ J. Austin Moore*
          J. Austin Moore (admitted *pro hac vice*)
          STUEVE SIEGEL HANSON LLP
          460 Nichols Road, Suite 200
          Kansas City, Missouri 64112
          Phone: (816) 714-7100
          Fax: (816) 714-7101
          *moore@stuevesiegel.com*

          ***Counsel for Plaintiff Howard O'Kelly***

NOTICE OF APPEARANCE OF J. AUSTIN MOORE FOR PLAINTIFF HOWARD O'KELLY