James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
jvlahakis@sulaimanlaw.com

*Attorney for Plaintiffs*
*Victor James Comforte, II and*
*Brendan Michael Carr*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION** | MDL No. 2843 |
| | CASE No. 3:18-MD-02843-VC |
| This document related to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS VICTOR JAMES COMFORTE, II AND BRENDAN MICHAEL CARR** |

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that James C. Vlahakis, a member of the State Bar of Illinois (SBN 6230459), of Sulaiman Law Group, Ltd., hereby appears as counsel of record for Plaintiffs Victor James Comforte, II and Brendan Michael Carr in the above-captioned case.

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action. Mr. Vlahakis' contact information is as follows:

**SULAIMAN LAW GROUP, LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: jvlahakis@sulaimanlaw.com

Dated: June 18, 2018                    By: */s/ James C. Vlahakis*
                                             James C. Vlahakis
                                             Sulaiman Law Group, Ltd.
                                             2500 S. Highland Avenue, Suite 200
                                             Lombard, Illinois 60148
                                             Phone: (630) 575-8181
                                             Fax: (630) 575-8188
                                             jvlahakis@sulaimanlaw.com

                                             *Attorney for Plaintiffs*
                                             *Victor James Comforte, II and*
                                             *Brendan Michael Carr*

**Certificate of Service**

I, James C. Vlahakis, hereby certify that on June 18, 2018, I caused to be filed my Notice of Appearance with the Clerk of the Court for the United States District Court for the Northern District of California by using the Court's CM/ECF system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record.

Dated: June 18, 2018                                By: */s/ James C. Vlahakis*
                                                                    James C. Vlahakis