Daniel E. Gustafson
(admitted *pro hac vice*)
Daniel C. Hedlund
(admitted *pro hac vice*)
Joseph C. Bourne (SBN 308196)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
Email: dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        jbourne@gustafsongluek.com

*Attorneys for Plaintiff Scott Schinder*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF DANIEL C. HEDLUND FOR PLAINTIFF SCOTT SCHINDER** |
| ALL ACTIONS | |

1    **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2         PLEASE TAKE NOTICE that Daniel C. Hedlund of Gustafson Gluek PLLC, hereby

3    appears on behalf of Plaintiff Scott Schinder in this action[1].  Mr. Hedlund is a member of the State

4    Bar of Minnesota and is in good standing in the United States District Court for the District of

5    Minnesota.

6         The undersigned respectfully requests to be included via e-mail on the Court's notification

7    of all electronic filings in this action. Mr. Hedlund's contact information is as follows:

8                              Daniel C. Hedlund
                            **Gustafson Gluek PLLC**
9                      120 South Sixth Street, Suite 2600
                            Minneapolis, MN 55402
10                         Telephone: (612) 333-8844
                           Facsimile: (612) 339-6622
11                  E-mails: dhedlund@gustafsongluek.com

12

13                                        *Respectfully submitted,*

14   Dated: June 18, 2018                 By*: /s/Daniel C. Hedlund*
                                          Daniel E. Gustafson (admitted *pro hac vice*)
15                                        Daniel C. Hedlund (admitted *pro hac vice*)
                                          Joseph C. Bourne (SBN 308196)
16                                        **GUSTAFSON GLUEK PLLC**
                                          120 South Sixth Street, Suite 2600
17                                        Minneapolis, MN 55402
                                          Tel: (612) 333-8844
18                                        Fax: (612) 339-6622
                                          Email: dgustafson@gustafsongluek.com
19                                                 dhedlund@gustafsongluek.com
                                                   jbourne@gustafsongluek.com
20
                                          *Counsel for Plaintiff Scott Schinder*
21

22

23

24

25

26

27   _____
     [1] Plaintiff Scott Schinder filed the action titled *Schinder v. Facebook Inc. et al.,* Case No. 3:18-cv-
28   02571-VC (ND Cal.), on May 1, 2018.

---

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on June 18, 2018, I electronically filed the Notice of Appearance with

3

the Clerk of Court using the CM/ECF system, which will send notification of such filing to the

4

CM/ECF participants registered as counsel of record in this action.

5

6

*/s/Daniel C. Hedlund*
Daniel C. Hedlund (admitted *pro hac vice*)

7

**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600

8

Minneapolis, MN 55402
Tel: (612) 333-8844

9

Fax: (612) 339-6622
Email: dhedlund@gustafsongluek.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3-18-MD-02843-VC

NOTICE OF APPEARANCE