Marlon Kimpson
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: mkimpson@motleyrice.com

*Attorney for Plaintiffs Taylor Picha,
Ashley Cashon and Craig Skotnicki*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>CASE NO. 18-md-02843-VC |
| *This Document Related to:*<br><br>*ALL ACTIONS* | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Marlon E. Kimpson of Motley Rice LLC hereby appears on behalf of Plaintiffs Taylor Picha, Ashley Cashon and Craig Skotnicki in this action.[1] Mr. Kimpson is a member of the State Bar of South Carolina and in good standing in the United States District Court for the District of South Carolina.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Mr. Kimpson's contact information is as follows:

> MARLON E. KIMPSON
> MOTLEY RICE LLC
> 28 Bridgeside Boulevard
> Mount Pleasant, SC 29464
> Telephone: (843) 216-9000
> Facsimile: (843) 216-9450
> mkimpson@motleyrice.com

Dated this 19th day of June, 2018.

> Respectfully Submitted,
>
> By: */s/ Marlon E. Kimpson*
> Marlon E. Kimpson
> MOTLEY RICE LLC
> 28 Bridgeside Boulevard
> Mount Pleasant, SC 29464
> Telephone: (843) 216-9000
> Facsimile: (843) 216-9450
> Email: mkimpson@motleyrice.com
>
> *Attorney for Plaintiffs Taylor Picha, Ashley Cashon and Craig Skotnicki*

---

[1] Plaintiff Craig Skotnicki filed the action titled *Craig Skotnicki v. Facebook, Inc., et al.*, Case No. 1:18-cv-00655-UNA (D. Del.) on April 30, 2018. Plaintiffs Taylor Picha and Ashley Cannon filed the Amended Complaint in the action titled *Taylor Picha et al. v. Facebook, Inc., et al.*, Case No. 3:18-CV-02090-VC (N.D. Cal.) on April 27, 2018.

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
CASE NO. 18-md-02843-VC