Christopher Springer (291180)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497
cspringer@kellerrohrback.com

Lynn Lincoln Sarko, PHV
Gretchen Freeman Cappio, PHV
Cari Campen Laufenberg, PHV
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

*Attorneys for Plaintiff Suzie Haslinger*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br><br> Case No. 18-md-02843-VC <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |
| This document relates to: <br><br> ALL ACTIONS | |

NOTICE OF APPEARANCE -
MDL NO. 2843

PLEASE TAKE NOTICE that Derek Loeser of Keller Rohrback LLP hereby appears on behalf of Plaintiff Suzie Haslinger in this action.[1] Mr. Loeser is a member of the State Bar of Washington and in good standing in the United States District Courts for the Western and Eastern Districts of Washington.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Mr. Loeser's contact information is as follows:

Derek W. Loeser
Keller Rohrback LLP
1201 Third Avenue
Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: dloeser@kellerrohrback.com

DATED this 19th day of June, 2018.

KELLER ROHRBACK L.L.P.

By  /s/ *Derek W. Loeser*

Lynn Lincoln Sarko, *pro hac vice*
Gretchen Freeman Cappio, *pro hac vice*
Derek W. Loeser, *pro hac vice*
Cari Campen Laufenberg, *pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com

***Attorneys for Plaintiff Suzie Haslinger***

---

[1] Plaintiff Suzie Haslinger filed the action titled *Haslinger v. Facebook, Inc. et al.*, Case No. 3:18-cv-01984-VC (ND Cal.), on March 30, 2018.