**FREEDMAN BOYD HOLLANDER**
**GOLDBERG URIAS & WARD P.A.**

20 FIRST PLAZA, SUITE 700
ALBUQUERQUE, NM 87102
505.842.9960

JOSEPH GOLDBERG
505-244-7520
JG@FBDLAW.COM

June 21, 2018

<u>Via CM/ECF</u>

The Honorable Vince Chhabria
United States District Court
San Francisco Courthouse, Courtroom 4 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *In re Facebook, Inc., Consumer Privacy User Profile Litigation*, MDL No. 2843

Dear Judge Chhabria:

    I write this letter in support of the application of Dan Hedlund for a leadership position in this case. This case promises to be complex litigation. As Your Honor is aware, very few of these cases actually go to trial. Nevertheless, they need to be litigated with trial in mind. Only in that way will the case be prepared fully, carefully, and efficiently.

    Unfortunately, very few lawyers actually have the experience of trying these very complex cases. I have been fortunate to have tried a number of them and I have done several trials with Mr. Hedlund's office. I have come to know Dan Hedlund and his office very well and can attest that they have the skill, experience, and heart to do an excellent job in uncovering the facts, turning the facts into evidence, and presenting the evidence in a fair and compelling manner. And, they do so with efficiency and professionalism. These are excellent credentials for a leadership position.

    I hope this information is helpful to Your Honor in this important decision.

                                              Respectfully submitted,

                                              Joseph Goldberg

JG/sdr