

Carney Bates & Pulliam, PLLC represents clients in complex litigation across the country. For a complete firm résumé, please visit www.cbplaw.com/firm-resume.

**Representative Cases**

*Williams v. State Farm Mutual Automobile Insurance Company*, **4:11-cv-00749-KGB (E.D. Ark.)**: Co-Lead Counsel, settlement of $21.7 million with 7,635 individuals receiving 100% recovery plus 6 percent prejudgment interest while releasing no claims or rights (other than named plaintiffs).

*Ebarle, et al. v. LifeLock, Inc.*, **3:15-cv-00258 (N.D. Cal.)**: Co-Lead Counsel in a class action on behalf of customers of the identity theft protection service, arising from claims of misrepresentation, failed to alert customers on a timely basis of potential identity theft, and failed to safeguard data properly. A nationwide settlement of $68 million was granted final approval in September 2016.

*Matthew Campbell, et al. v. Facebook, Inc.*, **4:13-cv-05996-PJH (N.D. Cal.)**: Co-Lead Counsel in a class action involving allegations of email interception and violations of federal anti-wiretapping laws. Final approval of an injunctive relief settlement, securing disclosures and limitations on Facebook's interception and use of private message content, was granted on August 18, 2017.

*Daniel Matera, et al. v. Google, Inc.*, **5:15-cv-04062-LHK (N.D. Cal.)**: Co-Lead Counsel in a class action involving allegations of email interception and violation of state and federal anti-wiretapping laws. A settlement, requiring Google to stop using content derived from email transmissions for user profiling and targeted advertising, was granted preliminary approval on August 31, 2017.

*In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, **1:14-md-02583-TWT (N.D. Ga.)**: Appointed to the Plaintiffs' Steering Committee in an MDL class action brought on behalf of injured financial institutions in the wake of a massive retailer data breach. A settlement, with a common fund of $25 million and an additional fund of $2.25 million for distribution to financial institutions whose claims were purportedly released by third-party sponsors, was granted final approval on September 22, 2017.

*In re: Target Corporation Customer Data Security Breach Litigation*, **0:14-cmd-02522-PAM-JJK (D. Minn.)**: Counsel for the Lead Plaintiff, successfully representing Umpqua Bank and a class of financial institution plaintiffs over injuries suffered from one of the largest data breaches in history. A settlement, valued at $39.4 million, was granted final approval by the Court on May 12, 2016.

*Michael Levine, et al. v. Sony Pictures Entertainment, Inc.*, **2:14-cv-09687-RGK-SH (C.D. Cal.)**: Co-Counsel in a class action on behalf of Sony employees whose personal information was compromised in a data breach. Settlement establishing a non-reversionary cash fund of $2 million for class members' identity theft protection costs, and additional $2.5 million for identity theft losses, granted final approval April 6, 2016.

*Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corporation*, **1:16-cv-00789-TWP-MPB (S.D. Ind.)**: Lead Counsel, representing a class of pharmacies in a Telephone Consumer Protection Act litigation resulting in a $17 million settlement, which was granted final approval on September 21, 2017.

***Wayne Miner et al. v. Philip Morris USA Inc.*, Circuit Court of Pulaski County, Arkansas, Case No. 60CV-03-4661**: Co-counsel in action brought on behalf of Arkansas smokers over claims that the defendant misrepresented the safety of its "light" cigarette products, settling in 2016 for $45 million.

***In re Bank of America Credit Protection Marketing & Sales Practices Litig.*, 11-md-2269-THE (N.D. Cal.)**: Member of Plaintiffs' Executive Committee; $20 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.

***In re DQE, Inc. Securities Litigation*, 01-1851 (W.D. Pa.) Case No.**: Co-Lead Counsel; $12 million settlement of class action alleging violation of federal securities fraud laws.

***Esslinger v. HSBC Bank Nevada*, 2:10-cv-03213-BMS (E.D. Pa.)**: Co-Lead Counsel; $23.5 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.

***Kardonick v. JPMorganChase*, 1:10-cv-23235-WMH (S.D. Fla.)**: Co-Lead Counsel; $20 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.

***In re Lernout & Hauspie Securities Litigation*, No. 00-CV-11589-PBS (D. Mass.)**: Co-Lead Counsel; $115 million settlement of class action alleging violation of federal securities fraud laws.

***Mississippi Public Employees Retirement System v. Semtech Corp. et al.*, 07-Civ-7183-DC (S.D.N.Y.)**: Co-Lead Counsel; $20 million settlement of class action alleging violation of federal securities fraud laws.

***Spinelli v. Capital One Bank (USA), et al.*, 8:08-cv-132-T-33EAJ (M.D. Fla.)**: Co-Lead Counsel; $100 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.

***In re Ashanti Goldfields Securities Litigation*, CV-00-0717 (E.D.N.Y.):** Co-Lead Counsel; $15 million settlement of class action alleging violation of federal securities fraud laws.

***In re Sterling Financial Corporation Securities Class Action*, CV 07-2171 (S.D.N.Y.)**: Co-Lead Counsel, $10.25 million settlement of class action alleging violation of federal securities fraud laws.

***Nelson v. Wal-Mart Stores, Inc.*, 04-cv-00171 (E.D. Ark.)**: Co-Lead Counsel; class action settlement securing $17.5 million in recovery, as well as significant changes to Wal-Mart's hiring policies and four years of court supervision of the settlement terms.

***The Quapaw Tribe of Oklahoma v. Blue Tee Corp.*, 03-cv-0846-CVE-PJC (N.D. Okla.)**: Co-Lead Counsel; $11.5 million settlement from Asarco, LLC arising from lead and zinc mining waste; confidential settlements with four other companies.

***In re Nationwide Financial Services Litigation,* 08-CV-00249 (S.D. Ohio)**: Co-Lead Counsel; settlement on behalf of shareholders in "change-of-control" transaction achieving $5.05 per share increase in offer price with total value to shareholders of $232.8 million.

***In re Liberty Refund Anticipation Loan Litig.*, 1:12-cv-02949 (N.D. Ill.)**: Co-Lead Counsel; $5.3 million settlement related to deceptive, fraudulent, and unlawful business practices associated with Refund Anticipation Loans.

***State of New Mexico v. Discover Financial Services, Inc., et al.,* 1:13-cv-00503 (D.N.M.):** Co-Lead Counsel; $2.15 million settlement for deceptive marketing of payment protection to credit card consumers.

***State of New Mexico v. JPMorgan Chase & Co., et al.,* 1:13-cv-00472 (D.N.M.):** Co-Lead Counsel; $2.15 million settlement of claims of deceptive marketing of payment protection plans to credit card consumers.