# EXHIBIT A



### Christopher A. Seeger

| | |
|---|---|
| *Position*: | Founding Member and Co-Managing Partner |
| *Admissions*: | New Jersey; New York; D.N.J.; S.D.N.Y.; E.D.N.Y.; D. Colo. |
| *Education*: | Hunter College of the City University of New York (B.A., *summa cum laude*); Benjamin N. Cardozo School of Law (J.D., *magna cum laude*), Managing Editor, *Cardozo Law Review* |
| *Awards*: | Hunter College Hall of Fame, 2007; Cardozo Alumnus of the Year, 2009; Law Dragon 500, 2007-2017; Best Lawyers in America, 2006-2015; New York Super Lawyers, 2006-2017; New Jersey Super Lawyers, 2006-2017 |
| *Member*: | American Law Institute; The Association of the Bar of the City of New York; New Jersey State Bar Association; American Bar Association; American Association for Justice, Trial Lawyers for Public Justice; Fellow, American Bar Foundation |
| *Boards*: | Duke Law School, Center for Judicial Studies; New York University, Civil Justice Center; Editorial Board, Standards and Best Practices for Large and Mass-Tort MDLs (Duke Law Center for Judicial Studies, December 2014) |
| *Practices*: | Products Liability; Mass Torts; Class Actions; Consumer Fraud; Antitrust; Insurance |

**Representative MDL Leadership Roles**

- *In re Intel Corp. CPU Mktg., Sales Practices and Prods. Liab. Litig.*, MDL 2828 (D. Oregon): Co-Lead Counsel prosecuting fraud, product defect and related claims.

- *In re Nat'l Prescription Opiate Litig.,* MDL No. 2804 (N.D. Ohio): Plaintiffs' Executive and Settlement Committee prosecuting negligence, fraud, and related claims.

- *In re Syngenta AG MIR 162 Corn Litig.*, MDL No. 2591 (D. Kan.): Plaintiffs' Settlement Negotiating Committee & principal negotiator. $1.5 billion nationwide settlement.

- *In re Proton-Pump Inhibitor Prods. Liab. Litig. (No. II)*, MDL No. 2789 (D.N.J.): Co-Lead Counsel representing individuals injured by gastric acid reduction drugs.

- *In re FieldTurf Artificial Turf Mktg. and Sales Practices Litig.*, MDL No. 2779 (D.N.J.): Co-Lead Counsel prosecuting fraud, product defect and related claims.

- *In re Volkswagen "Clean Diesel" Mktg., Sales Practices & Prods. Liab. Litig.*, MDL No. 2672 (N.D. Cal.): Plaintiffs' Steering Committee member (and member of the Settlement Committee and the Discovery and Trial Committee). Over $20 billion settlement on behalf of over 500,000 plaintiffs.

- *In re: Invokana Prods. Liab. Litig.*, MDL No. 2750 (D.N.J.):  Co-Lead Counsel representing individuals injured by diabetes medication.
- *In re Testosterone Replacement Therapy Prods. Liab. Litig*., MDL No. 2545 (N.D. Ill.):  Co-Lead Counsel & lead trial counsel representing individuals injured by testosterone medication.
- *In re Fresenius Granuflo/Naturalyte Dialysate Prods. Liab. Litig*., MDL No. 2428 (D. Mass.): Plaintiffs' Executive Committee.  Scheduled to lead the first bellwether trial in 2016; claims settled prior to trial.
- *In re NFL Players' Concussion Injury Litig*., MDL No. 2323 (E.D. Pa.):  Co-Lead Counsel & chief negotiator. Over $1 billion uncapped settlement fund plus medical testing program on behalf of over 20,000 plaintiffs.
- *In re Vioxx Prods. Liab. Litig.,* MDL No. 1657 (E.D. La.):  Co-Lead Counsel. $4.85 billion global settlement on behalf of more than 45,000 plaintiffs in approximately 27,000 claims.
- *In re Chinese-Manufactured Drywall Prods. Liab. Litig*., MDL No. 2047 (E.D. La.):  Lead Trial Counsel & Trial Committee Chair.  Over $1 billion settlement on behalf of nearly 5,000 plaintiffs.
- *In re Zyprexa Prods. Liab. Litig*., MDL No. 1596 (E.D.N.Y.):  Liaison Counsel. $700 million first-round settlement and $500 million second-round settlement.
- *In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Prods. Multidistrict Litig.*, MDL No. 2197 (N.D. Ohio):  Executive Committee. $2.5 billion settlement.
- *In re Yasmin and YAZ Marketing, Sales Practices and Prods. Liab. Litig*., MDL No. 2100 (S.D. Ill.):  Plaintiffs' Steering Committee member appointed by the Hon. David Herndon.  Mr. Seeger negotiated early settlements that led to the creation of nationwide settlement program.
- *In re Gadolinium Contrast Dyes Prods. Liab. Litig*., MDL No. 1909 (N.D. Ohio):  Plaintiffs' Steering and Executive Committees member appointed by the Hon. Dan Aaron Polster.
- *In re Rezulin Prods. Liab. Litig*., MDL No. 1348 (S.D.N.Y.):  Plaintiffs' Steering Committee. Lead trial counsel in the first New York trial, obtaining a $2 million verdict.  Mr. Seeger also served on the state court Plaintiffs' Steering Committees in New Jersey and New York.  Reached global settlement with Pfizer.
- *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, MDL No. 1407 (W.D. Wa.):  Executive Committee. Approximately $428 million settlement on behalf of plaintiffs.

**Representative Publications and Presentations**

- *Mass Torts and Multi-District Litigation*, Panelist (NYU Center for Civil Justice, 2016)
- *Bench-Bar Academy* and *Multi-District Litigation Institute*, Panelist (Duke Law School and Center for Judicial Studies, 2013-2015)
- *Administrative Housekeeping and Ethical Matters in Mass Tort MDLs and Class Actions*, Sedona Conf. J., Fall 2012 (with David Buchanan and James O'Brien)