# EXHIBIT B

**COUNSEL SUPPORTING APPOINTMENT OF CHRISTOPHER A. SEEGER**

| Attorney Name | Firm Name and Address | Case |
|---|---|---|
| Michael J. Flannery | **Cuneo Gilbert & LaDuca, LLP**<br>7733 Forsyth Boulevard<br>Suite 1675<br>St. Louis, MO  63105 | O'Hara, et al., v. Facebook, Inc., et al., .18-cv-00571 (awaiting new case number) |
| Derek Loeser | **Keller Rohrback L.L.P.**<br>120 Third Ave., Suite 3200<br>Seattle, WA 98101-3052 | Haslinger v. Facebook, Inc. et al., 3:18-cv-01984 |
| Lesly E. Weaver | **Bleichmar Fonti & Auld LLP**<br>555 12th St., Suite 1600<br>Oakland, CA 94607 | Price v. Facebook, Inc. et al., 3:18-cv-01732 |
| Timothy G. Blood | **Blood Hurst & O'Rearden, LLC**<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101 | Iron Wing et al., v. Facebook, Inc., 3:18-cv-02122 |
| Ben Barnow | **Barnow and Associates, P.C.**<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602 | Iron Wing et al., v. Facebook, Inc., 3:18-cv-02122 |
| Gayle M. Blatt | **Casey Gerry Schenk Francavilla Blatt & Penfield, LLP**<br>110 Laurel St.<br>San Diego, CA 92101 | Gerena v. Facebook, Inc., 3:18-cv-02201 |
| Eric H. Gibbs | **Gibbs Law Group LLP**<br>505 14th Street, Ste. 1110<br>Oakland, CA 94612 | King v. Facebook, Inc. et al., 3:18-cv-02276- |

| Attorney Name | Firm Name and Address | Case |
|---|---|---|
| James E. Cecchi | **Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739 | Malskoff et al., v. Facebook, Inc. et al., 3:18-cv-03393 |
| Michael Sobol | **Lieff Cabraser Heimann & Bernstein, LLP**<br>275 Battery St., 29th Fl.<br>San Francisco, CA 94111 | Beiner v. Facebook, et al., 3:18-cv-01953 |
| Jodi Westbrook Flowers | **Motley Rice**<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464 | Picha v. Facebook Inc. et al., 3:18-cv-02090 |
| Steve W. Berman | **Hagens Berman Sobol Shapiro LLP**<br>1918 Eighth Ave., Suite 3300<br>Seattle, WA 98101 | Johnson et al., v. Facebook, Inc., 3:18-cv-02127 |