# EXHIBIT B

Other counsel supporting Robert Ruyak for lead counsel in *In re: Facebook, Inc.'s Consumer Privacy User Profile Litigation.*

1. Matthew Sobol
   Nicholas Diamand
   Lieff Cabraser Heimann & Bernstein, LLP
   (Counsel to Plaintiffs Theresa Beiner (18-1953) and Brandon Haubert (18-1953))

2. Jodi Westbrook Flowers
   Marlon E. Kimpson
   Motley Rice LLC
   (Counsel to Plaintiffs Taylor Picha (18-02090), Ashley Cashon (18-02090), and Craig Skotnicki (18-00655, D. Del.))

3. Tina Wolfson
   Ahdoot & Wolfson APC
   (Counsel to Plaintiff Audrey Diaz Sanchez (18-2381))

4. Christopher P. Simon
   Cross & Simon LLC
   (Counsel to Plaintiff Craig Skotnicki (18-00655, D. Del.), and counsel to Plaintiffs Ben Redmond, et al. (18-00531, D. Del))

5. Richard W. Fields
   Fields PLLC
   (co-counsel with Mr. Ruyak to Plaintiffs Ben Redmond, et al. (18-00531, D. Del))

6. Matthew Jury
   McCue & Partners, LLP
   (co-counsel with Mr. Ruyak to Plaintiffs Ben Redmond, et al. (18-00531, D. Del))