William H. Murphy III
(admitted *pro hac vice*)
*hassan.murphy@murphyfalcon.com*
William D. Zerhouni
(admitted *pro hac vice*)
*will.zerhouni@murphyfalcon.com*
Jessica H. Meeder
(admitted *pro hac vice*)
*jessica.meeder@murphyfalcon.com*
MURPHY, FALCON & MURPHY
One South Street, Suite 2300
Baltimore, Maryland 21202
(410) 951-8744
(410) 539-6599 fax

*Counsel for Plaintiff Elaine Pelc*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | * | MDL No. 2843 |
| | * | CASE No. 3:18-md-02843-VC |
| This document relates to: | * | NOTICE OF APPEARANCE OF WILLIAM H. MURPHY III FOR PLAINTIFF ELAINE PELC |
| | * | |
| *Elaine Pelc v. Facebook, Inc. et al.,* Case No. 3:18-cv-02948-VC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that William H. Murphy III of Murphy, Falcon & Murphy, hereby appears on behalf of Plaintiff Elaine Pelc in this action.[1]  Mr. Murphy is a member of the State Bar of Maryland and in good standing in the United States District Court for the District of Maryland.

---

[1] Plaintiff Elaine Pelc filed the action titled *Elaine Pelc v. Facebook, Inc., et al.,* Case No. 3:18-cv-02948-VC (N.D. Cal.) on May 18, 2018.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Mr. Murphy's contact information is as follows:

**MURPHY, FALCON & MURPHY**
One South Street, Suite 2300
Baltimore, Maryland 21202
(410) 951-8744
(410) 539-6599 fax
*hassan.murphy@murphyfalcon.com*

Dated: June 21, 2018                              Respectfully submitted,

By: */s/* William H. Murphy III
William H. Murphy (Fed. Bar No. 30126)
MURPHY, FALCON & MURPHY
One South Street, Suite 2300
Baltimore, Maryland 21202
(410) 951-8744
(410) 539-6599 fax
*hassan.murphy@murphyfalcon.com*

*Attorney for Elaine Pelc*
Case No. 3:18-cv-02948-VC (N.D. Cal.)