**WILLIAM H. MURPHY III**
Murphy, Falcon & Murphy
*Complete curriculum vitae and profiles available at www.murphyfalcon.com*

| | |
|---|---|
| **EDUCATION:** | **Georgetown University Law Center**, J.D. 1994 |
| | **Williams College**, B.A. Political Science 1990 |
| | |
| **PROFILE:** | Mr. Murphy is the managing partner of Murphy, Falcon & Murphy, a position he has held since 1999. Before joining Murphy, Falcon & Murphy, he was an associate at Curtis, Mallet-Provost, Colt and Mosle in New York, where he specialized in mergers and acquisitions, corporate finance, and bankruptcy. As a result of his leadership Murphy, Falcon & Murphy has become a premier boutique law firm with a reputation for creative litigation strategies that are backed by aggressive representation. Mr. Murphy has been named National Trial Lawyer of the Year by Trial Lawyers for Public Justice, Top 100 Black Lawyers in America and one of the top 100 Most Influential Marylanders. He has also served on the Board of Governors and as an officer of the Maryland Association for Justice. In addition to his peer recognized legal achievements, Mr. Murphy is active on several Boards, including the Monumental City Bar Foundation, the University of Maryland School of Law Board of Visitors, University System of Maryland Foundation, and Network for Teaching Entrepreneurship. |
| **CLASS ACTION EXPERIENCE:** | Mr. Murphy has significant complex litigation experience representing clients in nationwide class actions, as both defense and plaintiffs' counsel, with a stellar track record of settlements and verdicts in a broad spectrum of cases, including fraud, negligence, gross negligence, False Claims Act, fraudulent marketing and advertising, and civil rights. Mr. Murphy is currently on the Plaintiffs Steering Committee in <u>In Re Equifax, Inc., Customer Data Security Breach Litigation</u>, MDL No. 2800 (N.D. Ga.), Lead Plaintiffs' Counsel in <u>Fallows, et al. v. St. Joseph Medical Center, Inc.</u> (2014) (Circuit Court for Baltimore City, Maryland), a certified class action on behalf of patients who had unnecessary stents placed by Dr. Mark Midei; settlement counsel for Defendant in <u>Do Right's Plant Growers, et al. v. RSM Equico, Inc., et al.</u> (2011) (Superior Court for Orange County, California); Lead Plaintiff's Counsel in <u>Queen v. Constellation Power Source Generation, Inc.</u> (2009) (Circuit Court for Baltimore City, Maryland), a groundwater contamination case; counsel for defendant in <u>Billieson, et al. v. Scottsdale Ins. and Hous. Auth. of New Orleans</u> (2007) (Civil District Court for the Parish of Orleans, Louisiana), a $5 billion class action brought against defendants by 2,400 children injured by lead paint; counsel for defendant in <u>In re H&R Block, Inc., Express IRA Marketing Litigation</u> (2006) (United States District Court, Western District of Missouri); national coordinating counsel for defendant in H&R Block Refund Anticipation Loan Litigation (2003) (nationwide), that included two national class actions and four state-class actions where he successfully litigated and resolved all cases; counsel for Defendant in <u>People of the State of New York, by the Attorney General v. H&R Block, Inc., et al.</u> (2006) (Supreme Court of New York City, New York), a parens patriae action brought by the Attorney |

**WILLIAM H. MURPHY III**
Murphy, Falcon & Murphy
*Complete curriculum vitae and profiles available at www.murphyfalcon.com*

General of the State of New York for fraudulent and deceptive practices; Counsel for defendant McNulty, et al. v. H&R Block, Inc., et al. (2002) (Court of Common Pleas of Lackawanna County, Commonwealth of Pennsylvania), settling a statewide class action based on electronic filing fees charged to consumers; counsel for Defendant in Lynne A. Carnegie, et al. v. H&R Block, Inc., et al. (2003) (United States District Court, Northern District of Illinois), settling a nationwide class action alleging violations of the Truth in Lending Act and the Racketeer Influenced and Corrupt Organizations Act; counsel for defendant in Cummins, et al. v. H&R Block, Inc., et al. (2003) (Circuit Court of Kanawha County, West Virginia), settling a nationwide class action based on H&R Block's Refund Anticipation Loan product. Mr. Murphy, along with Paul Hastings, LLP, also successfully defended the Microsoft Corporation in two separate $5 billion race discrimination class action cases brought by Willie Gary and Johnnie Cochran, respectively, resulting in the dismissal of the class allegations in the first case and denial of class certification in the second case.

**FIRM HONORS AND ACCOMPLISHMENTS:**

Murphy, Falcon & Murphy is an African-American-owned firm featuring an ethnically diverse group of elite trial lawyers. It has represented both plaintiffs and defendants in litigation involving some of the largest corporations in the country, achieving notable results in complex, high-profile cases. Murphy, Falcon & Murphy has a unique track record of successes with over $850,000,000 million in verdicts and settlements, including: a $276 million settlement in a commercial litigation bank fraud case; a $185 million settlement against Ernst & Young; a $54 million settlement in an environmental torts case; a $50 million class action settlement from a Baltimore-area hospital for unnecessary stent procedures; a $44 million civil rights verdict on behalf of a man paralyzed by an altercation with police; a $41.5 million class action commercial litigation settlement involving fraud and breach of contract; a $34.4 million verdict on behalf of restaurant workers who suffered brain damage from Carbon Monoxide poisoning; a $33.6 million civil rights judgment for an NFL player defrauded by investors; and a $6.4 million civil rights settlement in the Freddie Gray police brutality lawsuit. Its highly skilled trial lawyers have handled thousands of trials, on both sides of the table, and their approach to litigation has translated into a history of litigation success, both in the courtroom and in settlement negotiations. Murphy, Falcon & Murphy is recognized both locally and nationally for its excellence in representing both plaintiffs and defendants because of its willingness to work with counsel to reach the most fair and just resolution for everyone involved.