## EXHIBIT B – PLAINTIFFS' COUNSEL SUPPORTING APPOINTMENT OF WILLIAM H. MURPHY III AS LEAD COUNSEL

The following counsel, who have filed cases in this MDL as detailed below, support William H. Murhpy's appointment as lead counsel:

|    | Firm Name & Address | Counsel | Case Information |
|----|---------------------|---------|------------------|
| 1. | GIBBS LAW GROUP LLP<br>GIRARD GIBBS LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>T: (510) 350-9710 | Eric H. Gibbs | *Patricia King v. Facebook, Inc., et al.* 3:18-cv-02276-VC |
| 2. | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>T: 415.956.1000<br>F: 415.956.1008 | Michael W. Sobol | *Theresa Beiner v. Facebook, Inc., et al.* 3:18-cv-01953-VC |
| 3. | SAUL EWING ARNSTEIN & LEHR LLP<br>500 E. Pratt Street, Suite 800<br>Baltimore, MD 21202-3133<br>T: 410.332.8798<br>F: 410.332.8178 | April F. Doss | *Elaine Pelc v. Facebook, Inc., et al.* 3:18-cv-02948-VC |
| 4. | GOLDSTEIN, BORGEN, DARDARIAN & HO<br>300 Lakeside Drive<br>Suite 1000<br>Oakland, CA 94612<br>T: (510) 763-9800<br>F: (510) 835-1417 | Linda M. Dardarian | *Elaine Pelc v. Facebook, Inc., et al.* 3:18-cv-02948-VC |
| 5. | STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>T: 816-714-7112<br>F: 816-714-7101 | Norman E. Siegel | *Howard O'Kelly v. Facebook, Inc., et al.* 3:18-cv-01915-VC |