**EXHIBIT B**

**ENDORSEMENTS**

I am authorized to state that the following attorneys have cases on file in this MDL and support my application for a leadership position in this case:

- Ben Barnow, BARNOW & ASSOCIATES, P.C, Chicago, IL
- Timothy G. Blood, BLOOD, HURST & O'REARDON, LLC, San Diego, CA
- Gretchen Freeman Cappio, KELLER ROHRBACK, LLP, Seattle, WA
- Cari C. Laufenberg, KELLER ROHRBACK, LLP, Seattle, WA
- Derek Loeser, KELLER ROHRBACK, LLP, Seattle, WA
- Gary Lynch, CARSON LYNCH, Pittsburgh, PA
- Arthur M. Murray, MURRAY LAW FIRM, New Orleans, LA
- Karen H. Riebel, LOCKRIDGE GRINDAL NAULEN, Minneapolis, MN
- Rosemary Rivas, LEVI & KORSINSKY, LLP, San Francisco, CA
- Lesley E. Weaver, BLEICHMAR, FONTI & ARNOLD, LLP, Oakland, CA
- Tina Wolfson, AHDOOT & WOLFSON, P.C., Los Angeles, CA
- John Yanchunis, MORGAN & MORGAN, P.A., Tampa, FL
- Lynn Sarko, KELLER ROHRBACK, LLP, Seattle, WA