# EXHIBIT "A"



ZR is a nationally recognized leader in complex and class action litigation and has been appointed as lead counsel in some of the largest and most complex cases in federal and state courts across the country. The firm was founded in 1983 and has successfully represented thousands of consumers and injured individuals nationwide in significant and demanding cases. The firm's practice includes a wide range of legal issues and complex cases involving consumer fraud, ERISA, shareholder actions, environmental torts, pharmaceutical drugs, dangerous or defective products, human rights violations, and privacy litigation. Since 2010, ZR has earned a first-tier "Best Law Firm" ranking released by U.S. News & World Report.

ZR has been appointed Lead or Liaison Counsel in no less than 18 MDLs. A non-exhaustive representative list of appointments include: *CenturyLink Residential Customer Billing Disputes Litigation* (MDL 2795); *Pacquiao-Mayweather Boxing Match Pay-Per-View Litigation* (MDL 2639); *National Hockey League Players' Concussion Injury Litigation* (MDL 2551); *Target Corporation Customer Data Security Breach Litigation* (MDL No. 2522); *Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation* (MDL 2441); *National Arbitration Forum Trade Practices Litigation* (MDL 2122); and *Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation* (MDL 2096).

ZR has also been appointed to the Plaintiffs' Steering Committee or Sub-Committees in no less than 35 MDLs. A non-exhaustive representative list of appointments include: *Dicamba Herbicides Litigation* (MDL 2820); *Equifax, Inc. Customer Data Security Breach Litigation* (MDL 2800); *Fieldturf Artificial Turf Marketing Practices Litigation* (MDL 2779); *Stryker Orthopaedics LFIT V40 Femoral Head Products Liability Litigation* (MDL 2768); *Vizio, Inc. Consumer Privacy Litigation* (MDL 2693); *The Home Depot, Inc., Customer Data Security Breach Litigation* (MDL 2583); *Biomet M2A Magnum Hip Implant Products Liability Litigation* (MDL 2391); *National Football League Players' Concussion Injury Litigation* (MDL 2323); *Zimmer NexGen Knee Implant Products Liability Litigation* (MDL 2272); and *Apple iPhone "MMS" Sales Practices Litigation* (MDL 2116).

ZR has served as Class or Lead Counsel in numerous complex cases nationwide including, but not limited to: *Adedipe v. U.S. Bank, N.A.* (D. Minn.); *Castano Tobacco Litigation* (E.D. La.); *City of Farmington Hills Emps. Ret. Sys. v. Wells Fargo Bank, N.A.* (D. Minn.); *Cooksey v. Hawkins Chemical Co.* (Henn. Cty. Dist. Ct., Minn.); *Coyle v. Flowers Food and Holsum Bakery* (D. Ariz.); *Cuff v. Brenntag North America, Inc.* (N.D. Ga.); *DeKeyser v. ThyssenKrupp Waupaca, Inc.* (E.D. Wis.); *Montreuil v. Ensign Group, Inc.* (Super. Ct. Los Angeles Cty., Cal.); *Ebert v. General Mills, Inc.* (D. Minn.); *GLS Companies v. Minnesota Timberwolves Basketball LP* (Henn. Cty. Dist. Ct., Minn.); *Haritos v. American Express Financial Advisors* (D. Ariz.); *Kurvers v. National Computer Systems, Inc.* (Henn. Cty. Dist. Ct., Minn.); *Regions Morgan Keegan* [*Landers v. Morgan Asset Mgmt.*] (W.D. Tenn.); *Russo v. NCS Pearson, Inc.* (D. Minn.); *Sanders v. Norfolk Southern Corporation* (D.S.C.); *Scott v. American Tobacco Co.* (Civ. Dist. Ct. Parish of New Orleans, La.); *State of Mississippi v. AU Optronics Corp.* (S.D. Miss.).

Most recently, in *Eck v. City of Los Angeles et al.* (Super. Ct. Los Angeles Cty., Cal.), ZR was appointed co-lead class counsel after obtaining preliminary and final approval of a settlement providing $295 million in cash and savings to class members.

ZR has offices conveniently located in Minneapolis, MN, Los Angeles, CA and Phoenix, AZ.