# EXHIBIT "B"

The following counsel support the appointment of Christopher P. Ridout of Zimmerman Reed LLP as lead counsel in this action:

- Tina Wolfson
  Ahdoot & Wolfson, P.C.
  Los Angeles, CA

- Timothy G. Blood
  Blood, Hurst & O'Reardon, LLP
  San Diego, CA

- Gary F. Lynch
  Carlson Lynch
  Pittsburgh, PA

- Daniel C. Hedlund
  Gustafson Gluek PLLC
  Minneapolis, MN

- Derek W. Loeser
  Keller Rohrback, LLP
  Seattle, WA

- Karen Hanson Riebel
  Lockridge Grindal Nauen PLLP
  Minneapolis, MN

- Arthur M. Murray
  The Murray Law Firm
  New Orleans, LA