# CURRICULUM VITAE
# JOHN A. YANCHUNIS

Morgan & Morgan Complex Litigation Group, Partner and Head of the National Consumer Class Action Section, Tampa, Florida.

Law clerk to the Honorable Carl O. Bue, Jr., United States District Judge, Southern District of Texas (1980–1982)

Bar Admissions:  Florida, 1980; Texas, 1981

## **REPRESENTATIVE RELEVANT CASES**

MDL Privacy and Data Breach Class Cases
- *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, 16-md-02752-LHK (N.D. Cal.) (Lead Counsel)
- *In re Equifax, Inc. Customer Data Sec. Breach Litig.,* 1:17-md-02800 (N.D. Ga.) (Plaintiffs' Steering Committee)
- *In re Office of Pers. Mgmt. Data Breach*, 1:15-mc-01394-ABJ (D.D.C.) (Plaintiffs' Steering Committee)
- *In re The Home Depot, Inc. Consumer Data Sec. Data Breach Litig.*, 1:14-md-02583-TWT (N.D. Ga.) (settled) (Co-Lead Counsel)
- *In re Target Corp. Customer Data Sec. Breach Litig.*, MDL No. 2522 (D. Minn.) (settled) (Executive Committee)
- *In re DoubleClick Inc. Privacy Litig.*, 00-cv-0641-NRB (S.D.N.Y.) (settled) (Class Counsel)

Non-MDL Privacy Rights, Data Security and Data Disclosure Class Cases:
- *In re Arby's Rest. Grp., Inc. Litig.*, 1:17-cv-1035-AT (N.D. Ga.) (liaison counsel)
- *Morrow v. Quest Diagnostics, Inc.*, 2:17-cv-0948 (D. N.J.) (healthcare data breach) (Lead Counsel)
- *Walters v. Kimpton Hotel & Rest. Grp., LLC*, 3:16-cv-5387-VC (N.D. Cal.) (preliminary approval of settlement pending) (Lead Counsel)
- *Torres v. Wendy's Int'l., LLC*, 6:16-cv-210 (M.D. Fla.) (settlement pending) (Lead Counsel)
- *Remijas v. Neiman Marcus Grp., LLC*, 14-cv-1735 (N.D. Ill.) (final approval of settlement pending) (Class Counsel)
- *Brady v. Scotty's Holdings, LLC*, 1:17-cv-01313 (S.D. Ind.) (preliminary approval of settlement  granted) (Co-Lead Counsel)
- *Linnins v. TIMCO Aviation Services, Inc.,* 16-cv-486 (M.D.N.C.) (final approval of settlement recently granted) (Co-Lead Counsel)
- *Fresco v. Auto. Directions, Inc.*, 03-cv-61063-JEM (S.D. Fla.) and *Fresco v. R.L. Polk*, No. 07-cv-60695-JEM (S.D. Fla.) (settled) (Co-Lead Counsel)
- *Burrows v. Purchasing Power, LLC*, 1:12-cv-22800 (S.D. Fla.) (settled) (Lead Counsel)
- *Bishop v. Shorter University*,  4:15-cv-00033-HLM (N.D. Ga) (settled) (Lead Counsel)

## EDUCATION

University of Florida, B.A., Political Science, 1976. Member, Florida Blue Key, Omicron Delta Kappa, Sigma Alpha Epsilon.

South Texas College of Law, J.D., *magna cum laude*, 1980. Member, Order of the Lytae, Associate Editor-in-Chief and Technical Editor of the South Texas Law Journal, Phi Alpha Delta.

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| The Florida Board of Bar Examiners | Member, 1997–2002 |
| (Appointed by the Florida Supreme Court) | Emeritus Member |
| The Florida Bar Foundation | Board of Directors, 2003–2006 |
| Board of Governors of The Florida Bar | Member, 1999–2003 |
| Young Lawyer, Board of Governors of the Florida Bar | Member, 1987–1991 |

## ACHIEVEMENTS AND RECOGNITIONS

"AV" Rated by Martindale Hubbell
Florida Bar Foundation President's Award for Dedication to Providing Access to Justice
Boy Scouts of America, Silver Beaver

## COMMUNITY ACTIVITIES

| | |
|---|---|
| Elder Law Advisory Board, College of Law and The Center for Excellence in Elder Law – Stetson University College of Law | Member, 2003–2010 |
| St. Vincent de Paul Society St. Petersburg Downtown Conference | Vice President, 2001 |
| Boy Scouts of America, National Council | Member, 2005–2008 |

## RECENT SPEAKING ENGAGEMENTS

| | |
|---|---|
| Mass Tort Med School + Class Actions | March 17, 2017, Orlando, FL |
| NetDiligence Cyber Risk Forum | June 6, 2017, Philadelphia, PA |
| New Jersey Assoc. for Justice | May 10, 2018, Atlantic City, NJ |
| Harris Martin seminars | |
| MDL Conference, Facebook Litigation | May 30, 2018, Chicago, IL |
| Equinox Session | September 27, 2017, Boston, MA |