William H. Murphy III
(admitted *pro hac vice*)
*hassan.murphy@murphyfalcon.com*
William D. A. Zerhouni
(admitted *pro hac vice*)
*will.zerhouni@murphyfalcon.com*
Jessica H. Meeder
(admitted *pro hac vice*)
*jessica.meeder@murphyfalcon.com*
MURPHY, FALCON & MURPHY
One South Street, Suite 2300
Baltimore, Maryland 21202
(410) 951-8744
(410) 539-6599 fax

*Counsel for Plaintiff Elaine Pelc*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | * | MDL No. 2843 |
| | * | CASE No.  3:18-md-02843-VC |
| | * | NOTICE OF APPEARANCE OF WILLIAM D. A. ZERHOUNI FOR PLAINTIFF ELAINE PELC |
| This document relates to: | * | |
| *Elaine Pelc v. Facebook, Inc. et al.,* Case No. 3:18-cv-02948-VC | * | |

*        *        *        *        *        *        *        *        *        *        *        *        *

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that William D. A. Zerhouni of Murphy, Falcon & Murphy, hereby appears on behalf of Plaintiff Elaine Pelc in this action.[1]  Mr. Zerhouni is a member of the State Bar of New York and in good standing in the United States District Court for the Southern District of Florida.

---

[1] Plaintiff Elaine Pelc filed the action titled *Elaine Pelc v. Facebook, Inc., et al.,* Case No. 3:18-cv-02948-VC (N.D. Cal.) on May 18, 2018.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action.  Mr. Zerhouni's contact information is as follows:

**MURPHY, FALCON & MURPHY**
One South Street, Suite 2300
Baltimore, Maryland 21202
(410) 951-8744
(410) 539-6599 fax
*will.zerhouni@murphyfalcon.com*

Dated: June 21, 2018                          Respectfully submitted,

By: */s/* William D. A. Zerhouni _____
William D. A. Zerhouni (Fed. Bar No. 5501298)
MURPHY, FALCON & MURPHY
One South Street, Suite 2300
Baltimore, Maryland 21202
(410) 951-8744
(410) 539-6599 fax
*will.zerhouni@murphyfalcon.com*

*Attorney for Elaine Pelc*
Case No. 3:18-cv-02948-VC (N.D. Cal.)