William H. Murphy III
(admitted *pro hac vice*)
*hassan.murphy@murphyfalcon.com*
William D. A. Zerhouni
(admitted *pro hac vice*)
*will.zerhouni@murphyfalcon.com*
Jessica H. Meeder
(admitted *pro hac vice*)
*jessica.meeder@murphyfalcon.com*
MURPHY, FALCON & MURPHY
One South Street, Suite 2300
Baltimore, Maryland 21202
(410) 951-8744
(410) 539-6599 fax

*Counsel for Plaintiff Elaine Pelc*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | * * | MDL No. 2843 <br> CASE No. 3:18-md-02843-VC |
| This document relates to: | * * | NOTICE OF APPEARANCE OF JESSICA H. MEEDER FOR PLAINTIFF ELAINE PELC |
| *Elaine Pelc v. Facebook, Inc. et al.,* Case No. 3:18-cv-02948-VC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jessica H. Meeder of Murphy, Falcon & Murphy, hereby appears on behalf of Plaintiff Elaine Pelc in this action.[1] Ms. Meeder is a member of the State Bar of Maryland and in good standing in the United States District Court for the District of Maryland.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Ms. Meeder's contact information is as follows:

---

[1] Plaintiff Elaine Pelc filed the action titled *Elaine Pelc v. Facebook, Inc., et al.,* Case No. 3:18-cv-02948-VC (N.D. Cal.) on May 18, 2018.

**MURPHY, FALCON & MURPHY**
One South Street, Suite 2300
Baltimore, Maryland 21202
(410) 951-8744
(410) 539-6599 fax
*jessica.meeder@murphyfalcon.com*

Dated: June 21, 2018                     Respectfully submitted,

By: */s/* Jessica H. Meeder
    Jessica H. Meeder (Fed. Bar No. 17986)
    MURPHY, FALCON & MURPHY
    One South Street, Suite 2300
    Baltimore, Maryland 21202
    (410) 951-8744
    (410) 539-6599 fax
    *jessica.meeder@murphyfalcon.com*

    *Attorney for Elaine Pelc*
    Case No. 3:18-cv-02948-VC (N.D. Cal.)