# EXHIBIT A

# Lesley E. Weaver

Partner
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600, Oakland, CA 94607
415-445-4003 (T) • 415-445-4020 (F) • lweaver@bfalaw.com

**EDUCATION**

- University of Virginia, J.D.
- Harvard College, A.B., Social Studies, *magna cum laude*
- University of Bonn, Bonn, Germany
- Haderslev Katedraleskole, Haderslev, Denmark

**BAR ADMISSIONS**

- California
- Delaware

**LANGUAGES**

- German; Danish

Ms. Weaver is the Partner-In-Charge of Bleichmar Fonti & Auld LLP's California office, and the practice head of its Antitrust and Consumer team. In her twenty-year career, Ms. Weaver has focused primarily on cases that protect the public interest, consumers, and public entities. She has substantial leadership experience litigating complex consumer-oriented class litigation, and has been appointed to leadership positions in some of the largest class actions in the country, including as co-lead counsel in *In re: Inductors Antitrust Litigation* in April 2018 and to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, selected from a field of 150 of the nation's finest attorneys.

Ms. Weaver has significant experience in consumer privacy protection, and is one of few attorneys to take such a case to trial. In 2014, Ms. Weaver obtained a $16.5 million jury verdict for the unlawful sharing of her clients' confidential information in *Doe v. PositiveSingles.com*. The jury awarded $1.5 million in compensatory damages, which was a 100% recovery of economic damages, and $15 million in punitive damages under the California Legal Remedies Act. Ms. Weaver's trial team showed that the operator of PositiveSingles.com shared class members' private, confidential, and sensitive personal information with over a thousand other dating websites without the knowledge of those individuals.

Ms. Weaver has been appointed to leadership positions in other significant consumer matters as well. As mentioned above, in 2015, Judge Charles R. Breyer appointed Ms. Weaver to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*. Ms. Weaver's leadership position in the *Volkswagen* litigation included spearheading the investigation that ultimately uncovered German auto supplier Robert Bosch GmbH's significant role in multiple schemes to place software in vehicles purposely designed to evade emissions laws. Plaintiffs in the Volkswagen litigation have recovered more than $15 billion for class members and nearly $5 billion for the environment, the largest automotive class action recovery ever.

In June 2017, Judge Edward M. Chen appointed Ms. Weaver to the Plaintiffs' Steering Committee in *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices, and Products Liability Litigation*. Ms. Weaver is working closely with technical experts in that matter to determine if proposed fixes to the subject vehicles inflict additional damages upon class members.

In December 2017, Judge Charles R. Breyer appointed Ms. Weaver to the Plaintiffs' Steering Committee in *In re: German Automotive Manufacturers Antitrust Litigation*. Consumers and suppliers allege that German automakers engaged in a twenty-year cartel—the single largest known automobile cartel in U.S. and European history—to suppress the development of technology in their automobiles.

On April 27, 2018, Judge Edward J. Davila appointed BFA as co-lead class counsel in *In re: Inductors Antitrust Litigation*. Ms. Weaver played a significant role in *In re: Blood Plasma Antitrust Litigation*, including deposing the Chief Operating Officer and Chief Marketing Officer of one of the main defendants. The case ultimately settled for $128 million.

Ms. Weaver also serves as counsel to a number of governmental entities, in both formal and informal roles. Ms. Weaver represents the Cities of Palo Alto and Richmond, California in a municipal subclass in *In re: Lithium Ion Batteries Antitrust Litigation*. Ms. Weaver is also actively engaged in discovery in numerous other antitrust actions.

Ms. Weaver's trial experience has spanned her career. Her first trial was in 1998 before the Honorable Vaughn Walker against U.S. Customs on behalf of Amanda Buritica, a U.S. citizen born in Colombia who was unlawfully detained by U.S. Customs at San Francisco International Airport, then under the direction of Ray Kelly. The case resulted in the largest verdict at the time under the Federal Tort Claims Act.

In addition, Ms. Weaver has extensive experience representing sophisticated institutional investors in landmark securities actions. Some of those cases include *In re: Cavanaugh Securities Litigation* (including an appeal to the Ninth Circuit concerning the method of selecting lead plaintiff and lead counsel after the enactment of the Private Securities Litigation Reform Act); *Marsh & McLennan* ($400 million settlement); *In re: Cardinal Health Inc. Securities Litigation* ($600 million settlement); and *In re: Cisco Systems, Inc. Securities Litigation* ($99 million settlement).

Ms. Weaver is committed to public service through volunteer efforts. She currently serves on the Advisory Council of the East Bay Community Law Center, as well as the Executive Committee of the Securities Section for the Bar Association of San Francisco. She is a past Co-Chair of Bay Area Lawyers for Individual Freedom, a past Co-Chair of the San Francisco LGBT Community Center, past National Chair of the National Center for Lesbian Rights, and past Vice President and Director of the Board of the Frameline Film Festival. She has previously served on the boards of Women Lawyers of Alameda County, Equality California, the International Gay and Lesbian Human Rights Commission, and the Alice B. Toklas Democratic Club. Ms. Weaver enjoys skiing, surfing, reading, sailing, biking and traveling, all preferably in the company of family and friends.