# EXHIBIT B



**Counsel Who Have Filed Cases in This Multi-District Litigation and
Support Lesley Weaver's Application to Serve as Lead Counsel**

| Firm Name and Contact Information | Attorney(s) | Case Information |
|---|---|---|
| BARNOW & ASSOCIATES PC<br><br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>Tel.: (312) 621-2000<br>Fax: (312) 641-5504<br>b.barnow@barnowlaw.com | Ben Barnow | *Iron Wing v. Facebook, Inc.*, No. 18-cv-02122 |
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES PC<br><br>218 Commerce Street<br>Montgomery, AL 36104<br>Tel.: (334) 269-2343<br>Fax: (334) 954-7555<br>archie.grubb@beasleyallen.com | Archie Grubb, II | *Williams v. Facebook, Inc.*, No. 18-cv-00535 |
| BLOOD HURST & O'REARDON LLP<br><br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel.: (619) 338-1100<br>Fax: (619) 338-1101<br>tblood@bholaw.com | Timothy Blood | *Iron Wing v. Facebook, Inc.*, No. 18-cv-02122 |



| Firm Name and Contact Information | Attorney(s) | Case Information |
| --- | --- | --- |
| CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, P.C.<br><br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Tel.: (973) 994-1700<br>Fax: (973) 994-1744<br>jcecchi@carellabyrne.com | James Cecchi | *Malskoff v. Facebook, Inc.*, No. 18-cv-03393 |
| CARLSON LYNCH SWEET KILPELA & CARPENTER<br><br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel.: (412) 322-9243<br>Fax: (412) 231-0246<br>glynch@carlsonlynch.com | Gary Lynch | *Gennock v. Facebook, Inc.*, No. 18-cv-01891 |
| CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br><br>110 Laurel Street<br>San Diego, CA 92101<br>Tel.: (619) 238-1811<br>Fax: (619) 544-9232<br>gblatt@cglaw.com | Gayle Blatt | *Gerena v. Facebook, Inc.*, No. 18-cv-02201 |



| Firm Name and Contact Information | Attorney(s) | Case Information |
|---|---|---|
| GIBBS LAW GROUP LLP<br>GIRARD GIBBS LLP<br><br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Tel.: (510) 350-9710<br>ehg@classlawgroup.com | Eric Gibbs | *King v. Facebook, Inc.*, No. 18-cv-02276 |
| GUSTAFSON GLUEK PLLC<br><br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel.: (612) 333-8844<br>Fax: (612) 339-6622<br>dhedlund@gustafsongluek.com<br>jbourne@gustafsongluek.com | Daniel Hedlund<br><br>Joseph Bourne | *Schinder v. Facebook, Inc.*, No. 18-cv-02571 |
| KELLER ROHRBACK LLP<br><br>1201 3rd Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>claufenberg@kellerrohrback.com<br>dloeser@kellerrohrback.com | Cari Campen Laufenberg<br><br>Derek Loeser | *Haslinger v. Facebook, Inc.*, No. 18-cv-01984 |
| LEVI & KORSINSKY, LLP<br><br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>Tel.: (415) 291-2420<br>Fax: (415) 484-1294<br>rrivas@zlk.com | Rosemary Rivas | *Vance-Guerbe v. Facebook, Inc.*, No. 18-cv-02987 |



| Firm Name and Contact Information | Attorney(s) | Case Information |
|---|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br><br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Tel.: (415) 956-1000<br>Fax: (415) 956-1008<br>msobol@lchb.com | Michael Sobol | *Beiner v. Facebook, Inc.*, No. 18-cv-01953 |
| LOCKRIDGE GRINDAL NAUEN<br><br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel.: (612) 339-6900<br>Fax: (612) 339-0981<br>khriebel@locklaw.com | Karen Hanson Riebel | *Gennock v. Facebook, Inc.*, No. 18-cv-01891 |
| MOTLEY RICE<br><br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>Tel.: (843) 216-9000<br>Fax: (843) 216-9450<br>jflowers@motleyrice.com | Joseph Rice<br>Jodi Westbrook Flowers | *Picha v. Facebook, Inc.*, No. 18-cv-02090 |
| MURRAY LAW FIRM<br><br>650 Poydras Street, Suite 2150<br>New Orleans, LA 70130<br>Tel.: (504) 525-8100<br>amurray@murray-lawfirm.com | Arthur Murray | *Gennock v. Facebook, Inc.*, No. 18-cv-01891 |



| Firm Name and Contact Information | Attorney(s) | Case Information |
|---|---|---|
| SEEGER WEISS LLP<br><br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Tel.: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com | Christopher Seeger | *Malskoff v. Facebook, Inc.*, No. 18-cv-03393 |