Michael J. Flannery (SBN 196266)
**CUNEO GILBERT & LADUCA, LLP**
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO  63105
Telephone: (314) 226-1015
Facsimile:  (202) 789-1813
Email:  mflannery@cuneolaw.com

*Attorneys For Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston, Anthony Bell, Juliana Watson and Ann Kowaleski*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br><br>Case No. 18-md-02843-VC<br><br>**NOTICE OF APPEARANCE OF MICHAEL J. FLANNERY FOR PLAINTIFFS JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON AND ANN KOWALESKI** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Michael J. Flannery of Cuneo Gilbert & LaDuca, LLP hereby appears on behalf of Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston, Anthony Bell, Juliana Watson and Ann Kowaleski in this action. Mr. Flannery is a member in good standing of the State Bar of California and is in good standing in this District Court.

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action. Mr. Flannery's contact information is as follows:

> Michael J. Flannery
> **CUNEO GILBERT & LADUCA, LLP**
> 7733 Forsyth Boulevard, Suite 1675
> St. Louis, MO  63105
> Telephone: (314) 226-1015
> Facsimile:  (202) 789-1813
> Email:  mflannery@cuneolaw.com

Dated:  June 21, 2018                    Respectfully submitted,

  __/s/ Michael J. Flannery_____
Michael J. Flannery (SBN 196266)
**CUNEO GILBERT & LADUCA, LLP**
7733 Forsyth Blvd., Suite 1675
Clayton, MO 63105
Telephone: (314) 226-1015
Fax:          (202) 789-1813
Email:       mflannery@cuneolaw.com

*Attorneys For Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston, Anthony Bell, Juliana Watson and Ann Kowaleski*

1  **CERTIFICATE OF SERVICE**

2   I hereby certify that on June 21, 2018, I electronically filed this Notice of Appearance with

3   the Clerk of Court using the CM/ECF system, which will send notification of such filing to the

4   CM/ECF participants registered as counsel of record in this action.

*/s/ Michael J. Flannery*
Michael J. Flannery (SBN 196266)
**CUNEO GILBERT & LADUCA, LLP**
7733 Forsyth Blvd., Suite 1675
Clayton, MO 63105
Telephone: (314) 226-1015
Fax:          (202) 789-1813
Email:      mflannery@cuneolaw.com