# Exhibit 2

*In re: Facebook, Inc., Consumer Privacy User Profile Litig.,* **MDL No. 2843**
List of counsel supporting the application of James E. Cecchi, Esq.

Michael W. Sobol
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111
(415) 956-1000

Christopher A. Seeger
Seeger Weiss, LLP
77 Water St., 26th Floor
New York, NY 10005
(212) 584-0700

Steve W. Berman
Hagens Berman Sobol Shapiro, LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
(206) 623-7292

Derek W. Loeser
Keller Rohrback, LLP
1201 Third Ave., Suite 3200
Seattle, WA  98101
(206) 623-1900

Tina Wolfson
Ahdoot & Wolfson
1016 Palm Avenue
West Hollywood, CA 90069
(310) 474-9111

Michael J. Flannery
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave, NW
Suite 200
Washington, D.C. 20016
(202) 789-3960

Timothy Blood
Blood Hurst & O'Reardon, LLP
701 B Street, Suite 1700
San Diego, CA 92101
(619) 338-1100

Lesley Weaver
Bleichmar Fonti & Auld, LLP
555 12th Street
Suite 1600
Oakland, CA 94607
(415) 445-4003

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, Illinois 60602
(312) 621-2000