# Exhibit A

# Supporting Counsel

**Timothy G. Blood**
**Blood Hurst & O'Reardon, LLP**
*Iron Wing v. Facebook, Inc.*
No. 18-cv-2122
*O'Hara v. Facebook, Inc.*
No. 18-cv-0571

**David S. Casey, Jr. and Gayle M. Blatt**
**Casey Gerry Schenk Francavilla Blatt & Penfield, LLP**
*Gerena v. Facebook, Inc.*
No. 18-cv-2201

**James E. Cecchi**
**Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.**
*Malskoff v. Facebook, Inc.*
No. 18-cv-3393

**Daniel C. Hedlund**
**Gustafson Gluek PLLC**
*Schinder v. Facebook, Inc.*
No. 18-cv-2571

**Derek W. Loeser**
**Keller Rohrback L.L.P**
*Haslinger v. Facebook, Inc.*
No. 18-cv-1984

**Gary F. Lynch**
**Carlson Lynch Sweet Kilpela & Carpenter, LLP**
*Gennock v. Facebook, Inc.*
No. 18-cv-1915

**Dee Miles and Archie Grubb**
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
*Williams v. Facebook, Inc.*
No. 18-cv-3676

**Arthur M. Murray**
**Murray Law Firm**
*Gennock v. Facebook, Inc.*
No. 18-cv-1915

**Karen Hanson Riebel**
**Lockridge Grindal Nauen P.L.L.P**
*Gennock v. Facebook, Inc.*
No. 18-cv-1915

**Rosemary M. Rivas**
**Levi & Korsinsky, LLP**
*Vance-Guerbe v. Facebook, Inc.*
No. 18-cv-2987

**Christopher A. Seeger and Stephen A. Weiss**
**Seeger Weiss LLP**
*Malskoff v. Facebook, Inc.*
No. 18-cv-3393

**Michael W. Sobol**
**Lieff, Cabraser, Heimann & Bernstein, LLP**
*Beiner v. Facebook, Inc.*
No. 18-cv-1953

**James C. Vlahakis**
**Sulaiman Law Group, Ltd.**
*Comforte v. Facebook, Inc.*
No. 18-cv-3394

**Tina Wolfson**
**Ahdoot & Wolfson, P.C.**
*Diaz Sanchez v. Facebook, Inc.*,
No. 18-cv-2381

**Lesley E. Weaver**
**Bleichmar Fonti & Auld LLP**
*Schinder v. Facebook, Inc.*
No. 18-cv-2571