EXHIBIT A

# GARY F. LYNCH

## PROFESSIONAL HISTORY

**Founding Partner**, Carlson Lynch Sweet Kilpela & Carpenter LLP         **2004 - Present**

Representative Privacy/Data Breach MDL Cases

- Co-Lead Counsel, *In re Equifax, Inc. Customer Data Security Breach Litig.*, MDL 2800 (N.D. Ga.) (representing financial institution plaintiffs relating to the largest and potentially most damaging data breach in history)
- Executive Committee, *In re Vizio, Inc. Consumer Privacy Litig.*, MDL No. 2693 (C.D. Cal.) (representing consumers against retailer that collected and sold their personally identifying information to third parties without the consumers' informed consent)
- Co-Lead Counsel, *In re: Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 2583 (N.D. Ga.) (representing financial institution plaintiffs relating to breach of major retailer's point of sale systems)
- Overall Five-Person Executive Committee, *In re: Target Corp. Customer Data Sec. Breach Litig.*, MDL No. 2522 (D. Minn.) (representing financial institution plaintiffs relating to breach of major retailer's point of sale systems)
- Plaintiffs' Steering Committee, *In re: Community Health Systems, Inc. Customer Data Security Breach Litig.*, MDL No. 2595 (N.D. Ala.) (data breach)
- Executive Committee, *In re Ashley Madison Customer Data Security Breach Litig.*, No. 4:15-md-2669 (E.D. Mo.) (data breach)

Additional Representative Privacy/Data Breach Cases

- Co-Lead Counsel, *First Choice Federal Credit Union v. The Wendy's Co., et al.*, No. 2:16-cv-0506 (W.D. Pa.) (data breach)
- Chair of the Executive Committee, *Midwest Am. Fed. Credit Union v. Arby's Restaurant Group., Inc.*, No. 17-cv-00514-AT (N.D. Ga.) (data breach)
- Executive Committee, *Greater Chautauqua Fed. Credit Union v. Kmart Corp.*, No. 1:15-cv-02228 (N.D. Ill.) (data breach)
- Executive Committee, *Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01102 (D. Colo.) (data breach)
- Lead Counsel, *Dittman et al v. UPMC*, No. 43 WAP 2017 (Pa.) (employer data breach)
- Lead Counsel, *Storm et al. v. Paytime, Inc.*, No. 14-01138-JEJ (M.D. Pa) (employer data breach)
- Lead Counsel, *Longenecker-Wells, et al. v. Benecard Services, Inc. d/b/a Benecard PBF, et al.*, 1:15-cv-0422-WWC (M.D. Pa.) (patient data breach)
- Lead Counsel, *Friske v. Bonnier Corp.*, 2:16-cv-12799 (E.D. Mich.) (invasion of privacy)

Other Relevant Experience

- Counsel of Record for the Respondent, *Genesis HealthCare Corp. v. Symczyk*, 569 U.S. 66 (2013) (5-4 Supreme Court decision regarding application of mootness principles in putative collective action filed under Section 216(b) of the Fair Labor Standards Act)

- Lead Counsel, *Ehrheart v. Verizon Wireless*, 609 F.3d 590 (3d Cir. 2010) (defining role of district court in class action settlement in light of intervening change in law)

**Managing Partner**, Gary F. Lynch, P.C.                                          **1999 - 2004**

- Managed a boutique law firm with three offices in Pennsylvania, focusing on the representation of clients in employment related matters, particularly complex litigation

**Founding Partner**, Lynch & Kunkel                                          **1993 - 1999**

- Founded a four-lawyer law firm with four offices in Pennsylvania, focusing on the representation of clients in employment-related matters, including employment discrimination, sexual harassment, workers' compensation, and Social Security Disability

**Sole Practitioner**                                          **1991 - 1993**

- Sole practitioner of law with a focus on litigation

**Associate**, Reed Smith Shaw & McClay, LLP                                          **1989 - 1991**

## EDUCATIONAL HISTORY

University of Pittsburgh School of Law                                          **1986 - 1989**

- *University of Pittsburgh Law Review*, Editor
- Research Assistant to Professor Arthur D. Hellman

Penn State University                                          **1982 - 1986**

- Bachelor of Science (BS), Accounting

## RELAVENT SPEAKING ENGAGEMENTS (*past four years—privacy related, only*)

- Panelist, *HarrisMartin's Equifax Data Breach Litigation Conference*, Atlanta (Nov. 2017)
- Panelist, *Current Development and Strategies for Confronting Cyber and Data Security Risks in 2017: ABA Annual Meeting Section of Labor and Employment Law*, New York (Aug. 2017)
- Panelist, *PBI's Advanced Cybersecurity Law*, Pittsburgh (June 2016)
- Panelist, *New Jersey Association for Justice*, Atlantic City (April 2015)
- Panelist, *PBI's Cybersecurity Law*, Pittsburgh (April 2014)

## DISTINCTIONS

- Super Lawyer® for Class Action and Mass Torts, 2014 – Present
- Martindale Hubbell "AV" rating
- Local Rules Advisory Committee Member for the United States District Court for the Western District of Pennsylvania

*For additional information, visit www.carlsonlynch.com and www.garylynchlaw.com.*