

**Arthur M. Murray**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: 504-525-8100
Facsimile: 504-584-5249
amurray@murray-lawfirm.com

The Honorable Vince Chhabria            June 21, 2018
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 4
San Francisco, California 94102

       Re: <u>Application of Arthur M. Murray for Lead Counsel in MDL No. 2843</u>

To the Honorable Vince Chhabria:

     Pursuant to the Court's June 7, 2018 Pretrial Order No.1, Arthur M. Murray respectfully submits this application for appointment of lead counsel of MDL No. 2843: *In Re: Facebook, Inc. Consumer Privacy User Profile Litigation*.

     Arthur M. Murray ("Art") has over seventeen years of litigation experience as trial counsel in mass actions and class actions throughout the United States and has litigated at all trial and appellate levels. He has received an AV Preeminent rating from Martindale-Hubbell and was named a Rising Star (Class Action category) of Louisiana Super Lawyers in 2014. Art has a depth of experience handling complex data breach litigation in federal court and is a leader in the representation of plaintiffs injured by the theft and misuse of consumer data, an emerging, complex, and technical field of litigation with facts and claims highly pertinent to the unique case at hand. Bringing a fresh perspective to this important MDL and having the experience and knowledge to litigate the claims at issue, he asks that this Honorable Court look favorably upon his Application.

     I.     <u>Professional Experience with MDLs and with the Subject Matter of this Litigation</u>

     Art has been actively involved in a number of MDL cases involving the theft and misuse of data, including, serving as a member of the Plaintiffs' Steering Committee (Financial Institution Track) in the Equifax Data Security Breach Litigation (*In Re Equifax, Inc.*, *Customer Data Security Breach Litigation*, MDL No. 2800 (N.D.Ga.)) and as a member of the Plaintiffs' Steering Committee (Financial Institution Track) for *In Re: The Home Depot, Inc., Customer Data Security Breach,* MDL No. 2583 (N.D.Ga.). Art has also served in leadership and supporting roles in many other MDLs. He was Co-Chair of the Plaintiffs' Steering Committee in *In Re: NFL Sunday Ticket*

1

*Antitrust Litigation*, MDL No. 02668 (C.D. Cal.) and a member of the Plaintiffs Steering Committee in *In Re: Zofran (Ondansetron) Litigation*, MDL No. 2657 (D.Mass).

Aside from his MDL work, Art has become a leader in data breach litigation (which involves many of the same issues as data privacy cases such as this one), gaining robust knowledge and experience prosecuting such claims. Art has served as Co-Lead counsel in the Kmart Data Breach Litigation (*Greater Chautauqua Fed. Credit Union v. Kmart Corp.*, No. 1:15-cv-02228 (N.D.Ill.)), Co-Lead Counsel in the Chipotle Data Breach Litigation (*Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01102 (D.Colo.)), a member of the Executive Committee in the Wendy's Data Breach Litigation (*First Choice Federal Credit Union v. The Wendy's Company, et al.*, No. 2:16-cv-00506 (W.D.Pa)), and a member of the Plaintiffs' Steering Committee in the Arby's Data Breach Litigation (*Midwest America Federal Credit Union v. Arby's Restaurant Group, Inc.*, No. 1:17-cv-00514 (N.D.Ga.)).

II.  Familiarity with the Claims before this Court

Art has been involved with this litigation since it began. He knows well the claims, arguments, and proceedings before the Court, having years of experience handling data breach litigation and legal issues similar to those likely to arise in this case.

III.  Present and Future Ability to Commit to Time-Consuming Litigation

Art is more than able to commit the time and resources needed to successfully resolve this litigation and has the capacity to do so as shown by his history of leadership in MDLs. He is not currently serving as Lead Counsel in another MDL, and, therefore, is free (and willing) to make this case the focus of his practice for the foreseeable future. Finally, though he works for a Louisiana based law firm, Art currently resides in Healdsburg, California making it very easy and efficient for him to attend hearings in this case.

IV.  Ability to Work Cooperatively with Others

Art's years of leadership and support roles in MDLs and mass tort actions reflect well his ability to work cooperatively with both co-counsel and opposing counsel. In his practice, Art has managed and supported numerous litigation teams in an effective and collaborative manner. He has significant experience working collaboratively with most of the other applicants for appointment of lead counsel, and is prepared to work cooperatively with all Plaintiffs' counsel in the prosecution of this case.

V.  Resources Available to Prosecute this Litigation in a Timely Manner

Murray Law firm possesses ample financial and personnel resources to dedicate to this litigation, a fact demonstrated by the service of its attorneys in countless other MDLs. In addition to having many attorneys specialized in mass tort, MDL, and class

action practice, Murray Law Firm employs a large support staff that is also well-experienced in handling this type of litigation.

VI. <u>Ability to Maintain Reasonable Fees and Expenses</u>

With decades of mass tort and MDL experience, Art and (everyone at Murray Law Firm) knows how to efficiently handle large-scale litigation and consistently does so by utilizing time, resources, and expenses responsibly.

VII. <u>Additional Factors Weighing in Favor of Appointment</u>

The unique issues of this case require reliable and innovative leadership from an attorney with demonstrated abilities in the management of complex MDLs and specialized knowledge of an emerging and quickly developing field of law pertaining to data privacy. While such experience is called for, routine service as Lead Counsel is not. Indeed, the continual appointment of a small group of repeat players to leadership positions can (and, in the opinion of Applicant, has) lead to formulaic problem-solving in cases that do not warrant a typical approach. Giving other lawyers who may not have had as much time "out front" but who have the experience, skills, and desire to do so, will bring new perspectives and solutions to the unique case at bar.

Art has the experience and qualities to fulfill that role in this litigation. From his leadership roles in MDLs and data breach litigation, Art has gained expertise in bringing complex MDLs to satisfactory resolutions and in prosecuting the novel common law and statutory claims fundamental to litigation arising out of the electronic theft and/or misuse of sensitive consumer data. Combining that skill set with the support of Murray Law Firm, a firm with decades of experience in mass tort, class action, and MDL work[1], Art will provide both knowledgeable and innovative leadership to this case.

In conclusion, the undersigned possesses the proficiency, skill, and resources to provide effective leadership in this litigation, and he respectfully requests that the Court grant his application.

Respectfully submitted,

Arthur M. Murray

---

[1] For over forty years, the nationally-recognized attorneys of the Murray Law Firm have been actively involved in complex litigation throughout the United States. The Murray Law Firm has successfully represented plaintiffs in class actions and mass torts covering a wide range of areas, including data breaches, unfair trade practices, property damage, and personal injury.