# CURRICULUM VITAE

## ARTHUR MAHONY MURRAY
## MURRAY LAW FIRM

| | |
|---|---|
| EDUCATION: | Tulane University School of Law, Juris Doctor magna cum laude, 2001 |
| EMPLOYMENT: | Attorney, Murray Law Firm since 2001 |
| PRACTICE AREAS: | Complex Litigation, Consumer Litigation, Pharmaceutical Litigation, Environmental Litigation, Healthcare Recoupment Litigation, Insurance Coverage Litigation |
| ADMISSIONS: | Louisiana State Bar, 2001 |
| | Texas State Bar, 2007 |
| | Louisiana Supreme Court, 2001 |
| | United States District Court Eastern District of Louisiana, 2002 |
| | United States District Court Middle District of Louisiana, 2002 |
| | United States District Court Western District of Louisiana, 2002 |
| | United States District Court District of Colorado, 2017 |
| | United States Court of Appeals for the Fifth Circuit, 2002 |
| | United States Supreme Court, 2006 |
| | Texas Supreme Court, 2007 |
| PROFESSIONAL ASSOCIATIONS AND RECOGNITION: | Member, Louisiana State Bar Association  
Member, Louisiana Association for Justice  
Member, American Association for Justice  

Martindale-Hubbell AV Preeminent  
Class Actions, Personal Injury, and Litigation  

Louisiana Rising Star  
Class Action/Mass Torts |

## LISTING OF REPRESENTATIVE CASES

1. *In Re: Equifax, Inc., Customer Data Security Breach Litigation*
   Case No. 1:17-md-2800-TWT (MDL 2800)(N.D.Ga.)
   Member of PSC
2. *Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc.*
   Case No. 1:17-cv-01102 (D.Colo)
   Co-Lead Counsel
2. *Midwest America Federal Credit Union v. Arby's Restaurant Group, Inc.*
   Case No. 1:17-cv-00514 (N.D.Ga.)
   Member of PSC
3. *First Choice Federal Credit Union v. The Wendy's Company, et al.*
   Case No. 2:16-cv-00506 (W.D.Pa.)
   Executive Committee
3. *In Re: Home Depot, Inc., Customer Data Security Breach*
   Civil Action No. 1:14-md-02583 (MDL 2583)(N.D.Ga.)
   Member of PSC
4. *In Re: National Football League's "Sunday Ticket" Antitrust Litigation*
   Case No. 2:15-ml-02668 (MDL 2668)(C.D.Cal.)
   Co-Chair of the PSC
5. *In Re: Zofran*
   Case No. 1:15-md-2567 (MDL 2657)(D.Mass.)
   Member of PSC
6. *Greater Chautauqua Federal Credit Union v. Kmart Corp., et al.*
   Case No. 1:15-cv-02228 (N.D.Ill.)
   Co-Lead Counsel
7. *Darcy Guidry, et al. v. American Public Life Ins. Co., et al.*
   Civil Action No. 2008-3465, Div. "G"
   14th Judicial District Court, Calcasieu Parish, Louisiana
   Lead Counsel for the Class
8. *Joseph Grefer, et al. v. Alpha Technical, et al.*
   Civil Action No. 1997-15004, Div. "J"
   Civil District Court for the Parish of Orleans
   Lead Appellate Counsel
9. *Opelousas General Hospital Authority, A Public Trust, d/b/a Opelousas GeneralHealth System v. PPO Plus, L.L.C.*
   Civil Action No. 13-C-5380-D
   27th Judicial District Court, St. Landry Parish, Louisiana
   Class Counsel
10. *Clark A. Gunderson, M.D., et al. v. F.A. Richard & Associates, Inc., et al.*
    Civil Action No. 2004-002417
    14th Judicial District Court, Calcasieu Parish, Louisiana
    Class Counsel
11. Darcy Guidry, et al. v. American Public Life Ins. Co., et al.
    Civil Action No. 2008-3465, Div. "G"
    14th Judicial District Court, Calcasieu Parish, Louisiana
    Lead Counsel for the Class