# **ATTACHMENT**

Pursuant to Paragraph 6 of the Court's June 7, 2018 Order, the following attorneys support Arthur Murray's application for appointment to lead counsel. To the applicant's best information and belief, no firm or attorney objects to Arthur Murray's appointment to lead counsel.

1. Timothy G. Blood
   - Blood Hurst & O'Reardon, LLP
2. Christopher P. Ridout
   - Zimmerman Reed
3. Lesley E. Weaver
   - Bleichmar Fonti & Auld LLP
4. Tina Wolfson
   - Adhoot & Wolfson PC
5. Gary F. Lynch
   - Carlson Lynch Sweet Kilpela & Carpenter LLP
6. Karen H. Riebel
   - Lockridge, Grindal, Nauen P.L.L.P.
7. Kenneth W. Dejean
   - The Law Offices of Kenneth W. Dejean
8. Derek W. Loeser
   - Keller Rohrback LLP
9. W. Craft Hughes
   - Hughes Ellzey, LLP
10. Daniel C. Hedlund
    - Gustafson Gluek PLLC
11. Ben Barnow
    - Barnow & Associates
12. Archibald I. Grubb, II
    - Beasley Allen Law Firm
13. April F. Doss
    - Saul Ewing Arnstein & Lehr LLP
14. Michael J. Flannery
    - Cuneo Gilbert & LaDuca, LLP
15. Marlon E. Kimpson
    - Motley Rice LLC