

Founded in 1978, Lockridge Grindal Nauen P.L.L.P. has extensive experience in consumer, antitrust, securities, data breach, data privacy, environmental, employment, intellectual property and telecommunications law.  The firm has offices in Minneapolis, Minnesota, Washington, D.C., and Bismarck, North Dakota.

Lockridge Grindal Nauen attorneys have extensive experience in complex litigation in cases in Minnesota and across the country. LGN partner Karen Riebel, who requests appointment to a leadership position is working on the forefront of data breach litigation in the United States.

Ms. Riebel served as Co-Lead Counsel for financial institution plaintiffs in *Greater Chautauqua Federal Credit Union, et al. v. Kmart Corporation, et al.,* No. 15-02228 (N.D. Ill.); Liaison Counsel for the financial institution plaintiffs and as a member of Plaintiffs' Leadership Committee in *In re Target Corp. Customer Data Security Breach Litig.,* No. 14-md-02522-PAM (D. Minn.); and currently serves as Co-Lead Counsel for financial institution plaintiffs in *In re Arby's Restaurant Group, Inc. Data Security Litigation*, 17-00514 (N.D. Ga.); and on the Executive Committees for financial institution plaintiffs in *In re Home Depot, Inc., Customer Data Security Breach Litig.*, No. 14-02583-TWT (N.D. Ga.), *Bellwether Community Credit Union v. Chipotle Mexican Grill, Inc.*, 17-01102 (D. Co.), *Veridian Credit Union v. Eddie Bauer LLC*, No. 17-00356 (W.D. Wa.), *Shores et al v. Premera Blue Cross*, No. 15-01268 (D. Or.), *First Choice Federal Credit Union et al. v. The Wendy's Company et al.,* No. 16-00506 (W.D. PA) and *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 17-02800 (N.D. GA). In addition, Ms. Riebel was appointed as co-lead counsel for plaintiffs in *In re Community*

*Health Systems, Inc., Customer Security Data Breach Litig.*, No. Civil No. 15-00222, MDL 2595 (N.D. Ala.) and *Dittman, et al. v. UPMC*, No. GD-14-003285 (Allegheny Cty., Pa.), and to the four member Executive Committee for plaintiffs in *In re Yahoo! Inc. Customer Data Security Breach Litigation*, No. 16-02752 (N.D. CA).

She is or was also counsel for plaintiffs in the following data breach and data privacy cases: *In re Anthem, Inc. Data Breach*, No. 5:15-MD-02617-LHK (N.D. Cal); *Storm et al. v. Paytime, Inc.*, No. 14-01138-JEJ (M.D. Pa.); *In re Supervalu, Inc., Customer Data Security Breach Litig.*, MDL No. 2586 (D. Minn.); *In re Ashley Madison Customer Data Breach Security Litig.*, MDL No. 2669 (E.D. MO); *In re Banner Health Data Breach Litig.*, No. 16-cv-02696 (D. AZ); *Fero et al v. Excellus Health Plan, Inc. et al.*, No. 6:15-06569 (W.D. NY); *SELCO Community Credit Union v. Noodles & Company*, Civil No. 16-02247 (D. CO*)*; *Duqum v. Scottrade, Inc.,* No. 4:15-cv-01537 (E.D. MO); *In re iPhone Application Litig.*, Civil No. 11-md-2250-LHK (N.D. Cal.); and *In re Google Android Consumer Privacy Litig.*, Civil No. 11-md-2264-JSW (N.D. Cal.).

Ms. Riebel is a 1991 dual-degree program graduate (J.D., B.A., *cum laude*) from the Boston University School of Law and the Boston University College of Liberal Arts, who joined the firm in 1992.

In 1994, Ms. Riebel spent seven months in Anchorage, Alaska, as a member of the trial team that secured a jury verdict for punitive damages in the amount of $5 billion for a mandatory punitive damages class in *In re The Exxon Valdez*, Case No. A89-0095-CV (D. Alaska). For their efforts, Ms. Riebel and the other members of the trial team were awarded the Trial Lawyers' For Public Justice Trial Lawyers of the Year award in 1994. In addition, Ms. Riebel was extensively involved in the administration and evaluation of the more than 50,000 claims submitted in that litigation.