# List of Supporting Counsel

Pursuant to Paragraph 6 within Pretrial Order No. 1 (Dkt #2) in this MDL, please find below a list of names of other counsel who have filed cases in this MDL and who support this leadership application:

| Counsel | Firm | Case(s) |
|---|---|---|
| Lesley E. Weaver | Bleichmar Fonti & Auld LLP<br>Oakland, California | Schinder v. Facebook, Inc., et al<br>3:18-cv-2571-VC (N.D.Ca.) |
| Daniel C. Hedlund | Gustafson Gluek PLLC<br>Minneapolis, Minnesota | Schinder v. Facebook, Inc., et al<br>3:18-cv-2571-VC (N.D.Ca.) |
| Christopher P. Ridout | Zimmerman Reed LLP<br>Manhattan Beach, California | Bouillon v. Facebook, Inc.<br>4:18-cv-2565 (N.D.Ca.) |
| Ben Barnow | Barnow and Associates, P.C.<br>Chicago, Illinois | Iron Wing, et al v. Facebook, Inc.<br>3:18-cv-2122-VC (N.D.Ca.) |
| Timothy G. Blood | Blood Hurst & O'Reardon, LLP<br>San Diego, California | Iron Wing, et al v. Facebook, Inc.<br>3:18-cv-2122-VC (N.D.Ca.)<br><br>O'Hara, et al v. Facebook, Inc., et al<br>8:18-cv-571-AG-JDE (C.D.Ca.) |
| Tina Wolfson | Ahdoot & Wolfson, PC<br>Los Angeles, California | Diaz Sanchez v. Facebook, Inc., et al<br>3:18-cv-2381-VC (N.D.Ca.) |
| Derek W. Loeser | Keller Rohrback L.L.P.<br>Seattle, Washington | Haslinger v. Facebook, Inc., et al<br>3:18-cv-1984-VC (N.D.Ca.) |
| W. Craft Hughes | Hughes Ellzey, LLP<br>Houston, Texas | Lodowski, et al v. Facebook, Inc, et al<br>3:18-cv-3484-VC (N.D.Ca.)<br>4:18-cv-907 (S.D.Tx.) |
| Archibald I. Grubb, II | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.<br>Montgomery, Alabama | Williams v. Facebook, Inc., et al<br>2:18-cv-535-RDP (N.D.Al.) |
| Gary F. Lynch | Carlson Lynch Sweet Kilpela & Carpenter, LLP<br>Pittsburgh, PA | Gennock, et al v. Facebook, Inc., et al<br>3:18-cv-1891-VC (N.D.Ca.) |

528773.3

| Counsel | Firm | Case(s) |
|---|---|---|
| Arthur M. Murray | Murray Law Firm<br>New Orleans, Louisiana | Gennock, et al v. Facebook, Inc., et al<br>3:18-cv-1891-VC (N.D.Ca.) |
| Kenneth W. DeJean | Law Offices of Kenneth W. Dejean<br>Lafayette, Louisiana | Gennock, et al v. Facebook, Inc., et al<br>3:18-cv-1891-VC (N.D.Ca.) |
| April F. Doss | Saul Ewing Arnstein & Lehr, LLP<br>Baltimore, Maryland | Pelc v. Facebook, Inc., et al<br>3:18-cv-2948-VC (N.D.Ca.) |
| Michael J. Flannery | Cuneo Gilbert & LaDuca, LLP<br>St. Louis, Missouri | O'Hara, et al v. Facebook, Inc., et al<br>8:18-cv-571-AG-JDE (C.D.Ca.) |
| Marlon E. Kimpson | Motley Rice LLC<br>Mount Pleasant, South Carolina | Skotnicki v. Facebook, Inc., et al.<br>1:18-cv-655-UNA (D.De.)<br><br>Picha et al. v. Facebook, Inc., et al.<br>3:18-cv-2090-VC (N.D.Ca.) |