# MARLON E. KIMPSON

Member, Motley Rice LLC

843.216.9180 phone • 843.216.9450 fax
mkimpson@motleyrice.com • www.motleyrice.com

### EDUCATION:

J.D., University of South Carolina School of Law, 1999
B.A., Morehouse College, 1991

### LICENSED IN:

South Carolina

### ADMITTED TO PRACTICE BEFORE:

U.S. District Court for the District of South Carolina, and the Eastern District of Michigan

### AWARDS AND ACCOLADES:

I am proud of the distinguished awards bestowed upon my firm, including *U.S. News – Best Lawyers*® "Best Law Firm" in the area of Mass Tort Litigation/Class Action Plaintiffs, 2010–2018; *The Legal 500 United States* Litigation editions 2007, 2009, and 2011–2018; *International Securities Services'* Securities Class Actions Services Top 50, 2009–2011 and 2014–2017; *National Law Journal's* The Plaintiffs' Hot List in 2006 and 2012–2016; *National Law Journal's* "Elite Trial Lawyers" 2014 and 2015; and Law360's "Most Feared Plaintiffs Firm" 2013 and 2015.

Individual awards I have received include:

**American Association of Justice**
**2017** Johnnie L. Cochran, Jr. Soaring Eagle Award

*The Best Lawyers in America*®
**2015–2018**  Mass tort litigation/class actions – plaintiffs

*SC Lawyers Weekly*
**2018** Leadership in Law Honoree

*Benchmark Litigation*
**2012**  National "Litigation Star": mass tort/product liability
**2012–2014**  South Carolina "Litigation Star": environmental, mass tort, securities

### RELEVANT EXPERIENCE

I have worked on the following securities fraud class actions as local counsel:
*Edna Salen Epstein, et al. v. World Acceptance Corporation, et al.,* No. 6:14-cv-01606-MGL (D.S.C.);
*In re SCANA Corporation Securities Litigation,* No. 3:17-cv-02616-MBS (D.S.C.).

Understanding the impact that fiduciary malfeasance and unfair corporate transactions have on shareholders, I have also advised clients and directed overall strategy in shareholder derivative litigation and merger and acquisition cases including:
*In re Atheros Communications, Inc. Shareholder Litigation,* C.A. No. 6124-CVN (Del. Ch.);
*In re Celera Corporation Shareholder Litigation,* C.A. No. 6304-VCP (Del. Ch.);
*In re RehabCare Group, Inc. Shareholder Litigation,* C.A. No. 697-VCL (Del. Ch.);
*In re Coventry Health Care, Inc. Shareholder Litigation,* C.A. No. 7905-CS (Del. Ch.);
*In re Big Lots, Inc. Shareholder Litigation,* C.A. No. 2:12-cv-00445-MHW-KAJ (S.D. Ohio).

Additional cases include:
*In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,* MDL 2179, (E.D.La.);
*Maurice R. Harris, as an individual and Class Member, by and through His Next Best Friend and Natural Guardians, Lynette and Maurice Harris; et. Al. v. George McCracken, Individually and in His Official Capacity as Principal of Stratford High School, et. al.;* C. A. No. 2:03-3845-PMD (D.S.C.);
*In re Graniteville Train Derailment,* No. 1:05-00115-24 (D.S.C.);
*In re Graniteville Cases*, No. 1:06-mn-06000-MBS (D.S.C.).

Motley Rice Facebook Consumer Privacy cases filed:
*Taylor Picha v. Facebook, Inc. and Cambridge Analytica,* No. 3:18-cv-02090-WHO (N.D. Cal.);
*Craig Skotnicki v. Facebook, Inc. and Cambridge Analytica,* No. 18-cv-00655 (D. Del.).

Motley Rice Data Breach Experience
*In Re: 21st Century Oncology Customer Data Security Breach Litigation*; Case No. 16-md-2737-MSS (FLMD)