**List of Law Firms in Support of Marlon Kimpson Application**
*In Re: Facebook, Inc., Consumer Privacy User Profile Litigation*,
**Case No. 18-MD-2843-VC**

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

KELLER ROHRBACK LAW OFFICES L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

RUYAK CHERIAN LLP
1700 K Street NW, Suite 810
Washington, DC 20006
Tel: (202) 838-1561

MORRIS, SULLIVAN & LEMKUL
9915 Mira Mesa Blvd, Suite 300
San Diego, CA 92131
Tel: (858) 566-7600
Tel: (858) 566-6602

McCUE & PARTNERS LLP
158 Buckingham Palace Road
4th Floor
London SW1W 9TR
United Kingdom
Tel: +44 (0) 20 7096 3767

SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: (212) 584-0700
Fax: (212) 584-0799

BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel: (415) 445-4003
Fax: (415) 445-4020

**List of Law Firms in Support of Marlon Kimpson Application**
*In Re: Facebook, Inc., Consumer Privacy User Profile Litigation*,
**Case No. 18-MD-2843-VC**

HUGHES ELLZEY, LLP
2700 Post Oak Boulevard
Suite 1120
Houston, TX 77056
Tel:  (713) 322-6387
Fax:  (888) 995-3335

AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024-3102
Tel:  (310) 474-9111
Fax:  (310) 474-8585

LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 262-6700
Fax:  (212) 262-7402

CARLSON LYNCH SWEET KILPELA CARPENTER
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel:  (412) 322.9243

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Tel:  (612) 339-6900
Fax:  (612) 339-0981

MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel:  (504) 525-8100
Fax:  (504) 584-5249