# Attachment A

# KELLERROHRBACK

### L A W   O F F I C E S   ◆   L. L. P.



**A respected and passionate advocate who has dedicated his career to combating corporate fraud and misconduct.** Derek Loeser is a senior member of Keller Rohrback's nationally recognized Complex Litigation Group and a member of the firm's Executive Committee. He has served in leadership roles in cutting-edge, complex and class action cases in state and federal courts throughout the country.

Derek has a passion for taking on large corporations and holding them accountable for wrongdoing. Through all stages of litigation, including trial, he has helped recover billions of dollars for consumers, employees, retirees, retirement plans and institutions. Notable cases include the Wells Fargo unauthorized account consumer class action, in which he led the Keller Rohrback team that achieved a $142 million settlement that requires Wells Fargo to refund all improper fees, and provide first-of-its kind credit damage reimbursement, among other relief, to Wells Fargo customers. Other notable cases include mortgage-backed securities cases on behalf of the Federal Home Loan Banks of Chicago, Indianapolis and Boston; ERISA class actions on behalf of employees of Enron, WorldCom, Countrywide, and Washington Mutual, among others, whose retirement savings were decimated by corporate misconduct; fraud, RICO, and antitrust cases against drug manufacturers, pharmacy benefit managers and insurance companies for conspiring to drive up the cost of life-saving medications, such as insulin and epinephrine (EpiPens).

Derek also represents state and local government entities in several matters, including *In re National Prescription Opiate Litigation*, MDL No. 2804, the consolidated action against opioid manufacturers and distributors. The opioid cases are quintessential examples of the type of litigation Derek and the Keller Rohrback team pursue with purpose and passion: corporate fraud and malfeasance causing serious harm to the public.

## DEREK LOESER
**Partner**

### EDUCATION

**Middlebury College**

B.A., *summa cum laude*, 1989, Phi Beta Kappa, American Literature (highest department honors), Stolley-Ryan American Literature Prize

**University of Washington School of Law**

J.D., *with honors*, 1994

### AWARDS

Listed as Lawdragon 500 Leading Lawyers in America 2018

Selected to Super Lawyers - Washington, 2007-2012, 2014-2018; Rising Stars 2005-2007

AV®, Peer Review Top-Rated by Martindale-Hubbell

2010 Burton Award for Legal Achievement

U.S. Department of Justice Award for Public Service, 1996

U.S. Department of Justice Achievement Award, 1996

U.S. Department of Justice Honors Program Hire, 1994

Many of Derek's cases have required coordinating with state and federal agencies involved in litigation that parallels cases pursued by Keller Rohrback, including state attorneys general, the Department of Justice, and the Department of Labor. In addition, Derek has extensive experience negotiating complex, multi-party settlements, and coordinating with the many parties and counsel necessary to accomplish this.

Before joining Keller Rohrback, Derek served as a law clerk for the Hon. Michael R. Hogan, U.S. District Court for the District of Oregon, and was a trial attorney in the Civil Rights Division, Employment Litigation Section of the United States Department of Justice.



## REPRESENTATIVE CASES

*In re: Volkswagen "Clean Diesel" Litigation,* MDL No. 2672 (N.D. Cal.) (Plaintiffs' Steering Committee)

*In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability,* MDL No. 2777 (N.D. Cal.) (Plaintiffs' Steering Committee)

*Jabbari v. Wells Fargo & Co.,* No. 15-02159 (N.D. Cal.) (Lead Counsel)

*In re: EpiPen (Epinephrine Injection, USP),* MDL No. 2785 (D. Kan.) Marketing, Sales Practices and Antitrust Litigation (Co-Lead Counsel)

*In re: National Prescription Opiate Litigation,* MDL No. 2804 (E.D. Ohio) (Plaintiffs' Executive Committee)

*Corona v. Sony Pictures Entm't, Inc.,* No.14-09600 (C.D. Cal.) (Co-Lead Counsel)

*Federal Home Loan Banks Mortgage-Backed Securities Litigation, e.g., Federal Home Loan Bank of Boston v. Ally Financial, Inc.,* No. 11-10952 (D. Mass.)

*In re Enron Corp. ERISA Litig.,* MDL No. 1446 (S.D. Tex.)

*In re WorldCom, Inc. ERISA Litig.,* No. 02-4816 (S.D.N.Y.)

*In re: Exxon Valdez,* No. 89-0095 (D. Alaska) (Trial Counsel, Plaintiffs' Steering Committee, and Court-Appointed Administrator of Settlement Funds)

**WHO WE ARE.** Keller Rohrback's approach is straightforward: we represent clients who have been harmed by conduct that is wrong. We litigate with passion and integrity to obtain the best results possible. Every case is different, but we win for the same reason: we persuade. When you hire us, you hire smart, creative lawyers who are skilled in court and in negotiations.

Keller Rohrback attorneys earn the respect of our colleagues, courts and opponents through our deft handling of the array of complex issues our clients face. Founded in 1919, Keller Rohrback's diverse team of over 70 attorneys and about 100 staff members are based in six offices across the country in Seattle, Oakland, New York, Phoenix, Santa Barbara, and Missoula, Montana. Over the past century, our firm has built a distinguished reputation by consistently providing top-notch representation. We offer exceptional service and a comprehensive understanding of federal and state law. We also are known for our abilities to work with co-counsel to achieve outstanding results—essential skills in large-scale cases in which several firms represent the plaintiffs. We pride ourselves on our reputation for working effectively with opposing counsel, and we are comfortable and experienced in handling high-stakes cases with state, federal, and foreign government investigations.

**WHAT WE DO.** Keller Rohrback represents plaintiffs in complex cases of corporate wrongdoing. We litigate against companies that unlawfully pollute, defraud, and collude. We come from diverse backgrounds and are united by a common passion to advocate for justice. Our firm draws strength from attorneys in various practice areas for expertise in bankruptcy and restructuring, constitutional law, corporate transactions, financial institutions, insurance coverage, and intellectual property. Our firm's access to these in-house resources distinguishes Keller Rohrback from other plaintiffs' class action firms and contributes to the firm's success. We also work with legal counsel from other countries to vigorously pursue legal remedies on behalf of clients worldwide and have been nominated for a Nobel Peace Prize for our efforts on behalf of the Marshall Islands.

We have won verdicts in state and federal courts throughout the nation and have obtained judgments and settlements in excess of $23.25 billion. Courts around the country have praised our work, and we are regularly appointed lead counsel in nationally-prominent class action cases. Our advocacy has had far-reaching impacts for our clients in a variety of settings and industries, creating fairer markets, a more accountable society, and a cleaner environment.

**WHOM WE SERVE.** We represent individuals, institutions, and governments. Our clients share the desire to achieve justice and choose to be represented by attorneys who practice law with integrity and dedication.