# Attachment B

## PLAINTIFFS' COUNSEL SUPPORTING APPOINTMENT OF DEREK LOESER FOR LEADERSHIP

The following counsel, who have filed cases in this MDL as detailed below, support Derek Loeser's appointment for leadership:

| | **Support for Lead and/or Co-Lead** | | |
|---|---|---|---|
| | Counsel | Firm Name & Address | Case Information |
| 1. | Tina Wolfson | **Ahdoot & Wolfson, PC**<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>T: (310) 474-9111<br>F: (310) 474-8585 | *Sanchez v. Facebook*<br>3:18-cv-2381-VC (N.D. Cal.) |
| 2. | Ben Barnow | **Barnow and Associates, P.C.**<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>T: (312) 621-2000<br>F: (312) 641-5504 | *Wing v. Facebook*<br>3:18-cv-2122-VC (N.D. Cal.) |
| 3. | Archie I. Grubb, II | **Beasley Allen Crow Methvin Portis & Miles PC**<br>218 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br>T: (334) 269-2343<br>F: (334) 954-7555 | *Williams v. Facebook*<br>2:18-cv-00535-RDP (N.D. Al.)<br>3:18-md-02843-VC (N.D. Cal) |
| 4. | Lesley E. Weaver | **Bleichmar Fonti & Auld LLP**<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>T: (415) 445-4003<br>F: (415) 445-4020 | *Schinder v. Facebook*<br>3:18-cv-02571-VC (N.D. Cal.) |
| 5. | Timothy G. Blood | **Blood Hurst & O'Reardon, LLP**<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>T: (619) 338-1100<br>F: (619) 338-1101 | *Wing v. Facebook*<br>3:18-cv-02122-VC (N.D. Cal.) |

|  | Support for Lead and/or Co-Lead | | |
|---|---|---|---|
|  | Counsel | Firm Name & Address | Case Information |
| 6. | James E. Cecchi | **Carella, Byrne, Cecchi, Olstein, Brody & Agnello, PC**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>T: (973) 994-170<br>F: (973) 994-1744 | *Malskoff v. Facebook, Inc.*<br>2:18-cv-04451 (D.C.N.J.)<br>3:18-md-02843-VC (N.D. Cal) |
| 7. | Gary F. Lynch | **Carlson Lynch Sweet Kilpela & Carpenter, LLP**<br>1133 Penn Avenue, 5thFloor<br>Pittsburgh, PA 15222<br>T: (412) 322-9243<br>F: (412) 231-0246 | *Gennock v. Facebook, Inc.*<br>3:18-cv-01891-VC (N.D. Cal.) |
| 8. | Allen Carney | **Carney Bates & Pulliam, PLLC**<br>519 West 7th Street<br>Little Rock, AR 72201<br>T: (501) 312.8500<br>F: (501) 312.8505 | *Beiner v. Facebook Inc.*<br>3:18-cv-01953 (N.D. Cal.) |
| 9. | Gayle M. Blatt | **Casey Gerry Schenk Francavilla Blatt & Penfield, LLP**<br>110 Laurel Street<br>San Diego, California 92101<br>T: (619) 238-1811<br>F: (619) 544-9232 | *Gerena v. Facebook*<br>3:18-cv-02201-VC (N.D. Cal.) |
| 10. | Michael J. Flannery | **Cuneo Gilbert & Laduca LLP**<br>7733 Forsyth Boulevard, Suite 1675<br>St. Louis, MO 63105<br>T: (314) 226-1015<br>F: 202-789-1813 | *O'Hara v. Facebook, Inc.*<br>8:18-cv-00571-AG-JDE (C.D. Cal.)<br>3:18-md-02843-VC (N.D. Cal) |

|    | Support for Lead and/or Co-Lead | | |
|----|---------------------|-----------------------|-----------------|
|    | Counsel             | Firm Name & Address   | Case Information |
| 11. | Eric H. Gibbs | **Gibbs Law Group LLP**<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>T: (510) 350-9700<br>F: (510) 350-9701 | *King v. Facebook*<br>3:18-cv-02276-VC (N.D. Cal.) |
| 12. | Daniel C. Hedlund | **Gustafson Gluek PLLC**<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>T: (612) 333-8844<br>F: (612) 339-6622 | *Schinder v. Facebook*<br>3:18-cv-2571-VC (N.D. Cal.) |
| 13. | Rosemary M. Rivas | **Levi & Korsinsky, LLP**<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>T: (415) 291-2420<br>F: (415) 484-1294 | *Vance-Guerbe v. Facebook*<br>3:18-cv-02987-VC (N.D. Cal.) |
| 14. | Michael W. Sobol | **Lieff Cabraser Heimann & Bernstein, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>T: (415) 956-1000<br>F: (415) 956-1008 | *Beiner v. Facebook Inc.*<br>3:18-cv-01953-VC (N.D. Cal.) |
| 15. | Karen Hanson Riebel | **Lockridge Grindal Nauen P.L.L.P.**<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2159<br>T: (612) 339-6900<br>F: (612) 339-0981 | *Gennock v. Facebook, Inc.*<br>3:18-cv-01891-VC (N.D. Cal.) |

|     | Support for Lead and/or Co-Lead | | |
|-----|---------------------------------|---|---|
|     | Counsel | Firm Name & Address | Case Information |
| 16. | Marlon E. Kimpson | **Motley Rice LLC**<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>T: (843) 216-9000<br>F: (843) 216-9450 | *Picha v. Facebook, Inc.*<br>3:18-cv-02090-VC (N.D. Cal.)<br><br>*Skotnicki v. Facebook, Inc.*<br>1:18-cv-00655-RGA (D.C. Del.)<br>3:18-md-02843-VC (N.D. Cal) |
| 17. | Arthur M. Murray | **Murray Law Firm**<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130<br>T: (504) 525-8100<br>F: (504) 584-5249 | *Gennock v. Facebook, Inc.*<br>3:18-cv-01891-VC (N.D. Cal.) |
| 18. | Nicholas A. Carlin | **Phillips Erlewine Given & Carlin LLP**<br>39 Mesa Street, Suite 201 –<br>The Presidio<br>San Francisco, CA 94129<br>T: (415) 398-0900<br>F: (415) 398-0911 | *Rubin v. Facebook, Inc.*<br>3:18-cv-01852-VC (N.D. Cal.) |
| 19. | Christopher A. Seeger | **Seeger Weiss LLP**<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>T: (212) 584-0700<br>F: (212) 584-0799 | *Malskoff v. Facebook, Inc.*<br>2:18-cv-04451 (D.C.N.J.)<br>3:18-md-02843-VC (N.D. Cal) |
| 20. | James C. Vlahakis | **Sulaiman Law Group, Ltd.**<br>2500 South Highland Avenue, Suite 200<br>Lombard, IL 60148<br>T: (630) 581-8181 | *Comforte v. Cambridge Analytica*<br>1:18-cv-02120 (N.D. Il.) |

|  | Support for Lead and/or Co-Lead | | |
|---|---|---|---|
|  | Counsel | Firm Name & Address | Case Information |
| 21. | Christopher P. Ridout | **Zimmerman Reed, LLP**<br>2381 Rosecrans Ave., Suite 328<br>Manhattan Beach, CA 90245<br>T: (877) 500-8780<br>F: (877) 500-8781 | *Bouillon v. Facebook*<br>3:18-cv-02565-VC (N.D. Cal.) |