# EXHIBIT A

# Rosemary M. Rivas
## LEVI&KORSINSKY LLP

Levi & Korsinsky, LLP is a national law firm with 31 attorneys who have decades of combined experience litigating complex securities and consumer class actions in state and federal courts throughout the country. The Firm has offices in New York City, Connecticut, California, and Washington, D.C.

The Firm's Consumer Litigation Group is led by Rosemary M. Rivas, who manages the Firm's San Francisco office. She has dedicated her legal career to representing consumers in complex, class action litigation involving false advertising, data breaches and defective product claims and has been influential in recovering millions of dollars on behalf of consumers. Most recently, in a highly competitive application process, Ms. Rivas was appointed Interim Co-Lead Plaintiffs' Counsel in *In re Intel Corp. CPU Marketing, Sales Practices, and Products Liability Litigation,* Case No. 3:18-md-02828-SI, a large MDL which involves hundreds of millions of computers and other products purchased by consumers and business organizations that are now subject to security vulnerabilities as a result of Intel's allegedly flawed CPUs. Ms. Rivas was also appointed to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" MDL*, Case No. 15-MDL-2672-CRB (JSC), which has resulted in unprecedented settlements exceeding $15 billion dollars. Ms. Rivas has served in a leadership role in a number of other class action cases and has been instrumental in obtaining favorable decisions on behalf of consumers in the areas of false advertising, federal preemption, and arbitration.

Ms. Rivas is a recipient of the 2018 California Lawyer Attorney of the Year (CLAY) Award. The CLAY award was presented to her by the *Daily Journal* for her work in the *Volkswagen* litigation. The CLAY awards are given annually to outstanding California practitioners "whose extraordinary work and cases had a major impact on the law." From 2009-2011, Ms. Rivas was selected as a *Rising Star* by Law & Politics Magazine, which recognizes the best lawyers 40 years old or under or in practice for ten years or less. In 2015, Bay Area Legal Aid presented her with the Guardian of Justice award for her work achievements in the law and her role in helping direct *cy pres* funds to ensure equal access to the civil justice system.

Ms. Rivas has presented at a number of speaking engagements, including: *The Right Approach to Effective Claims*, 2018 (Beard Group - Class Action Money & Ethics); *Section 17200: The Fertility of Man's Invention*, 2016 (The Bar Association of San Francisco); *Data Privacy Law 101: U.S. Data Privacy and Security Laws*, 2015 (The Bar Association of San Francisco); *Food Labeling and False Advertising Class Actions*, 2015 (The Bar Association of San Francisco); and *Class Actions: New Developments & Approaches for Strategic Response*, 2013 (American Bar Association).

Representative cases Ms. Rivas has worked on include:

- ***In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation***, Case No. 15-md-2672-CRB (N.D. Cal.) (fraud and product defect); settlement exceeding $15 billion dollars with Volkswagen and a

1

$327.5 million settlement with Bosch, the supplier of the emissions software that was installed in 2.0-liter and 3.0-liter Volkswagen, Audi, and Porsche diesel vehicles.

- *Lima v. Gateway*, Case No. 09-cv-1366-DMG (C.D. Cal.) (fraud and product defect); nationwide class action involving defective monitors that settled for a $195 refund for each monitor purchased.

- *Pappas v. Naked Juice*, Case No. 2:11-cv-08276-JAK (C.D. Cal.) (false advertising); $9 million nationwide settlement and changes to the company's testing procedures and product labels.

- *Garcia v. Allergan, Inc.*, Case No. 09-cv-7088 PSG (Ex) (C.D. Cal.) (unfair business practices); $7.75 million nationwide settlement and changes to the company's training procedures.

- *Carrier IQ, Inc., Consumer Privacy Litigation*, Case No. 3:12-md-02330-EMC (N.D. Cal.) (data privacy); $9 million settlement and valuable injunctive relief.

- *Rodriguez v. West Publishing Corp.*, Case No. 05-3222-R (MCx) (C.D. Cal.) (antitrust); $49 million nationwide settlement and termination of allegedly illegal market allocation agreement.

- *In re LookSmart Litigation*, Case No. CGC-02-407778 (Cal. Super. Ct. San Francisco Cty.) (breach of contract and unfair business practices); national class action settlement providing cash and benefits valued at approximately $20 million.

- *In re iPod Litigation*, Case No. CIV 436509 (Cal. Super. Ct. San Mateo Cty.) (consumer fraud); nationwide class action settlement providing for warranty extension, battery replacements, cash payments and store credits to class members valued at approximately $15 million.

- *Lehman v. Blue Shield of California*, Case No. CGC-03-419349 (Cal. Super. Ct. San Francisco Cty.) (breach of contract and unfair business practices); cash settlement of $6.5 million on behalf of a California class in case involving premium increases in connection with insurance plans.

- *Mackhouse v. The Good Guys – California, Inc.*, Case No. 2002-049656 (Cal. Super Ct. Alameda Cty.) (breach of warranty); national class settlement providing for cash refunds or services at class members' election in case involving failure to honor service contracts.

Previously, Ms. Rivas served as a Board Member and Diversity Director of the Barristers Club of the San Francisco Bar Association. Ms. Rivas is fluent in Spanish.