Below is a list of counsel who support the application of Rosemary M. Rivas for appointment as Plaintiffs' Lead Counsel

Michael W. Sobol, Esq.
Lieff Cabraser Heimann & Bernstein-CA
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000

Ben Barnow, Esq.
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: 312-621-2000

Timothy Blood, Esq.
Blood Hurst & O'Reardon LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: 619-338-1100

Eric Gibbs, Esq.
Gibbs Law Group, LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: 510-350-9700

Archie Grubb, II, Esq.
Beasley, Allen, Crow, Methvin, Portis and Miles, P.C.
218 Commerce Street
Po Box 4160
Montgomery, AL 36104
Telephone: 334-269-2343

Derek W. Loeser, Esq.
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-224-7562

Gordon Fauth, Esq.
Finkelstein Thompson LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415-398-8700

Tina Wolfson, Esq.
Ahdoot & Wolfson, PC
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: 310-474-9111

Gayle Blatt, Esq.
Casey Gerry Schenk Francavilla Blatt & Penfield LLP
110 Laurel Street
San Diego, CA 92101
Telephone: 619-238-1811

Lesley Weaver, Esq.
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: 415-445-4004