# COHENMILSTEIN

For over 45 years, Cohen Milstein Sellers & Toll PLLC has fought corporate abuse in major class action cases for violations of the antitrust, securities, consumer protection, civil rights, ERISA, employment, and human rights laws. Cohen Milstein specializes in holding large corporations accountable for their actions even though they have more resources than those damaged. Cohen Milstein has over 90 attorneys in offices in Washington, D.C.; New York, NY; Philadelphia, PA; Chicago, IL; Denver, CO; Raleigh, NC; and Palm Beach Gardens, FL. Cohen Milstein has obtained many landmark judgments and settlements. A full resume may be found on the firm's website at https://www.cohenmilstein.com/about-us. Some of the firm's most significant cases include:

- In re: Urethane Antitrust Litigation (Polyether Polyol Cases) (D. Kan.). Cohen Milstein represented direct purchasers of several types of chemicals overcharged because of a nationwide price-fixing conspiracy. Cohen Milstein negotiated settlements with certain defendants of about $139 million and proceeded to trial against the remaining defendant. The jury returned a $400 million plaintiffs' verdict, which was affirmed by the Tenth Circuit. That verdict was subject to trebling. Dow sought review by the United States Supreme Court, but settled the case in February 2016 for $835 million.

- Countrywide MBS Litigation (C.D. Cal.). In April 2013, plaintiffs in the landmark MBS class action litigation against Countrywide Financial Corporation and others agreed to a $500 million settlement. It is the nation's largest MBS-federal securities class action settlement. The settlement is one of the largest (top 20) class action securities settlements of all time.

- In re: Electronic Books Antitrust Litigation (S.D.N.Y.). In August 2014, a New York federal judge approved a $400 million antitrust settlement in the hotly-contested ebooks price-fixing suit against Apple Inc. Combined with $166 million in previous settlements with five defendant publishing companies, consumers could receive more than $560 million. In March 2016, the Supreme Court declined to hear Apple's appeal, putting the settlement into effect.

## Primary Attorneys on This Matter

### A.     Andrew N. Friedman

Mr. Friedman is a Partner at Cohen Milstein, and is Co-Chair of the firm's Consumer Protection practice group. Mr. Friedman is a noted speaker who has appeared on numerous panels for legal education seminars and institutional investor conferences on the issues of consumer and securities class actions. His work has been cited in the media and he was profiled in the April 14, 2000, *Washington Business Journal*.  Among his awards and recognition include:

- Consumer Protection practice group named a 2017 Practice Group of the Year in the Privacy category in recognition of its "landmark matters and general excellence" in the area of Privacy law.

- Named a Washington, DC "Super Lawyer" in 2010, 2013-2018.

- Named a "Leading Plaintiffs' Lawyer" by LawDragon in 2011.

Practicing in the class action field since 1985, Mr. Friedman specializes in litigating complex, multi-state class action lawsuits against manufacturers and consumer service providers such as banks, insurers, credit card companies and others. He is widely recognized as a leader in enforcing consumer

rights. Over the years, Mr. Friedman has been lead or co-lead counsel in numerous important cases, bringing relief to millions of consumers and recovering hundreds of millions of dollars in class actions. These include, *Snyder v. Nationwide Mutual Insurance Company* (Sup. Ct. N.Y. Onondaga Cty.) (consumer contract case obtaining settlement of more than $85 million in a "vanishing premium" action); *In re Anthem, Inc. Data Breach Litig.* (N.D. Cal.) (data breach impacting 80 million consumers; obtained $115 million settlement fund awaiting final approval); *Khoday v. Symantec Corp*. (D. Minn.) (consumer fraud where defendants charged for a redownload service for Norton products, but omitted that free alternative methods of redownload existed; $60 million settlement for consumers, giving class members back more than 100% of purchase price); *In re Globalstar Sec. Litig. (*S.D.N.Y.) (securities fraud class action; settled at trial for $20 million); *Baird v. Thompson Consumer Electronics* (Cir. Ct. Madison Cnty., IL) (consumer class action obtaining up to $100 million for purchasers of defective televisions).

Mr. Friedman began his career with the U.S. Patent and Trademark Office. He attended Tufts University, graduating *magna cum laude* and was elected Phi Beta Kappa, with a B.A. in Psychology. He earned his J.D. from the National Law Center, George Washington University.

**B.      Douglas J. McNamara**

Douglas J. McNamara is Of Counsel at Cohen Milstein, and a member of the firm's Consumer Protection practice group. Mr. McNamara graduated from New York University School of Law in 1995, and after working as a public defender and then an associate at Arnold & Porter, joined Cohen Milstein in 2001. Mr. McNamara specializes in litigating complex, multi-state class action lawsuits against manufacturers and consumer service providers such as banks, insurers, credit card companies and others. He has worked extensively on major MDL cases, drafting briefs and discovery, selecting, defending, and deposing experts, and overseeing document discovery and depositions. Recent cases include *In re Lumber Liquidators Chinese-Manufactured Flooring Prod. Marketing, Sales Prac. and Prod. Liab. Litig*. (E.D. Va.), and *In re Caterpillar, Inc., C13 and C15 Engine Products Liab. Litig*. (D.N.J.). Both cases included economic injuries for faulty products, extensive discovery, and development of damage models for class certification treatment that facilitated settlement. Mr. McNamara has worked on numerous other cases involving defective consumer products deceptive marketing, including cases against Philips Electronics North America Corp., General Motors, Symantec, Rooms to Go, Apple, Inc., and DISH TV.

**C.      Sally M. Handmaker**

Ms. Handmaker is an associate and a member of the firm's Consumer Protection practice group, litigating actions to enforce consumer rights under federal and state laws. Ms. Handmaker graduated from the University of Virginia School of Law in 2011 and joined Cohen Milstein in 2014 after serving as a litigation associate at a top-tier defense firm, working on complex commercial and general litigation matters in federal and state courts. Ms. Handmaker has been the lead associate in several highly-successful consumer class actions in which she was involved in all aspects of litigation including*: In re Anthem, Inc. Data Breach Litig., Khoday v. Symantec Corp., In re Lumber Liquidators Chinese-Manufactured Flooring Prod. Marketing, Sales Prac. and Prod. Liab. Litig*., and *In re Caterpillar Engine Prod. Liab. Litig.* She was awarded the *pro bono* "Golden Gavel" award for work with the Lawyers' Committee for Civil Rights Under Law's Voting Rights Project and is an active member of Women in e-Discovery, a nonprofit organization focused on providing women with legal technology education, networking, and leadership opportunities.