

***In re Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 3:18-md-2843-VC**
**Appendix to Application of Tina Wolfson for Lead Counsel for Consumer Plaintiff Class**

The following counsel and firms support my application for lead counsel:

| # | Case Name | Case Number | Court | Firms Supporting My Application |
|---|---|---|---|---|
| 1. | *Comforte v. Cambridge Analytica* | 3:18-cv-3394-VC | N.D. Cal. | James Vlahakis<br>Joseph Davidson<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148 |
| 2. | *Lodowski v. Facebook, Inc.* | 3:18-cv-3484-VC | N.D. Cal. | W. Craft Hughes<br>Jarrett L. Ellzey<br>Hughes Ellzey, LLP<br>2700 Post Oak Boulevard, Suite 1120<br>Houston, Texas 77056 |
| 3. | *Gennock v. Facebook, Inc.* | 3:18-cv-1891-VC | N.D. Cal. | Gary F. Lynch<br>Todd D. Carpenter<br>Brittany C. Casola<br>Carlson Lynch Sweet Kilpela & Carpenter, LLP<br>1350 Columbia Street, Suite 603<br>San Diego, California 92101<br><br>Karen Hanson Riebel<br>Katie M. Baxter-Kauf<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Ave South, Suite 2200<br>Minneapolis, Minnesota 55401<br><br>Arthur M. Murray<br>Caroline W. Thomas<br>Murray Law Firm<br>650 Poydras Street, Suite 2150<br>New Orleans, Louisiana 70130<br><br>Kenneth W. DeJean<br>Adam R. Credeur |

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   | Law Offices of Kenneth W. DeJean<br>417 West University Avenue<br>Lafayette, Louisiana 70502 |
| 4. | *Malskoff v. Facebook, Inc.* | 3:18-cv-3393-VC | N.D. Cal. | James E. Cecchi<br>Donald A. Ecklund<br>Michael A. Innes<br>Carella, Byrne, Cecchi, Olstein, Brody & Agnello, PC<br>5 Becker Farm Road<br>Roseland, NJ 07068 |
| 5. | *Beiner v. Facebook, Inc.* | 3:18-cv-1953-VC | N.D. Cal. | Michael W. Sobol<br>David T. Rudolph<br>Melissa Gardner<br>Nicholas Diamand<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |
| 6. | *Haslinger v. Facebook, Inc.* | 3:18-cv-1984-VC | N.D. Cal. | Derek Loeser<br>Lynn Lincoln Sarko<br>Gretchen Freeman Cappio<br>Cari Campen Laufenberg<br>Christopher Springer<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101 |
| 7. | *O'Hara v. Facebook, Inc.* | 8:18-cv-571-AG-JDE | C.D. Cal. | Timothy G. Blood<br>Thomas J. O'Reardon II<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, California 92101 |
| 8. | *Williams v. Facebook, Inc.* | 3:18-cv-3676-VC | N.D. Cal. | Archie I. Grubb, II<br>Wilson Daniel Miles, III<br>Leslie Lee Ann Pescia<br>Beasley Allen Crow Methvin Portis & Miles, P.C.<br>272 Commerce Street<br>Montgomery, Alabama 36104 |

| | | | | |
|---|---|---|---|---|
| 9. | *Picha v. Facebook. Inc.* | 3:18-cv-2090-VC | N.D. Cal. | Marlon E. Kimpson<br>Jodi Westbrook Flowers<br>Ann Ritter<br>Fred Baker<br>Kimberly Barone Baden<br>Andrew Arnold<br>Annie Kouba<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, South Carolina 29464 |
| 10. | *Iron Wing v. Facebook, Inc.* | 3:18-cv-2122-VC | N.D. Cal. | Timothy G. Blood<br>Thomas J. O'Reardon II<br>Paula R. Brown<br>Blood Hurst & O'Reardon, LLP<br>501 West Broadway, Suite 1490<br>San Diego, California 92101<br><br>Ben Barnow<br>Erich P. Schork<br>Jeffrey D. Blake<br>Anthony L. Parkhill<br>Barnow and Associates, P.C.<br>1 N. LaSalle Street, Suite 4600<br>Chicago, Illinois 60602 |
| 11. | *Gerena v. Facebook, Inc.* | 3:18-cv-2201-VC | N.D. Cal. | David S. Casey, Jr.<br>Gayle M. Blatt<br>Jeremy Robinson<br>Angela Jae Chun<br>Alyssa Williams<br>Casey Gerry Schenk Francavilla Blatt & Penfield, LLP<br>110 Laurel Street<br>San Diego, California 92101 |
| 12. | *Labajo v. Facebook, Inc.* | 3:18-cv-02093-VC | N.D. Cal. | Gordon M. Fauth, Jr.<br>Rosanne L. Mah<br>Finkelstein Thompson LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111 |

| 13. | *Redmond v. Facebook, Inc.* | 1:18-cv-531-VAC-MPT | D. Del. | Robert F. Ruyak<br>Korula T. Cherian<br>Richard Ripley<br>Rebecca Anzidei<br>Ruyak Cherian LLP<br>1700 K Street NW, Suite 810<br>Washington, DC 20006 |
| --- | --- | --- | --- | --- |
| 14. | *Scotnicki v. Facebook, Inc.* | 1:18-cv-655-RGA | D. Del. | Marlon E. Kimpson<br>Jodi Westbrook Flowers<br>Ann Ritter<br>Fred Baker<br>Andrew Arnold<br>Annie Kouba<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, South Carolina 29464 |
| 15. | *Schinder v. Facebook, Inc.* | 3:18-cv-2571-VC | N.D. Cal. | Lesley E. Weaver<br>Matthew S. Weiler<br>Bliechmar Fonti & Auld LLP<br>555 12th Street, Suite 1600<br>Oakland, California 94607 |
| 16. | *Bouillon v. Facebook* | 4:18-cv-2565-YGR | N.D. Cal. | Christopher P. Ridout<br>Zimmerman Reed, LLP<br>2381 Rosecrans Avenue, Suite 328<br>Manhattan Beach, California 90245 |
| 17. | *Vance-Guerbe v. Facebook, Inc.* | 3:18-cv-2987-EDL | N.D. Cal. | Rosemary M. Rivas<br>Quentin A. Roberts<br>Courtney E. Maccarone<br>Levi & Korsinsky, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, California 94104 |

Respectfully,

*Tina Wolfson*
Tina Wolfson