## TODD A. SMITH

| | |
|---|---|
| **EDUCATION** | Kansas University, Lawrence, Kansas, B.S.B. - 1971<br>Northwestern University Graduate School of Business, Evanston, Illinois, M.B.A. - 1973<br>Loyola University School of Law, Chicago, Illinois, J.D. - 1976 |
| **PARTNER** | Power Rogers & Smith Chicago, Illinois, 1993-present |
| **APPOINTMENTS**<br>(Partial Listing) | Lawyers Trust Fund of Illinois, 2000 – 2006<br>Special Supreme Court Committee on Illinois Evidence 2008 - present<br>Office of the Cook County Public Defender Advisory Board 2009 -present |
| **HONORS**<br>(Partial listing) | The Best Lawyers in America, 1997-present<br>Best Lawyers in America, Lawyer of the Year, 2012 - Medical Malpractice<br>Best Lawyers in America, Lawyer of the Year, 2011 – Mass Torts<br>Damen Award – Loyola University of Chicago – Founders' Day 2002<br>Chicago Lawyer Magazine - Person of the Year - 1998<br>The Medal of Excellence Award - Loyola University - 2005<br>American Association for Justice - Lifetime Achievement Award - 2009<br>Senator Paul Wellstone Award – 2012<br>Recently selected to receive the Illinois State Bar Foundation Award of Excellence in Oct. 2015 |

**BOARDS OF DIRECTORS AND TRUSTEESHIPS**

| | |
|---|---|
| (Partial listing) | Roscoe Pound Foundation, 1999-present<br>ATLA (AAJ) Endowment, 1999-present, presently Chair<br>Trial Lawyers Care, 2001-2006 (pro bono effort for families of 9/11 victims)<br>Public Justice Foundation, 2008 -present; Executive Committee, 2012 -present<br>Center for Constitutional Litigation, 2012 -present |
| **MEMBER**<br>(Partial Listing) | Illinois Bar, 1976<br>U.S. Supreme Court, 1990<br>U.S. Court of Appeals, Seventh Circuit, 1991<br>U.S. District Court, Northern District of Illinois, 1980<br>Washington D.C. Bar, 2012 |
| **FELLOWSHIPS** | American Bar Foundation, Fellow, 1996-present<br>American Board of Trial Advocates, Fellow, 1999-present<br>American College of Trial Lawyers, Fellow, 1996-present<br>International Academy of Trial Lawyers, Fellow, 1998-present<br>International Society of Barristers, Fellow, 1996-present<br>Inner Circle of Advocates, Member, 2005-present |
| **ASSOCIATIONS**<br>(Partial listing) | American Association for Justice,<br>    Several leadership positions including President, 2004-2005<br>Illinois State Bar Association<br>    Several leadership positions including President, 1997-1998<br>ISBA Mutual Insurance Company<br>    Several leadership positions including Chairman of the Board, 1999-2000 |

      Illinois Trial Lawyers Association
          Several leadership positions including President, 2010
      Loyola University of Chicago School of Law
          Several leadership positions including President, Alumni Association, 1998-99

**TEACHING, LECTURING AND AUTHORSHIP**
(Summary listing)    163 Presentations
                 73 Articles

**REPRESENTATIVE CASES** – Mr. Smith has tried more than 100 cases to verdict and judgment. He has been involved in more than 100 settlements valued in the seven figures, and many valued in the eight figures. These cases have often been complex areas of law, such as product liability, medical malpractice, aviation, financial fraud and consumer protection where his graduate business education (MBA) has been of value. The list below is a short illustration of some of the breadth and depth of his experience.

*Price, et al., v. Philip Morris Inc.*, No. 117689 (Ill. Sup. Ct. 2005) – The class action case arises out of fraudulent marketing of light cigarettes. A 10.1 billion dollar judgment was awarded.

*In re: Takata Airbag Products Liability Litigation*, MDL 2599, No. 15-02599-MD-Moreno (S.D. Fla.)- This class action arises out of the sale of more than 50 million vehicles with defective airbags over the course of more than 10 years. It has resulted in settlements in excess of 1.0 billion dollars.

*Chultem/Colella, et al., vs. Ticor Title/Chicago Title, et al.*, No. 1-14-0808 & No. 1-14-0820 (Ill App. Ct. 2010) – The class action arises out of title company kickbacks in violation of federal and state law. The case involves complex economic loss claims in excess of 300 million dollars. The case was tried in 2013.

*Sprietsma, et al., v. Mercury Marine, et al.*, 573 U.S. 51 (2002) – The case arose out of serious injury and death caused by lack of propeller guard on a power boat. The United States Supreme Court found that state law was not preempted by federal regulations or lack thereof.

*Russell, et al., v. SNFA*, Supreme Court No. 113909 (Ill. Apr. 18, 2013) - The case arises out of the failure of a SNFA manufactured tail rotor drive shaft bearing in an Agusta S.p.a. helicopter which caused it to crash. The Illinois Supreme Court found jurisdiction to exist over a foreign manufacturer, SNFA, under the stream of commerce theory of personal jurisdiction. It was the first personal jurisdiction case decided by the Illinois Supreme Court in twenty-five years.

*Bielfeldt v. KPMG LLP*, App. 00 MR 44 (Peoria County, Ill.) - The case arose out of negligent tax/financial consulting provided to individual engaged in trading government securities. Complex economic, and tax loss claims, were alleged relating to the distinction in the tax code between traders, investors and brokers. A jury in Peoria County, Illinois awarded damages in the amount of 17.6 million dollars.

*Lebron, et al., vs. Gottlieb Memorial Hosp.*, et al., 237 Ill. 2d 217 (Ill. 2010) -The case arose out of negligent medical care provided to a minor. The case lead to the Illinois Supreme Court invalidating statutory caps on damage awards under the Illinois Constitution.

*Cedillo v. Paramount Pictures*, No. 10 L 011309 (Cook County, Ill.) - The case involved a young woman working as an extra who suffered a brain injury during the filming of *Transformers III* in the Chicago area. Complex reconstruction, including multiple experts in various aspects of engineering were applied to the prosecution to obtain the successful resolution at 18.5 million dollars.