# Exhibit A

**Resume**



    FINKELSTEIN THOMPSON LLP ("FT") is a complex litigation firm, founded in 1977, with offices in Washington, D.C. and San Francisco, CA. FT is an AV-rated firm that focuses primarily on class actions involving consumer fraud, antitrust violations, and fraud in the securities industry. Since 1993, the firm has served in leadership positions in class cases that have recovered an aggregate of over one billion dollars for class members.

FT's leadership roles in just a few of its settled cases, with type of case and settlement value, include:

- In re Avandia Marketing, Sales Practices and Products Liability Litig., MDL No. 1871 (E.D. Pa.) - PSC, Consumer, $2.3 billion estimated total value of expected individual settlements.

- In re Countrywide Financial Corp. Customer Data Security, MDL 1998 (W.D. Ky.) - Co-lead counsel, Consumer, $6.5 million.

- In re Dynamic Random Access Memory (DRAM) Antitrust Litig., MDL 1486 (N.D. Cal.) - Executive Committee, Antitrust, $310 million.

- Garcia v. Allergan, Inc., Case No. 11-9811-PSG (C.D. Cal.) - Co-lead counsel, Consumer, $7.75 million.

- Heliotrope General, Inc. v. Sumitomo Corporation, et al., Master Case No. 701679 (Cal. Super. - San Diego) – Co-lead counsel, Antitrust, $87.35 million.

- Lima v. Gateway, Case No. 09-01366 (C.D. Cal.) - Co-lead counsel, Consumer, $195 refund for each defective monitor purchased.

- In re Merrill Lynch & Co., Inc. Research Reports Litig., MDL 1484 (S.D.N.Y.) – Executive Committee, Lead counsel in six underlying actions, Securities, $125 million.

- In re Facebook, Inc. Securities and Derivative Litig., MDL 2389 (S.D.N.Y) - Co-lead counsel NASDAQ action, Securities, $27.5 million.

- In re Natural Gas Commodity Litig., Case No. 03-cv-6186 (S.D.N.Y.) – Co-lead counsel, Commodities, $100 million.

- Pappas v. Naked Juice, Case No. 11-CV-08276 (C.D. Cal.) - Co-lead counsel, Consumer, $9 million.

- Prudential Securities Litig., MDL 1005 (S.D.N.Y.) – Executive Committee, Co-chair of Settlement Committee, Securities, $150 million.

- In re Reformulated Gasoline (RFG) Antitrust and Patent Litig., Case No. 05-CV-1671 (C.D. Cal.) – Co-lead counsel, Antitrust, $48 million.

1077 30TH STREET, NW • SUITE 150 • WASHINGTON, DC 20007 • TEL: 202.337.8000 • FAX: 202.337.8090 • TOLL-FREE: 877.337.1050

100 PINE STREET • SUITE 1250 • SAN FRANCISCO, CA 94111 • TEL: 415.398.8700 • FAX: 415.398.8704 • TOLL-FREE: 877.800.1450

WWW.FINKELSTEINTHOMPSON.COM



- <u>Ryan Rodriguez v. West Publishing Corp. and Kaplan, Inc.</u>, Case No. 05-CV-3222 (C.D. Cal) – One of three lead firms, Antitrust, $49 million.

FT's leadership roles in active cases include:

- <u>In re Aluminum Warehousing Antitrust Litigation</u>, MDL 2481 (S.D.N.Y.) - Co-lead counsel for consumer end users.

- <u>In re Domestic Drywall Antitrust Litig.</u>, MDL 2437 (E.D. Pa.) - Co-lead counsel for indirect purchasers.

- <u>In re Digital Music Antitrust Litigation</u>, 1:06-md-01780-LAP (S.D.N.Y.) - Steering Committee.

- <u>Kamakahi, et al. v. American Society for Reproductive Medicine, et al</u>, Case No. 3:11-cv-1781 JCS (N.D. Cal.) – Antitrust, Co-lead Counsel.

- <u>Stoumbos v. Visa, Inc., et. al.</u>, Case No. 11-cv-01882 (D.D.C.) - Sole Counsel for independent ATM Consumers, Antitrust.

## Gordon M. Fauth, Jr.

Gordon M. Fauth, Jr., who heads FT's San Francisco office, has a cutting edge background in complex litigation. He has been active in class action litigation since 1997, and has successfully prosecuted many cases in which multi-million dollar results were achieved for class members.

Mr. Fauth received his undergraduate degree from Harvard University and his law degree from the University of California at Berkeley. Mr. Fauth is admitted to practice before all California trial courts; the California Court of Appeals; the California Supreme Court; the United State District Courts for the Northern, Eastern, Central and Southern Districts of California; the United States Courts of Appeals for the Fifth and Ninth Circuits; and the United States Supreme Court.

Mr. Fauth has decades of experience in prosecuting class cases where notable recoveries were obtained for clients and class members. Just a few of such cases include <u>MCI Non-Subscriber Rates Litigation</u>, MDL No. 1275 (S.D. Ill.) ($90 million settlement); <u>In Re: Providian Credit Card Cases</u>, JCCP No. 4085 (S.F.Sup.) ($105 million settlement); <u>In Re: Digex, Inc. Shareholder Litigation</u>, Case No. 18336 (Del. Ch. Ct.) (settlement totaling $175 million stock and cash and $450 million non-cash); <u>Lima v. Gateway Inc.</u>, Case No. 8:09-cv-01366 (C.D.Cal.) ($195 refunds for buyers of defective monitor).

Mr. Fauth's personal interests outside of law include wireless communication (HAM radio operator, general class license), computer technology and metal detecting.

Mr. Fauth is a recognized member of professional organizations including the California Bar Association, the Alameda County Bar Association, and the San Francisco Trial Lawyers Association. He has served as an Advisory Board Member of the American Bar Association.

(A more complete listing of FT cases and attorneys can be found at www.finkelsteinthompson.com.)