# Exhibit B

EXHIBIT B

Plaintiffs' Counsel in Support of Gordon M. Fauth's Appointment to Leadership

Rosemary Rivas
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
Email: rrivas@zlk.com
*Vance-Guerbe v. Facebook, Inc., et al.*, Case No. 3:18-cv-02987-VC (N.D. Cal.)

Tina Wolfson
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
Email: twolfson@ahdootwolfson.com
*Diaz Sanchez v. Facebook, Inc., et al.,* Case No. 3:18-cv-02381-VC (N.D. Cal.)