# EXHIBIT A

THE HANNON LAW FIRM, LLC

**KEVIN S. HANNON**

*Education*

    Georgetown University, Washington, D.C., J.D. May 1986; U.S. Attorney General's Advocacy Institute, 1985; Duke University, Durham, NC, M.A. Environmental Management 1980; Duke University, Durham, NC, A.B. Political Science, 1979

*Awards*

    "Case of the Year," *Doyle v. Doe Run*, Colorado Trial Lawyers Association, 2014; "Case of the Year," *NWIS v. Public Service*, Colorado Trial Lawyers Association, 2000; "Outstanding Young Trial Lawyer," Colorado Trial Lawyers Association, 1996; "Trial Lawyer of the Year," Trial Lawyers for Public Justice Foundation, Washington, D.C., 1993 (recognizing *Escamilla et al. v. Asarco*).

*Experience*

- *Allen et al. v. Burlington Northern Railroad,* 93 CV 832, 94 CV 67 (Cir. Ct. Wis. 1999) (class action for property damage as a result of groundwater contamination from a railroad engine facility; class certified; settlement resulting in distribution).
- *Antolovich et al. v. Brown Group et al.,* 2000 CV 1021, District Court, City and County of Denver, State of Colorado (class action for property damage from groundwater contamination; class certified; tried to plaintiffs' verdict; settlement resulting in distribution to the class; Hannon Law Firm sole counsel).
- *Brown, et al. v. Saint-Gobain Performance Plastics Corporation, et al.*, 1:16-cv-00242-JL (D. N.H. 2016) (Co-lead counsel in environmental contamination class action of over 600 properties).
- *Doyle et al. v. Fluor et al.,* 021-08641, Circuit Court, St. Louis, Missouri (class certified; property damage for airborne releases of lead and other toxins; settlement resulting in distribution after 20 years of litigation; case survived four appeals; $55 million settlement).
- *Doyle et al. v. Fluor et al.,* 128 S.W.3d 502 (Mo. 2004) (venue of class action).
- *Doyle et al. v. Fluor et al.*, 199 S.W.3d 784 (Mo. App. E.D. 2006) (class certification upheld).
- *Doyle et al. v. Fluor et al., Joseph Miller et al.,* 400 S.W.3d 316 (Mo. E.D. 2013) (class settlement upheld over objections).
- *Eagle County School District RE 501 J v. Paramount Communications,* 90-S-1561, United States District Court, District of Colorado (co-counsel for claims for the release of mine tailings at the Eagle Mine, Colorado).
- *Escamilla et al. v. Asarco*, 91 CV 5716, District Court, City and County of Denver, State of Colorado (class action for property damage for contamination of soil from releases of toxic materials from a smelter; class certified; tried to plaintiffs' verdict; settlement resulted in distribution to the class, Hannon trial counsel).
- *Gordon v. Chipotle Mexican Grill, Inc.*, 1:17-cv-01415-CMA-MLC (D. Colo.) (appointed as liaison counsel in this consumer class action regarding a data breach).
- *Hoery v. United States*, 64 P.3d 214 (Colo. 2003) (property damage case resulting in

- ruling changing law regarding continuing trespass and nuisance).
- *In Re: Daily Fantasy Sports Litigation*, 1:16-md-02677-GAO, United States District Court, District of Massachusetts (multi-district class action for economic losses resulting from the operation of daily fantasy sports web sites. Firm is a member of MDL Executive Committee).
- *In Re: Equifax, Inc. Customer Data Security Breach*, 1:17-md-02800-TWT, MDL Docket No. 2800, United States District Court for the Northern District of Georgia (multi-district class action involving damages from a nationwide data security breach, Hannon client is a class representative).
- *Jackson v. Unocal Corp.*, 262 P.3d 874 (Colo. 2011) (obtained certification of a class for approximately 500 property owners who were impacted by asbestos contamination of soil, settlement of $32.5 million).
- *King et al. v. Sundstrand Corp.*, 2002 CV 2018, District Court, Adams County, State of Colorado (property damage from groundwater contamination; resulted in settlement with distribution to the class).
- *Lavender v. Driveline Retail Merchandising, Inc.,* 2:18-cv-02097-CSB-EIL, United States District Court, District of Central Illinois (class action case involving a W-2 data breach).
- *Meyer et al. v. Fluor Corp. et al.,* 220 S.W.3d 712 (Mo. 2007), Missouri Supreme Court (medical monitoring claim upheld in class action).
- *Orjias v. LA-Pac. Corp.*, 31 F.3d 995 (10th Cir. 1994), *cert. denied* 513 U.S. 1000 (1994) (three-week trial for property damage from air emissions resulted in a jury verdict for $2.3 million, $1.8 million in punitive damages upheld).
- *Pansophic Systems, Inc. v. Computer Graphic Services, Corp.,* 89 CV 1370, Boulder County District Court, State of Colorado (breach of contract for software failures).
- *Patino et al. v. O'Dowd, Burke & Lindquist, P.C. et al.*, No. 331637, Superior Court of Arizona, Pima County (class action for Circle K franchisee termination damages; settlement resulting in distribution to the class, Hannon co-counsel).
- *Salas et al. v. Leef et al.*, 2015 CV 032591, Denver District Court, State of Colorado (action for the failure to refund canceled immigration bonds; class certified).
- *State Farm Auto Mutual Ins. v. Rehyer,* 266 P.3d 383 (Colo. 2011) (*Amicus* for Colorado Trial Lawyers Association in class action case).
- *Wilks et al. v. Cyprus Miami et al.*, 2:94-cv-00275-JBM, United States District Court, District of Arizona (class action for groundwater contamination from mining activity; settlement resulting in distribution to the class).
- *Zykronix, Inc. v. Satloc, Inc.*, 01 CV 2121, Arapahoe District Court, State of Colorado (breach of contract relating to computer software).

*Court Admissions*

Colorado, District of Columbia, Missouri, New Hampshire, Wisconsin, Wyoming; U.S. District Court for the District of Colorado; U.S. District Court for the District of Arizona; U.S. District Court for Western District of Missouri; Tenth Circuit Court of Appeals; Eighth Circuit Court of Appeals; United States Court of Federal Claims; United States Supreme Court

2