# EXHIBIT A

# Michael W. Sobol
## Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor, San Francisco, CA 94111 | msobol@lchb.com | 415.956.1000

---

| | |
|---|---|
| **Relevant Professional Experience** | **Lieff, Cabraser, Heimann & Bernstein LLP** (San Francisco), August 1997 – present |

- Chair of Consumer Protection practice group (2002-present); Chair of Cybersecurity and Data Privacy practice group (2016-present).

- Representative cases where I have served in a leadership role:

    - **Co-Lead Class Counsel** – *Campbell v. Facebook*, No. 13-5996, Hon. Phyllis J. Hamilton (N.D. Cal.). Nationwide class action alleging that Facebook intercepted data in users' personal and private messages on the social network and profited by sharing the information with third parties. Achieved injunctive relief to improve Facebook's consumer-facing disclosures, and cessation of the challenged practices.

    - **Co-Lead Class Counsel** – *Perkins v. LinkedIn Corporation*, No. 13-04303, Hon. Lucy H. Koh (N.D. Cal.). Nationwide class action alleging that LinkedIn used its members' names and likenesses without their consent to advertise and endorse the social network. Achieved $13 million settlement and injunctive relief targeting LinkedIn's disclosures and functionality.

    - **Steering Committee** – *In re Anthem Data Breach Litig.*, No. 15-2617, Hon. Lucy H. Koh (N.D. Cal.). Multidistrict Litigation alleging that deficient cyber-security measures compromised sensitive personal identifying information of more than 80 million persons. A settlement for $115 million and injunctive relief targeting Anthem's cybersecurity practices is currently pending final court approval.

    - **Co-Lead Class Counsel** – *Corona v. Sony Pictures Entertainment, Inc.*, No. 14-09600-RGK, Hon. R. Gary Klausner (C.D. Cal.). Nationwide class action alleging that inadequate security measures by Sony enabled cyber theft of employee data. Achieved injunctive relief, credit monitoring, and $8 million fund.

    - **Co-Lead Class Counsel** – *Ebarle et al. v. LifeLock Inc.*, No. 15-258, Hon. Haywood Gilliam Jr. (N.D. Cal.). Nationwide class action alleging that, contrary to representations, LifeLock failed to protect the personal information of its subscribers. Achieved $68 million settlement.

    - **Co-Lead Class Counsel** – *Matera v. Google LLC*, No. 15-4062, Hon. Lucy H. Koh (N.D. Cal.). Nationwide class action alleging that Google improperly intercepted contents of email messages belonging to non-Gmail users. Achieved injunctive relief requiring cessation of the challenged practices.

    - **Co-Lead Class Counsel** – *Gutierrez v. Wells Fargo Bank, N.A.*, No. 07-5923, Hon. William Alsup (N.D. Cal.). Nationwide class action alleging unfair practices and false representations by Wells Fargo in connection with imposition of overdraft charges. Achieved $203 million class judgment following class action trial.

    - **Executive Committee** – *In re Checking Account Overdraft Litigation*, MDL No. 2036, Hon. James Lawrence King (S.D. Fla.). Multidistrict Litigation alleging that banks manipulated debit transaction records to maximize overdraft fees. Achieved $410 million settlement against Bank of America; $1 billion in total settlements.

    - **Executive Committee** – *In re Chase Bank USA, N.A. "Check Loan" Contract Litigation*, MDL No. 2032, Hon. Maxine Chesney (N.D. Cal.). Nationwide multidistrict class action alleging that Chase breached its good faith obligation to

**Michael W. Sobol**
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor, San Francisco, CA 94111 | msobol@lchb.com | 415.956.1000

---

credit card holders by modifying the terms of their long-term fixed rate loans. Achieved $100 million settlement.

- **Co-Lead Class Counsel** – *In re Theranos, Inc. Litigation*, No. 16-2138, Hon. H. Russel Holland (D. Ariz.). Active class action alleging that Walgreens and startup company Theranos committed fraud and battery by prematurely marketing and conducting blood testing services that were dangerously unreliable.

- **Co-Lead Class Counsel** – *In re Tracfone Unlimited Service Plan Litigation*, No. 13-03440, Hon. Edward M. Chen (N.D. Cal.). Nationwide class action alleging that TracFone falsely advertised data available to customers of its cell phone plans. Achieved $40 million settlement.

- **Co-Lead Class Counsel** – *Brazil v. Dell Inc.*, No. 07-01700, Hon. Ronald M. Whyte (N.D. Cal.). Class action alleging false reference price advertising in connection with Dell's online sale of computers. Achieved claims-made settlement ($50 per claimant) and injunctive relief to change Dell's advertising methodology.

- **Co-Lead Class Counsel** – *Yarrington v. Solvay Pharmaceuticals, Inc.*, No. 09-2261, Richard H. Kyle (D. Minn.). Class action alleging that Solvay deceptively marketed and advertised Estratest as an FDA-approved drug when in fact Estratest was not FDA-approved for any use. Achieved $16.5 million settlement.

- **Lead Class Counsel** – *In re Apple and AT&T iPad Unlimited Data Plan Litigation*, No. 10-02553, Ronald M. Whyte (N.D. Cal.). Class action alleging that defendants falsely advertised access to an unlimited data plan for the iPad device. Achieved claims-made settlement ($40 per claimant) and injunctive relief requiring AT&T to offer data plan to eligible class members.

- **Executive Committee (Chair)** – *In re Intuit Data Litigation*, No. 15-1778, Hon. Edward J. Davila (N.D. Cal.). Active nationwide class action alleging that Intuit's policies and security measures enabled and encouraged tax refund fraud.

**Education**  **Boston University**, J.D., 1989

**Licensure**  State Bar of California; State Bar of Massachusetts.

**Honors & Awards**
- "Top California Cybersecurity Lawyer," Daily Journal, 2018.
- "Cybersecurity & Data Privacy Trailblazer," The National Law Journal, 2017.
- "Cybersecurity & Privacy MVP," Law360, 2017.
- The Best Lawyers in America in fields of "Mass Tort Litigation/Class Actions – Plaintiffs" and "Product Liability Litigation – Plaintiffs," 2013-2017.
- Privacy and Consumer Protection "Practice Group of the Year," Law360, 2016.
- "Super Lawyer for Northern California," Super Lawyers, 2012 – 2017.
- "Top 100 Attorneys in California," Daily Journal, 2012-2013.
- "Trial Lawyer of the Year Finalist," Public Justice, 2012.
- "Consumer Attorney of the Year Finalist," Consumer Attorneys of California, 2011.
- "Lawdragon Finalist," Lawdragon, 2009.