# EXHIBIT B

**Exhibit B**
Counsel Supporting Michael W. Sobol

| | Law Firm & Contact Information | Counsel | Case Information |
|---|---|---|---|
| 1. | RUYAK CHERIAN LLP FIELDS PLLC<br>1700 K Street NW, Suite 810<br>Washington, DC 20006<br>T: 202-838-1561<br>robertr@ruyakcherian.com<br>martinc@ruyakcherian.com | Robert F. Ruyak<br>Martin Cunniff | *Redmond, et al. v. Facebook, Inc., et al.*, No. 18-cv-00531 (Dist. Del.) |
| 2. | CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>T: 973-994-1700<br>F: 973-994-1744<br>jcecchi@carellabyrne.com | James E. Cecchi | *Malskoff, et al. v. Facebook, Inc., et al.*, No. 18-cv-03393 (N.D. Cal.) |
| 3. | KELLER ROHRBACK LLP<br>1201 Third Ave., Suite 3200<br>Seattle, WA 98101<br>T: 206-623-1900<br>F: 206-623-3384<br>dloeser@KellerRohrback.com | Derek Loeser | *Haslinger v. Facebook, Inc., et al.*, No. 18-cv-01984 (N.D. Cal.) |
| 4. | BARNOW AND ASSOCIATES, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>T: 312-621-2000<br>F: 312-641-5504<br>b.barnow@barnowlaw.com | Ben Barnow | *Wing, et al. v. Facebook, Inc.*, No. 18-cv-02122 (N.D. Cal.) |
| 5. | HUGHES ELLZEY, LLP<br>2700 Post Oak Blvd., Suite 1120<br>Houston, TX 77065<br>T: 888−350−3931<br>F: 888−995−3335<br>craft@hughesellzey.com | W. Craft Hughes | *Lodowski v. Facebook, Inc., et al.*, No. 18-cv-03484 (N.D. Cal.) |
| 6. | MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>T: 843-216-9163<br>jflowers@motleyrice.com | Jodi Westbrook Flowers | *Picha v. Facebook, Inc., et al.*, No. 18-cv-02090 (N.D. Cal.);<br>*Skotnicki v. Facebook, Inc., et al.*, No. 18-cv-00655 (Dist. Del.) |

**Exhibit B**
Counsel Supporting Michael W. Sobol

| Law Firm & Contact Information | Counsel | Case Information |
|---|---|---|
| 7. SULAIMAN LAW GROUP, LTD.<br>2500 Highland Avenue<br>Suite 200<br>Lombard, IL 60148<br>T: 630-581-5456<br>F: 630-575-8188<br>jvlahakis@sulaimanlaw.com | James C. Vlahakis | *Comforte, et al. v. Cambridge Analytica, et al.*, No. 18-cv-03394 (N.D. Cal.) |
| 8. MURPHY, FALCON & MURPHY<br>One South Street, 23rd Floor<br>Baltimore, MD 21202<br>T: 410-951-8809<br>F: 410-539-6599<br>hassan.murphy@murphyfalcon.com | Hassan Murphy | *Pelc v. Facebook, Inc., et al.*, No. 18-cv-02948 (N.D. Cal.) |
| 9. GIBBS LAW GROUP LLP<br>601 California Street, #1400<br>San Francisco, CA 94108<br>T: 510-350-9710<br>ehg@classlawgroup.com | Eric Gibbs | *King v. Facebook, Inc., et al.*, No. 18-cv-02276 (N.D. Cal.) |
| 10. STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>T: 816-714-7112<br>F: 816-714-7101<br>siegel@stuevesiegel.com | Norman Siegel | *O'Kelly v. Facebook, Inc., et al.*, No. 18-cv-01915 (N.D. Cal.) |
| 11. SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, New Jersey 07660<br>T: 212-584-0700<br>F: 212-584-0799<br>cseeger@seegerweiss.com<br>sweiss@seegerweiss.com | Christopher A. Seeger<br>Steven A. Weiss | *Malskoff, et al. v. Facebook, Inc., et al.*, No. 18-cv-03393 (N.D. Cal.) |
| 12. AHDOOT & WOLFSON, PC<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>T: 310-474-9111<br>F: 310-474-8585<br>twolfson@ahdootwolfson.com | Tina Wolfson | *Diaz Sanchez v. Facebook, Inc., et al.*, No. 18-cv-02381 (N.D. Cal.) |

