# EXHIBIT A

**GIBBS LAW GROUP**
LLP



505 14th Street
Suite 1110
Oakland, CA 94612
T 510.350.9700
F 510.350.9701
ehg@classlawgroup.com

**Practice Emphasis**
Class Actions
Consumer Protection
Employment Law
Financial Fraud
Mass Personal Injury
Whistleblower

**Education**
Seattle University School of Law, J.D., 1995

San Francisco State University, B.A., 1991

**Admissions**
California

**Awards & Honors**
*Top Plaintiff Lawyers in California,* Daily Journal, 2016

*Consumer Protection MVP,* Law360, 2016

*Best Lawyers in America for Class Actions/ Mass Tort Litigation* (2012-2018)

*AV Preeminent® Peer Review Rated by Martindale-Hubbell*

*Top 100 Super Lawyers in Northern California* (2010-2017)

# Eric H. Gibbs | Partner

Eric Gibbs prosecutes consumer protection, whistleblower, antitrust, and mass tort matters, with extensive expertise in data breach and privacy, automobile defect, and defective drugs and devices litigation.  Eric has been appointed as lead counsel, class counsel, and liaison counsel in dozens of contested, high profile class actions and coordinated proceedings, and currently serves in leadership positions in *In re Equifax, Inc. Customer Data Security Breach Litigation, In re Vizio, Inc., Consumer Privacy Litigation, In re Wells Fargo Auto Insurance Marketing and Sales Practices Litigation, In re Anthem, Inc. Data Breach Litigation, In re Risperdal and Invega Product Liability Cases*, and *In re Banner Health Data Breach Litigation*.  He has recovered nearly a billion dollars for the clients and classes he represents and has negotiated groundbreaking settlements that resulted in meaningful reforms to business practices, and have favorably shaped the laws impacting plaintiffs' legal rights.

With more than twenty years of practice, Eric has developed a distinguished reputation with his peers and the judiciary for his ability to work efficiently and cooperatively with co-counsel, and professionally with opposing counsel in class action litigation.

> "[Mr. Gibbs] efficiently managed the requests from well over 20 different law firms and effectively represented the interests of Non-Settling Plaintiffs throughout this litigation." –Hon. G. Wu, In re Hyundai & Kia Fuel Economy Litig. (C.D. Cal.)

> "The attorneys who handled the case were particularly skilled by virtue of their ability and experience." –Hon. D. Debevoise, In re: Mercedes-Benz Teleaid Contract Litigation (D.N.J.)

> "Representation was professional and competent; in the Court's opinion, counsel obtained an excellent result for the class." –Hon. J. Fogel, Sugarman v. Ducati North America (N.D. Cal.)

> "They are experienced and knowledgeable counsel and have significant breadth of experience in terms of consumer class actions." –Hon. R. Sabraw, Mitchell v. Am. Fair Credit Ass'n (Alameda Cnty. Superior Ct.)

Eric has been widely recognized for his professional excellence and achievements, and has been selected by numerous publications as a leading lawyer in the field of Class and Mass Actions.  The *Daily Journal* named Eric to its prestigious list of "Top Plaintiff Lawyers in California" for 2016 and *Law360* recognized Eric as a "2016 Consumer Protection MVP," the only plaintiff-side lawyer in the country selected in that category.  Consumer Attorneys of California selected Eric and co-counsel as finalists for the Consumer Attorney of the Year award for their work in achieving $100 million settlement in the Chase "Check Loan" Litigation.  Eric holds a variety of leadership positions in professional associations dedicated to consumer advocacy, and he is regularly called upon to present on developing trends in the law at conferences throughout the country.

### Litigation Highlights

***In re Chase Bank U.S.A., N.A. "Check Loan" Contract Litigation*** – In multidistrict litigation that alleged Chase Bank wronged consumers by offering long-term fixed-rate loans, only to later more-than-double the required loan payments, Eric led negotiations in the case, which resulted in a $100 million settlement with Chase eight weeks prior to trial.

***In re Adobe Systems Inc. Privacy Litigation*** – As court-appointed lead counsel, Eric and his team reversed a long line of decisions adverse to consumers whose personal information was stolen in data breaches. Judge Koh issued a 41 page decision in plaintiffs' favor and Eric negotiated a comprehensive reform of Adobe's data security practices. The court's landmark decision on Article III standing in this case marked a sea change and has been cited in over sixty cases.

***Skold v. Intel Corp.*** – After more than a decade of litigation, Eric as lead counsel achieved a nationwide class action settlement on behalf of approximately 5 million consumers of Intel Pentium 4 processors. The lawsuit changed Intel's benchmarking practices and Intel agreed to a cash settlement for the class, along with $4 million in charitable donations.

***Parkinson v. Hyundai Motor America*** – Eric served as class counsel in this lawsuit alleging that the flywheel and clutch system in certain Hyundai vehicles was defective. After achieving nationwide class certification, Hyundai agreed to a settlement that provided for 50-100% reimbursements to class members for their repairs and full reimbursement for rental vehicle expenses.

***In re Providian Credit Card Cases*** – Eric played a prominent role in this nationwide class action brought on behalf of Providian credit card holders alleging that Providian engaged in unlawful and fraudulent business practices in connection with the marketing and fee assessments for its credit cards. The Honorable Stuart Pollack approved a $105 million settlement, plus injunctive relief—one of the largest class action recoveries in the United States arising out of consumer credit card litigation.

**Professional Affiliations**

Consumer Attorneys of California – Board of Governors
American Association for Justice – Board of Governors; Co-chair Consumer Privacy and Data Breach Litigation Group; Co-founder and past co-chair of AAJ Litigation Group, past editor of Class Action Litigation Group newsletter; creator and current chair of Class Action Litigation Group objector database and task force
Public Justice Foundation- Class Action Preservation Project Committee
National Association of Consumer Advocates
San Francisco Trial Lawyers Association

**Recent Publications & Presentations**

Co-Chair, "Class Action Mastery Conference," HB Litigation Conferences, May 2018.
Presenter, "Best Practices for Class Action Settlements," American Conference Institute Defending and Managing Class Actions Seminar, April 2016.
Presenter, "Ethical Considerations in Class Action Settlements," ABA's National Symposium on Class Action Litigation in America, March 2016.
Co-Chair, "Consumer Privacy and Data Breach Litigation Group Meeting," American Association for Justice 2016 Winter Convention, February 2016.
Co-Chair and Presenter, "Data Privacy and Litigation Conference 2016," HB Litigation Conferences, February 2016.
Co-Chair, "Consumer Privacy and Data Breach Litigation Group Meeting," American Association for Justice 2015 Winter Convention, February 2015.
Presenter, "New and Developing Practice Areas- Riding the Wave in Pharmaceutical, Employment, Privacy and ERISA Litigation," Consumer Attorneys of California Annual Convention, November 2014.
Co-Author, "Consumer Class Actions in the Wake of *Daughtry v. American Honda Motor Company*," CAOC Forum Magazine, January 2009.