# EXHIBIT B

**Plaintiffs' Counsel Who Support the Application of Eric H. Gibbs of Gibbs Law Group LLP to Be Appointed Interim Lead Counsel**

Norman E. Siegel
**Stueve Siegel Hanson LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7112
siegel@stuevesiegel.com

*Attorney for Plaintiff Howard O'Kelly*

Christopher Seeger
**Seeger Weiss LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
cseeger@seegerweiss.com

*Attorney for Plaintiffs Jay Malskoff and Kenneth Irvine*

Rosemary M. Rivas
**Levi & Korsinsky, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
rrivas@zlk.com

*Attorney for Plaintiff Barbara Vance-Guerbe*

Timothy G. Blood, Esquire
**Blood Hurst & O'Reardon, LLP**
501 W. Broadway, Suite 1490
San Diego, CA 92101
Telephone: (619) 338-1100
tblood@bholaw.com

*Attorney for Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston*

Derek Loeser
**Keller Rohrback LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
dloeser@KellerRohrback.com

*Attorney for Plaintiff Suzie Haslinger*

Michael W. Sobol
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
msobol@lchb.com

*Attorney for Plaintiffs Theresa Beiner and Brandon Haubert*

Lesley E. Weaver
**Bleichmar Fonti & Auld LLP**
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
lweaver@bfalaw.com

Daniel C. Hedlund
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com

*Attorneys for Plaintiff Scott Schinder*

William H. "Hassan" Murphy III
**Murphy Falcon & Murphy**
1 South Street, 23rd Floor
Baltimore, MD 21202
Telephone: (410) 951-8744
Hassan.Murphy@murphyfalcon.com

April Falcon Doss
**Saul Ewing Arnstein & Lehr, LLP**
500 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 332-8798
April.Doss@saul.com

*Attorneys for Plaintiff Elaine Pelc*