

T 206.623.7292   F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
steve@hbsslaw.com

**Attachment 1**

**Resume of Steve W. Berman**

**Education:**

> University of Chicago Law School, J.D., 1980
> University of Michigan, B.A., 1976

**Biography:**

Steve Berman served as co-lead counsel for the largest settlement in history (Big Tobacco), the then-largest automotive settlement (Toyota), the largest antitrust settlement (Visa/MasterCard), the largest ERISA settlement (Enron) and, at the time, the largest U.S. securities settlement (WPPSS).

Mr. Berman represents consumers, investors, and employees in large, complex litigation held in state and federal courts. Berman's trial experience has earned him significant recognition and led The National Law Journal to name him one of the 100 most powerful lawyers in the nation, and to repeatedly name Hagens Berman one of the top 10 plaintiffs' firms in the country. In fact, Hagens Berman was named to the NLJ's 2016 list of Elite Trial Lawyers, specifically for its Automotive Class Actions practice. Mr. Berman is considered one of the nation's most successful class action attorneys and has been praised for securing record-breaking settlements and tangible benefits for class members.

Mr. Berman is honored to have been named to Law360's Titans of the Plaintiffs' Bar for 2018 and to have been named MVP of the Year for 2017. He also recently received the *National Law Journal*'s 2017 Plaintiffs' Trailblazer Award.

**Leadership and Committee Roles in Notable Cases:**

Steve Berman and Hagens Berman have been appointed to leadership roles in dozens of MDL and non-MDL class cases. Courts with in-depth knowledge of Mr. Berman's qualifications for a leadership role in this case include: Judges Selna, Furman, Saris, Lee, Shadur, Wilken and Breyer. In addition, nationally recognized mediators are familiar with Mr. Berman's qualifications, including Ret. Judge Wayne R. Anderson, Ret. Judge Layn Phillips, and Ret. Judge Daniel Weinstein. The table below lists the most notable recent leadership appointments for Steve Berman; a complete list could not be provided within the Court's page limitation for this resume.

| Case No. & Name | Leadership Position | Judicial Contact |
|---|---|---|
| **10-md-2151-JVS (C.D. Cal.)** *In re Toyota Motor Unintended Acceleration* | Co-Lead Economic Loss Cases | Hon. James V. Selna (714) 338-2848 |
| **14-md-2543-JMF (S.D.N.Y.)** *In re General Motors Ignition Switch Litig.* | Co-Lead | Hon. Jesse M. Furman (212) 805-0282 |
| **14-md-2541-CW (N.D. Cal.)** *In re NCAA Grant-in-Aid Cap Antitrust Litig.* | Co-Lead (2 classes) Int. Co-Lead | Hon. Claudia Wilken (510) 637-1296 |
| **01-md-1456-PBS (D. Mass.)** *In re Pharm. Ind. Avg. Wholesale Price (AWP)* | Lead Trial Counsel Co-Lead | Hon. Patti B. Saris (617) 748-9175 |
| **08-cv-10843-PBS (D. Mass.)** *In re McKesson Govt. Entities Class* | Co-Lead | Hon. Patti B. Saris (617) 748-9175 |
| **05-cv-11548-PBS (D. Mass.)** *NE Carpenters, et al. v. McKesson Corp. et al.* | Co-Lead | Hon. Patti B. Saris (617) 748-9175 |
| **08-cv-1510-WHA (N.D. Cal.)** *In re Charles Schwab Corp. Securities Litig.* | Lead | Hon. William H. Alsup (415) 522-3684 |
| **13-md-2455-MS (N.D. Ill.)** *In re Stericycle, Inc., Steri-Safe Contract Litig.* | Lead | Hon. Milton Shadur (312) 435-5766 |

| Case No. & Name | Leadership Position | Judicial Contact |
|---|---|---|
| **05-md-1699-CRB (N.D. Cal.)** *In re Bextra and Celebrex* | Plaintiffs' Steering Committee | Hon. Charles R. Breyer (415) 522-2062 |
| **15-cv-03820-RMW (N.D. Cal.)** *In re Resistors Antitrust Litig.* | Co-Lead for Direct Purchaser Class | Hon. James Donato (415) 522-2066 |
| **13-md-2492-JZL (N.D. Ill.)** *In re NCAA Student-Athlete Concussion Injury* | Co-Lead | Hon. John Z. Lee (312) 435-5769 |
| **12-md-2330-EMC (N.D. Cal.)** *In re Carrier IQ, Inc., Consumer Privacy Litig.* | Co-Lead | Hon. Edward M. Chen (415) 522-2034 |
| **13-cv-3072-EMC (N.D. Cal.)** *In re MyFord Touch Consumer Litig.* | Co-Lead | Hon. Edward M. Chen (415) 522-2034 |
| **09-cv-01967-CW (N.D. Cal.)** *In re NCAA Student-Athlete Name & Likeness* | Co-Lead for Class Plaintiffs | Hon. Claudia Wilken (510) 637-1296 |
| **96-cv-5238-JG (E.D.N.Y.)** *In re Visa Check/MasterMoney Antitrust Litig.* | Co-Lead | Hon. John Gleeson (718) 613-2455 |
| **13-md-02420-YGR (N.D. Cal.)** *In re Lithium Ion Batteries Antitrust Litig* | Co-Lead for Indirect Purchaser Class | Hon. Yvonne Gonzalez Rogers (510) 637-4010 |
| **11-md-2293-DLC (S.D.N.Y.)** *In re Electronic Books Antitrust Litig.* | Co-Lead for Class Plaintiffs | Hon. Denise L. Cote (212) 805-0097 |
| **10-md-02143-RS (N.D. Cal.)** *In re Optical Disk Drive Products Antitrust Litig.* | Lead for Indirect Purchaser Class | Hon. Richard Seeborg (415) 522-2123 |
| **08-md-01919-MJP (W.D. Wash.)** *In re Wash. Mut., Inc. Secs., Derivative & ERISA* | Co-Lead ERISA Counsel | Hon. Marsha J. Pechman (206) 370-8820 |
| **01-cv-3913-MSH (S.D. Tex.)** *Tittle, et al. v. Enron Corp.* | Co-Lead ERISA Counsel | Hon. Melinda S. Harmon (713) 370-8820 |
| **14-cv-4062-LHK (N.D. Cal.)** *In re Animation Workers Antitrust Litig.* | Co-Lead for Class Plaintiffs | Hon. Lucy H. Koh (408) 535-5346 |
| **04-cv-00025-FVS (W.D. Wash.)** *In re Metropolitan Securities Litig.* | Lead | Hon. Fred Van Sickle (ret.) (509) 458-5250 |
| **08-cv-11117-TPG (S.D.N.Y.)** *In re Tremont Securities State Law and Ins. Litig.* | Co-Lead for State Law Class Actions | Hon. Thomas P. Griesa (212) 805-0210 |
| **11-cv-0804-VM (S.D.N.Y.)** *In re China MediaExpress Securities Litig.* | Lead | Hon. Victor Marrero (212) 805-6374 |
| **JCP4648 (San Mateo Sup. Ct.)** *In re PG&E Derivative Litig.* | Co-Lead | Hon. Steven Dylina (650) 261-5107 |