

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
steve@hbsslaw.com

**Attachment 2**

**Counsel Who Support Steve Berman's Appointment as Lead Counsel**

I did not engage in a campaign of soliciting support from other counsel with cases in this MDL. Rather, I list below the persons that have reached out to me or colleagues and indicated that they support my application for lead counsel.

**Counsel in Support of the Application of Steve Berman for Lead Counsel:**

- Tim Blood, Blood Hurst & O'Reardon, LLP
- James Cecchi, Carella, Byrne, Cecchi, Olstin, Brody & Angello, P.C.
- Christopher A. Seeger, SeegerWeiss LLP
- Stephen A. Weiss, SeegerWeiss LLP