# W. CRAFT HUGHES

HUGHES ELLZEY, LLP
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone (888) 350-3931
Fax (888) 995-3335
Website www.hughesellzey.com
Email craft@hughesellzey.com

\* \* \* \* \* \*

**AREAS OF PRACTICE**
Consumer Protection
Cybersecurity & Data Privacy

**EDUCATION**
South Texas Law School, J.D., 2004
Texas Tech University, B.B.A.-Information Systems, 2000

**ADMISSIONS**
Texas, 2004
U.S. District Court Southern District of Texas, 2004
U.S. District Court Eastern District of Texas, 2005
U.S. District Court Northern District of Texas, 2007
U.S. District Court Western District of Texas, 2008
U.S. District Court Western District of New York, 2011
U.S. Court of Appeals for the 5th Circuit, 2015
U.S. Court of Appeals for the 9th Circuit, 2015
U.S. Court of Appeals for the 11th Circuit, 2016
Supreme Court of the United States of America, 2010

**REPRESENTATIVE CASES**

- *Justin Mark Boise v. Ace American Ins. Co.*; Case No. 1:15-cv-21264-MGC (S.D. Fla. Oct. 18, 2017) (nationwide TCPA class settlement creating $9.76 Million non-reversionary common benefit fund)

- *Matthew Scott Robinson v. Paramount Equity Mortgage, LLC;* Case No. 2:14-cv-02359-TLN-CKD (E.D. Cal. July 13, 2017) (class action settlement)

- *Teofilo Vasco, et al. v. Power Home Remodeling Group LLC*; Case No. 2:15-cv-04623 (E.D. Pa. Oct. 12, 2016) (class action settlement)

- *John Colin Suttles, et al. v. Specialty Graphics, Inc.*; Case No. 1:14-cv-00505 (W.D. Tex. April 25, 2016) (class action settlement)

- *Ludette Crisler, et al. v. Audi AG, Volkswagen AG, et al.*, Case No. 2:11-cv-01719 (C.D. Cal. Oct. 30, 2013) (products)

- *Gretchen Patch, et al. v. Millennium Products, Inc.*, Case No. BC448347 (Superior Court of California, Los Angeles County, April 3, 2012) (products)

- *Lebar, et al. v. Volkswagen Group of America, Inc.*, Case No. 2:10-cv-05126 (D.N.J. Oct. 30, 2013) (Doc. 100) (in appointing Hughes Ellzey as class counsel, Hon. Kevin McNulty, U.S. District Court Judge for the District of New Jersey, found Hughes Ellzey "experienced in matters of this nature.")

- *Mary Ellen Wolf v. Wells Fargo Bank, N.A.*; Cause No. 2011-36476; In the 151st District Court of Harris County, Texas (Nov. 23, 2015) ($5.4 Million unanimous jury verdict)

- *Darryl McKnight v. Team Industrial Services, Inc., et al*; Cause No. 2012-03767; In the 80th Judicial District Court of Harris County, Texas (May 31, 2013) ($125,000 unanimous jury verdict)

- *SSC Opportunity Partners, LLC v. Bandier Realty Partners, LLC, et al.*; Cause No. 2011-43194; Honorable Steven Kirkland; In the 215th District Court, Harris County, Texas (Dec. 2012) ($16.5 Million unanimous jury verdict)

## PROFESSIONAL ASSOCIATIONS

- *Texas Verdicts Hall of Fame*, Honoree
- Texas Trial Lawyers Association, Member
- American Association Justice, Member
- Houston Trial Lawyers Association
- Texas Young Lawyers Association
- Houston Bar Association

*Additional information about my firm and experience: www.hughesellzey.com