**Exhibit 2**

Pursuant to paragraph six of the Court's Pretrial Order No. 1 dated June 7, 2018, listed below are the names of other counsel who have filed cases in this MDL and who support the appointment of HUGHES ELLZEY, LLP as lead counsel.

| Firm Name and Counsel | Originating Case Caption |
|---|---|
| **Carlson Lynch Sweet Kilpela & Carpenter LLP**<br>Todd D. Carpenter | *Gennock et al v. Facebook, Inc. et al*<br>N.D. Cal., 3:18-cv-01891 |
| **Murray Law Firm**<br>Arthur M. Murray | *Gennock et al v. Facebook, Inc. et al*<br>N.D. Cal., 3:18-cv-01891 |
| **Lockridge Grindal Nauen PLLP**<br>Karen H. Riebel | *Gennock et al v. Facebook, Inc. et al*<br>N.D. Cal., 3:18-cv-01891 |
| **Morrison Sullivan & Lemkul LLP**<br>Will Lemkul | *Picha v. Facebook Inc. et al*<br>N.D. Cal., 3:18-cv-02090 |
| **Motley Rice LLC**<br>Jodi W. Flowers | *Picha v. Facebook Inc. et al*<br>N.D. Cal., 3:18-cv-02090 |
| **Ahdoot & Wolfson APC**<br>Tina Wolfson | *Diaz Sanchez v. Facebook, Inc. et al*<br>N.D. Cal., 3:18-cv-02381 |
| **Sulaiman Law Group, Ltd.**<br>James C. Vlahakis | *Comforte v. Cambridge Analytica*,<br>N.D. Ill., 1:18-cv-02120 |