

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD** LLP

110 Laurel Street, San Diego, CA 92101-1419
Tel (619) 238-1811  Fax (619) 544-9232

David S. Casey, Jr.
Frederick Schenk
Robert J. Francavilla
Gayle M. Blatt
Thomas D. Penfield
Thomas D. Luneau
Jeremy K. Robinson
Wendy M. Behan
Jason C. Evans
P. Camille Guerra*
Srinivas Hanumadass
Adam B. Levine
Meagan L. Verschueren
Jillian F. Hayes
Alyssa Williams
Sanjeev Davé
Jessica Jagir
Bhashini Weerasinghe

*of Counsel*
Scott C. Cummins
Angela Jae Chun

David S. Casey, Sr.
1913-2003
President,
California State Bar, 1975

Richard F. Gerry
1924-2004
President,
Association of Trial Lawyers
of America, 1982

David S. Casey, Jr.
President,
Association of Trial Lawyers
of America. 2004

North County Office
120 Birmingham Drive
Suite 120-E
Cardiff, CA 92007
(760) 743-8448
Fax (760) 794-9982

*Admitted in New Mexico



June 21, 2018

Dear Judge Chhabria:

I am a partner at CaseyGerry and the chair of the firm's complex litigation group. Pursuant to PTO 1, I respectfully request to be appointed interim lead counsel for the plaintiffs in this litigation. Should your Honor be inclined to appoint a larger structure on behalf of plaintiffs, I would be honored to serve as co-lead counsel or as a member of an Executive or Steering Committee in this important matter.

Facebook—the social media giant—profits at the expense of its free users. To do so, it relies on monetizing user information. As it is said, if you are not paying for it, you're not the customer; you're the product being sold. While, with proper disclosures and consent, it is permissible to make money off of users' information, Facebook routinely skipped these steps. Instead, for years, it inappropriately gave app developers near-complete access to users' personal information.

Facebook made headlines for this practice when Cambridge Analytica was accused of using Facebook data to direct its campaign manipulation efforts, but the practice runs deeper than merely Cambridge Analytica or any election. Upon learning of this practice, and after thoughtful investigation, my firm filed suit on behalf of Plaintiff Lucy Gerena and other similarly situated Facebook users. (Case no. 4:18cv2201.)

> **i., ii.    Professional Experience with MDLs and with the Subject Matter of this Litigation, and Familiarity with the Claims before the Court**

I am dedicated to vindicating the rights of consumers, and my practice is focused on plaintiff-side class actions and other complex litigation. I have had the privilege to be appointed to multiple leadership positions on behalf of plaintiffs in MDLs. My recent experience is summarized as follows:

> *In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, MDL 2828

I was appointed by Judge Simon of the United States District Court for the District of Oregon to the seven-person Plaintiffs' Steering Committee in this litigation. This matter concerns allegations that Intel made CPUs that

contained serious securities flaws and that, when notified of these flaws, Intel did not alert consumers or admit to the problems until news of the flaws broke independently.

*In re: Apple Inc. Device Performance Litigation*, MDL 2827

Judge Davila of this District appointed me to the Plaintiffs' Steering Committee for this MDL earlier this year. This case revolves around allegations that Apple secretly and intentionally slowed the performance of older iPhones through iOS updates.

*In re: Yahoo! Inc. Customer Data Security Breach Litigation*, MDL No. 2752

In this litigation centered on the largest data breaches to date, I serve on a five-member Executive Committee appointed by Judge Koh of this District.

*In re: Incretin Mimetics Products Liability Litigation*, MDL No. 2452

I am Plaintiffs' Co-Liaison Counsel in this pharmaceutical MDL pending in the United States District Court for the Southern District of California.

While I am proud of my work on behalf of consumers, I am even prouder to lead and work with a team of accomplished attorneys well-versed in all stages of class actions/MDLs. My team is ready to support me should I be selected for a leadership position in this case. Our firm is led by managing partner David S. Casey, Jr., who currently serves as Plaintiffs' Liaison Counsel in *In re: Wells Fargo Collateral Protection Insurance Litigation* (MDL No. 2797) and on the Steering Committees for *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Products Liability Litigation* (MDL No. 2777) and *In re: Volkswagen "Clean Diesel" Marketing, Saes Practices, and Products Liability Litigation* (MDL No. 2672, also encompassing related claims against Audi). Mr. Casey and I collaborate closely on a great deal of our work, and I deeply value his participation, particularly given his depth of trial and settlement experience.

Our firm is particularly focused on data breach and other privacy-related matters, especially in light of our increasingly connected society. In addition to our work in the ongoing Yahoo litigation, I also served as Co-Liaison Counsel in *In re: Sony Gaming Networks and Customer Data Security Breach Litigation* (MDL No. 2258), through which recovery was obtained for consumers whose information was not properly protected.

### iii. Present and Future Ability to Commit to Time-Consuming Litigation

I am confident in my and my firm's ability to commit the necessary resources to this case. We carefully evaluate potential cases before filing and do not file a new case without being fully ready to see the litigation through to the end. We are well-situated to pursue this litigation and to bring it to resolution.

### iv. Ability to Work Cooperatively with Others

As with most other MDLs, this complex litigation will demand significant time and coordination from all involved attorneys. Over the years, I have had the privilege of collaborating with plaintiffs' attorneys across the country, including many of the attorneys representing plaintiffs in this litigation. I am grateful to have been recognized as both a leader and team player by my peers,

and always strive for a fair—and efficient—division of labor in all of the cases in which I am involved. In this regard, I am honored to have this application supported by such respected colleagues as Ben Barnow, Tim Blood, Derek Loeser, Rosemary Rivas, Chris Seeger, Lesley Weaver, and Tina Wolfson.

    **v.**    **Resources Available to Prosecute this Litigation in a Timely Manner**

CaseyGerry has a 70-plus year history litigating cases almost exclusively on contingency and is committed to self-funding any litigation we pursue. In class actions and MDLs with multiple plaintiffs' firms involved, CaseyGerry is a reliable and timely contributor to litigation funds. I lead the firm's complex litigation group, supported by managing partner David Casey, and our team is comprised of 12 attorneys of all experience levels who are dedicated to complex litigation. Our team is ready to handle this litigation.

    **vi.**    **Ability to Maintain Reasonable Fees and Expenses**

For many of the reasons discussed above, I will be able to maintain reasonable fees and expenses. In my experience, MDLs work most smoothly and economically when an attorney is charged with collecting and reviewing all firms' billing on at least a quarterly, if not monthly, basis. To that end, I suggest submitting a proposed order regarding attorney billing and case expenses within one month of the leadership order in this case.

I appreciate the Court's consideration of my application.

    Very truly yours,

    /s/ Gayle M. Blatt
    GAYLE M. BLATT