

# FIRM OVERVIEW

Casey Gerry Schenk Francavilla Blatt & Penfield, LLP ("CaseyGerry") is a firm of leaders. Whether serving as President of the American Trial Lawyers' Association, the State Bar of California, the California Women Lawyers' Association, the Consumer Attorneys of California, or helping steer sprawling litigation like *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL 2672, *In re: Wells Fargo Collateral Protection Insurance Litigation*, MDL 2797, *In re: Apple Inc. Device Performance Litigation*, MDL 2827, *In re: Yahoo! Inc. Customer Data Security Breach Litigation*, MDL 2752, and *In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, MDL 2828, CaseyGerry attorneys have always led with determination and cooperation.

CaseyGerry's leadership has its roots in our 70-plus history. Even before federal multidistrict litigation was a regular practice, CaseyGerry spearheaded cases of nationwide scope and interest. In the 1990s, CaseyGerry assisted in obtaining a settlement of over $25 billion for the citizens of California, and also took part in successfully resolving other similar tobacco cases in other states. Even before that, our firm was played a leadership role and was part of the trial team in the Exxon Valdez litigation, which resulted in a $5 billion jury verdict.

Today, CaseyGerry's 21 attorneys and sizeable support staff focus on consumer protection and data breach class actions, product and pharmaceutical defect cases, and serious personal injury matters. We have successfully litigated cases against corporate titans such as Volkswagen, Exxon, Sony, Toyota, GM, AT&T, Mitsubishi, Apple, Bank of America, American Express, Honda, Discover Financial Services, and Blue Shield.

Befitting the modern workplace, we also have a strong commitment to diversity. Casey Gerry attorneys include a past President of the California Women Lawyers' Association and the Lawyers' Club of San Diego, and our attorneys have served as presidents and board members of the Korean American Bar Association of San Diego, the South Asian Bar Association of San Diego, and Tom Homann LGBT Law Association.

CaseyGerry's successes have not gone unnoticed, as our partners have been elected to such prestigious organizations as the American Board of Trial Advocates and the International Academy of Trial Lawyers International Society of Barristers. Five of the firm's partners are members of the American Board of Trial Advocates (ABOTA), with one partner currently serving on the Executive Committee of the San Diego chapter of ABOTA.  Four of our partners have served as president of the Consumer Attorneys of San Diego.

# OUR TEAM LEADERS

**David S. Casey, Jr.:** David S. Casey, Jr. is the senior and managing partner of the firm that his father founded in 1947. He has handled more than 70 jury trials during the course of his forty plus-year legal career. He is a past president of the Association of Trial Lawyers of America (now the American Association for Justice), Consumer Attorneys of California, Western Trial Lawyers Association, and San Diego Trial Lawyers Association (now Consumer Attorneys of San Diego). He has been listed by the Daily Journal as a "Top 100" lawyer in California seven times.

Casey is a proven leader nationwide. During his tenure as president of ATLA (now AAJ), he was one of a small group of people who proposed the Victims Compensation Fund for victims of the unprecedented terrorist attacks of September 11, 2001. The organization then formed Trial Lawyers Care (TLC) to coordinate what would become one of the largest pro bono programs in history.

Casey is also a leader in the state of California. He undertook a lead role in then Lieutenant Governor Gray Davis's private attorney general action against the tobacco industry, instigated when the State of California declined to participate in the litigation with other states' Attorney Generals. Casey has also represented American POWs in litigation for having been treated as slave laborers during World War II and his firm was co-counsel in the Exxon Valdez Oil Spill litigation.

More recently, Casey was appointed to serve on the Plaintiffs' Steering Committee for *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*. In connection with the other plaintiffs' counsel in that matter, he received a 2018 "California Lawyer of the Year" (CLAY) Award. Casey is on the Plaintiffs' Steering Committee for another vehicle case, *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Product Liability Litigation*. He also serves on the PSC for *In re: National Football League Players' Concussion Injury Litigation*, representing the interests of thousands of former NFL players, and as Plaintiffs' Liaison Counsel in *In re: Wells Fargo Collateral Protection Insurance Litigation*.

Casey continues to serve the legal community as the Lawyer Representative for the United States District Court, Southern District of California and as a current board member for the Ninth Judicial Circuit Historical Society. He is also a member of prestigious, invitation-only organizations, such as the International Academy of Trial Lawyers, International Society of Barristers, and American Board of Trial Advocates.

**Gayle M. Blatt:** Gayle M. Blatt concentrates her practice on consumer class actions, data breach cases, and pharmaceutical and medical device cases. Most recently, she was appointed to the Plaintiffs' Executive Committees in *In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation*, MDL 2828, *In re: Apple Inc. Device Performance Litigation*, and to the five-member PEC overseeing the class action litigation related to the massive Yahoo data breaches—the largest data breaches in history. She also currently serves as Co-Liaison Counsel in *In re: Incretin Mimetics Product Liability Litigation*, and her previous roles as liaison counsel in prominent cases include *In re: Sony Gaming Networks and Customer Data Security Breach Litigation* and *In re: Hydroxycut Marketing and Sales Practices Litigation*.

Blatt received three Outstanding Trial Lawyer awards from the Consumer Attorneys of San Diego and annually has been named one of San Diego's Top 25 Female Attorneys and one of the Top 50 San Diego Lawyers by *San Diego Super Lawyers*. Blatt was named one of San Diego's Best Attorneys of 2018 by San Diego Daily Metro and one of San Diego's most influential women of 2018 by the San Diego Daily Transcript.

For ten years, Blatt served on the Board of Directors for Consumer Attorneys of San Diego, and was President of the organization in 2007. As President, she was honored as Trial Lawyer Association Chapter President of the Year by Consumer Attorneys of California. Blatt currently serves on the Board of Trustees of California Western School of Law. She also serves on the board of the Tom Homann Law Association Foundation and the San Diego County Bar Foundation Board. Blatt is a member of Lawyers Club, the South Asian Bar Association of San Diego (SABA), the Korean American Bar Association of San Diego (KABA), California Women Lawyers and other community organizations.