Amy C. Johnsgard (SBN 279795)
**COAST LAW GROUP LLP**
1140 South Coast Highway 101
Encinitas, California 92024
Telephone: 760-942-8505
Facsimile: 760-942-8515
Email: amy@coastlaw.com

*Attorneys for Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston, Anthony Bell, Juliana Watson, and Ann Kowaleski*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br><br>CASE NO.: 18-md-02843-VC<br><br>**NOTICE OF APPEARANCE OF AMY C. JOHNSGARD FOR PLAINTIFFS JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON, AND ANN KOWALSKI** |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Amy C. Johnsgard of Coast Law Group LLP hereby appears on behalf of Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston, Anthony Bell, Juliana Watson, and Ann Kowaleski in this action. Ms. Johnsgard is in good standing of the State Bar of California and is in good standing in this District Court.

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action. Ms. Johnsgard's contact information is as follows:

> Amy C. Johnsgard
> **COAST LAW GROUP LLP**
> 1140 South Coast Highway 101
> Encinitas, California 92024
> Telephone: 760-942-8505
> Facsimile: 760-942-8515
> Email: amy@coastlaw.com

Dated: June 22, 2018                    Respectfully submitted,

>/s/ Amy C. Johnsgard_
Amy C. Johnsgard (SBN 279795)
**COAST LAW GROUP LLP**
1140 South Coast Highway 101
Encinitas, California 92024
Telephone: 760-942-8505
Facsimile: 760-942-8515
Email: amy@coastlaw.com

***Attorneys for Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston, Anthony Bell, Juliana Watson, and Ann Kowaleski***

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/EDF system which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

                                            */s/ Amy C. Johnsgard*
                                            Amy C. Johnsgard (SBN 279795)
                                            **COAST LAW GROUP LLP**
                                            1140 South Coast Highway 101
                                            Encinitas, California 92024
                                            Telephone: 760-942-8505
                                            Facsimile: 760-942-8515
                                            Email: amy@coastlaw.com