Ben Travis (305641)
**COAST LAW GROUP LLP**
1140 South Coast Highway 101
Encinitas, California 92024
Telephone: 760-942-8505
Facsimile: 760-942-8515
Email: ben@coastlaw.com

*Attorneys for Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston, Anthony Bell, Juliana Watson, and Ann Kowaleski*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br><br>CASE NO.: 18-md-02843-VC<br><br>**NOTICE OF APPEARANCE OF BEN TRAVIS FOR PLAINTIFFS JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON, AND ANN KOWALSKI** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ben Travis of Coast Law Group LLP hereby appears on behalf of Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston, Anthony Bell, Juliana Watson, and Ann Kowaleski in this action. Mr. Travis is in good standing of the State Bar of California and is in good standing in this District Court.

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action. Mr. Travis' contact information is as follows:

>Ben Travis
>**COAST LAW GROUP LLP**
>1140 South Coast Highway 101
>Encinitas, California 92024
>Telephone: 760-942-8505
>Facsimile: 760-942-8515
>Email: ben@coastlaw.com

Dated: June 22, 2018                              Respectfully submitted,

>*/s/ Ben Travis*
>Ben Travis (SBN 305641)
>**COAST LAW GROUP LLP**
>1140 South Coast Highway 101
>Encinitas, California 92024
>Telephone: 760-942-8505
>Facsimile: 760-942-8515
>Email: ben@coastlaw.com
>
>***Attorneys for Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston, Anthony Bell, Juliana Watson, and Ann Kowaleski***

NOTICE OF APPEARANCE

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2018, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/EDF system which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

> */s/ Ben Travis*
> Ben Travis (SBN 305641)
> **COAST LAW GROUP LLP**
> 1140 South Coast Highway 101
> Encinitas, California 92024
> Telephone: 760-942-8505
> Facsimile: 760-942-8515
> Email: ben@coastlaw.com