Andrew J. Kubik (246902)
**COAST LAW GROUP LLP**
1140 South Coast Highway 101
Encinitas, California 92024
Telephone: 760-942-8505
Facsimile: 760-942-8515
Email: andy@coastlaw.com

*Attorneys for Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston,*
*Anthony Bell, Juliana Watson, and Ann Kowaleski*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | CASE NO.: 18-md-02843-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF ANDREW J. KUBIK FOR PLAINTIFFS JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON, AND ANN KOWALSKI** |
| ALL ACTIONS | |

COAST LAW GROUP LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

NOTICE OF APPEARANCE

COAST LAW GROUP LLP

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Andrew J. Kubik of Coast Law Group LLP

3  hereby appears on behalf of Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston,

4  Anthony Bell, Juliana Watson, and Ann Kowaleski in this action. Mr. Andrew J.

5  Kubik is in good standing of the State Bar of California and is in good standing in

6  this District Court.

7      The undersigned respectfully requests to be included via e-mail on the Court's

8  notification of all electronic filings in this action. Mr. Andrew J. Kubik contact

9  information is as follows:

10                     Andrew J. Kubik
                   **COAST LAW GROUP LLP**
11                1140 South Coast Highway 101
12                  Encinitas, California 92024
                   Telephone: 760-942-8505
13                  Facsimile: 760-942-8515
14                 Email: andy@coastlaw.com

15

16  Dated: June 25, 2018                    Respectfully submitted,

17

18                              /s/ Andrew J. Kubik
                            Andrew J. Kubik (SBN 246902)
19                          **COAST LAW GROUP LLP**
20                          1140 South Coast Highway 101
                            Encinitas, California 92024
21                          Telephone: 760-942-8505
                            Facsimile: 760-942-8515
22                          Email: andy@coastlaw.com
23

24                          ***Attorneys for Plaintiffs Jordan O'Hara,***
                            ***Brent Collins, Olivia Johnston, Anthony***
25                          ***Bell, Juliana Watson, and Ann Kowaleski***

26

27

28

                                    2                    Case No. 3:18-md-02843-VC

NOTICE OF APPEARANCE

COAST LAW GROUP LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2018, I electronically filed this Notice of Appearance with the Clerk of Court using the CM/EDF system which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

*/s/ Andrew J. Kubik*
Andrew J. Kubik (SBN 246902)
**COAST LAW GROUP LLP**
1140 South Coast Highway 101
Encinitas, California 92024
Telephone: 760-942-8505
Facsimile: 760-942-8515
Email: andy@coastlaw.com

3                                    Case No. 3:18-md-02843-VC

NOTICE OF APPEARANCE