Michael A. Innes
(admitted *pro hac vice*)
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY, AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Fax No.:  (973) 994-1744
Email: minnes@carellabyrne.com

*Counsel for Plaintiffs Kenneth Irvine and Jay Malskoff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION** | MDL No. 2843<br><br>Case No. 2:2018-cv-04451 |
| **This document relates to:**<br><br>*Kenneth Irvine and Jay Malskoff  v. Facebook, et als.*<br>**Case No.: 2:2018-cv-04451** | **NOTICE OF APPEARANCE OF MICHAEL A. INNES FOR PLAINTIFFS KENNETH IRVINE AND JAY MALSKOFF** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Michael A. Innes of Carella, Byrne, Cecchi, Olstein, Brody, Agnello, P.C. hereby appears on behalf of Plaintiffs Kenneth Irvine and Jay Malskoff in this action.  Mr. Innes is a member of the State Bar of New Jersey and in good standing in the United States District Court of New Jersey.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action.  Mr. Innes' contact information is as follows:

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Direct No.: (973) 422-5513
 Fax No.:  (973) 994-1744
minnes@carellabyrne.com

Dated:  June 28, 2018

    Respectfully submitted,

   /s/ Michael A. Innes_____
   Michael A. Innes
  **CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.**
   5 Becker Farm Road
   Roseland, NJ 07068
   (973) 994-1700
   (973) 994-1744 (fax)
   Email: minnes@carellabyrne.com

  *Attorney for Plaintiffs Kenneth Irvine
and Jay Malskoff*
  **Case No.: 2:2018-cv-04451-VC (N.D. Cal.)**