Rebecca Anzidei
**RuyakCherian LLP**
1700 K Street NW, Suite 810
Washington, DC 20006
Telephone: (202) 897-1914
Facsimile: (202) 478-1715
Email: rebeccaa@ruyakcherian.com

*Attorney for Plaintiffs Ben Redmond,*
*Lindsay Rathert, Salvador Ramirez,*
*Gerry Galipault, Kyle Westendorf,*
*Robert Woods and Jordan Hunstone,*
*individually and on behalf of others*
*similarly situated*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>*This Document Related to:*<br><br>ALL ACTIONS | MDL No. 2843<br>CASE NO. 18-md-02843-VC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Rebecca Anzidei of RuyakCherian LLP hereby appears on behalf of Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods and Jordan Hunstone, individually and on behalf of others similarly situated in this action. Ms. Anzidei is a member of the Bar of the District of Columbia and in good standing in the United States District Court for the District of Columbia.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Ms. Anzidei's contact information is as follows:

> REBECCA ANZIDEI
> RuyakCherian LLP
> 1700 K Street NW, Suite 810
> Washington, DC 20006
> Telephone: (202) 897-1914
> Facsimile: (202) 478-1715
> Email: rebeccaa@ruyakcherian.com

Dated this 28th day of June, 2018.

> Respectfully Submitted,
>
> By: */s/ Rebecca Anzidei*
> Rebecca Anzidei
> RuyakCherian LLP
> 1700 K Street NW, Suite 810
> Washington, DC 20006
> Telephone: (202) 897-1914
> Facsimile: (202) 478-1715
> Email: rebeccaa@ruyakcherian.com
>
> *Attorney for Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods and Jordan Hunstone, individually and on behalf of others similarly situated*

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
CASE NO. 18-md-02843-VC