# EXHIBIT A

| Number | Case No. | Case Name | Named Plaintiff(s) | Named Defendant(s) and Status of Service (if available) | Causes of Action Alleged in Operative Complaint | Transferor Court and Status of Transfer | Status of Pending or Adjudicated Motions (if applicable) |
|---|---|---|---|---|---|---|---|
| 1. | 3:18-01732 | Price v. Facebook, Inc., et al. | Lauren Price | Facebook, Inc. (served); Cambridge Analytica (not served) | 1. Violation of California Unfair Competition Law – Unlawful Business Practice (Cal. Bus. & Prof. Code §§ 17200, et seq.) (Against all Defendants) 2. Violation of California Unfair Competition Law – Unfair Business Practice (Cal. Bus. & Prof. Code §§ 17200, et seq.) (Against all Defendants) 3. Negligence (Against all Defendants) | N.D. Cal. (transferred by Initial Transfer Order) | |
| 2. | 3:18-01852 | Rubin v. Facebook, Inc., et al. | Jonathan D. Rubin | Facebook, Inc. (served); SCL Group (served); Global Science Research, LTD (served); Cambridge Analytica LLC (served) | 1. Violation of Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c) (Against SCL Group, Cambridge Analytica, and Global Science Research Ltd.) 2. Violation of California Customer Records Act, Cal. Civ. Code §§ 1798.80, et seq. (Against Facebook) 3. Intrusion Upon Seclusion (Against all Defendants) 4. Unlawful and Unfair Business Practices Under California Business and Professions Code §§ 17200, et seq. (Against Facebook) 5. Negligence (Against Facebook) | N.D. Cal. (transferred by Initial Transfer Order) | |
| 3. | 3:18-01915 | O'Kelly v. Facebook, Inc., et al. | Howard O'Kelly | Facebook, Inc. (not served); Cambridge Analytica, LLC (not served) | 1. Violation of California Unfair Competition Law– Unlawful Business Practice (Cal. Bus. & Prof. Code §§ 17200, et seq.)(Against all Defendants) 2. Violation of California Unfair Competition Law – Unfair Business Practice (Cal. Bus. & Prof. Code §§ 17200, et seq.) (Against all Defendants) 3. Violation of California Unfair Competition Law – Fraudulent Business Practice (Cal. Bus. & Prof. Code §§ 17200, et seq.) (Against Facebook) 4. Fraudulent Misrepresentation (Against Facebook) 5. Negligence (Against Facebook) 6. Breach of Contract (Against Facebook) 7. Breach of Covenant of Good Faith and Fair Dealing (Against Facebook) 8. Invasion of Privacy (Against all Defendants) | N.D. Cal. (transferred by Initial Transfer Order) | |
| 4. | 3:18-01953 | Beiner, et al. v. Facebook, Inc., et al. | Theresa Beiner; Brandon Haubert | Facebook, Inc. (served); Cambridge Analytica, LLC (served) | 1. Violation of Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against Facebook) 2. Violation of Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against Cambridge Analytica) 3. Violation of California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, et seq. (Against all Defendants) 4. Invasion of Privacy – Intrusion Upon Seclusion (Against all Defendants) 5. Violation of California Constitution Article I, Section I (Against all Defendants) 6. California Invasion of Privacy Act, Cal. Pen. Code Sec. 637.7 (Against all Defendants) 7. Declaratory Relief Pursuant to 28 U.S.C. § 2201 (Against all Defendants) 8. Conversion (Against all Defendants) 9. Civil Conspiracy (Against all Defendants) | N.D. Cal. (transferred by Initial Transfer Order) | |
| 5. | 3:18-01891 | Gennock, et al. v. Facebook, Inc., et al. | Ashley Gennock; Randy Nunez | Facebook, Inc. (served); Cambridge Analytica (served) | 1. Violation of the Stored Communications Act, 18 U.S.C. § 2701, et seq. 2. Invasion of Privacy by Intrusion 3. Invasion of Privacy – Intrusion Upon Seclusion | N.D. Cal. (transferred by Initial Transfer Order) | |

| Number | Case No. | Case Name | Named Plaintiff(s) | Named Defendant(s) and Status of Service (if available) | Causes of Action Alleged in Operative Complaint | Transferor Court and Status of Transfer | Status of Pending or Adjudicated Motions (if applicable) |
