Stephen A. Weiss (*pro hac vice*)
SEEGER WEISS LLP
77 Water Street, 8th Fl.
New York, NY 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Attorneys for Plaintiffs Jay Malskoff and Kenneth Irvine*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>*Malskoff, et al. v. Facebook, Inc., et al.*, Case No. 3:18-cv-3933 | MDL 2843<br><br>Case No. 3:18-md-2843-VC<br><br>**NOTICE OF APPEARANCE OF STEPHEN A. WEISS** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Stephen A. Weiss of the law firm Seeger Weiss LLP hereby appears on behalf of Plaintiffs Jay Malskoff and Kenneth Irvine in this action[1]. Mr. Weiss is a member in good standing of the State Bar of New York and the United States District Courts for the Southern, Eastern and Northern Districts of New York.

The undersigned respectfully requests to be included via e-mail on the Court's notifications of all electronic filings in this action. Mr. Weiss' contact information is as follows:

Stephen A. Weiss
**Seeger Weiss LLP**
77 Water St., 8th Fl.,
New York, NY 10005
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: sweiss@seegerweiss.com

---

[1] Plaintiffs Jay Malskoff and Kenneth Irvine filed their action, *Malskoff, et al. v. Facebook, Inc., et al.*, 3:18-cv-3393 on March 27, 2018.

1
NOTICE OF APPEARANCE OF STEPHEN A. WEISS

| | | |
|---|---|---|
| 1 | Dated: July 11, 2018 | Respectfully Submitted, |
| 2 | | */s/ Stephen A. Weiss* |
| | | Stephen A. Weiss |
| 3 | | Seeger Weiss LLP |
| | | 77 Water St., 8th Fl. |
| 4 | | New York, NY 10005 |
| | | Telephone: (212) 584-0700 |
| 5 | | Facsimile: (212) 584-0799 |
| | | Email: sweiss@seegerweiss.com |
| 6 | | |
| 7 | | *Attorney for Plaintiffs Jay Malskoff and Kenneth Irvine* |

2

NOTICE OF APPEARANCE OF STEPHEN A. WEISS