Arielle S. Wagner
aswagner@locklaw.com
LOCKRIDGE GRINDAL NAUEN, LLP
100 Washington Ave S., Suite 200
Minneapolis, MN 55401
Tel: 612-339-6900
Fax: 612-339-0981

*Counsel for Plaintiffs Ashley Gennock and Randy Nunez*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Facebook, Inc., Consumer Privacy User Profile Litigation  This document relates to:  18-01891-DMR | MDL Docket No. 2843  Case No. 1:18-md-02843-VC  **NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Arielle S. Wagner of Lockridge Grindal Nauen, LLP hereby enters her appearance as additional counsel on behalf of Plaintiffs Ashley Gennock and Randy Nunez in this action.[1] Arielle S. Wagner is an attorney in good standing with the United States District Court of Minnesota.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Mrs. Wagner's information is as follows:

**Arielle S. Wagner**
aswagner@locklaw.com
LOCKRIDGE GRINDAL & NAUEN, P.L.L.P.
100 Washington Ave S. Suite 200
Minneapolis, MN 55401

---

[1] Plaintiffs Ashley Gennock and Randy Nunez filed the action title *Gennock et al v. Facebook, Inc. et al,* Case No. 18-cv-01891 (N.D. CA) on March 27, 2018.

529506.1

Telephone: (612) 596-4055
Facsimile: (612) 339-0981

Respectfully submitted,

DATED: July 16, 2018         **LOCKRIDGE GRINDAL & NAUEN P.L.L.P.**

/s/ Arielle S. Wagner
**Arielle S. Wagner**
aswagner@locklaw.com
100 Washington Ave S. Suite 200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

529506.1                            2