**LOCKRIDGE GRINDAL NAUEN**
P.L.L.P.

Attorneys at Law

*w w w . l o c k l a w . c o m*

**Karen Hanson Riebel**
khriebel@locklaw.com
Direct: 612.596.4097

**MINNEAPOLIS**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

July 16, 2018

**<u>VIA ECF</u>**

The Honorable Vince Chhabria
United States District Court
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In Re: Facebook, Inc., Consumer Privacy User Profile Litigation*,
        Case No. 18-md-02843-VC (N.D. Cal.)

Dear Judge Chhabria:

I submit this letter in advance of the initial case management conference scheduled for Wednesday, July 18, 2018 at 9:30 am. Unfortunately, due to a long-planned family vacation scheduled this week, I will not be able to attend the conference in person. I apologize for not being available to attend.  However, an associate from my office, Arielle Wagner, will be there in my place, and is happy to answer any questions you may have about my firm or my lead counsel application.

Respectfully,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

s/ Karen Hanson Riebel

Karen Hanson Riebel

KHR/crj