Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Thomas E. Loeser (SBN 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
TomLoeser@hbssslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Attorneys for the Johnson Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION, | MDL No 2843 |
|---|---|
| | Case No. 18-md-02843-VC |
| This document relates to: *Johnson v. Facebook Inc.*, N.D. Cal. No. 3:18-02127 | NOTICE OF APPEARANCE |

010746-11 1046598 V1

1  PLEASE TAKE NOTICE that Thomas E. Loeser of Hagens Berman Sobol Shapiro, LLP enters his appearance as additional counsel on behalf of plaintiffs Carol Johnson, Steve Mortillaro, and Daniel Paul in this action.

Dated: July 16, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Thomas E. Loeser*
    Thomas E. Loeser (SBN 202724)
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: tomloeser@hbsslaw.com

*Attorneys for Plaintiffs Carol Johnson, Steve Mortillaro, and Daniel Paul*

NOTICE OF APPEARANCE - 1