UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 3** |

      The attorneys listed below should consider themselves "finalists" for the lead counsel role, and the Court will consider only their applications at Wednesday's case management conference:

- Gayle Blatt
- April Falcon Doss
- Andrew Friedman
- Derek Loeser
- Marlon Kimpson
- Rosemary Rivas
- Norman Siegel
- Michael Sobol
- Lesley Weaver
- Tina Wolfson

Attorneys on this list should plan to spend 3-5 minutes discussing their applications at the

conference.  In addition, by 5 p.m. on Tuesday, July 17, each listed attorney should submit:

    (1) A description of the core team of lawyers the potential lead counsel anticipates will work with her or him.  This should include a biography of each anticipated team member.

    (2) A list of every Northern District of California case, including the case number and the judge, on which the finalist has served as lead counsel or co-lead counsel, regardless of whether the case was an MDL.

Although the Court continues to tentatively anticipate appointing only one lead counsel, it will consider suggestions for a team of two co-leads (either two people from the above list or one person from the above list along with another person).

**IT IS SO ORDERED.**

Dated:  July 16, 2018

_____
VINCE CHHABRIA
United States District Judge