COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN
afriedman@cohenmilstein.com
DOUGLAS J. MCNAMARA
dmcnamara@cohenmilstein.com
SALLY HANDMAKER GUIDO (State Bar No. 281186)
shandmaker@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In Re: Facebook, Inc., Consumer Privacy User Profile Litigation* | Case No. 3:18-md-02843-VC<br><br>**NOTICE OF APPEARANCE OF SALLY HANDMAKER GUIDO** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Sally Handmaker Guido of Cohen Milstein Sellers & Toll PLLC, 1100 New York Ave NW, Suite 500, Washington, DC 20005, telephone (202) 408-4600, email shguido@cohenmilstein.com, a member of the State Bar of California and admitted to practice in this Court, hereby enters her appearance as counsel for Plaintiffs in this action. The undersigned respectfully respects to be included via e-mail on the Court's notification of all electronic filings in this action.

                                                 Respectfully submitted,

Dated: July 17, 2018                COHEN MILSTEIN SELLERS & TOLL PLLC
                                           ANDREW N. FRIEDMAN
                                           DOUGLAS J. MCNAMARA
                                           SALLY HANDMAKER GUIDO

                                By:    */s/ Sally Handmaker Guido*
                                                  Sally Handmaker Guido

                                Attorneys for Plaintiffs

## **CERTIFICATION**

I hereby certify that, on July 17, 2018, a copy of the foregoing **NOTICE OF APPEARANCE OF SALLY HANDMAKER GUIDO** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By: ___*/s/ Sally Handmaker Guido*___
            Sally Handmaker Guido