**MOTLEY RICE LLC**
Marlon E. Kimpson
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*COUNSEL FOR PLAINTIFFS TAYLOR PICHA,*
*ASHLEY CASHON AND CRAIG SKOTNICKI*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Facebook, Inc., Consumer Privacy User Profile Litigation | MDL Docket No. 2843 |
| | Case No.: 18-md-2843-VC |
| *This Document Relates to:* | |
| ALL ACTIONS | |

## RESPONSE OF MARLON E. KIMPSON
## TO PRETRIAL ORDER NO. 3

    Comes now, Marlon E. Kimpson of Motley Rice LLC and respectfully files his response to

Pretrial Order No. 3 (ECF No. 76).

**I.      Description of the Core Team of Motley Rice Lawyers Who Will Work with
         Marlon E. Kimpson[1]**

    Jodi Westbrook Flowers, Member

    Ann Ritter, Member

    Fred Baker, Member

    Kimberly Barone Baden, Member

---

[1] Biographies of each attorney are attached as Exhibit A

1    Andrew Arnold, Associate

2    Annie Kouba, Associate

3   **II.    List of Cases in the Northern District of California for which Marlon E.
4           Kimpson Served as Lead or Co-Lead Counsel**

5        Marlon E. Kimpson has not served as lead or co-lead counsel in a case in the Northern District

6   of California.

7        The law firm of Motley Rice LLC has served as lead or co-lead counsel in the following cases

8   filed in the Northern District of California:

9        *In re Twitter Inc. Securities Litigation*, Case No. 3:16-cv-05314-JST (Honorable Jon S.
         Tigar)

10       *In re: SanDisk LLC Securities Litigation*, Case No. 3:15-cv-01455-VC (Honorable
11       Vince Chhabria)

12       *In Re: LeapFrog Enterprise, Inc. Securities Litigation*, Case No. 3:15-cv-00347-EMC
         (Honorable Edward M. Chen)

13       *Linus Aruliah v. Impax Laboratories, Inc. et al.*, Case No. 3:14-cv-03673-JD (Honorable
14       James Donato)

15       *Babak Hatamian et al. v. Advanced Micro Devices, Inc. et al.*, Case No. 4:14-cv-00226-
         YGR (Honorable Yvonne Gonzalez Rogers)

16       *Harold Greenberg, et al. v. The Cooper Companies, Inc. et al.*, Case No. 4:11-cv-05697-
17       YGR (Honorable Yvonne Gonzalez Rogers)

18       In addition to the lead counsel appointments referenced above, Motley Rice has been appointed

19  to the Plaintiffs' Executive Committee in the following multi-district litigation cases in this District:

20       *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability
         Litigation*, MDL No. 2672 CRB (JSC) (Honorable Charles R. Breyer)

21       *In re Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Products
22       Liability Litigation*, MDL No. 2777 EMC (Honorable Edward M. Chen)

23       *In re Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*,
24       Case No. 3:16-md-02691, MDL 2691 (Honorable Richard Seeborg)

25

26

27

28

1

Dated:  July 17, 2018                    Respectfully submitted,

2
_/s/ Marlon E. Kimpson_

3
Marlon E. Kimpson (SC 17042;

4
Fed ID #7487)
MOTLEY RICE LLC

5
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

6
Tel:  (843) 216-9000
Fax:  (843) 216-9450

7
Email:  mkimpson@motleyrice.com

8
*Counsel for Plaintiffs Taylor Picha, Ashley Cashon and Craig*

9
*Skotnicki*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28