

April Falcon Doss
Phone: (410) 332-8798
Fax: (410) 332-8178
april.doss@saul.com
www.saul.com

July 17, 2018

Hon. Judge Vincent Chhabria
United States District Court for the
   Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

     RE:   *In Re Facebook, Inc., Consumer Privacy User Profile Litigation*
              MDL No. 2843/Case No. 18-md-02843-VC

Dear Judge Chhabria,

     Pursuant to Pretrial Order No. 3, undersigned counsel, including Saul Ewing Arnstein & Lehr ("SEA&L"), files this letter in support of our application, originally filed June 21, 2018, for appointment as lead counsel or co-lead counsel for the above-captioned matter. In support, we further highlight the unique background, experience, and breadth of resources which materially enhance our ability to coordinate and conduct pretrial activities, communicate with all other counsel, and represent the plaintiffs in the substance of these claims.

     As a firm of more than 400 attorneys, including a dedicated Cybersecurity and Data Privacy Practice and a Litigation Department of approximately 150 attorneys, SEA&L has an exceptionally deep bench of lawyers with complex, commercial, class action, MDL and NDCA experience from which to draw to tackle this challenging matter. The attorneys outlined in this document and whose bios are enclosed form the core of our proposed team in three key areas: **(1) cybersecurity and data privacy / technology industry**; **(2) litigation; and (3) e-discovery**. Our strategy for staffing this matter with cybersecurity and data privacy-focused attorneys who have incomparable, first-hand experience with the specific subject matter at the heart of this case; seasoned litigators experienced in class actions, multi-district litigation, and litigation in the Northern District of California; and our e-discovery-dedicated attorney who works seamlessly with our in-house Litigation Services Support team and is well-versed in managing massive amounts of data, informs the composition of our proposed team.

     I will serve as the leader of our multi-disciplinary team. In my previous capacity as Senior Minority Counsel for the Senate Select Committee on Intelligence's investigation into Russian interference in the 2016 U.S. elections, as identified in our response to Pretrial Order No. 1, I gained **direct, hands-on familiarity** with the ways in which defendants aggregate

500 E. Pratt Street ◆ Suite 900 ◆ Baltimore, MD 21202-3133
Phone: (410) 332-8600 ◆ Fax: (410) 332-8862

115008237.2 07/17/2018  DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Judge Chhabria
July 17, 2018
Page 2

personal information of Facebook users and the manner in which personal data and "psychographic profiles" are used for advertising and other micro-targeting. Having lived it contemporaneously, I am intimately familiar with the testimony of current and former executives from Facebook and the Cambridge Analytica defendants in front of the U.S. Congress and U.K. Parliament. I have personally reviewed the many complaints filed in this consolidated litigation, and continue to review news accounts, government reports, and other documents related to the personal data practices of these defendants. I am familiar with all of the legal theories underlying these claims, and have had direct experience dealing with many of the legal issues arising under them. This uniquely relevant experience and knowledge will enable me to quickly bring our team up to speed on the details and technical aspects of this case so that we can hit the ground running.

Given the more than 400 attorneys in the firm, we have the **resources available to prosecute this litigation in a timely manner, while remaining focused on being efficient and cost-effective.** SEA&L is considerably larger than most of the firms that currently represent plaintiffs in this matter. The fact that our firm frequently represents defendants gives us more diverse lenses through which to examine the issues, further enhancing our ability to zealously advocate for plaintiffs in this case, as we are skilled in litigating from both sides of major issues. We have a team of experienced trial lawyers who are committed to this litigation because of its public significance and the important legal issues it raises. Defendants are ably represented by Gibson Dunn, an international law firm with some 1,200 lawyers. SEA&L is better positioned than any other firm listed in Pretrial Order No.3 to match the resources that defense counsel can bring to this case. In addition, we will leverage our extensive experience in managing litigation expenses and fees, the assignments, time spent, and expenses in order to ensure that the litigation progresses in an efficient and cost-effective manner so that any settlement or recovery maximizes the benefit to plaintiffs.

If selected as lead or co-lead counsel, we are able to **collaborate with attorneys from other firms** and greatly value the distinct contributions that diverse teams of lawyers bring to the collective team. We understand the Court to be asking for the strengths and experience that our firm is uniquely able to bring to this litigation, and consequently we have limited our focus in this letter to answering that question. That said, we would be happy to work with any of the very capable counsel who have filed complaints in these consolidated actions, and I am confident that we could effectively lead or co-lead any coalition of firms and lawyers that the Court might choose to assemble for this matter. Finally, I would note that we filed our complaint jointly with co-counsel who were not selected for the Court's finalist list, but who we would anticipate including in our core team. William H. Murphy at Murphy Falcon & Murphy and Linda Dardarian at Goldstein Borgen Dardarian & Ho both bring exceptional depth and experience to these matters. Mr. Murphy's bio was previously submitted to this court as part of his leadership application on June 21, and Ms. Dardarian's thirty years of class action and complex litigation experience, including as lead or co-lead in a number of matters in the Northern District of California, will be a tremendous asset to this litigation. Because of our belief in the exceptional

impact of our firms' combined talents, we would anticipate including Mr. Murphy and Ms. Dardarian as part of our core team, as we believe that this would benefit all of the plaintiffs.

In conclusion, I am confident that our incomparable team, direct experience with the subject matter of this litigation, extensive resources, and ability to collaborate productively with others strategically position us as the right firm to successfully litigate these consolidated cases.

Sincerely,

*April Falcon Doss*

April Falcon Doss