**SAUL EWING ARNSTEIN & LEHR LLP**



# Team Leader: April Doss

## Litigation


**April Doss** *Partner*
- Cybersecurity Litigation
- Cybersecurity and Data Privacy
- Barred in California


**John Basinger** *Partner*
- Barred in California; Northern District of California Trial Experience
- Cybersecurity and Data Privacy


**Alexander "Sandy" Bilus** *Partner*
- Cybersecurity Litigation
- GDPR


**Nancy DePodesta** *Partner*
- Federal Trial Experience
- Cybersecurity Litigation


**Toyja Kelley** *Partner*
- MDL Litigation and Class Actions


**Clarence Lee** *Partner*
- MDL Litigation
- Barred in California


**Michelle Lipkowitz** *Partner*
- MDL Litigation and Class Actions
- Cybersecurity and Data Privacy


**Charles Monk** *Partner*
- MDL Litigation and Class Actions


**Christopher Naveja** *Partner*
- Class Actions
- Cybersecurity Certification

## e-Discovery


**Robin Leone** *Counsel*
- Sophisticated e-Discovery Methodologies
- Prepare Witnesses for Interviews and Depositions
- Document Review, Management and Production

## Cybersecurity & Data Privacy / Technology Industry


**April Doss** *Partner*
- Cybersecurity Litigation
- Cybersecurity and Data Privacy
- Barred in California


**Alexander "Sandy" Bilus** *Partner*
- Cybersecurity Litigation
- GDPR


**Evan Foster** *Partner*
- Data Privacy
- Technology Industry


**Scott Patterson** *Partner*
- Data Privacy
- Technology Industry


**David Shafer** *Associate*
- Cybersecurity Work in the Military