

# Biographies of Proposed BFA Facebook Team Members

| | | |
|---|---|---|
| **LESLEY E. WEAVER**<br>*Partner* | **Oakland** | • lweaver@bfalaw.com<br>• Tel: 415 445 4004<br>• www.bfalaw.com/lesley-weaver |

Ms. Weaver is the Partner-In-Charge of Bleichmar Fonti & Auld LLP's California office, and the practice head of its Antitrust and Consumer team. In her twenty-year career, Ms. Weaver has focused primarily on cases that protect the public interest, consumers, and public entities. She has substantial leadership experience litigating complex consumer-oriented class litigation, and has been appointed to leadership positions in some of the largest class actions in the country, including as co-lead counsel in *In re: Inductors Antitrust Litigation* in April 2018 and to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* ("*Clean Diesel*"), selected from a field of 150 of the nation's finest attorneys. For her work in *Clean Diesel*, Ms. Weaver was awarded a 2018 California Lawyer of the Year award. Separately, Ms. Weaver was honored as a 2018 Plaintiffs' Trailblazer by the *National Law Journal*.

Ms. Weaver has significant experience in consumer privacy protection, and is one of few attorneys to take such a case to trial. In 2014, Ms. Weaver obtained a $16.5 million jury verdict for the unlawful sharing of her clients' confidential information in *Doe v. PositiveSingles.com*. The jury awarded $1.5 million in compensatory damages, which was a 100% recovery of economic damages, and $15 million in punitive damages under the California Legal Remedies Act. Ms. Weaver's trial team showed that the operator of PositiveSingles.com shared class members' private, confidential, and sensitive personal information with over a thousand other dating websites without the knowledge of those individuals.

Ms. Weaver has been appointed to leadership positions in other significant consumer matters as well. As mentioned above, in 2015, Judge Charles R. Breyer appointed Ms. Weaver to the Plaintiffs' Steering Committee in "*Clean Diesel.*" Ms. Weaver's work in *Clean Diesel* included spearheading the investigation that ultimately uncovered German auto supplier Robert Bosch GmbH's significant role in multiple schemes to place software in vehicles purposely designed to evade emissions laws. She also participated, by invitation, in negotiations that led to the $10 billion settlement, acting as a liaison to certain state Attorneys General. Plaintiffs in the Volkswagen litigation have recovered more than $15 billion for class members and nearly $5 billion for the environment, the largest automotive class action recovery ever.

In June 2017, Judge Edward M. Chen appointed Ms. Weaver to the Plaintiffs' Steering Committee in *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices, and Products Liability Litigation*. Ms. Weaver is working closely with technical experts in that matter to determine if proposed fixes to the subject vehicles inflict additional damages upon class members.

In December 2017, Judge Charles R. Breyer appointed Ms. Weaver to the Plaintiffs' Steering Committee in *In re: German Automotive Manufacturers Antitrust Litigation*. Consumers and suppliers allege that German automakers engaged in a twenty-year cartel—the single largest known automobile cartel in U.S. and European history—to suppress the development of technology in their automobiles.

Ms. Weaver played a significant role in *In re: Blood Plasma Antitrust Litigation*, including deposing the Chief Operating Officer and Chief Marketing Officer of one of the main defendants. The case ultimately settled for $128 million.



Ms. Weaver also serves as counsel to a number of governmental entities, in both formal and informal roles. Ms. Weaver represents the Cities of Palo Alto and Richmond, California in a municipal subclass in *In re: Lithium Ion Batteries Antitrust Litigation*.

Ms. Weaver's trial experience has spanned her career. Her first trial was in 1998 before the Honorable Vaughn Walker against U.S. Customs on behalf of Amanda Buritica, a U.S. citizen born in Colombia who was unlawfully detained by U.S. Customs at San Francisco International Airport, then under the direction of Ray Kelly. The case resulted in the largest verdict at the time under the Federal Tort Claims Act.

In addition, Ms. Weaver has extensive experience representing sophisticated institutional investors in landmark securities actions. Some of those cases include *In re: Cavanaugh Securities Litigation* (including an appeal to the Ninth Circuit concerning the method of selecting lead plaintiff and lead counsel after the enactment of the Private Securities Litigation Reform Act); *Marsh & McLennan* ($400 million settlement); *In re: Cardinal Health Inc. Securities Litigation* ($600 million settlement); and *In re: Cisco Systems, Inc. Securities Litigation* ($99 million settlement).

