Tina Wolfson, Cal. Bar No. 174806
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585
Email: twolfson@ahdootwolfson.com

*Counsel for Plaintiff Audrey Diaz Sanchez*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL NO. 2843<br>Case No. 3:18-md-02843-VC<br><br>**LEAD COUNSEL APPLICANT TINA WOLFSON'S RESPONSE TO PRETRIAL ORDER NO. 3** |

1

**<u>Tina Wolfson's Response to Pretrial Order No. 3</u>**

2    On behalf of Plaintiff Audrey Diaz Sanchez, Tina Wolfson of Ahdoot &

3  Wolfson, PC ("AW") respectfully submits the following information in response to the

4  Court's Pretrial Order No. 3:

5  **I.    AW team of lawyers to work on this Litigation in addition to Ms. Wolfson**

6    If appointed Lead Counsel, Ms. Wolfson anticipates that the following core team

7  of lawyers will work with her on this matter: partner Theodore Maya, senior associate

8  Courtney Ballard Searcy, and associate Vanessa Shakib. When necessary, Ms. Wolfson

9  will expand the team to include additional attorneys from our firm.

10    In addition to providing the benefits of extensive expertise in complex litigation in

11 general, and privacy class actions in particular, this core team reflects the diversity of the

12 Bar and the plaintiff class – from the standpoint of gender, ethnicity, age, background,

13 and work experience – following guidance from the Duke Law Center for Judicial Studies

14 Standards and Best Practices for Large and MassTort MDLs ("Duke Standards"). The

15 guidance encourages "appointment of an experienced slate of attorneys" who will "fairly

16 represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and

17 backgrounds."

18                    **Theodore W. Maya**

19    Mr. Maya graduated from UCLA Law School in 2002 after serving as Editor-in-

20 Chief of the UCLA Law Review and publishing *To Serve and Protect or to Betray and*

21 *Neglect: The LAPD and Undocumented Immigrants*, 49 UCLA L. Rev. 1611 (2002).

22 After law school, he served as a Law Clerk to the Honorable Gary Allen Feess in the

23 United States District Court for the Central District of California. Mr. Maya then worked

24 as a litigation associate in the Los Angeles offices of Kaye Scholer LLP for approximately

25 eight years, actively litigating a large variety of complex commercial cases from

26 inception to trial.

27    As a partner at Ahdoot & Wolfson, Mr. Maya brings deep experience litigating

28 many types of cases through intense law and motion practice and through trial and has

helped the firm create new legal precedent and advance the rights of consumers across the nation.

Mr. Maya and Ms. Wolfson often work hand in hand on privacy class actions. His legal acumen, advocacy skills and technological know-how are extraordinary. His efforts have been instrumental in many of AW's successes in this field. Mr. Maya's work advanced the legal strategy, briefing, and arguing of the appellate victory in the seminal Article III standing opinion in *Neiman Marcus* highlighted in Ms. Wolfson's lead application (Dkt. 44).

Mr. Maya was also Ms. Wolfson's "right hand man" in her service as Co-Lead Counsel in the *Experian Data Breach Litigation*, contributing significant efforts at every part of the litigation, including overall strategy, pre-filing investigation and initial case management work, brief writing, discovery, and settlement. He has provided similar indispensable support in *Premera*, *OPM*, *UCLA*, *Torrance Memorial*, *Washington State University* and *Yapstone* data breach class actions.

Similarly, Mr. Maya's legal and technological skills are pivotal in advancing the biometric privacy claims in the *Google* and *Shutterfly* class actions pending in the Northern District of Illinois.

Finally, Mr. Maya has provided the indispensable support in other cases pending in the Northern District of California, such as in the *Uber FCRA Litigation* (including defending the appeal of Judge Chen's arbitration denial ruling in the Ninth Circuit) and *McKnight v. Uber* (preliminarily approved direct payment non-reversionary $32.5 Million fund settlement; final approval stayed by Judge Tigar *sua sponte* pending *Hyundai en banc* review petition) and *Kirby v. McAfee* (Judge Davila).

Mr. Maya received the 2011 President's Award from Public Counsel for his *pro bono* efforts. Additional recognitions include being named the "Advocate of the Year" for 2007 by the Consumer Law Project of Public Counsel for successful *pro bono* representation of a victim of a large-scale equity fraud ring.

