

David S. Casey, Jr.
Frederick Schenk
Robert J. Francavilla
Gayle M. Blatt
Thomas D. Penfield
Thomas D. Luneau
Jeremy K. Robinson
Wendy M. Behan
Scott C. Cummins
Angela Jae Chun
Jason C. Evans

P. Camille Guerra
Srinivas Hanumadass
Adam B. Levine
Meagan L. Verschueren
Jillian F. Hayes
Alyssa Williams
Briana Givens
Sanjeev Dave
Jessica Jagir
Bhashini Weerasinghe
Ana Del Castillo

# CaseyGerry

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**

110 Laurel Street, San Diego, CA 92101-1419
Tel 619.238.1811 | Fax 619.544.9232

# Proposed Facebook Team

*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:13md2843

### GAYLE M. BLATT — *Partner and proposed Lead Counsel*

Should Ms. Blatt and CaseyGerry be selected to serve as lead counsel in this case, Ms. Blatt will oversee all aspects of the litigation. She will take primary responsibility for staffing, timekeeping records, court appearances, working with experts, and interfacing with other plaintiffs' firms as needed.

<u>Northern District Leadership Positions</u>

- Plaintiffs' Executive Committee, *In re: Apple Inc. Device Performance Litig.*, MDL 2827, Case No. 5:18md2827, Judge Edward J. Davila (ongoing, consolidated class action complaint filed July 2, 2018)
- Plaintiffs' Executive Committee, *In Re: Yahoo! Inc. Customer Data Security Breach Litig.*, MDL 2752, Case No. 5:16md2752, Judge Lucy H. Koh (ongoing, motion for class certification filed July 13, 2018)
- Co Class Counsel, *Sung et al v. Schurman Fine Papers*, Case No. 3:17cv2760, Judge Laurel Beeler (Final approval granted and judgment entered July 5, 2018)
- Co Class Counsel (firm appointment), *Steinfeld v. Discover Financial Services, et al.*, Case No. 3:12cv1118, Judge Jeffrey S. White (Settlement approved, judgment entered April 7, 2014)
- Co Class Counsel, *In Re Apple and AT&T iPad Unlimited Data Plan Litig.*, Case No. 5:10cv2553, Judge Ronald M. Whyte (Final approval granted and judgment entered March 11, 2014)

### DAVID S. CASEY, JR. — *Managing Partner*

David S. Casey, Jr. is the managing partner of CaseyGerry. Since beginning his career as a prosecutor in San Diego, he has handled more than 70 jury trials. Mr. Casey has a proven record of national leadership, ranging from his involvement in the then Association of Trial Lawyers of America (now American Association for Justice, AAJ), when, as president, he was part of the small group of people that organized the Victims' Compensation Fund for those directly affected by the Sept. 11th terrorist attacks, to his array of MDL leadership appointments over the years. Mr. Casey took a lead role in the private attorney general action against the tobacco industry by then-Lieutenant Governor Gray Davis, and CaseyGerry served as co-counsel in the Exxon Valdez Oil Spill litigation.

Mr. Casey currently serves on the Plaintiffs' Steering Committees for *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation* (MDL No. 2692), the Audi CO2 litigation (continuing in the same MDL as *Volkswagen*); *In re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Product Liability Litigation* (MDL No. 2777); and *In re: National Football League Players' Concussion Injury Litigation* (MDL No. 2323). Mr. Casey also currently serves as Plaintiffs' Liaison Counsel in *In re: Wells Fargo Collateral Protection Insurance Litigation*,

MDL No. 2797. Along with the other plaintiffs' counsel in the *Volkswagen* litigation, Mr. Casey was recently recognized for the excellent result obtained for consumers, receiving a 2018 "California Lawyer of the Year" (CLAY) Award.

Mr. Casey works closely with Ms. Blatt on the firm's class actions and has decades of experience both trying and settling cases. In this litigation, should Ms. Blatt be appointed Lead, Mr. Casey would focus on mediation, settlement, and trial. Mr. Casey, with longstanding relationships throughout the state and nationwide, would also assist Ms. Blatt with any outreach to or collaboration with other plaintiffs' counsel, to the extent appropriate.

### JEREMY ROBINSON                                                                                              *Partner*

Jeremy Robinson heads CaseyGerry's motion and appellate practice and is the firm's chief legal strategist. For nearly 20 years, Mr. Robinson has helped guide the firm to milestone victories for plaintiffs. Most recently, Mr. Robinson has been heavily involved in the litigation over the largest privacy breach in history, *In re: Yahoo! Inc. Customer Data Security Breach Litigation*, Case No. 5:16md2752, drafting complaints that withstood multiple motions to dismiss, working with experts to develop novel damages models and theories, and assisting with the motion for class certification. He was also instrumental in obtaining preliminary approval of a settlement in a tenant security deposit class action, *Parker, et al. v. Schmidt, et al.,* San Diego Superior Court Case No. 37-2015-00017514-CU-FR-CTL; has provided research and drafting assistance in the Wells Fargo CPI MDL (No. 2797) and the Volkswagen emissions litigation MDL (No. 2692); and obtained a precedent-setting appellate victory in *M.F. v. Pacific Pearl Hotel Management LLC* (2017) 16 Cal. App. 5th 693. Mr. Robinson is a charter member of the San Diego Appellate Inn of Court and frequently gives CLE lectures and publishes scholarly articles in various legal periodicals.

