UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 4:<br>APPOINTING LEAD COUNSEL** |

The following people are appointed co-lead counsel in this matter: Derek Loeser of Keller Rohrback, and Lesley Weaver of Bleichmar Fonti & Auld.

**IT IS SO ORDERED.**

Dated: July 27, 2018

VINCE CHHABRIA
United States District Judge