UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 5: SCHEDULING** |

    The case is stayed as to the Cambridge Analytica defendants pending the outcome of the parties' request of the bankruptcy court for relief from the automatic stay.  Meanwhile, the case will proceed as to the Facebook defendants.

    The consolidated amended complaint is due September 21, 2018.  Motions to dismiss are due November 2.  Oppositions are due November 30.  Replies are due December 21.  A hearing on motions to dismiss will take place Wednesday, January 23, 2019 at 10:30 a.m.  The defendants are encouraged to file one consolidated motion to dismiss.  The parties may submit a stipulated application regarding page limitations at the appropriate time.

    Although the Court is tentatively inclined to allow some limited discovery as to the Facebook defendants while motions to dismiss are pending (perhaps as set forth in plaintiffs' case management statement or, more likely, on an even more limited basis), the Court will consider a motion to stay discovery by the Facebook defendants.  A telephonic case management

conference will take place on Tuesday, July 31, 2018 at 1:30 p.m. for the purpose of scheduling this motion (and to discuss anything else the parties wish to raise).

**IT IS SO ORDERED.**

Dated: July 27, 2018

VINCE CHHABRIA
United States District Judge