Christopher Springer (291180)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497
cspringer@kellerrohrback.com

Lynn Lincoln Sarko, PHV
Gretchen Freeman Cappio, PHV
Cari Campen Laufenberg, PHV
Benjamin Gould (250630)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
bgould@kellerrohrback.com

*Attorneys for Plaintiff Suzie Haslinger*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br><br>Case No. 18-md-02843-VC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |

PLEASE TAKE NOTICE that Benjamin Gould of Keller Rohrback L.L.P., a member of the bar of this Court and of the State of California, hereby appears on behalf of Plaintiff Suzie Haslinger in this action.[1]

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action.  Mr. Gould's contact information is as follows:

Benjamin Gould
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: bgould@kellerrohrback.com

DATED this 27th day of July, 2018.

KELLER ROHRBACK L.L.P.


By:  /s/ *Benjamin Gould*
    Lynn Lincoln Sarko, *pro hac vice*
    Gretchen Freeman Cappio, *pro hac vice*
    Derek W. Loeser, *pro hac vice*
    Cari Campen Laufenberg, *pro hac vice*
    Benjamin Gould (250630)
    KELLER ROHRBACK L.L.P.
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    (206) 623-1900, Fax (206) 623-3384
    lsarko@kellerrohrback.com
    gcappio@kellerrohrback.com
    dloeser@kellerrohrback.com
    claufenberg@kellerrohrback.com
    bgould@kellerrohrback.com

***Attorneys for Plaintiff Suzie Haslinger***

---

[1] Plaintiff Suzie Haslinger filed the action titled *Haslinger v. Facebook, Inc. et al.*, Case No. 3:18-cv-01984-VC (ND Cal.), on March 30, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed this Notice of Appearance with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

By: /s/ *Benjamin Gould*
Benjamin Gould (250630)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384
bgould@kellerrohrback.com
