UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
|---|---|
| This document relates to: <br><br> ALL ACTIONS | **PRETRIAL ORDER NO. 6: PAGE LIMITS FOR DISCOVERY MOTION** |

The plaintiffs' brief and the Facebook defendants' brief regarding the plaintiffs' request for discovery should be no longer than 20 pages. The plaintiffs' brief is due on August 8, 2018, the Facebook defendants' brief is due on August 15, 2018, and a hearing is set for August 23, 2018 at 10:00 a.m. in Courtroom 4 in the San Francisco Courthouse. If the Court determines a hearing is unnecessary, it will inform the parties by no later than August 21.

**IT IS SO ORDERED.**

Dated: August 1, 2018

VINCE CHHABRIA
United States District Judge