# Exhibit I

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:15−cv−03820−JD

| | |
|---|---|
| In re Resistors Antitrust Litigation | Date Filed: 08/20/2015 |
| Assigned to: Judge James Donato | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti−Trust |
| | Jurisdiction: Federal Question |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2016 | 112 | **Minute Entry for proceedings held before Hon. Ronald M. Whyte: Further Case Management Conference held on 1/29/2016. The Court ordered a complete stay of discovery and set the following deadlines: Department of Justice (DOJ) stay as to discovery expires 4/18/2016. By 4/1/2016 the DOJ shall advise whether it will request to extend the stay to a later date past 4/18/2016 and if the DOJ has any objection to the underlying business documents which are to be produced by Defendants to Plaintiffs. NOTE: All DOJ documents are to be voluntarily produced to Plaintiffs by 4/29/2016. The Consolidated Amended Complaint shall be filed by 5/27/2016. A Joint Case Management Statement due by 4/5/2016. Further Case Management Conference set for 4/15/2016 at 10:30 AM in Courtroom 6, 4th Floor, San Jose. IF THE DOJ DOES NOT SEEK TO EXTEND THE STAY THEN THE FURTHER CASE MANAGEMENT CONFERENCE WILL NOT BE HELD. Motions to dismiss are to be filed by 6/27/2016; Oppositions due by 7/27/2016; Replies due by 8/11/2016 and a Motion Hearing on Motions to Dismiss are set for 8/26/2016 at 09:00 AM in Courtroom 6, 4th Floor, San Jose before Hon. Ronald M. Whyte. Plaintiffs counsel to prepare and submit the Proposed Case Management Order to the Court for review/approval. Plaintiffs Attorney: Steven Williams, Allan Steyer (Indirect Purchasers), Jeff Friedman (Schuten). Defendants Attorney: Jeffrey Kessler (Panasonic), Brian Chang (Rohm), Ian Papendick (Panasonic) Michelle Chiu, Scott Stempel (TDK), Daniel Boland (Vishay), Evan Nadel (AVX), Jason Murray (KOA), Robert Freitas (Yageo), Andrew Rosa (DOJ – Intervenor). Court Reporter: Lee−Anne Shortridge. Time in Court: 10:57am−12:06pm (Total: 1.09 mins). This is a text only Minute Entry (amkS, COURT STAFF) (Date Filed: 2/2/2016) (Entered: 02/02/2016)** |