# Exhibit K

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation<br><br>This document relates to:<br><br>ALL CASES | 8:10ML02151 JVS (FMOx)<br><br><u>ORDER NO. 3: ADOPTION OF A SCHEDULE FOR THE FILING OF CONSOLIDATED COMPLAINT[S], RULE 26(a)(1) INITIAL DISCLOSURES, AND PLEADINGS MOTIONS</u> |

On May 14, 2010, the Court issued an Order seeking the parties' positions on scheduling and preliminary discovery issues, including a deadline for the filing of consolidated class action complaint(s) for economic loss, briefing schedules for Rule 12 and other pleadings motions, the entry of an appropriate evidence preservation order, and the timing and scope of the Rule 26(a)(1) initial disclosures. Pursuant to that Order, the parties filed their Joint Statement re Proposed Scheduling Order (Docket No. 176), and each side filed their own brief as well (Docket Nos. 177, 178 (declaration), and 179), all of which the Court

reviewed in advance of the hearing. Upon review, and after considering the arguments of the parties at the May 28, 2010, hearing, the Court makes the following Order:

I. Initial Disclosures

    A. Plaintiffs

Plaintiffs' initial disclosures shall be made no later than July 2, 2010.

    B. Toyota Defendants[1]

The Court is in agreement with defendants that full compliance with Rule 26(a)(1) is not appropriate in light of the complexity of these cases. However, the Court is convinced that defendants have within their possession a defined set of documents, consisting of approximately 75,000 to 100,000 pages, much or all of which is likely to be discoverable, and which has already been produced to Government entities to date, including without limitation to the United States Congress and National Highway Traffic Safety Administration. Those documents which are discoverable under the Federal Rules of Civil Procedures shall be produced no later than July 2, 2010.

As discussed at the hearing, the present Order does not alter the scope of documents that ultimately may be discoverable, nor does it limit objections to

---

[1] The Toyota Defendants include Toyota entities named as defendants in the member cases.

2

production on the basis that a document is not relevant[2] or is shielded by attorney-client or work-product privilege.

The Court recognizes the difficulties regarding the documents using the Japanese language; however, best efforts shall be made to produce such documents no later than July 2, 2010, and thereafter any remaining production shall be made on a rolling basis weekly. Defendants are not obligated to provide English translations of the documents if such translations do not exist in the documents produced to the Government entities.

Documents expected to be covered by the anticipated protective order shall be produced no later than ten days after the entry of the protective order.

II.     Filing of Consolidated Complaint(s)

Plaintiffs shall file the consolidated complaint(s) in the economic loss cases no later than August 2, 2010.

---

[2] Of course, when referring to "relevancy" in the discovery context, the Court is not concerned with a document's relevancy for admissibility purposes; rather, the Court is concerned with the lower standard of relevancy applicable to a document's discoverability. Compare Fed. R. Evid. 401 ("'Relevant evidence' means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.") with Fed. R. Civ. P. 26(b)(1) ("Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence.").

3

III. <u>Pleadings Motions</u>

    A. <u>Economic Loss Cases</u>

Pleadings motions directed toward the consolidated complaint(s) shall be filed no later than September 13, 2010. The oppositions to and replies in support thereof shall be filed no later than October 12, 2010, and November 1, 2010, respectively. The motions and oppositions shall not exceed sixty pages; the reply shall not exceed twenty pages. The matter shall be heard on November 19, 2010, at 9:00 a.m.

    B. <u>Personal Injury Cases</u>

Pleadings motions that seek resolution of issues affecting all or a substantial number of personal injury/wrongful death complaints shall be filed on the same schedule, shall be subject to the same page limitations, and shall be heard at the same time as the pleadings motions on the economic loss cases. As the Court ordered previously, the number of such motions shall be limited to two motions.

Also as the Court ordered previously, pleadings motions raising issues unique to a particular plaintiff may be tendered at any appropriate time. These motions shall be subject to the page limitations set forth in Local Rule 11-6.

IV. <u>Evidence Preservation Order</u>

The parties shall continue to meet and confer in their attempt to resolve their differences as to the evidence preservation order. Until a final evidence preservation order is issued, the Interim Order remains in effect.

