**BLEICHMAR FONTI & AULD LLP**



August 15, 2018

<u>VIA ELECTRONIC FILING</u>

Honorable Vince Chhabria
United States District Court
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *In re Facebook, Inc. Consumer Privacy User Profile*,
              Northern District of California Case No. 3:18-md-02843-VC

Dear Judge Chhabria:

      We write to apprise you of events occurring in the Cambridge Analytica and the SCL USA Inc.[1] bankruptcy cases, both currently pending before Judge Lane in the Southern District of New York and to request authorization on behalf of the proposed class to retain experienced local bankruptcy counsel to represent the class's interests in those proceedings.

      In mid-July, certain Plaintiffs from this action filed motions in the Cambridge Analytica and SCL USA bankruptcy cases. These Plaintiffs sought limited relief from the automatic stay in order to serve document preservation subpoenas on the debtors. Pursuant to Bankruptcy Rule 2004, the Plaintiffs also asked for authority to demand documents from the debtors and conduct a deposition to ensure that creditors have complete information on the debtors' property and financial condition. The motions are set to be heard by Judge Lane on August 21, 2018.

      Responses to these motions were filed yesterday, on August 14, 2018. The bankruptcy Trustee opposed the motions for relief from the stay as well as the Rule 2004 motions. Facebook also filed an objection to the 2004 motions yesterday, emphasizing that lead counsel in this case have not joined the motions. A copy of Facebook's response is attached to this letter for the Court's convenience.

      After consulting with Michael S. Etkin of Lowenstein Sandler LLP, the attorney who filed the motions in mid-July, lead counsel have concluded that it is in the proposed class's interest to file replies in support of the stay relief motions and 2004 motions. Lead counsel have worked with Mr. Etkin extensively in the past and know him to be a conscientious and competent bankruptcy attorney.

---

[1] SCL USA Inc. is affiliated with Cambridge Analytica.

Honorable Vince Chhabria  
August 15, 2018  
Page 2

**KELLER ROHRBACK L.L.P.**  
**BLEICHMAR FONTI & AULD LLP**

Lead counsel therefore ask for the Court's permission to retain Mr. Etkin to represent the proposed class with respect to the pending bankruptcy motions, and for any further work in the Cambridge Analytica bankruptcy case that benefits the class. We, aided by the attorneys at our firms with significant bankruptcy experience, will direct and oversee the work of Mr. Etkin, who will perform only those tasks that we have authorized and that are to the class's common benefit.

Currently, the deadline to file replies in support of the pending motions is this Friday, August 17, with a hearing scheduled for next Tuesday, August 21, as noted above. Mr. Etkin intends to appear at the hearing on behalf of the clients he currently represents, but we believe it important that he also appear on behalf of the class.

We are available at the Court's convenience to discuss the matter further, should that be of benefit to the Court's analysis. We note that such a conversation is probably best held ex parte to the extent it reveals Plaintiffs' litigation strategy.

Very truly yours,

Derek W. Loeser

dloeser@kellerrohrback.com

Lesley E. Weaver

lweaver@bfalaw.com

DWL:srs

cc:   Opposing counsel