Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc. and Mark Zuckerberg*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF JOSHUA S. LIPSHUTZ IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR "LIMITED" DISCOVERY** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOSHUA S. LIPSHUTZ IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR "LIMITED" DISCOVERY – CASE NO. 3:18-MD-02843-VC

I, Joshua S. Lipshutz, declare as follows:

1.     I am an attorney admitted to practice law before this Court and all of the Courts of the State of California.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Facebook, Inc. in the above-captioned action.  I offer this declaration in support of Facebook's Opposition to Plaintiffs' Motion for "Limited" Discovery.  I have personal knowledge of the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the article *Revealed: 50 Million Facebook profiles harvested for Cambridge Analytica in major data breach*, written by Carol Cadwalladr & Emma Graham-Harrison and published in The Guardian on March 17, 2018.  As of the date of this Declaration, the article was available at https://www.theguardian.com/news/2018/mar/17/cambridge-analytica-facebook-influence-us-election.  This article is cited in a number of the Plaintiffs' complaints.  *See e.g.*, Burk Compl. ¶ 2 fn. 1; Haslinger Compl. ¶ 14 fn. 3; Pelc Compl. ¶ 14 fn. 5; Picha Compl. ¶ 4 fn. 7; Skotnicki Compl. ¶ 4 fn. 7; Vance-Guerbe Compl. ¶ 6 fn. 4.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the article *How Cambridge Analytica turned Facebook 'likes' into a lucrative political tool*, written by Carol Cadwalladr & Emma Graham-Harrison and published in The Guardian on March 17, 2018.  As of the date of this Declaration, the article was available at https://www.theguardian.com/technology/2018/mar/17/facebook-cambridge-analytica-kogan-data-algorithm.  This article is cited in a number of the Plaintiffs' complaints.  *See e.g.*, Beiner Compl. ¶ 30 fn. 16; Burk Compl. ¶ 42 fn. 29; Picha Compl. ¶ 24 fn. 20; Reninger Compl. ¶ 21 fn. 16; Skotnicki Compl. ¶ 23 fn. 20.

4.     Attached hereto as **Exhibit C** is a true and correct copy of Facebook's 2013 Data Use Policy, as revised on November 15, 2013.

5.     Attached hereto as **Exhibit D** is a true and correct copy of Facebook's Statement of Rights and Responsibilities, as revised on April 26, 2011.

6.     Attached hereto as **Exhibit E** is a true and correct copy of the article *Zuckerberg on Cambridge Analytica: 'We Have a Responsibility to Protect Your Data, and If We Can't Then We Don't Deserve to Serve You,'* written by Sara Salinas and published by CNBC on March 21, 2018.  As

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF JOSHUA S. LIPSHUTZ IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION
TO PLAINTIFFS' MOTION FOR "LIMITED" DISCOVERY – CASE NO. 3:18-MD-02843-VC

of the date of this Declaration, the article was available at https://www.cnbc.com/2018/03/21/ zuckerberg-statement-on-cambridge-analytica.html.   Plaintiffs cite this article in Footnote 4 of their Memorandum of Points and Authorities in Support of their Motion for Limited Discovery.

7.   Attached hereto as **Exhibit F** is a true and correct copy of the article *Ted Cruz using firm that harvested data on millions of unwitting Facebook users*, written by Harry Davies and published by The Guardian on December 11, 2015.   As of the date of this Declaration, the article was available at https://www.theguardian.com/us-news/2015/dec/11/senator-ted-cruz-president-campaign-facebook-user-data.   This article is cited in a number of Plaintiffs' complaints.   *See e.g.*, Beiner Compl. ¶ 27 fn. 14; Gerena Compl. ¶ 16 fn. 9; O'Kelly Compl. ¶ 25 fn. 9; Picha Compl. ¶ 28 fn. 23; Reninger ¶ 18 fn. 14.

8.   Attached hereto as **Exhibit G** is a true and correct copy of the article *Whistleblower Christopher Wylie says he's now been blocked by Facebook*, written by Christina Farr and published by CNBC on March 18, 2018.   As of the date of this Declaration, the article was available at https://www.cnbc.com/2018/03/18/whistleblower-christopher-wylie-says-hes-now-been-blocked-by-facebook.html.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Washington, D.C., on this 15th day of August, 2018.


                                            */s/* Joshua S. Lipshutz
                                             Joshua S. Lipshutz

                                        Attorney for Defendant Facebook, Inc.

Gibson, Dunn &
Crutcher LLP