# Exhibit A

# The Guardian

# Revealed: 50 million Facebook profiles harvested for Cambridge Analytica in major data breach

**Whistleblower describes how firm linked to former Trump adviser Steve Bannon compiled user data to target American voters**

**Carole Cadwalladr** *and* **Emma Graham-Harrison**

Sat 17 Mar 2018 18.03 EDT

The data analytics firm that worked with Donald Trump's election team and the winning Brexit campaign harvested millions of Facebook profiles of US voters, in one of the tech giant's biggest ever data breaches, and used them to build a powerful software program to predict and influence choices at the ballot box.

A whistleblower has revealed to the *Observer* how Cambridge Analytica – a company owned by the hedge fund billionaire Robert Mercer, and headed at the time by Trump's key adviser Steve Bannon – used personal information taken without authorisation in early 2014 to build a system that could profile individual US voters, in order to target them with personalised political advertisements.

Christopher Wylie, who worked with a Cambridge University academic to obtain the data, told the *Observer*: "We exploited Facebook to harvest millions of people's profiles. And built models to exploit what we knew about them and target their inner demons. That was the basis the entire company was built on."

Documents seen by the *Observer*, and confirmed by a Facebook statement, show that by late 2015 the company had found out that information had been harvested on an unprecedented scale. However, at the time it failed to alert users and took only limited steps to recover and secure the private information of more than 50 million individuals.

The *New York Times* is reporting that copies of the data harvested for Cambridge Analytica could still be found online; its reporting team had viewed some of the raw data.

The data was collected through an app called thisisyourdigitallife, built by academic Aleksandr Kogan, separately from his work at Cambridge University. Through his company Global Science Research (GSR), in collaboration with Cambridge Analytica,

hundreds of thousands of users were paid to take a personality test and agreed to have their data collected for academic use.

However, the app also collected the information of the test-takers' Facebook friends, leading to the accumulation of a data pool tens of millions-strong. Facebook's "platform policy" allowed only collection of friends' data to improve user experience in the app and barred it being sold on or used for advertising. The discovery of the unprecedented data harvesting, and the use to which it was put, raises urgent new questions about Facebook's role in targeting voters in the US presidential election. It comes only weeks after indictments of 13 Russians by the special counsel Robert Mueller which stated they had used the platform to perpetrate "information warfare" against the US.

Cambridge Analytica and Facebook are one focus of an inquiry into data and politics by the British Information Commissioner's Office. Separately, the Electoral Commission is also investigating what role Cambridge Analytica played in the EU referendum.

"We are investigating the circumstances in which Facebook data may have been illegally acquired and used," said the information commissioner Elizabeth Denham. "It's part of our ongoing investigation into the use of data analytics for political purposes which was launched to consider how political parties and campaigns, data analytics companies and social media platforms in the UK are using and analysing people's personal information to micro-target voters."

On Friday, four days after the *Observer* sought comment for this story, but more than two years after the data breach was first reported, Facebook announced that it was suspending Cambridge Analytica and Kogan from the platform, pending further information over misuse of data. Separately, Facebook's external lawyers warned the *Observer* it was making "false and defamatory" allegations, and reserved Facebook's legal position.



Key Trump adviser Steve Bannon Photograph: Alain
Robert/Sipa/Rex/Shutterstock

The revelations provoked widespread outrage. The Massachusetts Attorney General
Maura Healey announced that the state would be launching an investigation. "Residents
deserve answers immediately from Facebook and Cambridge Analytica," she said on
Twitter.

The Democratic senator Mark Warner said the harvesting of data on such a vast scale for
political targeting underlined the need for Congress to improve controls. He has
proposed an Honest Ads Act to regulate online political advertising the same way as
television, radio and print. "This story is more evidence that the online political
advertising market is essentially the Wild West. Whether it's allowing Russians to
purchase political ads, or extensive micro-targeting based on ill-gotten user data, it's
clear that, left unregulated, this market will continue to be prone to deception and
lacking in transparency," he said.

Last month both Facebook and the CEO of Cambridge Analytica, Alexander Nix, told a
parliamentary inquiry on fake news: that the company did not have or use private
Facebook data.

Simon Milner, Facebook's UK policy director, when asked if Cambridge Analytica had
Facebook data, told MPs: "They may have lots of data but it will not be Facebook user
data. It may be data about people who are on Facebook that they have gathered
themselves, but it is not data that we have provided."

Cambridge Analytica's chief executive, Alexander Nix, told the inquiry: "We do not work with Facebook data and we do not have Facebook data."

Wylie, a Canadian data analytics expert who worked with Cambridge Analytica and Kogan to devise and implement the scheme, showed a dossier of evidence about the data misuse to the *Observer* which appears to raise questions about their testimony. He has passed it to the National Crime Agency's cybercrime unit and the Information Commissioner's Office. It includes emails, invoices, contracts and bank transfers that reveal more than 50 million profiles – mostly belonging to registered US voters – were harvested from the site in one of the largest-ever breaches of Facebook data. Facebook on Friday said that it was also suspending Wylie from accessing the platform while it carried out its investigation, despite his role as a whistleblower.

At the time of the data breach, Wylie was a Cambridge Analytica employee, but Facebook described him as working for Eunoia Technologies, a firm he set up on his own after leaving his former employer in late 2014.

The evidence Wylie supplied to UK and US authorities includes a letter from Facebook's own lawyers sent to him in August 2016, asking him to destroy any data he held that had been collected by GSR, the company set up by Kogan to harvest the profiles.

That legal letter was sent several months after the *Guardian* first reported the breach and days before it was officially announced that Bannon was taking over as campaign manager for Trump and bringing Cambridge Analytica with him.

"Because this data was obtained and used without permission, and because GSR was not authorised to share or sell it to you, it cannot be used legitimately in the future and must be deleted immediately," the letter said.

Facebook did not pursue a response when the letter initially went unanswered for weeks because Wylie was travelling, nor did it follow up with forensic checks on his computers or storage, he said.

"That to me was the most astonishing thing. They waited two years and did absolutely nothing to check that the data was deleted. All they asked me to do was tick a box on a form and post it back."

Paul-Olivier Dehaye, a data protection specialist, who spearheaded the investigative efforts into the tech giant, said: "Facebook has denied and denied and denied this. It has misled MPs and congressional investigators and it's failed in its duties to respect the law.

"It has a legal obligation to inform regulators and individuals about this data breach, and it hasn't. It's failed time and time again to be open and transparent."

A majority of American states have laws requiring notification in some cases of data breach, including California, where Facebook is based.

Facebook denies that the harvesting of tens of millions of profiles by GSR and Cambridge Analytica was a data breach. It said in a statement that Kogan "gained access to this information in a legitimate way and through the proper channels" but "did not subsequently abide by our rules" because he passed the information on to third parties.

Facebook said it removed the app in 2015 and required certification from everyone with copies that the data had been destroyed, although the letter to Wylie did not arrive until the second half of 2016. "We are committed to vigorously enforcing our policies to protect people's information. We will take whatever steps are required to see that this happens," Paul Grewal, Facebook's vice-president, said in a statement. The company is now investigating reports that not all data had been deleted.

Kogan, who has previously unreported links to a Russian university and took Russian grants for research, had a licence from Facebook to collect profile data, but it was for research purposes only. So when he hoovered up information for the commercial venture, he was violating the company's terms. Kogan maintains everything he did was legal, and says he had a "close working relationship" with Facebook, which had granted him permission for his apps.

The *Observer* has seen a contract dated 4 June 2014, which confirms SCL, an affiliate of Cambridge Analytica, entered into a commercial arrangement with GSR, entirely premised on harvesting and processing Facebook data. Cambridge Analytica spent nearly $1m on data collection, which yielded more than 50 million individual profiles that could be matched to electoral rolls. It then used the test results and Facebook data to build an algorithm that could analyse individual Facebook profiles and determine personality traits linked to voting behaviour.

The algorithm and database together made a powerful political tool. It allowed a campaign to identify possible swing voters and craft messages more likely to resonate.

"The ultimate product of the training set is creating a 'gold standard' of understanding personality from Facebook profile information," the contract specifies. It promises to create a database of 2 million "matched" profiles, identifiable and tied to electoral registers, across 11 states, but with room to expand much further.

At the time, more than 50 million profiles represented around a third of active North American Facebook users, and nearly a quarter of potential US voters. Yet when asked by MPs if any of his firm's data had come from GSR, Nix said: "We had a relationship with GSR. They did some research for us back in 2014. That research proved to be fruitless and so the answer is no."

Cambridge Analytica said that its contract with GSR stipulated that Kogan should seek informed consent for data collection and it had no reason to believe he would not.

GSR was "led by a seemingly reputable academic at an internationally renowned institution who made explicit contractual commitments to us regarding its legal authority to license data to SCL Elections", a company spokesman said.

SCL Elections, an affiliate, worked with Facebook over the period to ensure it was satisfied no terms had been "knowingly breached" and provided a signed statement that all data and derivatives had been deleted, he said. Cambridge Analytica also said none of the data was used in the 2016 presidential election.

Steve Bannon's lawyer said he had no comment because his client "knows nothing about the claims being asserted". He added: "The first Mr Bannon heard of these reports was from media inquiries in the past few days." He directed inquires to Nix.

# Since you're here...

... we have a small favour to ask. More people are reading the Guardian than ever but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall – we want to keep our journalism as open as we can. So you can see why we need to ask for your help.

The Guardian is editorially independent. This is important because it enables us to challenge the powerful, and hold them to account – free from the influence of billionaire owners, politicians or shareholders.

The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters – because it might well be your perspective, too.

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure. **For as little as $1, you can support the Guardian – and it only takes a minute. Thank you.**

Support The Guardian

   

Topics



- Cambridge Analytica
- The Cambridge Analytica Files
- Facebook
- Data protection
- Donald Trump
- Brexit
- Steve Bannon
- news

# Exhibit B



# The Guardian

# How Cambridge Analytica turned Facebook 'likes' into a lucrative political tool

The algorithm used in the Facebook data breach trawled though personal data for information on sexual orientation, race, gender – and even intelligence and childhood trauma

**Carole Cadwalladr** *and* **Emma Graham-Harrison**

Sat 17 Mar 2018 09.02 EDT

**T**he algorithm at the heart of the Facebook data breach sounds almost too dystopian to be real. It trawls through the most apparently trivial, throwaway postings –the "likes" users dole out as they browse the site - to gather sensitive personal information about sexual orientation, race, gender, even intelligence and childhood trauma.

A few dozen "likes" can give a strong prediction of which party a user will vote for, reveal their gender and whether their partner is likely to be a man or woman, provide powerful clues about whether their parents stayed together throughout their childhood and predict their vulnerability to substance abuse. And it can do all this without an need for delving into personal messages, posts, status updates, photos or all the other information Facebook holds.

Some results may sound more like the result of updated online sleuthing than sophisticated data analysis; "liking" a political campaign page is little different from pinning a poster in a window.

But five years ago psychology researchers showed that far more complex traits could be deduced from patterns invisible to a human observer scanning through profiles. Just a few apparently random "likes" could form the basis for disturbingly complex character assessments.

When users liked "curly fries" and Sephora cosmetics, this was said to give clues to intelligence; Hello Kitty likes indicated political views; "Being confused after waking up from naps" was linked to sexuality.

These were just some of the unexpected but consistent correlations noted in a paper in the Proceedings of the National Academy of Sciences journal in 2013. "Few users were associated with 'likes' explicitly revealing their attributes. For example, less than 5% of users labelled as gay were connected with explicitly gay groups, such as No H8 Campaign," the peer-reviewed research found.

The researchers, Michal Kosinski, David Stillwell and Thore Graepel, saw the dystopian potential of the study and raised privacy concerns. At the time Facebook "likes" were public by default.

"The predictability of individual attributes from digital records of behaviour may have considerable negative implications, because it can easily be applied to large numbers of people without their individual consent and without them noticing," they said.

Case 3:18-cv-02843-VC    Document 18-2    Filed 08/15/18    Page 10 of 54

"Commercial companies, governmental institutions, or even your Facebook friends could use software to infer attributes such as intelligence, sexual orientation or political views that an individual may not have intended to share."

To some, that may have sounded like a business opportunity. By early 2014, Cambridge Analytica chief executive Alexander Nix had signed a deal with one of Kosinski's Cambridge colleagues, lecturer Aleksandr Kogan, for a private commercial venture, separate from Kogan's duties at the university, but echoing Kosinski's work.

