UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 7: BANKRUPTCY COUNSEL**<br><br>Re: Dkt. No. 117 |

Co-lead counsels' request to hire Michael S. Etkin in the Cambridge Analytica and SCL USA Inc. bankruptcy cases, both currently pending before Judge Lane in the Southern District of New York, is granted.

**IT IS SO ORDERED.**

Dated: August 16, 2018

_____

VINCE CHHABRIA
United States District Judge