# EXHIBIT A

## MONTHLY TIME REPORTS

Firm Name: _____

Date: _____

| **Categories:** 1. Lead Counsel Calls/Meetings 2. Participating Counsel Calls/Meetings 3. Lead Counsel Duties 4. Case Management 5. MDL Status Conf. 6. Court Appearance 7. Research 8. Discovery 9. Doc. Review 10. Litigation Strategy & Analysis 11. Dep. Prep/Take/Defend 12. Pleadings/Briefs/Pre-trial Motions/Legal 13. Experts/Consultants 14. Settlement 15. Trial Prep 16. Trial 1. Appeal |

| Last Name, First Name | Professional level: Partner (PT), Associate (A) Contract (C) or Paralegal (PR) | Date of Service: | Category Code: | Category Name: | Detailed Description of Work Performed: | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

MONTHLY TIME REPORT TOTALS

Firm Name: _____

| Category Name | Total Time per Category | Total Fees per Category |
|---|---|---|
| Lead Counsel Calls/Meeting | | |
| Lead Counsel Duties | | |
| Administrative | | |
| MDL Status Conf. | | |
| Court Appearance | | |
| Research | | |
| Discovery | | |
| Doc. Review | | |
| Litigation Strategy & Analysis | | |
| Dep. Prep/Take/Defend | | |
| Pleadings/Briefs, Pretrial Motions, Legal | | |
| Experts/Consultants | | |
| Settlement | | |
| Trial Prep | | |
| Trial | | |
| Appeal | | |
| **Total:** | | |

Date: _____

EXPENSE REPORT

Firm Name: _____

Date: _____

| Categories: 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Other (Describe) |
|---|

| ALL ORIGINAL RECEIPTS MUST BE ATTACEHD TO THIS EXPENSE SHEET | | | | | |
|---|---|---|---|---|---|
| Date: | Category Code: | Category Name: | Detailed Description: | Amount: | Receipt Provided: Yes/No (if no, provide reason) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## SUPPLEMENTAL EXPENSE REPORT

Firm Name: _____

Date: _____

| Categories: 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Other (Describe) |
|---|

| ALL ORIGINAL RECEIPTS MUST BE ATTACEHD TO THIS EXPENSE SHEET | | | | | |
|---|---|---|---|---|---|
| Date: | Category Code: | Category Name: | Detailed Description: | Amount: | Receipt Provided: Yes/No (if no, provide reason) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |