Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRECIPE**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom:  4, 17th Floor<br>Hearing Date:<br>Hearing Time: 10:00 a.m. |

Co-Lead Counsel omitted to include Exhibit A referenced in Pretrial Order No. 9: Protocol for Common Benefit Work and Expenses, August 17, 2018, ECF No. 121. Attached hereto is the omitted Exhibit A.

Dated: August 27, 2018                                    Respectfully submitted,


KELLER ROHRBACK L.L.P.                                    BLEICHMAR FONTI & AULD LLP

By:     */s/ Derek W. Loeser*                            By:     */s/ Lesley E. Weaver*
        Derek W. Loeser                                          Lesley E. Weaver


Derek W. Loeser (admitted *pro hac vice*)                Lesley E. Weaver (SBN 191305)
Lynn Lincoln Sarko (admitted *pro hac vice*)             Matthew S. Weiler (SBN 236052)
Gretchen Freeman Cappio (admitted *pro hac vice*)        Emily C. Aldridge (SBN 299236)
Cari Campen Laufenberg (admitted *pro hac vice*)         555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                            Oakland, CA 94607
Seattle, WA 98101                                        Tel.: (415) 445-4003
Tel.: (206) 623-1900                                     Fax: (415) 445-4020
Fax: (206) 623-3384                                      lweaver@bfalaw.com
dloeser@kellerrohrback.com                               mweiler@bfalaw.com
lsarko@kellerrohrback.com                                ealdridge@bfalaw.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com


*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of August, 2018, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Derek W. Loeser, hereby certify that on August 27, 2018, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ Derek W. Loeser
Derek W. Loeser

# EXHIBIT A

## MONTHLY TIME REPORTS

Firm Name: _____

Date: _____

| Categories: 1. Lead Counsel Calls/Meetings 2. Participating Counsel Calls/Meetings 3. Lead Counsel Duties 4. Case Management 5. MDL Status Conf. 6. Court Appearance 7. Research 8. Discovery 9. Doc. Review 10. Litigation Strategy & Analysis 11. Dep. Prep/Take/Defend 12. Pleadings/Briefs/Pre-trial Motions/Legal 13. Experts/Consultants 14. Settlement 15. Trial Prep 16. Trial 1. Appeal |
|---|

| Last Name, First Name | Professional level: Partner (PT), Associate (A) Contract (C) or Paralegal (PR) | Date of Service: | Category Code: | Category Name: | Detailed Description of Work Performed: | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

MONTHLY TIME REPORT TOTALS

Firm Name: _____

| Category Name | Total Time per Category | Total Fees per Category |
|---|---|---|
| Lead Counsel Calls/Meeting | | |
| Lead Counsel Duties | | |
| Administrative | | |
| MDL Status Conf. | | |
| Court Appearance | | |
| Research | | |
| Discovery | | |
| Doc. Review | | |
| Litigation Strategy & Analysis | | |
| Dep. Prep/Take/Defend | | |
| Pleadings/Briefs, Pretrial Motions, Legal | | |
| Experts/Consultants | | |
| Settlement | | |
| Trial Prep | | |
| Trial | | |
| Appeal | | |
| **Total:** | | |

Date: _____

EXPENSE REPORT

Firm Name: _____

Date: _____

| **Categories:** 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Other (Describe) |
|---|

| ALL ORIGINAL RECEIPTS MUST BE ATTACEHD TO THIS EXPENSE SHEET | | | | | |
|---|---|---|---|---|---|
| Date: | Category Code: | Category Name: | Detailed Description: | Amount: | Receipt Provided: Yes/No (if no, provide reason) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3

## SUPPLEMENTAL EXPENSE REPORT

Firm Name: _____

Date: _____

| **Categories:** 1. Assessment Fees 2. Federal Express / Local Courier, etc. 3. Postage Charges 4. Facsimile Charges 5. Long Distance 6. In-House Photocopying 7. Outside Photocopying 8. Hotels 9. Meals 10. Mileage 11. Air Travel 12. Deposition Costs 13. Lexis/Westlaw 14. Court Fees 15. Witness / Expert Fees 16. Investigation Fees / Service Fees 17. Transcripts 18. Ground Transportation (i.e. Rental, Taxis, etc.) 19. Other (Describe) |
|---|

| ALL ORIGINAL RECEIPTS MUST BE ATTACEHD TO THIS EXPENSE SHEET | | | | | |
|---|---|---|---|---|---|
| Date: | Category Code: | Category Name: | Detailed Description: | Amount: | Receipt Provided: Yes/No (if no, provide reason) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |