Daniel C. Hedlund
(admitted *pro hac vice*)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
Email: dhedlund@gustafsongluek.com

*Attorneys for Plaintiff Scott Schinder*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br><br>Case No. 18-md-02843-VC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

- 1 –

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1(c)(2)(C), the undersigned hereby notifies the Court and counsel that Joseph C. Bourne is no longer with the firm Gustafson Gluek PLLC and is withdrawing his representation of Plaintiffs and the purported class in this matter. Plaintiffs and the purported class will continue to be represented by the remaining counsel of record from Gustafson Gluek PLLC.

Dated: August 29, 2018

*Respectfully submitted,*

By: */s/Daniel C. Hedlund*
Daniel C. Hedlund (admitted *pro hac vice*)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
Email: dhedlund@gustafsongluek.com

*Counsel for Plaintiff Scott Schinder*

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I electronically filed the Notice of Change in Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

<u>/s/Daniel C. Hedlund</u>
Daniel C. Hedlund (admitted *pro hac vice*)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
Email: dhedlund@gustafsongluek.com