1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  **LEVI & KORSINSKY, LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 373-1671
4  Facsimile: (415) 484-1294

5  **LEVI & KORSINSKY, LLP**
   Courtney E. Maccarone (admitted *pro hac vice*)
6  cmaccarone@zlk.com
   55 Broadway, 10th Floor
7  New York, NY 10006
   Telephone: (212) 363-7500
8  Facsimile: (212) 363-7171

9  *Attorneys for Plaintiff Barbara Vance-Guerbe*

10

# UNITED STATES DISTRICT COURT

11

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

### SAN FRANCISCO DIVISION

13

| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
|---|---|
| | Case No. 18-md-02843-VC |
| This document relates to: | **NOTICE OF CHANGE OF ADDRESS OF COURTNEY E. MACCARONE** |
| ALL ACTIONS | |

Case No. 3:18-md-02843-VC
NOTICE OF CHANGE OF ADDRESS OF COURTNEY E. MACCARONE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Courtney E. Maccarone of Levi & Korsinsky, LLP's New York office, counsel for Plaintiff Barbara Vance-Guerbe, has relocated and is now located at the following address:

**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006

E-mail address, telephone number, and fax number remain the same.

Respectfully submitted,

Dated: September 5, 2018        **LEVI & KORSINSKY, LLP**

By: */s/ Courtney E. Maccarone*
Courtney E. Maccarone (admitted *pro hac vice*)
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*Counsel for Plaintiff Barbara Vance-Guerbe*