1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  **LEVI & KORSINSKY, LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 373-1671
4  Facsimile: (415) 484-1294

5  **LEVI & KORSINSKY, LLP**
   Courtney E. Maccarone (admitted *pro hac vice*)
6  cmaccarone@zlk.com
   55 Broadway, 10th Floor
7  New York, NY 10006
   Telephone: (212) 363-7500
8  Facsimile: (212) 363-7171

9  *Attorneys for Plaintiff Barbara Vance-Guerbe*

10

# UNITED STATES DISTRICT COURT

11

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

# SAN FRANCISCO DIVISION

13

14

| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
|---|---|
|  | Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF CHANGE OF PHONE NUMBER BY ATTORNEY ROSEMARY M. RIVAS** |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective August 30, 2018, the office phone number for Rosemary M. Rivas of Levi & Korsinsky, LLP, counsel for plaintiff Barbara Vance-Guerbe in the above action, changed.  The new office phone number for Ms. Rivas is: (415) 373-1671.

                        Respectfully submitted,

Dated: September 6, 2018        **LEVI & KORSINSKY, LLP**

                        By: */s/ Rosemary M. Rivas*
                            Rosemary M. Rivas
                            44 Montgomery Street, Suite 650
                            San Francisco, CA 94104
                            Telephone: (415) 373-1671
                            Facsimile: (415) 484-1294

                            *Counsel for Plaintiff Barbara Vance-Guerbe*