# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2843<br><br>Case No. 18-md-02843-VC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, any responses thereto, and good cause appearing, HEREBY GRANTS the motion to relate cases.

IT IS ORDERED that the following cases are related to the MDL case, *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-md-02843-VC, MDL No. 2843:

1.  *Rankins v. Facebook, Inc.*, No. 3:18-cv-05350-VC (N.D. Cal. Aug. 30, 2018); and
2.  *Hwang v. Facebook, Inc.*, No. 3:18-cv-05357-JSW (N.D. Cal. Aug. 30, 2018).

These actions concern substantially the same parties, property, transaction or event, and it appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different judges.

IT IS SO ORDERED.

DATED: _____   _____

THE HONORABLE VINCE CHABBRIA
UNITED STATES DISTRICT COURT JUDGE