Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PROOF OF SERVICE** |
| | Judge: Hon. Vince Chhabria |

CASE NO. 3:18-MD-02843-VC
CASE NO. 3:18-CV-05350-VC
CASE NO. 3:18-CV-05357-JSW

PROOF OF SERVICE

# PROOF OF SERVICE

I, Kelsey Hensley, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am an employee at the law firm of BLEICHMAR FONTI & AULD LLP, and my office is located at 555 12th Street, Suite 1600, Oakland, CA 94607.

On September 12, 2018, I served true and correct copies at the addresses listed below, via U.S. mail and electronic mail:

(1) **CO-LEAD COUNSEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12**

(2) **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

(3) **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Clayeo C. Arnold
carnold@justice4you.com
Joshua H. Watson
jwatson@justice4you.com

CLAYEO C. ARNOLD, A
PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, California 95825

Kevin S. Hannon
khannon@hannonlaw.com
THE HANNON LAW FIRM, LLC 1614
N. Downing Street
Denver, CO 80218

John A. Yanchunis
jyanchunis@ForThePeople.com
Ryan J. McGee
rmcgee@ForThePeople.com
Marisa Glassman

CASE NO. 3:18-MD-02843-VC                                                            PROOF OF SERVICE
CASE NO. 3:18-CV-05350-VC
CASE NO. 3:18-CV-05357-JSW

mglassman@ForThePeople.com

MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor Tampa, Florida 33602
Steven Teppler steppler@abbottlawpa.com
ABBOTT LAW GROUP P.A. 2929 Plummer Cove Road Jacksonville, FL 32223

Briana Kim Briana@BrianaKim.com
249 East Ocean Blvd., Suite 814 Long Beach, CA 90802

*Attorneys for Plaintiffs Susan Hwang*

Sabita J. Soneji
ssoneji@tzlegal.com
Annick Persinger
apersinger@tzlegal.com
Tanya Koshy
tkoshy@tzlegal.com
TYCKO & ZAVAREEI LLP
483 Ninth St., Suite 200
Oakland, CA 94607

*Attorneys for Plaintiff Velma Serina Rankins*

Brian M. Lutz
blutz@gibsondunn.com
Kristin A. Linsley
klinsley@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921


Joshua S. Lipshutz
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.

1  Washington, DC 20036-5306

2  *Attorneys for Defendant Facebook, Inc.*

3

4

5

6      I declare under penalty of perjury and the laws of the United States that the foregoing is

7  true and correct.

                                  */s/ Kelsey Hensley*

8                                      Kelsey Hensley