Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br>**PROOF OF SERVICE**<br>Judge: Hon. Vince Chhabria |

# PROOF OF SERVICE

I, Kelsey Hensley, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am an employee at the law firm of BLEICHMAR FONTI & AULD LLP, and my office is located at 555 12th Street, Suite 1600, Oakland, CA 94607.

On September 13, 2018, I served true and correct copies at the addresses listed below, via U.S. mail and electronic mail:

**(1) CORRECTED DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Clayeo C. Arnold
carnold@justice4you.com
Joshua H. Watson
jwatson@justice4you.com

CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, California 95825

Kevin S. Hannon
khannon@hannonlaw.com
THE HANNON LAW FIRM, LLC
1614 N. Downing Street
Denver, CO 80218

John A. Yanchunis
jyanchunis@ForThePeople.com
Ryan J. McGee
rmcgee@ForThePeople.com
Marisa Glassman
mglassman@ForThePeople.com

MORGAN & MORGAN COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Steven Teppler
steppler@abbottlawpa.com

| | |
|---|---|
| 1 | ABBOTT LAW GROUP P.A. 2929 Plummer Cove Road Jacksonville, FL 32223 |
| 2 | |
| 3 | |
| 4 | Briana Kim<br>Briana@BrianaKim.com |
| 5 | 249 East Ocean Blvd., Suite 814<br>Long Beach, CA 90802 |
| 6 | |
| 7 | *Attorneys for Plaintiffs Susan Hwang* |
| 8 | |
| 9 | Sabita J. Soneji<br>ssoneji@tzlegal.com |
| 10 | Annick Persinger<br>apersinger@tzlegal.com |
| 11 | Tanya Koshy<br>tkoshy@tzlegal.com |
| 12 | TYCKO & ZAVAREEI LLP<br>483 Ninth St., Suite 200 |
| 13 | Oakland, CA 94607 |
| 14 | *Attorneys for Plaintiff Velma Serina Rankins* |
| 15 | |
| 16 | Brian M. Lutz<br>blutz@gibsondunn.com |
| 17 | Kristin A. Linsley<br>klinsley@gibsondunn.com |
| 18 | |
| 19 | GIBSON, DUNN & CRUTCHER LLP |
| 20 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921 |
| 21 | |
| 22 | |
| 23 | Joshua S. Lipshutz<br>jlipshutz@gibsondunn.com |
| 24 | GIBSON, DUNN & CRUTCHER LLP |
| 25 | 1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 |
| 26 | |
| 27 | |
| 28 | CASE NO. 3:18-MD-02843-VC    PROOF OF SERVICE<br>CASE NO. 3:18-CV-05350-VC<br>CASE NO. 3:18-CV-05357-JSW |

*Attorneys for Defendant Facebook, Inc.*

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

        */s/ Kelsey Hensley*
          Kelsey Hensley