1  Richard Fields
   **Fields PLLC**
2  1700 K Street NW, Suite 810
   Washington, DC 20006
3  Telephone: (917) 297-3610
4  Email: fields@fieldslawpllc.com

5  *Attorney for Plaintiffs Ben Redmond,
   Lindsay Rathert, Salvador Ramirez,*
6  *Gerry Galipault, Kyle Westendorf,*
7  *Robert Woods and Jordan Hunstone,
   individually and on behalf of others*
8  *similarly situated*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>*This Document Related to:*<br><br>ALL ACTIONS | MDL No. 2843<br>CASE NO. 18-md-02843-VC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Richard Fields of Fields PLLC hereby appears on behalf of Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods and Jordan Hunstone, individually and on behalf of others similarly situated in this action. Mr. Fields is a member of the Bar of the District of Columbia and in good standing in the United States District Court for the District of Columbia.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Mr. Fields's contact information is as follows:

> RICHARD FIELDS
> Fields PLLC
> 1700 K Street NW, Suite 810
> Washington, DC 20006
> Telephone: (917) 297-3610
> Email: fields@fieldslawpllc.com

Dated this 14th day of September, 2018.

> Respectfully Submitted,
>
> By: */s/ Richard Fields*
> Richard Fields
> Fields PLLC
> 1700 K Street NW, Suite 810
> Washington, DC 20006
> Telephone: (917) 297-3610
> Email: fields@fieldslawpllc.com
>
> *Attorney for Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods and Jordan Hunstone, individually and on behalf of others similarly situated*