# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| ALL ACTIONS | |
| | Judge: Hon. Vince Chhabria |

The Court, having considered Co-Lead Counsel's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Rule 3-12, (Doc. No. 135), and the Responses in Opposition thereto, (Doc. Nos. ##), HEREBY DENIES the Administrative Motion to Relate Cases.

While *Hwang v. Facebook, Inc.*, Case No. 4:18-cv-05357-JSW (the "*Hwang* Case"), and *Rankin v. Facebook, Inc.*, Case No. 3:18-cv-05350-VC (the "*Rankin* Case") (together, the "Device Manufacturer Cases") are related, the Device Manufacturer Cases do not concern substantially the same parties, property, transaction, or event as those in *In re Facebook, Inc., Consumer Privacy User Profile Litigation*, 3:18-md-02843-VC (the "Facebook MDL"). Civil L.R. 3-12(a)(1).

Further, it does not appear likely that there will be an unduly burdensome duplication of labor or expense, because the Device Manufacturer Cases and the Facebook MDL concern significantly and substantially different conduct, necessitating different discovery, labor, and expenses. Civil L.R. 3-12(a)(2).

Finally, the Device Manufacturer Cases are before this Court, and the Facebook MDL is before this Court. Therefore, there is no likelihood of conflicting results because the cases will not be conducted before different judges. Civil L.R. 3-12(a)(2).

IT IS SO ORDERED.

DATED: _____        _____

THE HONORABLE VINCE CHABBRIA
UNITED STATES DISTRICT COURT JUDGE

CASE NO. 3:18-MD-02843-VC                [PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASE NO. 3:18-CV-05350-VC                                                   CASES SHOULD BE RELATED
CASE NO. 4:18-CV-05357-JSW

1