Clayeo C. Arnold, California SBN 65070
carnold@justice4you.com
Joshua H. Watson, California SBN 238058
jwatson@justice4you.com
**CLAYEO C. ARNOLD, A**
**PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, California 95825
T: 916-777-7777
F: 916-924-1829

John A. Yanchunis (*Pro Hac Vice* to be filed)
jyanchunis@ForThePeople.com
Ryan J. McGee (*Pro Hac Vice* to be filed)
rmcgee@ForThePeople.com
Marisa Glassman (*Pro Hac Vice* to be filed)
mglassman@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
T: 813-223-5505
F: 813-223-5402 (fax)

*Attorneys for Plaintiff and the Class**
**(additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL NO. 2843<br>CASE NO. 3:18-md-02843-VC<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Joshua Watson, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am an employee at the law firm of CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION, and my office is located at 865 How Avenue, Sacramento, California 94607.

On September 14, 2018, I served true and correct copies at the addresses listed below, via electronic mail and the CM/ECF system:

(1) Response in Opposition to Co-Lead Counsel's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Local Rule 3-12

(2) [Proposed] Order Denying Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Local Rule 3-12

Lesley E. Weaver
lweaver@bfalaw.com
Matthew S. Weiler
mweiler@bfalaw.com
Emily C. Aldridge
ealdridge@bfalaw.com
BLEICHMAR FONTI & AULD LLP
555 12th St., Suite 1600
Oakland, CA 94607

*Co-Lead Counsel for Facebook MDL*

Derek W. Loeser
dloeser@kellerrohrback.com
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Gretchen Freeman Cappio
gcappio@kellerrohrback.com
Cari Carmen Laufenberg
claufenberg@kellerrohrback.com
KELLER ROHRBACK LLP
1201 Third Ave., Suite 3200
Seattle, WA 98101

*Co-Lead Counsel for Facebook MDL*

Proof of Service: 3:18-md-2843-VC; 3:18-cv-5350-VC; 4:18-cv-5357-JSW

Sabita J. Soneji
ssoneji@tzlegal.com
Annick Persinger
apersinger@tzlegal.com
Tanya Koshy
tkoshy@tzlegal.com
TYCKO & ZAVAREEI LLP
483 Ninth St., Suite 200
Oakland, CA 94607

*Attorneys for Plaintiff Velma Serina Rankins*

Brian M. Lutz
blutz@gibsondunn.com
Kristin A. Linsley
klinsley@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission St., Suite 3000
San Francisco, CA 94105-0921

Joshua S. Lipshutz
jlipshutz@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306

*Attorneys for Facebook, Inc.*

      I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

                                                            /s/ *Joshua H. Watson*
                                                            Joshua H. Watson

Clayeo C. Arnold, California (SBN 65070)
carnold@justice4you.com
Joshua H. Watson, California (SBN 238058)
jwatson@justice4you.com
**CLAYEO C. ARNOLD, A**
**PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, California 95825
T: 916-777-7777
F: 916-924-1829

Proof of Service: 3:18-md-2843-VC; 3:18-cv-5350-VC; 4:18-cv-5357-JSW