# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 3:18-md-02843-VC<br><br>**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, any responses thereto, and good cause appearing, HEREBY DENIES the motion to relate cases.

IT IS ORDERED that the following cases are not related to the MDL case, *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-md-02843-VC, MDL No. 2843:

1. *Rankins v. Facebook, Inc.*, No. 3:18-cv-05350-VC (N.D. Cal. Aug. 30, 2018); and
2. *Hwang v. Facebook, Inc.*, No. 3:18-cv-05357-JSW (N.D. Cal. Aug. 30, 2018).

These actions do not concern substantially the same parties, property, transaction or event, and it does not appear likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different judges.

IT IS SO ORDERED.

DATED: _____    _____
                                 THE HONORABLE VINCE CHABBRIA
                                 UNITED STATES DISTRICT COURT JUDGE