Sabita J. Soneji (SBN 224262)
Annick Persinger (SBN 272996)
Tanya Koshy (SBN 277095)
**TYCKO & ZAVAREEI LLP**
483 Ninth St., Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
Email: ssoneji@tzlegal.com
         apersinger@tzlegal.com
         tkoshy@tzlegal.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: FACEBOOK INC., CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 3:18-md-02843-VC<br><br>**PROOF OF SERVICE** |
|---|---|

|  |  |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | At the time of service, I was over 18 years of age and not a party to this action. I am employed at the |
| 3 | law firm of Tycko & Zavareei, LLP in the County of Alameda, State of California. My business address |
| 4 | is 483 Ninth Street, Suite 200, Oakland, CA 94607. |
| 5 | |
| 6 | On September 14, 2018, I served true copies of the following documents described as: |
| 7 | **PLAINTIFF RANKINS' OPPOSITION TO CO-LEAD COUNSEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |
| 8 | **[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |
| 9 | |
| 10 | Lesley E. Weaver |
| 11 | Matthew S. Weiler |
| 12 | Emily C. Aldridge |
|    | BLEICHMAR FONTI & AULD LLP |
| 13 | 555 12th St., Suite 1600 |
|    | Oakland, CA 94607 |
| 14 | lweaver@bfalaw.com |
|    | mweiler@bfalaw.com |
| 15 | ealdridge@bfalaw.com |
| 16 | Derek W. Loeser |
| 17 | Lynn Lincoln Sarko |
|    | Gretchen Freeman Cappio |
| 18 | Cari Carmen Laufenberg |
|    | claufenberg@kellerrohrback.com |
| 19 | KELLER ROHRBACK LLP |
|    | 1201 Third Ave., Suite 3200 |
| 20 | Seattle, WA 98101 |
|    | dloeser@kellerrohrback.com |
| 21 | lsarko@kellerrohrback.com |
|    | gcappio@kellerrohrback.com |
| 22 | |
| 23 | Christopher Springer |
|    | KELLER ROHRBACK LLP |
| 24 | 801 Garden Street, Suite 301 |
|    | Santa Barbara, CA 93101 |
| 25 | cspringer@ kellerrohrback.com |
| 26 | *Co-Lead Counsel for Facebook MDL* |
| 27 | |
| 28 | Clayeo C. Arnold |
|    | Joshua H. Watson |
|    | CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION |

PROOF OF SERVICE
Case No. 3:18-md-02843-vc

1  865 Howe Avenue,
   Sacramento, California 95825
2  carnold@justice4you.com
   jwatson@justice4you.com

3  Kevin S. Hannon
   THE HANNON LAW FIRM, LLC
4  1614 N. Downing Street,
   Denver, CO 80218
5  khannon@hannonlaw.com

6  John A. Yanchunis
   Ryan J. McGee
7  Marisa Glassman
   MORGAN & MORGAN COMPLEX LITIGATION GROUP
8  201 N. Franklin Street, 7th Floor
   Tampa, Florida 33602
9  jyanchunis@forthepeople.com
   rmcgee@forthepeople.com
10 mglassman@forthepeople.com

11 Steven Teppler
   ABBOTT LAW GROUP P.A.
12 2929 Plummer Cove Road
   Jacksonville, FL 32223
13 steppler@abbottlawpa.com

14 Briana Kim
   249 East Ocean Blvd., Suite 814
15 Long Beach, CA 90802
   briana@brianakim.com
16

17 *Attorneys for Plaintiff Susan Hwang*

18 Brian M. Lutz
   Kristen A. Linsley
19 GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
20 San Francisco, CA 94105
   blutz@gibsondunn.com
21 klinsley@gibsondunn.com

22 Joshua S. Lipshutz
   GIBSON, DUNN & CRUTHCHER LLP
23 1050 Conneticut Avenue, N.W.
   Washington, D.C 20036
24 Jlipshutz@gibsondunn.com

25 *Attorneys for Defendant Facebook, Inc.*

26

27 **[X] BY E-MAIL:** I transmitted a correct and true attachment of the document(s) to the email addresses listed above.

28

2

PROOF OF SERVICE
Case No. 3:18-md-02843-vc

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED this 14th day of September 2018, in Oakland, CA.

*Chloe Noh*

_____

**Chloe Hyunji Noh**

3

PROOF OF SERVICE
Case No. 3:18-md-02843-vc