

September 18, 2018

**VIA ECF**

The Honorable Vince Chhabria
United States District Court Judge
San Francisco Courthouse
Courtroom 4, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*,
            No. 3:18-cv-02843-VC

Dear Judge Chhabria:

    We write on behalf of Plaintiffs Steven Akins, Samuel Armstrong, Terry Fischer, Taunna Jarvimaki, Tyler King, Gretchen Maxwell, Kimberly Robertson, Cheryl Senko, Tonya Smith, and Charnae Tutt (the "*Akins* Plaintiffs"), who have filed on this date a complaint in the Northern District of California that is related to the above-captioned litigation. Out of an abundance of caution, and to avoid any argument to the contrary, the *Akins* Plaintiffs have filed this complaint so that they can be included in the Consolidated Complaint that will be filed on September 21.

                                          Sincerely,

Lesley E. Weaver
lweaver@bfalaw.com

Derek W. Loeser
dloeser@kellerrohrback.com

cc:    All counsel on ECF