Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*
[*Additional counsel listed on signature page*]

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 3:18-md-02843-VC |
| | **CO-LEAD COUNSEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Vince Chhabria |

Pursuant to Civil Local Rules 3-12 and 7-11, Co-Lead Counsel move the Court to relate the action *Akins, et al. v. Facebook, Inc.*, No. 3:18-cv-05714-LB (N.D. Cal. Sept. 18, 2018), and *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-cv-02843-VC. The *Akins* complaint is attached as Exhibit 1 to the Declaration of Lesley E. Weaver ("Weaver Decl.").

## STATEMENT OF FACTS

In this multi-district litigation ("MDL") this Court on July 27, 2018 ordered the Consolidated Complaint in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* filed by September 21, 2018. ECF No. 103. On September 18, 2018 Plaintiffs Steven Akins, Samuel Armstrong, Terry Fischer, Taunna Jarvimaki, Tyler King, Gretchen Maxwell, Kimberly Robertson, Cheryl Senko, Tonya Smith, and Charnae Tutt (the "*Akins* Plaintiffs") filed their complaint. The Akins Plaintiffs filed their complaint in order to participate in the MDL. *See* 28 U.S.C. § 1407(a) (MDL proceedings concern the consolidation of pre-existing "civil actions involving one or more common questions of fact"). *In re Mortg. Elec. Registration Sys. Litig.*, MD-09-02119-PHX-JAT, 2016 WL 3931820, at *5 (D. Ariz. July 21, 2016) ("A plaintiff may not unilaterally add actions in the MDL that have not been pending in federal court elsewhere or which were not transferred to the transferee court through the MDL process").

The *Akins* Plaintiffs wish to be incorporated into the Consolidated Complaint and therefore seek relation to be joined with the MDL.

## ARGUMENT

Under Civil Local Rule 3-12, an "action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

The *Akins* Plaintiffs' complaint should be deemed related because it concerns the same Defendants, transactions, and events. The *Akins* Plaintiffs raise claims relating to Facebook's misuse of personal information that are substantially identical to the other claims that have been transferred to this Court. *Compare, e.g.*, Weaver Decl. Ex. 1 at ¶¶ 83–121 (alleging violations of the Stored

1  Communications Act, California's right of publicity, California's Unfair Competition Law, intrusion

2  upon seclusion, and unjust enrichment) *with, e.g.*, *Schinder v. Facebook, Inc. et al.*, Case No. 5:18-cv-

3  02571-VC (N.D. Cal. May 1, 2018), Compl. at ¶¶ 79–126 (alleging the substantially the same causes

4  of action) (attached as Weaver Decl. Ex. 2).  It is clear that relating the *Akins* Plaintiffs' claims to this

5  MDL would prevent "unduly burdensome duplication of labor and expense or conflicting results if the

6  cases are conducted before different Judges." Civil L.R. 3-12(a)(2).

7  <center>**CONCLUSION**</center>

8      Because the law and facts are substantially identical, Co-Lead Counsel respectfully ask the

9  Court to order the *Akins* action related to *In re: Facebook, Inc. Consumer Privacy User Profile*

10 *Litigation*, No. 3:18-cv-02843-VC.

11

12  DATE: September 19, 2018                    BLEICHMAR FONTI & AULD LLP

13                                             By:  */s/ Lesley E. Weaver*
                                                    Lesley E. Weaver

14
                                               Lesley E. Weaver (SBN 191305)
15                                             Matthew S. Weiler (SBN 236052)
                                               Emily C. Aldridge (SBN 299236)
16                                             555 12th Street, Suite 1600
                                               Oakland, CA 94607
17                                             Tel.: (415) 445-4003
                                               Fax: (415) 445-4020
18                                             lweaver@bfalaw.com
                                               mweiler@bfalaw.com
19                                             ealdridge@bfalaw.com

20                                             *Plaintiffs' Co-Lead Counsel*

21                                             KELLER ROHRBACK L.L.P.

22                                             By:  */s/ Derek W. Loeser*
                                                    Derek W. Loeser
23
                                               Derek Loeser (admitted *pro hac vice*)
24                                             Lynn Lincoln Sarko (admitted *pro hac vice*)
                                               Gretchen Freeman Cappio (admitted *pro hac vice*)
25                                             Cari Campen Laufenberg (admitted *pro hac vice*)
                                               1201 Third Avenue, Suite 3200
26                                             Seattle, WA 98101
                                               Tel.: (206) 623-1900
27                                             Fax: (206) 623-3384

28

1

dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

2

3

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

4

5

6

*Plaintiffs' Co-Lead Counsel*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28