Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PROOF OF SERVICE** |
| | Judge: Hon. Vince Chhabria |

**PROOF OF SERVICE**

I, Kelsey Hensley, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am an employee at the law firm of BLEICHMAR FONTI & AULD LLP, and my office is located at 555 12th Street, Suite 1600, Oakland, CA 94607.

On September 20, 2018, I served true and correct copies at the addresses listed below, via U.S. mail and electronic mail:

1. Co-Lead Counsel's Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Local Rule 3-12

2. Declaration Of Lesley E. Weaver In Support Of Administrative Motion To Consider Whether Cases Should Be Related

3. [Proposed] Order Granting Administrative Motion To Consider Whether Cases Should Be Related

COAST LAW GROUP LLP
Helen I. Zeldes
Amy C. Johnsgard
Ben Travis
1140 S. Coast Highway 101
Encinitas, California 92024
helen@coastlaw.com
amy@coastlaw.com
ben@coastlaw.com

MORRIS SULLIVAN & LEMKUL LLP
Will Lemkul, Esq.
Shawn D. Morris, Esq.
9915 Mira Mesa Boulevard, Suite 300
San Diego, CA 92131
lemkul@morrissullivanlaw.com

*Attorneys for Plaintiffs Ian Miller, William Lloyd, Dustin Short, Paige Grays, Rachael Reed, Patrick Detscher, Sandy McEuen, Sean Day, Fr. Bobby Hall, and Bridget Peters*

*Attorneys for Plaintiffs Ashley Kmieciak, Jonathan Pelc, and John Doe*

CUNEO GILBERT & LaDUCA LLP
Michael Flannery
7733 Forsyth Boulevard, Suite 1675
St. Louis, MO  63105
mflannery@cuneolaw.com

*Attorneys for Plaintiffs Ian Miller, William Lloyd, Dustin Short, Paige Grays, Rachael Reed, Patrick Detscher, Sandy McEuen, Sean Day, Fr. Bobby Hall, and Bridget Peters*

Kimberly Barone Baden
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
kbaden@motleyrice.com

*Attorneys for Plaintiffs Ashley Kmieciak, Jonathan Pelc, and John Doe*

SULAIMAN LAW GROUP, LTD.
James C. Vlahakis
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
jvlahakis@sulaimanlaw.com

*Attorneys for Plaintiffs Mitch Staggs, Sandra Atkins And Shelly Forman*

FACEBOOK, INC.
1 Hacker Way
Menlo Park, CA 94025

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

_____ /s/ Kelsey Hensley _____
Kelsey Hensley