Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*
[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 3:18-md-02843-VC |
| | **CO-LEAD COUNSEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Vince Chhabria |

Pursuant to Civil Local Rules 3-12 and 7-11, Co-Lead Counsel move the Court to relate *McDonnell, et al. v. Facebook, Inc.*, No. 3:18-cv-05811 (N.D. Cal. Sept. 21, 2018) to *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-cv-02843-VC. The *McDonnell* complaint is attached as Exhibit 1 to the Declaration of Lesley E. Weaver ("Weaver Decl.").

**STATEMENT OF FACTS**

On July 27, 2018, this Court ordered that Plaintiffs' Consolidated Complaint In this multi-district litigation ("MDL"), *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, should be filed by September 21, 2018. ECF No. 103. On September 21, 2018 Plaintiffs Scott McDonnell, Tabell Holsinger, and James Tronka (the "*McDonnell* Plaintiffs") filed their initiating complaint their initiating complaint. It was necessary for the *McDonnell* Plaintiffs to file their complaint in order to participate in the MDL. *See* 28 U.S.C. § 1407(a) (MDL proceedings concern the consolidation of pre-existing "civil actions involving one or more common questions of fact"). *In re Mortg. Elec. Registration Sys. Litig.*, MD-09-02119-PHX-JAT, 2016 WL 3931820, at *5 (D. Ariz. July 21, 2016) ("A plaintiff may not unilaterally add actions in the MDL that have not been pending in federal court elsewhere or which were not transferred to the transferee court through the MDL process").

**ARGUMENT**

Under Civil Local Rule 3-12, an "action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

The *McDonnell* Plaintiffs' complaint should be deemed related because they concern the same Defendants, transactions, and events. The *McDonnell* Plaintiffs raise claims relating to Facebook's misuse of personal information that are substantially identical to the other claims that have been transferred to this Court and have been consolidated into this MDL. *Compare* Weaver Decl. Ex. 1 at ¶¶ 85–142 (alleging violations of the Stored Communications Act, California's Unfair Competition Law, and unjust enrichment), with *Schinder v. Facebook, Inc. et al.*, Case No. 5:18-cv-02571-VC

(N.D. Cal. May 1, 2018), Compl. at ¶¶ 79–126 (alleging the substantially the same causes of action concerning the same factual allegations) (attached as Weaver Decl. Ex. 2). The *McDonnell* complaint pleads many of the same claims concerning the same subject matter as other complaints, and thus it is clear that relating the *McDonnell* Plaintiffs' complaint to this MDL is necessary to prevent "unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a)(2).

## CONCLUSION

Because the law and facts are substantially identical, Co-Lead Counsel respectfully ask the Court to order the *McDonnell* action related to *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-cv-02843-VC.

DATE: September 21, 2018

BLEICHMAR FONTI & AULD LLP

By: */s/ Lesley E. Weaver*
      Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
Emily C. Aldridge (SBN 299236)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com
ealdridge@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

KELLER ROHRBACK L.L.P.

By: */s/ Derek W. Loeser*
      Derek W. Loeser

Derek Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

1
2
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

3
4
5
6
Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

7  *Plaintiffs' Co-Lead Counsel*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28