Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **PROOF OF SERVICE** |
| | Judge: Hon. Vince Chhabria |

**PROOF OF SERVICE**

I, Matthew S. Weiler, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am an attorney at the law firm of BLEICHMAR FONTI & AULD LLP, and my office is located at 555 12th Street, Suite 1600, Oakland, CA 94607.

On September 21, 2018, I served true and correct copies at the addresses listed below, via U.S. mail and electronic mail:

1. **CO-LEAD COUNSEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12**

2. **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

| | |
|---|---|
| Shana E. Scarlett (SBN 217895)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>shanas@hbsslaw.com | FACEBOOK, INC.<br>1 Hacker Way<br>Menlo Park, CA 94025 |

*Attorneys for Plaintiffs Scott McDonnell, Tabell Holsinger, and James Tronka*

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

_/s/ Matthew S. Weiler_

Matthew S. Weiler