UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **ORDER TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

Co-Lead counsel is ordered to submit a chambers copy of its complaint to the Court by Thursday, September 27, 2018.

**IT IS SO ORDERED.**

Dated:  September 25, 2018

_____
VINCE CHHABRIA
United States District Judge