Norman E. Siegel
*siegel@stuevesiegel.com*
Barrett J. Vahle
*vahle@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Counsel for Plaintiff Howard O'Kelly

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Facebook, Inc., Consumer Privacy User Profile Litigation<br><br>This document relates to:<br><br>*O'Kelly v. Facebook, Inc., et al.*<br>Case No. 3:18-CV-01915-VC | MDL Docket No. 2843<br>Case No. 1:18-md-02843-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF HOWARD O'KELLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Howard
2 O'Kelly hereby dismisses this action without prejudice. This dismissal does not
3 affect any other actions or claims pending in MDL No. 2843.

5 Dated: September 27, 2018  Respectfully submitted,

By: */s/ Barrett J. Vahle*
Norman E. Siegel
Barrett J. Vahle
S<small>TUEVE</small> S<small>IEGEL</small> H<small>ANSON</small> LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
*siegel@stuevesiegel.com*
*vahle@stuevesiegel.com*

**Counsel for Plaintiff Howard O'Kelly**

## **CERTIFICATE OF SERVICE**

I, Barrett J. Vahle, declare that I am over the age of 18 years and not a party to this action, and that I caused Plaintiff's Notice of Dismissal Without Prejudice to be served on all parties to this action, on September 27, 2018 via the Court's ECF system.

/s/ Barrett J. Vahle
Barrett J. Vahle