Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
David T. Rudolph (State Bar No. 233457)
drudolph@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al., No. 3:18-cv-01953*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: Facebook, Inc., Consumer Privacy User Profile Litigation<br><br>This document relates to:<br><br>*Beiner, et al. v. Facebook, Inc., et al.*, No. 3:18-cv-01953 | MDL Docket No. 2843<br><br>Case No. 1:18-md-02843-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS THERESA BEINER AND BRANDON HAUBERT PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)** |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Theresa Beiner and Brandon Haubert hereby dismiss this action without prejudice. This dismissal does not affect any other actions or claims pending in MDL No. 2843.

Dated: September 28, 2018          By:   */s/ Melissa Gardner*

Michael W. Sobol (CA #194857)
msobol@lchb.com
David T. Rudolph
drudolph@lchb.com
Melissa Gardner
mgardner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

CARNEY BATES & PULLIAM, PLLC
Hank Bates (CA #167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al., No. 3:18-cv-01953*

1629349.1                                  - 1 -                    NOTICE OF VOLUNTARY DISMISSAL
                                                                              CASE NO. 3:18-CV-1953

**CERTIFICATE OF SERVICE**

I, Michael Sobol, declare that I am over the age of 18 years and not a party to this action, and that I caused this **Notice of Voluntary Dismissal by Plaintiffs Theresa Beiner and Brandon Haubert Pursuant To Fed. R. Civ. P. 41(a)(1)(a)(i)** to be served on all parties to this action, on September 28, 2018 via the Court's ECF system.

*/s/ Melissa Gardner*
Melissa Gardner