| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Derek W. Loeser (admitted *pro hac vice*) |
| BLEICHMAR FONTI & AULD LLP | KELLER ROHRBACK L.L.P. |
| 555 12th Street, Suite 1600 | 1201 Third Avenue, Suite 3200 |
| Oakland, CA 94607 | Seattle, WA 98101 |
| Tel.: (415) 445-4003 | Tel.: (206) 623-1900 |
| Fax: (415) 445-4020 | Fax: (206) 623-3384 |
| lweaver@bfalaw.com | dloeser@kellerrohrback.com |

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] PRETRIAL ORDER NO. __ ADDRESSING CLAIM PRIORITIZATION**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: November 8, 2018<br>Hearing Time: 10:00 a.m. |

The Court possesses broad authority to manage the "just and efficient conduct" of this MDL, *see* 28 U.S.C. § 1407(a), including issuing case management orders, *see In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 460 F.3d 1217, 1230-32 (9th Cir. 2006) (noting that the Court has "broad discretion to administer the [MDL] proceeding as a whole."). Having reviewed Plaintiffs' Motion for Entry of a Pretrial Order Addressing Claim Prioritization (the "Motion"), and all related and responsive papers, the Court GRANTS Plaintiffs' Motion.

The Court finds that entry of this Pretrial Order is proper and necessary to address a variety of issues important to the administration of this MDL. In particular, the Order is needed to clarify the legal effect of the Consolidated Complaint and to implement a case structure that

both streamlines the proceedings and preserves the rights of the non-lead plaintiffs whose claims may not be actively pursued in this MDL.

The Court hereby ORDERS that:

1. Plaintiffs' Consolidated Complaint shall be treated as a superseding, master consolidated complaint;

2. All non-priority claims and all priority claims against non-priority defendants named in the Consolidated Complaint shall be stayed until the Court certifies a nationwide class, or as otherwise ordered by the Court on motion of Co-Lead Counsel or Defendants; and

3. In the event the stay of non-priority claims is lifted, in whole or in part, Co-Lead Counsel and Defendants shall meet and confer regarding an appropriate approach to addressing the claims, and shall submit a status report describing their position(s).

Dated:_____

_____
Hon. Vince Chhabria
Judge of the United States District Court