1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sara P. Simnowitz (NY SBN 4425203)
BLEICHMAR FONTI & AULD LLP
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-2309
Facsimile: (212) 205-3960
ssimnowitz@bfalaw.com

*Attorney for Plaintiff Scott Schinder*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: FACEBOOK, INC., CONSUMER
PRIVACY USER PROFILE LITIGATION

MDL No. 2843

Case No. 18-md-02843-VC

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**NOTICE OF APPEARANCE OF COUNSEL
FOR PLAINTIFF**

1    PLEASE TAKE NOTICE that Sara P. Simnowitz of Bleichmar Fonti & Auld LLP, hereby

2  appears on behalf of Plaintiff Scott Schinder in this action. Ms. Simnowitz is a member of the State

3  Bars of New York and Massachusetts and is a member of good standing in both.

4         The undersigned respectfully requests to be included via email on the Court's notification of all

5
6  electronic filings in this action. Ms. Simnowitz's contact information is as follows:

7              Sara P. Simnowitz
              Bleichmar Fonti & Auld LLP
8              7 Times Square, 27th Floor
              New York, NY 10036
9              Telephone: (212) 789-2309
              Facsimile: (212) 205-3960
10             Email: ssimnowitz@bfalaw.com

11

12

13  DATED this 16th day of October, 2018.        BLEICHMAR FONTI & AULD LLP

14                                               By:  /s/ Sara P. Simnowitz
                                                     Sara P. Simnowitz
15
16                                               Sara P. Simnowitz (SBN 4425203)
                                                 555 12th Street, Suite 1600
17                                               Oakland, CA 94607
                                                 Telephone: (415) 445-4003
18                                               Facsimile: (415) 445-4003
                                                 Email: ssimnowitz@bfalaw.com
19
20                                               *Attorney for Plaintiff Scott Schinder*

21

22

23

24

25

26

27

28