MARK C. HANSEN
mhansen@kellogghansen.com
AARON M. PANNER
apanner@kellogghansen.com
DANIEL G. BIRD
dbird@kellogghansen.com
JACOB E. HARTMAN
jhartman@kellogghansen.com
CHRISTOPHER M. SARMA
csarma@kellogghansen.com
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile:  (202) 326-7999

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 18-md-02843-VC<br>MDL No. 2843 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF MARK C. HANSEN**<br><br>Judge:     Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

TO THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned MARK C. HANSEN of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., hereby enters his appearance on behalf of Robert Mercer in the above-captioned case.  I request that copies of all pleadings, papers, notices, and other documents be addressed to:

>Mark C. Hansen
>KELLOGG, HANSEN, TODD,
>  FIGEL & FREDERICK, P.L.L.C.
>1615 M Street, N.W., Suite 400
>Washington, D.C. 20036
>Tel:    (202) 326-7900
>Fax:    (202) 326-7999
>Email:  mhansen@kellogghansen.com

I certify that I admitted to practice in this Court.


Dated: October 17, 2018                                  Respectfully submitted,


>*/s/ Mark C. Hansen*
>Mark. C. Hansen
>mhansen@kellogghansen.com
>**KELLOGG, HANSEN, TODD,**
>  **FIGEL & FREDERICK, P.L.L.C.**
>1615 M Street, N.W., Suite 400
>Washington, D.C. 20036
>Telephone: (202) 326-7900
>Facsimile:  (202) 326-7999
>
>*Counsel for Robert Mercer*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of October 2018, I electronically transmitted the above and foregoing document to the Clerk of the Court for the District Court for the Northern District of California by using the CM/ECF for filing. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        */s/ Mark. C. Hansen*