MARK C. HANSEN
mhansen@kellogghansen.com
AARON M. PANNER
apanner@kellogghansen.com
DANIEL G. BIRD
dbird@kellogghansen.com
JACOB E. HARTMAN
jhartman@kellogghansen.com
CHRISTOPHER M. SARMA
csarma@kellogghansen.com
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile:  (202) 326-7999

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 18-md-02843-VC<br>MDL No. 2843 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF AARON M. PANNER**<br><br><br>Judge:      Hon. Vince Chhabria<br>Courtroom:  4, 17th Floor |

TO THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned AARON M. PANNER of Kellogg,

Hansen, Todd, Figel & Frederick, P.L.L.C., hereby enters his appearance on behalf of Robert

Mercer in the above-captioned case.  I request that copies of all pleadings, papers, notices, and

other documents be addressed to:

> Aaron M. Panner
> KELLOGG, HANSEN, TODD,
>   FIGEL & FREDERICK, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Tel:    (202) 326-7900
> Fax:    (202) 326-7999
> Email:  apanner@kellogghansen.com

I certify that I admitted to practice in the United States District Court for the District of

Columbia.

Dated: October 17, 2018                    Respectfully submitted,

> /s/ Aaron M. Panner
> Aaron M. Panner
> apanner@kellogghansen.com
> KELLOGG, HANSEN, TODD,
>   FIGEL & FREDERICK, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Telephone: (202) 326-7900
> Facsimile:  (202) 326-7999
>
> *Counsel for Robert Mercer*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of October 2018, I electronically transmitted the above and foregoing document to the Clerk of the Court for the District Court for the Northern District of California by using the CM/ECF for filing.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Mark. C. Hansen*

NOTICE OF APPEARANCE OF
AARON M. PANNER

CASE NO. 18-MD-02843-VC
MDL NO. 2843