MARK C. HANSEN
mhansen@kellogghansen.com
AARON M. PANNER
apanner@kellogghansen.com
DANIEL G. BIRD
dbird@kellogghansen.com
JACOB E. HARTMAN
jhartman@kellogghansen.com
CHRISTOPHER M. SARMA
csarma@kellogghansen.com
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile:  (202) 326-7999

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 18-md-02843-VC<br>MDL No. 2843 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF DANIEL G. BIRD**<br><br>Judge:       Hon. Vince Chhabria<br>Courtroom:  4, 17th Floor |

TO THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned DANIEL G. BIRD of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., hereby enters his appearance on behalf of Robert Mercer in the above-captioned case. I request that copies of all pleadings, papers, notices, and other documents be addressed to:

> Daniel G. Bird
> KELLOGG, HANSEN, TODD,
>   FIGEL & FREDERICK, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Tel:   (202) 326-7900
> Fax:   (202) 326-7999
> Email: dbird@kellogghansen.com

I certify that I am admitted to practice in the United States District Court for the District of Columbia.

Dated: October 17, 2018                    Respectfully submitted,

/s/ *Daniel G. Bird*
Daniel G. Bird
dbird@kellogghansen.com
**KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

*Counsel for Robert Mercer*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of October 2018, I electronically transmitted the above and foregoing document to the Clerk of the Court for the District Court for the Northern District of California by using the CM/ECF for filing. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Mark. C. Hansen*