MARK C. HANSEN
mhansen@kellogghansen.com
AARON M. PANNER
apanner@kellogghansen.com
DANIEL G. BIRD
dbird@kellogghansen.com
JACOB E. HARTMAN
jhartman@kellogghansen.com
CHRISTOPHER M. SARMA
csarma@kellogghansen.com
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile:  (202) 326-7999

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 18-md-02843-VC<br>MDL No. 2843 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF CHRISTOPHER M. SARMA**<br><br>Judge:       Hon. Vince Chhabria<br>Courtroom:  4, 17th Floor |

TO THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned CHRISTOPHER M. SARMA of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., hereby enters his appearance on behalf of Robert Mercer in the above-captioned case.  I request that copies of all pleadings, papers, notices, and other documents be addressed to:

> Christopher M. Sarma
> KELLOGG, HANSEN, TODD,
>   FIGEL & FREDERICK, P.L.L.C.
> 1615 M Street, N.W., Suite 400
> Washington, D.C. 20036
> Tel:    (202) 326-7900
> Fax:    (202) 326-7999
> Email:  csarma@kellogghansen.com

I certify that I am a member in good standing of the United States Court of Appeals for the Ninth Circuit, District of Columbia Bar, and New York State Bar.  My membership to the United States District Court for the District of Columbia is pending.

Dated: October 17, 2018                                            Respectfully submitted,

/s/ Christopher M. Sarma
Christopher M. Sarma
csarma@kellogghansen.com
**KELLOGG, HANSEN, TODD,**
  **FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

*Counsel for Robert Mercer*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of October 2018, I electronically transmitted the above and foregoing document to the Clerk of the Court for the District Court for the Northern District of California by using the CM/ECF for filing. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                         */s/ Mark. C. Hansen*