Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Prioritized Defendant Facebook, Inc., and Non-Prioritized Defendants Mark Zuckerberg, and Sheryl Sandberg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DEFENDANT FACEBOOK, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF PRETRIAL ORDER ADDRESSING CLAIM PRIORITIZATION**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: November 15, 2018<br>Hearing Time: 10:00 a.m. |

Defendant Facebook, Inc. ("Facebook") respectfully submits this Response to Plaintiffs' Motion for Entry of Pretrial Order Addressing Claim Prioritization, filed on October 3, 2018, Dkt. 156 ("Mot.").

Plaintiffs are correct that "Facebook does [not] object … as a general matter" to the proposal reflected in Plaintiffs' Prioritization Motion. Mot. at 1. Facebook agrees that prioritizing certain claims and/or defendants within the operative complaint would promote the efficiency goals of the MDL structure. Plaintiffs' proposal is also consistent with Pretrial Order No. 1, which automatically consolidated into the MDL all new tag-along actions transferred by the JPML or related into the MDL via Local Rule 3-12. *See* Dkt. No. 2 ¶¶ 1-2 ("Any tag-along action … filed in this District will be automatically consolidated with this action without the need for future motions or orders."); *see also* Dkt. 160 (JPML Order transferring *People of the State of Illinois ex rel. Kimberly M. Fox v. Facebook, Inc.*); Dkt. 161 (Order relating *Rankins v. Facebook, Inc.* and *Hwang v. Facebook, Inc.* into the MDL). As the Court confirmed by email on October 17, 2018, under Pretrial Order No. 1 and Pretrial Order No. 8, Dkt. 120, ¶ 11, the Consolidated Amended Complaint filed on September 21, 2018, is the sole operative complaint in this MDL, and the only complaint to which Facebook intends to respond on November 2, 2018.

In light of Plaintiffs' proposal, Facebook intends to move to dismiss only the 12 so-called "priority claims" that Co-Lead Counsel identified in the Consolidated Amended Complaint, reserving its rights with respect to any other claims alleged in the Consolidated Amended Complaint. Of course, rulings on Facebook's forthcoming motion to dismiss may inform the viability of Plaintiffs' non-priority claims. Thus, it is Facebook's view that the parties should meet and confer regarding the status of the non-priority claims after the Court rules on the motion to dismiss.

DATE:  October 17, 2018

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  /s/  Joshua S. Lipshutz
Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*