Eric H. Gibbs (SBN 178658)
Andre Mura (SBN 298541)
Aaron Blumenthal (SBN 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
ab@classlawgroup.com

*Counsel for Plaintiff Patricia King*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Facebook, Inc., Consumer Privacy User Profile Litigation<br><br>This document relates to:<br><br>*Patricia King v. Facebook, Inc. et al.,* Case No. 3:18-cv-02276-VC | MDL Docket No. 2843<br><br>Case No. 3:18-md-02843-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, BY PLAINTIFF PATRICIA KING, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Patricia King voluntarily dismisses her claims in the above-entitled matter, without prejudice, against Defendants Facebook, Inc. and Cambridge Analytica LLC, and reserves her rights as a member of any class that may be certified in this litigation. As Defendants have not served an answer or a motion for summary judgment in this proceeding and Plaintiff has not filed a motion for class certification, dismissal without prejudice is appropriate without a court order under Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B). This dismissal does not affect any other actions or claims pending in the multi-district litigation, MDL No. 2843.

Dated: October 17, 2018                                     */s/ Aaron Blumenthal*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)

**GIBBS LAW GROUP LLP**
Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Aaron Blumenthal (SBN 310605)
505 14th Street, Ste. 1110
Oakland, CA  94612
Telephone:  510-350-9700
Facsimile:  510-350-9701
*ehg@classlawgroup.com*
*amm@classlawgroup.com*
*ab@classlawgroup.com*

Attorneys for Plaintiff Patricia King

-2-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)