Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Special Assistant State's Attorney*

*Additional counsel listed on motion signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843 |
| | Case No. 18-md-02843-VC |
| This document relates to: *People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-2667 (N.D. Ill.) | Judge Vince Chhabria |
| | **DECLARATION OF BENJAMIN H. RICHMAN** |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted to practice before the Supreme Court of the State of Illinois and the United States District Court for the Northern District of Illinois (among others), and have been appointed as Special Assistant State's Attorney to represent the People of the State of Illinois ex rel. Kimberly M. Foxx (the "State") in this matter.

2. I am entering this declaration in support of the State's Administrative Motion for Oral Argument on Fully-Briefed Motion to Remand for Lack of Subject Matter Jurisdiction in *People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-2667 (N.D. Ill.). This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

3. Prior to filing the State's administrative motion, I conferred with counsel for Defendant Facebook, Inc. who indicated that Facebook objects to the submission of the motion to remand and related briefing materials for hearing and decision absent supplemental briefing to address Ninth Circuit law on the issues.

4. The State will of course consider whether it agrees that supplemental briefing as proposed by Facebook is necessary and inform Facebook of its views in short order. Nevertheless, the State wished to file its Motion by the deadline to respond to Co-Lead Counsel's Motion to Prioritize Claims (dkt. 156), to the extent that the State's Motion sets out the State's position on Co-Lead Counsel's Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of October 2018 at Seattle, Washington.

/s/ Benjamin H. Richman