Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Special Assistant State's Attorney*

*Additional counsel listed on motion signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843 |
| | Case No. 18-md-02843-VC |
| This document relates to: *People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-2667 (N.D. Ill.) | Judge Vince Chhabria |
| | **[PROPOSED] ORDER** |

1  IT IS HEREBY ORDERED THAT, for good cause shown, the Court shall consider for
2 decision the motion to remand filed by Plaintiff in the matter captioned *People of Illinois ex rel.*
3 *Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-2667 (N.D. Ill.), along with all other materials
4 filed in support of and in opposition thereto. Oral argument shall be heard on the motion on
5 **[DATE]** at **[TIME]**.

**IT IS SO ORDERED.**

DATED: _____    _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE