Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Prioritized Defendant Facebook, Inc., and Non-Prioritized Defendants Mark Zuckerberg, and Sheryl Sandberg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>*People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-2667 (N.D. Ill.) | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF JOSHUA LIPSHUTZ IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S RESPONSE TO COOK COUNTY'S ADMINISTRATIVE MOTION FOR ORAL ARGUMENT ON MOTION TO REMAND**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

I, Joshua Lipshutz, declare as follows:

1. I am an attorney admitted to practice law before this Court and all of the Courts of the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Facebook, Inc. in the above-captioned action. I offer this declaration in support of Facebook's Response to Cook County's Administrative Motion for Oral Argument on Motion to Remand. I have personal knowledge of the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email exchange between counsel for Cook County and counsel for Facebook on October 16–17, 2018.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at Washington, D.C., on this 22nd day of October, 2018.

By: /s/ Joshua Liptshutz
Joshua S. Lipshutz

*Attorney for Defendant Facebook, Inc.*

# EXHIBIT A

**From:** Lipshutz, Joshua S.
**Sent:** Wednesday, October 17, 2018 4:57 PM
**To:** Benjamin H. Richman <brichman@edelson.com>
**Cc:** Snyder, Orin <OSnyder@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; neimer@EimerStahl.com; srazzano@eimerstahl.com; Jay Edelson <jedelson@edelson.com>; Rafey Balabanian <RBALABANIAN@edelson.com>; Ari Scharg <ascharg@edelson.com>; Alfred Murray <amurray@edelson.com>; Eli Wade-Scott <ewadescott@edelson.com>
**Subject:** Re: People v. Facebook - Administrative Motion/Remand

Thanks, Ben.  Yes, Facebook objects only for the reason stated below — we believe there should be supplemental briefing before oral argument or decision.

Best,
Josh

**Joshua S. Lipshutz**
**Partner**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8217 • Fax +1 202.530.9614

555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8233 • Fax +1 415.374.8469
JLipshutz@gibsondunn.com • www.gibsondunn.com

On Oct 17, 2018, at 4:51 PM, Benjamin H. Richman <brichman@edelson.com> wrote:

> [External Email]
> Josh:
>
> We're happy to confer with our client on the issue of supplemental briefing and circle back to you. We do, however, plan to proceed with the filing today in the meantime. Given that, if you could let us know whether Facebook objects to the proposed order we circulated—sounds like it might—we'd appreciate it. We obviously want to make sure to note its position accurately.
>
> Thanks,
> Ben
>
> Benjamin H. Richman
> **Edelson PC**
> 350 N LaSalle St, 14th Floor
> Chicago, IL 60654

1

m: 312.589.6370
d: 312.589.6377
f: 312.589.6378
brichman@edelson.com
www.edelson.com

 @EdelsonPC     Edelson-PC     EdelsonLaw

Sent from my iPhone

On Oct 17, 2018, at 1:29 PM, Lipshutz, Joshua S. <JLipshutz@gibsondunn.com> wrote:

> Ben,
> Thank you for your email.  Before submitting the remand motion to the Court for oral argument and decision, we would propose asking the Court for leave to file supplemental briefs addressing the impact of the transfer to the Northern District of California, including the applicability of Ninth Circuit case law.  Please let us know if you would agree to modify your proposed order and administrative motion to that effect.
>
> Best,
> Josh
>
> **Joshua S. Lipshutz**
> **Partner**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
> Tel +1 202.955.8217 • Fax +1 202.530.9614
>
> 555 Mission Street, San Francisco, CA 94105-0921
> Tel +1 415.393.8233 • Fax +1 415.374.8469
> JLipshutz@gibsondunn.com • www.gibsondunn.com
>
>
> **From:** Benjamin H. Richman <brichman@edelson.com>
> **Sent:** Tuesday, October 16, 2018 9:29 PM
> **To:** Snyder, Orin <OSnyder@gibsondunn.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Linsley, Kristin A. <KLinsley@gibsondunn.com>; neimer@EimerStahl.com; srazzano@eimerstahl.com
> **Cc:** Jay Edelson <jedelson@edelson.com>; Rafey Balabanian <RBALABANIAN@edelson.com>; Ari Scharg <ascharg@edelson.com>; Alfred Murray <amurray@edelson.com>; Eli Wade-Scott <ewadescott@edelson.com>
> **Subject:** People v. Facebook - Administrative Motion/Remand
>
> [External Email]
> Counsel:
>
> We plan to file an administrative motion tomorrow asking Judge Chhabria for

leave to submit our client's motion to remand and the related briefing from the Northern District of Illinois for hearing and decision. (The administrative motion itself is not yet finalized, so we can't share it at this time, but are happy to once it is.) If you could please let us know by 3 pm PT tomorrow whether you can stipulate to the attached order, we'd appreciate it.

Thanks in advance.

Best,
Ben

Benjamin H. Richman | Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
312.589.6377 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
brichman@edelson.com | www.edelson.com

 @EdelsonPC     Edelson-PC     EdelsonLaw

Please consider the environment before printing this e-mail.

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies hereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.