UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>PEOPLE OF ILLINOIS EX REL. KIMBERLY M. FOXX,<br><br>      Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>      Defendants. | **ORDER SETTING HEARING AND BRIEFING SCHEDULE RE MOTION FOR REMAND**<br><br>Re: Dkt. No. 172 |

The request to schedule a hearing on the Motion for Remand is granted. The hearing is scheduled for December 6, 2018. The parties are invited to submit supplemental briefs, not to exceed 7 pages, by November 16, 2018. The MDL plaintiffs, through Co-Lead Counsel, may also submit a brief if necessary.

**IT IS SO ORDERED.**

Dated: October 23, 2018

_____
VINCE CHHABRIA
United States District Judge