**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING** |

In support of an alteration of this Court's usual page limits for briefing on a motion to dismiss, the parties stipulate and agree as follows:

1.      On June 27, 2018 this Court issued Pretrial Order No. 5, which provides in relevant part: "The consolidated amended complaint is due September 21, 2018.  Motions to dismiss are due November 2.  Oppositions are due November 30.  Replies are due December 21. . . . The parties may submit a stipulated application regarding page limitations at the appropriate time."

2.      On September 21, 2018 Plaintiffs filed their Consolidated Amended Complaint, which is 255 pages long, contains 50 causes of action, and 12 prioritized causes of action.

3.      Consistent with Plaintiffs' prioritization proposal, Facebook intends to move to dismiss all 12 of the prioritized causes of action on November 2, 2018.

4.      On October 30, 2018, counsel for Facebook contacted Co-Lead Counsel to ask whether Co-Lead Counsel would agree to expanded page limits for the briefing on Facebook's motion to dismiss.

5.      After discussions on October 30, the parties have agreed that, in light of the number of issues raised by Plaintiffs' Consolidated Complaint, additional pages are necessary to adequately address all issues in the parties' motion to dismiss briefing.

6.      On October 30, consistent with Pretrial Order No. 5, Facebook proposed, Plaintiffs agreed to, and the parties accordingly stipulate to the following page limitations for the briefing on Facebook's Motion to Dismiss the Consolidated Complaint: 45 pages for the Motion to Dismiss, 45 pages for the Opposition, and 25 pages for the Reply.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 30, 2018

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Lesley E. Weaver*
    Lesley E. Weaver
Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
Emily C. Aldridge (SBN 299236)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com
ealdridge@bfalaw.com

*Co-Lead Counsel*

**KELLER ROHRBACK LLP**

By: */s/ Derek W. Loeser*
    Derek W. Loeser
Derek Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel*

2

DATE:  October 30, 2018                     Respectfully submitted,

                                            **GIBSON, DUNN & CRUTCHER, LLP**

                                            By:  */s/ Joshua S. Lipshutz*
                                            Joshua S. Lipshutz (SBN 242557)
                                            jlipshutz@gibsondunn.com
                                            GIBSON, DUNN & CRUTCHER LLP
                                            1050 Connecticut Avenue, N.W.
                                            Washington, D.C.  20036-5306
                                            Telephone:  202.955.8500
                                            Facsimile:  202.467.0539

                                            *Attorneys for Defendant Facebook, Inc.*


        **IT IS SO ORDERED.**


DATE:_____          _____

                                            United States District Judge Vince Chhabria