# Exhibit 28

[ Privacy Policy ]

This policy is effective as of June 28, 2005.

Introduction

Thefacebook Privacy Policy is designed to assist you in understanding how we collect and use the personal information that you provide to us and to assist you in making informed decisions when using Thefacebook web site located at www.thefacebook.com (the "Web Site").

The Information We Collect

When you visit the Web Site you may provide us with two types of information: personal information you knowingly choose to disclose that is collected by us and Web Site use information collected by us on an aggregate basis as you and others browse our Web Site.

When you register on the Web Site, you provide us with certain personal information, such as your name, your email address, your telephone number, your address, your gender, schools attended and any other personal or preference information that you provide to us.

When you enter our Web Site, we collect the user's browser type and IP address. This information is gathered for all users to the Web Site. In addition, we store certain information from your browser using "cookies." A cookie is a piece of data stored on the user's computer tied to information about the user. We use session ID cookies to confirm that users are logged in. These cookies terminate once the users close the browser. We do not use cookies to collect private information from any user.

Thefacebook also collects information about you from other sources, such as newspapers and instant messaging services. This information is gathered regardless of your use of the Web Site.

Use of Information Obtained by Thefacebook

When you register on the Web Site, you create your own profile and privacy settings. Your profile information, as well as your name, email and photo, are displayed to people in the groups specified in your privacy settings to support the function of the Web Site. In addition, we may use your name and email address to send you notifications regarding the Web Site and, occasionally, new services we think you may find valuable.

No personal information that you submit to Thefacebook will be available to any user of the Web Site who does not belong to at least one of the groups specified by you in your privacy settings.

We use the information about you that we have collected from other sources to supplement your profile unless you specify in your privacy settings that you do not want this to be done.

Sharing Your Information with Third Parties

We may share your information with third parties, including responsible companies with which we have a relationship. For example:
- We may provide information to service providers to help us bring you the services we offer. Specifically, we may use third parties to facilitate our business, such as to send email solicitations. In connection with these offerings and business operations, our service providers may have access to your personal information for use in connection with these business activities.
- We may be required to disclose customer information pursuant to lawful requests, such as subpoenas or court orders, or in compliance with applicable laws. Additionally, we may share account or other information when we believe it is necessary to comply with law or to protect our interests or property. This may include sharing information with other companies, lawyers, agents or government agencies.
- If the ownership of all or substantially all of the Thefacebook business were to change, your user information would likely be transferred to the new owner.

If you do not want to receive promotional email from Thefacebook and/or do not want us to share your information with third parties for marketing purposes, please submit a request by emailing us at info@thefacebook.com. We will make every effort to implement any choice you make as soon as possible.

Links

This site may contain links to other websites. Thefacebook is not responsible for the privacy practices of other web sites. We encourage our users to be aware when they leave our site and to read the privacy statements of each and every web site that collects personally identifiable information. This privacy statement applies solely to information collected by Thefacebook Web Site.

Third Party Advertising

Advertisements that appear on the Web Site are delivered to users by our advertising partners. Our advertising partners may download cookies to your computer. Doing this allows the advertising network to recognize your computer each time they send you an advertisement. In this way, they may compile information about where you, or others who are using your computer, saw their advertisements and determine which advertisements are clicked. This information

allows an advertising network to deliver targeted advertisements that they believe will be of most interest to you. Thefacebook does not have access to or control of the cookies that may be placed by the third party advertisers.

This privacy statement covers the use of cookies by Thefacebook and does not cover the use of cookies by any of its advertisers.

Changing or Removing Information

Thefacebook users may modify or remove any of their personal information at any time by logging into their account. Information will be updated immediately.

Security

Thefacebook takes appropriate precautions to protect our users' information. Your account information is located on a secured server behind a firewall. Because email is not recognized as a secure medium of communication, we request that you do not send private information to us by email. If you have any questions about the security of Thefacebook Web Site, please contact us.

Changes in Our Privacy Policy

We reserve the right to change our privacy policy at any time. If we do this, we will post the changes to this policy on this page and will indicate at the top of this page the policy's effective date. We therefore encourage you to refer to this policy on an ongoing basis so that you understand our current privacy policy.

Contacting the Web Site

If you have any questions about this privacy policy, please contact us.