Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc. and Non-Prioritized Defendants Mark Zuckerberg and Sheryl Sandberg*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**NOTICE OF JOINDER IN MOTION TO DISMISS AND RESERVATION OF RIGHTS BY NON-PRIORITIZED DEFENDANTS MARK ZUCKERBERG AND SHERYL SANDBERG**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom 4, 17th Floor<br>Hearing Date: January 23, 2019<br>Hearing Time: 10:30 a.m. |

Gibson, Dunn & Crutcher LLP

NOTICE OF JOINDER IN MOTION TO DISMISS AND RESERVATION OF RIGHTS BY NON-PRIORITIZED DEFENDANTS MARK ZUCKERBERG AND SHERYL SANDBERG – CASE NO. 3:18-MD-02843-VC

Non-Prioritized Defendants Mark Zuckerberg and Sheryl Sandberg respectfully submit this notice joining in the arguments made by Facebook, Inc. in its Motion to Dismiss, filed earlier today.

Pursuant to Plaintiffs' Consolidated Complaint, Dkt. 152-2, and Plaintiffs' Motion for Entry of Pretrial Order Addressing Claim Prioritization, Dkt. 156 ("Prioritization Motion"), Mr. Zuckerberg and Ms. Sandberg have been designated by Plaintiffs as "non-prioritized" Defendants, and Plaintiffs have requested that "all claims" against them be stayed pending further proceedings.  *See* Dkt. 156 at 1.  The Court has not yet ruled on Plaintiffs' Prioritization Motion, and is scheduled to hold a hearing regarding that motion on November 15, 2018.  In an abundance of caution, Mr. Zuckerberg and Ms. Sandberg join in the arguments made by Facebook in its Motion to Dismiss, but reserve all rights to raise individual arguments against all claims (prioritized and non-prioritized) in which they are named.

Gibson, Dunn & Crutcher LLP

NOTICE OF JOINDER IN MOTION TO DISMISS AND RESERVATION OF RIGHTS BY NON-PRIORITIZED DEFENDANTS MARK ZUCKERBERG AND SHERYL SANDBERG – CASE NO. 3:18-MD-02843-VC

DATE:  November 2, 2018                Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  /s/  Orin Snyder
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc. and Non-Prioritized Defendants Mark Zuckerberg and Sheryl Sandberg*

Gibson, Dunn & Crutcher LLP

2
NOTICE OF JOINDER IN MOTION TO DISMISS AND RESERVATION OF RIGHTS BY NON-PRIORITIZED DEFENDANTS MARK ZUCKERBERG AND SHERYL SANDBERG – CASE NO. 3:18-MD-02843-VC