UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **ORDER TO SUBMIT FLASH DRIVE** |

Facebook is ordered to deliver a flash drive to Judge Chhabria's chambers by November 12, 2018, with the attachments that were filed in connection with Michael Duffey's Declaration in support of the Motion to Dismiss (Dkt. No. 187). Each document on the flash drive should be the filed version of the PDF (including the ECF stamp at the top). The file name of each document should include the name of the document, a brief description of the document, and the docket number in brackets. For example, the file name for the first attachment would be "Ex 1-2005 Terms of Use [187-1]."

If subsequent filings by either side include more than seven exhibits, the documents filed should be organized on a flash drive as described above and provided to chambers within 7 days of the filings. If any response has seven or fewer exhibits, no flash drive is necessary and ECF filing is sufficient. The parties should continue to file each exhibit as a separate PDF document on ECF.

**IT IS SO ORDERED.**

Dated:  November 5, 2018

_____

VINCE CHHABRIA
United States District Judge