Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek Loeser (admitted *pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Co-Lead Class Counsel*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br> ALL ACTIONS | **CERTIFICATE OF SERVICE ON ALEKSANDR KOGAN** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------X

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION

Case No. 18-md-02843-VC

AFFIDAVIT OF SERVICE

-------------------------------------------------------X

STATE OF NEW YORK   )
                            S.S.
COUNTY OF NEW YORK)

      JOSHUA LEE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 30th day of October, 2018, at approximately the time of 12:43 PM, deponent attempted to serve a true copy of the Summons, Complaint, Judge Chhabria's Civil Standing Order, Judge Chhabria's Civil Trial Standing Order, ND Cal's Standing Order, Instructions for Joint CMC Statement, ECF No. 103 – Pretrial Order 5, ECF Registration Handout upon Aleksandr Kogan (name recently changed to Aleksandr Borisovic Spectre) at 505 W 54th Street #1012, New York, New York, but received no response to repeated knocks on the apartment door. Deponent could hear a dog barking and people walking around the apartment at that time.

      That on the 31st day of October, 2018, at approximately the time of 9:52 PM, deponent again attempted to serve a true copy of the Summons, Complaint, Judge Chhabria's Civil Standing Order, Judge Chhabria's Civil Trial Standing Order, ND Cal's Standing Order, Instructions for Joint CMC Statement, ECF No. 103 – Pretrial Order 5, ECF Registration Handout upon Aleksandr Kogan (name recently changed to Aleksandr Borisovic Spectre) at 505 W 54th Street #1012, New York, New York, but again received no response to repeated knocks on the apartment door. Deponent could again hear a dog barking and people walking around the apartment at that time.

      That on the 2nd day of November, 2018, at approximately the time of 2:25 PM, deponent again attempted to serve a true copy of the Summons, Complaint, Judge Chhabria's Civil Standing Order, Judge Chhabria's Civil Trial Standing Order, ND Cal's Standing Order, Instructions for Joint CMC Statement, ECF No. 103 – Pretrial Order 5, ECF Registration Handout upon Aleksandr Kogan (name recently changed to Aleksandr Borisovic Spectre) at 505 W 54th Street #1012, New York, New York, but again received no

response to repeated knocks on the apartment door. Deponent could again hear a dog barking and people walking around the apartment at that time.

That on the 6th day of November, 2018, at approximately the time of 8:45 AM, deponent again attempted to serve a true copy of the Summons, Complaint, Judge Chhabria's Civil Standing Order, Judge Chhabria's Civil Trial Standing Order, ND Cal's Standing Order, Instructions for Joint CMC Statement, ECF No. 103 – Pretrial Order 5, ECF Registration Handout upon Aleksandr Kogan (name recently changed to Aleksandr Borisovic Spectre) at 505 W 54th Street #1012, New York, New York, but again received no response to repeated knocks on the apartment door. Deponent could again hear a dog barking and people walking around the apartment at that time. At that time, therefore, deponent served a true copy of the foregoing papers upon Aleksandr Kogan (name recently changed to Aleksandr Borisovic Spectre) by firmly affixing the same conspicuously on the front door at that address, the actual place of residence.

That on the 6th day of November, 2018, deponent served another copy of the foregoing upon Aleksandr Kogan (name recently changed to Aleksandr Borisovic Spectre) by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Aleksandr Kogan (name recently changed
to Aleksandr Borisovic Spectre)
505 W 54th Street #1012
New York, New York 10019

_____
JOSHUA LEE #2060696

Sworn to before me this
6th day of November, 2018

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022