Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek Loeser (admitted *pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Co-Lead Class Counsel*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
|---|---|
| | Case No. 18-md-02843-VC |
| This document relates to: ALL ACTIONS | **CERTIFICATE OF SERVICE ON STEPHEN K. BANNON** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------------------------X

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION

Case No. 18-md-02843-VC

AFFIDAVIT OF SERVICE

-----------------------------------------------------------X

STATE OF VIRGINIA       )
                        S.S.:
COUNTY OF CHESTERFIELD)

    KENNETH CONDREY, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

    That on the 14th day of November, 2018, at approximately the time of 4:15 PM, deponent served a true copy of the Summons in a Civil Action, Corrected Consolidated Complaint, Judge Chhabria's Civil Standing Order, Judge Chhabria's Civil Trial Standing Order, ND Cal's Standing Order, Instructions for Joint CMC Statement, ECF No. 103 – Pretrial Order 5, ECF Registration Handout upon Stephen K. Bannon at 3617 Nobel Avenue, Richmond, Virginia, by personally delivering and leaving the same with Martin Bannon, Father, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked Martin Bannon if Stephen K. Bannon is in active military service or dependent upon someone in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

    Martin Bannon is a white male, approximately 85 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 150 pounds with gray hair and glasses.

    That on the 15th day of November, 2018, deponent served another copy of the foregoing upon Stephen K. Bannon by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope,

and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, State of Virginia, addressed as follows:

Stephen K. Bannon
3617 Noble Avenue
Richmond, Virginia 23222

_____
KENNETH CONDREY

Sworn to before me this
15th day of November, 2018

_____
NOTARY PUBLIC

KAREN L. RICE
NOTARY PUBLIC
REG. #355099
MY COMMISSION EXPIRES
10/31/2021
COMMONWEALTH OF VIRGINIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
----------------------------------------------------------X

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION

Case No. 18-md-02843-VC

AFFIDAVIT OF SERVICE

----------------------------------------------------------X
DISTRICT OF COLUMBIA   )   S.S. :

      MARK RUSSELL, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 13th day of November, 2018, at approximately the time of 4:15 PM, deponent attempted to serve a true copy of the Summons in a Civil Action, Corrected Consolidated Complaint, Judge Chhabria's Civil Standing Order, Judge Chhabria's Civil Trial Standing Order, ND Cal's Standing Order, Instructions for Joint CMC Statement, ECF No. 103 – Pretrial Order 5, ECF Registration Handout upon Stephen K. Bannon c/o "Breitbart Embassy" at 210 A St. NE, Washington, D.C., but received no response to repeated knocks on the front entrance door.

      That on the 14th day of November, 2018, at approximately the time of 5:30 PM, deponent again attempted to serve a true copy of the Summons in a Civil Action, Corrected Consolidated Complaint, Judge Chhabria's Civil Standing Order, Judge Chhabria's Civil Trial Standing Order, ND Cal's Standing Order, Instructions for Joint CMC Statement, ECF No. 103 – Pretrial Order 5, ECF Registration Handout upon Stephen K. Bannon c/o "Breitbart Embassy" at 210 A St. NE, Washington, D.C., but again received no response to repeated knocks on the front entrance door. At that time, therefore, deponent served a true copy of the foregoing papers upon Stephen K. Bannon by leaving same conspicuously on the front door stoop at that address, the actual place of residence.

      That on the 14th day of November, 2018, deponent served another copy of the foregoing upon Stephen K. Bannon by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official

depository maintained by the Government of the United States, District of Columbia, addressed as follows:

Stephen K. Bannon
c/o "Breitbart Embassy"
210 A St. NE
Washington, D.C. 20002

_____
MARK RUSSELL

Sworn to before me this
15th day of November, 2018

_____
NOTARY PUBLIC

REBECCA E. SHORT
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 31, 2023