Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> *People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-2667 (N.D. Ill.) | **MDL PLAINTIFFS' OPPOSITION TO KIMBERLY M. FOXX'S MOTION FOR REMAND** <br><br> Judge:  Hon. Vince Chhabria <br> Courtroom:  4, 17th Floor <br> Hearing Date: January 23, 2019 <br> Hearing Time: 10:30 a.m. |

Consistent with ECF No. 179, Plaintiffs in this Multidistrict Litigation ("MDL Plaintiffs") provide a limited response to the pending motion to remand to address concerns specific to the Class. As a threshold matter, MDL Plaintiffs agree with Defendant Facebook that diversity jurisdiction exists, as Cook County does not seek relief that would inure to the State of Illinois alone. *Dep't of Fair Emp. & Hous. v. Lucent Tech., Inc.*, 642 F.3d 728, 737 (9th Cir. 2011). MDL Plaintiffs note, in particular, that Cook County has pleaded consumer claims also pleaded in the Consolidated Complaint filed by MDL Plaintiffs in September. *See* ECF No. 152-2, ¶¶ 654-68.

In addition, there is no need for Cook County to be separately represented in this MDL. State subdivisions regularly work with class counsel in MDLs. In past MDLs—including some in which MDL Plaintiffs' Co-Lead Counsel have represented state subdivisions—complaints filed by states and municipalities have been consolidated into the MDL with none of the "serious inefficiencies" feared by Foxx. ECF No. 172 at n.2; *see, e.g.*, *In re Auto. Parts Antitrust Litig.*, No. 2:12-md-02311 (E.D. Mich.); *In re Mun. Derivatives Antitrust Litig.* No. 1:08-md-01950 (S.D.N.Y.); *In re Nat'l Prescription Opiate Litig.*, No. 1:17-md-2804 (N.D. Ohio); *In re Oil Spill by Oil Rig "Deepwater Horizon" in Gulf of Mex.*, MDL No. 2179 (E.D. La.). It is generally more efficient to have fewer rather than more firms lead litigation when there is no special need for additional firms' involvement. Based upon similar reasoning, the court presiding over the Cambridge Analytica bankruptcy instructed the Trustee that he need not separately negotiate with Cook County's counsel in addition to MDL Plaintiffs' Co-Lead Counsel. *See* Weaver Decl., Exh. A (Transcript of Hearing at 12:16-13:20, *In re Cambridge Analytica*, No. 18-11501-shl (S.D.N.Y. Oct. 24, 2018)).

For these reasons, MDL Plaintiffs respectfully suggest that coordination of the Cook County action into this MDL is not only supported by law but consistent with the goals of efficiency at the heart of the MDL process.

Dated: November 16, 2018                    Respectfully submitted,


KELLER ROHRBACK L.L.P.                      BLEICHMAR FONTI & AULD LLP

By:    */s/ Derek W. Loeser*                By:    */s/ Lesley E. Weaver*
       Derek W. Loeser                             Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)   Lesley E. Weaver (SBN 191305)
Lynn Lincoln Sarko (admitted *pro hac vice*) Matthew S. Weiler (SBN 236052)
Gretchen Freeman Cappio (admitted *pro hac vice*) Emily C. Aldridge (SBN 299236)
Cari Campen Laufenberg (admitted *pro hac vice*) 555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200               Oakland, CA 94607
Seattle, WA 98101                           Tel.: (415) 445-4003
Tel.: (206) 623-1900                        Fax: (415) 445-4020
Fax: (206) 623-3384                         lweaver@bfalaw.com
dloeser@kellerrohrback.com                  mweiler@bfalaw.com
lsarko@kellerrohrback.com                   ealdridge@bfalaw.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November, 2018, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on November 16, 2018, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Lesley E. Weaver*
Lesley E. Weaver