Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> *People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc.*, et al., 18-cv-2667 (N.D. Ill.) | **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF MDL PLAINTIFFS' OPPOSITION TO KIMBERLY M. FOXX'S MOTION FOR REMAND** |

I, Lesley E. Weaver, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner in the Oakland office of Bleichmar Fonti & Auld LLP ("BFA"), Co-Lead Counsel for Plaintiffs in the above-captioned matter. I am a member in good standing of the bar of the State of California and of this Court. I submit this declaration in support of Plaintiffs' Motion for Limited Discovery.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt of the transcript of record of an October 24, 2018 hearing before the U.S. Bankruptcy Court for the Southern District of New York in the matter *In re Cambridge Analytica*, No. 18-11501-shl.

DATED: November 16, 2018

*/s/ Lesley E. Weaver*
Lesley E. Weaver