# Table of Contents

Motion to Stay Briefing - *Ballejos et al. v. Facebook, Inc.*, Case No. 18-CIV-03607

| Attachment | Document Title |
| --- | --- |
| Exhibit A | Defendant's Notice of Motion and Motion to Stay Proceedings Pending Multidistrict Litigation; Memorandum of Points and Authorities |
| Exhibit B | Plaintiffs' Response in Opposition to Defendant's Motion to Stay Proceedings |
| Exhibit C | Reply in Support of Defendant's Motion to Stay Proceedings Pending Multidistrict Litigation |