

November 26, 2018

**VIA ECF**

The Honorable Vince Chhabria
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102
Courtroom 4, 17th Floor

    Re:    *In re Facebook, Inc. Consumer Privacy User Profile Litigation*

Dear Judge Chhabria:

    We respond on behalf of Plaintiffs to the November 21, 2018 letter from Facebook's counsel regarding the state court action *Ballejos et al. v. Facebook, Inc.*, Case No. 3:18-CV-03607 (San Mateo Court) pending before the Honorable Gerald J. Buchwald.

    Plaintiffs oppose the suggestion that any prioritized MDL state law claims should be stayed pending resolution of the *Ballejos* matter. To the extent Your Honor is inclined to consider such a stay, we request the opportunity to submit briefing on the matter.

                                               Very truly yours,

                                               Derek W. Loeser
                                               dloeser@kellerrohrback.com

                                               Lesley E. Weaver
                                               lweaver@bfalaw.com

cc:       Joshua S. Lipshutz
            Kristin A. Linsley
            Gwendolyn R. Giblin (Counsel for Ballejos, et al.)
            Hon. Gerald J. Buchwald