J. Eli Wade-Scott
EDELSON PC
350 NORTH LASALLE STREET, 14TH FLOOR
CHICAGO, ILLINOIS 60654
TEL: 312.589.6370
FAX: 312.589.6378

*Special Assistant State's Attorney*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843 <br><br> Case No. 18-md-02843-VC <br><br> Hon. Vince Chhabria <br><br> **NOTICE OF APPEARANCE OF J. ELI WADE-SCOTT FOR PLAINTIFF PEOPLE OF ILLINOIS EX REL. KIMBERLY M. FOXX** |
| This document relates to: <br> ALL ACTIONS | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that J. Eli Wade-Scott, Special Assistant State's Attorney, hereby appears on behalf of People of the State of Illinois ex rel. Kimberly M. Foxx in this action.[1] Mr. Wade-Scott is a member of the State Bar of Illinois and is in good standing in the United States District Court for the Northern District of Illinois.

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action. Mr. Wade-Scott's contact information is as follows:

        **EDELSON PC**
        350 North LaSalle Street, 14th Floor
        Chicago, Illinois 60654
        Tel: 312.242.0859
        Fax: 312.589.6378
        E-mail: ewadescott@edelson.com

    Respectfully submitted,

    **PEOPLE OF THE STATE OF ILLINOIS**
    **ex rel. KIMBERLY M. FOXX,**

Dated: November 28, 2018    /s/ J. Eli Wade-Scott
    *One of Plaintiff's Attorneys*

    Jay Edelson
    jedelson@edelson.com
    Benjamin H. Richman
    brichman@edelson.com
    Ari J. Scharg
    ascharg@edelson.com
    Alfred K. Murray II
    amurray@edelson.com
    J. Eli Wade Scott
    ewadescott@edelson.com
    EDELSON PC
    350 North LaSalle Street, 14th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

    Rafey S. Balabanian
    rbalabanian@edelson.com
    Todd Logan
    tlogan@edelson.com

---

[1] Plaintiff People of Illinois ex rel. Kimberly M. Foxx filed the action titled *People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-2667 (N.D. Ill.) on March 23, 2018.

EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Special Assistant State's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of November 2018, I electronically transmitted the above and foregoing document to the Clerk of the Court for the District Court for the Northern District of California by using the CM/ECF for filing.

/s/ J. Eli Wade-Scott