Todd Logan
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Special Assistant State's Attorney*

*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843<br><br>Case No. 18-md-02843-VC<br><br>Hon. Vince Chhabria |
| This document relates to:<br>ALL ACTIONS | **NOTICE OF APPEARANCE OF TODD LOGAN FOR PLAINTIFF PEOPLE OF ILLINOIS EX REL. KIMBERLY M. FOXX** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Todd Logan, Special Assistant State's Attorney, hereby appears on behalf of People of the State of Illinois ex rel. Kimberly M. Foxx in this action.[1] Mr. Logan is a member of the State Bar of California and is in good standing in the United States District Court for the Northern District of California.

The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action. Mr. Logan's contact information is as follows:

> **EDELSON PC**
> 123 Townsend Street, Suite 100
> San Francisco, California 94107
> Tel: 415.638.9660
> Fax: 415.373.9435
> E-mail: tlogan@edelson.com

Respectfully submitted,

**PEOPLE OF THE STATE OF ILLINOIS
ex rel. KIMBERLY M. FOXX,**

Dated: November 28, 2018

/s/Todd Logan
*One of Plaintiff's Attorneys*

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
Alfred K. Murray II
amurray@edelson.com
J. Eli Wade Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
Todd Logan
tlogan@edelson.com
EDELSON PC

---

[1]     Plaintiff People of Illinois ex rel. Kimberly M. Foxx filed the action titled *People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-2667 (N.D. Ill.) on March 23, 2018.

NOTICE OF APPEARANCE OF TODD LOGAN      1      CASE NO. 18-MD-02843-VC

123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Special Assistant State's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of November 2018, I electronically transmitted the

above and foregoing document to the Clerk of the Court for the District Court for the Northern

District of California by using the CM/ECF for filing.

/s/Todd Logan