Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br><br> Case No. 18-md-02843-VC <br><br> **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF JOINT DISCOVERY LETTER** <br><br> Judge: Hon. Vince Chhabria |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

I, Lesley E. Weaver, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am a partner at Bleichmar Fonti & Auld LLP, Co-Lead Counsel for Plaintiffs in *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 18-md-02843-VC. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2. This declaration is made in support of the parties' joint letter brief concerning two discovery-related issues.

3. A true and correct copy of Facebook's responses and objections to Plaintiffs' First Set of Interrogatories is attached hereto as Exhibit 1.

4. A true and correct copy of Facebook's responses and objections to Plaintiffs' First Set of Requests for Production of Documents is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge. This declaration was executed in Oakland, California.

DATED: November 29, 2018

*/s/ Lesley E. Weaver*
Lesley E. Weaver