# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | **[PROPOSED] ORDER ON THE PARTIES' JOINT DISCOVERY BRIEF** <br> Judge: Hon. Vince Chhabria |

The Court, having considered the Joint Discovery Brief submitted by Plaintiffs and Defendant Facebook, Inc., hereby ORDERS:

1. Facebook shall produce documents sufficient to show the type and amount of user data MyDigitalLife obtained from Facebook in response to Plaintiffs' Request for Production No. 2.

2. Facebook shall provide further responses to Plaintiffs' Interrogatories Nos. 2 & 3 describing (1) the type and amount of user data MyDigitalLife obtained from Facebook, and (2) "when and how the user data was obtained, when Facebook first became aware that Aleksandr Kogan obtained it, and whether such data is still in the possession of Aleksandr Kogan."

3. Facebook shall provide to Plaintiffs unredacted versions of the PricewaterhouseCoopers LLP assessment reports of Facebook's treatment of user data, prepared pursuant to the Consent Decree entered into between Facebook and the Federal Trade Commission ("FTC") in 2012 (the "Reports").

4. Plaintiffs may serve a subpoena on PricewaterhouseCoopers concerning the Reports.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE