# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER ON THE PARTIES' JOINT DISCOVERY BRIEF** |
| | Judge: Hon. Vince Chhabria |

The Court, having considered the Joint Discovery Letter submitted by Plaintiffs and Defendant Facebook, Inc., hereby **ORDERS**:

1. Plaintiffs' motion to compel production of additional documents in response to Plaintiffs' Request for Production No. 2 and further responses to Plaintiffs Interrogatories Nos. 2 & 3 is **DENIED**.

2. Plaintiffs' motion to compel Facebook to produce unredacted versions of the PricewaterhouseCoopers LLP assessment reports is **DENIED**.

3. Plaintiffs' motion to serve a third-party subpoena on PricewaterhouseCoopers is **DENIED**.

**IT IS SO ORDERED**.

DATED: _____

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE