# EXHIBIT 2

# Facebook: Cambridge Analytica warning sent to users

By Zoe Kleinman
Technology reporter, BBC News

🕐 9 April 2018



**Facebook-Cambridge Analytica data breach**





Facebook users will see one of these two screens, informing them whether their data may have been shared with Cambridge Analytica