UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>People of the State of Illinois, ex rel. Kimberly M. Foxx v. Facebook | Case No. 18-cv-06486-VC<br><br>**ORDER RE HEARING ON MOTION TO REMAND** |

1. The parties should come to the hearing prepared to discuss, among other things, the following question: If a State's Attorney brings a civil action in state court on behalf of the People of Illinois and loses on the merits, does this preclude the Illinois Attorney General or another State's Attorney from bringing a similar action against the same defendants?

2. To perfect the docket in 18-cv-06486-VC, the parties should repost the relevant filings in that case by 5 p.m. on December 6, 2018. (These include Dkt. Nos. 172, 175, 178, 195, 196, and 197.)

**IT IS SO ORDERED.**

Dated: December 5, 2018

_____
VINCE CHHABRIA
United States District Judge