# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Kristin A. Linsley
Direct: +1 415.393.8395
Fax: +1 415.374.8471
KLinsley@gibsondunn.com

December 6, 2018

<u>VIA ECF</u>

The Honorable Vince Chhabria
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102
Courtroom 4, 17th Floor

Re:   *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*

Dear Judge Chhabria:

As noted in our prior letter dated November 21, 2018, we represent Facebook, Inc. in the above-captioned MDL, as well as in a separate, later-filed action in California state court, *Ballejos et al. v. Facebook, Inc.*, Case No. 3:18-CV-03607 (San Mateo County), currently pending before the Honorable Gerald J. Buchwald.  We write to provide the Court with an update on the motion to stay pending in the *Ballejos* action.  As noted in our prior letter, Judge Buchwald authorized the parties to file supplemental briefing on the motion to stay by December 6, 2018.  Attached for this Court's reference are the supplemental briefs filed today in *Ballejos* by Facebook and the *Ballejos* plaintiffs.


Respectfully,


*/s/ Kristin A. Linsley*
Kristin A. Linsley


cc:   Hon. Gerald J. Buchwald (w/o attachments)
      Gwendolyn R. Giblin (Counsel for Ballejos, et al.) (w/o attachments)
      Lesley E. Weaver (Co-Lead Counsel)
      Derek W. Loeser (Co-Lead Counsel)