# Table of Contents

Motion to Stay Supplemental Briefing - *Ballejos et al. v. Facebook, Inc.*, Case No. 18-CIV-03607

| Attachment | Document Title |
|---|---|
| Exhibit A | Facebook's Supplemental Brief in Support of Motion to Stay Proceedings |
| Exhibit B | Plaintiffs' Supplemental Brief in Opposition to Defendant's Motion to Stay Pursuant to the Court's Nov. 16, 2018 Order |