J. Eli Wade-Scott
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
TEL: 312.589.6370
FAX: 312.589.6378

*Special Assistant State's Attorney*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843 |
| | Case No. 18-md-02843-VC |
| | Case No. 18-cv-06486-VC |
| This document relates to: *People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-06486-VC | Hon. Vince Chhabria |
| | **CERTIFICATE OF SERVICE OF COURT'S DECEMBER 6, 2018 ORDER ON ILLINOIS ATTORNEY GENERAL** |

The undersigned attorney hereby certifies that on December 7, 2018, the Court's December 6, 2018 *Order Re Hearing on Motion to Remand*, (Dkt. 216), was served on the Attorney General of Illinois via e-mail and U.S. Mail on the following individuals:

Brent Stratton
Ann Spillane
Gary Caplan
Attorney General of the State of Illinois
100 West Randolph Street
Chicago, Illinois 60601

    Respectfully submitted,

    **PEOPLE OF THE STATE OF ILLINOIS**
    **ex rel. KIMBERLY M. FOXX,**

Dated: December 7, 2018     /s/ J. Eli Wade-Scott
    *One of Plaintiff's Attorneys*

    Jay Edelson
    jedelson@edelson.com
    Benjamin H. Richman
    brichman@edelson.com
    Ari J. Scharg
    ascharg@edelson.com
    Alfred K. Murray II
    amurray@edelson.com
    J. Eli Wade Scott
    ewadescott@edelson.com
    EDELSON PC
    350 North LaSalle Street, 14th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

    Rafey S. Balabanian
    rbalabanian@edelson.com
    Todd Logan
    tlogan@edelson.com
    EDELSON PC
    123 Townsend Street, Suite 100
    San Francisco, California 94107
    Tel: 415.212.9300
    Fax: 415.373.9435

    *Special Assistant State's Attorneys*