Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>*People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-CV-06486-VC | MDL NO. 2843<br><br>CASE NO. 18-MD-02843-VC<br><br>CASE NO. 18-CV-06486-VC<br><br>**NOTICE REGARDING SERVICE OF DECEMBER 6, 2018 ORDER ON ILLINOIS ATTORNEY GENERAL**<br><br>Judge: Hon. Vince Chhabria |

Defendant Facebook, Inc. ("Facebook") hereby notifies the Court and the parties that it sent a letter on December 7, 2018 via overnight mail to Illinois Attorney General Lisa Madigan and her Chief of Staff enclosing a copy of the Court's December 6, 2018 order (Dkt. 66, 3:18-cv-06486-VC; Dkt. 216, 3:18-md-02843-VC).  Facebook emailed a copy of the letter to counsel for Kimberly M. Foxx and Co-Lead Counsel for the MDL Plaintiffs on December 7, 2018.  A copy of Facebook's letter to Attorney General Madigan is filed herewith as Exhibit A, along with a Proof of Service.

DATE:  December 7, 2018

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  /s/  Orin Snyder
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*