| | |
|---|---|
| Orin Snyder (*pro hac vice*)<br>  osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:  212.351.4000<br>Facsimile:  212.351.4035 | Joshua S. Lipshutz (SBN 242557)<br>  jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone:  202.955.8500<br>Facsimile:  202.467.0539 |

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc. and Non-Prioritized Defendants Mark Zuckerberg and Sheryl Sandberg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>*People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-06486-VC | MDL NO. 2843<br><br>CASE NO. 18-md-02843-VC<br><br>CASE NO. 18-cv-06486-VC<br><br>**PROOF OF SERVICE**<br><br>Judge:  Hon. Vince Chhabria |

# PROOF OF SERVICE

I, Laura Rocha-Maez, declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071-3197, in said County and State. On December 7, 2018, I served the following document(s):

## LETTER DATED DECEMBER 7, 2018

on the parties stated below, by the following means of service:

## SEE ATTACHED SERVICE LIST

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ **BY ELECTRONIC SERVICE**: On the below-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the email address[es] indicated. The transmission was reported as complete and without error.

☑ I am employed in the office of Joshua S. Lipshutz, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2018

_____
Laura Rocha-Maez

**SERVICE LIST**

| | |
|---|---|
| Attorney General Lisa Madigan<br>Office of the Attorney General<br>100 W. Randolph Street<br>Chicago, IL 60601 | Via Overnight Delivery |
| Ann Spillane, Chief of Staff<br>Office of the Attorney General<br>100 W. Randolph Street<br>Chicago, IL 60601 | Via Overnight Delivery |
| Derek William Loeser<br>Keller Rohrback, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>dloeser@kellerrohrback.com | Co-Lead Counsel for MDL Plaintiffs<br><br>Via Email |
| Lesley Elizabeth Weaver<br>Bleichmar Fonti & Auld LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>lweaver@bfalaw.com | Co-Lead Counsel for MDL Plaintiffs<br><br>Via Email |
| Alfred Kirkland Murray, II<br>Ari Jonathan Scharg<br>Benjamin Harris Richman<br>J. Eli Wade Scott<br>Jay Edelson<br>Edelson P.C.<br>350 North LaSalle, 14th Floor<br>Chicago, IL 60654<br>amurray@edelson.com<br>ascharg@edelson.com<br>brichman@edelson.com<br>ewadescott@edelson.com<br>jedelson@edelson.com | Counsel for Plaintiff Kimberly M. Foxx,<br>State's Attorney of Cook County Illinois<br><br>Via Email |
| Rafey Sarkis Balabanian<br>Todd M. Logan<br>Edelson PC<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>rbalabanian@edelson.com<br>tlogan@edelson.com | Counsel for Plaintiff Kimberly M. Foxx,<br>State's Attorney of Cook County Illinois<br><br>Via Email |

| | |
|---|---|
| Kent Stephen Ray<br>Cook County State's Attorney's Office Daley Ctr.<br>69 W. Washington Street, Suite 3130<br>Chicago, IL 60602<br>Kent.ray@cookcountyil.gov | Counsel for Plaintiff Kimberly M. Foxx, State's Attorney of Cook County Illinois<br><br>Via Email |