J. Eli Wade-Scott
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
TEL: 312.589.6370
FAX: 312.589.6378

*Special Assistant State's Attorney*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL NO. 2843 |
| | Case No. 18-md-02843-VC |
| | Case No. 18-cv-06486-VC |
| This document relates to: *People of Illinois ex rel. Kimberly M. Foxx v. Facebook, Inc., et al.*, 18-cv-06486-VC | Hon. Vince Chhabria |
| | **STATEMENT OF JOINDER TO FACEBOOK'S REQUEST FOR EXTENSION** |

Plaintiff People of the State of Illinois, *ex rel.* Kimberly M. Foxx, joins Defendant Facebook, Inc.'s request for an extension of time for the parties to file supplemental briefs. (*See* 18-cv-06486-VC, dkt. 73.)

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **PEOPLE OF THE STATE OF ILLINOIS ex rel. KIMBERLY M. FOXX,** |
| Dated: December 13, 2018 | /s/ J. Eli Wade-Scott<br>*One of Plaintiff's Attorneys* |

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
Alfred K. Murray II
amurray@edelson.com
J. Eli Wade Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
Todd Logan
tlogan@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Special Assistant State's Attorneys*