UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>People of the State of Illinois, ex rel. Kimberly M. Foxx v. Facebook | Case No. 18-cv-06486-VC<br><br>**ORDER GRANTING ILLINOIS ATTORNEY GENERAL'S MOTION FOR ENLARGEMENT OF TIME**<br><br>Re: Dkt. No. 72 (18-cv-06486-VC) |

The deadline for the Illinois Attorney General to file an amicus brief, as allowed pursuant to the Order Requesting Further Supplemental Briefing Regarding Motion to Remand, dated December 6, 2018, is extended to 4 pm on December 21, 2018. This extension applies only to the Illinois Attorney General. The other parties' deadline remains December 14, 2018.

**IT IS SO ORDERED.**

Dated: December 13, 2018

_____
VINCE CHHABRIA
United States District Judge