# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | [~~PROPOSED~~] ORDER ON MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |
| | Judge: Hon. Vince Chhabria |

The Court, having considered Plaintiffs' Motion to Remove Incorrectly Filed Document hereby ORDERS, for good cause appearing, that the motion is granted. IT IS ORDERED that the document filed at Docket Number 206-2 shall be replaced with the corrected exhibit submitted by Plaintiffs at Docket Number 227.

    IT IS SO ORDERED.

DATED: December 17, 2018

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE