UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 13: RE JOINT DISCOVERY LETTER**<br>Re: Dkt. No. 206 |

The motion to compel the documents and information discussed in Sections A and C is denied. The motion to compel the documents discussed in Section B is granted, but on the terms offered by Facebook.

**IT IS SO ORDERED.**

Dated: December 21, 2018

VINCE CHHABRIA
United States District Judge