Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc. and Non-Prioritized Defendants Mark Zuckerberg and Sheryl Sandberg*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL DUFFEY IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom 4, 17th Floor<br>Hearing Date: January 23, 2018<br>Hearing Time: 10:30 a.m. |

Gibson, Dunn & Crutcher LLP

DECLARATION OF MICHAEL DUFFEY IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED COMPLAINT – CASE NO. 3:18-MD-02843-VC

I, Michael Duffey, declare as follows:

1. I am an employee of Defendant Facebook, Inc., and have responsibilities for eDiscovery and litigation support. On November 2, 2018, I submitted a declaration in support of Facebook's Motion to Dismiss Plaintiffs' Consolidated Complaint, and I offer this supplemental declaration in further support of that motion. I have personal knowledge of the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

2. As I stated previously, as part of my job responsibilities, I am aware of the manner in which Facebook stores archived versions of user policies that were, at one time, posted onto Facebook's public website. Among the policies that Facebook keeps in archived form are copies of its Terms of Use/Statements of Rights and Responsibilities ("SRR")/Terms of Service and its Privacy Policy/Data Use Policy/Data Policy.

3. Facebook's policy archive reflects major revisions to the relevant policies. Those revisions reflect the date that each particular major revision took effect. Exhibits 1-49 of my November 2, 2018 declaration were downloaded from that archive of major revisions to the relevant policies. Between major policy versions, Facebook makes minor revisions to those policies from time to time. Facebook preserves these interim versions of policies as well.

4. I understand that Plaintiffs have referred the Court to versions of Facebook's policies downloaded from archive.org. Documents captured from archive.org may reflect these interim versions of policies published between major revisions to the relevant policies.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct. Executed at Menlo Park, CA, on this 21st day of December, 2018.

By: _____
Michael Duffey

Gibson, Dunn & Crutcher LLP

DECLARATION OF MICHAEL DUFFEY IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT – CASE NO. 3:18-MD-02843-VC