Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc. and*
*Non-Prioritized Defendants Mark Zuckerberg*
*and Sheryl Sandberg*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT FACEBOOK, INC.**<br><br>Judge: Hon. Vince Chhab |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Gregory S. Bok of the law firm Gibson, Dunn & Crutcher LLP, hereby withdraws his appearance as counsel for Defendant Facebook, Inc in the above-captioned action and respectfully requests that his name be removed from the Court's and parties' respective service lists. The law firm of Gibson, Dunn & Crutcher LLP and other attorneys at this law firm will continue to represent Defendant Facebook, Inc. in the above-captioned case.

DATE: January 4, 2019

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ *Gregory S. Bok*

Gregory S. Bok (SBN 298239)
gbok@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Facebook, Inc.*