UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 14: ORDER GRANTING MERCER'S MOTION TO DISMISS**<br>Re: Dkt. No. 183 |

Mercer's motion to dismiss for lack of personal jurisdiction is granted. The Court's jurisdiction is based on whether there was personal jurisdiction over Mercer in the states where the claims against him were originally filed – New Jersey and Texas. Because neither the original complaints against Mercer nor the consolidated complaint allege any facts that tie Mercer to those states, the claims against him are dismissed without prejudice to filing in the appropriate forum. The motion hearing scheduled for February 1, 2018, as it pertains to Mercer's Motion to Dismiss, is vacated.

**IT IS SO ORDERED.**

Dated: January 28, 2019

VINCE CHHABRIA
United States District Judge