# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** February 1, 2019 | **Time:** 4 hours 38 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** 18-md-02843-VC | **Case Name:** In re Facebook, Inc. | |

**Attorney for Plaintiff:** Lesley Elizabeth Weaver, Derek William Loeser, Cari Campen Laufenberg, Sara Simnowitz, Josh Samra
**Attorney for Defendant:** Kristin A. Linsley, Joshua Seth Lipshutz, Brian Michael Lutz, Orin Snyder, Christopher Leach

**Deputy Clerk:** Mauriona Lee              **Court Reporter:** Vicki Eastvold

## PROCEEDINGS:

Motion to dismiss hearing - held.

## ORDER AFTER HEARING:

The Court granted the plaintiffs' request to file an amended complaint in light of the issues discussed at the hearing, thereby mooting the motion to dismiss. Amended complaint due 21 days from the date of the hearing, with the parties to schedule a hearing on the anticipated renewed motion to dismiss for the month of May. The Court assumes that the amended complaint will, absent extraordinary circumstance, reflect the plaintiffs' best and final shot at alleging standing and stating a claim.

## ORDER TO BE PREPARED BY:

[ ]    Plaintiff            [ ]    Defendant            [X]    Court

**Notes:**

\*\*(t)= Telephonic appearance