| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Laurel Rohrer | 2a. CONTACT PHONE NUMBER<br>(415) 954-0200 | 3. CONTACT EMAIL ADDRESS<br>laurel.rohrer@squirepb.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Alexandra E. Chopin | 2b. ATTORNEY PHONE NUMBER<br>(202) 457-6000 | 3. ATTORNEY EMAIL ADDRESS<br>alexandra.chopin@squirepb.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Squire Patton Boggs (US) LLP<br>2550 M Street NW<br>Washington, DC 20037 | 5. CASE NAME<br>In re Facebook, Inc. Consumer Privacy | 6. CASE NUMBER<br>18md02843VC |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Vicki Eastvold | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL    ☑ CIVIL    CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)    b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)    c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE<br>(initials) | TYPE<br>(e.g. CMC) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED<br>(email) | ECF ACCESS<br>(web) | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | 3-DAY | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2019 | VC | Motion | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE    /s/ Alexandra E. Chopin

12. DATE    02/04/2019

Clear Form                Save as new PDF