UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 17: SCHEDULE RE MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT** |

The schedule for the First Amended Consolidated Complaint and Facebook's Motion to Dismiss is as follows:

The First Amended Consolidated Complaint is due February 22, 2019;

Facebook's Motion to Dismiss is due March 15, 2019;

The plaintiffs' opposition to the Motion to Dismiss is due April 12, 2019;

Facebook's reply brief is due May 3, 2019;

The hearing is scheduled for May 29, 2019 at 10:30am.

**IT IS SO ORDERED.**

Dated: February 12, 2019

VINCE CHHABRIA
United States District Judge