Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF NAME CHANGE FOR NAMED PLAINTIFF TAUNNA JARVIMAKI**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom:  4, 17th Floor |

    Please take notice that named plaintiff Taunna Jarvimaki has changed her name.  Her name is now Taunna Lee Johnson.

    All other contact information remains the same.

Dated: February 20, 2019

Respectfully submitted,

KELLER ROHRBACK L.L.P.

By:  */s/ Derek W. Loeser*
     Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)

BLEICHMAR FONTI & AULD LLP

By:  */s/ Lesley E. Weaver*
     Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)

| | |
|---|---|
| Gretchen Freeman Cappio (admitted *pro hac vice*) | Anne K. Davis (SBN 267909) |
| Cari Campen Laufenberg (admitted *pro hac vice*) | Emily C. Aldridge (SBN 299236) |
| 1201 Third Avenue, Suite 3200 | Joshua D. Samra (SBN 313050) |
| Seattle, WA 98101 | 555 12th Street, Suite 1600 |
| Tel.: (206) 623-1900 | Oakland, CA 94607 |
| Fax: (206) 623-3384 | Tel.: (415) 445-4003 |
| dloeser@kellerrohrback.com | Fax: (415) 445-4020 |
| lsarko@kellerrohrback.com | lweaver@bfalaw.com |
| gcappio@kellerrohrback.com | mweiler@bfalaw.com |
| claufenberg@kellerrohrback.com | ealdridge@bfalaw.com |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of February, 2019, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Derek W. Loeser, hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ Derek W. Loeser
Derek W. Loeser