UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br><br>Case No. 18-md-02843-VC<br><br>**ORDER TO SUBMIT CHAMBERS COPY OF AMENDED COMPLAINT** |

    Co-Lead counsel is ordered to submit a chambers copy of its Amended Complaint to the Court by March 15, 2019.

**IT IS SO ORDERED.**

Dated: March 4, 2019

_____
VINCE CHHABRIA
United States District Judge