UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR MOTION TO DISMISS BRIEFING** |

In support of an alteration of this Court's usual page limits for briefing on a motion to dismiss, the parties stipulate and agree as follows:

1. On February 12, 2019, this Court issued Pretrial Order No. 17, which provides in relevant part: "The First Amended Consolidated Complaint is due February 22, 2019; Facebook's Motion to Dismiss is due March 15, 2019; The plaintiffs' opposition to the Motion to Dismiss is due April 12, 2019; Facebook's reply brief is due May 3, 2019."

2. On February 22, 2019, Plaintiffs filed their First Amended Consolidated Complaint, which is 413 pages long, contains 50 causes of action, and 12 prioritized causes of action.

3. Consistent with Pretrial Order No. 12, Facebook intends to move to dismiss all 12 of the prioritized causes of action on March 15, 2019.

4. On February 25, 2019, counsel for Facebook contacted Co-Lead Counsel to ask whether Co-Lead Counsel would agree to expanded page limits for the briefing on Facebook's motion to dismiss.

5. The parties have agreed that, in light of the number of issues raised by Plaintiffs' Consolidated Complaint, additional pages are necessary to adequately address all issues in the parties' motion to dismiss briefing.

6. On February 25, Facebook proposed, Plaintiffs agreed to, and the parties accordingly stipulate to the following page limitations for the briefing on Facebook's Motion to Dismiss the Consolidated Complaint: 45 pages for the Motion to Dismiss, 45 pages for the Opposition, and 25 pages for the Reply.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 6, 2019                              Respectfully submitted,

**KELLER ROHRBACK LLP**                           **BLEICHMAR FONTI & AULD LLP**

By:   */s Derek W. Loeser*                        By:   */s Lesley E. Weaver*
    Derek W. Loeser                                     Lesley E. Weaver

Derek Loeser (admitted *pro hac vice*)            Lesley E. Weaver (SBN 191305)
Lynn Lincoln Sarko (admitted *pro hac vice*)      Matthew S. Weiler (SBN 236052)
Gretchen Freeman Cappio (admitted *pro hac vice*) Emily C. Aldridge (SBN 299236)
Cari Campen Laufenberg (admitted *pro hac vice*)  555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                     Oakland, CA 94607
Seattle, WA 98101                                 Tel.: (415) 445-4003
Tel.: (206) 623-1900                              Fax: (415) 445-4020
Fax: (206) 623-3384                               lweaver@bfalaw.com
dloeser@kellerrohrback.com                        mweiler@bfalaw.com
lsarko@kellerrohrback.com                         ealdridge@bfalaw.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com                    *Co-Lead Counsel*

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel*

DATE:  March 6, 2019                              Respectfully submitted,

                                  **GIBSON, DUNN & CRUTCHER, LLP**

                                  By:   */s Joshua S. Lipshutz*
                                  Joshua S. Lipshutz (SBN 242557)
                                  jlipshutz@gibsondunn.com
                                  GIBSON, DUNN & CRUTCHER LLP
                                  1050 Connecticut Avenue, N.W.
                                  Washington, D.C.  20036-5306
                                  Telephone:  202.955.8500
                                  Facsimile:  202.467.0539

                                  *Attorneys for Defendant Facebook, Inc.*

**IT IS SO ORDERED.**

DATE: March 7, 2019

_____
United States District Judge Vince Chhabria