| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Derek W. Loeser (admitted *pro hac vice*) |
| BLEICHMAR FONTI & AULD LLP | KELLER ROHRBACK L.L.P. |
| 555 12th Street, Suite 1600 | 1201 Third Avenue, Suite 3200 |
| Oakland, CA 94607 | Seattle, WA 98101 |
| Tel.: (415) 445-4003 | Tel.: (206) 623-1900 |
| Fax: (415) 445-4020 | Fax: (206) 623-3384 |
| lweaver@bfalaw.com | dloeser@kellerrohrback.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS MARK ZUCKERBERG AND SHERYL SANDBERG ONLY**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

In accordance with this Court's November 9, 2018 Pretrial Order No. 12: Prioritization of Claims, ECF No. 190, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in the above-captioned action and Defendants Mark Zuckerberg and Sheryl Sandberg, by and through their counsel, hereby stipulate and agree that all claims in the above-captioned action, as to Defendants Mark Zuckerberg and Sheryl Sandberg only, are dismissed without prejudice, with all attorneys' fees, costs, and expenses to be borne by each party incurring the same. A proposed order is attached.

Respectfully submitted,

KELLER ROHRBACK L.L.P.

By:   */s/ Derek W. Loeser*
        Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

BLEICHMAR FONTI & AULD LLP

By:   */s/ Lesley E. Weaver*
      Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
Anne Davis (SBN 267909)
Emily C. Aldridge (SBN 299236)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com
adavis@bfalaw.com
ealdridge@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

GIBSON DUNN AND CRUTCHER

By:   */s/ Orin Snyder*
      Orin Snyder

Orin Snyder
200 Park Avenue
New York, NY 10166
(212) 351-2400
osnyder@gibsondunn.com

Kristin A. Linsley
Joshua Lipshutz
555 Mission Street
Suite 3000
San Francisco, CA 94105
415-393-8200
415-393-8306 (fax)
klinsley@gibsondunn.com
jlipshutz@gibsondunn.com

*Attorneys for Sheryl Sandberg*

GIBSON DUNN AND CRUTCHER

By:  */s/ Orin Snyder*
     Orin Snyder

Orin Snyder
200 Park Avenue
New York, NY 10166
(212) 351-2400
osnyder@gibsondunn.com

Kristin A. Linsley
Joshua Lipshutz
555 Mission Street
Suite 3000
San Francisco, CA 94105
415-393-8200
415-393-8306 (fax)
klinsley@gibsondunn.com
jlipshutz@gibsondunn.com

*Attorneys for Mark Zuckerberg*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of March, 2019, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on March 16, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ Lesley E. Weaver
Lesley E. Weaver