# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS MARK ZUCKERBERG AND SHERYL SANDBERG ONLY**<br><br>Judge: Hon. Vince Chhabria |

Plaintiffs in the above-captioned action and Defendants Mark Zuckerberg and Sheryl Sandberg, by and through their counsel, have stipulated and agreed that all claims in the above-captioned action, as to Defendants Mark Zuckerberg and Sheryl Sandberg only, are dismissed without prejudice with all attorneys' fees, costs, and expenses to be borne by each party incurring the same.

Accordingly, in accordance with this Court's November 9, 2018 Pretrial Order No. 12: Prioritization of Claims, ECF No. 190, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby ORDERED that all claims in the above-captioned action, as to Defendants Mark Zuckerberg and Sheryl Sandberg only, are dismissed without prejudice, with all attorneys' fees, costs, and expenses to be borne by each party incurring the same.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE