# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br><br> Case No. 18-md-02843-VC <br><br> Pretrial Order No. 18: <br> [PROPOSED] **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS MARK ZUCKERBERG AND SHERYL SANDBERG ONLY** <br><br> Judge: Hon. Vince Chhabria |
| This document relates to: <br><br> ALL ACTIONS | |

Plaintiffs in the above-captioned action and Defendants Mark Zuckerberg and Sheryl Sandberg, by and through their counsel, have stipulated and agreed that all claims in the above-captioned action, as to Defendants Mark Zuckerberg and Sheryl Sandberg only, are dismissed without prejudice with all attorneys' fees, costs, and expenses to be borne by each party incurring the same.

Accordingly, in accordance with this Court's November 9, 2018 Pretrial Order No. 12: Prioritization of Claims, ECF No. 190, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby ORDERED that all claims in the above-captioned action, as to Defendants Mark Zuckerberg and Sheryl Sandberg only, are dismissed without prejudice, with all attorneys' fees, costs, and expenses to be borne by each party incurring the same.

IT IS SO ORDERED.

DATED: March 18, 2019

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE