UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GENNOCK,<br><br>         Plaintiff,<br><br>         v.<br><br>FACEBOOK, INC., et al.,<br><br>         Defendant. | )<br>)<br>) Civil Action No.: 3:18-md-02843<br>)<br>)<br>) **NOTICE OF CHANGE OF LAW**<br>) **FIRM NAME**<br>)<br>) |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT** effective immediately, Carlson Lynch Sweet Kilpela & Carpenter, LLP has changed its name to Carlson Lynch LLP. The firm's address, telephone number, email domain, and facsimile numbers will remain the same.

DATED:    March 20, 2019                              Respectfully Submitted,

                                                                      */s/ Todd D. Carpenter*
                                                                      Todd D. Carpenter
                                                                        tcarpenter@carlsonlynch.com
                                                                        **CARLSON LYNCH LLP**
                                                            1350 Columbia Street, Ste. 603
                                                            San Diego, CA 92101
                                                           (p) (619)762-1910
                                                           (f) (619) 756-6991

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2019, a copy of foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties, as indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Todd D. Carpenter*
