Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE ON STEPHEN K. BANNON** |

LESLEY E. WEAVER, ESQ. ()
BLEICHMAR FONTI & AULD LLP
555 12th St., Suite 1600
Oakland, Ca 94607
Telephone: (415) 445-4009
Attorneys for: PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Plaintiff  : In re FACEBOOK | Hearing Date: | |
|---|---|---|
| Defendant : | Time: | Dept. |
| Invoice_No W116386    **PROOF OF SERVICE BY CERTIFIED MAIL** | | Case No. 18-MD-02843-VC |

At the time of service I was at least 18 years of age and not a party to this action.
On May 21, 2019 , I served the within:

    First Amended Consolidated Complaint

on the defendant in the within action by placing a true copy in a sealed envelope with postage fullly
fully prepaid for first class Certified Mail in the United States mail at San Francisco, California
addressed as follows:

        STEVE BANNON

        8391 Beverly Blvd., #479
        Los Angeles, CA 90048

Person serving:
Jamilah Robinson
**Wheels of Justice, Inc.**
52 Second Street, 3rd Floor
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: May 21, 2019              Signature:_____

Printed on recycled paper                      Judicial Council form, rule 982(a)  (23)

7018 0360 0001 5561 9995

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$ 14.60

Sent To: Steve Bannon
Street and Apt. No., or PO Box No. 6201 Beverly Blvd #4M
City, State, ZIP+4 Los Angeles, CA 90048

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Northern District of California

Case Number: 3:18-MD-02843-VC

vs.

In re:
**Facebook, Inc.**

For:
Wheels of Justice, Inc.
52 2nd Street, 3rd Floor
San Francisco, CA 94105

Received by Wheels of Justice, Inc. to be served on **Steve Bannon, 840 N. Lexington St, Arlington, VA 22205**.

I, Wyly Walker, do hereby affirm that on the **21st day of May, 2019** at **9:58 pm, I:**

Served First Amended Consolidated Complaint by  posting at the front door or at such other place as appears to be the main entrance to the residence at 840 N. Lexington St, Arlington, VA 22205, being unable to make personal or substitute service. Upon information and belief, 840 N. Lexington St, Arlington, VA 22205 is the usual place of abode of Steve Bannon.

**Additional Information pertaining to this Service:**
Fed. R. Civ. P. 4(e)(1) states that service may be made in accordance with state law in the jurisdiction where service is made. Service on defendant Bannon was made in Virginia in accordance with Virginia code § 8.01-296.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

MAY 2 2 2019

**Wyly Walker**
Process Server

**Wheels of Justice, Inc.**
**52 2nd Street, 3rd Floor**
**San Francisco, CA 94105**
**(415) 546-6000**

Our Job Serial Number: CAV-2019006150
Ref: W116383

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0g