Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE ON ALEKSANDR KOGAN** |

# AFFIDAVIT OF NON-SERVICE

| Case:<br>MDL No 2843; Case No.<br>18-md-02843-VC | Court:<br>United States District Court Northern<br>District of California | County: | Job:<br>3332379 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>In Re: Facebook, Inc. Consumer Privacy User Profile Litigation | | Defendant / Respondent:<br>this document relates to: all actions | |
| Received by:<br>J.L. Balikowski, PI; DBA WNY Process Service® | | For:<br>Metro Attoney Service (NY) | |
| To be served upon:<br>Aleksandr B. Kogan | | | |

I, Jacqueline L. Balikowski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents

Recipient Name / Address:   Aleksandr B. Kogan, 1285 Main St apt 312, Buffalo, NY 14209-1911
Manner of Service:   Unsuccessful Attempt
Documents:   First Amended Consolidated Complaint

Additional Comments:
1) Unsuccessful Attempt: May 3, 2019, 2:28 pm EDT at 1285 Main St apt 312, Buffalo, NY 14209-1911
Secure building.. Rings to cell female with slight accent stated in California until Wednesday. Call ended by system. Subsequent call went to v mail on 2nd attempt to call.
2) Unsuccessful Attempt: May 8, 2019, 5:56 pm EDT at 1285 Main St apt 312, Buffalo, NY 14209-1911
Rang to female who stated "he" is out of town. She refused to state when he would be back in town. She refused to come down and ended call

3) Unsuccessful Attempt: May 15, 2019, 12:42 pm EDT at 1285 Main St apt 312, Buffalo, NY 14209-1911
Rang buzzer not answered

Jacqueline L. Balikowski          Date
J.L. Balikowski, PI;

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date          Commission Expires

SHAWNA L. BACON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires June 17, 2021

# AFFIDAVIT OF SERVICE

| Case: MDL No 2843; Case No. 18-md-02843-VC | Court: United States District Court Northern District of California | County: | Job: 3376378 |
|---|---|---|---|
| Plaintiff / Petitioner: In Re: Facebook, Inc. Consumer Privacy User Profile Litigation | | Defendant / Respondent: this document relates to: all actions | |
| Received by: J.L. Balikowski, PI; DBA WNY Process Service® | | For: Metro Attoney Service (NY) | |
| To be served upon: Aleksandr B. Kogan | | | |

I, Jacqueline L. Balikowski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents

**Recipient Name / Address:** Aleksandr B. Kogan, 1285 Main St apt 312, Buffalo, NY 14209-1911

**Manner of Service:** Posted, May 20, 2019, 7:25 pm EDT

**Documents:** Amended Complaint Service;Pretrial Order No. 5 ; Amended Complaint Service Summons Issued ;Amended Complaint .; Amended Complaint Service Judges' Standing Order Amended Complaint Service/Chhabria Civil Standing Order; Amended Complaint Service/ Civil Trial Standing Order; Amended Complaint Service/. ECF Registration Information Handout.;Amended Complaint Service/ Form for Joint CMC Statement

**Additional Comments:**

1) Unsuccessful Attempt: May 16, 2019, 3:15 pm EDT at 1285 Main St apt 312, Buffalo, NY 14209-1911 secure building, dial by apartment number rings to a generic voicemail

2) Unsuccessful Attempt: May 18, 2019, 8:32 am EDT at 1285 Main St apt 312, Buffalo, NY 14209-1911 secure building, dial by apartment number rings to a generic voicemail

3) Successful Attempt: May 20, 2019, 7:25 pm EDT at 1285 Main St apt 312, Buffalo, NY 14209-1911 received by Aleksandr B. Kogan. Other: secure building, dial by apartment number rings to a generic voicemail

05/21/2019- Mailing: Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address,Aleksandr B. Kogan, 1285 Main St apt 312, Buffalo, NY 14209-1911 , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State, marked personal and confidential.

Jacqueline L. Balikowski    Date
J.L. Balikowski, PI;
Metro Attorney Service

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date    Commission Expires

SHAWNA L. BACON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires June 17, 2021