Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: May 29, 2019<br>Hearing Time: 10:30 a.m. |

Plaintiffs file this Statement of Recent Decision to alert the Court to two recent decisions related to arguments made by Plaintiffs in their Opposition to Motion of Defendant Facebook Inc. to Dismiss Plaintiffs' First Amended Consolidated Complaint ("Opp."), ECF No. 266.

First, the United States Court of Appeals, Second Circuit's recent ruling in *Melito v. Experian Mktg. Sols., Inc.*, No. 17-3277-CV, 2019 WL 1906087 (2d Cir. Apr. 30, 2019). This decision relates to the arguments made by Plaintiffs in their Opp. at pp. 5-6. A copy of this decision is attached hereto as Exhibit A.

Second, from this District, the Honorable Judge James Donato's ruling in *Michael McDonald, et al., v. Kiloo Aps et al.*, No. 17-CV-04344-JD, 2019 WL 2211316 (N.D. Cal. May 22, 2019). This decision relates to the arguments made by Plaintiffs in their Opp. at pp. 5, 8-9, 10-17, and 31-35. A copy of this decision is attached hereto as Exhibit B.

Dated: May 24, 2019

Respectfully submitted,

| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
|---|---|
| By: */s/ Derek W. Loeser* <br>     Derek W. Loeser | By: */s/ Lesley E. Weaver* <br>     Lesley E. Weaver |

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
bgould@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
Anne K. Davis (SBN 267909)
Emily C. Aldridge (SBN 299236)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com
adavis@bfalaw.com
ealdridge@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of May, 2019, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver