

May 31, 2019

**VIA ECF**

The Honorable Vince Chhabria
United States District Court Judge
San Francisco Courthouse
Courtroom 4, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*,
               No. 3:18-cv-02843-VC

Dear Judge Chhabria:

    Pursuant to leave granted by the Court at the May 29, 2019 hearing, Plaintiffs hereby identify allegations that Facebook violated users' privacy and application settings:

- *See* ECF No. 257 at ¶¶ 7, 10, 292, 343-45, 374-83, 415, 428-29, 440, 496-97, 514-16, 528, 554, 563, 595, 600-602, 628, 631, 640, 678-80, 683-85, 710, 733, 741.

                                                Sincerely,

Lesley E. Weaver
lweaver@bfalaw.com

                                                Derek W. Loeser
                                                dloeser@kellerrohrback.com

cc:      All counsel on ECF