COHEN MILSTEIN SELLERS & TOLL PLLC
Andrew N. Friedman (admitted *pro hac vice*)
Douglas J. McNamara (admitted *pro hac vice*)
Sally M. Handmaker (State Bar No. 281186)
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 3:18:MD-02843-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that after June 14, 2019, Sally Handmaker Guido will no longer be associated with Cohen Milstein Sellers & Toll PLLC and hereby withdraws her appearance on behalf of Plaintiffs.  Plaintiffs will continue to be represented by attorneys at the law firm of Cohen Milstein Sellers & Toll PLLC as reflected on the docket.  Ms. Guido respectfully requests that her name be removed from the court's and parties' respective service lists.

Case No. 3:18-MD-02843-VC

Dated: June 11, 2019   COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN
DOUGLAS J. MCNAMARA
SALLY HANDMAKER GUIDO

By:   /s/ Sally Handmaker Guido
       Sally Handmaker Guido

Attorneys for Plaintiff