Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek Loeser (admitted *pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF MDL PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Lesley E. Weaver, declare and state as follows:

1.      I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am the Partner-in-Charge of the Oakland office of Bleichmar Fonti & Auld LLP ("BFA"), Co-Lead Counsel for Plaintiffs in *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 18-md-02843-VC (the "MDL"). I am a member in good standing of the bar of the State of California and of this Court.

2.      This declaration is made in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related.

3.      On Tuesday, August 20, 2019, our firm first became aware of the matter *Ibrahim Hassan et al., v. Facebook, Inc.,* No. 3:19-cv-01003-JST (N.D. Cal.) ("*Hassan*"), a consumer action on behalf of four pro se plaintiffs. At that time, plaintiffs' complaint had been dismissed, with leave for plaintiffs to file an amended complaint within 30 days. *See Hassan v. Facebook, Inc.,* No. 19-CV-01003-JST, 2019 WL 3302721 (N.D. Cal. July 23, 2019).

4.      On Friday, August 23, 2019, the *Hassan* plaintiffs filed an amended complaint based on substantially similar allegations and seeking substantially similar relief as the MDL's operative complaint. A copy of the amended *Hassan* complaint is attached hereto as Exhibit 1.

5.      On August 27, 2019, I left individual voice messages for plaintiffs Ibrahim Hassan, Anjeza Hassan, Kosta Hysa, and Mirela Hysa informing them that Derek Loeser and I represent the MDL Plaintiffs and that because the MDL and *Hassan* matters are related, the MDL Plaintiffs are obligated by the Northern District's Civil Local Rules to bring a motion to consider whether the matters are related. These voicemails were followed up by emails to the *Hassan*Plaintiffs. A true and correct copy of those emails is attached as Exhibit 2.

6.      On August 28, 2019, BFA attorneys Anne Davis and Josh Samra spoke with Anjeza Hassan by phone regarding the MDL Plaintiffs' obligation to inform the Court that the *Hassan* action is related to the MDL through the filing of the instant motion before Judge Chhabria, and inquiring as

DECLARATION OF LESLEY E.
WEAVER IN SUPPORT OF MDL
PLAINTIFFS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

2

MDL NO. 2843
CASE NO. 18-MD-02843-VC
CASE NO. 3:19-CV-01003-JST

to whether the *Hassan* plaintiffs agree that the matters are related. During that call, Ms. Hassan indicated that she would confer with her co-plaintiffs and follow up on August 30, 2019.

7.      On August 30, 2010, at 10:24 a.m., Ms. Davis sent an email to the *Hassan* plaintiffs summarizing the August 28, 2019 telephone call with Ms. Hassan and Mr. Samra, and informing the *Hassan* plaintiffs that the MDL Plaintiffs intended to file the instant motion as early as August 30, 2019. A true and correct copy of this email is attached as Exhibit 3.

8.      On September 3, 2019, at 12:45 p.m., Mr. Samra and I spoke with Anjeza Hassan by phone. During that call she confirmed that the *Hassan* plaintiffs will be opposing the motion to relate. I confirmed *Hassan* plaintiffs' position in a follow up email sent to Ms. Hassan shortly after the call. A true and correct copy of this email is attached as Exhibit 4.

9.      I have conferred with both Facebook's MDL counsel, Joshua Lipshutz of Gibson, Dunn & Crutcher LLP, as well Facebook's *Hassan* counsel, Pavan Malhotra of Keker, Van Nest & Peters LLP regarding moving to relate the two actions. Both stated they do not oppose and would not file an objection to this motion.

10.     I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge. This declaration was executed in Oakland, California.


DATED:  September 4, 2019                        _____*/s/ Lesley E. Weaver*_____
                                                          Lesley E. Weaver

DECLARATION OF LESLEY E.
WEAVER IN SUPPORT OF MDL
PLAINTIFFS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED

3

MDL No. 2843
CASE NO. 18-MD-02843-VC
CASE NO. 3:19-cv-01003-JST