Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

## CERTIFICATE OF SERVICE

I hereby certify that at the time of service, I was over 18 years of age and not a party to this action. I am employed at the law firm of Bleichmar Fonti & Auld, LLP in the County of Alameda, State of California. My business address is 555 12th Street, Suite 1600, Oakland, CA 94607.

On September 5, 2019, I served true and correct copies of the following documents described as:

**(Dkt. No. 293) MOTION TO RELATE CASE**
**(Dkt. No. 293-1) DECLARATION OF LESLEY E. WEAVER ISO MOTION TO RELATE CASE**
**(Dkt. No. 293-2) EXHIBIT 1 TO DECLARATION OF LESLEY E. WEAVER**
**(Dkt. No. 293-3) EXHIBIT 2 TO DECLARATION OF LESLEY E. WEAVER**
**(Dkt. No. 293-4) EXHIBIT 3 TO DECLARATION OF LESLEY E. WEAVER**

via U.S. Mail on the following individuals listed below:

**Ibrahim Hassan**
**Anjeza Hassan**
**Mirela Hysa**
8349 Cretan Blue Lane
Las Vegas, NV 89128
ibrahimhassan0013@yahoo.com
annie.sara@yahoo.com
m.hysa@yahoo.com

**Kosta Hysta**
6877 Fox Lane
Waterford, MI 48327

*Plaintiffs*

**Paven Malhotra**
**Bryn Anderson Williams**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
pmalhotra@keker.com
bwilliams@kvn.com

*Attorneys for Defendant Facebook, Inc*

Where available, I served electronic courtesy copies of the documents described above on these individuals via electronic mail as well.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED this 5th day of September 2019, in Oakland, CA.

<em>/s/ Kelsey R. Robertson</em><br>
Kelsey R. Robertson