Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION PURSUANT TO LOCAL RULE 6-2 REQUESTING AN ORDER CHANGING THE TIME TO RESPOND TO MDL PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Pursuant to Northern District Local Rule 6-2(a), the MDL Plaintiffs, by and through their counsel, and Plaintiffs IBRAHIM HASSAN, ANJEZA HASSAN, MIRELA HYSA, and KOSTA HYSA (collectively "*Hassan* Plaintiffs") hereby request an order extending the time for the *Hassan* Plaintiffs to respond to the MDL Plaintiffs Administrative Motion to Consider Whether Cases Should Be Related (ECF No. 293), to **Monday, September 16, 2019**. Both

Facebook's MDL counsel and its *Hassan* counsel stated no objection to extending the *Hassan* Plaintiffs time to respond. *See* Declaration of Anne K. Davis in Support of Stipulation, ¶ 4.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

IT IS SO STIPULATED,

Dated: September 10, 2019                                             Respectfully submitted,

| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
|---|---|
| By: */s/ Derek W. Loeser* <br> Derek W. Loeser | By: */s/ Lesley E. Weaver* <br> Lesley E. Weaver |

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> Lynn Lincoln Sarko (admitted *pro hac vice*) <br> Gretchen Freeman Cappio (admitted *pro hac vice*) <br> Cari Campen Laufenberg (admitted *pro hac vice*) <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com <br> lsarko@kellerrohrback.com <br> gcappio@kellerrohrback.com <br> claufenberg@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> Anne K. Davis (SBN 267909) <br> Joshua D. Samra (SBN 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> adavis@bfalaw.com <br> jsamra@bfalaw.com |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

Dated: September 10, 2019               Respectfully submitted,

                                        By:     *By: /s/ Anjeza Hassan*
                                                Anjeza Hassan

                                        *Plaintiff, In Pro Per*
                                        *Hassan v. Facebook, Inc.*
                                        No. 3:18-cv-01003-JT

Dated: September 10, 2019               Respectfully submitted,

                                        By:     *By: /s/ Ibrahim Hassan*
                                                Ibrahim Hassan

                                        *Plaintiff, In Pro Per*
                                        *Hassan v. Facebook, Inc.*
                                        No. 3:18-cv-01003-JT

Dated: September 10, 2019               Respectfully submitted,

                                        By:     *By: /s/ Mirela Hysa*
                                                Mirela Hysa

                                        *Plaintiff, In Pro Per*
                                        *Hassan v. Facebook, Inc.*
                                        No. 3:18-cv-01003-JT

Dated: September 10, 2019               Respectfully submitted,

                                        By:     *By: /s/ Kosta Hysa*
                                                KOSTA HYSA

                                        *Plaintiff, In Pro Per*
                                        *Hassan v. Facebook, Inc.*
                                        No. 3:18-cv-01003-JT

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: _____   By: _____

United States District Judge Vince Chhabria

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Anne K. Davis, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of September, 2019, at Oakland, California.

/s/ *Anne K. Davis*
Anne K. Davis

**CERTIFICATE OF SERVICE**

  I, Anne K. Davis, hereby certify that on September 10, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record. In addition, I certify that a paper copy of the documents was served via US Mail and electronic mail for persons not registered as ECF users.

               /s/ *Anne K. Davis*
               Anne K. Davis