| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Derek W. Loeser (admitted *pro hac vice*) |
| BLEICHMAR FONTI & AULD LLP | KELLER ROHRBACK L.L.P. |
| 555 12th Street, Suite 1600 | 1201 Third Avenue, Suite 3200 |
| Oakland, CA 94607 | Seattle, WA 98101 |
| Tel.: (415) 445-4003 | Tel.: (206) 623-1900 |
| Fax: (415) 445-4020 | Fax: (206) 623-3384 |
| lweaver@bfalaw.com | dloeser@kellerrohrback.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION PURSUANT TO LOCAL RULE 6-2 REQUESTING AN ORDER CHANGING THE TIME TO RESPOND TO MDL PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Pursuant to Northern District Local Rule 6-2(a), the MDL Plaintiffs, by and through their counsel, and Plaintiffs IBRAHIM HASSAN, ANJEZA HASSAN, MIRELA HYSA, and KOSTA HYSA (collectively "*Hassan* Plaintiffs") hereby request an order extending the time for the *Hassan* Plaintiffs to respond to the MDL Plaintiffs Administrative Motion to Consider Whether Cases Should Be Related (ECF No. 293), to **Monday, September 16, 2019**. Both

Facebook's MDL counsel and its *Hassan* counsel stated no objection to extending the *Hassan* Plaintiffs time to respond. *See* Declaration of Anne K. Davis in Support of Stipulation, ¶ 4.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

IT IS SO STIPULATED,

Dated: September 10, 2019                                              Respectfully submitted,

| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
|---|---|
| By:    */s/ Derek W. Loeser*           Derek W. Loeser | By:    */s/ Lesley E. Weaver*           Lesley E. Weaver |

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| Lynn Lincoln Sarko (admitted *pro hac vice*) | Anne K. Davis (SBN 267909) |
| Gretchen Freeman Cappio (admitted *pro hac vice*) | Joshua D. Samra (SBN 313050) |
| Cari Campen Laufenberg (admitted *pro hac vice*) | 555 12th Street, Suite 1600 |
| 1201 Third Avenue, Suite 3200 | Oakland, CA 94607 |
| Seattle, WA 98101 | Tel.: (415) 445-4003 |
| Tel.: (206) 623-1900 | Fax: (415) 445-4020 |
| Fax: (206) 623-3384 | lweaver@bfalaw.com |
| dloeser@kellerrohrback.com | adavis@bfalaw.com |
| lsarko@kellerrohrback.com | jsamra@bfalaw.com |
| gcappio@kellerrohrback.com | |
| claufenberg@kellerrohrback.com | |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

Dated: September 10, 2019                    Respectfully submitted,

                                             By:    *By: /s/ Anjeza Hassan*
                                                    Anjeza Hassan

                                             *Plaintiff, In Pro Per*
                                             *Hassan v. Facebook, Inc.*
                                             No. 3:18-cv-01003-JT

Dated: September 10, 2019                    Respectfully submitted,


                                             By:    *By: /s/ Ibrahim Hassan*
                                                    Ibrahim Hassan

                                             *Plaintiff, In Pro Per*
                                             *Hassan v. Facebook, Inc.*
                                             No. 3:18-cv-01003-JT


Dated: September 10, 2019                    Respectfully submitted,


                                             By:    *By: /s/ Mirela Hysa*
                                                    Mirela Hysa

                                             *Plaintiff, In Pro Per*
                                             *Hassan v. Facebook, Inc.*
                                             No. 3:18-cv-01003-JT

Dated: September 10, 2019                    Respectfully submitted,


                                             By:    *By: /s/ Kosta Hysa*
                                                    KOSTA HYSA

                                             *Plaintiff, In Pro Per*
                                             *Hassan v. Facebook, Inc.*
                                             No. 3:18-cv-01003-JT

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: September 11, 2019     By: _____

United States District Judge Vince Chhabria