UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 Case No. 18-md-02843-VC **PRETRIAL ORDER NO. 21: ORDER DENYING MOTIONS FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL** Re: Dkt. Nos. 290, 292, 294 |
| This document relates to: ALL ACTIONS | |

The plaintiffs' motions for leave to file supplementary material are denied. *See* Local Rule 7-3(d)(2) (no argument permitted). The plaintiffs' motion for leave to file a response is denied as moot.

**IT IS SO ORDERED.**

Dated: September 12, 2019

VINCE CHHABRIA
United States District Judge