**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
HELEN I. ZELDES (220051)
hzeldes@sshhlaw.com
BEN TRAVIS (305641)
btravis@sshhlaw.com
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:  (760) 349-1900
Facsimile:  (760) 349-1999

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This Document Relates to:<br><br>JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON,  ANTHONY BELL, JULIANA WATSON, and ANN KOWALESKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>   v.<br><br>FACEBOOK, INC., a Delaware corporation; CAMBRIDGE ANALYTICA, LLC, a Delaware limited liability company; ALEKSANDR KOGAN, an individual, STEPHEN K. BANNON, an individual,  EMERDATA LIMITED, a United Kingdom company, and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No: 8:18-cv-00571 AG-JDE<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective September 1, 2019, I, Helen I. Zeldes, joined the firm of SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP.  I will continue to serve as counsel for Plaintiffs, JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON, and ANN KOWALESKI, in the lawsuit originally filed in the Central District of California, Southern Division, (Case No Case No: 8:18-cv-00571 AG-JDE), and now pending before this Court.

My new address and contact information is as follows:

SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:  (760) 349-1900
Facsimile:  (760) 349-1999
Email:  hzeldes@sshhlaw.com

Respectfully submitted,

Date: September 12, 2019

SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP
HELEN I. ZELDES (220051)

By: /s/ *Helen I. Zeldes*
Helen I. Zeldes
hzeldes@sshhlaw.com
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:  (760) 349-1900
Facsimile:  (760) 349-1999

*Attorneys for Plaintiff*,
ORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON, and ANN KOWALESKI