BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)
205 West Randolph Street, Suite 1630
Chicago, IL  60606
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com

*Attorney for plaintiff Joshua Iron Wing*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| This Document Relates To: | **NOTICE OF CHANGE OF ADDRESS FOR BARNOW AND ASSOCIATES, P.C.** |
| Case No. 18-CV-2122 | Hon. Vince Chhabria |

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that Ben Barnow of Barnow and Associates, P.C., counsel for plaintiff Joshua Iron Wing, has relocated to the following address:

Barnow and Associates, P.C.
205 West Randolph Street, Suite 1630
Chicago, IL 60606

The phone number, facsimile number, and email address remain unchanged.

1  Dated: September 13, 2019

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)

By:            *s/  Ben Barnow*

205 West Randolph Street, Suite 1630
Chicago, IL  60606
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com

*Attorney for plaintiff Josh Iron Wing*

1                                Case No. 18-md-02843
NOTICE OF CHANGE OF ADDRESS

1

**CERTIFICATE OF SERVICE**

2

  I hereby certify that on September 13, 2019, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4

mail addresses denoted on the Electronic Mail Notice List.

5

6

                 *s/ Ben Barnow*

                  BEN BARNOW

7

                 BARNOW AND ASSOCIATES, P.C.

8

                 205 West Randolph Street, Suite 1630

                 Chicago, IL 60606

9

                 Tel: 312/621-2000

                 b.barnow@barnowlaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28