UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In support of a continuation of the Case Management Conference currently scheduled for October 1, 2019, at 2:00 p.m., to October 4, 2019, the parties stipulate and agree as follows:

1. On September 9, 2019, this Court issued Pretrial Order No. 20, setting a Case Management Conference for October 1, 2019;

2. Whereas the Jewish holiday Rosh Hashanah will take place this year from September 29, 2019 to October 1, 2019;

3. The parties have agreed, in light of the Rosh Hashanah holiday, to continue the Case Management Conference to October 4, 2019, or such other date that is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 16, 2019

**KELLER ROHRBACK LLP**

By:  */s Derek W. Loeser*
    Derek W. Loeser

Derek Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel*

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By:  */s Lesley E. Weaver*
    Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
Emily C. Aldridge (SBN 299236)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com
ealdridge@bfalaw.com

*Co-Lead Counsel*

DATE:  September 16, 2019

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  */s Joshua S. Lipshutz*
Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**IT IS SO ORDERED.**

DATE: _____     _____

United States District Judge Vince Chhabria