UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) <br><br> Judge: Hon. Vince Chhabria |

I, Jennifer A. Beckage, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: defendant Aleksandr Kogan in the above-entitled action. My local co-counsel in this case is Brenda Entzminger, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| My Address of Record: <br> Beckage PLLC <br> Liberty Building, 420 Main Street, Suite 1110 <br> Buffalo, New York 14202 | Local Co-Counsel's Address of Record: <br> Bunsow De Mory LLP <br> 701 El Camino Real <br> Redwood City, California 94063 |
| My Telephone # of Record: <br> (716) 898-2102 | Local Co-Counsel's Telephone # of Record: <br> (650) 351-7248 |
| My Email Address of Record: <br> jbeckage@beckage.com | Local Co-Counsel's Email Address of Record: <br> bentzminger@bdiplaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: September 27, 2019                                  /s/ Jennifer A. Beckage
                                                                                    APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer A. Beckage is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____, 2019                         _____
                                                                                  UNITED STATES DISTRICT /MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, ALAN L. ROSS, Deputy Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## *Jennifer Anne Beckage*

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on **February 21, 2008**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.



**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, September 19, 2019

_____
Deputy Clerk of the Court