UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No. 18-md-02843-VC<br><br>**PRETRIAL ORDER NO. 22: MOTIONS FOR LEAVE TO APPEAR IN PRO HAC VICE**<br><br>Re: Dkt. Nos. 308, 309 |

As previously ordered, "[a]ttorneys admitted to practice and in good standing in any United States District Court are admitted pro hac vice in this MDL," and the requirements of Northern District of California Civil Local Rule 11-3 are waived. Pretrial Order 1, Dkt. No. 2. The motions for leave to appear in pro hac vice, filed by Myriah Jawkorski (Dkt. 308) and Jennifer Beckage (Dkt. 309), are deemed moot.

**IT IS SO ORDERED.**

Dated: September 30, 2019

VINCE CHHABRIA
United States District Judge