Jennifer A. Beckage, Esq. (admitted *pro hac vice*)
BECKAGE PLLC
The Liberty Building
420 Main Street, Suite 1110
Buffalo, New York 14202
(716) 898-2102
jbeckage@beckage.com

*Attorneys for Defendant*
*Aleksandr Kogan*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | NOTICE OF APPEARANCE OF COUNSEL<br><br>MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>Judge: Hon. Vince Chhabria |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jennifer A. Beckage of Beckage PLLC, pursuant to Pretrial Order No. 1, hereby enters her appearance as counsel for defendant Aleksandr Kogan in this action. The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Ms. Beckage's contact information is below.

Date:   October 1, 2019

Respectfully submitted,

BECKAGE PLLC

By:   */s/ Jennifer A. Beckage*
          Jennifer A. Beckage
Liberty Building
420 Main Street, Suite 1110
Buffalo, New York 14202
(716) 898-2102
jbeckage@beckage.com

*Attorneys for Defendant*
*Aleksandr Kogan*