UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER SETTING DEADLINE FOR RULE 26(f) CONFERENCE**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date:<br>Hearing Time: 10:00 a.m. |

The Court having considered Parties' Joint Letter re Rule 26(f) Deadline dispute, and for good cause shown, it is hereby ORDERED:

Parties shall hold their Rule 26(f) conference by _____.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE VINCE CHABBRIA
UNITED STATES DISTRICT COURT JUDGE