UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| ROBERT ZIMMERMAN and UXOR PRESS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC. et al.<br><br>　　　　　　Defendants. | Case Nos. 18-md-02843-VC, 19-cv-04591-WHO<br><br>**PRETRIAL ORDER NO. 24: ORDER GRANTING MOTION TO RELATE (*ZIMMERMAN*)**<br><br>Re: Dkt. No. 307 (18-md-02843-VC) |

　　　　The motion to relate *Zimmerman v. Facebook, Inc.*, No. 3:19-cv-04591-WHO (N.D. Cal.) to the MDL proceeding is granted. The standards for relating cases under Local Rule 3-12 are met here, because the actions "concern substantially the same parties, property, transaction, or event" and litigating the *Zimmerman* case separately from the MDL would be "an unduly burdensome duplication of labor and expense." Furthermore, relating the cases will serve the "convenience of parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407.

　　　　As previously ordered, a case management conference in the MDL is scheduled for November 4, 2019. In their joint case management statement, due October 28, Facebook and the co-lead plaintiffs should address whether *Zimmerman* should be treated differently from the other member cases. The plaintiffs in *Zimmerman* are ordered to file a separate case management statement by October 31, 2019, in advance of the case management conference. Facebook need

not file a response to the *Zimmerman* complaint until some time after the case management conference.

**IT IS SO ORDERED.**

Dated: October 9, 2019

VINCE CHHABRIA
United States District Judge