UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**PRETRIAL ORDER NO. 25: SERVICE ON NON-ECF USERS** |

Going forward, lead plaintiffs' counsel are ordered to serve all filings in this matter, including this order, on pro se non-ECF users in related cases, by regular mail and also by email, if possible. This includes several of the plaintiffs in the recently related cases *Zimmerman v. Facebook, Inc.*, No. 3:19-cv-04591, and *Hassan v. Facebook*, No. 19-cv-01003-VC.

**IT IS SO ORDERED.**

Dated: October 9, 2019

VINCE CHHABRIA
United States District Judge