UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST TO SET RULE 26(F) MEET AND CONFER DEADLINE** |

Upon consideration of the parties' respective positions in the Joint Letter Brief filed on October 3, 2019, Plaintiffs' request to set a Rule 26(f) meet and confer deadline prior to the upcoming case management conference is hereby denied.

**IT IS SO ORDERED.**

DATED: October 17, 2019

_____
United States District Judge Vince Chhabria