UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING HEARING ON MOTION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B)** |

In support of rescheduling the hearing on Facebook, Inc.'s motion to certify this Court's order granting in part and denying in part Facebook's motion to dismiss the First Amended Complaint for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), the parties stipulate pursuant to Northern District Local Rule 6-2(a) as follows:

1. On September 30, 2019, this Court scheduled a Case Management Conference for November 4, 2019 at 2 p.m.  Dkt. 311.

2. Facebook filed its motion to certify this Court's motion to dismiss order for interlocutory appeal on October 8, 2019.  Dkt. 318.

3. Facebook noticed the motion to certify for November 14, 2019, the earliest date allowed under Local Rule 7-2(a).

4. The parties have agreed that the motion to certify should be heard on November 4, 2019, in conjunction with the Case Management Conference scheduled for that date, to preserve this Court's and the parties' resources.

5. The parties jointly request this Court schedule the hearing on Facebook's motion to certify for November 4, 2019, at 2 p.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 9, 2019

**KELLER ROHRBACK LLP**

By: */s Derek W. Loeser*
     Derek W. Loeser

Derek Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel*

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: */s Lesley E. Weaver*
     Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Matthew S. Weiler (SBN 236052)
Emily C. Aldridge (SBN 299236)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com
ealdridge@bfalaw.com

*Co-Lead Counsel*

Dated:  October 9, 2019

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s Joshua S. Lipshutz*
Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**IT IS SO ORDERED.**

DATE: October 17, 2019

_____

United States District Judge Vince Chhabria