UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
|---|---|
| This document relates to: <br> ALL ACTIONS | **PRETRIAL ORDER NO. 26: ORDER DENYING MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL** <br> Re: Dkt. No. 318 |

Facebook's motion to certify the order for interlocutory appeal is denied.

**IT IS SO ORDERED.**

Dated: October 31, 2019

VINCE CHHABRIA
United States District Judge