UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No.  18-md-02843-VC |
|---|---|
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 27: QUESTIONS FOR CASE MANAGEMENT CONFERENCE** |

      The parties should be prepared to discuss the following at the case management conference: Assume the Court grants Facebook's request to proceed with discovery on liability with respect to each named plaintiff before proceeding with discovery that would be related only to class certification. Can the parties offer further explanation of what Phase 1 discovery would look like? What sort of discovery requests would be out of bounds during Phase 1? For example, would discovery be limited to an inquiry about which apps were able to access each named plaintiff's information as alleged in the complaint, or would it include an inquiry about which apps had access to user information in general? Would it be limited to an inquiry about what restrictions Facebook imposed on the particular apps that had access to the named plaintiffs' information, or would it include a general inquiry about the restrictions Facebook placed on apps? Is it even possible to determine which apps were given access to which users' information?

      **IT IS SO ORDERED.**

Dated: November 1, 2019

_____
VINCE CHHABRIA
United States District Judge