UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 28: CASE MANAGEMENT** |

1. Supplemental briefs regarding how to proceed with discovery are due from lead plaintiffs' counsel and Facebook on November 18, 2019.

2. The parties are ordered to conduct a conference pursuant to Federal Rule of Civil Procedure 26(f) by November 11, 2019.

3. Initial disclosures are due December 10, 2019.

4. As discussed at the case management conference, the related case *Hassan et al. v. Facebook*, No. 3:19-cv-01103-VC (N.D. Cal.), will be treated like the other member cases in the MDL.

**IT IS SO ORDERED.**

Dated: November 13, 2019

VINCE CHHABRIA
United States District Judge