Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek Loeser (admitted *pro hac vice*)
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' BRIEF IN RESPONSE TO PRETRIAL ORDER NO. 28** |

I, Lesley E. Weaver, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am the Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP ("BFA"), Co-Lead Counsel for Plaintiffs in *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 18-md-02843-VC (the "MDL"), and a member in good standing of the bar of the State of California and of this Court.

2. This declaration is made in support of Plaintiffs' Brief in Response to Pre-Trial Order No. 28.

3. On November 11, 2019, Co-Lead Plaintiffs' counsel conferred with Facebook's counsel pursuant to Federal Rule of Civil Procedure 26(f), as required by Pre-Trial Order No. 28. Facebook stated in this call that it would not waive the one-way intervention rule.

4. During the meet and confer, Plaintiffs asked Facebook's counsel to identify the regulatory investigations relating to the instant action; Facebook responded it was not prepared to state its position. Counsel for Facebook has yet to respond to this request.

5. On behalf of the MDL Plaintiffs, I conferred with counsel at the Federal Trade Commission ("FTC") regarding the scope of discovery sought in *United States v. Facebook, Inc.*, No. 1:19-cv-02184 (D.D.C). In light of this Court's interest in viewing the FTC demand letters, the FTC has no objection to Facebook producing those demand letters and any correspondence relating to the scope of discovery.

6. Facebook was informed of the FTC's position on November 13, 2019. Plaintiffs requested such correspondence from Facebook the same day. *See* **Exhibit 1.** Facebook has yet to respond to this inquiry.

7. Attached as **Exhibit 2** is a true and correct copy of the Declaration of Facebook employee Stacy Chen submitted in Support of Respondent's [Facebook's] Opposition to the Attorney General's Petition, *Attorney General Maura Healy v. Facebook, Inc.*, No. 1984CV02597-BFS-1 (Mass. Super. Ct., Suffolk Cty.) ("*Attorney General v. Facebook*").

8.  Attached as **Exhibit 3** is a true and correct copy of the Office of the Massachusetts Attorney General's Petition to Compel Compliance with Civil Investigative Demand Pursuant to G.L. C. 92A, § 7, filed in *Attorney General v. Facebook*.

9.  Attached as **Exhibit 4** is a true and correct copy of the Office of the California Attorney General's ("CA Attorney General") Investigative Subpoena for Documents [Set Two], published as an exhibit to the CA Attorney General's Petition to Enforce Investigative Subpoena and Investigative Interrogatories in the *People of the State of California ex rel. Xavier Becerra, Attorney General v. Facebook, Inc.*, No. CPF-19-516916 (Cal. Super. Ct., San Francisco Cty.) ("*People v. Facebook*").

10. Attached as **Exhibit 5** is a true and correct copy of the CA Attorney General's Investigative Interrogatories [Set Two], published as an exhibit to the CA Attorney General's Petition to Enforce Investigative Subpoena and Investigative Interrogatories in *People v. Facebook*.

11. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge. This declaration was executed in New York, New York.

DATED: November 18, 2019

_____
Lesley E. Weaver