Rosemary M. Rivas (State Bar No. 209147)
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

**LEVI & KORSINSKY, LLP**
Courtney E. Maccarone (admitted *pro hac vice*)
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: cmaccarone@zlk.com

*Attorneys for Plaintiff Barbara Vance-Guerbe*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 18-md-02843-VC<br>MDL No. 2843 |
| This Document Relates to All Actions | **NOTICE OF CHANGE OF ADDRESS OF ROSEMARY M. RIVAS** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, Rosemary M. Rivas' address has changed to the following:

LEVI & KORSINSKY, LLP
388 Market Street, Suite 1300
San Francisco, CA 94111

Ms. Rivas' telephone number, facsimile number, and email information remain unchanged. Please revise your proof of service and file information accordingly.

Dated: November 22, 2019

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas ((State Bar No. 209147)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com
*Counsel for Plaintiff Barbara Vance-Guerbe*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

/s/ Rosemary M. Rivas
Rosemary M. Rivas