November 25, 2019

FILED

DEC 02 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: The Honorable Vince Chhabria, Presiding Judge

U.S. District Court for the Northern District of California

Re: 18-cv-02463-vc   18-2843

Thank you for the opportunity to reply to your Order No. 29, filed on November 13, 2019.

Facebook is a juggernaut working hand-in-glove with Presidents Putin and Trump in well-financed efforts to rule the world by sabotaging elections, and have, in part, already succeeded.

Facebook CEO Mark Zuckerberg has met privately with President Trump a least two times at the White House and had at least one meeting with the Russian foreign minister in 2014 in Moscow.

When asked, Zuckerberg, has refused to discuss the content of the Trump and foreign minister meetings. Nor has he registered as a foreign agent.

While Mark Zuckerberg and COO Sheryl Sandberg were amassing a personal fortunes likely exceeding 100 billion dollars, mostly from their Facebook stock, Facebook, with their full knowledge and acquiesce, engaged with Russian operatives, Robert Mercer, Donald Trump, Jared Kushner, the Trump presidential

1

campaign and many others in sabotaging the 2016 U.S. presidential elections, primary and general, and continue down that unlawful path as Trump's 2020 presidential campaign proceeds apace.

As this Court well knows, use of the Internet has become integral for billions of people, businesses and governments to conduct their affairs, but as matters now stand there is no meaningful way to use this government-created public space without being surveilled, purloined and influenced by Facebook, this whether or not a Facebook user.

Without any truly effective regulation or accountability, Mark Zuckerberg and Sheryl Sandberg now control how billions of people, businesses and governments engage and interact with each other and many nefarious activities.

Facebook and its various platforms have morphed into a global public square that provides far greater reach and influence than any other public forums such as public tv, radio, parks and state fairs.

Facebook offers its various platforms without charging its users a fee, instead collecting and storing their user's information, and then secretly gathering additional information about them by constantly tracking them across the worldwide web and other places and then monetizing that collected and stored information by luring countless businesses and others by promising to use that

information to target advertiser ads to ony those people the advertisers wish to reach.

Driven by greed and a seemingly unquenchable thirst for power, Zuckerberg and Sandberg have relentlessly used the various Facebook platforms they have created and operate to amass personal fortunes and unparalleled power over billions of Facebook users and non-users.

We are now trapped by Facebook's Zuckerberg and Sandberg. Even if we are not Facebook users, Facebook's sophisticated surveillance software, which likely has outpaced even that of our National Security Agency, surveils our online activities, steals our personal and other information, aggregates that information, and weaponizes it to manipulate and influence us in numerous nefarious ways, including dividing our electorate and election rigging.

Facebook's unlawful plundering of information on such an unprecedented gigantic scale severely and inexcusably violates our rights to privacy, including our freedom from intrusion into our private lives, the right to control information about ourselves, and the right to a space in which we can freely express our identities.

With ever increasing momentum, Zuckerberg and Sandberg are using their unparalleled power to systemically erode the full range of our constitutional rights, including privacy, election integrity, freedom of speech and association.

3

Only shutting down Facebook or a pervasive overhaul of the way it operates will protect our bedrock human rights, constitutional rights and our most cherished values.

With the full knowledge and acquiescence of Mark Zuckerberg and Sheryl Sandberg, Facebook, by and through its various entities facilitates:

- Terrorist activity;

- Organized immigration crime;

- Slavery trafficking;

- Extreme and revenge pornography;

- Incitement of violence, hate crime, harassment, intimidation, bullying, trolling and cyberstalking;

- Sale of illegal goods and services, such as drugs and assault weapons;

- Content unlawfully uploaded to and from prisons;

- Sexting and distributing indecent or sexual images of children under the age of 18;

- Children accessing pornography and other inappropriate material, including children under 13 using dating applications;

- Child sexual exploitation and abuse by pedophiles;

- Distribution of enemy and adversary propaganda and disinformation;

4

- Advocacy of self-harm, female genital mutilation and suicide.

Facebook, as presently constituted, and more so with each passing day, is the gravest threat to our national security, rule of law and fragile democracy ever.

One such example of just how grave a threat Facebook has posed and continues to pose is the fact that for the six month period starting in October 2018 Facebook removed 3 million active Facebook accounts and estimates that 5% of its 2.4 billion active accounts are fake accounts, up from an estimated 3% to 4% in the previous six-month report, which likely means that the 2020 U.S. presidential election cycle is in serious danger of experiencing the same sort, and possibly other sorts, of sabotage as the 2016 U.S. president election cycle experienced.

Facebook is currently being used to spread ugly disinformation about Republican congresspersons who refuse to support Trump's Ukraine lies.

Not only third-party-accessed Facebook stored information was used to sabotage as the 2016 U.S. president election cycle. The far-right, domestic and foreign, used Facebook to  spread huge amounts of political lies, disinformation and misinformation during the 2016 U.S. election cycle promoting candidate Trump and denigrating Secretary Clinton and for other nefarious political purposes.

