UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
|---|---|
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 31: ORDER REQUIRING LETTER BRIEFS RE DISCOVERY DEADLINES** |

By Wednesday, December 11, 2019, each side should file a letter brief not to exceed one page indicating whether they would have any concerns with closing both fact and expert discovery (on both class certification and the merits) before the motion for class certification is filed, with the understanding that either side would have the opportunity to request that discovery be reopened after the ruling on class certification if good cause supports it. The court is inclined to take such an approach rather than having expert discovery proceed alongside the briefing on class certification.

**IT IS SO ORDERED.**

Dated: December 9, 2019

_____
VINCE CHHABRIA
United States District Judge