| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY SCOTT MCDONNELL**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Scott McDonnell voluntarily dismisses his claims in the above-entitled matter, without prejudice, against Defendants Facebook, Inc. Cambridge Analytica, Cambridge Analytica (UK) Ltd., Cambridge Analytica LLC, SCL Group, Global Science Research Ltd., Aleksandr Kogan, Robert Mercer, and Stephen K. Bannon (collectively "Defendants") and reserves his rights as a member of any class that may be certified in this litigation. As Defendants have not served an answer or a motion for summary judgment in this proceeding and Plaintiff has not filed a motion for class certification, dismissal without prejudice is appropriate without a court order under Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B).

Dated: December 9, 2019                                                Respectfully submitted,

KELLER ROHRBACK L.L.P.                                                 BLEICHMAR FONTI & AULD LLP

By:  */s/ Derek W. Loeser*                                             By:  */s/ Lesley E. Weaver*
     Derek W. Loeser                                                        Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                              Lesley E. Weaver (SBN 191305)
Lynn Lincoln Sarko (admitted *pro hac vice*)                           Anne K. Davis (SBN 267909)
Gretchen Freeman Cappio (admitted *pro hac vice*)                      Joshua D. Samra (SBN 313050)
Cari Campen Laufenberg (admitted *pro hac vice*)                       555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                                          Oakland, CA 94607
Seattle, WA 98101                                                      Tel.: (415) 445-4003
Tel.: (206) 623-1900                                                   Fax: (415) 445-4020
Fax: (206) 623-3384                                                    lweaver@bfalaw.com
dloeser@kellerrohrback.com                                             adavis@bfalaw.com
lsarko@kellerrohrback.com                                              jsamra@bfalaw.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2019, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on December 9, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

**In addition, the following were served via U.S. Mail:**

Robert Zimmerman
329 Sandpiper Lane
Hampstead, NC 28443

Paven Malhotra
Matan Shacham
Bryn Anderson Williams
Keker Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Anjeza Hassan
Ibrahim Hassan
Mirela Hysa
8349 Cretan Blue Lane
Las Vegas, NV 89128

Kosta Hysta
6877 Fox Lane
Waterford, MI 48327

**And via email:**

Robert Zimmerman
bobzimmerman@usa.com

Paven Malhotra
Matan Shacham
Bryn Anderson Williams
pmalhotra@keker.com
bwilliams@kvn.com
bwilliams@kvn.com

Anjeza Hassan
annie.sara@yahoo.com

/s/ *Sarah Skaggs*
Sarah Skaggs