UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 32: CASE MANAGEMENT SCHEDULE** |

Below are the deadlines leading up to the plaintiffs' anticipated motion for class certification. The remaining case schedule will be set at a further case management conference after the motion for class certification is heard.

| | |
|---|---|
| December 10, 2019 | Initial disclosures |
| October 2, 2020 | Substantial completion of document production |
| December 18, 2020 | Deadline for amending pleadings |
| January 22, 2021 | Close of fact discovery |
| February 12, 2021 | Disclosure of Plaintiffs' expert witnesses and service of related expert reports |
| March 26, 2021 | Disclosure of Defendants' expert witnesses and service of related expert reports |
| April 16, 2021 | Disclosure of Plaintiffs' rebuttal expert witnesses and service of related expert reports |
| May 14, 2021 | Close of expert discovery |
| June 11, 2021 | Motion for class certification |
| July 9, 2021 | Opposition to motion for class certification |
| August 6, 2021 | Reply in support of motion for class certification |
| September 22, 2021 | Hearing on motion for class certification |
| October 20, 2021 | Deadline to file updated joint case management statement |
| October 27, 2021 | Further case management conference |

As for the plaintiffs' request for streamlined protocol for briefing discovery disputes: If the Court's standing order is insufficient, the parties may propose something different.

**IT IS SO ORDERED.**

Dated: December 13, 2019

VINCE CHHABRIA
United States District Judge