UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
|---|---|
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 33: ORDER RE DISCOVERY LETTER**<br>Re: Dkt. No. 358 |

Beyond the materials that Facebook produced on December 26, it is not necessary for the plaintiffs to obtain the disputed materials on an expedited basis. Accordingly, the plaintiffs' request for further relief is denied at this time.

**IT IS SO ORDERED.**

Dated: January 2, 2020

VINCE CHHABRIA
United States District Judge