| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* Please read instructions on next page. || COURT USE ONLY DUE DATE: |
|---|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Sue Martinson | **2a. CONTACT PHONE NUMBER** (415) 765-9580 || **3. CONTACT EMAIL ADDRESS** smartinson@akingump.com |
| **1b. ATTORNEY NAME (if different)** Michael J. Stortz | **2b. ATTORNEY PHONE NUMBER** (415) 765-9500 || **3. ATTORNEY EMAIL ADDRESS** mstortz@akingump.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME IF APPLICABLE)** Akin Gump Strauss Hauer & Feld, LLP 580 California Street, Suite 1500 San Francisco, CA 94104 | **5. CASE NAME** In re Facebook, Inc., Consumer Privacy User Profile L || **6. CASE NUMBER** 18-md-2843 |
| **7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)** → ☐ FTR Marla F. Knox, PRP, CRR | **8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL  ☒ CIVIL    CJA: <u>Do not use this form; use Form CJA24</u>. |||

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) |||| b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)* ||||| c. DELIVERY TYPE (Choose one per line) ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 01/08/2020 | VC | CMC | | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Michael J. Stortz

**12. DATE** 01/23/2020

[ Clear Form ]                    [ Save as new PDF ]