| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs Steven Akins, Jason Ariciu, Samuel Armstrong, Anthony Bell, Bridgett Burk, Brendan Michael Carr, Terry Fischer, Shelly Forman, Mary Beth Grisi, Tabielle Holsinger, Taunna Jarvimaki, Olivia Johnston, Tyler King, Ashley Kmieciak, William Lloyd, Ian Miller, Jordan O'Hara, Bridget Peters, Kimberly Robertson, Scott Schinder, Cheryl Senko, Dustin Short, Tonya Smith, Charnae Tutt, and Juliana Watson:

David Ko
dko@kellerrohrback.com
Keller Rohrback, L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101
(206) 623-1900

David Ko is admitted to practice and in good standing in the State of Washington, and was admitted to the United States District Court for the Western District of Washington on March 23, 2010.

Dated: January 24, 2020                              Respectfully submitted,

KELLER ROHRBACK L.L.P.                               BLEICHMAR FONTI & AULD LLP

By:   */s/ David Ko*                                 By:   */s/ Lesley E. Weaver*
      David Ko                                             Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)            Lesley E. Weaver (SBN 191305)
Lynn Lincoln Sarko (admitted *pro hac vice*)         Anne K. Davis (SBN 267909)
Gretchen Freeman Cappio (admitted *pro hac vice*)    Joshua D. Samra (SBN 313050)
Cari Campen Laufenberg (admitted *pro hac vice*)     555 12th Street, Suite 1600
David Ko (admitted *pro hac vice*)                   Oakland, CA 94607
1201 Third Avenue, Suite 3200                        Tel.: (415) 445-4003
Seattle, WA 98101                                    Fax: (415) 445-4020
Tel.: (206) 623-1900                                 lweaver@bfalaw.com
Fax: (206) 623-3384                                  adavis@bfalaw.com
dloeser@kellerrohrback.com                           jsamra@bfalaw.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, David Ko, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2020, at Seattle, Washington.

/s/ *David Ko*
David Ko

# CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on January 24, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

**In addition, the following were served via U.S. Mail:**

Robert Zimmerman
329 Sandpiper Lane
Hampstead, NC 28443

Paven Malhotra
Matan Shacham
Bryn Anderson Williams
Keker Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Anjeza Hassan
Ibrahim Hassan
Mirela Hysa
8349 Cretan Blue Lane
Las Vegas, NV 89128

Kosta Hysta
6877 Fox Lane
Waterford, MI 48327

**And via email:**

Robert Zimmerman
bobzimmerman@usa.com

Paven Malhotra
Matan Shacham
Bryn Anderson Williams
pmalhotra@keker.com
bwilliams@kvn.com
bwilliams@kvn.com

Anjeza Hassan
annie.sara@yahoo.com

/s/ *Sarah Skaggs*
Sarah Skaggs