RE: 18-md-0~~2463~~2843-VC, 19-cv-04591-VC

January 16, 2020



The Honorable Vince Chhabria

U.S. District Court for the Northern District of California

Dear Judge Vince Chhabria:

Pursuant to this Court's Pretrial Order # 34, dated January 8, 2020, Plaintiffs Robert Zimmerman and Uxor Press hereby "voluntarily" dismiss "without prejudice" all of their "privacy-related claims" presently pursued before this Court in Case Nos. 18-md-02843-VC and 19-cv-04591-VC.

Further, as this Court has suggested, Plaintiffs wish to continue prosecuting their non-privacy-related claims before this Court, or in the original Court, according to how this Court so rules.

If I may, a few remarks and questions:

(1) I am preparing a First Amended Complaint (FAC") in which I have attempted to remove all "privacy-related claims," but I am unsure of the precise meaning of the term "privacy-related claims" and can only hope that my amendment efforts will meet with this Court's approval. If not, I will

1

strive to make whatever changes to the FAC that this Court deems necessary.

(2) When finished, should I transmit the FAC to this Court and if so, should I also transmit the FAC to the Facebook attorney that accepted service of the Original Complaint?

(3) If a class is not certified in the MDL action, will this Court now state how I may proceed, or not proceed, with my "privacy-related claims?"

(4) Given my advanced age (79) and multiple infirmities, is it possible to expedite my case?

Robert Zimmerman for himself and Uxor Press



## CERTIFICATE OF SERVICE

The above was mailed First Class to U.S. District Court Judge Vince Chhabria on January 16, 2020 by U.S. mail.

Dated: January 16, 2020 and submitted by Robert Zimmerman

Zimmerman
329 Sandpiper Lane
Hampstead NC
28443

Judge Vince Chhabria
U.S. District Court, Northern District California
450 Golden Gate Ave.
San Francisco, CA 94102