Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650-849-5300
Facsimile: 650-849-5048

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' DISCOVERY MOTION** |

      Having considered the parties' joint discovery letter, Plaintiffs' requests for: (i) an order extending the relevant production period to January 1, 2007 for all categories of materials; and (ii) for an order requiring Facebook to produce a privilege log linked to each production within 30 days of that production are DENIED.  The Court reminds Plaintiffs of their obligation to exhaust meet and confer efforts before burdening the Court with discovery disputes.

Case 3:18-md-02843-VC   Document 375   Filed 02/18/20   Page 2 of 2

2

**IT IS SO ORDERED.**

DATE:_____          _____

United States District Judge Vince Chhabria