UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> ROBERT ZIMMERMAN and UXOR PRESS <br>             Plaintiffs, <br>     v. <br> FACEBOOK, INC., et al., <br>             Defendants. | MDL No. 2843 <br><br> Case Nos. 18-md-02843-VC, 19-cv04591-VC <br><br> **PRETRIAL ORDER NO. 35: REGARDING *ZIMMERMAN V. FACEBOOK*** |

In accordance with Zimmerman's letter voluntarily dismissing his privacy-related claims without prejudice, Zimmerman's case can proceed separately from the MDL. Zimmerman should file an amended complaint by March 9, 2020, and should serve Facebook with a copy of the complaint as provided by Federal Rule of Civil Procedure 5. Facebook's response to the amended complaint is due March 22, 2020.

A schedule for adjudicating the case will be discussed at an initial telephonic case management conference at 10:30 a.m. on June 3, 2020. Facebook shall provide the Court and Zimmerman with a conference line and applicable access code to use during the case management conference by no later than 12:00 p.m. PST, on June 2, 2020, by way of email to the Court (vccrd@cand.uscourts.gov) with a cc to Zimmerman.

Zimmerman is advised to contact the Northern District's Legal Help Desk for assistance

in litigating his case pro se. Since this case is no longer consolidated into the MDL, lead counsel in the MDL are no longer required to serve Zimmerman with this Court's orders (other than this order).

**IT IS SO ORDERED.**

Dated: February 20, 2020

_____
VINCE CHHABRIA
United States District Judge