Matthew Montgomery (SBN 180196)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
mmontgomery@bfalaw.com

*Attorney to Consolidated Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |

PLEASE TAKE NOTICE that Matthew Montgomery of Bleichmar Fonti & Auld LLP, a member of the State Bar of California in good standing and admitted to practice before this Court, hereby appears on behalf of the Consolidated Plaintiffs in this action.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Mr. Montgomery's contact information is as follows:

>Matthew Montgomery
>Bleichmar Fonti & Auld LLP
>555 12th Street, Suite 1600
>Oakland, CA 94607
>Telephone: (415) 445-4003
>Facsimile: (415) 445-4020
>Email: mmontgomery@bfalaw.com

DATED this 2nd day of March, 2020.      BLEICHMAR FONTI & AULD LLP

By: /s/ Matthew Montgomery
    Matthew Montgomery

Matthew Montgomery (SBN 180196)
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
Email: mmontgomery@bfalaw.com

*Attorney to Consolidated Plaintiffs*