| | |
|---|---|
| Lesley E. Weaver (SBN 191305)<br>BLEICHMAR FONTI & AULD LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com | Derek W. Loeser (admitted *pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com |

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CUSTODIANS AND SEARCH TERMS** |

The Court, having considered the joint discovery letter submitted by the parties, orders Facebook to identify all custodians and search terms used to collect documents responsive to the proceedings of the Federal Trade Commission, including the inquiry that lead to the 2012 consent decree and the subsequent enforcement proceeding, no later than three days from the entry of this Pretrial Order.

IT IS SO ORDERED.

Dated:

                                                         HON. VINCE CHHABRIA
                                                         U.S. DISTRICT COURT JUDGE