UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
|---|---|
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER 37: REFERRAL TO MAGISTRATE JUDGE FOR DISCOVERY** |

Pursuant to Local Rule 72-1, this case is referred for all discovery purposes to Magistrate Judge Jacqueline Scott Corley. All discovery disputes currently pending will be handled by Judge Corley.

A further case management conference before Judge Chhabria is set for June 4, 2020 at 2:00 p.m. A joint case management statement is due seven days prior.

**IT IS SO ORDERED.**

Dated: March 10, 2020

VINCE CHHABRIA
United States District Judge