| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **DECLARATION OF CARI C. LAUFENBERG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION RE PARTICIPATING COUNSEL PERFORMING COMMON BENEFIT WORK RELATED TO PLAINTIFFS' RESPONSES TO DISCOVERY** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

I, Cari C. Laufenberg, declare and state as follows:

1. I am a Partner with the law firm of Keller Rohrback L.L.P., which serves as Co-Lead Counsel for Plaintiffs in *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 18-md-02843-VC (the "MDL"), and a member in good standing of the bar of the State of Washington.

2. This declaration is made in support of Plaintiffs' Administrative Motion re: Participating Counsel.

3. On January 30, 2020, Co-Lead Plaintiffs' Counsel sent counsel for Facebook a proposed order approving Co-Lead Counsel's request to engage certain named retained counsel ("Participating Counsel") to perform Common Benefit Work related to responding to Defendants' written discovery to named Plaintiffs and anticipated depositions of named Plaintiffs, in accordance with Pretrial Order No. 8: Duties and Authority of Co-Lead Counsel, Dkt. 120, ¶ 17 and Pretrial Order No. 9: Protocol for Common Benefit Work and Expenses, Dkt. 121.

4. On February 8, 2020, Facebook proposed revisions to the Participating Counsel Order. Facebook's proposed revisions include that Co-Lead Counsel are required to "sign all court filings and responses to discovery requests in accordance with the requirements of Rule 11" and "ensure proper preservation, collection, and production of documents in response to any document demands, consistent with all applicable rules of procedure and ethical rules." Facebook also sought to add a provision pertaining to conduct of depositions that "only one attorney may object and conduct any direct examination during the course of such depositions."

5. On February 18, 2020, Plaintiffs sent an email to opposing counsel transmitting Plaintiffs' revisions to the draft Participating Counsel Order, explaining that the deleted language regarding discovery responses was duplicative of existing protocols. Plaintiffs also struck the proposed language regarding direct examination as appropriately addressed by a stipulated deposition protocol, which Plaintiffs offered to draft and circulate in the near term.

6. On February 24, 2020 Facebook's counsel sent an email stating that Facebook would not agree to Plaintiffs' February 18, 2020 draft Order.

7. On March 2, 2020, Plaintiffs provided Facebook with a draft stipulated deposition protocol. As of the date of this filing, Facebook has not provided Plaintiffs with edits on that draft protocol.

8. I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge. This declaration was executed in Seattle, Washington.

DATED: April 13, 2020        */s/ Cari C. Laufenberg*
                                                   Cari C. Laufenberg