GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
 osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
 klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
 mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
 dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
 jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**JOINT NOTICE CONCERNING THE ESI PROTOCOL AND THE 502(D) STIPULATION** |

The parties respectfully submit this joint notice in accordance with paragraphs 1 and 2 of Discovery Order No. 1 (ECF 404).  Attached to this joint notice are the current drafts of stipulations concerning an ESI Protocol (Exh. A) and a 502(d) order (Exh. B).  Each attached draft stipulation contains all of the provisions on which the parties have reached agreement and notes the few provisions as to which the parties are still working to reach agreement.  The parties will meet and confer on these last remaining provisions in accordance with paragraphs 1 and 2 of Discovery Order No. 1 and will submit either fully agreed versions of these stipulations or joint letter briefs addressing any outstanding issues in the two stipulations by 5:00 p.m. on Monday.

Dated: April 24, 2020

Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

By: */s/ Derek W. Loeser*
Derek W. Loeser (*pro hac vice*)
Lynn Lincoln Sarko (*pro hac vice*)
Gretchen Freeman Cappio (*pro hac vice*)
Cari Campen Laufenberg (*pro hac vice*)
David J. Ko (*pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (pro hac vice)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com lsarko@kellerrohrback.com gcappio@kellerrohrback.com claufenberg@kellerrohrback.com dko@kellerrohrback.com bgould@kellerrohrback.com adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

**BLEICHMAR FONTI & AULD LLP**

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
Matthew P. Montgomery (SBN 180196)
Angelica M. Ornelas (SBN 285929)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com adavis@bfalaw.com jsamra@bfalaw.com mmontgomery@bfalaw.com aornelas@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

2

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Russell H. Falconer (*pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile:  214.571.2900

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

I, Orin Snyder, hereby certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Orin Snyder*
Orin Snynder
