**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT** |

Pursuant to Local Rule 6-2(a), the parties stipulate and agree as follows:

1. On April 14, 2020, Plaintiffs filed a motion for leave to file a Second Amended Consolidated Complaint.

2. Defendant Facebook, Inc.'s opposition to that motion is currently due April 28, 2020, pursuant to Local Rule 7-3(a).

3. Facebook requires additional time to prepare its opposition, particularly in view of Magistrate Judge Corley's April 17, 2020 Order directing the parties to focus their resources this month on four specific discovery issues.

4. On April 22, 2020, counsel for Facebook contacted Co-Lead Counsel for Plaintiffs to ask for consent to an extension of time to respond to Plaintiffs' motion.

5. The parties have agreed to a fourteen-day extension of the deadline to file an opposition to Plaintiffs' motion for leave to file a Second Amended Consolidated Complaint. The parties accordingly stipulate that Facebook's opposition shall be filed on or before May 12, 2020.

6. The parties stipulate that Plaintiffs' reply in support of the motion for leave to file a Second Amended Consolidated Complaint is due May 19, 2020.

7. The parties stipulate to continue the hearing on the motion, which Plaintiffs noticed for May 21, 2020 at 10 a.m., to June 4, 2020 at 10 a.m., or such other date that is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated: April 27, 2020<br>**KELLER ROHRBACK LLP**<br><br>By: _/s Derek W. Loeser_<br>    Derek W. Loeser<br><br>Derek Loeser (*pro hac vice*)<br>Lynn Lincoln Sarko (*pro hac vice*)<br>Gretchen Freeman Cappio (*pro hac vice*) | Respectfully submitted,<br>**BLEICHMAR FONTI & AULD LLP**<br><br>By: _/s Lesley E. Weaver_<br>    Lesley E. Weaver<br><br>Lesley E. Weaver (SBN 191305)<br>Matthew S. Weiler (SBN 236052)<br>Emily C. Aldridge (SBN 299236)<br>Matthew P. Montgomery (SBN 180196) |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT
CASE NO. 3:18-MD-02843-VC

| | |
|---|---|
| Cari Campen Laufenberg (*pro hac vice*) | Angelica M. Ornelas (SBN 285929) |
| David Ko (*pro hac vice*) | 555 12th Street, Suite 1600 |
| Adele A. Daniel (*pro hac vice*) | Oakland, CA 94607 |
| 1201 Third Avenue, Suite 3200 | Tel.: (415) 445-4003 |
| Seattle, WA 98101 | Fax: (415) 445-4020 |
| Tel.: (206) 623-1900 | lweaver@bfalaw.com |
| Fax: (206) 623-3384 | mweiler@bfalaw.com |
| dloeser@kellerrohrback.com | ealdridge@bfalaw.com |
| lsarko@kellerrohrback.com | mmontgomery@bfalaw.com |
| gcappio@kellerrohrback.com | aornelas@bfalaw.com |
| claufenberg@kellerrohrback.com | |
| dko@kellerrohrback.com | |
| adaniel@kellerrohrback.com | |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: April 27, 2020                                Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

| | |
|---|---|
| Deborah Stein (SBN 224570) | |
| dstein@gibsondunn.com | By:  */s/ Orin Snyder* |
| 333 South Grand Avenue | Orin Snyder (*pro hac vice*) |
| Los Angeles, CA 90071-3197 | osnyder@gibsondunn.com |
| Telephone:  213.229.7000 | GIBSON, DUNN & CRUTCHER LLP |
| Facsimile:  213.229.7520 | 200 Park Avenue |
| | New York, NY 10166-0193 |
| Kristin A. Linsley (SBN 154148) | Telephone:  212.351.4000 |
| klinsley@gibsondunn.com | Facsimile:  212.351.4035 |
| Martie Kutscher (SBN 302650) | |
| mkutscherclark@gibsondunn.com | Joshua S. Lipshutz (SBN 242557) |
| GIBSON, DUNN & CRUTCHER LLP | jlipshutz@gibsondunn.com |
| 555 Mission Street, Suite 3000 | GIBSON, DUNN & CRUTCHER LLP |
| San Francisco, CA 94105-0921 | 1050 Connecticut Avenue, N.W. |
| Telephone:  415.393.8200 | Washington, DC 20036-5306 |
| Facsimile:  415.393.8306 | Telephone:  202.955.8500 |
| | Facsimile:  202.467.0539 |

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____                    _____

United States District Judge Vince Chhabria

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: April 27, 2020                                By:  */s/ Orin Snyder*
                                                          Orin Snyder

**CERTIFICATE OF SERVICE**

I, Orin Snyder, hereby certify that on April 27, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Orin Snyder*
Orin Snyder