# EXHIBIT B

## PLAINTIFFS' PROPOSED AGENDA

## May 1, 2020 Discovery Conference

| Topic Number | TOPIC | EXISTING DEADLINE | PROPOSED DEADLINE |
|---|---|---|---|
| 1. | Identification of custodians | May 1, 2020 | May 8, 2020 |
| 2. | Reporting structures of all proposed custodians provided (RFP 7) | None | Plaintiffs propose May 5, 2020; FB proposes May 15 |
| 3. | Identification of those interviewed by PWC | None | May 5, 2020 |
| 4. | Deadline to provide information about where ESI resides | None | May 7, 2020 |
| 5. | Documents produced to regulators (RFP 6) | Discussions ongoing | Plaintiffs propose agreement or briefing by May 15, 2020; FB proposes July 3 |
| 6. | Documents relating to ADI (RFP 19) | Discussions ongoing | Agreement or briefing by May 15, 2020 |
| 7. | Documents relating to value of user data (RFPs 16, 17) | Discussions ongoing | Agreement or briefing by May 22, 2020 |