Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom:  4, 17th Floor |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiffs Steven Akins, Jason Ariciu, Samuel Armstrong, Anthony Bell, Bridgett Burk, Brendan Michael Carr, Terry Fischer, Shelly Forman, Mary Beth Grisi, Tabielle Holsinger, Taunna Johnson, Olivia Johnston, Tyler King, Ashley Kmieciak, William Lloyd, Ian Miller, Jordan O'Hara, Bridget Peters, Kimberly Robertson, Scott Schinder, Cheryl Senko, Dustin Short, Tonya Smith, Charnae Tutt, and Juliana Watson:

Eric Fierro
efierro@kellerrohrback.com
Keller Rohrback, L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
(602) 230-6331

Eric Fierro is admitted to practice and in good standing in the State of Arizona, and was

admitted to the United States District Court for the District of Arizona on March 2, 2009.

Dated: April 30, 2020                                    Respectfully submitted,

KELLER ROHRBACK L.L.P.

                                                         BLEICHMAR FONTI & AULD LLP

By:     */s/ Eric Fierro*
        Eric Fierro                                      By:     */s/ Lesley E. Weaver*
                                                                 Lesley E. Weaver

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400                    Lesley E. Weaver (SBN 191305)
Phoenix, AZ 85012                                        Anne K. Davis (SBN 267909)
Tel: (602) 248-0088                                      Joshua D. Samra (SBN 313050)
Fax: (602) 248-2822                                      555 12th Street, Suite 1600
efierro@kellerrohrback.com                               Oakland, CA 94607
                                                         Tel.: (415) 445-4003
                                                         Fax: (415) 445-4020
Derek W. Loeser (admitted *pro hac vice*)                lweaver@bfalaw.com
Lynn Lincoln Sarko (admitted *pro hac vice*)             adavis@bfalaw.com
Gretchen Freeman Cappio (admitted *pro hac vice*)        jsamra@bfalaw.com
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Cari Laufenberg, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2020, at Seattle, Washington.

/s/ *Cari Laufenberg*
Cari Laufenberg

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

**In addition, the following were served via email:**

Paven Malhotra
Matan Shacham
Bryn Anderson Williams
pmalhotra@keker.com
bwilliams@kvn.com
bwilliams@kvn.com

Anjeza Hassan
annie.sara@yahoo.com

/s/ *Sarah Skaggs*
Sarah Skaggs