GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF MARTIE KUTSCHER IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Martie Kutscher, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook in the above-captioned matter. I am a member in good standing of the State Bars of California, New Jersey, and New York. I submit this declaration in support of Facebook's Administrative Motion to File Under Seal. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. On April 24, 2020, I emailed Plaintiffs' counsel a chart titled "Facebook's Proposed Custodians." This chart is attached as Exhibit C to the Parties' April 30, 2020 Joint Status Update (Dkt. 413) ("Exhibit C"). Exhibit C is attached as **Exhibit 1**.

3. Exhibit C was created exclusively to aid in the parties' negotiations about custodians, and it was designated "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY." Exhibit C identifies current and former Facebook employees who likely possess documents responsive to certain of Plaintiffs' specific Requests for Production of Documents.

4. Exhibit C incorporates the list of custodians in a prior Federal Trade Commission ("FTC") investigation of Facebook and reveals the dates through which documents from each FTC custodian were produced to the FTC (and thereby reproduced to Plaintiffs). In accordance with an order from the Court (Dkt. 394), Facebook provided Plaintiffs the list of FTC custodians on an "attorneys' eyes only" basis. Public disclosure of Exhibit C would enable the public to identify many of the FTC custodians that Facebook provided to Plaintiffs on an "attorneys' eyes only" basis, as well as details about the documents produced from those custodians. This information is currently confidential.

5. Exhibit C contains personnel information about current and former Facebook employees, including the dates that they held particular positions.

6. Because Exhibit C matches current and former employees to categories of information that Plaintiffs seek, it would enable the public and competitors to deduce information about confidential aspects of Facebook's business, such as which employees and departments are working on particular confidential matters, including business relationships with

third parties.  Public access to this information could cause Facebook competitive harm and could lead competitors to attempt to recruit critical Facebook employees.

7. On April 30, 2020, Plaintiffs' counsel informed me that Plaintiffs do not oppose Facebook's Administrative Motion to File Under Seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 30, 2020 in Palo Alto, California.

/s/  Martie Kutscher
Martie Kutscher