1

**GIBSON, DUNN & CRUTCHER LLP**

2

Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com

3

200 Park Avenue
New York, NY 10166-0193

4

Telephone:  212.351.4000
Facsimile:  212.351.4035

5

6

Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com

7

Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com

8

555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

9

Telephone:  415.393.8200
Facsimile:  415.393.8306

10

**GIBSON, DUNN & CRUTCHER LLP**

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7164
Facsimile:  213.229.6164

*Attorneys for Defendant Facebook, Inc.*

11

12

13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

14

15

16

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION,

17

18

This document relates to:

19

ALL ACTIONS

20

21

CASE NO. 3:18-MD-02843-VC

**STIPULATION AND [PROPOSED]
ORDER GRANTING FACEBOOK'S
ADMINISTRATIVE MOTION TO FILE
UNDER SEAL**

22

Facebook moves to seal Exhibit C to the parties' April 30, 2020 Joint Status Update (Dkt.

23

413).  The parties stipulate to the filing of Facebook's Administrative Motion to File Under Seal

24

Exhibit C.  Plaintiffs do not oppose Facebook's Administrative Motion.

25

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

26

27

28

Gibson, Dunn &
Crutcher LLP

DATED: April 30, 2020

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

Dated: April 30, 2020
**KELLER ROHRBACK LLP**

By: ___*/s Derek W. Loeser*___
          Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: ___*/s/ Orin Snyder*___
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: ___*/s Lesley E. Weaver*___
          Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
Matthew P. Montgomery (SBN 180196)
Angelica M. Ornelas (SBN 285929)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com

Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____          _____

Hon. Jacqueline Scott Corley

United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:18-CV-01732-VC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: April 30, 2020                                     By:  */s/ Orin Snyder*
                                                                Orin Snyder