**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
HELEN I. ZELDES (220051)
hzeldes@sshhzlaw.com
BEN TRAVIS (305641)
btravis@sshhzlaw.com
501 W. Broadway
San Diego, CA 92101
Telephone:  (619) 400-4990

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This Document Relates to:<br><br>JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON,  ANTHONY BELL, JULIANA WATSON, and ANN KOWALESKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>FACEBOOK, INC., a Delaware corporation; CAMBRIDGE ANALYTICA, LLC, a Delaware limited liability company; ALEKSANDR KOGAN, an individual, STEPHEN K. BANNON, an individual,  EMERDATA LIMITED, a United Kingdom company, and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No: 8:18-cv-00571 AG-JDE<br><br>**NOTICE OF CHANGE OF FIRM NAME AND NEW ADDRESS AND CONTACT INFORMATION**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE THAT effective January 1, 2020, our firm's new name is SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP.

      SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP, has expanded and opened an additional office in San Diego, California. My new contact information and email address are as follows:

SCHONBRUN SEPLOW
HARRIS HOFFMAN & ZELDES, LLP
501 W. Broadway
San Diego, CA 92101
Telephone: (619) 400-4990
Email: hzeldes@sshhzlaw.com

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: May 6, 2020 | SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP |
|  | HELEN I. ZELDES (220051) |
|  | By: /s/ *Helen I. Zeldes* |
|  | Helen I. Zeldes |
|  | hzeldes@sshhzlaw.com |
|  | 501 W. Broadway |
|  | San Diego, CA 92101 |
|  | Telephone: (619) 400-4990 |
|  | *Attorneys for Plaintiff*, ORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON, and ANN KOWALESKI |