**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT** |

Pursuant to Local Rule 6-2(a), the parties stipulate and agree as follows:

1. On April 14, 2020, Plaintiffs filed a motion for leave to file a Second Amended Consolidated Complaint.

2. Defendant Facebook, Inc.'s opposition to that motion was due on April 28, 2020, pursuant to Local Rule 7-3(a).

3. In view of Magistrate Judge Corley's April 17, 2020 Order directing the parties to focus their resources between April 17 and May 1 on four specific discovery issues, Facebook sought to extend Facebook's deadline to respond until May 12, and Plaintiffs agreed to honor that request. (*See* Dkt. 408.)

4. Facebook now requires additional time to prepare its opposition, particularly in view of Magistrate Judge Corley's May 1, 2020 Order, directing the parties to complete their custodian negotiations between May 1 and May 14.

5. On May 8, 2020, counsel for Facebook contacted Co-Lead Counsel for Plaintiffs to ask for consent to a second extension of time to respond to Plaintiffs' motion.

6. The parties have agreed to a seven-day additional extension of Facebook's deadline to file an opposition to Plaintiffs' motion for leave to file a Second Amended Consolidated Complaint and a seven-day additional extension for Plaintiffs to file a reply thereto. The parties accordingly stipulate that Facebook's opposition shall be filed on or before May 19, 2020 and that Plaintiffs' reply in support of the motion for leave to file a Second Amended Consolidated Complaint is due June 2, 2020.

7. The parties stipulate to continue the hearing on the motion, which Plaintiffs noticed for May 21, 2020 at 10 a.m., to June 18, 2020 at 10 a.m., or such other date that is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated: May 12, 2020<br>**KELLER ROHRBACK LLP**<br><br>By:  */s Derek W. Loeser*<br>    Derek W. Loeser<br><br>Derek W. Loeser (admitted *pro hac vice*)<br>Lynn Lincoln Sarko (admitted *pro hac vice*)<br>Gretchen Freeman Cappio (admitted *pro hac vice*)<br>Cari Campen Laufenberg (admitted *pro hac vice*)<br>David J. Ko (admitted *pro hac vice*)<br>Benjamin Gould (SBN 250630)<br>Adele Daniel (admitted *pro hac vice*)<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>dko@kellerrohrback.com<br>bgould@kellerrohrback.com<br>adaniel@kellerrohrback.com<br><br>Christopher Springer (SBN 291180)<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>Tel.: (805) 456-1496<br>Fax: (805) 456-1497<br>cspringer@kellerrohrback.com<br><br>*Co-Lead Counsel for Plaintiffs* | Respectfully submitted,<br>**BLEICHMAR FONTI & AULD LLP**<br><br>By:  */s Lesley E. Weaver*<br>    Lesley E. Weaver<br><br>Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Joshua D. Samra (SBN 313050)<br>Matthew P. Montgomery (SBN 180196)<br>Angelica M. Ornelas (SBN 285929)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>jsamra@bfalaw.com<br>mmontgomery@bfalaw.com<br>aornelas@bfalaw.com |

DATED: May 12, 2020                                   Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

Deborah Stein (SBN 224570)
dstein@gibsondunn.com                                 By:  */s/ Orin Snyder*
333 South Grand Avenue                                Orin Snyder (*pro hac vice*)
Los Angeles, CA 90071-3197                            osnyder@gibsondunn.com
Telephone:  213.229.7000                              GIBSON, DUNN & CRUTCHER LLP
Facsimile:  213.229.7520                              200 Park Avenue
                                                      New York, NY 10166-0193
Kristin A. Linsley (SBN 154148)                       Telephone:  212.351.4000
klinsley@gibsondunn.com                               Facsimile:  212.351.4035
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com                         Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP                           jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000                        GIBSON, DUNN & CRUTCHER LLP
San Francisco, CA 94105-0921                          1050 Connecticut Avenue, N.W.
Telephone:  415.393.8200                              Washington, DC 20036-5306
Facsimile:  415.393.8306                              Telephone:  202.955.8500
                                                      Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  _____                           _____

                                                      United States District Judge Vince Chhabria

3
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT
CASE NO. 3:18-MD-02843-VC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: May 12, 2020                                    By:  */s/ Orin Snyder*
                                                            Orin Snyder

## CERTIFICATE OF SERVICE

I, Orin Snyder, hereby certify that on May 12, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Orin Snyder*
Orin Snyder