# Plaintiffs' Exhibit A

# Redacted in its Entirety