## PLAINTIFFS' PROPOSED AGENDA

## May 15, 2020 Discovery Conference

| Topic Number | TOPIC | PROPOSED DEADLINE |
|---|---|---|
| 1. | FB to provide ESI disclosures (description of ESI systems, locations of those systems, how ESI is stored and how ESI will be or has been retrieved from these systems) | May 21, 2020 |
| 2. | Parties to reach agreement on ESI Locations | May 28, 2020 |
| 3. | Facebook to revise, propose search terms and prepare hit reports | June 2, 2020 |
| 4. | Plaintiffs to review search terms and provide response | June 9, 2020 |
| 5. | Parties to agree on search terms and submit joint letter brief on areas in dispute | June 24, 2020 |