# EXHIBIT A

**Plaintiffs will provide an electronic courtesy copy of this exhibit in native format.**

| | | | Name | |
|---|---|---|---|---|
| | | | Barnes, James | Client Solutions Manager; Product Manager |
| 1 | 2 | 3 | Beringer, Ashlie | VP - Deputy GC (Privacy) |
| 1 | 2 | 3 | Besmehn, Andrea | Role and time period unclear |
| 1 | 2 | | Boland, Brian | Director, Product Marketing; VP Ads Product Marketing and Atlas; VP Advertising Technology; VP Publisher Solutions; VP Partnerships Product Marketing, Ops, Partner Engineering and Analytics |
| 1 | | | Bosworth, Andrew (Boz) | Engineer (first 15); VP - Mobile Ads; VP - AR/VR Experiences |
| 1 | | | Canahuati, Pedro | Site Reliability Engineering Mgr.; Director - Production Engineering & Site Reliability; VP - Production Engineering & Security Engineering; VP - Security and Privacy Engineering |
| | | | Cathcart, Will | VP - Product Management; VP - Product Management; VP - Product Management; Head - WhatsApp |
| 1 | 2 | | Chang, Jackie | User Operations; Global Accounts Manager, National Direct Sales; Strategic Partner Manager, Social Commerce & Developer Platform; Manager, Internet.org & Mobile Inclusion Partnerships; Head - Business Platform Partnerships & Director - Product Partnerships & Oversight Programs (from 9/19) |
| | | | Clegg, Nick | VP - Global Affairs and Communications (period unclear) |
| dev | 2 | | Fedorov, Vladimir | Engineer; Engineering Mgr.; Director - Engineering; VP - Engineering |
| 1 | | | Garcia-Martinez, Antonio | Product Manager (first ads targeting PM & FB Bidded Exchange) |
| 1 | 2 | | Gartland, Claire | Privacy and Public Policy Manager (previously Director at EPIC) |
| | | | Grewal, Paul | VP & Deputy GC |
| 1 | | | Hagman, Marie | Product Mgr. (built system for tracking Application access to Private APIs - critical component of FTC audits) |
| | | | Heaton, Chad | Platform Analytics Manager; Director - Finance; VP - Finance |
| 1 | | | Jogani, Neha | Monetization Marketing; Head - Developer (Platform) Product Marketing; Director - Consumer and Developer Product Marketing |
| 1 | | | Kao, Wayne | Software Engineer; Engineering Mgr. (Friendships Pages creator) |
| | | | Khan, Mustafa | Marketing & Operations Specialist (built data dashboard) |
| | | | Kung, Miriam | SMB Online Sales & Operations Analyst; SMB Marketing Comms Mgr.; Platform Partnerships |
| | | | Lee, George | Product Mgr., Payments; Director - Product Management, Games; Head of Growth at Instagram; Director - Product Management, AR/Sharing/Stories |
| 1 | 2 | | Lessin, Sam | Director - Product Management, Identity Product Group; VP - Product Management |
| | | | Liu, Deborah | Product Marketing, Games and Credits; Product Management, Commerce & Payments; Director Product Management - Platform Monetization; VP - Platform & Marketplace; VP - Marketplace & Commerce (as of 10/14) |
| 1 | 2 | | Luu-Van, Melissa | Online Operations & started the India office/team in Hyderabad (2011); Product Manager Lead (account security tools); Product Manager - Moments; Product Manager - Business Platform |
| | | | Marooney, Caryn | Technology Communications |
| 1 | | | McGinn, Tavis | Market Researcher |
| 1 | 2 | | Olivan, Javier | Head - International Growth (also held following VP role from July 2011); VP - Growth; VP - Growth; VP - Growth |
| 1 | | | Osofsky, Justin | VP - Global Operations; VP - Global Operations; VP - Global Operations; VP - Global Operations; COO at Instagram |
| 1 | | | Palihapitiya, Chamath | VP - Platform & Monetization; additionally VP - User Growth, Mobile & International |
| 1 | | | Purdy, Douglas | Director of Platform Product |
| 1 | | | Rabkin, Mark | Senior Software Engineer; Director - Engineering; VP - Ads, Engineering & Product; VP - Ads & Business Platform; VP - AR/VR Experiences |
| | | | Rajaram, Shyam | Software Engineer (Open Graph); Software Engineering |
| 1 | | | Rudin, Ken | Head of Analytics |
| 1 | 2 | | Simo, Fidji | Product Management; Director of Product Management; VP - Video, Games, Monetization; Head - FB App |
| | | | Stefanki, Jillian | Communications Associate (POC w/ 3rd part apps; tracked app develop stats); Associate Mgr., Communications; Mgr., Technology Communications |
| | | | Stitt-Sokol, Nikki | Associate General Counsel |
| 1 | 2 | | Sukhar, Ilya | Co-Founder at Parse (acquired by FB 4/13); Head - Developer Products (fixing privacy issues) |
| | | | Tejuco, Carlos | Associate, Global Marketing Solutions; Partner Manager, Preferred Marketing Developers; Market Development Mgr., Marketing. Partnerships; Head of North America, Marketing Partnerships |
| | | | Trainer, Matt | User Operations Analyst; Platform Policy Specialist; Platform Developer Community Specialist; Partner/Program Manager - PDC/Marketing API/PMD Program; Head - Program Management, Facebook Marketing Partner Program |
| | | | Wahi, Ash | Product, Timeline & Open Graph; Product Advertising Mgr. (3P API integrations with Search/Video partners) |

