# EXHIBIT B

# EXHIBIT B

## REDACTED IN ITS ENTIRETY