Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER BRIEF** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (ECF No. 122), Plaintiffs filed an Administrative Motion to File Under Seal portions of the following documents:

a. Limited portions of the paragraphs in Section I.B., discussing Justin Osofsky, Chamath Palihapitiya and Javier Olivan, Sam Lessin, Andrew Bosworth, Antonia Garcia-Martinez, and Mustafa Khan.

b. Limited portions of the paragraphs in Section II.B, discussing Mustafa Khan.

c. The quotation, in Section III, Plaintiffs' Reply, to the document Bates Numbered FB-CA-MDL-00405239.

d. The two pages comprising Exhibit B, Bates Numbered FB-CA-MDL-00177962 and 0177965, to the Joint Letter Brief (cited in Plaintiffs' Reply).

e. Limited portions of the paragraph discussing Khan on page 19.

The Court finds good cause to seal the redacted portions of the Joint Discovery Letter, and hereby ORDERS that the redacted portions of the Joint Letter be SEALED.

IT IS SO ORDERED.

Dated: May 19, 2020

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE