# EXHIBIT 2

We're working to update facebook.com and the Help Center. If you don't see instructions for the version you're using, learn how to switch versions or report a problem.

**Help Center**    Search                                                                                    Log In    Create Account

Home    Using Facebook    Managing Your Account    Privacy and Safety    Policies and Reporting

- Creating an Account
- Friending
- Your Home Page
- Messaging
- Stories
- Your Photos and Videos
- Pages
- Groups
- Events
- Fundraisers and Donations
- Payments
- Marketplace
- Apps
- Facebook Mobile and Desktop Apps
- Accessibility

# What are the Facebook Products?

Computer Help    Mobile Help ▼                                                                            Share Article

The Facebook Products include Facebook (including the Facebook mobile app and in-app browser), Messenger, Instagram (including apps like Direct and Boomerang), Portal-branded devices, Bonfire, Facebook Mentions, Spark AR Studio, Audience Network, NPE Team apps and any other features, apps, technologies, software, products, or services offered by Facebook Inc. or Facebook Ireland Limited under our Data Policy. The Facebook Products also include Facebook Business Tools, which are tools used by website owners and publishers, app developers, business partners (including advertisers) and their customers to support business services and exchange information with Facebook, such as social plugins (like the "Like" or "Share" button) and our SDKs and APIs.

Facebook Products does not include some Facebook-offered products or services that have their own separate privacy policies and terms of service – such as Workplace, Free Basics, and Messenger Kids.

**Was this information helpful?**

○ Yes    ○ No

## Related Articles

What is subscription linking on Facebook?

The Facebook Company Products

How can I switch back to Classic Facebook?

What is the Page Transparency section on Facebook Pages?

What is the Facebook Safety Advisory Board and what does this board do?

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  한국어  Italiano  Deutsch  हिन्दी  日本語          Facebook © 2020

| About | Ad Choices | Terms & Policies |
|---|---|---|
| Privacy | Create Ad | Cookies |
| Careers | Create Page | |