# EXHIBIT A

*109123*



# THE BAR OF IRELAND
*The Law Library*

# Practising Certificate
# 2019-2020

The General Council of The Bar of Ireland
hereby declares that

## Brian Kennelly BL

is entitled to practise as a barrister
in accordance with the Code of Conduct
for The Bar of Ireland.

This Certificate is valid until 30 September 2020*

*Ciara Murphy*
**Ciara Murphy**
**Chief Executive**

The General Council of The Bar of Ireland,
Law Library, Four Courts, Dublin 7

*This Certificate is valid only for current members of the Law Library. Up to date membership
status can be confirmed on The Bar of Ireland website www.lawlibrary.ie under
'Find a Barrister' search function.*



 

# Practising Certificate

The General Council of the Bar of England and Wales hereby declares that

## Mr Brian Anthony Marc Kennelly QC

a self-employed barrister

is authorised to undertake the following reserved legal activities, subject to compliance with the relevant provisions of the BSB Handbook which includes the Code of Conduct for barristers:

The exercise of rights of audience before every court in relation to all proceedings

Administration Of Oaths

Immigration Work

Probate Activities

Reserved Instrument Activities

This certificate is valid from 01 April 2020 until 30 April 2021.

**Malcolm Cree CBE**
Chief Executive
Bar Council

**Mark Neale**
Director General
Bar Standards Board

www.barcouncil.org.uk   www.barstandardsboard.org.uk
289-293 High Holborn, London WC1V 7HZ, DX: 240 LDE
Tel: 020 7242 0082   Fax: 020 7831 9217