# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT AS MODIFIED** |

Pursuant to Local Rule 6-2(a), the parties stipulate and agree as follows:

1. On April 14, 2020, Plaintiffs filed a motion for leave to file a Second Amended Consolidated Complaint.

2. Defendant Facebook, Inc.'s opposition to that motion was due on April 28, 2020, pursuant to Local Rule 7-3(a).

3. In view of Magistrate Judge Corley's April 17, 2020 Order directing the parties to focus their resources between April 17 and May 1 on four specific discovery issues, Facebook sought to extend Facebook's deadline to respond until May 12, and Plaintiffs agreed to honor that request. (*See* Dkt. 408.)

4. Facebook now requires additional time to prepare its opposition, particularly in view of Magistrate Judge Corley's May 1, 2020 Order, directing the parties to complete their custodian negotiations between May 1 and May 14.

5. On May 8, 2020, counsel for Facebook contacted Co-Lead Counsel for Plaintiffs to ask for consent to a second extension of time to respond to Plaintiffs' motion.

6. The parties have agreed to a seven-day additional extension of Facebook's deadline to file an opposition to Plaintiffs' motion for leave to file a Second Amended Consolidated Complaint and a seven-day additional extension for Plaintiffs to file a reply thereto. The parties accordingly stipulate that Facebook's opposition shall be filed on or before May 19, 2020 and that Plaintiffs' reply in support of the motion for leave to file a Second Amended Consolidated Complaint is due June 2, 2020.

**7.** The parties stipulate to continue the hearing on the motion, which Plaintiffs noticed for May 21, 2020 at 10 a.m., to July 15, 2020 at 2:00 p.m.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT
CASE NO. 3:18-MD-02843-VC

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 12, 2020

**KELLER ROHRBACK LLP**

By:  */s Derek W. Loeser*
    Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com


Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By:  */s Lesley E. Weaver*
    Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
Matthew P. Montgomery (SBN 180196)
Angelica M. Ornelas (SBN 285929)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com

DATED: May 12, 2020                                          Respectfully submitted,

                                                              **GIBSON, DUNN & CRUTCHER, LLP**

Deborah Stein (SBN 224570)  
dstein@gibsondunn.com                                        By: */s/ Orin Snyder*  
333 South Grand Avenue                                       Orin Snyder (*pro hac vice*)  
Los Angeles, CA 90071-3197                                   osnyder@gibsondunn.com  
Telephone:  213.229.7000                                     GIBSON, DUNN & CRUTCHER LLP  
Facsimile:  213.229.7520                                     200 Park Avenue  
                                                               New York, NY 10166-0193  
                                                               Telephone: 212.351.4000  
Kristin A. Linsley (SBN 154148)                              Facsimile: 212.351.4035  
klinsley@gibsondunn.com  
Martie Kutscher (SBN 302650)  
mkutscherclark@gibsondunn.com                                Joshua S. Lipshutz (SBN 242557)  
GIBSON, DUNN & CRUTCHER LLP                                  jlipshutz@gibsondunn.com  
555 Mission Street, Suite 3000                               GIBSON, DUNN & CRUTCHER LLP  
San Francisco, CA 94105-0921                                 1050 Connecticut Avenue, N.W.  
Telephone:  415.393.8200                                     Washington, DC 20036-5306  
Facsimile:  415.393.8306                                     Telephone: 202.955.8500  
                                                               Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  May 22, 2020



IT IS SO ORDERED AS MODIFIED  
Judge Vince Chhabria  
United States District Court, Northern District of California

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO  
PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT  
CASE NO. 3:18-MD-02843-VC