UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No.  18-md-02843-VC   (JSC)<br><br>**DISCOVERY ORDER NO. 4** |

This MDL matter has been assigned to this Court for management of discovery.  As discussed at the discovery status conference held on May 29, 2020, the Court orders as follows:

**1.     Search Terms Protocol and Information Exchange.**  The parties shall attempt to agree on a search terms protocol and information exchange pursuant to their agreed-upon schedule.  If they are unable to agree, they shall submit their competing proposals to the Court by noon on Friday, June 5, 2020 and the Court will hold a video hearing at 2:00 p.m. that same day.  The Court is hopeful that the parties will reach agreement and no hearing will be necessary.

**2.     Privilege Log Protocol.**  The parties shall agree on a privilege log protocol on or before June 12, 2020.  If they are unable to agree, any dispute shall be submitted to the Court on or before noon on June 18, 2020 to be discussed at the next day's Status Conference.

**3**.     **Next Status Conference**. The next status conference shall be June 19, 2020 at 9:00 a.m. The parties shall submit a joint status update by noon the day before the conference.  The joint submission shall update the Court on the status of the tasks the Court ordered the parties to complete at the last status conference, as well as identify the tasks that should be performed during the next two weeks.  The parties shall exchange their portions of the joint submissions by noon two days before the status conference and then meet and confer by video no later than 9:00 a.m. on

the date the joint submission is due and then revise their respective portions accordingly such that a joint submission is filed by noon the day before the status conference. Each party's portion of the joint submission shall not exceed four pages with no more than 10 pages of attachments (if any).

**IT IS SO ORDERED.**

Dated: May 29, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge