# EXHIBIT A

*In re Facebook*

Search-Term Negotiation Template

Group Number _____

| Custodian | Data Sources | RFPs | Facebook's Proposed Search Terms | Plaintiffs' Proposed Search Terms With Tracked Changes to Facebook's Proposal |
|---|---|---|---|---|
| Joe Smith | Email; text messages; Workplace chat | 1, 3 | ((apples or oranges) w/20 (tree* or bush)) and fruit<br><br>(sky w/10 clouds) w/15 (storm* or thunder* or lightening) | ((apples or oranges) w/20 (tree* or bush)) ~~and fruit~~<br><br>(sky w/10 clouds) w/~~15~~ 25 (storm* or thunder* or light~~ening~~*)<br><br>(grass* or weed* or flower* or plant*) w/20 sun* |

Step 1 -- paste in table from Word

| Custodian | Data Sources | RFPs | Facebook's Proposed Search Terms | Plaintiffs' Proposed Search Terms With Tracked Changes to Facebook's Proposal |
|---|---|---|---|---|
| Joe Smith | Email; text messages; Workplace chat | 1, 3 | ((apples or oranges) w/20 (tree* or bush)) and fruit<br><br>(sky w/10 clouds) w/15 (storm* or thunder* or lightening) | ((apples or oranges) w/20 (tree* or bush)) ~~and fruit~~<br><br>(sky w/10 clouds) w/~~15~~ 25 (storm* or thunder* or light~~ening~~*)<br><br>(grass* or weed* or flower* or plant*) w/20 sun* |

Step 2 -- combine search terms into one cell

| Custodian | Data Sources | RFPs | Facebook's Proposed Search Terms | Plaintiffs' Proposed Search Terms With Tracked Changes to Facebook's Proposal |
|---|---|---|---|---|
| Joe Smith | Email; text messages; Workplace chat | 1, 3 | ((apples or oranges) w/20 (tree* or bush)) and fruit<br><br>(sky w/10 clouds) w/15 (storm* or thunder* or lightening) | ((apples or oranges) w/20 (tree* or bush)) ~~and fruit~~<br><br>(sky w/10 clouds) w/15 25 (storm* or thunder* or lightening*)<br><br>(grass* or weed* or flower* or plant*) w/20 sun* |

Step 3 -- duplicate row for each RFP

| Custodian | Data Sources | RFPs | Facebook's Proposed Search Terms | Plaintiffs' Proposed Search Terms With Tracked Changes to Facebook's Proposal |
|---|---|---|---|---|
| Joe Smith | Email; text messages; Workplace chat | 1 | ((apples or oranges) w/20 (tree* or bush)) and fruit<br><br>(sky w/10 clouds) w/15 (storm* or thunder* or lightening) | ((apples or oranges) w/20 (tree* or bush)) ~~and fruit~~<br><br>(sky w/10 clouds) w/15 25 (storm* or thunder* or lightening*)<br><br>(grass* or weed* or flower* or plant*) w/20 sun* |
| Joe Smith | Email; text messages; Workplace chat | 3 | ((apples or oranges) w/20 (tree* or bush)) and fruit<br><br>(sky w/10 clouds) w/15 (storm* or thunder* or lightening) | ((apples or oranges) w/20 (tree* or bush)) ~~and fruit~~<br><br>(sky w/10 clouds) w/15 25 (storm* or thunder* or lightening*) |