Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **JOINT STATEMENT PURSUANT TO SEARCH TERM PROTOCOL**<br><br>Judges: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley |

On June 18, 2020, the Court entered the Parties' Stipulation regarding the search term negotiation schedule and process (Dkt. 461) ("Search Term Protocol"). The Search Term Protocol indicated, *inter alia*, that:

> Facebook will identify to Plaintiffs by June 19, 2020, any discovery requests in Plaintiffs' First or Second sets of Requests for the Production of Documents that it categorically challenges as not relevant to the claims or defenses in this action. The parties will meet and confer on June 22, and present any unresolved issues to the Court and specifically to Judge Corley no later than June 26.

*Id.* at 3.

Facebook notified Plaintiffs on June 19, 2020 that it does not categorically challenge on relevance grounds any RFPs in Plaintiffs' First or Second Sets of Requests for Production. Facebook reserved all rights with respect to the scope of materials that it will produce in response to Plaintiffs' requests. Facebook also noted its continued privilege objection to Plaintiffs' RFP 19 (as currently worded).

**Plaintiffs' Statement**

As a result of this search term negotiation process, it is now clear that the parties have not reached full agreement on the scope of what Facebook will produce. Notwithstanding Facebook's representation that it does not categorically object to the relevance of Plaintiffs' RFPs, Facebook maintains that it intends to limit the scope of relevant discovery. Plaintiffs have asked Facebook to specify what those limits are—*i.e.,* what categories of documents responsive to Plaintiffs' RFPs Facebook plans to withhold, consistent with the requirements of Fed. R. Civ. Proc. 34 (b)(2)(C). Facebook has not yet identified those limits. Transparency on these issues is critical at this stage of the process as the parties engage in search term negotiations and discussions about how to identify, collect and produce responsive materials.

Plaintiffs have requested a further conference with Facebook to discuss these issues and any unresolved issues will be raised for discussion at the next status conference with the Court. (Dkt. 459 at 2.)

**Facebook's Position**

There is no dispute as to categorical relevance for the parties to present to the Court at

this time.  In the Search Term Protocol, the parties agreed to present to the Court by June 26, 2020, any unresolved issues regarding "discovery requests in Plaintiffs' First or Second sets of Requests for the Production of Documents that [Facebook] categorically challenges as not relevant to the claims or defenses in this action."  Dkt. 461 at 3.  On June 19, Facebook informed Plaintiffs that it "does not … object in full on relevance grounds to any RFPs in Plaintiffs' First or Second Set of Requests for Production."

That's not to say that the parties have reached agreement on every aspect of Facebook's production.  As in any litigation, the parties seem to have some initial differences of opinion regarding the appropriate scope of materials that should be produced in response to certain document requests.  But the parties are working through those issues:  We met and conferred on Wednesday to begin discussing a plan to identify and resolve any disputes regarding the scope of materials that Facebook will collect and produce, and these conversations will continue in the weeks ahead.  Any disagreements about relevance that may arise in those conversations will be resolved through usual process of negotiating an agreed scope of production for each RFP.  Those disputes are not ripe for resolution at this time, in a vacuum, before the parties have even begun their search term negotiations.

Dated: June 26, 2020

|  |  |
|---|---|
| | Respectfully submitted, |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| By:   *s/ Derek W. Loeser*       <br>         Derek W. Loeser | By:   *s/ Lesley E. Weaver*       <br>         Lesley E. Weaver |
| Derek W. Loeser (admitted *pro hac vice*)<br>Lynn Lincoln Sarko (admitted *pro hac vice*)<br>Gretchen Freeman Cappio (admitted *pro hac vice*)<br>Cari Campen Laufenberg (admitted *pro hac vice*)<br>David J. Ko (admitted *pro hac vice*)<br>Benjamin Gould (SBN 250630)<br>Adele Daniel (admitted *pro hac vice*)<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900 | Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Matthew P. Montgomery (SBN 180196)<br>Angelica M. Ornelas (SBN 285929)<br>Joshua D. Samra (SBN 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com |

Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

adavis@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*


GIBSON, DUNN, & CRUTCHER LLP

By: *s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com

Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed Friday, June 26, 2020, at Oakland, California.

> *s/ Lesley E. Weaver*
> Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on June 26, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

          *s/ Lesley E. Weaver*
          Lesley E. Weaver