UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC (JSC)<br><br>**DISCOVERY ORDER NO. 5** |

This MDL matter has been assigned to this Court for management of discovery. As discussed at the discovery status conference held on July 31, 2020, the Court orders as follows:

**1. Search Terms Protocol**. Plaintiffs will provide Facebook with their initial search term protocol proposal today, July 31. The parties will meet and confer regarding Plaintiffs' proposal on August 5, 2020 and thereafter as needed. The meet and confer shall include discussion of search terms relevant to Plaintiffs' Third Request for Documents.

**2. Plaintiffs' Document Production**. The parties shall continue to meet and confer regarding Plaintiffs' document production.

**3. Facebook's API**. Facebook will provide a response to Plaintiffs' proposal for handling API by August 3, 2020.

**4. Named Plaintiffs' Data**. To the extent they have not done so already, Plaintiffs shall complete their review of the documents Facebook has produced regarding the named Plaintiffs. The parties shall then meet and confer regarding Plaintiffs' concerns over the scope of the produced data. The parties' next joint statement shall include information regarding the meet and confer efforts and discuss in detail each sides' understanding of what precisely has been produced and precisely what is the data that is being withheld as not relevant or not reasonably

available. The statement should not argue why the unproduced data is or is not discoverable; the purpose of the statement is to precisely identify the data at issue.

**5.    Joint Status Statements.** The joint statement process shall be modified to allow each side one additional page to respond to the opposing party's statement.  The parties shall work out a schedule which has the entire statement being filed in accordance with the schedule originally ordered by the Court.

**6.    Next Status Conference**. The next video status conference shall be August 14, 2020 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: July 31, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge