# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PATRICK CALHOUN, ELAINE CRESPO, HADIYAH JACKSON and CLAUDIA KINDLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | No. 5:20-cv-5146<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PLAINTIFFS' CLASS ACTION COMPLAINT** |

Pursuant to Civil Local Rules 79-5 and 7-11, Plaintiffs filed an Administrative Motion to File Under Seal the following portions of Plaintiffs' Class Action Complaint against Google LLC (the "Motion"). In consideration of the Motion and the Declaration of Lesley E. Weaver dated July 27, 2020 submitted in support thereof, the Court hereby finds compelling reasons to seal and hereby ORDERS the following portions of the Complaint to be sealed:

| Complaint Page : Line(s) | Description of Material Proposed to be Sealed | Ruling |
|---|---|---|
| 4:8; 4:27-28; 33:8-19; 33:21; 34:18-21; 35:1-20; 37:6-7; 41:25; 43:17; 45:4-14; 49:25-27 | Plaintiffs' web browsing history and information | GRANTED [DENIED] |
| 37:14-27; 41:7-22; 44:1-11 | Plaintiffs' Google Account Name and email address | GRANTED [DENIED] |
| 34:1-5; 42:1-12; 46:15-24 | HTTP logs identifying: User-Agent information linked to IP addresses; Client ID; Session or Persistent Cookies; and Other web browsing data | GRANTED [DENIED] |
| 34:8-15; 36:1-7; 36:13-19; 38:4-17; 39:1-20; 40:1-23; | HTTP logs identifying: User-Agent information linked to IP addresses; X-Client Referrer Header; Client ID; Session or Persistent Cookies; and Other web browsing data | GRANTED [DENIED] |

Case No.        1        [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO SEAL COMPLAINT

| | | |
|---|---|---|
| 44:17-26; 47:1-15; 47:19-28; 48:4-19; 49:1-9 | | |
| 43:1-14; 46:1-13; 49:11-22 | HTTP logs identifying: Client ID; Session or Persistent Cookies; and Other web browsing data | GRANTED [DENIED] |

IT IS SO ORDERED.

Dated: August 4, 2020

*[signature]*

UNITED STATES DISTRICT JUDGE

2  [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO SEAL COMPLAINT