# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT DISCOVERY CONFERENCE STATEMENT** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (ECF No. 122), Plaintiffs filed an Administrative Motion to File Under Seal portions of the following document:

- Joint Discovery Conference Statement ("Joint Statement"), portions of Facebook's Statement on pages 5 and 6.

The Court finds good cause to seal the redacted portions of the Joint Discovery Conference Statement, and hereby ORDERS that the redacted portions of the Joint Statement be SEALED.

IT IS SO ORDERED.

Dated:  August 17, 2020

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE