UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESPONSE TO AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. Whereas, on July 21, 2020, the Court entered Pretrial Order No. 38, granting Plaintiffs' motion to file a Second Amended Consolidated Complaint ("SACC"), ordering that any responsive pleading is due 21 days after the SACC is filed, and ordering the parties to determine whether Facebook's previously-filed answer can serve as the operative answer;

2. Whereas, on August 4, 2020, Plaintiffs filed the SACC;

3. Whereas, Facebook filed it motion to dismiss the SACC on August 25, 2020;

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1. Plaintiffs will file any opposition to such a motion by September 22, 2020;

2. Facebook will file any reply in support of such a motion by October 13, 2020;

3. The Court will hold a hearing on any such motion on November 5, 2020 at 10:00, or as soon thereafter as is convenient to the Court;

4. Consistent with Federal Rule of Civil Procedure 12(a)(4)(A), within 14 days of the Court issuing an order on Facebook's motion to dismiss, Facebook will file a supplemental answer to the SACC. Facebook is required only to answer new allegations in the SACC (i.e. allegations that were not in the First Amended Consolidated Complaint or that appear in the SACC in revised form) that survive dismissal. Facebook may plead any additional affirmative defenses Facebook wishes to assert pertaining to those new allegations or any newly added parties. The supplemental answer and the answer Facebook filed on February 5, 2020 will together serve as the operative responsive pleadings;

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 10, 2020

**KELLER ROHRBACK LLP**

By:  */s/ Derek W. .Loeser*
       Derek W. Loeser

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By:  */s/ Lesley E. Weaver*
       Lesley E. Weaver

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| Lynn Lincoln Sarko (admitted *pro hac vice*) | Anne K. Davis (SBN 267909) |
| Gretchen Freeman Cappio (admitted *pro hac vice*) | Joshua D. Samra (SBN 313050) |
| Cari Campen Laufenberg (admitted *pro hac vice*) | Matthew P. Montgomery (SBN 180196) |
| | Angelica M. Ornelas (SBN 285929) |
| David J. Ko (admitted *pro hac vice*) | 555 12th Street, Suite 1600 |
| Benjamin Gould (SBN 250630) | Oakland, CA 94607 |
| Adele Daniel (admitted *pro hac vice*) | Tel.: (415) 445-4003 |
| 1201 Third Avenue, Suite 3200 | Fax: (415) 445-4020 |
| Seattle, WA 98101 | lweaver@bfalaw.com |
| Tel.: (206) 623-1900 | adavis@bfalaw.com |
| Fax: (206) 623-3384 | jsamra@bfalaw.com |
| dloeser@kellerrohrback.com | mmontgomery@bfalaw.com |
| lsarko@kellerrohrback.com | aornelas@bfalaw.com |
| gcappio@kellerrohrback.com | |
| claufenberg@kellerrohrback.com | |
| dko@kellerrohrback.com | |
| bgould@kellerrohrback.com | |
| adaniel@kellerrohrback.com | |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: September 10, 2020

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  */s/ Orrin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  September 11, 2020

APPROVED
Judge Vince Chhabria

United States District Judge Vince Chhabria

---

3

STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO SECOND AMENDED CONSOLIDATED COMPLAINT
CASE NO. 3:18-MD-02843-VC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: September 10, 2020                           By: */s/ Lesley E. Weaver*
                                                                                  Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Lesley E. Weaver*
Lesley E. Weaver