GIBSON, DUNN & CRUTCHER LLP

Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
    mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Deborah Stein (SBN 224570)
    dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7164
Facsimile:  213.229.6164

*Attorneys for Defendant Facebook, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> [PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Gibson, Dunn & Crutcher LLP

**[~~PROPOSED~~] ORDER**

  The Court has considered Facebook, Inc.'s Administrative Motion to File Under Seal Exhibit A to the parties' September 11, 2020 Stipulation (Dkt. 513) and the evidence and argument offered in support of this Motion.  Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal is GRANTED.

**IT IS SO ORDERED.**

DATE:  September 24, 2020



United _____ ge Jacqueline ____rley

[~~PROPOSED~~] ORDER
CASE NO. 3:18-CV-01732-VC

Gibson, Dunn &
Crutcher LLP