Rebecca Ruby Anzidei
**RuyakCherian LLP**
1901 L Street NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
Email: rebeccaa@ruyakcherian.com

*Attorney for Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods and Jordan Hunstone, individually and on behalf of others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>*This Document Related to:*<br><br>ALL ACTIONS | MDL No. 2843<br>CASE NO. 18-md-02843-VC<br><br>**NOTICE OF CHANGE IN COUNSEL FOR PLAINTIFFS**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that after September 30, 2020, Rebeca Ruby Anzidei will no longer be associated with RuyakCherian LLP and hereby withdraws her appearance on behalf of Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods and Jordan Hunstone. Plaintiffs will continue to be represented by Robert F. Ruyak of RuyakCherian LLP as reflected on the docket. Ms. Anzidei respectfully requests that her name be removed from the Court's and parties' respective service lists.

Dated: September 25, 2020

        Respectfully Submitted,

        By: */s/ Rebecca Ruby Anzidei*
        Rebecca Ruby Anzidei
        RuyakCherian LLP
        1901 L Street NW, Suite 700
        Washington, DC 20036
        Telephone: (202) 838-1560
        Email: rebeccaa@ruyakcherian.com

        *Attorney for Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods and Jordan Hunstone, individually and on behalf of others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

/s/   *Rebecca Ruby Anzidei*
Rebecca Ruby Anzidei