United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC (JSC)<br><br>**DISCOVERY ORDER NO. 7** |

This MDL matter has been assigned to this Court for management of discovery. As discussed at the discovery status conference held on September 25, 2020, the Court orders as follows:

1. **App Developer Investigation**. Pursuant to the parties' stipulation (Dkt. No. 518), by today they shall submit a stipulation with a timetable for the production of logs of ADI material related to the apps Plaintiffs identified. The Court anticipates that briefing on the privilege dispute will commence no later than some time in January 2021.

2. **Search Terms, Search Strings, and Custodians**.

    - On or before September 28, 2020 at 12:00 p.m., Plaintiffs will identify all agreed-upon search terms, search strings, and custodians.

    - By September 30, 2020, Plaintiffs will provide to Facebook a list of no more than 75 search strings that remain in dispute. These 75 disputed search strings must be selected from the list of 195 search strings proposed by Facebook on September 19, 2020.

    - By October 5, 2020, Facebook will provide hit counts for the 75 search strings selected by Plaintiffs. The parties will continue to meet and confer to discuss

their final positions, with a deadline of October 9, 2020, to share their final positions.

- On October 16, 2020, the parties shall submit a discovery dispute joint submission that includes no more than 50 of any remaining disputed string searches. The parties are limited to one page of narrative per side per search string. Further, the parties may not attach as exhibits or argue any evidence that was not shared with the opposing party as part of the meet and confer process.

3. **Next Status Conference**. The next video status conference shall be October 30, 2020 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: September 25, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge