**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION,


This document relates to:

ALL ACTIONS

CASE NO. 3:18-MD-02843-VC

**FURTHER STIPULATION AND**
**[PROPOSED] ORDER REGARDING**
**PROCESS TO LOG EXEMPLAR**
**MATERIALS FROM FACEBOOK'S APP**
**DEVELOPER INVESTIGATION**

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1.  Whereas, on September 11, 2020, the parties stipulated and agreed to a methodology for Facebook to log a sample set of materials from its App Developer Investigation over which Facebook asserts a claim of privilege (Dkt. 513) ("ADI Sampling Stipulation");

2.  Whereas, the ADI Sampling Stipulation provides that the parties will subsequently agree to a timetable for the production and logging of sample ADI materials, to allow time for (i) Plaintiffs to select a set of apps for this exercise and (ii) Facebook to assess the number of documents potentially related to those apps;

3.  Whereas, on September 16, 2020, Plaintiffs identified a set of apps under the terms of the ADI Sampling Stipulation;

4.  Whereas, the parties stipulated and agreed to a protocol for the logging of privileged materials, which the Court entered on June 18, 2020 (Dkt. 462) ("Privilege Log Protocol").

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1.  By October 26, 2020, Facebook will (a) review the documents potentially related to the apps selected by Plaintiffs and identified under the terms of the ADI Sampling Stipulation; (b) produce any responsive, non-privileged materials; and (c) ascertain from the documents collected for the agreed-upon custodians the names of any data scientists and engineers who worked on ADI with respect to the selected apps. To the extent Facebook encounters any unanticipated issues with the collection and review of these documents, Facebook will notify Plaintiffs immediately and the parties will cooperate in good faith to determine whether an extension of the October 26, 2020 deadline is needed.

2.  To the extent additional custodians are ascertained under Paragraph 1.c above, the parties will meet and confer regarding a reasonable timeframe for the collection and review of any additional materials.

3.      Consistent with the Privilege Log Protocol, Facebook will log any materials that

Facebook reviewed and withheld from the production referenced in Paragraph 1 of this section as

privileged within 45 days of the production.

4.      The parties will thereafter meet and confer and anticipate submitting a separate

briefing schedule for the Court, consistent with Discovery Order No. 7 ("The Court, anticipates

that briefing on the privilege dispute will commence no later than some time in January 2021.")

Dated: September 25, 2020

**KELLER ROHRBACK LLP**

By:  /s/ *Derek W. Loeser*
    Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By:  /s/ *Lesley E. Weaver*
    Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
Matthew P. Montgomery (SBN 180196)
Angelica M. Ornelas (SBN 285929)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com

FURTHER STIPULATION AND [PROPOSED] ORDER REGARDING PROCESS TO LOG EXEMPLAR MA-
TERIALS FROM FACEBOOK'S APP DEVELOPER INVESTIGATION
CASE NO. 3:18-MD-02843-VC

DATED: September 25, 2020

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  _____          _____

United States Magistrate Judge Jacqueline Corley

FURTHER STIPULATION AND [PROPOSED] ORDER REGARDING PROCESS TO LOG EXEMPLAR MA-
TERIALS FROM FACEBOOK'S APP DEVELOPER INVESTIGATION
CASE NO. 3:18-MD-02843-VC

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document

has been obtained.

DATED: September 25, 2020

By:  */s/ Orin Snyder*
Orin Snyder

FURTHER STIPULATION AND [PROPOSED] ORDER REGARDING PROCESS TO LOG EXEMPLAR MA-
TERIALS FROM FACEBOOK'S APP DEVELOPER INVESTIGATION
CASE NO. 3:18-MD-02843-VC

## **CERTIFICATE OF SERVICE**

I, Orin Snyder, hereby certify that on September 25, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By:  */s/ Orin Snyder*
Orin Snyder

FURTHER STIPULATION AND [PROPOSED] ORDER REGARDING PROCESS TO LOG EXEMPLAR MATERIALS FROM FACEBOOK'S APP DEVELOPER INVESTIGATION
CASE NO. 3:18-MD-02843-VC