Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom 4, 17th Floor<br>Hearing Date: TBD<br>Hearing Time: TBD |

Pursuant to Civil Local Rules 79-5 and 7-11, and the Stipulated Protective Order entered by the Court on August 17, 2018 (ECF No. 122), the Consolidated Plaintiffs ("Plaintiffs") hereby submit this Administrative Motion to File Under Seal. Specifically, Plaintiffs move for leave to file under seal the following documents:

- Limited portions of paragraphs in Section II.C. in Plaintiffs' Opposition to Defendant Facebook, Inc.'s Request to Enforce the Partial Stay of Discovery in Pretrial Order No. 20 and Cross-Motion to Compel Discovery Related to Requests for Production Nos. 9 through 13 ("Plaintiffs' Opposition").

- The 16 pages comprising Exhibit B, Bates Numbered FB-CA_MDL-00213424- FB-CA_MDL-00213439 to Plaintiffs' Opposition designated as "Confidential" by Facebook, Inc. ("Facebook").

- The 13 pages comprising Exhibit D, Bates Numbered FB-CA-MDL-01151469 to Plaintiffs' Opposition designated as "Confidential" by Facebook.

- The two pages comprising Exhibit E, Bates Numbered PwC_CPUP_FB00030737 - PwC_CPUP_FB00030738 to Plaintiffs' Opposition designated as "Highly Confidential – Attorneys' Eyes Only" by PriceWaterhouseCoopers LLP ("PwC").

Plaintiffs move for leave to file these portions of Plaintiffs' Opposition under seal because Plaintiffs' Opposition discusses and quotes portions of Exhibits B and D which Facebook. has designated "Confidential" pursuant to the Protective Order, as well as portions of Exhibit E which PwC has designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.  *See* accompanying Declaration of Derek W. Loeser ("Loeser Decl.") ¶ 3.

Consistent with Rule 79-5(e), Plaintiffs, as the Designating Party, must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable, or the information at issue will be made part of the public record.  Pursuant to this Court's Standing Order, the document at issue has been provided to the Court by appropriately filing it electronically under seal in an unredacted form. Standing Order for Civil Cases Before Judge Vince Chhabria ¶ 32.

In light of the foregoing, Plaintiffs respectfully request that the Court grant their Administrative Motion to File Under Seal.

Dated: September 28, 2020                                  Respectfully submitted,

KELLER ROHRBACK L.L.P.                                     BLEICHMAR FONTI & AULD LLP

By: _____                                By: _____
     Derek W. Loeser                                              Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                  Lesley E. Weaver (SBN 191305)
Lynn Lincoln Sarko (admitted *pro hac vice*)               Anne K. Davis (SBN 267909)
Gretchen Freeman Cappio (admitted *pro hac vice*)          Joshua D. Samra (SBN 313050)
Cari Campen Laufenberg (admitted *pro hac vice*)           Matthew P. Montgomery (SBN 180196)
David Ko (admitted *pro hac vice*)                         Angelica M. Ornelas (SBN 285929)
Adele A. Daniel (admitted *pro hac vice*)                  555 12th Street, Suite 1600
Benjamin Gould (SBN 250630)                                Oakland, CA 94607
1201 Third Avenue, Suite 3200                              Tel.: (415) 445-4003
Seattle, WA 98101                                          Fax: (415) 445-4020
Tel.: (206) 623-1900                                       lweaver@bfalaw.com
Fax: (206) 623-3384                                        adavis@bfalaw.com
dloeser@kellerrohrback.com                                 jsamra@bfalaw.com
lsarko@kellerrohrback.com                                  mmontgomery@bfalaw.com
gcappio@kellerrohrback.com                                 aornelas@bfalaw.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

4821-7711-9948, v. 2