Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom 4, 17th Floor<br>Hearing Date: TBD<br>Hearing Time: TBD |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (ECF No. 122), Plaintiffs filed an Administrative Motion to File Under Seal the following documents:

- Limited portions of paragraphs in Section II.C. in Plaintiffs' Opposition to Defendant Facebook, Inc.'s Request to Enforce the Partial Stay of Discovery in Pretrial Order No. 20 and Cross-Motion to Compel Discovery Related to Requests for Production Nos. 9 through 13 ("Plaintiffs' Opposition").

- The 16 pages comprising Exhibit B, Bates Numbered FB-CA_MDL-00213424- FB-CA_MDL-00213439 to Plaintiffs' Opposition.

- The 13 pages comprising Exhibit D, Bates Numbered FB-CA-MDL-01151469 to Plaintiffs' Opposition.

- The two pages comprising Exhibit E, Bates Numbered PwC_CPUP_FB00030737 - PwC_CPUP_FB00030738 to Plaintiffs' Opposition.

The Court finds good cause to seal the Plaintiffs' Opposition and Exhibits B, D and E thereto, and hereby ORDERS that the Plaintiffs' Oppositions and Exhibits B, D and E thereto be SEALED.

IT IS SO ORDERED

DATE:_____     _____
                            United States District Judge Vince Chhabria