# Exhibit 4

# Plaintiffs' Exhibit B

# Redacted in its Entirety