# Exhibit 6

# Plaintiffs' Exhibit D

# Redacted in its Entirety