# Exhibit 8

# Plaintiffs' Exhibit E

# Redacted in its Entirety