GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK'S EMERGENCY ADMINISTRATIVE MOTION TO REMOVE FROM THE PUBLIC DOCKET AND SEAL CONFIDENTIAL MATERIALS** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Administrative Motion to File Under Seal (i) certain portions of Plaintiffs' Opposition to Defendant Facebook, Inc.'s Request to Enforce the Partial Stay of Discovery in Pre-Trial Order No. 20 and Cross-Motion to Compel Discovery Related to Requests for Production Nos. 9 through 13 (Dkt. 526); (ii) Exhibit C thereto (Dkt. 526-3); and (iii) Exhibit 4 to the October 2, 2020 Declaration of Martie Kutscher (Dkt. 530-6) and the evidence and argument offered in support of this Motion. Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal is GRANTED.

The clerk shall:

1. Remove from the docket Plaintiffs' Opposition to Defendant Facebook, Inc.'s Request to Enforce the Partial Stay of Discovery in Pre-Trial Order No. 20 and Cross-Motion to Compel Discovery Related to Requests for Production Nos. 9 through 13 (Dkt. 526), and replace it with Exhibit 5 to the Declaration of Martie Kutscher in Support of Facebook, Inc.'s Emergency Administrative Motion to Remove from the Public Docket and Seal Confidential Materials (Dkt. 530-7).

2. Remove from the docket Exhibit C to Plaintiffs' Opposition to Defendant Facebook, Inc.'s Request to Enforce the Partial Stay of Discovery in Pre-Trial Order No. 20 and Cross-Motion to Compel Discovery Related to Requests for Production Nos. 9 through 13 (Dkt. 526-3), and replace it with Exhibit 6 to the Declaration of Martie Kutscher in Support of Facebook, Inc.'s Emergency Administrative Motion to Remove from the Public Docket and Seal Confidential Materials (Dkt. 530-8).

**IT IS SO ORDERED.**

DATE: _____        _____

United States Magistrate Judge Jacqueline Corley