# EXHIBIT 6

# Plaintiffs' Exhibit C

# Redacted in its Entirety