Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC<br><br>**[PROPOSED] ORDER DENYING FACEBOOK'S EMERGENCY ADMINISTRATIVE MOTION TO REMOVE FROM THE PUBLIC DOCKET AND SEAL CONFIDENTIAL MATERIALS**<br><br>Judges: Hon. Vince Chhabria<br>          Hon. Jacqueline Scott Corley<br>Courtroom: VIA VIDEO CONFERENCE<br>Hearing Date: TBD<br>Hearing Time: TBD |

The Court has considered Facebook's Emergency Administrative Motion to Remove from the Public Docket and Seal Confidential Materials and Plaintiffs' Response to Facebook's Emergency Administrative Motion to Remove from the Public Docket and Seal Confidential Materials and the evidence and argument presented in support and opposition.  Because Exhibit C is a public document, Facebook's request to file it under seal is denied. As to the additional redactions sought relating to Exhibits B, D and E, Facebook has failed to demonstrate good cause.  To the extent Facebook wishes to submit more detailed declarations supporting the additional redactions, Facebook is ordered first to meet and confer with Plaintiffs.

       IT IS SO ORDERED

DATE:_____     _____
                                           United States Magistrate Judge Jacqueline Scott Corley