| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Orin Snyder (*pro hac vice*) | Joshua S. Lipshutz (SBN 242557) |
| osnyder@gibsondunn.com | jlipshutz@gibsondunn.com |
| 200 Park Avenue | 1050 Connecticut Avenue, N.W. |
| New York, NY 10166-0193 | Washington, DC 20036-5306 |
| Telephone: 212.351.4000 | Telephone: 202.955.8500 |
| Facsimile: 212.351.4035 | Facsimile: 202.467.0539 |
| | |
| Kristin A. Linsley (SBN 154148) | Deborah Stein (SBN 224570) |
| klinsley@gibsondunn.com | dstein@gibsondunn.com |
| Martie Kutscher (SBN 302650) | 333 South Grand Avenue |
| mkutscherclark@gibsondunn.com | Los Angeles, CA 90071-3197 |
| 555 Mission Street, Suite 3000 | Telephone: 213.229.7164 |
| San Francisco, CA 94105-0921 | Facsimile: 213.229.6164 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | *Attorneys for Defendant Facebook, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s Administrative Motion to Temporarily File Under Seal: (i) Facebook's Request to Approve Facebook's Search String Proposal for Custodian Groups 1-4, and (ii) exhibits to the Declaration of Martie Kutscher in Support of Facebook's Request to Approve Facebook's Search String Proposal for Custodian Groups 1-4.  Good cause having been shown, Facebook, Inc.'s Administrative Motion to Temporarily File Under Seal is GRANTED.  Facebook shall file any permanent request to seal on or before October 23, 2020.

**IT IS SO ORDERED.**

DATE: _____          _____

United States Magistrate Judge Jacqueline Corley