# FACEBOOK, INC.'S REQUEST TO APPROVE FACEBOOK'S SEARCH STRING PROPOSAL FOR CUSTODIAN GROUPS 1-4

# FILED UNDER SEAL