Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **ADMINISTRATIVE MOTION TO FILE TEMPORARILY UNDER SEAL PLAINTIFFS' SUBMISSION REGARDING DISPUTED SEARCH TERMS**<br><br>Judges: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>VIA VIDEO CONFERENCE |

Pursuant to Civil Local Rules 79-5 and 7-11, the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), Discovery Order No. 7 (Dkt. No. 522), and the parties' Stipulation and [Proposed] Order Regarding Search String Briefing (Dkt. No. 542), the Consolidated Plaintiffs ("Plaintiffs") hereby submit this Administrative Motion to Temporarily File Under Seal. Specifically, Plaintiffs move for leave to temporarily file under seal the Plaintiffs' Submission Regarding Disputed Search Strings and Exhibits A to O thereto ("Plaintiffs' Submission").

Plaintiffs move for leave to temporarily file Plaintiffs' Submission under seal in its entirety because the Submission contains or references materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action. *See* Declaration of Lesley E. Weaver ("Weaver Decl.") ¶ 3.

As agreed to by the parties in their Stipulation and [Proposed] Order Regarding Search Term Briefing (Dkt. No. 542), on or before October 23, 2020, Facebook, as the Designating Party, will file a motion to permanently seal any portions of Plaintiffs' Submission it determines should remain under seal, or be redacted.

In light of the foregoing, Plaintiffs respectfully request that the Court grant their Administrative Motion to File Under Seal.

Dated: October 16, 2020                                    Respectfully submitted,

KELLER ROHRBACK L.L.P.                                     BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                                By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                            Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                  Lesley E. Weaver (SBN 191305)
Lynn Lincoln Sarko (admitted *pro hac vice*)               Anne K. Davis (SBN 267909)
Gretchen Freeman Cappio (admitted *pro hac vice*)          Matthew P. Montgomery (SBN 180196)
Cari Campen Laufenberg (admitted *pro hac vice*)           Angelica M. Ornelas (SBN 285929)
David J. Ko (admitted *pro hac vice*)                      Joshua D. Samra (SBN 313050)
Benjamin Gould (SBN 250630)                                555 12th Street, Suite 1600
Adele Daniel (admitted *pro hac vice*)                     Oakland, CA 94607
1201 Third Avenue, Suite 3200                              Tel.: (415) 445-4003

Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of October, 2020, at Oakland, California.

*Lesley E. Weaver*
Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on October 16, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system. I also caused a copy of the under seal filing to be manually served via email in accordance with Civil L.R. 5-1(h).

Executed this 16th day of October, 2020, at Oakland, California.

    *Lesley E. Weaver*
    Lesley E. Weaver