Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL PLAINTIFFS' SUBMISSION REGARDING DISPUTED SEARCH STRINGS** |

Pursuant to Civil Local Rules 79-5 and 7-11, the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), Discovery Order No. 7 (Dkt. No. 522), and the parties' Stipulation and [Proposed] Order Regarding Search String Briefing (Dkt. No. 542), the Consolidated Plaintiffs filed an Administrative Motion to Temporarily Seal Plaintiffs' Submission Regarding Disputed Search Strings and Exhibits A to O thereto ("Plaintiffs' Submission"), in its entirety.

Good cause appearing, the Court hereby ORDERS that the above-listed document be SEALED pending Facebook's submission of proposed redacted versions of these documents and a proposed order identifying the limited portions of the above-listed documents that are properly sealable.

IT IS SO ORDERED

DATE:_____       _____
                                                                                   Hon. Jacqueline Scott Corley
                                                                                    United States Magistrate Judge