| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' SUBMISSION REGARDING DISPUTED SEARCH TERMS**<br><br>Judges: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley |

Having considered the Parties' October 16, 2020 submissions regarding the search strings to be applied to the custodians in Custodian Groups 1-4, and for good cause being shown, IT IS HEREBY ORDERED as follows:

1. The parties shall continue to meet and confer regarding the custodians proposed for the search strings as to which the parties have reached agreement; and

2. Plaintiffs' proposed search strings and custodians are granted with respect to the following disputed search strings:

☐ Facebook's Proposed Search String FB-12

- ☐ Facebook's Proposed Search String FB-20
- ☐ Plaintiffs' Proposed Search String 41
- ☐ Plaintiffs' Proposed Search String 117
- ☐ Plaintiffs' Proposed Search String 118
- ☐ Plaintiffs' Proposed Search String 194
- ☐ Plaintiffs' Proposed Search String 216
- ☐ Plaintiffs' Proposed Search String 223
- ☐ Plaintiffs' Proposed Search String 224
- ☐ Plaintiffs' Proposed Search String 236
- ☐ Plaintiffs' Proposed Search String 244
- ☐ Plaintiffs' Proposed Search String 273
- ☐ Plaintiffs' Proposed Search String 290
- ☐ Plaintiffs' Proposed Search String 313
- ☐ Plaintiffs' Proposed Search String 422
- ☐ Plaintiffs' Proposed Search String 426
- ☐ Plaintiffs' Proposed Search String 466
- ☐ Plaintiffs' Proposed Search String 467
- ☐ Plaintiffs' Proposed Search String 481
- ☐ Plaintiffs' Proposed Search String 501
- ☐ Plaintiffs' Proposed Search String 524
- ☐ Plaintiffs' Proposed Search String 669
- ☐ Plaintiffs' Proposed Search String 673

**IT IS SO ORDERED.**

DATE:_____              _____
                                          Hon. Jacqueline Scott Corley
                                          United States Magistrate Judge