Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), the Consolidated Plaintiffs ("Plaintiffs") hereby submit this Administrative Motion to File Under Seal the following Documents (or portions thereof as indicated below):

|   | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Plaintiffs' Response in Reply to Defendant Facebook, Inc.'s Request to Enforce the Partial Stay of Discovery in Pretrial Order No. 20 and In Support of Cross-Motion to Compel | Limited Portions of paragraphs in Section I at 1-2; Section II.A at 4; Section II.B at 6-7, 8, 9. |
| 2 | Exhibit F | The 2 pages comprising Exhibit F, Bates Numbered FB-CA-MDL-00203262- FB-CA-MDL-00203263 to Plaintiffs' Opposition designated by Facebook, Inc. ("Facebook") as "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order. |
| 3 | Exhibit G | The 14 pages comprising Exhibit G, Bates Numbered FB-CA-MDL-01119012- FB-CA-MDL-01119025 to Plaintiffs' Opposition designated by Facebook, Inc. ("Facebook") as "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order. |

The above-listed documents contain or summarize materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action. *See* Declaration of Lesley E. Weaver ("Weaver Decl.") ¶ 8.

As the designating party, Defendant Facebook, Inc. must file a declaration establishing that all of the designated material is sealable. *See* Civil L.R. 79-5(e)(1).

In light of the foregoing, Plaintiffs respectfully request that the Court grant their Administrative Motion to File Under Seal.

Dated: October 19, 2020                                              Respectfully submitted,

KELLER ROHRBACK L.L.P.                                               BLEICHMAR FONTI & AULD LLP

By:   /s/ *Derek W. Loeser*                                          By:   /s/*Lesley E. Weaver*
      Derek W. Loeser                                                      Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                            Lesley E. Weaver (SBN 191305)
Lynn Lincoln Sarko (admitted *pro hac vice*)                         Anne K. Davis (SBN 267909)
Gretchen Freeman Cappio (admitted *pro hac vice*)                    Matthew P. Montgomery (SBN 180196)
Cari Campen Laufenberg (admitted *pro hac vice*)                     Angelica M. Ornelas (SBN 285929)
David J. Ko (admitted *pro hac vice*)                                Joshua D. Samra (SBN 313050)
Benjamin Gould (SBN 250630)                                          555 12th Street, Suite 1600
Adele Daniel (admitted *pro hac vice*)                               Oakland, CA 94607
1201 Third Avenue, Suite 3200                                        Tel.: (415) 445-4003
Seattle, WA 98101                                                    Fax: (415) 445-4020
Tel.: (206) 623-1900                                                 lweaver@bfalaw.com
Fax: (206) 623-3384                                                  adavis@bfalaw.com
dloeser@kellerrohrback.com                                           mmontgomery@bfalaw.com
lsarko@kellerrohrback.com                                            aornelas@bfalaw.com
gcappio@kellerrohrback.com                                           jsamra@bfalaw.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

    I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 19th day of October, 2020, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

## CERTIFICATE OF SERVICE

  I hereby certify that on October 19, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. In accordance with Civil L.R. 5-1(h) and Civil L.R. 79-5(e), I also caused a copy of the under seal documents to be served via email on counsel of record for all parties. An electronic copy of the public redacted filings was also provided via email to the parties noted below:

  Anjeza Hassan
  annie.sara@yahoo.com


                 */s/ Lesley E. Weaver*
                 Lesley E. Weaver