Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), and good cause appearing, the Court hereby ORDERS that the following documents (or portions thereof as indicated below) are hereby filed under seal:

| | **Document** | **Portions Sought to be Sealed** |
|---|---|---|
| 1 | Plaintiffs' Response in Reply to Defendant Facebook, Inc.'s Request to Enforce the Partial Stay of Discovery in Pretrial Order No. 20 and In Support of Cross-Motion to Compel | Limited Portions of paragraphs in Section I at 1-2; Section II.A at 4; Section II.B at 6-7, 8, 9. |
| 2 | Exhibit F | The 2 pages comprising Exhibit F, Bates Numbered FB-CA-MDL-00203262- FB-CA-MDL-00203263 to Plaintiffs' Opposition designated by Facebook, Inc. ("Facebook") as "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order. |
| 3 | Exhibit G | The 14 pages comprising Exhibit G, Bates Numbered FB-CA-MDL-01119012- FB-CA-MDL-01119025 to Plaintiffs' Opposition designated by Facebook, Inc. ("Facebook") as "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order. |

IT IS SO ORDERED.

Dated:  _____          _____
                                            Hon. Jacqueline Scott Corley
                                            United States Magistrate Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. In accordance with Civil L.R. 5-1(h) and Civil L.R. 79-5(e), I also caused a copy of the under seal documents to be served via email on counsel of record for all parties. An electronic copy of the public redacted filings was also provided via email to the parties noted below:

    Anjeza Hassan
    annie.sara@yahoo.com

    */s/ Lesley E. Weaver*
    Lesley E. Weaver