**REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED**

# EXHIBIT G