Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER DENYING DEFENDANT FACEBOOK, INC.'S REQUEST TO ENFORCE THE PARTIAL STAY OF DISCOVERY IN PRETRIAL ORDER NO. 20**<br><br>Judge: Hon. Vince Chhabria<br>Hon. Jacqueline S. Corley<br>Hearing Date: TBD<br>Hearing Time: TBD |

Defendant Facebook, Inc. ("Facebook") filed with this Court a Motion in Support of Its Request to Enforce the Partial Stay of Discovery in Pretrial Order No. 20. Having considered the briefs submitted by the parties and all evidence submitted therewith, the Court hereby ORDERS that sensitive information about ten Named Plaintiffs that Facebook either shared or made accessible to third parties is relevant to the claims or defenses in this action.

IT IS SO ORDERED.

DATE:_____          _____
                                            United States Magistrate Judge Jacqueline S. Corley