GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164


*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO PERMANENTLY SEAL CONFIDENTIAL MATERIALS** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Administrative Motion to Permanently Seal Confidential Materials ("Facebook's Motion") from the parties' search string submissions and the evidence and argument offered in support of Facebook's Motion. Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal is GRANTED. The Court hereby ORDERS:

1. On October 16, 2020, Facebook temporarily filed under seal, as Dkt. 544, Facebook's Request to Approve Facebook's Search String Proposal for Custodian Groups 1-4 ("Facebook Brief"). Exhibit 1 to the Declaration of Martie Kutscher In Support Of Facebook's Administrative Motion to Permanently Seal Confidential Materials, which is a redacted version of the Facebook Brief, shall replace Dkt. 544 on the docket.

2. On October 16, 2020, Facebook temporarily filed under seal unredacted versions of Exhibits A, B, and C to the Declaration of Martie Kutscher in support of the Facebook Brief. Dkts. 543-3 to 543-5. These exhibits shall be permanently sealed.

3. On October 16, 2020, Plaintiffs temporarily filed under seal, as Dkt. 545-2, Plaintiffs' Submission Regarding Disputed Search Strings and Exhibits A to O thereto ("Plaintiffs' Submission"). Exhibit 2 to the Declaration of Martie Kutscher In Support Of Facebook's Administrative Motion to Permanently Seal Confidential Materials, which is a redacted version of Plaintiffs' Submission, shall replace Dkt. 545-2 on the docket.

4. Exhibits 3 and 4 to the Declaration of Martie Kutscher In Support Of Facebook's Administrative Motion to Permanently Seal Confidential Materials, which are unredacted versions of #1 and #3 above, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____          _____

United States Magistrate Judge Jacqueline Corley