GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7164
Facsimile:  213.229.6164

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Administrative Motion to Seal ("Facebook's Motion"), and the evidence offered in support of Facebook's Motion, including the Declaration of Martie Kutscher In Support Of Facebook's Administrative Motion to Seal ("Kutscher Declaration"). Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal is GRANTED.

The Court hereby ORDERS:

1. Facebook's Corrected Request to Approve Facebook's Search String Proposal for Custodian Groups 1-4 shall be permanently redacted as reflected on Exhibit 1 to the Kutscher Declaration;

2. The unredacted version of Facebook's Corrected Request to Approve Facebook's Search String Proposal for Custodian Groups 1-4 (Kutscher Declaration, Exhibit 2) shall be permanently sealed; and

3. Kutscher Declaration, Exhibits 3, 4, and 5, which are the unredacted versions of Exhibits A, B, and C to the Declaration of Martie Kutscher In Support Of Facebook's Corrected Request to Approve Facebook's Search String Proposal for Custodian Groups 1-4, shall be permanently sealed.

**IT IS SO ORDERED.**

DATE: _____          _____

United States Magistrate Judge Jacqueline Corley