| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Orin Snyder (*pro hac vice*) | Joshua S. Lipshutz (SBN 242557) |
| osnyder@gibsondunn.com | jlipshutz@gibsondunn.com |
| 200 Park Avenue | 1050 Connecticut Avenue, N.W. |
| New York, NY 10166-0193 | Washington, DC 20036-5306 |
| Telephone: 212.351.4000 | Telephone: 202.955.8500 |
| Facsimile: 212.351.4035 | Facsimile: 202.467.0539 |
| Kristin A. Linsley (SBN 154148) | Deborah Stein (SBN 224570) |
| klinsley@gibsondunn.com | dstein@gibsondunn.com |
| Martie Kutscher (SBN 302650) | 333 South Grand Avenue |
| mkutscherclark@gibsondunn.com | Los Angeles, CA 90071-3197 |
| 555 Mission Street, Suite 3000 | Telephone: 213.229.7164 |
| San Francisco, CA 94105-0921 | Facsimile: 213.229.6164 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | *Attorneys for Defendant Facebook, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] ORDER REGARDING SEARCH STRINGS** |

# [PROPOSED] ORDER

Having considered the Parties' submissions regarding the search strings to be applied to the 38 custodians in Custodian Groups 1-4 (*see* Dkt. 461), IT IS HEREBY ORDERED as follows:

☐ Facebook's October 16, 2020 Proposal, attached as **Exhibit A** to the October 24, 2016 Declaration of Martie Kutscher in Support of Facebook's Corrected Request to Approve Search String Proposal For Custodian Groups 1-4 ("Kutscher Declaration") shall be adopted in full for the 38 custodians in Custodian Groups 1-4;

***or***

☐ The agreed-upon search strings as set out in **Exhibit B** to the Kutscher Declaration shall be adopted for the 38 custodians in Custodian Groups 1-4 in addition to the following:

| *Strings proposed by Facebook for which the Parties submit competing versions* | | |
|---|---|---|
| **FB - 12** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |
| **FB - 20** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |

| *Strings proposed by Plaintiffs for which the Parties submit competing versions* | | |
|---|---|---|
| **P-236** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |
| **P-273** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |
| **P-290** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |
| **P-426** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |
| **P-466** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |
| **P-501** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |
| **P-524** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |
| **P-669** | Facebook's Proposal ☐ | Plaintiffs' Proposal ☐ |

| *Strings proposed by Plaintiffs that Facebook asks the Court to reject in full* | | |
|---|---|---|
| **P-41** | Do Not Include ☐ | Include ☐ |
| **P-117** | Do Not Include ☐ | Include ☐ |

| | | | | |
|---|---|---|---|---|
| **P-118** | Do Not Include | ☐ | Include | ☐ |
| **P-194** | Do Not Include | ☐ | Include | ☐ |
| **P-216** | Do Not Include | ☐ | Include | ☐ |
| **P-223** | Do Not Include | ☐ | Include | ☐ |
| **P-224** | Do Not Include | ☐ | Include | ☐ |
| **P-244** | Do Not Include | ☐ | Include | ☐ |
| **P-313** | Do Not Include | ☐ | Include | ☐ |
| **P-422** | Do Not Include | ☐ | Include | ☐ |
| **P-467** | Do Not Include | ☐ | Include | ☐ |
| **P-481** | Do Not Include | ☐ | Include | ☐ |
| **P-673** | Do Not Include | ☐ | Include | ☐ |

The Court expects the search strings approved in this Order to serve as a starting point for the Parties' negotiations of the search strings to apply to the remaining 43 custodians.

**IT IS SO ORDERED.**

DATE: _____                    _____

United States Magistrate Judge Jacqueline Corley