Antoinette Lumpkin
2611 S. Michigan Ave #17E
Chicago, IL 60616

S SUBURBAN IL 604
16 OCT 2020 PM 4 L

The United States Courtroom
450 Golden Gate Ave
19th Floor Court Room 11
San Francisco, CA 94102

RECEIVED
OCT 19 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA