UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br><br>Case No.18-md-02843-VC  (JSC)<br><br>**DISCOVERY ORDER NO. 8**<br><br>(Dkt. Nos. 542, 543, 544, 545, 546, 547, 552, 553) |

This MDL matter has been assigned to this Court for management of discovery. Having considered the Parties' October 16, 2020 submissions regarding the search strings to be applied to the 38 custodians in Custodian Groups 1-4, the Court orders as follows:

1. **Accepted Search Strings**

The Court accepts, in full, the following search strings and custodians proposed by Facebook:

- P-290.  (Dkt. No. 543-2 at 14.)
- P-524.  (Dkt. No. 545-2 at 46.)

The Court accepts the following search strings and custodians proposed by Plaintiffs except with these changes:

- P-216: The within w/10 proximity limiter is hereby changed to w/5 and the w/20 proximity limiter is hereby changed to w/10.  (Dkt. No. 543-2 at 25.)
- P-426: The within w/20 proximity limiter is hereby changed to w/10.  (Dkt. No. 543-2 at 15.)

The Court accepts, in full, the following search strings and custodians proposed by Plaintiffs:

- FB-12.  (Dkt. No. 543-2 at 8.)

1 - FB-20.  (Dkt. No. 543-2 at 9.)
2 - P-117.  (Dkt. No. 543-2 at 22.)
3 - P-194.  (Dkt. No. 543-2 at 24.)
4 - P-224.  (Dkt. No. 545-2 at 22.)
5 - P-236.  (Dkt. No. 543-2 at 12.)
6 - P-273.  (Dkt. No. 543-2 at 13.)
7 - P-422.  (Dkt. No. 543-2 at 29.)
8 - P-466.  (Dkt. No. 543-2 at 16.)
9 - P-501.  (Dkt. No. 543-2 at 17.)
10 - P-669.  (Dkt. No. 543-2 at 18.)

2. **Rejected Search Strings**

The Court rejects the following search strings and custodians proposed by Plaintiffs:

- P-41.  (Dkt. No. 543-2 at 21.)
- P-118.  (Dkt. No. 543-2 at 23.)
- P-223.  (Dkt. No. 543-2 at 26.)
- P-244.  (Dkt. No. 543-2 at 27.)
- P-313.  (Dkt. No. 543-2 at 28.)
- P-467.  (Dkt. No. 543-2 at 31.)
- P-481.  (Dkt. No. 543-2 at 32.)
- P-673.  (Dkt. No. 543-2 at 33.)

The Court expects this Order to serve as a starting point for the Parties' negotiations of the search strings to apply to the remaining 43 custodians and encourages the Parties to include statistical sampling of any disputed search strings as part of their negotiations.

**IT IS SO ORDERED.**

Dated: October 29, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2