Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE ON STEPHEN K. BANNON** |

# AFFIDAVIT OF SERVICE

| Case:<br>3:18-md-02843-vc | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | County: | Job:<br>5001320 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>FACEBOOK, INC., | | **Defendant / Respondent:** | |
| **Received by:**<br>JOHN GONZALEZ | | **For:**<br>BLEICHMAR FONTI & AULD, LLP | |
| **To be served upon:**<br>STEPHEN K. BANNON | | | |

I, JOHN GONZALEZ reg # 2971, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** STEPHEN K. BANNON 8391 BEVERLY BLVD-121, LOS ANGELES, CA 90048
**Manner of Service:** Substitute Service - Business, Oct 23, 2020, 1:55 pm PDT
**Documents:** SUMMONS AND SECOND AMENDED CONSOLIDATED COMPLAINT

**Additional Comments:**

1) Successful Attempt: Oct 23, 2020, 1:55 pm PDT at 8391 BEVERLY BLVD-121, LOS ANGELES, CA 90048 received by BRANDON CARDONA, PERSON IN CHARGE (HISP MALE; 20'S; 5'5"; 160#; BLK HAIR).

2) Manner of service: Fed. R. Civ. P. 4(e)(1) states that service may be made in accordance with the state law in the jurisdiction where the district court is located or where service is made. Service on defendant Bannon was made in California in accordance with the California Code of Civil Procedure 415.20(b)&(c). Substituted service on defendant Bannon was effected by leaving copies of the documents at the defendant's usual place of business or usual mailing address, which is a private mailbox obtained through The UPS Store and is not a United States Postal Service post office box. Documents were left in the presence of Brandon Cardona a person apparently in charge of his or her office, place of business, or usual mailing address other than a United States Postal Service post office box, at least 18 years of age, who was informed of the contents thereof, and by mailing a copy of the documents (By first-class mail, postage prepaid) to the defendant at the place where a copy of the summons and complaint were left.

_[signature]_                                                    OCTOBER 23, 2020
JOHN GONZALEZ                                          Date
REG # 2971
LOS ANGELES COUNTY

LIGHTNING LEGAL PROCESS SERVICE
4 EMBARCADERO CENTER-14TH FLR
SAN FRANCISCO, CA 94111
415-624-7747

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Lesley E. Weaver<br>Bleichmar Fonti & Auld LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>TELEPHONE NO.: 415-445-4017   FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name):* FACEBOOK, INC. | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PETITIONER / PLAINTIFF   FACEBOOK, INC.,<br>RESPONDENT / DEFENDANT: | |
| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>3:18-md-02843-vc |

*(Do not use this Proof of Service to show service of a Summons and Complaint)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is:
   4 EMBARCADERO CTR-14TH FLR , SAN FRANCISCO, CA 94111
3. On *(date):* Fri, Oct 23 2020    I mailed from *(city and state)* SAN FRANCISCO , CA
   the following documents *(specify):*
   SUMMONS AND SECOND AMENDED CONSOLIDATED COMPLAINT
   ☐ The documents are listed in the *Attachment to Proof of Personal Service by First-Class Mail—Civil (Documents Served) (form POS-030(D)).*
4. I served the documents by enclosing them in an envelop and *(check one):*
   a. ☒ depositing the sealed envelope with the United States Postal Service with postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
5. The envelope was addressed and mailed as follows:
   a. Name of person served:   STEPHEN K. BANNON
   b. Address of person served:
   8391 BEVERLY BLVD-121, LOS ANGELES, CA 90048
   ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Personal Service by First-Class—Civil (Persons Served) (form POS-030(P)).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: OCTOBER 23, 2020

ERICK HOWELLS
_____
(TYPE OR PRINT THE NAME OF PERSON COMPLETING THIS FORM)     (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

PROOF OF SERVICE BY FIRST-CLASS MAIL — CIVIL
(PROOF OF SERVICE)

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov



# AFFIDAVIT OF SERVICE

| Case:<br>3:18-md-02843-vc | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | County: | Job:<br>5001323 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>FACEBOOK, INC., | | **Defendant / Respondent:** | |
| **Received by:**<br>JOHN GONZALEZ | | **For:**<br>BLEICHMAR FONTI & AULD, LLP | |
| **To be served upon:**<br>STEPHEN K. BANNON | | | |

