UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC (JSC)<br><br>**DISCOVERY ORDER NO. 10** |

This MDL matter has been assigned to this Court for management of discovery. As discussed at the discovery status conference held on November 5, 2020, the Court orders as follows:

1. **Search Terms, Search Strings, and Custodians**. The Parties shall submit a stipulation by November 10, 2020 regarding search string negotiations for the remaining custodians or, if there is still an issue of disagreement, they shall submit competing proposals by the same date.

2. **Next Status Conference**. The next video status conference shall be December 4, 2020 at 8:30 a.m. The Parties shall submit a joint status update by December 3, 2020 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: November 6, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge