Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING FACEBOOK, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

STIPULATION AND [PROPOSED] ORDER RE
FACEBOOK, INC.'S MOTION TO STRIKE PORTIONS
OF PLAINTIFFS' SECOND AMENDED
CONSOLIDATED COMPLAINT

MDL No. 2843
Case No. 18-md-02843-VC

The parties stipulate and agree that the Second Amended Consolidated Complaint ("SACC") shall be limited by the rulings in Pretrial Order No. 20, including without limitation the claims that Pretrial Order No. 20 dismissed with prejudice in full or in part, which shall be stricken from the SACC. By entering into this stipulation, neither Plaintiffs nor Facebook waives any rights (in this Court or on appeal) with respect to Pretrial Order No. 20.

Dated: November 9, 2020                           Respectfully submitted,

KELLER ROHRBACK L.L.P.                            BLEICHMAR FONTI & AULD LLP

By:   /s/ Derek W. Loeser                         By:   /s/ Lesley E. Weaver
      Derek W. Loeser                                   Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)         Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)  Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                Joshua D. Samra (SBN 313050)
Adele A. Daniel (admitted *pro hac vice*)         Matthew P. Montgomery (SBN 180196)
Benjamin Gould (SBN 250630)                       Angelica M. Ornelas (SBN 285929)
1201 Third Avenue, Suite 3200                     555 12th Street, Suite 1600
Seattle, WA 98101                                 Oakland, CA 94607
Tel.: (206) 623-1900                              Tel.: (415) 445-4003
Fax: (206) 623-3384                               Fax: (415) 445-4020
dloeser@kellerrohrback.com                        lweaver@bfalaw.com
claufenberg@kellerrohrback.com                    adavis@bfalaw.com
dko@kellerrohrback.com                            jsamra@bfalaw.com
adaniel@kellerrohrback.com                        mmontgomery@bfalaw.com
bgould@kellerrohrback.com                         aornelas@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com


Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088

| STIPULATION AND [PROPOSED] ORDER RE FACEBOOK, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT | 1 | MDL No. 2843 CASE No. 18-MD-02843-VC |
|---|---|---|

Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

Dated: November 9, 2020

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: *Orin Snyder*

| | |
|---|---|
| Deborah Stein (SBN 224570)<br>dstein@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | Orin Snyder (*pro hac vice*)<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 |
| Kristin A. Linsley (SBN 154148)<br>klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>mkutscherclark@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | Joshua S. Lipshutz (SBN 242557)<br>jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: November 9, 2020 _____
United States District Judge Vince Chhabria


APPROVED — Judge Vince Chhabria, United States District Court, Northern District of California

STIPULATION AND [PROPOSED] ORDER RE
FACEBOOK, INC.'S MOTION TO STRIKE
PORTIONS OF PLAINTIFFS' SECOND AMENDED
CONSOLIDATED COMPLAINT

2

MDL No. 2843
CASE No. 18-MD-02843-VC

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November, 2020, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

STIPULATION AND [PROPOSED] ORDER RE
FACEBOOK, INC.'S MOTION TO STRIKE
PORTIONS OF PLAINTIFFS' SECOND AMENDED
CONSOLIDATED COMPLAINT

3

MDL No. 2843
Case No. 18-md-02843-VC

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

**In addition, the following were served via email:**

>Anjeza Hassan
>annie.sara@yahoo.com

>/s/ *Sarah Skaggs*
>Sarah Skaggs