UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | Case 3:18-md-02843<br><br>Hon. Vince Chhabria |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that pursuant to Rule 3-11(a) of the Local Civil Rules, Bradley Keith King, Counsel for said plaintiff Audrey Diaz Sanchez hereby requests to change her contact information as counsel of record as follows and respectfully requests service upon her of all future pleadings, papers, correspondence, and electronic filings in this action at:

AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500
Burbank, CA 91505

Dated: December 2, 2020

Respectfully submitted,

/s/ *Bradley Keith King*
Bradley Keith King
AHDOOT & WOLFSON, PC
2600 West Olive Ave. Suite 500
Burbank, CA 91505
bking@ahdootwolfson.com
Telephone: 310-474-9111
Fax: 310-474-8585