UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br><br>Case No. 3:18-MD-02843-VC |
| This document relates to:<br><br>*Pelc v. Facebook, Inc. et al.,* Case No. 3:18-cv-02948 | **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that attorney Jessica H. Meeder, is no longer associated with Murphy, Falcon & Murphy, hereby withdraws her appearance as counsel for Plaintiff Elaine Pelc in the above captioned MDL, and respectfully requests that her name by removed from the Court's and parties' respective service lists. Other attorneys from Murphy, Falcon & and Murphy and other firms have appeared as counsel on behalf of and will continue to represent plaintiff Elaine Pelc.

Dated: December 7, 2020                        Respectfully Submitted
.
                                                                 By*: /s/ Jessica H. Meeder*
                                                                 Jessica H. Meeder
                                                                 FEGAN SCOTT, LLC
                                                                  1200 G Street, N.W., Suite 800
                                                                 Washington, DC 20005
                                                                 Telephone: (202) 921-6007
                                                                 Facsimile: (312) 264-0100
                                                                 jessica@feganscott.com

## CERTIFICATE OF SERVICE

I, Jessica H. Meeder, an attorney, affirm that the foregoing was filed on December 7, 2020 on ECF, which automatically served all counsel of record.

Dated: December 7, 2020         By: */s/ Jessica H. Meeder*
                                Jessica H. Meeder