Rosanne L. Mah (State Bar No. 242628)
Email: rmah@zlk.com
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 3:18-MD-02843-VC |
| This Document Relates To: | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| *Labajo v. Facebook, Inc. et al.,* Case No. 3:18-cv-02093 | |

Case No. 3:18-md-02843-VC
NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that attorney Rosanne L. Mah, is no longer associated with Finkelstein Thompson LLP, hereby withdraws her appearance as counsel for Plaintiff Christina Labajo in the above-captioned MDL, and respectfully requests that her name be removed from the Court's and parties' respective service lists. Gordon M. Fauth, Jr. from Finkelstein Thompson LLP and other firms have appeared as counsel on behalf of and will continue to represent Plaintiff Christina Labajo..

        Respectfully submitted,

Dated: January 12, 2021        **LEVI & KORSINSKY, LLP**

    By: /s/ *Rosanne L. Mah*
        Rosanne L. Mah
        Email: rmah@zlk.com
        388 Market Street, Suite 1300
        San Francisco, California 94111
        Telephone: (415) 373-1671
        Facsimile: (415) 484-1294

| | |
|---|---|
| 1 | |
| 2 | |

**CERTIFICATE OF SERVICE**

I, Rosanne L. Mah, hereby certify that on January 12, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

*/s/ Rosanne L. Mah*
Rosanne L. Mah
