# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

[Proposed] Order Granting Pls.'  
Admin. Motion to Seal

MDL No. 2843  
Case No. 18-md-02843-VC-JSC

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), and good cause appearing, the Court hereby ORDERS that the following documents (or portions thereof as indicated below) are hereby filed under seal:

| | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Discovery Letter Regarding Defendant Facebook Inc.'s Amended Responses and Objections to Plaintiffs' Fourth Set of Interrogatories ("Discovery Letter") | Part of the last paragraph of the Discovery Letter |

IT IS SO ORDERED.

Dated: _____    _____
Hon. Jacqueline Scott Corley
United States Magistrate Judge