# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER RE: DISCOVERY LETTER REGARDING DEFENDANT FACEBOOK INC.'S AMENDED RESPONSES AND OBJECTIONS TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES** |

Having carefully considered the papers filed by the parties, the arguments advanced by counsel on the hearing on the matter, and good cause appearing, Plaintiffs' motion is GRANTED. Facebook is to amend its Responses and Objections to Plaintiffs' Fourth Set of Interrogatories within 30 days using the following definition of "Business Partners" consistent with Judge Chhabria's September 9, 2019 Pretrial Order No. 20: third parties with whom Facebook shared information about its users such that those third parties in turn shared data with Facebook.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE