GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF DEBORAH STEIN IN SUPPORT OF FACEBOOK'S RESPONSE TO PLAINTIFFS' DISCOVERY LETTER REGARDING FACEBOOK'S AMENDED RESPONSES & OBJECTIONS TO PLAINTIFFS FOURTH SET OF INTERROGATORIES** |

I, Deborah Stein, hereby declare as follows:

1.       I am a partner with the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter.  I am a member in good standing of the State Bars of California and New York.  I submit this declaration in support of Facebook's Response to Plaintiffs' January 22, 2021 Discovery Letter Regarding Facebook's Amended Responses & Objections to Plaintiffs' Fourth Set of Interrogatories.  I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2.       Attached as **Exhibit A** is a true and correct copy of an excerpt of Facebook's Responses & Objections to Plaintiffs' Fourth Set of Interrogatories, dated August 17, 2020.

3.       Attached as **Exhibit B** is a true and correct copy of an excerpt of Facebook's June 29, 2018 letter to Chairman Greg Walden, Ranking Member Frank Pallone, Energy & Commerce Committee, and U.S. House of Representatives regarding Facebook's Response to House Energy and Commerce Questions for the Record, which is available at https://docs.house.gov/meetings/IF/IF00/20180411/108090/HHRG-115-IF00-Wstate-ZuckerbergM-20180411.pdf.

                                    *        *        *


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 27, 2021 in Los Angeles, California.


                                                        /s/  Deborah Stein
                                                        Deborah Stein