Facebook
# Exhibit B

June 29, 2018

Chairman Greg Walden
Ranking Member Frank Pallone
Energy and Commerce Committee
U.S. House of Representatives
2125 Rayburn House Office Building
Washington, D.C. 20510

Dear Chairman Walden, Ranking Member Pallone, and Members of the Committee:

    Thank you for your questions for the record from the April 11, 2018 Hearing titled Facebook: Transparency and Use of Consumer Data. Per your request, attached are the answers for the record for your questions.

    Please note that we received over 2,000 questions from the Senate and House Committees before which we testified on April 10 and 11, 2018. We appreciate the time you gave us to respond to these questions. We did our best to review and answer them in the available timeframe. We respectfully request an opportunity to supplement or amend our responses if needed.

Sincerely,

Facebook, Inc.



Address:    1601 Willow Road
Menlo Park, CA 94025

  e. **One press article indicated that patients' names and other identifiable information would be withheld from both parties. Wouldn't the patient have to be re-identified by either the health care organization or Facebook to use the results from this matching process to customize the care for that patient?**

  f. **Was Facebook going to share its user data with health care organizations after it had matched the patient's medical record to the patient's user data on Facebook?**

  g. **How was this information going to be shared with patients?**

Facebook was exploring this type of data sharing because of the general health benefits to having a close-knit circle of family and friends and the need for more research on the impact of social connection on health. Deeper research into this link is needed to help medical professionals develop specific treatment and intervention plans that take social connection into account. With this in mind, last year Facebook began discussions with leading medical institutions, including the American College of Cardiology and the Stanford University School of Medicine, to explore whether scientific research using fully-anonymized Facebook data could help the medical community advance our understanding in this area. This work did not progress past the planning phase, and we have not received, shared, or analyzed anyone's data.

In March we decided that we should pause these discussions so we can focus on other important work, including doing a better job of protecting people's data and being clearer with them about how that data is used in our products and services.

Our Data Policy has explained that we have engaged in research collaborations for several years. As part of a general effort to be more transparent, we updated our Data Policy recently to provide additional detail on a range of practices, including academic research. We also explain this in other ways, including announcements in our Newsroom and in a dedicated website providing more information about research at Facebook.

15. **In Facebook's previous data policy, last updated in 2016, it is noted: "When you use third-party apps, websites or other services that use, or are integrated with, our Services, they may receive information about what you post or share." Please explain what you mean by "integrated with."**

 We impose strict restrictions on how our partners can use and disclose the data we provide. Our Data Policy makes clear the circumstances in which we work with third parties who help us provide and improve our Products or who use Facebook Business Tools to grow their businesses, which makes it possible to operate our companies and provide free services to people around the world.

When people choose to use third-party apps, websites, or other services that use, or are integrated with, our Products, they can receive information about what users post or share. For example, when users play a game with their Facebook friends or use a Facebook Comment or Share button on a website, the game developer or website can receive information about the users' activities in the game or receive a comment or link that users share from the website on Facebook. Also, when users download or use such third-party services, they can access users'

- 18 -

public profile on Facebook, and any information that users share with them. Apps and websites that people use may receive their list of Facebook friends if they choose to share it with them. But apps and websites that people use will not be able to receive any other information about their Facebook friends from users, or information about any of the users' Instagram followers (although friends and followers may, of course, choose to share this information themselves). Information collected by these third-party services is subject to their own terms and policies.

Separately, Facebook entered into partnerships with businesses, primarily devices and operating systems, to integrate Facebook and Facebook features on to those companies' devices and other products.

Today, most people access Facebook through mobile applications we have developed for the world's leading smartphone operating systems, Apple's iOS and Google's Android, or our website ([www.facebook.com](www.facebook.com)). Apple and Google provide online stores that enable users of their operating systems to easily download third-party software applications—or apps—onto their devices, including versions of Facebook that we build for those devices.

The partnerships—which we call "integration partnerships"—began before iOS and Android had become the predominant ways people around the world accessed the internet on their mobile phones. People went online using a wide variety of text-only phones, feature phones, and early smartphones with varying capabilities. In that environment, the demand for internet services like Facebook, Twitter, and YouTube outpaced our industry's ability to build versions of our services that worked on every phone and operating system. As a solution, internet companies often engaged device manufacturers and other partners to build ways for people to access their experiences on a range of devices and products.

We engaged companies to build integrations for a variety of devices, operating systems and other products where we and our partners wanted to offer people a way to receive Facebook or Facebook experiences. These integrations were built by our partners, for our users, but approved by Facebook. They included:

- *Facebook-branded apps*: Some partners built versions of Facebook for their device, operating system, or product that replicated essential Facebook features that we built directly on the Facebook website and in our mobile apps.

- *Social Networking Service Hubs*: Some partners built "hubs" into their products, where people could see notifications from their friends or the people they followed on Facebook, MySpace, Twitter, Google, and other services. People often could also use these integrations to post on these social networking services.

- *Syncing Integrations*: Some partners enabled people to sync their Facebook data (e.g., photos, contacts, events, and videos) with their device in order to integrate Facebook features on their device. This allowed people to, for example, easily upload pictures to Facebook and to download their Facebook pictures to their phones, or to integrate their Facebook contacts into their address book.

