Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), and the Stipulation and Order Regarding Privilege Briefing entered by the Court today, February 5, 2021 (Dkt. No. 610), the Consolidated Plaintiffs ("Plaintiffs") hereby submit this pleading to file under seal the following Documents:

- Plaintiffs' Motion to Compel Production of Documents Related to Facebook's App Developer Investigation

- Exhibits A to Plaintiffs' Motion to Compel Production of Documents Related to Facebook's App Developer Investigation

- Proposed Order Granting Plaintiffs' Motion to Compel Production of Documents Related to Facebook's App Developer Investigation

The above-listed documents contain, reference, or summarize materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action. Pursuant to the Stipulation and Order Regarding Privilege Briefing entered by the Court today, February 5, 2021 (Dkt. No. 610), Facebook will file a motion to permanently seal any portions of the parties' submissions it determines should remain under seal, or be redacted. Furthermore, as the designating party, Defendant Facebook, Inc. must file a declaration establishing that all of the designated material is sealable. See Civil L.R. 79-5(e)(1).

In light of the foregoing, Plaintiffs respectfully submit this pleading in connection with the filings and pleadings referenced above.

Dated: February 5, 2021                                    Respectfully submitted,

KELLER ROHRBACK L.L.P.                                     BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                                By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                            Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                  Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)           Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                         Joshua D. Samra (SBN 313050)
Adele A. Daniel (admitted *pro hac vice*)                  Matthew P. Montgomery (SBN 180196)
Benjamin Gould (SBN 250630)                                Angelica M. Ornelas (SBN 285929)
1201 Third Avenue, Suite 3200                              555 12th Street, Suite 1600

| | |
|---|---|
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |
| claufenberg@kellerrohrback.com | adavis@bfalaw.com |
| dko@kellerrohrback.com | jsamra@bfalaw.com |
| bgould@kellerrohrback.com | mmontgomery@bfalaw.com |
| adaniel@kellerrohrback.com | aornelas@bfalaw.com |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2021, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on February 5, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

**In addition, the following were served via email:**

    Anjeza Hassan
    annie.sara@yahoo.com

    /s/ *Sarah Skaggs*
    Sarah Skaggs