GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, as well as the parties' Stipulation, *see* Dkt. 609, Facebook, Inc. ("Facebook") hereby submits this Administrative Motion to Temporarily File Under Seal (i) Facebook's Brief In Opposition To Plaintiffs' Request For Privileged Investigatory Materials, and (ii) Exhibit A to Facebook's Brief in Opposition To Plaintiffs' Request For Privileged Investigatory Materials. These materials are being filed today pursuant to the Court's Discovery Order No. 12. Dkt. 602. Facebook moves for leave to temporarily file under seal these submissions.

Facebook's submissions contain non-public and highly sensitive details about a privileged internal investigation and summarize documents, including privilege logs, designated as "Confidential" under the Protective Order in this action. *See* Dkt. 122. Facebook anticipates that Plaintiffs' submissions also include a substantial amount of highly confidential information covered by the Protective Order. *See* Dkt. 609. But due to the simultaneous briefing deadline, the parties lacked sufficient time in advance of their filings to coordinate on which aspects of their filings require redactions and/or sealing. Accordingly, the parties entered a Stipulation to temporarily file these submissions under seal. *See id*. Pursuant to that Stipulation, on or before February 15, 2021, Facebook will file a particularized motion to seal these materials. Plaintiffs have consented to the temporary filing of these submissions under seal. *See id*.

Accordingly, Facebook respectfully requests that the Court allow it to file these materials under seal temporarily. By February 15, 2021, Facebook will file a particularized motion as to the confidential content contained in the parties' submissions.

Dated: February 5, 2021            **GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

I, Orin Snyder, hereby certify that on February 5, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By:   */s/ Orin Snyder*
       Orin Snyder