GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF MARTIE KUTSCHER IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL** |

I, Martie Kutscher, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bars of California, New Jersey, and New York. I submit this declaration in support of Facebook's Administrative Motion to Temporarily File Under Seal (i) Facebook's Brief In Opposition To Plaintiffs' Request For Privileged Investigatory Materials, and (ii) Exhibit A to Facebook's Brief in Opposition To Plaintiffs' Request For Privileged Investigatory Materials. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. A true and correct copy of Facebook's Brief in Opposition to Plaintiffs' Request For Privileged Investigatory Materials is attached hereto as **Exhibit 1**.

3. A true and correct copy of Exhibit A to Facebook's Brief in Opposition To Plaintiffs' Request For Privileged Investigatory Materials—a February 5, 2021 letter from Deborah L. Stein to Derek W. Loeser and Lesley E. Weaver—is attached hereto as **Exhibit 2**.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2021 in Palo Alto, California.

/s/ *Martie Kutscher*
Martie Kutscher