# Facebook's Brief In Opposition To Plaintiffs' Request For Privileged Investigatory Materials

**FILED TEMPORARILY UNDER SEAL**