# EXHIBIT A

## February 5, 2021 Letter From Deborah L. Stein To Derek W. Loeser and Lesley E. Weaver

## FILED TEMPORARILY UNDER SEAL