Stephen A. Weiss (*pro hac vice*)
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9100

*Attorneys for Plaintiffs Jay Malskoff and Kenneth Irvine*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>*All Actions* | MDL 2843<br><br>Case No. 3:18-md-2843-VC |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** of the following change of address information for Stephen A. Weiss, counsel for Plaintiffs Jay Malskoff and Kenneth Irvine:

> **Stephen A. Weiss**
> **Seeger Weiss LLP**
> **55 Challenger Road, 6th Floor**
> **Ridgefield Park, NJ 07660**
> **Telephone: (973) 639-9100**
> **Facsimile: (973) 639-8656**
> **Email: sweiss@seegerweiss.com**

Dated: February 8, 2021

> */s/ Stephen A. Weiss*
> Stephen A. Weiss
> Seeger Weiss LLP
> 55 Challenger Road, 6th Floor
> Ridgefield Park, NJ 07660
> Telephone: (973) 639-9100
> Facsimile: (973) 639-8656
> Email: sweiss@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that, on February 8, 2021, I caused the foregoing Notice of Change of Address to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Stephen A. Weiss*
Stephen A. Weiss