Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' SUPPLEMENT TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO FACEBOOK'S APP DEVELOPER INVESTIGATION**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Courtroom: 4, 17th Floor |

To support its 20-page brief about the App Developer Investigation (the "ADI"), nearly 8 pages of which are single-spaced, Facebook submitted three categories of documents for *in camera* review. Facebook says it is offering the third category, consisting of five documents, to contextualize its claim of privilege over the ADI. But those documents are not family members to the 20 entries selected for *in camera* review. The submission of this category of documents is contrary to Discovery Order No. 12 and the Court's guidance that no additional evidence should be submitted in connection with the parties' briefing outside of the challenged documents and the privilege logs. *See*, *e.g.*, Hr'g Tr. 11:2-16 (Jan. 15, 2021). Thus, Plaintiffs respectfully request that the Court strike or disregard these materials.

A major factual error also requires correction. Facebook claims on seven occasions in its brief that, except for the 400 entries that Plaintiffs identified as not involving attorneys, Plaintiffs conceded privilege as the other entries. But, as Plaintiffs stated in a January 8, 2021 correspondence to Facebook, these 400 entries are *not* the only category of documents that Plaintiffs contend are unprivileged with respect to the ADI.

Dated: February 9, 2021                                         Respectfully submitted,

KELLER ROHRBACK L.L.P.                                          BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                                     By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                                 Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                       Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)                Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                              Matthew P. Montgomery (SBN 180196)
Benjamin Gould (SBN 250630)                                     Angelica M. Ornelas (SBN 285929)
Adele A. Daniel (admitted *pro hac vice*)                       Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                                   555 12th Street, Suite 1600
Seattle, WA 98101                                               Oakland, CA 94607
Tel.: (206) 623-1900                                            Tel.: (415) 445-4003
Fax: (206) 623-3384                                             Fax: (415) 445-4020
dloeser@kellerrohrback.com                                      lweaver@bfalaw.com
claufenberg@kellerrohrback.com                                  adavis@bfalaw.com
dko@kellerrohrback.com                                          mmontgomery@bfalaw.com

| | |
|---|---|
| bgould@kellerrohrback.com | aornelas@bfalaw.com |
| adaniel@kellerrohrback.com | jsamra@bfalaw.com |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this day of February, 2021, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on February 9, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

**In addition, the following were served via email:**

>Anjeza Hassan
>annie.sara@yahoo.com

>/s/ *Sarah Skaggs*
>Sarah Skaggs