| | |
|---|---|
| Lesley E. Weaver (SBN 191305) | Derek W. Loeser (admitted *pro hac vice*) |
| BLEICHMAR FONTI & AULD LLP | KELLER ROHRBACK L.L.P. |
| 555 12th Street, Suite 1600 | 1201 Third Avenue, Suite 3200 |
| Oakland, CA 94607 | Seattle, WA 98101 |
| Tel.: (415) 445-4003 | Tel.: (206) 623-1900 |
| Fax: (415) 445-4020 | Fax: (206) 623-3384 |
| lweaver@bfalaw.com | dloeser@kellerrohrback.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), the Consolidated Plaintiffs ("Plaintiffs") hereby submit this Administrative Motion to File Under Seal the following Documents (or portions thereof as indicated below):

|   | **Document** | **Portions Sought to be Sealed** |
|---|---|---|
| 1 | Discovery Letter Regarding Plaintiffs' Request for Production No. 43 ("Discovery Letter") | Parts of the second and third full paragraphs on page two of the Discovery Letter. |
| 2 | Exhibit F | The 3 pages comprising Exhibit F, an excerpt consisting of Bates Numbers FB-CA-MDL-00009462, 9466, and 9467 from a document produced by Facebook Bates Numbered FB-CA-MDL-00009455-9501, to the Discovery Letter designated by Facebook, Inc. ("Facebook") as "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order. |
| 3 | Exhibit G | The 1 page comprising Exhibit G, an excerpt consisting of Bates Number FB-CA-MDL-00013451 from a document produced by Facebook Bates Numbered FB-CA-MDL-00013451-13457, to the Discovery Letter designated by Facebook, Inc. ("Facebook") as "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order. |

The above-listed documents contain or summarize materials designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action. *See* Declaration of Matthew Montgomery ("Montgomery Decl.") ¶¶ 8-9. Pursuant to Local Rule 79-5(e), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

Pursuant to Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

(1) The Declaration of Matthew Montgomery in Support of Plaintiffs' Administrative Motion to Seal;

(2) A proposed order that lists in table format the portions Plaintiffs' Discovery Letter and Exhibits F and G sought to be sealed;

(3) A redacted version of Plaintiffs' Discovery Letter;

(4) An unredacted version of Plaintiffs' Discovery Letter; and

(5) Unredacted versions of Exhibit F and G.

In light of the foregoing, Plaintiffs respectfully request that the Court grant their Administrative Motion to File Under Seal.

Dated: February 12, 2021                                          Respectfully submitted,

KELLER ROHRBACK L.L.P.                              BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                               By:   */s/ Matthew Montgomery*
      Derek W. Loeser                                            Matthew Montgomery

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)      Lesley E. Weaver (SBN 191305)
David Ko (admitted *pro hac vice*)                    Anne K. Davis (SBN 267909)
Benjamin Gould (SBN 250630)                           Matthew P. Montgomery (SBN 180196)
Adele A. Daniel (admitted *pro hac vice*)             Angelica M. Ornelas (SBN 285929)
1201 Third Avenue, Suite 3200                         Joshua D. Samra (SBN 313050)
Seattle, WA 98101                                     555 12th Street, Suite 1600
Tel.: (206) 623-1900                                  Oakland, CA 94607
Fax: (206) 623-3384                                   Tel.: (415) 445-4003
dloeser@kellerrohrback.com                            Fax: (415) 445-4020
claufenberg@kellerrohrback.com                        lweaver@bfalaw.com
dko@kellerrohrback.com                                adavis@bfalaw.com
bgould@kellerrohrback.com                             mmontgomery@bfalaw.com
adaniel@kellerrohrback.com                            aornelas@bfalaw.com
bgould@kellerrohrback.com                             jsamra@bfalaw.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February, 2021 at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on February 12, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to all counsel of record via electronic mail.

<i>/s/ Lesley E. Weaver</i><br>
Lesley E. Weaver