# EXHIBIT C

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel 650.849.5300
www.gibsondunn.com

Martie Kutscher Clark
Direct: +1 650.849.5348
Fax: +1 650.849.5048
MKutscherClark@gibsondunn.com

March 4, 2020

VIA ELECTRONIC MAIL

Lesley Weaver
Matthew Montgomery
Anne Davis
Bleichmar Fonti & Auld LLP
555 12th Street
Suite 1600
Oakland, CA 94607

Re: *In re Facebook, Inc. Consumer Privacy User Profile*, Northern District of California Case No. 3:18-md-02843-VC

Counsel:

     I write to provide an amended list of public U.S. government actions described in RFP 6. As you highlighted, my original letter inadvertently omitted the California Attorney General's Investigation into Cambridge Analytica. This was a clerical error. We understand that Plaintiffs are familiar with this investigation, which has been widely reported.

1. Federal Trade Commission – *In the Matter of Facebook, Inc.*, No. 19-cv-2184 (D.D.C.)
2. Securities and Exchange Commissions – *SEC v. Facebook, Inc.*, No. 3:19-cv-04241 (N.D. Cal.).
3. *District of Columbia v. Facebook, Inc.*, 2018 CA 008715 B (D.C. Super. Ct.)
4. *People of the State of Illinois v. Facebook, Inc.*, 2018 CH 03868 (Ill. Cir. Ct.)
5. Multistate Attorneys General Investigation into Cambridge Analytica
6. New York Attorney General Investigation into Cambridge Analytica
7. New Jersey Attorney General Investigation into Cambridge Analytica
8. California Attorney General Investigation into Cambridge Analytica
9. Massachusetts Attorney General Investigation into Cambridge Analytica
10. Congressional Briefings and Questions for the Record

Regards,

*Martie Kutscher Clark*

Martie Kutscher Clark

cc: Derek Loeser, David Ko, Cari Laufenberg