# Plaintiffs' Exhibit F

# Redacted in its Entirety