# Plaintiffs' Exhibit G

# Redacted in its Entirety