**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER RE: DISCOVERY LETTER REGARDING PLAINTIFFS' REQUEST FOR PRODUCTION NO. 43** |

      Having carefully considered the papers filed by the parties, the arguments advanced by counsel on the hearing on the matter, and good cause appearing, Plaintiffs' motion is GRANTED.  Facebook shall produce to Plaintiffs all sworn testimony and written discovery responses, sworn or not, from the ten related regulatory actions listed in Montgomery Exhibit C within 30 days of the issuance of this order.

      **IT IS SO ORDERED.**

Dated: _____

                                            HON. JACQUELINE SCOTT CORLEY
                                            UNITED STATES MAGISTRATE JUDGE