UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SEALING PRIVILEGE BRIEFING** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. Whereas the parties' prior stipulation provides that Facebook may submit by February 15, 2021, a permanent motion to seal certain parts of the parties' submissions filed pursuant to Pretrial Order 12. Dkt. 610

2. Whereas February 15, 2021 is a legal holiday on which the Court is closed.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1. By February 16, 2021, Facebook may submit a motion to permanently seal certain portions of the parties' submissions filed pursuant to Pretrial Order 12.

2. This supplants the February 15, 2021 deadline in the parties' prior stipulation, Dkt. 610.

| | |
|---|---|
| Dated: February 15, 2021 | Respectfully submitted, |
| **KELLER ROHRBACK LLP** | **BLEICHMAR FONTI & AULD LLP** |
| By: *Derek W. Loeser*  <br>    Derek W. Loeser | By: *Lesley E. Weaver*  <br>    Lesley E. Weaver |
| Derek W. Loeser (admitted *pro hac vice*)<br>Lynn Lincoln Sarko (admitted *pro hac vice*)<br>Gretchen Freeman Cappio (admitted *pro hac vice*)<br>Cari Campen Laufenberg (admitted *pro hac vice*)<br>David J. Ko (admitted *pro hac vice*)<br>Benjamin Gould (SBN 250630)<br>Adele Daniel (admitted *pro hac vice*)<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com<br>lsarko@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>dko@kellerrohrback.com<br>bgould@kellerrohrback.com | Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Matthew P. Montgomery (SBN 180196)<br>Angelica M. Ornelas (SBN 285929)<br>Joshua D. Samra (SBN 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>mmontgomery@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com |

adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: February 15, 2021                                  Respectfully submitted,

                                                                         **GIBSON, DUNN & CRUTCHER, LLP**

| | |
|---|---|
| Deborah Stein (SBN 224570) | By: *Orin Snyder* |
| dstein@gibsondunn.com | Orin Snyder (*pro hac vice*) |
| 333 South Grand Avenue | osnyder@gibsondunn.com |
| Los Angeles, CA 90071-3197 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: 213.229.7000 | 200 Park Avenue |
| Facsimile: 213.229.7520 | New York, NY 10166-0193 |
| | Telephone: 212.351.4000 |
| Kristin A. Linsley (SBN 154148) | Facsimile: 212.351.4035 |
| klinsley@gibsondunn.com | |
| Martie Kutscher (SBN 302650) | Joshua S. Lipshutz (SBN 242557) |
| mkutscherclark@gibsondunn.com | jlipshutz@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 555 Mission Street, Suite 3000 | 1050 Connecticut Avenue, N.W. |
| San Francisco, CA 94105-0921 | Washington, DC 20036-5306 |
| Telephone: 415.393.8200 | Telephone: 202.955.8500 |
| Facsimile: 415.393.8306 | Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____          _____

                                                                         United States Magistrate Judge Jacqueline Corley

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: February 15, 2021				By:	*/s/ Orin Snyder*
							Orin Snyder

## **CERTIFICATE OF SERVICE**

I, Orin Snyder, hereby certify that on February 15, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Orin Snyder*  
Orin Snyder
