UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY BRIEFING** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. Whereas, on August 21, 2020, Plaintiffs sent Facebook a letter challenging the confidentiality of 45 documents Facebook had produced to Plaintiffs and designated as Confidential or Highly Confidential – Attorneys' Eyes Only, as follows:

| |
|---|
| FB-CA-MDL-00188612 |
| FB-CA-MDL-00189441 |
| FB-CA-MDL-00227873 |
| FB-CA-MDL-00177962 |
| FB-CA-MDL-00178254 |
| FB-CA-MDL-00178146 |
| FB-CA-MDL-00183235 |
| FB-CA-MDL-00179356 |
| FB-CA-MDL-00198496 |
| FB-CA-MDL-00183209 |
| FB-CA-MDL-00183225 |
| FB-CA-MDL-00183320 |
| FB-CA-MDL-00183181 |
| FB-CA-MDL-00185088 |
| FB-CA-MDL-00195572 |
| FB-CA-MDL-00188486 |
| FB-CA-MDL-00188479 |
| FB-CA-MDL-00183250 |
| FB-CA-MDL-00183245 |
| FB-CA-MDL-00191995 |
| FB-CA-MDL-00198323 |
| FB-CA-MDL-00198268 |
| FB-CA-MDL-00198236 |
| FB-CA-MDL-00197181 |
| FB-CA-MDL-00189595 |

| |
|---|
| FB-CA-MDL-00233426 |
| FB-CA-MDL-00228319 |
| FB-CA-MDL-00199181 |
| FB-CA-MDL-00203259 |
| FB-CA-MDL-00197243 |
| FB-CA-MDL-00198226 |
| FB-CA-MDL-00200219 |
| FB-CA-MDL-00195790 |
| FB-CA-MDL-00202384 |
| FB-CA-MDL-00202952 |
| FB-CA-MDL-00202239 |
| FB-CA-MDL-00203710 |
| FB-CA-MDL-00194166 |
| FB-CA-MDL-00200215 |
| FB-CA-MDL-00203464 |
| FB-CA-MDL-00187051 |
| FB-CA-MDL-00202398 |
| FB-CA-MDL-00179201 |
| FB-CA-MDL-00176216 |
| FB-CA-MDL-00178469 |

2. Whereas, on October 10, 2020, Facebook filed an Emergency Administrative Motion to Remove from the Public Docket and Seal Confidential Materials ("Motion"). Dkt. 530.

3. Whereas, Plaintiffs filed an opposition to Facebook's Motion on October 5, 2020. Dkt. 531.

4. Whereas, on October 7, 2020, the Court issued an order locking the docket entry at issue in Facebook's Motion (Dkt. 526) and ordering the parties to meet and confer regarding Facebook's claim of confidentiality. Dkt. 534.

5.     Whereas, the parties have met and conferred and have not reached agreement regarding the confidentiality of the materials at issue in Facebook's Motion and Plaintiffs' August 21 letter.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1.     Facebook will file an opening brief regarding its claim of confidentiality over the materials at issue in its Motion and Plaintiffs' August 21 letter by March 19, 2021. Facebook's brief shall be no more than 15 pages.

2.     Plaintiffs will file their opposition brief by April 19, 2021. Plaintiffs' brief shall be no more than 15 pages.

3.     Facebook will file its reply brief by May 3, 2021. Facebook's reply brief shall be no more than 10 pages.

Dated: February 12, 2021

**KELLER ROHRBACK LLP**

By:   /s/ Derek W. Loeser
        Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By:   /s/ Lesley E. Weaver
        Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew P. Montgomery (SBN 180196)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
efierro@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: February 12, 2021                        Respectfully submitted,

                                                **GIBSON, DUNN & CRUTCHER, LLP**

Deborah Stein (SBN 224570)
dstein@gibsondunn.com                           By:  */s/ Orin Snyder*
333 South Grand Avenue                          Orin Snyder (*pro hac vice*)
Los Angeles, CA 90071-3197                      osnyder@gibsondunn.com
Telephone:  213.229.7000                        GIBSON, DUNN & CRUTCHER LLP
Facsimile:  213.229.7520                        200 Park Avenue
                                                New York, NY 10166-0193
Kristin A. Linsley (SBN 154148)                 Telephone:  212.351.4000
klinsley@gibsondunn.com                         Facsimile:  212.351.4035
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com                   Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP                     jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000                  GIBSON, DUNN & CRUTCHER LLP
San Francisco, CA 94105-0921                    1050 Connecticut Avenue, N.W.
Telephone:  415.393.8200                        Washington, DC 20036-5306
Facsimile:  415.393.8306                        Telephone:  202.955.8500
                                                Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  February 16, 2020                        _____
                                                United States Magistrate Judge Jacqueline Corley

4

STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY BRIEFING
CASE NO. 3:18-MD-02843-VC-JSC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: February 12, 2021 By: <u>*/s/ Orin Snyder*</u>
Orin Snyder