UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SEALING PRIVILEGE BRIEFING** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. Whereas the parties' prior stipulation provides that Facebook may submit by February 15, 2021, a permanent motion to seal certain parts of the parties' submissions filed pursuant to Pretrial Order 12.  Dkt. 610

2. Whereas February 15, 2021 is a legal holiday on which the Court is closed.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1. By February 16, 2021, Facebook may submit a motion to permanently seal certain portions of the parties' submissions filed pursuant to Pretrial Order 12.

2. This supplants the February 15, 2021 deadline in the parties' prior stipulation, Dkt. 610.

Dated: February 15, 2021

**KELLER ROHRBACK LLP**

By: *Derek W. Loeser*
    Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By: *Lesley E. Weaver*
    Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew P. Montgomery (SBN 180196)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: February 15, 2021                                Respectfully submitted,

                                                        **GIBSON, DUNN & CRUTCHER, LLP**

Deborah Stein (SBN 224570)                              By:  *Orin Snyder*
dstein@gibsondunn.com                                   Orin Snyder (*pro hac vice*)
333 South Grand Avenue                                  osnyder@gibsondunn.com
Los Angeles, CA 90071-3197                              GIBSON, DUNN & CRUTCHER LLP
Telephone: 213.229.7000                                 200 Park Avenue
Facsimile: 213.229.7520                                 New York, NY 10166-0193
                                                        Telephone: 212.351.4000
Kristin A. Linsley (SBN 154148)                         Facsimile: 212.351.4035
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)                            Joshua S. Lipshutz (SBN 242557)
mkutscherclark@gibsondunn.com                           jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP                             GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000                          1050 Connecticut Avenue, N.W.
San Francisco, CA 94105-0921                            Washington, DC 20036-5306
Telephone: 415.393.8200                                 Telephone: 202.955.8500
Facsimile: 415.393.8306                                 Facsimile: 202.467.0539
*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:  February 16, 2020

United States Magistrate Judge Jacqueline Corley