# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DECLARATION IN SUPPORT OF PLAINTIFFS' SEALING MOTION** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. Whereas on the evening of Friday February 12, 2021, Plaintiffs submitted an Administrative Motion to File Under Seal certain portions of Plaintiffs' Discovery Letter Regarding Plaintiffs' Request for Production No. 43 and certain accompanying exhibits, all of which Facebook designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action.  Dkt. 618.

2. Whereas under Civil Local Rule 79-5(e)(1), Facebook is required to file a declaration in support of Plaintiffs' motion "within 4 days."

3. Whereas February 13-15 were not business days, Civil Local Rule 79-5(e)(1) allows Facebook one business day to prepare its declaration in support of Plaintiffs' motion.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1. The deadline set by Civil Local Rule 79-5(e)(1) shall be extended such that Facebook may submit a declaration in support of Plaintiffs' motion to seal, Dkt. 618, by February 19, 2021.

| | |
|---|---|
| Dated: February 16, 2021<br>**KELLER ROHRBACK LLP**<br><br>By:  *Derek W. Loeser*<br>     Derek W. Loeser<br><br>Derek W. Loeser (admitted *pro hac vice*)<br>Lynn Lincoln Sarko (admitted *pro hac vice*)<br>Gretchen Freeman Cappio (admitted *pro hac vice*)<br>Cari Campen Laufenberg (admitted *pro hac vice*)<br>David J. Ko (admitted *pro hac vice*)<br>Benjamin Gould (SBN 250630)<br>Adele Daniel (admitted *pro hac vice*)<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900 | Respectfully submitted,<br>**BLEICHMAR FONTI & AULD LLP**<br><br>By:  *Lesley E. Weaver*<br>     Lesley E. Weaver<br><br>Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Matthew P. Montgomery (SBN 180196)<br>Angelica M. Ornelas (SBN 285929)<br>Joshua D. Samra (SBN 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>mmontgomery@bfalaw.com |

Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

aornelas@bfalaw.com
jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: February 16, 2021

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

By: *Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306
*Attorneys for Defendant Facebook, Inc.*

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: February 17, 2021

*Jacqueline Scott Corley*

United States Magistrate Judge Jacqueline Corley