Matthew S. Melamed (SBN 260272)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
mmelamed@bfalaw.com

*Attorney to Consolidated Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
| | Case No. 18-md-02843-VC |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF COUNSEL FOR CONSOLIDATED PLAINTIFFS** |

PLEASE TAKE NOTICE that Matthew S. Melamed of Bleichmar Fonti & Auld LLP, a member of the State Bar of California in good standing and admitted to practice before this Court, hereby appears on behalf of the Consolidated Plaintiffs in this action.

The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action. Mr. Melamed's contact information is as follows:

>Matthew S. Melamed
>Bleichmar Fonti & Auld LLP
>555 12th Street, Suite 1600
>Oakland, CA 94607
>Telephone: (415) 445-4003
>Facsimile: (415) 445-4020
>Email: mmelamed@bfalaw.com

DATED this 18th day of February, 2021.

By: __/s/ *Matthew S. Melamed*__
    Matthew S. Melamed

Matthew S. Melamed (SBN 260272)
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
Email: mmelamed@bfalaw.com

*Attorney to Consolidated Plaintiffs*