GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Administrative Motion to Seal. Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal is GRANTED. The Court hereby ORDERS:

1. The redacted version of Plaintiffs' Exhibit A to the parties' Joint Status Update and accompanying exhibits in advance of the Court's discovery conference scheduled for March 4, 2021—Exhibit 1 to the Declaration of Martie Kutscher—shall be filed on the public docket.

2. The unredacted version of Plaintiffs' Exhibit A to the parties' Joint Status Update and accompanying exhibits in advance of the Court's discovery conference scheduled for March 4, 2021—Exhibit 2 to the Declaration of Martie Kutscher—shall be permanently sealed.

3. The redacted version of Plaintiffs' Exhibit B to the parties' Joint Status Update and accompanying exhibits in advance of the Court's discovery conference scheduled for March 4, 2021—Exhibit 3 to the Declaration of Martie Kutscher—shall be filed on the public docket.

4. The unredacted version of Plaintiffs' Exhibit B to the parties' Joint Status Update and accompanying exhibits in advance of the Court's discovery conference scheduled for March 4, 2021—Exhibit 4 to the Declaration of Martie Kutscher—shall be permanently sealed.

5. The other submissions the parties filed temporarily under seal—specifically, Dkts. 631, 631-1, 631-2, 631-3, 631-6, and 631-7—shall be unsealed and placed on the public docket.

**IT IS SO ORDERED.**

DATE: _____         _____

United States Magistrate Judge Jacqueline Corley