# Plaintiffs' Exhibit A

| | |
|---|---|
| **From:** | Falconer, Russ <RFalconer@gibsondunn.com> <RFalconer@gibsondunn.com> |
| **Sent:** | Wednesday, March 3, 2021 10:14 AM |
| **To:** | David Ko; Lesley Weaver; Anne Davis; Matthew Montgomery; Derek Loeser; Cari Laufenberg |
| **Cc:** | Stein, Deborah L.; Davis, Colin B.; Kutscher Clark, Martie; Mumm, Laura C.; Grant, Shaquille |
| **Subject:** | In re Facebook, Inc. Consumer Privacy User Profile Litigation |
| **Attachments:** | 2012 - 2017 Revenue by Channel.pdf |

Counsel:

In advance of tomorrow's deposition, attached please find a PDF copy of an Excel workbook that other Facebook employees provided to Ms. Lee to allow her to discharge her obligations under Rule 30(b)(6) on topics of which she had limited or no independent personal knowledge.  The workbook contains two sheets.  We have produced both sheets and, for clarity, added the name of each sheet to the footer of the PDF.  We have also added a confidentiality designation to the header

Thanks,
Russ


**Russ Falconer**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3170 • Fax +1 214.571.2958
RFalconer@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

*Highly Confidential*  *Produced under protective order*
*Attorneys' Eyes Only*  *in 3:18-md-02843-VC (N.D. Cal.)*

**Facebook Inc**
**Consolidated Revenue Streams**





*Revenue by Channel*

**Highly Confidential**
**Attorneys' Eyes Only**

*Produced under protective order*
*in 3:18-md-02843-VC (N.D. Cal.)*



**Revenue by Channel**



**Revenue by Channel**

*Highly Confidential*
*Attorneys' Eyes Only*

*Produced under protective order*
*in 3:18-md-02843-VC (N.D. Cal.)*



**Revenue Channel Definitions**

*Highly Confidential*
*Attorneys' Eyes Only*

*Produced under protective order*
*in 3:18-md-02843-VC (N.D. Cal.)*



**Revenue Channel Definitions**