| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Orin Snyder (*pro hac vice*) | Joshua S. Lipshutz (SBN 242557) |
| osnyder@gibsondunn.com | jlipshutz@gibsondunn.com |
| 200 Park Avenue | 1050 Connecticut Avenue, N.W. |
| New York, NY 10166-0193 | Washington, DC 20036-5306 |
| Telephone: 212.351.4000 | Telephone: 202.955.8500 |
| Facsimile: 212.351.4035 | Facsimile: 202.467.0539 |
| | |
| Kristin A. Linsley (SBN 154148) | Deborah Stein (SBN 224570) |
| klinsley@gibsondunn.com | dstein@gibsondunn.com |
| Martie Kutscher (SBN 302650) | 333 South Grand Avenue |
| mkutscherclark@gibsondunn.com | Los Angeles, CA 90071-3197 |
| 555 Mission Street, Suite 3000 | Telephone: 213.229.7164 |
| San Francisco, CA 94105-0921 | Facsimile: 213.229.6164 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | *Attorneys for Defendant Facebook, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO PERMANENTLY SEAL CONFIDENTIAL MATERIALS** |

## [~~PROPOSED~~] ORDER

The Court has considered Facebook, Inc.'s Administrative Motion to Permanently Seal Confidential Materials ("Facebook's Motion") from the parties' search string submissions and the evidence and argument offered in support of Facebook's Motion.  Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal is GRANTED.  The Court hereby ORDERS:

1. On October 16, 2020, Facebook temporarily filed under seal, as Dkt. 544, Facebook's Request to Approve Facebook's Search String Proposal for Custodian Groups 1-4 ("Facebook Brief").  Exhibit 1 to the Declaration of Martie Kutscher In Support Of Facebook's Administrative Motion to Permanently Seal Confidential Materials, which is a redacted version of the Facebook Brief, shall replace Dkt. 544 on the docket.

2. On October 16, 2020, Facebook temporarily filed under seal unredacted versions of Exhibits A, B, and C to the Declaration of Martie Kutscher in support of the Facebook Brief.  Dkts. 543-3 to 543-5.  These exhibits shall be permanently sealed.

3. On October 16, 2020, Plaintiffs temporarily filed under seal, as Dkt. 545-2, Plaintiffs' Submission Regarding Disputed Search Strings and Exhibits A to O thereto ("Plaintiffs' Submission").  Exhibit 2 to the Declaration of Martie Kutscher In Support Of Facebook's Administrative Motion to Permanently Seal Confidential Materials, which is a redacted version of Plaintiffs' Submission, shall replace Dkt. 545-2 on the docket.

4. Exhibits 3 and 4 to the Declaration of Martie Kutscher In Support Of Facebook's Administrative Motion to Permanently Seal Confidential Materials, which are unredacted versions of #1 and #3 above, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: __March 15, 2021__



_____
United States Magistrate Judge Jacqueline Scott Corley

2
[~~PROPOSED~~] ORDER
CASE NO. 3:18-CV-01732-VC

Gibson, Dunn & Crutcher LLP