| | |
|---|---|
| **GIBSON, DUNN & CRUTCHER LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| Orin Snyder (*pro hac vice*) | Deborah Stein (SBN 224570) |
| osnyder@gibsondunn.com | dstein@gibsondunn.com |
| 200 Park Avenue | 333 South Grand Avenue |
| New York, NY 10166-0193 | Los Angeles, CA 90071-3197 |
| Telephone: 212.351.4000 | Telephone: 213.229.7164 |
| Facsimile: 212.351.4035 | Facsimile: 213.229.6164 |
| | |
| Kristin A. Linsley (SBN 154148) | Joshua S. Lipshutz (SBN 242557) |
| klinsley@gibsondunn.com | jlipshutz@gibsondunn.com |
| Martie Kutscher (SBN 302650) | 1050 Connecticut Avenue, N.W. |
| mkutscherclark@gibsondunn.com | Washington, DC 20036-5306 |
| 555 Mission Street, Suite 3000 | Telephone: 202.955.8500 |
| San Francisco, CA 94105-0921 | Facsimile: 202.467.0539 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | |

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO SEAL** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s Administrative Motion to Seal. Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal is GRANTED. The Court hereby ORDERS:

1. The redacted version of Plaintiffs' Exhibit A to the parties' Joint Status Update and accompanying exhibits in advance of the Court's discovery conference scheduled for March 4, 2021—Exhibit 1 to the Declaration of Martie Kutscher—shall be filed on the public docket.

2. The unredacted version of Plaintiffs' Exhibit A to the parties' Joint Status Update and accompanying exhibits in advance of the Court's discovery conference scheduled for March 4, 2021—Exhibit 2 to the Declaration of Martie Kutscher—shall be permanently sealed.

3. The redacted version of Plaintiffs' Exhibit B to the parties' Joint Status Update and accompanying exhibits in advance of the Court's discovery conference scheduled for March 4, 2021—Exhibit 3 to the Declaration of Martie Kutscher—shall be filed on the public docket.

4. The unredacted version of Plaintiffs' Exhibit B to the parties' Joint Status Update and accompanying exhibits in advance of the Court's discovery conference scheduled for March 4, 2021—Exhibit 4 to the Declaration of Martie Kutscher—shall be permanently sealed.

5. The other submissions the parties filed temporarily under seal—specifically, Dkts. 631, 631-1, 631-2, 631-3, 631-6, and 631-7—shall be unsealed and placed on the public docket.

**IT IS SO ORDERED.**

DATE:  March 15, 2021



United States _____ Corley

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] ORDER
CASE NO. 3:18-CV-01732-VC