# EXHIBIT 1



August 21, 2020

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Martie Kutscher Clark<br>Gibson Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>mkutscherclark@gibsondunn.com | Joshua S. Lipshutz<br>Gibson Dunn & Crutcher LLP<br>1050 Connecticut Ave NW<br>Washington, DC 20036<br>jlipshutz@gibsondunn.com |
| Brian M. Lutz<br>Kristin A. Linsley<br>Gibson Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>blutz@gibsondunn.com<br>klinsley@gibsondunn.com | Orin Snyder<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>osnyder@gibsondunn.com |

Re:   *In re Facebook, Inc. Consumer Privacy User Profile*,
Northern District of California Case No. 3:18-md-02843-VC

Dear Counsel:

Plaintiffs write pursuant to paragraph 6.2 of Pretrial Order No. 10: Protective Order to challenge the confidentiality of certain documents Facebook has produced and designated confidential in this action. Specifically, Facebook has designated a number of documents confidential that it produced in its litigation with Six4Three LLC and are now publicly available at https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf.

Listed below are the bates numbers of the documents Facebook designated as confidential in this action and the bates numbers of their counterparts that are publicly available:

| Facebook-Produced Documents | **Publicly Available Counterparts**<br>**PDF Page of Sealed Exhibits**<br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
|---|---|
| FB-CA-MDL-00188612<br>FB-CA-MDL-00189441 | Exhibit 43 at 797/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00227873 | Exhibit 172 at 3466/3799 |

Gibson Dunn & Crutcher LLP                      **KELLER ROHRBACK L.L.P.**
August 21, 2020                                        **BLEICHMAR FONTI & AULD LLP**
Page 2

|  |  |
|---|---|
|  | https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00177962 | Exhibit 29 at 646/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00178254 | Exhibit 34 at 704/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00178146 | Exhibit 35 at 708/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00183235 | Exhibit 37 at 721/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00179356 | Exhibit 39 at 747/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00198496 | Exhibit 42 at 794/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00183209 | Exhibit 46 at 810/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00183225 | Exhibit 48 at 820/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |

Gibson Dunn & Crutcher LLP  
August 21, 2020  
Page 3

**KELLER ROHRBACK L.L.P.**  
**BLEICHMAR FONTI & AULD LLP**

| | |
|---|---|
| FB-CA-MDL-00183320 | Exhibit 53 at 890/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00183181 | Exhibit 54 at 894/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00185088 | Exhibit 56 at 899/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00195572 | Exhibit 61 at 950/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00188486 | Exhibit 62 at 956/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00188479 | Exhibit 165 at 3413/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00183250 | Exhibit 63 at 965/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00183245 | Exhibit 64 at 972/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00191995 | Exhibit 65 at 978/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |

Gibson Dunn & Crutcher LLP  **KELLER ROHRBACK L.L.P.**
August 21, 2020  **BLEICHMAR FONTI & AULD LLP**
Page 4

| | |
|---|---|
| FB-CA-MDL-00198323 | Exhibit 73 at 1031/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00198268 | Exhibit 76 at 1048/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00198236 | Exhibit 79 at 1102/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00197181 | Exhibit 80 at 1107/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00189595 | Exhibit 81 at 1112/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00233426 | Exhibit 90 at 1245/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00228319 | Exhibit 92 at 1259/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00199181 | Exhibit 104 at 1355/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00203259 | Exhibit 108 at 1374/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |

| Gibson Dunn & Crutcher LLP | **KELLER ROHRBACK L.L.P.** |
|---|---|
| August 21, 2020 | **BLEICHMAR FONTI & AULD LLP** |
| Page 5 | |

| | |
|---|---|
| FB-CA-MDL-00197243 | Exhibit 112 at 1387/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00198226 | Exhibit 115 at 1405/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00200219 | Exhibit 116 at 1413/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00195790 | Exhibit 119 at 1441/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00202384 | Exhibit 124 at 1455/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00202952 | Exhibit 129 at 1459/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00202239 | Exhibit 130 at 1482/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00203710 | Exhibit 135 at 1545/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00194166 | Exhibit 139 at 1570/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |

Gibson Dunn & Crutcher LLP  **KELLER ROHRBACK L.L.P.**
August 21, 2020  **BLEICHMAR FONTI & AULD LLP**
Page 6

| FB-CA-MDL-00200215 | Exhibit 150 at 3231/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
|---|---|
| FB-CA-MDL-00203464 | Exhibit 151 at 3236/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00187051 | Exhibit 161 at 3392/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00202398 | Exhibit 162 at 3400/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00179201 | Exhibit 169 at 3442/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00176216 | Exhibit 203 at 3707/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |
| FB-CA-MDL-00178469 | Exhibit 204 at 3712/3799<br><br>https://dataviz.nbcnews.com/projects/20191104-facebook-leaked-documents/assets/facebook-sealed-exhibits.pdf |

Paragraph 6.2 of the protective order requires the parties to meet and confer by phone of videoconference within two weeks of this letter.  Plaintiffs look forward to meeting and conferring on or before that date.

Regards,

Matthew Montgomery
mmontgomery@bfalaw.com