# EXHIBIT 8

```
 1 | DURIE TANGRI LLP
   | SONAL N. MEHTA (SBN 222086)
 2 | smehta@durietangri.com
   | JOSHUA H. LERNER (SBN 220755)
 3 | jlerner@durietangri.com
   | LAURA E. MILLER (SBN 271713)
 4 | lmiller@durietangri.com
   | CATHERINE Y. KIM (SBN 308442)
 5 | ckim@durietangri.com
   | 217 Leidesdorff Street
 6 | San Francisco, CA 94111
   | Telephone:   415-362-6666
 7 | Facsimile:   415-236-6300
 8 | Attorneys for Defendant
   | Facebook, Inc.
```

**FILED**
**SAN MATEO COUNTY**
**JAN 17 2019**
Clerk of the Superior Court
By _____
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| SIX4THREE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation; MARK ZUCKERBERG, an individual; CHRISTOPHER COX, an individual; JAVIER OLIVAN, an individual; SAMUEL LESSIN, an individual; MICHAEL VERNAL, an individual; ILYA SUKHAR, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CIV 533328<br><br>**Assigned for all purposes to Hon. V. Raymond Swope, Dept. 23**<br><br>**ORDER NO. 2 RE: DESTRUCTION OR RETURN OF FACEBOOK INFORMATION AND CERTIFICATION**<br><br>Date:   December 17, 2018<br>Time:   9:00 a.m.<br>Dept:   23 (Complex Civil Litigation)<br>Judge:  Honorable V. Raymond Swope<br><br>FILING DATE:   April 10, 2015<br>TRIAL DATE:    April 25, 2019 |

CIV533328
ORD
Order
1602448

On December 17, 2018, the parties appeared in Department 23 for a discovery conference and a hearing on Birnbaum & Godkin LLP's *ex parte* application for an order shortening time on Birnbaum & Godkin LLP's motion to be relieved as counsel for Plaintiff Six4Three, LLC ("Six4Three").

At the December 17, 2018 hearing, the Court ordered that Mr. Kramer and Mr. Scaramellino shall delete all documents, as defined in the Court's December 14, 2018 Order Re: Destruction or Return of Facebook Documents and Certification, in their possession that contain any Facebook Confidential or Highly Confidential information. The purpose of both this order and the Court's December 14, 2018 Order Re: Destruction or Return of Facebook Documents and Certification is to ensure that Mr. Scaramellino and Mr. Kramer shall not have any documents containing Facebook's Confidential or Highly Confidential information in their possession, custody, or control.

IT IS HEREBY ORDERED: Mr. Kramer; Mr. Kramer's counsel, Mr. Russo or Mr. Sargent; Mr. Scaramellino; Mr. Scaramellino's counsel, Mr. Russo or Mr. Sargent; Six4Three's counsel Mr. Godkin; Mr. Godkin's counsel, Six4Three's counsel Mr. Gross; Mr. Gross' counsel; counsel for Facebook; and third party forensic examiner Eric Friedberg of Stroz Friedberg or his agents ("Forensic Examiner") shall appear on Wednesday, December 19, 2018, at 9:00 a.m., at the San Francisco office of Murphy Pearson Bradley & Feeney, located at 88 Kearny Street, 10th Floor, San Francisco, CA 94108.

Mr. Kramer and Mr. Scaramellino shall bring with them any and all devices that the Forensic Examiner has imaged and returned to them, and all credentials, devices, or information necessary for them to access (including for multi-factor authentication) any accounts that the Forensic Examiner has preserved and returned access to them. Mr. Scaramellino's objection to moving any of his devices from the state of New York is OVERRULED.

The Forensic Examiner shall prepare a checklist of all of Mr. Kramer's devices and accounts that it has imaged and preserved. The Forensic Examiner shall prepare a checklist of all of Mr. Scaramellino's devices and accounts that it has imaged and preserved.

Under the supervision of his individual counsel, Mr. Kramer shall delete all Documents, as defined in the Court's December 14, 2018 Order Re: Destruction or Return of Facebook Documents and

Certification,[1] that contain any Facebook Confidential or Highly Confidential information from each of the devices and accounts identified in the Forensic Examiner's checklist. Mr. Kramer and shall also delete all Documents, as defined in the Court's December 14, 2018 Order Re: Destruction or Return of Facebook Documents and Certification, that contain any Facebook Confidential or Highly Confidential information from any and all other devices and accounts under Mr. Kramer's possession, custody, or control. For the avoidance of doubt, as stated in the Court's December 14, 2018 Order, these provisions include any "work product" (including without limitation pleadings, motions, court filings, discovery responses or requests, transcripts, or drafts thereof, or notes or outlines) that are copied, extracted from, or reflect Facebook's Confidential or Highly Confidential information.

