# EXHIBIT 9

Case Number: CIV533328



## SUPERIOR COURT OF SAN MATEO COUNTY

400 County Center                    1050 Mission Road
Redwood City, CA 94063        South San Francisco, CA 94080

www.sanmateocourt.org

## Minute Order

| | |
|---|---|
| **SIX4THREE, LLC, A DELAWARE LIMITED LIABILIT COMPANY vs FACEBOOK, INC, A DELAWARE CORPORATION** | CIV533328<br>07/17/2020 9:00 AM<br>Other hearing<br>**Hearing Result**:  Held |

**Judicial Officer:** Buchwald, Gerald J.          **Location**: Courtroom 8D
**Courtroom Clerk**: Kevin Duerre                  **Courtroom Reporter:**  Rosario Ayon

**Parties Present**

**Exhibits**

**Minutes**
*Journals*
 - Attorney Yavar Batthaee appeared via Zoom on behalf of Plaintiff SIX4THREE,LLC.

Attorney(s): Sonal N, Mehta, Catherine Owens, Laura Miller appeared via Zoom on behalf of Defendants FACEBOOK & Individual Defendants M. Zuckerberg, et al.

Attorney(s) Ari Holtzblatt & Molly Jennings appeared via Zoom pro hac vice for Defendants FACEBOOK, et al.

Attorney Natalie Naugle appeared via Zoom on behalf of Defendant FACEBOOK.

Attorney Jack Russo appeared via Zoom on behalf of third party Thomas Scaramellino.

Attorney(s) James A. Murphy & J. Leveroni appeared via Zoom on behalf of non-party Birnbaum & Godkin, LLP.

Also present: Eleni Wohl (Law Clerk) via Zoom.

Robert Burnson present on conference call via Public Access.

Court and counsel held case management conference.

Court grants the Motion for Reconsideration.

FACEBOOK is to take a deposition from Mr. Kramer.

Court defers the termination of paragraph in the Protective Order at this time.

*************************************************************

Case Number: CIV533328

Court resumes at 2:00.

Parties present via Zoom.

Also present via Zoom: Lucy Goodnough and Eleni Wohl.

Robert Burnson present on conference call via Public Access.

On Monday 7/20/20, clerk for Dept 10 to notify counsel of the next hearing date.

4:40, Court adjourned.

*Case Events*