UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY MEDIATOR** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. Whereas, on March 4, 2021, the Court ordered the parties to "hire a discovery mediator." Trans. of 3/4/2021 Hearing at 14:5-12; *see also* Dkt. 632.

2. Whereas, the Court ordered the parties to "inform the Court of their selection of a discovery mediator" by March 11, 2021, *see* Dkt. 632, and subsequently extended that deadline via email until March 16, 2021.

3. Whereas, the parties met and conferred and agreed to retain the Honorable Gail Andler (Retired) of JAMS as a discovery mediator.

4. Whereas, on March 16, 2021, Facebook reported the parties' agreement to retain Judge Andler as a discovery mediator to the Court via email.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1. The parties agree to retain the Honorable Gail Andler (Retired) of JAMS to serve as a discovery mediator in this action consistent with the Court's instructions at the March 4, 2021 discovery conference.

| | |
|---|---|
| Dated: March 20, 2021 | Respectfully submitted, |
| **KELLER ROHRBACK LLP** | **BLEICHMAR FONTI & AULD LLP** |
| By:  */s/ Derek W. Loeser* | By:  */s/ Lesley E. Weaver* |
|     Derek W. Loeser |     Lesley E. Weaver |
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| Lynn Lincoln Sarko (admitted *pro hac vice*) | Anne K. Davis (SBN 267909) |
| Gretchen Freeman Cappio (admitted *pro hac vice*) | Joshua D. Samra (SBN 313050) |
| Cari Campen Laufenberg (admitted *pro hac vice*) | Matthew P. Montgomery (SBN 180196) |
| David J. Ko (admitted *pro hac vice*) | Angelica M. Ornelas (SBN 285929) |
| Benjamin Gould (SBN 250630) | 555 12th Street, Suite 1600 |
| Adele Daniel (admitted *pro hac vice*) | Oakland, CA 94607 |
| 1201 Third Avenue, Suite 3200 | Tel.: (415) 445-4003 |
| Seattle, WA 98101 | Fax: (415) 445-4020 |
| | lweaver@bfalaw.com |
| | adavis@bfalaw.com |

| | |
|---|---|
| Tel.: (206) 623-1900 | jsamra@bfalaw.com |
| Fax: (206) 623-3384 | mmontgomery@bfalaw.com |
| dloeser@kellerrohrback.com | aornelas@bfalaw.com |
| lsarko@kellerrohrback.com | |
| gcappio@kellerrohrback.com | |
| claufenberg@kellerrohrback.com | |
| dko@kellerrohrback.com | |
| bgould@kellerrohrback.com | |
| adaniel@kellerrohrback.com | |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: March 20, 2021                           Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

| | |
|---|---|
| Deborah Stein (SBN 224570) | |
| dstein@gibsondunn.com | By:  */s/ Orin Snyder* |
| 333 South Grand Avenue | Orin Snyder (*pro hac vice*) |
| Los Angeles, CA 90071-3197 | osnyder@gibsondunn.com |
| Telephone:  213.229.7000 | GIBSON, DUNN & CRUTCHER LLP |
| Facsimile:  213.229.7520 | 200 Park Avenue |
| | New York, NY 10166-0193 |
| Kristin A. Linsley (SBN 154148) | Telephone:  212.351.4000 |
| klinsley@gibsondunn.com | Facsimile:  212.351.4035 |
| Martie Kutscher (SBN 302650) | |
| mkutscherclark@gibsondunn.com | Joshua S. Lipshutz (SBN 242557) |
| GIBSON, DUNN & CRUTCHER LLP | jlipshutz@gibsondunn.com |
| 555 Mission Street, Suite 3000 | GIBSON, DUNN & CRUTCHER LLP |
| San Francisco, CA 94105-0921 | 1050 Connecticut Avenue, N.W. |
| Telephone:  415.393.8200 | Washington, DC 20036-5306 |
| Facsimile:  415.393.8306 | Telephone:  202.955.8500 |
| | Facsimile:  202.467.0539 |

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____                                        _____

                          United States Magistrate Judge Jacqueline Corley

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: March 20, 2021                        By:  */s/ Orin Snyder*
                                                  Orin Snyder

## CERTIFICATE OF SERVICE

I, Orin Snyder, hereby certify that on March 20, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Orin Snyder*
Orin Snyder