**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY MEDIATOR** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1.     Whereas, on March 4, 2021, the Court ordered the parties to "hire a discovery mediator."  Trans. of 3/4/2021 Hearing at 14:5-12; *see also* Dkt. 632.

2.     Whereas, the Court ordered the parties to "inform the Court of their selection of a discovery mediator" by March 11, 2021, *see* Dkt. 632, and subsequently extended that deadline via email until March 16, 2021.

3.     Whereas, the parties met and conferred and agreed to retain the Honorable Gail Andler (Retired) of JAMS as a discovery mediator.

4.     Whereas, on March 16, 2021, Facebook reported the parties' agreement to retain Judge Andler as a discovery mediator to the Court via email.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1.     The parties agree to retain the Honorable Gail Andler (Retired) of JAMS to serve as a discovery mediator in this action consistent with the Court's instructions at the March 4, 2021 discovery conference.

Dated: March 20, 2021

**KELLER ROHRBACK LLP**

By:  */s/ Derek W. Loeser*
       Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By:  */s/ Lesley E. Weaver*
       Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Joshua D. Samra (SBN 313050)
Matthew P. Montgomery (SBN 180196)
Angelica M. Ornelas (SBN 285929)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com

1

Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

jsamra@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: March 20, 2021

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

By:  */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:   March 22, 2021

United States Magistrate Judge Jacqueline Corley

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY MEDIATOR
CASE NO. 3:18-MD-02843-VC-JSC