# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Facebook, Inc., Consumer Privacy User Profile Litigation | ) ) ) ) MDL Docket No. 2843 |
| This document relates to: | ) ) ) Case No. 1:18-md-02843-VC |
| ALL ACTIONS | ) ) ) |

## WITHDRAWAL AND SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that April F. Doss of Saul Ewing Arnstein & Lehr LLP hereby withdraws her appearance in the above proceedings as counsel for Plaintiff Elaine Pelc.

PLEASE TAKE FURTHER NOTICE that Michelle N. Lipkowitz of Saul Ewing Arnstein & Lehr LLP hereby enters her appearance as counsel for Plaintiff Elaine Pelc.

,

| | |
|---|---|
| **SAUL EWING ARNSTEIN & LEHR LLP** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| /s/ April F. Doss | /s/ Michelle N. Lipkowitz |
| April F. Doss | Michelle N. Lipkowtiz |
| Saul Ewing Arnstein & Lehr LLP | Saul Ewing Arnstein & Lehr LLP |
| 500 E. Pratt Street, 8th Floor | 500 E. Pratt Street, 8th Floor |
| Baltimore, MD 21202 | Baltimore, MD 21202 |
| Telephone:  410-332-8798 | Telephone:  410-332-8603 |
| Email:  April.Doss@saul.com | Email:  Michelle.Lipkowtiz@saul.com |

Dated:  April 5, 2021

38176234.1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

                                                /s/ *Michelle N. Lipkowitz*
                                                Michelle N. Lipkowitz

38176234.1