UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This Order relates to:<br><br>ALL ACTIONS | Case No. 18-md-02843-VC   (JSC)<br><br>**ORDER FOLLOWING APRIL 6, 2021 DISCOVERY CONFERENCE**<br><br>Re: Dkt. No. 650 |

The Court held a further discovery status conference with the parties on April 6, 2021.

1. On or before April 13, 2021 Facebook shall advise Plaintiffs of the regulatory action sworn testimony (by witness and action name) it is producing and when the testimony will be produced. By that same date it shall identify by witness and regulatory action name the sworn testimony it is refusing to produce and the reasons for the refusal.

2. The parties shall meet and confer (with the assistance of the private discovery mediator) about Facebook's production of its responses to the regulatory agency questions Plaintiffs previously identified. The Court expects that by the time of the next discovery conference the issue will have been resolved or the parties will have agreed to a plan for the Court's resolution of any remaining dispute.

3. The Court expressed its tentative views on the App Developer Investigation privilege issues. In light of those views, the parties shall meet and confer regarding how to proceed, including whether they wish to submit affidavits in support of their positions or whether they can agree to production of a narrow set of documents. Again, the Court expects that by the time of the next discovery conference there will be a resolution of the issue or a definitive plan as to how to proceed.

1. 4. The Court will hold a further discovery conference at 8:30 a.m. on April 27, 2021 via Zoom video.

**IT IS SO ORDERED.**

Dated: April 6, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge