UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 18-md-02843-VC  (JSC)<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. No. 547 |

Plaintiffs' administrative motion to seal certain portions of their response in support of cross-motion to compel and exhibits thereto is now pending before the Court.  (Dkt. No. 547.) Facebook, as the party who designated the at-issue material as confidential, has submitted a declaration in support of sealing.  (Dkt. No. 549.)  Having reviewed the declaration, the Court GRANTS IN PART and DENIES IN PART the administrative motion to seal.  Facebook has established good cause for sealing Exhibits F and G to Plaintiffs' sur-reply and portions of the sur-reply.  However, Facebook has not established good cause for sealing the redacted information on pages 1, 2, 4, or 6 of the sur-reply.

This Order disposes of Docket No. 547.

**IT IS SO ORDERED.**

Dated: April 12, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge