Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
EDELSON PC
150 California Street, 18th Floor,
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Special Assistant State's Attorney*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:18-md-02843-VC<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley |

**NOTICE IS HEREBY GIVEN** that effective April 19, 2021, Rafey S. Balabanian and Todd Logan of Edelson PC, counsel for the People of the State of Illinois ex rel. Kimberly M. Foxx in the above-captioned case, have changed their address to:

EDELSON PC
150 California Street, 14th Floor
San Francisco, CA 94111

Their telephone numbers and email addresses remain unchanged.

Respectfully submitted,

**PEOPLE OF THE STATE OF ILLINOIS ex rel. KIMBERLY M. FOXX,**

Dated: April 19, 2021            By: /s/ Todd Logan

|   |   |
|---|---|
| 1 |   |
| 2 | Rafey Balabanian (SBN 315962) |
|   | rbalabanian@edelson.com |
| 3 | Todd Logan (SBN 305912) |
|   | tlogan@edelson.com |
| 4 | EDELSON PC |
|   | 150 California Street, 18th Floor |
| 5 | San Francisco, California 94111 |
|   | Tel: 415.212.9300 |
| 6 | Fax: 415.373.9435 |
| 7 | *Special Assistant State's Attorney* |