Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.:  213.229.7000
Fax:  213.229.7520
dstein@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **JOINT STATUS UPDATE**<br><br>Judges: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom: VIA VIDEOCONFERENCE<br>Hearing Date: April 27, 2020<br>Hearing Time: 8:30 a.m. |

The parties are pleased to report that since the April 6th conference, they had two mediation sessions with Judge Andler. The first session was held on April 15th. This first meeting was largely procedural and used to set an agenda for a full-day session. With the consent of all parties, Judge Andler was joined by Daniel Garrie to assist in the discovery mediation. Consistent with the Court's instructions (*see* Dkt. 655), at the full-day session, which was held on April 21st, the parties worked with Judge Andler and Mr. Garrie to address disputes regarding: (1) Facebook's production of deposition transcripts and written discovery responses from government actions; (2) Plaintiffs' request for certain materials reviewed by Facebook's 30(b)(6) deponents; and (3) Plaintiffs' request for materials from Facebook's App Developer Investigation ("ADI").

The parties report the following progress:

1. The parties made significant progress in resolving their dispute regarding Facebook's production of deposition transcripts and written discovery responses from government actions.

2. The parties resolved their dispute regarding Plaintiffs' request for certain materials reviewed by Facebook's 30(b)(6) deponents.

3. The parties made significant progress toward a negotiated resolution of Plaintiffs' request for ADI materials. The parties agree to pursue a negotiated resolution of this issue (in lieu of a court order) at this time, and they will continue to work with Judge Andler to do so. While the parties continue to work with Judge Andler on this issue, they will not provide further submissions to the Court about their ADI dispute.

The parties look forward to continuing to work through discovery disputes with Judge Andler. The next mediation session will be held on Friday, April 30 at 10:30 a.m.

Dated: April 23, 2021                                    Respectfully submitted,


KELLER ROHRBACK L.L.P.                     BLEICHMAR FONTI & AULD LLP

By:      */s/ Derek W. Loeser*                  By: */s/ Lesley E. Weaver*
         Derek W. Loeser                        Lesley E. Weaver

Derek W. Loeser (admitted *pro hac*            Lesley E. Weaver (SBN 191305)
*vice*)                                        Anne K. Davis (SBN 267909)
Lynn Lincoln Sarko (admitted *pro hac*         Matthew S. Melamed (SBN 260272)
*vice*)                                        Joshua D. Samra (SBN 313050)
Gretchen Freeman Cappio (admitted              Matthew P. Montgomery (SBN 180196)
*pro hac vice*)                                Angelica M. Ornelas (SBN 285929)
Cari Campen Laufenberg (admitted               555 12th Street, Suite 1600
*pro hac vice*)                                Oakland, CA 94607
David J. Ko (admitted *pro hac vice*)          Tel.: (415) 445-4003
Benjamin Gould (SBN 250630)                    Fax: (415) 445-4020
Adele Daniel (admitted *pro hac vice*)         lweaver@bfalaw.com
1201 Third Avenue, Suite 3200                  adavis@bfalaw.com
Seattle, WA 98101                              jsamra@bfalaw.com
Tel.: (206) 623-1900                           mmontgomery@bfalaw.com
Fax: (206) 623-3384                            aornelas@bfalaw.com
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com


Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*


GIBSON, DUNN, & CRUTCHER LLP

By: */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Orin Snyder, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April, 2021, at New York, New York.


*/s/ Orin Snyder*
Orin Snyder

## CERTIFICATE OF SERVICE

I, Orin Snyder, hereby certify that on April 23, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Orin Snyder*___
Orin Snyder