UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>        Defendants. | Case No. 18-md-02843-VC<br><br>**PRETRIAL ORDER NO. 39: SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

A further case management conference is scheduled for Wednesday, May 26 at 2 p.m. to check in and explore the option of appointing a mediator. The parties need not file a regular Case Management Statement, but they should file a joint statement 7 days prior to the conference setting forth their views on whether a mediator should be appointed.

**IT IS SO ORDERED.**

Dated: April 28, 2021

VINCE CHHABRIA
United States District Judge