UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br><br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **AMENDED PRETRIAL ORDER NO. 39: SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

A further case management conference is scheduled for Wednesday, May 26 at 2 p.m. to check in and explore the option of appointing a mediator. The parties need not file a regular Case Management Statement, but they should file a joint statement 7 days prior to the conference setting forth their views on whether a mediator should be appointed.

**IT IS SO ORDERED.**

Dated: May 3, 2021

_____

VINCE CHHABRIA
United States District Judge