Jason M. Leviton (*pro hac vice* forthcoming)
Joel A. Fleming (CA Bar No. 281264)
Lauren Godles Milgroom (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
jason@blockleviton.com
joel@blockleviton.com
lauren@blockleviton.com

*Attorneys for Proposed Intervenor Block & Leviton LLP*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING BLOCK & LEVITON LLP'S MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL** |

On this day, the Court considered Proposed Intervenor Block & Leviton LLP's Motion for Leave to Intervene and to Unseal (the "Motion").

Having given full consideration of the pleadings and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED;

1. Block & Leviton is granted permission to intervene for the limited purpose of seeking to unseal Exhibit B to Plaintiffs' Opposition to Defendant Facebook, Inc.'s Request to Enforce the Partial Stay of Discovery, ECF 526-2 (the "Challenged Document").

2. The clerk shall unlock ECF 526-2 and the parties shall file an unredacted copy of the Challenged Document within three business days.

DATED: _____

_____
Honorable Vince Chhabria
United States District Court Judge