Jason M. Leviton (*pro hac vice* forthcoming)
Joel A. Fleming (CA Bar No. 281264)
Lauren Godles Milgroom (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
jason@blockleviton.com
joel@blockleviton.com
lauren@blockleviton.com

*Attorneys for Proposed Intervenor Block & Leviton LLP*

[Additional counsel listed on signature block]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **BLOCK & LEVITON LLP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| **Party** | **Interest** |
|---|---|
| Employees' Retirement System of Rhode Island | Block & Leviton's client in related action pending in the Delaware Court of Chancery |

Dated:  May 10, 2021              **BLOCK & LEVITON LLP**

By: /s/ Joel Fleming
Jason M. Leviton (*pro hac vice* forthcoming)
Joel A. Fleming (CA Bar No. 281264)
Lauren Godles Milgroom (*pro hac vice* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
jason@blockleviton.com
joel@blockleviton.com
lauren@blockleviton.com

Nathan A. Cook (*pro hac vice* forthcoming)
Mae Oberste (*pro hac vice* forthcoming)
nathan@blockleviton.com
mae@blockleviton.com
**BLOCK & LEVITON LLP**
8 W. Mozart Dr.
Wilmington, DE 19807
(t) (302) 499-3600
(f) (617) 507-6020

*Attorneys for Proposed Intervenor Block & Leviton LLP*