| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Orin Snyder (admitted *pro hac vice*) <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 <br> Tel.: 212.351.4000 <br> Fax: 212.351.4035 <br> osnyder@gibsondunn.com |
| Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com | Deborah Stein (SBN 224570) <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 <br> Tel.: 213.229.7000 <br> Fax: 213.229.7520 <br> dstein@gibsondunn.com |
| *Plaintiffs' Co-Lead Counsel* <br> *Additional counsel listed on signature page* | *Attorneys for Defendant Facebook, Inc.* <br> *Additional counsel listed on signature page* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC-JSC <br><br> **JOINT STATUS UPDATE** <br><br> Judges: Hon. Vince Chhabria and <br> Hon. Jacqueline Scott Corley <br> Courtroom: VIA VIDEOCONFERENCE <br> Hearing Date: May 18, 2020 <br> Hearing Time: 8:30 a.m. |

The parties are pleased to report that since the April 27th conference, they have had four mediation sessions. These included a full-day session on April 30th and shorter sessions on May 7, May 13, and May 17.

During these sessions, the parties worked with Judge Andler and Mr. Garrie to set a schedule for Facebook's production of certain materials. The parties are also working towards agreement on a broader case schedule, which they intend to submit to the Court in short order. Although the parties worked with Judge Andler and Mr. Garrie to resolve their dispute regarding the confidentiality of materials leaked by a third party, they have been unable to resolve this dispute through mediation.

In addition to these items, the parties made progress toward resolving or narrowing disputes regarding the following issues, which they are continuing to work through with Judge Andler and Mr. Garrie:

(1) Plaintiffs' request for materials from Facebook's App Developer Investigation ("ADI");

(2) The use of technology assisted review ("TAR") to filter non-responsive documents out of Facebook's review set; and

(3) The search strings that will be run on the Groups 5-8 custodians.

The parties look forward to continuing to work through discovery disputes with Judge Andler and Mr. Garrie and intend to hold regular sessions between status conferences.

Dated: May 17, 2021                                      Respectfully submitted,

| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
|---|---|
| By: *Derek W. Loeser*<br>Derek W. Loeser | By: *Lesley E. Weaver*<br>Lesley E. Weaver |

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*)<br>Cari Campen Laufenberg (admitted *pro hac vice*)<br>David Ko (admitted *pro hac vice*)<br>Adele A. Daniel (admitted *pro hac vice*)<br>Benjamin Gould (SBN 250630)<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>dko@kellerrohrback.com<br>adaniel@kellerrohrback.com<br>bgould@kellerrohrback.com | Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Matthew S. Melamed (SBN 260272)<br>Angelica M. Ornelas (SBN 285929)<br>Joshua D. Samra (SBN 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>mmelamed@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com |
| Christopher Springer (SBN 291180)<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>Tel.: (805) 456-1496<br>Fax: (805) 456-1497<br>cspringer@kellerrohrback.com | |
| Eric Fierro (admitted *pro hac vice*)<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Tel: (602) 248-0088<br>Fax: (602) 248-2822<br>efierro@kellerrohrback.com | |

*Plaintiffs' Co-Lead Counsel*

GIBSON, DUNN, & CRUTCHER LLP

By: *Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: May 17, 2021                              By:  */s/ Orin Snyder*
                                                           Orin Snyder


## CERTIFICATE OF SERVICE

I, Orin Snyder, hereby certify that on May 17, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                By:  */s/ Orin Snyder*  
                                                      Orin Snyder