Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000
Fax: 213.229.7520
dstein@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION

MDL No. 2843
Case No. 18-md-02843-VC-JSC

This document relates to:

ALL ACTIONS

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 27, 2021 CASE MANAGEMENT CONFERENCE**

In light of recent developments arising out of the parties' ongoing discovery mediation process, including developments on May 19, 2021 after the Court scheduled the upcoming Case Management Conference for May 27, 2021 at 2:00 p.m., the parties respectfully request a continuance of that Conference to June 23, 2021 at 2:00 p.m. In support thereof, the parties stipulate and agree as follows:

1. On April 28, 2021, the Court issued Pretrial Order No. 39: Setting Further Case Management Conference, in which it scheduled a case management conference for May 26, 2021, at 2:00 p.m. Dkt No. 665.

2. In that Order, the Court stated that it set the Case Management Conference to check in and explore the option of appointing a mediator. The Court further stated: "The parties need not file a regular Case Management Statement, but they should file a joint statement 7 days prior to the conference setting forth their views on whether a mediator should be appointed." *Id.*

3. After the Court issued that Order, counsel for the parties engaged in discussions regarding mediation. The parties are willing to mediate and counsel is in the process of conferring with their clients about private mediation and a potential mediator.

4. On May 17, 2021, the Case Management Conference was rescheduled to May 27, 2021 in response to a request by counsel for defendant.

5. In light of the Court's calendar and the time the parties believe will be required to reach final agreement on the timing and identity of the mediator, the parties propose that:

   a. The Case Management Conference be continued for at least 30 days, or sooner if preferred by the Court; and

   b. The parties will file a Case Management Statement seven days before the Case Management Conference setting forth whether they have reached agreement to mediate the case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 20, 2021

Respectfully submitted,

KELLER ROHRBACK L.L.P.

By: *Derek W. Loeser*
Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Cari C. Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice)*
Benjamin Gould (SBN 250630)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Tel.: (206) 623-1900
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

BLEICHMAR FONTI & AULD LLP

By: *Lesley E. Weaver*
Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

By: *Orin Snyder*
Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

**IT IS SO ORDERED.**

DATE: ____________________ ____________________________________

United States District Judge Vince Chhabria

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of May, 2021, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on May 20, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Lesley E. Weaver*
Lesley E. Weaver