# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF BLOCK & LEVITON LLP'S MOTION FOR LEAVE TO INTERVENE AND UNSEAL** |

By and through their undersigned counsel, Defendant Facebook, Inc. and proposed intervenor Block & Leviton LLP hereby stipulate and agree as follows:

1.      Whereas, on May 10, 2021, Block & Leviton filed a Notice of Motion and Motion for Leave to Intervene and Unseal (ECF No. 669) (the "Motion"), seeking leave to intervene and to unseal Exhibit B to Plaintiffs' Opposition to Defendant Facebook, Inc.'s Request to Enforce the Partial Stay of Discovery, ECF 526-2 (the "Challenged Document").

2.      Whereas, the parties have met and conferred and agreed to resolve the Motion without the need for Court intervention.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1.      By May 26, 2021, Facebook will produce the Challenged Document in response to the September 20, 2019 demand under 8 *Del. C.* § 220 of Employees' Retirement System of Rhode Island ("ERSRI"), plaintiff in the action captioned *Employees Retirement System of Rhode Island v. Facebook, Inc.*, No. CV 2020-0085-JRS, pending in the Court of Chancery for the State of Delaware, subject to the Confidentiality Agreement between ERSRI and Facebook dated as of January 3, 2020, under which produced materials "shall not be disclose[d], publish[ed], communicate[d], or transmit[ted] … to any other person, either directly or indirectly, except as provided in [the] Agreement."  § 5; *see also* § 6 (materials "shall not be disclosed to any other person").

2.      Block & Leviton hereby withdraws the Motion.

*[Remainder of page intentionally left blank]*

Dated: May 24, 2021

Respectfully submitted

**BLOCK & LEVITON LLP**

By:   _/s/ Joel Fleming_
     Joel Fleming

260 Franklin Street, Suite 1860
Boston, MA 02110
(t) (617) 398-5600
(f) (617) 507-6020
joel@blockleviton.com

*Counsel for Proposed Intervenor Block &
Leviton LLP*

Dated: May 24, 2021

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:   _/s/ Orin Snyder_
     Orin Snyder (*pro hac vice*)
     osnyder@gibsondunn.com

200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

2

STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF
MOTION FOR LEAVE TO INTERVENE AND UNSEAL
CASE NO. 3:18-MD-02843-VC-JSC

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATE:   May 24, 2021

Hon. Jacqueline Scott Corley

United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF
MOTION FOR LEAVE TO INTERVENE AND UNSEAL
CASE NO. 3:18-MD-02843-VC-JSC

## <u>SIGNATURE ATTESTATION</u>

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: May 24, 2021                              By:  */s/ Orin Snyder*
                                                            Orin Snyder

STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF
MOTION FOR LEAVE TO INTERVENE AND UNSEAL
CASE NO. 3:18-MD-02843-VC-JSC