**Pages 1 - 7**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline S. Corley, Magistrate Judge

IN RE:  FACEBOOK, INC. CONSUMER   )
PRIVACY USER PROFILE LITIGATION.) **NO. 18-MD-02843 VC (JSC)**
                                 )

San Francisco, California
Tuesday, May 18, 2021

**TRANSCRIPT OF ZOOM WEBINAR PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiffs:
  KELLER ROHRBACK LLP
  1201 Third Avenue - Suite 3200
  Seattle, Washington  98101
BY: **DEREK LOESER, ATTORNEY AT LAW**
  **CARI LAUFENBERG, ATTORNEY AT LAW**
  **DAVID J. KO, ATTORNEY AT LAW**

  BLEICHMAR, FONTI & AULD LLP
  555 12th Street - Suite 1600
  Oakland, California  94607
BY: **LESLEY E. WEAVER, ATTORNEY AT LAW**
  **ANNE K. DAVIS, ATTORNEY AT LAW**
  **MATTHEW P. MELAMED, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)**

Reported By:    Marla F. Knox, RPR, CRR, RMR
                United States Official Court Reporter

```
 1    APPEARANCES VIA ZOOM:   (CONT'D)

 2    For Defendant:
                              GIBSON, DUNN & CRUTCHER LLP
 3                            1881 Page Mill Road
                              Palo Alto, California  94304
 4                      BY:   MARTIE KUTSCHER CLARK, ATTORNEY AT LAW

 5                            GIBSON, DUNN & CRUTCHER LLP
                              333 South Grand Avenue
 6                            Los Angeles, California  90071
                        BY:   DEBORAH L. STEIN, ATTORNEY AT LAW
 7
                              GIBSON, DUNN & CRUTCHER LLP
 8                            2100 McKinney Avenue - Suite 1100
                              Dallas, Texas  75201
 9                      BY:   RUSSELL H. FALCONER, ATTORNEY AT LAW

10                            GIBSON, DUNN & CRUTCHER LLP
                              200 Park Avenue
11                            New York, New York 10166
                        BY:   ORIN SNYDER, ATTORNEY AT LAW
12

13    Also Present:           HONORABLE GAIL A. ANDLER

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| Tuesday - May 18, 2021 | 8:31 a.m. |

**PROCEEDINGS**

---oOo---

**THE CLERK:** Court is now in session. The Honorable Jacqueline Scott Corley presiding.

Calling civil action 3:18-MD-2843 In Re: Facebook.

Counsel, starting with Plaintiff, can you please state your appearance.

**MR. LOESER:** Sure. Derek Loeser from Keller Rohrback. Also with me from Keller Rohrback are David Ko and Cari Laufenberg.

**THE COURT:** Good morning.

**MS. WEAVER:** Leslie Weaver at Bleichmar Fonti & Auld. With me are Matt Melamed and Anne Davis.

**THE COURT:** Good morning.

**MR. MELAMED:** Good morning.

**MR. SNYDER:** Good morning, Your Honor. For Facebook, it's Orin Snyder, Deborah Stein, Martie Kutscher-Clark and Russ Falconer.

And we agree that Judge Andler and Mr. Garrie are miracle workers. And we are very grateful to them.

**THE COURT:** Good morning. And good morning, Judge Andler.

**JUDGE ANDLER:** Thank you. Good morning.

**THE COURT:** All right. Well, thanks for your, once

1   again, one-page statement.  Can't tell you how happy that makes
2   me.
3          In any event -- and I saw that I will be deciding the
4   confidentiality issue, which is perfectly fine.
5          Thank you for seeing if you could do something with it,
6   but I'm happy to decide that.
7          And so what else should we discuss this morning?
8              **MR. LOESER:**  Your Honor, I guess just starting with
9   that, Facebook I think just needs a date for its reply brief.
10             **THE COURT:**  All right.  When -- I am starting a
11  three-week jury trial on Thursday.
12         So you can file it, but I won't look at it for at least a
13  couple of weeks.  So when would you like to file that,
14  Mr. Snyder?
15             **MR. SNYDER:**  May I defer to my team because --
16             **THE COURT:**  -- they will be writing it?  Yes.
17             **MS. KUTSCHER-CLARK:**  We are happy to file it within a
18  week, Your Honor.
19             **THE COURT:**  Okay, great.  All right.  We will just
20  take the matter under submission.  I will let you know or
21  whenever our next hearing is, if I have to wait until then.
22             **JUDGE ANDLER:**  And, Judge Corley, if it would be
