Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley Weaver (Cal. Bar No.191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT FACEBOOK, INC.'S REPLY BRIEF IN SUPPORT OF ITS CLAIM OF CONFIDENTIALITY**<br><br>Judge: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom: 4, 17th Floor |

Pursuant to Civil Local Rule 7-11, Plaintiffs in the above-captioned action respectfully submit this administrative motion for leave to file a brief sur-reply to Defendant Facebook, Inc.'s Brief in Support of its Claim of Confidentiality, Dkt. No. 681 ("Facebook's Reply"). Plaintiffs' proposed two-page sur-reply, attached as Exhibit A to the Melamed Declaration, corrects certain untrue statements in Facebook's Reply.

Specifically, Facebook's Reply incorrectly states: (1) that Plaintiffs seek relief from the Court; (2) that the dispute concerns 46 publicly available documents; (3) that Facebook produced documents and identified them as confidential before Plaintiffs found the same documents on the NBC News Website; and (4) that the articles Plaintiffs cite do not link directly to any of the documents at issue. In truth: (1) Facebook is the entity that seeks relief, in the form of sealing a public document; (2) Plaintiffs filed only one document, not 46; (3) Plaintiffs obtained the document at issue and the other documents Facebook references from the NBC News Website more than four months before Facebook produced and marked them confidential; and (4) articles Plaintiffs cite link directly to publicly available versions of the document at issue and the other documents Facebook references.

As required by Civil Local Rule 7-11(a) Plaintiffs contacted Facebook to ask whether it would stipulate to Plaintiffs' filling a sur-reply before filing this administrative motion. Facebook declined to do so. *See* Melamed Decl. at ¶ 4, filed herewith.

Dated: June 1, 2021

KELLER ROHRBACK L.L.P.

By:  /s/ Derek W. Loeser
     Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Respectfully submitted,

BLEICHMAR FONTI & AULD LLP

By:  /s/ Lesley E. Weaver
     Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

| | |
|---|---|
| claufenberg@kellerrohrback.com | adavis@bfalaw.com |
| dko@kellerrohrback.com | mmelamed@bfalaw.com |
| adaniel@kellerrohrback.com | aornelas@bfalaw.com |
| bgould@kellerrohrback.com | jsamra@bfalaw.com |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2021, at Oakland, California.

/s/ *Lesley E. Weaver*
Lesley E. Weaver

# CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Lesley E. Weaver*
Lesley E. Weaver