| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com | Lesley Weaver (Cal. Bar No.191305)<br>BLEICHMAR FONTI & AULD LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC<br><br>**DECLARATION OF MATTHEW S. MELAMED IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT FACEBOOK, INC.'S REPLY BRIEF IN SUPPORT OF ITS CLAIM OF CONFIDENTIALITY**<br><br>Judge:  Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom:  4, 17th Floor |

**DECLARATION OF MATTHEW S. MELAMED**

I, Matthew S. Melamed, hereby declare under the penalty of perjury:

1.  I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am Senior Counsel at Bleichmar Fonti & Auld LLP, a member in good standing of the bar of the State of California and of this Court, and counsel to Plaintiffs in the above-captioned action.

2.  This declaration is made upon personal knowledge in support of Plaintiffs' Administrative Motion for Leave to File a Sur-Reply to Defendant Facebook, Inc.'s Reply Brief in Support of its Claim of Confidentiality.

3.  Attached hereto as ***Exhibit A*** is a true and correct copy of Plaintiffs' [Proposed] Sur-Reply to Defendant Facebook, Inc.'s Reply Brief in Support of its Claim of Confidentiality.

4.  Pursuant to Civil Local Rule 7-11(a), on June 1, 2021 counsel for Plaintiffs asked counsel for Facebook whether it would stipulate to permit Plaintiffs' to file a brief sur-reply to correct certain untrue statements contained in Facebook's reply brief in support of its confidentiality claim. Counsel for Facebook asked counsel for Plaintiffs to identify the untrue statements. Plaintiffs' counsel did so. Facebook's counsel did not respond.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of June 2021, in Oakland, California.

By:  */s/ Matthew S. Melamed*
Matthew S. Melamed