# EXHIBIT A

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley Weaver (Cal. Bar No.191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
*lweaver@bfalaw.com*

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] SUR-REPLY TO DEFENDANT FACEBOOK, INC.'S REPLY BRIEF IN SUPPORT OF ITS CLAIM OF CONFIDENTIALITY**<br><br>Judge:  Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom:  4, 17th Floor |

Plaintiffs file this sur-reply to Defendant Facebook, Inc.'s Reply Brief in Support of its Claim of Confidentiality (Dkt. No. 681), to correct certain untrue statements.

**First**, Facebook incorrectly states that Plaintiffs seek relief: "it is *Plaintiffs* (not Facebook) who raised this issue and required the parties and the Court to invest substantial resources over the course of *nine months* to address it." Dkt. No. 681 at 6; *see id.* at 1 ("Plaintiffs ask the Court to rule . . ."); *id.* at 2 (Plaintiffs "ask the Court to reach the merits . . ."). It is Facebook, not Plaintiffs, that filed a motion and that seeks relief. Facebook filed its motion because Plaintiffs filed a publicly available document on September 28, 2020 after downloading it from the NBC News website. Dkt. No. 526-3. Plaintiffs have not sought any relief. Their opposition brief simply asks the Court to deny the relief sought by Facebook. Dkt. No. 660 at 1, 11.

**Second**, Facebook incorrectly states that Plaintiffs "ask the Court to reach the merits to order Facebook to reproduce improperly leaked *documents*"—note the plural—"without confidentiality stamping." Dkt. No. 681 at 2 (emphasis added). It is Facebook, not Plaintiffs, that put at issue more than the single publicly available document Plaintiffs downloaded from the NBC News website and filed on September 28, 2020. And, because it was a publicly available copy that Plaintiffs filed, rather than any document produced in discovery, the sole issue is whether that publicly available copy should be permanently sealed.

Whether this dispute is about one document or 46 is confusing, and the confusion arises from Facebook's motion. Plaintiffs did write a letter to Facebook asking it to withdraw confidentiality designations for 45 publicly available documents, copies of which Plaintiffs did *not* file on the docket. Dkt. No. 660-1, ¶ 13; Dkt. No. 660-2. That letter, however, is not at issue. There is only one document at issue, Dkt. No. 526-3. While a ruling on whether the Court should seal that single publicly available document will inform whether other similar publicly available documents must be filed under seal, Plaintiffs have only ever filed one such document in this action.

**Third**, Facebook suggests that Plaintiffs went searching for publicly available copies of documents only after Facebook had produced them. It states: "*After* Facebook made these productions"—*i.e.*, produced the Six4Three documents—"and *after* Plaintiffs became aware of the

Six4Three leak, Plaintiffs apparently scoured Facebook's cloned productions for materials that had been part of Six4Three's leak." Dkt. No. 681 at 1 (emphases in original).  That is untrue.  Rather, the documents were published publicly and acquired by Plaintiffs more than four months *before* Facebook produced them:

- On November 6, 2019, NBC News published approximately 7,000 pages of documents obtained from the Six4Three litigation.  Dkt. No. 660-1, ¶ 7.

- On November 19, 2019, Plaintiffs' counsel downloaded the Six4Three documents from the NBC News Website.  Dkt. No. 531-1, ¶ 3.[1]

- On April 3, 2020, Facebook produced to Plaintiffs in this case a subset of the documents that had been published publicly by NBC News on November 6, 2019.  Dkt. No. 660-1, ¶ 11.

**Fourth**, Facebook states that "none of the articles Plaintiffs cite links directly to any of the documents they challenge." Dkt. No. 681.  That is false.  The NBC News website links directly to the materials.  Dkt. No. 660-1, ¶ 7.  The single document at issue here is among them.  A November 6, 2019 Fox News article links to the NBC News URL containing the leaked documents.  *See* Dkt. No. 660-1, ¶ 8.  So, too, do articles published by Business Insider and Columbia Journalism Review

---

[1] Paragraph 3 of the declaration at Dkt. No. 531-1 contains a typo stating that the documents had been downloaded from the NBC website "on November 19, 2020," but the date the documents were downloaded was November 19, *2019*.  After all, the declaration at Dkt. No. 531-1 was filed October 5, 2020.

(*see id.*) and by Computer Weekly,[2] the New York Times,[3] Firstpost,[4] and Slate.[5] This list comprises examples only and is not exhaustive.

Dated: June 1, 2021                                          Respectfully submitted,

KELLER ROHRBACK L.L.P.                            BLEICHMAR FONTI & AULD LLP

By:    */s/ Derek W. Loeser*                            By:    */s/ Lesley E. Weaver*
         Derek W. Loeser                                             Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)       Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)   Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                   Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)           Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                       Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                     555 12th Street, Suite 1600
Seattle, WA 98101                                 Oakland, CA 94607
Tel.: (206) 623-1900                              Tel.: (415) 445-4003
Fax: (206) 623-3384                               Fax: (415) 445-4020
dloeser@kellerrohrback.com                        lweaver@bfalaw.com
claufenberg@kellerrohrback.com                    adavis@bfalaw.com
dko@kellerrohrback.com                            mmelamed@bfalaw.com
adaniel@kellerrohrback.com                        aornelas@bfalaw.com
bgould@kellerrohrback.com                         jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

---

[2] Sebastian Kovig Skelton and Bill Goodwin, *Lawmakers study leaked Facebook documents made public today*, ComputerWeekly.com (Nov. 6, 2019), https://www.computerweekly.com/news/252473540/Lawmakers-study-leaked-Facebook-documents-made-public-today.

[3] Cecilia Kang and David McCabe, *California Sues Facebook for Documents in Privacy Litigation*, NY Times (Nov. 6, 2019), https://www.nytimes.com/2019/11/06/technology/facebook-california-investigation.html.

[4] *FACEBOOK USED USER DATA AS A WEAPON AGAINST RIVALS, OFFERED IT UP AS A SOP TO FRIENDS: REPORT*, Firstpost (Nov. 7, 2019), https://www.firstpost.com/tech/news-analysis/facebook-reported-misuse-of-user-data-revealed-in-leaked-documents-have-been-published-7612931.html.

[5] Elena Botella, *Facebook Earns $132.80 From Your Data per Year*, Slate (Nov. 15, 2019), https://slate.com/technology/2019/11/facebook-six4three-pikinis-lawsuit-emails-data.html.

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been

3

obtained from the other signatories.  I declare under penalty of perjury that the foregoing is true

4

and correct.

5

Executed this 1st day of June, 2021, at Oakland, California.

6

/s/ *Lesley E. Weaver*

7

Lesley E. Weaver

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Lesley E. Weaver*
Lesley E. Weaver