1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

11
12  IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION

MDL No. 2843
Case No. 18-md-02843-VC-JSC

13
14  This document relates to:

15  ALL ACTIONS

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT FACEBOOK, INC.'S REPLY BRIEF IN SUPPORT OF ITS CLAIM OF CONFIDENTIALITY**

Judge:  Hon. Vince Chhabria and Hon. Jacqueline Scott Corley
Courtroom:  4, 17th Floor

16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Having reviewed Plaintiffs' Administrative for Leave to File a Sur-Reply to Defendant Facebook, Inc.'s Reply Brief in Support of its Claim of Confidentiality ("Plaintiffs' Administrative Motion"), considered the responses thereto, and good cause appearing, the Court GRANTS the motion and ORDERS AS FOLLOWS:

Plaintiffs' [Proposed] Sur-Reply to Defendant Facebook, Inc.'s Reply Brief in Support of its Claim of Confidentiality, attached as Exhibit A to the Melamed Declaration, is deemed filed.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE