Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' STATUS UPDATE**<br><br>Judges: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom: VIA VIDEOCONFERENCE<br>Hearing Date: June 23, 2021<br>Hearing Time: 8:30 a.m. |

The parties were unable to agree on a Joint Statement. As such, Plaintiffs submit the following statement:

Since the last discovery conference, the parties have continued to work through selected discovery disputes in joint and *ex parte* mediation sessions with Judge Andler and Mr. Garrie. The parties have agreed upon a mediator to discuss possible case resolution, and are prepared to discuss that with Judge Chhabria in the Case Management Conference this Thursday, June 24.

Despite some progress, numerous significant issues are not yet resolved. This includes the rate of document production and the scope of relevant discovery in the case, issues that prompted the Court to propose discovery mediation, including the outstanding issue of a proposed case management schedule. Because there is some ambiguity and disagreement about the scope of "mediation confidentiality," Plaintiffs cannot explain the scope of impasse with specificity. But threshold issues, including issues that led the Court to propose the parties engage in discovery mediation, remain unresolved. Given the number of unresolved issues, Plaintiffs believe that the appointment of a Special Master pursuant to Federal Rule of Civil Procedure 53 is appropriate. This role would supplement, not supplant, Your Honor's role.[1] The use of Special Masters is routine in MDL cases. In this case in particular, the technical complexity of the issues the parties have yet to resolve requires the appointment of an expert who has the time and technical background to engage with the parties on a weekly basis to study and frame the issues, and also has the power to guide the parties to reasonable positions. This role would be akin to the Technology Master described in Section 1 of the Academy of Court-Appointed Masters Benchbook (the "Benchbook").[2]

Specifically, Plaintiffs recommend that Mr. Garrie be granted a Rule 53 appointment, with Judge Andler retaining her role as a neutral mediator of disputes. Mr. Garrie has served as a

---

[1] Guidelines for the Appointment and Use of Special Masters, Guideline 4.
[2] https://www.courtappointedmasters.org/acam/assets/File/public/handbook/section_1.pdf (describing that a "Technology Master," such as "[a] master[] with technical expertise can be very helpful," "[i]n cases intertwined with technology, scientific, or complex issues" and "can provide the courts and parties with the expertise necessary to understand and resolve problems."

Rule 53 Special Master, including on technical issues, before. Absent agreement with Facebook, Plaintiffs will bring a motion seeking this appointment.

Dated: June 22, 2021                                                     Respectfully submitted,

| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
|---|---|
| By:  */s/ Derek W. Loeser*<br>        Derek W. Loeser | By:  */s/ Lesley E. Weaver*<br>        Lesley E. Weaver |

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of June, 2021, at Seattle, Washington.

*/s/ Derek W. Loeser*
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on June 22, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

**In addition, the following were served via email:**

> Anjeza Hassan
> annie.sara@yahoo.com

> /s/ *Sarah Skaggs*
> Sarah Skaggs