UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This Order relates to:<br>ALL ACTIONS | Case No. 18-md-02843-VC (JSC)<br><br>**ORDER FOLLOWING JUNE 23, 2021 DISCOVERY CONFERENCE** |

The Court held a further discovery status conference with the parties on June 23, 2021. This Order confirms the matters discussed.

1. The parties shall file a joint proposed case schedule by July 2, 2021. If they cannot stipulate to the full schedule, by that same date they shall submit competing proposals on any issue on which they do not agree. Each side is limited to one page per disputed issue to explain why the Court should adopt that side's proposal.

2. The parties shall file a stipulation regarding Facebook's production of App Developer Investigation (ADI) documents by July 2, 2021. If the parties are not in agreement, then by that same date they shall file a discovery dispute joint letter which identifies the documents Facebook has agreed to produce and which additional documents Plaintiffs believe should be produced.

3. The parties shall file a stipulation regarding the use of technology assisted review (TAR) to filter non-responsive documents out of Facebook's review set by July 2, 2021. If the parties are not in agreement, then by that same date they shall file a discovery dispute joint letter regarding the issue.

4. The parties have resolved their disputes regarding search strings 5-8.

5. The Court will issue a written order on Facebook's motion to maintain the confidentiality of the documents that were made public in violation the Six4Three litigation protective order. (Dkt. No. 643.) In the interim, should Plaintiffs seek to use any such documents in this action, they shall file them under seal and Facebook will have the burden to show that they are properly sealable in accordance with Civil Local Rule 79-5(b).

6. The Court sets a further discovery status conference for July 28, 2021 at 8:30 a.m. The parties shall file a **joint** status update by noon July 27, 2021.

**IT IS SO ORDERED.**

Dated: June 23, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge