# FB EXHIBIT A

Facebook's Proposed Case Schedule

| Date | Event |
|---|---|
| **I.     Substantial Completion of Document Productions** | |
| January 31, 2022 | Substantial completion of party document productions[1] |
| March 17, 2022 | Amended privilege logs for substantially complete productions due (Dkt. 462) |
| **II.    Fact Depositions/Close of Fact Discovery** | |
| February 14, 2022 to June 17, 2022 | Fact depositions (party and non-party). |
| June 17, 2022 | Close of fact discovery |
| **III.   Class Certification** | |
| July 13, 2022 | Motion for class certification<br><br>Disclosure of Plaintiffs' expert witnesses in support of class certification and service of related expert declarations/reports regarding same |
| July 13, 2022 to August 10, 2022 | Depositions of Plaintiffs' class certification expert(s) |
| August 24, 2022 | Opposition to motion for class certification<br><br>Disclosure of Facebook's expert witnesses in opposition to class certification and service of related expert declarations/reports regarding same |
| August 24, 2022 to September 7, 2022 | Depositions of Facebook's class certification expert(s) |
| September 14, 2022 | Reply in support of motion for class certification |
| **IV.    Expert Discovery** | |
| October 10, 2022 | Plaintiffs' Rule 26(a)(2) expert disclosures |
| November 21, 2022 | Defendants' Rule 26(a)(2) expert disclosures |

---

[1] The proposed substantial completion deadline assumes the parties will focus their efforts in the intervening period on document productions and that depositions will be held after substantial completion.

Facebook's Proposed Case Schedule

| | |
|---|---|
| December 19, 2022 | Rebuttal expert reports |
| January 16, 2023 | Close of expert discovery |
| **V.     Dispositive Motions** | |
| 30 days after issuance of class certification decision | Notice Period for Opt Outs |
| 15 days after close of Opt Out Notice Period | Deadline for Dispositive motions |
| 30 days after filing of dispositive motions | Oppositions to dispositive motions |
| 14 days after filing of oppositions to dispositive motions | Replies in support of dispositive motions |
| **VI.     Trial** | |
| August 2023 (estimated) | Trial |