# FB EXHIBIT B

Plaintiffs' Revised Proposed Case Schedule
June 28, 2021

| Date | Event |
|---|---|
| January 31, 2022 | Substantial completion of document production[1] |
| March 17, 2022 | Final amended production of privilege logs per Dkt. 462[2] |
| June 17, 2022 | Close of fact discovery (with exception of discovery regarding documents improperly withheld as privileged) |
| July 15, 2022 | Disclosure of affirmative expert witnesses and service of related expert reports |
| September 9, 2022 | Disclosure of responsive expert witnesses and service of related expert reports |
| October 21, 2022 | Disclosure of rebuttal expert witness and service of related expert reports |
| November 4, 2022 | Close of expert discovery |
| December 9, 2022 | Motion for class certification |
| January 13, 2022 | Opposition to motion for class certification |
| February 17, 2023 | Reply in support of motion for class certification |
| 30 days after issuance of class certification decision | Dispositive motions |
| 30 days after filing of dispositive motions | Oppositions to dispositive motions |
| 14 days after filing of dispositive motions | Replies in support of dispositive motions |
| September 2023 | Trial (estimated) |

**Commented [LEW1]:** Adopting FB's proposed dates here

**Commented [LEW2]:** Judge Chhabria has already decided that expert disclosures for class cert/summary judgment are to be aligned. Doing otherwise complicates and delays the schedule.

---

[1] The substantial completion deadline assumes that by the deadline Facebook will have substantially completed production of: all data for the Named Plaintiffs; ADI documents pursuant to Court-ordered resolution; non-custodial document production; targeted production of documents from additional custodians or sources; and documents related to business partners, as well as supplementing interrogatory responses regarding the same, by the deadline. It also assumes Facebook will have substantially completed documents from any other disputes timely raised and resolved by the deadline.

[2] Privilege logs will be produced pursuant to the existing protocol, Dkt. No. 462.