| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>  osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>  dstein@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| Kristin A. Linsley (SBN 154148)<br>  klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>  mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | Joshua S. Lipshutz (SBN 242557)<br>  jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF MARTIE KUTSCHER IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF MARTIE KUTSCHER IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
CASE NO. 3:18-MD-02843-VC

I, Martie Kutscher, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bars of California, New Jersey, and New York. I submit this declaration in support of Facebook's Administrative Motion to File Under Seal. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. On June 28, 2021, the parties agreed that, given the timing of the three letter briefs the Court ordered the parties to submit by July 2, 2021, Facebook may file any argument and declarations in support of this sealing request within one week.

3. Attached as **Exhibit 1** is a true and correct unredacted copy of **FB Exhibit A** to the parties' July 2, 2021 Joint Letter Brief regarding ADI ("Letter Brief").

4. Attached as **Exhibit 2** is a true and correct redacted copy of **FB Exhibit A** to the Letter Brief.

5. Attached as **Exhibit 3** is a true and correct unredacted copy of **FB Exhibit B** to the Letter Brief.

6. Attached as **Exhibit 4** is a true and correct redacted copy of **FB Exhibit B** to the Letter Brief.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2021 in Palo Alto, California.

/s/ *Martie Kutscher*
Martie Kutscher

Gibson, Dunn & Crutcher LLP

DECLARATION OF MARTIE KUTSCHER IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:18-MD-02843-VC