| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Orin Snyder (*pro hac vice*) | Joshua S. Lipshutz (SBN 242557) |
|   osnyder@gibsondunn.com |   jlipshutz@gibsondunn.com |
| 200 Park Avenue | 1050 Connecticut Avenue, N.W. |
| New York, NY 10166-0193 | Washington, DC 20036-5306 |
| Telephone: 212.351.4000 | Telephone: 202.955.8500 |
| Facsimile: 212.351.4035 | Facsimile: 202.467.0539 |
| Kristin A. Linsley (SBN 154148) | Deborah Stein (SBN 224570) |
|   klinsley@gibsondunn.com |   dstein@gibsondunn.com |
| Martie Kutscher (SBN 302650) | 333 South Grand Avenue |
|   mkutscherclark@gibsondunn.com | Los Angeles, CA 90071-3197 |
| 555 Mission Street, Suite 3000 | Telephone: 213.229.7164 |
| San Francisco, CA 94105-0921 | Facsimile: 213.229.6164 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | *Attorneys for Defendant Facebook, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

**[PROPOSED] ORDER**

Upon consideration of Facebook, Inc.'s July 2, 2021 Motion to File Under Seal and supporting materials filed on July 9, 2021 and good cause having been shown, the Motion is GRANTED.

**IT IS SO ORDERED.**

DATE: _____         _____

United States Magistrate Judge Jacqueline Corley