# FB EXHIBIT C

## FB Exhibit C

Proposed Briefing Schedule if the Court is Inclined to
Order Production of Privileged ADI Communications

1. Facebook to file an opening brief of no more than 15 pages and an evidentiary record establishing that ADI was a privileged legal investigation within 21 days of the issuance of the Court's order.

2. Plaintiffs to file a response of no more than 15 pages within 21 days of Facebook's filing.

3. Facebook to file a reply of no more than 10 pages within 14 days of Plaintiffs' filing.