| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley Weaver (Cal. Bar No.191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC-JSC <br><br> **[PROPOSED] ORDER STRIKING ¶¶ 2-6 OF THE DECLARATION OF ALEXANDER H. SOUTHWELL IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge:  Hon. Vince Chhabria and Hon. Jacqueline Scott Corley <br> Courtroom:  4, 17th Floor |

## [PROPOSED] ORDER

Having reviewed Plaintiffs' Response to Statement in Support of Facebook's Administrative Motion to File Under Seal, and good cause appearing, the Court ORDERS AS FOLLOWS:

Paragraphs 2-6 of the Declaration of Alexander H. Southwell in Support of Facebook's Administrative Motion to File Under Seal, Dkt. No. 700-1, are stricken.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE