1

GIBSON, DUNN & CRUTCHER LLP

Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7164
Facsimile:  213.229.6164

*Attorneys for Defendant Facebook, Inc.*

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

14

15

16

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION,

This document relates to:

ALL ACTIONS

CASE NO. 3:18-MD-02843-VC

**[PROPOSED] ORDER GRANTING
FACEBOOK'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE A
RESPONSE TO JOINT DISCOVERY
LETTER BRIEF REGARDING TAR**

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

**[PROPOSED] ORDER**

Upon consideration of Facebook, Inc.'s July 14, 2021 Administrative Motion for Leave to File a Response to Joint Discovery Letter Brief Regarding TAR, and good cause having been shown, the Motion is GRANTED.

**IT IS SO ORDERED.**

DATE: _____          _____

United States Magistrate Judge Jacqueline Scott Corley

[PROPOSED] ORDER
CASE NO. 3:18-CV-01732-VC

Gibson, Dunn &
Crutcher LLP