UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br><br>Case No. 18-md-02843-VC<br><br>**ORDER SETTING CASE SCHEDULE**<br><br>Re Dkt. No. 696 |

After reviewing the parties' competing scheduling proposals, the Court adopts the following schedule:

- November 1, 2021: Depositions may begin
- January 31, 2022: Deadline for substantial completion of document production
- March 17, 2022: Deadline for final amended production of privilege logs
- June 17, 2022: Close of fact discovery (except discovery regarding documents withheld as privileged)
- July 15, 2022: Initial expert disclosures for both sides (excluding experts relating to damages whose testimony is not relevant to class certification)
- August 19, 2022: Rebuttal expert disclosures for both sides (with exception noted above)
- September 19, 2022: Close of expert discovery (with exception noted above)
- December 15, 2022: Last day for hearing on class certification
- January 11, 2023: Joint case management statement due

- January 18, 2023: Further case management conference

The remaining deadlines will be set at the January 2023 case management conference. The parties should plan on going to trial in September 2023.

**IT IS SO ORDERED.**

Dated: July 19, 2021

VINCE CHHABRIA
United States District Judge