UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 18-md-02843-VC   (JSC)<br><br>**ORDER RE: DISPUTE REGARDING FACEBOOK'S DOCUMENT REVIEW**<br><br>Re: Dkt. No. 697 |

Now pending before the Court is a discovery dispute joint letter regarding how Facebook is going to meet its obligation to substantially complete document production by January 2022. (Dkt. No. 697.) Since the motion was initially filed, the district court appointed Mr. Garrie as discovery special master. (Dkt. No. 709.) As Mr. Garrie has worked closely with the parties on the issue, the Court refers the dispute to him to decide in the first instance. The Court, however, makes a couple of observations.

First, however Facebook conducts its review, Facebook should be required to meet certain metrics by certain dates to avoid a disproportionate number of documents being produced toward the end of the document production period.

Second, now that depositions can commence in November 2021, document production, to the extent possible, should be prioritized to coordinate with the deposition schedule so that Facebook has produced relevant documents prior to particular depositions.

This Order disposes of Docket Nos. 697, 704 and 707.

**IT IS SO ORDERED.**

Dated: July 26, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge