| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com | Orin Snyder (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.4000<br>Fax: 212.351.4035<br>osnyder@gibsondunn.com |
| Lesley E. Weaver (SBN 191305)<br>BLEICHMAR FONTI & AULD LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com | Deborah Stein (SBN 224570)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000<br>Fax: 213.229.7520<br>dstein@gibsondunn.com |
| *Plaintiffs' Co-Lead Counsel*<br>*Additional counsel listed on signature page* | *Attorneys for Defendant Facebook, Inc.*<br>*Additional counsel listed on signature page* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **JOINT STATUS UPDATE**<br><br>Judges: Hon. Vince Chhabria and<br>Hon. Jacqueline Scott Corley<br>Courtroom: VIA VIDEOCONFERENCE<br>Hearing Date: July 28, 2021<br>Hearing Time: 8:30 a.m. |

Since the June 23 conference, the parties have had three full-day mediation sessions on June 28, July 6, and July 22.

Consistent with the Court's June 23 Order (Dkt. 693), the June 28 session was dedicated to working to resolve or narrow the three discovery disputes the Court ordered the parties to resolve or brief by July 2.

At the July 6 session, the parties largely discussed a process for drafting a stipulated Rule 53 protocol for submission to the Court, the timing of certain depositions (which was resolved by the Court's Order Setting Case Schedule, Dkt. No. 706), the prioritization of the production of certain materials in response to Plaintiffs' outstanding discovery requests, and Facebook's inquiry into whether certain document requests could be narrowed.

In advance of the July 22 session, the parties each submitted topics to Judge Andler and Mr. Garrie that they would like to resolve in the short term.  At the July 22 session, the parties began working to address these topics, resolved a dispute regarding the timing of certain non-party depositions, and discussed Plaintiffs' requests for production of various noncustodial documents.  The parties also began working on a more detailed Rule 53 stipulation and proposed order to ensure that the order governing Daniel Garrie's appointment as a special master addresses all of the Rule 53 requirements.   The parties are exchanging drafts of the stipulation and proposed order and hope to submit it shortly.

Finally, the parties will adhere to the guidance set forth in the Court's recent orders (Dkt. 711 & 712), including by working with the discovery mediators and Mr. Garrie as special master as appropriate.

| | |
|---|---|
| Dated: July 27, 2021 | Respectfully submitted, |

KELLER ROHRBACK L.L.P.                     BLEICHMAR FONTI & AULD LLP

By:  */s/ Derek W. Loeser*                          By:  */s/ Lesley E. Weaver*
     Derek W. Loeser                                            Lesley E. Weaver

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| Cari Campen Laufenberg (admitted *pro hac vice*) | Anne K. Davis (SBN 267909) |
| David J. Ko (admitted *pro hac vice*) | Matthew S. Melamed (SBN 260272) |
| Benjamin Gould (SBN 250630) | Angelica M. Ornelas (SBN 285929) |
| Adele Daniel (admitted *pro hac vice*) | Joshua D. Samra (SBN 313050) |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |
| claufenberg@kellerrohrback.com | adavis@bfalaw.com |
| dko@kellerrohrback.com | mmelamed@bfalaw.com |
| bgould@kellerrohrback.com | aornelas@bfalaw.com |
| adaniel@kellerrohrback.com | jsamra@bfalaw.com |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*


GIBSON, DUNN, & CRUTCHER LLP

By: */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

I, Elizabeth M Sainte, hereby certify that on July 27, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*Elizabeth Sainte*
_____
Elizabeth M Sainte