| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Orin Snyder (*pro hac vice*) | Joshua S. Lipshutz (SBN 242557) |
|   osnyder@gibsondunn.com |   jlipshutz@gibsondunn.com |
| 200 Park Avenue | 1050 Connecticut Avenue, N.W. |
| New York, NY 10166-0193 | Washington, DC 20036-5306 |
| Telephone: 212.351.4000 | Telephone: 202.955.8500 |
| Facsimile: 212.351.4035 | Facsimile: 202.467.0539 |
| | |
| Kristin A. Linsley (SBN 154148) | Deborah Stein (SBN 224570) |
|   klinsley@gibsondunn.com |   dstein@gibsondunn.com |
| Martie Kutscher (SBN 302650) | 333 South Grand Avenue |
|   mkutscherclark@gibsondunn.com | Los Angeles, CA 90071-3197 |
| 555 Mission Street, Suite 3000 | Telephone: 213.229.7164 |
| San Francisco, CA 94105-0921 | Facsimile: 213.229.6164 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | *Attorneys for Defendant Facebook, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Facebook, Inc. ("Facebook") hereby submits this Administrative Motion to File Under Seal. Facebook seeks to seal Exhibits B, C, and D to the August 2, 2021 Declaration of Alexander H. Southwell in Support of Facebook's Position in the Parties' July 2, 2021 Letter Brief Regarding ADI Privilege Dispute. The parties agreed that Facebook may file any argument and declarations in support of this sealing request within one week. *See* Kutscher Declaration ¶ 2. Facebook will file supporting papers for this request by August 9, 2021, and ask the Court to permanently seal the documents listed above.

Dated:  August 2, 2021

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

I, Orin Snyder, hereby certify that on August 2, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By:  /s/ Orin Snyder
Orin Snyder