GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF MARTIE KUTSCHER IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Gibson, Dunn & Crutcher LLP

Declaration Of Martie Kutscher In Support Of Facebook, Inc.'s Administrative Motion To File Under Seal
Case No. 3:18-MD-02843-VC

I, Martie Kutscher, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bars of California, New Jersey, and New York. I submit this declaration in support of Facebook's Administrative Motion to File Under Seal. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. On August 2, 2021, the parties agreed that Facebook may file certain portions of the Declaration of Alexander H. Southwell under seal and file any argument and declarations in support of this sealing request within one week.

3. Attached as **Exhibit 1** is a true and correct unredacted copy of **Exhibit B** to the August 2, 2021 Declaration of Alexander H. Southwell in Support of Facebook's Position in the Parties' July 2, 2021 Letter Brief Regarding ADI Privilege Dispute (the "Declaration").

4. Attached as **Exhibit 2** is a true and correct unredacted copy of **Exhibit C** to the Declaration.

5. Attached as **Exhibit 3** is a true and correct unredacted copy of **Exhibit D** to the Declaration.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2021 in Palo Alto, California.

/s/ *Martie Kutscher*
Martie Kutscher

Gibson, Dunn & Crutcher LLP

1
DECLARATION OF MARTIE KUTSCHER IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:18-MD-02843-VC