| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC-JSC <br><br> **[PROPOSED] ORDER GRANTING MDL PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

The Court, having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related and any responses thereto, and good cause appearing, HEREBY GRANTS Plaintiffs' Administrative Motion, and *Kiss v. Flo Health, Inc. et. al,* No. 3:21-cv-04333-JD (N.D. Cal.), is related to the above-captioned proceedings.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE