| | |
|---|---|
| James M. Wagstaffe (95535)<br>Frank Busch (258288)<br>**WAGSTAFFE, VON LOEWENFELDT,<br>BUSCH & RADWICK LLP**<br>100 Pine Street, Suite 725<br>San Francisco, CA 94111<br>Tel: (415) 357-8900<br>Fax: (415) 357-8910<br>wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com | Christian Levis (*pro hac vice*)<br>Amanda Fiorilla (*pro hac vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>clevis@lowey.com<br>afiorilla@lowey.com |

Carol C. Villegas (*pro hac vice*)
Michael P. Canty (*pro hac vice*)
Melissa H. Nafash (*pro hac vice*)
Ross M. Kamhi (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
mcanty@labaton.com
mnafash@labaton.com
rkamhi@labaton.com

*Attorneys for Plaintiff Madeline Kiss and the Proposed Class* in *Kiss v. Flo Health, Inc., et al.,* 4:21-cv-04333-DMR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No.: 18-md-02843-VC-JSC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS ADMINISTRATIVE MOTION AND FINDING CASES NOT RELATED** |

**[PROPOSED] ORDER**

On August 11, 2021, Plaintiffs filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. After having considered both the Plaintiffs' motion and the opposition filed by Plaintiff in the action titled *Kiss v. Flo Health, Inc. et. al,* No. 3:21-cv-04333-DMR ("*Kiss*"), as the judge assigned to *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 3:18-cv-02843, I find that the more recently filed case, *Kiss*, is not related to the case assigned to me, and such case shall not be reassigned to me.

**IT IS SO ORDERED.**

DATED: _____, 2021        _____
                                                                                                    The Honorable Vince Chhabria
                                                                                                    United States District Judge