GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | MDL NO. 2843<br>CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF ASHLEY ROGERS IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO RELATE CASES**<br><br>Judge: Hons. Vince Chhabria and Jacqueline Scott Corley<br>Courtroom 4, 17th Floor |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ASHLEY ROGERS IN SUPPORT OF DEFENDANT FACEBOOK INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO RELATE CASES / CASE NO. 3:18-MD-02843-VC

I, Ashley Rogers, hereby declare as follows:

1. I am an attorney admitted to practice law before this Court and all of the Courts of the State of California. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and counsel of record for Defendant Facebook, Inc. in *Kiss v. Flo Health, Inc. et al.*, No. 3:21-cv-04333-JD. I submit this declaration in support of Defendant Facebook, Inc.'s position in its Opposition to Plaintiffs' Motion to Consider Whether Cases Should Be Related, Dkt. 723 ("Administrative Motion"). I make this declaration based on my own knowledge of the matters set forth herein, and I would testify to the matters stated herein under oath if called upon to do so.

2. On August 16, 2021, I informed my colleagues who are counsel of record in the MDL for Facebook that I had conferred with the following defendants in *Kiss v. Flo Health, Inc. et al.*, No. 3:21-cv-04333-JD: Flo Health, Inc. and Flurry, Inc. I also informed my colleagues that each of these *Kiss* defendants also has agreed to join Facebook in opposing the Administrative Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of August, 2021 in Dallas, Texas.

*[signature: Ashley Rogers]*

Ashley Rogers

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF ASHLEY ROGERS IN SUPPORT OF DEFENDANT FACEBOOK INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO RELATE CASES / CASE NO. 3:18-MD-02843-VC