GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO STRIKE** |

# [PROPOSED] ORDER

Upon consideration of Facebook, Inc.'s Administrative Motion to Strike Plaintiffs' August 9, 2021 Response to the Declaration of Alexander H. Southwell and good cause having been shown:

Plaintiffs' Response To the August 2, 2021 Declaration of Alexander H. Southwell, Dkt. 721, shall be stricken from the docket.

Facebook may respond to Plaintiffs' Response To the August 2, 2021 Declaration of Alexander H. Southwell within 10 days.

**IT IS SO ORDERED.**

DATE: _____    _____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge