Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.:  213.229.7000
Fax:  213.229.7520
dstein@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **JOINT STATUS UPDATE**<br><br>Judges: Hon. Vince Chhabria and<br>Hon. Jacqueline Scott Corley<br>Courtroom: VIA VIDEOCONFERENCE<br>Hearing Date: August 23, 2021<br>Hearing Time: 8:30 a.m. |

Since the July 28 conference, the parties have had three mediation sessions, which were held on August 16, August 18, and August 20.

In advance of the August 16 session, the parties each submitted a list of topics to Judge Andler and Mr. Garrie that they hope to resolve in the near term and issues as to which they believed the parties to be at impasse.  The parties (i) reached agreement on an amended Rule 53 stipulation and proposed order, which was filed on August 18 (Dkt. No. 728), (ii) resolved a dispute regarding notice pertaining to certain non-party depositions in light of the Order Setting Case Schedule (Dkt. No. 706), (iii) resolved a dispute regarding a specific document Plaintiffs seek, (iv) agreed Plaintiffs would provide amended responses to certain of Facebook's Requests for Production of Documents, and (v) agreed Facebook would complete its privilege review of a document production from PricewaterhouseCoopers LLP no later than August 20, 2021.

The parties also worked with the mediators to address disputes regarding the sufficiency of both parties' document productions, the scope of particular document requests, whether certain document requests can be narrowed, and specific interrogatory responses.  The parties and the mediators have determined that the parties have reached impasse on two issues—one relating to TAR and one relating to Mark Zuckerberg's personal notebooks—which they will brief to Mr. Garrie, pursuant to procedures set by him.

Dated: August 20, 2021                                    Respectfully submitted,


KELLER ROHRBACK L.L.P.                          BLEICHMAR FONTI & AULD LLP

By:     */s/ Derek W. Loeser*                          By:     */s/ Lesley E. Weaver*
        Derek W. Loeser                                            Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)        Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)  Anne K. Davis (SBN 267909)
David J. Ko (admitted *pro hac vice*)            Matthew S. Melamed (SBN 260272)
Benjamin Gould (SBN 250630)                       Angelica M. Ornelas (SBN 285929)
Adele Daniel (admitted *pro hac vice*)           Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                     555 12th Street, Suite 1600
Seattle, WA 98101                                 Oakland, CA 94607
Tel.: (206) 623-1900                              Tel.: (415) 445-4003
Fax: (206) 623-3384                               Fax: (415) 445-4020
dloeser@kellerrohrback.com                        lweaver@bfalaw.com
claufenberg@kellerrohrback.com                    adavis@bfalaw.com
dko@kellerrohrback.com                            mmelamed@bfalaw.com
bgould@kellerrohrback.com                         aornelas@bfalaw.com
adaniel@kellerrohrback.com                        jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*


GIBSON, DUNN, & CRUTCHER LLP

By: */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*