Daniel Garrie, Esq.
JAMS
555 W. 5th St.
32nd Floor
Los Angeles, CA 90013
213-253-9706
*Special Discovery Master*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br><br>CASE NO. 3:18-MD-02843-VC-JSC<br><br>Hon. Vince Chhabria<br>Courtroom 4 – 17th Floor<br><br>**PROTOCOL FOR RESOLVING DISCOVERY DISPUTES – ORDER NO. 1**<br><br>JAMS Ref. No: 1200058674 |

1. According to the court's order of July 20, 2021, Daniel Garrie ("Special Master") was appointed as Discovery Special Master to resolve discovery disputes that the parties cannot resolve in mediation. This order sets out the protocol for resolving such discovery disputes.

2. After the discovery mediators declare an impasse, a party seeking the related orders has leave to file a motion before the Special Master.

3. **Format:** Moving and opposing papers must be double spaced on pleading paper not to exceed 15 pages exclusive of declarations and other admissible evidence.  No submission may contain argument in footnotes or declarations.  The Reply is not to exceed 10 pages. Neither party is permitted to submit new evidence in a Reply.

4. **Oral Argument:** If either party requests oral argument, it must be stated in the caption of moving or opposing papers. Oral argument will be taken under submission with no further briefing permitted unless ordered by the Special Master. At the request of the Special Master a party shall make available a subject matter expert to clarify any technical issues identified by the Special Master.

5. **Briefing schedule:**  Notice that a party seeks to file a motion is to be provided three calendar days from notice of declaration of impasse. Moving papers are to be filed within 10 calendar days of declaration of impasse. Opposition is to be filed and served 10 calendar days after filing of moving papers. Any reply is to be submitted within 5 calendar days after filling of opposition unless otherwise stipulated or ordered. No Sur-Replies permitted.

6. **Other topics:** The moving and opposing papers must identify the discovery request and response and include a Separate Statement (a chart that states interrogatories, the response, the relevant history, the opposition, and an executive summary of the argument).

7. Special Master is to issue a tentative ruling on the dispute within six (6) business days after filing of reply unless good cause exists for an extension of issuance of the tentative ruling.

8. Any request for reconsideration shall be submitted no later than four (4) business days after the issuance of the tentative ruling, and it shall be accompanied by a declaration establishing good cause. No new argument shall be included without a declaration demonstrating new facts or circumstances that did not exist at the time of the original briefing. In the absence of a timely request for reconsideration, the tentative ruling becomes final. The Special Master will determine on as-needed basis the briefing schedule for any request for reconsideration.

9. The parties cannot deviate from the specifications set-forth herein without leave of the Special Master.

**IT IS SO ORDERED.**

Thursday, August 19, 2021

Daniel Garrie, Esq.
Discovery Special Master

**PROOF OF SERVICE BY E-Mail**

Re: In re: Facebook, Inc. Consumer Privacy User Profile Litigation (Special Master)
Reference No. 1200058674

I, Anne Lieu, not a party to the within action, hereby declare that on August 20, 2021, I served the attached Protocol for Resolving Discovery Disputes - Order No. 1 on the parties in the within action by electronic mail at El Monte, CALIFORNIA, addressed as follows:

Martie P. Kutscher Clark Esq.
Gibson Dunn & Crutcher
1881 Page Mill Rd.
Palo Alto, CA   94304-1125
Phone: 650-849-5300
mkutscher@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

Deborah L. Stein Esq.
Alexander P. Swanson Esq.
Gibson Dunn & Crutcher
333 S. Grand Ave.
52nd Floor
Los Angeles, CA   90071-3197
Phone: 213-229-7000
dstein@gibsondunn.com
aswanson@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

David J. Ko Esq.
Derek W. Loeser Esq.
Cari C. Laufenberg Esq.
Keller Rohrback LLP
1201 Third Ave.
Suite 3200
Seattle, WA   98101-3052
Phone: 206-623-1900
dko@kellerrohrback.com
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
   Parties Represented:
   Bridgett Burk
   Cheryl Senko
   Jason Ariciu
   Jordan O'Hara
   Rev. Anthony Bell
   Samuel Armstrong
   Steven Akins
   Terry Fischer
   Tyler King

Chris Springer Esq.
Keller Rohrback LLP
801 Garden St.
Suite 301
Santa Barbara, CA   93101
Phone: 805-456-1496
cspringer@kellerrohrback.com
   Parties Represented:
   Bridgett Burk
   Cheryl Senko
   Jason Ariciu
   Jordan O'Hara
   Rev. Anthony Bell
   Samuel Armstrong
   Steven Akins
   Terry Fischer
   Tyler King

Lesley E. Weaver Esq.
Ms. Anne Davis
Matthew Montgomery Esq.
Bleichmar Fonti & Auld LLP
555 12th St.
Suite 1600
Oakland, CA   94607-3616
Phone: 415-445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
mmontgomery@bfalaw.com
   Parties Represented:
   Bridgett Burk
   Cheryl Senko
   Jason Ariciu
   Jordan O'Hara
   Rev. Anthony Bell
   Samuel Armstrong
   Steven Akins
   Terry Fischer
   Tyler King

Orin S. Snyder Esq.
Gibson Dunn & Crutcher
200 Park Ave.
47th Floor
New York, NY   10166-0193
Phone: 212-351-4000
osnyder@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

Russell H. Falconer Esq.
Gibson Dunn & Crutcher
2001 Ross Ave.
Suite 2100
Dallas, TX   75201
Phone: 214-698-3100
rfalconer@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

Ms. Laura C. Mumm
Gibson Dunn & Crutcher
200 Park Ave.

Matthew S. Melamed Esq.
Angelica M. Ornelas Esq.
Joshua D. Samra Esq.
Bleichmar Fonti & Auld LLP
555 12th St.
Suite 1600
Oakland, CA   94607-3616
Phone: 415-445-4003
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com
   Parties Represented:
   Bridgett Burk
   Cheryl Senko
   Jason Ariciu
   Jordan O'Hara
   Rev. Anthony Bell
   Samuel Armstrong
   Steven Akins
   Terry Fischer
   Tyler King

Joshua S. Lipshutz Esq.
Gibson Dunn & Crutcher
1050 Connecticut Ave NW
Washington, DC   20036
Phone: 202-9558500
JLipshutz@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

Colin B. Davis Esq.
Gibson Dunn & Crutcher
3161 Michelson Dr.
Irvine, CA   92612-4412
Phone: 949-451-3800
cdavis@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

New York, NY   10166
Phone: 212-351-4000
LMumm@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

      I declare under penalty of perjury the foregoing to be true and correct. Executed at El Monte, CALIFORNIA on  August 20, 2021.

/s/ Anne Lieu
Anne Lieu
JAMS
alieu@jamsadr.com