UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br><br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **ORDER DENYING MDL PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Re: Dkt. No. 723 |

The MDL Plaintiffs' administrative motion to relate *Kiss v. Flo Health, Inc.*, No. 3:21-cv-04333-JD (N.D. Cal.), is DENIED.

**IT IS SO ORDERED.**

Dated: August 26, 2021

VINCE CHHABRIA
United States District Judge