UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | Case No. 18-md-02843-VC   (JSC)<br><br>**ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 623, 698, 719 |

The parties filed several administrative motions to seal in connection with the ADI dispute that the Court resolved by Order filed September 8, 2021.  (Dkt. No. 726.)  This Order resolves those outstanding administrative motions to seal.  (Dkt. Nos. 623, 698, 719.)

First, in the administrative motion to seal filed at Docket No. 623 Facebook seeks sealing of two categories of information: "(i) descriptions of privileged, confidential documents submitted for *in camera* review that were generated during the ADI Investigation; and (ii) the names of Facebook employees and third-party experts drawn directly from privilege logs that Facebook designated as 'Confidential' under the protective order."  (Dkt. No. 623 at 2.)  Facebook's motion to seal is GRANTED IN PART and DENIED IN PART.  The motion is granted as to the names in category two, but denied without prejudice as to the detailed descriptions in category one.  While some of the information in category one might be confidential, some of the information is not and as such Facebook's request for sealing is not narrowly tailored.  *See* Civ. L.R. 79-5(b) ("The request must be narrowly tailored to seek sealing only of sealable material").

Second, the administrative motion to seal at Docket Nos. 698 and 700 seeks sealing of three lines from exhibits attached to the parties' joint discovery letter brief.  The request for sealing set forth at Docket. No. 700 is sufficiently narrowly tailored and is therefore GRANTED.

Third, the administrative motion to seal at Docket Nos. 719 and 722 seeks sealing of three exhibits attached to the parties' joint discovery letter brief.  This request for sealing is narrowly tailored and is therefore GRANTED.

To the extent that Facebook seeks to file a narrowly tailored renewed request for sealing regarding the matters in Docket No. 623, Facebook must file any such motion within 14 days of this Order.

This Order disposes of Docket Nos. 623, 698, 719.

**IT IS SO ORDERED.**

Dated: September 8, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge