**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

[~~Proposed~~] Order Granting Pls.'  
Admin. Motion to Seal

MDL No. 2843  
Case No. 18-md-02843-VC-JSC

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), and good cause appearing, the Court hereby ORDERS that the following documents (or portions thereof as indicated below) are hereby filed under seal:

|   | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Discovery Letter Regarding Plaintiffs' Request for Production No. 43 ("Discovery Letter") | Parts of the second and third full paragraphs on page two of the Discovery Letter. |
| 2 | Exhibit F | The 3 pages comprising Exhibit F, an excerpt consisting of Bates Numbers FB-CA-MDL-00009462, 9466, and 9467 from a document produced by Facebook Bates Numbered FB-CA-MDL-00009455-9501, to the Discovery Letter designated by Facebook, Inc. ("Facebook") as "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order. |
| 3 | Exhibit G | The 1 page comprising Exhibit G, an excerpt consisting of Bates Number FB-CA-MDL-00013451 from a document produced by Facebook Bates Numbered FB-CA-MDL-00013451-13457, to the Discovery Letter designated by Facebook, Inc. ("Facebook") as "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order. |

IT IS SO ORDERED.

Dated:   Sept. 8, 2021

*Jacqueline Scott Corley*
Hon. Jacqueline Scott Corley
United States Magistrate Judge