W. DANIEL MILES, III *(pro hac vice)*
LESLIE L. PESCIA *(pro hac vice)*
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (800) 898-2034
Facsimile: (334) 965-7555
dee.miles@beasleyallen.com
leslie.pescia@beasleyallen.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | Case No. 3:18-MD-02843-VC <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY** |

**TO: THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT**, Leslie L. Pescia will no longer be affiliated with the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and therefore hereby withdraws as counsel for Plaintiff. Plaintiff will continue to be represented by other attorneys on record for Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. in this action.

DATED this 17th day of September, 2021.

/s/ Leslie L. Pescia
W. DANIEL MILES, III *(pro hac vice)*
LESLIE L. PESCIA *(pro hac vice)*
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
Telephone: (800) 898-2034
Facsimile: (334) 965-7555
dee.miles@beasleyallen.com
leslie.pescia@beasleyallen.com