Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.:  213.229.7000
Fax:  213.229.7520
dstein@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **JOINT STATUS UPDATE**<br><br>Judges: Hon. Vince Chhabria and<br>Hon. Jacqueline Scott Corley<br>Courtroom: VIA VIDEOCONFERENCE<br>Hearing Date: Septemebr 21, 2021<br>Hearing Time: 8:30 a.m. |

Since the parties' August 22 submission, they had one full-day discovery mediation session. During that session, the parties worked with the mediators to address disputes regarding the sufficiency of both parties' document productions, the scope of particular document requests, whether certain document requests can be narrowed, and specific interrogatory responses.

The parties briefed disputes to Special Master Garrie regarding (i) TAR and (ii) notebooks from Mr. Zuckerberg. The parties and the mediators additionally have determined the parties to be at impasse on two issues—one regarding whether Mark Zuckerberg and Sheryl Sandberg should be added as custodians and the other regarding a dispute about Facebook's discovery responses related to "business partners." The parties will brief these issues to Mr. Garrie pursuant to the briefing procedures he has set.

On September 10, the parties had a pre-mediation session with the Honorable Jay Gandhi (Retired), during which he set a briefing and presentation schedule for an upcoming mediation session, which will be held on October 8.

Dated: September 20, 2021                                           Respectfully submitted,

KELLER ROHRBACK L.L.P.                                              BLEICHMAR FONTI & AULD LLP

By:     */s/ Derek W. Loeser*                                       By:     */s/ Lesley E. Weaver*
      Derek W. Loeser                                                       Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                            Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)                     Anne K. Davis (SBN 267909)
David J. Ko (admitted *pro hac vice*)                                Matthew S. Melamed (SBN 260272)
Benjamin Gould (SBN 250630)                                          Angelica M. Ornelas (SBN 285929)
Adele Daniel (admitted *pro hac vice*)                               Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                                        555 12th Street, Suite 1600
Seattle, WA 98101                                                    Oakland, CA 94607
Tel.: (206) 623-1900                                                 Tel.: (415) 445-4003
Fax: (206) 623-3384                                                  Fax: (415) 445-4020
dloeser@kellerrohrback.com                                           lweaver@bfalaw.com
claufenberg@kellerrohrback.com                                       adavis@bfalaw.com
dko@kellerrohrback.com                                               mmelamed@bfalaw.com
bgould@kellerrohrback.com                                            aornelas@bfalaw.com
adaniel@kellerrohrback.com                                           jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*


GIBSON, DUNN, & CRUTCHER LLP

By: */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com

JOINT STATUS UPDATE                                    3                                    MDL No. 2843
                                                                                    Case No. 18-md-02843-VC-JSC

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Lesley E. Weaver, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that each of the Signatories herein concur in this filing.

Dated:  September 20, 2021  /s/ *Lesley E. Weaver*
Lesley E. Weaver

**CERTIFICATE OF SERVICE**

  I, Lesley E. Weaver, hereby certify that on September 20, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

                */s/ Lesley E. Weaver*
                Lesley E. Weaver