# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION,


This document relates to:

ALL ACTIONS

MDL No. 2843
Case No: 18-MD-2843 VC (JSC) (N.D. Cal)

Hon. Vince Chhabria
Courtroom 4 – 17th Floor
Special Master: Daniel Garrie, Esq.

**ORDER REGARDING THE USE OF TAR**

JAMS Ref. No: 1200058674

## BACKGROUND

1.      On August 18, 2021, Special Master Daniel Garrie ("Special Master Garrie") and Judge Gail Andler declared impasse on the issue of whether Facebook should be compelled to use Technology Assisted Review ("TAR") in their review and production.

2.      Pursuant to the Protocol for Resolving Discovery Disputes, Plaintiffs submitted their opening brief regarding the use of TAR on August 30, 2021. Plaintiffs argue that requiring Facebook to implement TAR is within the Special Master's discretion and Facebook should be compelled to use TAR because (a) TAR will increase the pace of discovery, which Plaintiffs assert is currently insufficient to meet the needs of the case; and (b) implementing a TAR protocol will increase cooperation and transparency in discovery, which Plaintiffs assert have been insufficient thus far as "Facebook has continued to assert an unduly narrow view of relevance". See Plaintiffs' Brief Regarding the Use of TAR.

3.      Pursuant to the Protocol for Resolving Discovery Disputes, Facebook submitted their Opposition to Motion to Compel TAR on September 9, 2021. Facebook argues that (a) the ESI Protocol forecloses Plaintiffs' request that the Special Master compel TAR; (b) the case Law unanimously rejects Plaintiffs' request for an order compelling TAR; (c) Plaintiffs offer no justification for an order compelling Facebook to use TAR; and (d) compelling Facebook to use TAR at this stage would delay discovery. See Facebook's Opposition to Motion to Compel TAR.

## ORDER

4.      Special Master Garrie finds that additional information pertaining to Facebook's review is necessary to rule on the TAR related issues. Within 6 business days, Facebook is to provide the items below to Special Master Garrie.

i.   Facebook is to make available a technical resource (witness) knowledgeable in the analytics, review tools, and methodologies used in Facebook's production to guide Special Master Garrie through an in-camera review of samples of the documents reviewed and to explain the review process.

ii.  Facebook is to provide Special Master Garrie a sample of 500 documents from the unreviewed documents claimed to have a 3% responsiveness rate. See Facebook's Opposition to Motion to Compel TAR, at 14.

iii. Facebook is to provide a list of the repositories that are included in the scope of their review, designating as follows: (a) which repositories have been collected and which remain to be collected, if any; (b) which repositories have been searched; (c) which repositories have been reviewed; (d) which repositories are custodial sources and which are non-custodial sources.

iv.  Facebook is to provide written responses clarifying the following points from their Opposition to Motion to Compel TAR.

   1.  "Facebook has now completed its first-level human review of more than two-thirds of the documents that are most likely responsive." See Opposition to Motion to Compel TAR, at 14.

      a.  What does Facebook mean by "documents that are most likely responsive"?

      b.  How did Facebook determine that these documents are most likely to be responsive?

2.  "To date, Facebook has produced 1,959,618 pages over 45 produc-

tions, in addition to more than 500 pages of interrogatory responses."

<u>See</u> Opposition to Motion to Compel TAR, at 10.

   a.  How many documents comprise the 1,959,618 pages stated

   above?

   b.  Do the 1,959,618 pages stated above include documents from

   the government productions?

5.     Upon the filing by Facebook of the supplemental information requested, the mat-

ter will be taken under submission by the Special Master without further briefing or argument

except as deemed necessary by the Special Master.

**IT IS SO ORDERED.**

September 22, 2021

_____
Daniel Garrie
Discovery Special Master

ORDER REGARDING THE USE OF TAR

### PROOF OF SERVICE BY E-Mail

Re: In re: Facebook, Inc. Consumer Privacy User Profile Litigation (Special Master)
Reference No. 1200058674

I, Anne Lieu, not a party to the within action, hereby declare that on  September 22, 2021, I served the

attached ORDER REGARDING THE USE OF TAR on the parties in the within action by electronic mail at El

Monte, CALIFORNIA, addressed as follows:

Martie P. Kutscher Clark Esq.
Gibson Dunn & Crutcher
1881 Page Mill Rd.
Palo Alto, CA   94304-1125
Phone: 650-849-5300
mkutscher@gibsondunn.com
    Parties Represented:
    Facebook, Inc.

