GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S RENEWED ADMINISTRATIVE MOTION TO PERMANENTLY SEAL** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s Renewed Administrative Motion to Permanently Seal.  Good cause having been shown, Facebook, Inc.'s Renewed Administrative Motion to Permanently Seal is GRANTED.  The Court hereby ORDERS:

1. The redacted version of Facebook's Brief In Opposition To Plaintiffs' Request For Privileged Investigatory Materials, Exhibit 1 to the Declaration of Alexander H. Southwell, shall be filed on the public docket.

2. The unredacted version of Facebook's Brief In Opposition To Plaintiffs' Request For Privileged Investigatory Materials, Exhibit 2 to the Declaration of Alexander H. Southwell and originally filed at Dkt. 612-3, shall be permanently sealed.

3. The redacted version of Plaintiffs' Motion to Compel Production of Documents Related to Facebook' App Developer Investigation, Exhibit 3 to the Declaration of Alexander H. Southwell, shall be filed on the public docket.

4. The unredacted version of Plaintiffs' Motion to Compel Production of Documents Related to Facebook' App Developer Investigation, Exhibit 4 to the Declaration of Alexander H. Southwell and originally filed at Dkt. 611-2, shall be permanently sealed.

5. The other submissions the parties filed temporarily under seal pursuant to their stipulation (Dkt. 610)—specifically, Dkts. 611-3 to 611-6, and Dkts. 612-2 and 612-4—shall be unsealed and placed on the public docket.

**IT IS SO ORDERED.**

DATE: _____                    _____

JACQUELINE SCOTT CORLEY
United States Magistrate Judge