| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Orin Snyder (*pro hac vice*) | Deborah Stein (SBN 224570) |
|   osnyder@gibsondunn.com |   dstein@gibsondunn.com |
| 200 Park Avenue | 333 South Grand Avenue |
| New York, NY 10166-0193 | Los Angeles, CA 90071-3197 |
| Telephone: 212.351.4000 | Telephone: 213.229.7164 |
| Facsimile: 212.351.4035 | Facsimile: 213.229.6164 |
| | |
| Kristin A. Linsley (SBN 154148) | Joshua S. Lipshutz (SBN 242557) |
|   klinsley@gibsondunn.com |   jlipshutz@gibsondunn.com |
| Martie Kutscher (SBN 302650) | 1050 Connecticut Avenue, N.W. |
|   mkutscherclark@gibsondunn.com | Washington, DC 20036-5306 |
| 555 Mission Street, Suite 3000 | Telephone: 202.955.8500 |
| San Francisco, CA 94105-0921 | Facsimile: 202.467.0539 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | |

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> [~~PROPOSED~~] **ORDER GRANTING FACEBOOK'S RENEWED ADMINISTRATIVE MOTION TO PERMANENTLY SEAL** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s Renewed Administrative Motion to Permanently Seal. Good cause having been shown, Facebook, Inc.'s Renewed Administrative Motion to Permanently Seal is GRANTED. The Court hereby ORDERS:

1. The redacted version of Facebook's Brief In Opposition To Plaintiffs' Request For Privileged Investigatory Materials, Exhibit 1 to the Declaration of Alexander H. Southwell, shall be filed on the public docket.

2. The unredacted version of Facebook's Brief In Opposition To Plaintiffs' Request For Privileged Investigatory Materials, Exhibit 2 to the Declaration of Alexander H. Southwell and originally filed at Dkt. 612-3, shall be permanently sealed.

3. The redacted version of Plaintiffs' Motion to Compel Production of Documents Related to Facebook' App Developer Investigation, Exhibit 3 to the Declaration of Alexander H. Southwell, shall be filed on the public docket.

4. The unredacted version of Plaintiffs' Motion to Compel Production of Documents Related to Facebook' App Developer Investigation, Exhibit 4 to the Declaration of Alexander H. Southwell and originally filed at Dkt. 611-2, shall be permanently sealed.

5. The other submissions the parties filed temporarily under seal pursuant to their stipulation (Dkt. 610)—specifically, Dkts. 611-3 to 611-6, and Dkts. 612-2 and 612-4—shall be unsealed and placed on the public docket.

**IT IS SO ORDERED.**

DATE:   September 23, 2021

_Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge