Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.:  213.229.7000
Fax:  213.229.7520
dstein@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **JOINT STATUS UPDATE**<br><br>Judges: Hon. Vince Chhabria and<br>Hon. Jacqueline Scott Corley<br>Courtroom: VIA VIDEOCONFERENCE<br>Hearing Date: October 20, 2021<br>Hearing Time: 9:00 a.m. |

Since the parties' September 20 submission, they have had one discovery mediation session. During that session, the parties worked with the mediators to address disputes regarding the scheduling of depositions.

The parties also briefed disputes to Special Master Garrie regarding (i) whether Mark Zuckerberg and Sheryl Sandberg should be added as custodians; and (ii) Facebook's discovery responses related to "business partners." The mediators have additionally determined the parties to be at impasse on two issues—one regarding whether Facebook's production of the Named Plaintiffs' data is in compliance with Discovery Order No. 9, Dkt No. 557, and the other regarding Facebook's request for a protective order in connection with two specific API call log tables. The parties will brief these issues pursuant to the briefing procedures set forth in the Protocol for Resolving Discovery, Dkt. No. 733.

Special Master Garrie further ordered the parties to submit statements regarding their positions on issues related to the Court's Order Granting Plaintiffs' Motion to Compel ADI Materials. Dkt. No. 736. He indicated that, if those issues are not resolved, he will hold a hearing at the end of October or the first week of November.

In addition to these discovery items, the parties each submitted shared and ex parte mediation submissions to the Honorable Jay Gandhi (Retired), and on September 29, each made presentations to opposing counsel and Judge Gandhi. The mediation session that was scheduled to occur on October 8 was continued to a date to be determined, due to an emergency.

JOINT STATUS UPDATE    2    MDL No. 2843
CASE NO. 18-MD-02843-VC-JSC

Dated: October 18, 2021              Respectfully submitted,

KELLER ROHRBACK L.L.P.              BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*          By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                    Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)          Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)   Anne K. Davis (SBN 267909)
David J. Ko (admitted *pro hac vice*)              Matthew S. Melamed (SBN 260272)
Benjamin Gould (SBN 250630)                        Angelica M. Ornelas (SBN 285929)
Adele Daniel (admitted *pro hac vice*)             Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                      555 12th Street, Suite 1600
Seattle, WA 98101                                  Oakland, CA 94607
Tel.: (206) 623-1900                               Tel.: (415) 445-4003
Fax: (206) 623-3384                                Fax: (415) 445-4020
dloeser@kellerrohrback.com                         lweaver@bfalaw.com
claufenberg@kellerrohrback.com                     adavis@bfalaw.com
dko@kellerrohrback.com                             mmelamed@bfalaw.com
bgould@kellerrohrback.com                          aornelas@bfalaw.com
adaniel@kellerrohrback.com                         jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*


GIBSON, DUNN, & CRUTCHER LLP

By: */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

4850-3635-1743, v. 1