**Pages 1 - 5**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Magistrate Judge

IN RE:  FACEBOOK, INC.          )
CONSUMER PRIVACY USER PROFILE   )   **NO. 18-md-02843 VC (JSC)**
LITIGATION.                     )
                                )
_____)

                              San Francisco, California
                              Wednesday, October 20, 2021

**TRANSCRIPT OF REMOTE ZOOM VIDEO CONFERENCE PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiffs:
                KELLER ROHRBACK LLP
                1201 Third Avenue, Suite 3200
                Seattle, Washington  98101
       **BY:** **DEREK W. LOESER, ATTORNEY AT LAW**
             **CARI C. LAUFENBERG, ATTORNEY AT LAW**

                BLEICHMAR, FONTI & AULD LLP
                555 - 12th Street, Suite 1600
                Oakland, California 94607
       **BY:** **MATTHEW S. MELAMED, ATTORNEY AT LAW**
             **ANNE K. DAVIS, ATTORNEY AT LAW**
             **LESLEY E. WEAVER, ATTORNEY AT LAW**

For Defendant:
                GIBSON, DUNN & CRUTCHER LLP
                555 Mission Street, Suite 3000
                San Francisco, California 94105
       **BY:** **MARTIE P. KUTSCHER CLARK**
             **ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported Remotely By:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
                           CSR No. 7445, Official U.S. Reporter

```
 1   APPEARANCES VIA ZOOM:   (CONTINUED)

 2   For Defendant:
                             GIBSON, DUNN & CRUTCHER LLP
 3                           2100 McKinney Avenue, Suite 1100
                             Dallas, Texas 75201
 4                      BY:  RUSSELL H. FALCONER, ATTORNEY AT LAW

 5                           GIBSON, DUNN & CRUTCHER LLP
                             333 South Grand Avenue
 6                           Los Angeles, California 90071-3197
                        BY:  DEBORAH L. STEIN, ATTORNEY AT LAW
 7

 8   Also Present:           Daniel B. Garrie, Esq., JAMS
```

| | |
|---|---|
| **Wednesday - October 20, 2021** | **9:02 a.m.** |

**P R O C E E D I N G S**

---o0o---

    **THE CLERK:** Calling Civil Action 18-md-2843, In Re Facebook.

    Go ahead and start.

    **THE COURT:** All right. Do we need appearances or just when they speak, Ms. Means?

    **THE CLERK:** Just when they speak.

    **THE COURT:** All right.

    **THE CLERK:** It's a small enough group. Not like yesterday.

    **THE COURT:** Good morning.

    Thanks for your statement. And I know the last few times I've just sort of continued it, but I hadn't seen you in a while and so I wanted to check in and just see if there is anything I can do or sort of get an update.

    I know depositions, I believe, are able to open next month.

    And so, that's all. I just wanted to check in.

    It looks like things are working well with the special master, but if anyone wants to give me an update.

    Otherwise, I thought maybe all of you hadn't been on a Zoom together either and maybe you wanted to see each other.

    (Laughter.)

1      **MS. STEIN:**  Thank you, Your Honor.
2      **MR. LOESER:**  Well, we have seen each other a few times.
3  So we still remember each other's names, and Zoom helps with
4  that too.
5       Your Honor, the process is working I think as you
6  intended.  We have Special Master Garrie, who I can see has now
7  joined us.  We still have discovery mediation sessions with
8  Judge Andler as well.  And the settlement mediation process has
9  commenced as well with Judge Gandhi.
10      So we have a lot of different people who have a "judge" or
11 a "special master" title involved in this case, and we're
12 hoping that everyone's time can be used well and effectively
13 and we can continue to move things along.
14      Obviously, plaintiffs have -- there's a lot of discovery
15 disputes that are now working through the process.  We hope
16 that this, what's set up, will accelerate resolution of that.
17      We have a case calendar with some tight deadlines, and so
18 I think the parties are working hard to make sure that those
19 are complied with.
20      **THE COURT:**  Great.
21      **MS. STEIN:**  Yes, Your Honor.  I would just echo what
22 Mr. Loeser said.  We have, you know, a lot in process with
23 Special Master Garrie and Judge Andler.  There are obviously
24 disputes going both ways that we're working through.  And,
25 you know, I think from our perspective, we're working hard to

1    make sure that, you know, all the deadlines are met.
2        **THE COURT:**  All right.  Great.
3        Well, I didn't want you to think I'm not here if you need
4    me.  I am.
5        Why don't we just go ahead and set something again.  And
6    if there's no reason, I'll go ahead and continue it.  But I
7    just want you to know that I haven't completely abandoned you.
8        So should we set something maybe, like, the week before
9    Thanksgiving?  That's about a month.  Thanksgiving is the 25th.
10   How about the 16th at 9:00 a.m. by video?
11       **MS. DAVIS:**  That works here.
12       **THE COURT:**  All right.  Thank you very much.
13       **MS. STEIN:**  That's fine, Your Honor.  Thank you.
14       **THE COURT:**  Great.  All right.  It was nice to see you.
15       **MR. LOESER:**  Thank you, Your Honor.
16               (Proceedings adjourned at 9:05 a.m.)
17                            ---o0o---

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Thursday, October 21, 2021

*Ana Dub*
_____

Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
Official United States Reporter