Michael Mann, Esq.
Law and Forensics
New York, New York
Phone: 855-529-2466
Clerk

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br><br> Case No: 18-MD-2843 VC (JSC) (N.D. Cal) |
| This document relates to: *ALL ACTIONS* | Hon. Vince Chhabria <br> Courtroom 4 – 17th Floor <br> **CONSENT OF CLERK AND AFFIDAVIT** <br> JAMS Ref. No: 1200058674 |

1. I, Michael Mann, hereby affirm under penalty of perjury, that I am currently serving as an associate at Law and Forensics, 7 Lake Bellevue Drive, Unit 206, Bellevue WA 98005. The parties consented to my retention and involvement in this matter as a clerk to Special Master Daniel Garrie.

2. I have received the Order Appointing Master for Discovery Purposes, signed by United States District Judge, Hon. Vince Chhabria, and I hereby consent to appointment as clerk to Special Master Daniel Garrie, Esq. in the above-entitled case. The normal rate of compensation as a neutral Clerk is $525 per hour plus administrative fees.

3. I have read and reviewed the grounds for disqualification under 28 U.S.C. § 455 and declare as follows:

   a. I have no personal bias or prejudice concerning a party or personal knowledge of

disputed evidentiary facts concerning the proceeding.

b. I have not served in private practice since 2018 and have not served as a lawyer in the matter. I have not served as a lawyer in the matter in controversy, nor has any lawyer with whom I previously practiced law served during such association as a lawyer concerning the matter, nor as a judge or lawyer have I been a material witness concerning it.

c. I have not served in government employment wherein I would have participated as counsel, adviser or material witness concerning the proceeding, nor have I expressed an opinion concerning the merits of the case herein.

d. I know that neither I, individually or as a fiduciary, has a financial interest in the subject matter in controversy, nor in a party to the proceeding, nor any other interest that could be substantially affected by the outcome of the proceeding.

e. I state that neither I nor any person within the third degree of relationship to nor the spouse of such person:

(i) is a party to the proceeding, nor an officer, director, nor trustee of a party

(ii) is acting as a lawyer in the proceeding;

(iii) is known by this Master to have an interest that could be substantially affected by the outcome of the proceeding;

(iv) is to the Master's knowledge, likely to be a material witness in the

proceeding.

I declare under penalty of perjury that the preceding facts are true as known to me or those matters not directly known to me are true on information and belief.

DATED: October 25, 2021

*Michael Mann*
Michael Mann (Oct 25, 2021 17:39 EDT)
Michael Mann, Esq.

# Michael Mann_disclosures

Final Audit Report 2021-10-25

| | |
|---|---|
| Created: | 2021-10-25 |
| By: | Daniel Garrie (info@lawandforensics.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAo_IOOU7jB0twOFyAdwnwsjjk06rXoM82 |

## "Michael Mann_disclosures" History

- Document created by Daniel Garrie (info@lawandforensics.com)
  2021-10-25 – 9:38:02 PM GMT- IP address: 24.102.77.123

- Document emailed to Michael Mann (mmann@lawandforensics.com) for signature
  2021-10-25 – 9:38:31 PM GMT

- Email viewed by Michael Mann (mmann@lawandforensics.com)
  2021-10-25 – 9:38:50 PM GMT- IP address: 24.102.77.123

- Document e-signed by Michael Mann (mmann@lawandforensics.com)
  Signature Date: 2021-10-25 – 9:39:12 PM GMT - Time Source: server- IP address: 24.102.77.123

- Agreement completed.
  2021-10-25 – 9:39:12 PM GMT

Adobe Sign

## PROOF OF SERVICE BY E-Mail

I, Jennifer Rodriguez, not a party to the within action, hereby declare that on October 25, 2021, I served the attached CONSENT OF CLERK AND AFFIDAVIT on the parties in the within action by electronic mail at Los Angeles, CALIFORNIA, addressed as follows:

