GIBSON, DUNN & CRUTCHER LLP

Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP

Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7164
Facsimile:  213.229.6164

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER** |

Gibson, Dunn & Crutcher LLP

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Administrative Motion to File Under Seal Special

Master's Order, which proposes to seal limited portions of the following documents:

| | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Special Master Garrie's Order Regarding Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians ("Special Master's Order") | Limited portions of paragraph 7 that reveal Facebook's confidential information and quote or describe confidential documents. |
| 2 | Special Master's Order Ex. A – Plaintiffs' Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians | Limited portions of sections II., V.A.1.–2. (pages 1–2, 5–6, 8–11) that reveal Facebook's confidential information and quote or describe confidential documents. |
| 3 | Special Master's Order Ex. B – Facebook's Opposition To Plaintiffs' Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians | Limited portions of section III.A.2.b. (pages 10–14) that reveal Facebook's confidential information and quote or describe confidential documents. |
| 4 | Special Master's Order Ex. C – Reply In Support of Plaintiffs' Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians | Limited portions of sections III.B.–C. (pages 5–8) that reveal Facebook's confidential information and quote or describe confidential documents. |

Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal

Special Master's Order is GRANTED.  The Court hereby ORDERS:

1. The redacted version of Special Master Garrie's Order Regarding Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians, attached as Exhibit A to the Declaration of Alexander Swanson In Support Of Facebook's Administrative Motion To File Under Seal Special Master's Order, shall be filed on the public docket.

2. The unredacted version of Special Master Garrie's Order Regarding Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians, attached as Exhibit B to the Declaration of Alexander Swanson In Support of Facebook's Administrative Motion To File Under Seal Special Master's Order, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

Gibson, Dunn & Crutcher LLP