| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com | Orin Snyder (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.4000<br>Fax: 212.351.4035<br>osnyder@gibsondunn.com |
| Lesley E. Weaver (SBN 191305)<br>BLEICHMAR FONTI & AULD LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com | Deborah Stein (SBN 224570)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel.:  213.229.7000<br>Fax:  213.229.7520<br>dstein@gibsondunn.com |
| *Plaintiffs' Co-Lead Counsel*<br>*Additional counsel listed on signature page* | *Attorneys for Defendant Facebook, Inc.*<br>*Additional counsel listed on signature page* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC<br><br>**JOINT STATUS UPDATE**<br><br>Judges: Hon. Vince Chhabria and<br>Hon. Jacqueline Scott Corley<br>Courtroom: VIA VIDEOCONFERENCE<br>Hearing Date: November 16, 2021<br>Hearing Time: 9:00 a.m. |

Since the October 20 hearing, the parties had one full-day discovery mediation session. During that session, the parties worked with the mediators to address a deposition protocol and third-party subpoenas. Outside of mediation, the parties held multiple meet and confer sessions regarding each party's discovery requests and the scope of third-party discovery.

Since the parties' last joint statement, Special Master Garrie has issued orders (i) granting in part Plaintiffs' motion to compel discovery responses related to "business partners"; (ii) granting Facebook's request for a protective order in connection with two specific inaccessible API call log tables—Facebook agreed to produce a separate, accessible table, and per the Special Master's order will do so by December 1, 2021; and (iii) granting, in part, Plaintiffs' motion to compel the inclusion of Mark Zuckerberg and Sheryl Sandberg as document custodians through a "targeted search and collection" of "information not available through other data sources." Special Master Garrie also issued a deposition protocol, which will become final unless Plaintiffs decide to seek reconsideration by November 18, 2021. The parties further briefed a dispute regarding whether Plaintiffs are entitled to additional data relating to the Named Plaintiffs under Discovery Order No. 9, Dkt. No. 557, and provided the Special Master submissions regarding ADI. The Special Master will hold a hearing regarding ADI on December 4. Additionally, the parties have exchanged lists of proposed deponents and dates for their depositions, and Mediator Andler advised the parties to work to agree to deposition dates early this week.

In addition to these discovery items, the parties' mediation session with the Honorable Jay Gandhi (Retired) has been rescheduled for November 20, 2021.

Dated: November 15, 2021

Respectfully submitted,

KELLER ROHRBACK L.L.P.

BLEICHMAR FONTI & AULD LLP

By: */s/ Derek W. Loeser*
     Derek W. Loeser

By: */s/ Lesley E. Weaver*
     Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

GIBSON, DUNN, & CRUTCHER LLP

By: */s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
|   | 1050 Connecticut Avenue, N.W. |
| 2 | Washington, DC 20036-5306 |
|   | Telephone: 202.955.8500 |
| 3 | Facsimile: 202.467.0539 |
| 4 | Kristin A. Linsley (SBN 154148) |
|   | klinsley@gibsondunn.com |
| 5 | Martie Kutscher (SBN 302650) |
|   | mkutscherclark@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP |
|   | 555 Mission Street, Suite 3000 |
| 7 | San Francisco, CA 94105-0921 |
|   | Telephone: 415.393.8200 |
| 8 | Facsimile: 415.393.8306 |
| 9 | *Attorneys for Defendant Facebook, Inc.* |