Daniel Garrie, Esq.
JAMS
555 West 5th St, 32nd Floor
Los Angeles, CA 90013
Telephone: 213-253-9706
Fax: 213-620-0100

SPECIAL MASTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>CASE NO. 18-MD-2843 VC (JSC) (N.D. Cal)<br><br>Hon. Vince Chhabria<br>Courtroom 4 – 17th Floor<br>Special Master: Daniel Garrie, Esq.<br><br>**REQUEST AND ORDER FOR EXEMPTION FROM PACER FEES**<br><br>**JAMS REF. NO: 1200058674** |

Having been appointed as Special Master in the instant case, Daniel Garrie, Esq. hereby requests an exemption from the PACER user fees. The standards established by the Judicial Conference for granting such an exemption are to avoid unreasonable burdens and to promote public access to such information. Both standards must be met in order for the court to grant an exemption from the PACER fee.

**REQUEST AND ORDER FOR EXEMPTION FROM PACER FEES**

1

It would be unreasonable to burden the Special Master with payment of this fee while he is working under appointment by and on behalf of the Court.  Because he is performing a public function as a Special Master in this case, public access to information will be promoted if he has free access to the entire docket in this case.  Thus, the Court finds that both standards have been met in this instance and grants exemption from PACER user fees.  The exemption shall remain in place as long as Daniel Garrie, Esq. remains appointed as Special Master in the instant case.

Dated: November 8, 2021

Daniel Garrie, Esq.
Special Master

IT IS SO ORDERED.

Dated: November 17, 2021

Hon. Vince Chhabria
United States District Judge



**REQUEST AND ORDER FOR EXEMPTION FROM PACER FEES**