GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER RE: BUSINESS PARTNERS** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s November 19, 2021 Administrative Motion to File Under Seal Special Master's Order Re: Business Partners (Dkt. 760) and supporting materials filed on November 30, 2021, which propose to seal limited portions of the following documents:

| | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Special Master Garrie's Order Re: Business Partners ("Special Master's Order") Ex. F | Limited portions of pages 63–72 that reveal confidential information regarding Facebook's business information, strategy, and relationships. |
| 2 | Special Master's Order Ex. I | Limited portions of sections III. and IV.A (pages 3–7) that reveal confidential information regarding Facebook's business information, strategy, and relationships. |
| 3 | Special Master's Order Ex. J | Limited portions of sections II.c., III.b, III.e. (pages 5–8, 11), and portions of Facebook's Separate Statement (5, 7) that reveal confidential information regarding Facebook's business information, strategy, and relationships. |
| 4 | Special Master's Order Ex. K | Limited portions of sections I, II.B._C. (pages 1, 4–7) that reveal confidential information regarding Facebook's business information, strategy, and relationships. |

Good cause having been shown, Facebook, Inc.'s November 19, 2021 Administrative Motion to File Under Seal Special Master's Order Re: Business Partners (Dkt. 760) is GRANTED. The Court hereby ORDERS:

1. The redacted version of Special Master Garrie's Order Re: Business Partners, attached as Exhibit A to the November 30, 2021 Declaration of Alexander Swanson In Support Of Facebook's Statement In Support Of Administrative Motion To File Under Seal Special Master's Order Re: Business Partners, shall be filed on the public docket.

2. The unredacted versions of Special Master Garrie's Order Re: Business Partners, attached as Exhibit B to the November 30, 2021 Declaration of Alexander Swanson In Support of Facebook's Statement In Support of Administrative Motion To File Under Seal Special Master's Order Re: Business Partners and as Exhibit A to the November 19, 2021 Declaration of Alexander Swanson In Support of Facebook's Administrative Motion to File Under Seal Special Master's Order Re: Business Partners (Dkt. 760-3), shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____    _____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge