GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF ALEXANDER SWANSON IN SUPPORT OF FACEBOOK'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER RE: BUSINESS PARTNERS** |

I, Alexander Swanson, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of California. I submit this declaration in support of Facebook's Statement In Support Of Administrative Motion To Seal Special Master's Order Re: Business Partners. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. Attached as **Exhibit A** is a true and correct **redacted** version of Special Master Garrie's November 2, 2021 Order Re: Business Partners (the "Order").

3. Attached as **Exhibit B** is a true and correct **unredacted** version of the Order.

4. Facebook's Amended Responses and Objections to Plaintiffs' Fourth Set of Interrogatories is attached to the Order as Exhibit F. Facebook designated its responses to Interrogatories 14 and 15 as Highly Confidential—Attorneys' Eyes Only under the Protective Order in this case. *See* Order Ex. F; Dkt. 122. Facebook's responses identify third parties with whom Facebook has certain business partnerships, the purposes for which Facebook would partner with these entities, and certain terms of their agreements with Facebook. The responses also reveal information regarding the privacy architecture of Facebook's code and the capabilities granted or denied to Facebook's integration partners.

5. The parties' underlying briefs before Special Master Garrie are attached to the Order as Exhibits I, J, and K. The parties' briefs contain quotations and descriptions of numerous documents Facebook designated Confidential or Highly Confidential—Attorneys' Eyes Only under the Protective Order in this case. *See* Order Exs. I, J, K; Dkt. 122. These documents include deposition testimony of Facebook's Rule 30(b)(6) representatives, internal Facebook communications and presentations discussing Facebook's business programs and strategies, as well as the terms of a contract between Facebook and a third party.

6. I am informed and believe that the information contained within Facebook's limited proposed redactions to Exhibits F, I, J, and K to the Order is highly confidential, and if

publicly disclosed, this information could compromise Facebook's business relationships or the relationships with its partners, and may be used by Facebook's competitors to Facebook's commercial disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 30, 2021 in Los Angeles, California.

_____
Alexander Swanson