GIBSON, DUNN & CRUTCHER LLP

Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
    mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP

Deborah Stein (SBN 224570)
    dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7164
Facsimile:  213.229.6164

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER** |

Gibson, Dunn & Crutcher LLP

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s November 19, 2021 Administrative Motion to File Under Seal Special Master's Order Re: API Call Logs (Dkt. 759) and supporting materials filed on November 30, 2021, which propose to seal limited portions of the following documents:

| | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Special Master Garrie's Order Regarding Facebook's Motion for Protective Order Against Production of API Call Logs ("Special Master's Order") | Limited portions of pages 1–3 that reveal Facebook's confidential information relating to the API Call Log tables and quote or describe confidential documents. |
| 2 | Special Master's Order Ex. B – Declaration of Mengge Ji in Support of Facebook's Motion for a Protective Order Against Production of API Call Logs | Limited portions of pages 3–18 that reveal Facebook's confidential information relating to the API Call Log tables; the entirety of Exhibits A–F of the Declaration that reveal Facebook's confidential information relating to the API Call Log tables. |
| 3 | Special Master's Order Ex. C – Facebook's Motion for Protective Order Against Production of API Call Logs | Limited portions of pages 1–2 and 4–14 that reveal Facebook's confidential information and quote or describe confidential documents. |
| 4 | Special Master's Order Ex. D – Plaintiff's Opposition to Facebook's Motion for Protective Order Against Production of API Call Logs | Limited portions of pages 3–4, 7, and 8–15 that reveal Facebook's confidential information relating to the API Call Log tables and quote or describe confidential documents. |
| 5 | Special Master's Order Ex. E – Facebook's Reply in Support of Motion for a Protective Order Against Production of API Call Logs | Limited portions of pages 1–5 and 7–9 that reveal Facebook's confidential information relating to the API Call Log tables and quote or describe confidential documents. |

Good cause having been shown, Facebook, Inc.'s November 19, 2021 Administrative Motion to File Under Seal Special Master's Order Re: API Call Logs (Dkt. 759) is GRANTED.  The Court hereby ORDERS:

1. The redacted version of Special Master Garrie's Order Re: API Call Logs, attached as Exhibit A to the November 30, 2021 Declaration of Alexander Swanson In Support Of Facebook's Administrative Motion To File Under Seal Special Master's Order Re: API Call Logs, shall be filed on the public docket.

2. The unredacted versions of Special Master Garrie's Order Re: API Call Logs, attached as Exhibit B to the November 30, 2021 Declaration of Alexander Swanson In Support of Facebook's Administrative Motion To File Under Seal Special Master's Order Re: API Call Logs, and as Exhibit A to the November 19, 2021 Declaration of Alexander Swanson In Support of Facebook's Administrative Motion to File Under Seal Special Master's Order Re: API Call Logs (Dkt. 759-3), shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge