| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC-JSC |
| This document relates to: <br><br> ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley <br> Courtroom: 4, 17th Floor |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), the Consolidated Plaintiffs ("Plaintiffs") hereby submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed for the following Documents:

|   | **Document** | **Portions Sought to be Sealed** |
|---|---|---|
| 1 | Special Master Garrie's Order Regarding Production of ADI Related Documents | Limited portions of the order that Facebook has designated Confidential under the Protective Order in this action, and which this Court has previously ordered sealed. Dkt. No. 764. |
| 2 | Exhibits A-N to Special Master Garrie's Order Regarding Production of ADI Related Documents | The exhibits to the order that Facebook has designated Confidential under the Protective Order in this action. |

The above-listed documents contain, reference, or summarize materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action. Pursuant to Local Rule 79- 5(f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

Pursuant to Civil Local Rule 79-5(f), the following attachments accompany this motion:

(1) A redacted version of Special Master Garrie's Order Regarding Production of ADI Related Documents;

(2) An unredacted version of Special Master Garrie's Order Regarding Production of ADI Related Documents.

(3) Exhibits A-N to Special Master Garrie's Order Regarding Production of ADI Related Documents. A redacted version of Exhibits A-N is not provided as Plaintiffs seek to file the entirety of this document under seal pending Defendant's submission designating the material that it contends is sealable.

In light of the foregoing, Plaintiffs respectfully submit this pleading in connection with

the filings referenced above.

Dated: December 15, 2021                                    Respectfully submitted,

KELLER ROHRBACK L.L.P.                                      BLEICHMAR FONTI & AULD LLP

By:    */s/ Derek W. Loeser*                                By:    */s/ Lesley E. Weaver*
       Derek W. Loeser                                             Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                   Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)            Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                          Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*                   Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                                 Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                               555 12th Street, Suite 1600
Seattle, WA 98101                                           Oakland, CA 94607
Tel.: (206) 623-1900                                        Tel.: (415) 445-4003
Fax: (206) 623-3384                                         Fax: (415) 445-4020
dloeser@kellerrohrback.com                                  lweaver@bfalaw.com
claufenberg@kellerrohrback.com                              adavis@bfalaw.com
dko@kellerrohrback.com                                      mmelamed@bfalaw.com
adaniel@kellerrohrback.com                                  aornelas@bfalaw.com
bgould@kellerrohrback.com                                   jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of December, 2021, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

PL ADMIN. MOT. TO CONSIDER WHETHER ANOTHER          3                              MDL NO. 2843
PARTY'S MATERIAL SHOULD BE SEALED                                       CASE NO. 18-MD-02843-VC