| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305)<br>BLEICHMAR FONTI & AULD LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom: 4, 17th Floor |

The Court has considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (the "Motion") and all supporting papers which seeks to seal portions of the following documents:

|   | **Document** | **Portions Sought to be Sealed** |
|---|---|---|
| 1 | Special Master Garrie's Order Regarding Production of ADI Related Documents | Limited portions of the order that Facebook has designated Confidential under the Protective Order in this action, and which this Court has previously ordered sealed. Dkt. No. 764. |
| 2 | Exhibits A-N to Special Master Garrie's Order Regarding Production of ADI Related Documents | The exhibits to the order that Facebook has designated Confidential under the Protective Order in this action. |

For good cause shown, the Motion is GRANTED.

(1)  The redacted version of Special Master Garrie's Order Regarding Production of ADI Related Documents, with Exhibits A-N, shall be filed on the public docket;

(2)  The unredacted version of Special Master Garrie's Order Regarding Production of ADI Related Documents, with Exhibits A-N, shall be sealed permanently.

IT IS SO ORDERED.

Date: _____

_____
Jacqueline Scott Corley
United States Magistrate Judge