GIBSON, DUNN & CRUTCHER LLP

Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP

Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER** |

Gibson, Dunn &
Crutcher LLP

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s December 16, 2021 Renewed Administrative Motion to File Under Seal Special Master's Order Re: API Call Logs, which proposes to seal limited portions of the following documents:

| | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Special Master Garrie's Order Regarding Facebook's Motion for Protective Order Against Production of API Call Logs ("Special Master's Order") | • Limited portions of page 1 that reveal Facebook's internal names for the specific tables<br>• Limited portions of page 2 that reveal information about the precise volume of data the tables contain<br>• Limited portions of page 2 that reveal details about the date ranges for the data contained in the tables<br>• Limited portions of page 3 that reveal information about how the tables at issue are partitioned<br>• Limited portions of page 2 that include references to the data fields contained in the tables<br>• Limited portions of page 1 that include descriptions of how Facebook uses the tables and processes their data |
| 2 | Special Master's Order Ex. B – Declaration of Mengge Ji in Support of Facebook's Motion for a Protective Order Against Production of API Call Logs | • Limited portions of pages 3-18 that reveal Facebook's internal names for the specific tables<br>• Limited portions of pages 4, 7-10, 12-15, and 17-18 that reveal information about the precise volume of data the tables contain<br>• Limited portions of pages 4, 7-10, 13, and 17-18 that reveal details about the date ranges for the data contained in the tables<br>• Limited portions of pages 6-10, 13-14, and 17-18 that reveal information about how the tables at issue are partitioned<br>• Limited portions of pages 4-6, 8, 10, 11, 13, 17, and Exs. A-F attached, that include references to the data fields contained in the tables<br>• Limited portions of pages 3-6, 5-7, 8, 13-14, and 16-17 that include descriptions of how Facebook uses the tables and processes their data<br>• Limited portions of page 7 revealing the exact cost to store the tables |
| 3 | Special Master's Order Ex. C – Facebook's Motion for Protective Order Against Production of API Call Logs | • Limited portions of pages 2 and 5 that reveal Facebook's internal names for the specific tables<br>• Limited portions of pages 1-2, 5-10, and 14 that reveal information about the precise volume of data the tables contain<br>• Limited portions of pages 5-8 and 11-13 that include details about the date ranges for the data contained in the tables |

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| | | • Limited portions of pages 1, 5, and 7-10 that reveal information about how the tables at issue are partitioned<br>• Limited portions of pages 4, 5, and 10 that include references to the data fields contained in the tables<br>• Limited portions of pages 1, 4, 5, and 8 that include descriptions of how Facebook uses the tables and processes their data<br>• Limited portions of page 7 that reveal the exact cost to store the tables |
| 4 | Special Master's Order Ex. D – Plaintiff's Opposition to Facebook's Motion for Protective Order Against Production of API Call Logs | • Limited portions of pages 3-4 and 9-10 that reveal information about the precise volume of data the tables contain<br>• Limited portions of page 12 that reveal details about the date ranges for the data contained in the tables<br>• Limited portions of page 10 that reveal information about how the tables at issue are partitioned<br>• Limited portions of pages 8, 11, and 14 that include references to the data fields contained in the tables<br>• Limited portions of pages 3-4, 8, and 11-15 that include descriptions of how Facebook uses the tables and processes their data<br>• Limited portions of page 9 that reveals the exact cost to store the tables |
| 5 | Special Master's Order Ex. E – Facebook's Reply in Support of Motion for a Protective Order Against Production of API Call Logs | • Limited portions of page 1 that reveal Facebook's internal names for the specific tables<br>• Limited portions of pages 4, 5, and 7-8 that reveal information about the precise volume of data the tables contain<br>• Limited portions of page 3 that reveal details about the date ranges for the data contained in the tables<br>• Limited portions of page 4 that reveal information about how the tables at issue are partitioned<br>• Limited portions of pages 2, 5, and 9 that include references to the data fields contained in the tables<br>• Limited portions of pages 3-5 and 9 that include descriptions of how Facebook uses the tables and processes their data<br>• Limited portions of page 9 that reveal the exact cost to store the tables |

Good cause having been shown, Facebook, Inc.'s Renewed Administrative Motion to File

Under Seal Special Master's Order Re: API Call Logs is GRANTED.  The Court hereby ORDERS:

1. The redacted version of Special Master Garrie's Order Re: API Call Logs, attached as Exhibit A to the December 16, 2021 Declaration of Alexander Swanson In Support Of Facebook's Renewed Statement In Support of Administrative Motion To File Under Seal Special Master's Order Re: API Call Logs, shall be filed on the public docket.

Gibson, Dunn & Crutcher LLP

2. The unredacted versions of Special Master Garrie's Order Re: API Call Logs, attached as (i) Exhibit B to the December 16, 2021 Declaration of Alexander Swanson In Support of Facebook's Renewed Statement In Support of Administrative Motion To File Under Seal Special Master's Order Re: API Call Logs; (ii) as Exhibit B to the November 30, 2021 Declaration of Alexander Swanson In Support of Facebook's Statement In Support of Administrative Motion to File Under Seal Special Master's Order Re: API Call Logs (Dkt 762-2); (iii) as Exhibit A to the November 19, 2021 Declaration of Alexander Swanson In Support of Facebook's Statement In Support of Administrative Motion to File Under Seal Special Master's Order Re: API Call Logs (Dkt. 759-3), shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____        _____
                                    JACQUELINE SCOTT CORLEY
                                    United States Magistrate Judge

Gibson, Dunn & Crutcher LLP