GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER RE: BUSINESS PARTNERS** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s December 16, 2021 Renewed Administrative Motion to File Under Seal Special Master's Order Re: Business Partners, which proposes to seal limited portions of the following documents:

| | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Special Master Garrie's Order Re: Business Partners ("Special Master's Order") Ex. F | • Limited portions of pages 65–67 that reveal the identities of Facebook business partners<br>• Limited portions of pages 71–72 that reveal confidential information regarding Facebook's privacy architecture |
| 2 | Special Master's Order Ex. I | • Limited portions that reveal confidential information regarding Facebook's business partners: at 3:15–21, 3:22–25, 4:12, 5:17–18, 5:23–6:2, 6:6–15, 6:26, 7:6.<br>• Limited portions that reveal confidential information regarding Facebook's business strategies: at 6:6–15, 6:16–22, 6:24–7:7, 7:8–7:11 |
| 3 | Special Master's Order Ex. J | • Limited portions that reveal confidential information regarding Facebook's business partners: at 7:2–7, 11:24.<br>• Limited portions that reveal confidential information regarding Facebook's business strategies: at 7:10–18 |
| 4 | Special Master's Order Ex. K | • Limited portions that reveal confidential information regarding Facebook's business partners: at 1:19–21, 4:11–12, 5:8, 6:19–21, 6:24–7:4.<br>• Limited portions that reveal confidential information regarding Facebook's business strategies: at 4:18–22, 5:1–8, 6:25–7:2. |

Good cause having been shown, Facebook, Inc.'s December 16, 2021 Renewed Administrative Motion to File Under Seal Special Master's Order Re: Business Partners is GRANTED. The Court hereby ORDERS:

1. The redacted version of Special Master Garrie's Order Re: Business Partners, attached as Exhibit A to the December 16, 2021 Declaration of Alexander Swanson In Support Of Facebook's Renewed Statement In Support Of Administrative Motion To File Under Seal Special Master's Order Re: Business Partners, shall be filed on the public docket.

2. The unredacted versions of Special Master Garrie's Order Re: Business Partners, attached as (i) Exhibit B to the December 16, 2021 Declaration of Alexander Swanson In Support of Facebook's Renewed Administrative Motion to File Under Seal Special Master's Order Re: Business Partners; (ii) Exhibit B to the November 30, 2021 Declaration of Alexander Swanson In Support of Facebook's Statement In Support of Administrative Motion To File Under Seal Special Master's Order Re: Business Partners (Dkt. 762-4); (iii) as Exhibit A to the November 19, 2021 Declaration of Alexander Swanson In Support of Facebook's Administrative Motion to File Under Seal Special Master's Order Re: Business Partners (Dkt. 760-3), shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____   _____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge