GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING FACEBOOK'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER** |

## [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Renewed Administrative Motion to File Under Seal, which proposes to seal limited portions of the following documents:

| | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Special Master Garrie's Order Regarding Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians ("Special Master's Order") | • Limited portions of paragraph 7 that reveal Facebook's confidential business strategy |
| 2 | Special Master's Order Ex. A – Plaintiffs' Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians | • Limited portions that reveal confidential information regarding Facebook's partners: at 5:22–23, 8:25–9:3<br>• Limited portions that reveal confidential communications with consultants: at 2:4-6, 9:22–10:3<br>• Limited portions that reveal confidential information regarding Facebook's privacy architecture: at 9:6–15<br>• Limited portions that reveal confidential information regarding enforcement actions against developers: at 5:14–18<br>• Limited portions that reveal confidential information regarding Facebook's business strategies and financial information: at 5:20–24, 6:4–6, 8:24–9:3, 10:9–16 |
| 3 | Special Master's Order Ex. B – Facebook's Opposition To Plaintiffs' Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians | • Limited portions that reveal confidential information regarding Facebook's partners: at 12:27–13:7<br>• Limited portions that reveal confidential communications with consultants: at 13:21<br>• Limited portions that reveal confidential information regarding enforcement actions against developers: at 10:2–8<br>• Limited portions that reveal confidential information regarding Facebook's business strategies and financial information: at 11:3–4, 11:20–23 |
| 4 | Special Master's Order Ex. C – Reply In Support of Plaintiffs' Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians | • Limited portions that reveal confidential information regarding Facebook's partners: at 5:10–11, 6:4–6, 6:25–26<br>• Limited portions that reveal confidential communications with consultants: at 7:14–17<br>• Limited portions that reveal confidential information regarding Facebook's privacy architecture: at 8:20–25<br>• Limited portions that reveal confidential information regarding enforcement actions against developers: at 8:10–12<br>• Limited portions that reveal confidential information regarding Facebook's business strategies and financial information: at 5:9–15, 6:7–23, 7:3–6 |

Good cause having been shown, Facebook, Inc.'s Renewed Administrative Motion to Permanently Seal is GRANTED. The Court hereby ORDERS:

1. The redacted version of Special Master Garrie's Order Regarding Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians, attached as Exhibit A to the Declaration of Alexander Swanson In Support Of Facebook's Renewed Administrative Motion To File Under Seal Special Master's Order, shall be filed on the public docket.

2. The unredacted versions of Special Master Garrie's Order Regarding Motion To Compel Mark Zuckerberg And Sheryl Sandberg As Document Custodians, attached as (i) Exhibit B to the Declaration of Alexander Swanson In Support of Facebook's Renewed Administrative Motion To File Under Seal Special Master's Order and (ii) Exhibit B to the Declaration of Alexander Swanson In Support of Facebook's Administrative Motion To File Under Seal Special Master's Order (Dkt. 752-4), shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: December 17, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge