GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING** |

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

Pursuant to Civil Local Rule 6-3, Facebook, Inc. ("Facebook") respectfully requests an enlargement of the time to submit materials in support of sealing in regard to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 765). Plaintiffs do not oppose Facebook's request.

On December 8, 2021, Special Master Daniel Garrie issued an Order Regarding Production of ADI Related Documents (the "Order"). The Special Master's Order and exhibits include the names of Facebook's consulting experts, which the Court has previously sealed. The Order attaches as exhibits over 600 pages of briefing and exhibits submitted by the parties, which include over 350 pages of materials that Facebook produced as Confidential or Highly Confidential – Attorneys' Eyes Only under the Protective Order, Dkt. 122, as well as additional unredacted versions of documents the Court has already ordered sealed in this action.

The Special Master ordered Plaintiffs to file the Order with the Court on behalf of the Special Master. On December 15, 2021 Plaintiffs filed an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 765) pursuant to Civil Local Rule 79-5(f). Plaintiffs attached a redacted version of the Special Master's Order (Dkt. 765-2), as well as an unredacted version of the Order (Dkt. 765-3).

Pursuant to Civil Local Rule 79-5(f), the deadline for Facebook to file a statement and/or declaration in support of sealing is seven days after the filing of Plaintiffs' Administrative Motion (December 22, 2021). Facebook asked Plaintiffs for their agreement to stipulate to an enlargement of time by seven business days for Facebook file supporting materials. Swanson Decl. ¶ 4. Plaintiffs' counsel informed Facebook that they do not oppose Facebook's request for an enlargement of time, but would not stipulate to an extension. *Id.*; *id.* Ex. A.

Facebook respectfully requests that Facebook's time to file a statement and declaration in support of sealing be enlarged by seven additional business days because the large volume of materials designated Confidential or Highly Confidential – Attorneys' Eyes Only attached as exhibits to the Order will require significant time to evaluate for confidential material, particularly given the upcoming holidays. *See* Swanson Decl. ¶ 3. Plaintiffs do not oppose this request, and granting this extension—which relates only to sealing—will not affect the schedule of this action. *Id.* ¶¶ 3, 6–7.

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

For these reasons, Facebook respectfully requests that the Court grant Facebook an enlargement of time by seven business days to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion.

Dated:  December 18, 2021  **GIBSON, DUNN & CRUTCHER, LLP**

By:  */s/ Martie Kutscher*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200

*Attorneys for Defendant Facebook, Inc.*

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC