GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7164
Facsimile: 213.229.6164

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING** |

**[PROPOSED] ORDER**

Upon consideration of Facebook, Inc.'s Unopposed Motion For An Enlargement of Time To File Statement In Support of Sealing, and good cause having been shown, the Court GRANTS Facebook's request for an enlargement of time by seven business days. Facebook shall file materials in support of sealing in regard to Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 765) by January 4, 2022.

**IT IS SO ORDERED.**

DATE: _____

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge