# EXHIBIT A

| | |
|---|---|
| **From:** | Matthew Melamed <mmelamed@bfalaw.com> |
| **Sent:** | December 16, 2021 12:10 AM |
| **To:** | Swanson, Alexander; Anne Davis; Lesley Weaver; Derek Loeser; Cari Laufenberg; Chris Springer; David Ko |
| **Cc:** | Stein, Deborah L.; Falconer, Russ; Kutscher Clark, Martie; Reischl, Patrick |
| **Subject:** | RE: Facebook - Stip re extension of time to support motion to seal |

**[WARNING: External Email]**

Alex,

You may write that Plaintiffs informed Facebook they do not oppose the request but would not stipulate to it.  Please send us a draft of your motion before filing so that we can sign off.

Thanks,
Matt

---

**From:** Swanson, Alexander <ASwanson@gibsondunn.com>
**Sent:** Wednesday, December 15, 2021 8:29 PM
**To:** Matthew Melamed <mmelamed@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@kellerrohrback.com>; Cari Laufenberg <claufenberg@kellerrohrback.com>; Chris Springer <cspringer@kellerrohrback.com>; David Ko <dko@kellerrohrback.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Reischl, Patrick <PReischl@gibsondunn.com>
**Subject:** RE: Facebook - Stip re extension of time to support motion to seal

Matt,
If we file an administrative motion for an extension we will need to explain why we could not resolve the issue by stipulation.  We would need to say that Plaintiffs told us that they did not oppose the request, but refused to stipulate.  Would that fairly present your position to the court?

Thanks,
Alex


**Alexander P. Swanson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7907 • Fax +1 213.229.6907
ASwanson@gibsondunn.com • www.gibsondunn.com

---

**From:** Matthew Melamed <mmelamed@bfalaw.com>
**Sent:** Wednesday, December 15, 2021 8:13 PM
**To:** Swanson, Alexander <ASwanson@gibsondunn.com>; Anne Davis <adavis@bfalaw.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@kellerrohrback.com>; Cari Laufenberg <claufenberg@kellerrohrback.com>; Chris Springer <cspringer@kellerrohrback.com>; David Ko

<dko@kellerrohrback.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Reischl, Patrick <PReischl@gibsondunn.com>
**Subject:** RE: Facebook - Stip re extension of time to support motion to seal

**[WARNING: External Email]**

Alex,

It is correct that Plaintiffs don't oppose Facebook's request for an extension until January 4, 2022, and you have our permission to accurately reflect that position to the Court in any motion Facebook brings. However, Plaintiffs did not agree to stipulate to that extension.

Thanks,
Matt

---

**From:** Swanson, Alexander <ASwanson@gibsondunn.com>
**Sent:** Wednesday, December 15, 2021 4:21 PM
**To:** Anne Davis <adavis@bfalaw.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@kellerrohrback.com>; Cari Laufenberg <claufenberg@kellerrohrback.com>; Chris Springer <cspringer@kellerrohrback.com>; Matthew Melamed <mmelamed@bfalaw.com>; David Ko <dko@kellerrohrback.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Reischl, Patrick <PReischl@gibsondunn.com>
**Subject:** Facebook - Stip re extension of time to support motion to seal

Counsel:

We understand that you would not oppose a reasonable extension of the time for Facebook to file a statement or declaration in support of the motion to seal the Special Master's Order Regarding Production of ADI Related Documents. Please let us know if you will agree to the attached stipulation seeking an additional 7 business days, which would make the deadline January 4, 2022.

Thanks,
Alex

**Alexander P. Swanson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7907 • Fax +1 213.229.6907
ASwanson@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.