Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:  Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom:  4, 17th Floor |

The Court has considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (the "Motion") and all supporting papers which seeks to seal portions of the following documents:

|   | **Document** | **Portions Sought to be Sealed** |
|---|---|---|
| 1 | Special Master Garrie's Amended Order Regarding Production of ADI Related Documents | Limited portions of the order that Facebook has designated Confidential under the Protective Order in this action, and which this Court has previously ordered sealed. Dkt. No. 764. |
| 2 | Exhibits A-N to Special Master Garrie's Amended Order Regarding Production of ADI Related Documents | The exhibits to the order that Facebook has designated Confidential under the Protective Order in this action. |

For good cause shown, the Motion is GRANTED.

(1) The redacted version of Special Master Garrie's Order Regarding Production of ADI Related Documents, with Exhibits A-N, shall be filed on the public docket;

(2) The unredacted version of Special Master Garrie's Order Regarding Production of ADI Related Documents, with Exhibits A-N, shall be sealed permanently.

IT IS SO ORDERED.

Date: _____

                                                                                                             Jacqueline Scott Corley
United States Magistrate Judge