GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPELLATE RECORD OF APPEAL OF SPECIAL MASTER'S AMENDED ORDER RE: PRODUCTION OF ADI RELATED DOCUMENTS** |

**[PROPOSED] ORDER**

Upon consideration of Facebook, Inc.'s December 23, 2021 Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Production Of ADI Related Documents and supporting materials filed by January 11, 2022, and good cause having been shown, the Motion is GRANTED.

**IT IS SO ORDERED.**

DATE: _____     _____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge