GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S AMENDED ORDER REGARDING PRODUCTION OF ADI RELATED DOCUMENTS** |

Pursuant to Pretrial Order No. 40 (Dkt. 709), Facebook provides notice that it appeals the following portions of the Special Master's Amended Order Regarding Production of ADI Related Documents (Record at 0001), as explained in more detail in Facebook's reconsideration motion (*id.* at 0006):

1.      the Special Master's finding that certain ADI materials are discoverable, which are materials he has not reviewed and are outside of the three categories of materials this Court ordered Facebook to produce under compulsion on the basis that they concern "underlying facts";

2.      the Special Master's findings that "Judge Corley's [ADI] order does not exclude non-attorney internal Facebook communications [or] communications with [Facebook's consulting experts] . . . from the scope of ADI documents to be produced" (*id.* at 0004–05 ¶ 14) and that "additional information regarding the relevance of [internal ADI] communications is necessary to determine whether such communications should be produced" (*id.* at 0005 ¶ 15), even though this Court: (a) conducted an *in-camera* review of communications of Plaintiffs' choosing; (b) stated that "a lot of it" is not "relevant at all" and found some materials to be "privilege[d]" (*id.* at 0056 17:8–21); and (c) "dispose[d] of" Plaintiffs' motion to compel these communications without ordering any produced (*id.* at 0285);

3.      the Special Master's finding that "all memoranda prepared by [Facebook's consulting experts] . . . are within the scope of Judge Corley's order" (*id.* at 0004 ¶ 13) even though: (a) this Court's order refers only to "background and technical reports" prepared by these experts (*id.* at 0284); and (b) there is no evidentiary record or briefing regarding the other types of memoranda; and

4.      the Special Master's finding that "all audits," including attorney audits, "are within the scope of Judge Corley's order" (*id.* at 0004 ¶ 13), even though this Court's order stated explicitly that Plaintiffs were "not seeking documents created by counsel" (*id.* at 0284).

1

FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S AMENDED ORDER REGARDING PRODUCTION OF ADI RELATED DOCUMENTS
CASE NO. 3:18-MD-02843-VC

Gibson, Dunn & Crutcher LLP

1

Dated:  December 23, 2021

**GIBSON, DUNN & CRUTCHER, LLP**

2

3

By: */s/ Orin Snyder*

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000

4

5

6

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000

7

8

9

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500

10

11

12

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200

13

14

15

16

*Attorneys for Defendant Facebook, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28