# Facebook's Appellate Record for Appeal of Special Master's Amended Order Re: Production Of ADI Related Documents

# FILED TEMPORARILY UNDER SEAL