GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S AMENDED ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA** |

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S AMENDED ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA
CASE NO. 3:18-MD-02843-VC

Pursuant to Pretrial Order No. 40 (Dkt. 709), Facebook provides notice that it appeals the following portions of the Special Master's Amended Order Re: Plaintiffs' Motion to Compel Production of Plaintiff Data (Record at 0001), as explained in more detail in Facebook's reconsideration motion (*id.* at 0009):

1. The Special Master's finding that this Court's "Discovery Order No. 9 does not limit the scope of discoverable data related to the Named Plaintiffs to data that was shared with third parties . . . because Judge Corley's ruling contains no language [saying that]" (*id.* at 0006 ¶ 17), even though: (a) this Court's ruling made it clear it was intended to capture "information that Facebook collects are shares with third parties about Facebook's users" (*id.* at 0132); (b) this is a data-sharing class action; and (c) Plaintiffs conceded in their briefing underlying this Court's ruling that they "d[id] not contend that information that was not shared is relevant," which would "substantially narrow[] the information Facebook would be required to produce" (*id.* at 0143), and repeatedly confirmed they were seeking only data that Facebook shared or made accessible to third parties—a representation on which this Court relied; and

2. The Special Master's order that Facebook must collect detailed information about nearly 150 data sources across the company (*id.* at 0008), even if the data from those sources was never shared or made accessible outside of Facebook.[1]

---

[1] On December 22, 2021, the Special Master revised the information to be produced and extended the compliance deadline in the Amended Order to January 6, 2022.

1

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S AMENDED ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA
CASE NO. 3:18-MD-02843-VC

Dated:  December 23, 2021

**GIBSON, DUNN & CRUTCHER, LLP**

By: */s/ Deborah Stein*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200

*Attorneys for Defendant Facebook, Inc.*

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S AMENDED ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA
CASE NO. 3:18-MD-02843-VC