# Facebook's Appellate Record for Appeal of Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data

# FILED TEMPORARILY UNDER SEAL