GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S ORDER RE: DEPOSITIONS OF FORMER NAMED PLAINTIFFS** |

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S ORDER RE: DEPOSITIONS OF FORMER NAMED PLAINTIFFS
CASE NO. 3:18-MD-02843-VC

Pursuant to Pretrial Order No. 40 (Dkt. 709), Facebook provides notice that it appeals the following portions of the Special Master's Order Re: Depositions of Former Named Plaintiffs (Record at 001):

1. the Special Master's finding that former Named Plaintiffs—interested individuals who injected themselves into the litigation, asserted personal claims against Facebook, requested and produced thousands of documents in the litigation, responded to interrogatories, served as class representatives for years, and voluntarily dismissed themselves without prejudice while purporting to reserve the right to rejoin at any time—cannot be deposed (*id.* at 005);

2. the Special Master's finding that absent class member depositions of former Named Plaintiffs would not be useful in determining whether class members have relevant privacy expectations, even though controlling authority makes clear that privacy expectations are subjective (*id.*);

3. the Special Master's finding that Facebook's records contain the most relevant information as to how class members conducted themselves in relation to the claims at issue, even though class members' behavior both on and off of Facebook is relevant to their claims, Facebook cannot know class members' decision-making and thought processes regarding why they posted certain materials on and off of Facebook or which of those materials they view as "sensitive," and Facebook is entitled to explore what class members view as "sensitive" in assessing typicality (*id.*); and

4. the Special Master's finding that the five former Named Plaintiff depositions Facebook seeks would not be useful in testing whether absent class members have Article III standing because Facebook would purportedly need to depose millions of absent class members to adequately test absent class member standing (*id.* at 006).

Gibson, Dunn & Crutcher LLP

1

FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S ORDER RE: DEPOSITIONS OF FORMER NAMED PLAINTIFFS
CASE NO. 3:18-MD-02843-VC

Dated:  December 23, 2021

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ *Deborah Stein*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S NOTICE OF APPEAL OF SPECIAL MASTER'S ORDER RE: DEPOSITIONS OF FORMER NAMED PLAINTIFFS
CASE NO. 3:18-MD-02843-VC