# Facebook's Appellate Record for Appeal of Special Master's Order Re: Depositions Of Former Named Plaintiffs

# FILED TEMPORARILY UNDER SEAL