# **EXHIBIT B**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANT FACEBOOK, INC.'S NOTICES OF APPEAL (Dkt. Nos. 778, 780, 782)**<br><br>Judge:  Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom:  4, 17th Floor |

# [PROPOSED] ORDER

Having reviewed Plaintiffs' Motion to Strike Defendant Facebook, Inc.'s Notices of Appeal (Dkt. Nos. 778, 780, 782), considered the responses thereto, and good cause appearing, the Court GRANTS the motion and ORDERS AS FOLLOWS:

Defendant Facebook, Inc.'s Notice of Appeal of Special Master's Amended Order Regarding Production of ADI Related Documents (Dkt. No. 778); Notice of Appeal of Special Master's Amended Order Re: Plaintiffs' Motion to Compel Production of Plaintiff Data (Dkt. No. 780); and Notice of Appeal of Special Master's Order Re: Depositions of Former Named Plaintiffs (Dkt. No. 782) (collectively, "Notices") shall be stricken from the docket.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE