1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO STRIKE DEFENDANT FACEBOOK, INC.'S NOTICES OF APPEAL (Dkt. Nos. 778, 780, 782)**<br><br>Judge:  Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom:  4, 17th Floor |

1

**[PROPOSED] ORDER**

2      Having reviewed Plaintiffs' Administrative Motion for Leave to File Motion to Strike

3 ("Plaintiffs' Administrative Motion") and the Declaration of Lesley E. Weaver, and good cause

4 appearing, the Court hereby GRANTS the motion and ORDERS AS FOLLOWS:

5      1.   Plaintiffs' [Proposed] Notice of Motion and Motion to Strike Defendant Facebook,

6           Inc.'s Notices of Appeal (Dkt. Nos. 778, 780, 782) and [Proposed] Order, attached as

7           Exhibits A and B to the Weaver Declaration, are deemed filed.

8      2.   Facebook's opposition to Plaintiffs' Motion to Strike shall be filed on or before

9           January _____, 2022.

10     3.   Plaintiffs' reply, if any, shall be filed on or before January ____, 2022.

11     4.   The Court shall hold a hearing on the Motion to Strike on the _____ day of

12          _____, _____.

13
       **IT IS SO ORDERED.**
14

15 Dated: _____          _____
                                            HON. JACQUELINE SCOTT CORLEY
16                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28