GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING** |

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

Pursuant to Civil Local Rule 6-3, Facebook, Inc. ("Facebook") respectfully requests a brief extension of the time to submit materials in support of sealing in regard to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 775). Facebook previously requested, and the Court granted, an extension to January 4, 2022 of the time to submit materials supporting sealing of certain confidential information in the Special Master's Order Regarding Production of ADI Related Documents. Dkts. 773, 774. However, as discussed further below, the same materials to be sealed were filed a second time on December 22, 2021 with the Special Master's *Amended* Order Regarding Production of ADI Related Documents—after the Court granted Facebook's initial request for an extension. Dkt. 775. Since the materials to be sealed are the same, Facebook's current request simply seeks to align the times to submit support for sealing, so that the January 4, 2022 deadline applies to both the original order and the amended order. Plaintiffs do not oppose Facebook's request.

I. **Procedural Background**

On December 8, 2021, Special Master Daniel Garrie issued an Order Regarding Production Of ADI Related Documents (the "Order"). The Special Master's Order and exhibits include the names of Facebook's consulting experts, which the Court has previously sealed. The Order attaches as exhibits over 600 pages of briefing and exhibits submitted by the parties, which include over 350 pages of materials that Facebook produced as Confidential or Highly Confidential – Attorneys' Eyes Only under the Protective Order (Dkt. 122) as well as additional unredacted versions of documents the Court has already ordered sealed in this action.

The Special Master ordered Plaintiffs to file the Order with the Court on behalf of the Special Master. Plaintiffs filed an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 765) pursuant to Civil Local Rule 79-5(f), attaching a redacted version of the Special Master's Order (Dkt. 765-2) as well as an unredacted version of the Order (Dkt. 765-3). Due to the volume and sensitivity of the materials, as well as the upcoming holidays, Facebook moved for an enlargement of time to January 4, 2021 to submit materials in support of sealing. Dkt. 773. The Court granted Facebook's request. Dkt. 774.

Gibson, Dunn & Crutcher LLP

1
FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

On December 20, 2021, Special Master Garrie issued an Amended Order Regarding Production Of ADI Related Documents (the "Amended Order"). The Amended Order includes the same exhibits and sensitive information as the Order. As with the Order, on December 22, 2021, Plaintiffs filed an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 775) and attached a redacted version of the Amended Order (Dkt. 775-2) as well as an unredacted version of the Amended Order (Dkt. 775-3).

## II.     There Is Good Cause for Facebook's Requested Enlargement of Time.

Pursuant to Civil Local Rule 79-5(f), the deadline for Facebook to file a statement or declaration in support of sealing the Amended Order is seven days after the filing of Plaintiffs' Administrative Motion (December 29, 2021). Facebook asked Plaintiffs for their agreement to stipulate to an enlargement of time by three business days for Facebook to file supporting materials—aligning the deadline for submitting materials in support of sealing the Amended Order with the deadline for submitting materials for sealing the same information in the December 8 Order. Swanson Decl. ¶ 4. Plaintiffs' counsel informed Facebook that they do not oppose Facebook's request for an enlargement of time. *Id.* ¶ 4, Ex. A.

Facebook respectfully requests that Facebook's time to file a statement and declaration in support of sealing the Amended Order be enlarged by three business days to align with the deadline to file materials in support of sealing the Order, because the Order and Amended Order contain the same sealable information. As with the Order, the Amended Order contains the same large volume of materials designated Confidential or Highly Confidential – Attorneys' Eyes Only attached as exhibits, and faces the same time constraints given the holiday season. Plaintiffs do not oppose this request, and granting this extension—which relates only to sealing—will not affect the schedule of this action. *Id.* ¶¶ 6–7.

For these reasons, Facebook respectfully requests that the Court grant Facebook an enlargement of time by three business days to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion (Dkt. 775).

Gibson, Dunn & Crutcher LLP

2

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

Dated: December 29, 2021

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Martie Kutscher
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Defendant Facebook, Inc.*

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC