GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
 osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
 klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
 mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
 dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
 jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF ALEXANDER SWANSON IN SUPPORT OF FACEBOOK, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING** |

I, Alexander P. Swanson, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of California. I submit this declaration in support of Facebook's Unopposed Motion For An Enlargement Of Time To File Statement In Support Of Sealing. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. On December 20, 2021, Special Master Daniel Garrie issued an Amended Order Regarding Production of ADI Related Documents (the "Amended Order"). The Amended Order includes the names of Facebook's consulting experts, which the Court has previously sealed. The Order attaches as exhibits over 600 pages of briefing and other documents submitted by the parties, which include over 350 pages of materials that Facebook produced as Confidential or Highly Confidential – Attorneys' Eyes Only under the Protective Order, Dkt. 122, as well as additional unredacted versions of documents the Court has already ordered sealed in this action. These are the same materials included in the Special Master's December 8, 2021 Order Regarding Production Of ADI Related Documents. *See* Dkt. 773-2.

3. Because of the large volume and sensitivity of these materials—particularly given the upcoming holidays—Facebook requires more than the seven days provided by the local rules to conduct a thorough review of these materials and prepare a statement and declaration in support of sealing.

4. On December 28, 2021, I contacted Plaintiffs' Counsel to inquire whether they would oppose Facebook's request for an enlargement of time by three business days to respond to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 775), to align with the deadline the Court permitted Facebook to file supporting materials for sealing the Special Master's December 8, 2021 Order (Dkt. 774). Plaintiffs' counsel informed me that they do not oppose Facebook's request for an enlargement of time by three business days.

1

DECLARATION OF ALEXANDER SWANSON IN SUPPORT OF FACEBOOK, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO 3:18-MD-02843-VC

5. Attached as **Exhibit A** is a true and correct copy of my correspondence with Plaintiffs' Counsel concerning Facebook's request for an enlargement of time.

6. The parties have not previously sought to enlarge the time for Facebook to submit materials in support of sealing in regard to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 775).

7. Granting an enlargement of time by three business days will not affect the schedule of the action, and will align the deadline with the Court's deadline for Facebook to submit supporting materials in favor of sealing the Special Master's December 8, 2021 Order. *See* Dkt. 774 (granting Facebook an extension until January 4, 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 29, 2021 in Chicago, Illinois.

_____
Alexander P. Swanson