# EXHIBIT A

| | |
|---|---|
| **From:** | Anne Davis <adavis@bfalaw.com> |
| **Sent:** | December 29, 2021 8:30 AM |
| **To:** | Swanson, Alexander; Matthew Melamed; Lesley Weaver; Chris Springer; Derek Loeser; Cari Laufenberg; David Ko |
| **Cc:** | Stein, Deborah L.; Falconer, Russ; Kutscher Clark, Martie; Davis, Colin B.; Mumm, Laura C.; Reischl, Patrick; McQueeney, Michael |
| **Subject:** | RE: In re Facebook - motion to seal |

**[WARNING: External Email]**

Counsel,

Plaintiffs do not oppose Facebook's request to extend its time to file materials supporting Dkt. 775.

Regards,

Anne Davis
BLEICHMAR FONTI & AULD LLP
555 12th St., Suite 1600, Oakland, CA 94607
415.445.4016 | adavis@bfalaw.com

---

**From:** Swanson, Alexander <ASwanson@gibsondunn.com>
**Sent:** Tuesday, December 28, 2021 2:06 PM
**To:** Matthew Melamed <mmelamed@bfalaw.com>; Lesley Weaver <lweaver@bfalaw.com>; Chris Springer <cspringer@kellerrohrback.com>; Derek Loeser <dloeser@kellerrohrback.com>; Cari Laufenberg <claufenberg@kellerrohrback.com>; Anne Davis <adavis@bfalaw.com>; David Ko <dko@kellerrohrback.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Davis, Colin B. <CDavis@gibsondunn.com>; Mumm, Laura C. <LMumm@gibsondunn.com>; Reischl, Patrick <PReischl@gibsondunn.com>; McQueeney, Michael <MMcQueeney@gibsondunn.com>
**Subject:** In re Facebook - motion to seal

Counsel,

Please let me know if Plaintiffs will agree to a brief extension of time for Facebook to file materials supporting Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 775), which concerns the Special Master's Amended Order Regarding Production of ADI Related Documents.  We ask that the deadline be extended from December 29, 2021 to January 4, 2022, which is the current deadline for Facebook to file materials supporting sealing of confidential information contained in and/or attached to the Special Master's original order regarding production of ADI related documents.

The information to be sealed in connection with the amended order is exactly the same as the information to be sealed in connection with the original order.  Plaintiffs' did not oppose Facebook's prior request to extend the time to file supporting materials to January 4, and the Court granted Facebook's motion to that effect.  We would file a similar motion tomorrow, unless Plaintiffs would be willing to join a stipulation instead.

Thank you,
Alex

**Alexander P. Swanson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7907 • Fax +1 213.229.6907
ASwanson@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---