UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants. | Case No. 18-md-02843-VC   (JSC)<br><br>**ORDER RE: JANUARY 11, 2022 HEARING**<br><br>Re: Dkt. Nos. 778, 780, 782 |

At the discovery hearing scheduled for January 11, 2022, the parties shall be prepared to address Facebook's pending appeals of the Special Master's Orders. (Dkt. Nos. 778, 780, 782.) *See* Fed. R. Civ. P. 53(f)(1).

**IT IS SO ORDERED.**

Dated: January 3, 2022.

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge