GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING** |

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

Pursuant to Civil Local Rule 6-3, Facebook, Inc. respectfully requests a one-week extension of the time to submit materials in support of sealing in regard to Facebook's Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (Dkt. 779). Pursuant to Civil Local Rule 7-11, Facebook also respectfully requests an enlargement of the page limit for its statement in support of sealing by five pages. Plaintiffs do not oppose Facebook's requests.

On December 23, 2021, Facebook filed a Notice of Appeal of Special Master Garrie's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data ("Amended Order"). Dkt. 780. Facebook attached an Appellate Record of all underlying materials related to the Special Master's Amended Order, including the Special Master's orders and attached exhibits as well as the parties' submissions to JAMS. Dkt. 780-1. The Appellate Record is approximately 4,500 pages, and includes over 3,000 pages of materials that Facebook has designated Confidential or Highly Confidential – Attorneys' Eyes Only under the Protective Order, Dkt. 122, as well as several documents the Court has already ordered sealed in this action.

Facebook filed an Administrative Motion To File Under Seal the Appellate Record. Dkt. 779. Under the Stipulated Order Appointing Special Master, Facebook is permitted seven days to submit support for its Administrative Motion To File Under Seal, *see* Dkt. 734 ¶ 6; however, due to the intervening holidays and large volume of materials in the Appellate Record, Facebook noticed in its Administrative Motion that it would submit supporting papers by January 11, 2022, Dkt. 779 at 1.

After further consideration and review of the large and varied collection of sensitive materials contained within the Appellate Record, Facebook has determined that an additional week is necessary to conduct a thorough review of the Appellate Record and prepare a statement and declaration in support of sealing. Swanson Decl. ¶ 4. With this extension, the deadline for a statement and declaration in support of sealing the Appellate Record for the Amended Order would be due on January 18, 2022. *Id.* Granting this extension—which relates only to sealing—will not affect the schedule of this action. *Id.* ¶ 8. Furthermore, to provide an adequate basis for sealing thousands of pages of varied materials contained within the Appellate Record, Facebook seeks a five-page

1

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

Gibson, Dunn & Crutcher LLP

enlargement of the page limit for its statement in support of sealing, from five pages to ten pages. *Id.* ¶ 4.

Facebook asked Plaintiffs for their agreement to stipulate to a one-week extension for Facebook to file supporting materials and a five-page extension to the page limit.  Swanson Decl. ¶ 5. Plaintiffs' Counsel informed Facebook that they do not oppose Facebook's requests for a one-week extension of time or a five-page increase to the page limit.  *Id.*, Ex. A.

For these reasons, Facebook respectfully requests that the Court grant Facebook a one-week extension, from January 11, 2022 to January 18, 2022, to file a statement and declaration in support of sealing and a five-page enlargement of the page limit for Facebook's statement in support of sealing.

Gibson, Dunn & Crutcher LLP

2

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

Dated: January 6, 2022

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Martie Kutscher
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Defendant Facebook, Inc.*

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC