| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Orin Snyder (*pro hac vice*) | Deborah Stein (SBN 224570) |
|    osnyder@gibsondunn.com |    dstein@gibsondunn.com |
| 200 Park Avenue | 333 South Grand Avenue |
| New York, NY 10166-0193 | Los Angeles, CA 90071-3197 |
| Telephone: 212.351.4000 | Telephone: 213.229.7164 |
| Facsimile: 212.351.4035 | Facsimile: 213.229.6164 |
| | |
| Kristin A. Linsley (SBN 154148) | Joshua S. Lipshutz (SBN 242557) |
|    klinsley@gibsondunn.com |    jlipshutz@gibsondunn.com |
| Martie Kutscher (SBN 302650) | 1050 Connecticut Avenue, N.W. |
|    mkutscherclark@gibsondunn.com | Washington, DC 20036-5306 |
| 555 Mission Street, Suite 3000 | Telephone: 202.955.8500 |
| San Francisco, CA 94105-0921 | Facsimile: 202.467.0539 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | |

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING** |

**[PROPOSED] ORDER**

Upon consideration of Facebook, Inc.'s Unopposed Motion For An Enlargement of Time And Page Limit For Statement In Support of Sealing, and good cause having been shown, the Court GRANTS Facebook's requests for an enlargement of time of one week and for an enlargement of the page limit by five pages. Facebook shall file materials in support of sealing in regard to its Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (Dkt. 779) by January 18, 2022. Facebook's statement in support of sealing shall be no more than ten pages.

**IT IS SO ORDERED.**

DATE: _____          _____
                                                                JACQUELINE SCOTT CORLEY
                                                                United States Magistrate Judge