1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, | CASE NO. 3:18-MD-02843-VC |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF ALEXANDER SWANSON IN SUPPORT OF FACEBOOK, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

DECLARATION OF ALEXANDER SWANSON IN SUPPORT OF FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING
CASE NO 3:18-MD-02843-VC

I, Alexander P. Swanson, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of California. I submit this declaration in support of Facebook's Unopposed Motion For An Enlargement Of Time And Page Limit For Statement In Support Of Sealing. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. On December 23, 2021, Facebook filed a Notice of Appeal of Special Master Daniel Garrie's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data ("Amended Order"). Dkt. 780. Facebook attached an Appellate Record of all underlying materials related to the Special Master's Amended Order, including the Special Master's orders and attached exhibits, as well as the parties' submissions to JAMS. Dkt. 780-1. The Appellate Record is approximately 4,500 pages, and includes over 3,000 pages of materials that Facebook has designated Confidential or Highly Confidential – Attorneys' Eyes Only under the Protective Order, Dkt. 122, as well as several documents the Court has already ordered sealed in this action.

3. Facebook filed an Administrative Motion To File Under Seal the Appellate Record. Dkt. 779. Under the Stipulated Order Appointing Special Master, Facebook is permitted seven days to submit support for its Administrative Motion To File Under Seal. *See* Dkt. 734 ¶ 6. Due to the intervening holidays and large volume of materials in the Appellate Record, Facebook noticed in its Administrative Motion that it would submit supporting papers by January 11, 2022. Dkt. 779 at 1.

4. After further consideration and review of the materials contained within the Appellate Record, and because of the large volume and sensitivity of these materials, an additional week is necessary to conduct a thorough review of the Appellate Record and prepare a statement and declaration in support of sealing. With this extension, the statement and declaration in support of sealing material in the Appellate Record for the Amended Order would be due on January 18, 2022. Additionally, because the Appellate Record contains a large and varied collection of sensitive materials—all of which must be discussed and supported within Facebook's statement and declaration

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF ALEXANDER SWANSON IN SUPPORT OF FACEBOOK, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING
CASE NO 3:18-MD-02843-VC

in support of sealing—an enlargement of the page limit for its statement in support of sealing from five pages to ten pages is also necessary.

5. On January 4, 2022, I contacted Plaintiffs' Counsel to inquire whether they would oppose Facebook's request for a one-week extension and whether they would be willing to stipulate to the extension. Plaintiffs' counsel informed me that they do not oppose Facebook's request for a one-week extension to submit supporting materials for its Administrative Motion. On January 5, 2022, I contacted Plaintiffs' Counsel to inquire whether they would oppose Facebook's request for a five-page enlargement of the page limit for its statement in support of sealing. Plaintiffs' counsel informed me that they do not oppose Facebook's request for an additional five pages.

6. Attached as **Exhibit A** is a true and correct copy of my correspondence with Plaintiffs' Counsel concerning Facebook's request for an enlargement of time and the page limit.

7. Although Facebook initially noticed an additional seven business days to submit materials in support of sealing, the parties have not previously requested the Court enlarge the time for Facebook to submit materials in support of sealing in regard to Facebook's Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (Dkt. 779).

8. Granting an enlargement of time by one week will not affect the schedule of the action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 6, 2022 in South Pasadena, California.

Alexander P. Swanson

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF ALEXANDER SWANSON IN SUPPORT OF FACEBOOK, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND PAGE LIMIT FOR STATEMENT IN SUPPORT OF SEALING
CASE NO 3:18-MD-02843-VC