# EXHIBIT A

| | |
|---|---|
| **From:** | Cari Laufenberg <claufenberg@KellerRohrback.com> |
| **Sent:** | January 5, 2022 6:30 PM |
| **To:** | Swanson, Alexander; Lesley Weaver; Matt Melamed; Anne Davis; Chris Springer; Derek Loeser; David Ko |
| **Cc:** | Stein, Deborah L.; Falconer, Russ; Davis, Colin B.; Kutscher Clark, Martie; Reischl, Patrick |
| **Subject:** | RE: Facebook - request for extension re motion to seal |

**[WARNING: External Email]**

Alex,

Facebook may indicate that Plaintiffs do not oppose the additional 5 pages.

**From:** Swanson, Alexander <ASwanson@gibsondunn.com>
**Sent:** Wednesday, January 5, 2022 3:21 PM
**To:** Cari Laufenberg <claufenberg@KellerRohrback.com>; Lesley Weaver <lweaver@bfalaw.com>; Matt Melamed <mmelamed@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Chris Springer <cspringer@KellerRohrback.com>; Derek Loeser <dloeser@KellerRohrback.com>; David Ko <dko@KellerRohrback.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Davis, Colin B. <CDavis@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Reischl, Patrick <PReischl@gibsondunn.com>
**Subject:** RE: Facebook - request for extension re motion to seal

Thank you, Cari. It occurs to me that we will also need more than the default five pages to set forth good cause for the information to be sealed, given the volume of material and different types of confidential information at issue. Would Plaintiffs oppose expanding the page limit for Facebook's statement in support of the sealing motion from five pages to ten pages? Are Plaintiffs willing to stipulate to the additional five pages?

Alexander P. Swanson

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7907 • Fax +1 213.229.6907
ASwanson@gibsondunn.com • www.gibsondunn.com

**From:** Cari Laufenberg <claufenberg@KellerRohrback.com>
**Sent:** Wednesday, January 5, 2022 11:33 AM
**To:** Swanson, Alexander <ASwanson@gibsondunn.com>; Lesley Weaver <lweaver@bfalaw.com>; Matt Melamed <mmelamed@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Chris Springer <cspringer@KellerRohrback.com>; Derek Loeser <dloeser@KellerRohrback.com>; David Ko <dko@KellerRohrback.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Davis, Colin B. <CDavis@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Reischl, Patrick <PReischl@gibsondunn.com>
**Subject:** RE: Facebook - request for extension re motion to seal

**[WARNING: External Email]**

Alex,

You may indicate in your request for an extension that Plaintiffs do not oppose the relief Facebook seeks: a one-week extension to file support for its motion to seal.

Thank you,
Cari

---

**From:** Swanson, Alexander <ASwanson@gibsondunn.com>
**Sent:** Tuesday, January 4, 2022 2:44 PM
**To:** Cari Laufenberg <claufenberg@KellerRohrback.com>; Lesley Weaver <lweaver@bfalaw.com>; Matt Melamed <mmelamed@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Chris Springer <cspringer@KellerRohrback.com>; Derek Loeser <dloeser@KellerRohrback.com>; David Ko <dko@KellerRohrback.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Davis, Colin B. <CDavis@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Reischl, Patrick <PReischl@gibsondunn.com>
**Subject:** Facebook - request for extension re motion to seal

Counsel,
The deadline for submitting support for Facebook's motion to seal confidential information associated with Facebook's appeal of the Special Master's Amended Order Re: Plaintiffs' Motion to Compel Production of Plaintiff Data is currently January 11, 2022. However, given the very large volume of material that has to be reviewed and analyzed for confidential information (approximately 4,500 pages), Facebook seeks Plaintiffs' agreement for a one-week extension of time—to January 18—to prepare the supporting documents for the motion to seal. Please let me know if Plaintiffs agree to this extension, and, if so, whether they are willing to stipulate to that effect.

Thanks,
Alex


**Alexander P. Swanson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7907 • Fax +1 213.229.6907
ASwanson@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.