# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF ALEXANDER P. SWANSON IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S AMENDED ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA** |

Gibson, Dunn & Crutcher LLP

SWANSON DECLARATION ISO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S AMENDED ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA
CASE NO. 3:18-MD-02843-VC

I, Alexander P. Swanson, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of California. I submit this declaration in support of Facebook's Administrative Motion To File Under Seal Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. Attached as **Exhibit A** is a true and correct **redacted** copy of the Special Master's December 29, 2021 Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data.

3. Attached as **Exhibit B** is a true and correct **unredacted** copy of the Special Master's December 29, 2021 Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 6, 2022 in South Pasadena, California.

Alexander P. Swanson

Gibson, Dunn & Crutcher LLP

1

SWANSON DECLARATION ISO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S AMENDED ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA
CASE NO. 3:18-MD-02843-VC