Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:  Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom:  4, 17th Floor |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), the Consolidated Plaintiffs ("Plaintiffs") hereby submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed for the following Documents:

|   | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Transcript from December 4, 2021 Special Master hearing regarding ADI-related documents | Sought to be sealed in its entirety |
| 2 | Plaintiffs' presentation materials from December 4, 2021 Special Master hearing regarding ADI-related documents | Sought to be sealed in its entirety |
| 3 | Defendant's presentation materials from December 4, 2021 Special Master hearing regarding ADI-related documents | Sought to be sealed in its entirety |

The above-listed documents contain, reference, or summarize materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action. Pursuant to Local Rule 79- 5(f)(3), Defendant, as the Designating Party, bears the responsibility to establish that all of the designated material is sealable.

Pursuant to Civil Local Rule 79-5(f), the following attachments accompany this motion:

(1) An unredacted version of Transcript from the December 4, 2021 Special Master's Hearing regarding production of ADI related documents. A redacted version is not provided as Plaintiffs seek to file the entirety of this document under seal.

(2) Plaintiffs' presentation materials from the December 4, 2021 Special Master hearing regarding production of ADI related documents. A redacted version is not provided as Plaintiffs seek to file the entirety of this document under seal.

(3) Defendant's presentation materials from December 4, 2021 Special Master hearing

regarding production of ADI related documents. A redacted version is not provided as

Plaintiffs seek to file the entirety of this document under seal.

Plaintiffs have conferred with Facebook and has indicated that it does not oppose this

filing.

In light of the foregoing, Plaintiffs respectfully submit this pleading in connection with

the filings referenced above.

Dated: January 7, 2022                                    Respectfully submitted,


KELLER ROHRBACK L.L.P.                         BLEICHMAR FONTI & AULD LLP

By:    */s/ Derek W. Loeser*                       By:    */s/ Lesley E. Weaver*
         Derek W. Loeser                                     Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)          Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)   Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                 Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*          Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                        Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                      555 12th Street, Suite 1600
Seattle, WA 98101                                  Oakland, CA 94607
Tel.: (206) 623-1900                               Tel.: (415) 445-4003
Fax: (206) 623-3384                                Fax: (415) 445-4020
dloeser@kellerrohrback.com                         lweaver@bfalaw.com
claufenberg@kellerrohrback.com                     adavis@bfalaw.com
dko@kellerrohrback.com                             mmelamed@bfalaw.com
adaniel@kellerrohrback.com                         aornelas@bfalaw.com
bgould@kellerrohrback.com                          jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088

Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January, 2022, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser