| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom: 4, 17th Floor |

The Court has considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (the "Motion") and all supporting papers which seeks to seal following documents:

|   | **Document** | **Portions Sought to be Sealed** |
|---|---|---|
| 1 | Transcript from December 4, 2021 Special Master hearing regarding ADI-related documents | Sought to be sealed in its entirety |
| 2 | Plaintiffs' presentation materials from December 4, 2021 Special Master hearing regarding ADI-related documents | Sought to be sealed in its entirety |
| 3 | Defendant's presentation materials from December 4, 2021 Special Master hearing regarding ADI-related documents | Sought to be sealed in its entirety |

For good cause shown, the Motion is GRANTED.

IT IS SO ORDERED.

Date: _____

                                                      Jacqueline Scott Corley
                                                      United States Magistrate Judge