Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' NOTICE OF FILING OF TRANSCRIPT AND PRESENTATIONS FROM SPECIAL MASTER HEARING ABOUT ADI HELD DECEMBER 4, 2021**<br><br>Judge: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom: 4, 17th Floor |

For the sake of completeness, the Consolidated Plaintiffs ("Plaintiffs") hereby submit the following Documents for inclusion in the Appellate Record filed by Facebook on December 23, 2021 (Dkt. Nos. 777, 778):

|   | **Document** | **Portions Sought to be Sealed** |
|---|---|---|
| 1 | Transcript from December 4, 2021 Special Master hearing about ADI | Sought to be sealed in its entirety |
| 2 | Plaintiffs' presentation materials from December 4, 2021 Special Master hearing about ADI | Sought to be sealed in its entirety |
| 3 | Defendant's presentation materials from December 4, 2021 Special Master hearing about ADI | Sought to be sealed in its entirety |

Plaintiffs have conferred with Facebook, Inc. and it does not oppose this filing, but does require that these be submitted under seal. Accordingly, Plaintiffs have filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 794).

Dated: January 7, 2022                                  Respectfully submitted,

KELLER ROHRBACK L.L.P.                                  BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                             By:   */s/ Lesley E. Weaver*
     Derek W. Loeser                                         Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)               Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)        Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                      Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*               Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                             Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                           555 12th Street, Suite 1600
Seattle, WA 98101                                       Oakland, CA 94607
Tel.: (206) 623-1900                                    Tel.: (415) 445-4003
Fax: (206) 623-3384                                     Fax: (415) 445-4020
dloeser@kellerrohrback.com                              lweaver@bfalaw.com
claufenberg@kellerrohrback.com                          adavis@bfalaw.com
dko@kellerrohrback.com                                  mmelamed@bfalaw.com

adaniel@kellerrohrback.com  
bgould@kellerrohrback.com

aornelas@bfalaw.com  
jsamra@bfalaw.com

Christopher Springer (SBN 291180)  
801 Garden Street, Suite 301  
Santa Barbara, CA 93101  
Tel.: (805) 456-1496  
Fax: (805) 456-1497  
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)  
3101 North Central Avenue, Suite 1400  
Phoenix, AZ 85012  
Tel: (602) 248-0088  
Fax: (602) 248-2822  
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January, 2022, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser
