| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. No. 796)**<br><br>Judge: Hon. Vince Chhabria<br>Hon. Jacqueline Scott Corley<br>Courtroom: 4, 17th Floor |

Plaintiffs submit this Motion to Remove Incorrectly Filed Document to remove the parties' Joint Status Update (Dkt No. 796). After the Joint Status Update was filed, Plaintiffs discovered that Dkt. No. 796, contained a filing error. Upon discovering this error, Plaintiffs' counsel immediately contacted the ECF Help Desk and emailed Civil Case Docketing & Docket Corrections, requesting that the inadvertently filed document be temporarily blocked. Plaintiffs have also filed a corrected version of this document as Dkt. No. 797. Accordingly, Plaintiffs respectfully requests that Docket No. 796 be permanently removed from ECF.

Dated: January 10, 2022                                         Respectfully submitted,

KELLER ROHRBACK L.L.P.                                          BLEICHMAR FONTI & AULD LLP

By:    /s/ Derek W. Loeser                                      By:    /s/ Lesley E. Weaver
      Derek W. Loeser                                                      Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                       Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)                Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                              Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*                       Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                                     Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                                   555 12th Street, Suite 1600
Seattle, WA 98101                                               Oakland, CA 94607
Tel.: (206) 623-1900                                            Tel.: (415) 445-4003
Fax: (206) 623-3384                                             Fax: (415) 445-4020
dloeser@kellerrohrback.com                                      lweaver@bfalaw.com
claufenberg@kellerrohrback.com                                  adavis@bfalaw.com
dko@kellerrohrback.com                                          mmelamed@bfalaw.com
adaniel@kellerrohrback.com                                      aornelas@bfalaw.com
bgould@kellerrohrback.com                                       jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of January, 2022, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser