| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. No. 796)**<br><br>Judge:  Hon. Vince Chhabria<br>Hon. Jacqueline Scott Corley<br>Courtroom:  4, 17th Floor |

The Court considered Plaintiffs Motion to Remove Incorrectly Filed Document (Dkt. 796) and for good cause shown, it is ORDERED:

Docket No. 796 is permanently removed from ECF;

Docket No. 797 is the official corrected version.

IT IS SO ORDERED.

Date: _____

_____
Jacqueline Scott Corley
United States Magistrate Judge