Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. No. 796)<br><br>Judge: Hon. Vince Chhabria<br>Hon. Jacqueline Scott Corley<br>Courtroom: 4, 17th Floor |

The Court considered Plaintiffs Motion to Remove Incorrectly Filed Document (Dkt. 796) and for good cause shown, it is ORDERED:

Docket No. 796 is permanently removed from ECF;

Docket No. 797 is the official corrected version.

IT IS SO ORDERED.

Date:  January 11, 2022

Jacqueline Scott Corley
United States Magistrate Judge