GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPELLATE RECORD OF APPEAL OF SPECIAL MASTER'S ORDER RE: DEPOSITIONS OF FORMER NAMED PLAINTIFFS** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Statement In Support of its Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Order Re: Depositions Of Former Named Plaintiffs (Dkt. 781), which seeks to seal limited portions of the Appellate Record For Facebook's Appeal Of Special Master's Order Re: Depositions Of Former Named Plaintiffs (the "Appellate Record) (Dkt. 781-3) that reveal Facebook's confidential information already sealed from the public docket.  Good cause having been shown, Facebook's Administrative Motion To File Under Seal (Dkt. 781) is GRANTED.  The Court hereby ORDERS:

1. The redacted version of the Appellate Record, attached as Exhibit A to the Declaration of Alexander P. Swanson In Support Of Facebook's Statement In Support Of Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Order Re: Depositions Of Former Named Plaintiffs, shall be filed on the public docket.

2. The unredacted versions of the Appellate Record, attached as Exhibit B to the Declaration of Alexander P. Swanson In Support Of Facebook's Statement In Support Of Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Order Re: Depositions Of Former Named Plaintiffs, and filed at Dkt. 781-3, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE:  _____                        _____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge