| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>   osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>   dstein@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| Kristin A. Linsley (SBN 154148)<br>   klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>   mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | Joshua S. Lipshutz (SBN 242557)<br>   jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPELLATE RECORD OF APPEAL OF SPECIAL MASTER'S AMENDED ORDER RE: PRODUCTION OF ADI RELATED DOCUMENTS** |

## [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Statement In Support of its Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Production Of ADI Related Documents (Dkt. 777), which seeks to seal limited portions of the Appellate Record For Facebook's Appeal Of Special Master's Amended Order Re: Production Of ADI Related Documents (the "Appellate Record) (Dkt. 777-3) that reveal confidential information regarding Facebook's App Developer Investigation.  Good cause having been shown, Facebook's Administrative Motion To File Under Seal (Dkt. 777) is GRANTED.  The Court hereby ORDERS:

1. The redacted version of the Appellate Record, attached as Exhibit A to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement In Support Of Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Production Of ADI Related Documents, shall be filed on the public docket.

2. The unredacted versions of the Appellate Record, attached as Exhibit B to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement In Support Of Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Production Of ADI Related Documents, and filed at Dkt. 777-3, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge