GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR STATEMENT IN SUPPORT OF SEALING** |

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

Pursuant to Civil Local Rule 6-3, Facebook, Inc. respectfully requests a one-week extension of the time to submit materials in support of sealing in regard to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 794).  Plaintiffs do not oppose Facebook's request.

On December 4, 2021, Special Master Daniel Garrie conducted a hearing regarding the parties' dispute over production of materials from Facebook's App Developer Investigation.  The parties made presentations and engaged in discussion with the Special Master for over three hours. The parties' presentations and transcript of the hearing—which amount to hundreds of pages— contain frequent references to information that Facebook has designated Confidential or Highly Confidential – Attorneys' Eyes Only under the Protective Order, Dkt. 122, including information the Court has previously found good cause to seal in this action.

On January 7, 2022, Plaintiffs filed copies of the parties' presentations and hearing transcript, accompanied by an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 794).  Pursuant to Civil Local Rule 79-5(f), the deadline for Facebook to file a statement and declaration in support of sealing the presentations and hearing transcript is seven days after the filing of Plaintiffs' Administrative Motion (January 14, 2022).  Facebook asked Plaintiffs for their agreement to stipulate to an enlargement of time by one week days for Facebook file supporting materials.  Swanson Decl. ¶ 4.  On January 12, 2022, Plaintiffs' counsel informed Facebook that they do not oppose Facebook's request for an enlargement of time and provided courtesy copies of the documents filed in connection with their Administrative Motion.  *Id.* ¶ 4, Ex. A.

Facebook respectfully requests that Facebook's time to file a statement and declaration in support of sealing be enlarged by one week because the large volume of materials filed by Plaintiffs will require significant time to evaluate for confidential material.  Plaintiffs do not oppose this request, and granting this extension—which relates only to sealing—will not affect the schedule of this action.  *Id.* ¶¶ 4, 6–7.

For these reasons, Facebook respectfully requests that the Court grant Facebook a one-week extension, from January 14, 2022 to January 21, 2022, to submit a statement and declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion.

Gibson, Dunn & Crutcher LLP

1

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC

Dated: January 13, 2022

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Martie Kutscher
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200

*Attorneys for Defendant Facebook, Inc.*

Gibson, Dunn & Crutcher LLP

FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR STATEMENT IN SUPPORT OF SEALING
CASE NO. 3:18-MD-02843-VC