1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION,


This document relates to:

ALL ACTIONS

CASE NO. 3:18-MD-02843-VC

**DECLARATION OF ALEXANDER**
**SWANSON IN SUPPORT OF FACEBOOK,**
**INC.'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO FILE**
**STATEMENT IN SUPPORT OF SEALING**

Gibson, Dunn &
Crutcher LLP

DECLARATION OF ALEXANDER SWANSON IN SUPPORT OF FACEBOOK, INC.'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO 3:18-MD-02843-VC

I, Alexander P. Swanson, hereby declare as follows:

1.      I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter.  I am a member in good standing of the State Bar of California.  I submit this declaration in support of Facebook's Unopposed Motion For An Enlargement Of Time To File Statement In Support Of Sealing.  I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2.      On December 4, 2021, Special Master Daniel Garrie conducted a hearing regarding the parties' dispute over production of materials from Facebook's App Developer Investigation ("ADI").  The parties made presentations and engaged in discussion with the Special Master for over three hours.  The parties' presentations and transcript of the hearing—which are hundreds of pages—frequently reference information Facebook has designated Confidential or Highly Confidential – Attorneys' Eyes Only under the Protective Order, Dkt. 122, including information the Court has found good cause to seal in this action.

3.      Because of the large volume and sensitivity of these materials, Facebook requires more than the seven days provided by the local rules to conduct a thorough review of these materials and prepare a statement and declaration in support of sealing.

4.      On January 12, 2022, I contacted Plaintiffs' Counsel to inquire whether they would oppose Facebook's request for an enlargement of time by one week to respond to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 794), and whether they would agree to a stipulation granting the enlargement of time.  I also requested courtesy copies of the materials that Plaintiffs filed under seal, which Plaintiffs had not previously provided.  The same day, Plaintiffs' Counsel informed me that they do not oppose Facebook's request for an enlargement of time by one week and provided copies of the materials filed under seal.

5.      Attached as **Exhibit A** is a true and correct copy of my correspondence with Plaintiffs' Counsel concerning Facebook's request for an enlargement of time.

6.      The parties have not previously sought to enlarge the time for Facebook to submit materials in support of sealing in regard to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 794).

Gibson, Dunn &
Crutcher LLP

1

DECLARATION OF ALEXANDER SWANSON IN SUPPORT OF FACEBOOK, INC.'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING
CASE NO 3:18-MD-02843-VC

7.      Granting an enlargement of time by one week will not affect the schedule of the action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 12, 2022 in Los Angeles, California.

_____

Alexander P. Swanson

Gibson, Dunn &
Crutcher LLP