# EXHIBIT A

| | |
|---|---|
| **From:** | Cari Laufenberg <claufenberg@KellerRohrback.com> |
| **Sent:** | January 12, 2022 12:32 PM |
| **To:** | Swanson, Alexander; Lesley Weaver; Matt Melamed; Anne Davis; Chris Springer; Derek Loeser; David Ko |
| **Cc:** | Stein, Deborah L.; Falconer, Russ; Davis, Colin B.; Kutscher Clark, Martie; Reischl, Patrick |
| **Subject:** | RE: Facebook - request for extension re motion to seal |
| **Attachments:** | 2021-12-07 FB ADI Presentation Uploaded to JAMS.pdf; 2021-12-06 Pl ADI Presentation Uploaded to JAMS 4875-9249-8953 v.1.pdf; 2021-12-04 JAMS Special Master Hearing Transcript.pdf |

**[WARNING: External Email]**

Counsel,

You many indicate that Plaintiffs do not oppose the one-week extension request. Also attached are courtesy copies of the documents filed with Dkt. No. 794.

Thank you,
Cari

---

**From:** Swanson, Alexander <ASwanson@gibsondunn.com>
**Sent:** Wednesday, January 12, 2022 9:07 AM
**To:** Cari Laufenberg <claufenberg@KellerRohrback.com>; Lesley Weaver <lweaver@bfalaw.com>; Matt Melamed <mmelamed@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Chris Springer <cspringer@KellerRohrback.com>; Derek Loeser <dloeser@KellerRohrback.com>; David Ko <dko@KellerRohrback.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Davis, Colin B. <CDavis@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Reischl, Patrick <PReischl@gibsondunn.com>
**Subject:** Facebook - request for extension re motion to seal

Counsel,
Given the volume and variety of potentially confidential information in the transcript and presentation materials from the December 4, 2021 hearing before the Special Master regarding ADI-related documents, Facebook seeks a one-week extension of Facebook's time (from January 14 to January 21) to file support for Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 794). Please let us know if Plaintiffs agree to this extension, and, if so, if they are willing to stipulate to that effect.

Separately, please send us courtesy copies of the three documents filed temporarily under seal in connection with Dkt. 794 so that we can confirm the information requiring permanent sealing.

Thank you,
Alex


Alexander P. Swanson

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

Tel +1 213.229.7907 • Fax +1 213.229.6907
ASwanson@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---