| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Orin Snyder (*pro hac vice*) | Deborah Stein (SBN 224570) |
|    osnyder@gibsondunn.com |    dstein@gibsondunn.com |
| 200 Park Avenue | 333 South Grand Avenue |
| New York, NY 10166-0193 | Los Angeles, CA 90071-3197 |
| Telephone: 212.351.4000 | Telephone: 213.229.7164 |
| Facsimile: 212.351.4035 | Facsimile: 213.229.6164 |
| | |
| Kristin A. Linsley (SBN 154148) | Joshua S. Lipshutz (SBN 242557) |
|    klinsley@gibsondunn.com |    jlipshutz@gibsondunn.com |
| Martie Kutscher (SBN 302650) | 1050 Connecticut Avenue, N.W. |
|    mkutscherclark@gibsondunn.com | Washington, DC 20036-5306 |
| 555 Mission Street, Suite 3000 | Telephone: 202.955.8500 |
| San Francisco, CA 94105-0921 | Facsimile: 202.467.0539 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | |

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATEMENT IN SUPPORT OF SEALING** |

**[PROPOSED] ORDER**

Upon consideration of Facebook, Inc.'s Unopposed Motion For An Enlargement of Time To File Statement In Support of Sealing, and good cause having been shown, the Court GRANTS Facebook's request for an enlargement of time. Facebook shall file materials in support of sealing in regard to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 794) by January 21, 2022.

**IT IS SO ORDERED.**

DATE: January 14, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge