GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s ("Facebook") Motion To Consider Whether Another Party's Material Should Be Sealed, which seeks to seal portions of the Appellate Record For Facebook's Appeal Of Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data that contain information from Plaintiffs' DYI files. Record at 333, 2651, 3604–3631. Good cause having been shown, Facebook's Motion To Consider Whether Another Party's Material Should Be Sealed is GRANTED. The Court hereby ORDERS:

1. The redacted version of the Appellate Record, attached as Exhibits A, B, and C to the Declaration of Alexander P. Swanson In Support Of Facebook's Statement In Support Of Administrative Motions To File Under Seal, shall be filed on the public docket.

2. The unredacted versions of the Appellate Record, attached as Exhibit D to the Declaration of Alexander P. Swanson In Support Of Facebook's Statement In Support Of Administrative Motions To File Under Seal, and filed at Dkt. 779-3, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____          _____
                                                              JACQUELINE SCOTT CORLEY
                                                              United States Magistrate Judge