1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

12
13
14
15
16
17

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF ALEXANDER P. SWANSON IN SUPPORT OF FACEBOOK, INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

DECLARATION OF ALEXANDER P. SWANSON IN SUPPORT OF FACEBOOK, INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL
CASE NO 3:18-MD-02843-VC

I, Alexander P. Swanson, hereby declare as follows:

1. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of California. I submit this declaration in support of Facebook's Statement In Support Of Administrative Motions To File Under Seal and Motion To Consider Whether Another Party's Material Should Be Sealed. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. Attached as **Exhibits A, B, and C** is a true and correct **redacted** version of the Appellate Record For Facebook's Appeal Of Special Master Garrie's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (the "Appellate Record"). Exhibit A contains pages 0001–3424 of the Appellate Record, Exhibit B contains pages 3425–4056 of the Appellate Record, and Exhibit C contains pages 4057–4483 of the Appellate Record.

3. Attached as **Exhibit D** is a true and correct **unredacted** version of the Appellate Record.

4. A true and correct **redacted** version of the Special Master's December 29, 2021 Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (the "Amended Order") is attached as Exhibit A to my January 6, 2022 Declaration In Support Of Facebook's Administrative Motion To File Under Seal Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (Dkt. 792-3).

5. A true and correct **unredacted** version of the Amended Order is attached as Exhibit B to my January 6, 2022 Declaration In Support Of Facebook's Administrative Motion To File Under Seal Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (Dkt. 792-4).

6. Within the Appellate Record, Facebook proposes redactions over the same material that is redacted on the public docket.

   a. Plaintiffs' Opposition To Facebook's Request To Enforce The Partial Stay Of Discovery, as filed within the Appellate Record at pages 0212–31, 2905–25, 3704–23, contains the same redactions that exist on the public docket. *See* Dkt. 530-7.

1

Gibson, Dunn & Crutcher LLP

DECLARATION OF ALEXANDER P. SWANSON IN SUPPORT OF FACEBOOK, INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL
CASE NO 3:18-MD-02843-VC

   b. Plaintiffs' Response In Reply To Facebook's Request To Enforce The Partial Stay Of Discovery, as filed within the Appellate Record at pages 0133–46 and 2942–51, contains the same redactions that exist on the public record.  *See* Dkt. 661.

   c. Facebook proposes to seal entirely a copy of a document leaked in violation of the protective order in *Six4Three LLC v. Facebook, Inc.*, No. CIV533328 (San Mateo Cnty. Sup. Ct.), as filed in the Appellate Record at pages 0276–81, 3768–73, 4433–38, just as it is sealed entirely from the public docket.  *See* Dkt. 526-3.

   d. Facebook proposes to seal entirely a copy of the document produced at FB-CA-MDL-00213424, as filed in the Appellate Record at pages 0365–80, 3574–89, 4343–58, and 4402–17, just as it is sealed entirely from the public docket.  *See* Dkt. 526-2.

   e. Facebook proposes to seal entirely a copy of the document produced at FB-CA-MDL-01191149, as filed in the Appellate Record at pages 426–38, just as it is sealed entirely from the public docket.  *See* Dkt. 526-4.

   f. Finally, Facebook's Second Amended Responses And Objections To Plaintiffs' Fourth Set Of Interrogatories, as filed in the Appellate Record at pages 3127–35, 3866–74, contain the same redactions as ex on the public record.  *See* Dkt. 769-3).

