**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
HELEN I. ZELDES (220051)
hzeldes@sshhzlaw.com
BEN TRAVIS (305641)
btravis@sshhzlaw.com
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619-400-4990

*Attorneys for Plaintiffs Jordan O'Hara, Anthony Bell, Brent Collins, Juliana Watson, Ann Kowaleski.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This Document relates to ALL ACTIONS | MDL No. 2843<br><br>Case No. 3:18-MD-02843-VC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1    **TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS
2    OF RECORD:**

3    **PLEASE TAKE NOTICE** that, Ben Travis of Schonbrun Seplow Harris Hoffman & Zeldes, LLP hereby withdraws as counsel of record for Plaintiffs Jordan O'Hara, Anthony Bell, Brent Collins, Juliana Watson and Ann Kowaleski in the above-entitled action. Counsel of record for Plaintiffs otherwise remains the same.

Dated:  January 21, 2022         **SCHONBRUN SEPLOW HARRIS**
                                 **HOFFMAN & ZELDES, LLP**


                                 By:    /s/ *Ben Travis*
                                        Ben Travis
                                        *Attorney for Plaintiffs.*