UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | **MDL NO. 2843** <br><br> CASE NO. 3:18-MD-02843-VC-JSC <br><br> HON. VINCE CHHABRIA <br> HON. JACQUELINE SCOTT CORLEY <br> COURTROOM 4 – 17TH FLOOR <br> SPECIAL MASTER, DANIEL GARRIE, ESQ. <br><br> **AMENDED PROTOCOL FOR RESOLVING DISCOVERY DISPUTES** |

**AMENDED PROTOCOL FOR RESOLVING DISCOVERY DISPUTES**

1. According to the court's order of July 20, 2021, Daniel Garrie ("Special Master") was appointed as Discovery Special Master to resolve discovery disputes that the parties cannot resolve in mediation. This order sets out the amended protocol for resolving such discovery disputes, amending dkt. 733.

2. Each week the parties are to submit a joint spreadsheet to the Special Master and Mediator via JAMS Access identifying the current outstanding issues, whether impasse has been declared, and summarize the parties' positions on each issue (see spreadsheet column values below).

| Issue | Moving Party | Status | Impasse (Y/N) | Summary of Plaintiffs' Position | Summary of Defendant's Position |
|---|---|---|---|---|---|

3. For each issue at impasse, the Special Master will determine whether briefing is necessary and notify the parties accordingly.

4. For the issues for which the Special Master determines that briefing is not necessary, the Special Master will issue a tentative ruling. Within 48 hours of the tentative ruling, the parties may submit a motion for reconsideration not to exceed two pages and request a hearing to occur within 48 hours, subject to the Special Master's availability. The Special Master will deny the motion or issue a final amended ruling. The tentative ruling becomes final if no motion for reconsideration is submitted within 48 hours.

5. For the issues for which the Special Master determines that briefing is necessary, within three business days of the Special Master notifying the parties, the parties are each to submit a brief, not to exceed three pages single spaced for argument and 100 pages for exhibits. In the briefs, the parties may request a hearing to occur within 48 hours, subject to Special Master availability. Special Master will then issue a tentative ruling. Within 48 hours of the tentative ruling, the parties may submit a motion for reconsideration not to exceed two pages. The Special Master will deny the motion or issue a final amended ruling. If no motion to reconsider is submitted within 48 hours, the tentative ruling becomes final.

**AMENDED PROTOCOL FOR RESOLVING DISCOVERY DISPUTES**
1

6. No motion for reconsideration may include new argument without a declaration demonstrating new facts or circumstances that did not exist at the time of the original briefing.

7. The Special Master consulted with Judge Chhabria and Judge Corley in drafting this amended protocol.

IT IS SO ORDERED.

January 24, 2022

_____
Daniel Garrie
Discovery Special Master

2
**AMENDED PROTOCOL FOR RESOLVING DISCOVERY DISPUTES**