| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF CHRISTOPHER SPRINGER IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW SAMUEL ARMSTRONG AND DISMISS HIS CLAIMS WITHOUT PREJUDICE**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: March 3, 2022<br>Hearing Time: 10:00 a.m. |

I, Christopher Springer, declare and state as follows:

1. I am an attorney at the law firm of Keller Rohrback L.L.P. I am a member in good standing of the State Bar of California and of this Court. I submit this Declaration in support of Plaintiffs' Motion to Withdraw Samuel Armstrong and Dismiss His Claims Without Prejudice. I have personal knowledge of the matters set forth herein and could competently testify thereto.

2. On November 9, 2021, during a meet and confer between the parties, I advised counsel for Facebook that Armstrong sought to withdraw from this litigation, and that Plaintiffs

would send Facebook a proposed stipulation similar to that which was previously agreed between the parties.

3. On December 3, 2021, I sent an email to counsel for Facebook attaching a proposed stipulation of voluntary dismissal without prejudice with respect to Armstrong. This proposed stipulation was similar to and followed the form of a stipulation of voluntary dismissal without prejudice to which the parties had previously agreed and which has since been ordered by the Court. *See* ECF Nos. 590, 593. A true and correct copy of this email and the proposed stipulation is attached hereto as Exhibit A.

4. On December 23, 2021, I sent a follow up email to counsel for Facebook requesting a response to the proposed stipulation by January 7, 2022. A true and correct copy of this email is attached hereto as Exhibit B.

5. To date, Facebook has failed to respond to the proposed stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and to the best of my knowledge.

Dated January 27, 2022.

By: /s/ Christopher Springer
Christopher Springer