# Exhibit A

# Chris Springer

| | |
|---|---|
| **From:** | Chris Springer |
| **Sent:** | Friday, December 3, 2021 12:10 PM |
| **To:** | Swanson, Alexander; Matt Melamed; Derek Loeser; Lesley Weaver; Anne Davis; Cari Laufenberg; David Ko |
| **Cc:** | Stein, Deborah L.; Falconer, Russ; Kutscher Clark, Martie; Buongiorno, Matt; Mumm, Laura C. |
| **Subject:** | RE: Facebook MDL - proposed stip re RFPs |
| **Attachments:** | Stipulation Voluntary Dismissal Armstrong DRAFT.docx |
| | |
| **Categories:** | Green Category, Yellow Category |

Thank you, Alex.

We are reviewing the proposed terms of the stipulation and will let you know whether we agree to those terms.

Regarding your questions, we plan to produce responsive documents for Plaintiffs Senko and King next week in advance of Plaintiff Senko's deposition. We will provide responsive documents from other Plaintiffs on a rolling basis and will prioritize production in light of scheduled depositions. We also plan to send edits to Facebook's proposed search strings for its second set of RFPs next week as well.

Additionally, pursuant to our earlier discussion, attached is a draft stipulation of voluntary dismissal for Plaintiff Armstrong for your review. Please let us know if you have any questions or would like to schedule a call to discuss.

Best,
Chris

--
Chris Springer
Keller Rohrback L.L.P.
Phone: (805) 456-1496
Fax: (805) 456-1497
Email: cspringer@kellerrohrback.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

**From:** Swanson, Alexander <ASwanson@gibsondunn.com>
**Sent:** Wednesday, December 1, 2021 5:34 PM
**To:** Chris Springer <cspringer@KellerRohrback.com>; Matt Melamed <mmelamed@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; David Ko <dko@KellerRohrback.com>
**Cc:** Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Buongiorno, Matt <MBuongiorno@gibsondunn.com>; Mumm, Laura C.

&lt;LMumm@gibsondunn.com&gt;
**Subject:** Facebook MDL - proposed stip re RFPs

Chris,
Attached for Plaintiffs' consideration please find a proposed stipulation concerning Facebook RFP Nos. 3, 4, 6, 7, 8, 10, 11, 12, and 13.  Please let us know if Plaintiffs will agree to these terms.

In addition, when we met and conferred on November 9, you mentioned that you were working through the search terms for Facebook's second set of RFPs and would have comments shortly.  You also indicated that Plaintiffs would soon be making a document production.  When can expect those?  Given the upcoming depositions, time is of the essence.

Thanks,
Alex


**Alexander P. Swanson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7907 • Fax +1 213.229.6907
ASwanson@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>*Akins et al. v. Facebook, Inc.,*<br>Case No. 3:18-cv-05714-VC | **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF SAMUEL ARMSTRONG**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom:  4, 17th Floor |

# STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF SAM ARMSTRONG

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12, Consolidated Plaintiffs ("Plaintiffs") and Defendant Facebook, Inc. ("Facebook") (collectively "the Parties") in this action hereby stipulate to the voluntary dismissal of Plaintiff Samuel Armstrong, without prejudice to his proceeding as a putative class member, each party to bear its own costs. Samuel Armstrong reserves all rights. Facebook reserves all rights, including the right to oppose Samuel Armstrong being re-joined as a named plaintiff at a later date. This stipulation does not operate as to dismiss any other Plaintiffs in this action.

Dated: January 25, 2022                                  Respectfully submitted,

KELLER ROHRBACK L.L.P.                                   BLEICHMAR FONTI & AULD LLP

By: _____                          By: _____
    Derek W. Loeser                                          Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)         Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                       Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)                Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                              Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                            555 12th Street, Suite 1600
Seattle, WA 98101                                        Oakland, CA 94607
Tel.: (206) 623-1900                                     Tel.: (415) 445-4003
Fax: (206) 623-3384                                      Fax: (415) 445-4020
dloeser@kellerrohrback.com                               lweaver@bfalaw.com
claufenberg@kellerrohrback.com                           adavis@bfalaw.com
dko@kellerrohrback.com                                   mmelamed@bfalaw.com
adaniel@kellerrohrback.com                               aornelas@bfalaw.com
bgould@kellerrohrback.com                                jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)

3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

GIBSON, DUNN, & CRUTCHER LLP

By:_____

| | |
|---|---|
| Orin Snyder (admitted pro hac vice) | Joshua S. Lipshutz (SBN 242557) |
| osnyder@gibsondunn.com | jlipshutz@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 200 Park Avenue | 1050 Connecticut Avenue, N.W. |
| New York, NY 10166-0193 | Washington, DC 20036-5306 |
| Telephone: 212.351.4000 | Telephone: 202.955.8500 |
| Facsimile: 212.351.4035 | Facsimile: 202.467.0539 |
| | |
| Kristin A. Linsley (SBN 154148) | Deborah Stein (SBN 224570) |
| klinsley@gibsondunn.com | dstein@gibsondunn.com |
| Martie Kutscher (SBN 302650) | GIBSON, DUNN & CRUTCHER LLP |
| mkutscherclark@gibsondunn.com | 333 South Grand Avenue |
| GIBSON, DUNN & CRUTCHER LLP | Los Angeles, CA 90071-3197 |
| 555 Mission Street, Suite 3000 | Telephone: 213.229.7000 |
| San Francisco, CA 94105-0921 | Facsimile: 213.229.7520 |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | |

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____

                                                            THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of January, 2022, at Seattle, Washington.

_____
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on January 25, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

**In addition, the following were served via email:**

> Anjeza Hassan
> annie.sara@yahoo.com

/s/ *Sarah Skaggs*
Sarah Skaggs