Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF SAMUEL ARMSTRONG IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW SAMUEL ARMSTRONG AND DISMISS HIS CLAIMS WITHOUT PREJUDICE**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor<br>Hearing Date: March 3, 2022<br>Hearing Time: 10:00 a.m. |

I, Samuel Armstrong, declare and state as follows:

1. I have been a named plaintiff in the above-captioned matter since the Consolidated Complaint was filed in September 2018.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. When I joined this litigation approximately three and a half years ago, I was attending school part time and had more time available to dedicate to this litigation. Since then, my circumstances have changed significantly, and I am now working full time as a student as

well as applying for full time employment after graduation. As a result, I now have little time available to devote to the litigation or serve as a class representative. I am also concerned that my continued involvement in the litigation will negatively impact my studies and my career.

4. As a consequence, I no longer feel that I am in a position to adequately fulfill the duties and responsibilities of serving as a class representative due to the constraints upon my time. It is my understanding that my withdrawal from this case will have no effect on this action or any parties, as there are other plaintiffs in the lawsuit who are continuing to serve as putative class representatives.

5. For the foregoing reasons, I respectfully request that I be permitted to withdraw and that my claims be dismissed without prejudice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and to the best of my knowledge.

Dated January 27, 2022.

By: _____
Samuel Armstrong

DocuSigned by: F279B19DA18B4E4...