1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, | **MDL NO. 2843** |
|---|---|
| | CASE NO. 3:18-MD-02843-VC-JSC |
| This document relates to: | HON. VINCE CHHABRIA |
| | HON. JACQUELINE SCOTT CORLEY |
| ALL ACTIONS | COURTROOM 4 – 17TH FLOOR |
| | SPECIAL MASTER, DANIEL GARRIE, ESQ. |
| | **SUPPLEMENTAL ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA** |

**SUPPLEMENTAL ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA**

# ORDER

1. Facebook's letter response submitted on January 27, 2022, in response to the January 18, 2022, Supplemental Order Re: Facebook's Production of Plaintiff Data and the January 25, 2022 Supplemental Order is nonsensical because (1) it does not identify the 12 systems from the list of 55 systems identified (narrowed from the 149 systems) in the Pope declaration and discussed at the January 14, 2022 hearing or (2) how or why Facebook believes these 12 systems are the only systems that could be potentially relevant to the Special Master's inquiry.

2. Facebook on or before 5 pm PST on February 2 shall submit to the Special Master the following information.

- Identify each of the 12 systems in the January 27, 2022 letter.

- For each of the 12 systems identified, Facebook must submit a paragraph explaining why the system could be potentially relevant to the Special Master's inquiry and another paragraph with basic information about the system and the Facebook individual(s) that assisted Counsel in identifying this system.

- For each of the 12 systems identified, Facebook is to submit to the Special Master any already existing high-level training materials/manuals for that system and a summary of other training and onboarding materials for the system.

3. The Order does not contain any language requiring Facebook to produce privileged or non-responsive email communications, and for the avoidance of doubt, the order was not intended to reflect a determination as to privilege.

IT IS SO ORDERED.

January 31st, 2022

_____
Daniel Garrie
Discovery Special Master

**SUPPLEMENTAL ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA**