UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>*All Actions* | **PRETRIAL ORDER NO. 42: ORDER REQUIRING FACEBOOK TO DESIGNATE EXECUTIVE RESPONSIBLE FOR DISCOVERY DECISIONS** |

By no later than 4:00 p.m. on Thursday, February 10, Facebook must file a letter on the docket designating a single executive from the company who has final responsibility for all discovery decisions in this litigation moving forward. The letter must identify the executive's title and describe that person's responsibilities in the company. That executive must attend the zoom status conference at 4:30 p.m. on Thursday, and should expect to attend all future status conferences so long as discovery remains open. If the executive has other plans on Thursday afternoon, they are ordered to postpone them.

**IT IS SO ORDERED.**

Dated: February 7, 2022

_____
VINCE CHHABRIA
United States District Judge