UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | **MDL NO. 2843**<br><br>CASE NO. 3:18-MD-02843-VC-JSC<br><br>HON. VINCE CHHABRIA<br>HON. JACQUELINE SCOTT CORLEY<br>COURTROOM 4 – 17TH FLOOR<br>SPECIAL MASTER, DANIEL GARRIE, ESQ.<br><br>**ORDER DENYING RECONSIDERATION OF ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS RELATED TO CAMBRIDGE ANALYTICA** |

**ORDER DENYING RECONSIDERATION OF ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS RELATED TO CAMBRIDGE ANALYTICA**

**ORDER**

Facebook's Motion for Reconsideration of the Order Regarding Plaintiffs' Motion to Compel Production of Certain Documents Related to Cambridge Analytica is denied. While I appreciate that Facebook takes issue with the Special Master's characteriziation of the lack of efforts to resolve the matter between Counsel, the Special Master is not persuaded that impasse was declared in error or that the ruling should be reconsidered. To the extent both parties put forth efforts to resolve the dispute, they were unsuccessful and thus the issue required a ruling.

IT IS SO ORDERED.

February 9, 2022

_____
Daniel Garrie
Discovery Special Master

**ORDER DENYING RECONSIDERATION OF ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS RELATED TO CAMBRIDGE ANALYTICA**