| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>   osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>   dstein@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| Kristin A. Linsley (SBN 154148)<br>   klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>   mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | Joshua S. Lipshutz (SBN 242557)<br>   jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRANSCRIPT OF JANUARY 11, 2022 HEARING** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s ("Facebook") Administrative Motion To File Under Seal Transcript Of January 11, 2022 Hearing. Good cause having been shown, Facebook's Administrative Motion is GRANTED. The following portions of the Transcript of the January 11, 2022 hearing shall be sealed in accordance with Facebook's proposed redactions :

| Document | Redacted Material |
|---|---|
| Transcript of January 11, 2022 Hearing regarding Facebook's appeals of the Special Master's orders | • Page 15, portions of lines 3 through 5 that reveal Facebook's confidential information<br>• Page 17, portion of line 18 that reveals Facebook's confidential information |

The Court hereby ORDERS that the unredacted version of the Transcript of the January 11, 2022 hearing, attached as Exhibit B to the Declaration of Alexander H. Southwell In Support Of Facebook's Administrative Motion To File Under Seal, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE:  February 9, 2022

JACQUELINE SCOTT CORLEY
United States Magistrate Judge