GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

[~~PROPOSED~~] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Statement In Support Of Sealing Special Master's Orders Regarding Production Of ADI Related Documents, filed in support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (Dkts. 765, 775), which seeks to seal portions of the following documents:

|   | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Special Master Garrie's December 8, 2021 Order Regarding Production Of ADI Related Documents and supporting exhibits (Dkts. 765-3, 766) | Limited portions of the Order and Exhibits B, C, D, E, and F that reveal confidential information regarding Facebook's App Developer Investigation. |
| 2 | Special Master Garrie's December 20, 2021 Amended Order Regarding Production Of ADI Related Documents, and supporting exhibits (Dkts. 775-3, 776) | Limited portions of the Order and Exhibits B, C, D, E, and F that reveal confidential information regarding Facebook's App Developer Investigation. |

Good cause having been shown, Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed (Dkts. 765, 775) are GRANTED. The Court hereby ORDERS:

1. The redacted version of Special Master Garrie's December 8, 2021 Order Regarding Production Of ADI Related Documents, attached as Exhibit A to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement in Support of Sealing Special Master's Orders Regarding Production Of ADI Related Documents, shall be filed on the public docket.

2. The unredacted versions of Special Master Garrie's December 8, 2021 Order Regarding Production Of ADI Related Documents, attached as Exhibit B to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement in Support of Sealing Special Master's Orders Regarding Production Of ADI Related Documents, and filed by Plaintiffs at Dkt. 765-3, shall be sealed permanently.

3. The redacted version of Special Master Garrie's December 20, 2021 Order Regarding Production Of ADI Related Documents, attached as Exhibit C to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement in Support of Sealing Special Master's Orders Regarding Production Of ADI Related Documents, shall be filed on the public docket.

4. The unredacted versions of Special Master Garrie's December 20, 2021 Order Regarding Production Of ADI Related Documents, attached as Exhibit D to the Declaration

of Alexander H. Southwell In Support Of Facebook's Statement in Support of Sealing Special Master's Orders Regarding Production Of ADI Related Documents, and filed by Plaintiffs at Dkt. 775-3, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE:  February 9, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge