GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED]** **ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPELLATE RECORD OF APPEAL OF SPECIAL MASTER'S AMENDED ORDER RE: PRODUCTION OF ADI RELATED DOCUMENTS** |

## [~~PROPOSED~~] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Statement In Support of its Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Production Of ADI Related Documents (Dkt. 777), which seeks to seal limited portions of the Appellate Record For Facebook's Appeal Of Special Master's Amended Order Re: Production Of ADI Related Documents (the "Appellate Record) (Dkt. 777-3) that reveal confidential information regarding Facebook's App Developer Investigation.  Good cause having been shown, Facebook's Administrative Motion To File Under Seal (Dkt. 777) is GRANTED.  The Court hereby ORDERS:

1. The redacted version of the Appellate Record, attached as Exhibit A to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement In Support Of Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Production Of ADI Related Documents, shall be filed on the public docket.

2. The unredacted versions of the Appellate Record, attached as Exhibit B to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement In Support Of Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Production Of ADI Related Documents, and filed at Dkt. 777-3, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE:  February 9, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge