| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>  osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Kristin A. Linsley (SBN 154148)<br>  klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>  mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>  dstein@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>  jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

**[~~PROPOSED~~] ORDER**

The Court has considered Facebook, Inc.'s ("Facebook") Statement In Support Of Sealing Materials Re: Special Master's ADI Hearing, filed in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 794), which seeks to seal portions of the following documents:

| | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Transcript from December 4, 2021 Special Master hearing regarding ADI-related documents (Dkt. 794-2) | Limited portions of the transcript that contain Facebook's confidential information |
| 2 | Plaintiffs' presentation materials from December 4, 2021 Special Master hearing regarding ADI-related documents (Dkt. 794-3) | Limited portions of the presentation that contain Facebook's confidential information |

Good cause having been shown, Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. 794) is GRANTED. The Court hereby ORDERS:

1. The redacted version of the transcript from the December 4, 2021 Special Master hear-ing regarding ADI-related documents, attached as Exhibit A to the Declaration of Al-exander H. Southwell In Support Of Facebook's Statement in Support of Sealing Ma-terials Re: Special Master's ADI Hearing, shall be filed on the public docket.

2. The unredacted versions of the transcript from the December 4, 2021 Special Master hearing regarding ADI-related documents, attached as Exhibit B to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement in Support of Sealing Materials Re: Special Master's ADI Hearing, and filed by Plaintiffs at Dkt. 794-2, shall be sealed permanently.

3. The redacted version of Plaintiffs' presentation materials from the December 4, 2021 Special Master hearing regarding ADI-related documents, attached as Exhibit C to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement in Sup-port of Sealing Materials Re: Special Master's ADI Hearing, shall be filed on the pub-lic docket.

4. The unredacted versions of Plaintiffs' presentation materials from the December 4, 2021 Special Master hearing regarding ADI-related documents, attached as Exhibit D to the Declaration of Alexander H. Southwell In Support Of Facebook's Statement in Support of Sealing Materials Re: Special Master's ADI Hearing, and filed by Plaintiffs at Dkt. 794-3, shall be sealed permanently.

5. The other document that Plaintiffs filed under seal, Dkt. 794-4, shall be unsealed and placed on the public docket.

**IT IS SO ORDERED.**

DATE: February 9, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge