GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[~~PROPOSED~~] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

**[~~PROPOSED~~] ORDER**

The Court has considered Facebook, Inc.'s ("Facebook") Statement In Support of its Administrative Motion To File Under Seal Appellate Record Of Appeal Of Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (the "Appellate Record") (Dkt. 779) and its Administrative Motion To File Under Seal Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (the "Amended Order") (Dkt. 792), which seeks to seal portions of the following documents:

| | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Appellate Record For Facebook's Appeal Of Special Master's Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (Dkt. 779-3) | Limited portions of the Appellate Record that reveal Facebook's confidential information |
| 2 | Special Master's December 29, 2021 Amended Order Re: Plaintiffs' Motion To Compel Production Of Plaintiff Data (Dkt. 792-4) | Limited portions of paragraph 21 that reveals confidential information regarding Facebook's data systems |

Good cause having been shown, Facebook's Administrative Motions To File Under Seal (Dkts. 779, 792) are GRANTED.  The Court hereby ORDERS:

1. The redacted version of the Appellate Record, attached as Exhibits A, B, and C to the Declaration of Alexander P. Swanson In Support Of Facebook's Statement In Support Of Administrative Motions To File Under Seal, shall be filed on the public docket.

2. The unredacted versions of the Appellate Record, attached as Exhibit D to the Declaration of Alexander P. Swanson In Support Of Facebook's Statement In Support Of Administrative Motions To File Under Seal, and filed at Dkt. 779-3, shall be sealed permanently.

3. The redacted version of the Amended Order, as filed at Dkt. 792-3, shall be filed on the public docket.

4. The unredacted version of the Amended Order, as filed at Dkt. 792-4, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE:  February 10, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge