**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | **MDL NO. 2843**<br><br>CASE NO. 3:18-MD-02843-VC-JSC<br><br>HON. VINCE CHHABRIA<br>HON. JACQUELINE SCOTT CORLEY<br>COURTROOM 4 – 17TH FLOOR<br>SPECIAL MASTER, DANIEL GARRIE, ESQ.<br><br>**AMENDED HEARING ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA** |

**AMENDED HEARING ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA**

Upon review of the answers submitted by Facebook in connection with Plaintiffs' Motion to Compel Production of the "Named Plaintiff Data", I am ordering the parties to appear for a zoom hearing on February 17, 2022 at 1:00 p.m. and arrange for a court reporter. The hearing will seek further information from Facebook regarding the 55 systems Facebook identified that may potentially contain "Named Plaintiff Data".

Facebook must ensure that the following individuals attend the zoom hearing at 1:00 p.m. on Thursday, February 17, 2022.

- Facebook representative responsible for all discovery decisions in the litigation.
- Eugene Zarashaw
- Ben Mitchell
- Facebook engineer (or equivalent) that worked on integrating with strategic partners such as Amazon, Etsy, Netflix, and etc for the relevant time period.
- Facebook engineer or DevOps resource (or equivalent) that was responsible for security issues relating to apps and API misuse for the relevant time period.
- Facebook engineer (or equivalent) that worked on Graph API and has knowledge of early versions of Graph API for the relevant time period.

Facebook may submit a single or multiple engineers in response to the above. Facebook is to also submit on February 15, 2022, by 2:00 p.m. answers to the following questions.

- What does Facebook mean when it says "individually-identifiable user content" in the definition it provided of "Named Plaintiff Data"?
- How does Facebook distinguish "individually-identifiable user content" from "identifiable user content"?

//

//

**AMENDED HEARING ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA**

Plaintiffs' may submit technical clarifying questions to the Special Master by February 15, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Monday,  February 14, 2022

_____
Daniel Garrie
Discovery Special Master

**AMENDED HEARING ORDER RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF DATA**