February 16, 2022

**VIA ECF**

The Honorable Vince Chhabria
United States District Judge
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94012

      Re:    *In re Facebook, Inc. Consumer Privacy User Profile*,
               Northern District of California Case No. 3:18-md-02843-VC

Dear Judge Chhabria:

      The parties write to notify the Court that they have agreed Facebook will depose the following Named Plaintiffs, who have not yet been deposed, on the following dates:

- Jordan O'Hara: March 4, 2022
- Bridgett Burk: March 10, 2022
- Anthony Bell: March 8, 2022
- Jason Ariciu: March 28, 2022
- Terry Fischer: April 15, 2022
- Steven Akins: April 28, 2022

                                                                                                             Respectfully,

Derek W. Loeser
dloeser@kellerrohrback.com

                                                                     Lesley E. Weaver
                                                                     lweaver@bfalaw.com

Counsel for Plaintiffs


Deborah L. Stein
dstein@gibsondunn.com

Counsel for Facebook, Inc.