Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON MOTION FOR SANCTIONS**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

Plaintiffs and Defendant Facebook, Inc., through their counsel of record, agree and stipulate as follows.

1. At the February 10 case management conference, the Court invited the Plaintiffs to file a motion for sanctions. *See* Tr. of Proceedings at 4 (Feb. 10, 2022).

2. The parties agree and stipulate that Plaintiffs be given 29 days from the case management conference—until Friday, March 11, 2022—to file a motion for sanctions; that Defendant be given 31 days from the filing of Plaintiffs' motion—until Monday, April 11, 2022—to file a response; and that Plaintiffs be given 14 days from the filing of Defendant's response—until April 25, 2022—to file a reply.

Dated: February 17, 2022                                        Respectfully submitted,


KELLER ROHRBACK L.L.P.                                          BLEICHMAR FONTI & AULD LLP

By:  */s/ Derek W. Loeser*                                      By:  */s/ Lesley E. Weaver*
     Derek W. Loeser                                                 Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                       Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)                Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                              Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*                       Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                                     Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                                   555 12th Street, Suite 1600
Seattle, WA 98101                                               Oakland, CA 94607
Tel.: (206) 623-1900                                            Tel.: (415) 445-4003
Fax: (206) 623-3384                                             Fax: (415) 445-4020
dloeser@kellerrohrback.com                                      lweaver@bfalaw.com
claufenberg@kellerrohrback.com                                  adavis@bfalaw.com
dko@kellerrohrback.com                                          mmelamed@bfalaw.com
adaniel@kellerrohrback.com                                      aornelas@bfalaw.com
bgould@kellerrohrback.com                                       jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)

3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

GIBSON, DUNN, & CRUTCHER LLP


By: */s/ Orin Snyder*

Orin Snyder (admitted pro hac vice)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Facebook, Inc.*

[PROPOSED] ORDER ON STIPULATION

Pursuant to stipulation, it is so ordered.

DATED: February 18, 2022

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vince Chhabria*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of February, 2022, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

# CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on February 17, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

**In addition, the following were served via email:**

>Anjeza Hassan
>annie.sara@yahoo.com

>/s/ *Sarah Skaggs*
>Sarah Skaggs