UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br>*All Actions* | **ORDER GRANTING MOTION TO WITHDRAW PLAINTIFF SAMUEL ARMSTRONG AND DISMISS HIS CLAIMS WITHOUT PREJUDICE**<br>Re: Dkt. No. 822 |

The motion to withdraw Samuel Armstrong as a party to this litigation and dismiss his claims without prejudice is granted for the reasons stated in the motion.

**IT IS SO ORDERED.**

Dated: February 28, 2022

VINCE CHHABRIA
United States District Judge