UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 |
|---|---|
| | Case No. 18-md-02843-VC |
| This document relates to: *All Actions* | **PRETRIAL ORDER NO. 44: SPECIAL MASTER'S HEARING ON MARCH 9** |

The hearing before the Special Master on March 9 will be closed to the public as it will include extensive discussion of proprietary technology throughout.

**IT IS SO ORDERED.**

Dated: March 2, 2022

_____

VINCE CHHABRIA
United States District Judge