Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **JOINT DECLARATION OF DEREK W. LOESER AND LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION, MOTION, AND MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS AND EXHIBITS 1 TO 55 THERETO**<br><br>Judge: Hon. Vince Chhabra<br>Hon. Jacqueline Scott Corley<br>Special Master Daniel Garrie<br>Courtroom: 4, 17th Floor<br>Hearing Date: May 5, 2022<br>Hearing Time: 10:00 a.m. |

## REDACTED IN ITS ENTIRETY

# Exhibit 1

# Redacted in its Entirety

# Exhibit 2

# Redacted in its Entirety

# Exhibit 3

# Redacted in its Entirety

Exhibit 4

Redacted in its Entirety

# Exhibit 5

# Redacted in its Entirety

# Exhibit 6

# Redacted in its Entirety

Exhibit 7

Redacted in its Entirety

# Exhibit 8

# Redacted in its Entirety

# Exhibit 9

# Redacted in its Entirety

# Exhibit 10

# Redacted in its Entirety

# Exhibit 11

# Redacted in its Entirety

# Exhibit 12

# Redacted in its Entirety

# Exhibit 13

# Redacted in its Entirety

# Exhibit 14

# Redacted in its Entirety

# Exhibit 15

# Redacted in its Entirety

# Exhibit 16

# Redacted in its Entirety

# Exhibit 17

# Redacted in its Entirety

# Exhibit 18

# Redacted in its Entirety

# Exhibit 19

# Redacted in its Entirety

# Exhibit 20

# Redacted in its Entirety

# Exhibit 21

# Redacted in its Entirety

# Exhibit 22

# Redacted in its Entirety

# Exhibit 23

# Redacted in its Entirety

# Exhibit 24

# Redacted in its Entirety

# Exhibit 25

# Redacted in its Entirety

# Exhibit 26

# Redacted in its Entirety

# Exhibit 27

# Redacted in its Entirety

# Exhibit 28

# Redacted in its Entirety

# Exhibit 29

# Redacted in its Entirety

# Exhibit 30

# Redacted in its Entirety

# Exhibit 31

# Redacted in its Entirety

# Exhibit 32

# Redacted in its Entirety

# Exhibit 33

# Redacted in its Entirety

# Exhibit 34

# Redacted in its Entirety

# Exhibit 35

# Redacted in its Entirety

# Exhibit 36

# Redacted in its Entirety

# Exhibit 37

# Redacted in its Entirety

# Exhibit 38

# Redacted in its Entirety

# Exhibit 39

# Redacted in its Entirety

# Exhibit 40

# Redacted in its Entirety

# Exhibit 41

# Redacted in its Entirety

# Exhibit 42

# Redacted in its Entirety

# Exhibit 43

# Redacted in its Entirety

# Exhibit 44

# Redacted in its Entirety

# Exhibit 45

# Redacted in its Entirety

# Exhibit 46

# Redacted in its Entirety

# Exhibit 47

# Redacted in its Entirety

# Exhibit 48

# Redacted in its Entirety

# Exhibit 49

# Redacted in its Entirety

# Exhibit 50

# Redacted in its Entirety

# Exhibit 51

# Redacted in its Entirety

# Exhibit 52

# Redacted in its Entirety

# Exhibit 53

# Redacted in its Entirety

# Exhibit 54

# Redacted in its Entirety

# Exhibit 55

# Redacted in its Entirety

# Exhibit 56

# Redacted in its Entirety

# Exhibit 57

# Redacted in its Entirety

Exhibit 58

Redacted in its Entirety

# Exhibit 59

# Redacted in its Entirety

# Exhibit 60

# Redacted in its Entirety

# Exhibit 61

# Redacted in its Entirety

# Exhibit 62

# Redacted in its Entirety

# Exhibit 63

# Redacted in its Entirety

# Exhibit 64

# Redacted in its Entirety

# Exhibit 65

# Redacted in its Entirety

# Exhibit 66

# Redacted in its Entirety

# Exhibit 67

# Redacted in its Entirety

# Exhibit 68

# Redacted in its Entirety