| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305)<br>BLEICHMAR FONTI & AULD LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **CERTIFICATE OF SERVICE** |

I hereby certify that I have served a true and correct copy of:

- **PLAINTIFFS' CORRECTED NOTICE OF MOTION, MOTION, AND MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS**

via Email on this 14th day of March, 2022 to the person(s) set forth below:

| | |
|---|---|
| Joshua Seth Lipshutz<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Ave NW<br>Washington, D.C.<br>jlipshutz@gibsondunn.com | Kristin A. Linsley<br>Brian Michael Lutz<br>Rosemarie Ring<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105<br>KLinsley@gibsondunn.com<br>BLutz@gibsondunn.com<br>rring@gibsondunn.com |

| | |
|---|---|
| Orin Snyder<br>Laura Mumm<br>Kelly E. Herbert<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166<br>osnyder@gibsondunn.com<br>lmumm@gibsondunn.com<br>kherbert@gibsondunn.com | Martie Kutscher-Clark<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, CA<br>MKutscherClark@gibsondunn.com |
| Russell Falconer<br>Matt Buongiorno<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>rfalconer@gibsondunn.com<br>mbuongiorno@gibsondunn.com | Deborah Stein<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>dstein@gibsondunn.com |
| Colin B. Davis<br>**GIBSON, DUNN & CRUTCHER LLP**<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>cdavis@gibsondunn.com | |

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at Seattle, Washington, on March 14, 2022.

>*/s/ Sarah Skaggs*
>Sarah Skaggs