UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE FOR FACEBOOK, INC. TO FILE STATEMENT IN SUPPORT OF SEALING** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. On March 11, 2022, Plaintiffs filed by email a Notice of Motion, Motion, and Memorandum in Support of Motion for Sanctions (Dkts. 877, 879), accompanied by a declaration and 68 exhibits in support (Dkt. 878). In total, Plaintiffs' submission numbers over 2,000 pages and includes information that Facebook has designated confidential or highly confidential under the Protective Order in this action. Dkt. 122.

2. As agreed by the parties, Plaintiffs filed their submission temporarily under seal accompanied by an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 873) pursuant to Civil Local Rule 79-5(f).

3. Pursuant to Civil Local Rule 79-5(f), the deadline for Facebook to file a statement and/or declaration in support of sealing is seven days after the filing of Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (March 18, 2022).

4. Given the large volume of materials within Plaintiffs' submission that must be evaluated for confidentiality, Facebook has asked Plaintiffs whether they would agree that the deadline for Facebook to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed shall be extended by two weeks. Plaintiffs have agreed to that extension, pending the Court's approval.

5. Facebook shall submit supplemental materials in support of sealing by April 1, 2022.

Dated: March 18, 2021

**KELLER ROHRBACK LLP**

By:  */s/ Derek W. Loeser*
    Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By:  */s/ Lesley E. Weaver*
    Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew P. Montgomery (SBN 180196)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

DATED: March 18, 2021

Respectfully submitted,

GIBSON, DUNN & CRUTCHER, LLP

By:   /s/ Russell H. Falconer

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Orin Snyder (pro hac vice)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Russell H. Falconer (pro hac vice)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:   March 21, 2022   _____



VINCE CHHABRIA
United States District Judge

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: March 18, 2022                               By:  */s/ Russell H. Falconer*
                                                                        Russell H. Falconer

**CERTIFICATE OF SERVICE**

I, Russell H. Falconer, hereby certify that on March 18, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Russell H. Falconer*
Russell H. Falconer