| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>  osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Kristin A. Linsley (SBN 154148)<br>  klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>  mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>  dstein@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>  jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S AMENDED SUPPLEMENTAL ORDER REGARDING PRODUCTION OF ADI RELATED DOCUMENTS** |

[PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Administrative Motion To File Under Seal Special Master's Amended Supplemental Order Regarding Production Of ADI Related Documents (the "Order"). Good cause having been shown, Facebook's Administrative Motion is GRANTED. The Court hereby ORDERS that:

1. The redacted version of the Order, attached as Exhibit A to the Declaration of Alexander H. Southwell In Support Of Facebook's Administrative Motion To File Under Seal, shall be filed on the public docket.

2. The unredacted versions of the Order, attached as Exhibit B to the Declaration of Alexander H. Southwell In Support Of Facebook's Administrative Motion To File Under Seal, and as filed by the Special Master at Dkt. 828, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: March 21, 2022 _____



~~JACQUELINE~~ Judge Vince Chhabria
~~United States Magistrate Judge~~