UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>**AS MODIFIED** |

In support of a continuation of the Case Management Conference currently scheduled for March 23, 2022, at 1:00 p.m., to March 30, 2022 at 1:00 p.m., the parties stipulate and agree as follows:

1. On February 10, 2022, this Court set a Case Management Conference for March, 23, 2022 at 1:00 p.m.;

2. Whereas Facebook has requested a short continuance in light of a scheduling conflict, and Plaintiffs do not oppose this request;

3. The parties have agreed to continue the Case Management Conference to March 30, 2022 at ~~1:00 p.m.,~~ **2:00 p.m.** or such other date that is convenient for the Court.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 21, 2022                    Respectfully submitted,

KELLER ROHRBACK L.L.P.                   BLEICHMAR FONTI & AULD LLP

By:  */s/ Derek W. Loeser*               By:  */s/ Lesley E. Weaver*
     Derek W. Loeser                        Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)     Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)  Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)            Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)     Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                   Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)      555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                 Oakland, CA 94607
Seattle, WA 98101                             Tel.: (415) 445-4003
Tel.: (206) 623-1900                          Fax: (415) 445-4020
Fax: (206) 623-3384                           lweaver@bfalaw.com
dloeser@kellerrohrback.com                    adavis@bfalaw.com
claufenberg@kellerrohrback.com                mmelamed@bfalaw.com
dko@kellerrohrback.com                        aornelas@bfalaw.com
adaniel@kellerrohrback.com                    jsamra@bfalaw.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101

1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:18-MD-02843-VC

Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

| | |
|---|---|
| DATED: March 21, 2021 | Respectfully submitted, |
| | **GIBSON, DUNN & CRUTCHER, LLP** |
| | By:  */s/ Rosemarie T. Ring* |
| Deborah Stein (SBN 224570) | Orin Snyder (*pro hac vice*) |
| dstein@gibsondunn.com | osnyder@gibsondunn.com |
| 333 South Grand Avenue | GIBSON, DUNN & CRUTCHER LLP |
| Los Angeles, CA 90071-3197 | 200 Park Avenue |
| Telephone:  213.229.7000 | New York, NY 10166-0193 |
| Facsimile:  213.229.7520 | Telephone:  212.351.4000 |
| | Facsimile:  212.351.4035 |
| Rosemarie T. Ring (SBN 220769) | |
| rring@gibsondunn.com | Joshua S. Lipshutz (SBN 242557) |
| Kristin A. Linsley (SBN 154148) | jlipshutz@gibsondunn.com |
| klinsley@gibsondunn.com | GIBSON, DUNN & CRUTCHER LLP |
| Martie Kutscher (SBN 302650) | 1050 Connecticut Avenue, N.W. |
| mkutscherclark@gibsondunn.com | Washington, DC 20036-5306 |
| GIBSON, DUNN & CRUTCHER LLP | Telephone:  202.955.8500 |
| 555 Mission Street, Suite 3000 | Facsimile:  202.467.0539 |
| San Francisco, CA 94105-0921 | |
| Telephone:  415.393.8200 | Russell H. Falconer (*pro hac vice*) |
| Facsimile:  415.393.8306 | rfalconer@gibsondunn.com |
| | 2100 McKinney Avenue, Suite 1100 |
| | Dallas, TX 75201 |
| | Telephone: 214.698.3170 |
| | Facsimile: 214.571.2958 |

*Attorneys for Defendant Facebook, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: March 22, 2022



VINCE CHHABRIA
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: March 21, 2022                                By:   */s/ Rosemarie T. Ring*
                                                                  Rosemarie T. Ring

## CERTIFICATE OF SERVICE

I, Rosemarie T. Ring, hereby certify that on March 21, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By:   <i>/s/ Rosemarie T. Ring</i><br>
Rosemarie T. Ring