**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO TEMPORARILTY FILE UNDER SEAL** |

**[proposed] ORDER**

The Court has considered Plaintiffs' Administrative Motion to Temporarily File Under Seal. Good cause having been shown, Plaintiffs' Administrative Motion to Temporarily File Under Seal is GRANTED. Plaintiffs shall file any permanent request to seal by March 18, 2022.

**IT IS SO ORDERED.**

Date:    March 31, 2022
_____



H_____
United States District Judge