| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>  osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Rosemarie T. Ring (SBN 220769)<br>  rring@gibsondunn.com<br>Kristin A. Linsley (SBN 154148)<br>  klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>  mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>  dstein@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>  jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Statement In Support Of Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed, which proposes to seal the following documents:

|   | Document | Portions Sought to be Sealed |
|---|---|---|
| 1 | Plaintiffs' Notice of Motion, Motion, and Memorandum in Support of Motion for Sanctions (Dkt. 873-3) | Limited portions of page 13 that reveal Facebook's confidential information. |
| 2 | Plaintiffs' Corrected Notice of Motion, Motion, and Memorandum in Support of Motion for Sanctions (Dkt. 879) | Limited portions of page 13 that reveal Facebook's confidential information. |
| 3 | Plaintiffs' Exhibit 1 (Dkt. 873-7) | Limited portions of pages 32–33, 38 that reveal confidential information regarding Facebook's App Developer Investigation ("ADI"). |
| 4 | Plaintiffs' Exhibit 16 (Dkt. 873-22) | Limited portions of the document, consistent with redactions filed at Dkt. 804-3 at 0395. |
| 5 | Plaintiffs' Exhibit 17 (Dkt. 873-23) | Limited portions of the document, consistent with redactions filed at Dkt. 804-3 at 1015. |
| 6 | Plaintiffs' Exhibit 18 (Dkt. 873-24) | Limited portions of the document, consistent with redactions filed at Dkts. 761-3 at 1–14, 804-3 at 1009–13. |
| 7 | Plaintiffs' Exhibit 19 (Dkt. 873-25) | Limited portions of the document, consistent with redactions filed at Dkt. 820-3. |
| 8 | Plaintiffs' Exhibit 23 (Dkt. 873-29) | Limited portions of page 2 that reveal confidential information regarding Facebook's ADI. |
| 9 | Plaintiffs' Exhibit 25 (Dkt. 873-31) | Limited portions of the document, consistent with redactions filed at Dkt. 804-3 at 0006. |
| 10 | Plaintiffs' Exhibit 26 (Dkt. 873-32) | Limited portions of the document, consistent with redactions filed at Dkt. 778-5. |
| 11 | Plaintiffs' Exhibit 27 (Dkt. 873-33) | Limited portions of pages 2–3 that reveal confidential information regarding Facebook's ADI. |
| 12 | Plaintiffs' Exhibit 31 (Dkt. 874-1) | Limited portions of the document, consistent with redactions filed at Dkt. 813-1 at 3426. |
| 13 | Plaintiffs' Exhibit 32 (Dkt. 874-2) | Limited portions of the document, consistent with redactions filed at Dkt. 813-1 at 3553. |
| 14 | Plaintiffs' Exhibit 33 (Dkt. 874-3) | Limited portions of the document, consistent with redactions filed at Dkts. 813-1 at 3648–4056, 814 at 4057–4483. |
| 15 | Plaintiffs' Exhibit 34 (Dkt. 874-4) | Limited portions of the document, consistent with redactions filed at Dkt. 803-3 at 253. |

| 16 | Plaintiffs' Exhibit 51 (Dkt. 875-1) | Limited portions of the document, consistent with redactions filed at Dkt. 813-1 at 3426. |
|---|---|---|
| 17 | Plaintiffs' Exhibit 55 (Dkt. 875-5) | Limited portions of page 11 that reveal confidential information regarding Facebook's confidential consulting experts assisting in ADI and Facebook's confidential consultants providing business advice. |
| 18 | Plaintiffs' Exhibit 60 (Dkt. 875-10) | Limited portions of the document, consistent with redactions filed at Dkt. 813-1 at 3549. |
| 19 | Plaintiffs' Exhibit 61 (Dkt. 876-1) | Limited portions of the document, consistent with redactions filed at Dkt. 813 at 2652. |
| 20 | Plaintiffs' Exhibit 63 (Dkt. 876-3) | Sealed in its entirety, consistent with redactions at Dkt. 814 at 4359. |
| 21 | Plaintiffs' Exhibit 64 (Dkt. 876-4) | Limited portions of the document, consistent with redactions filed at Dkt. 814 at 4368. |
| 22 | Plaintiffs' Exhibit 65 (Dkt. 876-5) | Sealed in its entirety, consistent with redactions at Dkt. 814 at 4368. |
| 23 | Plaintiffs' Exhibit 66 (Dkt. 876-6) | Sealed in its entirety, consistent with redactions at Dkt. 804-3 at 0476. |
| 24 | Plaintiffs' Exhibit 67 (Dkt. 876-7) | Sealed in its entirety because any portion of the document, if publicly disclosed, would reveal confidential information regarding Facebook's ADI. |
| 25 | Plaintiffs' Exhibit 68 (Dkt. 876-8) | Sealed in its entirety because any portion of the document, if publicly disclosed, would reveal confidential information regarding Facebook's ADI. |

Good cause having been shown, Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed is GRANTED. The Court hereby ORDERS:

