# FACEBOOK EXHIBIT U

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: FACEBOOK, INC. CONSUMER ) MDL No. 2843
 5   PRIVACY USER PROFILE LITIGATION) Case No.
 6   _____) 18-md-02843-VC
 7   This document relates to:      )
 8   ALL ACTIONS                    )
 9   _____)
10
11
12
13    *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
14
15
16    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
17            FACEBOOK INC. REPRESENTATIVE,
18              KONSTANTINOS PAPAMILTIADIS
19              TUESDAY, FEBRUARY 23, 2021
20
21
22   Reported by:
23   Ashala Tylor, CSR #2436, CLR, CRR, RPR
24   JOB NO. 4473154
25   PAGES 1 - 280
```

```
 1   BY MS. WEAVER:                                          10:32
 2       Q.   Okay.  Who has it?  You just gave that as      10:32
 3   an example.                                             10:32
 4       A.   Yeah, but that is a logic that takes place     10:32
 5   on the advertiser's side.                               10:32
 6       Q.   Okay.                                          10:32
 7       A.   The advertiser selects the marketing team      10:32
 8   on the advertiser side to decide what kind of           10:32
 9   campaign they want to run.  And they create a           10:33
10   segment of their customers that they want to target    10:33
11   with their ad campaign, and then they will decide       10:33
12   what creative they want to use, like how the ad is      10:33
13   going to look like.                                     10:33
14       Q.   Right.  But this is a list of information      10:33
15   that Facebook receives, right?                          10:33
16            MS. STEIN:  Objection to form.                 10:33
17            THE WITNESS:  The information we receive       10:33
18   is not the activities.  It's hashed email addresses     10:33
19   or hashed phone numbers from the advertisers.           10:33
20   BY MS. WEAVER:                                          10:33
21       Q.   Okay.  Looking at this chart here, it's        10:33
22   labeled, "What kinds of information does Facebook       10:33
23   receive?" correct?                                      10:33
24            MS. STEIN:  Objection to form.                 10:33
25            (Background audio interference.)               10:33
```

```
1                                                          10:34
2          MS. STEIN:  Objection to form.  The             10:35
3   document speaks for itself.                            10:35
4          MS. WEAVER:  I'm here to depose him about       10:35
5   the document, Deb.  It was identified ahead of time.   10:35
6          Please answer the question.                     10:35
7          MS. STEIN:  Yeah, Lesley, this document is      10:35
8   all about targeted advertising, and you've been        10:35
9   going on for about an hour about targeted              10:35
10  advertising which isn't even in this case.  It's       10:35
11  outside the scope of this case.                        10:35
12         MS. WEAVER:  You can instruct him not to        10:35
13  answer if you want, but I'm actually --                10:35
14         MS. STEIN:  Lesley, I've let this witness       10:35
15  testify for an hour about targeted advertising.  So    10:35
16  if you want to ask him about the scope of this         10:35
17  deposition, you're free to, but suggesting that just   10:35
18  because you sent us a document about targeted          10:35
19  advertising --                                         10:35
20         MS. WEAVER:  Deb, stop lecturing and            10:35
21  wasting my minutes with the witness, please.           10:35
22         MS. STEIN:  Lesley, I am stating my             10:35
23  position for the record.  This is a 30(b)(6)           10:35
24  deposition on a specific set of topics.  You've gone   10:35
25  beyond the scope.  I've been very liberal in that.     10:35
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q. What does that refer to? | 10:37 |
| 2 | A. So this is the version of the SDK that is | 10:37 |
| 3 | used by websites. | 10:37 |
| 4 | Q. Okay. And did that change over time? | 10:37 |
| 5 | A. Yes, we update the SDKs quite regularly. | 10:38 |
| 6 | Q. Okay. And "Mobile SDK," what is that? | 10:38 |
| 7 | A. This is the SDK that is used by native | 10:38 |
| 8 | apps, meaning iOS and Android. | 10:38 |
| 9 | Q. Okay. I just want to go back to | 10:38 |
| 10 | ███████████████████████  ████████████████ | 10:38 |
| 11 | █████████████████████████ | 10:38 |
| 12 | A. I think we discussed about that before. | 10:38 |
| 13 | So I'll try to repeat my previous response. | 10:38 |
| 14 | ████████████████████████████████████████ | 10:38 |
| 15 | ████████████████████████████████████████ | 10:38 |
| 16 | ██████████████████████████████ | 10:38 |
| 17 | Q. Okay. I see that I guess the videographer | 10:38 |
| 18 | would like to take a quick break. So do you want to | 10:38 |
| 19 | just -- is that comfortable for you, K.P., to take a | 10:38 |
| 20 | break for a little bit here? | 10:38 |
| 21 | A. Yes, I need a coffee. | 10:38 |
| 22 | MS. WEAVER: Okay. So why don't we come | 10:38 |
| 23 | back at, do you want to say, 10:50? | 10:38 |
| 24 | THE WITNESS: 10 minutes from now? | 10:38 |
| 25 | MS. WEAVER: Yeah, does that work? Well, | 10:39 |