# FACEBOOK EXHIBIT AL

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

# Exhibit 64

# Filed Under Seal

| | |
|---|---|
| From: | Scott Renfro </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=EC939C23AC4348C6B7F2B4AE6DE65518> |
| Sent: | Tuesday, March 04, 2014 2:33 PM |
| To: | Maritza Johnson; Rob Sherman; Erin Egan |
| Subject: | FW: 3rd party ads data |

On 3/3/14, 2:26 PM, "Aldo King" <aiking@fb.com> wrote:

+ Ed, Shirine, and Mark for reference

Here are most of the places where 3rd party data connects into or out of the ads system:

[redacted]

### Custom Audiences

We allow advertisers to upload lists of their customers to have ads shown to them on Facebook. We create custom audiences today based on email addresses, phone numbers, FB user id's, and Apple iOS IDFAs. We also allow mobile app developers to create custom audiences based on information that they have provided to Facebook via the FB mobile SDKs (below).

### FB Mobile SDKs

Developers can choose to send information about how their users interact with their apps to Facebook. Developers can set up "custom app events" within their app using the FB Mobile SDKs. When a user does a pre-defined action, developers can have the FB SDK send each activity to Facebook. We log that information to count app installs and aggregate them for app analytics. By default, the SDK is set to report installs only (through the developer can turn this off). [redacted]

### Conversion Tracking

Websites can implement a Facebook pixel that is triggered when users land on specific pages. The pixel sends information from the user's FR cookie to Facebook and we attribute the conversion with a specific ad.

### Website Custom Audiences

Websites can implement a Facebook pixel (different from conversion tracking) that is triggered when users land on specific pages. The pixel sends information from the user's FR cookie to Facebook. Facebook resolves that info back to a specific user and Facebook places that user into a custom audience for that advertiser. Users can opt-out of this process through a cookie-based opt-out accessible from the Ads privacy settings page on Facebook.

### Partner Categories

Facebook partners with select data partners and allows that to create custom audiences based on their own data. These custom audiences (called "Partner Categories") are then available for use by any advertiser on Facebook. [redacted] Users can opt-out of these categories through partner-specific opt-outs.

[redacted]

1

Highly Confidential - Attorneys' Eyes Only

FB-CA-MDL-00203262



On 3/3/14, 6:40 AM, "Scott Renfro" <srenfro@fb.com> wrote:

Can you give me a quick summary of our use of 3rd party data for ads? Feel free to cc relevant folks from ads.

I'm in DC this week for discussions about big data and privacy and ads seems to be the main place we're leveraging non-FB data directly or indirectly.

Highly Confidential - Attorneys' Eyes Only    FB-CA-MDL-00203263