Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000
Fax: 213.229.7520
dstein@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE**<br>AS MODIFIED<br>Judge: Hon. Vince Chhabria |

Pursuant to Civil Local Rules 6-2 and 7-12, this joint stipulation to modify the case schedule is entered into between Plaintiffs and Facebook, Inc., collectively referred to as "the Parties."

WHEREAS, on July 19, 2021, the Court issued an Order Setting Case Schedule (Dkt. No. 706);

WHEREAS, the Parties continue to resolve remaining discovery issues, including document production, and fact and corporate witness depositions;

WHEREAS, the parties have met and conferred and have agreed to a three-month extension of existing deadlines;

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, to the following revised case schedule:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery (except discovery regarding documents withheld as privileged) | June 17, 2022 | September 16, 2022 |
| Initial Expert Disclosures for both sides (excluding experts relating to damages whose testimony is not relevant to class certification) | July 15, 2022 | October 21, 2022 |
| Rebuttal Expert Disclosures for both sides (with exception noted above) | August 19, 2022 | November 18, 2022 |
| Close of Expert Discovery (with exception noted above) | September 19, 2022 | January 13, 2023 |
| Last day for hearing on class certification | December 15, 2022 | March 17, 2023 |

Dated: April 1, 2022                                             Respectfully submitted,

KELLER ROHRBACK L.L.P.                          BLEICHMAR FONTI & AULD LLP

By:   /s/ Derek W. Loeser                                    By:   /s/ Lesley E. Weaver
         Derek W. Loeser                                                  Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)        Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*) Anne K. Davis (SBN 267909)

| | |
|---|---|
| David J. Ko (admitted *pro hac vice*) | Matthew S. Melamed (SBN 260272) |
| Benjamin Gould (SBN 250630) | Angelica M. Ornelas (SBN 285929) |
| Adele Daniel (admitted *pro hac vice*) | Joshua D. Samra (SBN 313050) |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |
| claufenberg@kellerrohrback.com | adavis@bfalaw.com |
| dko@kellerrohrback.com | mmelamed@bfalaw.com |
| bgould@kellerrohrback.com | aornelas@bfalaw.com |
| adaniel@kellerrohrback.com | jsamra@bfalaw.com |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*


GIBSON, DUNN, & CRUTCHER LLP

By: */s/ Rosemarie T. Ring*

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Telephone: 202.955.8500
Facsimile: 202.467.0539

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of April, 2022, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

## [PROPOSED] ORDER

Pursuant to stipulation of the Parties, the Court modifies the case schedule as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery (except discovery regarding documents withheld as privileged) | June 17, 2022 | September 16, 2022 |
| Initial Expert Disclosures for both sides (excluding experts relating to damages whose testimony is not relevant to class certification) | July 15, 2022 | October 21, 2022 |
| Rebuttal Expert Disclosures for both sides (with exception noted above) | August 19, 2022 | November 18, 2022 |
| Close of Expert Discovery (with exception noted above) | September 19, 2022 | January 13, 2023 |
| Last day for hearing on class certification | December 15, 2022 | March 17, 2023 |

The parties must comply with both the Court's Civil Standing Order and Standing Order for Civil Trials for additional deadlines and procedures. All Standing Orders are available on the Court's website at https://cand.uscourts.gov/judges/chhabria-vince-vc/. The remaining deadlines will be set at the January 2023 case management conference.

A further case management conference is scheduled for June 8, 2022, at 1:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: April 6, 2022

_____
Hon. Vince Chhabria
United States District Judge

*IT IS SO ORDERED*
*Judge Vince Chhabria*