

# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**ROBERT CHARLES BLUME**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __5th__ day of __January__ A.D. __2006__ and that at the date hereof the said __ROBERT CHARLES BLUME__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __23rd__ day of __March__ A.D. __2022__

*Cheryl Stevens*
Clerk

By _Myra Sanchez_
Deputy Clerk