| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>　osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Kristin A. Linsley (SBN 154148)<br>　klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>　mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>　dstein@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>　jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF OPPOSITION OF FACEBOOK, GIBSON DUNN & CRUTCHER, AND ORIN SNYDER TO PLAINTIFFS' MOTION FOR SANCTIONS** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s ("Facebook") Declaration of Russell H. Falconer (Dkt. 910-1) In Support of Facebook's Administrative Motion To File Under Seal Certain Exhibits in Support of Opposition of Facebook, Gibson Dunn & Crutcher, and Orin Snyder to Plaintiffs' Motion for Sanctions (Dkt. 910), which seeks to seal limited portions of the exhibits in support of the Opposition that reveal Facebook confidential information.  Good cause having been shown, Facebook's Administrative Motion To File Under Seal is GRANTED.  The Court hereby ORDERS:

1. The redacted version of Exhibits 7-9, 20, 22-23, 25-26, 29, 32, 35-36, 38, 41, attached to the Stein Declaration and to the Falconer Declaration In Support Of Facebook's Administrative Motion To File Under Seal Certain Exhibits in Support of Opposition of Facebook, Gibson Dunn & Crutcher, and Orin Snyder to Plaintiffs' Motion for Sanctions, shall be filed on the public docket.

2. The unredacted version of Exhibits 7-9, 20, 22-23, 25-26, 29, 32, 35-36, 38, 41, attached to the Falconer Declaration In Support Of Facebook's Administrative Motion To File Under Seal Certain Exhibits in Support of Opposition of Facebook, Gibson Dunn & Crutcher, and Orin Snyder to Plaintiffs' Motion for Sanctions, shall be filed permanently under seal.

**IT IS SO ORDERED.**

DATE: _____                    _____
                                                                                             HON. VINCE CHHABRIA
                                                                                             United States Magistrate Judge