UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF RUSSELL H. FALCONER IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

I, Russell H. Falconer, hereby declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of Texas. I submit this declaration in support of Facebook's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. A true and correct **redacted** copy of the Declaration of Deborah Stein In Support of Opposition Of Facebook, Inc., Gibson, Dunn & Crutcher LLP, And Orin Snyder To Plaintiffs' Motion For Sanctions ("Stein Declaration") is attached hereto.

3. A true and correct **unredacted** copy of the Stein Declaration is attached hereto.

4. A true and correct **redacted** copy of **Exhibit 41** to the Stein Declaration is attached hereto.

5. A true and correct **unredacted** copy of **Exhibit 41** to the Stein Declaration is attached hereto.

6. A true and correct **unredacted** copy of **Exhibit 43** to the Stein Declaration is attached hereto.

Executed on April 11, 2022 in Dallas, Texas.

/s/ Russell H. Falconer
Russell H. Falconer