# Exhibit 11

| | |
|---|---|
| **From:** | Kutscher Clark, Martie |
| **To:** | Gail Andler; Daniel B. Garrie; Lesley Weaver; Anne Davis; Matthew Montgomery; Matthew Melamed; Derek Loeser; David Ko; Cari Laufenberg |
| **Cc:** | Snyder, Orin; Stein, Deborah L.; Falconer, Russ; Mumm, Laura C. |
| **Subject:** | In re: Facebook, Inc. Consumer Privacy User Profile Litigation - JAMS Ref No. 12000581 |
| **Date:** | Wednesday, May 5, 2021 10:00:57 PM |
| **Attachments:** | 2020.05.05_In re Facebook_ADI Suspensions (Mediation).pdf |

Dear Judge Andler, Mr. Garrie, and Counsel,

As agreed, attached is a pared-down version of the ADI suspensions list we produced to Plaintiffs on September 10. The attached version removes apps that were suspended purely for non-responsiveness/non-cooperation with ADI. We are providing this document to facilitate the parties' efforts to mediate a negotiated resolution of their ADI dispute and subject to mediation confidentiality.

Thank you,
Martie

**Martie Kutscher Clark**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5348 • Fax +1 650.849.5048
MKutscherClark@gibsondunn.com • www.gibsondunn.com