# Exhibit 14

# Wallace, Brooke Myers

| | |
|---|---|
| **From:** | Gail Andler <JudgeAndler@iCloud.com> |
| **Sent:** | Thursday, June 3, 2021 6:13 PM |
| **To:** | Matthew Montgomery; Anne Davis; Josh Samra; Mumm, Laura C.; Cari Laufenberg; Snyder, Orin; Matt Melamed; Stein, Deborah L.; Lesley Weaver; Derek Loeser; Sullivan, Luke M.; Kutscher Clark, Martie; Falconer, Russ; Chris Springer; David Ko; Benjamin Gould |
| **Cc:** | Daniel B. Garrie; Matthew Levington |
| **Subject:** | Re: Confidential Mediation Communication In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC |

[External Email]
Dear Counsel,
Since our last joint mediation session, Daniel Garrie and I have met with and spoken to each side separately in an attempt to wrap up some of the early issues, such as the TAR Protocol and ADI, and in order to begin thinking about the next topics for our future sessions. Over tomorrow and the next few days it will be helpful if you would finalize your outstanding responses and share them with one another by Tuesday, along with identifying for one another two or three discovery disputes you would like to tee up for discussion at our next session. Our next mediation session with both sides is June 14 at 11:30 pacific. Please submit your pre-session briefs to us as confidential ex parte submission by noon on June 11, addressing the status of the finalization of the ADI and TAR protocols and providing us with two or three topics you would like us to begin unpacking, along with some background for context.
Thank you all for your hard work and efforts to move the ball forward.
Sincerely,
Judge Gail Andler (ret.)
Daniel Garrie

---

**From:** "Sullivan, Luke M." <LSullivan@gibsondunn.com>
**Date:** Friday, May 28, 2021 at 1:16 PM
**To:** Chris Springer <cspringer@KellerRohrback.com>
**Cc:** Matt Melamed <mmelamed@bfalaw.com>, Gail Andler <judgeandler@icloud.com>, Daniel Garrie <Daniel@lawandforensics.com>, Lesley Weaver <lweaver@bfalaw.com>, Derek Loeser <dloeser@KellerRohrback.com>, "Stein, Deborah L." <DStein@gibsondunn.com>, Benjamin Gould <bgould@KellerRohrback.com>, Cari Laufenberg <claufenberg@KellerRohrback.com>, "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>, David Ko <dko@KellerRohrback.com>, Anne Davis <adavis@bfalaw.com>, Matthew Montgomery <mmontgomery@bfalaw.com>, "Falconer, Russ" <RFalconer@gibsondunn.com>, Josh Samra <jsamra@bfalaw.com>, Matthew Levington <mlevington@jamsadr.com>, "Snyder, Orin" <OSnyder@gibsondunn.com>, "Mumm, Laura C." <LMumm@gibsondunn.com>
**Subject:** RE: Confidential Mediation Communication In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Chris,

Thank you for providing a second revised proposal.  Our vendor has run it and generated the following total hit counts:

- **Document Hits:**  1,114,471
- **Document Hits + Families**:  2,754,470

The proposal is still above the stipulated hit-count range of 2.59 to 2.69 million.  Accordingly, per the stipulation, we look forward to receiving Plaintiffs' third and final revised proposal.

Best,
Luke


**Luke M. Sullivan**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8296 • Fax +1 202.831.6074
LSullivan@gibsondunn.com • www.gibsondunn.com

---

**From:** Chris Springer <cspringer@KellerRohrback.com>
**Sent:** Wednesday, May 26, 2021 5:37 PM
**To:** Sullivan, Luke M. <LSullivan@gibsondunn.com>
**Cc:** Matt Melamed <mmelamed@bfalaw.com>; Gail Andler <JudgeAndler@iCloud.com>; Daniel B. Garrie <Daniel@lawandforensics.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Benjamin Gould <bgould@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; David Ko <dko@KellerRohrback.com>; Anne Davis <adavis@bfalaw.com>; Matthew Montgomery <mmontgomery@bfalaw.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>; Matthew Levington <mlevington@jamsadr.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Mumm, Laura C. <LMumm@gibsondunn.com>
**Subject:** RE: Confidential Mediation Communication In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

[External Email]
Luke,

Thank you for your message and confirmation regarding the April 19 hit counts.

