# Exhibit 17

# Wallace, Brooke Myers

| | |
|---|---|
| **From:** | Gail Andler <JudgeAndler@iCloud.com> |
| **Sent:** | Wednesday, August 11, 2021 7:12 PM |
| **To:** | Kutscher Clark, Martie; dgarrie@jamsadr.com; Daniel B. Garrie; Lesley Weaver; Stein, Deborah L.; Derek Loeser; Snyder, Orin; Falconer, Russ; Chris Springer; Anne Davis; David Ko; Matt Melamed; Cari Laufenberg; Benjamin Gould; Mumm, Laura C. |
| **Cc:** | Matthew Levington |
| **Subject:** | Re: UPDATE Next steps Re: In re Facebook, Inc. Consumer Privacy User Litigation |
| **Importance:** | High |

**[WARNING: External Email]**

Dear Counsel,

Previously we had requested that you provide us with your proposed agenda no later than noon tomorrow for our Monday session, and that for each successive session the proposed agenda would follow the same timeline: by noon two days before the session. We realized that this would require you to provide the proposed agenda for Wednesday while you were still in the Monday session, which of course would not be helpful. As a result, we are requesting you provide us with your proposed agendas as follows:

By no later than 4:00 p.m. tomorrow, please provide us with your proposed agenda with up to a total of 9 discovery disputes you would like to mediate, without argument. Please prioritize the list (i.e., list your highest priority as 1, etc.). Please include in your filing a separate list of discovery disputes you believe to be at impasse, without argument. Mr. Garrie and I will review and compare your proposed agendas and get back to you with the rough order in which we intend to address the disputes in mediation, so that you can have some idea of who should be there on Monday to discuss the specific issues. It is important to have the partners with authority to negotiate resolutions present, and I understand everyone will be at the Monday session. As stated below, the discovery mediators will confer with counsel at the outset of the session regarding whether you agree a discovery dispute is at impasse or whether you disagree and wish to further mediate that discovery dispute. The discovery mediators will then confer with one another on whether they intend to declare impasse. If impasse is declared, the protocol for the Rule 53 briefing and hearing will apply.

Separately, as to the Rule 53 appointment, if counsel believe that the existing order is insufficient or defective in some manner, please meet and confer on a proposed stipulation for an amended order.

Thank you.
Best regards,
Daniel Garrie and Gail Andler

**From:** Gail Andler <judgeandler@icloud.com>
**Date:** Friday, August 6, 2021 at 5:15 PM
**To:** "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>, <dgarrie@jamsadr.com>, Daniel Garrie <Daniel@lawandforensics.com>, Lesley Weaver <lweaver@bfalaw.com>, "Stein, Deborah L." <DStein@gibsondunn.com>, Derek Loeser <dloeser@kellerrohrback.com>, "Snyder, Orin" <OSnyder@gibsondunn.com>, "Falconer, Russ" <RFalconer@gibsondunn.com>, Chris Springer <cspringer@kellerrohrback.com>, Anne Davis <adavis@bfalaw.com>, David Ko <dko@kellerrohrback.com>, Matt Melamed <mmelamed@bfalaw.com>, Cari Laufenberg <claufenberg@kellerrohrback.com>, Benjamin Gould <bgould@kellerrohrback.com>, "Mumm, Laura C." <LMumm@gibsondunn.com>
**Cc:** Matthew Levington <mlevington@jamsadr.com>
**Subject:** Re: Next steps Re: In re Facebook, Inc. Consumer Privacy User Litigation

1

Dear Counsel,

Daniel Garrie and Gail Andler spoke this afternoon as your discovery co-mediators and wanted to let you know the protocol for discovery mediation sessions going forward. As to the protocol for briefing and hearings before Mr. Garrie as your Discovery Master, he will communicate separately with you once he receives the copy of his amended Order of Appointment under Rule 53.

The mediation protocol the discovery mediators would like to follow is as follows:

No later than noon 2 days before a scheduled mediation session, each side shall file and serve a proposed agenda with the following content only:

- 3 discovery disputes you would like to mediate (without argument); and
- A list of the discovery disputes you believe to be at impasse (without argument).

The discovery mediators will confer with counsel at the outset of the session regarding whether you agree a discovery dispute is at impasse or whether you disagree and wish to further mediate that discovery dispute. The discovery mediators will then confer with one another on whether they intend to declare impasse. If impasse is declared, the protocol for the Rule 53 briefing and hearing will apply,

Matt Levington has tentatively scheduled discovery mediation sessions August 16, 18, and 20. We understand that all three dates are set aside because it was not possible to have one date where lead counsel for both sides would be in attendance. August 16 is Monday, so please file your proposed agenda including a listing of any discovery disputes at impasse by noon Thursday, August 12 and please confirm with Mr. Levington who will be in attendance each day. Mr. Garrie will be there for each discovery mediation session and unless Gail Andler is selected as a juror she will be there as well. No pre-sessions calls have been scheduled due to the constraints of the calendars involved.

