# Exhibit 37

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Deborah L. Stein
Direct: +1 213.229.7164
Fax: +1 213.229.6164
DStein@gibsondunn.com

January 27, 2022

VIA JAMS ACCESS

Re:  *In re Facebook, Inc. Consumer Privacy User Profile Litigation*, 3:18-md-02843

Dear Special Master Garrie:

Facebook undertook and has completed an extensive and diligent search to try to locate any existing Zuckerberg Notebooks, as described in your Order dated September 29, 2021. To that end, Counsel led an investigation to locate the Notebooks (in full or in part), including taking the following steps, among others:

1. Counsel spoke with Mr. Zuckerberg and searched all locations he identified;
2. Counsel spoke with Mr. Zuckerberg's executive assistant and searched all locations she identified;
3. Counsel searched Mr. Zuckerberg's communications with Mr. Levy;
4. Counsel consulted the Company's archivist;
5. Counsel consulted attorneys representing the Company in other cases who are familiar with Mr. Zuckerberg's electronic and hard-copy files and reviewed information regarding Mr. Zuckerberg's electronic and hard-copy files;
6. Counsel spoke with Mr. Zuckerberg's personal attorneys, who are generally familiar with Mr. Zuckerberg's data sources;
7. Counsel consulted Facebook's e-discovery team, which is responsible for working with outside counsel to locate and collect documents for review and production across the company's litigations.

Facebook has now completed its search, and despite these extensive efforts, it has not located any existing Notebooks (in full or in part).

Respectfully submitted,

*Deborah L. Stein*

Deborah L. Stein

cc:  Lesley E. Weaver, Derek W. Loeser