# Exhibit 41

REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Rosemarie T. Ring
Direct: +1 415.393.8247
Fax: +1 415.801.7358
RRing@gibsondunn.com

HIGHLY CONFIDENTIAL—ATTORNEYS EYES ONLY

March 7, 2022

<u>VIA JAMS ACCESS</u>

Special Master Daniel B. Garrie
DGarrie@jamsadr.com

Re:     *In re Facebook Consumer Privacy User Profile Litigation*, JAMS Ref No.
        1200058674

Dear Special Master Garrie,

        Pursuant to the Hearing Order Regarding Plaintiffs' Motion To Compel Production of
Plaintiff Data dated February 21, 2022, we submit this response on behalf of Facebook.  We
also thank the Special Master for granting an extension of our time to respond to allow us to
provide responses that we believe would assist the Special Master in expediting resolution of
the issue set forth by Judge Corley in her January 12, 2022 order: "[W]hat, if any, data from
[systems other than DYI] should be produced consistent with Federal Rule of Civil
Procedure 26(b)."

## I.     USER DATA IN DYI

        The Special Master's first two questions seek information about what user data is
included in DYI.  We welcome the opportunity to address that issue to correct and clarify
statements made throughout these proceedings which seem to have created the impression
that the DYI system is limited to the first category of "discoverable user data" identified by
Judge Corley in Discovery Order No. 9.  As explained below, the DYI system includes *all
three categories* of data: (1) data collected from a user's on-platform activity, (2) data
obtained from third parties regarding a user's off-platform activities, and (3) data inferred
from a user's on or off-platform activity.  So the issue is whether Facebook should produce
*more data* in categories (1), (2), and (3) from systems other than DYI, which we understand
is the focus of the Special Master's remaining questions.

**GIBSON DUNN**

Special Master Daniel B. Garrie
March 7, 2022
Page 2

HIGHLY CONFIDENTIAL—ATORNEYS EYES ONLY

> **Question #1**.  Engineer documentation for the process of generating the DYI file for a Facebook user, including data flow diagrams that explain how the data is retrieved, data schemas, and the individual fields for each data type in the schema.

      The following DYI engineer documentation is attached as **Exhibit A**.

      ●    **Your Information Schema (DYI)**.  This schema describes each of the categories and types of data included in DYI.

      ●    **Eng Guide: Adding to DYI Wiki**.  This document provides step-by-step instructions for engineers from product teams to add data to DYI, including instructions regarding where data should live in the DYI taxonomy and DYI schema fields.

> **Question #2**.  A statement clarifying whether information available via the DYI tool "includes user data provided by third parties to Facebook, e.g., data relating to users' off platform activity."

      Yes, DYI includes user data provided by third parties to Facebook, which is the second category of "discoverable user data" identified by Judge Corley in Discovery Order No. 9.  Since this data is stored as raw logs of event data in Facebook's data warehouse, Facebook had to build data pipelines from the data warehouse to production to (a) aggregate and group this event level data on a per user basis sorted in chronological order and (b) transform raw logs of event data in the data warehouse into a human readable information. This effort required complex and time-extensive engineering efforts.

      This question from the Special Master highlights a broader factual issue, which we believe should be clarified to assist the Special Master in resolving the issue before him.  In Discovery Order No. 9, Judge Corley identified the following categories of "discoverable user data": (1) data collected from a user's on-platform activity, (2) data obtained from third parties regarding a user's off-platform activities, and (3) data inferred from a user's on or off-platform activity.  Plaintiffs repeatedly have asserted that DYI contains *only* data in category (1), citing a statement by Facebook's counsel during a status conference before Judge Corley.[1]  In fact, the full exchange with Judge Corley makes clear that Facebook's counsel was explaining that the DYI tool does not contain *all* data in categories (1), (2) and (3), which is further demonstrated by the answer to this question confirming that DYI includes

---

[1] Pls' Sept. 28, 2020 Mot. Compel at 7, Dkt. 526; Pls' Oct. 18, 2021 Mot. Compel Production of Named Pls' Content And Information at 3.

*(Cont'd on next page)*

# GIBSON DUNN

Special Master Daniel B. Garrie
March 7, 2022
Page 3

HIGHLY CONFIDENTIAL—ATORNEYS EYES ONLY

data in category (2).   Plaintiffs also have cited documents produced by Facebook that they claim prove Facebook's production is limited to *only* data in category (1), most notably, a document referring to "Native Data," "Appended Data," and "Behavioral Data."[2]   Again, this is incorrect.   **Exhibit B** attaches the primary document Plaintiffs cite for this assertion and a table that describes how the Native, Appended, and Behavioral Data described in that document is either included in DYI or relates to features that were deprecated before this case was filed.

For completeness, we explain below the data in categories (1), (2), and (3) that are included in DYI, and attach as **Exhibit C** summaries of the data that has been produced for each of the named plaintiffs.

**Category (1): Data collected from on-platform activity**.  DYI includes data provided by users and data observed by Facebook on the platform.

*User-provided data* includes profile data, user-generated content (e.g., posts, videos, photos, comments, stories), message content, friends, location check-ins, linked accounts in the Facebook family of products, and language choices.

*Observed data* includes clicks, profiles, Pages, Groups, and Events a user has visited, usage data, device data, networks and connections, data about user's activity level, advertisers with which the user has interacted, pages (user pages, pages a user liked or recommended, pages a user follows, pages a user has unfollowed), IP address when sending a message, users that a user has chosen to "see less" or "see first" in News Feed, time spent watching from a page, people whose profile a user has visited, last location, last active time, whether a user viewed someone's birthday story, people a user blocked on Messenger, page notifications, pages a user recommended, time zone, email address verification, Marketplace notifications, and interactions.

**Category (2): Data collected from off-platform activity**.  DYI includes information provided to Facebook by third-party advertisers, app developers, and publishers about user interactions.

User interactions are things like opening a third-party developer app that integrates Facebook business tools, and visiting websites that integrate the Facebook business tools providing information about the user viewing content, searching for items, adding an item to a shopping cart, or making a purchase.  Third parties share this off-platform activity with Facebook using "business tools," which are technologies designed to help website owners

---

[2] Pls' Sept. 28, 2020 Mot. Compel at 8, Dkt. 526.

**GIBSON DUNN**

Special Master Daniel B. Garrie
March 7, 2022
Page 4

HIGHLY CONFIDENTIAL—ATORNEYS EYES ONLY

and publishers, app developers, advertisers, and others, integrate with Facebook, understand and measure their products and services, and better reach and serve people who use or might be interested in their products and services.  Business tools include Facebook Pixel, Facebook SDK, Conversions API, Offline Conversions, and the App Events API.  Facebook also receives impression data through Facebook Social Plugins (e.g., Like and Share buttons) and Facebook Login.

Facebook also receives contact lists with user information uploaded by advertisers for the purpose of serving ads to those users through what are referred to as custom audiences.  These lists include hashed information about users (e.g., email addresses, phone numbers) that is used to try to match people on the list with Facebook user accounts; matched users are placed in the custom audience.  This hashed information is discarded after the matching process.

**Category (3): Data inferred from a user's on or off-platform activity**.  DYI includes data that is derived from a user's on or off-platform activity.

 DYI includes information regarding ads interests; music recommendations based on genres of music a user has interacted with on Facebook; "your topics," which is a collection of topics determined by a user's activity on Facebook that is used to create recommendations for users in different areas of Facebook such as News Feed, News, and Watch; primary location; primary public location; friend peer group; creator badges (including labels like "visual storyteller" or "conversation starter" based on activity in Groups); time zone; language preferences (including preferred language for videos, languages you may know, preferred language); and mobile service provider and country code.

