# Exhibit 42

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4

5    IN RE:                     ) MDL No. 2843
                                )
6    FACEBOOK, INC. CONSUMER ) Case No. 18-md-02843-
     PRIVACY USER PROFILE    )         VC-JSC
7    LITIGATION              )
     _____)

8

9
                     HIGHLY CONFIDENTIAL
10
                   ATTORNEYS' EYES ONLY
11
              SPECIAL MASTER:  DANIEL GARRIE
12

13                   REMOTE HEARING

14            (Via Zoom Videoconference)

15            Wednesday, March 9, 2022

16

17

18   REPORTED BY:  Michelle Milan Fulmer
                   CSR No. 6942, RPR, CRR, CRC

19

20

21

22

23

24

25

                                         Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4

5    IN RE:                    ) MDL No. 2843

                               )

6    FACEBOOK, INC. CONSUMER ) Case No. 18-md-02843-

     PRIVACY USER PROFILE      )          VC-JSC

7    LITIGATION                )

     _____)

8

9

10       Remote hearing taken before Michelle Milan

11   Fulmer, a Certified Shorthand Reporter for the

12   State of California, commencing at 10:20 a.m.,

13   Pacific Standard Time, Wednesday, March 9, 2022.

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page  2

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    APPEARANCES OF COUNSEL:
 2
 3    FOR PLAINTIFFS:
 4          BLEICHMAR FONTI & AULD
            BY:  Lesley Weaver, Esq.
 5               Anne K. Davis, Esq.
            555 12th Street, Suite 1600
 6          Oakland, California 94607
            TEL:  (415) 445-4003
 7          EMAIL:  lweaver@bfalaw.com
                     adavis@bfalaw.com
 8          (Via Zoom Videoconference)
 9
            KELLER ROHRBACK, LLP
10          BY:  Derek W. Loeser, Esq.
                 Cari Campen Laufenberg, Esq.
11          1201 Third Avenue, Suite 3200
            Seattle, Washington 98101
12          TEL:  (206) 623-1900
            EMAIL:  dloeser@kellerrohrback.com
13                   claufenberg@kellerrohrback.com
            (Via Zoom Videoconference)
14
15    FOR DEFENDANT:
16          GIBSON DUNN & CRUTCHER
            BY:  Martie Kutscher Clark, Esq.
17          1881 Page Mill Road
            Palo Alto, California 94304-1211
18          TEL:  (650) 849-5348
            EMAIL:  mkutscherclark@gibsondunn.com
19          (Via Zoom Videoconference)
20
            GIBSON DUNN & CRUTCHER
21          BY:  Rosemarie Ring, Esq.
            555 Mission Street, Suite 3000
22          San Francisco, California 94105
            TEL:  (415) 393-8247
23          EMAIL:  rring@gibsondunn.com
            (Via Zoom Videoconference)
24
25
```

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    FOR DEFENDANT:

 2          FACEBOOK LEGAL
            BY:   Ian Chen, Esq.
 3                Sandeep Solanki, Esq.
            1 Hacker Way
 4          Menlo, California 94025
            EMAIL:  ianchen0@fb.com
 5          (Via Zoom Videoconference)

 6

      ALSO PRESENT:
 7

            Michael Mann
 8          David Ko
            (Via Zoom Videoconference)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1               Wednesday, March 9, 2022

2                 10:20 a.m. - 2:28 p.m.

3                         * * *

4          MR. GARRIE:  We will go on the record.

5   We will take breaks for the court reporter's sake

6   every 45 minutes to an hour basis.  I lose track of

7   time, Michelle.  So you need to tell me because I

8   get engrossed in something and time becomes

9   irrelevant.  So if you would just kindly remind me.

10  It's not that I don't want to give anybody a break.

11  It's just that I get -- I lose track of time.  So I

12  apologize.

13          So on the record, let's just test

14  everybody's audio for the record.

15          Mr. Patel, just say a couple words.

16          MR. PATEL:  Hello, everybody.

17           MR. GARRIE:  Court Reporter, we're good?

18           THE COURT REPORTER:  Yes.

19           MR. GARRIE:  Okay.  Mr. Zarashaw.

20           MR. ZARASHAW:  Good morning.

21           MR. GARRIE:  We're good.

22           Mr. Mitchell.

23           MR. MITCHELL:  Good morning.

24           MR. GARRIE:  Mr. Clark.

25           MR. CLARK:  Good morning.

                                          Page 5

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1     MR. GARRIE:  All right.  This is

2   Special Master Daniel Garrie.

3        The purpose of today's hearing is to

4   discuss, and only today, hopefully no further

5   hearings are necessary, regarding named plaintiff

6   data that was the order that was issued and

7   attempting to identify and figure out what are the

8   appropriate scope of data within the discoverable

9   data pursuant to the court's order relating to the

10   named plaintiff data that is to be produced in this

11   litigation.

12        Today's format is I will largely be asking

13   questions of the engineers.  I have invited counsel

