# Exhibit 43

DOCUMENT SOUGHT TO BE FILED UNDER SEAL