# Exhibit 45

| | |
|---|---|
| **From:** | Chris Springer |
| **To:** | Swanson, Alexander; Anne Davis; Kutscher Clark, Martie; Falconer, Russ; Josh Samra; Mumm, Laura C.; Stein, Deborah L.; Snyder, Orin; Lipshutz, Joshua S.; Herbert, Kelly E. |
| **Cc:** | Lesley Weaver; Derek Loeser; David Ko; Cari Laufenberg; Matt Melamed; Benjamin Gould; Adele A. Daniel; Sarah R. Skaggs; Cesar Tamondong; Angelica Ornelas |
| **Subject:** | RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation - Plaintiffs' Fifth Set of Requests for Production |
| **Date:** | Thursday, November 4, 2021 2:26:13 PM |

**[WARNING: External Email]**

Hi Alex,

We are available to meet and confer from 3 to 5 pm on Monday, November 8.

Chris

--
Chris Springer
Keller Rohrback L.L.P.
Phone: (805) 456-1496
Fax: (805) 456-1497
Email: cspringer@kellerrohrback.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

---

**From:** Swanson, Alexander <ASwanson@gibsondunn.com>
**Sent:** Thursday, November 4, 2021 8:57 AM
**To:** Anne Davis <adavis@bfalaw.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>; Mumm, Laura C. <LMumm@gibsondunn.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Herbert, Kelly E. <KHerbert@gibsondunn.com>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@KellerRohrback.com>; David Ko <dko@KellerRohrback.com>; Cari Laufenberg <claufenberg@KellerRohrback.com>; Matt Melamed <mmelamed@bfalaw.com>; Benjamin Gould <bgould@KellerRohrback.com>; Chris Springer <cspringer@KellerRohrback.com>; Adele A. Daniel <ADaniel@KellerRohrback.com>; Sarah R. Skaggs <sskaggs@KellerRohrback.com>; Cesar Tamondong <ctamondong@bfalaw.com>; Angelica Ornelas <aornelas@bfalaw.com>
**Subject:** RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation - Plaintiffs' Fifth Set of Requests for Production

Counsel,

We previously requested your availability to meet and confer regarding Plaintiffs' responses and objections to Facebook's interrogatories and RFPs and have not received a response.  Our team members who focus on Facebook's discovery requests are available after 2 pm PT on Friday, as well as at after 12 pm PT on Monday (11/8) and between 9 am and 12 pm PT on Tuesday (11/9).  Please let us know if any of these times work for you.

Thanks,
Alex

**Alexander P. Swanson**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7907 • Fax +1 213.229.6907
ASwanson@gibsondunn.com • www.gibsondunn.com

---

**From:** Swanson, Alexander
**Sent:** Thursday, October 28, 2021 9:10 AM
**To:** 'Anne Davis' <adavis@bfalaw.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>; Mumm, Laura C. <LMumm@gibsondunn.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Herbert, Kelly E. <KHerbert@gibsondunn.com>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@kellerrohrback.com>; David Ko <dko@kellerrohrback.com>; Cari Laufenberg <claufenberg@kellerrohrback.com>; Matthew Melamed <mmelamed@bfalaw.com>; Benjamin Gould <bgould@KellerRohrback.com>; Chris Springer <cspringer@kellerrohrback.com>; Adele Daniel <adaniel@kellerrohrback.com>; Sarah R. Skaggs <sskaggs@KellerRohrback.com>; Cesar Tamondong <ctamondong@bfalaw.com>; Angelica Ornelas <aornelas@bfalaw.com>
**Subject:** RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation - Plaintiffs' Fifth Set of Requests for Production

Anne,
Facebook is available to meet and confer regarding its R&Os on Wednesday, November 3, at 1 pm PT.

We would also like to meet and confer regarding Plaintiffs' R&Os to Facebook's last round of interrogatories and RFPs.  We are available on November 1 after 12 pm PT and on November 2 after 11 am PT.  Please let us know if either of those windows work for you.

Thanks,
Alex

**Alexander P. Swanson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7907 • Fax +1 213.229.6907
ASwanson@gibsondunn.com • www.gibsondunn.com

---

**From:** Anne Davis <adavis@bfalaw.com>
**Sent:** Wednesday, October 27, 2021 3:56 PM
**To:** Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>; Mumm, Laura C. <LMumm@gibsondunn.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Herbert, Kelly E. <KHerbert@gibsondunn.com>; Swanson, Alexander <ASwanson@gibsondunn.com>
**Cc:** Lesley Weaver <lweaver@bfalaw.com>; Derek Loeser <dloeser@kellerrohrback.com>; David Ko <dko@kellerrohrback.com>; Cari Laufenberg <claufenberg@kellerrohrback.com>; Matthew Melamed <mmelamed@bfalaw.com>; Benjamin Gould <bgould@KellerRohrback.com>; Chris Springer <cspringer@kellerrohrback.com>; Adele Daniel <adaniel@kellerrohrback.com>; Sarah R. Skaggs <sskaggs@KellerRohrback.com>; Cesar Tamondong <ctamondong@bfalaw.com>; Angelica Ornelas <aornelas@bfalaw.com>
**Subject:** RE: In re Facebook, Inc. Consumer Privacy User Profile Litigation - Plaintiffs' Fifth Set of Requests for Production

[WARNING: External Email]

Martie-

Following up, Plaintiffs are available to meet and confer regarding Facebook's R&Os tomorrow 2:30-4:00 PT, next Tuesday between 12:00-2:00 PT, or next Wednesday after 10am PT. Please let us know if any of those times work for your team, or provide next week's availability for this topic.

Regards,

Anne Davis

BLEICHMAR FONTI & AULD LLP
555 12th St., Suite 1600, Oakland, CA 94607
415.445.4016 | adavis@bfalaw.com

---

**From:** Anne Davis <adavis@bfalaw.com>
**Sent:** Thursday, October 21, 2021 3:13 PM
**To:** Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Josh Samra <jsamra@bfalaw.com>; Mumm, Laura C. <LMumm@gibsondunn.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Herbert, Kelly E.