| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC-JSC <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** <br><br> Judge:  Hon. Vince Chhabria and <br> Hon. Jacqueline Scott Corley <br> Courtroom:  4, 17th Floor |

# [PROPOSED] ORDER

Having considered Facebook, Inc.'s Administrative Motion, the declaration filed by the Designating Party, and GOOD CAUSE APPEARING, the Court GRANTS the motion and ORDERS the following material be filed under seal:

| Document | Portions Sought to be Sealed | Basis for Sealing | Ruling |
|---|---|---|---|
| Stein Decl., ISO Opp. of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder to Plaintiffs' Motion for Sanctions | Portions of paragraphs 12c.–d., 15.qq. | Contains Plaintiffs' personally identifiable information, private web browsing history, and private information collected and inferred from their interactions on and off the Facebook platform | |
| Ex. 41 to the Stein Decl. | Ex. C to Ex. 41 | Contains Plaintiffs' personally identifiable information, private web browsing history, and private information collected and inferred from their interactions on and off the Facebook platform | |
| Ex. 43 to the Stein Decl. | Entire document | Contains Plaintiff's personally identifiable information, private web browsing history, and private information collected and inferred from interactions on and off the Facebook platform | |

**IT IS SO ORDERED.**

Date: _____   _____
Hon. Vince Chhabria
United States District Judge