**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | **MDL NO. 2843**<br><br>CASE NO. 3:18-MD-02843-VC-JSC<br><br>HON. VINCE CHHABRIA<br>HON. JACQUELINE SCOTT CORLEY<br>COURTROOM 4 – 17TH FLOOR<br>SPECIAL MASTER, DANIEL GARRIE, ESQ.<br><br>**AMENDED ORDER REGARDING SEARCH STRINGS FOR MARK ZUCKERBERG AND SHERYL SANDBERG CUSTODIAL SOURCES** |

**AMENDED ORDER REGARDING SEARCH STRINGS FOR MARK ZUCKERBERG AND SHERYL SANDBERG CUSTODIAL SOURCES**

## ORDER

Pursuant to the Order Following March 11, 2022 Hearing Regarding Searching Mark Zuckerberg and Sheryl Sandberg Custodial Sources, Facebook provided the richness analysis results for the search strings proposed by Plaintiffs and Facebook. See Exhibit A. After reviewing the richness analysis results, Special Master Garrie orders Facebook to produce the responsive, non-privileged files that hit on the following search strings:

| | |
|---|---|
| PL-1 | PL-32 |
| PL-2 | PL-33 |
| PL-8 | PL-35 |
| PL-9 | FB-2 |
| PL-11 | FB-6 |
| PL-13 | FB-8 |
| PL-15 | FB-9 |
| PL-16 | FB-11 |
| PL-17 | FB-12 |
| PL-19 | FB-15 |
| PL-21 | FB-18 |
| PL-23 | FB-20 |
| PL-24 | PL-32 |
| PL-27 | PL-33 |
| PL-30 | PL-35 |

For search strings in the list above that hit on fewer than 5,000 documents (including families), Facebook is to review all of the documents hitting on the search strings as well as their family members. For search strings in the list above that hit on 5,000 or more documents (including families), Facebook may initially review only the search string hit documents and not any family member documents that do not hit on search strings. Facebook is to make weekly rolling productions and complete production from the Mark Zuckerberg and Sheryl Sandberg custodial sources no later than May 27, 2022.

Special Master Garrie notes that four of the search strings Facebook proposed had a richness of 0% based on Facebook's analysis of a sample of the results. For this reason Special Master Garrie finds

**AMENDED ORDER REGARDING SEARCH STRINGS FOR MARK ZUCKERBERG AND SHERYL SANDBERG CUSTODIAL SOURCES**

that it may be appropriate to run additional search strings after the parties have had a chance to review the results of the current search strings. No later than June 3, 2022, Plaintiffs and Facebook are each to propose three additional strings for the Mark Zuckerberg and Sheryl Sandberg custodial sources. The lists of proposed search strings are to include a one sentence explanation as to why the proposing party believes the search string should be included. The parties may object to additional proposed search strings within three days.

No later than June 10, 2022, Facebook is to perform a richness analysis on the additional search strings and provide the results to Special Master Garrie and Plaintiffs. No later than June 24, 2022, Facebook is to produce responsive, non-privileged files that hit on the additional search strings with a richness of 10% or higher.

IT IS SO ORDERED.

April 22, 2022

_____
Daniel Garrie
Discovery Special Master

**AMENDED ORDER REGARDING SEARCH STRINGS FOR MARK ZUCKERBERG AND SHERYL SANDBERG CUSTODIAL SOURCES**