Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Judge: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom: 4, 17th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), Plaintiffs hereby submit this Administrative Motion to Consider Whether Another Party's Materials Should be Sealed.

|   | **Document** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
| 1 | Plaintiffs' Reply in Support of Motion for Sanctions | Portions of Plaintiffs' Reply include material Facebook has designated Confidential under the Protective Order in this action. | Designating party to provide evidence, per Local Rule 79-5(f) |
| 2 | Declaration of Lesley E. Weaver and Derek W. Loeser in Support of Plaintiffs' Reply in Support of Motion for Sanctions | Portions of the Declaration include material Facebook has designated Confidential under the Protective Order in this action. | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Exhibits 71, 72, 73, 74, 86, and 87 to the Declaration of Lesley E. Weaver and Derek W. Loeser in Support of Plaintiffs' Reply in Support of Motion for Sanctions | Entire documents | Defendant to provide evidence, per Local Rule 79-5(f) |

Because the following documents contain, reference, or summarize materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action, Plaintiffs files the documents provisionally under seal. Pursuant to Local Rule 79-5(f)(3), Defendant, as the Designating Party, bears the responsibility to establish that its designated material is sealable.

Dated: April 25, 2022                                                            Respectfully submitted,

**KELLER ROHRBACK L.L.P.**                                              **BLEICHMAR FONTI & AULD LLP**

By:     */s/ Derek W. Loeser*                                                   By:     */s/ Lesley E. Weaver*
       Derek W. Loeser                                                                          Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                    Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)        Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                               Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*                      Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                                     Joshua D. Samra (SBN 313050)
1201 Third Avenue, Suite 3200                                     555 12th Street, Suite 1600
Seattle, WA 98101                                                        Oakland, CA 94607
Tel.: (206) 623-1900                                                      Tel.: (415) 445-4003
Fax: (206) 623-3384                                                      Fax: (415) 445-4020
dloeser@kellerrohrback.com                                        lweaver@bfalaw.com
claufenberg@kellerrohrback.com                                 adavis@bfalaw.com
dko@kellerrohrback.com                                             mmelamed@bfalaw.com
adaniel@kellerrohrback.com                                        aornelas@bfalaw.com
bgould@kellerrohrback.com                                        jsamra@bfalaw.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of April, 2022, at Seattle, Washington.

By: */s/ Derek W. Loeser*
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Derek W. Loeser, hereby certify that on April 25, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filings to be delivered to counsel for Defendant Facebook, Inc. via electronic mail.

*/s/ Derek W. Loeser*
Derek W. Loeser