Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF DEREK W. LOESER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria and Hon. Jacqueline Scott Corley<br>Courtroom: 4, 17th Floor |

I, Derek W. Loeser, declare and state as follows:

1. I am a partner at the law firm of Keller Rohrback L.L.P., and co-lead counsel to plaintiffs in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC-JSC (N.D. Cal.). I am a member in good standing of the bar of the State of Washington and am admitted *pro hac vice* in the above-captioned matter.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. This declaration is made in support of the Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed.

4. True and correct copies of the following documents are attached as follows:

   (1) A true and correct **unredacted** copy of Plaintiffs' Reply in Support of Motion for Sanctions is attached hereto.

   (2) A true and correct **unredacted** copy of the Declaration of Lesley E. Weaver and Derek W. Loeser in Support of Plaintiffs' Reply in Support of Motion for Sanctions is attached hereto.

   (3) A true and correct **unredacted** copy of Exhibit 71 to the Declaration is attached hereto.

   (4) A true and correct **unredacted** copy of Exhibit 72 to the Declaration is attached hereto.

   (5) A true and correct **unredacted** copy of Exhibit 73 to the Declaration is attached hereto.

   (6) A true and correct **unredacted** copy of Exhibit 74 to the Declaration is attached hereto.

   (7) A true and correct **unredacted** copy of Exhibit 86 to the Declaration is attached hereto.

   (8) A true and correct **unredacted** copy of Exhibit 87 to the Declaration is attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of April 2022, in Seattle, Washington.

By: _____
Derek W. Loeser