# Exhibit 70

**Pages 1 - 18**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Judge

```
                                    )
                                    )
IN RE:  FACEBOOK, INC.              )  NO. 18-MD-02843 VC
        CONSUMER PRIVACY USER       )
        PROFILE LITIGATION.         )
                                    )
                                    )
```

                                  San Francisco, California
                                  Friday, September 4, 2020

**TRANSCRIPT OF REMOTE VIDEO PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
                KELLER ROHRBACK LLP
                1201 Third Avenue - Suite 3200
                Seattle, Washington 98101
       BY:    **DEREK LOESER, ESQ.**
                **CARI LAUFENBERG, ESQ.**
                **DAVID KO, ESQ.**

                KELLER ROHRBACK LLP
                555 12th Street - Suite 1600
                Oakland, California 94607
       BY:    **LESLEY WEAVER, ESQ.**
                **ANGELICA ORNELAS, ESQ.**
                **ANNE K. DAVIS, ESQ.**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

Reported By:   Ruth Levine Ekhaus, RDR, FCRR
                Official Reporter, CSR No. 12219

1  **APPEARANCES**:  (CONTINUED)

2  For Defendants:
                GIBSON, DUNN & CRUTCHER LLP
3                 333 South Grand Avenue
                Los Angeles, California 90071
4         **BY:  DEBORAH STEIN, ESQ.**

5                 GIBSON, DUNN & CRUTCHER LLP
                555 Mission Street - Suite 300
6                 San Francisco, California 94105
        **BY:  MARTIE KUTSCHER CLARK, ESQ.**
7
                GIBSON, DUNN & CRUTCHER LLP
8                 2100 MCKINNEY AVENUE - SUITE 1100
                Dallas, Texas 75201
9         **BY:  RUSSELL FALCONER, ESQ.**

10                GIBSON, DUNN & CRUTCHER LLP
                200 Park Avenue
11                 New York, New York 10166-0193
        **BY:  ORIN SNYDER, ESQ.**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | **MR. KO:**  Good morning, Your Honor.  David Ko, Keller |
| 2 | Rohrback, also on behalf of plaintiffs.  Good to see you again. |
| 3 | **THE COURT:**  Good morning. |
| 4 | **MS. LAUFENBERG:**  Good morning, Your Honor.  Cari |
| 5 | Laufenberg, Keller Rohrback, also on behalf of plaintiffs. |
| 6 | **THE COURT:**  Good morning.  All right.  And for -- |
| 7 | **MS. STEIN:**  Good morning, Your Honor. |
| 8 | We lost Mr. Snyder.  He was here a moment ago.  So, |
| 9 | hopefully, Mr. Snyder will be re-elevated back in, but Orin |
| 10 | Snyder, Deborah Stein, Russ Falconer, and Martie Kutscher Clark |
| 11 | for defendant Facebook. |
| 12 | **THE COURT:**  All right.  Good morning. |
| 13 | Well, thank you for your statement.  What I want to do is |
| 14 | set certain deadlines so that things will move forward. |
| 15 | With respect to the ADI, what I would like -- tell me |
| 16 | why -- I would like the parties to submit a stip by |
| 17 | September 11th as to how that's going to be processed.  So you |
| 18 | said you're close to agreement.  Great.  I want the stip.  So |
| 19 | I'm actually ordering you to agree.  I want a stip by |
| 20 | September 11th.  Okay? |
| 21 | With respect to plaintiffs' data outside Facebook, that's |
| 22 | what the brief has to do with, right, about the scope of |
| 23 | discovery.  You are aware, I assume, that I think as of January |
| 24 | Facebook added a tool that allows people to see their outside |
| 25 | Facebook data.  I think it goes back only 180 days.  Everyone |