# Exhibit 71

# Redacted in its Entirety