# Exhibit 72

# Redacted in its Entirety