# Exhibit 73

# Redacted in its Entirety