# Exhibit 74

# Redacted in its Entirety