# Exhibit 75

Daniel Garrie
10/15/2021 10:47 AM
Counsel,

I want to ask, would the parties have any objection to my adding Michael Mann to serve as a Clerk to assist me as Special Master at $525/hour?  He is an NYU undergrad and law graduate and has worked with me on dozens of disputes as a Clerk over the past six-plus years.  He has no conflicts with any of the parties or lawyers. I am happy to provide more details or arrange for you to speak with him if you have any further questions, but I know that having him as a resource will allow me to be more efficient and effective in resolving issues as they arise. Thoughts?

Regarding the ADI issue, I have had a chance to reflect on the conversations and emails exchanged between the parties and I am Ordering the following.

1.      The parties are to submit a statement concerning the ADI issues in five business days. The statement is to contain the following.
Issue: Plain language
Example of issue: Example explaining the issue (no more than one paragraph)
Parties position: (no more than two paragraphs)

2.      The parties are to submit a statement within three business days of completing Step 1. The statement is to state their position on each issue (no more than one paragraph).

3.      The parties will work with JAMS to make themselves available for a three-hour hearing on 10/29, 11/1, or 11/2. . At the Hearing,  I hope to resolve the ADI issues and either rule or subsequently thereafter.

I am happy to reduce the above email Order to a formal order at the request of either party, if in the next three calendar days.  Finally, the parties may elect to resolve the ADI issue discussed briefly at the Hearing yesterday and in the email exchanges.

Special Master Daniel Garrie