# Exhibit 79

**AMENDED TRANSCRIPT**

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3         Before The Honorable Vince Chhabria, Judge

4

5   IN RE:  FACEBOOK, INC.,        )  No. 18MD02843-VC
      CONSUMER PRIVACY USER        )
6     PROFILE LITIGATION,          )
   _____)
7
                                   San Francisco, California
8                                  Wednesday, March 30, 2022

9

10   TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
              RECORDING 2:10 - 2:29 = 19 MINUTES

11

APPEARANCES:
12

For Plaintiffs:
13                           Bleichmar, Fonti & Auld, LLP
                             555 12th Street, Suite 1600
14                           Oakland, California 94607
                      BY:    LESLEY E. WEAVER, ESQ.
15                           ANNE KATHLEEN DAVIS, ESQ.

16                           Keller Rohrback, LLP
                             1201 Third Avenue, Suite 3200
17                           Seattle, Washington 98101
                      BY:    DEREK W. LOESER, ESQ.
18                           DAVID J. KO, ESQ.
                             CARI CAMPEN LAUFENBERG, ESQ.
19

20

21

22

23          (APPEARANCES CONTINUED ON NEXT PAGE.)

24

25

2

```
 1   APPEARANCES:   (Cont'd.)

 2   For Plaintiffs:
                               Keller Rohrback, LLP
 3                             300 Lakeside Drive, Suite 1000
                               Oakland, California 94612
 4                       BY:   BENJAMIN B. GOULD, ESQ.

 5   For Defendant:
                               Gibson, Dunn & Crutcher, LLP
 6                             333 South Grand Avenue
                               Los Angeles, California 90071
 7                       BY:   DEBORAH L. STEIN, ESQ.

 8                             Gibson, Dunn & Crutcher, LL
                               200 Park Avenue
 9                             New York, New York 10166
                         BY:   ORIN SNYDER, ESQ.
10
                               Gibson, Dunn & Crutcher, LLP
11                             555 Mission Street, Suite 3000
                               San Francisco, California
12                               94105
                         BY:   ROSEMARIE T. RING, ESQ.
13
                               Gibson, Dunn & Crutcher, LLP
14                             2100 McKinney Avenue
                               Suite 1100
15                             Dallas, Texas 57201
                         BY:   RUSSELL H. FALCONER, ESQ.
16
     Facebook General Counsel:   Meta Platforms, Inc.
17                             1601 Willow Road
                               Menlo Park, California 94025
18                       BY:   SANDEEP SOLANKI, ESQ.

19
     Transcribed by:           Echo Reporting, Inc.
20                             Contracted Court Reporter/
                               Transcriber
21                             echoreporting@yahoo.com

22

23

24

25
```

4

1  this point?  Mr. Loeser?

2          MR. LOESER:  Sure.  I'm happy to start, your

3  Honor.  And, first of all, having the conferences is

4  helpful, just as a starting place because conferences are --

5  are very helpful for the parties, gets everyone to pay

6  attention to issues that need to be resolved.  It gives us a

7  chance to tell you what's going on.

8          To start, I would just like to tell you that there's

9  been a -- a significant change in how Facebook communicates

10 with the Plaintiffs since the last hearing.  Ms. Ring has --

11 has joined the effort, you know; and Plaintiffs have had a

12 number of cooperative and helpful conversations with her.  I

13 just want to -- to note that, because I think it's important

14 to recognize.  We think it's a good sign for how things are

15 going to go in the future.

16         That said, we do have some serious concerns about the

17 pace of discovery still, the status of productions that are

18 not yet complete; and I think it's important to talk about

19 them because they impact the schedule and what we think

20 should happen with your Honor's -- hopefully with your

21 Honor's blessing on what should happen with the schedule.

22         And, so, if your Honor would find it useful, I can walk

23 through the open issues just briefly and then come back to

24 the schedule at the end of my remarks.

25         THE COURT:  Sure.