# Exhibit 84

| | |
|---|---|
| **From:** | Kutscher Clark, Martie <MKutscherClark@gibsondunn.com> |
| **Sent:** | Monday, February 14, 2022 3:06 PM |
| **To:** | Lesley Weaver; Matt Melamed; Anne Davis; Derek Loeser; Cari Laufenberg; Chris Springer; David Ko |
| **Cc:** | Stein, Deborah L.; Lipshutz, Joshua S.; Ring, Rose; Davis, Colin B.; Mumm, Laura C. |
| **Subject:** | In re FB:   Plaintiffs' Rule 26 Disclosures |

Facebook's request that Plaintiffs' further amend their Rule 26 disclosures.

1. With respect to Plaintiffs' claim for compensatory damages, will Plaintiffs amend their Amended Rule 26 disclosure by February 21 to disclose "a computation of each category of [compensatory] damages claimed . . . [and] the documents or other evidentiary material . . . on which each computation is based, including materials bearing on the nature of injuries suffered." Fed. R. Civ. P. 26(a)(1)(A)(iii).

2. With respect to Plaintiffs' claim for nominal damages, will Plaintiffs amend their Amended Rule 26 disclosure by February 21 to disclose "a computation of each category of [nominal] damages claimed . . . [and] the documents or other evidentiary material . . . on which each computation is based, including materials bearing on the nature of injuries suffered." Fed. R. Civ. P. 26(a)(1)(A)(iii).

3. With respect to Plaintiffs' claim for statutory damages, will Plaintiffs amend their Amended Rule 26 disclosure by February 21 to disclose "a computation of each category of [statutory] damages claimed . . . [and] the documents or other evidentiary material . . . on which each computation is based, including materials bearing on the nature of injuries suffered." Fed. R. Civ. P. 26(a)(1)(A)(iii).

4. With respect to Plaintiffs' claim for restitution, will Plaintiffs amend their Amended Rule 26 disclosure by February 21 to disclose "a computation of each category of [restitution] damages claimed . . . [and] the documents or other evidentiary material . . . on which each computation is based, including materials bearing on the nature of injuries suffered." Fed. R. Civ. P. 26(a)(1)(A)(iii).

Facebook is willing to table for the time being Plaintiffs' disclosure obligations with respect to their demand for unjust enrichment and/or disgorgement damages.

**Martie Kutscher Clark**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
Tel +1 650.849.5348 • Fax +1 650.849.5048
MKutscherClark@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.