# Exhibit 86

# Redacted in its Entirety