# Exhibit 87

# Redacted in its Entirety