

FILED

MAY 02 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

April 28, 2022

Case Nos. 18-md-02843-VC, 19-cv-04591-VC (Plaintiffs Original Complaint)

To: The Honorable Vince Chhabria, Presiding Judge

From: Plaintiff, Robert Zimmerman

Re: Plaintiffs Request to be Restored as Active Plaintiffs in Case 18-md-02843-VC

As suggested by the Court, Plaintiff has consulted with the *pro bono* help-desk and it was suggested that a letter to this Court such as the one below is the best way for me to proceed.

Plaintiff is now 81-years-old and has survived the destruction of his home by Hurricane Florence, cancer, heart maladies, and numerous other infirmities. Given that, Plaintiffs Robert Zimmerman and Uxor Press respectfully request to be restored as active Plaintiffs.

Using Pacer, Plaintiff recently learned that the MTD is progressing, and that a Court's Order (Docket # 376) was filed on February 20, 2020. Until recently, Plaintiff was unaware of that Order and had not received a copy in the regular mail probably because my original Case No. **19-cv-04591-VC** was closed by the Court. That Order gave Plaintiffs the option to amend their original Complaint. But no amended complaint was filed with the Court.

Plaintiffs do not know their present status in the MTD or if the Facebook/META defendants ever answered Plaintiff's original Complaint or the status of defendants Mark Zuckerberg and Sheryl Sandberg as regards their original Complaint and/or the MTD

As far as amending Plaintiff's original Complaint, Plaintiffs do not think that defendants Facebook, Mark Zuckerberg, and Sheryl Sandberg ever answered my original Complaint and no longer have access to it. Nor do Plaintiffs have the wherewithal to amend their original Complaint and seek only to be restored as active Plaintiffs in the MTD.

If the MTD is certified by the Court and Facebook/META defendants lose big, Facebook likely will appeal, and when they likely lose their appeal, they will likely appeal to the U.S. Supreme Court, which appeals could easily exceed my life expectancy, which, I suppose, will make Plaintiffs "SOOL."

Facebook/META was instrumental in enabling the election of the former U.S. president, a fact that has had enormous negative consequences for the U.S., the rest of the free world, and the devastation now taking place in Ukraine as well as much of the spread of COVID.

Sooner or later Facebook must be stopped before those who reside at 1 Hackers Way decide to unleash their awesome powers in ever increasing destructive ways.

Respectfully submitted this 28th day of April 2022 by plaintiff Robert Zimmerman.

_____