329 Sand Piper Lane
Hampstead, NC
28443

CHARLOTTE NC 280
29 APR 2022 PM 2 L

The Honorable Vince Chhabria
U.S District Court
Northern District, California
San Francisco Courthouse
Courtroom 5 — 17th Floor
450 Golden Gate Avenue
San Francisco, CA
94102



RECEIVED

MAY 0 2 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA