GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Statement In Support Of Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed, which proposes to seal the following documents:

|   | Document | Portions Sought to be Sealed |
|---|----------|------------------------------|
| 1 | Plaintiffs' Exhibit 73 (Dkt. 921-7) | Limited portions of the letter and the entirety of internal exhibits A and B that reveal Facebook's confidential information. |
| 2 | Plaintiffs' Exhibit 74 (Dkt. 921-8) | Limited portions of the letter, the entirety of internal Exhibit A, and limited portions of internal Exhibits B and C that reveal Facebook's confidential information. |
| 3 | Plaintiffs' Exhibit 86 (Dkt. 921-9) | Limited portions that reveal Facebook's confidential information. |
| 4 | Plaintiffs' Exhibit 87 (Dkt. 921-10) | One portion that reveals Facebook's confidential information. |
| 5 | Plaintiffs' Exhibit 88 (Dkt. 923-20) | One portion that reveals Facebook's confidential information. |

Good cause having been shown, Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed is GRANTED.  The Court hereby ORDERS:

1. The redacted versions of the following documents shall be filed on the public docket:
   A. Plaintiffs' Exhibit 73, as attached to the Declaration of Russell H. Falconer In Support Of Facebook's Statement In Support Of Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed ("Falconer Declaration");
   B. Plaintiffs' Exhibit 74, as attached to the Falconer Declaration;
   C. Plaintiffs' Exhibit 86, as attached to the Falconer Declaration;
   D. Plaintiffs' Exhibit 87, as attached to the Falconer Declaration;
   E. Plaintiffs' Exhibit 88, as attached to the Falconer Declaration.

2. The unredacted versions of the following documents shall be sealed permanently:
   A. Plaintiffs' Exhibit 73, as filed by Plaintiffs at Dkt. 921-7;
   B. Plaintiffs' Exhibit 74, as filed by Plaintiffs at Dkt. 921-8;
   C. Plaintiffs' Exhibit 86, as filed by Plaintiffs at Dkt. 921-9;
   D. Plaintiffs' Exhibit 87, as filed by Plaintiffs at Dkt. 921-10;
   E. Plaintiffs' Exhibit 88, as filed by Plaintiffs at Dkt. 923-20.

**IT IS SO ORDERED.**

DATE: _____     _____
                                    VINCE CHHABRIA
                                    United States District Judge