# EXHIBIT 6

```
                                            Pages 1 - 31

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

  BEFORE THE HONORABLE JACQUELINE SCOTT CORLEY, MAGISTRATE JUDGE

IN RE: FACEBOOK, INC. CONSUMER     )
PRIVACY USER PROFILE LITIGATION.   )  NO. 18-MD-2843 VC (JSC)
                                      San Francisco, California
                                      Thursday, March 4, 2021
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:  (By Zoom Videoconference)

For Plaintiffs:
        BLEICHMAR FONTI & AULD LLP
        555 12th Street
        Suite 1600
        Oakland, California  94607
  BY: **LESLEY E. WEAVER, ESQ.**
      **ANNE K. DAVIS, ESQ.**
      **MATTHEW MONTGOMERY, ESQ.**

        KELLER RORHBACK, LLP
        1201 Third Avenue
        Suite 3200
        Seattle, Washington  98101
  BY: **DEREK W. LOESER, ESQ.**
      **DAVID J. KO, ESQ.**
      **CARI C. LAUFENBERG, ESQ.**

        ROBBINS GELLER RUDMAN & DOWD LLP
        One Montgomery Street
        Suite 1800
        San Francisco, California  94104
  BY: **MATTHEW S. MELAMED, ESQ.**

        KELLER RORHBACK, LLP
        801 Garden Street
        Santa Barbara, California  93101
  BY: **CHRISTOPHER L. SPRINGER, ESQ.**

Reported By:  **BELLE BALL, CSR 8785, CRR, RDR**
        Official Reporter, U.S. District Court

(Appearances continued, next page)

1 General. And if you want, I can submit what they sent to me in
2 writing to the Court.
3 **THE COURT:** We're not going to do that. So let me
4 just cut to the chase.
5 This is what you guys need to do. You have two choices
6 here. One, you can hire a discovery mediator, a neutral who
7 will help you guys work out these things. Like, not a special
8 master, which we shouldn't even call them that. Special person
9 (Indicating quotation marks). A discovery mediator, right?
10 Who you can go to with your laments and complaints, and maybe
11 this is -- and who will help you work it through. Because I
12 don't have the time to do it.
13 Or, your final meet-and-confers on -- everything is just
14 going to have to be presented to me by letter brief, and your
15 final meet-and-confers are going to have to be recorded with a
16 transcript, and I'll have the transcript. So then I know what
17 people have actually said and offered.
18 I much prefer the former. I think it's more efficient. I
19 think it's helpful. I've seen it work in cases. Because a lot
20 of it is just helping you sort of negotiate these things,
21 right?
22 So you tell me this Ms. Weaver. What am I supposed to do
23 with all this? Right?
24 **MS. WEAVER:** Right. We hear you, Your Honor.
25 **THE COURT:** But if you had a neutral, not a