# EXHIBIT 7

**Pages 1 - 9**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Magistrate Judge

```
IN RE FACEBOOK, INC., CONSUMER )
PRIVACY USER PROFILE          )
LITIGATION.                   )
                              )    NO. 18-md-02843 VC (JSC)
                              )
_____)
```

San Francisco, California
Tuesday, April 27, 2021

**TRANSCRIPT OF PROCEEDINGS BY ZOOM WEBINAR**

**APPEARANCES BY ZOOM WEBINAR:**

For Plaintiffs:
  KELLER ROHRBACK LLP
  1201 Third Avenue - Suite 3200
  Seattle, Washington  98101
  BY: **DEREK W. LOESER, ATTORNEY AT LAW**
       **CARI C. LAUFENBERG, ATTORNEY AT LAW**
       **DAVID J. KO, ATTORNEY AT LAW**

  KELLER ROHRBACK LLP
  801 Garden Street
  Santa Barbara, California  93101
  BY: **CHRISTOPHER L. SPRINGER, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporter

```
 1   Tuesday - April 27, 2021                              8:35 a.m.
 2                       P R O C E E D I N G S
 3                              ---oOo---
 4        THE CLERK:  Calling Civil action 3:18-md-2843, In Re
 5   Facebook, Inc., Consumer Privacy User Profile Litigation.
 6        And we don't need your appearances so you can start,
 7   Judge.
 8        THE COURT:  All right.  Good morning, everyone.  Thank
 9   you for your status update.  I can safely say it's my favorite
10   status update of the case this far.
11        So, Judge Andler, you work I'm not going to say miracles,
12   but thank you for working so well with the parties.
13        JUDGE ANDLER:  That's why I put the champagne up there
14   for you.
15        THE COURT:  Oh, now I understand what you're doing.
16        So what would you like to update me on and how can I help
17   the parties continue to move the case forward?
18        JUDGE ANDLER:  May I just introduce to you, because
19   you haven't met him yet, Mr. Daniel Garrie, who is appearing
20   for the first time.  He is my colleague at JAMS and he is also
21   assisting in the mediation of these discovery disputes.  I
22   think the attorneys will let you know he's been invaluable.
23        THE COURT:  Yes.  Thank you.  Welcome, Mr. Garrie.
24        MR. GARRIE:  Thank you for the honor and opportunity.
25        THE COURT:  That's good.  Somebody who knows what
```