# EXHIBIT 29

**Pages 1 - 22**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Jacqueline Scott Corley, Magistrate Judge

IN RE FACEBOOK, INC. CONSUMER )
PRIVACY USER PROFILE )
LITIGATION. ) **NO. 18-MD-02843 VC (JSC)**
                                              )

San Francisco, California
Friday, August 14, 2020

**TRANSCRIPT OF REMOTE VIDEOCONFERENCE PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiffs:
                  KELLER ROHRBACK LLP
                  1201 Third Avenue, Suite 3200
                  Seattle, Washington  98101
            BY:   **DEREK W. LOESER, ATTORNEY AT LAW**
                  **DAVID J. KO, ATTORNEY AT LAW**

                  BLEICHMAR, FONTI & AULD LLP
                  555 - 12th Street, Suite 1600
                  Oakland, California  94607
            BY:   **LESLEY E. WEAVER, ATTORNEY AT LAW**
                  **ANNE K. DAVIS, ATTORNEY AT LAW**
                  **ANGELICA M. ORNELAS, ATTORNEY AT LAW**
                  **MATTHEW P. MONTGOMERY, ATTORNEY AT LAW**

For Defendants:
                  GIBSON, DUNN & CRUTCHER LLP
                  200 Park Avenue
                  New York, New York  10166-0193
            BY:   **ORIN SNYDER, ATTORNEY AT LAW**


      **(APPEARANCES VIA ZOOM CONTINUED ON FOLLOWING PAGE)**


Reported Remotely By:  Ana M. Dub, RDR, CRR, CCRR, CRG, CCG
                       Official Reporter, CSR No. 7445

```
 1             THE COURT:  All right.
 2             MR. SNYDER:  And I think we can do it very simply
 3   without a lot of drama or complication.
 4             THE COURT:  So that's what --
 5             MR. FALCONER:  Your Honor --
 6             THE COURT:  -- I want you to do, then, on this,
 7   I think.
 8         And, I mean, it doesn't have to be the joint letter brief,
 9   whatever.  I mean, it's a big issue.  It kind of goes to the
10   heart of the case.  So I want you to have the ability.  You're
11   going to probably need your experts to some extent -- at least
12   plaintiffs -- to be involved with it.
13         And I probably want four briefs.  Right?  Whoever goes
14   first, second, first, second, so that there's -- my guess is
15   it's not till we get to the second two briefs that we'll really
16   be able to meet there.  That just seems to be the process that
17   we need to do.
18         So you guys work it out, how that's going to be presented.
19   I'm not giving you any limits at all.  You only have the limit
20   of my time and attention span.  So just keep that in mind.
21                          (Laughter.)
22             MS. WEAVER:  And how much time, Your Honor, would you
23   like between briefs and the hearing?  What kind of timing --
24             THE COURT:  We'll put a hearing.  I'll figure it out.
25             MS. WEAVER:  Okay.
```