# EXHIBIT 35

**Sender:** Daniel Garrie
**Subject:** Supplemental Order RE: FACEBOOK'S PRODUCTION OF PLAINTIFF DATA
**Message:**
Counsel,

I am ordering Facebook to provide a date certain for the following.
1.       Which systems identified by Mr. Pope, contain discoverable data related to the Named Plaintiffs since Mr. Pope was not able to definitely state if user data exists in these systems.

2.       For those systems where Named Plaintiff data is identified by Facebook to exist, Facebook is to either produce the Named Plaintiffs data from the system or articulate, with sufficient detail,  the reason for why it should not have to produce the Named Plaintiffs data from that system (i.e., duplicative, burden, relevance, etc.).  See generally, Order Re: Facebook's Appeal of Special Maser's Order Regarding Production of Plaintiff data, Dkt. No. 807.

While Mr. Pope's testimony was insightful, the above information is necessary for me to determine whether the production of the Named Plaintiffs data is feasible and proportional to the needs of the case.

It is so Ordered.

Special Master Garrie