# EXHIBIT 37

CONFIDENTIAL

Page 1

```
            UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
              SAN FRANCISCO DIVISION
- - - - - - - - - - - - - - - - - - -x
IN RE: FACEBOOK, INC. CONSUMER           Case No.
PRIVACY USER PROFILE LITIGATION,         3:18-MD-02843-VC

- - - - - - - - - - - - - - - - - - -x



                *** CONFIDENTIAL ***


        Remote, videotaped deposition of ANTHONY BELL,
    taken pursuant to Notice, was held via videoconference,
    commencing March 8, 2022, at 9:08 a.m. ET, on the above
    date, before Amanda McCredo, a Court Reporter and Notary
    Public in the State of New York.
```

CONFIDENTIAL

Page 6

1     But just for the -- for the record and for
2     purposes of getting through today, obviously you
3     understand that your testimony is being recorded,
4     right?
5          A    Yes.
6          Q    And given this weird Zoom format that we
7     have here, it's very important that you answer
8     audibly using words rather than nodding your head or
9     shaking your head so that we have a clear transcript
10    of what was said on the record.
11              Make sense?
12         A    Yes.
13         Q    Okay.
14              And please make sure that you let me finish
15    my question before answering and I'll make sure that
16    I let you answer the question before I ask the next
17    one.
18              Okay?
19         A    Yes.
20         Q    All right.  And if you don't understand my
21    question, just let me know, and I can either repeat
22    it or I can rephrase it.  But if you don't ask me to
23    rephrase or repeat the question, I'm going to assume
24    you understood it.
25              Okay?

Page 7

1     A    Yes.
2     Q    If you need -- as Mr. Garrie said, if you
3  need a break, just let me know.  This isn't an
4  endurance test.  I'll just ask that you answer the
5  question that's pending before we take the break.
6          Okay?
7     A    Yes, okay.
8     Q    And given that we're all sitting in
9  different rooms and you've got a computer, you know,
10 3 feet from your face, it's very important that you
11 not engage in any communications during the course
12 of this deposition.  It's important that we just
13 have a back and forth between each other without the
14 interference of outside communication.
15          Does that make sense?
16    A    Yes.
17    Q    All right.
18         Anything -- any reason why you can't give
19 truthful testimony today?  Are you on any sort of
20 medication or have any other condition that would --
21 may interfere with your truth-telling ability?
22    A    No.
23    Q    And you understand that you're under oath,
24 right?
25    A    Yes.