# EXHIBIT 38

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
------------------------------------x
IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION
------------------------------------x
This document relates to:
ALL ACTIONS.
------------------------------------x

March 4, 2022
12:03 p.m.

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

    Remote Video Zoom Deposition of JORDAN O'HARA, taken by Plaintiff, pursuant to Notice, with the Witness located in San Diego, California, before William Visconti, a Shorthand Reporter and Notary Public within and for the State of New York.

Page 19

1    JORDON O'HARA - HIGHLY CONFIDENTIAL
2    you're suing Facebook is that Facebook used
3    your data without your consent; is that
4    correct?
5           A.    Yes.
6           Q.    What is your basis for believing
7    that Facebook used your data without your
8    consent?
9                 MS. ORAELAS:  I want to caution the
10          witness to the extent that you can respond
11          to that question without divulging anything
12          that you discussed with counsel, you can go
13          ahead and respond.  But if responding would
14          require you to divulge anything discussed
15          with counsel, I will instruct you not to
16          answer.
17          A.    Colin -- Mr. Davis, do you mind
18   repeating your question, please?
19          Q.    Yes.
20                MR. DAVIS:  For the record, we
21          don't necessarily have to stand on
22          formality.  If you want to refer to me as
23          Colin that is okay.
24          Q.    The question was, Mr. O'Hara, what
25   is your basis for believing that Facebook used

Page 20

1        JORDON O'HARA - HIGHLY CONFIDENTIAL
2      your data without your consent.
3              A.     From my understanding I have
4      certain privacy settings that you can toggle on
5      Facebook.  When I have a setting set to like
6      friends only and the information is from my
7      understanding it is just being shared with my
8      friends.  I'm now have learned that Facebook
9      was actually taking a lot of that data and
10     sharing it with people beyond my friend group
11     for the expressed purpose of advertising as
12     well as who knows what else they were doing
13     with that data.  But it wasn't just data that I
14     chose to share with my friends.
15             Q.     Mr. O'Hara, how did you learn
16     that Facebook was taking your data and sharing
17     it with people beyond your friend group?
18                    MS. ORAELAS:   Same objection as
19             before.  Jordan, if you can respond to that
20             question without divulging anything
21             discussed with counsel, you can go ahead
22             and respond.
23             A.     Okay, well, largely the main
24     reasons, without divulging any conversations,
25     there was a lot of stuff that came out in the