# EXHIBIT 41

| | |
|---|---|
| **From:** | Herbert, Kelly E. <KHerbert@gibsondunn.com> |
| **Sent:** | Monday, October 25, 2021 5:01 PM |
| **To:** | Daniel Garrie; Kutscher Clark, Martie; Anne Lieu |
| **Cc:** | Gail Andler (judgeandler@icloud.com); Snyder, Orin; Stein, Deborah L.; Falconer, Russ; Mumm, Laura C.; Lesley Weaver; Anne Davis; Matt Melamed; Derek Loeser; David Ko; Cari Laufenberg; Chris Springer; Buongiorno, Matt |
| **Subject:** | RE: Discovery Mediation Summary as of 10-25 |

Counsel,

Pursuant to Mr. Garrie's instruction below, please find Facebook's list of the first ten individuals we would like to depose along with two proposed dates for each.

Facebook is available to meet and confer tomorrow at 10 AM PT concerning third party subpoenas.

Regards,
Kelly

| | |
|---|---|
| Jordon O'Hara | Nov. 16 or Nov. 18 |
| Shelly Forman | Nov. 30 or Dec. 2 |
| Tyler King | Dec. 2 or Dec. 3 |
| Charnae Tutt | Dec. 7 or Dec. 9 |
| Cheryl Senko | Dec. 14 or Dec. 16 |
| Juliana Watson | Dec. 28 or Dec. 30 |
| Steve Akins | Jan. 6 or Jan. 7 |
| Tonya Smith | Jan. 11 or Jan. 13 |
| Jason Aricui | Jan. 18 or Jan. 20 |
| William Lloyd | Jan. 25 or Jan. 27 |

**Kelly Herbert** *(she/her/hers)*

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2441 • Fax +1 212.716.0841
KHerbert@gibsondunn.com • www.gibsondunn.com

---

**From:** Daniel Garrie <DGarrie@jamsadr.com>
**Sent:** Monday, October 25, 2021 5:59 PM
**To:** Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Anne Lieu <alieu@jamsadr.com>
**Cc:** Gail Andler (judgeandler@icloud.com) <judgeandler@icloud.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Stein, Deborah L. <DStein@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Mumm, Laura C. <LMumm@gibsondunn.com>; Lesley Weaver <lweaver@bfalaw.com>; Anne Davis <adavis@bfalaw.com>; Matthew Melamed <mmelamed@bfalaw.com>; Derek Loeser <dloeser@kellerrohrback.com>; David Ko

<dko@kellerrohrback.com>; Cari Laufenberg <claufenberg@kellerrohrback.com>; Chris Springer <cspringer@kellerrohrback.com>
**Subject:** Discovery Mediation Summary as of 10-25

**[WARNING: External Email]**

Counsel,

Thanks for taking the time today. Below is a summary of our mediation today. Kindly reach out to Matt to schedule additional mediation sessions, and we will endeavor to address the 3rd party data source issue raised by the Plaintiffs.

**Third-Party Subpoenas**
1. The parties are to meet and confer in the next 24 hours regarding the third-party subpoena issue raised by Facebook.
2. Facebook is to provide a proposal by EOD Wednesday.
3. Plaintiffs are to review and provide a counter-proposal or comments by EOD Thursday.

After we have had a chance to review the materials, we will determine if further mediation is appropriate, etc.

**Depositions**
1. The parties are to exchange a list of the first 10 deponents by EOD today, each with two dates.
2. The parties are to provide the best and final deposition protocol by EOD Wednesday.

After Judge Andler and I review the materials, we will determine the next steps. Please stay safe if you are in Nor. Cal or the PNW with the crazy weather.

Daniel and Judge Andler



**Daniel Garrie, Esq.**
Arbitrator, Forensic Neutral, Technical Special Master

JAMS
555 W 5th St.
32nd Floor
Los Angeles, CA 90013
dgarrie@jamsadr.com

Case Manager:
Anne Lieu
213-253-9706
alieu@jamsadr.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.