UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br><br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>*All Actions* | **PRETRIAL ORDER NO. 45: ORDER RE ZIMMERMAN V. FACEBOOK (19-4591)**<br><br>Re: Dkt. No. 925 |

  After voluntarily dismissing his privacy-related claims without prejudice so that his case could proceed separately from the MDL, Zimmerman re-alleged those claims in his separate complaint. The Court stayed those claims pending the adjudication of the MDL. That stay is still in effect, so the Court will not restore to Zimmerman to "active plaintiff" status. As stated in the order on the motion to dismiss, "[t]his does not mean that the plaintiffs' privacy-related claims in this suit have been resolved or are no longer valid; it just means that no further action will be taken on them until the lead case has been resolved or adjudicated." Case No. 19-cv-4591, Dkt. No. 47, at 4.

  **IT IS SO ORDERED.**

Dated: May 17, 2022

_____
VINCE CHHABRIA
United States District Judge