| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> Judge: Hon. Vince Chhabria <br> Special Master Daniel Garrie <br> Courtroom: 4, 17th Floor |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Facebook, Inc., and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following materials remain filed under seal:

|   | **Document** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Ruling** |
|---|---|---|---|---|
| 1 | Plaintiffs' Motion for Expedited Relief and Sanctions for Deposition Conduct | Limited portions of Plaintiffs' Motion include material Facebook has designated Confidential under the Protective Order in this action. | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibit 5 to the Declaration of David Ko | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____         _____
                                    Hon. Vince Chhabria
                                    United States District Judge