# EXHIBIT 5
## Redacted in its Entirety

**DOCUMENT SOUGHT TO BE FILED UNDER SEAL**