Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Deborah Stein (SBN 224570)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000
Fax: 213.229.7520
dstein@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR EXPEDITED RELIEF AND SANCTIONS FOR DEPOSITION CONDUCT**<br><br>Judge: Hon. Vince Chhabria<br>Special Master Daniel Garrie, Esq.<br><br>JAMS Ref. No. 1200058674 |

STIPULATION AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' MOTION FOR
EXPEDITED RELIEF AND SANCTIONS
FOR DEPOSITION CONDUCT

MDL No. 2843
CASE NO. 18-MD-02843-VC

By and through their undersigned counsel, Plaintiffs and Facebook, Inc. (collectively referred to as "the Parties"), hereby stipulate and agree as follows:

WHEREAS, on May 5, 2022, Plaintiffs conducted a deposition of Facebook, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6);

WHEREAS, on May 6, 2022, Plaintiffs submitted a Motion for Expedited Relief and Sanctions for Deposition Conduct (the "Motion");

WHEREAS, the Parties have met and conferred and Plaintiffs have agreed to withdraw the pending Motion based on agreed future conduct;

IT IS HEREBY AGREED:

1. Plaintiffs are permitted seven additional hours of 30(b)(6) deposition testimony on the topics for which Ms. Allison Hendrix was designated to testify on behalf of Facebook at the May 5, 2022 deposition;

2. For future depositions:

   A. At least a week in advance of each scheduled 30(b)(6) deposition, Facebook must provide, in writing, the scope of noticed discovery topics and limitations, as well as documents the witness will be prepared to testify about;

   B. Objections are limited to form and single word or phrase objections in all depositions in this action, other than those on grounds of privilege;

   C. No witness will be instructed not to answer on any ground other than privilege, to enforce a limitation ordered by the court, or to present a motion under Rule 30(b)(3);

   D. Time spent arguing about objections will not count against testimony time;

   E. Parties will litigate any disputes regarding scope prior to the 30(b)(6) depositions, and to the extent they are not, will litigate them after the deposition, such that the time reserved for the taking of testimony is not consumed by legal disputes about the scope of testimony.

3. Facebook will pay Plaintiffs' counsel $31,311.00 for attorneys' fees for time spent preparing for and conducting the deposition, and $6,000.00 as reimbursement for the Special Master's time spent on this deposition and this motion.

4. Facebook's agreement to abide by the terms of this Stipulation is in addition to the terms set forth in Special Master Daniel Garrie's May 8, 2022 order regarding conduct for future 30(b)(6) depositions.

Dated: May 17, 2022

KELLER ROHRBACK L.L.P.

By: */s/ Derek W. Loeser*
  Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Respectfully submitted,

BLEICHMAR FONTI & AULD LLP

By: */s/ Lesley E. Weaver*
  Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

STIPULATION AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' MOTION FOR
EXPEDITED RELIEF AND SANCTIONS
FOR DEPOSITION CONDUCT

2

MDL No. 2843
CASE NO. 18-MD-02843-VC

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Rosemarie T. Ring*

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

STIPULATION AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' MOTION FOR
EXPEDITED RELIEF AND SANCTIONS
FOR DEPOSITION CONDUCT

3

MDL No. 2843
CASE No. 18-MD-02843-VC

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Rosemarie T. Ring, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of May, 2022, at San Francisco, California.

*/s/ Rosemarie T. Ring*
Rosemarie T. Ring

STIPULATION AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' MOTION FOR
EXPEDITED RELIEF AND SANCTIONS
FOR DEPOSITION CONDUCT

4

MDL No. 2843
CASE NO. 18-MD-02843-VC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 20, 2022

_____
Daniel Garrie
Discovery Special Master

4882-9895-2224, v. 1

STIPULATION AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' MOTION FOR
EXPEDITED RELIEF AND SANCTIONS
FOR DEPOSITION CONDUCT

5

MDL No. 2843
CASE NO. 18-MD-02843-VC