| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>    osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Kristin A. Linsley (SBN 154148)<br>    klinsley@gibsondunn.com<br>Rosemarie T. Ring (SBN 220769)<br>    rring@gibsondunn.com<br>Austin V. Schwing (SBN 211696)<br>    aschwing@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>    mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>    dstein@gibsondunn.com<br>Heather L. Richardson (SBN 246517)<br>    hrichardson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>    jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT FACEBOOK, INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Defendant Facebook, Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Defendant Facebook, Inc.:

>HEATHER L. RICHARDSON (SBN 246517)
>hrichardson@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>333 South Grand Avenue
>Los Angeles, CA  90071-3197
>Telephone:    213.229.7000
>Facsimile:     213.229.7520

Heather L. Richardson is admitted to practice and in good standing in the State of California.

Dated: June 2, 2022

>**GIBSON, DUNN & CRUTCHER, LLP**
>
>By:   /s/  Heather L. Richardson
>Heather L. Richardson (SBN 246517)
>hrichardson@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>333 South Grand Avenue
>Los Angeles, CA  90071-3197
>Telephone:213.229.7000
>Facsimile: 213.229.7520
>
>*Attorneys for Defendant Facebook, Inc.*