UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br><br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>*All Actions* | **ORDER REMOVING INCORRECTLY FILED DOCUMENT** |

      The Court was notified of an erroneous filing containing sensitive information filed on the docket. Accordingly, Docket Entry 931 is hereby ordered removed from the docket.

      **IT IS SO ORDERED.**

Dated: June 8, 2022

_____
VINCE CHHABRIA
United States District Judge