| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>  osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Kristin A. Linsley (SBN 154148)<br>  klinsley@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>  mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>  dstein@gibsondunn.com<br>Heather L. Richardson (SBN 246517)<br>  hrichardson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>  jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER FOLLOWING MAY 17, 2022 HEARING REGARDING PRODUCTION OF NAMED PLAINTIFF DATA** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s ("Facebook") Administrative Motion To File Under Seal Special Master's Order Following May 17, 2022 Hearing Regarding Production Of Named Plaintiff Data (the "Order"), which seeks to seal limited portions of the Order containing Facebook's confidential information. Order at 1:16–17. Good cause having been shown, Facebook's Administrative Motion is GRANTED. The Court hereby ORDERS that:

1. The redacted version of the Order, attached as Exhibit A to the Declaration of Heather L. Richardson In Support Of Facebook's Administrative Motion To File Under Seal Special Master's Order Following May 17, 2022 Hearing Regarding Production Of Named Plaintiff Data, shall be filed on the public docket.

2. The unredacted version of the Order, attached as Exhibit B to the Declaration of Heather L. Richardson In Support Of Facebook's Administrative Motion To File Under Seal Special Master's Order Following May 17, 2022 Hearing Regarding Production Of Named Plaintiff Data, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____        _____
VINCE CHHABRIA
United States District Judge