# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **DECLARATION OF HEATHER L. RICHARDSON IN SUPPORT OF FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER FOLLOWING MAY 17, 2022 HEARING REGARDING PRODUCTION OF NAMED PLAINTIFF DATA** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF HEATHER L. RICHARDSON ISO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER FOLLOWING MAY 17, 2022 HEARING REGARDING PRODUCTION OF NAMED PLAINTIFF DATA
CASE NO 3:18-MD-02843-VC

I, Heather L. Richardson, hereby declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of California. I submit this declaration in support of Facebook's Administrative Motion To File Under Seal Special Master's Order Following May 17, 2022 Hearing Regarding Production Of Named Plaintiff Data. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. Attached as **Exhibit A** is a true and correct **redacted** version of the Special Master's Order Following May 17, 2022 Hearing Regarding Production Of Named Plaintiff Data (the "Order").

3. Attached as **Exhibit B** is a true and correct **unredacted** version of the Order.

4. Facebook proposes to seal limited portions of the Order that contain confidential information regarding the properties of a Facebook data storage system. The Order quotes a portion of the December 10, 2021 Declaration of Mengge Ji In Support Of Facebook's Motion For Reconsideration Of The Special Master's Order Regarding Plaintiffs' Motion To Compel Production Of Plaintiff Data, which Facebook attached to an April 18, 2022 letter submission to the Special Master. Facebook previously sought to file this portion of the Declaration under seal in this matter, *see* Dkt. 814-1 at 0036 ¶ 16, and the Court granted Facebook's motion to seal. Dkt. 844.

5. I am informed and believe that Facebook's data systems are key components of its business that set it apart and ahead of its competitors, and if publicly disclosed, competitors could use the confidential information within Facebook's proposed redactions to improve their own methods for managing high volumes of data from interactions with large numbers of third parties. Additionally, I am informed and believe that bad actors could use this confidential information to better understand Facebook's data systems and target specific repositories of data, potentially harming Facebook and its users.

1

DECLARATION OF HEATHER L. RICHARDSON ISO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER FOLLOWING MAY 17, 2022 HEARING REGARDING PRODUCTION OF NAMED PLAINTIFF DATA
CASE NO 3:18-MD-02843-VC

Gibson, Dunn &
Crutcher LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 15, 2022 in Los Angeles, California.

*/s/ Heather L. Richardson*
Heather L. Richardson

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF HEATHER L. RICHARDSON ISO FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER FOLLOWING MAY 17, 2022 HEARING REGARDING PRODUCTION OF NAMED PLAINTIFF DATA
CASE NO 3:18-MD-02843-VC