UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | MDL NO. 2843<br><br>CASE NO. 3:18-MD-02843-VC-JSC<br><br>HON. VINCE CHHABRIA<br>HON. JACQUELINE SCOTT CORLEY<br>COURTROOM 4 – 17TH FLOOR<br>SPECIAL MASTER, DANIEL GARRIE, ESQ.<br><br>ORDER FOLLOWING MAY 17, 2022 HEARING REGARDING PRODUCTION OF NAMED PLAINTIFF DATA |

**ORDER FOLLOWING MAY 17, 2022 HEARING REGARDING PRODUCTION OF NAMED PLAINTIFF DATA**

No later than June 2, 2022, Facebook is to submit responses to the following questions and provide the requested additional information.

- How did Facebook identify the Hive tables in Exhibit B to Facebook's April 11, 2022 submission ("Exhibit B") identified as possibly containing user identifiers? Facebook's answer is to include technical details about the process used to identify the Hive tables.

- Can Facebook provide descriptions for the Hive tables identified in Exhibit B? If so, provide the descriptions.

- How long would it take to extract the column names and data types (schema) for the Hive tables identified in Exhibit B? Facebook's answer is to include a description of the processes and steps it would need to perform to provide the requested data.

- Did Facebook's search to identify the tables set out in Exhibit B include searching cold storage? If not, why not?

- In Exhibit B to Facebook's April 18, 2022 letter submission (Declaration of Mengge Ji), Mengge Ji states ███████████████████████████████████████ ███████████████████ Expand on this statement, include descriptions of the ███ databases, and clarify what is meant by "databases" in this context.

- One of Facebook's responses in their April 11, 2022 letter submission at page 2 states "tables believed to contain data that that is either duplicative or transformed." What does transformed mean in this context? Facebook's answer is to include three examples of "transformation."

- Facebook's April 11, 2022 letter submission at page 2 refers to six categories of tables that were not included in the list in Exhibit B: (1) temporary, test, and error tables; (2) tables used to evaluate system performance; (3) tables that contain no data; (4) tables related to other Meta products (e.g., Oculus, Instagram, and WhatsApp); (5) tables used for infrastructure, operations,

and product testing; and (6) tables believed to contain data that is either duplicative or transformed. Provide a description of each of these six categories of tables.

No later than May 30, 2022, Facebook is to provide the revised proposal they discussed at the hearing.

No later than June 6, 2022, the parties are to submit briefs, not to exceed five (5) pages not including exhibits, on the issues of Hive table selection, production of data related to apps installed by friends of Named Plaintiffs, and whether Facebook should be compelled to search cold storage for Named Plaintiff data.

IT IS SO ORDERED.

Tuesday, May 24, 2022

Daniel Garrie
Discovery Special Master

ORDER FOLLOWING MAY 17, 2022 HEARING REGARDING PRODUCTION OF NAMED PLAINTIFF DATA