GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
Heather L. Richardson (SBN 246517)
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S JUNE 16, 2022 ORDER REGARDING PRODUCTION OF ADI RELATED DOCUMENTS** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Administrative Motion To File Under Seal Special Master's June 16, 2022 Order Regarding Production Of ADI Related Documents (the "Order"), which seeks to seal the names of Facebook's confidential consulting experts.  Good cause having been shown, Facebook's Administrative Motion is GRANTED.  The Court hereby ORDERS that:

1. The redacted version of the Order, attached as Exhibit A to the Declaration of Alexander H. Southwell In Support Of Facebook's Administrative Motion To File Under Seal Special Master's June 16, 2022 Order Regarding Production of ADI Related Documents (the "Southwell Declaration"), shall be filed on the public docket.

2. The unredacted version of the Order, attached as Exhibit B to the Southwell Declaration, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____       _____
VINCE CHHABRIA
United States District Judge