| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>   osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Kristin A. Linsley (SBN 154148)<br>   klinsley@gibsondunn.com<br>Rosemarie T. Ring (SBN 220769)<br>   rring@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>   mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>   dstein@gibsondunn.com<br>Heather L. Richardson (SBN 246517)<br>   hrichardson@gibsondunn.com<br>Colin B. Davis (SBN 273942)<br>   cdavis@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>   jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT FACEBOOK, INC.** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Defendant Facebook, Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Defendant Facebook, Inc.:

>COLIN B. DAVIS (SBN 273942)
>cdavis@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>3161 Michelson Drive
>Irvine, CA 9261-24412
>Telephone:  949.451.3993
>Facsimile:  949.475.4792

Colin B. Davis is admitted to practice and in good standing in the State of California and is a member of the bar of this Court.

Dated: June 30, 2022

>**GIBSON, DUNN & CRUTCHER, LLP**
>
>By: /s/  Colin B. Davis
>Colin B. Davis (SBN 273942)
>cdavis@gibsondunn.com
>3161 Michelson Drive
>Irvine, CA 9261-24412
>Telephone:  949.451.3993
>Facsimile:  949.475.4792
>
>*Attorneys for Defendant Facebook, Inc.*