| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>　osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Kristin A. Linsley (SBN 154148)<br>　klinsley@gibsondunn.com<br>Rosemarie T. Ring (SBN 220769)<br>　rring@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>　mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>　dstein@gibsondunn.com<br>Heather L. Richardson (SBN 246517)<br>　hrichardson@gibsondunn.com<br>Colin B. Davis (SBN 273942)<br>　cdavis@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>　jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO ADDRESS NEW REQUESTS FOR PRODUCTION OF FINANCIAL DOCUMENTS** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s ("Facebook") Administrative Motion to Address New Requests for Production of Financial Documents. Good cause having been shown, Facebook's Administrative Motion is GRANTED. The deadline for Facebook to produce documents responsive to Plaintiffs' new requests for financial documents shall be July 22, 2022.

**IT IS SO ORDERED**

Date:_____

_____
HON. VINCE CHHABRIA
United States District Judge