GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Rosemarie T. Ring (SBN 220769)
   rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
Heather Richardson
   hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Statement In Support Of Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed, which proposes to seal the following document:

| Document | Portions Sought to be Sealed |
|---|---|
| Plaintiffs' Exhibit C (Dkt. 956-4; 957-4) | • Limited portions that reveal confidential information regarding Facebook's business programs, strategies, and decisions. Ex. C at 3-4.<br>• Limited portions that reveal confidential information regarding how Facebook develops and uses data to target advertisements to the most relevant users. Ex. C at 4.<br>• The name of one entity with which Facebook has a confidential business relationship. Ex. C at 4. |

Good cause having been shown, Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed is GRANTED. The Court hereby ORDERS:

1. The redacted version of Plaintiffs' Exhibit C, as attached to the Declaration of Deborah Stein In Support Of Facebook's Statement In Support Of Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed, shall be filed on the public docket.

2. The unredacted version of Plaintiffs' Exhibit C, as filed by Plaintiffs at Dkt. 956-4 and 957-4, shall be sealed permanently.

**IT IS SO ORDERED.**

DATE: _____        _____
                                     VINCE CHHABRIA
                                     United States District Judge