# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 07/2021)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Julie Law |
| 2a. CONTACT PHONE NUMBER | (415) 445-4009 |
| 3. CONTACT EMAIL ADDRESS | jlaw@bfalaw.com |
| 1b. ATTORNEY NAME (if different) | Lesley Weaver |
| 2b. ATTORNEY PHONE NUMBER | (415) 445-4003 |
| 3. ATTORNEY EMAIL ADDRESS | lweaver@bfalaw.com |
| 4. MAILING ADDRESS | Bleichmar Fonti & Auld LLP, 555 12th Street, Suite 1600, Oakland, CA 94607 |
| 5. CASE NAME | In re Facebook, Inc. Cons. Privacy User Profile Litig. |
| 6. CASE NUMBER | 18-md-02843 |
| 7. COURT REPORTER NAME | RECORDED | Start: 1:01pm / Stop: 1:45pm |

8. THIS TRANSCRIPT ORDER IS FOR:
- ☐ APPEAL
- ☐ CRIMINAL
- ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
- ☑ NON-APPEAL
- ☑ CIVIL
- CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/2022 | VC | CMC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Lesley Weaver

12. DATE: 07/26/2022