| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC-JSC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**<br><br>Judge: Hon. Vince Chhabria<br>Courtroom: 4, 17th Floor |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Consolidated Plaintiffs:

> Daniel Mensher
> Keller Rohrback, L.L.P.
> 1201 Third Avenue
> Suite 3200
> Seattle, WA 98101
> Tel: (206) 623-1900
> Fax: (206) 623-3384
> dmensher@kellerrohrback.com

Daniel Mensher is admitted to practice and in good standing in the State of Washington and was admitted to the United States District Court for the Western District of Washington on March 31, 2015.

Dated: August 1, 2022                                      Respectfully submitted,

| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
|---|---|
| By:  */s/ Daniel Mensher*<br>       Daniel Mensher | By:  */s/ Lesley E. Weaver*<br>       Lesley E. Weaver |
| Derek W. Loeser (admitted *pro hac vice*)<br>Cari Campen Laufenberg (admitted *pro hac vice*)<br>David Ko (admitted *pro hac vice*)<br>Adele A. Daniel (admitted *pro hac vice*)<br>Benjamin Gould (SBN 250630)<br>Emma M. Wright (admitted *pro hac vice*)<br>Daniel Mensher (admitted *pro hac vice*)<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>dko@kellerrohrback.com<br>adaniel@kellerrohrback.com<br>bgould@kellerrohrback.com<br>ewright@kellerrohrback.com<br>dmensher@kellerrohrback.com<br><br>Christopher Springer (SBN 291180)<br>801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>Tel.: (805) 456-1496<br>Fax: (805) 456-1497<br>cspringer@kellerrohrback.com<br><br>Eric Fierro (admitted *pro hac vice*)<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Tel: (602) 248-0088<br>Fax: (602) 248-2822<br>efierro@kellerrohrback.com | Lesley E. Weaver (SBN 191305)<br>Anne K. Davis (SBN 267909)<br>Matthew S. Melamed (SBN 260272)<br>Angelica M. Ornelas (SBN 285929)<br>Joshua D. Samra (SBN 313050)<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com<br>adavis@bfalaw.com<br>mmelamed@bfalaw.com<br>aornelas@bfalaw.com<br>jsamra@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

    I, Daniel Mensher, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 1st day of August, 2022, at Seattle, Washington.

/s/ *Daniel Mensher*
Daniel Mensher

## CERTIFICATE OF SERVICE

      I, hereby certify that on August 1, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                    */s/ Sarah Skaggs*
                                    Sarah Skaggs