| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843 <br> Case No. 18-md-02843-VC |
| This document relates to: <br><br> ALL ACTIONS | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS** <br><br> Judge:  Hon. Vince Chhabria <br> Courtroom:  4, 17th Floor |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney shall now appear on behalf of Plaintiffs in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Consolidated Plaintiffs:

> Javier Bleichmar
> BLEICHMAR FONTI & AULD LLP
> 7 Times Square, 27th Floor
> New York, NY 10036
> Tel.: (212) 789-1341
> Fax: (212) 205-3960
> jbleichmar@bfalaw.com

Javier Bleichmar is admitted to practice and in good standing in the State of New York (NY SBN JB0435) and was admitted to the United States District Court for the Southern District of New York on March 23, 1999.

Dated: August 1, 2022

| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
|---|---|
| By: */s/ Derek W. Loeser* <br> Derek W. Loeser | By: */s/ Javier Bleichmar* <br> Javier Bleichmar |
| Derek W. Loeser (admitted *pro hac vice*) <br> Cari Campen Laufenberg (admitted *pro hac vice*) <br> David J. Ko (admitted *pro hac vice*) <br> Benjamin Gould (SBN 250630) <br> Adele Daniel (admitted *pro hac vice*) <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com <br> claufenberg@kellerrohrback.com <br> dko@kellerrohrback.com <br> bgould@kellerrohrback.com <br> adaniel@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> Anne K. Davis (SBN 267909) <br> Matthew S. Melamed (SBN 180196) <br> Angelica M. Ornelas (SBN 285929) <br> Joshua D. Samra (SBN 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> adavis@bfalaw.com <br> mmelamed@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com |
| Christopher Springer (SBN 291180) <br> 801 Garden Street, Suite 301 <br> Santa Barbara, CA 93101 | Javier Bleichmar (admitted *pro hac vice*) <br> Sara P. Simnowitz (admitted *pro hac vice*) <br> 7 Times Square, 27th Floor |

Tel.: (805) 456-1496  
Fax: (805) 456-1497  
cspringer@kellerrohrback.com  

Eric Fierro (admitted *pro hac vice*)  
3101 North Central Avenue, Suite 1400  
Phoenix, AZ 85012  
Tel: (602) 248-0088  
Fax: (602) 248-2822  
efierro@kellerrohrback.com  

New York, NY 10036  
Tel.: (212) 789-1341  
Fax: (212) 205-3960  
jbleichmar@bfalaw.com  
ssimnowitz@bfalaw.com  

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Javier Bleichmar, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of August, 2022, at New York, New York.

*/s/ Javier Bleichmar*
Javier Bleichmar

**CERTIFICATE OF SERVICE**

    I, hereby certify that on August 1, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                            */s/ Julie Law*
                                            Julie Law