| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*)<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel.: (206) 623-1900<br>Fax: (206) 623-3384<br>dloeser@kellerrohrback.com | Orin Snyder (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.4000<br>Fax: 212.351.4035<br>osnyder@gibsondunn.com |
| Lesley E. Weaver (SBN 191305)<br>BLEICHMAR FONTI & AULD LLP<br>555 12th Street, Suite 1600<br>Oakland, CA 94607<br>Tel.: (415) 445-4003<br>Fax: (415) 445-4020<br>lweaver@bfalaw.com | Deborah Stein (SBN 224570)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel.:  213.229.7000<br>Fax:  213.229.7520<br>dstein@gibsondunn.com |
| *Plaintiffs' Co-Lead Counsel*<br>*Additional counsel listed on signature page* | *Attorneys for Defendant Facebook, Inc.*<br>*Additional counsel listed on signature page* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER SEEKING TO TAKE THREE DEPOSITIONS BEYOND COURT IMPOSED DEADLINES**<br><br>Judge:  Hon. Vince Chhabria<br>Courtroom:  VIA VIDEOCONFERENCE |

**THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Facebook, Inc. (collectively, the "Parties") submit this joint stipulation requesting a short extension of the July 22, 2022 deadline set by the Court to complete Rule 30(b)(6) depositions.

WHEREAS, on April 6, 2022, the Court entered an order modifying the case schedule under which the close of fact discovery is set for September 16, 2022 (Dkt. No. 908);

WHEREAS, on June 10, 2022, the Court set a deadline of June 30, 2022 to complete Rule 30(b)(6) depositions, except for certain topics for which the Court set a separate deadline of July 22, 2022, subject to the time it would take to resolve any issues going to the scope of these depositions before the Special Master and then to schedule (or reschedule) them (Dkt. No. 941);

WHEREAS, following resolution of certain issues before the Special Master or agreement by the parties on scope issues relating to Rule 30(b)(6) depositions and/or due to scheduling issues, the Parties have agreed to the following deadlines for all remaining Rule 30(b)(6) and fact depositions (with the proviso that additional testimony may be taken after these dates if good cause is shown or if the deposition is rescheduled by agreement of the parties, but in no case later than September 16, 2022 (with the exception of Ms. Sandberg's deposition)):

- August 5, 2022.  Deadline for further Rule 30(b)(6) deposition on portions of certain topics as they relate to targeted advertising;

- August 16, 2022.  Deadline for Rule 30(b)(6) deposition on Topic 5;

- August 18, 2022.  Deadline for further Rule 30(b)(6) deposition on Topic 10;

- September 1, 2022.  Deadline for further Rule 30(b)(6) deposition on Topics 2/3 as they relate to ADI;

- September 20, 2022.  Deadline for deposition of Sheryl Sandberg.

NOW THEREFORE, the Parties hereby stipulate, subject to Court approval, to the following exemptions from the existing case schedule and Court-ordered deadlines (with the proviso that additional testimony may be taken after these dates if good cause is shown or if the deposition is rescheduled by agreement of the parties, but in no case later than September 16, 2022 (with the exception of Ms. Sandberg's deposition)):

- August 5, 2022.  Deadline for further Rule 30(b)(6) deposition on portions of certain topics as they relate to targeted advertising;

- August 16, 2022.  Deadline for Rule 30(b)(6) deposition on Topic 5;

- August 18, 2022.  Deadline for further Rule 30(b)(6) deposition on Topic 10;

- September 1, 2022.  Deadline for further Rule 30(b)(6) deposition on Topics 2/3 as they relate to ADI;

- September 20, 2022.  Deadline for deposition of Sheryl Sandberg.

Dated: August 4, 2022                                                           Respectfully submitted,

KELLER ROHRBACK L.L.P.                                          BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                                               By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                                              Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Emma M. Wright (admitted *pro hac vice*)
Daniel Mensher (admitted *pro hac vice*)
Michael Woerner (admitted *pro hac vice*)
Matthew Gerend (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com
dmensher@kellerrohrback.com
mwoerner@kellerrohrback.com
mgerend@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
Javier Bleichmar (admitted *pro hac vice*)
Joseph A. Fonti (admitted *pro hac vice*)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com
jbleichmar@bfalaw.com
jfonti@bfalaw.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

GIBSON, DUNN, & CRUTCHER LLP

By: /s/ Rosemarie T. Ring

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of August, 2022, at Seattle, Washington.

/s/ Derek W. Loeser
Derek W. Loeser

## **[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, the Court modifies the case schedule as follows:

- August 5, 2022.  Deadline for further Rule 30(b)(6) deposition on portions of certain topics as they relate to targeted advertising;

- August 19, 2022.  Deadline for further Rule 30(b)(6) deposition on Topic 10;

- August 26, 2022.  Deadline for Rule 30(b)(6) deposition on Topic 5;

- September 1, 2022.  Deadline for further Rule 30(b)(6) deposition on Topics 2/3 as they relate to ADI;

- September 20, 2022.  Deadline for deposition of Sheryl Sandberg.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Vincent Chhabria
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge