# EXHIBIT 89
## Redacted in its Entirety