# EXHIBIT 90
# Redacted in its Entirety