# EXHIBIT 91
## Redacted in its Entirety