# EXHIBIT 92
## Redacted in its Entirety