# EXHIBIT 93
## Redacted in its Entirety