# EXHIBIT 94
## Redacted in its Entirety