# EXHIBIT 95
# Redacted in its Entirety