# EXHIBIT 96
## Redacted in its Entirety