# EXHIBIT 97
## Redacted in its Entirety