# EXHIBIT 98
## Redacted in its Entirety