# EXHIBIT 100
## Redacted in its Entirety