# EXHIBIT 101

## Redacted in its Entirety