# EXHIBIT 102
# Redacted in its Entirety