# EXHIBIT 103
## Redacted in its Entirety