# EXHIBIT 104

# Redacted in its Entirety