# EXHIBIT 105
## Redacted in its Entirety