# EXHIBIT 106

## Redacted in its Entirety