# EXHIBIT 107
## Redacted in its Entirety