# EXHIBIT 108
## Redacted in its Entirety