# EXHIBIT 109

# Redacted in its Entirety