# EXHIBIT 110
## Redacted in its Entirety