# EXHIBIT 111
## Redacted in its
## Entirety