# EXHIBIT 112
## Redacted in its Entirety