# EXHIBIT 113
## Redacted in its Entirety