# EXHIBIT 114
## Redacted in its Entirety