# EXHIBIT 115
## Redacted in its Entirety