# EXHIBIT 116
## Redacted in its Entirety