# EXHIBIT 117
## Redacted in its Entirety