# EXHIBIT 118
## Redacted in its Entirety