# EXHIBIT 119

## Redacted in its Entirety