# EXHIBIT 120
## Redacted in its Entirety