# EXHIBIT 121
## Redacted in its Entirety