# EXHIBIT 122
## Redacted in its Entirety