# EXHIBIT 123
## Redacted in its
## Entirety