# EXHIBIT 124
## Redacted in its Entirety