# EXHIBIT 125
## Redacted in its Entirety