# EXHIBIT 126
## Redacted in its Entirety