# EXHIBIT 127
## Redacted in its Entirety