# EXHIBIT 128

# Redacted in its Entirety