# EXHIBIT 129

## Redacted in its Entirety