# EXHIBIT 130
## Redacted in its Entirety