# EXHIBIT 131
## Redacted in its Entirety