# EXHIBIT 132
## Redacted in its Entirety