# EXHIBIT 133
## Redacted in its Entirety