# EXHIBIT 134
## Redacted in its Entirety