# EXHIBIT 136

## Redacted in its Entirety