# EXHIBIT 137
## Redacted in its Entirety