# EXHIBIT 138

## Redacted in its Entirety