# EXHIBIT 139
## Redacted in its Entirety