| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** <br><br> Judge: Hon. Vince Chhabria <br> Special Master Daniel Garrie <br> Courtroom: 4, 17th Floor |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Facebook, Inc., and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal:

|   | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Ruling** |
|---|---|---|---|---|
| 1 | Plaintiffs' Supplemental Brief in Support of Sanctions | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Brief in Support of Sanctions | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Exhibits 89–98, 100–134, and 136–139 to the Declaration of Lesley E. Weaver | Entire documents | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 4 | Declaration of Cari C. Laufenberg and Matthew S. Melamed in Support of Plaintiffs' Supplemental Brief in Support of Sanctions | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 5 | Declaration of David J. Ko in Support of Plaintiffs' Motion for Sanctions | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

                                                                        VINCE CHHABRIA
                                                                       United States District Judge