1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

11

12

13

14

15

16

17

18

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION,


This document relates to:

ALL ACTIONS

**MDL NO. 2843**

CASE NO. 3:18-MD-02843-VC-JSC

HON. VINCE CHHABRIA
HON. JACQUELINE SCOTT CORLEY
COURTROOM 4 – 17TH  FLOOR
SPECIAL MASTER, DANIEL GARRIE, ESQ.

**BRIEFING PROTOCOL FOR NON-MEDIATED ISSUES**

19

20

21

22

23

24

25

26

27

28

1.  Leave will be granted to file motions without seeking mediation, if the moving party, after meeting and conferring with opposing counsel in good faith, believes that mediation is unlikely to resolve the issue.

2.  The opposing party may submit a response brief within five calendar days of the moving party's motion.

3.  Motions and response briefs are not to exceed three pages single spaced, exclusive of exhibits.

4.  In the briefs, the parties may request a hearing to occur within 48 hours, subject to Special Master availability. The Special Master will issue a tentative ruling. Within 24 hours of the tentative ruling, the parties may submit a motion for reconsideration not to exceed two pages single spaced. The Special Master will deny the motion or issue a final amended ruling. If no motion to reconsider is submitted within 24 hours, the tentative ruling is final.

5.  No motion for reconsideration may include new argument without a declaration demonstrating new facts or circumstances that did not exist at the time of the original briefing.

6.  A party that fails to meet and confer in good faith prior to filing a motion may be subject to sanctions upon a proper showing. Likewise, a party that unreasonably and in bad faith opposes a motion, such as for purposes of delay, may be subject to sanctions upon a proper showing.

7. The Special Master consulted with Judge Chhabria in drafting this protocol.


IT IS SO ORDERED.

August 11, 2022                                          _____

                                                        Daniel Garrie
                                                        Discovery Special Master




**BRIEFING PROTOCOL FOR NON-MEDIATED ISSUES**