Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE FOR FACEBOOK, INC. TO FILE STATEMENTS IN SUPPORT OF SEALING** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. On August 8, 2022, Plaintiffs filed their Supplemental Brief in Support of Sanctions (Dkts. 984, 988), accompanied by three declarations and fifty-one exhibits in support (Dkts. 985–88). In total, Plaintiffs' submission numbers over 1,000 pages and includes information that Facebook has designated confidential or highly confidential under the Protective Order in this action. Dkt. 122. Plaintiffs' submissions include roughly 700 pages of materials that are highly technical and new to the record, so they have not already been evaluated for sealing.

2. Plaintiffs filed their submission temporarily under seal accompanied by an Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (Dkt. 988) pursuant to Civil Local Rule 79-5(f).

3. Pursuant to Civil Local Rule 79-5(f), the deadline for Facebook to file a statement and/or declaration in support of sealing is August 15, 2022, seven days after the filing of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

4. Given the large volume of new materials within Plaintiffs' submission that must be evaluated for confidentiality, Facebook has asked Plaintiffs whether they would agree that the deadline for Facebook to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed shall be extended by 11 days, until August 26. Plaintiffs have agreed to that extension, pending the Court's approval.

5. For similar reasons, Facebook has asked Plaintiffs whether they would agree that the page limit for Facebook's statement in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed shall be enlarged by two pages, to seven pages in total. Plaintiffs have agreed to that enlargement, pending the Court's approval.

6. Given that, in the interim, Facebook expects to be submitting confidential materials in its Response to Plaintiffs' Supplemental Sanctions Brief (which is due for filing on August 19), which also must be evaluated for confidentiality and redacted as appropriate, Facebook has asked

Plaintiffs whether they would agree that the deadline for Facebook to file its Administrative Motion to File Under Seal Portions of its Supplemental Sanctions Brief Response shall be August 26, 2022. Plaintiffs have agreed to that deadline, pending the Court's approval.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1. The deadline for Facebook to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed shall be extended until August 26, 2022. The page limit for Facebook's statement in support shall be enlarged by two pages, to seven pages in total.

2. On August 19, 2022, Facebook may temporarily file under seal confidential materials filed in support of its Supplemental Sanctions Brief Response.

3. By August 26 2022, Facebook shall file a motion to permanently seal those portions of Facebook's August 19 Supplemental Sanctions Brief Response that should remain under seal or be redacted.

Dated: August 11, 2022

**KELLER ROHRBACK LLP**

By: __/s/ Cari Laufenberg__
　　　Cari Laufenberg

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: August 11, 2022

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:   */s/ Deborah Stein*

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Russell H. Falconer (*pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____

_____
VINCE CHHABRIA
United States District Judge

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: August 11, 2022                              By:   */s/ Brooke Myers Wallace*
                                                                         Brooke Myers Wallace

## **CERTIFICATE OF SERVICE**

      I, Brooke Myers Wallace, hereby certify that on August 11, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

      By:    */s/ Brooke Myers Wallace*
                    Brooke Myers Wallace

105662408.2