GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
Heather Richardson
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s ("Facebook") Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, which proposes to keep the following documents under seal:

| Document | Dkt. No. | Description of Documents Sought to Be Kept Fully Under Seal |
|---|---|---|
| Plaintiffs' Ex. 90 | 988-8 | • An investigative report generated by Facebook's consulting experts during ADI to assist counsel in providing Facebook with legal advice, which the Court previously found good cause to seal. |
| Plaintiffs' Ex. 91 | 988-9 | • An investigative report generated by Facebook's consulting experts during ADI to assist counsel in providing Facebook with legal advice; the Court previously found good cause to seal similar reports. |
| Plaintiffs' Ex. 92 | 988-10 | • An investigative report generated by Facebook's consulting experts during ADI to assist counsel in providing Facebook with legal advice; the Court previously found good cause to seal similar reports. |
| Plaintiffs' Ex. 93 | 988-11 | • An investigative report generated by Facebook's consulting experts during ADI to assist counsel in providing Facebook with legal advice; the Court previously found good cause to seal similar reports. |
| Plaintiffs' Ex. 94 | 988-12 | • An investigative report generated by Facebook's consulting experts during ADI to assist counsel in providing Facebook with legal advice; the Court previously found good cause to seal similar reports. |
| Plaintiffs' Ex. 98 | 988-16 | • Transcript containing Facebook's confidential and competitively sensitive information. |
| Plaintiffs' Ex. 102 | 988-19 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 103 | 988-20 | • Transcript containing Facebook's confidential and competitively sensitive information. |
| Plaintiffs' Ex. 104 | 988-21 | • Documents, including transcripts, containing Facebook's confidential and competitively sensitive information. |
| Plaintiffs' Ex. 112 | 988-29 | • Internal Facebook document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 113 | 988-30 | • Internal Facebook document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 114 | 988-31 | • Document containing confidential information that the Court previously found good cause to seal. |

| Plaintiffs' Ex. 116 | 988-33 | • Transcript containing Facebook's confidential and competitively sensitive information. |
|---|---|---|
| Plaintiffs' Ex. 119 | 988-36 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 121 | 988-38 | • Internal Facebook document containing confidential and competitively sensitive information |
| Plaintiffs' Ex. 122 | 988-39 | • Internal Facebook document containing confidential and competitively sensitive information |
| Plaintiffs' Ex. 123 | 988-40 | • Internal Facebook document containing confidential and competitively sensitive information |
| Plaintiffs' Ex. 124 | 988-41 | • Internal Facebook document containing confidential and competitively sensitive information |
| Plaintiffs' Ex. 125 | 988-42 | • Document containing information regarding Facebook's proprietary data systems and data storage and processing practices. |
| Plaintiffs' Ex. 126 | 988-43 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 127 | 988-44 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 129 | 988-46 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 130 | 988-47 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 131 | 988-48 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 132 | 988-49 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 133 | 988-50 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 134 | 988-51 | • Litigation-related document containing confidential and competitively sensitive information. |
| Plaintiffs' Ex. 139 | 988-55 | • Internal Facebook document containing confidential and competitively sensitive information. |

Facebook also proposes to redact limited portions of the following documents:

| Document | Dkt. No. | Description of Portions Sought to Be Kept Under Seal |
|---|---|---|

