# EXHIBIT 95-B

# Redacted Version of Document Sought to be Sealed

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3
4   IN RE:  FACEBOOK, INC.,      MDL No. 2843
5   CONSUMER USER PROFILE        Case No.
6   LITIGATION                   18-md-02843-VC-JSC
    _____
7   This document relates to:
8   ALL ACTIONS
    _____
9
10                  **CONFIDENTIAL**
11
12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13        CORPORATE REPRESENTATIVE - MICHAEL DUFFEY
14   (Reported Remotely via Video & Web Videoconference)
15       Palo Alto, California (Deponent's location)
16                Wednesday, June 2, 2022
17                       Volume I
18
19  STENOGRAPHICALLY REPORTED BY:
20  REBECCA L. ROMANO, RPR, CSR, CCR
21  California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5234611
25  PAGES 1 - 194
```

Page 1

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  FACEBOOK, INC.,     MDL No. 2843
     CONSUMER USER PROFILE       Case No.
     LITIGATION                  18-md-02843-VC-JSC
 5   _____
 6   This document relates to:
 7   ALL ACTIONS
 8
     _____
 9
10
11
12
13
14
15          DEPOSITION OF MICHAEL DUFFEY, taken on
16   behalf of the Plaintiffs, with the deponent located
17   in Palo Alto, California, commencing at
18   9:14 a.m., Wednesday, June 3, 2022, remotely
19   reported via Video & Web videoconference before
20   REBECCA L. ROMANO, a Certified Shorthand Reporter,
21   Certified Court Reporter, Registered Professional
22   Reporter.
23
24
25
```

```
 1                APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4    For the Plaintiffs:
 5         BLEICHMAR FONTI & AULD LLP
 6         BY:   LESLEY E. WEAVER
 7         BY:   ANNE K. DAVIS
 8         BY:   JOSHUA SAMRA
 9         Attorneys at Law
10         555 12th Street
11         Suite 1600
12         Oakland, California 94607
13         (415) 445-4003
14         lweaver@bfalaw.com
15         adavis@bfalaw.com
16         jsamra@bfalaw.com
17
18
19
20
21
22
23
24
25    /////
```

Page 3

CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4         KELLER ROHRBACK L.L.P.
 5         BY:   CARI CAMPEN LAUFENBERG
 6         BY:   DEREK W. LOESER
 7         Attorneys at Law
 8         1201 Third Avenue
 9         Suite 3200
10         Seattle, Washington 98101
11         (206) 623-1900
12         claufenberg@kellerrohrback.com
13         dloeser@kellerrohrback.com
14
15    For Facebook, Inc.:
16         GIBSON, DUNN & CRUTCHER LLP
17         BY:   RUSSELL H. FALCONER
18         Attorney at Law
19         2001 Ross Avenue
20         Suite 2100
21         Dallas, Texas 75201
22         (214) 698-3170
23         rfalconer@gibsondunn.com
24
25    /////
```

Page 4

```
 1            APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5         GIBSON, DUNN & CRUTCHER LLP
 6         BY:   YEKATERINA REYZIS
 7         Attorney at Law
 8         333 South Grand Avenue
 9         Los Angeles, California 90071-3197
10         (213) 229-7907
11         yreyzis@gibsondunn.com
12    and
13         BY:   DAYNA ZOLLE HAUSER
14         BY:   HANNAH REGAN-SMITH
15         Attorneys at Law
16         1801 California Street
17         Suite 4200
18         Denver, Colorado 80202-2642
19         (303) 298-5700
20         dzhauser@gibsondunn.com
21         hregan-smith@gibsondunn.com
22
23
24
25    /////
                                              Page 5
```

```
 1            APPEARANCES OF COUNSEL(cont'd)
 2   (All parties appearing via Web videoconference)
 3
 4   For Facebook, Inc.:
 5        GIBSON, DUNN & CRUTCHER LLP
 6        BY:   ROSEMARIE T. RING
 7        Attorney at Law
 8        555 Mission Street
 9        Suite 3000
10        San Francisco, California 94105-0921
11        (415) 393-8247
12        rring@gibsondunn.com
13
14        JAMS
15        BY:   DANIEL B. GARRIE
16        Special Master
17        555 W. 5th Street
18        32nd Floor
19        Los Angeles, California 90013
20        (213) 253-9706
21        dgarrie@jamsadr.com
22
23
24
25   /////
```

CONFIDENTIAL

