# EXHIBIT 106-B
**Redacted Version of**

**Document Sought to be Sealed**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


IN RE:  FACEBOOK, INC.        MDL No. 2843

CONSUMER PRIVACY USER        Case No. 18-md-02843-VC-JSC

PROFILE LITIGATION

-----------------------/




CONFIDENTIAL


REMOTE DEPOSITION OF JACKIE CHANG

Thursday, December 16, 2021




Job No. 4976949

Reported Remotely and Stenographically by:

JANIS JENNINGS, CSR No. 3942, CLR, CCRR

Pages 1 - 312

1

2

3

4

5

6

7

8          REMOTE DEPOSITION OF JACKIE CHANG, located

9     in Hillsborough, California, taken on behalf of the

10    Plaintiffs, beginning at 9:43 a.m., on Thursday,

11    December 16, 2021, sworn remotely by Janis Jennings,

12    Certified Shorthand Reporter No. 3942, CLR, CCRR,

13    located in the City of Walnut Creek, County of

14    Contra Costa, State of California.

15

16

17

18

19

20

21

22

23

24

25

```
 1    REMOTE APPEARANCES:

 2

 3        For Plaintiffs:

 4               KELLER ROHRBACK L.L.P.

 5               BY:  DEREK W. LOESER, ESQ.

 6                    DAVID KO, ESQ.

 7                    ADELE A. DANIEL, ESQ.

 8               1201 Third Avenue, Suite 3200

 9               Seattle, Washington  98101

10               206.623.1900

11               dloeser@kellerrohrback.com

12               dko@kellerrohrback.com

13               adaniel@kellerrohrback.com

14

15        BLEICHMAR FONTI & AULD LLP

16               BY:  LESLEY E. WEAVER, ESQ.

17                    ANNE K. DAVIS, ESQ.

18                    MATTHEW S. MELAMED, ESQ.

19               555 12th Street, Suite 1600

20               Oakland, California  94607

21               415.445.4003

22               lweaver@bfalaw.com

23               adavis@bfalaw.com

24               mmelamed@bfalaw.com

25
```

Page 4

```
 1    APPEARANCES:

 2

 3        FOR DEFENDANT FACEBOOK, INC.:

 4               GIBSON, DUNN & CRUTCHER LLP

 5               BY:  RUSSELL H. FALCONER, ESQ.

 6                    LAURA C. MUMM, ESQ.

 7                    MATT BUONGIORNO, ESQ.

 8               2001 Ross Avenue, Suite 2100

 9               Dallas, Texas 75201

10               214.698.3100

11               rfalconer@gibsondunn.com

12               lmumm@gibsondunn.com

13               mbuongiorno@gibsondunn.com

14

15        Also Remotely Present:

16               DANIEL GARRIE, SPECIAL MASTER

17               JAMS

18               555 W. 5th Street, 32nd Floor

19               Los Angeles, California 90013

20

21               IAN CHEN, ESQ., Facebook, Inc.

22               SHAWNA HAYNES, Videographer

23

24

25
```

Page 69

```
 1   again?                                            11:23

 2       Q.   Do you know when Facebook first started  11:23

 3   using APIs with its partners?                     11:23

 4       A.   I'm not sure I understand that question. 11:23

 5   Technically, I don't know.                        11:23

 6       Q.   Do you know who came up with the various 11:23

 7   APIs that Facebook has?                           11:23

 8       A.   No.                                       11:23

 9       Q.   Are you familiar with the concept of Friend 11:23

10   Sharing on the Facebook platform?                 11:23

11       A.   I think I've heard of it, but I don't know 11:23

12   what it is.                                        11:23

13       Q.   Are you aware that on the Facebook platform 11:23

14   for a period of time, when a friend downloaded an 11:24

15   app, that app could obtain access to that person's 11:24

16   friends via Friend Sharing APIs?                  11:24

17            MR. FALCONER:  Objection.  Form.         11:24

18            Go ahead.                                 11:24

19            THE WITNESS:  I don't remember.          11:24

20   BY MR. LOESER:                                     11:24

21       Q.   You don't remember anything about that?  11:24

22       A.   No.                                       11:24

23       Q.   That's not something you were involved at 11:24

24   all in?                                            11:24

25       A.   I don't remember.                        11:24
```

Page 92

1       ████████████████████████     ████

██      ███████████████████████" --      11:56

3        DEPOSITION REPORTER:  "However, in the    11:56

4   ███████████████████████████████..."   Go    11:56

5   ahead, please.

6   BY MR. LOESER.

7       Q.   "...████████████████████

██       ████████████████████     ████

██       █████████████████████     ████

██       ███████████████████      ████

██       ████████████       ████

██       ███████."       11:56

13       Do you see that?       11:56

14       A.   Yes.       11:56

15       Q.   Now, Miss Chang, do you recall being    11:56

16   involved in the -- making the changes that are    11:56

17   referred to here?       11:56

18       A.   I don't.       11:56

19       Q.   Why don't we go down this document to    11:56

20   page 2, under the heading "████████████."    11:56

21       Do you remember your involvement and the    11:56

22   conversation about █████████?       11:56

23       A.   I remember ███████ as a concept,    11:56

24   but I don't remember specific conversations.    11:57

25       Q.   Okay.  What was "████████" as a    11:57

Page 94

```
 1      Q.   "Apps can still ██████████████           ██████

 ██     ████████████████████████████████             ██████

 ██     ██████████████████████████                   ██████

 ██     ██████████████████████████████████           ██████

 ██     ████████████████████  ████████████████       ██████

 ██     ████████████████████████████████             ██████

 ██     ██████████████████████████████████           ██████

 ██     ██████████████████████████                   ██████

 ██     ██████████████."                              11:58

10           Do you see that?                         11:58

11      A.   Yes.                                     11:58

12      Q.   Do you recall conversations around       11:58

13   ████████████████████████████?                    11:58

14      A.   I don't.                                 11:58

15      Q.   You have no memory of that?              11:58

16      A.   Not specifically.                        11:58

17      Q.   Do you know what "deprecate" means?      11:58

18      A.   Yes.  To -- to remove or wind down or end. 11:58

19      Q.   And so what ████████████████████████     ██████

 ██  ████████████████████████████████████████████    ██████

 ██  ██████████████████████████████████████          ██████

 ██  ████████████████████t; is that right?           11:59

23      A.   Whatever was stated there.               11:59

24      Q.   And so ████████████████████████████      ██████

 ██  ███████████████████████████████████████████, and 11:59
```

