# EXHIBIT 115-B

## Redacted Version of Document Sought to be Sealed

*Highly Confidential*
*Attorneys' Eyes Only*

*Produced under protective order*
*in 3:18-md-02843-VC (N.D. Cal.)*

**Facebook Inc**
**Consolidated Revenue Streams**







***Revenue by Channel***

*Highly Confidential*
*Attorneys' Eyes Only*

*Produced under protective order*
*in 3:18-md-02843-VC (N.D. Cal.)*







**Revenue by Channel**

*Highly Confidential*
*Attorneys' Eyes Only*

*Produced under protective order*
*in 3:18-md-02843-VC (N.D. Cal.)*





**Revenue by Channel**



Revenue Channel Definitions



Revenue Channel Definitions