Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACEBOOK, INC TO FILE RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACEBOOK, INC. TO FILE RESPONSE TO PLAINTIFFS'
SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS
CASE NO. 3:18-MD-02843-VC

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1.      On August 8, 2022, Plaintiffs filed their Supplemental Brief in Support of Sanctions (Dkts. 984, 988) ("Supplemental Brief"), including three declarations and fifty-one exhibits, totaling over 1,000 pages (Dkts. 985–88).

2.      Facebook's deadline to file its response to Plaintiffs' Supplemental Brief is currently Friday, August 19, 2022.

3.      Facebook requested and Plaintiffs agreed, subject to the Court's approval, to extend the Friday, August 19, 2022 deadline by one business day until Monday, August 22, 2022.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1.      Facebook's deadline to file its response to Plaintiffs' Supplemental Brief in Support of Sanctions is August 22, 2022.

Gibson, Dunn &
Crutcher LLP

Dated: August 18, 2022

**KELLER ROHRBACK LLP**

By:  _/s/ Derek W. Loeser_
　　　Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Lynn Lincoln Sarko (admitted *pro hac vice*)
Gretchen Freeman Cappio (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David J. Ko (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Adele Daniel (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
bgould@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

By:  _/s/ Lesley E. Weaver_
　　　Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew P. Montgomery (SBN 180196)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmontgomery@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

Gibson, Dunn &
Crutcher LLP

1   DATED: August 18, 2022

Respectfully submitted,

2   **GIBSON, DUNN & CRUTCHER, LLP**

3   By: _/s/ Rosemarie T. Ring_

4   Deborah Stein (SBN 224570)
Orin Snyder (*pro hac vice*)
dstein@gibsondunn.com
osnyder@gibsondunn.com

5   333 South Grand Avenue
GIBSON, DUNN & CRUTCHER LLP
Los Angeles, CA 90071-3197
200 Park Avenue

6   Telephone:  213.229.7000
New York, NY 10166-0193
Facsimile:  213.229.7520
Telephone:  212.351.4000

7   Facsimile:  212.351.4035

8   Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Joshua S. Lipshutz (SBN 242557)

9   Kristin A. Linsley (SBN 154148)
jlipshutz@gibsondunn.com
klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP

10  Martie Kutscher (SBN 302650)
1050 Connecticut Avenue, N.W.
mkutscherclark@gibsondunn.com
Washington, DC 20036-5306

11  GIBSON, DUNN & CRUTCHER LLP
Telephone:  202.955.8500
555 Mission Street, Suite 3000
Facsimile:  202.467.0539

12  San Francisco, CA 94105-0921

13  Telephone:  415.393.8200
Russell H. Falconer (*pro hac vice*)
Facsimile:  415.393.8306
rfalconer@gibsondunn.com

14  2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

15  Telephone: 214.698.3170
Facsimile: 214.571.2958

16

17  *Attorneys for Defendant Facebook, Inc.*

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21

22  DATE:   August 18, 2022

23  VINCE CHHABRIA
United States District Judge

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACEBOOK, INC. TO FILE RESPONSE TO
PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS
CASE NO. 3:18-MD-02843-VC

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: August 18, 2022

By: */s/ Rosemarie T. Ring*
Rosemarie T. Ring

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACEBOOK, INC. TO FILE RESPONSE TO
PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS
CASE NO. 3:18-MD-02843-VC

Gibson, Dunn &
Crutcher LLP

1

## <u>CERTIFICATE OF SERVICE</u>

2

I, Rosemarie Ring, hereby certify that on August 18, 2022, I electronically filed the fore-

3

going with the Clerk of the United States District Court for the Northern District of California

4

using the CM/ECF system, which shall send electronic notification to all counsel of record.

5

6                                          By: */s/ Rosemarie T. Ring*
                                                Rosemarie T. Ring
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &

Crutcher LLP