LEWIS & LLEWELLYN LLP
Marc R. Lewis (SBN 233306)
mlewis@lewisllewellyn.com
Newton Oldfather (SBN 281227)
noldfather@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-800-0590
Facsimile: 415-390-2127

Olivia R. Bona (SBN 328577)
obona@lewisllewellyn.com
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: 213-510-8416
Facsimile: 415-390-2127

Attorneys for Defendant
Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**NOTICE OF APPEARANCE OF MARC R. LEWIS ON BEHALF OF DEFENDANT FACEBOOK INC.** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Marc R. Lewis of Lewis & Llewellyn LLP hereby enters an appearance as co-counsel for Defendant Facebook Inc. in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

>    Marc R. Lewis (SBN 233306)
>    mlewis@lewisllewellyn.com
>    LEWIS & LLEWELLYN LLP
>    601 Montgomery Street, Suite 2000
>    San Francisco, CA 94111
>    Telephone: 415-800-0590
>    Facsimile: 415-390-2127

Dated: August 19, 2022                         Respectfully submitted,

                                               LEWIS & LLEWELLYN LLP


                                               By: */s/ Marc R. Lewis*
                                                    Marc R. Lewis (SBN 233306)
                                                    Attorneys for Defendant
                                                    Facebook, Inc.