LEWIS & LLEWELLYN LLP
Marc R. Lewis (SBN 233306)
mlewis@lewisllewellyn.com
Newton Oldfather (SBN 281227)
noldfather@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-800-0590
Facsimile: 415-390-2127

Olivia R. Bona (SBN 328577)
obona@lewisllewellyn.com
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: 213-510-8416
Facsimile: 415-390-2127

Attorneys for Defendant
Facebook, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, | CASE NO. 3:18-MD-02843-VC |
|---|---|
| This document relates to: ALL ACTIONS | **NOTICE OF APPEARANCE OF OLIVIA R. BONA ON BEHALF OF DEFENDANT FACEBOOK INC.** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Olivia R. Bona of Lewis & Llewellyn LLP hereby enters an appearance as co-counsel for Defendant Facebook Inc. in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

>   Olivia R. Bona (SBN 328577)
>   obona@lewisllewellyn.com
>   LEWIS & LLEWELLYN LLP
>   1999 Avenue of the Stars, Suite 1100
>   Los Angeles, CA 90067
>   Telephone: 213-510-8416
>   Facsimile: 415-390-2127

Dated: August 19, 2022                     Respectfully submitted,

LEWIS & LLEWELLYN LLP

By: */s/ Olivia R. Bona*
    Olivia R. Bona (SBN 328577)
    Attorneys for Defendant
    Facebook, Inc.