| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Orin Snyder (*pro hac vice*) | Deborah Stein (SBN 224570) |
|   osnyder@gibsondunn.com |   dstein@gibsondunn.com |
| 200 Park Avenue | 333 South Grand Avenue |
| New York, NY 10166-0193 | Los Angeles, CA 90071-3197 |
| Telephone: 212.351.4000 | Telephone: 213.229.7000 |
| Facsimile: 212.351.4035 | Facsimile: 213.229.7520 |
| | |
| Kristin A. Linsley (SBN 154148) | Joshua S. Lipshutz (SBN 242557) |
|   klinsley@gibsondunn.com |   jlipshutz@gibsondunn.com |
| Rosemarie T. Ring (SBN 220769) | 1050 Connecticut Avenue, N.W. |
|   rring@gibsondunn.com | Washington, DC 20036-5306 |
| Martie Kutscher (SBN 302650) | Telephone: 202.955.8500 |
|   mkutscherclark@gibsondunn.com | Facsimile: 202.467.0539 |
| 555 Mission Street, Suite 3000 | |
| San Francisco, CA 94105-0921 | |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | |

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC., GIBSON, DUNN & CRUTCHER LLP, AND ORIN SNYDER'S ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5(c), and the Stipulation and Order Regarding Extension of Deadline for Facebook, Inc. to File Statements in Support of Sealing (the "Stipulation") (Dkt. 994), Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder hereby submit this Administrative Motion to Temporarily File Under Seal.

| | Documents | Portions Sought To Be Sealed | Statement/Evidence Offered In Support Of Sealing |
|---|---|---|---|
| 1 | Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions | Entire document | Defendant to provide by August 26, 2022, per the Stipulation |
| 2 | Declaration of Rosemarie Ring and accompanying exhibits | Entire document | Defendant to provide by August 26, 2022, per the Stipulation |
| 3 | Declaration of Heather Richardson and accompanying exhibits | Entire document | Defendant to provide by August 26, 2022, per the Stipulation |
| 4 | Declaration of Austin Schwing and accompanying exhibits | Entire document | Defendant to provide by August 26, 2022, per the Stipulation |

Consistent with the Stipulation, movants will "file a motion to permanently seal those portions of" Facebook's Supplemental Brief "that should remain under seal or be redacted" by August 26, 2022. Dkt. 994 at 2.

DATED: August 22, 2022

*/s/ Deborah Stein*
Deborah Stein (SBN 224570)

GIBSON, DUNN & CRUTCHER LLP
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

*Attorneys for Defendant Facebook Inc.*