GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Austin V. Schwing (SBN 211696)
  aschwing@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
Heather L. Richardson (SBN 246517)
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **DECLARATION OF DEBORAH STEIN IN SUPPORT OF FACEBOOK INC., GIBSON, DUNN & CRUTCHER LLP, AND ORIN SNYDER'S ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL** |

I, Deborah Stein, declare and state as follows:

1.      I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. in the above-captioned matter.  I am a member in good standing of the State Bar of California and the United States District Court for the Northern District of California.  I submit this declaration in support of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Administrative Motion to Temporarily File Under Seal, which is filed pursuant to Civil Local Rules 7-11 and 79-5(c), and the Stipulation and Order Regarding Extension of Deadline for Facebook, Inc. to File Statements in Support of Sealing (Dkt. 994).  I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2.      A true and correct **unredacted** copy of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions is attached hereto.

3.      A true and correct **unredacted** copy of the Declaration of Rosemarie Ring and accompanying exhibits is attached hereto.

4.      A true and correct **unredacted** copy of the Declaration of Heather Richardson and accompanying exhibits is attached hereto.

5.      A true and correct **unredacted** copy of the Declaration of Austin Schwing and accompanying exhibits is attached hereto.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 22nd day of August, 2022 in Los Angeles, California.

Dated: August 22, 2022                    By:    */s/ Deborah Stein*
                                                          Deborah Stein