1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC., GIBSON, DUNN & CRUTCHER LLP, AND ORIN SNYDER'S ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL** |

# [PROPOSED] ORDER

Before the Court is Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Administrative Motion to Temporarily File Under Seal (the "Motion"). Having considered the Motion and all supporting documents, the Court **GRANTS** the Motion and orders that the following documents be temporarily filed under seal:

| | Documents | Portions Sought To Be Sealed | Statement/Evidence Offered In Support Of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions | Entire document | Defendant to provide by August 26, 2022, per the Stipulation | |
| 2 | Declaration of Rosemarie Ring and accompanying exhibits | Entire document | Defendant to provide by August 26, 2022, per the Stipulation | |
| 3 | Declaration of Heather Richardson and accompanying exhibits | Entire document | Defendant to provide by August 26, 2022, per the Stipulation | |
| 4 | Declaration of Austin Schwing and accompanying exhibits | Entire document | Defendant to provide by August 26, 2022, per the Stipulation | |

**IT IS SO ORDERED.**

DATE: _____

/s/ _____
VINCE CHHABRIA
United States District Judge

105679662.2