1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA
10

11  IN RE: FACEBOOK, INC. CONSUMER         CASE NO. 3:18-MD-02843-VC
    PRIVACY USER PROFILE LITIGATION,
12                                         **[PROPOSED] ORDER GRANTING
                                           FACEBOOK, INC., GIBSON, DUNN &**
13  This document relates to:              **CRUTCHER LLP, AND ORIN SNYDER'S
                                           ADMINISTRATIVE MOTION TO**
14  ALL ACTIONS                            **TEMPORARILY FILE UNDER SEAL**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Administrative Motion to Temporarily File Under Seal (the "Motion"). Having considered the Motion and all supporting documents, the Court **GRANTS** the Motion and orders that the following documents be temporarily filed under seal:

|   | **Documents** | **Portions Sought To Be Sealed** | **Statement/Evidence Offered In Support Of Sealing** | **Ruling** |
|---|---|---|---|---|
| 1 | Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions | Entire document | Defendant to provide by August 26, 2022, per the Stipulation | |
| 2 | Declaration of Rosemarie Ring and accompanying exhibits | Entire document | Defendant to provide by August 26, 2022, per the Stipulation | |
| 3 | Declaration of Heather Richardson and accompanying exhibits | Entire document | Defendant to provide by August 26, 2022, per the Stipulation | |
| 4 | Declaration of Austin Schwing and accompanying exhibits | Entire document | Defendant to provide by August 26, 2022, per the Stipulation | |

**IT IS SO ORDERED.**

DATE: _____

/s/ _____
VINCE CHHABRIA
United States District Judge

105679662.2