Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Judge:  Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom:  4, 17th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), Plaintiffs hereby submit this Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

| | Documents | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|---|
| 1 | Full 30(b)(6) Deposition Transcript of Konstantinos Papamiltiadis (February 23, 2021) [**Exhibit 31** to the Joint Declaration of Derek W. Loeser and Lesley E. Weaver in Support of Plaintiffs' Motion for Sanctions] | Confidential Information: 6: 14-16, 20-23<br>46: 10-12<br>48: 4-11, 15-17, 20-25<br>49: 1-10, 17-19<br>50: 10-13, 19-24<br>51: 9-16<br>53: 1-25<br>54: 1-3<br>56: 14-25<br>57: 1-12<br>58: 8-25<br>59: 1-25<br>60: 1-25<br>61: 1-21<br>62: 3-25<br>63: 1-20<br>64: 12-25<br>65: 1-25<br>66: 1-5, 19-23, 25<br>67: 1-11, 15-25<br>68: 1-25<br>69: 1-25<br>70: 1-12, 20-25<br>71: 1-8, 13-25<br>72: 1-9, 20-25<br>73: 1-13, 17-20<br>74: 25<br>75: 1-25<br>76: 1-10<br>77: 18-25<br>78: 1-20<br>79: 17-25<br>80: 1-2, 11-25<br>81: 1-19<br>82: 14-24<br>83: 3-25<br>84: 1-25<br>85: 1-25 | Defendant to provide evidence, per Local Rule 79-5(f) |

| | | 86: 1-25 | |
|---|---|---|---|
| | | 87: 1-16 | |
| | | 88: 13-21, 24-25 | |
| | | 89: 1-25 | |
| | | 90: 1-25 | |
| | | 91: 1-25 | |
| | | 92: 1-25 | |
| | | 93: 15-25 | |
| | | 94: 1-8, 18-25 | |
| | | 95: 1-25 | |
| | | 96: 1-25 | |
| | | 97: 1-25 | |
| | | 98: 1-8, 21-22 | |
| | | 100: 4-21 | |
| | | 101: 7-25 | |
| | | 102: 1-8, 16-24 | |
| | | 104: 11-25 | |
| | | 105: 1-25 | |
| | | 106: 1-25 | |
| | | 107: 1-25 | |
| | | 108: 1-12 | |
| | | 110: 2-5 | |
| | | 111: 12-17 | |
| | | 113: 13-23 | |
| | | 114: 24-25 | |
| | | 115: 1 | |
| | | 116: 17-25 | |
| | | 123: 9-20 | |
| | | 124: 6-17 | |
| | | 125: 17-25 | |
| | | 129: 10-25 | |
| | | 130: 1-25 | |
| | | 131: 1-25 | |
| | | 132: 1-25 | |
| | | 133: 1-25 | |
| | | 134: 1-25 | |
| | | 135: 1-12, 25 | |
| | | 136: 1-12 | |
| | | 143: 4-6, 18-25 | |
| | | 144: 1-25 | |
| | | 145: 1-2 | |
| | | 146: 11-16 | |
| | | 148: 10-16 | |
| | | 149: 4-6, 10-12 | |
| | | 152: 4-25 | |
| | | 153: 1-25 | |
| | | 154: 1-25 | |

| | | | |
|---|---|---|---|
| | | 155: 1-18 | |
| | | 159: 15-25 | |
| | | 160: 1, 14-20, 23-25 | |
| | | 161: 1-9, 13-25 | |
| | | 162: 3-22 | |
| | | 163: 3-7 | |
| | | 164: 9-25 | |
| | | 165: 1-17, 22-25 | |
| | | 166: 1-14, 20-22, 24-25 | |
| | | 167: 3-15, 23-25 | |
| | | 168: 1, 13-19 | |
| | | 169: 12-23 | |
| | | 179: 21-23, 25 | |
| | | 180: 1-4, 6-16, 19-20, 22-25 | |
| | | 181: 2, 10-16, 18-25 | |
| | | 182: 1-2, 8-13, 15-17, 19-21, 23-25 | |
| | | 183: 1-17 | |
| | | 188: 14-20 | |
| | | 197: 12-16 | |
| | | 198: 17-25 | |
| | | 199: 1-8 | |
| | | 201: 6-14 | |
| | | 210: 11-25 | |
| | | 211: 1-25 | |
| | | 212: 1-6 | |
| | | 217: 14-19, 21-24 | |
| | | 218: 2-5, 8-12, 16-25 | |
| | | 219: 1-25 | |
| | | 220: 1-13 | |
| | | 221: 7-25 | |
| | | 222: 1-9 | |
| | | 223: 3-17, 21-25 | |
| | | 224: 1-25 | |
| | | 225: 2-25 | |
| | | 226: 1-15 | |
| | | 229: 1-25 | |
| | | 230: 1-25 | |
| | | 231: 1-25 | |
| | | 232: 1-25 | |
| | | 233: 1-25 | |
| | | 234: 1-14 | |
| | | 237: 3-25 | |
| | | 238: 1-6 | |
| | | 239: 3-25 | |
| | | 240: 1-3 | |
| | | 245: 1-25 | |

