| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom: 4, 17th Floor |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Facebook, Inc., and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal:

|   | Documents | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Full 30(b)(6) Deposition Transcript of Konstantinos Papamiltiadis (February 23, 2021) [**Exhibit 31** to the Joint Declaration of Derek W. Loeser and Lesley E. Weaver in Support of Plaintiffs' Motion for Sanctions] | Confidential Portions:<br>6: 14-16, 20-23<br>46: 10-12<br>48: 4-11, 15-17, 20-25<br>49: 1-10, 17-19<br>50: 10-13, 19-24<br>51: 9-16<br>53: 1-25<br>54: 1-3<br>56: 14-25<br>57: 1-12<br>58: 8-25<br>59: 1-25<br>60: 1-25<br>61: 1-21<br>62: 3-25<br>63: 1-20<br>64: 12-25<br>65: 1-25<br>66: 1-5, 19-23, 25<br>67: 1-11, 15-25<br>68: 1-25<br>69: 1-25<br>70: 1-12, 20-25<br>71: 1-8, 13-25<br>72: 1-9, 20-25<br>73: 1-13, 17-20<br>74: 25<br>75: 1-25<br>76: 1-10<br>77: 18-25 | Defendant to provide evidence, per Local Rule 79-5(f) | |

|  |  | 78: 1-20<br>79: 17-25<br>80: 1-2, 11-25<br>81: 1-19<br>82: 14-24<br>83: 3-25<br>84: 1-25<br>85: 1-25<br>86: 1-25<br>87: 1-16<br>88: 13-21, 24-25<br>89: 1-25<br>90: 1-25<br>91: 1-25<br>92: 1-25<br>93: 15-25<br>94: 1-8, 18-25<br>95: 1-25<br>96: 1-25<br>97: 1-25<br>98: 1-8, 21-22<br>100: 4-21<br>101: 7-25<br>102: 1-8, 16-24<br>104: 11-25<br>105: 1-25<br>106: 1-25<br>107: 1-25<br>108: 1-12<br>110: 2-5<br>111: 12-17<br>113: 13-23<br>114: 24-25<br>115: 1<br>116: 17-25<br>123: 9-20<br>124: 6-17<br>125: 17-25<br>129: 10-25<br>130: 1-25<br>131: 1-25<br>132: 1-25<br>133: 1-25<br>134: 1-25<br>135: 1-12, 25<br>136: 1-12<br>143: 4-6, 18-25 |  |  |

| | | | | |
|---|---|---|---|---|
| | | 144: 1-25<br>145: 1-2<br>146: 11-16<br>148: 10-16<br>149: 4-6, 10-12<br>152: 4-25<br>153: 1-25<br>154: 1-25<br>155: 1-18<br>159: 15-25<br>160: 1, 14-20, 23-25<br>161: 1-9, 13-25<br>162: 3-22<br>163: 3-7<br>164: 9-25<br>165: 1-17, 22-25<br>166: 1-14, 20-22, 24-25<br>167: 3-15, 23-25<br>168: 1, 13-19<br>169: 12-23<br>179: 21-23, 25<br>180: 1-4, 6-16, 19-20, 22-25<br>181: 2, 10-16, 18-25<br>182: 1-2, 8-13, 15-17, 19-21, 23-25<br>183: 1-17<br>188: 14-20<br>197: 12-16<br>198: 17-25<br>199: 1-8<br>201: 6-14<br>210: 11-25<br>211: 1-25<br>212: 1-6<br>217: 14-19, 21-24<br>218: 2-5, 8-12, 16-25<br>219: 1-25<br>220: 1-13<br>221: 7-25<br>222: 1-9<br>223: 3-17, 21-25<br>224: 1-25<br>225: 2-25<br>226: 1-15<br>229: 1-25 | | |

