| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Judge: Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom: 4, 17th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), Plaintiffs hereby submit this Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

|   | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
| 1 | Full 30(b)(6) Deposition Transcript of Allison Hendrix (May 5, 2022) | 255:8<br>258:14-15<br>265:24-266:10<br>267:5-13<br>312:13-20<br>314:6-13 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Full Deposition Transcript of **Jackie Chang** (December 16, 2021) [**Exhibit 106** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | 6:8-9<br>6:12<br>6:15-16<br>6:18<br>6:21-22<br>7:8-9<br>7:12<br>7:14-15<br>7:18-19<br>7:21-22<br>7:24-25<br>8:8-9<br>8:12-13<br>8:16-17<br>8:23<br>9:5-7<br>9:9-11<br>9:17-19<br>9:21-22<br>10:5-6<br>22:4-6<br>23:2-18<br>24:12-15<br>25:15-23<br>29:21-30:2<br>39:8-11<br>41:5-13<br>41:16-25<br>42:4-12<br>42:19-44:10 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information or Highly Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) |

|  |  | 45:23-46:12<br>50:10-14<br>51:9-23<br>52:15-23<br>54:10-18<br>55:21-23<br>58:25-61:11<br>72:2<br>72:10-13<br>73:2-11<br>73:23-80:23<br>81:3-86:6<br>88:3-12<br>89:10-93:6<br>93:11-97:6<br>98:3-18<br>99:19-101:9<br>101:14-104:10<br>104:15-105:25<br>106:6-116:14<br>116:17-117:5<br>117:13-119:3<br>119:18-23<br>122:10-11<br>122:22-123:1<br>123:10-124:16<br>125:2-7<br>125:25-128:20<br>129:2-17<br>130:5-14<br>136:8-19<br>136:25-137:14<br>138:9-10<br>151:14<br>151:20-152:4<br>152:16-153:18<br>159:5-6<br>159:19-160:2<br>160:12-19<br>165:24-25<br>166:7-168:5<br>168:15-170:18<br>171:6-7<br>172:10-24<br>173:1-181:5<br>181:18-185:23<br>186:17-189:6 |  |

| | | | |
|---|---|---|---|
| | | 192:7-16<br>192:20-25<br>193:4-194:14<br>195:6-21<br>196:2-197:10<br>199:11-200:2<br>215:2-8<br>215:14-216:18<br>221:11-223:2<br>226:4-228:8<br>230:14-16<br>230:22-236:4<br>236:16-240:24<br>262:12-263:18<br>266:21-22<br>267:5-13<br>268:2-269:23<br>271:22-25<br>273:7-11<br>273:14-280:8<br>282:8-284:6<br>284:23-287:7<br>287:22-288:15<br>295:6-297:1<br>297:7-21<br>298:3-7<br>298:16-304:15<br><br>Highly Confidential Information:<br>139:16-140:20<br>141:8-142:1<br>142:5-151:13<br>153:19-158:25<br>160:20-165:18<br>199:4-10<br>200:3-9<br>200:17-205:14<br>205:20-206:17<br>206:23-24<br>207:14-213:24<br>219:24-220:25<br>224:1-225:1<br>228:12-229:8<br>229:16-21<br>245:10-17<br>245:22-247:25 | |

| | 248:25-257:20<br>288:16-290:24 | |
|---|---|---|

Because the above documents contain, reference, or summarize materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action, Plaintiffs file the documents provisionally under seal. Pursuant to Local Rule 79-5(f)(3), Defendant, as the Designating Party, bears the responsibility to establish that its designated materials are sealable.

Dated: August 24, 2022                              Respectfully submitted,

**KELLER ROHRBACK L.L.P.**                         **BLEICHMAR FONTI & AULD LLP**

By:   */s/ Derek W. Loeser*                        By:   */s/ Lesley E. Weaver*
        Derek W. Loeser                                    Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)          Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)   Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                 Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)          Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                        Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)           555 12th Street, Suite 1600
Daniel Mensher (admitted *pro hac vice*)           Oakland, CA 94607
Michael Woerner (admitted *pro hac vice*)          Tel.: (415) 445-4003
Matthew Gerend (admitted *pro hac vice*)           Fax: (415) 445-4020
1201 Third Avenue, Suite 3200                      lweaver@bfalaw.com
Seattle, WA 98101                                  adavis@bfalaw.com
Tel.: (206) 623-1900                               mmelamed@bfalaw.com
Fax: (206) 623-3384                                aornelas@bfalaw.com
dloeser@kellerrohrback.com                         jsamra@bfalaw.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com
dmensher@kellerrohrback.com
mwoerner@kellerrohrback.com
mgerend@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101

Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of August, 2022 in Oakland, California.

By: <i>/s/ Lesley E. Weaver</i><br>Lesley E. Weaver

**CERTIFICATE OF SERVICE**

    I, Lesley E. Weaver, hereby certify that on August 24, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Facebook, Inc. via electronic mail.

                                                       */s/ Lesley E. Weaver*
                                                       Lesley E. Weaver