| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom: 4, 17th Floor |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Facebook, Inc., and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal:

| | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Ruling** |
|---|---|---|---|---|
| 1 | Full 30(b)(6) Deposition Transcript of Allison Hendrix (May 5, 2022) | 255:8<br>258:14-15<br>265:24-266:10<br>267:5-13<br>312:13-20<br>314:6-13 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Full Deposition Transcript of **Jackie Chang** (December 16, 2021) [**Exhibit 106** to the Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Sanctions Brief] | 6:8-9<br>6:12<br>6:15-16<br>6:18<br>6:21-22<br>7:8-9<br>7:12<br>7:14-15<br>7:18-19<br>7:21-22<br>7:24-25<br>8:8-9<br>8:12-13<br>8:16-17<br>8:23<br>9:5-7<br>9:9-11<br>9:17-19<br>9:21-22 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information or Highly Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) | |

| | | | | |
|---|---|---|---|---|
| | | 10:5-6<br>22:4-6<br>23:2-18<br>24:12-15<br>25:15-23<br>29:21-30:2<br>39:8-11<br>41:5-13<br>41:16-25<br>42:4-12<br>42:19-44:10<br>45:23-46:12<br>50:10-14<br>51:9-23<br>52:15-23<br>54:10-18<br>55:21-23<br>58:25-61:11<br>72:2<br>72:10-13<br>73:2-11<br>73:23-80:23<br>81:3-86:6<br>88:3-12<br>89:10-93:6<br>93:11-97:6<br>98:3-18<br>99:19-101:9<br>101:14-104:10<br>104:15-105:25<br>106:6-116:14<br>116:17-117:5<br>117:13-119:3<br>119:18-23<br>122:10-11<br>122:22-123:1<br>123:10-124:16<br>125:2-7<br>125:25-128:20<br>129:2-17<br>130:5-14<br>136:8-19<br>136:25-137:14<br>138:9-10<br>151:14<br>151:20-152:4<br>152:16-153:18 | | |

| | | | | |
|---|---|---|---|---|
| | | 159:5-6<br>159:19-160:2<br>160:12-19<br>165:24-25<br>166:7-168:5<br>168:15-170:18<br>171:6-7<br>172:10-24<br>173:1-181:5<br>181:18-185:23<br>186:17-189:6<br>192:7-16<br>192:20-25<br>193:4-194:14<br>195:6-21<br>196:2-197:10<br>199:11-200:2<br>215:2-8<br>215:14-216:18<br>221:11-223:2<br>226:4-228:8<br>230:14-16<br>230:22-236:4<br>236:16-240:24<br>262:12-263:18<br>266:21-22<br>267:5-13<br>268:2-269:23<br>271:22-25<br>273:7-11<br>273:14-280:8<br>282:8-284:6<br>284:23-287:7<br>287:22-288:15<br>295:6-297:1<br>297:7-21<br>298:3-7<br>298:16-304:15<br><br>Highly Confidential Information:<br>139:16-140:20<br>141:8-142:1<br>142:5-151:13<br>153:19-158:25<br>160:20-165:18<br>199:4-10 | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 200:3-9<br>200:17-205:14<br>205:20-206:17<br>206:23-24<br>207:14-213:24<br>219:24-220:25<br>224:1-225:1<br>228:12-229:8<br>229:16-21<br>245:10-17<br>245:22-247:25<br>248:25-257:20<br>288:16-290:24 |  |  |  |

**IT IS SO ORDERED.**

Date: _____

_____
VINCE CHHABRIA
United States District Judge