# EXHIBIT 98

**Redacted in its Entirety**

**Full 30(b)(6) Deposition Transcript of Isabella Leone, dated August 5, 2022**