**Exhibit B**
Counsel Supporting Michael W. Sobol

| Law Firm & Contact Information | Counsel | Case Information |
|---|---|---|
| 13. CARNEY BATES & PULLIAM, PLLC<br>519 W 7th Street<br>Little Rock, AR 72201<br>T: 501-312-85 00<br>F: 501-312-8505<br>hbates@cbplaw.com | Hank Bates | *Beiner, et al. v. Facebook, Inc., et al.*, No. 18-cv-01953 (N.D. Cal.) |
| 14. PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br>T: 415-398-0900<br>F: 415-398-0911<br>nac@phillaw.com | Nicholas A. Carlin | *Rubin v. Facebook, Inc., et al.*, No. 18-cv-01852 (N.D. Cal.) |
| 15. CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>T: 619-238-1811<br>F: 619-544-9232<br>gmb@cglaw.com | Gayle M. Blatt | *Gerena v. Facebook, Inc.*, No. 18-cv-02201 (N.D. Cal.) |
| 16. LEVI & KORSINSKY, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>T: 415.291.2420<br>F. 415.484.1294<br>rrivas@zlk.com | Rosemary M. Rivas | *Vance-Guerbe v. Facebook, Inc., et al.*, No. 18-cv-02987 (N.D. Cal.) |
| 17. GUSTAFSON GLUEK PLLC<br>120 So. 6th St., Ste. 2600<br>Minneapolis, MN 55402<br>T: 612-333-8844<br>F: 612-339-6622<br>dhedlund@gustafsongluek.com | Daniel C. Hedlund | *Schinder v. Facebook Inc., et al.*, No. 18-cv-02571 (N.D. Cal.) |

**Exhibit B**
Counsel Supporting Michael W. Sobol

| Law Firm & Contact Information | Counsel | Case Information |
|---|---|---|
| 18. BLEICHMAR FONTI & AULD LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>T: 415-445-4003<br>F: 415-445-4020<br>lweaver@bfalaw.com | Lesley Weaver | *Schinder v. Facebook Inc., et al.*, No. 18-cv-02571 (N.D. Cal.) |
| 19. BLOOD HURST & O'REARDON, LLP<br>501 West Broadway Suite 1490<br>San Diego, CA 92101<br>T: 619-338-1100<br>F: 619-338-1101<br>tblood@bholaw.com | Timothy G. Blood | *O'Hara, et al. v. Facebook, Inc., et al.*, No. 18-cv-00571 (C.D. Cal.) |
| 20. CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW Suite 200<br>Washington, DC 20016<br>T: 202-789-3960<br>F: 202-789-1813<br>mflannery@cuneolaw.com | Michael Flannery | *O'Hara, et al. v. Facebook, Inc., et al.*, No. 18-cv-00571 (C.D. Cal.) |
| 21. COAST LAW GROUP, LLP<br>1140 South Coast Highway 101<br>Encinitas, CA 92024<br>T: 760-942-8505<br>F: 760-942-8515<br>helen@coastlawgroup.com | Helen Zeldes | *O'Hara, et al. v. Facebook, Inc., et al.*, No. 18-cv-00571 (C.D. Cal.) |
| 22. SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP<br>11543 West Olympic Boulevard<br>Los Angeles, CA 90064<br>T: 310-396-0731<br>F: 310-399-7040<br>hoffpaul@aol.com | Paul Hoffman | *O'Hara, et al. v. Facebook, Inc., et al.*, No. 18-cv-00571 (C.D. Cal.) |