|---|---|---|---|---|---|---|---|
| 6. | 3:18-03394 | Comforte, et al. v. Cambridge Analytica, et al. | Victor James Comforte II; Brendan Michael Carr | Cambridge Analytica, LLC (served); Facebook, Inc. (served); Mark Zuckerberg (served); John and Jane Does 1-100 | 1. Violation of §§ 2511(1)(a) & (1)(d) of the ECPA (the Wiretap Act)<br>2. Violations of the Stored Communications Act, 18 U.S.C. § 2701, et seq.<br>3. Common Law Negligence<br>4. Breach of Contract<br>5. Tort of Intrusion Upon Seclusion<br>6. Violation of the Illinois Consumer Fraud and Deceptive Practices Act | N.D. Ill. (transferred by Initial Transfer Order) | |
| 7. | 3:18-03393 | Malskoff, et al. v. Facebook, Inc., et al. | Jay Malskoff; Kenneth Irvine | Facebook, Inc. (served); Cambridge Analytica (served); Cambridge Analytica (UK) LTD. (served); Cambridge Analytica LLC (served); Robert Mercer (not served); Aleksandr Kogan (not served) | 1. Violation of the Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against all Defendants)<br>2. Negligence (Against Facebook and Cambridge Analytica)<br>3. Unjust Enrichment/Quasi Contract (Against Facebook and Cambridge Analytica)<br>4. Civil Conspiracy (Against Kogan, Cambridge Analytica, and Mercer)<br>5. Violation of New Jersey Consumer Fraud Act, N.J. Stat. Ann. §§ 56:8-1, et seq. (Against Facebook and Cambridge Analytica)<br>6. Violation of California Business & Professions Code §§ 17200, et seq. (Against Facebook and Cambridge Analytica)<br>7. Violation of California Civil Code § 1798.80 (Against Facebook) | D. N.J. (transferred by Initial Transfer Order) | |
| 8. | 3:18-03484 | Lodowski, et al. v. Facebook, Inc., et al. | Matthew Lodowski; Raynelle Jackson; Carlos Gonzales-Rivera | Facebook, Inc. (served); Cambridge Analytica LLC (served); Robert Leroy Mercer (not served); Aleksandr Kogan (not served) | 1. Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against Kogan and Cambridge Analytica)<br>2. Civil Conspiracy (Against Kogan, Cambridge Analytica, and Mercer)<br>3. Negligence (Against Facebook) | S.D. Tex. (transferred by Initial Transfer Order) | |
| 9. | 3:18-03676 | Williams, et al. v. Facebook, Inc., et al. | Jackie Williams; Lee Sims | Facebook, Inc. (served); Cambridge Analytica, LLC (not served) | 1. Violation of Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against Facebook)<br>2. Violation of Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against Cambridge Analytica)<br>3. Violation Of Alabama Deceptive Trade Practices Act, Ala. Code §§ 8-19-1, et seq. (on behalf of Alabama subclass)<br>4. Violation Of Alabama Right To Publicity Act, Ala. Code §§ 6-5-770, et seq. (on behalf of Alabama subclass)<br>5. Negligence (Against all Defendants)<br>6. Conversion (Against all Defendants)<br>7. Wantonness And Punitive Damages (Against all Defendants)<br>8. Civil Conspiracy (Against all Defendants) | N.D. Ala. (transferred by CTO-1) | |

| Number | Case No. | Case Name | Named Plaintiff(s) | Named Defendant(s) and Status of Service (if available) | Causes of Action Alleged in Operative Complaint | Transferor Court and Status of Transfer | Status of Pending or Adjudicated Motions (if applicable) |
|---|---|---|---|---|---|---|---|
| 10. | 3:18-03709 | Jordan O'Hara et al. v. Facebook, Inc. et al. | Jordan O'Hara; Brent Collins; Olivia Johnston | Facebook, Inc. (served); Cambridge Analytica, LLC (served); Aleksandr Kogan (not served); Stephen K. Bannon (not served); Emerdata Ltd. Does 1-10 | 1.  Violation of Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against Cambridge Analytica, Kogan, and Bannon, and Emerdata) 2.  Violation of Stored Communications Act, 18 U.S.C. §§ 2702, et seq. (Against Facebook) 3.  Violation of the California Customer Records Act, California Civil Code §§ 1798.80, et seq. (Against Facebook on behalf of California subclass) 4.  