Ms. Weaver is committed to public service through volunteer efforts. She currently serves on the Advisory Council of the East Bay Community Law Center, as well as the Executive Committee of the Securities Section for the Bar Association of San Francisco. She is a past Co-Chair of Bay Area Lawyers for Individual Freedom, a past Co-Chair of the San Francisco LGBT Community Center, past National Chair of the National Center for Lesbian Rights, and past Vice President and Director of the Board of the Frameline Film Festival. She has previously served on the boards of Women Lawyers of Alameda County, Equality California, the International Gay and Lesbian Human Rights Commission, and the Alice B. Toklas Democratic Club. Ms. Weaver enjoys skiing, surfing, reading, sailing, biking and traveling, all preferably in the company of family and friends.

| **JAVIER BLEICHMAR**<br>*Partner* | **New York** | • jbleichmar@bfalaw.com<br>• Tel: 212 789 1341<br>• www.bfalaw.com/javier-bleichmar |
|---|---|---|

Javier Bleichmar brings a long career of litigation success to his prosecution of large-scale class actions on behalf of investors and consumers. Javier has nearly two decades of experience and has been "recommended" in the field of securities litigation by *The Legal 500*.

Mr. Bleichmar was the lead attorney on the team that litigated *In re MF Global Holdings Ltd. Securities Litigation* on behalf of Her Majesty the Queen in Right of Alberta and MF Global investors, in connection with the company's dramatic collapse on October 31, 2011. Judge Marrero in the Southern District of New York sustained the complaint in its entirety, and the plaintiffs secured several settlements totaling more than $234 million, resolving claims against MF Global's former officers and directors, several underwriter defendants, and MF Global's outside auditor.

Mr. Bleichmar similarly led the team that prosecuted *In re Weatherford International Securities Litigation* on behalf of the Anchorage Police & Fire Retirement System and Weatherford investors. The case alleged that Weatherford, which made three restatements of its audited financial statements totaling approximately $1 billion, misled investors about the company's tax accounting. After more than three years of intense litigation, including 22 depositions and complex expert testimony, the plaintiffs secured a $120 million settlement.



In addition to driving daily litigation, Mr. Bleichmar is a successful appellate advocate. After Mr. Bleichmar argued before the Eighth Circuit in *Public Pension Fund Group v. KV Pharmaceutical, Co.*, the Eighth Circuit reversed an earlier dismissal and clarified the standard governing pharmaceutical companies' disclosures relating to notifications by the Food and Drug Administration.

Mr. Bleichmar is active in educating investors on developing trends in the law, particularly the ability of global investors to participate in securities matters outside the United States. Through these efforts, many of his clients were able to join the organization representing investors in the first ever securities class action settlement, under then-recently enacted Dutch law, against Royal Dutch Shell. He also provides thought leadership as a regular contributor on securities law issues in the *New York Law Journal*. He most recently co-authored "*IndyMac* Leaves Uncertain Landscape for Opt-Out Litigation" and "The Evolving Legacy of *Fait v. Regions Financial*."

Prior to founding the Firm, Javier was a Partner of Labaton Sucharow LLP. He previously practiced at Bernstein Litowitz Berger & Grossmann LLP, where he was actively involved in *In re Williams Securities Litigation*, which resulted in a $311 million settlement for investors, as well as significant securities matters involving Lucent Technologies, Inc.; Conseco, Inc.; and Biovail Corp. Javier began his legal career at Kirkland & Ellis LLP. He also is an active member of the National Association of Public Pension Attorneys (NAPPA).

Javier earned a B.A. from the University of Pennsylvania and a J.D. from Columbia University School of Law (1998), where he was a Harlan Fiske Stone Scholar. During law school, he served as a law clerk to the Honorable Denny Chin, U.S. District Court Judge for the Southern District of New York. Javier is a native Spanish speaker and fluent in French.

Javier is admitted to practice in New York (1998), the U.S. Supreme Court (2010), and the U.S. Courts of Appeals for the Second Circuit (2010), Eight Circuit (2010), Ninth Circuit (2010), Tenth Circuit (2013), and Eleventh Circuit (2011). He is also admitted in the U.S. District Courts for the Southern and Eastern Districts of New York (1999).

| **SARA PILDIS SIMNOWITZ**<br>*Special Counsel* | **New York** | • ssimnowitz@bfalaw.com<br>• Tel: 212 789 2309<br>• www.bfalaw.com/sara-simnowitz |
|---|---|---|

Sara Simnowitz has focused her practice in complex litigation for over fifteen years and brings significant trial experience to the Firm.

At BFA, Ms. Simnowitz is dedicated to prosecuting securities, antitrust, and consumer fraud class actions on behalf of institutional, municipal, and individual clients. Ms. Simnowitz draws on her extensive litigation experience while playing a key role in prosecuting each of the Firm's antitrust and consumer cases, including *In re Inductors Antitrust Litigation; In re German Automotive Manufacturers Antitrust Litigation; In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability; In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litig*.; *In re Disposable Contact Lens Antitrust Litigation; In re Packaged Seafood Antitrust Litigation*; and *In re Domestic Airline Travel Antitrust Litigation*.