### Courtney E. Ballard Searcy

Ms. Ballard Searcy graduated from Duke University School of Law in 2007 with both a Juris Doctor degree and an L.L.M. in International Law, as a Merit/Academic Achievement Scholarship Recipient. She brings a wealth of complex litigation experience – including five years as an associate at the preeminent trial firm of Quinn Emanuel Urquhart & Sullivan, LLP – to her position as Senior Associate at Ahdoot & Wolfson, which will be a tremendous benefit to the interests of the purported plaintiff class in this case. Ms. Ballard Searcy's ability to aggressively advance several facets of highly complex cases on simultaneous tracts, her international litigation experience, her incredible legal acumen and advocacy skills, including advocating before governmental regulatory and prosecutorial entities, and her familiarity with complex technologies and numerous intellectual property issues will prove to be invaluable assets to the plaintiff class in the prosecution of this case.

While still at Duke in the Summer of 2005, Ms. Ballard Searcy gained international litigation experience as a summer associate at Nagashima Ohno & Tsunematsu in Tokyo, Japan, where she researched and drafted memoranda of law for topics including white collar crime in Asian countries and Eastern economies, provided English editing services for legal documents drafted for financial transactions, and attended international symposia for transactional legal issues, among other duties.

As a summer associate in the Summer of 2006 and then an associate at Quinn Emanuel from 2007 through 2012, Ms. Ballard Searcy gained invaluable complex litigation experience as she tirelessly litigated numerous complex civil cases from initial pleadings through discovery, trial, and appeal, and participated in all aspects of discovery, trial, and post-trial practice, including: preparing initial case strategy, budget analyses and case assessments, motions to dismiss, motions for summary judgment, discovery motions, mediation briefs, pre-trial and post-trial briefs and motions; coordinating electronic discovery on multiple platforms; creating and applying search terms to assist in narrowing discovery; liaising with in-house counsel and co-counsel, including firms

3

located internationally; writing offensive and defensive discovery; preparing witnesses for deposition and trial; conducting mock depositions of witnesses, including senior executives and experts; preparing deposition examination outlines; working with and preparing experts for trial; preparing trial examinations; coordinating third party discovery; overseeing massive document reviews and productions, including direct supervision of teams of more than 90 document reviewers; and supervising junior associates as well as contract attorneys and staff.

Her notable representations included representing the following clients: Trust Company of the West in a California State case involving claims of trade secret misappropriation, breach of fiduciary duty, breach of contract, and interference with contractual relations; Mattel, Inc. in a federal court case involving claims of copyright infringement, breach of contract, unfair competition, trade secret misappropriation, and RICO; Samsung in a federal patent infringement case involving multiple design and utility patents and trade dress claims; Nokia in a global patent infringement case including disputes over licensing fees for communications technology;  a high net worth individual in a bankruptcy recovery action; a member of a limited liability company in a breach of fiduciary duty and minority shareholder oppression action. She also prepared submissions of wrongdoing to the U.S. Securities and Exchange Commission, the U.S. Attorney, and the Special Inspector General, Troubled Asset Relief Program ("SIGTARP"); prepared presentations and attended meetings with the U.S. Attorney regarding potential criminal charges; investigated and researched criminal activity as the factual basis for potential charges; liaised with the client and third parties; supervised multi-million page document productions to the U.S. Attorney and SIGTARP and maintained an electronic document database for document transmission.

Prior to joining Ahdoot & Wolfson, Ms. Ballard Searcy further honed her litigation skills as a contract attorney at Karish & Bjorgum, PC in Pasadena California, with a focus on intellectual property right cases involving copyright and trademark infringement and trade secrets, and at Thomas, Alexander, Forrester & Sorensen LLP in Venice, California,

4

where she litigated ERISA disputes and prosecuted complex accounting firm malpractice cases through civil litigation as well as consulting with governmental agencies, such as the Federal Deposit Insurance Corporation in the Middle District of Alabama.

After joining Ahdoot & Wolfson in the Spring of 2018, Ms. Ballard Searcy has successfully applied her experience, expertise, and talents into prosecuting class actions on behalf of consumers and employees.