Were Ms. Blatt to serve as Lead Counsel in this litigation, Mr. Robinson would lead the law and motion efforts and likely argue most substantive motions before the Court. Mr. Robinson would have primary responsibility for class certification issues, including expert challenges, and would back up Ms. Blatt on all expert work. Mr. Robinson, who has briefed and argued appeals in the Ninth Circuit, would also handle or oversee all appellate work needed.

### ANGELA JAE CHUN                                                                                              *Of Counsel*

Angela Jae Chun has been a vital member of CaseyGerry's team of trial lawyers since joining the firm in 2012. Ms. Chun has broad experience, having tried trying half a dozen cases to verdict, including a successful federal court verdict in a collective action for Riverside Sheriffs over a failure to pay overtime wages. She has also worked on other wage and hour class actions and represented victims of the 2007 San Diego power line fires in a collective action that ultimately recovered more than $500M on behalf of homeowners and businesses. Ms. Chun has continued to build her trial practice, recently serving as second chair in a federal bench trial against the U.S. government that resulted in a $5.4M verdict for plaintiff. Ms. Chun is active in the legal community as a contributing member of, among others, the American Association for Justice, Consumer Attorneys of California, Lawyers Club of San Diego, and the San Diego Chapter of the Korean American Bar Association, for which she served as President for the 2014-2015 term. She has been recognized for her contributions to the plaintiffs' bar and the legal community, including as a Top Young Attorney (San Diego Daily Transcript, 2013-2015), one of the Best of the Bar (San Diego Business Journal, 2014-2015), and a Rising Star (San Diego Super Lawyers, 2015-2016).

While it is a truism that most civil cases settle, especially class actions, it is far from a sure thing. CaseyGerry has always approached cases with an eye towards trial and has found that this mentality generally yields the best results for plaintiffs. Should Ms. Blatt be appointed Lead Counsel in this litigation, Ms. Chun will focus her efforts on preparing this case for trial. She will play a major part in all aspects of discovery, including drafting outgoing discovery and collaborating on related pleadings and motions.

### ALYSSA WILLIAMS — Associate

Alyssa Williams is a key member of the firm's complex litigation practice group and the group's junior legal strategist and researcher. She generally leads the group's investigations and initial complaint drafting. While early in her career as a practicing attorney, Ms. Williams has already made substantive contributions to nationwide class actions including the Yahoo data breaches MDL, the Apple devices MDL, and *Sung v. Schurman Fine Papers*. Along with Ms. Blatt, Ms. Williams has primary responsibility for the firm's contributions as part of a six-firm team representing certain California counties against opioid manufacturers and distributors (MDL No. 2804).

Should Ms. Blatt be appointed Lead Counsel, Ms. Williams will lead the plaintiffs' communications team and will assist Mr. Robinson with drafting and research throughout the case.

### SANJEEV DAVÉ — Associate

Sanjeev Davé, a member of CaseyGerry's complex litigation team, has made substantial contributions to the firm's cases, including the Chrysler-Dodge-Jeep "Ecodiesel" litigation pending before Judge Chen. He specializes in e-discovery and high-level document review, having honed his skills over the past decade working for several prominent law firms on a range of cases before joining CaseyGerry. Mr. Davé brings a breadth of experience to the table, having previously worked as both an adjuster and compliance analyst.

Mr. Davé would assist with E-discovery, share primary responsibility for document review and deposition preparation with Ms. Jagir, and would assist with other projects as needed.

### JESSICA JAGIR — Associate

Jessica Jagir has assisted CaseyGerry on a wide range of cases over the years and has contributed to the firm's complex litigation practice, including recent work on the Yahoo data breaches and Wells Fargo CPI MDLs. Prior to joining CaseyGerry, Ms. Jagir worked in the legal department for Palomar Health, a health care district in San Diego County. Her experience as in-house counsel gives her unique insight on consumer class actions against corporate defendants.

Ms. Jagir's expertise with all levels of document review, research and client communications means she would have immediate tasks on this case were Ms. Blatt to be appointed, including assisting Ms. Williams with plaintiff communications and sharing document review/production and deposition preparation responsibilities with Mr. Davé.

---

The proposed team above would be the core group of CaseyGerry attorneys for this case if Ms. Blatt is appointed Lead Counsel. Should this litigation require additional attorneys, other existing CaseyGerry associates and partners are ready to contribute to the successful prosecution of this case. Ms. Blatt and CaseyGerry defer to the Court as to whether and to what extent work can and should be assigned to other firms, should Ms. Blatt be appointed Lead Counsel.