4

1  The parties shall submit a proposed order no later than June 21, 2010.  The
2  proposed order shall reflect alternative provisions where there is a dispute.  The
3  Liaison and Lead Counsel Committees may each again supplement the proposed
4  order with a brief of no more than ten pages.  The Toyota parties may again
5  supplement the proposed order with a brief of no more than fifteen pages.

7  The Court will take this matter up again at the June 23, 2010, 9:00 a.m.
8  hearing.

V.  Other Matters

   A.  Pretrial Consolidation and Coordination

   The civil actions listed on Schedule A (attached hereto) are consolidated for
pretrial purposes.  Any related or "tag-along" actions that become a part of this
proceeding by virtue of being instituted in, removed to, or transferred to this Court
(including, without limitation, cases transferred pursuant to Local Rules, 28 U.S.C.
§ 1404(a), or 28 U.S.C. § 1407), will automatically be consolidated with this action
without the necessity of future motions or orders.

   This Order is without prejudice to the right of any party to argue for or
against consolidation for purposes of trial, and shall not make any entity a party to
any action in which the entity has not been named, served or added in accordance
with the Federal Rules of Civil Procedure. The terms of this Order shall apply
automatically to all consolidated cases, including those on Schedule A and all other
cases that later become a part of this proceeding. Should parties in any
subsequently filed or transferred action wish to object to the terms of this Order,
they must do so within twenty days of the receipt of this Order from Co-Lead or

5

Liaison Counsel.

B. <u>Case Filings</u>

1. <u>Master Docket And Record</u>

For the convenience of the parties and the Court, the Clerk of this Court will maintain a master docket with a single docket number and master record under the style: "In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation," Master Case No. 8:10ML02151 JVS (FMOx). When an order, pleading or other document is filed and docketed in the master docket, it shall be filed and docketed in each individual case to the extent applicable, unless that filing relates to all cases or all cases of a type (<u>e.g.</u>, economic loss cases, personal injury/wrongful death cases). The caption shall also contain a notation indicating whether the document relates to all cases or only to specified cases, as described below.

2. <u>Captions</u>

All orders, pleadings, motions, and other documents filed in this proceeding shall bear the caption contained on this Order. If a document that is filed in this proceeding is generally applicable to all consolidated actions, the caption shall include the notation that it relates to "ALL ACTIONS." Likewise, if a document that is filed in this proceeding is generally applicable to a category of cases the caption shall so indicate. If a document is intended to apply only to a particular case or cases, the caption shall indicate the Central District of California docket number of the case(s) to which it applies.

6

3. <u>Filing</u>

All documents which are required to be filed in an electronic format pursuant to General Order No. 08-02 must be filed electronically no later than midnight on the date due, unless otherwise ordered by the Court. Documents filed late may be stricken by the Court. The Court will not accept documents which were filed electronically, but which otherwise fail to comply with filing requirements.

4. <u>Mandatory Chambers Copies</u>

Unless otherwise ordered, mandatory chambers copies ("MCC") copies of all electronically filed documents must be delivered to the MCC box outside chambers no later than 12:00 noon the following business day. The MCC must comply with Local Rule 11-3. The MCC copy must be prominently labeled "MANDATORY CHAMBERS COPY" on the face page. The MCC must include the Notice of Electronic Filing, which should be the last page of the document. The court's CM/ECF website contains additional instructions for delivery of courtesy copies. Counsel seeking any kind of expedited relief, such as by an Ex Parte Application or an application for a Temporary Restraining Order, shall deliver the MCC to chambers immediately after the applicable filed document(s) have been filed.

5. <u>Local Rules</u>

Except as otherwise specified, the Local Rules shall apply. For convenience the Local Rules are posted on the Court's website, http://www.cacd.uscourts.gov.

7

VI. <u>June 23, 2010 Hearing</u>

The hearing previously set for June 25, 2010, is **VACATED**; the Court shall take up the matters set for that date (as previously outlined in and subject to the briefing permitted by the Court's May 14, 2010 Order) on June 23, 2010, at 9:00 a.m.

Specifically, at the hearing, the Court will consider the evidence preservation order, the discovery plan, appointment of discovery master(s), coordination with state cases and other types of federal cases, the timing, content and format of a technical tutorial for the Court, and such other matters as the parties jointly request the Court to take up by filing a joint request no later than June 21, 2010.