The academic had developed a Facebook app which featured a personality quiz, and Cambridge Analytica paid for people to take it, advertising on platforms such as Amazon's Mechanical Turk.

The app recorded the results of each quiz, collected data from the taker's Facebook account - and, crucially, extracted the data of their Facebook friends as well.

The results were paired with each quiz-taker's Facebook data to seek out patterns and build an algorithm to predict results for other Facebook users. Their friends' profiles provided a testing ground for the formula and, more crucially, a resource that would make the algorithm politically valuable.



Aleksandr Kogan

To be eligible to take the test the user had to have a Facebook account and be a US voter, so tens of millions of the profiles could be matched to electoral rolls. From an initial trial of 1,000 "seeders", the researchers obtained 160,000 profiles - or about 160 per person. Eventually a few hundred thousand paid test-takers would be the key to data from a vast swath of US voters.

It was extremely attractive. It could also be deemed illicit, primarily because Kogan did not have permission to collect or use data for commercial purposes. His permission from Facebook to harvest profiles in large quantities was specifically restricted to academic use.

And although the company at the time allowed apps to collect friend data, it was only for use in the context of Facebook itself, to encourage interaction. Selling that data on, or putting it to other purposes, - including Cambridge Analytica's political marketing - was strictly barred.

It also appears likely the project was breaking British data protection laws, which ban sale or use of personal data without consent. That includes cases where consent is given for one purpose but data is used for another.

Case 3:18-md-02843-VC   Document 148-2   Filed 08/15/18   Page 11 of 54

The paid test-takers signed up to T&Cs, including collection of their own data, and Facebook's default terms allowed their friends' data to be collected by an app, unless they had changed their privacy settings. But none of them agreed to their data possibly being used to create a political marketing tool or to it being placed in a vast campaign database.

Kogan maintains everything he did was legal and says he had a "close working relationship" with Facebook, which had granted him permission for his apps.

Facebook denies this was a data breach. Vice-president Paul Grewal said: "Protecting people's information is at the heart of everything we do, and we require the same from people who operate apps on Facebook. If these reports are true, it's a serious abuse of our rules."

The scale of the data collection Cambridge Analytica paid for was so large it triggered an automatic shutdown of the app's ability to harvest profiles. But Kogan told a colleague he "spoke with an engineer" to get the restriction lifted and, within a day or two, work resumed.

Within months, Kogan and Cambridge Analytica had a database of millions of US voters that had its own algorithm to scan them, identifying likely political persuasions and personality traits. They could then decide who to target and craft their messages that was likely to appeal to them for those individuals – a political approach known as "micro-targeting".

Facebook announced on Friday that it was suspending Cambridge Analytica and Kogan from the platform pending information over misuse of data related to this project.

Facebook denies that the harvesting of tens of millions of profiles by GSR and Cambridge Analytica was a data breach.

It said in a statement that Kogan "gained access to this information in a legitimate way and through the proper channels", but "did not subsequently abide by our rules" because he passed the information onto third parties.

Topics



- Big data
- The Cambridge Analytica Files
- Facebook
- Cambridge Analytica
- features

# Exhibit C

**Data Use Policy**

Date of Last Revision: November 15, 2013

[Information we receive and how it is used](#)

- [Information we receive about you](#)
- [Public information](#)
- [Usernames and User IDs](#)
- [How we use the information we receive](#)
- [Deleting and deactivating your account](#)

[Sharing and finding you on Facebook](#)

- [Control each time you post](#)
- [Control over your timeline](#)
- [Finding you on Facebook](#)
- [Access on phones and other devices](#)
- [Activity log](#)
- [What your friends and others share about you](#)
- [Groups](#)
- [Pages](#)

[Other websites and applications](#)

- [About Facebook Platform](#)
- [Controlling what information you share with applications](#)
- [Controlling what is shared when the people you share with use applications](#)
- [Logging in to another site using Facebook](#)
- [About social plugins](#)
- [About instant personalization](#)
- [Public search engines](#)

[Advertising and Facebook content](#)

- [Advertising](#)
- [Facebook content](#)

[Cookies, pixels and other similar technologies](#)

Some other things you need to know

**I. Information we receive and how it is used**

**Information we receive about you**

We receive a number of different types of information about you, including:

**Your information**
Your information is the information that's required when you sign up for the site, as well as the information you choose to share.

- **Registration information**: When you sign up for Facebook, you are required to provide information such as your name, email address, birthday, and gender. In some cases, you may be able to register using other information, like your telephone number.

- **Information you choose to share**: Your information also includes the information you choose to share on Facebook, such as when you post a status update, upload a photo, or comment on a friend's story.

It also includes the information you choose to share when you communicate with us, such as when you contact us using an email address, or when you take an action, such as when you add a friend, like a Page or a website, add a place to your story, use our contact importers, or indicate you are in a relationship.

Your name, profile pictures, cover photos, gender, networks, username and User ID are treated just like information you choose to make public.
Your birthday allows us to do things like show you age-appropriate content and advertisements.

**Information others share about you**
We receive information about you from your friends and others, such as when they upload your contact information, post a photo of you, tag you in a photo or status update, or at a location, or add you to a group.

When people use Facebook, they may store and share information about you and others that they have, such as when they upload and manage their invites and contacts.

**Other information we receive about you**
We also receive other types of information about you:

- We receive data about you whenever you use or are running Facebook, such as when you look at another person's timeline, send or receive a message, search for a friend or a Page, click on, view or otherwise interact with things, use a Facebook mobile app, or make purchases through Facebook.
- When you post things like photos or videos on Facebook, we may receive additional related data (or metadata), such as the time, date, and place you took the photo or video.
- We receive data from or about the computer, mobile phone, or other devices you use to install Facebook apps or to access Facebook, including when multiple users log in from the same device. This may include network and communication information, such as your IP address or mobile phone number, and other information about things like your internet service, operating system, location, the type (including identifiers) of the device or browser you use, or the pages you visit. For example, we may get your GPS or other location information so we can tell you if any of your friends are nearby, or we could request device information to improve how our apps work on your device.
- We receive data whenever you visit a game, application, or website that uses Facebook Platform or visit a site with a Facebook feature (such as a social plugin), sometimes through cookies. This may include the date and time you visit the site; the web address, or URL, you're on; technical information about the IP address, browser and the operating system you use; and, if you are logged in to Facebook, your User ID.
- Sometimes we get data from our affiliates or our advertising partners, customers and other third parties that helps us (or them) deliver ads, understand online activity, and generally make Facebook better. For example, an

advertiser may tell us information about you (like how you responded to an ad on Facebook or on another site) in order to measure the effectiveness of - and improve the quality of - ads.

As described in "How we use the information we receive" we also put together data from the information we already have about you, your friends, and others, so we can offer and suggest a variety of services and features. For example, we may make friend suggestions, pick stories for your News Feed, or suggest people to tag in photos. We may put together your current city with GPS and other location information we have about you to, for example, tell you and your friends about people or events nearby, or offer deals to you in which you might be interested. We may also put together data about you to serve you ads or other content that might be more relevant to you.

When we get your GPS location, we put it together with other location information we have about you (like your current city). But we only keep it until it is no longer useful to provide you services, like keeping your last GPS coordinates to send you relevant notifications.

We only provide data to our advertising partners or customers after we have removed your name and any other personally identifying information from it, or have combined it with other people's data in a way that it no longer personally identifies you.

## Public information

When we use the phrase "public information" (which we sometimes refer to as "Everyone information"), we mean the information you choose to make public, as well as information that is always publicly available.

### Information you choose to make public

Choosing to make your information public is exactly what it sounds like: **anyone**, including people off Facebook, will be able to see it. Learn more.

Choosing to make your information public also means that this information:

- can be associated with you (i.e., your name, profile pictures, cover photos, timeline, User ID, username, etc.) even off Facebook;
- can show up when someone does a search on Facebook or on a public search engine;
- will be accessible to the Facebook-integrated games, applications, and websites you and your friends use; and
- will be accessible to anyone who uses our APIs such as our Graph API.

Sometimes you will not be able to select an audience when you post something (like when you write on a Page's wall or comment on a news article that uses our comments plugin). This is because some types of stories are always public stories. As a general rule, you should assume that if you do not see a sharing icon, the information will be publicly available.

When others share information about you, they can also choose to make it public.

### Information that is always publicly available

The types of information listed below are always publicly available, and they are treated just like information you decided to make public:

- **Name**: This helps your friends and family find you. If you are uncomfortable sharing your real name, you can always delete your account.

- **Profile Pictures and Cover Photos**: These help your friends and family recognize you. If you are uncomfortable making any of these photos public, you can always delete them. Unless you delete them, when you add a new profile picture or cover photo, the previous photo will remain public in your profile picture or cover photo album.

- **Networks**: This helps you see who you will be sharing information with before you choose "Friends and Networks" as a custom audience. If you are uncomfortable making your network public, you can leave the network.

- **Gender**: This allows us to refer to you properly.

- **Username and User ID**: These allow you to give out a custom link to your timeline or Page, receive email at your Facebook email address, and help make Facebook Platform possible.

## Usernames and User IDs

Usernames and User IDs are the same thing – a way to identify you on Facebook. A User ID is a string of numbers and a username generally is some variation of your name. With your username, you get a custom link (a Facebook URL, such as www.facebook.com/username) to your timeline that you can give out to people or post on external websites.

If someone has your Username or User ID, they can use it to access information about you through the facebook.com website. For example, if someone has your Username, they can type facebook.com/Username into their browser and see your public information as well as anything else you've let them see. Similarly, someone with your Username or User ID can access information about you through our APIs, such as our Graph API. Specifically, they can access your public information, along with your age range, language and country.

If you do not want your information to be accessible to Platform applications, you can turn off all Platform applications from your Privacy Settings. If you turn off Platform you will no longer be able to use any games or other applications until you turn Platform back on. For more information about the information that apps receive when you visit them, see Other websites and applications.

If you want to see information available about you through our Graph API, just type **https://graph.facebook.com/[User ID or Username]?metadata=1** into your browser. Your Facebook email address includes your public username like so: username@facebook.com. People can use your Facebook email address to send you messages and anyone in a message conversation can reply to it.

## How we use the information we receive

We use the information we receive about you in connection with the services and features we provide to you and other users like your friends, our partners, the advertisers that purchase ads on the site, and the developers that build the games, applications, and websites you use. For example, in addition to helping people see and find things that you do and share, we may use the information we receive about you:

- as part of our efforts to keep Facebook products, services and integrations safe and secure;
- to protect Facebook's or others' rights or property;
- to provide you with location features and services, like telling you and your friends when something is going on nearby;
- to measure or understand the effectiveness of ads you and others see, including to deliver relevant ads to you;
- to make suggestions to you and other users on Facebook, such as: suggesting that your friend use our contact importer because you found friends using it, suggesting that another user add you as a friend because the user imported the same email address as you did, or suggesting that your friend tag you in a picture they have uploaded with you in it; and
- for internal operations, including troubleshooting, data analysis, testing, research and service improvement.

Granting us permission to use your information not only allows us to provide Facebook as it exists today, but it also allows us to provide you with innovative features and services we develop in the future that use the information we receive about you in new ways.

While you are allowing us to use the information we receive about you, you always own all of your information. Your trust is important to us, which is why we don't share information we receive about you with others unless we have:

- received your permission;
- given you notice, such as by telling you about it in this policy; or
- removed your name and any other personally identifying information from it.

Of course, for information others share about you, they control how it is shared.

We store data for as long as it is necessary to provide products and services to you and others, including those described above. Typically, information associated with your account will be kept until your account is deleted. For certain categories of data, we may also tell you about specific data retention practices.

We may enable access to public information that has been shared through our services.

We may allow service providers to access information so they can help us provide services.

We are able to suggest that your friend tag you in a picture by scanning and comparing your friend's pictures to information we've put together from your profile pictures and the other photos in which you've been tagged. If this feature is enabled for you, you can control whether we suggest that another user tag you in a photo using the "Timeline and Tagging" settings. Learn more at: https://www.facebook.com/help/tag-suggestions

### Deleting and deactivating your account

If you want to stop using your account, you can either **deactivate** or **delete** it.

#### Deactivate
Deactivating your account puts your account on hold. Other users will no longer see your timeline, but we do not delete any of your information. Deactivating an account is the same as you telling us not to delete any information because you might want to reactivate your account at some point in the future. You can deactivate your account at: https://www.facebook.com/settings?tab=security
Your friends will still see you listed in their list of friends while your account is deactivated.