It is likely that Facebook was unjustly enriched to the tune of hundreds of billions of dollars and continues being unjustly enriched by allowing third parties and millions of apps to access its stores of quintillions of bits of user and non-user information and that Russian agents and operatives have accessed and stored the entirety of Facebook's massive user and non-user information files and used relevant information from those files to sabotage the 2016 and 2020 U.S. presidential election cycles, as well as other elections, domestic and foreign.

One single Pinterest app out of millions of other apps is demonstrative of the extent of Russia's intervention in our electoral processes: As of October 9, 2014, Russian IP addresses were accessing billions of data points about consumers directly from Facebook's store of user and non-user information.

Facebook did not want their employees to become aware of this fact and so cut off the Pinterest's app access without notice and without revealing to Facebook's employees an explanation for doing so.

Facebook's motives and strategic objectives, announced and unannounced, seem to directly coincide with those of Russian President Vladimir Putin.

While pursuing an uncompleted undergraduate stint at Harvard, Mark Zuckerberg, with others, was busily creating the first version of Facebook and collecting the personal information of his fellow students. When interviewed and

asked what he thought about those fellow students who supplied him with their personal information, Zuckerberg replied saying: "They're fucking morons."

Possibly, Zuckerberg was compromised by agents of the Soviet Union while at Harvard or afterwards and has attended at least two private, entirely undocumented, White House meeting with President Trump, and Facebook actively helped the Trump campaign sabotage the 2016 U.S. president election cycle.

Articulate Republican enthusiast Anthony Scaramucci, who served briefly as Trump's Director of Communications, during a recent interview on national TV accused Trump of treason and other high crimes.

Possibly President Trump was compromised by Russian agents as his casinos were going bankrupt and great numbers of Russian mobsters, agents and operatives began buying his properties at inflated prices.

Facebook and its various entities like Instagram, are entirely directed and controlled by two persons, Mark Zuckerberg and Sheryl Sandberg, who are accountable to no one, not even Facebook's shareholders. Even governments, including the U.S. government, have found it difficult to impossible to ward off Facebook's army of legal talent and lobbyists.

Mark Zuckerberg has admitted/bragged that Facebook functions more like a government than a corporation.

During recent congressional testimony, Zuckerberg has admitted, among many other things, that they mistakenly blocked Facebook user accounts.

Facebook seeks to control what billions of people read as news, to rig and otherwise influence political elections, political ideas, political speech and many other types of online communication.

Facebook knowingly spreads political ads in the U.S. that are replete with outright lies, misinformation and disinformation, much of it emanating from Russia and other adversarial authoritarian regimes.

By introducing its own international currency, Facebook seeks to invade the financial affairs of billions of persons and businesses by storing that information and using it to influence the worldwide consumption of goods and services, punish present and prospective competitors, manipulate currencies and more, risking, for their own gain, a worldwide depression of a magnitude never before experienced.

With the recent introduction of an online dating service, Facebook seeks a modicum of control over our romances and sexual preferences as well as adding that sensitive information to the vast store of personal information it has already acquired and used for countless nefarious purposes.

With the recent introduction of a newspaper business in partnership with other news gatherers and publishers, Facebook seeks control over the Fourth Estate and what news receives priority publication.

Facebook has admitted aspects of its participation in the sabotage of the 2016 U.S. presidential election cycle, such as its active participation with the Trump campaign using Facebook user and non-user information to target prospective U.S. voters with political messaging/propaganda in key swing states and elsewhere, as well as encouraging the use of the Facebook entities by allowing Russian agents and their operatives to plant massive quantities of lies, misinformation and disinformation on their various platforms, even accepting Russian rubles in payment.

President Putin, knowing Zuckerberg and Trump are advancing his political objectives is likely in a constant state of joyous exhilaration.

Pursuant to this Court's wishes, Plaintiffs Robert Zimmerman and Uxor Press agree with the Court when it expressed that lead counsel for the MDL Plaintiffs are far more qualified to prosecute the MDL privacy claims than Plaintiffs Zimmerman and Uxor Press, and, as the Court has suggested, Plaintiff's Zimmerman and Uxor Press therefore wish to consolidate their privacy violation claims into the MDL in accord the Court's previous Orders regarding the Facebook

MDL proceeding, and the terms and conditions set out in the Transcript of the Case Management Conference held in November 2019 and the caveats accorded Ms. Hassam and wish to proceed with my other claims against the Facebook defendants as a pro se.

If I may, a few questions:

(1) In addition to the filings set out in the Court's Order No. 25, dated October 9, 2019, may I also receive all requests for and answers to discovery propounded by lead counsel for plaintiffs, including those of governmental entities?

(2) Do I need a letter of representation from lead counsel?

(3) Do I need to take any further actions with regard to that part of my Complaint against Facebook defendants that I am litigating as a pro se?

(4) May I proceed with discovery or should I await further instructions from the Court?

Thanks again for this opportunity to continue prosecuting with my non-privacy claims.

Respectfully submitted by Robert Zimmerman for himself and for Uxor Press.

_____

## CERTIFICATE OF SERVICE

The above was sent to U.S. District Court Judge Vince Chhabria on November 25, 2019 by U.S. mail.

*[signature]*

Zimmerman
329 Sandpiper Lane
Hampstead NC
28443

Clerk of the Court
For: Judge Vince Chhabria
    Presiding Judge: 18-CV-02463
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102