I, JOHN GONZALEZ reg # 2971, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** STEPHEN K. BANNON @ 8391 BEVERLY BLVD-479 LOS ANGELES, CA 90048
**Manner of Service:** Substitute Service - Business, Oct 23, 2020, 1:55 pm PDT
**Documents:** SUMMONS AND SECOND AMENDED CONSOLIDATED COMPLAINT

**Additional Comments:**
1) Successful Attempt: Oct 23, 2020, 1:55 pm PDT at 8391 BEVERLY BLVD-479, LOS ANGELES, CA 90048 received by BRANDON CARDONA, PERSON IN CHARGE (HISP MALE; 20'S; 5'5"; 160#; BLK HAIR).

Manner of service:
Fed. R. Civ. P. 4(e)(1) states that service may be made in accordance with the state law in the jurisdiction where the district court is located or where service is made. Service on defendant Bannon was made in California in accordance with the California Code of Civil Procedure 415.20(b}&(c}. Substituted service on defendant Bannon was effected by leaving copies of the documents at the defendant's usual place of business or usual mailing address, which is a private mailbox obtained through The UPS Store and is not a United States Postal Service post office box. Documents were left in the presence of Brandon Cardona a person apparently in charge of his or her office, place of business, or usual mailing address other than a United States Postal Service post office box, at least 18 years of age, who was informed of the contents thereof, and by mailing a copy of the documents (By first-class mail, postage prepaid) to the defendant at the place where a copy of the summons and complaint were left.

_[signature]_        OCTOBER 23, 2020
JOHN GONZALEZ        Date
REG # 2971
LOS ANGELES COUNTY

LIGHTNING LEGAL PROCESS SERVICE
4 EMBARCADERO CENTER-14TH FLR
SAN FRANCISCO, CA 94111
415-624-7747

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lesley E. Weaver<br>Bleichmar Fonti & Auld LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>TELEPHONE NO.: 415-445-4017  FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name): FACEBOOK, INC. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PETITIONER / PLAINTIFF  FACEBOOK, INC.,
RESPONDENT / DEFENDANT:

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**

CASE NUMBER: 3:18-md-02843-vc

*(Do not use this Proof of Service to show service of a Summons and Complaint)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is:
   4 EMBARCADERO CTR-14TH FLR, SAN FRANCISCO, CA 94111
3. On *(date):* Fri, Oct 23 2020    I mailed from *(city and state)* SAN FRANCISCO, CA
   the following documents *(specify):*
   SUMMONS AND SECOND AMENDED CONSOLIDATED COMPLAINT
   [ ] The documents are listed in the *Attachment to Proof of Personal Service by First-Class Mail—Civil (Documents Served) (form POS-030(D)).*
4. I served the documents by enclosing them in an envelop and *(check one):*
   a. [X] depositing the sealed envelope with the United States Postal Service with postage fully prepaid.
   b. [ ] placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
5. The envelope was addressed and mailed as follows:
   a. Name of person served: STEPHEN K. BANNON
   b. Address of person served:
      8391 BEVERLY BLVD-479, LOS ANGELES, CA 90048
      [ ] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Personal Service by First-Class—Civil (Persons Served) (form POS-030(P)).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: OCTOBER 23, 2020
ERICK HOWELLS
_____
(TYPE OR PRINT THE NAME OF PERSON COMPLETING THIS FORM)    (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

PROOF OF SERVICE BY FIRST-CLASS MAIL — CIVIL
(PROOF OF SERVICE)

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

10/27/2020 Mail - process - Outlook

Three U.S. Postal Service Certified Mail Receipts:
- 7016 3090 0000 1575 6659
- 7016 3090 0000 1575 6656
- 7016 3090 0000 1575 6642

Postmarked 10/23/2020.