- *USSD Services*: Some partners developed USSD services, which are services that provided Facebook notifications and content via text message. This was useful for feature phones that did not have the ability to connect to the internet; it particularly helped us bring Facebook to people in the developing world.

To provide these experiences, we permitted partners to use certain Facebook application programming interfaces (or "APIs"), which are basic technologies that enable two computing systems to "talk" to one another. In general, partners were licensed to use these APIs solely for providing specific integrations, approved by Facebook, to Facebook users who requested these services on the partners' products. These integrations were reviewed by Facebook, which had to approve implementations of the APIs. Typically, these apps were reviewed and approved by members of our partnerships and engineering teams.

In these and other ways, these partnerships differed significantly from third-party app developers' use of published APIs to build apps for consumers on Facebook's developer platform. As we explain below, third-party app developers use the information they receive in order to build their own experiences, not to build Facebook-approved applications for purposes designated by Facebook. Integration partners were not permitted to use data received through Facebook APIs for independent purposes unrelated to the approved integration without user consent.

Our integration partnerships are fundamentally different from the relationships Facebook has with other developers that use our developer platform:

*First*, our integration partnerships involved engaging select partners to build ways for Facebook users to receive Facebook or Facebook features. As the New York Times notes, we partnered with the maker of Blackberry to provide Facebook services on that device. We also partnered with companies such as Apple, Microsoft and Samsung to help us provide Facebook features and functionality on their devices and in their software. Our developer platform, on the other hand, is designed to enable developers to use information provided by Facebook users to build their own unique experiences under the terms and policies they provide to their users, rather than to mimic core Facebook experiences—something that Facebook's developer terms (the "Platform Policy") make clear.

*Second*, our integration partnerships were managed by our partnerships and engineering teams, which reviewed and approved how licensed APIs were integrated into the partner's products. By contrast, our Developer Operations ("Dev Ops") team oversees third-party developers, which determine for themselves how they will build their apps - subject to Facebook's general Platform Policies and Dev Ops approval for apps seeking permission to use most published APIs.

*Third*, these partnerships typically were defined by specially-negotiated agreements that provided limited rights to use APIs to create specific integrations approved by Facebook, not independent purposes determined by the partner.

The list below shows the 52 companies that Facebook authorized to build versions of Facebook or Facebook features for their devices and products.

Facebook already has discontinued 38 of these 52 partnerships, and will shut down an additional seven by the end of July 2018 and another one by the end of October 2018. Three partnerships will continue: (1) Tobii, an accessibility app that enables people with ALS to access Facebook; (2) Amazon; and (3) Apple, with whom we have agreements that extend beyond October 2018. We also will continue partnerships with Mozilla, Alibaba and Opera— which enable people to receive notifications about Facebook in their web browsers—but their integrations will not have access to friends' data.

1. Accedo
2. Acer
3. Airtel
4. Alcatel/TCL
5. Alibaba**
6. Amazon*
7. Apple*
8. AT&T
9. Blackberry
10. Dell
11. DNP
12. Docomo
13. Garmin
14. Gemalto*
15. HP/Palm
16. HTC
17. Huawei
18. INQ
19. Kodak
20. LG
21. MediaTek/ Mstar
22. Microsoft
23. Miyowa /Hape Esia
24. Motorola/Lenovo
25. Mozilla**
26. Myriad*
27. Nexian
28. Nokia*
29. Nuance
30. O2
31. Opentech ENG
32. Opera Software**
33. OPPO
34. Orange
35. Pantech
36. PocketNet
37. Qualcomm
38. Samsung*
39. Sony

40. Sprint
41. T-Mobile
42. TIM
43. Tobii*
44. U2topia*
45. Verisign
46. Verizon
47. Virgin Mobile
48. Vodafone*
49. Warner Bros
50. Western Digital
51. Yahoo*
52. Zing Mobile*

*Note: * denotes partnerships that we are still in the process of ending (with the exception of Tobii, Apple and Amazon, which will continue beyond October 2018). **denotes partnerships that will continue but integrations will not have access to friends' data. All other partnerships on the list have already been discontinued. It is important to note that the list above is comprehensive to the best of our ability. It is possible we have not been able to identify some integrations, particularly those made during the early days of our company when our records were not centralized. It is also possible that early records may have been deleted from our system.*

To date, our communications with the Committee—including Mark Zuckerberg's written testimony and his answers to questions in the hearing—have focused on apps offered to consumers on our developer platform because this was the product area implicated by the Cambridge Analytica matter. However, we wanted to address recent press reports regarding device integrations. We hope this additional detail is helpful to the Committee. We would, of course, welcome the opportunity to speak further about these matters.

    **a.**     **Does this include just having the Facebook "Like" button on a webpage?**

See Response to Question 15.

    **b.**     **The Data Policy also said: "We collect information when you visit or use third- party websites and apps that use our Services (e.g. when they offer our Like button or Facebook Log In or use our measurement and advertising services)." Does this imply that Facebook has a nexus to collect information about its users from every single website that uses the Facebook Like button? Please explain.**

See Response to Question 15.

    **c.**     **What is the percentage of unaffiliated Internet websites on which Facebook tracks user activity or behavior?**