Mr. Kramer shall certify to the Court, under penalty of perjury under the laws of the State of California, that he has destroyed or deleted all Documents, as defined in the Court's December 14, 2018 Order Re: Destruction or Return of Facebook Documents and Certification, that contain any Facebook Confidential or Highly Confidential information from each of the devices and accounts identified in the Forensic Examiner's checklist and from any and all other devices and accounts under Mr. Kramer's possession, custody, or control. Mr. Kramer shall append the Forensic Examiner's checklist of his devices and accounts that it has imaged and preserved as an appendix to his certification. Mr. Kramer shall execute the certification and file and serve it promptly upon completion of the deletion process.

Under the supervision of his individual counsel, Mr. Scaramellino shall delete all Documents, as defined in the Court's December 14, 2018 Order Re: Destruction or Return of Facebook Documents and

---

[1] For the purposes of this Order, "Document" and "Documents" means any written, printed, typed, recorded, magnetic, digitized, punched, copied, graphic or other tangible thing in, through, or from which information may be embodied, translated, conveyed, or stored including letters, correspondence, memoranda, notes, records, minutes, studies, reports, ledgers, books, notebooks, pamphlets, announcements, publications, advertisements, sales literature, brochures, manuals, price lists, messages, papers, legal instruments, agreements, telegrams, telexes, electronic mail, electronic attachments, dictation tapes, audio tapes, video tapes, film, computer files, computer tapes (including backup tapes), computer discs (including backup discs), computer printouts, microfilm, microfiche, worksheets, diaries, calendars, photographs, prints, pictures, charts, drawings, sketches, graphs, and all of the writings or drafts thereof as defined in California Evidence Code section 250, as well as data stored in a computer, computer networks, hard-drives, USB drives, CDs, DVDs, data stored on removable magnetic or optical media (e.g., magnetic tape, floppy discs and recordable optical disks), data used for electronic data interchange, audit trails, digitized pictures and video (e.g., data stored in MPEG, JPEG and GIF formats), and digitized audio and voicemail. A draft or non-identical copy is a separate document within the meaning of this term.

Certification, that contain any Facebook Confidential or Highly Confidential information from each of the devices and accounts identified in the Forensic Examiner's checklist. Mr. Scaramellino shall also delete all Documents, as defined in the Court's December 14, 2018 Order Re: Destruction or Return of Facebook Documents and Certification, that contain any Facebook Confidential or Highly Confidential information from any and all other devices and accounts under Mr. Scaramellino's possession, custody, or control. For the avoidance of doubt, these provisions include any "work product" (including without limitation pleadings, motions, court filings, discovery responses or requests, transcripts, or drafts thereof, or notes or outlines) that are copied, extracted from, or reflect Facebook's Confidential or Highly Confidential information.

Mr. Scaramellino shall certify to the Court, under penalty of perjury under the laws of the State of California, that he has destroyed or deleted all Documents, as defined in the Court's December 14, 2018 Order Re: Destruction or Return of Facebook Documents and Certification, that contain any Facebook Confidential or Highly Confidential information from each of the devices and accounts identified in the Forensic Examiner's checklist and from any and all other devices and accounts under Mr. Scaramellino's possession, custody, or control. Mr. Scaramellino shall append the Forensic Examiner's checklist of his devices and accounts that it has imaged and preserved as an appendix to his certification. Mr. Scaramellino shall execute the certification and file and serve it promptly upon completion of the deletion process.

The deletion process shall begin on Wednesday, December 19, 2018, at 9:00 a.m. and proceed until completed. Any violation of this order shall subject the violators to sanctions and/or contempt.

The Court also reaffirms its prior direction that neither Mr. Scaramellino nor Mr. Kramer nor any counsel in this case shall disclose to any third party any of the Confidential or Highly Confidential Facebook information that is subject to the Court's November 1, 2018 Amended Order on: (1) Facebook's Motions to Seal, Filed January 8 and May 3 and 30; (2) the Guardian and CNN's Motion to Unseal Judicial Records; and (3) the New York Times, Associated Press, and Washington Post's Motion to Unseal, the Court's November 20, 2018 Order for Briefing and Staying Submission of Unredacted Copies of Sealed Documents, or the October 25, 2016 Stipulated Protective Order. Any violations of these orders shall subject the violators to sanctions and/or contempt.

///

The Forensic Examiner shall continue to take measures to restrict access to and preserve data collected from each of the devices and accounts identified in the Forensic Examiner's checklist from both Mr. Kramer and Mr. Scaramellino.

To the extent that this Order contradicts any part of the Court's Order of December 14, 2018, this Order supersedes that Order.

IT IS SO ORDERED.

Dated: JAN 1 6 2019

Honorable V. Raymond Swope
Judge of the Superior Court of California