23  helpful to you, I would be happy to recommend to Counsel
24  offline, perhaps, somebody to do a report and recommendation to
25  you on the confidentiality issue.

1    Because of my role as mediator, I don't think it was
2 appropriate to suggest that I would do it; but I still think
3 that there is some value to that process if you wanted a master
4 on the confidentiality or privilege issues.
5    **THE COURT:** Well, I would only -- if the parties
6 agree, I would say sure, I would be happy to have that.
7    But I want the parties to agree because this process is a
8 completely voluntary process. So I leave that completely up to
9 the parties.
10   And it would have to be agreement on both sides. Thank
11 you.
12   Okay. Anything else we should discuss, Mr. Loeser?
13   **MR. LOESER:** Sure. And we are pleased with the
14 progress. I mean, obviously there is a lot to do. There is a
15 lot of work that still needs to happen, and there is a lot of
16 progress that we hope to have going forward.
17   One thing that we have started talking about is the
18 schedule and the -- there is lots of disagreement as to the
19 interim dates, but the parties are not that far off on a
20 proposed trial date.
21   We had suggested May of 2023, which is, you know, our
22 effort to acknowledge the fact that this process has been slow;
23 and there is not much production really out of the total
24 production that will occur.
25   I believe Facebook was thinking something like the summer

1  of 2023.  So I don't think we are that far off on a possible
2  trial date.  And then all the dates would get filled in back
3  from there.
4      So what the parties are working on now, we hope to have
5  something soon that we can submit.  Not sure really how the
6  Court would respond to that schedule.
7      And I'm sure we will get some feedback from you and from
8  Judge Chhabria soon at the CMC.
9          **THE COURT:**  When is the CMC?  You know, if the
10 parties -- if the CMC is too early, just let him know.
11     We sort of -- I know -- he scheduled that CMC before he
12 had spoken to me; but if you wanted to put it off, you know, a
13 couple weeks or whatever it is until you had something more
14 definitive, he said that was fine if you stipulated to it.
15         **MR. LOESER:**  Okay.  I think from the Plaintiffs'
16 perspective we are happy to have the conference at the new
17 date.  I think it is the 27th.  But obviously we will talk to
18 Facebook and see what their view is.
19         **THE COURT:**  It might be useful because you may be
20 somewhat having this conflict about the trial date, and he has
21 something different in mind or he is going to be definitive in
22 it anyway.  So why not figure out what he says.
23         **MR. LOESER:**  Right, we agree.
24     That's really all I have on my list.  And if we can make
25 this quick so that it ends before you get frustrated with us,

1   that would be great.
2        **THE COURT:** Oh, I never get frustrated with you, do I?
3                     (Laughter)
4        **THE COURT:** All right.  So we should probably schedule
5   a next date because I do think it is helpful; right.  It gives
6   you something to work towards in terms of also scheduling your
7   time with Judge Andler.
8        Would you like to come back in about a month, the week of
9   June 21st?
10       Mr. Snyder gave me a thumbs up.  Does that work for the
11  Plaintiffs?
12       **MS. WEAVER:** That's fine.
13       **THE COURT:** How about Wednesday, June 23rd at
14  8:30 a.m.?
15       **MR. SNYDER:** That's great for Facebook.  Thank you,
16  Judge.
17       **THE COURT:** All right.  And I should have the
18  confidentiality decided by then.  If I need oral argument, then
19  just be prepared on the 23rd to address it.
20                    (No response.)
21       **THE COURT:** Great.  Well, thank you very much.
22       **MS. WEAVER:** Thank you, Your Honor.
23       **MR. LOESER:** Thank you, Your Honor.
24            (Proceedings adjourned at 8:36 a.m.)
25                      ---oOo---

### CERTIFICATE OF REPORTER

We certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Wednesday, May 19, 2021

_____

Marla F. Knox, RPR, CRR, RMR
U.S. Court Reporter