Deborah L. Stein Esq.
Alexander P. Swanson Esq.
Gibson Dunn & Crutcher
333 S. Grand Ave.
52nd Floor
Los Angeles, CA   90071-3197
Phone: 213-229-7000
dstein@gibsondunn.com
aswanson@gibsondunn.com
    Parties Represented:
    Facebook, Inc.

David J. Ko Esq.
Derek W. Loeser Esq.
Cari C. Laufenberg Esq.
Keller Rohrback LLP
1201 Third Ave.
Suite 3200
Seattle, WA   98101-3052
Phone: 206-623-1900
dko@kellerrohrback.com
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
    Parties Represented:
    Bridgett Burk
    Cheryl Senko
    Jason Ariciu
    Jordan O'Hara
    Rev. Anthony Bell
    Samuel Armstrong
    Steven Akins
    Terry Fischer
    Tyler King

Chris Springer Esq.
Keller Rohrback LLP
801 Garden St.
Suite 301
Santa Barbara, CA   93101
Phone: 805-456-1496
cspringer@kellerrohrback.com
    Parties Represented:
    Bridgett Burk
    Cheryl Senko
    Jason Ariciu
    Jordan O'Hara
    Rev. Anthony Bell
    Samuel Armstrong
    Steven Akins
    Terry Fischer
    Tyler King

Lesley E. Weaver Esq.

Matthew S. Melamed Esq.

Ms. Anne Davis
Matthew Montgomery Esq.
Bleichmar Fonti & Auld LLP
555 12th St.
Suite 1600
Oakland, CA   94607-3616
Phone: 415-445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
mmontgomery@bfalaw.com
   Parties Represented:
   Bridgett Burk
   Cheryl Senko
   Jason Ariciu
   Jordan O'Hara
   Rev. Anthony Bell
   Samuel Armstrong
   Steven Akins
   Terry Fischer
   Tyler King

Angelica M. Ornelas Esq.
Joshua D. Samra Esq.
Bleichmar Fonti & Auld LLP
555 12th St.
Suite 1600
Oakland, CA   94607-3616
Phone: 415-445-4003
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com
   Parties Represented:
   Bridgett Burk
   Cheryl Senko
   Jason Ariciu
   Jordan O'Hara
   Rev. Anthony Bell
   Samuel Armstrong
   Steven Akins
   Terry Fischer
   Tyler King

Orin S. Snyder Esq.
Gibson Dunn & Crutcher
200 Park Ave.
47th Floor
New York, NY   10166-0193
Phone: 212-351-4000
osnyder@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

Joshua S. Lipshutz Esq.
Gibson Dunn & Crutcher
1050 Connecticut Ave NW
Washington, DC   20036
Phone: 202-9558500
JLipshutz@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

Russell H. Falconer Esq.
Gibson Dunn & Crutcher
2001 Ross Ave.
Suite 2100
Dallas, TX   75201
Phone: 214-698-3100
rfalconer@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

Colin B. Davis Esq.
Gibson Dunn & Crutcher
3161 Michelson Dr.
Irvine, CA   92612-4412
Phone: 949-451-3800
cdavis@gibsondunn.com
   Parties Represented:
   Facebook, Inc.

Ms. Laura C. Mumm
Gibson Dunn & Crutcher
200 Park Ave.
New York, NY   10166
Phone: 212-351-4000

LMumm@gibsondunn.com
  Parties Represented:
  Facebook, Inc.

I declare under penalty of perjury the foregoing to be true and correct. Executed at El Monte,

CALIFORNIA on  September 22, 2021.

/s/ Anne Lieu
Anne Lieu
JAMS
alieu@jamsadr.com