| | |
|---|---|
| Martie P. Kutscher Clark Esq.<br>Gibson Dunn & Crutcher<br>1881 Page Mill Rd.<br>Palo Alto, CA   94304-1125<br>Phone: 650-849-5300<br>mkutscher@gibsondunn.com<br>     Parties Represented:<br>     Facebook, Inc. | Deborah L. Stein Esq.<br>Alexander P. Swanson Esq.<br>Gibson Dunn & Crutcher<br>333 S. Grand Ave.<br>52nd Floor<br>Los Angeles, CA   90071-3197<br>Phone: 213-229-7000<br>dstein@gibsondunn.com<br>aswanson@gibsondunn.com<br>     Parties Represented:<br>     Facebook, Inc. |
| David J. Ko Esq.<br>Derek W. Loeser Esq.<br>Cari C. Laufenberg Esq.<br>Keller Rohrback LLP<br>1201 Third Ave.<br>Suite 3200<br>Seattle, WA   98101-3052<br>Phone: 206-623-1900<br>dko@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>     Parties Represented:<br>     Bridgett Burk<br>     Cheryl Senko<br>     Jason Ariciu<br>     Jordan O'Hara<br>     Rev. Anthony Bell<br>     Samuel Armstrong<br>     Steven Akins<br>     Terry Fischer<br>     Tyler King | Chris Springer Esq.<br>Keller Rohrback LLP<br>801 Garden St.<br>Suite 301<br>Santa Barbara, CA   93101<br>Phone: 805-456-1496<br>cspringer@kellerrohrback.com<br>     Parties Represented:<br>     Bridgett Burk<br>     Cheryl Senko<br>     Jason Ariciu<br>     Jordan O'Hara<br>     Rev. Anthony Bell<br>     Samuel Armstrong<br>     Steven Akins<br>     Terry Fischer<br>     Tyler King |
| Lesley E. Weaver Esq.<br>Ms. Anne Davis<br>Matthew Montgomery Esq.<br>Bleichmar Fonti & Auld LLP | Matthew S. Melamed Esq.<br>Angelica M. Ornelas Esq.<br>Joshua D. Samra Esq.<br>Bleichmar Fonti & Auld LLP |

PROOF OF SERVICE

| | |
|---|---|
| 555 12th St.<br>Suite 1600<br>Oakland, CA   94607-3616<br>Phone: 415-445-4003<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>mmontgomery@bfalaw.com<br>    Parties Represented:<br>    Bridgett Burk<br>    Cheryl Senko<br>    Jason Ariciu<br>    Jordan O'Hara<br>    Rev. Anthony Bell<br>    Samuel Armstrong<br>    Steven Akins<br>    Terry Fischer<br>    Tyler King | 555 12th St.<br>Suite 1600<br>Oakland, CA   94607-3616<br>Phone: 415-445-4003<br>mmelamed@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com<br>    Parties Represented:<br>    Bridgett Burk<br>    Cheryl Senko<br>    Jason Ariciu<br>    Jordan O'Hara<br>    Rev. Anthony Bell<br>    Samuel Armstrong<br>    Steven Akins<br>    Terry Fischer<br>    Tyler King |
| Orin S. Snyder Esq.<br>Gibson Dunn & Crutcher<br>200 Park Ave.<br>47th Floor<br>New York, NY   10166-0193<br>Phone: 212-351-4000<br>osnyder@gibsondunn.com<br>    Parties Represented:<br>    Facebook, Inc. | Joshua S. Lipshutz Esq.<br>Gibson Dunn & Crutcher<br>1050 Connecticut Ave NW<br>Washington, DC   20036<br>Phone: 202-9558500<br>JLipshutz@gibsondunn.com<br>    Parties Represented:<br>    Facebook, Inc. |
| Russell H. Falconer Esq.<br>Gibson Dunn & Crutcher<br>2001 Ross Ave.<br>Suite 2100<br>Dallas, TX   75201<br>Phone: 214-698-3100<br>rfalconer@gibsondunn.com<br>    Parties Represented:<br>    Facebook, Inc. | Colin B. Davis Esq.<br>Gibson Dunn & Crutcher<br>3161 Michelson Dr.<br>Irvine, CA   92612-4412<br>Phone: 949-451-3800<br>cdavis@gibsondunn.com<br>    Parties Represented:<br>    Facebook, Inc. |
| Ms. Laura C. Mumm<br>Gibson Dunn & Crutcher<br>200 Park Ave.<br>New York, NY   10166<br>Phone: 212-351-4000<br>LMumm@gibsondunn.com<br>    Parties Represented:<br>    Facebook, Inc. | |

PROOF OF SERVICE

I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles, CALIFORNIA on October 25, 2021.

/s/Jennifer Rodriguez

_____
Jennifer Rodriguez
JAMS
JRodriguez@jamsadr.com