  7. Facebook proposes to seal entirely seven tables within the Appellate Record that contain confidential and highly sensitive information.  Appellate Record at 440–2613, 2615–18, 3136–3317, 3323–3424, 3875–4056, 4161–72, 4178–4262.  These tables contain specific granular level information such as Facebook user IDs, app names and their associated app IDs, and technical information regarding Facebook's APIs.

   a. I am informed and believe that, if publicly disclosed, Facebook user IDs could be used by bad actors to attempt to compromise the associated Facebook accounts, harming both Facebook and the associated users.

   b. I am informed and believe that the specific granular level information contained within the tables contains highly confidential information about the types of data transferred through certain API calls, as well as how Facebook stores and processes this data,

Gibson, Dunn & Crutcher LLP

Declaration Of Alexander P. Swanson In Support Of Facebook, Inc.'s Statement In Support Of Administrative Motions To File Under Seal
Case No 3:18-md-02843-VC

which competitors could use to construct or improve their own data management and storage systems.

      c.      I am informed and believe that public disclosure of the specific permissions granted to specific apps at particular times would reveal terms of Facebook's confidential business relationships with app developers, which if publicly disclosed would compromise Facebook's business relationships with these developers as well as competitors of these developers.

8. Facebook proposes to seal limited portions of the Appellate Record and Amended Order that contain confidential information regarding Facebook's data collection and storage practices and technical capabilities. The proposed redactions consist of information regarding the functions and properties of Facebook's propriety and confidential data storage systems; technical details about Facebook's APIs; and the technical operations of certain APIs. I am informed and believe that information about Facebook's data systems and the inner workings of its APIs are key components of its business that set it apart and ahead of its competitors, and if publicly disclosed, competitors could use this information to improve their own methods for managing high volumes of data from interactions with large numbers of third parties. Additionally, I am informed and believe that bad actors could use this information to better understand Facebook's data systems and target specific repositories of data, potentially harming Facebook and its users.

9. Facebook proposes to seal limited portions of the Appellate Record that convey the confidential information regarding the identities of Facebook's business partners and the terms of Facebook's business relationships. I am informed and believe that, if publicly disclosed, this information could harm Facebook's relationships with these partners and undercut Facebook's ability to negotiate with competitors of these partners.

10. Facebook proposes to seal limited portions of the Appellate Record that contain confidential technical details of how Facebook develops and uses data to target advertisements to the most relevant users. Facebook's ability to serve advertisements to its users effectively is an essential aspect of its business. I am informed and believe that, if publicly disclosed, this information could

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF ALEXANDER P. SWANSON IN SUPPORT OF FACEBOOK, INC.'S STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL
CASE NO 3:18-MD-02843-VC

1 allow Facebook's competitors to improve their serve of advertisements to Facebook's competitive
2 disadvantage.

3   11. Facebook proposes to seal limited portions of the Appellate Record that contain
4 confidential information regarding Facebook's business programs and strategies.  This information
5 includes presentations to Facebook's board of directors regarding a confidential business program,
6 confidential documents describing products for targeting advertisements, confidential information
7 regarding Facebook's facial recognition techniques, confidential information regarding the technical
8 operation of Facebook's News Feed, and confidential strategic communications discussing
9 Facebook's potential future business models.  I am informed and believe that public disclosure of
10 confidential information regarding Facebook's business products could allow Facebook's competitors
11 to use this information developed at Facebook's expense to improve or develop their own competing
12 techniques, to Facebook's competitive disadvantage.  I am informed and believe that public
13 disclosure of confidential communications regarding Facebook's business strategy could allow
14 Facebook's competitors to copy these proposed business strategies, developed at Facebooks expense,
15 to more effectively compete with Facebook.

16   12. Facebook proposes to seal limited portions of the Appellate Record that contain
17 confidential information regarding Facebook's privacy and platform policy enforcement practices.  I
18 am informed and believe that public disclosure of details regarding Facebook's policy-enforcement
19 efforts would reveal confidential information regarding Facebook's internal business operations that
20 could be used by bad actors to attempt to circumvent and evade Facebook's enforcement strategies,
21 potentially harming Facebook and its users.

23  I declare under penalty of perjury under the laws of the United States of America that the
24 foregoing is true and correct.  Executed on January 18, 2022 in Los Angeles, California.

                   Alexander P. Swanson

4
DECLARATION OF ALEXANDER P. SWANSON IN SUPPORT OF FACEBOOK, INC.'S STATEMENT IN SUPPORT OF
ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL
CASE NO 3:18-MD-02843-VC

Gibson, Dunn & Crutcher LLP