1. The redacted versions of the following documents shall be filed on the public docket:
   A. Plaintiffs' Notice of Motion, Motion, and Memorandum in Support of Motion for Sanctions, attached as Exhibit A to the Declaration of Alexander H. Southwell Swanson In Support Of Facebook's Statement In Support Of Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Southwell Declaration");
   B. Plaintiffs' Exhibit 1, attached as Exhibit C to the Southwell Declaration;
   C. Plaintiffs' Exhibit 16, attached as Exhibit E to the Southwell Declaration;
   D. Plaintiffs' Exhibit 17, attached as Exhibit G to the Southwell Declaration;
   E. Plaintiffs' Exhibit 18, attached as Exhibit I to the Southwell Declaration;
   F. Plaintiffs' Exhibit 19, attached as Exhibit K to the Southwell Declaration;
   G. Plaintiffs' Exhibit 23, attached as Exhibit M to the Southwell Declaration;
   H. Plaintiffs' Exhibit 25, attached as Exhibit O to the Southwell Declaration;
   I. Plaintiffs' Exhibit 26, attached as Exhibit Q to the Southwell Declaration;
   J. Plaintiffs' Exhibit 27, attached as Exhibit S to the Southwell Declaration;

    K. Plaintiffs' Exhibit 31, attached as Exhibit U to the Southwell Declaration;
    L. Plaintiffs' Exhibit 32, attached as Exhibit W to the Southwell Declaration;
    M. Plaintiffs' Exhibit 33, attached as Exhibit Y to the Southwell Declaration;
    N. Plaintiffs' Exhibit 34, attached as Exhibit AA to the Southwell Declaration;
    O. Plaintiffs' Exhibit 51, attached as Exhibit AC to the Southwell Declaration;
    P. Plaintiffs' Exhibit 55, attached as Exhibit AE to the Southwell Declaration;
    Q. Plaintiffs' Exhibit 60, attached as Exhibit AG to the Southwell Declaration;
    R. Plaintiffs' Exhibit 61, attached as Exhibit AI to the Southwell Declaration;
    S. Plaintiffs' Exhibit 64, attached as Exhibit AL to the Southwell Declaration;
    T. Plaintiffs' Corrected Notice of Motion, Motion, and Memorandum in Support of Motion for Sanctions, attached as Exhibit AR to the Southwell Declaration.

2. The unredacted versions of the following documents shall be sealed permanently:
    A. Plaintiffs' Notice of Motion, Motion, and Memorandum in Support of Motion for Sanctions, attached as Exhibit B to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-3;
    B. Plaintiffs' Exhibit 1, attached as Exhibit D to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-7;
    C. Plaintiffs' Exhibit 16, attached as Exhibit F to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-22;
    D. Plaintiffs' Exhibit 17, attached as Exhibit H to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-23;
    E. Plaintiffs' Exhibit 18, attached as Exhibit J to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-24;
    F. Plaintiffs' Exhibit 19, attached as Exhibit L to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-25;
    G. Plaintiffs' Exhibit 23, attached as Exhibit N to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-29;
    H. Plaintiffs' Exhibit 25, attached as Exhibit P to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-31;
    I. Plaintiffs' Exhibit 26, attached as Exhibit R to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-32;
    J. Plaintiffs' Exhibit 27, attached as Exhibit T to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 873-33;
    K. Plaintiffs' Exhibit 31, attached as Exhibit V to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 874-1;
    L. Plaintiffs' Exhibit 32, attached as Exhibit X to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 874-2;
    M. Plaintiffs' Exhibit 33, attached as Exhibit Z to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 874-3;
    N. Plaintiffs' Exhibit 34, attached as Exhibit AB to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 874-4;
    O. Plaintiffs' Exhibit 51, attached as Exhibit AD to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 875-1;
    P. Plaintiffs' Exhibit 55, attached as Exhibit AF to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 875-5;

Q. Plaintiffs' Exhibit 60, attached as Exhibit AH to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 875-10;
R. Plaintiffs' Exhibit 61, attached as Exhibit AJ to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 876-1;
S. Plaintiffs' Exhibit 63, attached as Exhibit AK to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 876-3;
T. Plaintiffs' Exhibit 64, attached as Exhibit AM to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 876-4;
U. Plaintiffs' Exhibit 65, attached as Exhibit AN to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 876-5;
V. Plaintiffs' Exhibit 66, attached as Exhibit AO to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 876-6;
W. Plaintiffs' Exhibit 67, attached as Exhibit AP to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 876-7;
X. Plaintiffs' Exhibit 68, attached as Exhibit AQ to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 876-8;
Y. Plaintiffs' Corrected Notice of Motion, Motion, and Memorandum in Support of Motion for Sanctions, attached as Exhibit AS to the Southwell Declaration, and as filed by Plaintiffs at Dkt. 879.

**IT IS SO ORDERED.**

DATE: _____          _____
VINCE CHHABRIA
United States District Judge