Regarding the changes noted below, your understanding is correct, with one point of clarification: Plaintiffs withdrew PL-19 in their first proposal.

Best regards,
Chris

---

**From:** Sullivan, Luke M. <LSullivan@gibsondunn.com>
**Sent:** Wednesday, May 26, 2021 10:22 AM
**To:** Chris Springer <cspringer@KellerRohrback.com>
**Cc:** Matt Melamed <mmelamed@bfalaw.com>; Gail Andler <JudgeAndler@iCloud.com>; Daniel B. Garrie <Daniel@lawandforensics.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Benjamin Gould <bgould@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; David Ko <dko@KellerRohrback.com>; Anne Davis <adavis@bfalaw.com>; Matthew Montgomery <mmontgomery@bfalaw.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>; Matthew Levington

<mlevington@jamsadr.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Mumm, Laura C. <LMumm@gibsondunn.com>
**Subject:** RE: Confidential Mediation Communication In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Counsel:

Thank you for sending a second revised proposal.  To ensure there are no miscommunications and that we are interpreting the spreadsheet correctly, we plan to generate the total hit counts by running Plaintiffs' first revised proposal with the changes noted below.  If Plaintiffs believe different action should be taken, please let us know.  Otherwise, we will send Plaintiffs the total document hits and document hits plus families for Plaintiffs' second revised proposal as soon as they are ready.

| ID | Change |
|---|---|
| FB-D | Run Facebook-proposed string against Facebook-proposed custodians<br><br>**New String**<br>"privacy xfn" w/5 ("week*" w/5  (summit OR conference OR meet* OR call* OR week* OR note* OR agenda))<br><br>**New Custodian List**<br>Edward Palmieri<br>Matt Scutari<br>Rob Sherman<br>Katherine Tomko<br>Ly Tran<br>Jack Yang<br>Ana Liu<br>Erin Egan<br>Aldo King<br>Anne-Marie Lentini<br>Daniel Li<br>Michael Richter<br>Shirine Sajjadi<br>Chad Greene |
| Pl-7 | Remove string |
| Pl-13 | Remove string |
| Pl-16 | Remove string |
| Pl-19 | Remove string |
| Pl-23 | Remove string |

Finally, I've confirmed that the total hit counts for Plaintiffs' first revised proposal have not changed from what we sent on April 19—for the supplemental hit report provided, none of the strings or custodian groupings changed from what Facebook ran to generate the total hit counts transmitted on April 19.

Best,
Luke


**Luke M. Sullivan**

3

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8296 • Fax +1 202.831.6074
LSullivan@gibsondunn.com • www.gibsondunn.com

---

**From:** Chris Springer <cspringer@KellerRohrback.com>
**Sent:** Monday, May 24, 2021 10:15 PM
**To:** Sullivan, Luke M. <LSullivan@gibsondunn.com>
**Cc:** Matt Melamed <mmelamed@bfalaw.com>; Gail Andler <JudgeAndler@iCloud.com>; Daniel B. Garrie <Daniel@lawandforensics.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Benjamin Gould <bgould@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; David Ko <dko@KellerRohrback.com>; Anne Davis <adavis@bfalaw.com>; Matthew Montgomery <mmontgomery@bfalaw.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>; Matthew Levington <mlevington@jamsadr.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Mumm, Laura C. <LMumm@gibsondunn.com>
**Subject:** RE: Confidential Mediation Communication In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

[External Email]
Counsel,

Thank you for the spreadsheets you provided last week regarding Plaintiffs' April 9 proposal, which we are in the process of reviewing. Can you please confirm that the deduplicated hit counts have not changed from what you reported on April 19, specifically as follows?

- **Document Hits**: 1,334,694
- **Document Hits + Families**: 3,109,342

Attached is Plaintiffs second proposal, as indicated in column D of the attached. Please let us know if you have any questions.