Thank you for your continuing courtesy and cooperation,
Sincerely,
Daniel Garrie and Gail Andler
Discovery Mediators


On Jun 25, 2021, at 11:10 AM, Kutscher Clark, Martie <MKutscherClark@gibsondunn.com> wrote:


Counsel,

Following up on my note below, please confirm that you have informed the individual recipients of the deposition subpoenas you served that the noticed deposition dates are merely placeholder dates, as you indicated in your cover letter to Facebook.

Thank you,
Martie

**Martie Kutscher Clark**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5348 • Fax +1 650.849.5048
MKutscherClark@gibsondunn.com • www.gibsondunn.com

**From:** "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>
**Date:** Friday, June 18, 2021 at 2:40 PM
**To:** "Sarah R. Skaggs" <sskaggs@KellerRohrback.com>, "Snyder, Orin" <OSnyder@gibsondunn.com>, "Mumm, Laura C." <LMumm@gibsondunn.com>, "Falconer, Russ" <RFalconer@gibsondunn.com>, "Stein, Deborah L." <DStein@gibsondunn.com>, Gail Andler <JudgeAndler@iCloud.com>, "Daniel B. Garrie" <Daniel@lawandforensics.com>, "'dgarrie@jamsadr.com'" <dgarrie@jamsadr.com>
**Cc:** Angelica Ornelas <aornelas@bfalaw.com>, Anne Davis <adavis@bfalaw.com>, Benjamin Gould <bgould@KellerRohrback.com>, Cari Laufenberg <claufenberg@kellerrohrback.com>, Chris Springer <cspringer@kellerrohrback.com>, David Ko <dko@kellerrohrback.com>, Derek Loeser <dloeser@kellerrohrback.com>, Matt Melamed <mmelamed@bfalaw.com>, Jennifer Tuato'o <jtuatoo@KellerRohrback.com>, Josh Samra <jsamra@bfalaw.com>, Ben Lantz <blantz@KellerRohrback.com>, Cesar Tamondong <ctamondong@bfalaw.com>, Lesley Weaver <lweaver@bfalaw.com>
**Subject:** Re: In re Facebook, Inc. Consumer Privacy User Litigation

Counsel,

Facebook objects to this deposition subpoena, as well as the five subpoenas served on June 9, for numerous reasons that we articulated in our June 7 letter, which I reattach here. The parties should work to resolve this discovery dispute in mediation, consistent with Judge Corley's instructions. We suggest we do so during Monday's mediation session.

In the meantime, please confirm that you informed the subpoena recipients that the noticed deposition dates are merely placeholder dates, as you indicated in your cover letter to Facebook.

Thank you,
Martie


**Martie Kutscher Clark**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5348 • Fax +1 650.849.5048
MKutscherClark@gibsondunn.com • www.gibsondunn.com


**From:** "Sarah R. Skaggs" <sskaggs@KellerRohrback.com>
**Date:** Friday, June 11, 2021 at 4:41 PM
**To:** "Lipshutz, Joshua S." <JLipshutz@gibsondunn.com>, "Linsley, Kristin A." <KLinsley@gibsondunn.com>, "Lutz, Brian M." <BLutz@gibsondunn.com>, "Snyder, Orin" <OSnyder@gibsondunn.com>, "Mumm, Laura C." <LMumm@gibsondunn.com>, "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>, "Falconer, Russ" <RFalconer@gibsondunn.com>, "Stein, Deborah L." <DStein@gibsondunn.com>, "Davis, Colin B." <CDavis@gibsondunn.com>
**Cc:** Angelica Ornelas <aornelas@bfalaw.com>, Anne Davis <adavis@bfalaw.com>, Benjamin Gould <bgould@KellerRohrback.com>, Cari Laufenberg <claufenberg@KellerRohrback.com>, Chris Springer <cspringer@KellerRohrback.com>, David Ko <dko@KellerRohrback.com>, Derek Loeser <dloeser@KellerRohrback.com>, Matt Melamed <mmelamed@bfalaw.com>, Jennifer Tuato'o

<jtuatoo@KellerRohrback.com>, Josh Samra <jsamra@bfalaw.com>, Ben Lantz <blantz@KellerRohrback.com>, Cesar Tamondong <ctamondong@bfalaw.com>, Lesley Weaver <lweaver@bfalaw.com>
**Subject:** RE: In re Facebook, Inc. Consumer Privacy User Litigation

[External Email]
Good evening,

Below please find deposition subpoena to Luke Conlan along with cover letter.

Very truly yours,

Sarah Skaggs
Complex Litigation Legal Assistant/Paralegal to Cari C. Laufenberg, Chris Springer and Felicia Craick
Keller Rohrback L.L.P.
(206) 623-1900
(206) 623-3384
sskaggs@kellerrohrback.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.