**Plaintiffs' DYI Data**.  Summaries of the DYI files for each named plaintiff showing that they include all three categories of "discoverable user data" identified in Discovery Order No. 9 are attached as **Exhibit C**.

## II.        OTHER USER DATA AND SYSTEMS

The Special Master's remaining questions focus on understanding what other systems contain user data and, as Judge Corley stated the issue, "what, if any, additional data should be produced consistent with Federal Rule of Civil Procedure 26(b)."  To be sure, the DYI file does not include all data related to users, but that does not mean that production of that data is consistent with Rule 26.  For example, as explained above, DYI includes data received from third parties regarding a user's off-platform activity on apps and websites, such as viewing content and adding an item to a shopping cart, but does not include data identifying

**GIBSON DUNN**

Special Master Daniel B. Garrie
March 7, 2022
Page 5

HIGHLY CONFIDENTIAL—ATORNEYS EYES ONLY

the specific content that was viewed or the item that was added to a cart for reasons that engineers will be prepared to explain at the hearing.

**Question #3:** A statement identifying systems that coordinate and schedule jobs that run against the Hive (a process that accesses table data in the Hive and aggregates user data to produce a meaningful data set). For each job that may involve user data, Facebook is to describe the data extracted in the job and where the job saves the data.

The majority of batch data processing of Hive data at Meta is handled by a system called Dataswarm, which is described below. The remaining minority of batch data processing is coordinated by FBLearner, which is a similar system derived from Dataswarm.

Dataswarm works by having employees (1) define atoms of computation called tasks and then having employees (2) explicitly state the dependency relationships between these tasks so that the system can initiate a task's computations after the preceding tasks have completed their execution. These tasks are treated as black boxes: the system knows nothing about what the task does beyond the rough type of computation performed. For any given task, Dataswarm does not know what data is used as inputs to the computations it orchestrates or what data is produced as outputs by these computations.

Facebook's current approach for identifying what data is consumed as inputs by a job and is generated as outputs by that job is a time-consuming manual process. Because Dataswarm performs millions of tasks each day, it is not possible to complete this manual process for all Dataswarm tasks. To respond to the Special Master's request, Facebook completed this manual process for a sample of 10 tasks run in Dataswarm on February 15, 2022. This sample is attached **Exhibit D**. Approximately five million Dataswarm tasks were run on February 15.

**Question #4**: A statement identifying the internal identifiers Facebook uses to track users across the Facebook platform, including a description of which Facebook systems use each identifier, how each system uses each identifier, and how Facebook maps identifiers to users.

Facebook primarily uses four types of internal identifiers for user data: (1) a user identifier (UserID), (2) Replacement ID, (3) Separable ID, and (4) App Scoped Identifiers. Each is described in more detail below.

**UserID.** Facebook uses an industry-wide technique called pseudonymization to represent users on the Facebook platform. In essence Facebook creates a canonical unique

**GIBSON DUNN**

Special Master Daniel B. Garrie
March 7, 2022
Page 6

HIGHLY CONFIDENTIAL—ATORNEYS EYES ONLY

identifier that encapsulates information about the user (such as First Name, Last Name, email, phone numbers, etc).  The encapsulation can be accessed by an identifier called a user identifier (or UserID); this is similar to a row being stored in a database table with the primary key being the userid and information of the user being values in the other columns.  UserIDs are unique in Facebook's systems, such that two users cannot have the same UserID, and they are not recycled, meaning even after a user deletes their account, no other user can have the same UserID.  The User ID is the canonical identifier to represent a Facebook user and is used in nearly all Facebook systems.

**Replacement ID (RID)**.  The RID is an identifier that supports Facebook's deletion practices by irreversibly disassociating data from a user.  Every user is assigned an RID for the lifetime of their account.  In data systems that do not support deletion (e.g. Hive), any user data retained for more than 90 days can only be retained with an RID.  When a user deletes her account, Facebook deletes the record connecting the UserID to the RID so that data stored with that RID can no longer be connected to that user.  Like the UserID, the RID represents a single user.  Two users cannot have the same RID, and RIDs are not recycled.  ████████████████████

**Separable ID (SID)**.  The SID is similar to the RID, but allows Facebook to permanently disassociate Off Facebook Activity data from a user.  Data Facebook receives from third parties about a user is associated with an SID (rather than UserID), and Facebook maintains a separate mapping between SIDs and UserIDs that can be accessed when data is processed.  Through Facebook's Off Facebook Activity tool, users are able to clear their Off Facebook Activity.  When a user does this, Facebook removes the mapping between the users' SID and UserID, which irreversibly dissociates the data stored with an SID from the user.  Facebook then generates a new SID to be associated with the user's account moving forward.  ████████████████   More information about SID's is available at this link: https://engineering.fb.com/2019/08/20/data-infrastructure/off-facebook-activity/

**App-Scoped ID (ASID)**.  The ASID is an identifier that is sent to the third-party developer when a Facebook user has chosen to use the Facebook Login product to login to the services of the third-party developer.  The App-Scoped ID also serves as a privacy protective identifier that Facebook created with the purpose of preventing different third-party apps from sharing data or amassing profiles of users across apps.  This is why the App Scoped ID is created on a per-user per-app basis, such that different third-party developers do not receive the same identifier for the same Facebook user.  ████████████████.

**GIBSON DUNN**

Special Master Daniel B. Garrie
March 7, 2022
Page 7

HIGHLY CONFIDENTIAL—ATORNEYS EYES ONLY

**Question #5**: A statement identifying the sources from which Graph API pulls user data, including a high-level description of each source and the engineers that own each source.

**TAO**.  The Facebook production infrastructure is centralized around a distributed data store for the social graph, called TAO (The Associations and Objects), which is the primary source from which Graph API pulls data (including user data).  TAO is a high-performance service for storing, caching, and querying the graph for nodes and associations, by providing a clean interface for internal and external developers to integrate into the social graph, abstracting away many of the complexities of developing and maintaining a data storage at scale.

- **For more information about TAO**: https://engineering.fb.com/2013/06/25/core-data/tao-the-power-of-the-graph/

- **Technical Point of Contact**: ███████

TAO provides a layer of abstraction to describe objects and relations through EntSchema and Node.  The underlying technology that is used to store these data models is a collection of technologies such as MySQL, Manifold, ZippyDB/Akkio, Memcache, and Laser.  In limited cases, and for specific purposes, other systems may access these systems directly.

**MySQL:**  MySQL is TAO's backbone.  It provides transactional and availability properties to columnar data.  For example, a user's comment can be stored in a MySQL database as a row in a table, where the comment id is the primary key and the comment is a text field.  As another example, the fact that someone liked a comment can be represented by an association with the type like from the comment id and the user id, this could be represented as 3 columns in the table, with comment id, user id, and type of reaction.

- **Technical Point of Contact**: ███████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

- **Technical Points of Contact**: ███████████████

**GIBSON DUNN**

Special Master Daniel B. Garrie
March 7, 2022
Page 8

HIGHLY CONFIDENTIAL—ATORNEYS EYES ONLY

**ZippyDB/Akkio**:  ZippyDB is a persistent key-value storage service that provides reliable, scalable, geo-replicated storage for high throughput applications.  ZippyDB provides very efficient key value lookups, faster than MySQL but are not transactional in nature.  Akkio operates on top of storage services like Zippy.  Akkio splits the data sets into units with strong locality, which can then be geographically placed close to where they are most likely to be accessed.