14   for Facebook to object if I go into anything of a

15   privileged nature as well as instructed the

16   witnesses to ask if they have any questions, to ask

17   any clarifying questions; if they think something

18   they're saying may be privileged, to ask to speak to

19   counsel.  We have breakout rooms.  We'll go

20   accordingly and have those conversations.

21        With all of that said, I first want to just

22   officially on the record recognize and thank

23   Facebook for accommodating an accelerated timeline

24   for a very complex set of problems.  I don't want

25   to -- I realize litigation has been going on for

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    some time.  I realize there's a lot of history here,

2    but I also recognize that two weeks isn't a lot of

3    time to answer all of the questions, or even a month

4    to answer in detail the technical questions that

5    I've asked.

6            So the answers and data that has been

7    provided is very helpful.  I want to thank Facebook

8    for making that effort, making the engineering

9    resources available.  It's certainly helping

10   expedite things and move things along and I wanted

11   to officially recognize that on the record.

12           With that said, counsel will not be asking

13   questions.  If there is a burning desire for counsel

14   to ask a question, you can raise your hand and I

15   will, when I'm done with my questions, invite

16   questions accordingly and, if I think they're

17   appropriate, then we will ask them.  Nobody will ask

18   the engineers questions, but me.

19           I did invite counsel for plaintiffs to

20   provide questions and material and I reviewed them.

21   Some of them I think are relevant.  Some I do not.

22   I will use them accordingly.  I do want to thank

23   plaintiffs as well for going out of their way to

24   help identify appropriate questions as it relates to

25   this issue we have before us now.

Page 7

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          With all of that said, I'm going to jump

2    right in to lay out the format of how I'm --

3          MS. WEAVER:  I apologize for interrupting,

4    but do you want to swear in the witnesses?

5          MR. GARRIE:  I will.  Thank you for

6    reminding me.  I often forget.  There's usually a

7    court reporter and I'm not the one usually doing it.

8    So there's usually --

9          Would the court reporter swear in?  I guess

10   I don't know if we can group swear in, but whatever

11   is comfortable, however the court reporter thinks

12   best, swear in the witnesses.

13         THE COURT REPORTER:  Okay.  And,

14   Mr. Garrie, are you going to be asking questions

15   of Mr. Patel, and then the next time Mr. Clark,

16   et cetera?

17         MR. GARRIE:  Oh, no.

18         THE COURT REPORTER:  Oh, okay.

19         MR. GARRIE:  It's going to be a

20   free-for-all.  I'm not sure who knows what.  So I

21   don't want to -- they know way more about Facebook

22   and the engineering systems than I ever will.  So I

23   don't know which one of the four will be best

24   situated.  So I'll direct the question to who I

25   believe and they can go around and say, "I have

Page 8

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1   same, as appropriate.

2            MS. RING:   Thank you.

3            Look, the desire is to have a helpful

4   response.   It's easier to do that with a little more

5   time.   That's all.   So thank you.

6            MR. GARRIE:   Yeah.   Noted for the record,

7   certainly.

8            And we'll go off the record here, unless

9   anybody has anything else to say.

10                            ***

11      (Whereupon, the hearing ended at 2:28 p.m. PST)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 159

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1                    CERTIFICATION OF COURT REPORTER

2                              FEDERAL JURAT

3

4              I, the undersigned, a Certified Shorthand

5      Reporter of the State of California do hereby

6      certify:

7                  That the foregoing proceedings were taken

8      before me at the time and place herein set forth;

9      that any witnesses in the foregoing proceedings,

10     prior to testifying, were placed under oath; that a

11     verbatim record of the proceedings was made by me

12     using machine shorthand which was thereafter

13     transcribed under my direction; further, that the

14     foregoing is an accurate transcription thereof.  I

15     further certify that I am neither financially

16     interested in the action nor a relative or employee

17     of any attorney of any of the parties.

18                  IN WITNESS WHEREOF, I have this date

19     subscribed my name:  Date:  March 14, 2022.

20

21

22

23

24          Michelle Milan Fulmer

25          CSR 6942, RPR, CRR, CRC


                                              Page 160