| | | |
|---|---|---|
| Plaintiffs' Supplemental Brief in Support of Sanctions | 988-3 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Br. at i, 12–14, 20.<br>• Limited portions that reveal confidential information regarding Facebook's tool for responding to law-enforcement requests for user records. *Id.* at i, 14–17.<br>• Limited portions that reveal confidential information regarding ADI; the Court previously found good cause to seal similar information. *Id.* at 9–10, 31–32.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. *Id.* at 24, 31–32. |
| Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Brief in Support of Sanctions | 988-6 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Weaver Decl. at ¶¶ 4, 53.<br>• Limited portions that reveal confidential information regarding Facebook's tool for responding to law-enforcement requests for user records. *Id.* at ¶ 5.<br>• Limited portions that reveal confidential information regarding ADI; the Court previously found good cause to seal similar information. *Id.* at ¶¶ 14–16, 18, 45–47. |
| Plaintiffs' Ex. 95 | 988-13 | • Limited portions that reveal confidential information regarding Facebook's tool for responding to law-enforcement requests for user records. Ex. 95 at Tr. at 40:2–6, 8–20, 23–24, 41:6–7, 15–18, 20-25, 42:1–19, 22.<br>• Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 95 at Tr. at 69:11–25. |
| Plaintiffs' Ex. 96 | 988-14 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 96 at 1–4.<br>• Limited portions that reveal confidential information regarding Facebook's tool for responding to law-enforcement requests for user records. Ex. 96 at 2–3. |
| Plaintiffs' Ex. 97 | 988-15 | • Confidential information regarding Facebook's tool for responding to law-enforcement requests for user records. Ex. 97 at 1–2; Internal Ex. A.<br>• Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 97 at 1, 3. |
| Plaintiffs' Ex. 105 | 988-22 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. Ex. 105 at Tr. at 266:11–13, 18–20, 268:2–3, 20–23, 269:2–6, 270:1–2, 273:5–8, 14–15, 281:25–282:6. |

| Plaintiffs' Ex. 106 | 998-23 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. Ex. 106 at Tr. at 92:1–2, 4, 7–12, 20, 22–23, 25, 94:1–9, 13, 19–22, 24–25, 101:15–17, 24, 104:1–4, 25, 105:1–4, 7, 9–10, 24–25, 118:2–3, 9–11, 14, 17–19, 119:2–3, 19–20, 161:1–5, 9–10, 13, 20, 23–25, 163:2–4, 9–11, 13–15, 24–25, 164:1–3, 6–8, 12–15, 21–23, 165:1–3, 8–10, 13–14, 168:15–16, 19–20, 24–25, 169:1, 6–7, 20–21, 23–25, 170:1–5, 7, 14–16, 182:4–12, 19–21, 24–25, 224:2, 4, 11–22, 226:6–7, 11–12, 14, 24–25, 240:3–6, 10–11; Internal Ex. 0007 at 1–3; Internal Ex. 0013 at 1–5. |
|---|---|---|
| Plaintiffs' Ex. 109 | 988-26 | • Limited portions that reveal confidential information regarding Facebook's business partners. Ex. 109 at 3. |
| Plaintiffs' Ex. 115 | 988-32 | • Confidential information that the Court previously found good cause to seal. Ex. 115 at 1–5. |
| Plaintiffs' Ex. 117 | 988-34 | • Confidential information that the Court previously found good cause to seal. Ex. 117 at 1. |
| Plaintiffs' Ex. 137 | 988-53 | • Confidential information that the Court previously found good cause to seal. Ex. 137 at 2–6. |

Good cause having been shown, Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed is GRANTED. The Court hereby ORDERS:

1. The following exhibits submitted by Plaintiffs shall be permanently sealed:
   A. Exs. 90–94, 98, 102–104, 112–114, 116, 119, 121–127, 129–134, 139.

2. The redacted versions of the following documents shall be filed on the public docket:
   A. Plaintiffs' Supplemental Brief in Support of Sanctions, attached as Exhibit 2 to the Declaration of Deborah Stein in Support of Facebook's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Stein Declaration");
   B. The Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Brief in Support of Sanctions, attached as Exhibit 4 to the Stein Declaration; and
   C. Plaintiffs' Exhibits 95–97, 105, 106, 109, 115, 117, 137, attached with the same numbering and "-B" to the Stein Declaration.

3. The unredacted versions of the following documents shall be sealed permanently:
   A. Plaintiffs' Supplemental Brief in Support of Sanctions, attached as Exhibit 1 to the Stein Declaration;
   B. The Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Brief in Support of Sanctions, attached as Exhibit 3 to the Stein Declaration; and
   C. Plaintiffs' Exhibits 95–97, 105, 106, 109, 115, 117, 137, attached with the same numbering and "-A" to the Stein Declaration.

**IT IS SO ORDERED.**

DATE: _____   _____
VINCE CHHABRIA
United States District Judge