```
 1              APPEARANCES(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4    ALSO PRESENT:
 5         Ian Chen, Associate General Counsel,
 6    Meta Platforms
 7         John Macdonell, Videographer
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    /////
```

```
 1        MR. FALCONER:  Objection.  Form.                10:02:37
 2        THE DEPONENT:  █████████████
           ████████████████████████████████████
           ██████████  ████████████████████████
           ████████████████████████████████████  ██████
           ███████████████████████████
 7     Q.  (By Ms. Weaver)  And specifically, does
        ████████████████████████████████████
        █████████████████████████████
10     A.  My understanding is that ████████████  ██████
        ████████████████████████████████
        ██████████████████████████████████  I
13   don't believe ██████████████████████████
        ███████████████████████
15     Q.  And when you say █████████████████  ██████
        █████████  what do you mean?
17     A.  ████████████████████████████
18     Q.  So for the record, ████████████████
        ████████████████████████████████████████
        █████████████████████████████; is that           10:04:46
21   correct?
22     A.  I'm not -- I'm not sure of the exact
23   ████████████████████████████████████
        ██████████  That would be a question for the law
25   enforcement response team.                          10:05:06
```

Page 40

```
 1        Q.   What is the law enforcement response              10:05:07

 2   team?

 3        A.   That -- that team is -- is -- receives

 4   subpoenas and requests from law enforcement

 5   regarding individual users at Facebook.                     10:05:31

 6        Q.   ████████████████████████████████████████

     ██████████████████████████████████████

 8             MR. FALCONER:  Objection.  Beyond the

 9   scope of the notice.

10             And, Mr. Duffey, again, I'll just caution         10:05:49

11   you:  Don't reveal any privileged communications

12   you may have had in the course of your work at the

13   company in answering that question.

14             THE DEPONENT:  I don't know -- I don't

15   know the -- the -- all of the reasons why ████████  ████████

     ██████████████████████████████████████ ████

     ██████████████████████████████████

     ████  DYI.  The ability to download your

19   information was available to users.

20             I -- I -- I think that it -- the ███      ████████

     ██████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████

     ██████

25        Q.   (By Ms. Weaver)  And when you say ████           10:07:07
```

Page 41

```
 1                          what do you mean?              10:07:08
 2        A.   In a, you know --
 3        Q.   And does the









               that you earlier identified?
 9        A.












                                                           10:08:29
16        Q.   Does the






20             MR. FALCONER:  Objection.  Beyond the       10:08:42
21   scope of the notice.
22             THE DEPONENT:
23        Q.   (By Ms. Weaver)  Who would know?
24             MR. FALCONER:  Same objection.
25             THE DEPONENT:  Somebody -- somebody on      10:09:03
```

Page 42

```
 1        Q.   Can you identify which data in Hive was        11:09:42
 2   placed on legal hold for this case?
 3        A.   No, I can't.
 4        Q.   Can anyone?
 5        A.   Can you -- can we go back two questions        11:10:09
 6   ago?  Just so I -- I understand the question.
 7        Q.   Yeah.  No problem.
 8             Let me try it this way.  Was any data in
 9   Hive placed on legal hold for this case?
10        A.   Yes.                                           11:10:33
11        Q.   ██████████████████████████████
     ████████████████
13        A.   I understand that there are ███ Hive
14   tables ████████████████████████
     ████████████████████    ██████████████████    ██████
     ██████████████████████████████████████
     ██████████████████████████████████
18   If -- if I were to -- you know, ██████████
     ██████████████████████████████████
     ██████████████████████████████████████    ██████
     ████████████
22        Q.   It is possible for Facebook to ██████████
     ██████████████████ correct?
24        A.   ████ ████████████████████████
     ██████████████████████                               11:11:53
```

Page 69