Page 101

```
 1     A.   So I --                                    12:08
 2          MR. FALCONER:  Objection to form.           12:08
 3          THE WITNESS:  So I don't remember enough to  12:08
 4   make that connection.                              12:08
 5   BY MR. LOESER:                                     12:08
 6     Q.   So looking at your email, it looks like you  12:08
 7   came up with a format for dealing with T0 partners  12:08
 8   with non-standard agreements and specific           12:09
 9   categories; is that right?                         12:09
10          DEPOSITION REPORTER:  Excuse me.  There was  12:09
11   an interruption in the audio.  Can you repeat your  12:09
12   question, please, Counsel.                         12:09
13   BY MR. LOESER:                                     12:09
14     Q.   Yeah.  Looking at your email, it appears     12:09
15   that ███████████████████████████████     ████     12:09
   ██ ████████████████████████████████     ████
   ██    ████████████████████████; right?            12:09
18     A.   So, then, I don't remember enough to make    12:09
19   that assertion.                                    12:09
20     Q.   Okay.  Well, let's just look through your    12:09
21   tabs.  The first tab you have -- these are your     12:09
22   words; right?  You wrote this email?               12:09
23     A.   It looks like it, yes.                       12:09
24     Q.   ███████████████████████████ means          12:09
25   something --
```

Page 104

```
 1  ███████████████                                    12:12
 2      ██   ██████████████████████████          ████  12:12
 █  ████████████████████████████████████████    ████
 █  ███████████████████                              12:12
 5      A.   Again, I --                              12:12
 6           MR. FALCONER:  Objection.  Form.         12:12
 7           THE WITNESS:  -- I don't recall at the time  12:12
 8  to specify exactly what it is connected to.       12:12
 9  BY MR. LOESER:                                     12:12
10      Q.   Just a blank slate for you?              12:12
11           MR. FALCONER:  Objection.  Form.         12:12
12           THE WITNESS:  Sorry.  Is that a question 12:12
13  or...                                              12:12
14  BY MR. LOESER:                                     12:12
15      Q.   Yeah.  Yeah.  Even looking at the email that  12:12
16  you wrote about this, you just can't remember      12:12
17  anything about it?                                 12:12
18      A.   Yes.  So, again, I was transitioning to a  12:12
19  new role, so this was not the top of my mind, and I  12:12
20  don't remember this.                               12:12
21      Q.   Is it fair to say that it was at the top of  12:12
22  your mind when you wrote this?                     12:12
23      A.   I don't remember at that time.           12:12
24      Q.   Well, let's look at the next bullet:     12:12
25           "████████████   ███████████             12:13
```