| | | 246: 1-25<br>247: 1-25<br>248: 1-25<br>249: 1-23<br>259: 1-25<br>260: 1-4, 6-22<br>263: 7-25<br>264: 1-21<br>265: 21-23<br>267: 3-13<br>268: 2-25<br>269: 1-25<br>270: 1-3, 19-25<br>271: 1-25<br>272: 1-25<br>273: 1-9<br>277: 20-25<br>Pages 1-50 of the Word Index<br><br>Highly Confidential:<br>6: 17-19<br>240: 4-25<br>241: 1-25<br>242: 1-19<br>243: 3-25<br>244: 1-25 | |
|---|---|---|---|
| 2 | Full 30(b)(6) Deposition Transcript of Michael Duffey (June 2, 2022) [**Exhibit 95** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | 38:14-19<br>39:12-40:25<br>41:6-7<br>41:14-42:19, 42:22<br>43:19-22, 43:25<br>44:1-21<br>46:7-47:18, 47:25<br>48:1-9, 48:13-15<br>49:1-25<br>50:10-52:2<br>52:22-55:16<br>56:9-58:2<br>58:11-63:17<br>64:17-65:4<br>65:16-66:4<br>66:14-15, 66:20-67:4<br>69:11-25<br>70:11-14<br>72:21-73:5<br>73:18-21 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) |

| | | 75:10-20<br>77:17-21<br>79:1-17<br>82:23-83:6<br>83:12-84:9<br>85:15-22<br>86:15-18<br>93:21-94:3<br>96:21-97:3<br>97:8-10<br>126:5-11<br>154:3-24<br>156:6-22<br>158:1-19<br>161:1-11<br>163:24-164:6<br>165:15-20<br>168:18-169:2<br>173:1-5<br>178:20-23<br>184:5-9<br><br>Errata: Page/Line Corrections at 39:16, 69:15-21, 79:1-4 | |
|---|---|---|---|
| 3 | Full 30(b)(6) Deposition Transcript of Isabella Leone (August 5, 2022)[1] [**Exhibit 98** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 4 | Full 30(b)(6) Deposition Transcript of Michael Clark (May 18, 2022) [**Exhibit 103** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | 19:3-5, 19:7-8, 19:14-15<br>25:21-24<br>34:12-15, 34:19-20, 34:25-35:3, 35:15, 35:17<br>36:1-3, 36:8-18, 36:21-22<br>37:2-10, 37:17-21<br>40:13-14, 40:16-21<br>41:4-14<br>48:2-6, 48:17-19<br>52:18, 52:20-22 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) |

---

[1] The rough version of the Leone 30(b)(6) Deposition Transcript was originally filed as Exhibit 98, Dkt. No. 988-16. Here, Plaintiffs provide the Court with the final version.

| | | 53:4-9, 53:12-21 | |
| | | 54:4-7, 54:14 | |
| | | 57:1-4, 57:7-10, 57:13, 57:16, 57:18, 57:20-24 | |
| | | 58:14-16, 58:25-59:2, 59:22-23 | |
| | | 60:2-8, 60:15-19 | |
| | | 61:2-7 | |
| | | 62:1-5, 62:9-19 | |
| | | 65:24-25 | |
| | | 67:8-16, 67:19-22, 67:25-68:10, 68:17-25 | |
| | | 69:5-8, 69:13-17, 69:24-70:1, 70:3-7, 70:13-14, 70:16-20, 70:23-25 | |
| | | 71:2-4, 71:10-16, 71:21-22 | |
| | | 72:15-23 | |
| | | 73:2-10 | |
| | | 74:6, 74:14-15, 74:18-23, 74:25 | |
| | | 75:10-11, 75:24-76:7, 76:12-13, 76:19-20, 76:22-23 | |
| | | 78:11, 78:14-19 | |
| | | 79:1-2, 79:4, 79:23-80:2, 80:16-17, 80:19-20 | |
| | | 81:9-10 | |
| | | 82:5-7 | |
| | | 83:4-5 | |
| | | 84:9 | |
| | | 85:12, 85:14-22, 85:24 | |
| | | 86:11 | |
| | | 87:20 | |
| | | 93:12-15, 93:20-21 | |
| | | 95:19-20 | |
| | | 97:3-4, 97:6, 97:10-11 | |
| | | 98:13-14 | |
| | | 99:2-3, 99:6-10, 99:17-18, 99:25-100:4, 100:12, 100:14-17 | |
| | | 101:7-14, 101:18-20 | |
| | | 102:4, 102:8-10, 102:25 | |
| | | 103:13, 103:18-19 | |
| | | 105:16 | |
| | | 108:7-10, 108:16-18, 108:24-109:6 | |
| | | 111:9-11, 111:22-25 | |
| | | 112:3-8, 112:11, 112:21 | |