| | | | | |
|---|---|---|---|---|
| | | 230: 1-25<br>231: 1-25<br>232: 1-25<br>233: 1-25<br>234: 1-14<br>237: 3-25<br>238: 1-6<br>239: 3-25<br>240: 1-3<br>245: 1-25<br>246: 1-25<br>247: 1-25<br>248: 1-25<br>249: 1-23<br>259: 1-25<br>260: 1-4, 6-22<br>263: 7-25<br>264: 1-21<br>265: 21-23<br>267: 3-13<br>268: 2-25<br>269: 1-25<br>270: 1-3, 19-25<br>271: 1-25<br>272: 1-25<br>273: 1-9<br>277: 20-25<br>Pages 1-50 of the Word Index<br><br>Highly Confidential:<br>6: 17-19<br>240: 4-25<br>241: 1-25<br>242: 1-19<br>243: 3-25<br>244: 1-25 | | |
| 2 | Full 30(b)(6) Deposition Transcript of **Michael Duffey** (June 2, 2022) [**Exhibit 95** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental | 38:14-19<br>39:12-40:25<br>41:6-7<br>41:14-42:19, 42:22<br>43:19-22, 43:25<br>44:1-21<br>46:7-47:18, 47:25<br>48:1-9, 48:13-15<br>49:1-25 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; | |

| | | | | |
|---|---|---|---|---|
| | Sanctions Brief] | 50:10-52:2<br>52:22-55:16<br>56:9-58:2<br>58:11-63:17<br>64:17-65:4<br>65:16-66:4<br>66:14-15, 66:20-67:4<br>69:11-25<br>70:11-14<br>72:21-73:5<br>73:18-21<br>75:10-20<br>77:17-21<br>79:1-17<br>82:23-83:6<br>83:12-84:9<br>85:15-22<br>86:15-18<br>93:21-94:3<br>96:21-97:3<br>97:8-10<br>126:5-11<br>154:3-24<br>156:6-22<br>158:1-19<br>161:1-11<br>163:24-164:6<br>165:15-20<br>168:18-169:2<br>173:1-5<br>178:20-23<br>184:5-9<br><br>Errata: Page/Line Corrections at 39:16, 69:15-21, 79:1-4 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Full 30(b)(6) Deposition Transcript of **Isabella Leone** (August 5, 2022)[1] [**Exhibit 98** to the Declaration of Lesley E. Weaver in Support | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

---

[1] The rough version of the Leone 30(b)(6) Deposition Transcript was originally filed as Exhibit 98, Dkt. No. 988-16. Here, Plaintiffs provide the Court with the final version.

| | | | | |
|---|---|---|---|---|
| | of Plaintiffs' Supplemental Sanctions Brief] | | | |
| 4 | Full 30(b)(6) Deposition Transcript of **Michael Clark** (May 18, 2022) [**Exhibit 103** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | 19:3-5, 19:7-8, 19:14-15<br>25:21-24<br>34:12-15, 34:19-20, 34:25-35:3, 35:15, 35:17<br>36:1-3, 36:8-18, 36:21-22<br>37:2-10, 37:17-21<br>40:13-14, 40:16-21<br>41:4-14<br>48:2-6, 48:17-19<br>52:18, 52:20-22<br>53:4-9, 53:12-21<br>54:4-7, 54:14<br>57:1-4, 57:7-10, 57:13, 57:16, 57:18, 57:20-24<br>58:14-16, 58:25-59:2, 59:22-23<br>60:2-8, 60:15-19<br>61:2-7<br>62:1-5, 62:9-19<br>65:24-25<br>67:8-16, 67:19-22, 67:25-68:10, 68:17-25<br>69:5-8, 69:13-17, 69:24-70:1, 70:3-7, 70:13-14, 70:16-20, 70:23-25<br>71:2-4, 71:10-16, 71:21-22<br>72:15-23<br>73:2-10<br>74:6, 74:14-15, 74:18-23, 74:25<br>75:10-11, 75:24-76:7, 76:12-13, 76:19-20, 76:22-23<br>78:11, 78:14-19<br>79:1-2, 79:4, 79:23-80:2, 80:16-17, 80:19-20<br>81:9-10<br>82:5-7<br>83:4-5 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) | |