Violation of Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c) (Against Cambridge Analytica, Kogan, Bannon, and Emerdata) 5.  Intrusion Upon Seclusion (Against all Defendants) 6.  Violation of California Constitution Article I, Section I (Against all Defendants on behalf of California subclass) 7.  Violation of California Invasion of Privacy Act (Cal. Pen. Code § 637.7) (Against all Defendants on behalf of California subclass) 8.  Conversion (Against all Defendants) 9.  Unfair, Unlawful, and Fraudulent Business Acts and Practices Under California Business & Professions Code §§ 17200, et seq. (Against all Defendants) 10.  Negligence (Against Facebook) 11.  Negligence Per Se (Against Facebook) 12.  Breach of Written Contract (Against Facebook) | C.D. Cal. (transferred by CTO-1) | |
| 11. | 3:18-03642 | Redmond et al. v. Facebook, Inc. et al. | Ben Redmond; Lindsay Rathert; Salvador Ramirez; Gerry Galipault; Kyle Westendorf; Robert Woods; Jordan Huntstone | Facebook, Inc. (service waived); Global Science Research Ltd (served); Aleksandr Kogan (not served); SCL Group Limited (service waived); SCL Elections Ltd (service waived); SCL USA Inc. (service waived); Cambridge Analytica LLC (service waived); Cambridge Analytica Holdings LLC (service waived); Cambridge Analytica Commercial LLC (service waived); Cambridge Analytica Political LLC (service waived) | 1.  Violation of the Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against Global Science Research, Kogan, SCL Entities and Cambridge Analytica) 2.  Violation of the Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against Facebook) 3.  Negligence and Willful Negligence (Against Facebook) 4.  Fraud (Against Facebook) 5.  Fraud (Against Global Science Research, Kogan, SCL Entities and Cambridge Analytica) | D. Del. (transferred by CTO-1) | Motion for Preservation Order re documents held or controlled by Cambridge Analytica filed May 23, 2018, pending in D. Del. |
| 12. | 3:18-03790 | Skotnicki v. Facebook, Inc. et al. | Craig Skotnicki | Facebook, Inc. (service waived); Cambridge Analytica LLC (not served) | 1.  Negligence (Against Facebook) 2.  Negligent Misrepresentation (Against Facebook) 3.  Violations of the Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against all Defendants) 4.  Consumer Fraud pursuant to Delaware's Commerce and Trade Code, 6 Del. C. §§ 2513, et seq. (Against all Defendants) 5.  Unlawful Interception of Communications (Against all Defendants) 6.  Invasion of Privacy—Intrusion Upon Seclusion (Against all Defendants) 7.  Declaratory Relief Pursuant to 28 U.S.C. § 2201 (Against all Defendants) 8.  Conversion  (Against all Defendants) | D. Del. (transferred by CTO-1) | Motion for Preservation Order re documents held or controlled by Cambridge Analytica filed May 23, 2018, pending in D. Del. |

| Number | Case No. | Case Name | Named Plaintiff(s) | Named Defendant(s) and Status of Service (if available) | Causes of Action Alleged in Operative Complaint | Transferor Court and Status of Transfer | Status of Pending or Adjudicated Motions (if applicable) |
|---|---|---|---|---|---|---|---|
| 13. | 3:18-01984 | Haslinger v. Facebook, Inc. et al. | Suzie Haslinger | Facebook, Inc. (service waived); Cambridge Analytica, LLC (not served); Does 1-100 | 1.  Federal Wire Tap Act, Title I of the ECPA (18 U.S.C. § 2510, et seq.) (Against all Defendants)<br>2.  Stored Communications Act, Title II of the ECPA (18 U.S.C. § 2701, et seq.) (Against all Defendants)<br>3.  Negligence (Against Facebook)<br>4.  Unjust Enrichment (Against all Defendants)<br>5.  Invasion of Privacy--Intrusion Upon Seclusion (Against all Defendants)<br>6.  California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, et seq.) (Against all Defendants) | N.D. Cal. (consolidated by PTO-1) | |