Ms. Simnowitz is also a member of the team prosecuting *Ontario Teachers' Pension Plan Board, et al v. Teva Pharmaceutical Industries Ltd. et al*, and prosecuted *In re Genworth Financial Securities Litigation*

Case 3:18-md-02843-VC   Document 88-1   Filed 07/17/18   Page 5 of 7



on behalf of Her Majesty the Queen in Right of Alberta in the notoriously fast-paced jurisdiction of the Eastern District of Virginia.

Before joining BFA, Ms. Simnowitz was a senior associate at Arnold & Porter LLP, where she focused on complex commercial litigation. She previously practiced at Heller Ehrman LLP in New York and Foley Hoag LLP in Massachusetts, where she focused on complex commercial and securities litigation.

Ms. Simnowitz earned a B.A., *summa cum laude*, from Brandeis University, a J.D. from the University of Chicago Law School (2001), and an M.A. from the London School of Economics and Political Science (2002). She is admitted to practice in Massachusetts (2002), New York (2006), the U.S. Supreme Court (2008), the U.S. Court of Appeals for the First Circuit (2003), and the U.S. District Courts for the District of Massachusetts (2002), the Southern and Eastern Districts of New York (2006), and the Western District of New York (2008).

| **MATTHEW WEILER**<br>*Associate* | **Oakland** | • mweiler@bfalaw.com<br>• Tel: 415 445 4011<br>• www.bfalaw.com/matthew-weiler |
|---|---|---|

Matthew Weiler has more than a dozen years of experience litigating complex matters in both federal and California state courts, and focuses his practice on complex commercial litigation, including antitrust, consumer, and securities actions. He has been selected as a "Super Lawyer" and named a "Rising Star" in Northern California by Thomson Reuters.

Mr. Weiler currently prosecutes antitrust and consumer actions, representing individuals, companies, and investors who have been harmed by fraud and unfair business practices. He is currently litigating claims in *In re Inductors Antitrust Litigation*, representing a class of direct purchasers.

Prior to joining BFA, Mr. Weiler was an integral member of the team that collected $399 million in settlements for California purchasers of the drug Cipro, one of the largest cash settlements ever achieved under California antitrust law. Mr. Weiler also helped obtain settlements on behalf of direct purchasers of capacitors from members of an international price-fixing cartel, and previously pursued monopolization claims against the United Fighting Championship. Mr. Weiler additionally has experience with Foreign Sovereign Immunity Act litigation.

Before dedicating his practice to representing the interests of consumers, investors, and small businesses, Mr. Weiler was associated with the San Francisco office of Morgan, Lewis & Bockius LLP for over seven years, where he represented Fortune 500 companies in securities, antitrust, and consumer class action litigation.

Mr. Weiler earned a B.A. from the University of Michigan, where he was a James B. Angell Scholar, and a J.D., *cum laude*, from the University of Michigan Law School (2004). He is admitted to practice in California (2005), the U.S. Court of Appeals for the Ninth Circuit (2013), and the U.S. District Courts for the Northern, Eastern, Central, and Southern Districts of California (2005).

BLEICHMAR FONTI & AULD LLP 5



| **EMILY ALDRIDGE**<br>*Associate* | **Oakland** | • ealdridge@bfalaw.com<br>• Tel: 415 445 4013<br>• www.bfalaw.com/emily-aldridge |
|---|---|---|

Emily Aldridge is a skilled litigator with nearly six years of experience in all aspects of complex litigation and investigations, from case intake through trial and settlement. She is currently engaged in discovery in several prominent antitrust and consumer matters at the firm.

Before joining BFA, Ms. Aldridge was a litigation associate at Gibson, Dunn & Crutcher, where her practice included complex commercial and securities litigation and defense of compliance and white collar investigations. Ms. Aldridge's clients included Marissa Mayer and Yahoo! Inc. directors; PricewaterhouseCoopers; numerous other Fortune 500 companies; Joseph Lonsdale, founder of Palantir Technologies; Am Law 200 law firms; and The Related Companies and Corvex Management in a successful shareholder action against Commonwealth REIT. Ms. Aldridge also spent over 1,000 hours on pro bono matters, including as an advisory board member to Swords to Plowshares, a veterans' organization that named Ms. Aldridge its annual Bill Brockett Pro Bono Attorney of the Year.

Immediately after law school, Ms. Aldridge completed a judicial clerkship with the Honorable Denny Chin of the U.S. Court of Appeals for the Second Circuit. During law school, Ms. Aldridge was an intern at the plaintiffs' side employment law firm Vladeck, Waldman, Elias & Engelhard (now Vladeck, Raskin & Clark) in New York.