Prior to dedicating herself to a career in the law, Ms. Ballard Searcy made a difference by working with disadvantaged youth as a Director of Learning, supervisor and teacher for below-grade level youth (Knowledgepoints, Inc., Portland, OR); as supervisor and case manager for emotionally and behaviorally disturbed youth (Eliada Homes, Inc., Asheville, NC); and created and implemented curriculum for high school students in a non-institutional corrections program for adjudicated girls (Alternative Youth Adventures, Salem, SC).

Currently, despite her busy work schedule, and the 24/7 job of mothering a toddler, Ms. Ballard Searcy continues to make time for public service as an elected District A Representative for the Los Feliz Neighborhood Council.

Ms. Ballard Searcy's publications include: Sex Ratios and the r/K Continuum, Youngstown University Press, 1999; Instructor's Manual to Law Enforcement in the U.S., Aspen Publishers, 2000.

**Vanessa T. Shakib**

Ms. Shakib is a 2012 graduate of George Mason University School of Law. She served as Senior Notes Editor of the Journal of International Commercial Law, Student Bar Association Treasurer, and a member of the Moot Court Board. Following her graduation, Ms. Shakib was a litigation associate at Wasserman, Comden, Casselman & Esensten, LLP, where she worked on complex business litigation cases, public entity liability cases, and worked pro bono on issues related to animal welfare.

At Ahdoot & Wolfson, Ms. Shakib contributes her extraordinary research, case development, legal brief writing, and compelling oral argument skills to represent "the

5

little guy" in civil rights, consumer rights, and taxpayer rights cases. She also continues her pro bono efforts toward animal welfare.

Most recently, Ms. Shakib's efforts have benefited U.S. and foreign class members in our work as a member of the Plaintiffs' Executive Committee in the *Apple Inc. Device Performance Litigation*, No. 5:18-md-02827-EJD (N.D. Cal.), in which she vetted and collected evidence from dozens of class representatives for the master consolidated complaint in the course of a mere two weeks; she argued against the defendant's motion for summary judgment and drafted appellate briefing in *Aquino v. City of Long Beach*, No. B284893 (Cal. Ct. App.), challenging alleged violations of California's Propositions 218 and 26; she briefed and argued plaintiff's motion for preliminary injunction in *Williams v. City of New York*, No. 1:17-cv-02303-RJD-SMG (E.D.N.Y.), challenging allegedly unconstitutional conditions of confinement on Rikers Island; she assisted in briefing and argued in support of final approval in *Eck v. City of Los Angeles*, No. BC577028 (Cal. Super. Ct.), a $295 Million settlement in a class action arising out of alleged violations of California's Propositions 218 and 26; and she plays a vital role in litigating *Kaskorkis v. General Nutrition Centers, Inc.*, No. 3:16-cv-00990-WQH-AGS (S.D. Cal.), challenging allegedly deceptive discount advertisement.

TINA WOLFSON'S RESPONSE TO PTO NO. 3; CASE NO. 3:18-MD-2843-VC

**II.     List of every Northern District of California case in which Ms. Wolfson has served as lead or co-lead counsel**

| Case Name | Case Number | Judge |
|---|---|---|
| *In re Apple Inc. Device Performance Litigation* (serving as PEC member) | 5:18-md-02827-EJD | Hon. Edward J. Davila |
| *In re Uber FCRA Litgation* | 3:14-cv-05200-EMC | Hon. Edward M. Chen |
| *McKnight v. Uber Technologies, Inc.* | 3:14-cv-05615-JST | Hon. Jon S. Tigar |
| *In re Yapstone Data Breach* | 4:15-cv-04429-JSW | Hon. Jeffrey S. White |
| *Trammell v Barbara's Bakery, Inc.* | 3:12-cv-02664-CRB | Hon. Charles R. Breyer |
| *Kirby v. McAfee, Inc.* | 5:14-cv-02475-HRL | Hon. Howard R. Lloyd |

Respectfully submitted,

Dated:  July 17, 2018

*/s/ Tina Wolfson*
Tina Wolfson
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024

*Counsel for Plaintiff Audrey Diaz Sanchez*

TINA WOLFSON'S RESPONSE TO PTO NO. 3; CASE NO. 3:18-MD-2843-VC