Additionally, although not previously set for this date, the Court will also consider entry of an appropriate protective order. Toward that end, the parties shall submit a proposed protective order no later than June 21, 2010. The proposed order shall reflect alternative provisions where there is a dispute. The Liaison and Lead Counsel Committees may each supplement the proposed order with a brief of no more than five pages. The Toyota parties may again supplement the proposed order with a brief of no more than seven pages.

IT IS SO ORDERED.

Dated: June 1, 2010

_____
James V. Selna
United States District Judge

# Schedule A

(Revised June 1, 2010)

Individual Cases

**IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION MDL No. 2151**

**Central District of California**

2:09CV08143 JVS(FMOx) Seong Bae Choi et al v. Toyota Motor Corporation et al

2:09CV08478 JVS(FMOx) Eric Kmetz et al v. Toyota Motor Sales, U.S.A., Inc. et al

2:09CV09158 JVS(FMOx) Heather A. Lane v. Toyota Motor Sales, U.S.A., Inc.

2:09CV09386 JVS(FMOx) Dale Baldisseri v. Toyota Motor Sales U.S.A., Inc., et al.

2:10CV00706 JVS(FMOx) Adilia Aviles v. Toyota Motor Sales, U.S.A., Inc.

2:10CV00710 JVS(FMOx) Roz Schwartz v. Toyota Motor Sales, U.S.A., Inc.

2:10CV00799 JVS(FMOx) Matthew Marr, et al v. Toyota Motor Sales, U.S.A., Inc.

2:10CV00849 JVS(FMOx) Ani Gazaryan et al v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV00942 JVS(FMOx) Peter Wisner v. Toyota Motor Corporation et al

2:10CV00947 JVS(FMOx) Elaine Byrnes v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV01030 JVS(FMOx) Lacey Ludicina, et al v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV01039 JVS(FMOx) Rhonda Talbot v. Toyota Motor Sales U.S.A., Inc. et al

2:10CV01057 JVS(FMOx) Jacqueline Donoghue v. Toyota Motor Sales, U.S.A., Inc.

2:10CV01073 JVS(FMOx) Max L. Lieberman et al v. Toyota Motor Corporation et al

2:10CV01078 JVS(FMOx) Teresa B. Myers et al v. Toyota Motor Corporation et al

2:10CV01094 JVS(FMOx) Kerri Madden v. Toyota Motor Corporation et al

2:10CV01153 JVS(FMOx) Katy Boyask v. Toyota Motor Corporation et al

2:10CV01264 JVS(FMOx) Gloria Park v. Toyota Motor Sales, U.S.A., Inc.

2:10CV01290 JVS(FMOx) Sandra Livingston v. Toyota Motor North America, Inc. et al