#### Deletion
When you delete your account, it is permanently deleted from Facebook. It typically takes about one month to delete an account, but some information may remain in backup copies and logs for up to 90 days. You should only delete your account if you are sure you never want to reactivate it. You can delete your account at: https://www.facebook.com/help/contact.php?show_form=delete_account
Learn more at: https://www.facebook.com/help/?faq=356107851084108

Certain information is needed to provide you with services, so we only delete this information after you delete your account. Some of the things you do on Facebook aren't stored in your account, like posting to a group or sending someone a message (where your friend may still have a message you sent, even after you delete your account). That information remains after you delete your account.

### II. Sharing and finding you on Facebook

### Control each time you post

Whenever you post content (like a status update, photo or check-in), you can select a specific audience, or even customize your audience. To do this, simply click on the sharing icon and choose who can see it.

Choose this icon if you want to make something **Public**. Choosing to make something public is exactly what it sounds like. It means that anyone, including people off Facebook, will be able to see or access it.
Choose this icon if you want to share with your Facebook **Friends**.
Choose this icon if you want to **Customize** your audience. You can also use this to hide your story from specific people.

If you tag someone, that person and their friends can see your story no matter what audience you selected. The same is true when you approve a tag someone else adds to your story.

Always think before you post. Just like anything else you post on the web or send in an email, information you share on

Facebook can be copied or re-shared by anyone who can see it.

Although you choose with whom you share, there may be ways for others to determine information about you. For example, if you hide your birthday so no one can see it on your timeline, but friends post "happy birthday!" on your timeline, people may determine your birthday.

When you comment on or "like" someone else's story, or write on their timeline, that person gets to select the audience. For example, if a friend posts a Public story and you comment on it, your comment will be Public. Often, you can see the audience someone selected for their story before you post a comment; however, the person who posted the story may later change their audience. So, if you comment on a story, and the story's audience changes, the new audience can see your comment.

You can control who can see the Facebook Pages you've "liked" by visiting your timeline, clicking on the Likes box on your timeline, and then clicking "Edit."

Sometimes you will not see a sharing icon when you post something (like when you write on a Page's wall or comment on a news article that uses our comments plugin). This is because some types of stories are always public stories. As a general rule, you should assume that if you do not see a sharing icon, the information will be publicly available.

## Control over your timeline

Whenever you add things to your timeline you can select a specific audience, or even customize your audience. To do this, simply click on the sharing icon and choose who can see it.

Choose this icon if you want to make something **Public**. Choosing to make something public is exactly what it sounds like. It means that anyone, including people off Facebook, will be able to see or access it.

Choose this icon if you want to share with your Facebook **Friends**.

Choose this icon if you want to **Customize** your audience. You can also use this to hide the item on your timeline from specific people.

When you select an audience for your friend list, you are only controlling who can see the entire list of your friends on your timeline. We call this a timeline visibility control. This is because your friend list is always available to the games, applications and websites you use, and your friendships may be visible elsewhere (such as on your friends' timelines or in searches). For example, if you select "Only Me" as the audience for your friend list, but your friend sets her friend list to "Public," anyone will be able to see your connection on your friend's timeline.

Similarly, if you choose to hide your gender, it only hides it on your timeline. This is because we, just like the applications you and your friends use, need to use your gender to refer to you properly on the site.

When someone tags you in a story (such as a photo, status update or check-in), you can choose whether you want that story to appear on your timeline. You can either approve each story individually or approve all stories by your friends. If you approve a story and later change your mind, you can remove it from your timeline.

When you hide things on your timeline, like posts or connections, it means those things will not appear on your timeline. But, remember, anyone in the audience of those posts or who can see a connection may still see it elsewhere, like on someone else's timeline or in search results. You can also delete your posts or change the audience of content you post, which means you can remove people from or add people to the audience of the content.

People on Facebook may be able to see mutual friends, even if they cannot see your entire list of friends.

Some things (like your name, profile pictures and cover photos) do not have sharing icons because they are always publicly available. As a general rule, you should assume that if you do not see a sharing icon, the information will be publicly available.

## Finding you on Facebook

To make it easier for your friends to find you, we allow anyone with your contact information (such as email address or telephone number) to find you through the Facebook search bar at the top of most pages, as well as other tools we provide, such as contact importers - even if you have not shared your contact information with them on Facebook.

You can choose who can look up your timeline using the email address or telephone number you added to your timeline through your **Privacy Settings**. But remember that people can still find you or a link to your timeline on Facebook through other people and the things they share about you or through other posts, like if you are tagged in a friend's photo or post something to a public page.

Your settings do not control whether people can find you or a link to your timeline when they search for content they have permission to see, like a photo or other story in which you've been tagged.

## Access on phones and other devices

Once you share information with your friends and others, they may be able to sync it with or access it via their mobile phones and other devices. For example, if you share a photo on Facebook, someone viewing that photo could save it using Facebook tools or by other methods offered by their device or browser. Similarly, if you share your contact information with someone or invite someone to an event, they may be able to use Facebook or third party applications or devices to sync that information. Or, if one of your friends has a Facebook application on one of their devices, your information (such as the things you post or photos you share) may be stored on or accessed by their device.

You should only share information with people you trust because they will be able to save it or re-share it with others, including when they sync the information to a device.

## Activity log

Your activity log is a place where you can go to view most of your information on Facebook, including things you've hidden from your timeline. You can use this log to manage your content. For example, you can do things like delete stories, change the audience of your stories or stop an application from publishing to your timeline on your behalf.

When you hide something from your timeline, you are not deleting it. This means that the story may be visible elsewhere, like in your friends' News Feed. If you want to delete a story you posted, choose the delete option.

## What your friends and others share about you

### Links and Tags

Anyone can add a link to a story. Links are references to something on the Internet; anything from a website to a Page or timeline on Facebook. For example, if you are writing a story, you might include a link to a blog you are referencing or a link to the blogger's Facebook timeline. If someone clicks on a link to another person's timeline, they'll only see the things that they are allowed to see.

A tag is a special type of link to someone's timeline that suggests that the tagged person add your story to their timeline. In cases where the tagged person isn't included in the audience of the story, it will add them so they can see it. Anyone can tag you in anything. Once you are tagged, you and your friends will be able to see it (such as in News Feed or in search).

You can choose whether a story you've been tagged in appears on your timeline. You can either approve each story individually or approve all stories by your friends. If you approve a story and later change your mind, you can always remove it from your timeline.

If you do not want someone to tag you, we encourage you to reach out to them and give them that feedback. If that does not work, you can block them. This will prevent them from tagging you going forward.

Social reporting is a way for people to quickly and easily ask for help from someone they trust. Learn more at: https://www.facebook.com/note.php?note_id=196124227075034&__adt=3&__att=iframe

If you are linked to in a private space (such as a message or a group) only the people who can see the private space can see the link. Similarly, if you are linked to a comment, only the people who can see the comment can see the link.

**Other information**

As described in the "what your friends and others share about you" section of this policy, your friends and others may share information about you. They may share photos or other information about you and tag you in their posts. If you do not like a particular post, tell them or report the post.

## Groups

Once you are in a Group, anyone in that Group can add you to a subgroup. When someone adds you to a Group, you will be listed as "invited" until you visit the Group. You can always leave a Group, which will prevent others from adding you to it again.

## Pages

Facebook Pages are public pages. Companies use Pages to share information about their products. Celebrities use Pages to talk about their latest projects. And communities use Pages to discuss topics of interest, everything from baseball to the opera.

Because Pages are public, information you share with a Page is public information. This means, for example, that if you post a comment on a Page, that comment may be used by the Page owner off Facebook, and anyone can see it.

When you "like" a Page, you create a connection to that Page. The connection is added to your timeline and your friends may see it in their News Feeds. You may be contacted by or receive updates from the Page, such as in your News Feed and your messages. You can remove the Pages you've "liked" through your timeline or on the Page.

Some Pages contain content that comes directly from the Page owner. Page owners can do this through online plugins, such as an iframe, and it works just like the games and other applications you use through Facebook. Because this content comes directly from the Page owner, that Page may be able to collect information about you, just like any website.

Page administrators may have access to insights data, which will tell them generally about the people that visit their Page (as opposed to information about specific people). They may also know when you've made a connection to their Page because you've liked their Page or posted a comment.

To control who can see the Facebook Pages you've liked, visit our Help Center.

## III. Other websites and applications

## About Facebook Platform

Facebook Platform (or simply Platform) refers to the way we help you share your information with the games, applications, and websites you and your friends use. Facebook Platform also lets you bring your friends with you, so you can connect with them off Facebook. In these two ways, Facebook Platform helps you make your experiences on the web more personalized and social.

Remember that these games, applications and websites are created and maintained by other businesses and developers who are not part of, or controlled by, Facebook, so you should always make sure to read their terms of service and privacy policies to understand how they treat your data.

## Controlling what information you share with applications

When you connect with a game, application or website - such as by going to a game, logging in to a website using your Facebook account, or adding an app to your timeline - we give the game, application, or website (sometimes referred to as just "applications" or "apps") your basic info (we sometimes call this your "public profile"), which includes your User ID and your public information. We also give them your friends' User IDs (also called your friend list) as part of your basic info.

Your friend list helps the application make your experience more social because it lets you find your friends on that application. Your User ID helps the application personalize your experience because it can connect your account on that application with your Facebook account, and it can access your basic info, which includes your public information and friend list. This includes the information you choose to make public, as well as information that is always publicly available. If the application needs additional information, such as your stories, photos or likes, it will have to ask you for specific permission.

The "Apps" setting lets you control the applications you use. You can see the permissions you have given these applications, the last time an application accessed your information, and the audience on Facebook for timeline stories and activity the application posts on your behalf. You can also remove applications you no longer want, or turn off all Platform applications. When you turn all Platform applications off, your User ID is no longer given to applications, even when your friends use those applications. But you will no longer be able to use any games, applications or websites through Facebook.

When you first visit an app, Facebook lets the app know your language, your country, and whether you are in an age group, for instance, under 18, between 18-20, or 21 and over. Age range lets apps provide you with age-appropriate content. If you install the app, it can access, store and update the information you've shared. Apps you've installed can update their records of your basic info, age range, language and country. If you haven't used an app in a while, you should consider removing it. Once you remove an app, it won't be able to continue to update the additional information you've given them permission to access, but it may still hold the information you have already shared. You always can contact the app directly and request that they delete your data. Learn more at: https://www.facebook.com/help/how-apps-work

Sometimes a game console, mobile phone, or other device might ask for permission to share specific information with the games and applications you use on that device. If you say okay, those applications will not be able to access any other information about you without asking specific permission from you or your friends.

Sites and apps that use Instant Personalization receive your User ID and friend list when you visit them.

You always can remove apps you've installed by using your app settings at: https://www.facebook.com/settings/?tab=applications. But remember, apps may still be able to access your information when the people you share with use them. And, if you've removed an application and want it to delete the information you've already shared with it, you should contact the application. Visit the application's page on Facebook or its own website to learn more about the app. For example, Apps may have reasons (e.g. legal obligations) to retain some data that you share with them.

**Controlling what is shared when the people you share with use applications**

Just like when you share information by email or elsewhere on the web, information you share on Facebook can be re-shared. This means that if you share something on Facebook, anyone who can see it can share it with others, including the games, applications, and websites they use.

Your friends and the other people you share information with often want to share your information with applications to make their experiences on those applications more personalized and social. For example, one of your friends might want to use a music application that allows them to see what their friends are listening to. To get the full benefit of that application, your friend would want to give the application her friend list – which includes your User ID – so the application knows which of her friends is also using it. Your friend might also want to share the music you "like" on Facebook. If you have made that information public, then the application can access it just like anyone else. But if you've shared your likes with just your friends, the application could ask your friend for permission to share them.

You can control most of the information other people can share with applications they use from the "App" settings page. But these controls do not let you limit access to your public information and friend list.

If you want to completely block applications from getting your information when your friends and others use them, you will need to turn off all Platform applications. This means that you will no longer be able to use any third-party Facebook-integrated games, applications or websites.

If an application asks permission from someone else to access your information, the application will be allowed to use

that information only in connection with the person that gave the permission, and no one else.

For example, some apps use information such as your friends list, to personalize your experience or show you which of your friends use that particular app.