# AFFIDAVIT OF SERVICE

| Case:<br>3:18-md-02843-vc | Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | County: | Job:<br>5001315 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>FACEBOOK, INC., | | **Defendant / Respondent:** | |
| **Received by:**<br>JOHN GONZALEZ | | **For:**<br>BLEICHMAR FONTI & AULD, LLP | |
| **To be served upon:**<br>STEPHEN K. BANNON | | | |

I, JOHN GONZALEZ reg # 2971, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | STEPHEN K. BANNON 8391 BEVERLY BLVD-115, LOS ANGELES, CA 90048 |
| **Manner of Service:** | Substitute Service - Business, Oct 23, 2020, 1:55 pm PDT |
| **Documents:** | SUMMONS AND SECOND AMENDED CONSOLIDATED COMPLAINT |

**Additional Comments:**
1) Successful Attempt: Oct 23, 2020, 1:55 pm PDT at 8391 BEVERLY BLVD-115, LOS ANGELES, CA 90048 received by BRANDON CARDONA, PERSON IN CHARGE (HISP MALE; 20'S; 5'5"; 160#; BLK HAIR).

Manner of service: Fed. R. Civ. P. 4(e)(1) states that service may be made in accordance with the state law in the jurisdiction where the district court is located or where service is made. Service on defendant Bannon was made in California in accordance with the California Code of Civil Procedure 415.20(b}&(c}. Substituted service on defendant Bannon was effected by leaving copies of the documents at the defendant's usual place of business or usual mailing address, which is a private mailbox obtained through The UPS Store and is not a United States Postal Service post office box. Documents were left in the presence of Brandon Cardona a person apparently in charge of his or her office, place of business, or usual mailing address other than a United States Postal Service post office box, at least 18 years of age, who was informed of the contents thereof, and by mailing a copy of the documents (By first-class mail, postage prepaid) to the defendant at the place where a copy of the summons and complaint were left.

_____          OCTOBER 23, 2020
JOHN GONZALEZ                                     Date
REG # 2971
LOS ANGELES COUNTY

LIGHTNING LEGAL PROCESS SERVICE
4 EMBARCADERO CENTER-14TH FLR
SAN FRANCISCO, CA 94111
415-624-7747

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Lesley E. Weaver<br>Bleichmar Fonti & Auld LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>　　TELEPHONE NO.: 415-445-4017　　FAX NO.:<br>　　E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name)*: FACEBOOK INC | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF　UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>　STREET ADDRESS:<br>　MAILING ADDRESS:<br>　CITY AND ZIP CODE:<br>　BRANCH NAME: | |
| PETITIONER / PLAINTIFF　FACEBOOK, INC.,<br>RESPONDENT / DEFENDANT: | |
| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER:<br>3:18-md-02843-vc |

*(Do not use this Proof of Service to show service of a Summons and Complaint)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is:
   4 EMBARCADERO CTR-14TH FLR, SAN FRANCISCO, CA 94111
3. On *(date)*: Fri, Oct 23 2020　　　　I mailed from *(city and state)* SAN FRANCISCO, CA
   the following documents *(specify)*:
   SUMMONS AND SECOND AMENDED CONSOLIDATED COMPLAINT
   ☐ The documents are listed in the *Attachment to Proof of Personal Service by First-Class Mail—Civil (Documents Served) (form POS-030(D))*.
4. I served the documents by enclosing them in an envelop and *(check one)*:
   a. ☒ depositing the sealed envelope with the United States Postal Service with postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
5. The envelope was addressed and mailed as follows:
   a. Name of person served: STEPHEN K. BANNON
   b. Address of person served:
      8391 BEVERLY BLVD-115, LOS ANGELES, CA 90048
      ☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Personal Service by First-Class—Civil (Persons Served) (form POS-030(P))*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: OCTOBER 23, 2020

ERICK HOWELLS
_____　　　　　_____
(TYPE OR PRINT THE NAME OF PERSON COMPLETING THIS FORM)　　　(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use　　PROOF OF SERVICE BY FIRST-CLASS MAIL — CIVIL　　Code of Civil Procedure, §§ 1013, 1013a
Judicial Council of California　　　　　　　　(PROOF OF SERVICE)　　　　　　　　　　　　　www.courtinfo.ca.gov
POS-030 [New, January 1, 2005]