Best regards,
Chris

--
Chris Springer
Keller Rohrback L.L.P.
Phone: (805) 456-1496
Fax: (805) 456-1497
Email: cspringer@kellerrohrback.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

---

**From:** Sullivan, Luke M. <LSullivan@gibsondunn.com>
**Sent:** Tuesday, May 18, 2021 7:16 PM

4

**To:** Chris Springer <cspringer@KellerRohrback.com>
**Cc:** Matt Melamed <mmelamed@bfalaw.com>; Gail Andler <JudgeAndler@iCloud.com>; Daniel B. Garrie <Daniel@lawandforensics.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Benjamin Gould <bgould@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; David Ko <dko@KellerRohrback.com>; Anne Davis <adavis@bfalaw.com>; Matthew Montgomery <mmontgomery@bfalaw.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>; Matthew Levington <mlevington@jamsadr.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Mumm, Laura C. <LMumm@gibsondunn.com>
**Subject:** RE: Confidential Mediation Communication In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Dear Judge Andler, Mr. Garrie, and Counsel:

Pursuant to our discussion during yesterday's session, please find attached two documents. The first, titled "Hit Report - Strings Run Against Docs Hitting On April 9 Proposal," is a hit report with the "strings / terms run, hits, hits with family, and unique hits run across the universe of documents that hit on Plaintiffs' April 9 proposed search strings and custodians." The second, titled "Plaintiffs First Revised Proposal - Strings Run," lists the strings/custodian groupings run for Plaintiffs' April 9 proposal.

We look forward to receiving Plaintiffs' second revised search string proposal for the custodians in Groups 5 to 8 on Monday.

Best,
Luke

**Luke M. Sullivan**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8296 • Fax +1 202.831.6074
LSullivan@gibsondunn.com • www.gibsondunn.com

---

**From:** Chris Springer <cspringer@KellerRohrback.com>
**Sent:** Monday, May 10, 2021 4:45 PM
**To:** Matt Melamed <mmelamed@bfalaw.com>; Gail Andler <JudgeAndler@iCloud.com>; Daniel B. Garrie <Daniel@lawandforensics.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Benjamin Gould <bgould@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; David Ko <dko@KellerRohrback.com>; Anne Davis <adavis@bfalaw.com>; Matthew Montgomery <mmontgomery@bfalaw.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>
**Cc:** Matthew Levington <mlevington@jamsadr.com>; Snyder, Orin <OSnyder@gibsondunn.com>
**Subject:** RE: Confidential Mediation Communication In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

[External Email]
Counsel,

In the spirit of concluding our search term negotiations, please find a spreadsheet identifying the search strings and custodians for custodians in groups 5-8, including the 49 that are still in dispute. *See* ECF No. 654 ¶ 2.

Plaintiffs' concern is that recent hit count information appears inaccurate.  On April 14, Facebook reported hit count information that did not include numerous strings and custodians Plaintiffs had accepted.  On April 19, Facebook acknowledged this error, which changed the number of document hits with family by approximately 174,000 documents.  Moreover, Facebook's April 19 hit count information appears to be inaccurate for another reason.  Facebook's April 29 proposal, attached as Exhibit G to Facebook's mediation statement, did not include strings FB-69 and PL-5 (which are in dispute) and included strings PL-25 and PL-29 (which are not in dispute).

To cut through these issues and ensure there are no remaining inaccuracies with Facebook's reported hit count information, Plaintiffs have proposed that Facebook provide two comprehensive search term reports.  We understand that these reports should each take about an hour for Facebook's vendor to prepare.  Plaintiffs acknowledge that the reports are not technically required by the stipulation, but it should go without saying that the stipulation requires accurate hit count information, and these requests seek to clarify what is truly at issue.   The requests are:

1. An STR (including strings / terms run, hits, hits with family, and unique hits) run across the universe of documents that hit on Plaintiffs' April 9 proposed search strings and custodians.
2. An STR that identifies the hits resulting from Facebook's and Plaintiffs' disputed strings, exclusive of the set already identified by agreed upon terms.

The first STR will enable Plaintiffs to verify that Facebook's reported number of document hits with family is accurate, which would provide us assurance that the parties have a shared understanding of the terms, custodians, and hit counts for Plaintiffs' April 9 proposal.  The second STR will enable Plaintiffs to refine and narrow our second revised proposal, because it would be limited to the documents identified by the disputed strings alone and would not include documents identified by strings not in dispute.