- **For more information about ZippyDB/Akkio**:
  https://engineering.fb.com/2021/08/06/core-data/zippydb/ (ZippyDB);
  https://engineering.fb.com/2018/10/08/core-data/akkio/ (Akkio).

- **Technical Points of Contact**: ███████ (ZippyDB), ███████████████ ███████████ Akkio)

**Memcache:**  Memcache provides a cache to the TAO service, the cache ensures that queries that have recently run are available quickly through the cache, as the response time of a cache are orders of magnitude quicker than a lookup in a MySQL database.

- **Technical Point of Contact**: ████████

**Laser**:  Laser is an indexing service that provides low-latency (typically a few milliseconds) read access to specific sets of Data Warehouse data.  Data in the Data Warehouse is not indexed on a per user basis, but some Facebook products need to surface the calculations that the product performs to the production systems so a GraphAPI can request the data.  Laser is only used to support first-party (i.e. Meta) products.

- **Technical Point of Contact**: ████████

There are other technologies that keep TAO operational that ensure the service is performing at a high-performance.

> **Question #6**: Any agreements relating to user data that Facebook has with each of the following entities: ████████ Microsoft, and ████████

Facebook will submit via email to the Special Master and Plaintiffs contracts relating to user data with ████████ Microsoft, and ████████ that have been produced in this case. Facebook will separately submit to the Special Master contracts with these entities that have not been produced to date in camera, to provide Facebook an opportunity to fully analyze

# GIBSON DUNN

Special Master Daniel B. Garrie
March 7, 2022
Page 9

HIGHLY CONFIDENTIAL—ATORNEYS EYES ONLY

and comply with any notice provisions in these agreements.  Once Facebook has completed this analysis and complied with any notice provisions, Facebook will produce the contracts to Plaintiffs, consistent with Facebook's agreement to search for additional contracts Plaintiffs recently requested.

Facebook notes that Meta Platforms, Inc., ███████ Microsoft, and ███████ are some of the largest technology companies in the world.  These entities are parties to a very large number of agreements, the vast majority of which are confidential business agreements and outside the scope of this litigation.  Should Facebook identify additional agreements with these entities that are responsive to the Special Master's request, Facebook will provide them.

**Question #7**: Update list of 149 systems identified in the Declaration of David Pope.

In discussing the topics and questions to be addressed during the hearing on Wednesday, March 9, 2002, the engineers who will be attending the hearing have explained to counsel that the list of 149 systems and categorization discussed during the hearing with David Pope on January 14, 2002, are not an effective way of assisting the Special Master in understanding the user data that exists in Facebook systems.  Instead, they approach this question from the perspective of a Facebook engineer building product experiences or conducting data analysis who think of user data in terms of production systems and the data warehouse.  As these engineers will explain at the hearing, ██████████████████ ████████████████████████████████████████

Sincerely,

*Rosemarie Ring*

Rosemarie T. Ring

# EXHIBIT A

**DYI**

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

## Your Facebook Information (YFI) Schema

**Normal Mode**    Developer Mode

### Filter

**Platform**

○ Facebook
○ Instagram
○ Whatsapp

**Product Type**

○ ALL
○ AYI
○ DYI
○ In both AYI and DYI
○ In AYI Only
○ In DYI Only

Submit

### Summary

| | |
|---|---|
| Total Sections | 68 |
| Total Fields | 296 |

Downloa...

### Section Data Categories    Deselect All

☐ Your activity across Facebook    ☐ Personal information    ☐ Friends and followers    ☐ Logged information

☐ Security and login information    ☐ Apps and websites off of Facebook    ☐ Preferences    ☐ Ads information

### Section Schemas    Collapse All

**Your activity across Facebook**    37

**Menu**
Menu

**Content previews** (Oncall: pacman)
Content previews you have provided feedback on

**Bulletin**
Information about your Bulletin account

**Your account creation date** (Oncall: voices)    DYI Only
The date you created your Bulletin account

**Subscriptions** (Oncall: bulletin_monetization)
Publications you've subscribed to or have shown intent in subscribing to on Bulletin.

**Subscriptions and subscription intents** (Oncall: bulletin_monetization)    DYI Only
Publications you've subscribed to or have shown intent in subscribing to on Bulletin.

**Publication settings** (Oncall: voices)
Settings associated with your publication

**Articles** (Oncall: voices)
Articles you've published on Bulletin

**Pre-published articles** (Oncall: voices)
Pre-published articles you've drafted on Bulletin

**Podcast settings** (Oncall: voices)
Settings associated with your podcast

**Podcasts** (Oncall: voices)
Podcasts you've set up on Bulletin

**Pre-published podcasts** (Oncall: voices)
Pre-published podcasts you've set up on Bulletin

**Campus**
Your campus activity and data.

**Campus Profile Information** (Oncall: colleges)
Information you've added to your Campus profile

**Campus Email Info** (Oncall: colleges)    DYI Only
Your college email information provided for Campus verification

**Campus Class Ratings** (Oncall: colleges)
Class Ratings you have created

**Voting location and reminders**

**DYI**

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

Location and preferences in Town Hall and the Voting Information Center

**Location**  (Oncall: civic_action)
The location used to provide you with local election and government information. This may be your primary location

**Voting reminders**  (Oncall: civic_action)
Your preferences for notifications from Facebook about voting and elections

**Communities**
Communities you manage, Communities you belong to and your posts and comments within them

**Your Communities**  (Oncall: community_presence)
Communities you belong to

**Your Pending Posts in Communities**  (Oncall: community_presence)      DYI Only

**Your Posts in Communities**  (Oncall: community_presence)
Posts you make in the communities you belong to

**Your Comments in Communities**  (Oncall: community_presence)
Comments you make in the communities you belong to

**Your Community Connection Activity**  (Oncall: community_presence)
Dates you became a part of the Communities you belong to

**Your Answers to Participation Questions**  (Oncall: community_presence)      DYI Only
Information you've shared with community administrators

**Events**
Your responses to events and a list of the events you've created

**Your Events**  (Oncall: events)
Events you've created

**Your event responses**  (Oncall: events)
Your responses to Events you've been invited to

**Event invitations**  (Oncall: events)
Events you've been invited to

**Event Contact You've Blocked**  (Oncall: events)      DYI Only
People you've blocked from inviting you to events

**Events**  (Oncall: events)      DYI Only
Events you've created for your Page

**Events ratings you've submitted**  (Oncall: rpp_event_reviews)
Ratings you've submitted about events and classes

**Dating**
Your separate Dating profile, preferences and messages for Dating

**Your Dating profile**  (Oncall: profile_dating_backend)
Information and photos you've added to your Dating profile

**Your Dating preferences**  (Oncall: profile_dating_backend)
Preferences you've expressed relating to age, gender and distance of potential matches

**Messages**  (Oncall: profile_dating_backend)
Messages you've exchanged with other people in Dating

**Communities**  (Oncall: profile_dating_backend)

2        1       

## DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

Groups and events where you requested to see suggested matches in Dating

**Shared interests**   (Oncall: profile_dating_backend)
Mutual interests used to suggest new matches in Dating

**Secret Crush**   (Oncall: profile_dating_backend)
Facebook friends who you've liked in Dating

**Your Dating activity**   (Oncall: profile_dating_backend)
Activity associated with your Dating profile, such as number of people you've liked