Page 105

1        that use ███████████████         ████

██  ████████████████████  ████     ████

██  ███████████████████                  ████

██      ████████████████         12:13

5        Facebook."                       12:13

6        What does it mean if something is of   12:13

7   "██████████████      Facebook"?       12:13

8      A.   So I can't infer what it meant at that time,  12:13

9   but ██████████████████████████       ████

██  ██████████████.                      12:13

11     Q.   Okay.  And so you're making a recommendation  12:13

12  here for how to deal with integrations that involve   12:13

13  strategic value; is that right?        12:13

14     A.   I don't remember specifically, so I don't    12:13

15  know how to answer that.               12:13

16     Q.   Okay.  It looks like in the email, you knew   12:13

17  enough about what read stream was or friend data to   12:13

18  use those words in this email and talk about what     12:13

19  should happen with that?               12:14

20     A.   So, again, I don't remember enough at the    12:14

21  time to say that was the state of my mind.  I don't   12:14

22  know.                                  12:14

23     Q.   And what do you mean when you say, "Should   12:14

24  ████████████████████████████████       ████

██  ██████████████████████"?             12:14

Page 118

```
 1   that you came up with for dealing with, among      12:27
 2   others, ████████████████████████████              ██████
     █ ████████████████████████████; right?            12:27
 4           MR. FALCONER:  Objection.  Argumentative.  12:27
 5           THE WITNESS:  So, again, I don't know.     12:27
 6   BY MR. LOESER:                                     12:27
 7       Q.   Now, Miss Chang, you were directly involved  12:28
 8   in making the determination -- coming up with a    12:28
 9   framework for the determination of what ██████     ██████
     █ █████████████████████████████████████           ██████
     █ ████████████; right?                             12:28
12       A.   So, again, I don't remember enough to say  12:28
13   that it was a determination.  I just prepared a    12:28
14   █████████████████████████████████████, as         12:28
15   it said in the email.                              12:28
16       Q.   Tell me everything you can remember about  12:28
17   your involvement in figuring out which ██████      ██████
     █ ███████████████████████████████████             ██████
     █ ███████████.                                     12:28
20       A.   So, again, I don't remember.  I moved on to  12:28
21   Internet.org.  I don't know what happened after that  12:28
22   spreadsheet.                                       12:28
23       Q.   I didn't ask you if you remember what     12:28
24   happened after that.  I am just asking you to      12:28
25   describe for me, what is the sum total of what you  12:28
```

```
 1   remember about your role in figuring out which        12:28

 2   ███████████████████████████████████████████  ██████

     █  ███████████████  .                                 12:29

 4        A.   I don't remember.                            12:29

 5        Q.   Did you receive annual performance reviews?  12:29

 6        A.   In what year?                                12:29

 7        Q.   In any year.                                 12:29

 8        A.   I received a performance review.             12:29

 9        Q.   And in connection with your performance      12:29

10   review, were you required to describe what you did     12:29

11   during the year that was being reviewed?               12:29

12        A.   I believe so, yes.                           12:29

13        Q.   And in those performance reviews, were you   12:29

14   careful to make sure that you described all of the     12:29

15   important, or at least the most important things,      12:29

16   you worked on?                                         12:29

17        A.   At that time, yes.                           12:29

18        Q.   And so if this transition to Platform 3 and  12:29

19   your role in ███████████████████████████████  ██████

     █  ████████████████████████████████████  was          12:29

21   an important part of that year, that would be likely   12:29

22   discussed in the performance review?                   12:30

23        A.   I don't know.  I can't speculate that.       12:30

24        Q.   Okay.  Would that be generally an accurate   12:30

25   statement, though, that the tasks that you performed   12:30
```

Page 161

```
 1      Q.   And under the heading, ██████████          ██████

        ████████" can -- the first bullet says, ██████  ██████

        ██████████████████████████ then "████████████    ██████

        █████████"████  ████████████████████████████     ██████

        █████████████████████."                          14:26

 6           Do you see that?                             14:26

 7      A.   Yes.                                         14:26

 8      Q.   And, Miss Chang, do you recall being         14:26

 9   involved in the ███████████████████████████          ██████

     █████████?                                           14:26

11      A.   No, I don't recall.                          14:26

12      Q.   And do you recall the effort to figure out   14:26

13   ███████████████████████████████████████████████?     14:26

14      A.   I don't remember.                            14:26

15      Q.   Do you remember anything at all about any    14:26

16   involvement you had in the subject matter of         14:26

17   whitelists?                                          14:26

18      A.   Sorry.  Can you state that question again?   14:26

19      Q.   Do you remember being involved in any way in 14:26

20   figuring out █████████████████████████████?          14:26

21      A.   Not -- I don't remember.                     14:26

22      Q.   This slide over on the right side refers to  14:27

23   "███████████████████████████████.  "                 14:27

24           Was the rollout to ████████████████           ██████

     █████████████?                                        14:27
```

Page 163

```
 1      A.   Yes, I see that there.                    14:28

 2      Q.   And do you see that those are -- those ██  ██

 ██████████████████████████████████████████████████  ██

 ██████████████████████████████████████████. Is       14:29

 5    that your understanding?                         14:29

 6      A.   So -- yeah, so I don't know the context of 14:29

 7    that, so I don't -- I don't know if it really is or 14:29

 8    isn't.                                           14:29

 9      Q.   Okay.  But you see that for ███████████   ██

 ██████████████████████████████████████████          ██

 ████████████████████████████████████████████"?       14:29

12      A.   Yes, I see that.                          14:29

13      Q.   And do you see under ██████████████████  ██

 █████████████████████████████████                    ██

 ███████████████████████████████████"?                14:29

16      A.   Yes, I see that.                          14:29

17      Q.   Okay.  Go to the next slide.              14:29

18           Now, Miss Chang, you were involved in     14:29

19    preparing for the deprecations of these permissions, 14:29

20    were you not?                                    14:29

21      A.   Again, I -- I don't remember.             14:30

22      Q.   Okay.  If you look at the first bullet, it 14:30

23    says:                                            14:30

24           "███████████████████████████████         ██

 █         ██████████████████████  ███████████        14:30
```