| | | 113:5-11, 113:19, 113:23-24 | |
| | | 114:16, 114:19, 114:21 | |
| | | 115:1-2, 115:6-8, 115:25- | |
| | | 116:2, 116:8-18 | |
| | | 131:24 | |
| | | 132:5-8, 132:10-11, 132:25- | |
| | | 133:2 | |
| | | 134:20-21 | |
| | | 136:24-137:3, 137:6-7, | |
| | | 137:17-138:15 | |
| | | 139:12, 139:17, 139:19-140:1, | |
| | | 140:5-11, 140:23 | |
| | | 141:1-142:10, 142:12-17, | |
| | | 142:19, 142:21-22 | |
| | | 143:6-23 | |
| | | 144:10, 144:12-14 | |
| | | 158:13-14, 158:19, 158:24- | |
| | | 159:9, 159:22 | |
| | | 160:19-20, 160:22 | |
| | | 161:14-162:3 | |
| | | 164:22-24 | |
| | | 165:1, 165:5-11, 165:13-16, | |
| | | 165:23-24 | |
| | | 166:3, 166:12-13, 166:16-18, | |
| | | 166:24-167:1, 167:4-5, | |
| | | 167:13-18, 167:20-23, 167:25- | |
| | | 168:1, 168:5, 168:8-14, | |
| | | 168:18-19, 168:22 | |
| | | 169:2-3, 169:5-9, 169:13-17 | |
| | | 170:17-21 | |
| | | 171:4-5, 171:8, 171:18-21 | |
| | | 172:3, 172:7-10 | |
| | | 173:4-11, 173:14, 173:20-24 | |
| | | 174:21-22 | |
| | | 175:5-10, 175:21-176:3, | |
| | | 176:7-10, 176:13-177:12, | |
| | | 177:14-18 | |
| | | 179:21-24 | |
| | | 180:3-4, 180:17-19, 180:25- | |
| | | 181:2, 181:8-17 | |
| | | 183:2-9, 183:22-184:5, 184:9- | |
| | | 20 | |
| | | 187:11, 187:14-15, 187:20, | |
| | | 187:22-188:2 | |
| | | 189:24-190:2, 190:16-17, | |
| | | 190:25-191:2 | |
| | | 195:3, 195:7-8 | |

| | | 196:3-20, 196:23-197:2, 197:7-10, 197:12-15, 197:20-199:1, 199:5-12, 199:19-23 200:5-8, 200:12-14 201:4, 201:6-11, 201:13-16, 201:18-22 202:1-21 204:9-15 206:8, 206:12-15, 206:21-22, 206:25-207:2, 207:6-7 209:3-12, 209:16-17, 209:21 210:15-16 211:5-6, 211:13, 211:20-212:2, 212:9-10, 212:14-15 216:22-217:9, 217:15-18 227:7-15, 227:18-19 228:6-12 229:18-19 230:23-231:7 233:21-234:2 235:15-20, 235:22-236:2, 236:7, 236:13-15, 236:17-19 237:6-9, 237:12-238:1<br><br>Errata: Page/Line Corrections at 67:15, 101:9, 101:12-13 | |
|---|---|---|---|
| 5 | Full 30(b)(6) Deposition Transcript of Simon Cross (May 9, 2022) [**Exhibit 105** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | Confidential Portions: 26:15-21 29:8-14 43:18-23 50:10-16 56:13 56:16 56:20 56:24 57:16-21 60:7-16 62:15-63:3 74:6-11 76:3-11 77:10-78:20 78:22-79:3 80:5-81:3 81:19-82:1 96:10-21 113:18-21 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information or Highly Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) |

| | | 126:8-12<br>128:9-15<br>128:25-129:1<br>129:17-130:11<br>130:18-20<br>131:2-9<br>132:4-9<br>132:16-25<br>136:5-7<br>170:9-10<br>170:13<br>170:16<br>170:20<br>174:15-21<br>183:9-15;<br><br>Highly Confidential Portions:<br>93:13-18<br>94:9-19<br>95:10-25<br>96:24-97:1<br>100:5-9<br>116:18<br>117:4-6<br>117:10-16<br>117:19-118:8<br>118:15-18<br>119:9-12<br>120:18<br>177:8 | |
|---|---|---|---|
| 6 | Full 30(b)(6) Deposition Transcript of Amy Lee (February 24, 2021) [**Exhibit 116** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | 6:12–13, 16–18<br>10:23<br>11:1, 4, 6, 10–11, 14<br>18:18–19, 24–25<br>19:1<br>22:21–25<br>23:4–9, 12–19<br>62:5–13<br>79:20–25<br>80:1–4, 13–25<br>81:1–25<br>82:1–7, 11–17, 19–24<br>83:1–5, 7–16, 23–24<br>84:1–6, 15–24<br>85:6–24<br>86:2–25 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) |