| | | | | |
|---|---|---|---|---|
| | | 84:9<br>85:12, 85:14-22, 85:24<br>86:11<br>87:20<br>93:12-15, 93:20-21<br>95:19-20<br>97:3-4, 97:6, 97:10-11<br>98:13-14<br>99:2-3, 99:6-10, 99:17-18, 99:25-100:4, 100:12, 100:14-17<br>101:7-14, 101:18-20<br>102:4, 102:8-10, 102:25<br>103:13, 103:18-19<br>105:16<br>108:7-10, 108:16-18, 108:24-109:6<br>111:9-11, 111:22-25<br>112:3-8, 112:11, 112:21<br>113:5-11, 113:19, 113:23-24<br>114:16, 114:19, 114:21<br>115:1-2, 115:6-8, 115:25-116:2, 116:8-18<br>131:24<br>132:5-8, 132:10-11, 132:25-133:2<br>134:20-21<br>136:24-137:3, 137:6-7, 137:17-138:15<br>139:12, 139:17, 139:19-140:1, 140:5-11, 140:23<br>141:1-142:10, 142:12-17, 142:19, 142:21-22<br>143:6-23<br>144:10, 144:12-14<br>158:13-14, 158:19, 158:24-159:9, 159:22<br>160:19-20, 160:22<br>161:14-162:3<br>164:22-24<br>165:1, 165:5-11, 165:13-16, 165:23-24<br>166:3, 166:12-13, 166:16-18, 166:24- | | |

| | | | | |
|---|---|---|---|---|
| | | 167:1, 167:4-5, 167:13-18, 167:20-23, 167:25-168:1, 168:5, 168:8-14, 168:18-19, 168:22<br>169:2-3, 169:5-9, 169:13-17<br>170:17-21<br>171:4-5, 171:8, 171:18-21<br>172:3, 172:7-10<br>173:4-11, 173:14, 173:20-24<br>174:21-22<br>175:5-10, 175:21-176:3, 176:7-10, 176:13-177:12, 177:14-18<br>179:21-24<br>180:3-4, 180:17-19, 180:25-181:2, 181:8-17<br>183:2-9, 183:22-184:5, 184:9-20<br>187:11, 187:14-15, 187:20, 187:22-188:2<br>189:24-190:2, 190:16-17, 190:25-191:2<br>195:3, 195:7-8<br>196:3-20, 196:23-197:2, 197:7-10, 197:12-15, 197:20-199:1, 199:5-12, 199:19-23<br>200:5-8, 200:12-14<br>201:4, 201:6-11, 201:13-16, 201:18-22<br>202:1-21<br>204:9-15<br>206:8, 206:12-15, 206:21-22, 206:25-207:2, 207:6-7<br>209:3-12, 209:16-17, 209:21<br>210:15-16<br>211:5-6, 211:13, 211:20-212:2, 212:9-10, 212:14-15<br>216:22-217:9, 217:15-18<br>227:7-15, 227:18-19 | | |

| | | | | |
|---|---|---|---|---|
| | | 228:6-12<br>229:18-19<br>230:23-231:7<br>233:21-234:2<br>235:15-20, 235:22-236:2, 236:7, 236:13-15, 236:17-19<br>237:6-9, 237:12-238:1<br><br>Errata: Page/Line Corrections at 67:15, 101:9, 101:12-13 | | |
| 5 | Full 30(b)(6) Deposition Transcript of **Simon Cross** (May 9, 2022) [**Exhibit 105** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | Confidential Portions:<br>26:15-21<br>29:8-14<br>43:18-23<br>50:10-16<br>56:13<br>56:16<br>56:20<br>56:24<br>57:16-21<br>60:7-16<br>62:15-63:3<br>74:6-11<br>76:3-11<br>77:10-78:20<br>78:22-79:3<br>80:5-81:3<br>81:19-82:1<br>96:10-21<br>113:18-21<br>126:8-12<br>128:9-15<br>128:25-129:1<br>129:17-130:11<br>130:18-20<br>131:2-9<br>132:4-9<br>132:16-25<br>136:5-7<br>170:9-10<br>170:13<br>170:16<br>170:20<br>174:15-21 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information or Highly Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) | |