| 14. | 3:18-02009 | Kooser et al. v. Facebook, Inc. et al. | Debra Kooser; Margaret Frankiewicz | Facebook, Inc. (not served); Cambridge Analytica (not served); SCL Group, Limited (not served); Global Science Research LTD (not served) | 1.  Violation of California Unfair Competition Law – Unlawful Business Practice - (Cal. Bus. & Prof. Code § 17200, et seq.) (Against all Defendants)<br>2.  Violation of California Unfair Competition Law – Unfair Business Practice (Cal. Bus. & Prof. Code § 17200, et seq.) (Against all Defendants)<br>3.  Violation of California Unfair Competition Law –Fraudulent Business Practice (Cal. Bus. & Prof. Code § 17200, et seq.) (Against all Defendants)<br>4.  Negligence (Against Facebook)<br>5.  Intentional Misrepresentation (Against Facebook)<br>6.  Intentional Misrepresentation (Against Cambridge Analytica, SCL Group, and Global Science Research Ltd.)<br>7.  Unjust Enrichment (Against all Defendants)<br>8.  Invasion of Right of Privacy (Against all Defendants)<br>9.  Violations of the Stored Communications Act, 18 U.S.C. §§ 2701, et seq. (Against all Defendants)<br>10.  Conversion (Against all Defendants)<br>11.  Civil Conspiracy (Against all Defendants) | N.D. Cal. (consolidated by PTO-1) | |
| 15. | 3:18-02090 | Picha v. Facebook, Inc. et al. | Taylor Picha; Ashley Cashon | Facebook, Inc. (served); Cambridge Analytica (served) | 1. Negligence (Against Facebook)<br>2. Negligent Represenation (Against Facebook)<br>3 Violations of the Stored Communications Act, 18 U.S.C. § 2701, et seq. (Against all Defendants)<br>4.  Violations of California Unfair Competition Law – Unlawful Business Practices (Cal. Bus. & Prof. Code § 17200, et seq.) (Against all Defendants)<br>5.  Violations of the California Invasion of Privacy Act (Cal. Penal Code §§ 630, et seq.) (Against all Defendants)<br>6.. Invasion of Privacy – Intrusion Upon Seclusion (Against all Defendants)<br>7.  Violation of the California Constitution Article I, Section I (Against all Defendants)<br>8.  Declaratory Relief Pursuant to 28 U.S.C. § 2201 (Against all Defendants)<br>9.  Conversion (Against all Defendants) | N.D. Cal. (consolidated by PTO-1) | |

| Number | Case No. | Case Name | Named Plaintiff(s) | Named Defendant(s) and Status of Service (if available) | Causes of Action Alleged in Operative Complaint | Transferor Court and Status of Transfer | Status of Pending or Adjudicated Motions (if applicable) |
|---|---|---|---|---|---|---|---|
| 16. | 3:18-02093 | Labajo v. Facebook, Inc. et al. | Christina Labajo | Facebook, Inc. (service waived); Cambridge Analytica (service waived) | 1. Violation of Stored Communications Act, 18 U.S.C §§ 2701, et seq. (Against all Defendants)<br>2. Violation of Electronic Communications Privacy Act, 18 U.S.C §§ 2511 et seq. (Against all Defendants)<br>3. Violation of California Security Breach Notification Law, Cal. Civil Code § 1798.82 (Against Facebook)<br>4. Violation of California Customer Records Act, Cal. Civ. Code § 1798.80 (Against Facebook)<br>5. Negligence and Negligent Failure to Warn (Against Facebook)<br>6. Violation of Unfair Competition Law, Bus. & Prof. Code §§ 17200, et seq. (Against all Defendants)<br>7. Misappropriation of Valuable Property Without Compensation (Against all Defendants)<br>8. Unjust Enrichment (Against all Defendants) | N.D. Cal. (consolidated by PTO-1) | |
| 17. | 3:18-02122 | Iron Wing et al. v. Facebook, Inc. | Joshua Iron Wing; Ryan McGrath | Facebook, Inc. (service waived) | 1. Violation of Stored Communications Act, 18 U.S.C. §§ 2701, et seq.<br>2. Violation of Electronic Communications Privacy Act, 18 U.S.C. §§ 2510, et seq.<br>3. Violation of Video Privacy Protection Act, 18 U.S.C. §§ 2710, et seq.<br>4. Invasions of Privacy<br>5. Negligence<br>6. Violations of the California Constitution, Article I, Section I<br>7. Violations of the California Invasion of Privacy Act, Cal. Penal Code §§ 637.7, et seq. | N.D. Cal. (consolidated by PTO-1) | |