Ms. Aldridge earned a B.A. *magna cum laude* from Fordham University, where she received the Father James Finlay Presidential Scholarship and was chosen for the Fordham College Honors Program. Ms. Aldridge received her J.D. from Fordham University School of Law (2011), where she served as a Notes and Articles Editor of the *Fordham Law Review* and served as a teaching assistant and intern to Judge Chin while he served on the U.S. District Court for the Southern District of New York.

Ms. Aldridge is admitted to practice in New York (2012), California (2014), and the U.S. District Courts for the Southern and Eastern Districts of New York (2013) and the Northern and Southern Districts of California (2017).

| **BRITT CIBULKA**<br>*Senior Special Projects Associate* | **Oakland** | • bcibulka@bfalaw.com<br>• Tel: 415 445 4007<br>• www.bfalaw.com/britt-cibulka |
|---|---|---|

Britt Cibulka is Senior Special Projects Associate in the Firm's California office. She has nearly twenty years of litigation experience, specializing in litigation discovery and factual case development. She has managed dozens of document and privilege reviews. She also has contributed to multiple trial teams, using her expertise to identify case-critical documents and managing their use through deposition and trial. In addition, Ms. Cibulka has provided privilege law training to in-house counsel and numerous attorney review teams.

Ms. Cibulka is a member of the Firm's Antitrust and Consumer Litigation Practice, prosecuting *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* and playing a key role in identifying evidence that ultimately uncovered German auto supplier Robert Bosch GmbH's significant role in multiple schemes to place software in vehicles purposely designed to evade emissions laws. Ms. Cibulka also assists with the discovery efforts in *In re Disposable Contact Lens Antitrust*



*Litigation*, *In re Packaged Seafood Antitrust Litigation*, and *In re Domestic Airline Travel Antitrust Litigation.*

Prior to joining BFA, Ms. Cibulka was an attorney at Wilson, Sonsini, Goodrich & Rosati, where she managed privilege reviews and conducted pre-trial discovery for intellectual property and white collar criminal cases. She previously contracted with Google's in-house legal discovery team, where she managed complex privilege reviews for antitrust, intellectual property, and securities cases. Ms. Cibulka also was a member of several trial teams at Morrison & Foerster LLP, where she contributed to the successful defense of the firm's clients.

Ms. Cibulka received a B.A. from Kalamazoo College and a J.D. from Northwestern University School of Law (1999) where she served as a research assistant to Professor Len Rubinowitz. She is admitted to practice in Illinois (1999) and California (2002).

| **JOSHUA SAMRA**<br>*Staff Associate* | Oakland | • jsamra@bfalaw.com<br>• Tel: 415 445 4003 |
|---|---|---|

Josh Samra is a staff associate in the Firm's Antitrust and Consumer group. Mr. Samra conducts case research, engages in document review, and drafts pleadings and motions in significant matters.

Prior to joining BFA, Mr. Samra was a Deputy District Attorney in California's Contra Costa County. As a Deputy DA, Mr. Samra oversaw all parts of misdemeanor prosecution, including filing criminal complaints, preparing and arguing motions, interviewing witnesses, trying cases before a jury, and litigating post-trial appeals. During his time in the Contra Costa DA's office, Mr. Samra prosecuted ten misdemeanor jury trials to verdict.

Mr. Samra earned his B.A. from the University of California Berkeley (2013) and his J.D. from the University of California Los Angeles (2016), where he served as an Associate and Staff Editor for the *UCLA Law Review* and as a research assistant to Professor Norman Abrams. Mr. Samra is admitted to practice in California (2016).

| **KELSEY HENSLEY**<br>*Legal Assistant* | Oakland | • khensley@bfalaw.com<br>• Tel: 415 445 4009 |
|---|---|---|

Kelsey Hensley is an accomplished legal assistant in the Firm's Antitrust and Consumer group, with over five years of legal experience, focusing on complex civil litigation and project management.

Ms. Hensley provides support to the Firm through her efforts in coordinating project organization; providing intermediate research and analysis; collecting and sorting large quantities of investigation data; drafting and revising high-level correspondence, pleadings, and notices; and is responsible for the day-to-day operations of the California office.

Before joining BFA, Ms. Hensley was a legal secretary at Gibson, Dunn & Crutcher LLP, where she supported seven associates and one partner and provided advanced assistance with discovery research, document review, and trial preparation and management in civil and criminal litigation.

Ms. Hensley earned a B.A. from Mills College majoring in economics and remains up-to date on a variety of technical programs as well as the filing procedures and local rules for federal and applicable state courts.