1  2:10CV01349 JVS(FMOx) Ernest Cornell v. Toyota Motor Corporation et al
2  2:10CV01364 JVS(FMOx) Robert Booher v. Toyota Motor North America, Inc. et al
3  2:10CV01366 JVS(FMOx) Harry Williams v. Toyota Motor North America, Inc. et al
4  2:10CV01438 JVS (FMOx) Roy Williams v. Toyota Motor Sales, U.S.A., Inc., et al.
5  2:10CV01584 JVS(FMOx) Andrew Flury et al v. Toyota Motor North America, Inc. et al
6  2:10CV01604 JVS (FMOx) Kathy Kallenbach et al v. Toyota Motor Sales U.S.A. Inc
7  2:10CV01650 JVS(FMOx) Judy Warren, DDS v. Toyota Motor North America, Inc. et al
8  2:10CV01753 JVS(FMOx) Lorrie Krieger v. Toyota Motor North America, Inc. et al
9  2:10CV01756 JVS(FMOx) David Hanna v. Toyota Motor North America, Inc. et al
10 2:10CV01806 JVS(FMOx) Joseph Christian v. Toyota Motor North America, Inc. et al
11 2:10CV01821 JVS(FMOx) Mary Jo Crank, et al v. Toyota Motor North America, Inc. et al
12 2:10CV01822 JVS(FMOx) Nellie Yazitchyan, et al v. Toyota Motor North America, et al
13 2:10CV01825 JVS(FMOx) Walter McKinney, et al v. Toyota Motor North America, et al
14 2:10CV01889 JVS(FMOx) Curtis McCleskey et al v Toyota Motor Corporation et al
15 2:10CV01902 JVS (FMOx) Brian Barlow v Toyota Motor North America, Inc. et al
16 2:10CV01927 JVS(FMOx) Beverly Yip v. Toyota Motor Corporation, et al
17 2:10CV01939 JVS (FMOx) Linda Tang v. Toyota Motor Sales U.S.A., Inc., et al.
18 2:10CV01889 JVS(FMOx) Curtis McCleskey, et al. v. Toyota Motor Corporation, et al
19 2:10CV01939 JVS(FMOx) Linda Tang v. Toyota Motor Sales, U.S.A., Inc. et al
20 2:10CV01979 JVS(FMOx) Meredith Heller v. Toyota Motor Corporation, et al
21 2:10CV01986 JVS (FMOx) Omar Roberts v. Toyota Motor North America, Inc. et al.
22 2:10CV01993 JVS (FMOx) Hae Chang v. Toyota Motor North America, Inc. et al.
23 2:10CV01994 JVS (FMOx) Camille McCormick v. Toyota Motor North America, Inc. et al.
24 2:10CV01997 JVS(FMOx) Jerome Cangelosi v. Toyota Motor North America, et al
25 2:10CV02021 JVS(FMOx) Thomas E. Gudmundson v. Toyota Motor Corporation, et al
26 2:10CV02022 JVS(FMOx) Donald Graham v. Toyota Motor Corporation, et al
27 2:10CV02023 JVS(FMOx) John Flook v. Toyota Motor Corporation, et al
28 2:10CV02077 JVS(FMOx) Rodney Josephson v. Toyota Motor Corporation, et al

1  2:10CV02078 JVS(FMOx) Gary Davis v. Toyota Motor Corporation, et al
2  2:10CV02080 JVS(FMOx) Ebony Brown v. Toyota Motor Corporation, et al
3  2:10CV02147 JVS(FMOx) Elizabeth Van Zyl v. Toyota Motor Corporation. et al
4  2:10CV02179 JVS(FMOx) Grace Shigematsu, et al v. Toyota Motor Corporation. et al
5  2:10CV02228 JVS(FMOx) Ellyn J. Broden v. Toyota Motor Corporation. et al
6  2:10CV02262 JVS(FMOx) Karen Bickel v. Toyota Motor Corporation. et al
7  2:10CV02264 JVS(FMOx) Sam Goldberger v. Toyota Motor Corporation. et al
8  2:10CV02271 JVS(FMOx) Christine Hotaling v. Toyota Motor Corporation. et al
9  2:10CV02272 JVS(FMOx) Henry Troup, et al v. Toyota Motor Corporation. et al
10 2:10CV02274 JVS(FMOx) Linda Summerville v. Toyota Motor Corporation. et al
11 2:10CV02276 JVS(FMOx) Robert Navarro v. Toyota Motor Corporation. et al
12 2:10CV02284 JVS(FMOx) Gary Brown v. Toyota Motor Corporation. et al
13 2:10CV02528 JVS(FMOx) SPP Inc. v. Toyota Motor Sales U.S.A. Inc., et al
14 2:10CV02600 JVS (FMOx) Deluxe Holdings, Inc. v. Toyota Motor Sales U.S.A., Inc.
15 2:10CV02893 JVS(FMOx) Michael Jermakian v. Toyota Motor Corporation, et al.
16 2:10CV02938 JVS(FMOx) Jacqueline West v. Toyota Motor Sales U.S.A. Inc., et al
17 2:10CV02940 JVS(FMOx) Wilma Lauderdale, et al. v. Toyota Motor Sales USA Inc., et al
18 2:10CV02942 JVS(FMOx) Pazir Mohammad, et al. v. Toyota Motor Sales USA Inc., et al
19 2:10CV02943 JVS(FMOx) Sandy Carmichael v. Toyota Motor Sales U.S.A. Inc., et al
20 2:10CV02944 JVS(FMOx) Dwayne Rhooms, et al. v. Toyota Motor Sales USA Inc., et al
21 2:10CV03012 JVS (FMOx) Daniel Durgin v. Toyota Motor Sales U.S.A., Inc. et al.
22 2:10CV03077 JVS(FMOx) Lydia Ellison v. Toyota Motor Corporation
23 2:10CV03156 JVS (FMOx) Joseph J. Boppre, et al v. Toyota Motor Corporation, et al.
24 2:10CV03161 JVS (FMOx) Robyn Saba, et al v. Toyota Motor Sales, U.S.A., Inc., et al.
25 2:10CV03237 JVS (FMOx) Kelley W. Dion v. Toyota Motor North America, Inc., et al
26 2:10CV03254 JVS (FMOx) Stephen I. Burack, et al v Toyota Motor Corporation, et al.
27 2:10CV03255 JVS (FMOx) Phillip R. King, et al v. Toyota Motor Corporation, et al
28 2:10CV03309 JVS (FMOx) Stefanie Bradley v Toyota Motor Sales, U.S.A., Inc., et al.