## Logging in to another site using Facebook

Facebook Platform lets you log into other applications and websites using your Facebook account. When you log in using Facebook, we give the site your User ID (just like when you connect with any other application), but we do not share your email address or password with that website through this process without your permission.

If you already have an account on that website, the site may also be able to connect that account with your Facebook account. Sometimes it does this using what is called an "email hash", which is similar to searching for someone on Facebook using an email address. Only the email addresses in this case are hashed so no email addresses are actually shared between Facebook and the website.

## How it works

The website sends over a hashed version of your email address, and we match it with a database of email addresses that we have also hashed. If there is a match, then we tell the website the User ID associated with the email address. This way, when you log into the website using Facebook, the website can link your Facebook account to your account on that website.

## About social plugins

Social plugins are buttons, boxes, and stories (such as the Like button) that other websites can use to present Facebook content to you and create more social and personal experiences for you. While you view these buttons, boxes, and stories on other sites, the content comes directly from Facebook.

Sometimes plugins act just like applications. You can spot one of these plugins because it will ask you for permission to access your information or to publish information back to Facebook. For example, if you use a registration plugin on a website, the plugin will ask your permission to share your basic info with the website to make it easier for you to register for the website. Similarly, if you use an "Add To Timeline" plugin, the plugin will ask for your permission to publish stories about your activities on that website to Facebook.

If you make something public using a plugin, such as posting a public comment on a newspaper's website, then that website can access your comment (along with your User ID) just like everyone else.

If you post something using a social plugin and you do not see a sharing icon, you should assume that story is Public. For example, if you post a comment through a Facebook comment plugin on a site, your story is Public and everyone, including the website, can see your story.
Websites that use social plugins can sometimes tell that you have engaged with the social plugin. For example, they may know that you clicked on a Like button in a social plugin.
We receive data when you visit a site with a social plugin. We keep this data for a maximum of 90 days. After that, we remove your name and any other personally identifying information from the data, or combine it with other people's data in a way that it is no longer associated with you. Learn more at: https://www.facebook.com/help/social-plugins

## About instant personalization

Instant personalization (sometimes also referred to as "Start now") is a way for Facebook to help partners (such as Bing and Rotten Tomatoes) on and off Facebook to create a more personalized and social experience for logged in users than a social plugin can offer. When you visit a site or app using instant personalization, it will know some information about you and your friends the moment you arrive. This is because sites and apps using instant personalization can access your User ID, your friend list, and your public information.

The first time you visit a site or app using instant personalization, you will see a notification letting you know that the

site or app has partnered with Facebook to provide a personalized experience.

The notification will give you the ability to disable or turn off instant personalization for that site or app. If you do that, that site or app is required to delete all of the information about you it received from Facebook as part of the instant personalization program. In addition, we will prevent that site from accessing your information in the future, even when your friends use that site.

If you decide that you do not want to experience instant personalization for all partner sites and apps, you can disable instant personalization from the "Apps" settings page.

If you turn off instant personalization, these partner third party sites and apps will not be able to access your public information, even when your friends visit those sites.

If you turn off an instant personalization site or app after you have been using it or visited it a few times (or after you have given it specific permission to access your data), it will not automatically delete information about you it received through Facebook. Like all other apps, the site is required by our policies to delete information about you if you ask it to do so.

**How it works**

To join the instant personalization program, a potential partner must enter into an agreement with us designed to protect your privacy. For example, this agreement requires that the partner delete information about you if you turn off instant personalization when you first visit the site or app. It also prevents the partner from accessing any information about you until you or your friends visit its site.

Instant personalization partners sometimes use an email hash process to see if any of their users are on Facebook and get those users' User IDs. This process is similar to searching for someone on Facebook using an email address, except in this case, the email addresses are hashed so no actual email addresses are exchanged. The partner is also contractually required not to use your User ID for any purpose (other than associating it with your account) until you or your friends visit the site.

When you visit a site or app using instant personalization, we provide the site or app with your User ID and your friend list (as well as your age range, locale, and gender). The site or app can then connect your account with your friends' accounts to make the site or app instantly social. The site can also access public information associated with any of the User IDs it receives, which it can use to make them instantly personalized. For example, if the site is a music site, it can access your music interests to suggest songs you may like, and access your friends' music interests to let you know what they are listening to. Of course it can only access your or your friends' music interests if they are public. If the site or app wants any additional information, it will have to get your specific permission.

**Public search engines**

Your public search setting controls whether people who enter your name on a public search engine may see your public timeline (including in sponsored results). You can find your public search setting on the "Privacy Settings and Tools" settings page.

This setting does not apply to search engines that access your information as an application using Facebook Platform. If you turn your public search setting off and then search for yourself on a public search engine, you may still see a preview of your timeline. This is because some search engines cache information for a period of time. You can learn more about how to request a search engine to remove you from cached information at: https://www.facebook.com/help/?faq=13323

**IV. Advertising and Facebook content**

**Advertising**

Facebook offers a range of products that allow advertisers to reach people on and off Facebook. In addition to the

information we provide in this section, you can also learn more about advertising products, how they work, our partnerships, and the controls you have, by visiting our "Advertising on Facebook" page.

When we deliver ads, we do not share your information (information that personally identifies you, such as your name or contact information) with advertisers unless you give us permission. We may provide advertisers with information when we have removed your name and other personally identifying information from it, or combined it with other information so that it no longer personally identifies you. For example, we may tell an advertiser how its ads perform or how many people viewed or clicked on their ads or install an app after seeing an ad.

So we can show you content that you may find interesting, we may use all of the information we receive about you to serve ads that are more relevant to you. For example, this includes:

- information you provide at registration or add to your account or timeline,
- things you share and do on Facebook, such as what you like, and your interactions with advertisements, partners, or apps,
- keywords from your stories, and
- things we infer from your use of Facebook.

For many ads we serve, advertisers may choose their audience by location, demographics, likes, keywords, and any other information we receive or infer about users. Here are some of the ways advertisers may target relevant ads:

- demographics and interests: for example, 18 to 35 year-old women who live in the United States and like basketball;
- topics or keywords: for example, "music" or people who like a particular song or artist;
- Page likes (including topics such as products, brands, religion, health status, or political views): for example, if you like a Page about gluten-free food, you may receive ads about relevant food products; or
- categories (including things like "moviegoer" or a "sci-fi fan"): for example, if a person "likes" the "Star Trek" Page and mentions "Star Wars" when they check into a movie theater, we may infer that this person is likely to be a sci-fi fan and advertisers of sci-fi movies could ask us to target that category.

In addition to delivering relevant ads, Facebook sometimes pairs ads with social context, meaning stories about social actions that you or your friends have taken. For example, an ad for a sushi restaurant's Facebook Page may be paired with a News Feed story that one of your friends likes that Page.

We also sometimes serve these same types of ads on other sites or may serve just the social context (such as with ads served by others), so that the ads are more relevant to you. Just like any other content you share on Facebook, only people who you're already sharing with on Facebook would see it when it is paired with an ad. We also allow advertisers to reach people on Facebook using the information they already have about you (such as email addresses or whether you have visited their websites previously). You can learn more about ads, social context, and our partnerships, including the relevant settings and controls available to you, by visiting the Advertising on Facebook page.

If an advertiser chooses to run ads, we serve the ads to people who meet criteria the advertiser selects. So, if someone views or otherwise interacts with the ad, the advertiser might assume that the person meets the criteria they selected (for example, that the person is an 18-to-35-year-old woman who lives in the U.S. and likes basketball). We require advertisers to comply with our Advertising Guidelines, including provisions relating to the use of sensitive data.

Advertisers and their partners sometimes use cookies or other similar technologies in order to serve and measure ads and to make their ads more effective. Learn more about cookies, pixels and similar technologies.

When you post a story on Facebook and an advertiser sponsors it, nothing changes about the audience of the post. Only the people who could originally see the post (the people you shared it with) are eligible to see it.

## Facebook content

We like to tell you about some of the features and tools your friends and others use on Facebook, to help you have a

better experience. For example, if your friend uses our friend finder tool to find more friends on Facebook, we may tell you about it to encourage you to use it as well. This of course means your friend may similarly see suggestions based on the things you do. But we will try to only show it to friends that could benefit from your experience.

## V. Cookies, pixels and other similar technologies

Cookies are small pieces of data that are stored on your computer, mobile phone or other device. Pixels are small blocks of code on webpages that do things like allow another server to measure viewing of a webpage and often are used in connection with cookies.

We use technologies like cookies, pixels, and local storage (like on your browser or device, which is similar to a cookie but holds more information) to provide and understand a range of products and services. Learn more at: https://www.facebook.com/help/cookies

We use these technologies to do things like:

- make Facebook easier or faster to use;
- enable features and store information about you (including on your device or in your browser cache) and your use of Facebook;
- deliver, understand and improve advertising;
- monitor and understand the use of our products and services; and
- protect you, others and Facebook.

For example, we may use these tools to know you are logged in to Facebook, to help you use social plugins and share buttons, or to know when you are interacting with our advertising or Platform partners.

We may ask advertisers or other partners to serve ads or services to computers, mobile phones or other devices, which may use a cookie, pixel or other similar technology placed by Facebook or the third party (although we would not share information that personally identifies you with an advertiser).

Most companies on the web use cookies (or other similar technological tools), including our advertising and Platform partners. For example, our Platform partners, advertisers or Page administrators may use cookies or similar technologies when you access their apps, ads, Pages or other content.

Cookies and things like local storage help make Facebook work, like allowing pages to load faster because certain content is stored on your browser or by helping us authenticate you to deliver personalized content.
To learn more about how advertisers generally use cookies and the choices advertisers provide, visit the Network Advertising Initiative at http://www.networkadvertising.org/managing/opt_out.asp, the Digital Advertising Alliance at http://www.aboutads.info/, the Internet Advertising Bureau (US) at http://www.iab.net or the Internet Advertising Bureau (EU) at http://youronlinechoices.eu/.
Refer to your browser or device's help material to learn what controls you can often use to remove or block cookies or other similar technologies or block or remove other data stored on your computer or device (such as by using the various settings in your browser). If you do this, it may affect your ability to use Facebook or other websites and apps.

## VI. Some other things you need to know

### Safe harbor
Facebook complies with the U.S.-EU and U.S.-Swiss Safe Harbor frameworks as set forth by the Department of Commerce regarding the collection, use, and retention of data from the European Union. To view our certification, visit the U.S. Department of Commerce's Safe Harbor website at: https://safeharbor.export.gov/list.aspx. As part of our participation in the Safe Harbor program, we agree to resolve disputes you have with us in connection with our policies and practices through TRUSTe. If you would like to contact TRUSTe, visit:https://feedback-form.truste.com/watchdog/request

### Contact us with questions or disputes

If you have questions or complaints regarding our Data Use Policy or practices, please contact us by mail at 1601 Willow Road, Menlo Park, CA 94025 if you reside in the U.S. or Canada, or at Facebook Ireland Ltd., Hanover Reach, 5-7 Hanover Quay, Dublin 2 Ireland if you live outside the U.S. or Canada. Anyone may also contact us through this help page: https://www.facebook.com/help/contact_us.php?id=173545232710000

**Responding to legal requests and preventing harm**
We may access, preserve and share your information in response to a legal request (like a search warrant, court order or subpoena) if we have a good faith belief that the law requires us to do so. This may include responding to legal requests from jurisdictions outside of the United States where we have a good faith belief that the response is required by law in that jurisdiction, affects users in that jurisdiction, and is consistent with internationally recognized standards. We may also access, preserve and share information when we have a good faith belief it is necessary to: detect, prevent and address fraud and other illegal activity; to protect ourselves, you and others, including as part of investigations; or to prevent death or imminent bodily harm.

Information we receive about you, including financial transaction data related to purchases made with Facebook, may be accessed, processed and retained for an extended period of time when it is the subject of a legal request or obligation, governmental investigation, or investigations concerning possible violations of our terms or policies, or otherwise to prevent harm. We also may retain information from accounts disabled for violations of our terms for at least a year to prevent repeat abuse or other violations of our terms.

**Access requests**
You can access and correct most of your personal data stored by Facebook by logging into your account and viewing your timeline and activity log. You can also download a copy of your personal data by visiting your "Settings" (General Account Settings page), clicking on "Download a copy of your Facebook data" and then clicking on the link for your expanded archive. Learn more at: https://www.facebook.com/help/?faq=226281544049399

**Notifications and Other Messages**
We may send you notifications and other messages using the contact information we have for you, like your email address. You can control most of the notifications you receive, including ones from Pages you like and applications you use, using controls we provide, such as a control included in the email you receive or in your "Notifications" settings.