Our goal in seeking this information is to resolve this dispute and move forward, and we hope to receive a response that enables the parties to do so. Please let us know if further conversation would be helpful.

Sincerely,

Chris Springer
Keller Rohrback L.L.P.
Phone: (805) 456-1496
Fax: (805) 456-1497
Email: cspringer@kellerrohrback.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

**From:** Gail Andler <JudgeAndler@iCloud.com>
**Sent:** Friday, May 7, 2021 11:57 AM
**To:** Daniel B. Garrie <Daniel@lawandforensics.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@kellerrohrback.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Matthew Melamed <mmelamed@bfalaw.com>; Benjamin Gould <bgould@KellerRohrback.com>; Cari Laufenberg <claufenberg@kellerrohrback.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; David Ko <dko@kellerrohrback.com>; Anne Davis <adavis@bfalaw.com>; Matthew Montgomery <mmontgomery@bfalaw.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>
**Cc:** Matthew Levington <mlevington@jamsadr.com>; Snyder, Orin <OSnyder@gibsondunn.com>

**Subject:** Confidential Mediation Communication In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Dear Counsel,
Thank you for your participation in our mediation session today. I am writing this quick note before I go into my next mediation in order to share my continuing optimism with you based on the progress we made today. I am inviting, by copy of this email, additional comments and suggestions by Mr. Garrie, but here is a high-level summary of what was accomplished:

- Regarding the TAR protocol, by Monday May 10 plaintiffs will provide Facebook with its "bullets" for those elements it wants included in the protocol. In the interim, counsel for defendant should consider sharing the "skeleton" of a generic TAR protocol, not specific to this case, based on what counsel or client have seen work in the past.
- Regarding the TAR protocol, Facebook will provide its response to the bullets and any counterproposals as part of its written submission for our next mediation session on May 13. It is understood this response will be a draft as it may not be possible to have it fully reviewed by the client by that time. The goal on the mediators is that the TAR protocol will be finalized on May 17 so that you can share the good news with Judge Corley on May 18.
- Regarding the Search String dispute, plaintiffs will advise Facebook what it believes was missed, and after the parties have had a chance to review and respond, the mediators encourage both sides to take the next step and find a compromise between the positions taken as to whether additional hit reports should be furnished.
- Regarding ADI, plaintiffs have narrowed the categories of initial information it is seeking and will send that list today.

Our next mediation session is May 13, 2021 at noon. Please provide the mediators a brief written update the end of day on May 12 confirming that these tasks have been completed.

Thank you! Please copy any members of your team inadvertently left off of the email as not having been part of the prior email thread.
Best,
Judge Gail Andler (ret.)

---

**From:** Gail Andler <judgeandler@icloud.com>
**Date:** Tuesday, May 4, 2021 at 6:49 PM
**To:** "Snyder, Orin" <OSnyder@gibsondunn.com>, Daniel Garrie <Daniel@lawandforensics.com>, Lesley Weaver <lweaver@bfalaw.com>, Derek Loeser <dloeser@kellerrohrback.com>, "Stein, Deborah L." <DStein@gibsondunn.com>, Matthew Melamed <mmelamed@bfalaw.com>, Benjamin Gould <bgould@kellerrohrback.com>, Cari Laufenberg <claufenberg@kellerrohrback.com>, "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>, David Ko <dko@kellerrohrback.com>, Anne Davis <adavis@bfalaw.com>, Matthew Montgomery <mmontgomery@bfalaw.com>
**Cc:** "Falconer, Russ" <RFalconer@gibsondunn.com>, Matthew Levington <mlevington@jamsadr.com>
**Subject:** Re: May 7 submissions? n re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Hi everyone, are we getting supplemental submissions from you before our next meeting on May 7? I know you are busy but wanted to be sure we are prepared for our time together later this week. I am asking Daniel Garrie, by copy of this email, to remind you of any of your "homework" assignments as requested by him.
Thank you!
Best,
Judge Gail Andler (ret.)