### Facebook Gaming
Your Facebook Gaming profile and games you've played

**Gaming Profile**   (Oncall: gaming_services)
Your Facebook Gaming profile information

**Instant Games**   (Oncall: gaming_play_platform)          DYI Only
Games you've played

**Chat Rules**   (Oncall: gaming_video)                    DYI Only
Chat Rules you've accepted

**Games**   (Oncall: gaming_services)
Games you've used Facebook Gaming to log into

### Facebook Marketplace
Items you've sold, your commerce profile and seller information

**Commerce**        (Oncall:
**leads**           marketplace_seller_success)            DYI Only

**Items sold**   (Oncall: commerce_prod_infra)
Items you've sold on Marketplace

**Listings**   (Oncall: marketplace_seller_success)        DYI Only

**Seller response**   (Oncall: commerce_ratings_and_reviews)
Response you have given to a seller review

**Buyer and seller**        (Oncall:
**ratings**                 commerce_ratings_and_reviews)   DYI Only
Buyers and sellers you've rated on Marketplace

**Your dealership business**      (Oncall:
**information**                    marketplace_seller_success)
Business information you provided on Marketplace to be associated with vehicle listings

**Marketplace**             (Oncall:
**Notifications**           commerce_growth_intelligence)   DYI Only
Information about notifications you've received from Marketplace

**Discussions**   (Oncall: commerce_engagement)
Posts you've made on Marketplace discussions.

**Seller information**   (Oncall: marketplace_seller_activation)
You provided the following information in order to sell on Marketplace.

### Fantasy Games
Picks you've made in public Facebook Fantasy Games or private Facebook Fantasy Leagues

**Picks**   (Oncall: fantasy_games)
Picks you've made in public Facebook Fantasy Games or private Facebook Fantasy Leagues



**DYI**

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

**Fundraisers**

Fundraisers you've created, joined or donated to

| | | |
|---|---|---|
| **Fundraisers created** | (Oncall: social_good_charitable_giving) | DYI Only |
| **Fundraisers donated to** | (Oncall: social_good_charitable_giving) | DYI Only |
| **Fundraisers joined** | (Oncall: social_good_charitable_giving) | DYI Only |

**Groups**

Groups you belong to, groups you manage and your posts and comments within the groups you belong to

**Your Groups** (Oncall: groups_admins)
Groups you belong to

**Your Group membership activity** (Oncall: groups_platform)
Dates you joined the groups you belong to

**Creator Badges** (Oncall: user_signals_engineering)     DYI Only
Badges you've earned

**Prayer** (Oncall: group_faith)     DYI Only

**Your posts in Groups** (Oncall: group_posts)
Posts you make in the groups you belong to

**Your group member profiles** (Oncall: contextual_profile_web)
Information about customized profiles in Groups

**Your Services** (Oncall: independent_work)
Services you can offer people in groups

**Your group messages** (Oncall: chats_in_groups_fb)     DYI Only

**Your group membership activity** (Oncall: groups_experts_www)     DYI Only

**Your pending posts in groups** (Oncall: group_posts)     DYI Only

**Groups by this Page** (Oncall: groups_experts_www)     DYI Only

**Group Expert Application** (Oncall: groups_experts_discovery_www)     DYI Only
Information about your expertise that group admins can see

**Your answers to membership questions** (Oncall: groups_admins)     DYI Only
Information you've shared with private group administrators

**Your answers to participation questions** (Oncall: groups_admins)     DYI Only
Information you've shared with public group administrators

**Your group admin actions** (Oncall: groups_admins)     DYI Only
Group admin actions that you've taken

**Your group interests** (Oncall: ceg_product)     DYI Only
Group topics you said you're interested in

**Awards you've given** (Oncall: community_reputation)
Awards you've given to comments from other members in groups you belong to



**DYI**

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

**Your Comments in Groups**    (Oncall: group_comments)    DYI Only
Comments in groups you belong to

**Your Greetings in Groups**    (Oncall: community_comms)
Greetings in groups you belong to

**Your group feedback from admins**    (Oncall: groups_admins)
Feedback you've received from group admins

**Your warnings**    (Oncall: community_norms)
Warnings you've received

## Jobs
Job opportunities you've interacted with and your job profile

**Applied jobs**    (Oncall: job_search)
A record of jobs you've applied to

**Your Jobs preferences**    (Oncall: job_search)
Your job location preferences

**Jobs posted**    (Oncall: job_search)
Jobs you've created on Facebook and the application information received from them

## Short Videos
Your activity with short videos on Facebook

**Videos**    (Oncall: fb_shorts)
Short videos you've created and shared on Facebook

**Saved audio**    (Oncall: fb_camera_backend)
Short videos audio you've saved

**Saved effects**    (Oncall: fb_shorts)
Effects from videos you've saved

**Effect search history**    (Oncall: fb_camera_backend)
Effects you've searched for

## Comments and reactions
Comments you've posted and posts and comments you've liked or reacted to

**Comments**    (Oncall: comments_infra)
Comments you've posted

**Posts and comments**    (Oncall: facebook_avatars_backend)
Posts and comments you've liked or reacted to

**Likes on external sites**    (Oncall: open_graph_deprecation)    DYI Only

**Likes and reactions made by your page**    (Oncall: facebook_avatars_backend)    DYI Only
List of all posts and comments your page has liked or reacted to

## Live Audio Rooms
A list of your activity as a host, speaker or listener for live audio room broadcasts

**Live Audio Rooms**    (Oncall: live_audio_rooms_www)    DYI Only
A list of your activity as a host, speaker or listener for live audio room broadcasts

## Contacts
The people your child's connected to on Messenger Kids



# DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership



**Contacts** (Oncall: messenger_kids_www_rn)    DYI Only
People your child is currently connected with on
Messenger Kids

**Sent Contact** (Oncall:
**Requests** messenger_kids_www_rn)    DYI Only
Requests you've sent to ask people to connect with your
child on Messenger Kids

**Received Contact** (Oncall:
**Requests** messenger_kids_www_rn)    DYI Only
Requests from others asking to be your child's contact on
Messenger Kids

**Declined Contact** (Oncall:
**Requests** messenger_kids_www_rn)    DYI Only
Contact requests for your child that you've declined

## Profile Information
Your child's name, photo and other information you've added to the
Your Info section of your child's app

**Your Child's Profile** (Oncall: messenger_kids_www_rn)    DYI Only
Your child's name, photo and other information you've
added to the Your Info section of your child's app

## Messages
Messages you've exchanged with other people on Messenger

**Messenger Stories** (Oncall: stories_backend)    DYI Only

**Ratings** (Oncall: rp_msngr_php_incall)    DYI Only
A list of the quality ratings you've applied to Messenger
calls

**Your messages** (Oncall: messaging_product_infra)
Messages you've exchanged

**Previously Removed** (Oncall:
**Contacts** messenger_graph)    DYI Only

**Messenger Contacts You've** (Oncall:
**Blocked** mwb_self_remediation)    DYI Only

**Secret conversations** (Oncall: armadillo_act)    DYI Only

**Secret conversations** (Oncall:
**you've reported** mwb_reporting_enforcement    DYI Only
_support)

**Autofill information** (Oncall: messenger_lead_gen)    DYI Only

**Support Messages** (Oncall: customer_support_async)    DYI Only
Interactions you've had with Facebook support

**Secret groups** (Oncall: whatsapp_user_infra)    DYI Only
Secret conversation groups you're a member of

## Pages
Your Pages, Pages you've liked or recommended, Pages you follow
and Pages you've unfollowed

**Your Pages** (Oncall: profile_plus)
Pages you are the admin of

**Pages you've liked** (Oncall: pages_core_infra)
Pages you've liked

**Pages you've** (Oncall:
**recommended** ratings_and_reviews)    DYI Only



**DYI**

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership



**Pages you follow**  (Oncall: pages_core_infra)    DYI Only

**Pages you've unfollowed**  (Oncall: profile_following)    DYI Only

**Facebook payments**
A history of payments you've made through Facebook

**Payment history**  (Oncall: facebook_pay_hub)
A history of payments you've made through Facebook

**Payment accounts**  (Oncall: billing_interfaces)    DYI Only
Payment accounts that you control

**Your Places**
A list of places you've created

**Places you've created**  (Oncall: pages_admin_editing)
Names of the places you've created, their locations, and the time and date you created them