Page 164

1   ██████████████████████)."                    14:30

2        Do you recall there being ███████████     14:30

   ██████████████████████████?                    14:30

4   A.   Again, I don't remember this.             14:30

5   Q.   Okay.  And you look at the next one:       14:30

6        "████████████████████████        ██████   14:30

   ██████████████████████████        ██████

   ██████████████."                              14:30

9        Do you recall what that refers to?        14:30

10  A.   No.                                        14:30

11  Q.   This next bullet item is:                  14:30

12       "████████████████████        ██████        14:30

   ██████████████████████        ██████

   ██████████████████████        ██████

   █████████."                                   14:30

16       Do you have an understanding of what       14:30

17  "extensions" are?                              14:30

18  A.   I know what an extension is, but I don't --  14:30

19  I don't recognize in this context.              14:30

20  Q.   Yeah.  You don't recall in any way your    14:30

21  involvement in sorting out whether ████████    ██████

   ████████████████████████        ██████

   ████████?                                      14:31

24  A.   I don't remember.                          14:31

25  Q.   Okay.  And:                                14:31

Page 165

```
 1          "████████████████████         ████
 █   ██████████████████████████████         ████
 █          ████    to Facebook."            14:31
 4      That must be something that you remember;   14:31
 5  right?                                     14:31
 6      A.   I don't remember it.             14:31
 7      Q.   Okay.  You don't recall the role you played   14:31
 8  in determining which ███████████████████   ████
 █  ████████████████████████████████████   ████
 █  ██████████████   to Facebook?             14:31
11      A.   Correct.  I don't remember.      14:31
12      Q.   As you sit here today, can you recall the   14:31
13  difference between ████████████████████   ████
 █  █████████████████████████████?           14:31
15      A.   No, I can't.                     14:31
16      Q.   Do you think you ever knew what the   14:31
17  difference was?                           14:31
18      A.   I don't know.                    14:31
19          MR. LOESER:  We can go to the next exhibit.   14:31
20          (Exhibit 13 marked for identification.)   14:32
21  BY MR. LOESER:                            14:32
22      Q.   This will be Exhibit 13, which is an   14:32
23  email from Simon Cross to you and others, dated   14:32
24  December 10th, 2013, the subject "Re:  Simon's   14:32
25  updates - 6th of December."               14:32
```

```
                                                    Page 168
  1          MR. FALCONER:  Objection.              14:35
  2          THE WITNESS:  I don't remember.        14:35
  3   BY MR. LOESER:                                14:35
  4      Q.   Okay.  Well, let's look at what it says you  14:35
  5   were doing --                                 14:36
  6          SPECIAL MASTER GARRIE:  Sorry.  When we get  14:36
  7   to a breaking point -- any idea when that may be?   14:36
  8          MR. FALCONER:  I was thinking after the  14:36
  9   next -- after we are done with this document.  14:36
 10          MR. LOESER:  That's fine.              14:36
 11          SPECIAL MASTER GARRIE:  And then I would  14:36
 12   like all the lawyers to be moved into another room.  14:36
 13   Thank you.                                    14:36
 14   BY MR. LOESER:                                14:36
 15      Q.   Miss Chang, if you look at the ██████   ████
      ███████████████, you will see the last bullet.  14:36
 17   Can you read that last bullet, please?        14:36
 18      A.   "Jackie leading on putting together   14:36
 19          a ████████████████████████████████████   ████
      ██          ████████████."                    14:36
 21      Q.   And is that accurate?                 14:36
 22      A.   Again, I don't remember.              14:36
 23      Q.   So as you sit here today, you have zero  14:36
 24   recollection of your being ███████████████████   ████
      ██  ███████████████████████████████████████   14:36
```

```
                                                        Page 169
 1     ██████████?                                      14:36

 2     A.   I don't remember this specifically.         14:36

 3     Q.   Do you remember anything at all about it?   14:36

 4     A.   No, I don't.                                14:36

 5     Q.   Okay.  Let's move up the string to page 2 of 14:37

 6     the string under the same heading, ██████   ██████

 █     ██████████."                                     14:37

 8          You will see that this update, if you go    14:37

 9     farther up the string, is November 25th, 2013.  It  14:37

10     was sent by Simon Cross.  The first recipient in the  14:37

11     "to" list is you.                                14:37

12          Do you see that?                            14:37

13     A.   Sorry.  What date?                          14:37

14     Q.   November 25th, 2013.                         14:37

15     A.   Okay.                                        14:37

16     Q.   First recipient, first person Simon put on   14:37

17     that "to" line was Jackie Chang; right?          14:37

18     A.   Well, I don't know if I'm -- I'm the first  14:37

19     person that shows up there.                      14:37

20     Q.   All right.  And let's go down to "██████   ██████

 █     ██████████."  So why don't you read the second  14:37

22     bullet.                                           14:37

23     A.   "██████████████ -- Jackie               14:37

24          working closely with Marie and ██████   ██████

 █               ████████████████              14:37
```

Page 170

1   ████████████    ████████            ██████

██  ████████████████                         ██████

██  ████████████  ████████                   ██████

██  ██████████████████                        ██████

██      ███████████." 14:38

6    Q.   So do you remember working closely with   14:38

7   Marie in ██████                                 14:38

8    A.   I don't.                                   14:38

9    Q.   And who is Marie?                          14:38

10    A.   I don't know which Marie it may be referring 14:38

11   to.                                              14:38

12    Q.   Okay.  And so, Miss Chang, you're telling  14:38

13   the jury that even though this bullet indicates that 14:38

14   you were "working closely with Marie in ██████     ██████

██   ██████████████████████████

██   ██," you have utterly no recollection of anything 14:38

17   relating to that task?                           14:38

18    A.   Correct.                                   14:38

19        MR. LOESER:  This is a fine time to take a  14:38

20   break, as Special Master Garrie has requested.   14:38

21        THE VIDEOGRAPHER:  Okay.  This marks the end 14:39

22   of media No. 3 in the deposition of Jackie Chang. 14:39

23   Going off the record.  The time is 2:39.         14:39

24        (Off the record.)                           14:39

25        THE VIDEOGRAPHER:  This marks the beginning  15:04

Page 182

```
 1     A.    Yes.                                          15:20
 2     Q.    Okay.  If you could please read the third     15:20
 3  bullet.                                                15:20
 4     A.    "████████████████████████            ███      
       ████████████████████████ -                          15:20
 6           apps will only █████████████          ███      
       ██████████████████████                      ███      
       ████████████████████████████                ███      
       ██████ ██████████████                       ███      
       ████████████████████                        ███      
       ████████████████████████████                ███      
       ███████████████                             15:20
13     Q.    Okay.  And do you recall the -- that as part  15:20
14  of this PS12 update, there was going to be the         15:20
15  removal of access to non-app friends permissions?      15:20
16     A.    So I don't remember.                          15:21
17     Q.    Okay.  And if you look at -- can you read      15:21
18  the next bullet.                                       15:21
19     A.    "████████████████████████            ███      
       ████████████████████████                    ███      
       ████████████████████."                      15:21
22     Q.    Okay.  Do you know what that means and do     15:21
23  you recall that happening?                             15:21
24     A.    I know what I think ████████████      ███      
       ████████████████████████████████████, but I  15:21
```