| | | 87:1–8, 11–19, 21–25 | |
| --- | --- | --- | --- |
| | | 88:1–11, 14–20, 22–25 | |
| | | 89: 1–18, 21–25 | |
| | | 90:1–3, 9–13, 16–25 | |
| | | 91:1–19, 21–25 | |
| | | 92: 3–6, 8–13, 16–23, 25 | |
| | | 94:1–8, 11–25 | |
| | | 95:2–11, 13–25 | |
| | | 96:1–8, 11–25 | |
| | | 97:1–23 | |
| | | 98:1–25 | |
| | | 99:1–25 | |
| | | 100:1–4, 6–25 | |
| | | 101:1–25 | |
| | | 102:1–20, 22–25 | |
| | | 103:1–25 | |
| | | 104:1–7, 9–14, 16–25 | |
| | | 105:1–4, 6–25 | |
| | | 106:1–3, 5–25 | |
| | | 107:1–25 | |
| | | 108:1–16, 18–24 | |
| | | 109:3–25 | |
| | | 110:1–15 | |
| | | 111:1–25 | |
| | | 112:1–25 | |
| | | 113:1–8, 11–17 | |
| | | 114:13–22 | |
| | | 150:24–25 | |
| | | 151:1–6, 8–15 | |
| | | 156:8–16 | |
| | | 178:15–25 | |
| | | 179:1–25 | |
| | | 180:1–11, 15–25 | |
| | | 181:1–25 | |
| | | 182:1–7, 17–25 | |
| | | 183:1–6, 8–19, 23–25 | |
| | | 184:1–13, 15–19, 22–25 | |
| | | 185:1–9, 12–20, 22–25 | |
| | | 186:2–4, 6–12, 15–20, 22–25 | |
| | | 187:2–19, 22–25 | |
| | | 188:1–7, 10–25 | |
| | | 189:1–11, 14–15, 19–25 | |
| | | 190:1–4, 7–24 | |
| | | 191:2–5, 7–17, 20–25 | |
| | | 192:1–14, 16–25 | |
| | | 193:2–12, 15–25 | |
| | | 194:1–21, 23–25 | |

| | | 195:1–25 | |
| | | 196:1–25 | |
| | | 197:1–9, 14–25 | |
| | | 198:1–24 | |
| | | 199:2–4, 6–25 | |
| | | 200:1–10, 14–25 | |
| | | 201:1–20, 23–25 | |
| | | 202:1–8, 11–25 | |
| | | 203:1–13, 17–25 | |
| | | 204:1–25 | |
| | | 205:2–6, 9–25 | |
| | | 206:1–2, 4–8, 10–12, 14–24 | |
| | | 207:2–4, 7–25 | |
| | | 208:1–11, 12–25 | |
| | | 209:1–3, 7–17, 21–25 | |
| | | 210:1–14, 16–25 | |
| | | 211:1–5, 8–19 | |
| | | 220:18–25 | |
| | | 223:7–14, 16–25 | |
| | | 224:3–11 | |
| | | | |
| | | Pages 1–42 of the Word Index | |
| | | | |
| | | Errata: Page/Line Corrections at 86:18, 184:15, 191:24 | |

Because the above documents contain, reference, or summarize materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action, Plaintiffs file the documents provisionally under seal. Pursuant to Local Rule 79-5(f)(3), Defendant, as the Designating Party, bears the responsibility to establish that its designated materials are sealable.

Dated: August 24, 2022

Respectfully submitted,

**KELLER ROHRBACK L.L.P.**

**BLEICHMAR FONTI & AULD LLP**

By:   */s/ Derek W. Loeser*
Derek W. Loeser

By:   */s/ Lesley E. Weaver*
Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)

Adele A. Daniel (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Emma M. Wright (admitted *pro hac vice*)
Daniel Mensher (admitted *pro hac vice*)
Michael Woerner (admitted *pro hac vice*)
Matthew Gerend (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com
dmensher@kellerrohrback.com
mwoerner@kellerrohrback.com
mgerend@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of August, 2022 in Oakland, California.

By: */s/ Lesley E. Weaver*
Lesley E. Weaver

**CERTIFICATE OF SERVICE**

I, Lesley E. Weaver, hereby certify that on August 24, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Facebook, Inc. via electronic mail.

*/s/ Lesley E. Weaver*
Lesley E. Weaver