| | | | | |
|---|---|---|---|---|
| | | 183:9-15;<br><br>Highly Confidential Portions:<br>93:13-18<br>94:9-19<br>95:10-25<br>96:24-97:1<br>100:5-9<br>116:18<br>117:4-6<br>117:10-16<br>117:19-118:8<br>118:15-18<br>119:9-12<br>120:18<br>177:8 | | |
| 6 | Full 30(b)(6) Deposition Transcript of **Amy Lee** (February 24, 2021) [**Exhibit 116** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | 6:12–13, 16–18<br>10:23<br>11:1, 4, 6, 10–11, 14<br>18:18–19, 24–25<br>19:1<br>22:21–25<br>23:4–9, 12–19<br>62:5–13<br>79:20–25<br>80:1–4, 13–25<br>81:1–25<br>82:1–7, 11–17, 19–24<br>83:1–5, 7–16, 23–24<br>84:1–6, 15–24<br>85:6–24<br>86:2–25<br>87:1–8, 11–19, 21–25<br>88:1–11, 14–20, 22–25<br>89: 1–18, 21–25<br>90:1–3, 9–13, 16–25<br>91:1–19, 21–25<br>92: 3–6, 8–13, 16–23, 25<br>94:1–8, 11–25<br>95:2–11, 13–25<br>96:1–8, 11–25 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) | |

| | | | | |
|---|---|---|---|---|
| | | 97:1–23<br>98:1–25<br>99:1–25<br>100:1–4, 6–25<br>101:1–25<br>102:1–20, 22–25<br>103:1–25<br>104:1–7, 9–14, 16–25<br>105:1–4, 6–25<br>106:1–3, 5–25<br>107:1–25<br>108:1–16, 18–24<br>109:3–25<br>110:1–15<br>111:1–25<br>112:1–25<br>113:1–8, 11–17<br>114:13–22<br>150:24–25<br>151:1–6, 8–15<br>156:8–16<br>178:15–25<br>179:1–25<br>180:1–11, 15–25<br>181:1–25<br>182:1–7, 17–25<br>183:1–6, 8–19, 23–25<br>184:1–13, 15–19, 22–25<br>185:1–9, 12–20, 22–25<br>186:2–4, 6–12, 15–20, 22–25<br>187:2–19, 22–25<br>188:1–7, 10–25<br>189:1–11, 14–15, 19–25<br>190:1–4, 7–24<br>191:2–5, 7–17, 20–25<br>192:1–14, 16–25<br>193:2–12, 15–25<br>194:1–21, 23–25<br>195:1–25<br>196:1–25 | | |

| | | | |
|---|---|---|---|
| | | 197:1–9, 14–25<br>198:1–24<br>199:2–4, 6–25<br>200:1–10, 14–25<br>201:1–20, 23–25<br>202:1–8, 11–25<br>203:1–13, 17–25<br>204:1–25<br>205:2–6, 9–25<br>206:1–2, 4–8, 10–12, 14–24<br>207:2–4, 7–25<br>208:1–11, 12–25<br>209:1–3, 7–17, 21–25<br>210:1–14, 16–25<br>211:1–5, 8–19<br>220:18–25<br>223:7–14, 16–25<br>224:3–11<br><br>Pages 1–42 of the Word Index<br><br>Errata: Page/Line Corrections at 86:18, 184:15, 191:24 | | |

**IT IS SO ORDERED.**

Date: _____

                VINCE CHHABRIA
                United States District Judge