| 18. | 3:18-02127 | Johnson et al v. Facebook, Inc. | Carol Johnson; Daniel Paul; Steve Mortillaro | Facebook, Inc. (served) | 1. Breach of Contract<br>2. Breach of the Implied Covenant of Good Faith and Fair Dealing<br>3. Violation of California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, et seq.)<br>4. Quantum Meruit to Recover Sums Had By Unjust Enrichment | N.D. Cal. (consolidated by PTO-1) | |
| 19. | 3:18-02189 | Buckles v. Facebook, Inc. | Sanford Buckles | Facebook, Inc. (served) | 1. Violation of 15 U.S.C. 1681 et seq. | N.D. Cal. (consolidated by PTO-1) | |
| 20. | 3:18-02201 | Gerena v. Facebook, Inc. | Lucy Gerena | Facebook, Inc. (served) | 1. Violation of Stored Communications Act, 18 U.S.C. § 2702, et seq.<br>2. Negligence<br>3. Unfair and Unlawful Business Acts and Practices, Cal. Bus. & Prof. Code § 17200, et seq. (on behalf of nationwide class, or alternatively, on behalf of California class)<br>4. Violation of California Customer Records Act, Cal. Civ. Code § 1798.80, et seq. (on behalf of California class)<br>5. Violations of California Invasion of Privacy Act, Cal. Penal Code § 637.7, et seq. (on behalf of California class)<br>6. Violation of the Right to Privacy, Cal. Const., Art. I, Sec. I . (on behalf of California class)<br>7. Unjust Enrichment (on behalf of California class) | N.D. Cal. (consolidated by PTO-1) | |

| Number | Case No. | Case Name | Named Plaintiff(s) | Named Defendant(s) and Status of Service (if available) | Causes of Action Alleged in Operative Complaint | Transferor Court and Status of Transfer | Status of Pending or Adjudicated Motions (if applicable) |
|---|---|---|---|---|---|---|---|
| 21. | 3:18-02276 | King v. Facebook, Inc. et al. | Patricia King | Facebook, Inc. (served); Cambridge Analytica LLC (served) | 1. Breach of Contract (Against Facebook)<br>2. Intrusion on Seclusion (Against all Defendants)<br>3. Invasion of Constitutional Right of Privacy (Against Facebook)<br>4. Stored Communications Act (Against all Defendants)<br>5. Negligence (Against Facebook)<br>6. Conversion (Against all Defendants)<br>7. Violation of Unfair Competition Law (Against Facebook) | N.D. Cal. (consolidated by PTO-1) | |
| 22. | 3:18-02381 | Sanchez v. Facebook, Inc. et al. | Audrey Diaz Sanchez | Facebook, Inc. (served); Cambridge Analytica LLC (served) | 1. Violation of the Federal Wiretap Act, 18 U.S.C. § 2510, et seq. (Against all Defendants)<br>2. Violation of the Stored Communications Act, 18 U.S.C. § 2701, et seq. (Against all Defendants)<br>3. Violation of California Unfair Competition Law, Bus. & Prof. Code § 17200, et seq. (Against all Defendants)<br>4. Negligence (Against Facebook)<br>5. Invasion of Privacy (Against all Defendants)<br>6. Violation of the California Customer Records Act, Cal. Civ. Code § 1798.80, et seq. (Against Facebook)<br>7. Conversion (Against all Defendants) | N.D. Cal. (consolidated by PTO-1) | |
| 23. | 3:18-02571 | Schinder v. Facebook, Inc. et al. | Scott Schinder | Facebook, Inc. (service waived) | 1. Violation of Stored Communications Act 18 U.S.C. §§ 2701, et seq.<br>2. Violation of California's Right of Publicity Statute Cal. Civil Code § 3344<br>3. Violation of California Unfair Competition Law Cal. Bus. & Prof. Code §§ 17200, et. seq.<br>4. Invasion of Privacy by Intrusion<br>5. Unjust Enrichment<br>6. Declaratory Relief 117 U.S.C. § 2201 | N.D. Cal. (consolidated by PTO-1) | |