11

2: 10CV03565 JVS (FMOx) Joel Bond, et al. v. Toyota Motor North America, Inc., et al.

2:10CV03721 JVS (FMOx) Sunil P. George v. Toyota Corporation of U.S.A.

2:10CV03899 JVS (FMOx) Thomas Lee Wachtel, MD, et al. v. Toyota Motor Corp., et al.

8:10CV00105 JVS(FMOx) Joseph Hauter v. Toyota Motor Sales, U.S.A., Inc.

8:10CV00183 JVS(FMOx) T. Leigh Beard, et. al. v. Toyota Motor Sales, U.S.A., Inc.

8:10CV00312 JVS(FMOx) Green Spot Motors v. Toyota Motor Corporation et al

8:10CV00328 JVS(FMOx) Dawn De Vincenzi v. Toyota Motor Corporation. et al

8:10CV00380 JVS(FMOx) Jean Dominquez v. Toyota Motor Corporation. et al

8:10CV00385 JVS(FMOx) Meetesh Shah v. Toyota Motor Corporation. et al

8:10CV00458 JVS(FMOx) Brian Deis v. Toyota Motor Corporation, et al.

8:10CV00464 JVS (FMOx) Michelle Lynch v. Toyota Motor Corporation, et al.

8:10CV00465JVS (FMOx) Jonathan Gellman v. Toyota Motor Sales U.S.A., Inc.

8:10CV00466 JVS (FMOx) Daniel Weimer, Jr., et al. v. Toyota Motor North American et al

8:10CV00467 JVS (FMOx) Amanda R. Maillho v. Toyota Motor North America, Inc., et al.

8:10CV00468 JVS (FMOx) Gary T. Brock v. Toyota Motor North America, Inc., et al.

8:10CV00469 JVS (FMOx) Michael Graves, et al. v. Toyota Motor Manufacturing, West Virginia, Inc., et al.

**District of Alaska**

8:10CV00551 JVS (FMOx) John Jeremy Robson v Toyota Motor Corp., et al

**Middle District of Alabama**

8:10CV00552 JVS (FMOx) John Harding v. Toyota Motor Corp., et al

**Eastern District of Arkansas**

8:10CV00553 JVS (FMOx) Robyn Horn v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00554 JVS (FMOx) Julie Rainwater v. Toyota Motor Sales, U.S.A., Inc.

8:10CV00555 JVS (FMOx) Wilma Lentz v. Toyota Industries North America, Inc., et al.

12

**Western District of Arkansas**

8:10CV00556 JVS (FMOx) Mark Adkison v. Toyota Motor Sales U.S.A., Inc.

**District of Colorado**

8:10CV00557 JVS (FMOx) Ryan Scharrel, et al. v. Toyota Motor North America, Inc., et al.

**District of Connecticut**

8:10CV00558 JVS (FMOx) Nimishabahen Patel v. Toyota Motor North America, Inc., et al.

**Middle District of Florida**

8:10CV00464 JVS(FMOx) Michelle Lynch v. Toyota Motor Corp., et al.

8:10CV00559 JVS (FMOx) Renita Cipriani v. Toyota Motor Corp., et al.

**Northern District of Florida**

8:10CV00561 JVS (FMOx) Jim Heidenreich v. Toyota Motor North America, Inc., et al.