**Friend Finder**
We offer tools to help you upload your friends' contact information so that you and others can find friends on Facebook, and invite friends who do not use Facebook to join, and so we can offer you and others better experiences on Facebook through suggestions and other customized experiences. If you do not want us to store this information, visit this help page at: https://www.facebook.com/contact_importer/remove_uploads.php.

If you give us your password, we will delete it after you upload your friends' contact information.

**Invitations**
When you invite a friend to join Facebook, we send a message on your behalf using your name, and we may also include names and pictures of other people your friend might know on Facebook. We'll also send a few reminders to those you invite, but the invitation will also give your friend the opportunity to opt out of receiving other invitations to join Facebook.

**Memorializing accounts**
We may memorialize the account of a deceased person. When we memorialize an account, we keep the timeline on Facebook, but limit access and some features. You can report a deceased person's timeline at: https://www.facebook.com/help/contact.php?show_form=deceased

We also may close an account if we receive a formal request that satisfies certain criteria.

**Affiliates**
We may share information we receive with businesses that are legally part of the same group of companies that Facebook is part of, or that become part of that group (often these companies are called affiliates). Likewise, our

affiliates may share information with us as well. This sharing is done in compliance with applicable laws including where such applicable laws require consent. We and our affiliates may use shared information to help provide, understand, and improve our services and their own services.

## Service Providers

We give your information to the people and companies that help us provide, understand and improve the services we offer. For example, we may use outside vendors to help host our website, serve photos and videos, process payments, analyze data, conduct and publish research, measure the effectiveness of ads, or provide search results. In some cases we provide the service jointly with another company, such as the Facebook Marketplace. In all of these cases our partners must agree to only use your information consistent with the agreement we enter into with them, as well as this Data Use Policy.

## Security and bugs

We do our best to keep your information secure, but we need your help. For more detailed information about staying safe on Facebook, visit the Facebook Security Page. We try to keep Facebook up, bug-free and safe, but can't make guarantees about any part of our services or products.

## Change of Control

If the ownership of our business changes, we may transfer your information to the new owner so they can continue to operate the service. But they will still have to honor the commitments we have made in this Data Use Policy.

## Notice of Changes

If we make changes to this Data Use Policy we will notify you (for example, by publication here and on the Facebook Site Governance Page). If the changes are material, we will provide you additional, prominent notice as appropriate under the circumstances. You can make sure that you receive notice directly by liking the Facebook Site Governance Page.

## Opportunity to comment

Unless we make a change for legal or administrative reasons, or to correct an inaccurate statement, we will give you seven (7) days to provide us with comments on the change. After the comment period, if we adopt any changes, we will provide notice (for example, on the Facebook Site Governance Page or in this policy) of the effective date.

## Information for users outside of the United States and Canada

Company Information: The website under www.facebook.com and the services on these pages are being offered to users outside of the U.S. and Canada by Facebook Ireland Ltd., Hanover Reach, 5-7 Hanover Quay, Dublin 2 Ireland. The company Facebook Ireland Ltd. has been established and registered in Ireland as a private limited company, Company Number: 462932, and is the data controller responsible for your personal information.
Directors: Sonia Flynn (Irish), Shane Crehan (Irish).

## Your California privacy rights

California law permits residents of California to request certain details about what personal information a company shares with third parties for the third parties' direct marketing purposes. Facebook does not share your information with third parties for the third parties' own and independent direct marketing purposes unless we receive your permission. Learn more about the information we receive and how it is used and other websites and applications. If you have questions about our sharing practices or your rights under California law, please write us at 1601 Willow Road, Menlo Park,

# Exhibit D



Email
Password

☐ Keep me logged in        Forgot your password?

Log In

Sign Up        **Facebook helps you connect and share with the people in your life.**

This agreement was written in English (US). To the extent any translated version of this agreement conflicts with the English version, the English version controls.  Please note that Section 16 contains certain changes to the general terms for users outside the United States.

Date of Last Revision: April 26, 2011.

### Statement of Rights and Responsibilities

This Statement of Rights and Responsibilities (Statement) derives from the Facebook Principles, and governs our relationship with users and others who interact with Facebook. By using or accessing Facebook, you agree to this Statement.

1. **Privacy**

   Your privacy is very important to us. We designed our Privacy Policy to make important disclosures about how you can use Facebook to share with others and how we collect and can use your content and information.  We encourage you to read the Privacy Policy, and to use it to help make informed decisions.

2. **Sharing Your Content and Information**

   You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. In addition:
   1. For content that is covered by intellectual property rights, like photos and videos (IP content), you specifically give us the following permission, subject to your privacy and application settings: you grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any IP content that you post on or in connection with Facebook (IP License). This IP License ends when you delete your IP content or your account unless your content has been shared with others, and they have not deleted it.
   2. When you delete IP content, it is deleted in a manner similar to emptying the recycle bin on a computer. However, you understand that removed content may persist in backup copies for a reasonable period of time (but will not be available to others).
   3. When you use an application, your content and information is shared with the application.  We require applications to respect your privacy, and your agreement with that application will control how the application can use, store, and transfer that content and information.  (To learn more about Platform, read our Privacy Policy and Platform Page.)
   4. When you publish content or information using the Public setting, it means that you are allowing everyone, including people off of Facebook, to access and use that information, and to associate it with you (i.e., your name and profile picture).
   5. We always appreciate your feedback or other suggestions about Facebook, but you understand that we may use them without any obligation to compensate you for them (just as you have no obligation to offer them).

3. **Safety**

   We do our best to keep Facebook safe, but we cannot guarantee it. We need your help to do that, which includes the following commitments:
   1. You will not send or otherwise post unauthorized commercial communications (such as spam) on Facebook.
   2. You will not collect users' content or information, or otherwise access Facebook, using automated means (such as harvesting bots, robots, spiders, or scrapers) without our permission.
   3. You will not engage in unlawful multi-level marketing, such as a pyramid scheme, on Facebook.
   4. You will not upload viruses or other malicious code.
   5. You will not solicit login information or access an account belonging to someone else.
   6. You will not bully, intimidate, or harass any user.
   7. You will not post content that: is hateful, threatening, or pornographic; incites violence; or contains nudity or graphic or gratuitous violence.
   8. You will not develop or operate a third-party application containing alcohol-related or other mature content (including advertisements) without appropriate age-based restrictions.
   9. You will follow our Promotions Guidelines and all applicable laws if you publicize or offer any contest, giveaway, or sweepstakes ("promotion") on Facebook.
   10. You will not use Facebook to do anything unlawful, misleading, malicious, or discriminatory.
   11. You will not do anything that could disable, overburden, or impair the proper working of Facebook, such as a denial of service attack.
   12. You will not facilitate or encourage any violations of this Statement.

4. **Registration and Account Security**

   Facebook users provide their real names and information, and we need your help to keep it that way. Here are some commitments you make to us relating to registering and maintaining the security of your account:
   1. You will not provide any false personal information on Facebook, or create an account for anyone other than

yourself without permission.
2. You will not create more than one personal profile.
3. If we disable your account, you will not create another one without our permission.
4. You will not use your personal profile for your own commercial gain (such as selling your status update to an advertiser).
5. You will not use Facebook if you are under 13.
6. You will not use Facebook if you are a convicted sex offender.
7. You will keep your contact information accurate and up-to-date.
8. You will not share your password, (or in the case of developers, your secret key), let anyone else access your account, or do anything else that might jeopardize the security of your account.
9. You will not transfer your account (including any page or application you administer) to anyone without first getting our written permission.
10. If you select a username for your account we reserve the right to remove or reclaim it if we believe appropriate (such as when a trademark owner complains about a username that does not closely relate to a user's actual name).

5. **Protecting Other People's Rights**

   We respect other people's rights, and expect you to do the same.
   1. You will not post content or take any action on Facebook that infringes or violates someone else's rights or otherwise violates the law.
   2. We can remove any content or information you post on Facebook if we believe that it violates this Statement.
   3. We will provide you with tools to help you protect your intellectual property rights. To learn more, visit our How to Report Claims of Intellectual Property Infringement page.
   4. If we remove your content for infringing someone else's copyright, and you believe we removed it by mistake, we will provide you with an opportunity to appeal.
   5. If you repeatedly infringe other people's intellectual property rights, we will disable your account when appropriate.
   6. You will not use our copyrights or trademarks (including Facebook, the Facebook and F Logos, FB, Face, Poke, Wall and 32665), or any confusingly similar marks, without our written permission.
   7. If you collect information from users, you will: obtain their consent, make it clear you (and not Facebook) are the one collecting their information, and post a privacy policy explaining what information you collect and how you will use it.
   8. You will not post anyone's identification documents or sensitive financial information on Facebook.
   9. You will not tag users or send email invitations to non-users without their consent.

6. **Mobile**

   1. We currently provide our mobile services for free, but please be aware that your carrier's normal rates and fees, such as text messaging fees, will still apply.
   2. In the event you change or deactivate your mobile telephone number, you will update your account information on Facebook within 48 hours to ensure that your messages are not sent to the person who acquires your old number.
   3. You provide all rights necessary to enable users to sync (including through an application) their contact lists with any basic information and contact information that is visible to them on Facebook, as well as your name and profile picture.

7. **Payments and Deals**

   1. If you make a payment on Facebook or use Facebook Credits, you agree to our Payments Terms.
   2. If purchase a Deal, you agree to our Deals Terms.
   3. If you provide a Deal or partner with us to provide a Deal, you agree to the Merchant Deal Terms in addition to any other agreements you may have with us.

8. **Special Provisions Applicable to Share Links**

   If you include our Share Link button on your website, the following additional terms apply to you:
   1. We give you permission to use Facebook's Share Link button so that users can post links or content from your website on Facebook.
   2. You give us permission to use and allow others to use such links and content on Facebook.
   3. You will not place a Share Link button on any page containing content that would violate this Statement if posted on Facebook.

9. **Special Provisions Applicable to Developers/Operators of Applications and Websites**

   If you are a developer or operator of a Platform application or website, the following additional terms apply to you:
   1. You are responsible for your application and its content and all uses you make of Platform. This includes ensuring your application or use of Platform meets our Facebook Platform Policies and our Advertising Guidelines.
   2. Your access and use of data you receive from Facebook, will be limited as follows:
      1. You will only request data you need to operate your application.
      2. You will have a privacy policy that tells users what user data you are going to use and how you will use, display, share, or transfer that data and you will include your privacy policy URL in the Developer Application.
      3. You will not use, display, share, or transfer a user's data in a manner inconsistent with your privacy policy.
      4. You will delete all data you receive from us concerning a user if the user asks you to do so, and will

           provide a mechanism for users to make such a request.
5. You will not include data you receive from us concerning a user in any advertising creative.
6. You will not directly or indirectly transfer any data you receive from us to (or use such data in connection with) any ad network, ad exchange, data broker, or other advertising related toolset, even if a user consents to that transfer or use.
7. You will not sell user data. If you are acquired by or merge with a third party, you can continue to use user data within your application, but you cannot transfer user data outside of your application.
8. We can require you to delete user data if you use it in a way that we determine is inconsistent with users' expectations.
9. We can limit your access to data.
10. You will comply with all other restrictions contained in our Facebook Platform Policies.
3. You will not give us information that you independently collect from a user or a user's content without that user's consent.
4. You will make it easy for users to remove or disconnect from your application.
5. You will make it easy for users to contact you. We can also share your email address with users and others claiming that you have infringed or otherwise violated their rights.
6. You will provide customer support for your application.
7. You will not show third party ads or web search boxes on Facebook.
8. We give you all rights necessary to use the code, APIs, data, and tools you receive from us.
9. You will not sell, transfer, or sublicense our code, APIs, or tools to anyone.
10. You will not misrepresent your relationship with Facebook to others.
11. You may use the logos we make available to developers or issue a press release or other public statement so long as you follow our Facebook Platform Policies.
12. We can issue a press release describing our relationship with you.
13. You will comply with all applicable laws. In particular you will (if applicable):
     1. have a policy for removing infringing content and terminating repeat infringers that complies with the Digital Millennium Copyright Act.
     2. comply with the Video Privacy Protection Act (VPPA), and obtain any opt-in consent necessary from users so that user data subject to the VPPA may be shared on Facebook. You represent that any disclosure to us will not be incidental to the ordinary course of your business.
14. We do not guarantee that Platform will always be free.
15. You give us all rights necessary to enable your application to work with Facebook, including the right to incorporate content and information you provide to us into streams, profiles, and user action stories.
16. You give us the right to link to or frame your application, and place content, including ads, around your application.
17. We can analyze your application, content, and data for any purpose, including commercial (such as for targeting the delivery of advertisements and indexing content for search).
18. To ensure your application is safe for users, we can audit it.
19. We can create applications that offer similar features and services to, or otherwise compete with, your application.