---

**From:** Daniel Garrie <Daniel@lawandforensics.com>
**Date:** Friday, April 30, 2021 at 6:52 PM

**To:** "Snyder, Orin" <OSnyder@gibsondunn.com>, Lesley Weaver <lweaver@bfalaw.com>, Derek Loeser <dloeser@kellerrohrback.com>, "Stein, Deborah L." <DStein@gibsondunn.com>, Matthew Melamed <mmelamed@bfalaw.com>, Benjamin Gould <bgould@kellerrohrback.com>, Cari Laufenberg <claufenberg@kellerrohrback.com>, "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>, David Ko <dko@kellerrohrback.com>, Anne Davis <adavis@bfalaw.com>, Matthew Montgomery <mmontgomery@bfalaw.com>, Gail Andler <judgeandler@icloud.com>
**Cc:** "Falconer, Russ" <RFalconer@gibsondunn.com>, Matthew Levington <mlevington@jamsadr.com>
**Subject:** Re: NEXT DATES In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Dear Counsel,

Thanks for the opportunity. I am equally optimistic.

Counsel Snyder,
Please let us know if these dates and times work. And, Ed sends his regards.

Best,
Daniel

Get Outlook for Android

---

**From:** Gail Andler <JudgeAndler@iCloud.com>
**Sent:** Friday, April 30, 2021 7:34:21 PM
**To:** Snyder, Orin <OSnyder@gibsondunn.com>; Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@kellerrohrback.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Matthew Melamed <mmelamed@bfalaw.com>; Benjamin Gould <bgould@kellerrohrback.com>; Cari Laufenberg <claufenberg@kellerrohrback.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; David Ko <dko@kellerrohrback.com>; Anne Davis <adavis@bfalaw.com>; Matthew Montgomery <mmontgomery@bfalaw.com>
**Cc:** Daniel B. Garrie <Daniel@lawandforensics.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Matthew Levington <mlevington@jamsadr.com>
**Subject:** NEXT DATES In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Dear Counsel,
Thank you for your advocacy today. While I remain optimistic that you will be able to put a smile on Judge Corley's face again with a joint submission reflecting agreements made at mediation, we still have considerable work to do.
The following schedule reflects dates confirmed as available for plaintiffs' counsel, Ms. Stein, and Ms. KutscherClark, as well as Mr. Garrie and me:
May 7 8:30-9:30 PDT
May 13 1:00-2:00 PDT
May 17 noon-1:00 (and longer as counsel are available to continue to meet with Mr. Garrie)
By copy of this email I am asking my case manager, ==Matt Levington==, to calendar and send the link.

I will ask Mr. Garrie to add any comments to this thread regarding the next steps and agenda.
Have a great weekend!
Sincerely and optimistically yours,
Gail Andler



**Hon. Gail Andler (Ret.)**
Arbitrator/Mediator/Special Master
5 Park Plaza Suite 400
Irvine, California 92614
gandler@jamsadr.com
Tel 714-937-8251

**From:** "Snyder, Orin" <OSnyder@gibsondunn.com>
**Date:** Friday, April 30, 2021 at 10:01 AM
**To:** Gail Andler <judgeandler@icloud.com>
**Cc:** Matthew Melamed <mmelamed@bfalaw.com>, Daniel Garrie <daniel@lawandforensics.com>, "Stein, Deborah L." <DStein@gibsondunn.com>, "Falconer, Russ" <RFalconer@gibsondunn.com>, "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>, Derek Loeser <dloeser@kellerrohrback.com>, Cari Laufenberg <claufenberg@kellerrohrback.com>, David Ko <dko@kellerrohrback.com>, Benjamin Gould <bgould@kellerrohrback.com>, Lesley Weaver <lweaver@bfalaw.com>, Anne Davis <adavis@bfalaw.com>, Matthew Montgomery <mmontgomery@bfalaw.com>
**Subject:** Re: In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Dear Judge Andler and Mr. Garrie,

This is a reminder that I will not be attending today's session. My team is obviously ready and ably prepared to proceed without me, and I will be in touch with them over text in the unlikely event that they do.

Looking forward to seeing you at our next session.