**Podcasts**
Podcasts you've subscribed to

**Podcast subscriptions**  (Oncall: podcast_oncall)
Podcasts you've subscribed to

**Polls**
Polls you've created and participated in

**Polls you voted on**  (Oncall: group_polls)
Polls you've participated in

**Posts**
Posts you've shared on Facebook, posts that are hidden from your timeline and polls you have created

**Your posts**  (Oncall: posts_infra)
Photos, videos, text and status updates you've shared on Facebook

**Other people's posts to your timeline**  (Oncall: posts_infra)
Posts other people have shared on your timeline

**Your photos**  (Oncall: photos)
Photos you've uploaded and shared

**Photos and videos you're tagged in**  (Oncall: posts_infra)
Photos and videos you've been tagged in

**Photo effects**  (Oncall: media_effects_platform)    DYI Only
A list of the photo effects you've used

**Photos posted to other walls**  (Oncall: photos)    DYI Only

**Your videos**  (Oncall: videos_pubx)
Videos you've uploaded and shared

**Videos sent to you**  (Oncall: videos_pubx)    DYI Only

**Videos you're tagged in**  (Oncall: posts_infra)    DYI Only

**Offers**  (Oncall: apac_nbu_growth)    DYI Only

**News articles you've opened**  (Oncall: feed_quality)
News articles you've opened on Facebook in the last 30 days

**Items sold**  (Oncall: marketplace_seller_success)    DYI Only



2    1

# DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

**Archive**  (Oncall: content_control)
Items in your archive

**Trash**  (Oncall: content_control)
Items currently in trash

**Posts Tagged by Others.**  (Oncall: content_control)    DYI Only

**Photos Tagged by Others.**  (Oncall: content_control)    DYI Only

**Your uncategorized photos**  (Oncall: photos)    DYI Only
Other photos you may have uploaded or shared

## Reviews
Reviews you added about businesses and items

**Reviews**  (Oncall: commerce_trust_and_signals)
Reviews you added about businesses and items

## Your problem reports
Information you've provided to report a problem.

**Your problem reports**  (Oncall: cf_insights)    DYI Only
Information you've provided to report a problem.

## Saved items and collections
A list of the posts you've saved, and your activity within collections

**Your saved items**  (Oncall: save_oncall)    DYI Only

Posts, photos and videos you have saved

**Collections**  (Oncall: save_oncall)    DYI Only
Collections you've created of posts, photos and videos
you've saved, and collections you're a part of

**Your local lists**  (Oncall: socal_www)    DYI Only
Places and events you added to lists

**Your Playlists**  (Oncall: pmv)
Playlists you've created and the playable media you've added to them.

## Shops questions & answers
Questions you asked about products being sold in Shops and your
answers to questions asked about products being sold in Shops

**Questions & Answers**  (Oncall: shops_qa)
Questions you asked about products being sold in Shops and your
answers to questions asked about products being sold in Shops

## Shops
Information about products in your page's shop

**Produc ts**  (Oncall: connected_commerce_fb_shops_seller_succes s)    DYI Only
List of products added to your page's shop

## Soundbites
Soundbites you've created and shared

**Your soundbites**  (Oncall: soundbites)
Soundbites you've created and shared

## Spark AR
Spark AR related info such as effects you manage and effects you
liked.

**Effects you've liked**  (Oncall: creator_success_www)    DYI Only
A list of effects you've liked on Spark AR Hub



2    1

## DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

**AR Effects**   (Oncall: ar_publishing)
AR Effects you manage

**Spark AR checklist**   (Oncall: ar_hub_activation_insights)
Your complete and incomplete checklist steps

### Stories
Photos and videos you've shared to your story

**Archived stories**   (Oncall: stories_backend)

**Story reactions**   (Oncall: stories_backend)
Reactions you shared on your friends' stories or
highlights       DYI Only

**Highlights cover photos**   (Oncall: featured_highlight)
Custom cover photos that you've uploaded to your story
highlights.       DYI Only

**Archived stories**   (Oncall: stories_backend)     DYI Only

### Volunteering
Your volunteering preferences and activity

**Volunteering**   (Oncall: volunteering)
Your volunteering preferences and activity

**Drives**   (Oncall: community_help)
Your activity across Facebook

### Bug Bounty
Your researcher data from the Bug Bounty program

**Bug Bounty**   (Oncall: whitehat_eng)
Your researcher data from the Bug Bounty program

### Workplace
Description for Workplace

**Reported Content**   (Oncall: work_integrity)
An archive of content that has been reported on
Workplace       DYI Only

### Other activity
Other information and activity from different areas of Facebook

**Notes**   (Oncall: knowledge_hub)
Notes you've created or have been tagged in

**Pokes**   (Oncall: poke)
Pokes you've given and received

**Challenges**   (Oncall: fb_creators_expressions_experiences_www)
Challenges you've participated in

**Interactive videos**   (Oncall: gameshows)
Polls and game shows you've participated in and questions you've
answered

**Featured
likes**    (Oncall: pages_consumer_experience_www)
A list of likes highlighted on your Page       DYI Only

**Rooms joined**   (Oncall: rp_msngr_php_incall)     DYI Only

**Badge settings**   (Oncall: apac_nbu_growth)     DYI Only
Current badge settings for your Page

**Your Facebook Editor
responses**    (Oncall: crowdsourcing_agreement)
Questions you answered within Facebook Editor products



## DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

**Translations** (Oncall: i18n_core_data)
Contributions to community translations

**Translation achievements** (Oncall: i18n_core_data)
Achievements in community translations

**Your Audio Assets** (Oncall: rights_manager)     DYI Only
Audio you've uploaded

**Personal information**     10

### Facebook Accounts Center

Control settings for connected experiences such as logging in and sharing stories and posts across Messenger, the Facebook app and Instagram.

**Accounts Center** (Oncall: fx_core_infra)
Control settings for connected experiences such as logging in and sharing stories and posts across Messenger, the Facebook app and Instagram.

### Facebook Assistant

Info associated with your Facebook Assistant, such as contact pronunciations and relationships

**Your relationships** (Oncall: assistant_privacy_integrity)
View and delete relationships you've set on Portal

**Your Pronunciations** (Oncall: assistant_privacy_integrity)

View and delete pronunciations of names

**Reminders** (Oncall: assistant_privacy_integrity)
View and delete reminders you've set

### Facebook View

Information about your devices and preferences on Facebook View

**Devices** (Oncall: stella_app)     DYI Only
The serial number for each pair of glasses and associated preferences.

**Your voice interactions with Ray-Ban Stories** (Oncall: assistant_privacy_integrity)     DYI Only
Voice interactions on Assistant.