Page 216

```
 1      A.   Yes.  I remember the slide.              16:24

 2      Q.   Right.  And you helped develop those     16:24

 3   categories; right?                               16:24

 4      A.   I don't remember specifically.           16:24

 5      Q.   But your email appears to indicate that you  16:24

 6   helped to develop those categories; right?       16:24

 7      A.   So, again, whatever the email says, but I  16:24

 8   don't remember that specific moment in time.     16:25

 9      Q.   And Miss Chang, do you know how many total  16:25

10   apps and partners were given continued access to  16:25

11   friends permissions?                             16:25

12      A.   No, I don't.                              16:25

13      Q.   How about read permissions?             16:25

14      A.   I don't.                                  16:25

15      Q.   Do you know if there were records kept of  16:25

16   all the apps and partners that were given continued  16:25

17   access to friends and read permissions?          16:25

18      A.   I don't know.                            16:25

19      Q.   Who would know that?                     16:25

20      A.   I don't -- I don't know.                 16:25

21      Q.   Okay.  You have no idea?                 16:25

22      A.   Not for an individual person, no.        16:25

23      Q.   And so in your work now with academic    16:25

24   partnerships, if you wanted to figure out if an  16:25

25   academic partner had continued access to friends  16:25
```

Page 219

1    know if it could be classified as whitelist.         16:28

2        Q.   The term "whitelist" is not one you have    16:28

3    used so frequently that you remember to this day     16:28

4    what it means?                                       16:28

5        A.   No.                                         16:28

6        Q.   Do you have any idea of the process that's  16:28

7    used to determine if an app developer or partner is  16:28

8    whitelisted so that they have continued access to    16:28

9    friends permissions?                                 16:28

10       A.   Yeah.   I don't recall it.                  16:28

11       Q.   Do you know if Facebook keeps records of    16:28

12   whitelisted developers/partners?                     16:28

13       A.   I don't know.                               16:28

14       Q.   You have no recollection at all as to       16:28

15   whether that information is collected and maintained 16:29

16   in one place so that someone could easily find out   16:29

17   who are all of the whitelisted partners or           16:29

18   developers?                                          16:29

19       A.   So again --                                 16:29

20            MR. FALCONER:  Asked and answered.          16:29

21            THE WITNESS:  -- that's outside my scope, so 16:29

22   I don't know.                                        16:29

23   BY MR. LOESER:                                       16:29

24       Q.   Now, if we go back to slide -- I'm sorry,   16:29

25   deck -- Exhibit 12 for a minute.  And if you look at 16:29

Page 223

```
 1           THE WITNESS:  So, again, I don't -- I don't    16:34
 2   remember, so I can't assume.                           16:34
 3   BY MR. LOESER:                                         16:34
 4      Q.   Did you have any interaction with a partner    16:35
 5   in a discussion of the information -- the              16:35
 6   permissions the partner was interested in, where       16:35
 7   they said to you, Hey, we want to arrange so that we   16:35
 8   have permission to access friends_video?               16:35
 9      A.   I don't remember specifically like             16:35
10   individual permissions.                                16:35
11      Q.   Okay.  Do you remember any conversations at    16:35
12   all about friends permissions with any partner?        16:35
13      A.   I don't remember specifically anything about   16:35
14   friends permission.                                    16:35
15      Q.   Do you remember anything generally about       16:35
16   friends permissions?  And particularly, I'm asking     16:35
17   if any partner that you have worked with raised that   16:35
18   as a permission that they were interested in gaining   16:35
19   access to.                                             16:35
20      A.   I don't -- I don't -- I don't recall.          16:35
21           MR. LOESER:  Okay.  We can go to Exhibit 21.   16:36
22           (Exhibit 20 marked for identification.)        16:36
23           MR. LOESER:  Oh, is it 20?  Yeah.              16:36
24           While that's being loaded, for the record,     16:36
25   this is an email from Simon Cross to, among others,    16:36
```

```
                                                    Page 224
 1   yourself, dated October 24th, 2013, "Subject:      16:37

 2   ██████████████████████████ - feedback by           16:37

 3   end of day Sunday, please."  With attachment,       16:37

 4   "███████████████████████," attaching an             16:37

 5   Excel spreadsheet.                                  16:37

 6   BY MR. LOESER:                                      16:37

 7       Q.   Do you see that document, Miss Chang?      16:37

 8       A.   I see the email, yes.                      16:37

 9       Q.   So this email starts with Mr. Cross saying: 16:37

10            "Hi guys, Over the last few weeks,          16:37

11            you'll have noticed ████████████       ███

██                 ███████████████████████████       ███

██                 ███████████ Going forward, this      16:37

14                 ███████████████████████              16:37

15            of our lives -- it's where ████████     ███

██                 ████████████████████████████     ███

██                 ██████████████████████           ███

██                 █████████████████████████████   ███

██                 ████████████████████████████    ███

██                 ██████████████████████          ███

██                 ████████████████████████████    ███

██                 ███████████████████"              16:38

23            Did I read that accurately?               16:38

24       A.   Yes, you -- yes.                           16:38

25       Q.   Do you recall receiving this email and the 16:38
```

Page 225

```
 1    attachment that it provides?                    16:38
 2         A.   I don't recall it specifically.       16:38
 3         Q.   Do you recall it at all?              16:38
 4         A.   No, I don't.                          16:38
 5         Q.   And can you tell me what "app-based GKs"  16:38
 6    are?                                            16:38
 7         A.   I don't know.                         16:38
 8         Q.   You have no recollection whatsoever?  16:38
 9         A.   No.  Again, I'm not -- I'm not the technical 16:38
10    person, so I just don't -- I don't know technically  16:38
11    what it would mean.                             16:38
12         Q.   Okay.  Do you know what the Capabilities  16:38
13    tool was?                                       16:38
14         A.   Not specifically.  I've heard of it, but I  16:38
15    don't know it in detail.                        16:39
16         Q.   Well, what have you heard about it?   16:39
17         A.   It looks like some sort of permissioning  16:39
18    tool.                                           16:39
19         Q.   And what does that mean?              16:39
20         A.   It grants permissions.               16:39
21         Q.   Who does it grant permissions to?     16:39
22         A.   So, again, I don't -- I don't know the  16:39
23    technical specifics, so I don't feel comfortable  16:39
24    talking about it in depth because I might       16:39
25    mischaracterize it.                             16:39
```