| 24. | 3:18-02948 | Pelc v. Facebook, Inc. et al. | Elaine Pelc | Facebook, Inc. (not served); Cambridge Analytica, LLC (not served); SCL Group Limited (not served) | 1. Violation of California Unfair Competition Law – Unlawful Business Practice (Cal. Bus. & Prof. Code § 17200, et seq.) (Against Facebook)<br>2. Violation of California Unfair Competition Law – Unfair Business Practice (Cal. Bus. & Prof. Code § 17200, et seq.) (Against Facebook)<br>3. Violation of California Unfair Competition Law – Fraudulent Business Practice (Cal. Bus. & Prof. Code § 17200, et seq.) (Against Facebook)<br>4. Negligence (Against all Defendants)<br>5. Breach of Contract (Against Facebook)<br>6. Intrusion Upon Seclusion (Against all Defendants)<br>7. Violation of the Federal Stored Communications Act (18 U.S.C. § 2701 et seq.) (Against all Defendants) | N.D. Cal. (consolidated by PTO-1) | |
| 25. | 3:18-02565 | Bouillon v. Facebook, Inc. | Matthew Bouillon | Facebook, Inc. (served) | 1. Violation of Stored Communications Act, 18 U.S.C. § 2701, et seq. | N.D. Cal. (consolidated by PTO-1) | |

| Number | Case No. | Case Name | Named Plaintiff(s) | Named Defendant(s) and Status of Service (if available) | Causes of Action Alleged in Operative Complaint | Transferor Court and Status of Transfer | Status of Pending or Adjudicated Motions (if applicable) |
|---|---|---|---|---|---|---|---|
| 26. | 3:18-02987 | Vance Guerbe v. Facebook, Inc. et al. | Barbara Vance-Guerbe | Facebook, Inc. (service waived); Cambridge Analytica, LLC (served) | 1. Violation of Stored Communications Act (Against all Defendants)<br>2. Violations of California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, et seq. (Against all Defendants)<br>3. Breach of Contract (Against Facebook)<br>4. Breach of Covenant of Good Faith and Fair Dealing (Against Facebook)<br>5. Invasion of Privacy (Against all Defendants)<br>6. Negligence (Against Facebook) | N.D. Cal. (consolidated by PTO-1) | |
| 27. | 3:18-03643 | Barton v. Facebook, Inc. et al. | Timothy Scott Barton, Jr. | Facebook, Inc. (not served); Mark Zuckerberg (not served); Sheryl Sandberg (not served) | 1. Sharing personal information without consent and other unspecified (Against all Defendants) | C.D. Ill (transferred by CTO-1) | |
| 28. | 4:18-02504 | Burk et al. v. Facebook, Inc. et al. | Bridgett Burk; Mary Beth Grisi; Jason Ariciu | Facebook, Inc. (served); Cambridge Analytica LLC (served) | 1. Violation of the Stored Communications Act (Against all Defendants)<br>2. Breach of Contract (Against Facebook)<br>3. Negligence (Against Facebook)<br>4. Conversion (Against Cambridge Analytica)<br>5. Violation of the Unfair Competition Law (Against all Defendants)<br>6. Unjust Enrichment (Against Cambridge Analytica) | N.D. Cal. (not yet consolidated) | |
| 39. | 2:18-02573 | Kopecky v. Facebook, Inc., et al | Tracey Kopecky | Facebook, Inc. (service waived); Cambridge Analytica LLC; Does 1-100 | 1. Violations of the Stored Communications Act (18 U.S.C. § 2701, et seq.) (Against all Defendants)<br>2. Unjust Enrichment (Against all Defendants)<br>3. Declaratory Relief, 28 U.S.C. § 2201 (Against all Defendants) | E.D. Pa. (transferred by CTO-2) | |
| 30. | 1:18-04332 | Reninger v. Facebook, Inc. | Danielle Reninger | Facebook, Inc. (served) | 1. Violations of the Stored Communications Act (18 U.S.C. § 2701, et seq.)<br>2. Violations of the Illinois Consumer Fraud and Deceptive Practices Act<br>3. Invasion of Privacy--Intrusion Upon Seclusion<br>4. Declaratory Relief Pursuant to 28 U.S.C. § 2201<br>5. Conversion | N.D. Ill (transferred by CTO-2) | |
| 31. | 1:18-02667 | People of the State of Illinois, ex rel. Kimberly M. Foxx v. Facebook, Inc., et al | People of the State of Illinois, ex rel. Kimberly M. Foxx | Facebook, Inc. (served); SCL Group Limited; Cambridge Analytica LLC | 1. Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505, et seq. (Against Cambridge Analytica)<br>2. Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505, et seq. (Against Facebook)<br>3. Declaratory and Injunctive Relief (Against all Defendants) | N.D. Ill. (objections filed to CTO-1) | Motion to remand to state court, filed April 20, 2018, pending in N.D. Ill.; Motion to vacate CTO-1 filed June 29, 2018, pending in J.P.M.L. |