8:10CV00562 JVS (FMOx) Justin K. Johnson v. Toyota Motor Corp., et al

**Southern District of Florida**

8:10CV00465 JVS(FMOx) Jonathan Gellman v. Toyota Motor Sales U.S.A., Inc.,

8:10CV00563 JVS (FMOx) Humberto Rivas-Vigil v Toyota Motor North America, Inc et al

8:10CV00564 JVS (FMOx) Arlene S. Heilbrunn v. Toyota Motor Corp., et al.

**Eastern District of Louisiana**

8:10CV00466 JVS(FMOx) Daniel Weimer, Jr et al v Toyota Motor North America, Inc et al

8:10CV00467 JVS(FMOx) Amanda R. Maillho v. Toyota Motor North America, Inc., et al.

8:10CV00468 JVS(FMOx) Gary T. Brock v. Toyota Motor North America, Inc., et al.

**Middle District of Georgia**

8:10CV00565 JVS (FMOx) Viviane Stoller, et al. v. Toyota Motor Corp., et al.

**Southern District of Georgia**

8:10CV00566 JVS (FMOx) Amanda Laird, et al. v. Toyota Motor Corp., et al.

**Northern District of Illinois**

8:10CV00567 JVS (FMOx) Christina Ochs v. Toyota Motor Corp., et al.

**Southern District of Illinois**

8:10CV00568 JVS (FMOx) Judith M. Enderle v. Toyota Motor North America, Inc.,et al.

**District of Kansas**

8:10CV00570 JVS (FMOx) S. Firgon v. Toyota Motor Corp., et al

**Eastern District of Kentucky**

8:10CV00571 JVS (FMOx) Debra Poynter, et al. v. Toyota Motor North American, Inc et al

8:10CV00572 JVS (FMOx) Michael Miller, et al v Toyota Motor Sales, U.S.A., Inc., et al

8:10CV00573 JVS (FMOx) Christopher L. Leaverton v. Toyota Motor Engineering & Manufacturing North America, Inc., et al

8:10CV00574 JVS (FMOx) Micah Maryn v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00653 JVS (FMOx) Al Viviano, et al v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.

**Eastern District of Louisiana**

8:10CV00575 JVS (FMOx) Galatia D. Johnson, et al. v. Toyota Motor North America, Inc.

8:10CV00576 JVS (FMOx) Timothy P. Farrelly, et al. v. Toyota Motor North America, Inc., et al.

8:10CV00577 JVS (FMOx) Jennifer Wendy Burke v Toyota Motor North America, Inc et al

1. 8:10CV00578 JVS (FMOx) Aaron Jones, et al. v. Toyota Motor North America, Inc., et al.

**Middle District of Louisiana**

8:10CV00579 JVS (FMOx) Roshawn Donahue v. Toyota Motors Manufacturing U.S.A. Inc., et al.

8:10CV00580 JVS (FMOx) Allie R. Rockforte v. Toyota Motor North America, Inc.

**Western District of Louisiana**

8:10CV00581 JVS (FMOx) David Gaspard, et al. v. Toyota Motor North America, Inc. et al

**District of Maryland**

8:10CV00654 JVS (FMOx) Bridgette Scott v. Toyota Motor North America, Inc., et al.

**District of Massachusetts**

8:10CV00582 JVS (FMOx) Darshak Shah v. Toyota Motor North America, Inc., et al.

**Eastern District of Michigan**

8:10CV00583 JVS (FMOx) Deborah Baumkel v. Toyota Motor North America, Inc., et al.

8:10CV00584 JVS (FMOx) Joseph R. Hernandez v. Hino Motors Manufacturing USA et al.

**District of Minnesota**

8:10CV00585 JVS (FMOx) Laurence K. Johnston v. Toyota Motor Sales, U.S.A., Inc., et al.

8:10CV00586 JVS (FMOx) Alyson L. Oliver v. Toyota Motor North America, Inc., et al.

**Western District of Missouri**

8:10CV00587 JVS (FMOx) Jerry Baker Auto Sales, LLC v. Toyota Motor Sales USA, Inc.

8:10CV00588 JVS (FMOx) David Hulsen, et al. v. Toyota Motor Corp., et al.

**Northern District of Mississippi**

8:10CV00589 JVS (FMOx) Belva Simmons, et al. v. Toyota Motor Corp., et al.

**Southern District of Mississippi**

8:10CV00591 JVS (FMOx) Christine Mitchell v. Toyota Motor North America, Inc., et al.