10. **About Advertisements and Other Commercial Content Served or Enhanced by Facebook**

Our goal is to deliver ads that are not only valuable to advertisers, but also valuable to you. In order to do that, you agree to the following:
1. You can use your privacy settings to limit how your name and profile picture may be associated with commercial, sponsored, or related content (such as a brand you like) served or enhanced by us. You give us permission to use your name and profile picture in connection with that content, subject to the limits you place.
2. We do not give your content or information to advertisers without your consent.
3. You understand that we may not always identify paid services and communications as such.

11. **Special Provisions Applicable to Advertisers**

You can target your specific audience by buying ads on Facebook or our publisher network. The following additional terms apply to you if you place an order through our online advertising portal (Order):
1. When you place an Order, you will tell us the type of advertising you want to buy, the amount you want to spend, and your bid. If we accept your Order, we will deliver your ads as inventory becomes available. When serving your ad, we do our best to deliver the ads to the audience you specify, although we cannot guarantee in every instance that your ad will reach its intended target.
2. In instances where we believe doing so will enhance the effectiveness of your advertising campaign, we may broaden the targeting criteria you specify.
3. You will pay for your Orders in accordance with our Payments Terms. The amount you owe will be calculated based on our tracking mechanisms.
4. Your ads will comply with our Advertising Guidelines.
5. We will determine the size, placement, and positioning of your ads.
6. We do not guarantee the activity that your ads will receive, such as the number of clicks you will get.
7. We cannot control how people interact with your ads, and are not responsible for click fraud or other improper actions that affect the cost of running ads. We do, however, have systems to detect and filter certain suspicious activity, learn more here.
8. You can cancel your Order at any time through our online portal, but it may take up to 24 hours before the ad stops running. You are responsible for paying for those ads.
9. Our license to run your ad will end when we have completed your Order. You understand, however, that if users have interacted with your ad, your ad may remain until the users delete it.
10. We can use your ads and related content and information for marketing or promotional purposes.
11. You will not issue any press release or make public statements about your relationship with Facebook without written permission.
12. We may reject or remove any ad for any reason.
13. If you are placing ads on someone else's behalf, we need to make sure you have permission to place those ads, including the following:

1. You warrant that you have the legal authority to bind the advertiser to this Statement.
2. You agree that if the advertiser you represent violates this Statement, we may hold you responsible for that violation.

## 12. Special Provisions Applicable to Pages

If you create or administer a Page on Facebook, you agree to our Pages Terms.

## 13. Amendments

1. We can change this Statement if we provide you notice (by posting the change on the Facebook Site Governance Page) and an opportunity to comment. To get notice of any future changes to this Statement, visit our Facebook Site Governance Page and become a fan.
2. For changes to sections 7, 8, 9, and 11 (sections relating to payments, application developers, website operators, and advertisers), we will give you a minimum of three days notice. For all other changes we will give you a minimum of seven days notice. All such comments must be made on the Facebook Site Governance Page.
3. If more than 7,000 users comment on the proposed change, we will also give you the opportunity to participate in a vote in which you will be provided alternatives. The vote shall be binding on us if more than 30% of all active registered users as of the date of the notice vote.
4. We can make changes for legal or administrative reasons, or to correct an inaccurate statement, upon notice without opportunity to comment.

## 14. Termination

If you violate the letter or spirit of this Statement, or otherwise create risk or possible legal exposure for us, we can stop providing all or part of Facebook to you. We will notify you by email or at the next time you attempt to access your account. You may also delete your account or disable your application at any time. In all such cases, this Statement shall terminate, but the following provisions will still apply: 2.2, 2.4, 3-5, 8.2, 9.1-9.3, 9.9, 9.10, 9.13, 9.15, 9.18, 10.3, 11.2, 11.5, 11.6, 11.9, 11.12, 11.13, and 14-18.

## 15. Disputes

1. You will resolve any claim, cause of action or dispute (claim) you have with us arising out of or relating to this Statement or Facebook exclusively in a state or federal court located in Santa Clara County. The laws of the State of California will govern this Statement, as well as any claim that might arise between you and us, without regard to conflict of law provisions. You agree to submit to the personal jurisdiction of the courts located in Santa Clara County, California for the purpose of litigating all such claims.
2. If anyone brings a claim against us related to your actions, content or information on Facebook, you will indemnify and hold us harmless from and against all damages, losses, and expenses of any kind (including reasonable legal fees and costs) related to such claim.
3. WE TRY TO KEEP FACEBOOK UP, BUG-FREE, AND SAFE, BUT YOU USE IT AT YOUR OWN RISK. WE ARE PROVIDING FACEBOOK AS IS WITHOUT ANY EXPRESS OR IMPLIED WARRANTIES INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. WE DO NOT GUARANTEE THAT FACEBOOK WILL BE SAFE OR SECURE. FACEBOOK IS NOT RESPONSIBLE FOR THE ACTIONS, CONTENT, INFORMATION, OR DATA OF THIRD PARTIES, AND YOU RELEASE US, OUR DIRECTORS, OFFICERS, EMPLOYEES, AND AGENTS FROM ANY CLAIMS AND DAMAGES, KNOWN AND UNKNOWN, ARISING OUT OF OR IN ANY WAY CONNECTED WITH ANY CLAIM YOU HAVE AGAINST ANY SUCH THIRD PARTIES. IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE §1542, WHICH SAYS: A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR. WE WILL NOT BE LIABLE TO YOU FOR ANY LOST PROFITS OR OTHER CONSEQUENTIAL, SPECIAL, INDIRECT, OR INCIDENTAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS STATEMENT OR FACEBOOK, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. OUR AGGREGATE LIABILITY ARISING OUT OF THIS STATEMENT OR FACEBOOK WILL NOT EXCEED THE GREATER OF ONE HUNDRED DOLLARS ($100) OR THE AMOUNT YOU HAVE PAID US IN THE PAST TWELVE MONTHS. APPLICABLE LAW MAY NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY OR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. IN SUCH CASES, FACEBOOK'S LIABILITY WILL BE LIMITED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.

## 16. Special Provisions Applicable to Users Outside the United States

We strive to create a global community with consistent standards for everyone, but we also strive to respect local laws. The following provisions apply to users outside the United States:

1. You consent to having your personal data transferred to and processed in the United States.
2. If you are located in a country embargoed by the United States, or are on the U.S. Treasury Department's list of Specially Designated Nationals you will not engage in commercial activities on Facebook (such as advertising or payments) or operate a Platform application or website.
3. Certain specific terms that apply only for German users are available here.

## 17. Definitions

1. By Facebook we mean the features and services we make available, including through (a) our website at www.facebook.com and any other Facebook branded or co-branded websites (including sub-domains, international versions, widgets, and mobile versions); (b) our Platform; (c) social plugins such as the like

button, the share button and other similar offerings and (d) other media, software (such as a toolbar), devices, or networks now existing or later developed.

2. By Platform we mean a set of APIs and services that enable others, including application developers and website operators, to retrieve data from Facebook or provide data to us.

3. By information we mean facts and other information about you, including actions you take.

4. By content we mean anything you post on Facebook that would not be included in the definition of information.

5. By data we mean content and information that third parties can retrieve from Facebook or provide to Facebook through Platform.

6. By post we mean post on Facebook or otherwise make available to us (such as by using an application).

7. By use we mean use, copy, publicly perform or display, distribute, modify, translate, and create derivative works of.

8. By active registered user we mean a user who has logged into Facebook at least once in the previous 30 days.

9. By application we mean any application or website that uses or accesses Platform, as well as anything else that receives or has received data from us.  If you no longer access Platform but have not deleted all data from us, the term application will apply until you delete the data.

## 18. Other

1. If you are a resident of or have your principal place of business in the US or Canada, this Statement is an agreement between you and Facebook, Inc.  Otherwise, this Statement is an agreement between you and Facebook Ireland Limited.  References to "us," "we," and "our" mean either Facebook, Inc. or Facebook Ireland Limited, as appropriate.

2. This Statement makes up the entire agreement between the parties regarding Facebook, and supersedes any prior agreements.

3. If any portion of this Statement is found to be unenforceable, the remaining portion will remain in full force and effect.

4. If we fail to enforce any of this Statement, it will not be considered a waiver.

5. Any amendment to or waiver of this Statement must be made in writing and signed by us.

6. You will not transfer any of your rights or obligations under this Statement to anyone else without our consent.

7. All of our rights and obligations under this Statement are freely assignable by us in connection with a merger, acquisition, or sale of assets, or by operation of law or otherwise.

8. Nothing in this Statement shall prevent us from complying with the law.

9. This Statement does not confer any third party beneficiary rights.

10. You will comply with all applicable laws when using or accessing Facebook.

**You may also want to review the following documents:**

- Privacy Policy: The Privacy Policy is designed to help you understand how we collect and use information.
- Payment Terms: These additional terms apply to all payments made on or through Facebook.
- Platform Page: This page helps you better understand what happens when you add a third-party application or use Facebook Connect, including how they may access and use your data.
- Facebook Platform Policies: These guidelines outline the policies that apply to applications, including Connect sites.
- Advertising Guidelines: These guidelines outline the policies that apply to advertisements placed on Facebook.
- Promotions Guidelines: These guidelines outline the policies that apply if you have obtained written pre-approval from us to offer contests, sweepstakes, and other types of promotions on Facebook.
- How to Report Claims of Intellectual Property Infringement
- How to Appeal Claims of Copyright Infringement
- Pages Terms

To access the Statement of Rights and Responsibilities in several different languages, change the language setting for your Facebook session by clicking on the language link in the left corner of most pages.  If the Statement is not available in the language you select, we will default to the English version.

Facebook © 2011 · English (US)              Mobile · Find Friends · Badges · People · Pages · About · Advertising · Create a Page · Developers · Careers · Privacy · Terms · Help

Exhibit E



Facebook CEO Mark Zuckerberg statement on Cambridge Analytica

## TECH

CYBERSECURITY | ENTERPRISE | INTERNET | MEDIA | MOBILE | SOCIAL MEDIA | VENTURE CAPITAL | TECH GUIDE

# Zuckerberg on Cambridge Analytica: 'We have a responsibility to protect your data, and if we can't then we don't deserve to serve you'

- The founder and CEO had reportedly planned to wait until after the company's audit of the alleged mishandling of data before making any sort of comment.
- His comments follow days of tech insiders, lawmakers and even Facebook employees calling for input from Facebook's highest executive.
- Zuckerberg outlined a timeline of relevant events starting in 2007 with the creation of the Facebook platform and running through the weekend, when it first said it was banning Cambridge Analytica.



Sara Salinas @saracsalinas
Published 3:05 PM ET Wed, 21 March 2018 | Updated 5:14 PM ET Wed, 21 March 2018




▶ **Zuckerberg addresses data scandal in Facebook post**
12:58 PM ET Thu, 22 March 2018 | 07:14

Facebook's Mark Zuckerberg broke his silence Wednesday on the Cambridge Analytica data scandal that's plagued the social media giant in recent days and slashed stock value.

"We have a responsibility to protect your data, and if we can't then we don't deserve to serve you," Zuckerberg said in a statement

FROM THE WEB          Sponsored Links by Taboola

**How To Fix Your Car With Your Smartphone**
Fixd

**German hearing aids will change your life**
hear.com

 MARKETS     BUSINESS NEWS     CNBC TV     MENU

The research firm is accused of improperly gaining access to the personal data of more than 50 million Facebook users. Facebook says it learned of the misuse in 2015 but failed to notify the public before last weekend, when a pair of reports by The Observer newspaper in the U.K. and The New York Times revealed how the personal information had changed hands.

Zuckerberg said Facebook would notify users whose data was included in the set allegedly received by Cambridge Analytica and would also:

— Investigate all apps with access to Facebook data and demand audits of any app with "suspicious activity"

— Restrict developers' data access even further to prevent other kinds of abuse

— Launch a tool at the top of the News Feed that will show users which apps have access to their data and allow them to revoke those apps' permissions

Facebook on Wednesday outlined six initiatives it will take to prevent a similar incident from occurring in the future.