Respectfully,

Orin Snyder

Sent from my iPhone

On Apr 26, 2021, at 1:59 PM, Gail Andler <JudgeAndler@icloud.com> wrote:

 [External Email]
Thank you very much. I look forward to seeing everyone tomorrow.
Best,
Judge Gail Andler (Ret.)

<image001.jpg>

**Hon. Gail Andler (Ret.)**
Arbitrator/Mediator/Special Master
5 Park Plaza Suite 400

Irvine, California 92614
gandler@jamsadr.com
Tel 714-937-8251

---

**From:** Matthew Melamed <mmelamed@bfalaw.com>
**Date:** Monday, April 26, 2021 at 10:26 AM
**To:** Gail Andler <judgeandler@icloud.com>, Daniel Garrie <daniel@lawandforensics.com>
**Cc:** "Snyder, Orin" <OSnyder@gibsondunn.com>, "Stein, Deborah L." <DStein@gibsondunn.com>, "Falconer, Russ" <RFalconer@gibsondunn.com>, "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>, Derek Loeser <dloeser@kellerrohrback.com>, Cari Laufenberg <claufenberg@kellerrohrback.com>, David Ko <dko@kellerrohrback.com>, Benjamin Gould <bgould@KellerRohrback.com>, Lesley Weaver <lweaver@bfalaw.com>, Anne Davis <adavis@bfalaw.com>, Matthew Montgomery <mmontgomery@bfalaw.com>
**Subject:** In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Dear Judge Andler and Mr. Garrie,

The parties conferred and agreed that Mr. Garrie's presence at the parties' discovery conferences would benefit the mediation. As such, we reached out to Judge Corley, who also welcomes his attendance. The information for tomorrow's discovery conference is as follows:

April 27, 8:30 a.m.
Zoom link:
https://cand-uscourts.zoomgov.com/j/1613661817?pwd=Z0tnSzBvKzJMN25SRFB3M1B6dFBadz09
Webinar ID: 161 366 1817
Password: 924619

We will provide both of your names to the Court so that you are able to join the proceeding as participants.

Thanks,
Matt


Matthew S. Melamed
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607
(415) 445-4003
www.bfalaw.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**CAUTION:** This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

Irvine, California 92614
gandler@jamsadr.com
Tel 714-937-8251

---

**From:** Matthew Melamed <mmelamed@bfalaw.com>
**Date:** Monday, April 26, 2021 at 10:26 AM
**To:** Gail Andler <judgeandler@icloud.com>, Daniel Garrie <daniel@lawandforensics.com>
**Cc:** "Snyder, Orin" <OSnyder@gibsondunn.com>, "Stein, Deborah L." <DStein@gibsondunn.com>, "Falconer, Russ" <RFalconer@gibsondunn.com>, "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>, Derek Loeser <dloeser@kellerrohrback.com>, Cari Laufenberg <claufenberg@kellerrohrback.com>, David Ko <dko@kellerrohrback.com>, Benjamin Gould <bgould@KellerRohrback.com>, Lesley Weaver <lweaver@bfalaw.com>, Anne Davis <adavis@bfalaw.com>, Matthew Montgomery <mmontgomery@bfalaw.com>
**Subject:** In re: Facebook, Inc. Consumer Privacy User Profile Litigation, No. 3:18-md-02843-VC-JSC

Dear Judge Andler and Mr. Garrie,

The parties conferred and agreed that Mr. Garrie's presence at the parties' discovery conferences would benefit the mediation. As such, we reached out to Judge Corley, who also welcomes his attendance. The information for tomorrow's discovery conference is as follows:

April 27, 8:30 a.m.
Zoom link:
https://cand-uscourts.zoomgov.com/j/1613661817?pwd=Z0tnSzBvKzJMN25SRFB3M1B6dFBadz09
Webinar ID: 161 366 1817
Password: 924619

We will provide both of your names to the Court so that you are able to join the proceeding as participants.

Thanks,
Matt


Matthew S. Melamed
Bleichmar Fonti & Auld LLP
555 12th Street, Suite 1600
Oakland, CA 94607
(415) 445-4003
www.bfalaw.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**CAUTION:** This email originated from outside Law & Forensics's Email System. Please make sure you recognize the sender and know the content is safe before you click on any links or open any attachments.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.