### Health professional

The information you provided to verify your status as a health professional

**Your country** (Oncall: preventive_health)
Your selected country of residence and practice

**Your profession type** (Oncall: preventive_health)
The profession you selected

**Your email address** (Oncall: preventive_health)
Your professional email, or email associated with your institution

**Your legal name** (Oncall: preventive_health)
Your legal name shown on official documentation

**Your medical license number** (Oncall: preventive_health)
The medical license number you provided

**Your state of licensure** (Oncall: preventive_health)
The state that issued your license

**Your GMC number** (Oncall: preventive_health)



# DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

Your unique seven-digit number as assigned by the GMC

**Your website or CV**   (Oncall: preventive_health)
The credentials you provided during the enrollment process

**Your medical specialty**   (Oncall: preventive_health)
The field of expertise you selected

**Your research domain**   (Oncall: preventive_health)
The field of expertise you selected

## Horizon Worlds
Info associated with Horizon Worlds, such as your avatar, and worlds you visited, liked, created and collaborated on.

**Your Horizon Worlds Avatar**   (Oncall: horizon_avatars)
Photos of your Horizon Worlds Avatar

**Worlds visited**   (Oncall: horizon_community)
Worlds you visited in Horizon Worlds

**World hops Played**   (Oncall: horizon_progression)
World Hops you played in Horizon Worlds

**Liked worlds**   (Oncall: horizon_community)
Worlds you liked in Horizon Worlds

**Recently nearby people**   (Oncall: se_people_connections)
Suggestions based on your activities with others in Horizon Worlds

**Worlds created**   (Oncall: horizon_community)
List of worlds you created in Horizon Worlds

**Worlds Collaborated On**   (Oncall: horizon_community)
List of worlds you collaborated on in Horizon

**World Progress**   (Oncall: horizon_progression)
List of saved progress from worlds you've visited, including high scores, levels and more.

**World Leaderboards**   (Oncall: horizon_progression)
List of leaderboards from worlds you've visited and have an entry in.

**Your Photos From Horizon Worlds**   (Oncall: horizon_community)
Photos you have taken in Horizon Worlds

**Your Posts From Horizon Worlds**   (Oncall: horizon_community)
Posts you have created in Horizon Worlds

**Horizon Worlds Goals**   (Oncall: horizon_community)
Your goals in Horizon Worlds

**Your Primary Connected Page For Horizon Worlds**   (Oncall: horizon_community)
Posts you have created in Horizon Worlds

**Saved Worlds**   (Oncall: horizon_community)
Worlds you saved in Horizon Worlds

## Journalist registration
The information you provided to verify your status as a journalist

**Your industry role**   (Oncall: news_credibility)
Your roles within the news industry you selected during the registration process

**Your professional email**   (Oncall: news_credibility)
The email address you provided during the registration process

**Your bylines**   (Oncall: news_credibility)
Your links to the news stories that list you as an author or contributor

**#1 Schema · DYI**



# DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

**Staff directory**  (Oncall: news_credibility)
The link to your news organization's staff directory

**Additional benefits**  (Oncall: news_credibility)
Your blue badge verification status and linked Instagram account for
safety and protections

## Neighborhoods
Neighborhoods you belong to, Neighborhoods profile data, and your
posts and comments within the neighborhoods you belong to

**Your Neighborhoods profile**  (Oncall: loco_www)
Any favorite places, interests and neighborhood you've added to your
Neighborhoods profile

**Neighborhoods activity**  (Oncall: loco_www)
Neighborhoods posts, comments, and reactions

**Your Neighborhoods moderator activity**  (Oncall: loco_www)
Any posts you've hidden or dismissed as a moderator

## Other personal information
Other information you've provided

**Your address books**  (Oncall: growth_contacts)
Contact information you've added for friends and other people

**Avatars**  (Oncall: avatar_content)
Access your Facebook Avatar

**Your reward cards**  (Oncall: merchant_loyalty)
Reward cards you own

## Facebook Portal
Info associated with your Portal, such as favorites and photos on
Superframe

**Your Portals**  (Oncall: portal_dyi_ayi)
Info associated with your Portal, such as favorites and photos on
Superframe

**Your Portal albums**  (Oncall: portal_discovery)
Albums created for your Portal

**Your Portal voice interactions**    (Oncall:
assistant_privacy_integrity)    DYI Only
Voice interactions from your Portal

## Profile information
Your contact information, information in your profile's About section,
your life events, hobbies and music

**Autofill information**  (Oncall: offsite_and_offline_payments_client)
The addresses, phone numbers and email addresses you've added to
the Facebook Mobile Browser for automatically completing forms

**Profile information**  (Oncall: profile_web)
Your name, birth date, work and education information    DYI Only
and places you've lived that you've added to your profile

**Page profile information**    (Oncall:
pages_admin_editing)    DYI Only
Your Page's name, website address, categories, contact
info, location info and Page admins

**Profile update history**  (Oncall: profile_web)    DYI Only

**Your Music**  (Oncall: profile_web)
Songs you've added to your profile

**Your Hobbies**  (Oncall: profile_web)



2          1

## DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

Hobbies you've added to your profile

**Basic profile**  (Oncall: work_profile_fields)                                DYI Only

**HR profile**  (Oncall: work_profile_fields)                                    DYI Only

**Jobs**  (Oncall: job_search)                                                   DYI Only
Information about job openings listed on your Page

**Services**  (Oncall: fb_appointments)                                          DYI Only
Information about the services listed on your Page.

**Friends and followers**                                                        1

### Friends and followers
Your friends on Facebook, friend requests, friends you see more and
see less, people you follow, and people who follow you

**Friends**  (Oncall: growth_friending)
People you are currently connected to

**Friend requests sent**  (Oncall: growth_friending)
Requests sent to others to ask them to be friends on Facebook

**Friend requests received**  (Oncall: growth_friending)
Requests from others asking you to be friends on Facebook

**Removed friends**  (Oncall: growth_friending)
People who you are no longer connected with on Facebook

**Who you follow**  (Oncall: pages_core_infra)
People, organizations, or businesses that you choose to see content
or posts from

**People who follow you**  (Oncall: profile_following)
People who follow you

**Friends You See Less**  (Oncall: profile_web)                                  DYI Only
Friends whose activity you've chosen to see less of on
Facebook

**Friends who rejected your**           (Oncall:                                 DYI Only
**friend request**                      growth_friending)
A list of people who have rejected your friend request

**Friends who removed you**  (Oncall: growth_friending)                          DYI Only
A list of people who have unfriended you

**Rejected friend requests**  (Oncall: growth_friending)                         DYI Only
A list of people you rejected a friend request from

**Logged information**                                                           13

### Activity messages
A history of your interactions messages on Facebook

**General**  (Oncall: goodwill_mc)                                               DYI Only
Messages about your activity you've received from
Facebook, including number of Friends or posts with the
most reactions

**Events Interactions**  (Oncall: events)                                        DYI Only
The number of times you've recently visited the Events
section of Facebook

**Group Interactions**  (Oncall: groups_platform)                                DYI Only
The number of times you've interacted with Groups on

3/2/22, 11:10 AM                                                                DYI Schema Tool



## DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

Facebook

**People and Friends**   (Oncall: profile_web)
People and friends you've interacted with, including comments and reactions                    DYI Only

### Bonuses
Information about bonus opportunities you've participated in

**Bonus opportunities you've started**   (Oncall: creator_incentive_platform)
Information about bonus opportunities you've begun                    DYI Only