Page 226

```
 1     Q.   Okay.  You've said all that you feel        16:39
 2  comfortable saying about it?                        16:39
 3     A.   Well, like all that I know about it.        16:39
 4     Q.   And before I asked you if there was a place 16:39
 5  where whitelists were managed, and this seems to    16:39
 6  indicate that ███████████████████████████    ██████ 16:39
    ██ ███████████████████████████████████.            16:39
 8        Does that refresh your recollection about     16:39
 9  where whitelists are managed?                        16:39
10     A.   No.                                          16:39
11     Q.   Okay.  And this uses the term "████████     ██████
    ██ ██████████," which previously we saw you were    16:40
13  tasked with various things having to do with        16:40
14  ████████████████████.                               16:40
15        Can you provide any more information on your  16:40
16  understanding of ███████████████████?              16:40
17        MR. FALCONER:  Objection.  Form.              16:40
18        THE WITNESS:  No.  Again, this wasn't the     16:40
19  top of like my -- my focus, so I don't really have a 16:40
20  lot of recollection around this.                    16:40
21  BY MR. LOESER:                                       16:40
22     Q.   Do you recall that based on the information 16:40
23  that was sent to you here and the description of    16:40
24  this email, there were █████████████████████  ██████
    ██ ████████████████████████████████████            16:40
```

Page 240

 1   yes, it seems like I'm posing the question.              17:01

 2       Q.   So, certainly, as of the date of this email,   17:01

 3   March 24, 2014, you knew that there would be ███      ████

    █ ████████████████████████████████████████████          ████

    █ █████████████████████████████████████████████          ████

    █      ████████████    d; right?                        17:02

 7       A.   So I don't know, at that moment in time.       17:02

 8       Q.   So looking at what you wrote, you're telling   17:02

 9   me you can't determine, based on what you wrote,        17:02

10   that there were ██████████████████████████          ████

    █ █████████████████████████████████████████    for     17:02

12   PS12N?                                                  17:02

13       A.   I know what I wrote, but I don't remember it   17:02

14   in specificity where I would know the full context     17:02

15   of what you're implying.                                17:02

16       Q.   Okay.  Do you have any reason to believe       17:02

17   that the information that you wrote in this email is    17:02

18   inaccurate?                                             17:02

19       A.   I don't know.                                  17:02

20       Q.   You don't have any reason to believe that,    17:02

21   do you?                                                 17:02

22       A.   I mean, there's always a possibility of        17:02

23   inaccuracy, but I don't know.  It's not my intent to   17:02

24   be inaccurate.                                          17:03

25       Q.   Did you have any involvement at any point in   17:03

.

| | |
|---|---|
| **From:** | Konstantinos Papamiltiadis </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN= 942ACCD3D3C54FBEA8B7253E97A8A6D7> |
| **Sent:** | Wednesday, August 21, 2013 8:09 AM |
| **To:** | Ime Archibong; Jackie Chang |
| **Cc:** | Chris Daniels; Simon Cross |
| **Subject:** | Re: ███████████████████████ |
| **Attachments:** | ████████████████████████████s.xlsx |

+ Simon

Thanks a lot, Jackie. This is great — I have included the additional info for the ████████████ in the attached spreadsheet as well (for completeness).

A little update from my end, and how I think we should tie this to what Jackie has put together. Simon managed to pull a list of ████████████████████████████████████████s. You can see ██████████████████████d. The most interesting data points having ███████████████████ (I took the liberty to make a recommendation as well btw — ████████████████████████████████████/):

1/ ███████b): ██████████████████████████████████████ The main reason is█████████ ██████████████████l. Typical example is ████████████████████████████s. Removing access to the full friends list for ████████████████████████ ████████████████s. My recommendation is: ██████████████

2/ ██-█████ █████ █████ (██████ ██████████████████████ ███████████ ██████████'. Recommendation: ████████████

3/ █████ (██████ From ████████████████████ and the likes. Some of them should obvious not have access such as ████████████████e, etc. In particular for ████████████ we should use the framework developed by Jackie. RECOMMENDATION: User Jackie's framework

4/ █████ (███ Unlike the other █████ a lot more ████████████. If we restrict access to user's friends that ████████████████████████s. However, I think we need to ████ █████ ████████ this one and ████████████████ given they are █████████████d. Recommendation is: ████████████████

5/ ██████ (████████ ████████ listed here, mostly focused on ██████ and to a lesser extend on ████████ (this was the dominant category for newsfeed inside ██████ The use of Friends list is ██████████ here, if I may say. I would love to know if ████ █████ █ █████ █ ██████ ████████████████████ — I suspect █████████████ ████████████████ data. My recommendation is: ████████████ This may surprise you, but I am working on a deck to assess the ████████████ and I think besides ██████ we can ████████████████████████████s, while ████████████ My plan was to finish this before the end of the week (when I am off on holidays), but most probably I will conclude it when I am back.