**District of New Jersey**

8:10CV00592 JVS (FMOx) Margaret Gonzalez v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00593 JVS (FMOx) Maureen Colaberdino v. Toyota Motor North America, Inc et al

8:10CV00594 JVS (FMOx) Cheryl Abken, et al. v. Toyota Motor North America, Inc., et al.

8:10CV00595 JVS (FMOx) Francine Guokas v. Toyota Motor Corp., et al.

8:10CV00596 JVS (FMOx) Louise Gordon, et al. v. Toyota Motor North America, Inc et al.

**District of New Mexico**

8:10CV00597 JVS (FMOx) Roy Nelson v. Toyota Motor North America, Inc., et al.

**Eastern District of New York**

8:10CV00598 JVS (FMOx) Kevin P. Fogarty et al v. Toyota Motor North America, Inc et al

8:10CV00599 JVS (FMOx) Peter Phaneuf v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00655 JVS (FMOx) Lena Gally, et al. v. Toyota Motor Corp., et al.

**Northern District of New York**

8:10CV00600 JVS (FMOx) James R. Haustein v. Toyota Motor Corp., et al.

**Southern District of New York**

8:10CV00601 JVS (FMOx) Thomas Davis v. Toyota Motor Sales, U.S.A., Inc., et al.

8:10CV00602 JVS (FMOx) Barbara Iglesias, et al. Toyota Motor Corp., et al.

8:10CV00603 JVS (FMOx) Fred Sander, et al. v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00604 JVS (FMOx) Lucille Fox, etc v. Toyota Motor North America, Inc., et al.

8:10CV00605 JVS (FMOx) Daniel Murtha, et al. v. Toyota Motor North America, Inc et al

16

**Northern District of Ohio**

8:10CV00606 JVS (FMOx) Troy Menssen v. Toyota Motor Sales, U.S.A., Inc., et al.

8:10CV00607 JVS (FMOx) Daniel D. Lee v. Toyota Motor North America, Inc., et al.

**Southern District of Ohio**

8:10CV00608 JVS (FMOx) Joel Grunkemeyer, et al. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00609 JVS (FMOx) Hugh W. Cox, et al. v. Toyota Motor Sales U.S.A., Inc., et al.

8:10CV00611 JVS (FMOx) Rebecca S. Shumaker v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.

8:10CV00656 JVS (FMOx) Jennifer Lee Glardon v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.

**Western District of Oklahoma**

8:10CV00612 JVS (FMOx) Dru Colin Lee, et al. v. Toyota Motor Sales U.S.A., et al.

**District of Oregon**

8:10CV00613 JVS (FMOx) Timothy John Vanagas v. Toyota Motor Sales, U.S.A. Inc. et al.

8:10CV00614 JVS (FMOx) Suzzane McCoy v. Toyota Motor Sales U.S.A., Inc.

8:10CV00615 JVS (FMOx) Ronald Fahey v. Toyota Motor Corp., et al.

**Eastern District of Pennsylvania**

8:10CV00616 JVS (FMOx) Diane Devlin v. Toyota Motor North America, Inc., et al.

8:10CV00617 JVS (FMOx) Diane Grumble v. Toyota Motor Corp., et al.

8:10CV00619 JVS (FMOx) Frederick Greisiger et al Toyota Motor North America Inc et al

**District Court of Puerto Rico**

8:10CV00620 JVS (FMOx) Zahira Crespo-Bithorn, et al. v. Toyota Motor North America, Inc., et

al.

**South Carolina District Court**

8:10CV00621 JVS (FMOx) Linda Alford Wooten v. Toyota Motor North America, Inc et al

8:10CV00622 JVS (FMOx) Dale Roberts v. Toyota Motor Corp., et al.

**Eastern District of Texas**

8:10CV00623 JVS (FMOx) Frank Whidon v. Toyota Motor Corp., et al.

**Southern District of Texas**

8:10CV00625 JVS (FMOx) Albert A. Pena, III, et al. v. Toyota Motor Corp., et al.

**Southern District of West Virginia**

8:10CV00469 JVS(FMOx) Michael Graves, et al. v. Toyota Motor Manufacturing, West Virginia, Inc., et al.

**District of Wyoming**

8:10CV00626 JVS (FMOx) Don Gureski, et al. v. Toyota Motor North America, Inc., et al.