Zuckerberg will also appear on CNN at 9 pm ET to address the matter.

"I've been working to understand exactly what happened and how to make sure this doesn't happen again," he said. "I started Facebook, and at the end of the day I'm responsible for what happens on our platform. I'm serious about doing what it takes to protect our community."

The founder and CEO had reportedly planned to wait until after the company's audit of the alleged mishandling of data before making any sort of comment. But Facebook's audit hit a roadblock earlier this week when U.K. lawmakers launched their own probe and instructed Facebook to back down.

Zuckerberg's comments follow days of tech insiders, lawmakers and even Facebook employees calling for input from Facebook's highest executive and COO Sheryl Sandberg on the company's latest privacy scandal.

"I deeply regret that we didn't do enough to deal with it," Sandberg said Wednesday in her own Facebook post. "You deserve to have your information protected — and we'll keep working to make sure you feel safe on Facebook. Your trust is at the core of our service. We know that and we will work to earn it."

Zuckerberg outlined a timeline of relevant events, starting in 2007

**Online Masters Degrees | Sponsored Links**

**We Tried HelloFresh: Here's What Happened**
Popdust for HelloFresh

by Taboola

If you invested $1,000 in Tesla in 2010, here's how much you'd have now

Why ghosting a potential employer is a big mistake

What a trade war means for the booming marijuana industry

If Turkey implodes, here's who else gets hurt

Mark Cuban: Tesla's Elon Musk is like Steve Jobs and Jeff Bezos

Roger Stone ex-aide held in contempt in Mueller probe






weekend, when Facebook said it was banning Cambridge Analytica from the platform in light of the news reports.

Cambridge Analytica received the data from Cambridge University researcher Aleksandr Kogan, whose psychology quiz app collected data from nearly 300,000 Facebook users and their friends, Zuckerberg said.

Zuckerberg reiterated in his comments that the social media platform has changed its policies to prevent apps like Kogan's from collecting data on users' friends, without those friends' explicit permission.

"The good news is that the most important actions to prevent this from happening again today we have already taken years ago," Zuckerberg said. "But we also made mistakes, there's more to do, and we need to step up and do it."

Here's Zuckerberg's full statement:

> I want to share an update on the Cambridge Analytica situation — including the steps we've already taken and our next steps to address this important issue.
>
> We have a responsibility to protect your data, and if we can't then we don't deserve to serve you. I've been working to understand exactly what happened and how to make sure this doesn't happen again. The good news is that the most important actions to prevent this from happening again today we have already taken years ago. But we also made mistakes, there's more to do, and we need to step up and do it.
>
> Here's a timeline of the events:
>
> In 2007, we launched the Facebook Platform with the vision that more apps should be social. Your calendar should be able to show your friends' birthdays, your maps should show where your friends live, and your address book should show their pictures. To do this, we enabled people to log into apps and share who their friends were and some information about them.
>
> In 2013, a Cambridge University researcher named Aleksandr Kogan created a personality quiz app. It was installed by around 300,000 people who shared their data as well as some of their friends' data. Given the way our platform worked at the time this meant Kogan was able to access tens of millions of their friends' data.


MARKETS


BUSINESS NEWS


CNBC TV


MENU

In 2014, to prevent abusive apps, we announced that we were changing the entire platform to dramatically limit the data apps could access. Most importantly, apps like Kogan's could no longer ask for data about a person's friends unless their friends had also authorized the app. We also required developers to get approval from us before they could request any sensitive data from people. These actions would prevent any app like Kogan's from being able to access so much data today.

In 2015, we learned from journalists at The Guardian that Kogan had shared data from his app with Cambridge Analytica. It is against our policies for developers to share data without people's consent, so we immediately banned Kogan's app from our platform, and demanded that Kogan and Cambridge Analytica formally certify that they had deleted all improperly acquired data. They provided these certifications.

Last week, we learned from The Guardian, The New York Times and Channel 4 that Cambridge Analytica may not have deleted the data as they had certified. We immediately banned them from using any of our services. Cambridge Analytica claims they have already deleted the data and has agreed to a forensic audit by a firm we hired to confirm this. We're also working with regulators as they investigate what happened.

This was a breach of trust between Kogan, Cambridge Analytica and Facebook. But it was also a breach of trust between Facebook and the people who share their data with us and expect us to protect it. We need to fix that.

In this case, we already took the most important steps a few years ago in 2014 to prevent bad actors from accessing people's information in this way. But there's more we need to do and I'll outline those steps here:

First, we will investigate all apps that had access to large amounts of information before we changed our platform to dramatically reduce data access in 2014, and we will conduct a full audit of any app with suspicious activity. We will ban any developer from our platform that does not agree to a thorough audit. And if we find developers that misused personally identifiable information, we will ban them and tell everyone affected by those apps. That includes people whose data Kogan misused here as well.

Second, we will restrict developers' data access even further

in 3 months. We will reduce the data you give an app when
you sign in — to only your name, profile photo, and email
address. We'll require developers to not only get approval but
also sign a contract in order to ask anyone for access to their
posts or other private data. And we'll have more changes to
share in the next few days.

Third, we want to make sure you understand which apps
you've allowed to access your data. In the next month, we
will show everyone a tool at the top of your News Feed with
the apps you've used and an easy way to revoke those apps'
permissions to your data. We already have a tool to do this in
your privacy settings, and now we will put this tool at the top
of your News Feed to make sure everyone sees it.

Beyond the steps we had already taken in 2014, I believe
these are the next steps we must take to continue to secure
our platform.

I started Facebook, and at the end of the day I'm responsible
for what happens on our platform. I'm serious about doing
what it takes to protect our community. While this specific
issue involving Cambridge Analytica should no longer
happen with new apps today, that doesn't change what
happened in the past. We will learn from this experience to
secure our platform further and make our community safer
for everyone going forward.

I want to thank all of you who continue to believe in our
mission and work to build this community together. I know it
takes longer to fix all these issues than we'd like, but I
promise you we'll work through this and build a better
service over the long term.

## WATCH: FB hit with two class-action lawsuits



 **Facebook hit with two class-action
lawsuits**
1:51 PM ET Wed, 21 March 2018 | 01:10

               
MARKETS          BUSINESS NEWS          CNBC TV          MENU



**News Associate**

## RELATED SECURITIES

| Symbol | Price | | Change | %Change |
|--------|-------|---|--------|---------|
| FB | 181.11 | ▲ | 1.06 | 0.59% |

## MORE FROM CNBC
<div align="right">by Taboola</div>

Mark Cuban owns just a handful of stocks and tons of cash because he's worried about the market

How part-time work in retirement can affect your Social Security and Medicare

'Incredible maneuvers' by airline ground agent who stole plane baffles employer

Traders are expecting a big stock market move soon: 'There are a lot of bets across the table'

Crocs to close last of manufacturing plants, but says, 'We aren't going anywhere'

US dollar strength could soon become an 'unbearable burden' on the oil market, analyst says

## FROM THE WEB
<div align="right">Sponsored Links by Taboola</div>

A Fast Way To Pay Off $10,000 In Credit Card Debt
Nerdwallet

Say Goodbye to iPhone: This Could Be 40X Better
The Motley Fool

Why Millennials are "Ghosting Amazon"
Wikibuy

These Sedans Are The Cream Of The Crop!
Yahoo Search


MARKETS


BUSINESS NEWS


CNBC TV


MENU

Facebook CEO Mark Zuckerberg statement on Cambridge Analytica

Create Linux and Windows Virtual Machines in Seconds

Microsoft Azure



Independent Programming

Licensing & Reprints

Advertise With Us

Terms of Service

Privacy Policy

Corrections

About CNBC

Site Map

Careers

Help

Subscribe to CNBC PRO

Join the CNBC Panel

Closed Captioning

Digital Products

News Releases

Internships

AdChoices

Podcasts

Contact

      

**News Tips**

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW




MARKETS


BUSINESS NEWS


CNBC TV


MENU

# Exhibit F

# The Guardian



# Ted Cruz using firm that harvested data on millions of unwitting Facebook users

**Exclusive: Documents reveal donor-funded US startup embedded in Republican's campaign paid UK university academics to collect psychological profiles on potential voters**

**Harry Davies**

Fri 11 Dec 2015 17.22 EST

Ted Cruz's presidential campaign is using psychological data based on research spanning tens of millions of Facebook users, harvested largely without their permission, to boost his surging White House run and gain an edge over Donald Trump and other Republican rivals, the Guardian can reveal.

A little-known data company, now embedded within Cruz's campaign and indirectly financed by his primary billionaire benefactor, paid researchers at Cambridge University to gather detailed psychological profiles about the US electorate using a massive pool of mainly unwitting US Facebook users built with an online survey.

As part of an aggressive new voter-targeting operation, Cambridge Analytica – financially supported by reclusive hedge fund magnate and leading Republican donor Robert Mercer – is now using so-called "psychographic profiles" of US citizens in order to help win Cruz votes, despite earlier concerns and red flags from potential survey-takers.

Documents seen by the Guardian have uncovered longstanding ethical and privacy issues about the way academics hoovered up personal data by accessing a vast set of US Facebook profiles, in order to build sophisticated models of users' personalities without their knowledge.

In the race to advance data-driven electioneering strategies pioneered by successive Obama campaigns, Cruz has turned to Cambridge Analytica for its unparalleled offering of psychological data based on a treasure trove of Facebook "likes", allowing it to match individuals' traits with existing voter datasets, such as who owned a gun.

Analysis of Federal Election Commission (FEC) filings shows Cruz's campaign has paid Cambridge Analytica at least $750,000 this year. The "behavioural microtargeting" company has also received around $2.5m over the past two years from conservative Super Pacs to which Mercer or members of his family have donated.

In an interview with the Guardian last month, Cruz said his funding and outreach apparatus "is very much the Obama model – a data-driven, grassroots-driven campaign – and it is a reason why our campaign is steadily gathering strength".

Cruz is increasingly seen as a leading Republican contender, uniting factions within the party beyond his evangelical and Tea Party base. In Iowa – the first state to vote in the presidential primary, in less than two months – the outspoken Texas senator dethroned Trump in a poll for the first time this week as the mogul became ensnared in yet more controversy.

Cambridge Analytica has also worked with the Republican candidate Ben Carson, receiving $220,000 from his campaign earlier this year. But the company is more closely involved in Cruz's presidential bid, with a team of its data scientists currently working at Cruz campaign headquarters in Houston.

Having donated $11m to the main pro-Cruz Super Pac, Keep the Promise I, Mercer is Cruz's top financier – and the largest individual donor to Super Pacs or outside groups during the presidential election cycle thus far, according to data compiled by the political transparency website Open Secrets.

Mercer's connections to both the Cruz campaign and the data firm that is apparently helping to power the senator's advantages were previously reported by Politico and Bloomberg. But political strategists and privacy advocates agreed that Mercer's parallel funding channels, combined with concerns over the surreptitious, commodified Facebook data – reported here for the first time – represented an intensified collision of billionaire financing and digital targeting on the campaign trail.

"If people begin to be turned off by Trump, the Cruz campaign will probably have a better strategic understanding of the implications and how to capitalize upon them," said Bud Jackson, a Democratic specialist in digital grassroots campaigning, when asked to review the relationships. "Where a candidate's campaign may be afraid to go outside the boundaries of ethical behaviour because of a potential public backlash, an outside group may be less afraid."

In an interview, Cruz spokesman Rick Tyler said the campaign had contracted Cambridge Analytica "because they're a market leader and best in the field" but that officials had "done our due diligence".

"My understanding is all the information is acquired legally and ethically with the permission of the users when they sign up to Facebook," he said, referring questions about previous research to Cambridge Analytica.

The Guardian contacted Cambridge Analytica prior to publication via email with its findings and a list of detailed questions. Repeated calls were also made to its offices in Washington and New York, as well as its parent company in London. A representative in New York refused to speak with the Guardian and hung up the phone.

After this article was published, Facebook said the company was "carefully investigating this situation" regarding the Cruz campaign.

"[M]isleading people or misusing their information is a direct violation of our policies and we will take swift action against companies that do, including banning those companies from Facebook and requiring them to destroy all improperly collected data," a Facebook spokesman said in a statement to the Guardian.

Christopher Soghoian, principal technologist and senior policy analyst at the American Civil Liberties Union, described the Guardian's findings as "troubling" and highlighted shortcomings by the FEC to adequately regulate campaigns' use of data.