### Location
Information related to your location

**Location history**   (Oncall: dac_lh_view_data_model)
A history of precise locations received through your devices

**Primary location**   (Oncall: home_prediction)
Your primary location

**Location Services Setting**   (Oncall: ursa_mobile)                    DYI Only

**Location history enabled setting**   (Oncall: lh_products)                    DYI Only

**Primary public location**   (Oncall: home_prediction)
Your primary location based on your public information and activity on Facebook                    DYI Only

**Last Location**   (Oncall: current_location)
Your most recent location determined by your device                    DYI Only

**Device Location**   (Oncall: home_prediction)
The service provider and country code associated with your device                    DYI Only

**Timezone**   (Oncall: growth_registration_confirmation_accounts)
Your timezone as determined by the devices you're using to access Facebook                    DYI Only

### Other logged information
Other information that Facebook logs about your activity

**Friend peer group**   (Oncall: core_dimensions_api)
Life stage description of your friends on Facebook

**Ads interests**   (Oncall: ad_preferences)
Your interests based on your Facebook activity and other actions that help us show you relevant ads

### Music recommendations
Song recommendations on Facebook based on genres of music you've interacted with.

**Music genres**   (Oncall: mpx)
Music genres you've interacted with on Facebook                    DYI Only

### Facebook News
Information about your activity and preferences for Facebook News

**Your topics**   (Oncall: news_compass_product)
Topics you chose to see more of on Facebook News.                    DYI Only

**See less topics**   (Oncall: news_compass_product)
Topics you chose to see less of on Facebook News.                    DYI Only

**Your locations**   (Oncall: news_compass_product)
Locations you see local news from based on your primary                    DYI Only

## DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

location and individual selections                                        DYI Only

**Articles viewed**  (Oncall: news_compass_product)           DYI Only
A list of links you opened from News

**Time spent**  (Oncall: feed_data_poseidon)                  DYI Only
Amount of time you've spent on News

**See less like this**  (Oncall: news_compass_product)
You chose to see fewer news items like these in Facebook News

**See more like this**  (Oncall: news_compass_product)
You chose to see more news items like these in Facebook News

### Notifications
A history of your notifications on Facebook

**Notifications**  (Oncall: onsite_notifications)             DYI Only

### Observed data
Data we have observed about you from your Facebook activity

**Things you have seen on**      (Oncall:
**Facebook**                     task_triage_videos)          DYI Only
Things you have viewed on facebook like profiles, pages,
videos, events, etc.

**Actions you have taken on**    (Oncall:
**Facebook**                     task_triage_videos)          DYI Only
Actions we have observed you performing on Facebook

**Metadata on your facebook**    (Oncall:
**usage**                        task_triage_videos)          DYI Only
Things that we have observed from your Facebook usage

### Privacy checkup
When you last started and finished a Privacy Checkup topic

**Interactions**  (Oncall: privacy_checkup)
When you last started and finished a Privacy Checkup topic

**Reminders**  (Oncall: privacy_checkup)
When you set up reminders and how often you've chosen to get them

### Your topics
A collection of topics determined by your activity on Facebook that is
used to create recommendations for you in different areas of
Facebook such as News Feed, News and Watch

**Your topics**  (Oncall: central_interest_graph)
A collection of topics determined by your activity on Facebook that is
used to create recommendations for you in different areas of
Facebook such as News Feed, News and Watch

**Topics you follow**  (Oncall: central_interest_graph)       DYI Only
Topics you have chosen to follow on Facebook

**Topics you see less**  (Oncall: central_interest_graph)     DYI Only
Topics you have chosen to see less on Facebook

### Search
A history of your searches on Facebook

**Your search history**  (Oncall: search_product)
Words, phrases and names you've searched for

**Videos you've searched for**  (Oncall: search_product)
Videos you've searched for

**Voice search history**  (Oncall: assistant_privacy_integrity)
A history of your voice search recordings and transcriptions on

2    1 

## DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

Facebook

### Sharing Alerts

A history of the alerts you saw when sharing news articles with other users on Facebook without opening the article first

**Sharing alerts**  (Oncall: feed_quality)
A history of the alerts you saw when sharing news articles with other users on Facebook without opening the article first      DYI Only

### Your interactions on Facebook

A history of your interactions on Facebook

**Recently Viewed**  (Oncall: task_triage_videos)
Items you've recently viewed on Facebook including articles, groups, Stories, Marketplace items, Live videos and more      DYI Only

**Recently Visited**  (Oncall: pymk_primary)
Areas of Facebook you've recently visited including people's profiles, Pages, groups and events      DYI Only

**Survey responses**  (Oncall: bi_ace)
Surveys you've completed about purchase experiences with businesses on Facebook.      DYI Only

## Security and login information      1

### Security and login information

Technical information and logged activity related to your account

**Your Facebook Activity History**  (Oncall: metrics_platform_time_spent)      DYI Only

A history of when you've accessed Facebook

**Where You're Logged In**  (Oncall: account_security_controls)
Periods of time you've been actively logged into Facebook

**Authorized Logins**  (Oncall: account_security_controls)
The computers and mobile phones you've saved to your Facebook account

**Logins and Logouts**  (Oncall: compromised_accounts_detection_and_measurement_infra)

A history of your logins and logouts on Facebook

**Login protection data**  (Oncall: compromised_accounts_detection_and_measurement_infra)      DYI Only

**Account status changes**  (Oncall: cadm_infra)      DYI Only

**Account activity**  (Oncall: compromised_accounts_detection_and_measurement_infra)      DYI Only

**Record details**  (Oncall: integrity_actions)
Details included in some administrative records      DYI Only

**IP address activity**  (Oncall: compromised_accounts_detection_and_measurement_infra)      DYI Only
Your recent activity from specific IP addresses

**Browser cookies**  (Oncall: cadm_infra)
Information from your browser cookies      DYI Only



# DYI

Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

**Email address verifications** (Oncall: growth_contacts)
A history of when you've verified your email address
DYI Only

**Mobile devices** (Oncall: app_ads_device_registry)
A list of mobile devices you used to log in
DYI Only

**Wi-Fi networks** (Oncall: fbc_permanet)
Wi-Fi networks you set up on your mobile device through Facebook

## Apps and websites off of Facebook

### Apps and websites off of Facebook
Apps you own and activity we receive from apps and websites off of Facebook

**Posts from apps and websites** (Oncall: platform_api)
Posts from the apps you've given permission to post on your behalf

**Your apps** (Oncall: platform_dev_management)
Apps you're the admin of

**Your Off-Facebook Activity** (Oncall: data_access_and_control)
Your activity from the businesses and organizations you visit off of Facebook

**Apps and websites** (Oncall: platform_login)
Apps and websites you've connected to your Facebook account

**Your news subscriptions** (Oncall: news_publisher_value_backend)
News accounts that you can use to browse and read news articles on Facebook

## Preferences

### Facebook settings
Your settings for things like privacy and language, and Pages templates and tabs information for any Pages you have

**Settings** (Oncall: privacy_control_infra)
Your settings
DYI Only

**Page settings** (Oncall: pages_consumer_experience_www)
Current settings for your Page
DYI Only

**Current template** (Oncall: pages_core_infra)
Information about the template currently active on your page
DYI Only

**Tabs** (Oncall: pages_consumer_experience_www)
Information about the tabs currently active in your page
DYI Only

### News Feed
Actions you've taken to customize your News Feed

**News Feed** (Oncall: profile_web)
Profiles and Pages you've chosen to see more or less of in your News Feed
DYI Only

**Interests** (Oncall: soap_onboarding_and_feed)
Interests you've prioritized in your News Feed

### Preferences
Actions you've taken to customize your experience on Facebook

**Face recognition** (Oncall: facer_data)

**DYI**



Status

Generate

Schema

Stuck Jobs

Switchboard

Ownership

Your face recognition settings allow you to choose if you want Facebook to be able to recognize you in photos and videos.