6/ ████████ (████ Also a ████████████████ under this category. Friends list is ████████████ ██████████████b. Us removing full access to the friends list would ████████ ████████s. Recommendation is: ████████████

1

FB-CA-MDL-01128015

**7/** ███████ (█████ of apps on this vertical. They need access to ████████
████████ without this, however, I am not sure if it's a vertical that ████████
Recommendation is: ████████

**8/** █████ █ c ████ s ████████ (████ use case here. However I don't think we
should █████ them ████████ and we should ████████ with ██
████████ Recommendation is: ████████

**9/** ████████ (████ Most of the unknown are in fact ████████ D, investigating. In any case,
████████ y. Recommendation is: ████████

As a general note, I think we need to carry on with this exercise to figure ████████
████████ that we ████████ ;, before we can make a decision for ████████ l. For both the ████████
████████ t, we can use Jackie's framework to assess ████████ for those partner falling under the
████████ and then make up a decision based on the criteria outlined by Jackie below.

Let me know what you think,
kp

---

**From:** Ime Archibong <ime@fb.com>
**Date:** Wednesday, August 21, 2013 6:31 AM
**To:** Jackie Chang <jackie@fb.com>
**Cc:** Chris Daniels <chrisd@fb.com>, Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>
**Subject:** Re: ████████

Thanks, Jackie. Glad you two linked up on this work. Looks like you have the right buckets flagged. One nitpick suggestion
would be to ████████ under some term that represents ████████
████████ We know that there is going to be ████████ coming out of these changes, but we're just looking
████████ y.

Sent from my iPhone

On Aug 21, 2013, at 2:30 AM, "Jackie Chang" <jackie@fb.com> wrote:

Ime & Chris,

Working with KP to further ████████
████████ that we should address.  KP is working on the pulling the same analysis of
████████ , but we're also working in parallel to ████████ that we should be
solving for:

https://docs.fb.com/sheet/ropen.do?rid=osbge9fce0156e72340bc9b80ea4fa6bdc2f8

████████

- ████████
- ████████
- ████████

████████

- ████████ Potential partners/cases that may ████████
- ████████ that use read stream or friend data and ████████ . Should
████████ to fb.

2

- ██████████████████████████████████████████ to fb. ███████
  ██████ █, but may need some ████████████ ██.
- ████████████████████████████ who's ██████████████████████
  ████████ Should be part of ██ flag.
- In the Pipeline: ██████████████ in the works where they've been ████████████ fb.
  This may be ██████████████ as our ████████████████████████ and
  ████████ that they ████████████████████

This should be complete by EOW; however, Constantin will be using this on Thurs for a discussion with Vernal on ██████████████ s.  Let us know of any feedback.

Thanks!
Jackie

3

**Confidential**                                                                           FB-CA-MDL-01128017

.

| | |
|---|---|
| **From:** | Simon Cross </O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SIMON CROSS> |
| **Sent:** | Tuesday, December 10, 2013 12:28 PM |
| **To:** | Jackie Chang; Ime Archibong; Konstantinos Papamiltiadis; Bryan Hurren; Monica Mosseri |
| **Subject:** | Re: Simon's Updates - 6th Dec |

██████ ██████ on ████

- ███████ ███ plan to launch around Dec 22nd or may delay until 2nd week in Jan
- Work on both sides to ██████████████████████ before we look to lauch.
- Need ████████████████████ to get final OK to launch

████████████████

- ██████████ – █████████████ coming close to ██████████████████████████████████, █████. Next step is work with █████████████████████████ altogether
- ████████ – now being checked by ████████ before being setup to ████████ – will be used by ████████, and by ████████████████████████

████

- Approval from ██████████ to continue along the chosen path with ████ / ████ (████ we get ████ ████████, they get ████████████). Next steps are to sharpen up the work on FB's side to give them access to ████ ████ (████ ████████ and which ████████ that.
- Beginning to plan strategy for ██ around ██ ████ ████ from aggregators or ████ ████

████ ████ ██ (████

- Deal █████████████ – still waiting for a ██████████████. ████████████████████████, but more likely now in ████████
- ████████████ (for now) until the ████████.

--
**Simon Cross**
**Product Partnerships, Facebook**

**From:** Simon Cross <si@fb.com>
**Date:** Monday, November 25, 2013 at 8:41 AM
**To:** Jackie Chang <jackie@fb.com>, Ime Archibong <ime@fb.com>, Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>, Bryan Hurren <bryanhurren@fb.com>, Monica Mosseri <mwalsh@fb.com>
**Subject:** Re: Simon's Updates - 22nd Nov

1

██████████████████████████

- Met with Trip ████ onsite in MPK. They were ████████████████████████ but they understood our message about consistency and were glad we're working to improve conversion across the board. We told them ███ ████████████ date. We agreed to work with them to ███████████████████████████████████ ].

████ ████ ████

- SoundCloud weeks away from launching their new album-art image heavy widget. Ime and I working to get approval to ramp their HTML5 widget to 100% of users (currently 1% of users and 100% of employees not in litestand). Some eng work needed on our side, and a security review likely, but no other major blockers other than bandwidth on our side.

████████████████

- ████████████████████████████████████ ⌐ ████████████████████ ⌐ █████████ ████████████ ████
- ███████████████ – Jackie working closely with Marie and ████████████████████ ████████████████████████████████████████████████
- ██████████████ ███████ ⌐ ████████ █████ ████████ █████████████████████████████████████████████████████ s.

██████

- Met with ████ / ████ to scope out the ████████████████████████████ as part of our ████████████████████████████████████████ Subsequently met with ████████ ████████ Need another iteration on the exact API methods which need to be improved/built, and the ████ ████ <- ████ we need them to implement.
- Starting to work more closely with the ████████████████ ████ ██████████ ██████████████ etc) and ████████████████ ████ ████████:). Out of this may fall ██████████████████████ as well as companies new to us like ████████ Early days for this work stream, and the team is still settling in from the re-org – so please forward request around ████ to Me+Rob rather than going directly to the product team so as to reduce thrash for them.