"What it essentially means is there is no one regulating campaigns' privacy data and security practices," he said. "So it means you have a wild west, where the campaigns can do whatever they want and get away with it."

## Research that seeded data on millions

Documents seen by the Guardian show Cambridge Analytica's parent, a London-based company called Strategic Communications Laboratories (SCL), was first introduced to the concept of using social media data to model human personality traits in early 2014 by Dr Aleksandr Kogan, a lecturer at Cambridge University's renowned psychology department.

Kogan established his own company in spring that year and began working with SCL to deliver a "large research project" in the US. His stated aim was to get as close to every US Facebook user into the dataset as possible.

The academic used Amazon's crowdsourcing marketplace Mechanical Turk (MTurk) to access a large pool of Facebook profiles, hoovering up tens of thousands of individuals' demographic data – names, locations, birthdays, genders – as well as their Facebook "likes", which offer a range of personal insights.

This was achieved by recruiting MTurk users by paying them about one dollar to take a personality questionnaire that gave access to their Facebook profiles. This raised the alarm among some participants, who flagged Kogan for violating MTurk's terms of service. "They want you to log into Facebook and then download a bunch of your information," complained one user at the time.

Crucially, Kogan also captured the same data for each person's unwitting friends. For every individual recruited on MTurk, he harvested information about their friends, meaning the dataset ballooned significantly in size. Research shows that in 2014, Facebook users had an average of around 340 friends.

Kogan assured the MTurk users their Facebook data would "only be used for research purposes" and remain "anonymous and safe".

However, the Facebook data was then used to generate sophisticated models of each of their personalities using the so-called "big five" personality traits and characteristics - openness, conscientiousness, extraversion, agreeableness, neuroticism (known as the OCEAN scale).

By summer 2014, Kogan's company had created an expansive and powerful dataset. His business partner boasted on LinkedIn that their private outfit, Global Science Research (GSR), "owns a massive data pool of 40+ million individuals across the United States - for each of whom we have generated detailed characteristic and trait profiles".

Documents show SCL agreed to a contract with GSR, whereby it would pay its data collection costs in order to improve "match rates" against SCL's existing datasets or to enhance GSR's algorithm's "national capacity to profile capacity of American citizens".

In an email, Kogan said he was unable to explain in detail where all the data came from, as he was restricted by various confidentiality agreements. He said SCL is no longer a client.

He said that while GSR often used MTurk for data collection, it "never collected more than a couple thousand responses on MTurk for any one project, or even across all projects for a single client - the vast majority of our MTurk data collection as a company is in the form of surveys only". He said GSR stores Facebook data anonymously.

Kogan explained that separate from his university role, his private company undertook various commercial ventures relating to data analysis. He said that when GSR collect Facebook data, the terms detail the use that information collected will be put to and make clear to participants that they are giving GSR full permission to use the data and user contribution for any purpose.

He said Cambridge University had "no knowledge of the clients or projects GSR had worked on" and that GSR has never used any data collected as part of his university activities.

## 'Packaging voters like they're consumers'

Today, Cambridge Analytica's central offering to US politicians is to enable them to use the OCEAN scale in shaping highly targeted campaign messages. This allows candidates like Cruz to campaign on specific issues, but communicate them in multiple ways to different audiences depending on the personal information the company holds about them.

As the company's CEO, Alexander Nix, explains in a promotional video: "The more you know about someone, the more you can align a campaign with their requirements or their wants and needs." He did not respond to a request for comment.

Michael Zimmer, an associate professor at the University of Wisconsin, Milwaukee, where he specialises in privacy and internet ethics, described this as a "particularly problematic" kind of voter targeting that raised broader concerns in the US about "packaging voters like they're consumers".

"It's one thing for a marketer to try to predict if people like Coke or Pepsi," he said, "but it's another thing for them to predict things that are much more central to our identity and what's more personal in how I interact with the world in terms of social and cultural issues."

Prior to its relationship with Cruz, Cambridge Analytica worked with a handful of 2014 midterm candidates, according to FEC filings. The firm also secured hundreds of thousands of dollars of business with John Bolton's Super Pac, formed by the hawkish former UN ambassador to support conservative candidates campaigning on national security issues.

Ahead of the midterms, Cambridge Analytica reportedly developed a series of TV ads for candidates supported by Bolton, each aimed at different personality types and aired at times when viewers with personalities it aimed to reach were most likely to be watching.

Last week, the Cruz campaign launched a combative TV ad timed to air during a major college football game in Iowa. In the 30-second ad, Cruz vows: "We'll rebuild our military, we'll kill the terrorists and every Islamic militant will know - if you wage jihad against us, you're signing your death warrant."

Tyler, the Cruz spokesman, said Cambridge Analytica did not work on television advertising for the campaign. "They're helping with online targeting and messaging, and that's how we find people online," he said.

It remains unclear when Mercer's involvement with Cambridge Analytica began, but FEC filings show the company started working with Super Pacs that the secretive conservative donor has backed during the second half of 2014.

On Wednesday in Washington, Cruz was the only member of the Senate armed services committee to skip a hearing on US strategy to combat the Islamic State. Instead, he travelled to attend a fundraising luncheon in New York hosted by the president of Keep the Promise I, the Super Pac funded by Mercer that, one day earlier, had announced a $600,000 digital advertising strategy to be rolled out via social media in early voting states.

A spokesman for Mercer declined to comment for this article.

*Additional reporting by Ben Jacobs in Amana, Iowa*

# Since you're here...

... we have a small favour to ask. More people are reading the Guardian than ever but advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall - we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters - because it might well be your perspective, too.

The Guardian is editorially independent, meaning we set our own agenda. Our journalism is free from commercial bias and not influenced by billionaire owners, politicians or shareholders. No one edits our Editor. No one steers our opinion. This is important because it enables us to give a voice to the voiceless, challenge the powerful and hold them to account. It's what makes us different to so many others in the media, at a time when factual, honest reporting is critical.

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure. **For as little as $1, you can support the Guardian – and it only takes a minute. Thank you.**

Support The Guardian

   

Topics

- Ted Cruz
- Republicans
- US elections 2016
- Facebook
- news

# Exhibit G

Case 3:18-md-02843-VC　Document 118-2　Filed 08/15/18　Page 50 of 54



TECH

# Whistleblower Christopher Wylie says he's now been blocked by Facebook

- Wylie claims to have been suspended by Facebook, according to a tweet.
- He's the co-founder of Cambridge Analytica, a firm that worked on Facebook ads for President Trump during the 2016 election
- Cambridge Analytica denies Wylie's claims that the firm held on to data obtained illegally from millions of Facebook users.

Christina Farr | @chrissyfarr

Published 1  ET Sun, 18 March 2018 | Updated 10:20 PM ET Sun, 18 March 2018



Getty Images

Mark Zuckerberg, chief executive officer and founder of Facebook

Christopher Wylie, a whistleblower who revealed the role played by data analytics firm Cambridge Analytica in obtaining data from Facebook users, said on Sunday he was blocked by the social media network.

On Twitter, Wylie claimed his account was suspended after he spoke up about his role in an alleged scheme to secretly hold data from millions of Americans. Cambridge Analytica is under fire for suspicions that it illicitly obtained user information, which resulted

FROM THE WEB　　　Sponsored Links by Taboola

Here's What An Online Masters Degree Should Cost - Search Prices
Online Masters Degrees | Sponsored Links

California Seniors Can Finally Claim These 27 Discounts
Senior Discounts Club

We Tried HelloFresh: Here's What Happened
Popdust for HelloFresh

California Launches No Cost Solar Program
Energy Bill Cruncher Solar Quotes

Wylie published the screenshot [on his Twitter profile](#) on Sunday.

by Taboola



**Christopher Wylie** 🏳️‍🌈
@chrisinsilico

Suspended by [@facebook](#). For blowing the whistle. On something they have known privately for 2 years.

4:37 AM - Mar 18, 2018

56K    33.9K people are talking about this

Wylie is the co-founder of the political data analytics, which worked on Facebook ads for President Donald Trump during the 2016 election.

Media reports this weekend revealed that the firm held on to 50 million people's data without their consent, for the purpose of identifying and swaying voters during the election.

The firm was initially funded by conservative billionaire Robert Mercer and led by former Trump advisor Steve Bannon.

According to Facebook, Cambridge academic Dr. Aleksandr Kogan was able to acquire this data by creating an app, called "thisisyourdigitallife" that prompted users to answer questions for a psychological profile. He then shared that data with Cambridge Analytica without their consent.

Facebook blocked Kogan's app back in 2015. The social network also warned that it would take steps to suspend Wylie's account, after believing for two years that the data was deleted.

If Turkey implodes, here's who else gets hurt

Mark Cuban: Tesla's Elon Musk is like Steve Jobs and Jeff Bezos

28-year-old who's banked $250,000: If you want to save big, only 3 expenses matter

US dollar strength could soon become an 'unbearable burden' on the oil market, analyst says

If you invested $1,000 in Alibaba when it went public, here's how much you'd have now

Jeff Bezos doesn't like the idea of 'work-life balance' — here's what he swears by instead

**TRENDING NOW**



1. Trump unloads on the FBI, Robert Mueller, Jeff Sessions and the DoJ in a furious morning tweet storm



2. Warren Buffett's Berkshire Hathaway reloads on Apple and Goldman Sachs



3. Manafort lawyers' decision to rest without calling witnesses could lead to acquittal



4. The best and worst US cities for retirement



5. Rolls-Royce debuts its first-ever SUV for $325,000 — take a

 MARKETS     BUSINESS NEWS     CNBC TV     MENU

Case 3:18-md-02843-VC Document 18-2 Filed 08/15/18 Page 52 of 54

"All parties involved — including the SCL Group/Cambridge Analytica, Christopher Wylie and [thisisyourdigitallife creator] Aleksandr Kogan — certified to us that they destroyed the data in question," said Paul Grewal, Facebook's vice president and deputy general counsel.

"In light of new reports that the data was not destroyed, we are suspending these three parties from Facebook, pending further information. We will take whatever steps are required to see that the data in question is deleted once and for all — and take action against all offending parties," Grewal added.

The New York Times reported on Friday that Facebook knew about Cambridge Analytica's efforts two years ago, but didn't take steps to suspend the firm until recently. Wylie elaborated on that in an interview in which he accused the Cambridge Analytica leadership of waging a "culture war":

"Rules don't matter for them. For them, this is a war, and it's all fair," Wylie told reporters. "They want to fight a culture war in America," he added. "Cambridge Analytica was supposed to be the arsenal of weapons to fight that culture war."

Cambridge Analytics said on Saturday that it "fully complies with Facebook's terms of service and is currently in touch with Facebook...in order to resolve this matter as quickly as possible."

*Correction: This article has been updated to accurately portray which group of people Wylie accused, in the New York Times report, of waging a culture war.*



Christina Farr
Reporter for CNBC.com

## MORE FROM CNBC

by Taboola

Mark Cuban owns just a handful of stocks and tons of cash because he's worried about the market

How part-time work in retirement can affect your Social Security and Medicare

Traders are expecting a big stock market move soon: 'There are a lot of bets across the table'

'Incredible maneuvers' by airline ground agent who stole plane baffles employer

 MARKETS  BUSINESS NEWS  CNBC TV  MENU

Crocs to close last of manufacturing plants, but says, 'We aren't going anywhere'

If you invested $1,000 in Tesla in 2010, here's how much you'd have now

FROM THE WEB

A Fast Way To Pay Off $10,000
Nerdwallet

Say Goodbye to iPhone: This C
The Motley Fool

Why Millennials are "Ghosting /
Wikibuy

Create Linux and Windows Virtual Machines in Seconds
Microsoft Azure

These Sedans Are The Cream Of The Crop!
Yahoo Search

The Surprising Way People Are Getting An Online Degree
Online Degree | Sponsored Links



Independent Programming

Licensing & Reprints

Advertise With Us

Terms of Service

Privacy Policy

Corrections

About CNBC

Site Map

Careers

Help

Subscribe to CNBC PRO

Join the CNBC Panel

Closed Captioning

Digital Products

News Releases

Internships

AdChoices

Podcasts

Contact

      


MARKETS


BUSINESS NEWS


CNBC TV


MENU

Case 3:18-md-02843-VC   Document 118-2   Filed 08/15/18   Page 54 of 54

**News Tips**

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