**Language and Locale**   (Oncall: internationalization)          DYI Only

**Live Video**             (Oncall:                              DYI Only
**Subscriptions**          live_video_platform)
Scheduled Live videos you've subscribed to

**Facebook Watch**  (Oncall: watch_server_foundation)
Videos on Facebook Watch you've chosen to see more or less of

---

**Ads information**                                                      2

**Ads information**
Your interactions with ads and advertisers on Facebook

**Payment history**   (Oncall: b2b_core)                          DYI Only
All previous payments made on the ads payment
account.

**Ads account settings**   (Oncall: ads_prod_infra)              DYI Only
Ads account settings

**Ads account user roles**   (Oncall: ads_prod_infra)            DYI Only
Valid users for this ad account and their roles.

**Ads information**
Your interactions with ads and advertisers on Facebook

**Advertisers who uploaded a contact list with**   (Oncall:
**your information**                                 ad_preferences)
Advertisers who run ads using a contact list they uploaded that
includes contact info you shared with them or with one of their data
partners

**Advertisers using your activity or**             (Oncall:
**information**                                     ad_preferences)
Advertisers can choose to show their ads to certain audiences. You
may see ads because an advertiser has included you in an audience
based on a list of information or your interactions with their website,
app or store. Advertisers can use or upload a list of information that
we can match to your profile.

**Information you've submitted to**   (Oncall:                   DYI Only
**advertisers**                        ad_preferences)
Information you've given to advertisers using a form
they've provided on Facebook

**Advertisers you've interacted**   (Oncall:
**with**                             ads_ranking_features)
Advertisers whose ads you've clicked on Facebook

**Ad groups**   (Oncall: ads_api)                               DYI Only
Ad group information, statistics, and ad versions.

# EXHIBIT B

| Data Type | Included in DYI/Deprecated |
|---|---|
| **Appended Data** defined as follows: (1) Data brokers (partner categories): public records, auto registration data, supermarket loyalty cards, retail purchases (e.g., Walmart), credit card purchases (Argus); (2) Advertisers (custom audiences, offline conversion measurement): Existing customer relationships, purchase history); and (3) Both (managed custom audiences, offline conversion measurement): Customized third-party data (usually opaque to FB). | **Included in DYI/Deprecated**.  For (1), "partner categories" were deprecated in 2018. For (2) and (3), information about custom audiences, managed custom audiences, and ad interactions/pixel data for offline conversion measurement is included in DYI. |
| **Behavioral Data** defined as follows: (1) Web pixels (conversion pixel, website custom audiences).  Includes website browsing behavior, explicit actions (likes, logins) off FB; (2) Web SDK (like button, FB login) Includes website browsing behavior, explicit actions (likes, logins) off FB; (3) Mobile SDK (app integrations, app installs, app events, autofill/payments) Includes mobile apps installed, explicit actions (likes, logins) off FB; and (4) Onavo.  Includes opt-in panel: all device network activity. | **Included in DYI/Deprecated**.  For (1), (2), and (3), this information is included in the DYI file.  We note that the reference to "autofill/payments" is unclear, so we are unable to confirm whether it is in DYI.  For (4), Onavo was deprecated in early 2019 and any associated data would either have been largely duplicative of app data received through the mobile SDK or was not associated with particular users. |
| **FBX**.  FB establishes a match table between a FB user and a 3P ad server's cookie.  This enables the 3P to show ads on FB to users that have visited websites where the 3P has placed one or their cookies on the user's browser.  The cookie sync is triggered by the 3P (it calls a FB endpoint) and is matched against FB's FR cookie. | **Deprecated**. FBX was deprecated in 2016. |
| **Custom audiences**: We allow advertisers to upload lists of their customers to have ads shown to them on FB.  We create custom audiences today based on email addresses, phone numbers, FB user IDs, and Apple iOS IDFAs.  We also allow mobile app developers to create custom audiences based on information that they have provided to FB via the FB mobile SDKs. | **Included in DYI**.  See above. |

| | |
|---|---|
| **FB Mobile SDKs**.  Developers can choose to send information about how their users interact with their apps to FB.  Developers can set up "custom app events" within their app using the FB Mobile SDKs.  When a user does a pre-defined action, developers can have the FB SDK send each activity to FB.  We log that information to court app installs and aggregate them for app analytics.  By default, the SDK is set to report installs only (though the developer can turn this off).  Tracking is done with Apple's IDFA or with FB's SDK attribution ID on Android. | **Included in DYI**.  See above. |
| **Conversion tracking**. Websites can implement a FB pixel that is triggered when users land on specific pages.  The pixel sends information from the user's FR cookie to FB and we attribute the conversion with a specific ad. | **Included in DYI**.  Ad interactions/pixel data included in DYI. |
| **Website custom audiences**.  Websites can implement a FB pixel (different from conversion tracking) that is triggered when users land on specific pages.  The pixel sends information from the user's FR cookie to FB.  FB resolves that info back to a specific user and FB places that user into a custom audience for that advertiser.  Users can opt-out of this process through a cookie-based opt-out accessible from the Ads privacy settings page on FB. | **Included in DYI**.  See above. |
| **Partner categories**.  FB partners with select data partners and allows that to create custom audiences based on their own data.  These custom audiences (called "Partner Categories") are then available for use by any advertiser on FB.  Data partners include ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ partner-specific opt-outs. | **Deprecated**.  Partner categories were deprecated in 2018. |

| | |
|---|---|
| **Offline measurement (via partners)**.  FB works with ██████████████ to help advertisers measure the effectiveness of their ads at driving in-store sales.  FB provides partners with ad exposure data.  Partners then use in-store sales data provided by retailers to the data partner to measure the sales lift from users that saw ads for the products being advertised. | **No user-level data**.  Offline measurement via partners does not involve FB receiving user-level data. |
| **Offline measurement (directly with FB)**.  Similar to the previous offline measurement product, except without an intermediary partner.  Advertisers (usually retailers) provide transaction data directly to FB and we generate the sales lift reports for the advertiser. | **Included in DYI**.  See above. |
| **Argus**.  FB uses Argus dataset on credit card transactions to build models on buying habits of certain types of users.  We are currently not using this [in] any production systems. | **Does not exist**.  Facebook terminated its testing of data provided by Argus in 2015. |
| **Other data sets**.  FB occasionally acquires data sets to help inform different user models. ██████████████████████████████████ ██████████████████████████████████ ████████████████████ n all cases, none of ████ vel. | **No user-level data.** ███████████████████ ██████████████████████████ User zip codes are included |

# EXHIBIT C

Below is a summary of the DYI files produced for the current and former named plaintiffs in this case, that describes the categories of "discoverable user data" in each file identified by Judge Corley in Discovery Order No. 9: (1) data collected from a user's on-platform activity, (2) data obtained from third parties regarding a user's off-platform activities, and (3) data inferred from a user's on or off-platform activity. On (3), DYI includes data that, as a factual matter, makes use of a user's on or off-platform activity. Whether that data constitutes inferred data is a legal question on which we do not take a position for the purpose of trying to identify data in this category.

# EXHIBIT D