S

--
**Simon Cross**
**Product Partnerships, Facebook**

**From:** Simon Cross <si@fb.com>
**Date:** Friday, November 8, 2013 at 6:59 PM
**To:** Jackie Chang <jackie@fb.com>, Ime Archibong <ime@fb.com>, Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>, Bryan Hurren <bryanhurren@fb.com>, Monica Walsh <mwalsh@fb.com>
**Subject:** Re: Simon's Updates - 8th Nov

PLATFORM

██████████████████

2

- ███████ sent us their███████ so the team can get testing
- ███████ gave us some ███████
  ███████████ ████ ████████████████████████████████████
  ███████████████████████████
- ███ still ███████████████████ ████ ████
  ██████████████████████████████████████████ We're going to have a call to tease
  this out some more, and sync with Aryeh on if this is a thread worth following

███ ██████████ ████████

- KP had a call with Trip Advisor who have some feedback/concerns about this materially affecting their business. We need to work through these to drive deprecation by Jan 31

███ █

- ████ are back in for the ███████. They confirmed that ███████ ████████████████
  for them and so they're going to ███████████████. Graham is working to on board them onto the ███
- The ███████████████████████████████████████████████
  █████████████████████████████████. Call next week with
  ███ to discuss the details.

██████ ████████

- Landed on a clear ██████████ for the work we need to do to prep for PS12n – ████████████████
  ███ : https://our.intern.facebook.com/intern/projects/milestones/?id=1434646163424174
- ███████████████ ▮ ▮ ███████████████████████
- Key focus this week is ████████████████████████████ ████ ███
  ████ ████████████
- Jackie leading on putting together a ████████████████████t.

--
**Simon Cross**
**Product Partnerships**
www.facebook.com/sicross   @sicross
Facebook, 1601 Willow Road, Menlo Park, CA 94025, USA

---

**From:** Simon Cross <si@fb.com>
**Date:** Monday, October 28, 2013 at 10:40 AM
**To:** Jackie Chang <jackie@fb.com>, Ime Archibong <ime@fb.com>, Konstantinos Papamiltiadis <kpapamiltiadis@fb.com>, Bryan Hurren <bryanhurren@fb.com>, Monica Walsh <mwalsh@fb.com>
**Subject:** Re: Simon's Updates - 25th Oct

**PLATFORM**

████████████████

- ███████ have coverage for ████████████. Shipping ███████████ week, awaiting updated mocks from us to share with ████
- ████ still ███████████████████ this week also

3

FB-CA-MDL-00200698



- ███ flow working end to end
- ████████████████████████████████████████████ e, but will revisit ███████ before year end

- ████ ████ ███████████ s) committed to ██████████
- ████ – KP speaking them this week
- █ – ██████████████████████████████████ – hope to ████████████
  ██████████████

- ███ may be back in the ███ if they their lawyers allow them t ████████████ ███ ██████
  ██████████████████ Update this week

- Discussions ongoing with ███ deadline tight. █████████████████████████
  ████████████████████████████████████

--
**Simon Cross**
**Product Partnerships**
www.facebook.com/sicross   @sicross
Facebook, 1601 Willow Road, Menlo Park, CA 94025, USA

**From:** Simon Cross <si@fb.com>
**Date:** Friday, October 11, 2013 5:33 PM
**To:** Jackie Chang <jackie@fb.com>, Ime Archibong <ime@fb.com>, Konstantinos Papamiltiadis
<kpapamiltiadis@fb.com>, Bryan Hurren <bryanhurren@fb.com>, Monica Walsh <mwalsh@fb.com>
**Subject:** Simon's Updates - 11th Oct

**PLATFORM**



████████████████ is done!
-
- All other █████████████████████████ also – no one using it anymore to our knowledge

- Pitched being ██████████████████████ – ██ ████████████████ ████████████████ –
████████████████ . Given this feedback to Product who are rethinking how
to test
- ██████ will tell us on Weds if ████████████████████ ██████████ . Fingers Crossed. We have done
everything we can to convince them.

- ████ to have ████████████ by the end of next week – hope to have more info ████████████ by end of Oct

4

**Confidential**                                                                                                      FB-CA-MDL-00200699

es=

- no updates from ███

- ███████ pitched their vision of what they'd like to see us build for ████████ – passed this to the product team
- ███ also have ideas – they're going to work them up and send them over in a couple of weeks

- ███ added to the ███ and starting to do end to end testing of the export flow

- ███ who pushed us again on ████████████████████████████ on our side to get this across the line – not high-pri, so made no firm commitments.

- major product update: we're moving to ████████ This has impact ████████████ – still analyzing impact of this on planning – will ████████████████████.
- ████████████████.-████████████████████
- ████████████.-████████████████████████████
- Preparations continue for ████████ – ████████████████

- ███ are sending us ████████████████ – this may put us back and increases the risk we ████████████████████ so will have more info on eta impact hopefully next week.

Met with ████████████████████████ to improve ████████████. They're also interested in us helping them acquire ███ Early stages, but preparing the ground for effort here in Q1 2014

**Bonus:**

I Worked on a s ████████████ ███ ████████████ – this drives you to ████████. Was picked to present to ████████ next Tues (10/15). Feedback more broadly has been positive, so looking at changes/features and roadmap to help this ship.

S

--
**Simon Cross**
**Product Partnerships**
www.facebook.com/slcross   @sicross
Facebook, 1601 Willow Road, Menlo Park, CA 94025, USA

Confidential   FB-CA-MDL-00200700