# EXHIBIT 103

**Redacted Version of Document Sought to be Sealed**

**Full 30(b)(6) Deposition Transcript of Michael Clark,
dated May 18, 2022**

1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3

IN RE:  FACEBOOK, INC.,        MDL No. 2843
4   CONSUMER USER PROFILE           Case No.
    LITIGATION                      18-md-02843-VC-JSC
5   _____
6   This document relates to:
7   ALL ACTIONS
8

    _____
9
10
11
12        ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13      CORPORATE REPRESENTATIVE - MICHAEL PATRICK CLARK
14    (Reported Remotely via Video & Web Videoconference)
15         Denver, Colorado (Deponent's location)
16              Wednesday, May 18, 2022
17                   Volume I
18
19
20

    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5210145
25  PAGES 1 - 251

                                          Page  1

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

    IN RE:  FACEBOOK, INC.,       MDL No. 2843

 4  CONSUMER USER PROFILE         Case No.

    LITIGATION                    18-md-02843-VC-JSC

 5  _____

 6  This document relates to:

 7  ALL ACTIONS

 8

    _____

 9

10

11

12

13

14

15          DEPOSITION OF MICHAEL PATRICK CLARK,

16  taken on behalf of the Plaintiffs, with the

17  deponent located in Denver, Colorado, commencing at

18  10:07 a.m., Wednesday, May 18, 2022, remotely

19  reported via Video & Web videoconference before

20  REBECCA L. ROMANO, a Certified Shorthand Reporter,

21  Certified Court Reporter, Registered Professional

22  Reporter.

23

24

25
```

Page  2

```
 1                    APPEARANCES OF COUNSEL
 2     (All parties appearing via Web videoconference)
 3
 4     For the Plaintiffs:
 5          BLEICHMAR FONTI & AULD LLP
 6          BY:  LESLEY E. WEAVER
 7          BY:  MATTHEW MELAMED
 8          BY:  JOSHUA SAMRA
 9          Attorney at Law
10          555 12th Street
11          Suite 1600
12          Oakland, California 94607
13          (415) 445-4003
14          lweaver@bfalaw.com
15          jsamra@bfalaw.com
16
17
18
19
20
21
22
23
24
25     /////
```

Page  3

1                    APPEARANCES OF COUNSEL

2     (All parties appearing via Web videoconference)

3

4     For the Plaintiffs:

5          KELLER ROHRBACK L.L.P.

6          BY:  DAVID KO

7          BY:  CARI CAMPEN LAUFENBERG

8          BY:  DEREK W. LOESER

9          Attorneys at Law

10         1201 Third Avenue

11         Suite 3200

12         Seattle, Washington 98101

13         (206) 623-1900

14         dko@kellerrohrback.com

15         claufenberg@kellerrohrback.com

16         dloeser@kellerrohrback.com

17

18

19

20

21

22

23

24

25     /////

                                          Page  4

```
 1                    APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  ROBERT C. BLUME

 7          BY:  MIKE M. ULMER

 8          Attorneys at Law

 9          1801 California Street

10          Suite 4200

11          Denver, Colorado 80202-2642

12          (303) 298-5735

13          rblume@gibsondunn.com

14          mulmer@gibsondunn.com

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page 5

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5          GIBSON, DUNN & CRUTCHER LLP
 6          BY:  ROSEMARIE T. RING
 7          Attorney at Law
 8          555 Mission Street
 9          Suite 3000
10          San Francisco, California 94105-0921
11          (415) 393-8247
12          rring@gibsondunn.com
13    and
14          BY:  MARTIE KUTSCHER CLARK
15          Attorney at Law
16          1881 Page Mill Road
17          Palo Alto, California 94304-1211
18          (650) 849-5348
19          mkutscherclark@gibsondunn.com
20
21
22
23
24
25    /////
```

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4        JAMS
 5        BY:  DANIEL B. GARRIE
 6        Special Master
 7        555 W. 5th Street
 8        32nd Floor
 9        Los Angeles, California 90013
10        (213) 253-9706
11        dgarrie@jamsadr.com
12
13
14
15
16    ALSO PRESENT:
17        Ian Chen, Associate General Counsel,
18    Meta Platforms
19        John Macdonell, Videographer
20
21
22
23
24
25    /////
```

Page  7

```
1                      I N D E X

2    DEPONENT                              EXAMINATION

3    MICHAEL PATRICK CLARK                        PAGE

     VOLUME I

4

5                    BY MS. WEAVER              15

6

7

8                  E X H I B I T S

9    NUMBER                                      PAGE

10                    DESCRIPTION

11   Exhibit 339  Mike Clark Deposition Notes,    33

12               ADVANCE-META-00000060 -

13               ADVANCE-META-00000065;

14

15   Exhibit 340  User Data Deletion Policy       43

16               dated October 23, 2020,

17               ADVANCE-META-00000043 -

18               ADVANCE-META-00000056;

19

20   Exhibit 341  Control Objective - As of       46

21               10.29.2021,

22               ADVANCE-META-00000054 -

23               ADVANCE-META-00000056;

24

25   /////
```

```
1                E X H I B I T S(cont'd)

2     NUMBER                                           PAGE

3                       DESCRIPTION

4     Exhibit 342  Data/DeletingDeletedData -          54

5                  Facebook,

6                  ADVANCE-META-00000001 -

7                  ADVANCE-META-00000002;

8

9     Exhibit 343  Wiki Page - Deletion               65

10                 Framework Overview,

11                 ADVANCE-META-00000003 -

12                 ADVANCE-META-00000004;

13

14    Exhibit 344  Email dated Feb 11, 2013           63

15                 Subject:  5.2.2.B,

16                 PwC-CPUP_FB00007766 -

17                 PwC-CPUP_FB00007768;

18

19    Exhibit 345  Hive Tables,                       90

20                 FB-CA-MDL-00347605 -

21                 FB-CA-MDL-00347886;

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

```
1                 E X H I B I T S(cont'd)

2    NUMBER                                    PAGE

3                      DESCRIPTION

4    Exhibit 346  Wiki Page - Mapping            92

5                 User-Identifying IDs to RIDs,

6                 ADVANCE-META-00000028 -

7                 ADVANCE-META-00000029;

8

9    Exhibit 347  Wiki Page - Hive Anon,        105

10                ADVANCE-META-00000026 -

11                ADVANCE-META-00000027;

12

13   Exhibit 348  Wiki Page - What is UII?,     106

14                ADVANCE-META-00000059;

15

16   Exhibit 349  Gibson Dunn Letter dated      127

17                April 11, 2022;

18

19   Exhibit 350  Wiki Page - Overview,         138

20                ADVANCE-META-00000030 -

21                ADVANCE-META-00000031;

22

23   Exhibit 351  Privacy Eng,                  163

24                FB-CA-MDL-01952478;

25   /////
```

Page 10

```
 1              E X H I B I T S(cont'd)

 2   NUMBER                                    PAGE

 3                   DESCRIPTION

 4   Exhibit 352  Wiki Page - App-Scoped ID        178

 5               (ASID) Conversations,

 6               ADVANCE-META-00000008 -

 7               ADVANCE-META-00000009;

 8

 9   Exhibit 353  (skipped)

10

11   Exhibit 354  Email dated 10/9/2013            184

12               Subject:  New stuff from Box,

13               PwC_CPUP_FB00020372 -

14               PwC_CPUP_FB00020380;

15

16   Exhibit 355  Wiki Page - Deletion Plan,       194

17               ADVANCE-META-00000021 -

18               ADVANCE-META-00000022;

19

20   Exhibit 356  Wiki Page - Ent Based            195

21               Deleters,

22               ADVANCE-META-00000023 -

23               ADVANCE-META-00000025;

24

25   /////
```

                                            Page 11

```
 1              E X H I B I T S(cont'd)

 2   NUMBER                                    PAGE

 3                    DESCRIPTION

 4   Exhibit 357  Email String Subject:         203

 5                Product Close Out Reminder -

 6                August, FB-CA-MDL-03233363 -

 7                FB-CA-MDL-03233365;

 8

 9   Exhibit 358  Excel Spreadsheet,            203

10                FB-CA-MDL-032333365;

11

12   Exhibit 359  Wiki Page - UII Definition,   213

13                ADVANCE-META-00000066 -

14                ADVANCE-META-00000069;

15

16

17                PREVIOUSLY MARKED

18   NUMBER                                    PAGE

19   Exhibit 330                                 33

20

21

22

23

24

25   /////
```

Page 12

```
 1        Denver, Colorado; Wednesday, May 18, 2022

 2                  10:07 a.m.

 3                  ---o0o---

 4

 5        THE VIDEOGRAPHER:  We're on the record.        10:07:40

 6   It's 10:07 a.m. Mountain Time on May 18th, 2022.

 7        This is the deposition of Mike Clark, and

 8   we're here in the matter of In Re:  Facebook, Inc.

 9   Consumer Privacy User Profile Litigation.  I'm

10   John Macdonell, the videographer, with Veritext.        10:07:57

11        Before the reporter swears the witness,

12   would counsel please identify themselves, beginning

13   with the noticing party, please.

14        MS. WEAVER:  Good morning.  This is

15   Lesley Weaver of Bleichmar Fonti & Auld, and I        10:08:10

16   represent the plaintiffs.

17        I am taking this deposition today with

18   the assistance of Josh Samra of my firm.  And also

19   present are my able co-counsel, Cari Laufenberg and

20   Emma Wright of -- sorry -- of Keller Rohrback.        10:08:25

21        MR. BLUME:  Good morning.  Rob Blume from

22   Gibson, Dunn & Crutcher on behalf of Facebook.

23        Here today with Rose Ring,

24   Martie Kutscher Clark and Mike Ulmer, as well

25   Ian Chen from the client.        10:08:42
```

Page 13

```
 1              SPECIAL MASTER GARRIE:  This is           10:08:50

 2   Special Master Garrie.  I'm here on behalf of the

 3   Court.

 4              THE COURT REPORTER:  At this time, I will

 5   ask counsel to agree on the record that there is no   10:08:54

 6   objection to this deposition officer administering

 7   a binding oath to the deponent via remote

 8   videoconference, starting with the noticing

 9   attorney, please.

10              MS. WEAVER:  Yes, no objection.           10:09:15

11              MR. BLUME:  No objection from Facebook.

12              THE COURT REPORTER:  Mr. Clark, If you

13   could raise your right hand for me, please.

14              THE DEPONENT:  (Complies.)

15              THE COURT REPORTER:  You do solemnly      10:09:20

16   state, under penalty of perjury, that the testimony

17   you are about to give in this deposition shall be

18   the truth, the whole truth and nothing but the

19   truth?

20              THE DEPONENT:  I do.                       10:09:20

21

22

23

24

25   /////                                                 10:09:35
```

Page 14

```
 1              MICHAEL PATRICK CLARK,          10:09:38

 2   having been administered an oath, was examined and

 3   testified as follows:

 4

 5                   EXAMINATION                10:09:38

 6   BY MS. WEAVER:

 7       Q.   Good morning, Mr. Clark.  I'm

 8   Lesley Weaver, and I'll be taking your deposition

 9   today.

10           Would you mind stating, for the record,   10:09:44

11   your full name and your place of employment.

12       A.   Sure.

13           It's Mike Clark.  My legal name is

14   Michael Patrick Clark.  Place of employment is

15   Facebook or Meta.                          10:10:01

16       Q.   And in what city are you currently

17   employed?

18       A.   I'm a remote employee from Menlo Park,

19   California, living in Denver, Colorado.

20       Q.   Thank you.                        10:10:15

21           How long have you worked for Facebook?

22       A.   A little over three years.

23       Q.   And what's your current role and title?

24       A.   Title is director of product management.

25       Q.   And have you always held that title?   10:10:29
```

Page 15

1          A.    I was a product manager when I started.          10:10:32

2     About the same level the whole time.

3          Q.    What is a product manager?

4          A.    A product manager -- product manager

5     helps pull together the specifications for both          10:10:51

6     user experience, the requirements for internal

7     Facebook developers, and business case and

8     definition for products built by Facebook.

9          Q.    And what products have you managed at

10    Facebook?                                                 10:11:14

11         A.    I have worked in privacy the entire time.

12         Q.    And is privacy a product at Facebook?

13         A.    The -- there is a privacy organization

14    and there are privacy-related products that are

15    part of that.                                             10:11:33

16         Q.    And are there specific privacy-related

17    products that you have focused on in your

18    employment at Facebook?

19         A.    Yes.  Currently, I support the org.  I

20    take care of the privacy infrastructure teams.           10:11:46

21         Q.    And what is privacy infrastructure?

22         A.    Yeah.  Privacy infrastructure is where we

23    build centralized infrastructure to enable Facebook

24    internal developers to have common central

25    solutions to solve for privacy.  That might include      10:12:08

```
 1    deletion.  Also includes retention, data          10:12:14

 2    minimization, purpose limitation, scraping,

 3    anti-scraping efforts as well.

 4         Q.   And who heads the privacy infrastructure

 5    team?                                              10:12:36

 6         A.   Could you be more -- the product

 7    organization or the product team or the -- there --

 8    there are multiple -- there are multiple roles

 9    associated with privacy infrastructure.  I lead the

10    product management of privacy infrastructure.      10:12:56

11         Q.   Understood.  And I'll put a pause on

12    that.  Thank you for answering that question.

13              Do you understand today that you are

14    testifying on behalf of Facebook as a corporate

15    representative?                                    10:13:09

16         A.   Yes, I do.

17         Q.   And have you seen the deposition notice

18    in this case?

19         A.   I have.

20         Q.   Okay.  And you're here to testify with   10:13:16

21    regard to topic 4; is that correct?

22         A.   That is correct.

23         Q.   Do you understand that topic 4 is

24    Facebook's processes of pseudonymization,

25    de-identification, re-identification, association,  10:13:30
```

Page 17

```
 1   and deletion of user data and information; is that      10:13:34
 2   your understanding?
 3        A.   That is my understanding.
 4        Q.   Okay.  And have been deposed before,
 5   Mr. Clark?                                               10:13:46
 6        A.   I have.
 7        Q.   How many occasions have you been deposed?
 8        A.   A total of seven.
 9        Q.   Have all of those depositions been in
10   connection with your employment at Facebook?            10:13:54
11        A.   No.  No, they have not.
12        Q.   To what, in general, did all seven
13   depositions relate?
14        A.   One was related to a car accident that I
15   was a passenger in as a teenager.  The second were      10:14:08
16   telecommunications company I worked for were
17   disputes around billing and access rights to
18   physical infrastructure.
19           And then the other four have been at
20   Facebook.                                                10:14:32
21        Q.   And in what matters have you been deposed
22   as part of your employment at Facebook?
23        A.   I've been deposed on matters relating to
24   the anti-scraping efforts and enforcement that we
25   had taken, in three of the four depositions.            10:14:54
```

Page 18

1    Q.   And what was the fourth deposition?               10:14:56

2    A.   The -- the fourth deposition was

3    ████████████████████████████████████████

     ████████████████████████████████

          ████  ████████████████████████████       10:15:11

6    do you mean?

7         ████  ██████████████████████████

     ████████████████████████████

9    Q.   And when was that deposition?

10   A.   That was November or December of last          10:15:26

11   year.

12   Q.   And what was the subject matter of your

13   testimony in that deposition, in general?

14        ████  ██████████████████████████████████

     ██   ████████████████████                       10:15:42

16   Q.   And what did you discuss in that

17   deposition as subject matter, specifically?

18        MR. BLUME:   Object -- objection.  Scope,

19   generally.

20        THE DEPONENT:  The -- it was -- it was        10:15:57

21   specifically about the assessment and my -- and --

22   and the role of privacy infrastructure in the

23   broader assessment.

24   Q.   (By Ms. Weaver)  And what specific

25   privacy infrastructure were you testifying about?    10:16:17

                                           Page 19

```
 1        A.    I -- it was controls and safeguards          10:16:21

 2   associated with privacy infrastructure.

 3        Q.    Did it include anonymization or

 4   pseudonymization of data?

 5        A.    It did not include anonymization or          10:16:35

 6   pseudonymization.

 7        Q.    What did it include?

 8        A.    It included the broader controls and

 9   safeguards associated.

10        Q.    And what controls and safeguards,            10:16:47

11   specifically, if not anonymization and

12   pseudonymization?

13             MR. BLUME:  Objection.  Scope, generally.

14             THE DEPONENT:  It included the broader

15   set of safeguards that include data life cycle          10:17:03

16   management.  That included scraping and TPM.

17        Q.    (By Ms. Weaver)  When you say "data life

18   cycle management," does that include data deletion?

19        A.    That does include data deletion.

20        Q.    What else does data life cycle management    10:17:24

21   include?

22        A.    Data retention.

23        Q.    Anything else?

24        A.    No.

25        Q.    Okay.                                        10:17:38
```

Page 20

```
 1          A.    The deal same safeguards are those two.        10:17:39

 2          Q.    And how long was your deposition in that

 3    matter, do you recall?

 4          A.    Approximately four hours.

 5          Q.    And I apologize.  I'm sure you told me,         10:18:04

 6    but when did that deposition occur?

 7          A.    I don't remember the exact date.  It was

 8    either November or December of last year.

 9          Q.    Thanks very much.

10                Well, you're very good, as far as I can         10:18:16

11    tell, at depositions so far.  Especially insofar as

12    we are communicating clearly and in a way that the

13    court reporter can take down.

14                And so I appreciate that.  Thank you.

15                And the general rules of the road you           10:18:29

16    seem to know, which is, please allow me to finish

17    my question before you answer.  And I will endeavor

18    to not interrupt you and allow you to finish your

19    answers before I speak; is that fair?

20          A.    That is fair.                                   10:18:45

21          Q.    Okay.  And answers need to be verbal, yes

22    or no.  For purposes of the record, nodding will

23    not accomplish what we need to accomplish here

24    today in terms of creating a transcript; is that

25    fair?                                                       10:18:57
```

Page 21

```
 1        A.   That is fair.                              10:18:58

 2        Q.   Okay.  If you answer my question, I'm

 3    going to assume that you understood what I was

 4    asking; is that fair?

 5        A.   That is fair.                              10:19:08

 6        Q.   Okay.  What did you do to prepare for

 7    your deposition today?

 8        A.   I reviewed materials and had interviews

 9    with individuals, with counsel.

10        Q.   With whom did you have interviews?        10:19:25

11        A.   I spoke with Scott Renfro.

12    Yiannis Papagiannis.  P-A-P-A-G-I-A-N-N-I-S is how

13    you spell the last name.

14             Mayur Patel.  Eugene Zarashaw,

15    Z-A-R-A-S-H-A-W.  Ryan Borker, B-O-R-K-E-R.        10:19:48

16    Will Shackleton, S-H-A-C-K-L-E-T-O-N.  And

17    Hannes Roth.  H-A-N-N-E-S and then R-O-T-H.

18        Q.   Anyone else?

19        A.   No.

20        Q.   When you spoke with those seven           10:20:25

21    individuals, was counsel present for each

22    conversation?

23        A.   Yes.

24        Q.   And how long did you speak with each of

25    them?                                              10:20:31
```

Page 22

```
 1        A.   I -- I don't have exactly how much time I        10:20:36

 2   spent with them.  Between those interviews and

 3   counsel, approximately 35 hours.

 4        Q.   And what did you discuss with Mr. Renfro?

 5        A.   I discussed some of the historical and --        10:20:59

 6   and past functionality of the deletion framework.

 7        Q.   And when you say the "deletion

 8   framework," what are you referring to?

 9        A.   Software related to deletion

10   functionality at Facebook.                                 10:21:19

11        Q.   Thank you.

12             Mr. Renfro is currently an employee, is

13   that right, of Facebook?

14        A.   That is correct.

15        Q.   And what is his title?                           10:21:28

16        A.   Yes.

17             I do not know his title.

18        Q.   Do you know what his current role is?

19        A.   His -- I -- I actually don't know his

20   exact role or title.                                       10:21:47

21        Q.   Do you know his --

22        A.   He's a -- he's a -- his past role is as a

23   software engineer.  I don't know what his current

24   title or role.

25        Q.   How long did you speak with Mr. Renfro?          10:21:59
```

Page 23

| | | |
|---|---|---|
| 1 | A.    I did not keep an exact accounting of the | 10:22:01 |
| 2 | amount of time I spoke with Mr. Renfro. | |
| 3 | Potentially an hour. | |
| 4 | Q.    Okay.  Well, so as not to be too | |
| 5 | exhausting, can you give me a rough estimate, for | 10:22:13 |
| 6 | each of the seven individuals you named, how | |
| 7 | many -- how much time you spent talking to each of | |
| 8 | them and generally what the subject matter was? | |
| 9 | A.    Sure. | |
| 10 | For Yiannis Papagiannis, a total of | 10:22:29 |
| 11 | roughly an hour.  Spoke to Yiannis about current | |
| 12 | deletion software functionality.  And his | |
| 13 | experience in learnings and observations from the | |
| 14 | time that he's been here, which was longer than | |
| 15 | myself.  Yiannis's title is an engineering manager. | 10:22:55 |
| 16 | Mayur Patel, probably spent a total of an | |
| 17 | hour and a half with, discussing questions that I | |
| 18 | had regarding some of the technical functionality | |
| 19 | of some of the systems and current processes for | |
| 20 | how they operate, roughly -- and Mayur is a | 10:23:41 |
| 21 | software engineer. | |
| 22 | Eugene, probably 30 minutes, if even | |
| 23 | that, and was for historical context on past | |
| 24 | functionality of deletion software.  Eugene is | |
| 25 | formerly a software engineer.  I do not know his | 10:24:14 |

Page 24

1      current title.                                      10:24:16

2            Ryan Borker was also around between

3      15 minutes and a half hour.  And spoke with Ryan

4      about schematization.  And Ryan is a product

5      manager.                                            10:24:46

6            Will Shackleton, spent about 20 minutes

7      with, and spoke to -- about past versions of

8      deletion software.  And spoke to Will for a

9      half hour.

10            And Hannes was also between 15 minutes      10:25:25

11      and a half hour.  And spoke to about schematization

12      as well.  And Hannes is a software engineer.

13        Q.   And what is schematization?

14        A.   Schematization is a process of

15      classifying data storage systems.                 10:25:48

16        Q.   And what is, in general, Facebook's

17      schematization in this case, particularly as

18      relevant to the topics you discussed with people in

19      preparation for this deposition?

20        A.   Specifically, the deletion framework, the   10:26:09

21      ███████████████████████████████████████  ████

   █   ██████████████████████████████████████████

   █   ████████████████████████████████████████████

   █   ██████████████████████████████

25        Q.   Got it.                                     10:26:33

                                                          Page 25

1          So to recap briefly, you spoke with          10:26:34

2    Mr. Renfro for about an hour.  Mr. Papagiannis for

3    about an hour.  Mr. Patel for about an hour and a

4    half.  We're at about three and a half.

5          Then Mr. Zarashaw for about 30 minutes.          10:26:50

6    And let's say 30 minutes for the -- each for the

7    remaining four, so that's two -- so you spent about

8    seven hours substantively preparing for this

9    deposition.  And then you said you spent 35 hours

10   preparing.          10:27:05

11         Was the remainder of the time spent

12   talking to counsel?

13        A.   Yes, in addition to 20 of -- hours of my

14   own time reviewing material.

15        Q.   And what materials did you review for          10:27:14

16   20 hours?

17        A.   Yeah.  I -- I reviewed approximately

18   45 documents.  The UDDP.  The relevant deletion

19   controls from 2012 to present.  PwC's audits from

20   2013 to 200- -- I believe '17.  Wiki's describing          10:27:33

21   the technical details of deletion and the software

22   associated with.  And then also reviewed the

23   25 documents which you had provided.

24        Q.   And when you say you reviewed PwC's

25   audits, what specifically are you referring to?          10:27:56

                                              Page 26

```
 1        A.   There were audits of the controls in that      10:28:04

 2   time frame, and it was the -- at that time the

 3   third-party assessment of those controls associated

 4   with the 2012 FTC order.

 5        Q.   What was the focus of PwC's audit during       10:28:21

 6   that time frame?

 7             MR. BLUME:  Objection.  Scope.

 8             THE DEPONENT:  Yeah, I can only speak to

 9   what I observed in -- in reading, which was the --

10   the privacy controls.                                    10:28:39

11        Q.   (By Ms. Weaver)  And when you say the

12   "privacy controls," what do you mean, specifically?

13        A.   There were controls that were identified

14   that -- which I had reviewed from 2012 to present,

15   and it was the audit of those controls.                  10:28:57

16        Q.   Right.

17             And which controls specifically are you

18   referring to?

19        A.   Controls associated with deletion.

20        Q.   Anything else?                                 10:29:11

21        A.   Focused primarily on the controls

22   associated with deletion.

23        Q.   What's your understanding of why PwC

24   focused an audit on privacy controls relating to

25   deletion?                                                10:29:28
```

Page 27

```
 1              MR. BLUME:  Objection.  Scope.  And          10:29:29

 2    privilege.

 3              So to the extent you know by speaking to

 4    counsel, I'd instruct you not to answer.

 5              THE DEPONENT:  I don't know that I            10:29:39

 6    understand the question.

 7         Q.   (By Ms. Weaver)  Sure.

 8              You said you spent 20 hours reviewing

 9    documents, including PwC's audits.

10              And then you testified that the focus of     10:29:48

11    the PwC audits, with regard to privacy controls,

12    were controls associated with deletion; is that

13    correct?

14         A.   I -- just to clarify.  I didn't just

15    spend 20 hours on the PwC.  Those were -- those        10:30:01

16    were some of the documents in that time.

17         Q.   Right.

18              And I'm asking you, having read those PwC

19    audits, what did you --

20         A.   Yes.                                         10:30:11

21         Q.   -- learn from those documents relating to

22    why PwC was auditing Facebook's privacy controls

23    associated with deletion?

24         A.   They were auditing, as part of the

25    requirements associated -- as I understand, and        10:30:26
```

```
 1    from what I read, associated with the 2012 FTC         10:30:29

 2    order.

 3         Q.   And when you say the "2012 FTC order,"

 4    what are you referring to?

 5         A.   I don't know how else to label that.        10:30:41

 6    The -- the FTC agreement between Facebook and the

 7    FTC in 2012.

 8         Q.   And what did the agreement relate to, in

 9    your understanding?

10         A.   In -- in my understanding and review of      10:30:52

11    it, agreements to privacy practices and for those

12    privacy practices to be audited.

13         Q.   And specifically, with regard to the

14    controls associated with deletion, what is your

15    understanding, based on your review and preparation    10:31:11

16    for this deposition, of what the -- what PwC was

17    focused on?

18              MR. BLUME:  Objection.  Scope.

19              THE DEPONENT:  To the best of my

20    understanding, the area that I reviewed was their      10:31:25

21    observations associated with controls associated

22    with deletion.

23         Q.   (By Ms. Weaver)  What were those

24    observations?

25         A.   I would actually want to pull those up so    10:31:36
```

Page 29

```
 1    that I could speak to them directly --              10:31:39

 2         Q.   Which documents --

 3              (Simultaneously speaking.)

 4              THE DEPONENT:  -- if you'd like to go

 5    through this --                                     10:31:43

 6         Q.   (By Ms. Weaver)  I -- I -- I understand.

 7    But I'm entitled to your recollection.  And you've

 8    said now you looked at them for 20 hours in

 9    association with other documents.

10              What's your understanding, as you sit     10:31:50

11    here today, as Facebook's corporate representative,

12    of the privacy controls associated with deletion

13    that PwC was investigating?

14              MR. BLUME:  Object to form.

15              THE DEPONENT:  I did --                    10:32:02

16              MR. BLUME:  Hold on.

17              THE DEPONENT:  Sorry.

18              MR. BLUME:  Objection.  Form and scope.

19              THE DEPONENT:  I -- I do want to clarify.

20              I didn't spend 20 hours reading the PwC    10:32:07

21    documents.  I just want to make sure that that's

22    accurate.

23              For the time that I did spend reading

24    them, one that comes directly to mind would be the

25    2017 audit, where specifically, as I refer to my     10:32:18
```

Page 30

```
 1    notes, where the -- found -- PwC found no issues        10:32:24

 2    relating to deletion on Facebook.

 3              And the 2017 to 2019 also finds no issues

 4    relating to deletion on Facebook that -- yeah, I

 5    mean -- those -- those were at very high levels         10:32:53

 6    what I -- those are what I remember from

 7    recollection.

 8              If we go back further to 2013, where PwC

 9    was testing privacy controls, also found no

10    deletion -- no issues relating to deletion.            10:33:07

11              In the 2013 to 2015 audit, as well, also

12    identified no direct issues relating to deletion on

13    Facebook.

14         Q.   (By Ms. Weaver)  And you appear to be

15    reading from a document; is that right, Mr. Clark?     10:33:25

16         A.   Yup.  As I mentioned, I -- I was looking

17    at my notes.

18         Q.   And what are these notes?

19         A.   These were notes that I handwrote just

20    because of the timeline that I needed to cover and     10:33:36

21    to make sure that I just have something to refresh

22    my recollection.

23         Q.   When did you create these notes?

24         A.   Last night.

25              MS. WEAVER:  We would request immediate       10:33:49
```

Page 31

```
 1    production of them, Counsel.                    10:33:50

 2        Q.  (By Ms. Weaver)  And had you taken any

 3    notes that are incorporated in what you're

 4    reviewing before last night?

 5        A.   In -- no.                              10:34:03

 6        Q.   Did anybody assist you in the preparation

 7    of these notes?

 8        A.   No.  I typed them myself.

 9        Q.   And when you typed them, were you looking

10    at handwritten notes?                           10:34:12

11        A.   No, I was not.  I typed -- I typed them

12    up from the 45 documents and 25 documents -- 45

13    documents, and then the 25 provided by you to -- to

14    create and generate these notes.

15            MS. WEAVER:  Okay.  Mr. Blume, will you  10:34:33

16    produce those as soon as possible, please.

17            MR. BLUME:  We will.

18            MS. WEAVER:  I mean, we can take a break.

19    You're sitting in the room with him.  So why don't

20    we take a break and you can have them copied and   10:34:43

21    then we'll take a look.

22            Go off the record.

23            THE VIDEOGRAPHER:  Off the record.  It's

24    10:34 a.m.

25            (Recess taken.)                          10:34:52
```

Page 32

```
 1              THE VIDEOGRAPHER:  Okay.  We're back on        10:53:53

 2    the record.  It's 10:53 a.m.

 3              MR. BLUME:  I'm sorry.  If I could just

 4    note, we produced what's been Bates-labeled -- this

 5    is Rob Blume -- ADVANCE-META -- a document -60 to        10:54:04

 6    -65.

 7              It's Facebook's position that those notes

 8    are not obligated to be produced at this time,

 9    although we did so out of courtesy to Ms. Weaver.

10              MS. WEAVER:  Duly noted and appreciated.       10:54:22

11              And I've taken just a quick moment here

12    to review the notes, which we will mark as

13    Exhibit 1 [sic], when Mr. Samra has a moment here.

14    I do think they will facilitate the taking of the

15    deposition.  So we'll mark those for now and just       10:54:39

16    set them aside.

17              (Exhibit 339 was marked for

18    identification by the court reporter and is

19    attached hereto.)

20         Q.   (By Ms. Weaver)  Mr. Clark, what is your       10:54:52

21    understanding of what the word "pseudonymization"

22    means?

23         A.   Are we back on the record?

24         Q.   Yes.

25         A.   Okay.                                          10:55:02
```

Page 33

```
 1        Q.   Sorry.  We're back on the record and        10:55:03

 2    you're under oath.

 3             I'll ask the question again.

 4             Mr. Clark, what's your understanding of

 5    the -- what the word "pseudonymization" means?        10:55:12

 6        A.   The term "pseudonymization" is a term

 7    where its -- its -- its technical meaning is to

 8    create an additional identity from a source

 9    identity.

10             Specifically, in the case that we are        10:55:33

11    talking about here, pseudo- -- pseudonymization

12    ████████████████████████████████████████████

      ██████████████████████████████  ████████████

      ████████████████████████████████████████████

      ██████████████████████████████               10:55:55

16        Q.   And when you say "identifier," what do

17    you mean?

18        A.   Identifier can have a broad set of

19    ████████   ████████████████████████████████████

      ██████████████████████████████████              10:56:10

21    speaking of, an identifier is -- it's -- it's

22    something to -- a number or some kind of technical

23    concept to map back to some kind of identity of --

24    of something else.

25             ████████████████████████████             10:56:33
```

1 ████████████████████████████████   ████████

2 ████████████████████████████████

3 ██████████████

4     Q.   And when you say "Facebook user ID," is

5 that -- written in a shorthand at Facebook?                 10:56:50

6     A.   I -- I apologize.  One word broke out

7 when you asked that question.  Can you repeat that.

8     Q.   No problem.

9          How does Facebook refer to the Facebook

10 user ID?                                                   10:57:05

11    A.   The Facebook user ID, which is an

12 internal use, it's for internal Facebook developers

13 only to use.  We refer to it as the canonical user

14 identifier.

15 ██ ████████████ ██████████████         10:57:23

16 ordinarily?

17 ██ ████████████████████████

18    Q.   Are there other ways to refer to it?

19          MR. BLUME:  Objection.  Form.

20          THE DEPONENT:  User ID.  Facebook user        10:57:36

21 ID.

22    Q.   (By Ms. Weaver)  Any other way?

23    A.   Those -- those are the ones that I know

24 of offhand.

25    Q.   So -- apologies.                                10:57:48

Page 35



```
 1

 4       Q.    And what other identifiers are you aware

 5   of in use at Facebook that are used for processes        10:58:07

 6   of pseudonymization?

 7       A.    Purely for the sake of pseudonymization,

 8

19       Q.    And then --

20       A.    That's one example.                             10:59:13

21

23            MR. BLUME:  Objection.  Form.

24            THE DEPONENT:  Could you ask that more

25   specifically.                                             10:59:28
```

                                                Page 36



1     Q.   (By Ms. Weaver)  I'm just asking, is the          10:59:30

11          MR. BLUME:  Objection.  Form.

12          THE DEPONENT:  The -- I'm -- I'm trying

13    to figure out the right way to answer that question

14    because it's -- it -- it -- in a data warehouse,

15    you have unstructured data that might be a log, for     11:00:29

16    instance.  And if there was a user ID in that log

17

22          Q.   (By Ms. Weaver)  Perfect.  Thank you.

23               What does the word de-identification

24    mean?

25          A.   De-identification is the process of          11:01:23

```
 1    taking and stripping identity from --              11:01:30

 2    generically -- generic technical definition is, is

 3    taking any identifiers or stripping any identifiers

 4    out of a set of data so it's not identifiable.

 5         Q.   And what is re-identification?           11:01:50

 6         A.   Re-identification is a process that --

 7    using the generic technical definition -- where a

 8    set of data that while not directly identifiable,

 9    there is some process by which data can be tied

10    back to some original identity.                    11:02:14

11         Q.   Great.

12              And what about association in this

13    context?

14              MR. BLUME:  Objection.  Form.

15              THE DEPONENT:  Association and -- as you  11:02:29

16    say in this context, can you clarify what you mean.

17         Q.   (By Ms. Weaver)  Sure.

18              Topic 4, to which -- for which you're the

19    corporate representative, seeks information about

20    Facebook's processes of a number of things,        11:02:42

21    including association of user data and information.

22              In that context, what does association

23    mean?

24         A.   Thank you.

25         Q.   Sure.                                     11:02:54
```

Page 38

1          A.   The word "association" in that context is          11:02:54

2     how -- I -- I asked the question because

3     association has specific technical meaning in

4     Facebook's systems, in addition to the generic

5     technical use of the word is where data can be          11:03:07

6     associated or identified back to an original user

7     identifier.

8          Q.   Okay.  And then what does deletion mean,

9     as you understand it, with regard to topic 4?

10         A.   Deletion, as I understand it, in regards          11:03:37

11    to topic 4 is the -- the Facebook processes by

12    which we -- when a user requests an individual

13    object or their accounts to be deleted, that --

14    that their -- that the obligations of that deletion

15    are met.          11:03:58

16         Q.   When data is deleted at Facebook, does

17    that mean it no longer exists or can it also mean

18    that the associations or identifications no longer

19    connect a user to the data?

20              MR. BLUME:  Objection.  Form.          11:04:25

21              THE DEPONENT:  Can -- that felt like a

22    couple of questions.

23              Can you -- can you be more specific.

24         Q.   (By Ms. Weaver)  Yeah.  I'm actually just

25    trying to lay it out so you can see where I'm          11:04:34

Page 39

```
 1    headed.                                              11:04:37

 2         A.    Okay.

 3         Q.    So does deletion at Facebook mean the

 4    data no longer exists?

 5         A.    When data is deleted at Facebook, the --   11:04:45

 6    the data itself is gone or is no longer

 7    identifiable in any way back to the user.

 8         Q.    So sometimes deletion could mean that the

 9    data still exists.  But the way to identify or

10    associate data with a user has just been            11:05:07

11    eliminated; is that fair?

12              MR. BLUME:  Objection.  Form.

13    ████████████████    ██████████████████████

      ██  ████████████

15         Q.    (By Ms. Weaver)  Why not?               11:05:19

16         ██  ███████████████████████████████

██    ██████████████████████████  ███████████

██    ████████████████████████████████████████

██    █████████████████████████████████

██    ████████████████████████████████████  █████████

██    ████████████████████████████████

22              If there is a log entry that includes --

23    I'll use my own name as an example -- that includes

24    my own user identifier, when it's first uploaded,

25    my IP address, maybe some device information,        11:05:54
```

Page 40

1    things that would be necessary for the normal          11:05:58

2    operation and debugging of any issues that might

3    have popped up, and that there was a photo uploaded

4    

15   associated general descriptor of, for example, this     11:06:42

16   is data from 2007 from Facebook users, in general?

17          MR. BLUME:  Objection.  Form.  Objection.

18   Form.

19          THE DEPONENT:  In form I -- I -- I don't

20   know that I would agree with exactly how that would     11:07:03

21   state.

22          Like in the example I used, it would be

23   photo upload logs.  But the 2007 would be past

24   retention periods, and so I wouldn't expect, per

25   our policies, for that to exist.                         11:07:18

Page 41

```
1          Q.   (By Ms. Weaver)  Let me do this.  Let's       11:07:30

2     keep walking through our definitions, and I'm going

3     to come back to this issue when I think we have a

4     better way to communicate about it.

5              The first question is, did you refer to       11:07:37

6     that data that's not associated -- that still

7     physically exists, but it is not associated, is

8     there a different way to refer to that than just

9     deleted data?

10             MR. BLUME:  Objection.  Form.                  11:07:58

11             THE DEPONENT:  Yeah, I -- that -- that

12    data is de-identified.

13             MS. WEAVER:  Okay.  Perfect.  That's what

14    I was hoping for.

15             I'll ask you to now turn to                    11:08:21

16    Exhibit Share.  And we've marked a couple of

17    exhibits while -- and when I say "we," Josh Samra

18    has marked a couple of exhibits while we were

19    chatting, and I believe it's Exhibit 339.

20         Q.   (By Ms. Weaver)  And do you know,             11:08:40

21    Mr. Clark, about how you have to kind of refresh

22    Exhibit Share to have exhibits show up?

23         A.   Let me see how I can make that work.

24         Q.   Okay.

25         A.   I think I've got it right here.               11:08:50
```

                                                        Page 42

```
 1              Could you repeat for me the exhibit        11:08:52

 2      number.

 3          Q.   Yes.  It's 339.

 4              I see, though, it starts with an

 5      Exhibit 1.  You should disregard that.  That was    11:08:57

 6      done in error at my instruction, and we will remove

 7      it from the file.

 8          A.   I'm waiting for it load.

 9              MS. WEAVER:  Okay.  And, actually, you'll

10      see there are two exhibits while we're waiting.     11:09:10

11              For the record, Exhibit 339 is a copy of

12      the document just produced by Facebook bearing

13      Bates numbers ADVANCED-META-60 through -65, and

14      bearing the words "Mike Clark Deposition Notes."

15              (Exhibit 340 was marked for              11:09:30

16      identification by the court reporter and is

17      attached hereto.)

18              MS. WEAVER:  And Exhibit 340 is a

19      document bearing Bates numbers ADVANCED-META-43

20      through -56, and bearing the words "User Data       11:09:39

21      Deletion Policy."

22          Q.   (By Ms. Weaver)  Let me know when you

23      have them up, Mr. Clark.

24          A.   Okay.

25              Which one would like me to look at first?   11:09:58
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.   Why don't you look at 339, and let's just      11:10:01

 2   identify it for the record.

 3        A.   Okay.

 4        Q.   In the informal way, not the data way.

 5        A.   This appears to be the notes that I typed      11:10:20

 6   up, which I have physically in front of me as well.

 7        Q.   And what was the basis for these notes?

 8        A.   I had a lot of documents that I reviewed

 9   and wanted to be able to keep the timeline straight

10   in my head for what happened when.                       11:10:39

11     Q.   And do you have a list of the notes that

12   you relied upon when you drafted these notes -- I'm

13   sorry.  Strike that and I'll restate it.

14          Do you have a list of the documents that

15   you relied upon in drafting these notes?                 11:10:52

16     A.   I -- these were documents provided by

17   counsel, for instance, the UDDP.  The deletion

18   controls from 2012.  The PwC audits.  Number of

19   Wikis.

20          As -- as it says right here, like             11:11:17

21   these are -- these are examples of -- of what I

22   pulled this from.

23     Q.   And you physically possessed those

24   documents at the time you were writing these notes;

25   is that right?                                            11:11:27
```

Page 44

```
 1         A.   Yes.                                       11:11:27

 2         Q.   And do you still have them?

 3         A.   Not right in front of me, but I do have

 4    them.

 5         Q.   Okay.  And you could prepare a list of     11:11:31

 6    them, correct?

 7         A.   Correct.

 8         Q.   Okay.  And do you believe that these

 9    notes are true and accurate, to the best of your

10    knowledge, based on the documents that you           11:11:43

11    reviewed?

12              MR. BLUME:  Objection.  Form.

13              THE DEPONENT:  They were only notes.  And

14    based on what I had, I believe them to be true.

15         Q.   (By Ms. Weaver)  Okay.  Let's go look at   11:11:54

16    Exhibit 340.

17         A.   I am opening it and waiting for it to

18    load.

19              I am looking through the document.  I

20    don't know if this is an error.  This appears to be  11:12:47

21    two different documents.

22              There is the UDD_ -- UDDP, or the user

23    data deletion policy, which comes from the internal

24    Facebook policies.  And then it appears the last

25    three pages look like a spreadsheet of control       11:13:11
```

Page 45

```
1    objectives and safeguards associated with deletion.      11:13:13

2         Q.   Okay.  Have you seen both of these

3    documents before?

4         A.   I -- I have seen both of these documents

5    before.                                                  11:13:27

6         Q.   Okay.  This was how it was produced to

7    us.  So we didn't know that they were, in fact,

8    separate documents.  And I think what we will do is

9    re-mark them and we will end Exhibit 340 at

10   Bates number 53, and then we will re-mark as           11:13:47

11   Exhibit 341, the document beginning with

12   Bates number -54 through -59.

13              (Exhibit 341 was marked for

14   identification by the court reporter and is

15   attached hereto.)                                        11:13:57

16              MS. WEAVER:  No objection from opposing

17   counsel, if we do so?

18              MR. BLUME:  No objection.

19              MS. WEAVER:  Okay.  So Josh -- Mr. Samra,

20   maybe you could work on that.                            11:14:09

21        Q.   (By Ms. Weaver)  In the meantime, if

22   there's no objection, we'll just take testimony on

23   the documents and re-mark them later?

24              MR. BLUME:  That's fine.

25        Q.   (By Ms. Weaver)  Okay.  Looking at the        11:14:18
```

Page 46

```
 1    first page of Exhibit 340, Mr. Clark, what -- what        11:14:19

 2    is this document?

 3          A.   This appears to be the user -- the

 4    internal Facebook user data deletion policy,

 5    effective October 23, 2020.                               11:14:40

 6          Q.   And is it in effect today?

 7          A.   Yes.

 8          Q.   And have you seen the policy that was in

 9    effect prior to October 23, 2020?

10          A.   I reviewed the controls and Wiki pages        11:14:55

11    prior to that, and the privacy policies prior to

12    that.

13          Q.   Was there a document similar in scope and

14    purpose to user data deletion policy at

15    Exhibit 340, prior to October 23, 2020?                  11:15:13

16               MR. BLUME:  Objection.  Form.

17               THE DEPONENT:  The mix of controls and

18    deletion Wiki pages were the -- the prior version

19    of this, between what's found in our external

20    facing policy, in addition to our internal pages,        11:15:36

21    plus the controls, the combination of those.

22          Q.   (By Ms. Weaver)  Currently, how does the

23    external facing and the internal facing policy

24    differ from one another?

25               MR. BLUME:  Objection.  Form.                 11:15:53
```

Page 47

1        THE DEPONENT:  The internal policy          11:15:56

2        ██████████████████████████████████

         ██████████████████████████████████████

         ████████████████████████████████████

         ███████████████████████████████████████   ████████

         ██████████████████████████████████

7    externally would not have all of those details.

8        Q.   (By Ms. Weaver)  And do you see, at the

9    first page of Exhibit 340, a reference to "User

10   Data" in the header?                           11:16:41

11       A.   Where -- and apologies.

12            Do you mean where it says "7/7/2021" and

13   then "User Data Deletion Policy"?

14       Q.   Yes.  That's one of the places.

15       A.   Okay.                                 11:17:02

16       Q.   And then a little bit lower, do you see

17   ████████████████████████████████████████

     ████████████████████████████████████████

     ███████████████████████████

20            Do you see that?                      11:17:13

21       A.   I do.

22       Q.   What's your understanding of what user

23   data means?

24       A.   User data is -- is information that the

25   user has provided, so user-generated content.  In   11:17:32

                                              Page 48

1    addition to information that is about and          11:17:36

2    associated with the user.

3        Q.   And when you say "In addition to

4    information that is about and associated with the

5    user," can you be more specific, providing examples    11:17:53

6    of what you mean?

7        A.   I -- I will give an example.

8             I -- I believe an example of it might be

9    a photo that I posted to my profile.  The

10   user-generated content is the photo that I've        11:18:07

11   provided and any word that I've provided describing

12   it.

13            In addition to user data, associated

14   would -- would also include the likes or reactions

15   to that photo.  The comments associated with that    11:18:22

16   photo.  And the -- and the associated log entry

17   that I've uploaded that photo would be -- those

18   would be a series of example.

19       Q.   Does it include metadata?

20            MR. BLUME:  Objection.  Form.              11:18:46

21            THE DEPONENT:  The -- the log entry would

22   be an example of metadata.

23       Q.   (By Ms. Weaver)  Is an example of

24   metadata also, for example, location information?

25       A.   Yeah.  If I tagged the photo as -- if I    11:18:59

```
 1    provided a location in that photo, yes.              11:19:03

 2         Q.   Are privacy settings metadata that is

 3    also associated with user data?

 4              MR. BLUME:  Hold on.

 5              Objection.  Form.                           11:19:26

 6              THE DEPONENT:  I -- could you be more

 7    specific.  That's -- that's a very broad...

 8         Q.   (By Ms. Weaver)  Yes, I can.

 9              If a user posts a photo, using your

10    example, but posts it not publicly, is there a       11:19:34

11    metadata field associated with the photo?

12         A.   There is -- I -- I -- I don't know if I'd

13    call that metadata, but there is -- there is an

14    association -- would be the technical term the --

15    to what that audience control setting was for that   11:19:52

16    photo.

17         Q.   And does that association have a name?

18              Is it called a privacy setting or a...

19              MR. BLUME:  Objection.

20              THE DEPONENT:  I -- I'd refer to it as      11:20:09

21    audience control, specifically, as -- as what that

22    setting would be.

23              Association is -- or ASSOC, A-S-S-O-C,

24    which is short for association -- is the

25    association itself of -- of the log entry or the     11:20:26
```

Page 50

```
 1    audience control back to that photo.              11:20:32

 2         Q.   (By Ms. Weaver)  And if a user posts a

 3    photo publicly, is there an ASSOC file that people

 4    externally can see?

 5              MR. BLUME:  Objection.  Form.            11:20:48

 6              THE DEPONENT:  Can you tell me what you

 7    mean by "see"?

 8         Q.   (By Ms. Weaver)  Is there a way for

 9    anyone to be able to determine, by looking at a

10    file and its associated data, that a photo was     11:21:05

11    publicly posted on someone's wall?

12         A.   While I didn't prepare for that

13    specifically as part of this testimony and --

14    and -- and role as a company representative, but

15    speaking from personal experience, that is         11:21:28

16    represented on -- on every photo and post.  There

17    is a -- there is both an icon and a link for how --

18    whether it is public or whether it's friends only,

19    or what that audience control might be.

20         Q.   And Facebook maintains that information   11:21:44

21    in association with the object; is that right?

22              MR. BLUME:  Objection.  Form.  Scope.

23              THE DEPONENT:  In order -- as -- as part

24    of the apps's functionality, yes, that would --

25    there would need to be an association.             11:22:07
```

Page 51

```
 1        Q.   (By Ms. Weaver)  Okay.  And I will come    11:22:11

 2   back to that.

 3             Returning to Exhibit 340, could you

 4   please turn to the page ending with

 5   Bates number -50.                                    11:22:27

 6             And do you know what I mean by

 7   Bates number?

 8        A.   The number in the lower right-hand

 9   corner?

10        Q.   Yes.  Perfect.                             11:22:35

11        A.   Okay.  And just for clarity, 340 is the

12   UD -- is the user data deletion policy?

13        Q.   Yes.

14             And you referred to it as the UDDP; is

15   that correct?                                        11:22:43

16        A.   That is correct.

17        Q.   So I'm -- I'll direct your attention to

18   ████████████████████████████████████████████

19             And do you see the first sentence where

20   ████████████████████████████████████████  ████████

██  ████████████████████████████████████

██  ████████████████████████████████

23        A.   Yes.

24        Q.   And that's Facebook's policy, right?

25        A.   That is Facebook's policy.                 11:23:12
```

Page 52



1      Q.   And how long has that been Facebook's          11:23:13

2  policy?

3      A.   That has been Facebook's policy for as

10     Q.   Why is that Facebook's policy?                  11:23:44

11     MR. BLUME:   Objection.   Form.   Scope.

12

22     Q.   (By Ms. Weaver)   And how long has that

23  been Facebook's policy?

24     A.   I'm temporally referring back to my

25  notes, so I can remember the timing.                    11:24:38

Page 53

1    The process that I was referring to, and  11:24:41

2 the process that's referred to -- part of the

3 process referred to that's in here is a process

4 ████████████████████ ████████████

 ████████████████████████ ████████

 ████████████████████████

 ████████ ████████████████

8   Q. So to your understanding, the data

9 deletion policy described in Exhibit 340 was in

10 effect from 2011 forward; is that right?  11:25:21

11   A. That --

12    MR. BLUME:  Objection.  Form.

13    THE DEPONENT:  The technical components

14 ████████████████████████████

15 and it's my understanding that that was part of the  11:25:30

16 policy with that implementation as well.

17    (Exhibit 342 was marked for

18 identification by the court reporter and is

19 attached hereto.)

20    MS. WEAVER:  Okay.  I'll go ahead and  11:25:36

21 mark now tab 302, Josh -- actually, I think what we

22 will do next -- yeah, let's -- let's -- strike

23 that, Josh.

24    Let's mark tab 81.

25    And for the record, tab -- tab 81 bears  11:26:17

                    Page 54

1    Bates number ADVANCE-META-1 to -2.                    11:26:19

2          It bears the words at the top left-hand

3    page, "Data/Deleting Deleted Data - Facebook."  And

4    it says "Last modified Wednesday, November 30, 2011

5    at 8:17pm by Adam Kramer."                            11:26:36

6        Q.  (By Ms. Weaver)  And let me know when you

7    see Exhibit 342, Mr. Clark.  I have it up.

8        A.  I will refresh.

9            I have it now.  Waiting for it to open.

10           I have it open.                                11:27:39

11       Q.  And when you have a moment to review it,

12   please just tell me, what is Exhibit 342.

13           Have you seen Exhibit 342 before,

14   Mr. Clark?

15       A.  I have.                                        11:29:51

16       Q.  And when did you last see it?

17       A.  Read it over the weekend.

18       Q.  Okay.  And you're rereading it now?

19       A.  Yup.

20           Okay.  I've completed reading.                 11:30:31

21       Q.  What is Exhibit 342?

22       A.  It is an internal Wiki page labeled

23   "Deleting Deleted Data," dated November 30th, 2011.

24       Q.  And does it express what Facebook's

25   policy and practices were, as of its date, with       11:30:54

                                                    Page 55

```
 1    regard to deleting deleted data?                    11:30:57

 2            MR. BLUME:  Objection.  Form.

 3            THE DEPONENT:  I can state what it

 4    appears to be.  It's not identified as a policy

 5    specifically.                                        11:31:08

 6            It looks like an engineer with very

 7    colorful writing wrote details about implementation

 8    of deleting deleted data and how to -- how to

 9    handle it.  I -- it doesn't identify itself as a

10    policy.                                              11:31:36

11      Q.   (By Ms. Weaver)  I'm asking you, as

12    Facebook, if this was Facebook's policies and

13    procedures as of 2011?

14            MR. BLUME:  Objection.  Form.

15            THE DEPONENT:  It appears to be internal     11:31:53

16    Facebook developer documentation on working with

17    deleting deleted data.

18      Q.   (By Ms. Weaver)  And is there something

19    about it you think is inaccurate?

20            MR. BLUME:  Objection.  Form.                11:32:06

21            THE DEPONENT:  The only thing that I'm

22    stating is that it doesn't appear to identify

23    itself as a formal policy.

24      Q.   (By Ms. Weaver)  Okay.  Does it -- well,

25    looking at the -- the document itself, do you see   11:32:17
```

Page 56



```
 1
 2
 3
 4
 5        Do you see that?                           11:32:31
 6     A.   I do see that.
 7
 8
 9
10                                                   11:32:45
11        Do you see that?
12     A.   I do see that sentence.
13
14     A.   I do not know.
15     Q.   You're not familiar with a project called   11:32:58
16
17     A.   I'm not familiar with a project called
18
19     Q.   We'll return to that.
20
21
22
23
24
25        Do you see that?                           11:33:25
```

Page 57

```
1          A.   I do see that sentence.                    11:33:26

2          Q.   Is that accurate?

3               MR. BLUME:  Objection.  Form.

4               THE DEPONENT:  I agree with the first

5    sentence.  The expression in the second sentence      11:33:42

6    is -- is the opinion of an engineer as opposed to

7    formal policy as the rationale for theirs, but...

8          Q.   (By Ms. Weaver)  Okay.  Does Facebook let

9    a user choose who can see a post on Facebook,

10   whether it's a comment or a post or a photo?          11:34:05

11         A.   Yes.

12              MR. BLUME:  Objection.  Form.  Scope.

13         Q.   (By Ms. Weaver)  Looking at the next

14   ███████████████████████████████████████

     ████████████████████████████████████          ██████████████

     ███████████████████████████

17              Do you see that?

18         A.   I do see that.

19         Q.   Do you agree with that?

20              MR. BLUME:  Objection.  Form.  Scope.      11:34:31

21              THE DEPONENT:  I -- in -- I would refer

22   back to the UDDB [sic] where -- and -- and the

23   phrasing of that statement as formal policy, yes.

24         Q.   (By Ms. Weaver)  And the next sentence

25   ██████████████████████████████████████          11:34:48
```

Page 58

1  ████████████████████████████████████      ████████

2  ████████████████████████████

3           Do you see that sentence?

4      A.   I do see that sentence.

5      Q.   Okay.  What does UDB mean?                    11:35:05

6      A.   I believe that is the user database.

7      Q.   And how is that different from Hive?

8           MR. BLUME:  Objection.  Form.  Scope.

9           THE DEPONENT:  The UDB, which in the

10  modern version of how we named that would be called    11:35:28

11  TAO -- the objects and associations -- is the

12  online production storage systems that the

13  applications actually run from as opposed to Hive,

14  which is the data warehouse.

15      Q.   (By Ms. Weaver)  And what does "business      11:35:49

16  need" mean in this document?

17           MR. BLUME:  Objection.  Form.  Scope.

18           THE DEPONENT:  I don't know exactly what

19  business need was defined as in this document.

20      Q.   (By Ms. Weaver)  What's your                  11:36:11

21  understanding, on behalf of Facebook, as to what

22  ██████████████████████████████████████

23  ████████████████████████████████

24           MR. BLUME:  Objection.  Form.

25           THE DEPONENT:  The -- I -- I believe         11:36:26

Page 59

1      there's -- there's an example in the next sentence          11:36:29

2      

9          Q.   (By Ms. Weaver)  Are you aware --

10         A.   And another example --                              11:36:58

11         Q.   Oh, I'm sorry.

12              Go ahead.

13         A.   I'm just reading from the document.

14         Q.   You were saying "Another example"...

15

20         Q.   And are you aware of a formal policy that          11:37:19

21     defined business need, as set forth in this

22     document?

23              MR. BLUME:  Objection.  Form.  Scope.

24              THE DEPONENT:  At this time of this

25     document, no.                                               11:37:33

                                                        Page 60

1      Q.   (By Ms. Weaver)  And in the -- do you see        11:37:35

2      ██████████████████████████████████████

3      ██████████████████████████████████

4      ███████████████████████████████████████

5      ██████ ███████████████████                  ████████

6      █████████████████████████████████████

7      ████████████████████████████

8           Do you see that?

9      A.   I do read that.

10     Q.   Is it Facebook's policy that it only has      11:37:59

11     the obligation to delete user-generated content,

12     but not metadata or the context around UGC?

13          MR. BLUME:  Objection.  Form.  Scope.

14          THE DEPONENT:  Specifically, I would

15     refer to -- to -- to the question that you're      11:38:22

16     asking -- to the user data deletion policy back in

17     Exhibit 340, to what the policy is.

18     Q.   (By Ms. Weaver)  I -- I don't want you to

19     refer to a document.  I'm trying to get your

20     testimony here.                                    11:38:40

21          So the question is, is it Facebook's

22     policy that Facebook only has the obligation to

23     delete user-generated content, but not metadata or

24     the content around UGC?

25          MR. BLUME:  Objection.  Form.  Scope.        11:38:54

Page 61



1

11:39:15

6       Q.   (By Ms. Weaver)  Does that include

7    metadata?

8            MR. BLUME:  Objection.  Form.

9

20       Q.   (By Ms. Weaver)  So that is de-identified   11:40:07

21    data; is that right?

22       A.   That is correct.

23       Q.   And you were specifically referring to

24    Exhibit 340, which is the policy in effect

25    October 23rd, 2020, and forward; is that right?   11:40:20

Page 62

```
 1      A.    That is -- that is the date of the last       11:40:26

 2   update to that document.

 3      Q.    And looking back at Exhibit 342, is this

 4   document correctly describing the policy that was

 5   in effect at the time?                                 11:40:39

 6      A.    This document doesn't identify itself as

 7   a policy at the time.  It is an engineer's notes

 8   on de- -- an internal Facebook engineer's notes on

 9   deleting deleted data.

10         MS. WEAVER:  Okay.  Let's take a look --         11:40:58

11   and we can refresh.  I've marked another couple of

12   documents, and I'd like you to take a look at

13   Exhibit 344.

14         (Exhibit 344 was marked for

15   identification by the court reporter and is           11:41:22

16   attached hereto.)

17         THE DEPONENT:  That was 344?

18         MS. WEAVER:  Yes.

19         THE DEPONENT:  Thank you.

20         MS. WEAVER:  No, I skipped one.  I'll go         11:41:32

21   back to it.

22         THE DEPONENT:  For clarity, which

23   document am I supposed to look at?

24         MS. WEAVER:  Exhibit 344.

25         THE DEPONENT:  Oh.                               11:42:10
```

```
 1              MS. WEAVER:  And for the record,        11:42:29

 2   Exhibit 344 is one of the documents that plaintiffs

 3   identified to Facebook in preparation for this

 4   deposition over, I think, two weeks ago now.  And

 5   it bears Bates numbers PwC_CPUP_FB00007766 through   11:42:40

 6   -68.

 7              On the first page of Exhibit 344, it says

 8   sent Monday February 11th, 2013, from Evan Eneman,

 9   and there's a Facebook email address, to

10   Kelley K. Perng, P-E-R-N-G at us.pwc.com.           11:43:01

11       Q.   (By Ms. Weaver)  Let me know when you've

12   had an opportunity to review it, Mr. Clark.

13       A.   I've had a chance to review it.

14       Q.   What is Exhibit 344?

15       A.   Exhibit 344 is an email with only          11:43:54

16   attachments from Evan Eneman at Facebook.com to

17   Kelley K. Perng at PwC.

18              And two of the attachments from the

19   email, which include the Wiki page that we were

20   looking at in the prior exhibit called "Deleting    11:44:14

21   Deleted Data," in addition to an additional Wiki

22   page called "Deletion Framework."

23              (Exhibit 343 was marked for

24   identification by the court reporter and is

25   attached hereto.)                                   11:44:26
```

Page 64

1     Q.   (By Ms. Weaver)  And not to make this          11:44:27

2     complicated, but if you look at Exhibit 343, do

3     you -- can you confirm that this is the other Wiki

4     that is in this attachment in 344?

5     A.   So in 343, which is the "Deletion            11:45:00

6     Framework," last updated June 3rd, 2013, at

7     8:02 p.m., the -- in the email, it is the "Deletion

8     Framework" last modified Thursday, July 12th, 2012,

9     at 1:49 by a different individual.  So it -- it

10    appears to be the same Wiki page but different         11:45:32

11    versions of it.

12    Q.   And do you have an understanding -- well,

13    wait -- strike that.

14         When did you last see Exhibit 344?

15    A.   In documents I had reviewed over the           11:45:46

16    weekend.

17    Q.   Why do you have an -- why do you

18    understand that these documents were sent to

19    someone at PwC, in or around February of 2013?

20    A.   I -- I don't have an understanding            11:46:06

21    because there's context missing in the text of the

22    email or even the subject line is just 5.2.2B.

23    Q.   And around this time, PwC was auditing

24    ████████████████████████████████████████████

█    ████████████████████████████████████████████      11:46:25

                                                    Page 65

```
 1              MR. BLUME:  Objection.  Form.              11:46:29

 2              THE DEPONENT:  That is my understanding,

 3      correct.

 4          Q.   (By Ms. Weaver)  And you can confirm that

 5      Facebook provided this to PwC as part of that       11:46:38

 6      audit, right?

 7              MR. BLUME:  Objection.  Form.  Scope.

 8              THE DEPONENT:  I -- I'll reiterate,

 9      without further context on the email, I don't know

10      exactly what the email was to know if that was a    11:46:52

11      specific request of the audit or -- or what the

12      purpose was.

13          Q.   (By Ms. Weaver)  Okay.  We'll let the

14      jury decide that.

15              Looking back at Exhibit 342, the document   11:47:05

16      that we were discussing, the very specific question

17      to you, as Facebook's representative is, was it

18      ever Facebook's policy that it would retain

19      metadata or context around the post but would

20      delete user-generated content?                      11:47:25

21              MR. BLUME:  Objection.  Form.

22              THE DEPONENT:  Can you ask that question

23      again.

24          Q.   (By Ms. Weaver)  Yup.

25          A.   I got confused by that.                    11:47:35
```

                                                        Page 66

```
1        Q.    No problem.                                    11:47:36

2             At any point in time, was it Facebook's

3    policy that when a user requested deletion of its

4    account -- account, Facebook would delete UGC but

5    retain metadata, or the context around an action, a    11:47:46

6    post, for example?

7             MR. BLUME:  Objection.  Form.

8    ████████████  ████████████████████
```



```
17            I believe that answers your question.

18       Q.    (By Ms. Weaver)  So prior to 2011, your

19   ██████████████████████████
```

```
23            MR. BLUME:  Objection.  Form.

24            THE DEPONENT:  That is inaccurate.

25   ██████████████████████                               11:49:28
```

Page 67



1

11:50:07

11    Q.    (By Ms. Weaver)  Perfect.  Thank you.

12         I was not trying to trick you.  I just

13    was trying to understand the policy.  And you've

14    clarified it and I appreciate it.

15         Okay.  Let's talk about anonymization.        11:50:18

16         On Exhibit 342, do you see where it says

17

11:50:46

Page 68



```
 1            Do you see that?                      11:50:47

 2       A.   I see the sentences that you've read,

 3   yes.

 4       Q.   With regard specifically to the sentence,

 5   ████████████████████████████████████   ████████

 █   ████████████████████████████████████

 █   ████████████████████████████████████

 █   ████████████████████████████

 9            MR. BLUME:  Objection.  Form.  Scope.

10            THE DEPONENT:  Can you state that one    11:51:13

11   more time.

12       Q.   (By Ms. Weaver)  Specifically with regard

13   ██████████████████████████████████

██   ██████████████████████████████████

██   ██████████████████████████████████   ████████

██   ████████████████████████████████████

██   ████████████████████████████

18            MR. BLUME:  Objection.  Form.  Scope.

19            THE DEPONENT:  I -- I asked for clarity

20   because that feels like two separate and distinct   11:51:35

21   questions.

22       Q.   (By Ms. Weaver)  Okay.  I can break it

23   out.

24        ████████████████████████████████████

██   ████████████████████████████████████       11:51:47
```



1      ████████████████████████████      11:51:51

2          MR. BLUME:  Objection.  Form.  Scope.

3          ████████████   ████████████████████

   ████████████████████████████

   ██████████████████████        ███████

   ████████████████████████████

   ████████

8          Is that the question being asked?

9      Q.  (By Ms. Weaver)  Yes.

10         MR. BLUME:  Same objection.      11:52:11

11         THE DEPONENT:  That is correct.

12      Q.  (By Ms. Weaver)  And does Facebook have a

13    ████████████████████████████

   ████████████████████████████

15         MR. BLUME:  Objection.  Form.  And scope.      11:52:23

16          ████████████   ████████████████████

   ████████████████████████████

   ██████████████████   ██████████████

   ██████████████████   ████████████████

   ████████████████████████      11:52:39

21      Q.  (By Ms. Weaver)  Okay.  And then looking

22   at the next paragraph, does that describe the

23    ████████████████████████████

   ████████████████████████████

   ██████████████      11:52:56

```
 1              MR. BLUME:  Objection.  Form.  Scope.        11:53:00

 2     ████████████████  ████████████████████████

       ███████████████████████████████████████████

       ████████████████████████████  ███████████

 5     yes, that is the process of pseudonymization.         11:53:20

 6          Q.   (By Ms. Weaver)  And what triggers the

 7     pseudonymization process at Facebook?

 8              MR. BLUME:  Objection.  Form.

 9              THE DEPONENT:  Pseudonymization is

10     ████████████████████████████████████         ████████████

       ████████████████████████████████████████

       ███████████████████

       █████████████████████████████████████████

       ███████████████████████████████████████

       ████████████████████████████████████████         ████████████

       ████████████████████████

17          Q.   (By Ms. Weaver)  Okay.  I'll come back to

18     the second question in just a second, by what you

19     mean by identifiable data.

20              Are there occasions where the process of      11:54:21

21     █████████████████████████████████████████ the

       ████████████████

23              MR. BLUME:  Objection.  Form.

24              THE DEPONENT:  Specifically -- and -- and

25     I -- I know you asked me not to do it, but the         11:54:45
```

Page 71

```
 1    exceptions to that are -- are laid out in the UDDP,      11:54:50

 2    and if we could refer to -- back to the UDDP in

 3    340 --

 4         Q.   (By Ms. Weaver)  Sure.  Let's look at it.

 5         A.   -- what those exceptions are, are listed        11:54:59

 6    there.

 7         Q.   Let's turn to Exhibit 340.

 8         A.   I'm waiting for it to load, and I will go

 9    to the specific section.

10         Q.   Fabulous.                                       11:55:14

11              And I think you're looking for page 45,

12    under "Exceptions."

13         A.   That is correct.  Page 45, under

14    "Exceptions."
```

15 ██████████████████████████████████      ██████████

██ ██████████████████████████████

██ ██████████████████      ████████████████████

██ ████████████████    ██████████████████████

██ ██████████    ████████████████████████

██    ██    ████████████████████████      ██████████

██ ██████████████████████████████████████

██ ██████████████████████████████████████

██ ████████████████████

```
24         A.   Yeah.  This is one -- I'll -- I'll

25    actually, for the sake of the record, read from the     11:56:06
```



1    document, so it's -- it's clear and concise.          11:56:09

2

11:56:35

11    Q.   What's a litigation hold?

12         MR. BLUME:  Objection.  Form.  Scope.

13         THE DEPONENT:  I didn't specifically

14    prepare, as -- as a corporate representative, to

15    talk about what -- a litigation hold.          11:56:50

16         But from my personal experience,

17    litigation hold is where there is some kind of

18    order to hold data from -- from a Court or...

19    Q.   (By Ms. Weaver)  Are you done talking?

20    Your -- your last sentence --          11:57:09

21    A.   Oh, I was.

22    Q.   -- ended with "or" -- or the last word

23    was "or."

24    A.   Oh, I meant to say "order."  But I was

25    going to cough and stopped.          11:57:16

Page 73

```
 1        Q.    No problem.  I've been there.                11:57:17

 2             Are you aware of any litigation holds

 3    being issued at any point in time, since you've

 4    been working at Facebook, which suspended the

 5    process of anonymization that we have just been      11:57:32

 6    ████████████████████████████████████

 7             MR. BLUME:  Objection.  Form.  Scope.

 8             THE DEPONENT:  Can you ask that entire

 9    question one more time.

10        Q.    (By Ms. Weaver)  Are you aware of any       11:57:48

11    litigation holds being issued at any point in time,

12    since you have been working at Facebook, which

13    suspended the process of pseudonymization that

14    ████████████████████████████████████████████

      ████████████████████████████████████            11:58:02

16             MR. BLUME:  Same objection.

17             THE DEPONENT:  The deletion process, in

18    ████████████████████████████████████████████

      ████████████████████  ██████████████████

      ██████████████████████████████    ████████████

      ██████████████████  ██████████████████

      ████████████████████████████████████

      ████████████████████████████████

24        Q.    (By Ms. Weaver)  With regard to the

25    ████████████████████████████████████            11:58:42
```

                                          Page 74

1    happen on an ongoing basis for every user?                11:58:47

2        A.    The -- to use a metaphor, so like if

3    you've ever taken the tour of the Golden Gate and

4    they like to tell you that they start painting it

5    and never finish painting it, and that is how that    11:58:59

6    process works.  That is a process that's

7    continually running in the background to -- to

8    continually anonymize that information.

9        Q.    Just to be clear, if I am a current

10   ████████████████████████████████████        ██████████

11   ██████████████████████████████████████

12   right?

13       A.    That is --

14            MR. BLUME:  Object -- objection.  Form.

15            THE DEPONENT:  That is incorrect as        11:59:28

16   stated.  Your statement included all of my data.

17   That could not be the case or the product couldn't

18   function.

19            I've got photos that I've uploaded of my

20   kids 15 years ago that -- in order for the product    11:59:41

21   to function and work, those photos can't be

22   anonymized or the data associated with them.

23            Very specifically, the pseudonymization

24   ███████████████████████████████████████████

     ██████████████████████████████████████        11:59:58



1

2

3

4

5

6

7

8          MR. BLUME:  Ms. Weaver, if you get to a

9    good breaking point...

10          Thank you.                              12:00:27

11     Q.   (By Ms. Weaver)  And it's your testimony

12

13

14     A.   It is my testimony that --

15          MR. BLUME:  Sorry.  Objection.  Form.   12:00:36

16    And scope.

17          Go ahead.

18          THE DEPONENT:  It is my testimony that

19

20                                                  12:00:46

21     Q.   (By Ms. Weaver)  And are you aware of

22

23

24    process was halted with regard to the named

25    plaintiffs in this action?                   12:01:01

Page 76

```
 1              MR. BLUME:  Objection.  Beyond the scope.        12:01:03

 2    Form.

 3              THE DEPONENT:  I'm not aware.

 4         Q.   (By Ms. Weaver)  Do you know who would

 5    know?                                                     12:01:10

 6         A.   I do not.

 7         Q.   Do you have any reason to think it was?

 8              MR. BLUME:  Objection.  Form.  Scope.

 9              THE DEPONENT:  It -- it is my

10    understanding that the deletion process and the          12:01:21

11    deletion framework is not halted for any of those

12    reasons.

13              MS. WEAVER:  Okay.  Yeah, we can take a

14    break now.  Thank you.

15              You might want some water.                      12:01:34

16              We can go off the record.

17              THE VIDEOGRAPHER:  Thanks.  We're off the

18    record.  It's 12:01 p.m.

19              (Recess taken.)

20              THE VIDEOGRAPHER:  Okay.  We're back on         12:15:30

21    the record.  It's 12:15 p.m.

22         Q.   (By Ms. Weaver)  Mr. Clark, you

23    understand you're still under oath, right?

24         A.   Yes.

25              (Brief Interruption.)                           12:15:47
```

Page 77

```
 1              THE VIDEOGRAPHER:  Sorry about that.         12:15:47

 2              A recording is going.  I just hit the

 3      other backup thing by accident.

 4              MS. WEAVER:  Okay.  Fine.  So it is

 5      recording right now; is that correct?              12:15:54

 6              THE VIDEOGRAPHER:  Yeah, we're recording.

 7      Thank you.

 8              MS. WEAVER:  Perfect.

 9         Q.   (By Ms. Weaver)  Mr. Clark, returning to

10      Exhibit 342, under the heading "Anonymization," we  12:16:00

11      ████████████████████████████████████████

12              Do you recall that?

13         A.   Yes.

14         █    ████████████████████████████████████

   ██ ███  ███████████████████████████████ ████

   ██ ███  ██████████████████████████████

   ██ ██████████████████████  █████████████████

   ██ ██████████████████████████  ███████

   ██ ████████████████████

20              Do you see that?                           12:16:33

21         A.   I do see that sentence.

22         Q.   And is that consistent with your

23      understanding?

24              MR. BLUME:  Objection.  Form.  Scope.

25              THE DEPONENT:  Until an account is --       12:16:48
```

Page 78

1    ███████████████████████████████████   ████████

2    █████████████████

3        Q.   (By Ms. Weaver)  And what does it mean to

4    ███████████████████████

5            MR. BLUME:  Objection.  Form.  Scope.          12:17:04

6            THE DEPONENT:  I do not know what this

7    engineer meant by that.

8        Q.   (By Ms. Weaver)  Okay.  And I meant to

9    open this with a question about testimony that you

10   gave a little bit earlier.                             12:17:21

11           You referred to it might be that a

12   snapshot was taken of data before this process was

13   engaged in.

14           Do I have that correct?

15           MR. BLUME:  Objection.  Form.  Scope.          12:17:33

16           THE DEPONENT:  I -- if it's the statement

17   I remember, that sounds slightly inaccurate.

18       Q.   (By Ms. Weaver)  Well, let me read it

19   back to you --

20       A.   Yeah.                                         12:17:49

21       Q.   -- or I'm trying to.

22           You said "The deletion process in the

23   ██████████████████████████

     ████████████████████  ████████████████████

     ████████████████████████████                          12:18:05

1   ███████ ▏ ████████████████████████           ████████

2 ▮▏ ███████████████████████████████

3          Do you see that -- or is that consistent

4   with your understanding?

5          MR. BLUME:  Objection.                    12:18:17

6          THE DEPONENT:  That is consistent with my

7   understanding.

8      Q.   (By Ms. Weaver)  So can you explain for

9   me what you meant when you referred to a snapshot

10  and what its purpose was?                         12:18:25

11         MR. BLUME:  Objection.  Form.  Scope.

12         THE DEPONENT:  For the sake of

13  preparation and preparing for this, I did evaluate

14  our policies and practices with regards to what

15  happens when a litigation hold, or a similar       12:18:39

16  ████████████████████████████████

17 ▮▏ ███████████▏  ████████████████████████

18  it.

19               ████████████████████████

20 ▮▏ ████████████████████████████████           12:18:53

21  in process or happens after that request has come

22  in.

23     Q.   (By Ms. Weaver)  And what is the source

24  of your information regarding the snapshot?

25     A.   I only know the name of it as a snapshot.   12:19:10

Page 80

```
 1    And it was from -- it was from the -- from the      12:19:14

 2    interviews that I did.  And I believe that one

 3    was -- in that conversation was counsel and

 4    Mayur Patel.

 5         Q.   And Mr. Patel or is it Ms. Patel?         12:19:29

 6         A.   Mister.

 7         Q.   Mr. Patel told you that a snapshot might

 8    be taken?

 9         ▓    ████████████████████████████████

                ████████████████████████████████         12:19:46

11    Myself, nor himself, or our experts on the legal

12    hold process, it's merely the -- this is the

13    process associated with the deletion framework.

14    Neither of us are experts on the -- the actual

15    snapshot that's occurring, only the deletion        12:20:02

16    framework and the processes associated with it.

17         Q.   What do you understand the snapshot is

18    taken of?

19              MR. BLUME:  Objection.  Form.  Scope.

20              THE DEPONENT:  I did not prepare for that  12:20:16

21    as part of this testimony.

22         Q.   (By Ms. Weaver)  Okay.  But do you have

23    an understanding, as you sit here, what the

24    snapshot is taken of?

25         A.   It -- I do not.  It would be entirely     12:20:25
```

Page 81

```
 1    speculation, so I wouldn't know.                    12:20:28

 2         Q.    Okay.   Returning to Exhibit 342.

 3              Do you see where it says -- I'm back to

 4    the paragraph we were reading together -- and it

 5    ██████████████████████████████████████        ███████████

      █  ██████████████████████   ████████████████████

      █  ██████████████████████

 8              Do you see that?

 9         A.    I do see that sentence.

10         Q.    Is that correct?                          12:21:10

11              MR. BLUME:   Objection.  Form.  Scope.

12              THE DEPONENT:   As of the date of this

13    document and this engineering documentation,

14    that -- that is my understanding as to where that

15    association occurs.                                  12:21:26

16         Q.    (By Ms. Weaver)   And does that

17    association still occur in that table?

18         A.    It still occurs in a physical table

19    with -- but the mapping to it is in TAO.

20         Q.    And what is the name of that table?      12:21:46

21         A.    I believe it's still the same table as

22    the underlying physical table.   I don't know the --

23    I don't know the exact name of the association in

24    TAO.

25         Q.    So --                                     12:21:57
```

Page 82

```
 1        A.    Like --                              12:21:58

 2        Q.    -- for example, if I wanted to search for

 3   data associated with a current Facebook user, could

 4   ████████████████████████████████████████████████

     ▌   ████████████████████████████████████         12:22:10

 6             MR. BLUME:  Objection.  Form.  Scope.

 7             THE DEPONENT:  I -- I believe you've

 8   asked two or three different questions in that one.

 9             Do you mind breaking that up?

10        Q.    (By Ms. Weaver)  Okay.  It's actually  12:22:20

11   meant to be one question.

12        A.    Okay.

13        Q.    Using this table, can you identify data

14   that is older than 90 days for a current Facebook

15   user?                                            12:22:33

16             MR. BLUME:  Objection.  Form.

17             THE DEPONENT:  The question itself isn't

18   specific enough for me to be able to answer with a

19   yes or a no.

20        Q.    (By Ms. Weaver)  Okay.  Why don't you  12:22:44

21   answer as best you can and we'll try to clean it

22   up.

23        A.    Okay.  If you go back to your original

24   and -- and ask me the first part of your question.

25        Q.    Using this table, can you identify data  12:22:58
```

Page 83

| | | |
|---|---|---|
| 1 | for a current Facebook user that is older than | 12:23:04 |
| 2 | 90 days? | |
| 3 | MR. BLUME:  Objection.  Objection. | |
| 4 | Scope.  And form. | |
| 5 | THE DEPONENT:  Could you identify data | 12:23:16 |
| 6 | for a current user. | |
| 7 | Could identify in production data systems | |
| 8 | metadata for a current user past 90 days because | |
| 9 | ████████████████████████  ███████ | |
| 10 | that metadata might be, to use your earlier | 12:23:44 |
| 11 | example, the audience control settings on a post, | |
| 12 | because that's part of the production storage | |
| 13 | system. | |
| 14 | But you would not use this table to map | |
| 15 | to that association because it's current, active, | 12:24:01 |
| 16 | live production user data. | |
| 17 | Q.   (By Ms. Weaver)  What do you mean when | |
| 18 | you say "production data systems metadata"? | |
| 19 | A.   I will answer that in a few parts. | |
| 20 | I think the production -- when I -- when | 12:24:35 |
| 21 | I refer to production, it's the storage systems, | |
| 22 | the -- the Graph and the associated storage systems | |
| 23 | for where the functionality of the platform -- | |
| 24 | the -- the Facebook product itself, where content | |
| 25 | is served from and where the data, in order to | 12:24:48 |

Page 84



| | | |
|---|---|---|
| 1 | populate that product, comes from. | 12:24:52 |
| 2 | Alternatively, the offline storage | |
| 3 | systems or the -- or the data warehouse that is not | |
| 4 | part of the production storage platform -- | |
| 5 | Q.   Okay. | 12:25:12 |
| 6 | A.   -- does not serve content directly to the | |
| 7 | platform or the application. | |
| 8 | Q.   I understand. | |
| 9 | Yes, you are answering a different | |
| 10 | question than I am asking.  And it's my fault, so | 12:25:20 |
| 11 | let me try again. | |
| 12 | | |
| 13 | MR. BLUME:  Objection.  Form.  Scope. | |
| 14 | | |

| 23 | Q.   (By Ms. Weaver)  Can you search Hive | |
|---|---|---|
| 24 | | |
| 25 | MR. BLUME:  Objection.  Form.  Scope. | 12:26:32 |

Page 85

```
 1              THE DEPONENT:  The answer to that        12:26:38
 2   question is -- is, if I'm looking in an individual
 3   table, can I look for a specific -- and that answer
 4   would be yes.
 5              MS. WEAVER:  Okay.  Let's mark tab 4.     12:26:52
 6              We're going to come back to this exhibit,
 7   but I just like where you're headed so I'm going
 8   to...
 9       Q.  (By Ms. Weaver)  And while we're waiting
10   for it to load, how can you search an individual     12:27:11
11   ██████████████
12              MR. BLUME:  Objection.  Form.  Beyond the
13   scope.
14              THE DEPONENT:  I did not specifically
15   prepare for that as part of my representing          12:27:31
16   Facebook.
17       Q.  (By Ms. Weaver)  Please answer the
18   question.
19              MR. BLUME:  Same objection.
20              THE DEPONENT:  In my personal capacity,   12:27:43
21   if I were querying Hive, I -- I would use one of
22   the -- one of the tools built to query offline
23   tables in Hive and would -- would use a query
24   language called HQL.
25       Q.  (By Ms. Weaver)  HQL?                        12:28:03
```

                                                    Page 86

| | | |
|---|---|---|
| 1 | A.   Hive query language. | 12:28:05 |
| 2 | Q.   And how would you conduct a query if you | |
| 3 | wanted to identify a dataset in Hive associated | |
| 4 | with one user? | |
| 5 | MR. BLUME:  Objection.  Form.  Scope. | 12:28:16 |
| 6 | THE DEPONENT:  Repeat that question or | |
| 7 | clarify that question.  It's very general and | |
| 8 | broad. | |
| 9 | Q.   (By Ms. Weaver)  If you wanted to | |
| 10 | identify data in Hive connected with one user, how | 12:28:31 |
| 11 | would you conduct that query using HQL? | |
| 12 | MR. BLUME:  Objection.  Beyond the scope. | |
| 13 | THE DEPONENT:  I didn't specifically | |
| 14 | prepare for that as a -- as a representative of | |
| 15 | Facebook.  But in my -- in my personal experience, | 12:28:45 |
| 16 | I -- I wouldn't go -- I -- I couldn't go search | |
| 17 | Hive for just one user or across all of Hive | |
| 18 | without bringing Hive to its knees. | |
| 19 | I can search a table, if I know a | |
| 20 | ███████████████████████████████████ | 12:29:02 |
| 21 | or -- or some- -- something like that.  I -- I | |
| 22 | would know the table.  I'd know the -- I'd -- I'd | |
| 23 | have to have an understanding of the structure of | |
| 24 | that data and what I was looking for and how to | |
| 25 | query and -- and how that data had been written | 12:29:18 |

Page 87

```
1    in -- in order how to go look for it.                    12:29:20

2         Q.   (By Ms. Weaver)  And let -- let me ask

3    this, how does the HQL tool work?

4              MR. BLUME:  Objection.  Form.  Beyond the

5    scope.                                                   12:29:36

6              THE DEPONENT:  Well, I can't answer that

7    question in the context of preparation that I did

8    as a representative of Facebook.

9              But in my personal capacity, HQL isn't

10   software.  H -- HQL is part the -- the query             12:29:47

11   language that's part of Hive as a -- as a storage

12   system.

13        Q.   (By Ms. Weaver)  I understand.  And

14   that's not what I asked you.

15             You said if you were going to search          12:29:58

16   Hive, you would use the HQL tool.

17             How does the HQL tool work?

18             MR. BLUME:  Objection.  Form.  Beyond the

19   scope.

20             THE DEPONENT:  That wasn't something that      12:30:12

21   I specifically prepared for as a representative of

22   Facebook.

23             But in my personal capacity, and to

24   clarify my prior answer and make sure that it's

25   accurate and concise there, I would either use a        12:30:23
```

Page 88

| | | |
|---|---|---|
| 1 | series of tools, and then I would use the HQL | 12:30:26 |
| 2 | language in -- in one of those tools. | |
| 3 | Q.   (By Ms. Weaver)   Thank you. | |
| 4 | So you would use HQL language and a | |
| 5 | series of tools. | 12:30:40 |
| 6 | What are those tools? | |
| 7 | MR. BLUME:  Objection.  Form.  Beyond the | |
| 8 | scope. | |
| 9 | THE DEPONENT:  I didn't specifically | |
| 10 | prepare for that in the -- as a representative of | 12:30:48 |
| 11 | Facebook. | |
| 12 | But in my personal capacity, an example | |
| 13 | of one of those tools might be a tool called Scuba. | |
| 14 | Q.   (By Ms. Weaver)   And what is Scuba? | |
| 15 | MR. BLUME:  Same objection. | 12:31:09 |
| 16 | THE DEPONENT:  I didn't specifically | |
| 17 | prepare for that as part of my testimony as a | |
| 18 | representative of Facebook. | |
| 19 | But in my personal capacity, Scuba is a | |
| 20 | tool to help data scientists and data engineers, | 12:31:18 |
| 21 | where they know where data lives in Hive, to be | |
| 22 | able to write a query to do analysis or -- or | |
| 23 | analytics on a subset of data. | |
| 24 | Q.   (By Ms. Weaver)   And you said to help a | |
| 25 | data scientist and data engineers where they know | 12:31:46 |

Page 89

| | | |
|---|---|---|
| 1 | where data lives in Hive. | 12:31:49 |
| 2 | Do you recall that? | |
| 3 | A.   Yes. | |
| 4 | Q.   And how do data scientists and data | |
| 5 | engineers knows where data lives in Hive? | 12:32:00 |
| 6 | MR. BLUME:  Objection.  Form.  Scope. | |
| 7 | THE DEPONENT:  I did not prepare for that | |
| 8 | as part of the scope of my testimony as a | |
| 9 | representative of Facebook. | |
| 10 | But in my personal capacity, what I meant | 12:32:14 |
| 11 | by that was that I would need to know the table | |
| 12 | where that data lives in order to be able to go | |
| 13 | write a query. | |
| 14 | There are -- there are lots of tables. | |
| 15 | And as a data scientist or a data engineer, I | 12:32:30 |
| 16 | would -- I would need to know where those tables | |
| 17 | are in order to be able to go query to do that. | |
| 18 | (Exhibit 345 was marked for | |
| 19 | identification by the court reporter and is | |
| 20 | attached hereto.) | 12:32:43 |
| 21 | MS. WEAVER:  Okay.  Let's take a look at | |
| 22 | Exhibit 345, which is loaded. | |
| 23 | And for the record, Exhibit 345 bears | |
| 24 | Bates numbers FB-CA-MDL-00347605 through -886. | |
| 25 | Q.   (By Ms. Weaver)  And while -- while | 12:33:05 |

Page 90

```
 1    you're waiting for it, to pull it up, Mr. Clark --        12:33:05

 2    just let me know when you have it -- it says "This

 3    document contains all of the recently used Hive

 4    tables as defined by any table which has at least

 5    one user in the past 30 days as of 5/12/2010.  It       12:33:16

 6    is sorted by the number of distinct users within

 7    this period."

 8            Do you see that?

 9        A.   It's still loading.

10        Q.   Okay.                                            12:33:32

11        A.   Is -- is that at the beginning of the

12    document?

13        Q.   It's at the top of the document and it's

14    very long.  It's about 280 pages, so...

15        A.   Okay.  The document, I think, is fully          12:33:56

16    loaded.

17            What was your question?

18        Q.   First of all, do you recognize

19    Exhibit 3- -- 345, or do you know what it is?

20        A.   I recognize the first page of it.  I            12:34:12

21    don't -- I saw the first page of it.  I don't think

22    I saw the whole thing.  But I'm looking through it.

23            MS. WEAVER:  And Josh, could we mark

24    tab 91.

25    /////
```

Veritext Legal Solutions
866 299-5127

```
 1              (Exhibit 346 was marked for              12:35:22

 2    identification by the court reporter and is

 3    attached hereto.)

 4              THE DEPONENT:  I've looked through --

 5    I've looked through about 60 pages of it.  I -- I   12:35:26

 6    can look through the whole document, if you'd like.

 7         Q.  (By Ms. Weaver)  No, no, that's fine.  I

 8    think -- if you need to, to answer the question,

 9    you should.

10              But, in general, do you have an           12:35:36

11    understanding as to what Exhibit 345 is?

12              MR. BLUME:  And -- and we object to the

13    extent it wasn't on the list provided by you before

14    the deposition.

15              THE DEPONENT:  I -- I -- I would --        12:35:49

16    any -- I don't know what it is.  I don't know the

17    source of -- of it.  If --

18         Q.  (By Ms. Weaver)  You discussed

19    previously -- well, strike that.

20              Is there any reason to think that this is  12:36:00

21    not a document that contained recently used Hive

22    tables, with at least one user in the past 30 days,

23    as of May 12th, 2010; i.e., an output for a search

24    within Hive at Facebook?

25              MR. BLUME:  Objection.  Form.  Beyond the  12:36:15
```

Veritext Legal Solutions
866 299-5127

```
 1    scope.                                            12:36:16

 2              THE DEPONENT:  I -- I don't know that I

 3    can make a representation either way.  It contains

 4    information that I would expect potentially

 5    describing tables, but I -- without the query or    12:36:28

 6    without further details, I wouldn't be able to

 7    represent one way or the other what this is.

 8         Q.  (By Ms. Weaver)  Okay.  I'm going to ask

 9    a few questions, in general.  But maybe will spark

10    some recollection.                                  12:36:46

11              On the first page of this, you see it

12    ████████████  ████████████████████████

      ██ ████████████████████████████

      ██          ████████████████  ████████████████

      ██ ██████  ██████                              12:36:58

16              MR. BLUME:  Objection.

17              THE DEPONENT:  I do see it at the bottom

18    of the first page.

19         Q.  (By Ms. Weaver)  And -- and then it says

20    ██████████████████████████████████    ██████████

      ██ ████████████████████

22              Do you see that?

23         A.  I do see that.

24         Q.  Do you know what partition means with

25    regard to Hive and Hive tables?                     12:37:23
```

Page 93

```
 1              MR. BLUME:  Objection.  Form.  Beyond the      12:37:25

 2    scope.

 3              This is a document not produced in

 4    advance of this deposition.

 5              THE DEPONENT:  I didn't specifically           12:37:33

 6    prepare for that as part of my representation of

 7    Facebook.

 8              However, in my personal experience, a

 9    partition is -- Hive is built by a series of --

10    files and tables are those files and partitions, as    12:37:47

11    is my general understanding.

12        Q.  (By Ms. Weaver)  Okay.  And then it says

13    "Columns."

14              Do you see that?

15              MR. BLUME:  Same objection.  Form.  And       12:38:04

16    scope.

17              And the document not produced pursuant to

18    the protocol.

19              THE DEPONENT:  I do see the word

20    "Columns."                                              12:38:13

21        Q.  (By Ms. Weaver)  And then it says

22    "userid" after that.

23              Do you see that?

24        A.   I do see that.

25        Q.   And is -- do you understand that to mean       12:38:22
```

Page 94

```
 1    the Facebook ID?                                    12:38:24

 2          MR. BLUME:  Objection.  Form.  Scope.

 3          Same objections with regard to the

 4    protocol.

 5          THE DEPONENT:  Yeah, I did not                12:38:30

 6    specifically prepare to answer that as -- as a

 7    representative of Facebook.

 8          In my personal experience, if I saw a

 9    column named "userid," I would expect that to be

10    the user ID.                                        12:38:42

11      Q.   (By Ms. Weaver)  And was there a point in

12    time when Hive was searchable by user ID?

13          MR. BLUME:  Objection.  Form.  Scope.

14          THE DEPONENT:  I didn't specifically

15    prepare for that as part of my being a             12:39:03

16    representative of Facebook.

17          In my personal experience, your question

18    is extremely broad in being able to query Hive.  If

19    ███████████████████████████████████████████████

      ███████████████████████████████████████████████    12:39:22

21    understood the structure, or the columns that are

22    part of that, I could query for user ID in that

23    specific table.

24      Q.   (By Ms. Weaver)  Okay.  And I'll have you

25    look right now at Exhibit 346.                      12:39:39
```

```
 1        A.   Waiting for it to refresh.                 12:39:54

 2        Q.   And while we're waiting, just looking

 3   back at Exhibit 345, to be clear, where this

 4   document -- where columns are identified in Hive,

 5   are columns generally fields that could be searched   12:40:05

 6   using the data in that column?

 7             MR. BLUME:  Objection.  Form.  Scope.

 8             And violates pro- -- the use of the

 9   document violates the protocol.

10             THE DEPONENT:  I didn't specifically        12:40:23

11   prepare for that as part of my representation -- or

12   being a representative of Facebook.

13             However, in my personal capacity, if I

14   know the table, I can query.  But I have to -- in

15   order from a -- from a feasible -- from a            12:40:38

16   technically feasible perspective, I need to

17   understand the mapping of the table I'm working

18   with in order to do any queries like that.

19        Q.   (By Ms. Weaver)  Okay.  Why don't you

20   take a look at Exhibit 346.                           12:40:49

21        A.   Okay.  I --

22        Q.   Do you have it up?

23             MS. WEAVER:  And for the record, it's

24   ADVANCE-META-26 to -27.

25             THE DEPONENT:  I have it loaded now.         12:41:02
```

Page 96

```
 1        Q.   (By Ms. Weaver)  And what is Exhibit 346?          12:41:04

 2        A.   346 appears -- pardon me -- appears to be

 3        ████████████████████████████████████████████

          ████████████████████████████████

 5        Q.   And that is the process within Hive of           12:41:30

 6        ███████████████████████████████████████████

 7   correct?

 8             MR. BLUME:  Objection.  Form.

 9             THE DEPONENT:  Specifically, the process

10   █████████████████████████████████████      ███████████

     ██   ████████████████████████████████████

12        Q.   (By Ms. Weaver)  Right.  And we were just

13   looking at Hive tables with UIDs in them.

14             So my question to you was, was it in --

15   was the practice in effect, prior to a certain           12:42:05

16   point in time, to maintain UIDs in Hive?

17             MR. BLUME:  Objection.  Form.  Scope.

18             And refers to a document produced in

19   violation of protocol -- or not produced, I guess,

20   in violation of protocol.                                12:42:23

21             THE DEPONENT:  Can you ask that question

22   one more time.

23        Q.   (By Ms. Weaver)  Yup.

24             We were just looking at Hive tables with

25   UIDs in them, correct?                                   12:42:34
```

Page 97

```
 1              MR. BLUME:  Objection.  Same -- same        12:42:36

 2     objection.

 3              THE DEPONENT:  I didn't prepare for that

 4     as -- answering these questions as a representative

 5     of Facebook.                                         12:42:43

 6              But in my personal experience, we were

 7     not looking at actual data of Hive tables.  We were

 8     only looking at descriptions in a document that may

 9     or may not actually have been Hive tables.

10     Q.   (By Ms. Weaver)  Okay.  Let me ask this.        12:42:58

11     Currently, is it possible to obtain a description

12     in Hive tables that identifies columns that would

13     ██████████████████████████████████████████

██     ████████████████

15              MR. BLUME:  Objection.  Form.  And scope.   12:43:13

16              THE DEPONENT:  Well, I didn't prepare for

17     that specifically as part of this testimony, as a

18     representative of Facebook.

19              But in my personal experience, the way

20     that question is asked, that answer would be "no."   12:43:25

21     Q.   (By Ms. Weaver)  And why is the answer

22     "no"?

23     A.   While I didn't prepare for this as part

24     of my testimony as a representative of Facebook, in

25     my personal capacity, the -- having the column       12:43:40
```

Page 98

1    there information -- or the column information          12:43:45

2    ████████████████████████████████████████

     ███████

4             What that tells me is, is there a field

5    that might be called user ID, which I would expect       12:43:55

6    ████████████████████████████████████

     ███████████████████████████████████████

     ███████████

          ███  ████████████████████████████

     █████████████████████████████████████         12:44:19

11            MR. BLUME:  Objection.  Form.  Scope.

12            THE DEPONENT:  I did not prepare for this

13   as part of my testimony as a representative of

14   Facebook.

15            But based on my personal recollection, if       12:44:28

16   I know the table and in working with a specific

17   █████████████████████████████████████

     ███████████

19        Q.   (By Ms. Weaver)  And looking at

20   Exhibit 346, do you see it also refers to a device       12:44:43

21   ID?

22        A.   Let me read this document.

23        Q.   No problem.

24            It's under "Overview," and I'm looking at

25   ████████████████████████████████████          12:44:56

                                                      Page 99

```
 1    ██████████████████████████████████      ████████

 █    ██████████   ██████████████████████

 █    ██████████████████████████████████████

 █    ███████

 5              Oh, I'm so sorry.  I'm actually looking      12:45:31

 6    at the wrong -- this is my -- my fault.  Strike

 7    that.  I'm looking at the wrong document.

 8              Let's look at Exhibit 346.  That's

 9    totally fine.  We can --

10              Do you see where it says -- strike that      12:45:47

11    line of questioning and I'll return to it.

12                  █████████████████████████████

13        A.   I do see that section.

14        ██   █████████████████████████

 █    ██████████████████████████████      ████████

 █    ████████████████████████████████████

 █    ██████████████████████████

18              Do you see that?

19        A.   I do see that sentence.

20        Q.   And what does -- what does that mean?       12:46:23

21        A.   The -- part of -- part of the challenge

22    of building at this scale and volume of Facebook

23    and the transactions -- number of transactions that

24    happen, one of the things that engineer -- internal

25    Facebook engineers have to do consistently is be     12:46:51
```

Page 100

```
1    careful to make sure that if processes fail,        12:46:54

2    because there's many moving parts, that -- that

3    those processes are always like double-checked and

4    that there's something that does that.

5            And -- and what I would read into this       12:47:03

6    sentence in this Wiki page is that at -- at the --
```

```
15       Q.   Got it.                                     12:47:41

16            And looking a little lower at

17   Exhibit 346, do you see where -- the sentence
```

```
                                                          12:47:58

21            Do you see that?

22       A.   I do see that.

23       Q.   Is that true?

24            MR. BLUME:  Objection.  Form.

25            THE DEPONENT:  To the best of my            12:48:08
```

Page 101

```
1    knowledge, that is true.                        12:48:08

2         Q.   (By Ms. Weaver)  And --

3         A.   And that is the -- that is the -- that is

4    ███████████████████████████████████████

5    from the prior document.                         12:48:18

6         Q.   Right.

7              So for the record, in Exhibit 342, it

8    ███████████████████████████████████████

     █ ██████   ███████████████████████████████

     █ ██████████████████                           12:48:36

11        A.   That is correct.

12        Q.   And where does that dim table live?

13             MR. BLUME:  Objection.  Form.

14             THE DEPONENT:  Generally, it lives in the

15   production file system.  And to the best of my    12:48:50

16   knowledge, it's available and queriable via TAO.

17        Q.   (By Ms. Weaver)  And what does dim stand

18   for?

19        A.   I don't remember.  It's -- it's a

20   generic -- it's a generic -- it's used             12:49:08

21   industry-wide as -- as a table identifier.  I just

22   don't remember.

23        Q.   I'm -- I'm asking also because in -- in

24   the Exhibit 345, the opening tables were labeled

25   ███████████████████████████████████████           12:49:27
```

Page 102

```
1              Do you -- do you recall that?                    12:49:31

2         A.   I do see that.

3         Q.   But you don't know what it means; is that

4    fair?

5         A.   Just to share, I didn't -- I didn't             12:49:43

6    prepare for that specifically as part of my

7    testimony as a representative of Facebook.

8              But in my personal recollection, is a --

9    is -- is used generically industry-wide.  And I've

10   used that outside of Facebook in table names.  I      12:49:56

11   just don't remember what it stands for.

12        Q.   Okay.  And looking to the next page of

13   ████████████████████████████████████████████████

14             And it --

15        A.   Which page are you on?                           12:50:18

16        Q.   I'm sorry.  It's the second page of

17   Exhibit 346.

18                  ████████████████████████████████████

     ████████████████████████████████████████████████████

20        A.   I -- I do see that.                              12:50:30

21        Q.   And -- and it says you can either access

22   the table we've been discussing or -- and it refers

23   to another table.

24             Do you see that?

25             MR. BLUME:  Objection.  Form.                    12:50:46
```

Page 103

```
 1              THE DEPONENT:  I do see that.                12:50:47

 2         Q.   (By Ms. Weaver)  What is the table

 3    identified after the "or"?

 4              MR. BLUME:  What was that?  Can you ask

 5    that again.  I'm sorry.  I missed that.             12:51:01

 6         Q.   (By Ms. Weaver)  What is the table

 7    identified after the "or"?

 8              (Simultaneously speaking.)

 9              MR. BLUME:  Oh, after -- after the "or."

10    After the "or," yeah.                               12:51:07

11              Objection.  Form.  Scope.

12              THE DEPONENT:  It -- it's not a table, as

13    I'm reading this.  If you read the follow-on

14    sentence, maybe -- it -- it refers to it as a www,

15    dub, dub, dub function.  And so you can either call 12:51:27

16    the table, or you can run this function that

17    performs the lookup and pulls from TAO for newly

18    created IDs.

19              So it's as opposed to querying the table,

20    this is software functionality that you can call   12:51:47

21    for what you're trying to do.

22              MS. WEAVER:  Okay.  Thank you.

23              And now why don't you take a look at

24    Exhibit 347.

25    /////                                               12:52:05
```

                                                    Page 104

```
 1              (Exhibit 347 was marked for              12:52:05

 2    identification by the court reporter and is

 3    attached hereto.)

 4              MS. WEAVER:  And while it's loading, I

 5    will admit and apologize, that this was the        12:52:09

 6    document I was reading from earlier inadvertently.

 7              For the record, it bears Bates number

 8    ADVANCE-META-26 to -27.

 9       Q.   (By Ms. Weaver)  And when you have a

10    moment to review it, please just tell me what it   12:52:23

11    is.

12       A.   Okay.  I've just loaded it.  I will

13    review it now.

14       Q.   Okay.

15       A.   This appears to be Revision No. 47176393   12:52:58

16    █████████████████████████████████████

17       Q.   And do you use a reference to user

18    identifying information there?

19       A.   I -- I see -- I do see user identifying

20    information or UII a few times in the document.    12:53:28

21       Q.   And what is UII?

22       A.   UII would include information like -- I

23    know it's laid out in the UDDP -- and we could

24    refer to the document.  But just generally, it's

25    information that could be used to identify me.      12:53:51
```

Page 105

```
 1              And I think some examples that I had        12:53:54

 2     given before, to just enforce those, would be -- an

 3     IP address might be some kind of device

 4     information.  It -- it's any of that information

 5     that might live in a table that, like I said,       12:54:07

 6     could -- could tie back to something identifiable.

 7              (Exhibit 348 was marked for

 8     identification by the court reporter and is

 9     attached hereto.)

10              MS. WEAVER:  Okay.  And I'm going to mark    12:54:20

11     as Exhibit 348, tab 99, Josh.  And we'll turn to

12     that in a second.

13        Q.   (By Ms. Weaver)  But focusing on

14     Exhibit 347, the one that you have open, do you see

15     that this document refers to device identifiers?     12:54:34

16              And, again, that's three paragraphs down

17     under the word "Overview."

18        A.   Okay.  By the way, some of those specific

19     examples I was looking for in the last one, emails,

20     IP addresses, names, location, cookies are other     12:54:51

21     examples of UII.

22        Q.   Perfect.

23        A.   And what was your question?

24        Q.   Do you see a reference to device

25     identifiers?                                         12:55:01
```

Page 106

```
 1        A.   In the first paragraph?                  12:55:07

 2        Q.   In the third paragraph, below the word

 3   "Overview."

 4        A.   Yes.

 5        Q.   Okay.  What's a device identifier?       12:55:14

 6        A.   While I didn't specifically prepare for

 7   that as part of my testimony as a representative of

 8   Facebook, in my personal experience, an example

 9   of -- of a device identifier would be like a set of

10   information that uniquely identifies one device      12:55:42

11   versus another.

12        Q.   Do you know what an IDFA is?

13             MR. BLUME:  Objection.  Form.  Scope.

14             THE DEPONENT:  I didn't prepare for that

15   as part of my represen- -- as part of my testimony   12:55:57

16   as a representative of Facebook.

17             In my personal experience, I know

18   generically what it is.  But I don't have

19   experience working with IDFA.

20        Q.   (By Ms. Weaver)  Okay.  Is an IDFA an      12:56:09

21   identifier for an Apple device?

22             MR. BLUME:  Objection.  Form.  Scope.

23             THE DEPONENT:  I didn't prepare for that

24   as part of my testimony as a representative of

25   Facebook.                                            12:56:22
```

Page 107

1    But in my personal experience, that is --   12:56:22

2 that is the extent of my understanding for what an

3 IDFA is.

4    Q. (By Ms. Weaver) Okay. So you were

5 prepared to testify about Exhibit 347, but you   12:56:31

6 weren't prepared to testify about the sentence that

7 ███████████████████████████████████████

8 ████████████████ █████████████████

9 ███████████████████████████████

10 ██████████████████████     12:56:47

11    MR. BLUME: Objection. Form.

12    THE DEPONENT: I was prepared to talk

13 about the processes for the deletion of those

14 identifiers.

15    Q. (By Ms. Weaver) Okay. Can you -- can  12:57:05

16 ████████████████████████████

17 █████████████████████████████

18 ███████████████████████████████████

19 behalf of Facebook on this topic?

20    MR. BLUME: Objection. Form. Scope.  12:57:21

21    THE DEPONENT: While I didn't

22 specifically prepare for this as part of my

23 testimony on behalf of representing Facebook, in my

24 ██████████████████████████████████████

25 ███████████████████████████    12:57:35

                        Page 108

1  ██████████████████████████   ██████

2  █████████████████████████

3  ██████████████████████████

4  ██████████████████████████

5  ███████████████████████████   ██████

6  ███████████████████

7      Q.   (By Ms. Weaver)  What is a hash?

8      A.   While I didn't prepare for that

9  specifically as part of my testimony as a

10  representative of Facebook, in my personal          12:58:05

11  capacity, a hash is where I represent a series of

12  information or -- or, you know, like a series of

13  words or descriptors in a common mathematical

14  formula that -- that comes out as some size of hash

15  that's defined by size.  It might be 64-bit hash     12:58:25

16  that means there's 64 characters that were

17  generated as part of that and...

18      Q.   And the purpose of hashing is

19  pseudonymization, correct?

20      A.   No.                                         12:58:40

21      Q.   Could it -- sorry.

22      A.   So specifically -- specifically, the

23  purpose of building a hash is so that I have --

24  just technically and specifically a hash -- which I

25  did not prepare as part of my testimony as a        12:58:51

Page 109

```
 1    Facebook representative.                          12:58:53

 2            But in my personal capacity, the reason I

 3    build a hash is so that I can quickly index and

 4    store information to match an index between two

 5    types of things without having to match to the    12:59:07

 6    original.  It's much more technically efficient in

 7    order to do that.

 8        Q.   Is it part of a re-identification process

 9    then?

10        A.   The -- could you -- could you be more      12:59:18

11    specific in your question?

12        Q.   What does re-identification mean?

13        A.   Re-identification is the -- when

14    something has been de-identified in a way -- and

15    this would have to be done up front -- that the    12:59:36

16    re-identification -- that the de-identification is

17    done in such a way that there is either a key or

18    some capability to, in some point in the future,

19    re-identify what the source was that had been

20    de-identified.                                      12:59:54

21        Q.   So when you described a hash is a way to

22    index and store information to match an index

23    between two types of things, is that a form of

24    re-identification?

25        A.   No.                                        01:00:06
```

Veritext Legal Solutions
866 299-5127

1      Q.   Why not?                                01:00:07

2      A.   They are very different technical

3 concepts and -- and -- and just -- they're --

4 they're not -- it's not even apples and oranges.

5 It's -- it's apples and potatoes.  It's -- it's     01:00:24

6 something entirely different.  A hash is a

7 technical concept and a technical function.

8 Re-identification is a process.

9      ███  ████  ██████████████████

  ████████████████████████████         ███████

  ████████████████████████████

12 about?

13          MR. BLUME:  Objection.  Form.

14          THE DEPONENT:  There are technical

15 safeguards in place around looking for inauthentic   01:00:55

16 behavior, for instance.  And -- and part of the

17 ability to -- I didn't -- I -- I didn't

18 specifically prepare for this as part of my

19 testimony as a representative of Facebook.

20          But in my personal capacity, there --    01:01:14

21 there are challenges like inauthentic behavior

22 ███████████████████████  ████████████

  ████████████████████████████

  █████████████████████████████████

  ████████████████████████            01:01:34

                                       Page 111



1        And in order to build systems to evaluate        01:01:37

2    from -- from both a security and an integrity

3    ████████████████████████████████████████████

4    ████████████████████████████████████████████

5    ████████████████████████████████████████        ███████

6    ████████████████████████████████████████████

7    ████████████████████████████████████████████████

8    ██████████████████

9        Q.   (By Ms. Weaver)   Okay.   Is it your

10   testimony that in Exhibit 347, which describes the    01:02:09

11   █████████████████████████████████████████

12   prepared to describe, that the description of

13   device identifiers was done to identify abusive

14   behavior or was it done to try to anonymize data?

15       A.   You're asking two very different          01:02:36

16   questions.

17            Would you ask those questions

18   independently.

19       Q.   Absolutely.

20            In Exhibit 347, which describes the       01:02:42

21   █████████████████████████████████████████

22   prepared to discuss here today, and is in your

23   notes, it refers to hashing device identifiers.

24            What is your understanding of the purpose

25   of describing hashing identifiers -- device         01:02:59

                                                         Page 112



1   identifiers in this document?                    01:03:03

2       A.   Specifically, in my role as -- as

3   preparing for this testimony, the process of

4   Hive Anon running on device identifiers is to

5   ██████████████████████████████        ████████

▮   ████████████████████████████▮

▮   ████████████████████████████

▮   ███████████████████████████████████

▮   ███████████████████████████████████

▮   ██████████████████████████        ████████

▮   ████████████████▮

12      Q.   And if the --

13           (Simultaneously speaking.)

14           THE DEPONENT:  I'm talking about --

15   I'm --                                          01:03:47

16      Q.   (By Ms. Weaver)  Oh, I'm sorry.

17           Go ahead.

18           THE DEPONENT:  -- speaking to

19   ██████████████████████████▮

20   pseudonym -- pseudonymization process of -- of  01:03:55

21   this.

22      Q.   (By Ms. Weaver)  Okay.  And if device

23   ██████████████████████████████▮

▮   ████████████████████████████▮

25   hashed, would it be possible to search Hive using  01:04:24

Page 113

```
1    device identifiers -- well, strike that.  That's a        01:04:28

2    bad question.

3            In general, can you search Hive using

4    device identifiers?

5            MR. BLUME:  Objection.  Form.  Scope.             01:04:36

6            THE DEPONENT:  I -- I think in -- in

7    general, the -- all like -- I didn't specifically

8    prepare for that as part of my testimony, as a

9    representative of Facebook.

10           But in my personal capacity, the                  01:04:50

11   questions that ask generically if it's possible to

12   query Hive, I'll continue to caveat with, if I know

13   a table and I know where that data is located, I

14   can query the specific table.

15           And when I query that specific table, if          01:05:07

16   ████████████████████████████████████████

17   ID across that time period.

18       Q.  (By Ms. Weaver)  And if --

19       █  ████████████████████

20       Q.  I'm sorry.  I'm sorry.                            01:05:22

21       █  ████████████████████████

22   couldn't query across the entire time period of

23   that table for that device ID because it would only

24   match in 10-day chunks, and all other information

25   that would help make it re-identifiable in any way      01:05:43
```

1 ███████████████████████████████     ██████████

2 ██ ████████

3      Q.   Perfect.

4           Turning back briefly to Exhibit 346 -- I

5 just meant to follow up.                            01:05:59

6           █████████████████████████████

7 ██ █████████████████████████████████

8 ██ █████████████████████████████████

9           Do you see that?

10     A.   I do see that.                            01:06:20

11     Q.   What is a dating profile?

12     A.   When the dating product was added to

13 Facebook, one of the potential concerns is when I'm

14 in the dating app, I don't have visibility to who

15 the person's actual profile is so that I can have   01:06:42

16 safe conversations, until at some point I want to

17 match with someone.

18          Part of doing that inside the app was not

19 presenting the user ID in any of that

20 functionality, or links back to the user profile,   01:06:58

21 so that that -- the dating app could live outside

22 of that, and if the person chose to share at some

23 point in the future with whoever they were chatting

24 with, they could.

25           ████████████████████████████            01:07:11

Page 115



1   ███████████████████████████████████   █████████

2   ████████  ████████████████████████████

3   dating app, it's never mapped directly to it.  And

4   it's also severed, any time I delete my account,

5   any dating activity that there was.                     01:07:31

6        Q.    And why does Facebook do that?

7             MR. BLUME:  Objection.  Form.  Scope.

8             ██████████████  ██████████████

    ███████████████████████████  ███

    █████████████████████████████████████   █████████

    █████████████████████████████████████

    █████████████████████████████████████

    ████████████████████████████

    █████████████████████████████████████

    ███████████████████████████████   █████████

    ███████████████████████████████████

    ██████████████████████████████████████

    ██████████████████████

19        Q.    (By Ms. Weaver)  Okay.

20        A.    It's also -- that's the technical reason.    01:08:25

21             In addition, we have policies to also

22   protect the user ID.  And part of having a privacy

23   program and -- and training Facebook internal

24   engineers and every employee on that privacy

25   program is to abide by that.  And so it's both        01:08:41

Page 116

```
 1    technical and process protections to protect the      01:08:44

 2    user ID.

 3         Q.    And that's because a user ID can

 4    personally and immediately identify a person,

 5    correct?                                               01:08:52

 6         A.    That is an active user, correct.

 7         Q.    And if you'd turn now to what's been

 8    marked as Exhibit 348, is this the definition of

 9    UII you were thinking of earlier?

10         A.    I just loaded it and I'm reading it.        01:09:26

11         Q.    Yeah.

12               The question -- the first question is,

13    what is Exhibit 348, and when you're ready for it.

14         A.    So this appears to be a --

15    Revision 52569136 of the internal Wiki page called     01:09:47

16    "What is UII?"

17         Q.    And is this Facebook's definition of UII

18    currently?

19         A.    Unfortunately, when I read this document

20    and I look at the "What is UII," there's a Wiki        01:10:08

21    "Redirect to Privacy/UII_Definition_0."

22               And so this document looks incomplete.

23         Q.    So we would need that hyperlink for you

24    to be able to answer if this is Facebook's

25    definition of UII?                                     01:10:32
```

                                                    Page 117

```
 1        A.   That is correct.                        01:10:37

 2        Q.   Okay.  Let me ask you this question.

 3             When was the last time you saw this

 4   document?

 5        A.   I would need to go refer to my notes to   01:10:48

 6   see if I saw this one.

 7        Q.   Okay.  Go ahead and refer to your notes.

 8        A.   I -- I just honestly -- I -- I don't

 9   think --

10        Q.   I think it's fine to look at your notes.   01:10:57

11        A.   I don't know that I had in my notes which

12   documents -- I would -- I would need to physically

13   go look in the binder to see if I saw this one.

14        Q.   Okay.  I'll try to see if opposing

15   counsel produced that document.               01:11:12

16             But while we're working on that, I wanted

17   to ask a couple questions about Exhibit 348.

18        A.   Specifically, the example earlier that I

19   was looking for?

20        Q.   Uh-huh.                               01:11:32

21        A.   And the question you answered -- or

22   asked, was in 347, under "Overview," where there

23   were just examples of what UII -- that have been

24   generated in more than 90 days ago, included

25   emails, IP addresses, names, locations, cookies.   01:11:45
```

                                                  Page 118

```
 1        Q.    And when you say "cookies," what do you      01:11:48

 2   mean?

 3        A.    Web browser cookies.

 4        Q.    Such as?

 5              MR. BLUME:  Objection.  Form.                 01:11:58

 6              THE DEPONENT:  Cookies that Web browsers

 7   use for the sake of authentication or similar

 8   functions.

 9        Q.    (By Ms. Weaver)  Facebook uses cookies,

10   right?                                                  01:12:18

11        A.    Facebook does use cookies.

12        Q.    And what Facebook cookies are you aware

13   of --

14              MR. BLUME:  Objection.  Form.

15        Q.    (By Ms. Weaver)  -- that are UII?            01:12:27

16              MR. BLUME:  Objection.  Form.

17              THE DEPONENT:  I can't actually recollect

18   without looking at my -- looking at -- looking back

19   in some of the prior documents.  I -- there's --

20   there's a variety of -- there's -- there's a number     01:12:46

21   of different cookies.

22        Q.    (By Ms. Weaver)  Okay.  Are you familiar

23   with the datr cookie?

24        A.    I'm familiar with the datr cookie.

25        Q.    And datr --                                  01:12:57
```

                                                    Page 119

```
 1         A.   D-A -- sorry -- D-A-T-R.              01:12:59

 2         Q.   Yes.

 3              What is the datr cookie?

 4              MR. BLUME:  Objection.  Form.  Scope.

 5              THE DEPONENT:  The datr cookie is a   01:13:13

 6    unique browser identifier.

 7         Q.   (By Ms. Weaver)  And when you say it's a

 8    "unique browser identifier," is it unique to

 9    browsers, or is it unique to a specific visit by a

10    device to a browser?                           01:13:35

11              MR. BLUME:  Form.

12              THE DEPONENT:  That -- that question is

13    technically inaccurate.  If you could ask it in a

14    different way.

15         Q.   (By Ms. Weaver)  Well, let me put it this  01:13:47

16    way.  Sometimes cookies have lots of different

17    identifiers contained in them.  Datr -- the cookies

18    can have the identifier of the browser and the

19    device ID and a number of things.

20              I'm asking what information is contained  01:13:59

21    in the datr cookie?

22         A.   The datr cookie specifically is tied to

23    the browser.

24         Q.   And the browser only?

25         A.   It is -- it is the browser as it exists.  01:14:13
```

Page 120

```
 1    And -- and so it's -- it's -- it's the browser as      01:14:15

 2    it's operating.

 3         Q.   Okay.  And you're aware of other Facebook

 4    cookies as well; is that right?

 5         A.   I am.  I would need to refresh my            01:14:27

 6    recollection.

 7         Q.   And how would you refresh your

 8    recollection?

 9         A.   I would -- there's -- I would -- I'd

10    probably look back at the filing I helped put          01:14:42

11    together which described all the Facebook cookies

12    from before.

13         Q.   Do you mean --

14         A.   I just don't remember the names of all of

15    them.                                                  01:14:55

16         Q.   Do you mean your notes?

17         A.   No, I do not mean -- mean my notes.  I --

18    the --

19         Q.   What filings did you put together which

20    described all the Facebook cookies from before?        01:15:02

21         A.   Not that I personally put together.  It

22    was one that -- as Facebook, we had put together

23    that had all of them -- provided clarity on the

24    names and descriptions of all of them.  And I

25    just -- I'm struggling to remember the names of all    01:15:22
```

```
 1    the cookies.                                          01:15:25

 2        Q.   Where is that document?

 3        A.   In a binder sitting across the room.

 4        Q.   Can you look at the document?

 5        A.   Yeah.                                         01:15:35

 6             MR. BLUME:  Objection.  Form.

 7             MS. WEAVER:  Mr. Blume, will you allow

 8    him to look at the document that he needs to

 9    testify regarding these cookies?

10             MR. BLUME:  Objection to the scope of the    01:15:46

11    list of cookies as it relates to topic 4.

12             MS. WEAVER:  I sent an email identifying

13    these cookies, and I'm assuming that's why he

14    prepared this.

15             Why don't we go off the record.              01:16:00

16             SPECIAL MASTER GARRIE:  Actually, let's

17    wait.

18             MS. WEAVER:  Okay.

19             SPECIAL MASTER GARRIE:  I actually was on

20    these emails -- I was on these emails exchanged as    01:16:07

21    a Special Master, and I'm just a bit -- is that --

22    before we just say this emails and cookies, do you

23    want to -- are we all on the same page when we say,

24    did you receive the emails, Counsel Blume?  And are

25    we talking apples to apples with regards to the       01:16:25
```

Page 122

| | | |
|---|---|---|
| 1 | exhibit. | 01:16:28 |
| 2 | So Counsel, we identified multiple | |
| 3 | cookies.  You extend that to Counsel Blume, | |
| 4 | correct? | |
| 5 | MS. WEAVER:  Yes. | 01:16:37 |
| 6 | SPECIAL MASTER GARRIE:  Now, you're | |
| 7 | asking about those specific cookies, not other | |
| 8 | cookies, correct? | |
| 9 | MS. WEAVER:  Yes. | |
| 10 | SPECIAL MASTER GARRIE:  Okay.  So then | 01:16:42 |
| 11 | have you -- and I believe those cookies we're | |
| 12 | discussing are the ones that -- we -- that you | |
| 13 | emailed about are the ones we're discussing now, | |
| 14 | correct? | |
| 15 | MS. WEAVER:  Yes. | 01:16:52 |
| 16 | SPECIAL MASTER GARRIE:  Okay.  And | |
| 17 | then -- | |
| 18 | MR. BLUME:  Do you want to put those up? | |
| 19 | SPECIAL MASTER GARRIE:  Well, before -- | |
| 20 | she can share with the email but -- or we can enter | 01:16:58 |
| 21 | it into the record.  But I just want to make sure I | |
| 22 | understand before I -- before we go off the record, | |
| 23 | that I understand what -- what's occurring. | |
| 24 | So now, you're asking the witness about | |
| 25 | those cookies.  And Mr. Clark, when you said | 01:17:14 |

```
 1    "cookies," were you referring -- you were referring        01:17:16

 2    to the cookies that Counsel Weaver was asking you

 3    about, correct?

 4              THE DEPONENT:  I was given an open-ended

 5    question on a list of cookies.  And I just couldn't        01:17:26

 6    recollect the list of cookies.  And so I -- I'm not

 7    aware of --

 8              SPECIAL MASTER GARRIE:  That's why I'm

 9    confused.

10              THE DEPONENT:  Yeah.                             01:17:31

11              SPECIAL MASTER GARRIE:  So when we're

12    saying list of cookies --

13              THE DEPONENT:  Yeah.

14              SPECIAL MASTER GARRIE:  -- what do you

15    mean by "list of cookies"?                                01:17:35

16              MS. WEAVER:  You're asking me?

17              SPECIAL MASTER GARRIE:  Like what I'm

18    confused is, Counsel --

19              MS. WEAVER:  I want to ask this --

20              SPECIAL MASTER GARRIE:  -- when you were        01:17:39

21    emailed a list of cookies to Counsel Blume, we were

22    talking about those cookies.  But you said "list of

23    cookies," and I was just -- I just -- I want to

24    make sure we're all talking about the same cookies.

25              MS. WEAVER:  Let me be clear.  I am            01:17:53
```

Page 124

```
 1     seeking to elicit testimony about the cookies that        01:17:54

 2     I emailed Mr. Blume about.  It seemed to me that

 3     Mr. Clark had prepared regarding those cookies,

 4     Rob, and --

 5              SPECIAL MASTER GARRIE:  That's what I --          01:18:05

 6     that's what I'm trying to figure out.

 7              MS. WEAVER:  Yeah.

 8              SPECIAL MASTER GARRIE:  That it's not

 9     other cookies that aren't related to the ones you

10     asked about.  That's...                                   01:18:11

11              MS. WEAVER:  Is there a document

12     that the --

13              MR. BLUME:  And so put that -- if we put

14     that --

15              MS. WEAVER:  Can I -- can I just ask, is          01:18:14

16     there a document that the witness prepared in

17     response to the questions I asked about those

18     cookies?

19              SPECIAL MASTER GARRIE:  Maybe you could

20     provide --                                                01:18:22

21              (Simultaneously speaking.)

22              MR. BLUME:  The list --

23              SPECIAL MASTER GARRIE:  -- that email

24     with the list of the cookies just so we're all on

25     the same page.                                            01:18:26
```

                                                    Page 125

```
 1              I apologize, Counsel Weaver, but -- I do        01:18:27

 2   recollect it.  But I don't -- I don't have it right

 3   before me right now.

 4              MS. WEAVER:  You want me to just email it

 5   around, Special Master Garrie, right now?              01:18:35

 6              SPECIAL MASTER GARRIE:  Well, if you can

 7   put it on the screen so we can all see it --

 8              MR. BLUME:  Put it on the screen.

 9              SPECIAL MASTER GARRIE:  -- that would be

10   helpful.  Because it is, it is helpful.               01:18:42

11              (Discussion off the stenographic record.)

12              MS. WEAVER:  Can we go off the record?  I

13   just need to find this.

14              SPECIAL MASTER GARRIE:  We can go off the

15   record while you find it, of course.                  01:19:27

16              MR. BLUME:  Should we break for lunch?

17              MS. WEAVER:  No.  I'm in the middle of

18   questioning.

19              SPECIAL MASTER GARRIE:  No.

20              MR. BLUME:  Okay.  Okay.  Just a            01:19:35

21   suggestion.

22              SPECIAL MASTER GARRIE:  We're in the

23   middle of a question.

24              MR. BLUME:  Just a suggestion.  Okay.

25              SPECIAL MASTER GARRIE:  Forget it.         01:19:39
```

Veritext Legal Solutions
866 299-5127

```
1              MR. BLUME:  Okay.                    01:19:39

2              THE VIDEOGRAPHER:  Okay.  We're off the

3    record.  It's 1:19 p.m.

4              (Recess taken.)

5              THE VIDEOGRAPHER:  We're back on the   01:25:27

6    record.  It's 1:25 p.m.

7         Q.  (By Ms. Weaver)  What information does

8    the datr cookie hold?

9              MR. BLUME:  Objection.  Form.  Scope.

10             THE DEPONENT:  While I didn't           01:25:42

11   specifically prepare for this as part of my

12   representation -- as being a representative of

13   Facebook, in my personal experience, datr cookie is

14   a cookie that tracks the browser as a unique

15   identifier for the browser.                       01:26:01

16        Q.  (By Ms. Weaver)  Does the datr cookie

17   contain a URL?

18        A.   I didn't specifically prepare for that as

19   part of my testimony, as a representative of

20   Facebook, but in my personal experience, I -- I do   01:26:21

21   not believe it contains any URL, but I don't know.

22             (Exhibit 349 was marked for

23   identification by the court reporter and is

24   attached hereto.)

25        Q.  (By Ms. Weaver)  Okay.  Take a look at   01:26:27
```

Page 127

```
 1    Exhibit 349, and tell me if this is the document        01:26:29

 2    that you were referring to a moment earlier.

 3         A.   I've got the document open and I'm

 4    looking.

 5         Q.   And I think it's on the sec- -- third --       01:26:54

 6    page 3.

 7         A.   That is the document I was referring to.

 8         Q.   And you were involved in the creation of

 9    this document; is that right?

10         A.   I did assist counsel in the creation of       01:27:11

11    this document.

12         Q.   Did you assist counsel in the

13    identification of cookies?

14              MR. BLUME:  Objection, to the extent your

15    involvement involves conversation with counsel,         01:27:19

16    it's privileged.

17              And I instruct you not to answer.

18              And work product.

19         Q.   (By Ms. Weaver)  Okay.  Fine.  I'll ask

20    this.                                                    01:27:34

21              Did you provide information about what

22    the datr cookie is?

23         A.   No.

24         Q.   Do you know who did?

25              MR. BLUME:  Objection.  To the extent you      01:27:46
```

Page 128

```
 1    know as a result of conversations with counsel, I'd        01:27:47

 2    instruct you not to answer.

 3              THE DEPONENT:  I only know that because

 4    it was part of the conversation with counsel.

 5              MS. WEAVER:  Rob, your position is you            01:28:03

 6    telling him who knows about the datr cookie is

 7    privileged; is that right?

 8              MR. BLUME:  No.  Your question was, who

 9    gave the information with regard to this letter

10    about datr -- datr cookies.  That's privileged.            01:28:12

11              MS. WEAVER:  Okay.

12              MR. BLUME:  To the extent he knows that

13    information from discussions with counsel.

14         Q.  (By Ms. Weaver)  You're not prepared to

15    testify about the datr cookie, is that right,              01:28:23

16    Mr. Clark?

17              MR. BLUME:  Object -- objection.  Form.

18              THE DEPONENT:  I'm not prepared to

19    testify about the datr cookie as a representative

20    of Facebook.  Only from personal experience.              01:28:39

21         Q.  (By Ms. Weaver)  And you, from personal

22    experience, don't -- well, strike that.

23              Do you know how -- what -- strike that.

24              Do you know how the datr cookie

25    identifies a Web browser?                                 01:28:52
```

Page 129

```
 1        A.   It -- I'm not prepared to answer that as        01:28:55

 2    part of testifying as a representative of Facebook.

 3    But in my personal experience, that -- the

 4    datr cookie is a generated unique identifier to a

 5    browser.  How that occurs and -- and exactly the     01:29:09

 6    content in it, I do not know.

 7        Q.   Who would know?

 8        A.   I -- I -- I am not prepared to testify to

 9    that as a representative of Facebook.  In my

10    personal experience, I don't have a specific name   01:29:25

11    that I would know that would know that part of the

12    process.

13        Q.   Can you -- can you identify anybody that

14    you work with at Facebook who knows how the datr

15    cookie functions?                                    01:29:41

16        A.   As of -- I -- I didn't prepare for that

17    as part of my testimony as a representative of

18    Facebook.  But in my personal experience, I -- I

19    would go look up who I would need to, to go have

20    that conversation.  I don't -- I don't know a name   01:29:59

21    offhand.

22        Q.   Okay.  Do you know -- okay.  Strike that.

23             What is the fpb cookie?

24        A.   I didn't specifically prepare for that as

25    part of my testimony representing Facebook.  But in  01:30:14
```

Page 130

```
 1     my personal experience and -- I -- I would refer to        01:30:17

 2     the -- I would refer to the filing for that detail.

 3              The underscore FB cookie is set on the

 4     third-party domain only if the advertiser/publisher

 5     has installed the Facebook pixel business tool and        01:30:28

 6     opted into the use of these cookies.

 7              The cookie has its own -- or has a

 8     browser identifier and -- and in the epoch time

 9     when the cookie was created.  And then for

10     additional details, there's documentation on the        01:30:43

11     external developer Facebook side.

12        Q.   And you said the epoch time?

13              It's a little unclear.  I just didn't

14     understand what you said.

15        A.   The -- yeah, it's -- it's E-P-O-C-H.            01:31:01

16     It's -- it's a time commonly used in -- in computer

17     languages and UNIX time systems.  The -- the time

18     since -- and I should know it offhand -- but

19     sometime in 1969 or 1970, and the number of

20     seconds that's --                                        01:31:21

21        Q.   Sorry.  It's just that I couldn't

22     understand you and it didn't come through on the

23     transcript.  That's fine.

24              ████ ███████████████████████████

25              MR. BLUME:  Objection.  Form.  Scope.          01:31:34
```

                                                Page 131



1          THE DEPONENT:  I didn't prepare to          01:31:37

2   specifically talk about that as a representative of

3   Facebook.

4          But in my personal experience, those are

5   ██████████████████████████████████████     ████████

    █ ████████████████████████████     ██████████

    █ ██████████████████████████████

    █ ████████████████████

9          Q.   (By Ms. Weaver)  Do third parties

10  ██████████████████████████████████     ████████

    █  ████████████

12         A.   I didn't specifically prepare to talk to

13  that as a representative of Facebook.

14         But in my personal experience, those

15  cookies are only scoped to Facebook.com.  So third    01:32:15

16  parties should not have access to that.

17         Q.   They are not supposed to have access to

18  the Facebook user ID is your testimony?

19         MR. BLUME:  Objection.  Form.  And scope.

20         THE DEPONENT:  I didn't specifically           01:32:34

21  prepare for that as part of my testimony.

22         But in my personal experience, that --

23  that question is very, very generic and -- and --

24  and inaccurate.

25              ██████████████████████████████          01:32:46

                                        Page 132

1 ████████████████████████████████   ██████████

2 ████████████████████████████████

3   authorized or should not have access to those

4   cookies in the browser as they're scoped to

5   Facebook.com.                                    01:33:07

6           And to further reiterate, that is why we

7   have third-party application-scoped IDs and other

8   kinds of IDs, so that we don't give third parties

9   the canonical Facebook user ID.

10       Q.   (By Ms. Weaver)  You're referring to the   01:33:26

11  ASID; is that correct?

12       A.   That is correct.

13       Q.   Okay.  We'll come back to that.

14           Why did Facebook create -- well, strike

15  that.                                            01:33:35

16           You said that the -- the fbc cookie is

17  used for authentication.

18           How does that function?

19           MR. BLUME:  Objection.  Form.  Beyond the

20  scope.                                           01:33:46

21           THE DEPONENT:  That -- that wasn't what I

22  said.  I didn't specifically prepare for that as

23  part of my testimony.

24           But in my personal experience, the

25  xs/c_user and xs c_user cookies are what are used   01:33:56

Page 133

```
 1     for authentication and identify for users logged        01:34:03

 2     in.

 3            The_fbc cookie is a cookie that is set on

 4     third-party domain only if the advertiser and

 5     publisher has installed the Facebook pixel business      01:34:15

 6     tool.  And it is set only if the click originated

 7     from the Facebook service.

 8            For instance, when clicking on an ad in

 9     Facebook newsfeed.  And the_fbc cookie contains an

10     encrypted user ID.                                       01:34:32

11       Q.   (By Ms. Weaver)  And who encrypts the

12     user ID?

13            MR. BLUME:  Objection.  Form.  Scope.

14            THE DEPONENT:  I didn't prepare for that

15     as part of my testimony.                                 01:34:43

16            In my personal experience, I don't know.

17       Q.   (By Ms. Weaver)  Okay.  And so just

18     the record -- so the record is clear, you did not

19     prepare to testify regarding the fpb cookie,

20     ███████████████████████████████████    ███████████

       █ ███████████████████████████████████

22            MR. BLUME:  Objection.  And to the extent

23     the question asks for preparation beyond topic 4 is

24     beyond the scope.

25            THE DEPONENT:  I did not.  As a -- as a          01:35:19
```

                                                        Page 134

```
 1    representative of Facebook, I didn't prepare for        01:35:20

 2    that topic.

 3         Q.   (By Ms. Weaver)  And did you prepare for

 4    whether or not those cookies contained information

 5    such as fbid, fbtype or URL?                            01:35:26

 6              MR. BLUME:  Same objection.

 7         Q.   (By Ms. Weaver)  Are you answering the

 8    question?

 9         A.   As a part of my preparation, as a

10    representative of Facebook, I did not prepare for       01:36:03

11    that.

12         Q.   Did you prepare to discuss the datr

13    cookie?

14              MR. BLUME:  Objection, to the extent the

15    question seeks information beyond topic 4 is beyond     01:36:17

16    the scope.

17              THE DEPONENT:  As a part of my

18    representation as a representative of Facebook, I

19    did not prepare for that.  But did share -- from my

20    personal experience.                                   01:36:30

21              MS. WEAVER:  Okay.  We'll move on.

22         Q.   (By Ms. Weaver)  Do you know who at

23    Facebook would be qualified to discuss those

24    cookies?

25              MR. BLUME:  Objection.  Form.              01:36:47
```

Page 135

```
 1              THE DEPONENT:  As a representative of --      01:36:52

 2    as my preparation as a representative of Facebook

 3    for this testimony, I didn't prepare for that.

 4              In my personal experience, I -- I do not

 5    have a name.                                            01:37:03

 6         Q.   (By Ms. Weaver)  Okay.  Going back to

 7    Exhibit 348.

 8              Let me just ask a question.  You

 9    testified a moment ago that there was a binder in

10    the room that you used to prepare -- prepare that      01:37:21

11    included Exhibit 349; is that right?

12         A.   Yes.

13         Q.   And you reviewed and -- and recalled that

14    it referenced cookies, right?

15         A.   That is correct.                             01:37:45

16         Q.   Did -- did you discuss whether you would

17    testify regarding those cookies?

18              MR. BLUME:  Objection.  Form.

19              THE DEPONENT:  I did not.

20         Q.   (By Ms. Weaver)  Okay.  Going back to        01:37:59

21    348.

22              Do you see that there's a reference in

23    the first paragraph -- I'm sorry.  Okay.

24    ████████████████████████████████████

   ██████████████████████████████████████              01:38:20
```

Page 136

1    ████████████████████████████████████  █████████

2    ████████████████████████████████

3    █████████

4         Do you see that?

5         A.   I do see that.                                    01:38:34

6         ██  ████████████████████████████████

7    ██████████████████████████████

8         Do you see that?

9         A.   I do see that.

10        Q.   What does that mean?                              01:38:45

11        A.   I'll use an example that I -- that I used

12   earlier.

13        I think when I upload a photo to the

14   service -- I upload the photo.  I might attach a

15   description to that photo.  That photo will get       01:39:06

16   likes and reactions and comments and other things.

17              ████████████████████████████

     ████████████████████████

     ██████  ████████████████████

     ████████████████████████  ████████

     ██████████████████████████████

     ████████████████████████

     ██████████████████████

              ████████████████████████

     ████████████████████████████          01:39:56



01:41:04

16          MS. WEAVER:  Okay.  Let's mark exhibit --

17    tab 92, please.

18          (Exhibit 350 was marked for

19    identification by the court reporter and is

20    attached hereto.)                                01:41:10

21      Q.  (By Ms. Weaver)  And let me know when

22    you've had a chance to review it.

23      A.  I still haven't had anything show up.

24          MS. WEAVER:  It has for us.

25          THE DEPONENT:  Oh, there it is.  It just    01:41:53

                                              Page 138

```
 1    came in.                                          01:41:53

 2         Q.   (By Ms. Weaver)  Do you recognize

 3    Exhibit 350?

 4         A.   Let me read it.

 5              Okay.  I've had a chance to read it.    01:42:22

 6         Q.   Great.

 7              What is Exhibit 350?

 8         A.   Exhibit 350 appears to be a Wiki page

 9    titled "Overview," which is Revision 57833386 from

10    the internal Facebook Wiki.                       01:42:38

11         Q.   And so does it reflect Facebook's

12    ███████████████████████████████████████

13         A.   I -- as -- as opposed to procedure, I --

14    I -- I read this as an overview, a description.

15         Q.   And what is it describing?             01:43:06

16         A.   A high-level overview of Hive Anon.

17         █  ████████████████████████████████

18         A.   It -- it's a providing a high-level

19    ████████████████████████
```



```
                                                       01:43:43

                                                       Page 139
```



1                                                    01:43:49

2        Q.   Okay.  And looking at the second page of

3   the document, at Bates number -31, what does that

4   diagram reflect?

5

12       Q.   Okay.  I'm going to try to get --

13       A.   To those --

14       Q.   I'm sorry.  Go ahead.

15       A.   No.                                     01:44:43

16            MS. WEAVER:  So I'm going to try to --

17   Josh, can you try to screen share this diagram.

18            MR. SAMRA:  Yep.  Give me a second.

19       Q.   (By Ms. Weaver)  Looking at this same

20   page, it gives a couple of examples; is that right?  01:45:02

21       A.   Yes.

22       Q.   And can you describe what -- how the

23

24       A.   Yes.

25            So it appears that this example is -- if  01:45:28

                                                  Page 140



01:47:28

Page 141



```
 1
                                                    01:48:15
11      Q.   Okay.
12
18      Q.   Okay.  And if he does not delete his
19
20   right?                                         01:48:53
21
23      Q.   Okay.  And looking at the diagram, can
24   you describe what the diagram is reflecting?
25           Is that showing where the script is    01:49:07
                                                    Page 142
```

1    running?                                        01:49:09

2        A.    Yeah.   It's -- it's a -- it's a very poor

3    engineering diagram trying to explain these

4    concepts which are in bullets right above, which --

5    where it talks about how it works.   At a high      01:49:42



24       Q.    Thank you.

25       A.    The -- the diagram is trying to          01:50:57

Page 143

1    demonstrate that, but poorly.            01:51:00

2        Q.   Okay.  And what is Scribe?

3        A.   Scribe is a software development tool.  I

4    didn't specifically prepare as part of my testimony

5    to answer what scribe was, as a representative of    01:51:24

6    Facebook.  But in my personal experience, Scribe is

7    a developer tool.

8        Q.   And what is it used for?

9        A.   I -- I do not know.

10   ██ ████████████████████ ████████    01:51:40

11   detect UII?

12   ██ ██ ██████

██ ██ ██ ██████

██ ██ ████████████ ████████████

15   is -- is -- is purpose built to identify patterns    01:51:51

16    of UII, through both manual rules, in addition to

17    machine learning, to look for what might be UII

18    in -- in any -- in any of those tables.

19          MS. WEAVER:  Okay.  Great.

20          We can take a break.           01:52:14

21          MR. BLUME:  Lunch?

22          THE VIDEOGRAPHER:  Okay.  Off the record

23    it's 1:52 p.m.

24          (Recess taken.)

25          THE VIDEOGRAPHER:  Okay.  We're back on    01:53:32

Page 144

```
 1    record.  It's 1:53 p.m.                              01:53:34
 2           MR. BLUME:  So with regard to topic 4,
 3    which speaks to the processes related to deletion,
 4    pseudonymization, de-identification,
 5    re-identification association and deletion of user   01:53:48
 6    data and information, as that relates to cookies,
 7    Mr. Clark is prepared to discuss whether Facebook
 8    uses cookies as identifiers; specifically,
 9    identifiers for users.  And if so, how Facebook
10    treats those cookies within the deletion framework.  01:54:07
11           It was -- it is -- it's our position that
12    to discuss the processes of that deletion
13    framework, to talk about the specific cookies, what
14    they are specifically, what information they get is
15    beyond the scope.                                    01:54:25
16           He's certainly prepared to talk about how
17    the framework -- deletion framework deals with
18    cookies, to the extent those cookies are
19    identifiers.  But not any specific cookie or its
20    purpose or the information it gets.                  01:54:37
21           SPECIAL MASTER GARRIE:  He can do the
22    high level, but getting into the technical ways of
23    how the cookies operationally work within the
24    different frameworks he describes is beyond the
25    scope.                                               01:54:48
```

Page 145

```
 1              Is that what -- the gist of what we're          01:54:49

 2    getting at?

 3              MR. BLUME:  Well, let -- let me clarify.

 4              He can talk about the -- the details of

 5    how the deletion framework deals with cookies to          01:54:55

 6    the -- to the extent cookies are -- are

 7    identifiers.  But what is specific cookie seeks --

 8              SPECIAL MASTER GARRIE:  That's what I

 9    mean.  The specific cookies that were emailed or

10    identified by plaintiffs, they identified a subset       01:55:08

11    of specific cookies, those interworkings of how

12    those specific cookies interoperate with those

13    frameworks is -- he is not prepared to testify

14    about.

15              MR. BLUME:  Except to the extent that           01:55:21

16    they --

17              SPECIAL MASTER GARRIE:  The technical.

18              MR. BLUME:  Right.

19              Except to the extent that those cookies

20    are considered identifiers and -- and are part of        01:55:26

21    the process.

22              It doesn't matter what the specific

23    cookie is, as far as the deletion framework.  Every

24    cookie would be treated the same way.  And he's

25    prepared to talk about how the deletion framework        01:55:41
```

| | | |
|---|---|---|
| 1 | deals with cookies as -- en masse.  But any | 01:55:43 |
| 2 | specific cookies, he -- is beyond -- we would argue | |
| 3 | is beyond the scope. | |
| 4 | They're all treated the same way.  Every | |
| 5 | cookie is treated the same way within the processes | 01:55:55 |
| 6 | of pseudonymization, de-identification, | |
| 7 | re-identification, associations, deletion.  It | |
| 8 | doesn't matter which cookie.  They're all treated | |
| 9 | the same. | |
| 10 | MS. WEAVER:  So if I may -- | 01:56:09 |
| 11 | (Simultaneously speaking.) | |
| 12 | SPECIAL MASTER GARRIE:  Didn't -- didn't | |
| 13 | he testify -- | |
| 14 | MS. WEAVER:  The topic includes | |
| 15 | association.  We identified, for example, the named | 01:56:13 |
| 16 | plaintiffs' DYI files complaining -- containing | |
| 17 | datr cookies precisely so we could understand what | |
| 18 | data and information that's in the description. | |
| 19 | User data and information is expressed through | |
| 20 | those cookies, which the witness said and is | 01:56:33 |
| 21 | factually correct, are identifiers. | |
| 22 | So Facebook is collecting and tracking | |
| 23 | through the datr cookie which websites users visit, | |
| 24 | and I -- I attempted to get testimony about that | |
| 25 | today after sending -- | 01:56:48 |

Page 147

```
1              SPECIAL MASTER GARRIE:  But he --        01:56:50

2              MS. WEAVER:  -- an email two weeks ago

3    to -- only to find out in the deposition that in

4    preparation here, counsel has not had the person

5    prepare on any of those cookies.                  01:57:00

6              SPECIAL MASTER GARRIE:  Well, one sec.  I

7    don't want to -- let's not go down a rabbit hole

8    here because that's where we're heading and we

9    still have deposition left.

10             At the end of the day, prepared or not,  01:57:11

11   we can take that offline at a separate point.  The

12   bottom line is the witness that's here now isn't

13   prepared to speak about those specific technical

14   cookies that are associated with this specific

15   topic, as it relates to how you just described it. 01:57:28

16   It is what it is, right?

17             MS. WEAVER:  Yup, I understand.

18             SPECIAL MASTER GARRIE:  But --

19             MR. BLUME:  Hold on.  Hold on.

20             Just to be clear, he's prepared to       01:57:36

21   testify about whether Facebook uses the datr cookie

22   as an identifier.  That's -- so he can speak to

23   that.

24             SPECIAL MASTER GARRIE:  But those were --

25             MR. BLUME:  And then if so, how -- what's 01:57:44
```

Page 148

```
 1    that?                                                01:57:47

 2           SPECIAL MASTER GARRIE:  Where -- where

 3    I'm confused is those cookies she's referring to

 4    are those, those things, like this is -- those are

 5    the specific cookies that consist of what you're     01:57:53

 6    talking about.  So where I --

 7           MR. BLUME:  Right.

 8           SPECIAL MASTER GARRIE:  -- where I'm

 9    getting confused is, those cookies that she

10    identified -- that are identified by plaintiffs     01:58:02

11    are -- I don't think all -- but a subset of the

12    exact topic you're talking about.  But --

13           MR. BLUME:  Any facts --

14           SPECIAL MASTER GARRIE:  -- those are

15    technical tools --                                   01:58:12

16           MR. BLUME:  Well, but if -- if -- yeah.

17    Are the -- are -- is the following cookie -- does

18    Facebook consider the following cookie to be an

19    identifier.  If yes, how does -- how does Facebook

20    deal with it within the deletion framework.          01:58:22

21           He's prepared to answer those questions.

22    But the -- but if -- if -- but the specific --

23    if -- if Facebook doesn't consider a specific

24    cookie to be an identifier, then it's not caught up

25    within the deletion framework, which is what he's    01:58:34
```

Page 149

```
 1    here to testify about.                              01:58:37

 2            MS. WEAVER:  So he's only here about

 3    deletion.  But the topic talks about association of

 4    user data and information.  That's what the topic

 5    says.                                               01:58:44

 6            MR. BLUME:  The processes of -- the --

 7    the processes of pseudonymization,

 8    de-identification, re-identification, association

 9    and deletion of --

10            MS. WEAVER:  Of --                          01:58:54

11            MR. BLUME:  -- of user data --

12            MS. WEAVER:  -- user data.

13            MR. BLUME:  -- within that -- it's the

14    process --

15            MS. WEAVER:  Association of user data and   01:58:58

16    information --

17            SPECIAL MASTER GARRIE:  No, let me -- let

18    me --

19            MS. WEAVER:  Yeah.

20            SPECIAL MASTER GARRIE:  The part            01:59:01

21    that I -- so what she's saying is that those

22    cookies are used to associate with specific users

23    by Facebook as tools.  And she's asking him

24    specific questions about those cookies that are

25    believed and been represented, I believe, to       01:59:14
```

Page 150

```
 1    associate user activity or make the association of      01:59:17

 2    a Facebook user and their activity.  Those specific

 3    subset of cookies.  And then --

 4            MR. BLUME:  Yes.  If Facebook --

 5            SPECIAL MASTER GARRIE:  -- association is      01:59:29

 6    done via that cookie.

 7            MR. BLUME:  If Facebook -- if Facebook

 8    considers the particular cookie to be an identifier

 9    associated with a user and that -- and is part of

10    that process, he's -- he is happy to talk about it.     01:59:40

11            SPECIAL MASTER GARRIE:  But he can talk

12    about those cookies.

13            MR. BLUME:  He -- he can -- he can answer

14    the question whether -- whether Facebook considers

15    those cookies to be identifiers.  It says --          01:59:49

16            (Simultaneously speaking.)

17            SPECIAL MASTER GARRIE:  But to know how

18    they -- she wants -- the question is how does

19    Facebook associate.  How is that Facebook -- maybe

20    I'm missing something.  But I believe what's being     01:59:59

21    asked is how is that association done by Facebook

22    with those cookies.  Like what is the process

23    through which -- technical process through which

24    Facebook makes an association.

25            Maybe I'm misreading or mishearing what        02:00:13
```

Page 151

```
 1    plaintiffs are asking about.  And my question is,        02:00:16

 2    can he talk about how -- maybe I'm

 3    misunderstanding.

 4            Is he prepared to testify about the

 5    technical process of how Facebook makes those           02:00:25

 6    associations?

 7            MR. BLUME:  To the extent the -- by

 8    "association," you mean identify -- identifiers?

 9    In other words --

10            SPECIAL MASTER GARRIE:  The user.               02:00:42

11            MR. BLUME:  -- did he identify a user and

12    how that -- how that information is then captured

13    within these processes, as set forth in topic 4,

14    yes.

15            SPECIAL MASTER GARRIE:  So if we open up        02:00:52

16    the cookie, we can -- he can walk us through how

17    that cookie makes those associations?

18            MR. BLUME:  No.  He can identify whether

19    or not these cookies are considered by Facebook to

20    be identifiers, generally.  Not how they work.  But     02:01:04

21    whether they are in the process, in the deletion

22    framework, considered to be identifiers.  In other

23    words, used to identify the user.

24            SPECIAL MASTER GARRIE:  Okay.  The

25    specific --                                             02:01:14
```

```
 1              MS. WEAVER:  I think -- well, we can save      02:01:15

 2    for another day --

 3              SPECIAL MASTER GARRIE:  The technical --

 4    he's not --

 5              MS. WEAVER:  -- because it seems very          02:01:17

 6    clear that despite the fact that plaintiffs

 7    identified specific pages pulled out of the DYI

 8    file with datr cookies associated with the named

 9    plaintiffs, this witness does not -- according to

10    the instructions of counsel, doesn't interpret the     02:01:34

11    datr cookie to be an identifier for users.  And for

12    that reason, this witness is not prepared to

13    testify on that topic.

14              MR. BLUME:  Well, you never asked -- you

15    never asked him that question.  Ask him that           02:01:47

16    question.

17              MS. WEAVER:  Either way -- Rob, you

18    excluded your preparation --

19              MR. BLUME:  No, ask him the question.

20              THE COURT REPORTER:  Hold on.  Hold on.       02:01:52

21    Hold on.

22              SPECIAL MASTER GARRIE:  No, you guys are

23    doing this again.  Time out.  Time out.

24              We'll go off the record and I'll reset

25    everything.  And I will take time away from -- take    02:02:00
```

Page 153

```
 1    time and add time, so we may end up at zero.        02:02:02

 2            But the point being is stop and listen to

 3    each other.  The net/net is that what Counsel Blume

 4    is saying, the question you just asked,

 5    Counsel Weaver, you can ask the question and hear    02:02:13

 6    the answer.

 7            Did I miss that, Counsel Blume?

 8            MR. BLUME:  That's correct.  No, that is

 9    absolutely correct.

10            SPECIAL MASTER GARRIE:  And then based --    02:02:22

11    based on that answer, Counsel Weaver, you may

12    find --

13            MS. WEAVER:  I think he said that's

14    incorrect.

15            MR. BLUME:  No, I said that's absolutely     02:02:28

16    correct.  Ask him if he considers the datr cookie

17    to be an identifier.  If so, how it fits in the

18    process.  And ask for --

19            MS. WEAVER:  But the question is

20    whether -- sorry.                                   02:02:36

21            The question is whether it's associated

22    with user data and information.  That's the topic.

23            MR. BLUME:  The --

24            MS. WEAVER:  Facebook's process of

25    association of user data and information.           02:02:46
```

Veritext Legal Solutions
866 299-5127

```
 1              MR. BLUME:  And -- and for purposes of       02:02:52

 2    pseudonymization, de-identification,

 3    re-identification, that association is identifiers.

 4    And so asking if it's -- if he considers it for

 5    purposes of the deletion framework, which is what     02:03:02

 6    he's here to testify, whether it's considered an

 7    identifier.  If it is, it fits into the process.

 8    If it's not, then it doesn't.  He's here to talk

 9    about that deletion, de-identification,

10    pseudonymization and association with regard to       02:03:15

11    those that -- and within that process.  Just ask

12    him the ordinary question.

13              SPECIAL MASTER GARRIE:  That's a broad

14    question.

15              MS. WEAVER:  I'll just -- Special Master,    02:03:23

16    I don't want to waste any more time.  It's very

17    difficult to take depositions and have arguments

18    like this in the middle of a dep.  So let's --

19              MR. BLUME:  I agree.

20              MS. WEAVER:  -- refer this to a different    02:03:32

21    time.  And I would just note -- have you pay

22    attention, Rob, to the Oxford comma.  In topic --

23    in topic 4, there's a comma after association.

24              SPECIAL MASTER GARRIE:  Wait.  Wait.

25              MS. WEAVER:  All of those topics are         02:03:42
```

Veritext Legal Solutions
866 299-5127

```
 1    individual.                                        02:03:43

 2            SPECIAL MASTER GARRIE:  I think -- I

 3    think you made a good point.  We're not

 4    accomplishing anything here.

 5            MS. WEAVER:  Right.                         02:03:48

 6            SPECIAL MASTER GARRIE:  I give 15

 7    minutes --

 8            MR. BLUME:  Right.

 9            SPECIAL MASTER GARRIE:  -- back to

10    plaintiffs here because this was at my request.    02:03:50

11            I was just trying to see if we could

12    avoid the downstream issue that looks inevitable,

13    to come.  So we will -- we will put a pin in it and

14    I will -- we will -- we will figure if it is

15    appropriate or whether it was or was not, or so on  02:04:06

16    and so forth.

17            I was hoping it would be resolved herein,

18    but it does not seem foreseeable.

19            MR. BLUME:  Well, not -- yeah.

20            SPECIAL MASTER GARRIE:  I understand,       02:04:15

21    Counsel Blume, your position.  I fully get it.  I

22    understand, Counsel Weaver, your position.  I

23    realize there's a fundamental issue there that will

24    not be resolved during this break.

25            So everybody should go get lunch, and we    02:04:25
```

Page 156

```
 1    will resume -- I was duly hopeful that I was          02:04:26

 2    misreading what I thought, but it is fine --

 3              MR. BLUME:  Well, welcome your -- this

 4    question, as you --

 5              SPECIAL MASTER GARRIE:  I mean, I thought    02:04:42

 6    that -- you know, fair enough.  I think there's

 7    just a -- so you can take a break.  Everybody get

 8    lunch.  And we'll put a pin in it and we'll resume.

 9              MS. WEAVER:  Okay.  When do we want to

10    get -- come back?                                      02:04:50

11              MS. LAUFENBERG:  We're still on the

12    record, by the way.

13              THE COURT REPORTER:  Can we go off?

14              THE VIDEOGRAPHER:  Sure.  We're off the

15    record.  It's 2:05 p.m.                                02:05:01

16              (Recess taken.)

17              THE VIDEOGRAPHER:  We're back on the

18    record.  It's 2:55 p.m.

19         Q.   (By Ms. Weaver)  Hello, Mr. Clark.

20              Did you have a good lunch?                   02:55:21

21         A.   I did.

22         Q.   Okay.  You know that you're still under

23    oath, right?

24         A.   That is correct.

25         Q.   Okay.  I'd like to ask you to just turn      02:55:29
```

Page 157

```
 1    back to Exhibit 81 [sic].  We never quite got done        02:55:32

 2    with it.

 3             And for record, that's the 11-30-2011

 4    "Data/DeletionDeletedData" internal Wiki.

 5        A.   I don't have -- oh, 342?                          02:55:49

 6             MS. WEAVER:  I'm sorry.  342, yes.

 7             What did I say?

 8             THE DEPONENT:  81.  That's okay.

 9             MS. WEAVER:  Apologies.

10        Q.   (By Ms. Weaver)  And I'll direct your            02:56:01

11    attention to the section here discussing

12    "Anonymization," where it says -- we had just

13    ████████████████████████████████████████████

      ██  ████████████████████

15             Do you recall that?                              02:56:35

16        A.   I see the paragraph.

17        Q.   Yeah.

18             It's the paragraph where it identified

19    ████████████████████████████████████████████

20    right?                                                    02:56:50

21        A.   Yup.  Yes.

22        Q.   Okay.  And now look at the second

23    paragraph there.

24                 ███████████████████████████

      ██  ██████████████████████████████████████████     02:56:57
```

Page 158



10          Do you have an understanding of the          02:57:33

11   concept that even with some anonymization, content

12   of data can still identify a user?

13          MR. BLUME:  Objection.  Form.

14          THE DEPONENT:  Can you ask that question

15   one more time.  I was reading.                        02:57:55

16      Q.   (By Ms. Weaver)  Sure.  No problem.

17          Do you have an understanding of what this

18   paragraph is talking about, the sentences that I

19   just read?

20          MR. BLUME:  Objection.  Form.  And scope.     02:58:02

21          THE DEPONENT:  I do have an understanding

22   ████████████████████████████████████████████████████

23   the examples in here.  And the complexity in making

24   sure that that UII that's deleted is complete and

25   that there still isn't the ability to identify.       02:58:21

Page 159

1      Q.   (By Ms. Weaver)   "There still isn't the        02:58:27

2    ability to identify"; is that what you said?

3      A.   That -- that UII has been wiped.

4      Q.   Okay.

5      A.   That is -- that is what I said.              02:58:34

6      Q.   And earlier, when we looked at

7    Exhibit 348, you said that you would like to have

8    seen the document at the hyperlink redirect the

9    privacy UII definition; is that right?

10     A.   That is correct, because that is what it        02:58:56

11   actually says what is UII on that page.

12          MS. WEAVER:   Okay.   And I'll let counsel

13   know, we've looked for this document and been

14   unable to find it.   So if you have it, we'd

15   appreciate you producing it so that we can complete     02:59:06

16   testimony about that topic.

17          MR. BLUME:   Duly noted.

18     Q.   (By Ms. Weaver)   Looking a little lower,

19   ███████████████████████████████████████

██         ███████████████████████████████          02:59:21

21     A.   I do see that.

22         ██   ████████████████████████████

23          Do you see that?

24     A.   I do see that.

25     Q.   And that's referring to user-generated       02:59:33

Page 160

```
 1    content, correct?                                    02:59:35

 2         A.   UGC means or -- or is an acronym for

 3    user-generated content, correct.

 4         Q.   And -- and what is that again?

 5         A.   That was content generated by the user.    02:59:48

 6    So that -- that might have been information that

 7    they typed in the field.  That might have been the

 8    post.  A broadly user-generated content might

 9    include a photo or video as well.

10         Q.   Okay.  So why don't we turn to the second  03:00:03

11    page of the document.

12         A.   Okay.

13         Q.   And I'll just point to the bottom there

14
```



```
                                                          03:00:52
```

1 ██████████████████████████████      ████████

2 █ ████████████████  ████████████████

3 █ ████████████████████

4          Do you see that?

5      A.   I do see that.                          03:01:04

6      Q.   What does identity refer to in that

7 paragraph?

8          MR. BLUME:  Objection.  Form.  And scope.

9          THE DEPONENT:  I -- I think this

10 document, as I mentioned earlier, is clearly the    03:01:14

11 editorial and writing of an individual engineer and

12 not necessarily a policy.

13          So when they say "identity," I -- I don't

14 know that I can necessarily interpret what that

15 engineer meant.                                     03:01:28

16      Q.   (By Ms. Weaver)  What does identity

17 mean -- mean at Facebook?

18          MR. BLUME:  Objection.  Form.  And scope.

19          THE DEPONENT:  I didn't -- I didn't

20 specifically prepare something for that, but I --   03:01:46

21 I -- the -- in general, from just my own personal

22 experience, the -- the term "identity" is,

23 you know, those things that can be -- I --

24 you know, it's the combination of the things that

25 identify back to me or -- or tie back to me.        03:02:04

                                            Page 162

```
 1              MS. WEAVER:   Okay.  I'll mark tab 58,          03:02:08

 2      please.

 3              (Exhibit 351 was marked for

 4      identification by the court reporter and is

 5      attached hereto.)                                       03:02:22

 6              MS. WEAVER:  And for the record, while

 7      we're waiting for it, Exhibit 351 is

 8      Bates number FB-CA-MDL-01952478.  And on the top it

 9      says "Privacy Eng."

10         Q.   (By Ms. Weaver)  And let me know when you       03:03:00

11      have Exhibit 351.

12         A.   Okay.  I do not yet.

13              It just came through.

14         Q.   Great.  Thank you.

15         A.   Waiting for it to load.                         03:03:40

16              I have it.

17         Q.   And let me know when you've had a chance

18      to look at it.

19         A.   Still reading through it.

20         Q.   That's okay.                                    03:05:09

21              Did -- have you seen this document before

22      today?

23         A.   I believe I saw this document before

24      today.

25              MS. WEAVER:  And for the record, this is        03:05:18
```

```
 1    a document that we identified in our email to        03:05:22

 2    counsel.

 3           THE DEPONENT:  Yeah.  That is where I

 4    would have seen it.

 5           Okay.                                          03:05:29

 6       Q.   (By Ms. Weaver)  What is Exhibit 351?

 7       A.   It appears to be a work chat or workplace

 8    communication.

 9           I can't -- I can't tell.  There's no

10    context between Ethan Raymond and Scott Renfro and   03:05:58

11    John Biesnecker.

12       Q.   Who is Ethan Raymond?

13       A.   I don't know.

14       Q.   Okay.  And, in general, what I'm focusing

15    on in this document and relates just to definition   03:06:23

16    of user identifiable information.

17           And the first question is, Ethan Raymond

18    apparently is raising questions about what UII is.

19    And do you see where he cites a couple internal Web

20    links there.                                         03:06:43

21           Right in the very top of the page,

22    ██████████████████████████

██    ██████████████████████████████████████████████

██    ████████████████████████████████████

25           Do you see that?                              03:06:55
```

1    ████████  ██████████████████████                    03:07:01

2         Q.   Yes.

3         A.   I do see that link, yes.

4         Q.   Yes.

5              ████████████████████████        █████████

██  ████████  ██████████████████████████

██  ████████████████████████████████████

██  ██████████████████████████████████████████

██  ████████████  █████████████████████████████████

██  ████████████████████████████        █████████

██            █████████████████

12        Q.   So -- I'm sorry.

13   ████████  ████████████████████████████████████

██  ████████████████████████████████████████

██  ████████  ██████████████████████        █████████

██  ████████  ████████████████████████████

17        Q.   And do you know --

18        A.   The pieces --

19        Q.   I'm sorry.  I just can't -- I can't tell

20   when you're done speaking.  I apologize.  I'm not    03:07:48

21   trying to interrupt you.

22        A.   A piece -- it's a -- it's a -- it's a

23   ██████████████████████████████████████████████████████

██  ██████████████

25        Q.   And when did it first come into use?       03:08:01

                                                    Page 165

1          A.   I know that it's been around a while.  I          03:08:10

2     don't remember exactly when that tool started.  I

3     ███████████████████████████████████████████████

4          Q.   Yes.

5               And were you just looking for that answer       03:08:23

6     in another document in front of you?

7          A.   I was double-checking my notes from

8     earlier this morning to see if I had made note of

9     that.

10         Q.   I see.  Okay.                                   03:08:32

11              And what do you -- well, strike that.

12              ███████████████████████████████████████

13   █ ██████████████████████████████

14              MR. BLUME:  Objection.  Form.  And scope.

15              THE DEPONENT:  Well, as I'm reading this        03:08:47

16   ███████████████████████████████████████████████

17   █ ████████████████████████████████████

18   █ ██████████ █████████████████████████████

19    this document, these were separate examples where a

20    question was asked, do we have a standard and         03:09:11

21    comprehensive definition of exactly what PII is at

22    Facebook.  I've looked at the following links which

23    give general definition of examples of PII.

24              ████████████████████████████████████

25   █ ████████████████ ████████████████████         03:09:25

                                          Page 166



```
 1    ████████████████                                    03:09:29

 2         Q.   (By Ms. Weaver)  I understand.

 3         But apparently there was a document

 4    ████████████████████████████████████████████

 5    ████████████████████████████████████████           03:09:47

 6         MR. BLUME:  Objection.  Form.  And scope.

 7         THE DEPONENT:  Once again, if I -- if I

 8    look to the document, as this is written -- and I

 9    want to make sure maybe that we're reading the same

10    thing.                                               03:09:57

11         At the -- towards the bottom of what

12    looks like a paragraph break, there is -- it says

13    ████████████████████████████████████████████

14    ██████████████████████████████████████

15    ████████████████████████████████████  ████    ██████████

16    ██████████████████████████████████████

17    ████████████████████████████████████████████

18    ██████████████████

19         Q.   (By Ms. Weaver)  Right.

20    ██  ██████████████████████████████████    ██████████

21    ██████████████████████████  ██████████████████████

22    ████████████████████████████████████████████

23    ████████████████████████████████████

24         And then I see a third star, which would

25    ████████████████████████████████████████████        03:10:36

                                                          Page 167
```

1   ███████████████████████████████████         03:10:40

2   They're --

3        Q.   Right.  I understand.

4             And right before that third star, do you

5   █████████████████████████                    03:10:50

6        A.   I do.  I see that as part of the URL.

7        Q.   Right.

8        █   █████████████████████

    █ ████████████

    █ ████████████████████████████   ██████████

    █ ████████████████████████

    █ ████████████████████████

    █ █████████   ██████████████████

    █ ████████████

15       Q.   Understood.                         03:11:27

16            That's exactly what I was trying to lay

17   out.

18             █████████████████████

    █ █████████████████████████████

20   right?                                       03:11:38

21       A.   Those are entirely separate bullets.

22   █████████████████████

23       Q.   Got it.  Okay.  Great.  Moving on.

24            A little bit lower, do you see --

25       A.   Yeah.                               03:11:49

                                        Page 168

1      Q.   -- where Scott Renfro wrote we --          03:11:49

2      ████████████████████████████████████

▮      ██████████████████████████

4      A.   Yeah.

5      ▮   ████████████████████████          ██████████

▮      ████████████████████████████

▮      ████████████████████████████

▮      ██████████████████████████████

▮      ████████████████████████████

10          I switched those sentences around, but    03:12:17

11   you see them, right?

12      A.   I do see them.

13   ▮   ██████   ████████████████████████

▮   ████████████████████████████

▮   ████████████████████████████          ██████████

▮   ████████████████████████████

▮   ████████████████████████

18      A.   I do see that.

19      Q.   Do you agree with that?

20          MR. BLUME:  Objection.  Form.  Scope.       03:12:47

21          THE DEPONENT:  I -- I do.  And I actually

22   think this is -- I do want to -- I do want to call

23   out something specific in that sentence as well.

24   Because I think while we were talking about cookies

25   before the break, one of the things that's really    03:12:58

1    important in the distinction here, that I did          03:13:01

2    prepare for, are how cookie values are handled by

3    the deletion process.

4          We don't store the cookies themselves.

5    Cookies only exist on a Web browser.  Whereas, the      03:13:11

6    cookie values themselves, like when a -- like the

7    datr cookie contains a set of information.

8          One of the pieces of information in there

9    would be the datr key itself, which I talked about

10   from my own personal experience.  But in my            03:13:30

11   preparation, when that key is stored and it is

12   something that is potentially user identifiable,

13   the handling of that would be UII as stated here.

14   So this is consistent with my understanding.

15        Q.   (By Ms. Weaver)  Okay.  And just to          03:13:45

16   clarify the record, is it your understanding that

17   ███████████████████████████████

     ██████████████████████████████████

     ██████████████████████████████████

     ████████████████████████████        ██████████

     ████████

22        A.   Yeah.  The important qualification there

23   being that "may identify someone."

24        Q.   Okay.  Great.

25          And then do you see a little lower,            03:14:13

Page 170

1    there's another message from Mr. Renfro at      03:14:18

2    7:42 a.m., and he says -- I'm sorry, at

3    1:28 p.m. -- it's very -- down at the bottom.

4    ████████████████████████

5    ██████ ███████████████████████      03:14:39

6          Do you see that?

7    A.   I do see that.

8    ██ ████████████

9          MR. BLUME:  Objection.  Form.

10   Q.   (By Ms. Weaver)  You know, if you need to    03:15:17

11   read it, I can -- I -- I could try to sort of jump

12   ahead, but I can go back.

13   A.   Yeah, I'm -- I'm -- I'm --

14   Q.   That's fine.

15   A.   -- reading the rest of the context, so...   03:15:23

16   Q.   Yeah.  Let me read it to you.

17         So at 7:42 a.m. Scott Renfro writes

18   █████████████████████████████

19   ███████████████████████

20   ██████████████████████████     ██████

21   ████████

22         Do you see that?

23   A.   Yeah.  I'm -- I am reading further up in

24   the document to make sure I've got the right

25   context for how this is being referred to.    03:15:44

Page 171

1      Q.   Excellent.                                    03:15:46

2           And so the question, when you're ready,

3      ████████████████████

4           MR. BLUME:  Objection.  Scope.  Form.

5      And scope.  I'm sorry.                              03:16:12

6           THE DEPONENT:  Yeah.  My understanding of

7      ████████████████████████████████

       ████████████████   ████████████████████████

       ██████████████████   ████████████████████

       ████████████████████████████████           03:17:39

11          How they are referring to it in this

12     context, I am unfortunately not familiar with.

13     Q.   (By Ms. Weaver)  Did you discuss this

14     with Mr. Renfro in preparation for your deposition?

15     A.   We did not --                                 03:17:50

16          (Court Reporter initiates discussion off

17     the stenographic record.)

18          THE COURT REPORTER:  John, can you go off

19     the record?

20          THE VIDEOGRAPHER:  Yeah.                       03:18:11

21          We're off the record 3:18 p.m.

22          (Recess taken.)

23          THE VIDEOGRAPHER:  Okay.  Back on the

24     record.  It's 3:19 p.m.

25     Q.   (By Ms. Weaver)  Great.                        03:19:23

                                              Page 172



```
1              And so looking a little bit lower back to        03:19:25

2     Mr. Renfro was writing at -- July 10th, at

3     1:28 p.m.

4

5

6

7

8

9

10

11

12              Do you see that?

13        A.   I do see that sentence or paragraph.

14        Q.

15              MR. BLUME:  Objection.  Form.  And scope.    03:20:10

16              THE DEPONENT:  Based -- based on this

17     paragraph, PII, as Scott had mentioned prior in

18     this document -- Mr. Renfro -- has a variety of

19     definitions.

20

21

22

23

24

25        Q.   (By Ms. Weaver)  Great.               03:21:01

                                                     Page 173
```

1            And so looking at Exhibit 340, the "User      03:21:01

2   Data Deletion Policy," when it refers to user data,

3   we unfortunately have not been produced the

4   document at the hyperlink to user data in

5   Exhibit 340, and we just received this document --   03:21:14

6   I think they were loaded Saturday morning.

7            But for the -- what is your definition of

8   user data, as used in this policy?

9       A.   As used in this policy, I would expect it

10  to include all user-generated content and user       03:21:42

11  identifiable information.

12      Q.   Does it include user identifiers as well?

13      A.   As -- as I -- as I just said, it would

14  include user-generated content and user

15  identifiable information.  And the -- the term       03:21:57

16  "user identifiable information" implies that the --

17  that the information itself could be used as

18  identifiable to an individual.

19      Q.   Right.

20           And just to be specific, and to be clear,   03:22:15

21  ███████████████████████████████████████████

    ███████████████████████████████████████████

23      A.   There is only one canonical user

24  identifier that matters and that's the user ID,

25  FBID, UID that -- the same single user identifier    03:22:38

                                            Page 174



1      is the one that matters most.                              03:22:44

2             And I couldn't answer the question

3      identifiers just previously in -- in -- as that

4      is -- that is too generic use of the term.

5

11        Q.   Is it user data?

12             MR. BLUME:  Objection.  Form.

13             THE DEPONENT:  Can you ask a complete

14     question.  I want to make sure I understood the

15     question you're asking.                                     03:23:37

16        Q.   (By Ms. Weaver)  Are the actual

17     identifiers we just discussed, user data, do they

18     fall within your definition of user data?

19        A.   We just discussed two.  So I want to make

20     sure I'm answering the right ones.                          03:23:51

21

03:23:14

03:24:13

Page 175



1      ████  ████████████████████████████      ███████

2      ██████████████████████████████████

3      █████████████████████████

4           Q.   Is the SID -- well, it's user data and

5      UII?                                            03:24:40

6                MR. BLUME:  Objection.  Form.

7                     ███████  ████████████████

8      █████████████████████  █████████████████

9      ████████████████████████████████

10     ██████████████████                            03:25:13

11          Q.   (By Ms. Weaver)  And is the ASID, UII or

12     user data?

13           ██   ████████████████  ████████████

       ██████████████████████████████████

       ████████████████████████████████     ███████

       ██████████████████████████████████

       ██████████████████████████████████

       █████████████████████████████

       ███████████████████████████

       ██████████████████████  ████████     ███████

       ████████████████████████████████

       ████████████████████████

       ████████████████████████████  ███████

       ████████████████████████

       ██████████████████████████  ████████    03:26:11

                                               Page 176



```
 1

                Q.   So -- I'm sorry.

14

                Q.   Is the ASID still in use?

20              A.   The ASID is still in use --              03:27:20

21              Q.   And when was it --

22              A.   -- to best of my knowledge.

23              Q.   And when was it first used?

24                   MR. BLUME:  Objection.  Form.

25                   THE DEPONENT:  As I didn't prepare for   03:27:36
```

Page 177

```
1    the third-party application as much, but rather,        03:27:37

2    the use of those identifiers in deletion, I don't

3    know that I prepared for that date.  But I'm

4    double-checking in my notes.

5            (Exhibit 352 was marked for                     03:27:46

6    identification by the court reporter and is

7    attached hereto.)

8            MS. WEAVER:  And while you're checking,

9    we have marked as Exhibit 352, a document your

10   counsel produced to us and said you would be           03:27:54

11   prepared to discuss today.

12           It's bearing Bates number ADVANCE-META-8

13   through -9, and the title is "App-Scoped ID (ASID)

14   Conversions."

15           THE DEPONENT:  I see that that document         03:28:16

16   is loaded now.

17       Q.   (By Ms. Weaver)  Do you know when the

18   ASID was first used at Facebook?

19       A.   I'm still reading the document.

20       Q.   I'm just -- before you're looking at the      03:28:29

21   document, I'm just asking, do you know when the

22   ASID was first used at Facebook?

23       A.   I do not know when it was first used at

24   Facebook.

25       Q.   And if you were going to find out, how        03:28:38
```

1    would you find out?                                    03:28:40

2         A.   I would look to -- the -- the source of

3    record would be the code -- the code associated

4    with app source, app-scoped IDs.

5         Q.   It's knowable, though, right?               03:29:07

6              MR. BLUME:  Objection.  Form.

7              THE DEPONENT:  It should be.

8         Q.   (By Ms. Weaver)  Okay.

9         A.   It should be.

10        Q.   Take a moment and let me know when you've   03:29:13

11   had a moment to look at Exhibit 352.

12        A.   Okay.

13        Q.   Did you review this document in

14   preparation for your deposition?

15        A.   I did.                                       03:30:25

16        Q.   And what is it?

17        A.   It is a Wiki page titled "App-Scoped ID

18   (ASID) Conversions."  It's Revision 24784904 in the

19   Wiki.

20        Q.   Okay.  And do you see where it says         03:30:57

21   ████████████████████████████

     ████████████████   ███████████████████

     ████████████████████████████████████

     ███████████████████████

25             Do you see that?                            03:31:09

```
1        A.   I do.                                      03:31:13

2        Q.   And underneath that in a bullet point it

3   ██████████████████   ██████████████████████████

    █   ████████████████

5             Do you see that?                           03:31:21

6        A.   I do see that.

7        Q.   What is -- what is SEV?

8        A.   That is a SEV.

9        Q.   And what does it stand for?

10       A.   It is -- it -- it is its own noun at       03:31:33

11  Facebook.  And a SEV is an incident with some

12  level of -- there is a -- it is a -- it's -- it's

13  our system for tracking things that need to be

14  fixed, and a scale of prioritization attached to

15  it.                                                  03:31:57

16       Q.   Okay.  And looking a little lower, do you

17  ██████████████████   ████████████████████████████

    █  ██████████████████████████████████████████████

    █   ███████████████████████████████████████

20            Do you see that?                           03:32:17

21       A.   I do see that.

22       Q.   And that's why ASIDs were created; is

23  that right?

24       A.   That is my understanding, yes.

25      ███   █████████████████████████████████        03:32:25
```

Page 180



```
1
3          Do you see that?
4     A.   I do see that.
5     Q.   And is that true?                              03:32:38
6     A.   That is -- that is true.
7     Q.   Okay.  And a little lower it says
8
18         Do you see that?
19    A.   I do see that.
20    Q.   And is that true?                              03:33:19
21    A.   Is -- I -- the words that you read are --
22  are on the page, that is true.
23         I think what is -- I -- can you tell me
24  what you're asking?
25    Q.   Yeah.                                          03:33:36
```

Page 181

```
 1              Is it true that if apps started sharing      03:33:36

 2     data with each other, developers could start

 3     sharing and compiling data, which would violate

 4     users' privacy, and remove dependence on Facebook

 5     Growth and Ads, if developers just circumvent them?   03:33:47

 6         A.   Yeah.

 7              What I -- what I read this as is a

 8     theoretical explanation of how this could be

 9     exploited if somebody were to do this kind of

10     mapping, and to reinforce the importance of why      03:34:02

11     this happens.

12              This is consistent when -- this is the

13     type of example that's written in regularly in

14     security documentation and other things so that

15     there is an understanding of what could be           03:34:17

16     exploited.  So that people have an understanding of

17     what they're trying to build defenses against when

18     they're -- when they're building tools and

19     safeguards.

20         Q.   Okay.  And looking at the last page and      03:34:29

21     the last paragraph, do you see there's a sentence

22     in bold?

23         A.   I do see that sentence in bold.

24         Q.   Could you read it, please.

25         A.   Sure.                                        03:34:50
```

Veritext Legal Solutions
866 299-5127

```
 1            I'd like to read it in context.          03:34:50

 2            ████████████████████████████

        ██████████  ████████████████████████████

        ████████████████████████████████████

        ██████████████████  ██████████████       ██████████

        ████████████████████████████

        ████████████████████████████

        ██████████████████████████

        ████████████

10            THE COURT REPORTER:  Hold on.  Hold on.     03:35:09

11            THE DEPONENT:  "At this point" --

12            THE COURT REPORTER:  You're going to have

13       to read slower, please.

14            THE DEPONENT:  Oh.

15            THE COURT REPORTER:  You need to read       03:35:17

16       slower.

17            THE DEPONENT:  Apologies.  I can start

18       over.

19            THE COURT REPORTER:  No need.  Just

20       please read slower.                              03:35:20

21            THE DEPONENT:  Okay.

22            ████████████████████████████

        ████████████████████████████████████

        ████████████████████████████████████

        ██████████████████████████                  03:35:42

                                               Page 183
```



1

03:35:58

6      Q.   (By Ms. Weaver)  And do you have an

7  understanding as to why ASIDs were created in the

8  first place?

9

03:37:00

21      (Exhibit 354 was marked for

22  identification by the court reporter and is

23  attached hereto.)

24      MS. WEAVER:  We'll go ahead and mark

25  Exhibit 302 -- oh, strike that.  Actually, tab 31.  03:37:18

Page 184

```
 1              And for the record, it's a rather large        03:37:38
 2      file.
 3              Tab 31 bears the
 4      Bates numbers PwC_CPUP_FB00020372 through -381.
 5              And I'm only going to ask you questions        03:37:53
 6      about some specific pages.
 7         A.   Okay.
 8              What is the exhibit number again?
 9         Q.   I believe it will be 354.
10              But, again, it's large, so it's probably       03:38:32
11      taking a moment.
12         A.   There it is.
13              I know this is on the record.  It's
14      really hard when the mouse scroll goes the opposite
15      direction you're used to.  Just have to, for the       03:39:35
16      record, say that.
17         Q.   Are you left-handed or is it --
18         A.   I'm -- I'm usually left-handed, but it's
19      like when you scroll up, it goes down and in the
20      opposite --                                            03:39:46
21         Q.   Oh, yeah.  Let's get it --
22         A.   I do have it open now.
23         Q.   Great.
24              So you can flip through it.
25              The first question is, what is              03:39:55
```

Page 185

```
 1    Exhibit 354?                                    03:39:56

 2           And I'll tell you, I'm going to ask

 3    you -- well, let me know when you're ready.

 4        A.   Okay.

 5           In answering the question of what this    03:42:05

 6    is, it is an email from Spencer Kindt to

 7    Louis C. Larrus.  Spencer Kindt from Facebook,

 8    Louis C. Larrus of PwC, dated 10/9/2013.

 9           And I don't know whether the right phrase

10    would be montage or potpourri of code samples,    03:42:33

11    screenshots, emails, user ID, examples from a

12    cvikram.  Content that was in a Box folder and the

13    PDF containing all the contents of that folder.

14        Q.   Okay.  And so is it fair to say that code

15    begins on or around page -1260 -- the page ending    03:43:01

16    at -1260 in the document?

17           MR. BLUME:  Objection.  Form.

18           THE DEPONENT:  It depends on your

19    definition of code.  There's a -- there's some code

20    on page 12 and 13.                                   03:43:23

21        Q.   (By Ms. Weaver)  When you say 12 and 13,

22    would you mind using the Bates number?

23        A.   Oh, I apologize.

24        Q.   No problem.

25        A.   I'm using the page number.                  03:43:34
```

                                                        Page 186

```
 1        Q.    Yeah.                                        03:43:36

 2        A.    There is a chronscript on

 3   Bates page -21261.

 4        Q.    Great.

 5        A.    And then actual page v code starting on      03:43:46

 6   -21262.

 7        Q.    What's a chronscript?

 8        A.    It's a script that runs on a -- on a

 9   regular basis with a schedule.  And so it's -- it's

10   a -- it's a scheduling tool for scheduling jobs.       03:44:05

11        ██  █  ████████████████████████

12             MR. BLUME:  Objection.  Form.

13             THE DEPONENT:  What I'm looking at on

14   ██████████████████████████  █████████████

██   ███████████████████████████████████████████          03:44:28

16   that page.  That was scheduled to run at 5 after

17   2:00 a.m., 8:00 a.m., 2:00 p.m. and 8:00 p.m. every

18   day.

19        Q.    (By Ms. Weaver)  Understood.

20                    ██████████████████████            03:44:46

21   chronscript but runs routinely, or how does it run?

22        ██  ██████████████████████████

██   ███████████████████████████████████████

██   ███████████████████████████████████████

██   ███████████████████████████████████████          03:45:01
```

Page 187

1 ████████████████████████████     ███████

2 ████████████████████████████████

3      Q.   Okay.  And how are they scheduled now?

4      A.   I didn't specifically prepare for that.

5           But just -- it's -- we have more modern      03:45:17

6 tools that -- as -- as opposed to chronscripts that

7 ran in this way.  So that we can monitor when they

8 start, that they start, validate that they start

9 and -- and get completions.

10          I just don't remember the name of the       03:45:29

11 tool that's built for that.

12     Q.   Thank you.

13          And you said then code begins at

14 page -262; is that right?

15     A.   That is correct.                            03:45:39

16     Q.   And what's your understanding of why code

17 was being provided to PwC here?

18          MR. BLUME:  Objection.  Form.  Beyond the

19 scope.

20          THE DEPONENT:  I -- I don't see any         03:45:51

21 context on -- the only context I see in the email

22 is "Here's the latest stuff from Box."

23     Q.   (By Ms. Weaver)  Okay.  And are you

24 prepared to discuss today how data is associated

25 with users through pixels?                           03:46:10

                                              Page 188

```
 1            MR. BLUME:  Objection.  Form.          03:46:19

 2            THE DEPONENT:  Could you be more

 3    specific in -- in the question.

 4        Q.    (By Ms. Weaver)  I don't know how to be

 5    more specific.                                 03:46:28

 6        A.    Okay.

 7        Q.    The topic identified was -- included

 8    Facebook's processes of association of user data

 9    and information, and I had expressly emailed about

10    pixels.                                        03:46:41

11            Are you prepared to talk about how pixels

12    function?

13        A.    Do you have -- if you've got a specific

14    question, I can let you know if I'm prepared for

15    that or not.  I believe I'm prepared, but...    03:46:54

16        Q.    Sure.

17            Turn to the Bates number ending in

18    -303 -- I'm sorry.  -305.

19        A.    I'm at -305.

20            I will quickly read this.               03:47:42

21        Q.    Sure.

22        A.    Okay.  I've read this page, which appears

23    to be a proposal to the privacy XFN board.

24
                                                      03:49:25
                                             Page 189
```

1 ████████████                                    ████████

2 ████                  ██    ████████████████████████████

3 this document?

4        A.   I'm not.

5        Q.   Okay.                                          03:49:35

6        A.   I have not come across that.  I -- I also

7 don't know if this was adopted or not, as this was

8 a proposal.

9        Q.   Okay.  Why don't we turn to the page

10 ending at -307.                                            03:49:49

11       A.   Okay.

12            Okay.

13       Q.   Do you need a second to review it?

14       A.   I'm reviewing it right now.

15       Q.   Are you familiar with the process of           03:50:33

16 ████████████████████████████████████████████

17 ████    ████████████████

18       A.   I am in personal experience.

19       Q.   And what do you know about it?

20       A.   I know that we've -- for -- how I'm            03:51:02

21 familiar with it is how we've integrated in the

22 past for types of privacy safe matching similar to

23 what's proposed here is -- is -- is what's been my

24 experience and what I'm familiar with it around it.

25 ████    ████    ████████████████                          03:51:33

Page 190

| | |
|---|---|
| 1 | ████████████████████████████████ | 03:51:38 |
| 2 | ██████████ |
| 3 | A.   I do not know. |
| 4 | MR. BLUME:  Objection.  Objection.  Form. |
| 5 | Q.   (By Ms. Weaver)  Do you know if it's | 03:51:45 |
| 6 | still going on? |
| 7 | MR. BLUME:  Objection.  Form.  Scope. |
| 8 | THE DEPONENT:  I do not know. |
| 9 | Q.   (By Ms. Weaver)  When data was received |
| 10 | from data brokers and then matched to Facebook | 03:51:58 |
| 11 | data, where did that data go and how -- and is it |
| 12 | part of the deletion process? |
| 13 | MR. BLUME:  Objection.  Form. |
| 14 | THE DEPONENT:  Third-party data for the |
| 15 | deletion process has its -- has its own retention | 03:52:24 |
| 16 | policy.  It's also stored in a way that it |
| 17 | itself is not directly identifiable but can only be |
| 18 | matched with a series of hashes.  And so it, |
| 19 | itself, by itself, is not user identifiable, as |
| 20 | it's stored, hashed in ways similar to what is | 03:52:48 |
| 21 | described in this example. |
| 22 | It would require there to be an exact UII |
| 23 | that has been hashed to see if it matches with the |
| 24 | existing hashed storage. |
| 25 | Q.   (By Ms. Weaver)  And is that data then | 03:53:08 |

Page 191

| | |
|---|---|
| 1 | associated with a specific user in a way such that | 03:53:11 |
| 2 | if it were -- well -- is hash -- no, strike that. |
| 3 | Is matched data re-associated with |
| 4 | Facebook users through pseudonymize -- |
| 5 | pseudonymized identifiers at some point? | 03:53:30 |
| 6 | MR. BLUME:  Objection.  Form.  And scope. |
| 7 | THE DEPONENT:  The -- and just speaking |
| 8 | from personal experience on that, the -- and to |
| 9 | walk through and give a synthetic example of what a |
| 10 | hash is, to help explain that, because I don't | 03:54:02 |
| 11 | think I can answer that question -- and maybe you |
| 12 | can ask it slightly different after I explain how a |
| 13 | hash works. |
| 14 | If my name is Mike and I hash that, that |
| 15 | hash might end up with 7654321 as the number that | 03:54:15 |
| 16 | represents what Mike was.  That 7654321 is what |
| 17 | would be stored.  It is not UII.  It's not |
| 18 | identifiable. |
| 19 | If I wanted to match, to see if something |
| 20 | matched for Mike, I wouldn't be able to attach Mike | 03:54:40 |
| 21 | and say that.  I would need to generate a hash and |
| 22 | then see if the hashes match. |
| 23 | And so as 7654321 is not user |
| 24 | identifiable, it wouldn't -- there -- there -- |
| 25 | it -- it wouldn't -- it would fall under natural | 03:54:59 |

Page 192

```
 1    del- -- or retention policies, but would be stored        03:55:03

 2    in that context -- or in -- in its form.  And there

 3    wouldn't be a need to de-identify it, as it's not

 4    user identifiable information in the hash itself.

 5            And so could you clarify the question you          03:55:19

 6    were asking?

 7        Q.   (By Ms. Weaver)  Is that data then, at

 8    some point, later re-associated with Facebook

 9    users?

10            MR. BLUME:  Objection.  Form.                      03:55:43

11            THE DEPONENT:  In this third-party data

12    example, we wouldn't have the salt or the key to

13    unlock the hashes.  We would only be able to match

14    if we had that same data and put it in a similar

15    hash to then see if it matched.  And so             03:56:05

16    prohibitively by itself there isn't re-association

17    on data itself in that form because we don't

18    possess the key to it in the scenario that's --

19    that's on the document in front of me.

20        Q.   (By Ms. Weaver)  Setting aside what's in   03:56:23

21    the document in front of you, do you know if

22    Facebook, at any point, acquired the key to be able

23    to re-identify such data back to Facebook users?

24            MR. BLUME:  Objection.  Form.  And scope.

25            THE DEPONENT:  I'm not aware.              03:56:41
```

Page 193

```
 1              MS. WEAVER:  Okay.  Let's mark           03:56:45

 2    Exhibit 302 [sic].  And actually -- actually, while

 3    that's loading, mark tab 88.

 4              (Exhibit 355 was marked for

 5    identification by the court reporter and is        03:57:20

 6    attached hereto.)

 7              MS. WEAVER:  Sorry, Josh.  I hit you with

 8    two at once.

 9              THE DEPONENT:  While those are loading,

10    may I take a few-minute break?                     03:57:37

11              MS. WEAVER:  Yes.  Why don't we go off

12    the record.

13              THE VIDEOGRAPHER:  Okay.  We're off the

14    record.  It's 3:57 p.m.

15              (Recess taken.)                          03:58:01

16              THE VIDEOGRAPHER:  Okay.  We're back on

17    the record.  It's 4:14 p.m.

18        Q.   (By Ms. Weaver)  In -- Mr. Clark, you

19    understand you're still under oath, correct?

20        A.   Yes, I do.  Yes.                          04:14:55

21              MS. WEAVER:  In your absence, we marked

22    Exhibit 356.

23              (Exhibit 356 was marked for

24    identification by the court reporter and is

25    attached hereto.)                                  04:15:01
```

Page 194

```
1              MS. WEAVER:  And for the record, it bears        04:15:03

2   Bates numbers ADVANCE-META-23 to -25, and reads

3   ███████████████████████████████

4              THE DEPONENT:  Okay.

5       Q.   (By Ms. Weaver)  What is Exhibit 356?            04:15:16

6       A.   356 is a Wiki page from the internal

7   ████████████████████████████████████████████████

    █ ████████████████████████████  ███████████████

9   Revision No. 51885342.

10      Q.   And what is -- and what does the document         04:15:47

11  reflect, in general?

12      A.   It's talking about the -- as part of the

13  overall deletion framework, there -- the -- the --

14  just -- the workers of the deletion framework that

15  actually do the deletion, from a software               04:16:03

16  perspective, are called deleters.  And this walks

17  through -- talking through what deleters are and

18  examples of what those deleters are.

19      Q.   And do you see a reference to "recording

20  of restoration data" here?                              04:16:19

21           It's the second bullet.

22      A.   The second bullet under "What Do They

23  Do?"

24      Q.   Yes.

25      A.   Yes, I do.                                       04:16:37
```

Page 195



1       Q.    What is the recording of restoration        04:16:37

2    data?

21       Q.    Okay.  Got it.

22            And looking, just for a second, back at

04:17:41

04:18:01

Page 196



1

2

3          MR. BLUME:  Objection.  Form.

4          THE DEPONENT:  Could you -- could you ask

5   that one more time.  And I'm -- I'm -- I want to        04:18:20

6   make sure I understand it.

7

8

9

10                                                          04:18:37

11   try it again.

12

13

14

15                                                          04:18:59

16          MR. BLUME:  Objection.  Form.

17          THE DEPONENT:  Okay.  It -- that feels

18   like two questions because I want to make sure I

19   answer that.

20

21

22

23

24

25                                                          04:19:32

Page 197



04:21:22

Page 198



1                                                                    04:21:24

2        Q.   (By Ms. Weaver)  Okay.  I guess my

3   question was a little unclear.

4        At any point prior to the time the

5

6

7

8

9

10

11

12

13        Q.   Okay.  For the -- I'm going to ask some

14   ugly questions, and then I'll try to clean it up

15   later and try to communicate with you.            04:22:22

16        A.   Okay.

17        Q.   So what I'm trying to understand is --

18   yes, let's limit it to the anonymized data in Hive,

19

20

21

22

23

24        That's what I mean by perfect substitute.

25        Does that make sense?                          04:22:49

Page 199

1          MR. BLUME:  Objection.  Form.                    04:22:51

2          THE DEPONENT:  It -- I think it does.

3    And that scenario is intentionally -- like that

4    that's why the product is architected the way it

5    ███████████████████████████████████            ████████

     █  ███████  ████████████████████████████

     █  █████████████████████████████████████

     █  ██████████████████████

9          And so I -- the -- the scenario you're

10   talking about is not part of what's engineered.         04:23:24

11       Q.   (By Ms. Weaver)  Right.

12              ████████████████████████████████████

     █  ███████████████████████████████████████████

     █  ████████████████████████████████████

15   fair?                                              04:23:56

16          MR. BLUME:  Objection.  Form.

17          THE DEPONENT:  The -- that's more to --

18   to tear apart there.

19          The -- when you say "all data," could --

20       Q.   (By Ms. Weaver)  Assume I'm talking about    04:24:10

21   all the data --

22       A.   Could we be specific and maybe --

23       Q.   Sorry.

24          Assume I'm talking about all the data in

25   Hive, just for now, data warehouse.                04:24:16

                                              Page 200

```
 1        A.    Okay.   Then please ask the question          04:24:18

 2    again.

 3        Q.    Well, strike that.

 4              ████████████████████████████

 5              MR. BLUME:   Objection.  Form.               04:24:27

 6              ████████████    █████████████

       █  ████████████████████████████████

       █  ███████████████████████    ████████

       █  █████████████████████████████████████

       █  ████████████                         ████████

       █  █   ████    ████████████    ██████████████

12              MR. BLUME:   Objection.  Form.

13              ████████████    ██████████████

       █  █████████████████████████    ██████

       █  ██████████████████████████████    ████████

       █  █████████████████████████

17              MS. WEAVER:   Thank you.

18              █   ████████████    ██████████████

       █  █████████████████████████████████████

       █  █████████████████████████████    ████████

       █  █████████████████████████████████████

       █  ████████████████████

23              MR. BLUME:   Objection.  Form.

24              THE DEPONENT:   If by more difficult you

25    mean less efficient or technically feasible, it is     04:25:40
```

Page 201



          MS. WEAVER:  Okay.  Great.

          Thank you.

     /////                                    04:27:03

                                              Page 202

```
 1              (Exhibit 357 was marked for              04:27:03

 2     identification by the court reporter and is

 3     attached hereto.)

 4              (Exhibit 358 was marked for

 5     identification by the court reporter and is       04:27:03

 6     attached hereto.)

 7              MS. WEAVER:  Please take a look at

 8     Exhibits 357 and 358, which are actually associated

 9     with each other.

10              Exhibit -- for the record, Exhibit 357 is    04:27:14

11     the email and family associated with the native

12     file at Exhibit 358.

13              And for the record, these documents bear

14     Bates numbers FB-CA-MDL-03233363 through -65.

15              And Exhibit 358 is the native file.  And    04:27:42

16     we're not going to put up Exhibit 358 on the

17     screen, but it might be a little bit difficult for

18     to navigate.

19              Actually, if we can put it on the screen

20     that might be good.                                04:28:00

21              Josh, do you want to try it?  I know that

22     you're freezing.

23        Q.   (By Ms. Weaver)  And I guess you might

24     want to start with Exhibit 357, Mr. Clark.  And

25     I'll just ask you what is it, when you have a       04:28:30
```

Page 203

```
1    chance.                                    04:28:33

2         A.   Okay.

3              Apologies.  This is taking a while.

4    There's a lot of content here.

5         Q.   No problem.                      04:30:18

6         A.   All right. 357 appears to be an email

7    between Ayana Miller and Privacy PM, dated

8    September 9th, 2015, where Ayana, in sending to

9    ████████████████████████████████

     ████  ████████████████████████           ████████

     ████████████████████████████████

     ████████████████████████████████████

     ██████████████████████████████████

     ████  ██████████████████████████████

     ██████████████████████                   04:31:15

16             THE DEPONENT:  Oh, I apologize for

17   reading that so fast.

18             Do you need me to redo that?

19             THE COURT REPORTER:  No.

20             THE DEPONENT:  Okay.             04:31:20

21             MS. WEAVER:  She would have let you know

22   probably.

23             But it's near the end, you'll both be

24   happy to know.

25         Q.   (By Ms. Weaver)  Who -- who is  04:31:29
```

Page 204

```
1    Anna Ruecker; do you know her?                    04:31:32

2         A.   I do not.

3         Q.   Okay.  Do you know what a product

4    closeout reminder is?

5              MR. BLUME:  Objection.  Form and scope.   04:31:46

6              And I don't think this document was among

7    the ones you sent.

8              MS. WEAVER:  That's because I just

9    received it.  It was loaded on Saturday.

10             THE DEPONENT:  I do not know what product  04:31:59

11   closeout reminder is for August.  I can only

12   infer -- infer -- actually, I -- there's not enough

13   context in here to really infer what -- what that

14   means.

15        Q.   (By Ms. Weaver)  Okay.  And turning to   04:32:11

16   the Excel spreadsheet.

17        A.   Okay.

18             Is there a specific row?

19        Q.   Sure.  Let's start with row 8B.

20        A.   The custom segment creation via          04:32:53

21   off-Facebook surveys?

22        Q.   Yes.

23        A.   Okay.

24        Q.   And I'm actually looking at -- I'm trying

25   to identify the cell.  So 8B, as in boy.          04:33:00
```

Page 205

```
1        A.   Understandable.                              04:33:03

2        Q.   Perfect.

3             And let me know when you've had a

4   second -- a second to look at it.

5        A.   Okay.                                        04:34:10

6        Q.   What is a segment ID?

7             MR. BLUME:  Objection.  Form.  Scope.

8        ██████████████  █████████████████████

9   something I had prepared or researched before this,

10  and so I -- I don't specifically know what that's     04:34:35

11  referring to in this context.

12      ██   ██████████████  ████  ██████████
    ██   ████████████████████████████
    ██   ████████████████████████████
    ██   █████████████████████████████              04:34:56

16           Is that a fair description of what it

17  says in this cell?

18       A.   That is a fair description of what it

19  says in this cell.

20       Q.   And then it says in the cell at step 2,    04:35:08

21  ████████████████████████████████████
    ██   ████████████████

23           Do you see that?

24       A.   I do see No. 2, yes.

25      ██   █████████████████████████              04:35:20
```

Page 206

1   ███████████████████████████████████   ████████████

2   ███████

3          Do you see that?

4     A.   I do see that.

5     Q.   So do you know whether, in this scenario,     04:35:30

6   █████████████████████████████████████

7   ██████████████████████

8          MR. BLUME:  Objection.  Form.  And scope.

9          THE DEPONENT:  I could not say -- I -- as

10   I don't know that answer.                            04:35:47

11     Q.   (By Ms. Weaver)  So you're not -- that's

12   okay.

13          So you're not prepared to testify about

14   how Facebook associates the off-platform data to

15   the Facebook user ID; is that fair?                  04:35:59

16          MR. BLUME:  Objection.  Form.

17          THE DEPONENT:  In -- in the context of

18   deletion and off-Facebook associations on how this

19   would be stored, I'm prepared to talk about.  I

20   just am not familiar with the specific scenario.     04:36:20

21     Q.   (By Ms. Weaver)  How does the Facebook

22   conversion pixel work?

23          MR. BLUME:  Objection.  Form.  Scope.

24          THE DEPONENT:  Is there a specific

25   question around that?                                04:36:33

Page 207

1    Q.   (By Ms. Weaver)  Well, I identified data          04:36:34

2    associated through the pixel in my email.

3           This specific example talks about how the

4    partner under contract issues survey off Facebook

5    with Facebook conversion pixel, and I'm wondering        04:36:49

6    if you had the ability to testify as to how that

7    functions?

8           MR. BLUME:  Objection.  Form.

9           THE DEPONENT:  I -- I know it broadly in

10   my own experience and -- and can talk to it             04:37:04

11   generically.  But I just am not familiar with this

12   specific scenario.

13   Q.   (By Ms. Weaver)  Okay.  What can you talk

14   to generically?

15          MR. BLUME:  Objection.  Form.  And scope.        04:37:17

16          THE DEPONENT:  How I -- the -- the

17   elements I can talk to and the elements I'm

18   familiar with are what the IDs are that are stored

19   and how -- how they are either pseudonymized or

20   de-identified, or the information in the processes,     04:37:33

21   and how that information is handled in the deletion

22   process.

23          I don't think I'd be able to talk to

24   enough specificity on an example like this.

25   Q.   (By Ms. Weaver)  Okay.  Look at cell 14B,          04:37:51

Page 208

1    as in boy.  And while you're looking, I'll read it          04:37:54

2    into the record.

3    

13          Do you see that in cell 14B?

14     A.   I do see that in 14B.

15     Q.   Are you familiar with how clean -- how          04:38:34

16

18          MR. BLUME:  Objection.  Form.  And scope.

19     Q.   (By Ms. Weaver)  And if it helps, I'll

20   direct you to cell 14F, which refers to use of the          04:39:11

21

22   of this process.

23     A.   I'm not familiar with this clean room

24   process.

25     Q.   Do you know who may be -- oh, I'm sorry.          04:40:06

Page 209

```
 1          A.    I -- as -- especially as -- and I -- I          04:40:10

 2     just want to make sure we go back to 357 in the

 3     setup for this spreadsheet -- that these were

 4     proposed products.  And I'm just -- I -- I don't

 5     know that these are -- I -- I -- I am not familiar     04:40:32

 6     with that scenario and I'm not seeing that scenario

 7     in practice.  So I wouldn't be able to talk to that

 8     one.

 9             And as I have not seen it, I -- I would

10     only -- when asked for a name, would only be able     04:40:45

11     to point to the name of the person that's on the

12     sheet as the privacy PM that worked -- that had

13     worked this at that time.

14          Q.    Okay.  Looking at row 36A, are you

15     ████████████████████████████████████    ████████

16   ▌  ████████████████████████████████

17             MR. BLUME:  Objection.  Scope.

18             THE DEPONENT:  I understand the technical

19     components of what's described here, but I'm not

20     familiar with this exactly existing in production.    04:41:52

21     So I wouldn't be able to talk to it.

22          Q.    (By Ms. Weaver)  How about row 40,

23     cell 40A describes training translation systems

24     using message to pages.

25             MR. BLUME:  Objection.  Scope.              04:42:07
```

Page 210



1          Q.   (By Ms. Weaver)   And it says "To improve          04:42:08

2     our machine translation systems, creating two sets

3     of messages to pages."

4               Do you see that?

5               ███████████████████████          ██████

6          ████████████████████████

7               Do you have any involvement with that?

8               MR. BLUME:  Objection.  Scope.

9               THE DEPONENT:  I do not.  And I'm not

10    familiar with that operating today.          04:42:43

11         Q.   (By Ms. Weaver)  Give me just two

12    seconds.

13               ████████████████████████

14         A.   Which line is that on?

15         Q.   7F.          04:43:14

16               MR. BLUME:  Objection.  Form.  And scope.

17               THE DEPONENT:  Not in preparation for

18    this, but in -- just my normal -- is myself in --

19    personal experience.

20               ████████████████████████          ██████

      ██████████████████████████

      ███████████████████████████

      ███████████

      ████████████████████████

      ██████████████████████████          04:44:12

                                              Page 211

1  ████████████████████████████████  ████████

2  ████████████████████████

3       Q.   (By Ms. Weaver)  Okay.  Look at --

4       A.   The rest of -- the rest of this, I -- I'm

5  not familiar with.                              04:44:25

6       Q.   Okay.  Apologies.

7            Look at row 6A.

8            Were you familiar with Facebook

9  ███████████████████████████████████

10 ████████████████████████              04:44:38

11           MR. BLUME:  Objection.  Scope.

12           THE DEPONENT:  I am not familiar with

13 that.

14    ██   ████████████  ████████████

15 ████████████████████              04:44:47

16      A.   I do not know.

17      Q.   Do you know who might know?

18      A.   Edward Esslemont, the name in the sheet.

19      Q.   Yeah.

20           Okay.  What's a custom audience match    04:45:02

21 rate?

22           Do you know?

23           MR. BLUME:  Objection.  Scope.

24           THE DEPONENT:  I didn't prepare for that

25 as part of this, and I -- I don't actually know   04:45:12

Page 212

```
 1    what the custom audience match rate is.              04:45:15

 2              MS. WEAVER:  Okay.  I think that's it.  I

 3    think we have no more -- further questions for this

 4    witness.  We are not closing the topic or the

 5    notice.                                              04:45:33

 6              Mr. Clark, thank you very, very much, and

 7    I hope you feel better.

 8              THE DEPONENT:  Thank you.

 9              THE VIDEOGRAPHER:  Okay to go off the

10    record?                                              04:45:44

11              MS. WEAVER:  Yes.

12              MR. BLUME:  Are we off the record?

13              THE VIDEOGRAPHER:  Okay.  Sure.  We're

14    off the record.  It's 4:45 p.m.

15              (Recess taken.)                            04:46:22

16              (Exhibit 359 was marked for

17    identification by the court reporter and is

18    attached hereto.)

19              THE VIDEOGRAPHER:  We're back on record.

20    It's 4:57 p.m.                                       04:57:17

21        Q.  (By Ms. Weaver)  Mr. Clark, have you had

22    the opportunity to review what has been marked as

23    Exhibit 359?

24              MS. WEAVER:  It bears Bates numbers

25    ADVANCE-META-66 through -69.                         04:57:28
```

```
 1              And for the record, on the break,        04:57:35

 2    counsels produced it to us.  It was a document in

 3    the hyperlink of the earlier exhibit.

 4              THE DEPONENT:  And for clarity, this is

 5    the link -- I just want to make sure I know what    04:57:47

 6    this is -- this is the linking from which

 7    Exhibit -- which earlier exhibit?  It was the --

 8              MS. WEAVER:  Exhibit 348.

 9              THE DEPONENT:  348.

10              MS. WEAVER:  Is that correct, Counsel?    04:58:00

11              MR. BLUME:  I trust you, but hang on.

12              MS. WEAVER:  Well, I don't know that this

13    is the link.

14              MR. BLUME:  Yes, this is link -- yes.

15    This is the link under what is -- UII redirect to   04:58:09

16    link privacy/UII_definition_0 is -- the link --

17    that link brings us to Exhibit 359.

18        Q.   (By Ms. Weaver)  So Mr. Clark, what is

19    Exhibit 359, in your understanding?

20        A.   Exhibit 359 is a Wiki page from the        04:58:35

21    Facebook internal Wiki, titled "UII Definition,"

22    Reversion 48265038.

23        Q.   And when was the last time you saw this

24    document?

25        A.   Right now, as I'm looking at it.           04:59:01
```

```
 1        Q.   Have you reviewed this link document        04:59:04

 2   before?

 3        A.   I did not review this link document

 4   before today.

 5        Q.   And do you understand this document to       04:59:18

 6   set forth --

 7        A.   I -- I -- I want to correct the record.

 8             I've seen this before.  I've used it in

 9   the course of business.  But for the sake of

10   preparation and deeper understanding.               04:59:26

11        Q.   That's what I was asking.

12             So does Exhibit 359 set forth Facebook's

13   definition of UII?

14        A.   It -- it is on the privacy Wiki as -- as

15   the definition -- policy definition of UII.          04:59:51

16        Q.   And beginning at what point in time was

17   this the definition for Facebook of UII?

18        A.   I'm going to refer just to my notes for a

19   moment to see if I made note of that.

20             I don't know when that shift occurred.  I    05:00:30

21   do know that as of 2010, we still referred to it as

22   PII -- or we still -- we still used PIIs as the

23   basis.  It was some point after that where UII was

24   adopted.  I just do not know when.

25        Q.   And what's your understanding of the         05:00:45
```

Page 215

```
 1    distinction between PII and UII?                    05:00:47

 2        A.   UII is Facebook's specific definition

 3    of -- which is broader than PII, which is adopted

 4    more industry-wide.  But has specific meaning in

 5    the context of ads versus other types of           05:01:09

 6    industries.

 7             And for our own sake built the definition

 8    of UII to be inclusive of the types of data and

 9    things that we had.

10        Q.   So specifically, what is the definition?   05:01:25

11        A.   UII, originally an acronym for user

12    identifiable information, refers to types of data,

13    or combinations of types of data, which could be

14    used uniquely to identify a person, account, or

15    device, or to relink data to a person, account or  05:01:41

16    device.

17        Q.   And do you have an understanding of what

18    personal information is, in Facebook's view?

19        A.   I'm -- I'm going to read from the

20    document for that.                                  05:02:35

21             In the third paragraph, in the section

22    ███████████████████████████████████████

      ███████████████████████████████████████

      █████████████████████████████████████████████

      █████████████████████████████████████████████    05:02:50
```



1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓

2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓

6 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10     Q.   Personal --                          05:03:37

11     A.   "For example" --

12     Q.   I'm sorry.

13          Go ahead.

14     A.   "For" -- I'm just reading it slow to make

15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓

16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

19          Q.   Do you have an understanding that the

20 definition of personal information, under the        05:04:08

21 CCPAA, is any information that can be reasonably

22 linked or associated with an individual?

23          MR. BLUME:   Objection.   Calls for a legal

24 conclusion.   Form.

25          THE DEPONENT:   I -- I -- I -- that one, I   05:04:42

                                              Page 217

```
 1    can't answer that.  But I can answer that I believe        05:04:43

 2    that's part of why we make UII even broader.

 3        Q.   (By Ms. Weaver)  Broader than what?

 4        A.    Specific -- when you get to the

 5    definition of UII meaning both types of data, but          05:04:55

 6    combinations of types of data.

 7        Q.   Okay.  As you sit here today, can you

 8    state what personal information is under the CCPAA,

 9    as referenced in this document?

10            MR. BLUME:  Objection.  Form.  Scope.              05:05:18

11    Calls for a legal conclusion.

12            THE DEPONENT:  I -- I can't quote the

13    CCPA off the top of my head.

14        Q.   (By Ms. Weaver)  So you don't know what

15    the definition of "is personal information under           05:05:28

16    the CCPA" as referenced in this document?

17        A.    As -- as I just am seeing this document

18    for myself, I -- I'm familiar with personal

19    information under CCPA, but just don't -- don't

20    have that analysis or didn't prepare for -- to            05:05:45

21    answer that question.

22        Q.   Do you know what personal infor- -- how

23    personal information is defined under the CCPA?

24            MR. BLUME:  Objection.  Calls for a legal

25    conclusion.  Form.  And scope.                            05:06:03
```

Page 218

```
 1              THE DEPONENT:  I -- I don't know how to        05:06:15
 2   answer that.
 3              I -- in -- in my personal experience, I
 4   would work with product counsel and counsel.  And
 5   in that definition, I -- I -- as I said, I did not    05:06:24
 6   prepare to have an answer for that today.
 7      Q.   (By Ms. Weaver)  Okay.  So it's really --
 8   this really is very simple.  It's a yes-or-no
 9   question.
10              As you sit here today, can you define       05:06:33
11   personal information under the CCPA?
12              MR. BLUME:  Same objections.
13              THE DEPONENT:  I'm -- I'm truly
14   struggling to answer that, but -- I have prepared
15   context.  But I can't answer yes or no to that.       05:06:43
16      Q.   (By Ms. Weaver)  Isn't the answer "no,"
17   that you don't know, as you sit here today, how
18   CCPA defines personal information?
19      A.   I do in my personal experience and as I
20   work as a product manager day-to-day, but I do so     05:06:57
21   with guidance and direction from counsel.  And I --
22   I didn't -- I don't have a prepared answer or
23   didn't prepare to answer it in this context.
24      Q.   Well, what is your personal understanding
25   of what personal information is under the CCPA?       05:07:11
```

Page 219

```
 1        A.   As I said, I've worked with counsel on      05:07:32
 2   that.  I just -- I don't have it at the end of the
 3   day for you.
 4            If -- if you'd like to put it up, I can
 5   read what it is.  I just -- I don't have that        05:07:40
 6   answer right here in front of me.
 7        Q.   Okay.  So that's fine.
 8            So the answer is you don't know, right?
 9            MR. BLUME:  Same objections.
10            THE DEPONENT:  As a representative of        05:07:52
11   Facebook, I didn't prepare to answer that.  In my
12   personal experience, I work with it.  But I -- I
13   just -- I can't articulate it right now.  So I --
14        Q.   (By Ms. Weaver)  So the answer is, as you
15   sit here right now, you don't know what the          05:08:11
16   definition of personal information under the CCPA
17   is, correct?
18            In your personal or in the corporate
19   capacity; is that right?
20            MR. BLUME:  Objection.  Scope.              05:08:21
21            You can answer yes or no in your personal
22   capacity.
23            THE DEPONENT:  In -- in my personal
24   capacity, I work with product counsel on a regular
25   basis on the definition of what personal            05:08:31
```

Page 220

```
 1    information is under CCPA, which is a long and          05:08:33

 2    nuanced answer in the context of working with that

 3    data every day, because I have come up with and

 4    developed that definition under guidance and

 5    direction of counsel.                                   05:08:45

 6              In my personal experience, I -- I -- I

 7    did not prepare to answer that question, so I

 8    cannot answer that I don't know.

 9       Q.   (By Ms. Weaver)  Okay.  Well, so -- we

10    have a 30(b)(6) deposition here.  You've asked for      05:09:03

11    this document that refers to personal information

12    under CCPA, which is part of the definition of UII,

13    which is within the scope of what data is deleted,

14    and I'm just answering -- I'm just asking, for

15    the jury, can you tell me today, as you sit here,       05:09:20

16    how does Facebook define personal information?

17              MR. BLUME:  Objection.  Form.  And scope.

18    And calls for a legal conclusion under the CCPA.

19              THE DEPONENT:  And I -- I really am

20    trying to be responsive.  And that's why I'm making     05:09:39

21    sure that it's on the record that I'm answering

22    that I don't know.  In --

23       Q.   (By Ms. Weaver)  Okay.

24       A.    -- preparation for this, I came prepared

25    to answer the things related to question 4.  And        05:09:48
```

Page 221

```
 1    am -- am not counsel and can't make a legal          05:09:52

 2    conclusion to that.

 3         Q.   I'm not asking for a legal conclusion.

 4              I am asking for Facebook's understanding

 5    of what personal information is.                      05:10:03

 6         A.   And as -- as I've already identified, it

 7    wasn't in the scope of what I prepared in the

 8    context of this deposition for the jury.

 9              MS. WEAVER:  And, Rob, why is it that you

10    think the definition of personal information is not   05:10:23

11    within the scope of user data and information?

12              MR. BLUME:  It's defined in the CCPA,

13    which is a statute, and that is the definition.

14    Whether he can articulate it word for word or

15    whether he refers to the CCPA's definition is what    05:10:37

16    it is under the statute.

17              MS. WEAVER:  I believe this is what --

18              (Simultaneously speaking.)

19              MR. BLUME:  That is the definition --

20              MS. WEAVER:  Rob, if you listen to the      05:10:46

21    question -- because you're objecting off point.

22              Could you please read back --

23              MR. BLUME:  Your -- your question was --

24              SPECIAL MASTER GARRIE:  All right.  Stop.

25    We are not going off the rails.  We are way too far   05:10:52
```

Page 222

```
 1     into this today.                                05:10:55

 2             So read the question back.

 3     Counsel Blume, if you want to respond, and you feel

 4     you're responding, please do so.  And we'll note

 5     the objection for the record and we will then move   05:11:05

 6     forward.

 7             MS. WEAVER:  The question is at page 196,

 8     line 9.

 9             MR. BLUME:  Can you read it again?

10             SPECIAL MASTER GARRIE:  196.                05:11:31

11             MR. BLUME:  The question I have is --

12             MS. WEAVER:  I'm sorry.  It's line 3.

13             MR. BLUME:  Yeah, I'm -- I'm -- you're

14     asking me -- I'm happy to read the question.

15             "So the answer is, here right now, you      05:11:37

16     don't know what the definition of personal

17     information is" --

18             MS. WEAVER:  Rob.

19             MR. BLUME:  -- "under the CCPA; is that

20     correct?"                                           05:11:44

21             That's the question.

22             MS. WEAVER:  Rob, it's line 3.

23             I'm not asking for a legal conclusion.

24     This is the question:  What is Facebook's

25     understanding of what personal information is?      05:11:51
```

Veritext Legal Solutions
866 299-5127

```
 1                MR. BLUME:  He said it was the CCPA.  And     05:11:55

 2      that's a statute that you're --

 3                (Simultaneously speaking.)

 4                MS. WEAVER:  Okay.  But you're not

 5      testifying, Mr. Blume --                                05:11:59

 6                SPECIAL MASTER GARRIE:  Wait.  Wait.

 7      Everybody just -- for some reason you guys

 8      interpret my silence as a permission to keep

 9      talking.

10                The objection is pending.  I hear it.         05:12:06

11      And we will go from there.

12                Counsel Weaver, what was -- so I'm

13      looking at this.  You asked a question to the

14      witness.  The witness -- all right.  It says "I'm

15      not asking for a legal conclusion.  I'm asking for     05:12:25

16      Facebook's understanding of what the personal

17      information.

18                And then there's an answer.

19                And what is your -- your -- and then --

20      so help -- walk -- work with me.                       05:12:36

21                So what is the issue, Counsel Weaver?

22                MS. WEAVER:  I would like an answer to

23      the question of what Facebook's understanding of

24      personal information is.

25                SPECIAL MASTER GARRIE:  Okay.  That is        05:12:46
```

| | |
|---|---|
| 1 | the question that is pending to the witness. | 05:12:48 |
| 2 |       Is there an objection, Counsel Blume? |
| 3 |       MR. BLUME:  The objection is to the |
| 4 | extent it calls for a legal conclusion. |
| 5 |       SPECIAL MASTER GARRIE:  Noted -- | 05:13:00 |
| 6 |       MR. BLUME:  That is -- that's -- that's |
| 7 | my objection. |
| 8 |       SPECIAL MASTER GARRIE:  Noted for the |
| 9 | record. |
| 10 |       Mr. Clark, please answer the question to | 05:13:06 |
| 11 | the best of your ability. |
| 12 |       THE DEPONENT:  To -- to the best of my |
| 13 | ability, as a representative of Facebook, I -- I |
| 14 | didn't prepare for that in -- in the context of |
| 15 | answering No. 4. | 05:13:18 |
| 16 |       In my personal experience, the definition |
| 17 | that I have, I have gotten in working under |
| 18 | guidance and direction of counsel for the sake of |
| 19 | product work.  And -- and I -- I don't know what I |
| 20 | can say and what I can't say. | 05:13:39 |
| 21 |       I'm -- if -- if I were asked and even if |
| 22 | I were read is the CCPA definition of this, this, |
| 23 | then I could give an observation or factual answer, |
| 24 | I could answer that.  But understanding implies |
| 25 | much more -- | 05:14:03 |

Page 225

```
 1              SPECIAL MASTER GARRIE:  Counsel Weaver,      05:14:05

 2     you can follow --

 3              THE DEPONENT:  -- than what I had

 4     prepared.

 5              SPECIAL MASTER GARRIE:  Go ahead.  Sorry.    05:14:08

 6     I didn't mean to interrupt.

 7              THE DEPONENT:  Oh, than -- than what I

 8     had prepared for.

 9              SPECIAL MASTER GARRIE:  Counsel Weaver.

10              MS. WEAVER:  This is a fundamental          05:14:18

11     question to the case and relates directly to the

12     data that is deleted and collected by Facebook.

13              What is Facebook's definition of personal

14     information?

15              I'm not asking for a legal conclusion.      05:14:27

16     I'm just asking --

17              SPECIAL MASTER GARRIE:  Hey.

18              MS. WEAVER:  Yeah.

19              SPECIAL MASTER GARRIE:  The witness

20     testified he's not prepared to answer that on        05:14:33

21     behalf of Facebook as the witness -- I mean, I can

22     read you back what he said, but -- I mean --

23              MS. WEAVER:  Okay.  Well, I'll move on.

24     Sanctionable.

25        Q.   (By Ms. Weaver)  Looking at this             05:14:49
```

Page 226

```
 1    document -- looking --                              05:14:50

 2            MR. BLUME:  Objection to the comment.

 3       Q.   (By Ms. Weaver)  -- going -- looking --

 4    Mr. Clark, do you see a bunch of Facebook

 5    identifiers listed in this document?                05:14:56

 6       A.   I do.

 7

16       A.   It --

17       Q.   I'm sorry.

18

20       Q.   And -- and back to the third-party         05:15:46

21    identifier you said we discussed earlier.

22            What are you referring to?

23       A.   In one of the earlier documents we had

24    discussed -- we had referred to third-party ID, the

25    ephemeral third-party IDs.                          05:16:03
```

Page 227

1      Q.   You mean the IDs used in customer match?      05:16:09

2      A.   No.   These are -- these are

3    identifiers -- not just individual user

4    identifiers.   These are identifiers of objects,

5    transactions, third parties.      05:16:21

6    ███  ████  █████████████

███  ███  █████████████████████

██  ████████████████████████

██  ██████████████████████

██  █████████████████████████████  ███████

██  ██████████████████████████

██  ███████

13     Q.   Is --

14     A.   -- as Instagram has its own canonical

15   user -- as Instagram has its own canonical user ID,      05:16:56

16   this maps between the two.

17     Q.   Understood.

18          And do you see where it says "Cookie

19   Identifiers" in this document?

20     A.   I do.      05:17:10

21     Q.   And it lists "BrowserID" and "DATR."

22          Do you see that?

23     A.   I -- I do.

24     Q.   How are they different?

25     A.   BrowserID -- each Web browser generates      05:17:20

Page 228

```
 1    its own unique browser ID.                          05:17:22

 2           DATR is the Facebook version of that

 3    unique identifier, as it's possible to spoof the

 4    BrowserID.

 5           And then the first-party cookie             05:17:32

 6    identifiers would be some of the things which we

 7    had talked about before.  The values associated

 8    with these cookie identifiers.

 9       Q.   And you said a moment ago that the

10    Facebook identifiers we just discussed have changed  05:17:51

11    since Facebook became Meta.

12           Which ones changed?

13       A.   Sorry.  I was -- to -- clarifying to make

14    sure my statement was heard correctly.

15           This says Facebook identifiers.  But that    05:18:04

16    title of that category of Facebook identifiers, if

17    updated, would say Meta identifiers, as this

18    ████████████████████████████   ████

      ██   ██████████████████   ████████████

20    just Facebook as an application.  This is Facebook,  05:18:23

21    as a company, in that line.

22       Q.   Okay.  And then it's --

23       A.   Because it included WhatsApp and it

24    included other products as well.

25       Q.   Understood.                                 05:18:37
```

Page 229

```
1              Turning to the top of the next page, do        05:18:37

2    you see where it says "Device identifiers and

3    Advertising Identifiers"?

4        A.   I do.

5        Q.   What is MS -- MISDN?                             05:18:45

6        A.   I think that's a typo.

7             It says MISDN, but I believe it's MSISDN,

8    which is an identifier -- it's a -- it's a hardware

9    identifier on every phone.

10       Q.   Is it unique to -- to the -- every phone?        05:19:05

11       A.   I believe it is.  I can't say with

12   specificity.  I just know that it's a -- it's a

13   general unique device identifier that comes on

14   device.

15       Q.   And what's an IDFV?                              05:19:19

16       A.   I remember the two I's.  IDFV and IDFA as

17   both being an iOS-related device identifiers.

18            I don't know IDFV off the top of my head.

19       Q.   What's --

20       A.   I just know it's iOS-related.                    05:19:34

21       Q.   What's the "Family Device IDs" referred

22   to?

23       ████  ███████████████████████████████████

███  █████████████████    ███████████████████

███  ████████   ██████████████████             05:19:46
```

Veritext Legal Solutions
866 299-5127

1

2

3

4

5

6

7

8            So it's identified as something that when

9    combined with something else could equal

10   re-identification, which is why it's identified as          05:20:28

11   UII.

12        Q.   And then GAID, what is that?

13        A.   I believe that's the Google ad ID.

14        Q.   And AAID, what is that?

15        A.   I think it's the Android ID, if I              05:20:43

16   remember correct.

17        Q.   And then it says "or other OS or

18   Facebook-generated device IDs."

19            What other Facebook-generated device IDs

20   are you aware of?                                          05:20:57

21        A.   Well, I didn't prepare for it

22   specifically.  I didn't speak to my personal

23   capacity.

24            An example of Facebook-generated device

25   ID might be for my Oculus, or might be for --             05:21:07

                                                    Page 231

| | | |
|---|---|---|
| 1 | it's -- it's Facebook-generated because it's | 05:21:09 |
| 2 | Facebook hardware. | |
| 3 | Q.   And a little lower do you see where it | |
| 4 | refers to "Derived data from UGC." | |
| 5 | A.   Yes. | 05:21:32 |
| 6 | Q.   And it refers to hashes, embeddings and | |
| 7 | features or labels. | |
| 8 | Do you see that? | |
| 9 | A.   I do. | |
| 10 | Q.   What is an embedding? | 05:21:42 |
| 11 | A.   I'm reading the context, since that's a | |
| 12 | technical term that could be used in a variety of | |
| 13 | different ways. | |
| 14 | I actually don't know with specificity on | |
| 15 | this page. | 05:22:08 |
| 16 | I can -- I would assume that this has to | |
| 17 | do with any classification as that is -- that is | |
| 18 | one of the common uses of that term. | |
| 19 | But I -- I can't say with specificity | |
| 20 | what -- what that means in this context.  I would | 05:22:26 |
| 21 | have to follow up. | |
| 22 | Q.   What do you mean by "classification"? | |
| 23 | A.   If -- if this were used in any machine | |
| 24 | learning model or how that may have been used in | |
| 25 | that case is how I've seen that term used. | 05:22:42 |

Page 232

```
 1              But as I said, I can't say with          05:22:45

 2     specificity in this case at this paragraph.

 3        Q.   Are all three categories of derived data

 4     described there stored in data warehouse?

 5        A.   All three of -- and this is in the        05:23:18

 6     derived data from UGC category.  I want to make

 7     sure I'm answering the right question.

 8        Q.   Yes.

 9        A.   Yes, I would expect that.

10        Q.   Is derived data not from UGC but from     05:23:27

11     off-platform activity stored in data warehouse?

12              MR. BLUME:  Objection.  Form.  Scope.

13              THE DEPONENT:  Off-Facebook activity --

14     can -- can you -- can you ask that question one

15     more time.  That was --                           05:23:46

16        Q.   (By Ms. Weaver)  Yes.

17        A.   I got confused on the --

18        Q.   Is derived data generated from

19     off-platform activity stored in data warehouse?

20              MR. BLUME:  Same objection.              05:23:56

21        ███████████   ███████████████

    ██████████████████████████████████████

    ███████████████

    ███████████████████████████

    ██████████████████████████████████        05:24:17
```

Page 233

1 ███████████████████████████████████     ██████████

2 ████████████████████

3        Q.   (By Ms. Weaver)  And when you say it is

4 "transformed," what do you mean?

5        A.   When data comes in from off-Facebook          05:24:30

6 activity, it comes in as log entries as -- as

7 data -- the -- the most efficient way to collect

8 that data is in -- in a raw logging format.  And

9 then to do transforms which is -- an ETL

10 transformation of that data, which is a common       05:24:51

11 industry prac- -- practice to take raw log data and

12 put it into a usable fashion.

13              For instance, part of the result of that

14 transform is that data being made available to

15 consumers in -- in off-Facebook activity, which is   05:25:10

16 a tool on the Facebook site.

17        Q.   When you say "put it into usable

18 fashion," what do you mean?

19        A.   The data as it comes in is in a -- in a

20 raw log format.  It's meant to be efficient from a   05:25:34

21 network perspective.  It's meant to essentially

22 just be raw collection and not necessarily in a way

23 that it can be used.  That -- that -- that data

24 would be -- might be in the JSON string.  It might

25 be in a different kind of format.                    05:25:54

```
1              I don't specifically know what kind of        05:25:56

2     format it's in.  But it would be -- it wouldn't be

3     meaningful to me, as a consumer, if I saw that

4     activity on my OFA page without putting it into a

5     format that could be queried and have a user          05:26:07

6     interface put in front of it.

7         Q.   Setting aside user interaction with the

8     data, how does Facebook transform off-platform

9     activity for its own use?

10             MR. BLUME:  Objection.  Form.  Scope.         05:26:19

11             THE DEPONENT:  Well, I didn't prepare for

12     it -- specifically for -- as a representative of

13     Facebook.

14             I -- just in my own capacity, that --

15
```



```
21             MR. BLUME:  Objection.  Form.  And scope.

22
```

Veritext Legal Solutions
866 299-5127

1    ████████████████████████████████        ████████

2    █  ████  ████████

3    Q.   And would it still be, in some instances,

4    associated with a user ID or other identifier?

5         MR. BLUME:  Objection.  Form.  Scope.        05:27:30

6         THE DEPONENT:  Just reiterating what

7    ███████████████████████████████████

8    process and the processes in the data warehouse

9    and -- and also just from the definition of what we

10   just walked through, any of that information that    05:27:42

11   contained any of this UII, or if there was a user

12   ID or -- or one of the other -- or if there was a

13   █████████████████████████████████████

14   ██████████████████████  ██████████████

15   ███████████████████████                              05:27:59

16   Q.   (By Ms. Weaver)  And do you see the

17   ████████████████████████████████████

18   ██████████████████████████████████████████

19   ████████████████████████████████████

20        Do you see that?                                05:28:16

21   A.   I'm scrolling down to that.

22        I do see that.

23   Q.   And does that mean that in data

24   warehouse -- which is Hive, correct?

25   A.   That is correct.                                05:28:35

                                                    Page 236

1       Q.    Does that sentence reflect that in data          05:28:36

2   warehouse data is not deleted but just

3   de-identified?

4            MR. BLUME:   Objection.   Asked and

5   answered.   Form.                                          05:28:46

6   

10       Q.    (By Ms. Weaver)   And how do you define          05:29:07

11  what's technically feasible?

12

                                                                05:29:59

Page 237

1        ███████████████                  05:30:03

2      Q.   How are blobs of files created, in

3  general?

4          MR. BLUME:  Objection.  Form.  Scope.

5          THE DEPONENT:  In -- in my personal     05:30:17

6  experience, using -- using the pixel example, as

7  data comes back from pixel files, the data is

8  written into a raw log format.  And tables are

9  merely sets of files that are written together and

10  it's -- that's how the structure, the physical    05:30:37

11  structure of how data gets written to disks.

12          MS. WEAVER:  Great.  Thank you.

13          Okay.  This was very helpful.  We really

14  are done, except that we are not closing the

15  deposition nor the topic.                  05:30:52

16          Thank you very much for your time,

17  Mr. Clark.

18          MR. BLUME:  And before -- before we go

19  off the record, Mr. Garrie, if I could be heard for

20  a moment.                               05:30:59

21          MS. WEAVER:  Let me just -- before you --

22  if you're about to launch into something else -- we

23  would request that counsel produce any documents

24  used to refresh the witness -- refresh the

25  witness's recollection in preparation for this    05:31:11

Veritext Legal Solutions
866 299-5127

| | |
|---|---|
| 1 | deposition. | 05:31:14 |
| 2 | MR. BLUME:  Refresh his recollection. |
| 3 | Okay.  Presumably, if he didn't know it before the |
| 4 | deposition, then it wouldn't be refreshed.  But |
| 5 | okay. | 05:31:24 |
| 6 | And Mr. Garrie, if I could be heard for a |
| 7 | moment. |
| 8 | SPECIAL MASTER GARRIE:  Yes.  Do you want |
| 9 | the witness to stay? |
| 10 | MR. BLUME:  It doesn't matter. | 05:31:34 |
| 11 | SPECIAL MASTER GARRIE:  Okay. |
| 12 | MS. WEAVER:  It might matter to him. |
| 13 | MR. BLUME:  He can go, if he wants. |
| 14 | THE DEPONENT:  I'll be back. |
| 15 | MR. BLUME:  I just -- I just want to make | 05:31:44 |
| 16 | sure that we're not chasing -- |
| 17 | THE VIDEOGRAPHER:  Did you want -- did |
| 18 | you want to go off the record or keep this on? |
| 19 | MR. BLUME:  On -- on the record, please. |
| 20 | THE VIDEOGRAPHER:  On the record.  Okay. | 05:31:53 |
| 21 | MR. BLUME:  To make sure that we're not |
| 22 | chasing windmills here. |
| 23 | The definition of personal information, |
| 24 | under the CCPA, which is the cite in this document |
| 25 | specifically, is about 330 words with three | 05:32:06 |

Page 239

| | | |
|---|---|---|
| 1 | sections and ten subsections referencing no fewer | 05:32:13 |
| 2 | than three other statutes, including the California | |
| 3 | constitution. | |
| 4 | And so to expect any witness, even a | |
| 5 | 30(b)(6) witness, to recite all of that by memory | 05:32:25 |
| 6 | is an unreasonable request when the definition, | |
| 7 | quote, personal information, close quote, as is set | |
| 8 | forth in Exhibit 359 has a specific cite as to what | |
| 9 | it means per the -- under the CCPA.  And the CCPA, | |
| 10 | as I mentioned, has a very long and complicated | 05:32:47 |
| 11 | definition of what that means. | |
| 12 | And so claiming that he should not -- he | |
| 13 | should be able to recite it by memory, I think, is | |
| 14 | unreasonable.  And it is also -- I will also note, | |
| 15 | as he testified to all day, the term "personal | 05:33:04 |
| 16 | information" is not a necessary -- the definition | |
| 17 | of that is not necessary to understand this | |
| 18 | document.  It's a comparative reference with the | |
| 19 | definition cited, should that comparison need to be | |
| 20 | made.  But does not define the terms used by | 05:33:21 |
| 21 | Facebook, which is UII and/or user data. | |
| 22 | Thank you. | |
| 23 | We have nothing further. | |
| 24 | SPECIAL MASTER GARRIE:  Well, I -- yeah, | |
| 25 | I -- again, I was just -- I was just processing | 05:33:39 |

```
 1     what was said.                                    05:33:41

 2             Okay.  Noted for the record.

 3             But the definition of how Facebook

 4     defines personal information, I would go with being

 5     a critical concept for the -- the case as its       05:34:00

 6     entirety.  And so for Facebook, it may -- I'll

 7     leave it to the parties, having read the

 8     stipulation to -- having reserved all the time and

 9     allocated accordingly -- to have this conversation

10     among themselves, but I would -- I would encourage  05:34:21

11     the idea of producing a witness that can define how

12     Facebook defines personal -- personal --

13             MR. BLUME:  If I may, Your Honor --

14             SPECIAL MASTER GARRIE:  -- information.

15             MR. BLUME:  Yeah.  If I may --            05:34:36

16             MS. WEAVER:  You're interrupting him.

17             MR. BLUME:  How -- if I may, personal

18     information is defined by Facebook as it sets forth

19     in Exhibit 359.  That is the definition under the

20     CCPA.  Facebook does not use the term "personal      05:34:45

21     information."  That's why we -- it -- as the

22     witness said, the Facebook term for that -- for

23     something that subsumes personal information is

24     UII.  That is the term that Facebook uses.  And

25     it's important to note, that as the document --      05:35:03
```

Page 241

```
 1            SPECIAL MASTER GARRIE:  But --        05:35:07

 2            MR. BLUME:  -- says, UII does not

 3    directly map to personal information, so...

 4            SPECIAL MASTER GARRIE:  Well, that's --

 5    that's where I got confused.                 05:35:11

 6            So if someone who does know the CCPA and

 7    the different articles and can recite it to you, I

 8    have a serious concern with the very construct that

 9    it subsumes the definition of personal information,

10    so I would expect that Facebook --          05:35:21

11            MR. BLUME:  Well --

12            (Simultaneously speaking.)

13            SPECIAL MASTER GARRIE:  -- can product a

14    witness -- don't interrupt me again.  You interrupt

15    me again and we will have a problem.        05:35:27

16            MR. BLUME:  Okay.

17            SPECIAL MASTER GARRIE:  Okay.  Thank you.

18            MR. BLUME:  Okay.

19            SPECIAL MASTER GARRIE:  Thank you very

20    much.                                       05:35:34

21            So what I'm trying -- and what I was

22    saying is that it subsumes the definition.

23    Thereby, they must have some understanding of what

24    constitutes personal information.

25            I have reviewed countless exhibits and    05:35:44
```

| | | |
|---|---|---|
| 1 | materials your client has produced referencing | 05:35:47 |
| 2 | personal information as a term and a concept. | |
| 3 | Whether or not you personally want to take a | |
| 4 | position on behalf of your client that they have no | |
| 5 | position as to what personal information is in the | 05:35:58 |
| 6 | 786-plus documents that I can cite to you that use | |
| 7 | the term "personal information" is a bit | |
| 8 | disconcerting to me. | |
| 9 | But with that even said, I still expect | |
| 10 | that Facebook would feel incentivized to provide a | 05:36:12 |
| 11 | witness that could attest to how it defines the | |
| 12 | concept of personal information, which is subsumed | |
| 13 | by this broader construct.  Because I can't exactly | |
| 14 | understand how they are differentiating the two. | |
| 15 | And I read the exhibit and I heard the testimony. | 05:36:28 |
| 16 | So I advise you to take this under | |
| 17 | advisement accordingly before I order it.  And I | |
| 18 | will encourage you again that whatever witness -- | |
| 19 | if he's not prepared to testify as to how Facebook, | |
| 20 | as a corporate representative, defines personal | 05:36:45 |
| 21 | information, that's noted for the record and will | |
| 22 | be reflected accordingly as one of your comments. | |
| 23 | We're done.  We're off the record. | |
| 24 | MR. BLUME:  All right.  I do not mean -- | |
| 25 | SPECIAL MASTER GARRIE:  Thank you very | 05:36:58 |

Page 243

```
 1    much.                                              05:36:58

 2              MR. BLUME:  I did not mean subsumed.  I

 3    meant to read the document, which is directly --

 4    does not directly map to personal information.

 5    That is how we define the term.                    05:37:06

 6              SPECIAL MASTER GARRIE:  Right.  I know.

 7    But it -- so I've read the documents, actually, all

 8    of them.  And there is -- if Facebook's position is

 9    they cannot define what personal information is,

10    that is fine.                                      05:37:21

11              (Simultaneously speaking.)

12              MR. BLUME:  That's not --

13              SPECIAL MASTER GARRIE:  They can go on

14    the record -- all that was asked is how Facebook

15    defined personal information and he said he is not  05:37:28

16    prepared to testify to that.

17              I said that is fine.  Right.  I said that

18    is fine.  I understand it was a concept of that

19    document.  But the question was a broader question

20    asked by the attorney and the witness stated that  05:37:40

21    they were not prepared -- maybe there was

22    confusion.  Maybe there wasn't.  Fine.

23              My point is, is Facebook would -- I would

24    recommend find a witness that can define how

25    Facebook, the company, defines personal            05:37:55
```

| | | |
|---|---|---|
| 1 | information.  That's it. | 05:37:58 |
| 2 | There's no further conversation. | |
| 3 | MR. BLUME:  Under- -- understood. | |
| 4 | And with all due respect, it's -- he -- | |
| 5 | all he said was he couldn't reflect -- he couldn't | 05:38:05 |
| 6 | testify to the definition under the CCPA, which is | |
| 7 | how it's referenced in this document.  That is his | |
| 8 | testimony. | |
| 9 | SPECIAL MASTER GARRIE:  Well, there was | |
| 10 | actually multiple -- there -- there -- well, it | 05:38:17 |
| 11 | doesn't matter.  The testimony is captured for the | |
| 12 | record and -- and I read 196, line 3, accordingly, | |
| 13 | with the subsequent six lines of answers, as well | |
| 14 | as the four other references. | |
| 15 | But that's neither here nor there.  And I | 05:38:27 |
| 16 | will leave it in the hands of counsel to review it. | |
| 17 | All I'm saying to Facebook is, find a | |
| 18 | witness that can define what personal information | |
| 19 | is, if there is not an agreement on this.  Because | |
| 20 | I get a lot of briefs from everybody citing to this | 05:38:43 |
| 21 | constructs of personal information and not personal | |
| 22 | information, as does Judge Chhabria.  And if your | |
| 23 | client doesn't have a definition, we'd all like to | |
| 24 | know. | |
| 25 | So with that in mind, we're going to go | 05:38:55 |

Veritext Legal Solutions
866 299-5127

```
 1    off the record.  Call it a wrap for the day and we        05:38:58

 2    will continue forward with other depositions.

 3    That's all I'm telling for the record.  Okay.  All

 4    done.

 5              THE VIDEOGRAPHER:  Okay.  We're off the          05:39:11

 6    record.  It's 5:39 p.m.

 7              (TIME NOTED:  5:39 p.m.)

 8

 9

10

11

12                        ---o0o---

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

1        I, Rebecca L. Romano, a Registered

2   Professional Reporter, Certified Shorthand

3   Reporter, Certified Court Reporter, do hereby

4   certify:

5        That the foregoing proceedings were taken

6   before me remotely at the time and place herein set

7   forth; that any deponents in the foregoing

8   proceedings, prior to testifying, were administered

9   an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13       Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [ ] was [X] was not requested.

17       I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20       IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22  Dated:  May 23, 2022

23

24          Rebecca L. Romano, RPR, CCR

25          CSR. No 12546

Page  248

```
 1   IN RE:  FACEBOOK, INC.

 2   Michael Patrick Clark, Volume I (JOB NO. 5210145)

 3                E R R A T A   S H E E T

 4   PAGE_11_ LINE_14_CHANGE_PwC_CPUP_FB00020380 to

 5   PwC_CPUP_FB00021380

 6   REASON_Misspoke_____

 7   PAGE_33 LINE_5 CHANGE_"a document" to "document"

 8   REASON_Mistranslation_____

 9   PAGE_50 LINE_14 CHANGE_"would be the technical term

10   the" to "would be the technical term"

11   REASON_Mistranslation_____

12   PAGE_55 LINE_18 CHANGE_"rereading" to "re-reading"

13   REASON_Misspelling_____

14   PAGE_58 LINE_22 CHANGE__"UDDB" to "UDDP"

15   REASON_Mistranslation_____

16   PAGE_65 LINE_19 CHANGE_"February of 2013" to

17   "February 2013"

18   REASON_Mistranslation_____

19

20

21

22

23   _____   07/20/2022
                                        _____
24   WITNESS                            Date

25


                                         Page 3
```

```
 1   IN RE:  FACEBOOK, INC.

 2   Michael Patrick Clark, Volume I (JOB NO. 5210145)

 3                   E R R A T A   S H E E T

 4   PAGE 66 LINE 10 CHANGE "email was to know" to

 5   "email was, to know"

 6   REASON Mistranslation

 7   PAGE 67 LINE 15 CHANGE █████████████████████

 8   ████████████████████

 9   REASON Mistranslation

10   PAGE 81 LINE 13 CHANGE "or our" to "are"

11   REASON Mistranslation

12   PAGE 86 LINE 3 CHANGE "a specific" to "a specific

13   RID"

14   REASON Mistranslation

15   PAGE 90 LINE 17 CHANGE "go query to do that" to "go

16   query, to do that"

17   REASON Mistranslation

18   PAGE 99 LINE 1 CHANGE "there" to "their"

19   REASON Mistranslation

20

21

22

23   _____   07/20/2022
                                       _____
24   WITNESS                           Date

25

                                                Page 4
```

```
1    IN RE:  FACEBOOK, INC.

2    Michael Patrick Clark, Volume I (JOB NO. 5210145)

3                   E R R A T A   S H E E T

4    PAGE 99 LINE 16 CHANGE "in" to "am"

5    REASON Mistranslation

6    PAGE 101 LINE 9 CHANGE ███████████████████████

7    ████████████

8    PAGE 101 LINE 12-13 CHANGE ████████████████████

9    █████████████████████

10   REASON Mistranslation

11   PAGE 124 LINE 20 CHANGE "when you were" to "Weaver"

12   REASON Mistranslation

13   PAGE 131 LINE 8 CHANGE "in the epoch time" to "the

14   epoch time"

15   REASON Mistranslation

16   PAGE 134 LINE 1 CHANGE "identify for users" to

17   "identify if the user's"

18   REASON Mistranslation

19

20

21

22             _____

23   _____        07/20/2022
                                      _____

24   WITNESS                         Date

25

                                      Page 5
```

```
1    IN RE:  FACEBOOK, INC.

2    Michael Patrick Clark, Volume I (JOB NO. 5210145)

3                    E R R A T A   S H E E T

4    PAGE_138 LINE_5 CHANGE_"has it was deleted" to "as

5    it was deleted"

6    REASON_Mistranslation_____

7    PAGE_141 LINE_8 CHANGE_"active_data [six]

8    day_count" to "active_data_count – day_count"

9    REASON_Mistranslation_____

10   PAGE_146 LINE_7 CHANGE_"what is specific cookie" to

11   "what a specific cookie"

12   REASON_____

13   PAGE_158 LINE_1 CHANGE_"Exhibit 81 [sic]." to

14   "Exhibit 81."

15   REASON_Mistranslation_____

16   PAGE_175 LINE_6 CHANGE_"because of after" to

17   "because of, after"

18   REASON_Mistranslation_____

19   PAGE_176 LINE_13 CHANGE_"The apps go by D." to "The

20   app-scoped ID."

21   REASON_Mistranslation_____

22

23   _____   _____

24   WITNESS                           Date

25
```

Page 6

```
 1   IN RE:  FACEBOOK, INC.

 2   Michael Patrick Clark, Volume I (JOB NO. 5210145)

 3                E R R A T A   S H E E T

 4   PAGE 176 LINE 16-17 CHANGE "the apps go is by the"

 5   to "the app-scoped ID"

 6   REASON Mistranslation

 7   PAGE 184 LINE 14 CHANGE "that that" to "that, that"

 8   REASON Mistranslation

 9   PAGE 186 LINE 12 CHANGE "cvikram" to "script ran"

10   REASON Mistranslation

11   PAGE 194 LINE 2 CHANGE "Exhibit 302 [sic]." to

12   "Exhibit 302."

13   REASON Mistranslation

14   PAGE 197 LINE 21 CHANGE "moment an UID" to "moment

15   a UID"

16   REASON Mistranslation

17   PAGE 203 LINE 18 CHANGE "to navigate" to "you to

18   navigate"

19   REASON Mistranslation

20

21

22
                                         07/20/2022
23   _____     _____

24   WITNESS                          Date

25

                                         Page  7
```

```
1    IN RE:  FACEBOOK, INC.

2    Michael Patrick Clark, Volume I (JOB NO. 5210145)

3                E R R A T A   S H E E T

4    PAGE_231 LINE_22 CHANGE_"didn't speak" to "can

5    speak"

6    REASON_Mistranslation_____

7    PAGE_245 LINE_22 CHANGE_"as does Judge Chhabria."

8    to "as does Corley and Chhabria."

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____   07/20/2022_____

24   WITNESS                           Date

25

                                            Page 8
```

**[& - 30]**

| & |
|---|
| **&**   1:14 2:19 3:5 5:5 6:5 13:15,22 167:13 249:23 250:9 |

| 0 |
|---|
| **0**   117:21 214:16 |

**00000001**   9:6
**00000002**   9:7
**00000003**   9:11
**00000004**   9:12
**00000008**   11:6
**00000009**   11:7
**00000021**   11:17
**00000022**   11:18
**00000023**   11:22
**00000025**   11:23
**00000026**   10:10
**00000027**   10:11
**00000028**   10:6
**00000029**   10:7
**00000030**   10:20
**00000031**   10:21
**00000043**   8:17
**00000054**   8:22
**00000056**   8:18,23
**00000059**   10:14
**00000060**   8:12
**00000065**   8:13
**00000066**   12:13
**00000069**   12:14
**00347605**   9:20 90:24
**00347886**   9:21
**01952478**   10:24 163:8
**02843**   1:4 2:4
**032333365**   12:10
**03233363**   12:6 203:14

**03233365**   12:7

| 1 |
|---|
| **1**   1:25 33:13 43:5 55:1 167:13 181:14 250:1 |

**10**   108:10,18,24 109:2 113:24 114:24 141:12 142:9
**10.29.2021**   8:21
**10/9/2013**   11:11 186:8
**105**   10:9
**106**   10:13
**10:07**   2:18 13:2,6
**10:34**   32:24
**10:53**   33:2
**10th**   173:2
**11**   9:14 10:17
**11-30-2011**   158:3
**11th**   64:8
**12**   186:20,21
**1201**   4:10
**123**   141:7,17 142:2
**12546**   1:21 248:25
**1260**   186:15,16
**127**   10:16
**12:01**   77:18
**12:15**   77:21
**12th**   3:10 65:8 92:23
**13**   186:20,21
**138**   10:19
**14b**   208:25 209:13 209:14
**14f**   209:20
**15**   8:5 25:3,10 75:20 156:6
**1600**   3:11
**163**   10:23

**17**   26:20
**178**   11:4
**18**   1:4,16 2:4,18 13:1 249:5
**1801**   5:9
**184**   11:11
**1881**   6:16
**18th**   13:6
**194**   11:16
**195**   11:20
**196**   223:7,10 245:12
**1969**   131:19
**1970**   131:19
**1:19**   127:3
**1:25**   127:6
**1:28**   171:3 173:3
**1:49**   65:9
**1:52**   144:23
**1:53**   145:1

| 2 |
|---|
| **2**   55:1 160:19 181:15 206:20,24 207:2 |

**20**   25:6 26:13,16 28:8,15 30:8,20 141:8 142:9
**20-0466**   1:22
**200**   26:20
**2007**   41:16,23
**2010**   92:23 215:21
**2011**   54:7,10 55:4 55:23 56:13 67:11 67:18,20 68:7 85:20
**2012**   26:19 27:4,14 29:1,3,7 44:18 65:8
**2013**   9:14 26:20 31:8,11 64:8 65:6 65:19

**2015**   31:11 204:8
**2017**   30:25 31:3
**2018**   166:3
**2019**   31:3
**2020**   8:16 47:5,9 47:15 62:25
**2022**   1:16 2:18 10:17 13:1,6 138:13 247:8 248:22 249:3,5
**2025.520**   249:9,12
**203**   12:4,9
**206**   4:13
**21261**   187:3
**21262**   187:6
**213**   7:10 12:12
**23**   8:16 47:5,9,15 195:2 248:22 249:3
**23rd**   62:25
**24784904**   179:18
**25**   26:23 32:12,13 195:2
**251**   1:25
**253-9706**   7:10
**26**   96:24 105:8
**262**   188:14
**27**   96:24 105:8
**280**   91:14
**2843**   1:3 2:3
**298-5735**   5:12
**2:00**   187:17,17
**2:05**   157:15
**2:55**   157:18

| 3 |
|---|
| **3**   91:19 128:6 223:12,22 245:12 |

**30**   1:12 24:22 26:5 26:6 55:4 91:5 92:22 221:10 240:5 250:1

**[3000 - 849-5348]**

**3000** 6:9

**302** 54:21 184:25
194:2

**303** 5:12 189:18

**305** 189:18,19

**307** 190:10

**30th** 55:23

**31** 140:3 184:25
185:3

**3200** 4:11

**32nd** 7:8

**33** 8:11 12:19
141:9 142:10

**330** 12:19 239:25

**339** 8:11 33:17
42:19 43:3,11
44:1

**340** 8:15 43:15,18
45:16 46:9 47:1
47:15 48:9 52:3
52:11 54:9 61:17
62:24 72:3,7
174:1,5

**341** 8:20 46:11,13

**342** 9:4 54:17 55:7
55:12,13,21 63:3
66:15 68:16 78:10
82:2 102:7 158:5
158:6

**343** 9:9 64:23 65:2
65:5

**344** 9:14 63:13,14
63:17,24 64:2,7,14
64:15 65:4,14

**345** 9:19 90:18,22
90:23 91:19 92:11
96:3 102:24

**346** 10:4 92:1
95:25 96:20 97:1
97:2 99:20 100:8
101:17 103:13,17

115:4

**347** 10:9 104:24
105:1 106:14
108:5 111:11
112:10,20 118:22
196:23

**348** 10:13 106:7,11
117:8,13 118:17
136:7,21 160:7
214:8,9

**349** 10:16 127:22
128:1 136:11

**3491** 1:23

**35** 23:3 26:9
141:12 142:10

**350** 10:19 138:18
139:3,7,8

**351** 10:23 163:3,7
163:11 164:6

**352** 11:4 178:5,9
179:11

**353** 11:9

**354** 11:11 184:21
185:9 186:1

**355** 11:16 194:4

**356** 11:20 194:22
194:23 195:5,6

**357** 12:4 203:1,8
203:10,24 204:6
210:2

**358** 12:9 203:4,8
203:12,15,16

**359** 12:12 213:16
213:23 214:17,19
214:20 215:12
240:8 241:19

**36a** 210:14

**381** 185:4

**393-8247** 6:11

**3:18** 172:21

**3:19** 172:24

**3:57** 194:14

**3rd** 65:6 180:18

**4**

**4** 17:21,23 38:18
39:9,11 86:5
122:11 134:23
135:15 145:2
152:13 155:23
221:25 225:15

**40** 210:22

**40a** 210:23

**415** 3:13 6:11

**4200** 5:10

**43** 8:15 43:19

**445-4003** 3:13

**45** 26:18 32:12,12
72:11,13

**456** 141:10,19
142:5

**46** 8:20

**47176393** 105:15

**48265038** 214:22

**4:14** 194:17

**4:45** 213:14

**4:57** 213:20

**5**

**5** 187:16

**5.2.2.b** 9:15

**5.2.2b.** 65:22

**5/12/2010** 91:5

**50** 52:5 93:15

**51885342** 195:9

**5210145** 1:24
249:5 251:2

**52569136** 117:15

**53** 46:10

**54** 9:4 46:12

**555** 3:10 6:8 7:7

**56** 43:20

**57470062** 97:3

**57833386** 139:9

**58** 163:1

**59** 46:12

**5:39** 246:6,7

**5th** 7:7

**6**

**6** 1:12 221:10
240:5

**60** 33:5 43:13 92:5

**623-1900** 4:13

**63** 9:14

**64** 109:15,16

**65** 9:9 33:6 43:13
203:14

**650** 6:18

**66** 213:25

**68** 64:6

**685353953253**
141:20 142:5

**69** 213:25

**6a** 212:7

**7**

**7/7/2021** 48:12

**73** 187:15

**7321** 248:24

**7654321** 192:15,16
192:23

**786** 243:6

**7:42** 171:2,17

**7f** 211:15

**8**

**8** 178:12

**80202-2642** 5:11

**81** 54:24,25 158:1
158:8 198:4

**827** 1:22

**849-5348** 6:18

[88 - afraid]

**88**   194:3
**886**   90:24
**8:00**   187:17,17
**8:02**   65:7
**8:17pm**   55:5
**8b**   205:19,25
  206:12

**9**

**9**   168:12,13,13
  178:13 223:8
**90**   9:19 68:10
  71:10,21 72:22
  74:15,15 75:11
  83:14 84:2,8
  85:17 118:24
  141:21,25 143:20
  197:24,25 198:3
  202:18 236:15
  237:23
**90013**   7:9
**91**   91:24
**92**   10:4 138:17
**94105-0921**   6:10
**94304-1211**   6:17
**94607**   3:12
**98101**   4:12
**985533446643**
  141:18 142:2
**99**   106:11
**9th**   168:13 204:8

**a**

**a.m.**   2:18 13:2,6
  32:24 33:2 171:2
  171:17 187:17,17
**aaid**   231:14
**abide**   116:25
**ability**   67:12 73:5
  111:17 116:12
  142:16 159:25
  160:2 180:25

183:5,22 184:1,12
  208:6 225:11,13
**able**   13:19 44:9
  51:9 53:14,17
  83:18 89:22 90:12
  90:17 93:6 95:18
  113:9 117:24
  138:3 181:10
  192:20 193:13,22
  196:18 197:10,14
  198:25 202:4
  208:23 209:11
  210:7,10,21
  240:13
**absence**   194:21
**absolutely**   112:19
  154:9,15
**abusive**   111:25
  112:8,13
**access**   18:17
  103:13,19,21
  132:16,17 133:3
**accessible**   197:1
**accident**   18:14
  78:3
**accomplish**   21:23
  21:23
**accomplishing**
  156:4
**account**   36:12,17
  37:5,18 41:5,7,10
  62:13 67:4,4 68:2
  68:18 72:19 78:25
  79:1 100:1 108:8
  109:4 116:4
  137:24 142:12,19
  143:22 171:20
  175:6,22,24 176:1
  176:7,8,13 177:17
  196:5,6,15,17
  198:9,13,13 199:5

202:3,6,8,17,18,21
  216:14,15 217:18
  228:8,9
**accounting**   24:1
**accounts**   39:13
  57:4 67:13 68:18
  69:8,17 70:1,7,14
  141:13
**accurate**   30:22
  45:9 58:2 88:25
**acquired**   193:22
**acronym**   161:2
  216:11
**action**   62:19 67:5
  76:25 143:19
  248:18,19
**actions**   1:7 2:7
  172:10
**activates**   177:7
**active**   36:12 37:5
  37:19 68:1 84:15
  102:25 117:6
  141:3,8,12 142:8
  175:24 176:8,14
  177:14 198:9,11
  202:3,7,8,17
**activity**   113:8
  116:5 138:10
  151:1,2 197:25
  233:11,13,19,22
  234:6,15 235:4,9
**actual**   81:14 98:7
  115:15 141:6
  175:16 187:5
**ad**   134:8 231:13
**adam**   55:5
**add**   154:1
**added**   60:7 115:12
**addition**   26:13
  39:4 47:20 49:1,3
  49:13 53:20 64:21

71:13 115:7
  116:21 144:16
**additional**   34:8
  64:21 131:10
**additionally**
  216:24
**address**   40:25
  41:11 64:9 106:3
  137:22 159:4,6
  169:15 170:18
**addresses**   106:20
  118:25
**administered**   15:2
  248:8
**administering**
  14:6
**admit**   105:5
**adopted**   190:7
  215:24 216:3
**ads**   169:8 181:16
  182:5 216:5
**advance**   8:12,13
  8:17,18,22,23 9:6
  9:7,11,12 10:6,7
  10:10,11,14,20,21
  11:6,7,17,18,22,23
  12:13,14 33:5
  55:1 94:4 96:24
  105:8 178:12
  195:2 213:25
**advanced**   43:13
  43:19
**advertiser**   131:4
  134:4
**advertising**   230:3
**advise**   243:16
**advisement**
  243:17
**affect**   76:19,23
**afraid**   161:18

Veritext Legal Solutions
866 299-5127

[age - apps]

**age** 141:3,9,12,25
142:10
**aggregated** 142:9
**ago** 64:4 75:20
118:24 136:9
148:2 169:2 229:9
**agree** 14:5 41:20
58:4,19 69:8,17,24
155:19 169:19
173:14
**agreement** 29:6,8
245:19
**agreements** 29:11
**ahead** 54:20 60:12
76:17 113:17
118:7 140:14
171:12 184:24
217:13 226:5
**aims** 52:22
**aka** 209:6
**allocated** 241:9
**allow** 21:16,18
122:7 237:14
**allows** 198:10
209:8
**alternatively** 85:2
**alto** 6:17
**altogether** 169:6
**amount** 24:2
111:25
**analyses** 60:15
137:7 138:8
**analysis** 89:22
202:3 209:5,7,11
218:20 235:24
**analytics** 89:23
235:16,19
**analyze** 68:22
**android** 231:15
**angeles** 7:9

**anid** 189:24 190:2
**anna** 205:1
**anon** 10:9 54:4,14
67:8,19,20 70:17
76:3 84:9 85:15
97:10 99:6,7
105:16 112:11,21
113:4,19 114:16
114:19,21 115:1
116:9 139:12,16
139:17,19,20,21
140:5,7,8,8,9,23
141:13,22 143:7
143:16,20 159:22
165:7 187:11,14
187:20 198:2
199:22 200:8
201:9 236:7
237:21
**anon's** 67:25
**anonymization**
20:3,5,11 68:15
74:5 76:6,23
78:10 158:12
159:11 160:20
**anonymize** 75:8
78:14 112:14
158:14
**anonymized** 75:10
75:22 113:24
140:11 159:2
199:11,18
**anonymizing** 97:6
**anonymous**
189:25
**answer** 21:17 22:2
28:4 37:13 40:13
83:18,21 84:19
86:1,3,17 88:6,24
92:8 95:6 98:20
98:21 117:24

128:17 129:2
130:1 144:5
149:21 151:13
154:6,11 166:5
175:2 192:11
197:19 207:10
218:1,1,21 219:2,6
219:14,15,16,22
219:23 220:6,8,11
220:14,21 221:2,7
221:8,25 223:15
224:18,22 225:10
225:23,24 226:20
**answered** 118:21
237:5
**answering** 17:12
85:9 98:4 135:7
175:20 186:5
221:14,21 225:15
233:7
**answers** 21:19,21
67:17 245:13
**anti** 17:3 18:24
73:7
**anybody** 32:6
130:13
**anymore** 161:23
**apart** 200:18
**apologies** 35:25
48:11 158:9
183:17 204:3
212:6
**apologize** 21:5
35:6 105:5 126:1
165:20 186:23
204:16
**app** 11:4 115:14
115:18,21 116:3
178:13 179:4,4,17
184:4

**apparently** 164:18
167:3
**appear** 31:14
56:22 247:4
**appearances** 3:1
4:1 5:1 6:1 7:1
**appearing** 3:2 4:2
5:2 6:2 7:2 249:18
250:7
**appears** 44:5
45:20,24 47:3
56:4,15 65:10
97:2,2 105:15
117:14 139:8
140:25 164:7
189:22 204:6
**apple** 107:21
**apples** 111:4,5
122:25,25
**application** 85:7
133:7 138:15
176:15,19,20,21
176:22 177:1,7
178:1 180:19
183:6,9,23 184:1,2
184:13 196:7
211:22 229:20
**applications** 59:13
142:15 180:18
183:3
**applies** 57:8
**apply** 67:20
**appreciate** 21:14
68:14 160:15
**appreciated** 33:10
**appropriate**
156:15
**approximately**
21:4 23:3 26:17
**apps** 176:13,16
181:9,12,13 182:1

Veritext Legal Solutions
866 299-5127

**[apps's - ayana]**

apps's 51:24
april 10:17
architected 200:4
archive 164:24
area 29:20
argue 147:2
arguments 155:17
articles 242:7
articulate 220:13
  222:14
asap 180:4
asid 11:5 133:11
  174:22 176:11
  177:11,19,20
  178:13,18,22
  179:18,21,23,24
  180:3 183:2,7,24
aside 33:16 193:20
  235:7
asids 180:17,17,22
  181:1 184:7
asked 35:7 39:2
  62:2 69:19 70:8
  71:25 83:8 88:14
  98:20 118:22
  125:10,17 151:21
  153:14,15 154:4
  166:20 210:10
  221:10 224:13
  225:21 237:4
  244:14,20
asking 22:4 28:18
  37:1 56:11 61:16
  85:10 102:23
  112:15 120:20
  123:7,24 124:2,16
  150:23 152:1
  155:4 175:15
  178:21 181:24
  193:6 215:11
  221:14 222:3,4

223:14,23 224:15
  224:15 226:15,16
asks 134:23
aspire 48:17
assessment 19:14
  19:21,23 27:3
assessor 19:8
assigned 217:2
assist 32:6 128:10
  128:12
assistance 13:18
assoc 50:23 51:3
  82:7 85:20 102:8
  171:19
associable 237:9
associate 7:17
  40:10 150:22
  151:1,19 197:14
  201:21
associated 17:9
  20:2,9 26:22 27:3
  27:19,22 28:12,23
  28:25 29:1,14,21
  29:21 30:12 39:6
  41:10,15 42:6,7
  46:1 49:2,4,13,15
  49:16 50:3,11
  51:10 65:24 68:6
  68:9 70:6 75:22
  81:13,16 83:3
  84:22 87:3 116:1
  116:15 137:20
  148:14 151:9
  153:8 154:21
  168:8,9 179:3
  188:24 192:1,3
  193:8 200:14
  202:7 203:8,11
  208:2 217:22
  229:7 236:4 237:9

associates 199:7,9
  207:14 228:11
association 17:25
  30:9 38:12,15,21
  38:22 39:1,3
  50:14,17,23,24,25
  51:21,25 68:3
  82:15,17,23 84:15
  145:5 147:15
  150:3,8,15 151:1,5
  151:21,24 152:8
  154:25 155:3,10
  155:23 177:1,9,11
  189:8 193:16
  227:19
associations 39:18
  59:11 147:7 152:6
  152:17 207:18
assume 22:3
  200:20,24 232:16
assuming 122:13
attach 137:14
  192:20
attached 33:19
  43:17 46:15 54:19
  63:16 64:25 90:20
  92:3 105:3 106:9
  127:24 138:20
  163:5 178:7
  180:14 184:23
  194:6,25 203:3,6
  213:18
attachment 65:4
attachments 64:16
  64:18
attempt 53:21
attempted 147:24
attention 52:17
  155:22 158:11
attest 243:11

attorney 3:9 6:7
  6:15 14:9 244:20
  248:19
attorneys 4:9 5:8
audience 50:15,21
  51:1,19 84:11
  212:10,20 213:1
audit 27:5,15,24
  30:25 31:11 66:6
  66:11 204:15
audited 29:12
auditing 28:22,24
  65:23
audits 26:19,25
  27:1 28:9,11,19
  44:18
august 12:6 204:9
  204:11 205:11
auld 3:5 13:15
authentication
  119:7 132:5,7
  133:2,17 134:1
  211:25
authorized 133:3
automated 228:9
automation
  111:22
available 102:16
  167:4 196:15
  234:14
avenue 4:10
avoid 156:12
  169:5
aware 36:4 60:9
  60:20 74:2,10
  76:21 77:3 119:12
  121:3 124:7
  190:25 193:25
  231:20 235:17
ayana 204:7,8

[b - blume]

| b | | | |
|---|---|---|---|
| **b** 1:12 7:5 8:8 9:1 10:1 11:1 12:1 22:15 143:8 144:12,12,13,14 221:10 240:5 250:1 | **bad** 114:2 181:1 181:14 | **behaviors** 181:13 | 168:24 173:1 203:17 243:7 |
| **back** 31:8 33:1,23 34:1,15,23 35:2 37:21 38:10 39:6 40:7,19 42:3 51:1 52:2 53:24 58:22 61:16 62:19 63:3 63:21 66:15 68:4 71:16,17 72:2 77:20 79:19 82:3 83:23 86:6 96:3 106:6 115:4,20 116:1 119:18 121:10 127:5 133:13 136:6,20 137:1 138:3,11 144:25 156:9 157:10,17 158:1 162:25,25 171:12 172:23 173:1 177:12 193:23 194:16 196:18,20 196:22 198:8 202:9,9,13 210:2 212:1 213:19 217:18 222:22 223:2 226:22 227:20 237:9 238:7 239:14 | **based** 11:20 29:15 45:10,14 99:15 154:10,11 166:3 173:16,16 195:3,8 | **believe** 26:20 42:19 45:8,14 49:8 59:6,25 67:17 81:2 82:21 83:7 123:11 127:21 150:25 151:20 163:23 185:9 189:15 218:1 222:17 227:18 228:7 230:7,11 231:13 | **bleichmar** 3:5 13:15 |
| | **basically** 173:7 184:2 | | **blobs** 237:17 238:2 |
| | **basis** 44:7 75:1 101:7 113:8 187:9 215:23 220:25 237:22 | | **blogs** 161:15 |
| | | **believed** 150:25 | **blume** 5:6 13:21 13:21 14:11 19:18 20:13 27:7 28:1 29:18 30:14,16,18 32:15,17 33:3,5 35:19 36:23 37:11 38:14 39:20 40:12 41:17 42:10 45:12 46:18,24 47:16,25 49:20 50:4,19 51:5,22 53:11 54:12 56:2,14,20 58:3,12,20 59:8,17 59:24 60:23 61:13 61:25 62:8 66:1,7 66:21 67:7,23 69:9,18 70:2,10,15 71:1,8,23 73:12 74:7,16 75:14 76:8,15 77:1,8 78:24 79:5,15 80:5,11 81:19 82:11 83:6,16 84:3 85:13,25 86:12,19 87:5,12 88:4,18 89:7,15 90:6 92:12,25 93:16 94:1,15 95:2,13 96:7 97:8 97:17 98:1,15 99:11 101:24 102:13 103:25 104:4,9 107:13,22 108:11,20 111:13 |
| | **bates** 33:4 43:13 43:19 46:10,12 52:5,7 55:1 64:5 90:24 105:7 140:3 163:8 178:12 185:4 186:22 187:3 189:17 195:2 203:14 213:24 | **best** 29:19 45:9 83:21 101:25 102:15 177:22 225:11,12 | |
| | | **better** 42:4 213:7 | |
| | | **beyond** 77:1 86:12 87:12 88:4,18 89:7 92:25 94:1 133:19 134:23,24 135:15,15 145:15 145:24 147:2,3 188:18 | |
| | **bear** 203:13 | | |
| | **bearing** 43:12,14 43:19,20 178:12 | | |
| | **bears** 54:25 55:2 64:5 90:23 105:7 185:3 195:1 213:24 | **bfalaw.com** 3:14 3:15 249:2 | |
| | | **biesnecker** 164:11 | |
| | **beginning** 13:12 46:11 91:11 215:16 | **big** 237:17 | |
| | | **bigger** 184:3 | |
| | | **bii** 143:8 144:10 164:24 165:1,5,7 165:15,16 166:12 166:16,24,24,25 167:4,25 168:19 | |
| | **begins** 186:15 188:13 | | |
| **backfill** 100:14 101:8 | **behalf** 2:16 13:22 14:2 17:14 59:21 108:19,23 226:21 243:4 | **billing** 18:17 | |
| | | **binder** 118:13 122:3 136:9 | |
| **background** 75:7 76:4,7 | **behavior** 60:16 111:16,21 112:8 112:14 | **binding** 14:7 | |
| **backup** 78:3 | | **bit** 48:16 79:10 109:15 122:21 | |

Veritext Legal Solutions
866 299-5127

[blume - capacity]

114:5 116:7 119:5
119:14,16 120:4
120:11 122:6,7,10
122:24 123:3,18
124:21 125:2,13
125:22 126:8,16
126:20,24 127:1,9
128:14,25 129:8
129:12,17 131:25
132:19 133:19
134:13,22 135:6
135:14,25 136:18
144:21 145:2
146:3,15,18
148:19,25 149:7
149:13,16 150:6
150:11,13 151:4,7
151:13 152:7,11
152:18 153:14,19
154:3,7,8,15,23
155:1,19 156:8,19
156:21 157:3
159:13,20 160:17
162:8,18 166:14
167:6 169:20
171:9 172:4
173:15 175:12
176:6 177:24
179:6 186:17
187:12 188:18
189:1 191:4,7,13
192:6 193:10,24
197:3,16 200:1,16
201:5,12,23 205:5
206:7 207:8,16,23
208:8,15 209:18
210:17,25 211:8
211:16 212:11,23
213:12 214:11,14
217:23 218:10,24
219:12 220:9,20

221:17 222:12,19
222:23 223:3,9,11
223:13,19 224:1,5
225:2,3,6 227:2
233:12,20 235:10
235:21 236:5
237:4 238:4,18
239:2,10,13,15,19
239:21 241:13,15
241:17 242:2,11
242:16,18 243:24
244:2,12 245:3
**board** 189:23
**bold** 103:18
182:22,23 236:17
**borker** 22:15 25:2
**bottom** 93:17
103:19 148:12
161:13 167:11
171:3
**box** 11:12 186:12
188:22
**boy** 205:25 209:1
**break** 32:18,20
69:22 77:14
126:16 144:20
156:24 157:7
167:12 169:25
177:9 194:10
214:1
**breaking** 76:9
83:9
**breaks** 137:2
**brief** 77:25
**briefly** 26:1 115:4
**briefs** 245:20
**bring** 196:18,20
**bringing** 87:18
**brings** 214:17
**broad** 34:18 50:7
87:8 95:18 155:13

**broader** 19:23
20:8,14 196:4
216:3 218:2,3
243:13 244:19
**broadly** 62:5
161:8 208:9
**broke** 35:6
**broken** 235:22
**brokers** 191:2,10
**browser** 119:3
120:6,8,10,18,23
120:24,25 121:1
127:14,15 129:25
130:5 131:8 133:4
170:5 228:25
229:1 230:25
**browserid** 228:21
228:25 229:4
**browsers** 119:6
120:9
**build** 16:23 110:3
112:1 182:17
**building** 100:22
109:23 182:18
**built** 16:8 75:24
86:22 94:9 116:9
144:15 165:14,23
188:11 216:7
**bullet** 167:21
180:2 195:21,22
**bullets** 143:4
168:21
**bunch** 227:4
**business** 16:7 59:2
59:15,19,22 60:21
68:21,23 69:5,14
69:25 70:3,5,13
131:5 134:5 215:9
**button** 228:10

**c**

**c** 5:6 22:16 50:23
57:8 131:15,24
132:10,25 133:1
133:25,25 134:20
134:21 186:7,8
**ca** 9:20,21 10:24
12:6,7,10 90:24
163:8 203:14
249:9,12,20
**cache** 108:16
**california** 1:2,21
2:2 3:12 5:9 6:10
6:17 7:9 15:19
240:2
**call** 50:13 104:15
104:20 169:22
246:1
**called** 50:18 54:4
57:15,17 59:10
64:20,22 85:20
86:24 89:13 99:5
117:15 143:8,11
143:17 167:4
187:22 195:16
209:21
**calls** 217:23
218:11,24 221:18
225:4
**campen** 4:7
**canonical** 34:13
34:25 35:13 116:1
116:14 133:9
174:23 177:4
184:9,14 201:16
228:14,15
**capability** 110:18
**capacity** 86:20
88:9,23 89:12,19
90:10 96:13 98:25
109:11 110:2

Veritext Legal Solutions
866 299-5127

[capacity - column]

111:20 114:10
220:19,22,24
231:23 235:14
**captured** 152:12
245:11
**car** 18:14
**care** 16:20 162:2
173:8,9,11
**careful** 101:1
**cari** 4:7 13:19
**case** 1:4 2:4 16:7
17:18 25:17 34:10
34:19,25 75:17
101:13,13 116:10
173:10 183:5,22
226:11 232:25
233:2 241:5
248:15
**cases** 74:19 79:24
116:2
**categories** 72:16
233:3
**category** 217:2
229:16 233:6
**caught** 149:24
**cause** 231:6
**caveat** 114:12
**ccp** 249:9,12
**ccpa** 217:1 218:13
218:16,19,23
219:11,18,25
220:16 221:1,12
221:18 222:12
223:19 224:1
225:22 239:24
240:9,9 241:20
242:6 245:6
**ccpa's** 222:15
**ccpaa** 217:21
218:8

**ccr** 1:21,22,23
248:24
**cell** 205:25 206:17
206:19,20 208:25
209:13,20 210:23
**center** 177:5
**central** 16:24
74:18 79:23
**centralized** 16:23
**certain** 97:15
172:10
**certainly** 145:16
**certified** 2:20,21
248:2,3
**certify** 248:4,17
**challenge** 100:21
**challenges** 111:21
**chance** 64:13
138:22 139:5
163:17 204:1
**change** 251:4,7,10
251:13,16,19
**changed** 229:10
229:12
**changes** 116:12
**characters** 109:16
**chasing** 239:16,22
**chat** 164:7
**chatting** 42:19
115:23
**checked** 101:3
204:10
**checking** 166:7
178:4,8
**chen** 7:17 13:25
**chhabria** 245:22
**child** 73:8
**choose** 57:24 58:9
196:16 228:10
**chose** 115:22

**chron** 187:20,24
188:2
**chronscript** 187:2
187:7,11,21
**chronscripts**
188:6
**chunks** 114:24
**circumvent**
181:17 182:5
**cite** 239:24 240:8
243:6
**cited** 240:19
**cites** 164:19
**citing** 245:20
**city** 15:16
**civil** 249:19,20
**claiming** 240:12
**clarified** 68:14
**clarify** 28:14
30:19 38:16 87:7
88:24 146:3
170:16 193:5
**clarifying** 229:13
**clarity** 52:11
63:22 69:19
121:23 214:4
**clark** 1:13 2:15
6:14 8:3,11 13:7
13:24 14:12 15:1
15:7,13,14 18:5
31:15 33:20 34:4
42:21 43:14,23
47:1 55:7,14
64:12 77:22 78:9
91:1 123:25 125:3
129:16 145:7
157:19 194:18
203:24 213:6,21
214:18 225:10
227:4 238:17
247:1,12 249:5

251:2
**classification**
165:8 172:8,9
232:17,22
**classifying** 25:15
**claufenberg** 4:15
**clean** 83:21 199:14
209:7,7,15,17,23
**cleans** 238:1
**clear** 73:1 75:9
96:3 124:25
134:18 148:20
153:6 174:20
**clearly** 21:12
162:10
**clementine** 57:9
57:13,16,18
**click** 134:6
**clicking** 134:8
**client** 13:25 243:1
243:4 245:23
**close** 12:5 204:9
240:7
**closeout** 205:4,11
**closing** 213:4
238:14
**code** 159:2,3 179:3
179:3 186:10,14
186:19,19 187:5
188:13,16 249:9
249:12,19,20
**collect** 234:7
**collected** 226:12
**collecting** 147:22
**collection** 234:22
**colorado** 1:15 2:17
5:11 13:1 15:19
**colorful** 56:7
**column** 95:9 96:6
98:25 99:1 141:7
141:17,17 143:14

Page 8

[column - context]

143:14
**columns** 94:13,20
  95:21 96:4,5
  98:12 141:2
**combination**
  47:21 162:24
  231:6
**combinations**
  216:13 218:6
**combined** 231:9
**come** 42:3 52:1
  71:17 80:21 86:6
  131:22 133:13
  156:13 157:10
  165:25 190:6
  209:10 221:3
**comes** 30:24 45:23
  85:1 109:14
  230:13 234:5,6,19
  238:7
**comma** 155:22,23
**commencing** 2:17
**comment** 57:22
  58:10 60:17,18,18
  60:19 227:2
**comments** 49:15
  137:16 243:22
**commitment**
  137:3
**commitments**
  217:5
**common** 16:24
  109:13 232:18
  234:10
**commonly** 131:16
**communicate** 42:4
  199:15
**communicating**
  21:12
**communication**
  164:8

**company** 18:16
  51:14 229:21
  244:25
**comparative**
  240:18
**comparison**
  240:19
**compiling** 181:12
  182:3
**complaining**
  147:16
**complete** 159:24
  160:15 175:13
**completed** 55:20
  249:7,17 250:6
**completely** 181:17
**completion** 248:15
  250:10
**completions** 188:9
**complexity** 159:23
**complicated** 65:2
  240:10
**complies** 14:14
**comply** 161:25
**components** 54:13
  210:19
**comprehensive**
  166:21 167:13
**computer** 131:16
**con** 168:10
**concept** 34:23
  69:13 111:7
  159:11 241:5
  243:2,12 244:18
**concepts** 111:3
  143:4
**concern** 242:8
**concerns** 115:13
**concise** 73:1 88:25
**conclusion** 200:12
  217:24 218:11,25

221:18 222:2,3
  223:23 224:15
  225:4 226:15
**conduct** 87:2,11
**configuration**
  209:8
**confirm** 57:23
  65:3 66:4
**confused** 66:25
  124:9,18 149:3,9
  233:17 242:5
**confusion** 244:22
**congress** 162:2
**connect** 36:21
  37:2 39:19 68:24
  69:6,15 70:13
  228:8
**connected** 87:10
**connection** 18:10
  175:8 177:8,16
  198:15
**connects** 202:13
**consent** 19:8
  176:15
**consider** 57:23
  149:18,23
**considered** 146:20
  152:19,22 155:6
  181:2 217:7
**considers** 151:8,14
  154:16 155:4
**consist** 149:5
**consistent** 78:19
  78:22 79:4 80:3,6
  170:14 182:12
**consistently**
  100:25
**constitute** 217:8
**constitutes** 242:24
**constitution** 240:3

**construct** 242:8
  243:13
**constructs** 245:21
**consumer** 1:4 2:4
  13:9 176:14 235:3
**consumers** 234:15
**cont'd** 6:1 7:1 9:1
  10:1 11:1 12:1
**contact** 249:9
**contain** 127:17
  173:22
**contained** 92:21
  98:13 120:17,20
  135:4 236:11
  247:5
**containing** 99:9
  147:16 186:13
**contains** 91:3 93:3
  127:21 134:9
  141:1,4 170:7
  201:8
**content** 48:25
  49:10 58:15 59:23
  61:4,11,23,24
  66:20 67:15 75:25
  84:24 85:6 130:6
  159:1,6,11 161:1,3
  161:5,8,20,22
  164:23 165:8
  169:16 170:20
  173:23 174:10,14
  186:12 196:12
  204:4 217:15
**contents** 186:13
**context** 24:23
  38:13,16,22 39:1
  61:3,12 65:21
  66:9,19 67:5 88:7
  164:10 171:15,25
  172:12 173:5
  183:1 188:21,21

Veritext Legal Solutions
866 299-5127

[context - cpup]

193:2 205:13
206:11 207:17
216:5 219:15,23
221:2 222:8
225:14 232:11,20
**contextual**   196:12
**continual**   237:22
**continually**   75:7,8
**continue**   68:23
69:5,14,25 114:12
246:2
**continuous**   76:6
**contract**   208:4
**control**   8:20 45:25
50:15,21 51:1,19
84:11 161:14
**controls**   20:1,8,10
26:19 27:1,3,10,12
27:13,15,17,19,21
27:24 28:11,12,22
29:14,21 30:12
31:9 44:18 47:10
47:17,21 65:24
**conversation**
22:22 81:3 128:15
129:4 130:20
241:9 245:2
**conversations**
11:5 115:16 129:1
**conversion**   207:22
208:5
**conversions**
178:14 179:18,22
**converting**   74:6
74:14,25
**cookie**   119:23,24
120:3,5,21,22
127:8,13,14,16
128:22 129:6,15
129:19,24 130:4
130:15,23 131:3,7

131:9,24 133:16
134:3,3,9,19,20,20
134:21 135:13
145:19 146:7,23
146:24 147:5,8,23
148:21 149:17,18
149:24 151:6,8
152:16,17 153:11
154:16 169:15
170:2,6,7,19
211:13,20,22
228:18 229:5,8
**cookies**   106:20
118:25 119:1,3,6,9
119:11,12,21
120:16,17 121:4
121:11,20 122:1,9
122:11,13,22
123:3,7,8,11,25
124:1,2,5,6,12,15
124:21,22,23,24
125:1,3,9,18,24
128:13 129:10
131:6 132:5,11,15
133:1,1,4,25
134:21 135:4,24
136:14,17 145:6,8
145:10,13,18,18
145:23 146:5,6,9
146:11,12,19
147:1,2,17,20
148:5,14 149:3,5,9
150:22,24 151:3
151:12,15,22
152:19 153:8
169:24 170:4,5
211:25
**copied**   32:20
211:24
**copy**   43:11

**corner**   52:9
**corporate**   1:13
17:14 30:11 38:19
73:14 220:18
227:8 230:24
243:20
**correct**   17:21,22
23:14 28:13 45:6
45:7 52:15,16
62:22 66:3 70:11
72:13 78:5 79:14
82:10 97:7,25
99:10 102:11
109:19 117:5,6
118:1 123:4,8,14
124:3 133:11,12
136:15 147:21
154:8,9,16 157:24
160:10 161:1,3
188:15 194:19
214:10 215:7
220:17 223:20
231:16 236:2,24
236:25 247:6
**corrected**   247:5
**corrections**   247:4
249:14,15 250:3,4
**correctly**   63:4
229:14
**correlate**   184:2
**cough**   73:25
**counsel**   3:1 4:1 5:1
6:1 7:1,17 13:12
13:19 14:5 22:9
22:21 23:3 26:12
28:4 32:1 44:17
46:17 81:3 118:15
122:24 123:2,3
124:2,18,21 126:1
128:10,12,15
129:1,4,13 148:4

153:10 154:3,5,7
154:11 156:21,22
160:12 164:2
178:10 214:10
219:4,4,21 220:1
220:24 221:5
222:1 223:3
224:12,21 225:2
225:18 226:1,9
238:23 245:16
249:18,21 250:7
**counsels**   214:2
**count**   141:3,8,12
142:8
**countless**   242:25
**counts**   167:22
168:22
**couple**   39:22
42:16,18 63:11
118:17 140:20
164:19 181:14
**course**   126:15
215:9
**court**   1:1 2:1,21
14:3,4,12,15 21:13
33:18 43:16 46:14
54:18 63:15 64:24
73:18 90:19 92:2
105:2 106:8
127:23 138:19
153:20 157:13
163:4 172:16,18
178:6 183:10,12
183:15,19 184:22
194:5,24 203:2,5
204:19 213:17
248:3
**courtesy**   33:9
**cover**   31:20
**cpup**   9:16,17
11:13,14 64:5

[cpup - days]

| | d | | databases 237:13 |

185:4
create 31:23 32:14
34:8 54:6 71:15
100:16 133:14
140:10 231:7
created 101:19
104:18 131:9
167:4 180:22
184:7 197:22
238:2
creates 97:10
creating 21:24
34:14 211:2
creation 75:11
100:12 101:10
128:8,10 205:20
206:13
critical 241:5
cross 181:12
crutcher 5:5 6:5
13:22
csr 1:21,21,22
248:25
current 15:23
23:18,23 24:11,19
25:1 75:9 83:3,14
84:1,6,8,15 102:4
currently 15:16
16:19 23:12 47:22
98:11 117:18
custom 205:20
206:13,14 212:20
213:1
customer 212:10
228:1
cut 202:14
cvikram 186:12
cycle 20:15,18,20
76:6

**d**

d 8:1 120:1,1
176:13 195:8
daily 100:15 101:7
daniel 7:5
data 8:15 9:4 17:1
18:1 20:4,15,17,18
20:19,20,22 25:15
25:23,24 36:13,14
36:15,16,22 37:2,5
37:6,9,10,10,14,15
37:19 38:4,8,9,21
39:5,16,19 40:4,5
40:6,9,10,17,19,20
41:13,14,16 42:6,9
42:12 43:20 44:4
45:23 47:4,14
48:5,10,13,18,23
48:24 49:13 50:3
51:10 52:12,18,20
53:7,14 54:6,8
55:3,3,23 56:1,8
56:17 57:2,3,4,10
59:2,14,23 60:5
61:16 62:3,5,15,16
62:21 63:9 64:21
65:25 67:10 68:1
68:2,3,9 71:19,21
72:22 73:4,5,18
75:10,16,22 76:3,5
79:12 83:3,5,13,25
84:5,7,16,18,25
85:3,12 87:10,24
87:25 89:20,20,21
89:23,25,25 90:1,4
90:4,5,12,15,15
96:6 98:7 109:2
112:14 114:13
136:25 137:1,6
139:22 141:1,5,8
141:21,22,24

142:17,21 143:8
143:10,20 145:6
147:18,19 150:4
150:11,12,15
154:22,25 158:4
159:1,12 161:15
171:5,18 172:10
173:5,6,8,8,21,24
174:2,2,4,8 175:11
175:17,18,22
176:4,8,12 181:9
181:12 182:2,3
188:24 189:8
190:17,25 191:1,9
191:10,11,11,14
191:25 192:3
193:7,11,14,17,23
195:20 196:2,19
196:25 197:8,13
199:6,8,10,12,18
199:21 200:14,19
200:21,24,25
201:21,21 207:14
208:1 209:3,4,9,10
209:16 216:8,12
216:13,15,22
217:4,7,16 218:5,6
221:3,13 222:11
226:12 231:4
232:4 233:3,4,6,10
233:11,18,19,21
233:22,24,25
234:5,7,8,10,11,14
234:19,23 235:8
235:15,24 236:1,8
236:19,19,23
237:1,2,7,16,16,17
238:7,7,11 240:21
database 59:6
237:12

databases 237:13
dataset 87:3
201:18
datasets 52:21
date 21:7 55:25
63:1 82:12 93:20
178:3 248:20
249:16 250:5
251:24
dated 8:16 9:14
10:16 11:11 55:23
186:8 204:7
248:22
dates 204:12
dating 115:8,11,12
115:14,21 116:3,5
116:10
datr 119:23,24,25
120:3,5,17,21,22
127:8,13,16
128:22 129:6,10
129:10,15,19,24
130:4,14 135:12
147:17,23 148:21
153:8,11 154:16
170:7,9 228:21
229:2 230:24
david 4:6
day 71:10,21
101:20 109:2
114:24 141:3,8,12
142:8 148:10
153:2 187:18
197:22 204:13
219:20,20 220:3
221:3 237:23
240:15 246:1
247:7
days 68:10 72:22
74:15,15 75:11
83:14 84:2,8

[days - deponent]

| | | | |
|---|---|---|---|
| 85:17 91:5 92:22 100:4 108:10,18 108:24 113:24 118:24 141:21,25 143:20 197:24,25 198:3,4 202:18 236:15 | **definition** 12:12 16:8 38:2,7 117:8 117:17,21,25 160:9 164:15 166:21,23 167:14 167:21 169:9 174:7 175:18 186:19 214:16,21 | 100:1,17 108:7 109:4 137:2 138:5 142:21 143:23 159:24 171:20,21 175:22,23 176:1,9 198:13,14 199:5 221:13 226:12 237:2,7 | 100:2 108:8,13 143:21 145:3,5,10 145:12,17 146:5 146:23,25 147:7 149:20,25 150:3,9 152:21 155:5,9 170:3 171:5 173:4 174:2 178:2 |
| **de** 17:25 37:23,25 41:4 42:12 52:18 52:20 53:7 54:5 62:3,20 63:8 70:17,20 110:14 110:16,20 143:9 145:4 147:6 150:8 155:2,9 177:7 193:3 198:11 208:20 217:4 236:19 237:3,8 | 215:13,15,15,17 216:2,7,10 217:20 218:5,15 219:5 220:16,25 221:4 221:12 222:10,13 222:15,19 223:16 225:16,22 226:13 236:9 239:23 240:6,11,16,19 241:3,19 242:9,22 245:6,23 | **deleters** 11:21 195:3,8,16,17,18 196:10 **deletes** 36:17 58:14 59:23 61:7 137:24 139:25 142:12 143:22 175:6 177:17 **deleting** 55:3,23 56:1,8,17 63:9 64:20 68:19 159:22 | 191:12,15 195:13 195:14,15 196:3,4 196:5,17 202:19 202:21 207:18 208:21 236:18 **deletiondeletedd...** 158:4 **demonstrate** 144:1 **denver** 1:15 2:17 5:11 13:1 15:19 |
| **deal** 21:1 149:20 **deals** 145:17 146:5 147:1 **debugging** 41:2 **december** 19:10 21:8 **decide** 66:14 **declare** 247:1 **decree** 19:8 **deeper** 215:10 **default** 184:15,20 **defenses** 182:17 **define** 219:10 221:16 237:10 240:20 241:11 244:5,9,24 245:18 **defined** 59:19 60:21 91:4 109:15 218:23 222:12 241:18 244:15 **defines** 219:18 241:4,12 243:11 243:20 244:25 | **definitions** 42:2 167:17 173:19 **deidentified** 137:6 **del** 193:1 **delete** 25:24 48:17 53:14 58:16 59:22 60:17 61:6,11,23 62:3,4,12,16 66:20 67:4,12 72:22 73:5 75:25 116:4 142:18 187:15 196:11,11,16 217:4 237:14,15 237:21 **deleted** 39:13,16 40:5 41:5,10 42:9 55:3,23 56:1,8,17 57:2,3,4 60:5 62:13 63:9 64:21 67:22 68:17,18 69:7,16 70:1,6,14 70:18,19,19 79:1 | **deletingdeletedd...** 9:4 **deletion** 8:15 9:9 11:16 17:1 18:1 20:18,19 23:6,7,9 24:12,24 25:8,20 25:21,22 26:18,21 27:19,22,25 28:12 28:23 29:14,22 30:12 31:2,4,10,10 31:12 39:8,10,14 40:3,8,16 43:21 44:17 45:23 46:1 47:4,14,18 48:13 48:19 52:12 54:9 61:16 62:13 64:22 65:5,7,25 67:3,14 68:3 72:23 74:17 74:18,22 76:19 77:10,11 79:22,23 80:1,20 81:9,13,15 | **dep** 155:18 **dependence** 181:16 182:4 **dependent** 67:13 **depends** 62:9 140:9 186:18 **deponent** 2:17 8:2 14:7,14,20 19:20 20:14 27:8 28:5 29:19 30:4,15,17 30:19 35:20 36:24 37:12 38:15 39:21 40:13 41:19 42:11 45:13 47:17 48:1 49:21 50:6,20 51:6,23 53:12 54:13 56:3,15,21 58:4,21 59:9,18,25 60:24 61:14 62:1 62:9 63:17,19,22 63:25 66:2,8,22 67:8,24 69:10,19 |

Veritext Legal Solutions
866 299-5127

[deponent - direct]

70:3,11,16 71:2,9
71:24 73:13 74:8
74:17 75:15 76:18
77:3,9 78:25 79:6
79:16 80:6,12
81:20 82:12 83:7
83:17 84:5 85:14
86:1,14,20 87:6,13
88:6,20 89:9,16
90:7 92:4,15 93:2
93:17 94:5,19
95:5,14 96:10,25
97:9,21 98:3,16
99:12 101:25
102:14 104:1,12
107:14,23 108:12
108:21 111:14
113:14,18 114:6
116:8 119:6,17
120:5,12 124:4,10
124:13 127:10
129:3,18 132:1,20
133:21 134:14,25
135:17 136:1,19
138:25 158:8
159:14,21 162:9
162:19 164:3
166:15 167:7
169:21 172:6
173:16 175:13
176:7 177:25
178:15 179:7
183:11,14,17,21
186:18 187:13
188:20 189:2
191:8,14 192:7
193:11,25 194:9
195:4 197:4,17
200:2,17 201:6,13
201:24 204:16,20
205:10 206:8

207:9,17,24 208:9
208:16 210:18
211:9,17 212:12
212:24 213:8
214:4,9 217:25
218:12 219:1,13
220:10,23 221:19
225:12 226:3,7
233:13,21 235:11
235:22 236:6
237:6 238:5
239:14
**deponent's** 1:15
**deponents** 248:7
**deposed** 18:4,7,21
18:23
**deposition** 1:12
2:15 8:11 13:7,17
14:6,17 15:8
17:17 19:1,2,3,9
19:13,17 21:2,6
22:7 25:19 26:9
29:16 33:15 43:14
64:4 92:14 94:4
148:3,9 172:14
179:14 221:10
222:8 238:15
239:1,4 248:14
249:19,22,24
250:8,10
**depositions** 18:9
18:13,25 21:11
155:17 246:2
**derek** 4:8
**derived** 232:4
233:3,6,10,18,24
**describe** 70:22
112:12 140:22
142:24
**described** 54:9
110:21 121:11,20

148:15 191:21
210:19 233:4
**describes** 112:10
112:20 145:24
206:13 210:23
**describing** 26:20
49:11 63:4 93:5
112:25 139:15,17
**description** 8:10
9:3 10:3 11:3 12:3
98:11 112:12
137:15 139:14
147:18 206:16,18
**descriptions** 98:8
121:24
**descriptor** 41:15
**descriptors** 109:13
**despite** 153:6
**detail** 131:2
**details** 26:21 41:8
48:2,7 56:7 80:17
93:6 131:10 146:4
**detect** 144:11
**detection** 143:7
**detects** 143:8
**determine** 51:9
**determined**
249:18,22 250:7
**developed** 221:4
**developer** 56:16
131:11 144:7
176:14,16,20
177:8 184:18
**developers** 16:7
16:24 35:12 48:3
142:15 176:25
177:6 181:11,16
182:2,5 184:11
201:15
**development**
144:3

**device** 40:25 41:11
99:20 100:2,2
106:3,15,24 107:5
107:9,10,21 108:8
108:9,16 109:6
111:10,22,24
112:4,6,13,23,25
113:4,10,22 114:1
114:4,16,23
120:10,19 216:15
216:16 217:18
230:2,13,14,17,21
230:25 231:2,18
231:19,24
**dgarrie** 7:11
**diagram** 140:4,17
142:23,24 143:3
143:25
**differ** 47:24
**different** 42:8
45:21 59:7 65:9
65:10 83:8 85:9
111:2,6 112:15
119:21 120:14,16
145:24 155:20
169:7 192:12
228:24 232:13
234:25 242:7
**differentiating**
243:14
**difficult** 155:17
200:13 201:20,24
203:17
**dim** 93:12 95:19
95:20 100:16
101:18 102:9,12
102:17,25,25
198:15
**direct** 31:12 52:17
158:10 209:20

Veritext Legal Solutions
866 299-5127

[direction - email]

**direction** 179:24
185:15 219:21
221:5 225:18
248:11
**directions** 179:21
**directive** 143:16
143:19
**directly** 30:1,24
38:8 85:16 116:3
168:12 191:17
216:25 226:11
242:3 244:3,4
**director** 15:24
**disappear** 142:14
**disassociate** 70:17
**disassociated**
53:15 62:17 68:5
**disconcerting**
243:8
**discover** 183:6,23
**discuss** 19:16 23:4
112:22 135:12,23
136:16 145:7,12
172:13 178:11
188:24
**discussed** 23:5
25:18 92:18
158:13 175:17,19
227:21,24 229:10
**discussing** 24:17
66:16 74:6 78:11
103:22 123:12,13
158:11
**discussion** 126:11
172:16
**discussions** 129:13
**disks** 238:11
**disputes** 18:17
**disregard** 43:5
**distinct** 69:20 91:6

**distinction** 170:1
216:1
**district** 1:1,2 2:1,2
**dko** 4:14
**dloeser** 4:16
**document** 1:6 2:6
31:15 33:5 43:12
43:19 45:19 46:11
47:2,13 56:25
59:16,19 60:13,22
60:25 61:19 62:2
63:2,4,6,23 66:15
73:1 82:13 91:3
91:12,13,15 92:6
92:21 94:3,17
96:4,9 97:18 98:8
99:22 100:7 102:5
105:6,20,24
106:15 113:1
117:19,22 118:4
118:15 122:2,4,8
125:11,16 128:1,3
128:7,9,11 140:3
160:8,13 161:11
162:10 163:21,23
164:1,15 166:3,6
166:16,19 167:3,8
168:18 171:24
173:18 174:4,5
178:9,15,19,21
179:13 186:16
190:3 193:19,21
195:10 205:6
214:2,24 215:1,3,5
216:20 218:9,16
218:17 221:11
227:1,5,9 228:19
239:24 240:18
241:25 244:3,19
245:7

**documentation**
56:16 71:4 82:13
131:10 182:14
**documents** 26:18
26:23 28:9,16,21
30:2,9,21 32:12,12
32:13 44:8,14,16
44:24 45:10,21
46:3,4,8,23 63:12
64:2 65:15,18
118:12 119:19
203:13 227:23
238:23 243:6
244:7
**doe** 141:10 142:4
**doing** 113:6
115:18 153:23
**domain** 131:4
134:4
**dot** 168:12
**double** 70:4 101:3
166:7 178:4
**downstream**
156:12
**drafted** 44:12
**drafting** 44:15
**dub** 104:15,15,15
**due** 245:4
**duly** 33:10 157:1
160:17
**dumb** 209:7
**dunn** 5:5 6:5 10:16
13:22
**dyi** 147:16 153:7

**e**

**e** 3:6 8:1,8 9:1 10:1
11:1 12:1 22:15
22:16,17 54:4
64:10 131:15
195:7,8,8,8 249:1
249:9,12 250:1

251:3,3,3
**earlier** 70:23 71:3
79:10 84:10 105:6
117:9 118:18
128:2 137:12
160:6 162:10
165:6 166:8 214:3
214:7 227:14,21
227:23
**editorial** 162:11
**edward** 212:18
**effect** 47:6,9 54:10
62:24 63:5 97:15
**effective** 47:5
**effectively** 68:19
**efficiency** 202:6
**efficient** 110:6
201:25 202:1
234:7,20 237:18
**efforts** 17:3 18:24
**either** 21:8 36:9
52:21 71:3 88:25
93:3 99:6 103:21
104:15 110:17
153:17 161:24
208:19 235:15
**elements** 40:18
208:17,17
**elicit** 125:1
**eliminate** 198:23
**eliminated** 40:11
202:15
**email** 9:14 11:11
12:4 64:9,15,19
65:7,22 66:9,10
122:12 123:20
125:23 126:4
141:2,11 142:6
148:2 159:4 164:1
169:15 170:18
186:6 188:21

Veritext Legal Solutions
866 299-5127

**[email - exhibit]**

203:11 204:6
208:2
**emailed** 123:13
124:21 125:2
146:9 189:9
**emails** 106:19
118:25 122:20,20
122:22,24 159:5
186:11
**embedding** 232:10
**embeddings** 232:6
**emma** 13:20
**employed** 15:17
**employee** 15:18
23:12 116:24
248:18
**employment** 15:11
15:14 16:18 18:10
18:22
**en** 147:1
**enable** 16:23
137:1
**encourage** 241:10
243:18
**encrypted** 134:10
**encrypts** 134:11
**endeavor** 21:17
**ended** 73:22 124:4
**eneman** 64:8,16
**enforce** 106:2
**enforcement**
18:24 73:9
**eng** 10:23 163:9
**engaged** 79:13
**engineer** 23:23
24:21,25 25:12
56:6 58:6 79:7
90:15 100:24
162:11,15
**engineer's** 63:7,8

**engineered** 200:10
**engineering** 24:15
82:13 143:3 195:7
217:3
**engineers** 89:20
89:25 90:5 100:25
116:24
**ent** 11:20 195:3,7
**enter** 123:20
**entire** 16:11 68:17
74:8 113:10
114:22
**entirely** 69:7,16
81:25 111:6
168:21 217:6
**entirety** 241:6
**entitled** 30:7
**entries** 234:6
**entry** 37:17,20
40:22 49:16,21
50:25
**ephemeral** 227:25
**epoch** 131:8,12
**equal** 231:9
**equivalent** 230:25
**erase** 136:25
**errata** 249:14,16
250:3,5
**error** 43:6 45:20
**especially** 21:11
169:8 210:1
**esq** 249:1
**essential** 176:22
**essentially** 142:3
234:21
**esslemont** 212:18
**establish** 206:15
**estimate** 24:5
**ethan** 164:10,12
164:17 167:16

**ethical** 58:15 61:5
**ethics** 57:20
**etl** 234:9
**eugene** 22:14
24:22,24
**evaluate** 80:13
112:1
**evan** 64:8,16
**everybody** 156:25
157:7 224:7
245:20
**exact** 21:7 23:20
24:1 82:23 149:12
191:22
**exactly** 23:1 41:20
59:18 66:10 130:5
166:2,21 167:14
167:15 168:16
210:20 243:13
**examination** 8:2
15:5
**examined** 15:2
217:9
**example** 34:20
36:8,20 40:21,23
41:15,22 49:7,8,18
49:22,23,24 50:10
60:1,2,10,14,15
67:6 83:2 84:11
89:12 107:8 112:5
112:5,6 118:18
137:11 138:11
140:23,25 142:6
147:15 166:16,18
181:8 182:13
191:21 192:9
193:12 208:3,24
217:11,15 231:24
234:2 237:20
238:6

**examples** 44:21
49:5 73:5 106:1
106:19,21 118:23
140:20 141:5
159:23 166:19,23
167:18,22 168:1
168:22 186:11
195:18
**excel** 12:9 205:16
**excellent** 172:1
**exception** 72:21
**exceptions** 48:5
72:1,5,12,14,15
74:23 80:2
**excessive** 111:25
**exchanged** 122:20
**excluded** 153:18
**executed** 247:7
**exhausting** 24:5
**exhibit** 8:11,15,20
9:4,9,14,19 10:4,9
10:13,16,19,23
11:4,9,11,16,20
12:4,9,12,19 33:13
33:17 42:16,19,22
43:1,5,11,15,18
45:16 46:9,11,13
47:1,15 48:9 52:3
54:9,17 55:7,12,13
55:21 61:17 62:24
63:3,13,14,24 64:2
64:7,14,15,20,23
65:2,14 66:15
68:16 72:7 78:10
82:2 86:6 90:18
90:22,23 91:19
92:1,11 95:25
96:3,20 97:1
99:20 100:8
101:17 102:7,24
103:13,17 104:24

[exhibit - facebook]

105:1 106:7,11,14
108:5 111:11
112:10,20 115:4
117:8,13 118:17
123:1 127:22
128:1 136:7,11
138:16,18 139:3,7
139:8 158:1 160:7
163:3,7,11 164:6
174:1,5 178:5,9
179:11 184:21,25
185:8 186:1 194:2
194:4,22,23 195:5
203:1,4,10,10,12
203:15,16,24
206:12 213:16,23
214:3,7,7,8,17,19
214:20 215:12
240:8 241:19
243:15
**exhibits** 42:17,18
42:22 43:10 203:8
242:25
**exist** 41:25 68:8
170:5 201:11
202:10
**existed** 60:19
161:15
**existing** 191:24
210:20
**exists** 37:5 39:17
40:4,9 41:13 42:7
85:18 116:17
120:25 138:5
201:6,13
**expect** 41:24 93:4
95:9 99:5 174:9
233:9,24 240:4
242:10 243:9
**experian** 212:9

**experience** 16:6
24:13 51:15 73:16
87:15 94:8 95:8
95:17 98:6,19
107:8,17,19 108:1
108:24 127:13,20
129:20,22 130:3
130:10,18 131:1
132:4,14,22
133:24 134:16
135:20 136:4
144:6 162:22
170:10 190:18,24
192:8 208:10
211:19 219:3,19
220:12 221:6
225:16 235:23
238:6
**experts** 81:11,14
**expiring** 142:21
**explain** 80:8 143:3
192:10,12
**explains** 57:1
**explanation** 182:8
**explicitly** 183:4
211:21 212:2
**exploitation** 73:9
181:8
**exploited** 181:9,11
182:9,16
**express** 55:24
**expressed** 35:15
35:17 147:19
**expression** 58:5
**expressly** 189:9
**extend** 123:3
**extent** 28:3 92:13
108:2 128:14,25
129:12 134:22
135:14 145:18
146:6,15,19 152:7

225:4
**external** 47:19,23
52:21 131:11
**externally** 48:7
51:4 176:23
**extremely** 95:18
**eyes** 162:1

### f

**fabulous** 72:10
**face** 167:14
**facebook** 1:3 2:3
5:4 6:4 9:5 13:8
13:22 14:11 15:15
15:21 16:7,8,10,12
16:18,23 17:14
18:10,20,22 23:10
23:13 25:21 29:6
31:2,4,13 34:12,12
35:1,2,4,5,9,9,11
35:12,20 36:5
39:11,16 40:3,5
41:16 43:12 45:24
47:4 48:2 51:20
55:3 56:12,16
57:22 58:8,9
59:21,22 61:22
63:8 64:3,9 65:24
66:5 67:4 69:13
69:24 70:12 71:7
73:2 74:4,12
75:10 83:3,14
84:1,24 86:16
87:15 88:8,22
89:11,18 90:9
92:24 94:7 95:1,7
95:16 96:12 98:5
98:18,24 99:14
100:22,25 103:7
103:10 107:8,16
107:25 108:19,23
109:10 110:1

111:10,19 114:9
115:13 116:6,8,23
119:9,11,12 121:3
121:11,20,22
127:13,20 129:20
130:2,9,14,18,25
131:5,11 132:3,6
132:10,13,18
133:9,14 134:5,7,9
135:1,10,18,23
136:2 137:2
139:10 142:15
144:6 145:7,9
147:22 148:21
149:18,19,23
150:23 151:2,4,7,7
151:14,19,19,21
151:24 152:5,19
161:16,21 162:1
162:17 166:22
167:15 174:21
176:25 178:18,22
178:24 180:11
181:16 182:4
184:10 186:7
190:1,16 191:1,10
192:4 193:8,22,23
195:7 196:7,8
201:15,19 205:21
206:14,15,15,21
206:25 207:1,6,6
207:14,15,18,21
208:4,5 209:6,8,16
210:16 212:8
214:21 215:17
220:11 221:16
225:13 226:12,21
227:4,8 228:8
229:2,10,11,15,16
229:18,20,20
230:24 231:18,19

Page 16

[facebook - following]

231:24 232:1,2
233:13,21 234:5
234:15,16 235:8
235:13 240:21
241:3,6,12,18,20
241:22,24 242:10
243:10,19 244:14
244:23,25 245:17
249:4 251:1
**facebook's** 1:12
17:24 25:16 28:22
30:11 33:7 38:20
39:4 52:24,25
53:1,3,10,12,23
55:24 56:12 61:10
61:21 66:17,18
67:2 117:17,24
139:11 154:24
189:8 215:12
216:2,18 222:4
223:24 224:16,23
226:13 244:8
**facebook.com**
64:16 164:23
**facebook.com.**
132:15 133:5
**facilitate** 33:14
**facing** 47:20,23,23
**fact** 46:7 153:6
200:7
**facts** 149:13
**factual** 225:23
**factually** 147:21
**fail** 101:1
**failed** 101:11
**failure** 101:13
161:25
**fair** 21:19,20,25
22:1,4,5 40:11
103:4 157:6
186:14 200:15

206:16,18 207:15
**fall** 72:15 175:18
192:25
**familiar** 57:15,17
119:22,24 172:12
190:2,15,21,24
207:20 208:11,18
209:15,23 210:5
210:15,20 211:10
211:13,20 212:5,8
212:12 218:18
**family** 203:11
230:21 231:2
**far** 21:10,11
146:23 222:25
**fashion** 234:12,18
**fast** 204:17
**fault** 85:10 100:6
**fb** 9:20,21 10:24
12:6,7,10 90:24
131:3 163:8
203:14
**fb00007766** 9:16
64:5
**fb00007768** 9:17
**fb00020372** 11:13
185:4
**fb00020380** 11:14
**fbc** 133:16 134:3,9
134:20
**fbid** 35:15,15,17
36:1,2 100:16
101:18 102:4,9
135:5 174:25
175:21 177:4,10
177:12 184:9
**fbtype** 135:5 171:5
171:8,19 172:3,7
173:4
**feasible** 40:17,18
53:15 62:4,12,16

70:20 75:25 96:15
96:16 198:18
201:25 237:7,8,11
**feasibly** 62:4
**features** 232:7
**feb** 9:14
**february** 64:8
65:19
**federal** 248:14
250:1,8,9
**feel** 213:7 223:3
243:10
**feels** 69:20 197:17
**felt** 39:21
**fewer** 240:1
**field** 50:11 99:4
161:7
**fielding** 206:14
**fields** 96:5 99:9
142:8
**figure** 37:13 125:6
156:14
**file** 43:7 51:3,10
62:11 102:15
141:24 153:8
185:2 203:12,15
**files** 94:10,10
147:16 198:23
237:17 238:2,7,9
**filing** 121:10 131:2
**filings** 121:19
**finally** 72:19
142:12 143:21
**financially** 248:17
**find** 126:13,15
148:3 154:12
160:14 178:25
179:1 197:10
244:24 245:17
**finds** 31:3

**fine** 46:24 61:4
78:4 92:7 100:9
118:10 128:19
131:23 157:2
171:14 220:7
244:10,17,18,22
**finish** 21:16,18
75:5
**firm** 13:18
**first** 40:24 42:5
43:25 47:1 48:9
52:19 58:4 64:7
72:16 78:16 83:24
91:18,20,21 93:11
93:18,20 107:1
115:6 117:12
136:23 141:4
164:17 165:25
177:23 178:18,22
178:23 179:22
184:5,8 185:25
191:1 197:20,24
229:5
**fits** 154:17 155:7
**five** 143:19
**fixed** 180:4,14
**flip** 185:24
**floor** 7:8
**focus** 27:5 28:10
**focused** 16:17
27:21,24 29:17
**focusing** 106:13
164:14
**folder** 186:12,13
**follow** 62:17
104:13 115:5
226:2 232:21
**following** 141:2
149:17,18 166:22
167:17

Veritext Legal Solutions
866 299-5127

[follows - general]

**follows** 15:3 249:8
**fonti** 3:5 13:15
**foo** 141:1,22
**foregoing** 247:3
  248:5,7,11,13
**foreseeable** 156:18
**forget** 126:25
**form** 30:14,18
  35:19 36:23 37:11
  38:14 39:20 40:12
  41:17,18,19 42:10
  45:12 47:16,25
  49:20 50:5 51:5
  51:22 53:11 54:12
  56:2,14,20 58:3,12
  58:20 59:8,17,24
  60:23 61:7,13,25
  62:8 66:1,7,21
  67:7,23 69:9,18
  70:2,15 71:1,8,23
  73:12 74:7 75:14
  76:15 77:2,8
  78:24 79:5,15
  80:11 81:19 82:11
  83:6,16 84:4
  85:13,25 86:12
  87:5 88:4,18 89:7
  90:6 92:25 94:1
  94:15 95:2,13
  96:7 97:8,17
  98:15 99:11
  101:24 102:13
  103:25 104:11
  107:13,22 108:11
  108:20 110:23
  111:13 114:5
  116:7 119:5,14,16
  120:4,11 122:6
  127:9 129:17
  131:25 132:19
  133:19 134:13

135:25 136:18
159:13,20 162:8
162:18 166:14
167:6 169:20
171:9 172:4
173:15 175:12
176:6 177:24
179:6 186:17
187:12 188:18
189:1 191:4,7,13
192:6 193:2,10,17
193:24 197:3,16
200:1,16 201:5,12
201:23 205:5
206:7 207:8,16,23
208:8,15 209:18
211:16 217:24
218:10,25 221:17
233:12 235:10,21
236:5 237:5 238:4
**formal** 56:23 58:7
  58:23 60:20
**format** 234:8,20
  234:25 235:2,5
  238:8
**formerly** 24:25
**formula** 109:14
**forth** 60:21 111:10
  152:13 156:16
  215:6,12 240:8
  241:18 248:7
**forward** 54:10
  62:25 74:23 223:6
  246:2
**found** 31:1,1,9
  47:19
**four** 18:19,25 21:4
  26:7 245:14
**fourth** 19:1,2
**fpb** 130:23 134:19

**fr** 134:21
**frame** 27:2,6
**framework** 9:10
  23:6,8 25:20,22
  64:22 65:6,8 67:8
  67:20 74:18 77:11
  79:23 81:13,16
  145:10,13,17,17
  146:5,23,25
  149:20,25 152:22
  155:5 195:13,14
  196:4
**frameworks**
  145:24 146:13
**francisco** 6:10
**frcp** 250:1
**freezing** 203:22
**frequent** 113:8
**friend** 60:4,7
**friends** 51:18
**friendship** 60:5
**front** 44:6 45:3
  110:15 166:6
  193:19,21 220:6
  235:6
**ftc** 19:4 27:4 29:1
  29:3,6,7
**full** 15:11
**fully** 91:15 156:21
**function** 75:18,21
  104:15,16 111:7
  133:18 138:14
  144:10 189:12
**functionality** 23:6
  23:10 24:12,18,24
  51:24 84:23
  104:20 115:20
**functions** 119:8
  130:15 208:7
**fundamental**
  156:23 226:10

**further** 31:8 66:9
  93:6 133:6 171:23
  213:3 237:25
  240:23 245:2
  248:13,17
**future** 109:3
  110:18 113:5
  115:23 138:9

**g**

**g** 22:12 64:10
**gaid** 231:12
**game** 57:9
**garrie** 7:5 14:1,2
  122:16,19 123:6
  123:10,16,19
  124:8,11,14,17,20
  125:5,8,19,23
  126:5,6,9,14,19,22
  126:25 145:21
  146:8,17 147:12
  148:1,6,18,24
  149:2,8,14 150:17
  150:20 151:5,11
  151:17 152:10,15
  152:24 153:3,22
  154:10 155:13,24
  156:2,6,9,20 157:5
  222:24 223:10
  224:6,25 225:5,8
  226:1,5,9,17,19
  238:19 239:6,8,11
  240:24 241:14
  242:1,4,13,17,19
  243:25 244:6,13
  245:9
**gate** 75:3
**general** 7:17 18:12
  19:13 21:15 25:16
  41:15,16 75:11
  87:7 92:10 93:9
  94:11 114:3,7

[general - hasnain]

162:21 164:14
166:23 167:17,21
195:11 230:13
238:3
**generally** 19:19
20:13 24:8 96:5
102:14 105:24
152:20 169:5
**generate** 32:14
192:21
**generated** 48:25
49:10 61:4,11,23
66:20 101:9
109:17 118:24
130:4 159:5
160:25 161:3,5,8
169:16 170:19
173:23 174:10,14
217:15 231:18,19
231:24 232:1
233:18
**generates** 228:25
**generating** 113:7
113:7
**generation** 100:15
**generic** 38:2,7
39:4 102:20,20
132:23 175:4
**generically** 38:2
103:9 107:18
114:11 208:11,14
**getting** 70:4
145:22 146:2
149:9
**gibson** 5:5 6:5
10:16 13:22
**gibsondunn.com**
5:13,14 6:12,19
**gist** 146:1
**give** 14:17 24:5
49:7 133:8 140:18

156:6 166:23
167:17 177:4
184:13 192:9
211:11 225:23
**given** 106:2 124:4
176:15,17,19
196:15 217:16
248:12
**gives** 140:20
**go** 30:4 31:8 32:22
45:15 54:20 60:12
63:20 72:8 76:17
77:16 83:4,23
87:16,16 88:1
90:12,17 113:17
118:5,7,13 122:15
123:22 126:12,14
130:19,19 140:14
148:7 153:24
156:25 157:13
171:12 172:18
176:13,16 184:24
191:11 194:11
196:10 198:20,22
210:2 212:1 213:9
217:13 224:11
226:5 237:14,20
237:23 238:1,18
239:13,18 241:4
244:13 245:25
**goal** 70:16
**goes** 53:8 141:25
185:14,19
**going** 22:3 42:2
73:25 78:2 86:6,7
88:15 93:8 106:10
136:6,20 138:11
140:12,16 141:23
178:25 179:22,23
183:12 185:5
186:2 191:6 196:6

199:13 203:16
215:18 216:19
222:25 227:3
245:25
**golden** 75:3
**good** 13:14,21
15:7 21:10 76:9
156:3 157:20
203:20
**google** 231:13
**gotten** 225:17
**granted** 183:4,8
183:25
**graph** 84:22
**great** 38:11 139:6
144:19 163:14
168:23 170:24
172:25 173:25
185:23 187:4
202:22 238:12
**growth** 181:16
182:5
**guess** 97:19 199:2
203:23
**guidance** 219:21
221:4 225:18
**guy** 162:3
**guys** 153:22 224:7

**h**

**h** 8:8 9:1 10:1 11:1
12:1 22:15,16,17
22:17 54:4 88:10
131:15 251:3
**half** 24:17 25:3,9
25:11 26:4,4
**halted** 76:24 77:11
**hand** 14:13 52:8
55:2
**handed** 185:17,18
**handle** 56:9

**handled** 170:2
208:21 249:8
**handling** 52:18
170:13
**hands** 245:16
**handwritten**
32:10
**handwrote** 31:19
**hang** 214:11
**hannes** 22:17
25:10,12
**happen** 71:11 75:1
100:24
**happened** 44:10
142:4 197:24
**happening** 112:3
**happens** 80:15,21
182:11
**happy** 151:10
204:24 223:14
**hard** 185:14
**hardware** 230:8
232:2
**hash** 108:24 109:7
109:11,14,15,23
109:24 110:3,21
111:6 192:2,10,13
192:14,15,21
193:4,15
**hashed** 100:3
108:9 113:23,25
191:20,23,24
209:21 210:15
**hashes** 111:23
191:18 192:22
193:13 232:6
**hashing** 109:18
111:9 112:6,23,25
113:6
**hasnain** 173:6

[head - identifier]

**head** 44:10 218:13
  230:18
**headed** 40:1 86:7
**header** 48:10
**heading** 78:10
  148:8
**heads** 17:4
**hear** 154:5 224:10
**heard** 229:14
  238:19 239:6
  243:15
**heart** 198:22
**held** 15:25
**hello** 157:19
**help** 89:20,24
  114:25 192:10
  224:20
**helped** 121:10
**helpful** 126:10,10
  238:13
**helps** 16:5 209:19
**hereto** 33:19 43:17
  46:15 54:19 63:16
  64:25 90:20 92:3
  105:3 106:9
  127:24 138:20
  163:5 178:7
  184:23 194:6,25
  203:3,6 213:18
**heuristics** 165:1,5
  165:11,13 167:25
**hey** 226:17
**high** 31:5 139:12
  139:16,18 143:5
  145:22
**highlighted**
  187:15
**historical** 23:5
  24:23
**hit** 78:2 194:7
  237:23

**hive** 9:19 10:9
  36:14 37:3 54:4
  54:14 59:1,7,13
  67:8,19,20,25
  70:17 76:2,3,5
  84:9 85:15,17,23
  86:21,23 87:1,3,10
  87:17,17,18 88:11
  88:16 89:21 90:1
  90:5 91:3 92:21
  92:24 93:25,25
  94:9 95:12,18
  96:4 97:5,10,11,13
  97:16,24 98:7,9,12
  99:6,7 105:16
  112:11,21 113:4
  113:19,25 114:3
  114:12,16,19,21
  115:1 116:9 138:6
  139:12,16,17,19
  139:20,21 140:1,6
  140:8 141:13
  143:7,16 159:22
  165:7,8 187:11,14
  187:20 198:2,2,6
  199:10,18,22
  200:8,25 201:9,10
  202:9 236:7,24
  237:21
**hold** 30:16 50:4
  73:11,15,17,18
  74:19 79:24 80:15
  81:10,10,12 127:8
  148:19,19 153:20
  153:20,21 183:10
  183:10
**holds** 73:7 74:2,11
  76:12,19,23
**hole** 148:7
**honestly** 118:8

**honor** 241:13
**hope** 213:7
**hopeful** 157:1
**hoping** 42:14
  156:17
**hour** 24:3,11,17
  25:3,9,11 26:2,3,3
**hours** 21:4 23:3
  26:8,9,13,16 28:8
  28:15 30:8,20
**hql** 86:24,25 87:11
  88:3,9,10,16,17
  89:1,4
**https** 168:10
**huh** 118:20
**hundreds** 161:18
**hyperlink** 117:23
  160:8 174:4 214:3
**hyphen** 93:12

**i**

**i.e.** 92:23
**ian** 7:17 13:25
**icon** 51:17
**idea** 241:11
**ideal** 183:3
**ideally** 183:3
**identifiable** 38:4,8
  40:7 62:19 67:16
  68:5 71:15,19
  106:6 109:3
  114:25 164:16
  169:3 170:12,17
  173:20,22 174:11
  174:15,16,18
  175:8,9 176:10,23
  176:24 177:2,10
  177:15,17 184:19
  191:17,19 192:18
  192:24 193:4
  198:25 216:12

**identifiably**
  176:24
**identification**
  17:25,25 33:18
  37:23,25 38:5,6
  43:16 46:14 54:18
  63:15 64:24 90:19
  92:2 105:2 106:8
  110:8,12,13,16,16
  110:24 111:8
  113:5 127:23
  128:13 138:19
  145:4,5 147:6,7
  150:8,8 155:2,3,9
  163:4 178:6
  184:22 194:5,24
  198:11 203:2,5
  213:17 231:7,10
**identifications**
  39:18
**identified** 27:13
  31:12 39:6 41:4
  42:12 52:18,20
  53:7 56:4 62:20
  64:3 70:20 96:4
  104:3,7 110:14,20
  113:9 123:2 142:7
  143:9 146:10,10
  147:15 149:10,10
  153:7 158:18
  159:3 164:1 189:7
  189:25 208:1,20
  222:6 231:8,10
  237:3,8
**identifier** 34:14,16
  34:18,21 35:1,14
  36:12 37:18 39:7
  40:24 102:21
  107:5,9,21 108:17
  112:6 120:6,8,18
  127:15 130:4

[identifier - information]

131:8 148:22
149:19,24 151:8
153:11 154:17
155:7 174:24,25
176:17,18 227:11
227:21 229:3
230:8,9,13 231:1
236:4
**identifiers** 36:4
38:3,3 100:2
106:15,25 108:8
108:14,25 111:10
111:23 112:13,23
112:25 113:1,4,23
114:1,4 120:17
145:8,9,19 146:7
146:20 147:21
151:15 152:8,20
152:22 155:3
169:14 170:18
174:12 175:3,17
178:2 192:5 227:5
227:8 228:3,4,4,19
229:6,8,10,15,16
229:17 230:2,3,17
**identifies** 98:12
107:10 129:25
**identify** 13:12
37:20 40:9 44:2
52:22 53:9,21
54:5 56:9,22 62:3
63:6 68:24 69:15
70:17 78:15 83:13
83:25 84:5,7 87:3
87:10 105:25
110:19 112:7,13
117:4 130:13
134:1 144:15
152:8,11,18,23
159:12,25 160:2
162:25 166:12,17

166:24 169:17
170:20,23 171:18
193:3,23 200:14
205:25 216:14
217:4 236:19
**identifying** 10:5
37:6,8,9 97:4
105:18,19 122:12
173:10
**identities** 69:16
**identity** 34:8,9,23
38:1,10 68:25
69:6,7 70:1,6,13
71:15 161:17
162:6,13,16,22
199:1
**idfa** 107:12,19,20
108:3 230:16
**idfv** 230:15,16,18
**ids** 10:5 82:6 97:4
97:11 99:2,6
100:2 101:19
104:18 108:9
109:6 115:7,8
116:11 133:7,8
179:4 180:18
184:12 208:18
227:25 228:1
230:21 231:5,18
231:19 237:24
**igid** 227:7,10
229:18
**illustrating** 140:23
**images** 73:9
**immediate** 31:25
**immediately**
116:16 117:4
**implementation**
54:16 56:7 67:25
**implemented**
67:21

**implies** 174:16
225:24
**importance**
182:10
**important** 170:1
170:22 216:24
241:25
**impose** 73:4
**improve** 211:1
212:9
**inaccurate** 56:19
67:24 79:17
120:13 132:24
**inadvertently**
105:6
**inauthentic**
111:15,21
**incentivized**
243:10
**incident** 180:11
**incidents** 48:6
**include** 16:25 20:3
20:5,7,15,18,19,21
49:14,19 62:6
64:19 73:7 98:13
105:22 137:20
161:9 174:10,12
174:14,21
**included** 20:8,14
20:16 75:16
118:24 136:11
189:7 229:23,24
249:14 250:3
**includes** 17:1
40:22,23 147:14
169:14,16 170:17
170:19 229:18
**including** 28:9
38:21 169:7 240:2
**inclusive** 216:8

**incomplete** 117:22
**incorporated** 32:3
**incorrect** 75:15
154:14
**independent** 76:22
**independently**
112:18
**index** 110:3,4,22
110:22
**individual** 39:12
65:9 86:2,10
140:5,9 156:1
162:11 174:18
176:20 217:22
228:3 231:3
**individuals** 22:9
22:21 24:6
**industries** 169:9
216:6
**industry** 102:21
103:9 169:8 216:4
234:11
**inevitable** 156:12
**infeasible** 53:20
**infer** 205:12,12,13
**info** 93:13 95:20
95:20 102:25
207:1
**infor** 218:22
**informal** 44:4
**information** 18:1
38:19,21 40:25
41:11,11 48:24
49:1,4,24 51:20
54:5 62:12 71:13
71:14 75:8 80:24
93:4 99:1,1
105:18,20,22,25
106:4,4 107:10
109:12 110:4,22
114:24 120:20

Veritext Legal Solutions
866 299-5127

[information - k]

127:7 128:21
129:9,13 132:8
135:4,15 137:23
138:1 145:6,14,20
147:18,19 150:4
150:16 152:12
154:22,25 161:6
164:16 169:3
170:7,8,17 173:20
173:22 174:11,15
174:16,17 184:19
189:9 193:4 198:6
198:8,25 200:6
208:20,21 209:6
216:12,18,23,25
217:3,9,20,21
218:8,15,19,23
219:11,18,25
220:16 221:1,11
221:16 222:5,10
222:11 223:17,25
224:17,24 226:14
236:10 239:23
240:7,16 241:4,14
241:18,21,23
242:3,9,24 243:2,5
243:7,12,21 244:4
244:9,15 245:1,18
245:21,22
**infrastructure**
16:20,21,22,23
17:4,9,10 18:18
19:22,25 20:2
188:1
**initiates**  172:16
**inside**  36:13 37:3
54:5 67:10 115:18
196:7
**insofar**  21:11
**instagram**  227:10
228:9,11,14,15

229:19
**installed**  131:5
134:5
**instance**  37:16
44:17 111:16
134:8 234:13
**instances**  82:5
209:3 236:3
**instantly**  196:6
**institutions**  209:9
**instruct**  28:4
128:17 129:2
**instruction**  43:6
**instructions**  25:23
153:10
**integrated**  190:21
**integrity**  72:19
112:2
**intention**  180:17
**intentionally**
177:3 200:3
**interacting**  60:16
**interaction**  235:7
**interactions**
137:17
**interested**  248:18
**interface**  235:6
**interfere**  76:12
**intern**  168:10
176:24
**internal**  16:6,24
35:12,12 45:23
47:4,20,23 48:1,2
52:21 55:22 56:15
63:8 100:24
105:16 116:23
117:15 139:10
142:15 158:4
164:19 176:25
195:6 201:15
214:21

**internally**  176:25
177:15,18
**internet**  161:17
**internme**  164:22
**interoperate**
146:12
**interpret**  153:10
162:14 167:5
224:8
**interpretations**
169:7
**interrupt**  21:18
165:21 226:6
242:14,14
**interrupting**
241:16
**interruption**  77:25
**interviews**  22:8,10
23:2 81:2
**interworkings**
146:11
**introduce**  184:11
**introduced**  54:5
**invented**  237:22
**investigating**
30:13
**investigations**
72:18
**invite**  209:5
**involved**  128:8
**involvement**
128:15 211:7
**involves**  128:15
**ios**  230:17,20
**ip**  40:25 41:11
106:3,20 118:25
137:22 159:6,8
169:15 170:18
**irrevocably**
116:16

**isp**  159:7
**issue**  42:3 156:12
156:23 224:21
**issued**  74:3,11
**issues**  31:1,3,10,12
41:2 48:6 208:4
**item**  217:17

**j**

**jams**  7:4
**jamsadr.com**  7:11
**jane**  141:10 142:4
**jd**  141:11
**job**  1:24 249:5
251:2
**jobs**  187:10 188:2
188:2
**john**  7:19 13:10
141:7 142:3,12,17
164:11 172:18
**john's**  142:13,17
**joined**  52:20
**josh**  13:18 42:17
46:19 54:21,23
91:23 106:11
140:17 194:7
203:21
**joshua**  3:8
**js**  141:8
**jsamra**  3:15
**jsc**  1:4 2:4
**json**  234:24
**judge**  245:22
**july**  65:8 173:2
**jump**  171:11
**june**  65:6
**jury**  66:14 221:15
222:8

**k**

**k**  22:15,16 64:10
64:17 175:21

Page 22

[keep - lines]

**keep** 24:1 42:2
44:9 68:22 108:25
224:8 239:18
**keeping** 57:10
61:3,4
**keeps** 113:8
**keller** 4:5 13:20
**kellerrohrback.c...**
4:14,15,16
**kelley** 64:10,17
**kept** 82:6 102:8,9
**key** 36:11 110:17
170:9,11 193:12
193:18,22
**kick** 198:4
**kicks** 196:3
**kids** 75:20
**kind** 34:22,23
42:21 73:17 106:3
182:9 198:5
234:25 235:1
**kinds** 133:8
**kindt** 186:6,7
**knees** 87:18
**know** 21:16 23:17
23:18,19,21,23
24:25 28:3,5 29:5
35:23 41:20 42:20
43:22 45:20 46:7
50:12 52:6 55:6
57:14 59:18 60:2
60:18 64:11 66:9
66:10 71:25 77:4
77:5 79:6 80:17
80:19,25 82:1,22
82:23 87:19,22,22
89:21,25 90:11,16
91:2,19 92:16,16
93:2,24 95:19,19
96:14 99:16 103:3
105:23 107:12,17

109:12 114:12,13
118:11 127:21
128:24 129:1,3,23
129:24 130:6,7,11
130:11,20,22
131:18 134:16
135:22 138:9,21
144:9 151:17
157:6,22 160:13
162:14,23,24
163:10,17 164:13
165:17 166:1,3
171:10 172:8
178:3,17,21,23
179:10 185:13
186:3,9 187:23,23
189:4,14 190:7,19
190:20 191:3,5,8
193:21 196:19
199:11 203:21
204:21,24 205:1,3
205:10 206:3,10
207:5,10 208:9
209:25 210:5
212:16,17,17,22
212:25 214:5,12
215:20,21,24
218:14,22 219:1
219:17 220:8,15
221:8,22 223:16
225:19 227:7
230:12,18,20
232:14 235:1
239:3 242:6 244:6
245:24
**knowable** 179:5
**knowingly** 183:8
183:25
**knowledge** 45:10
102:1,16 177:22

**known** 71:3
168:11
**knows** 90:5 129:6
129:12 130:14
159:7 212:1
**ko** 4:6
**kramer** 55:5
**kutscher** 6:14
13:24

**l**

**l** 1:21 2:20 22:16
195:8 248:1,24
**l.l.p.** 4:5
**label** 29:5
**labeled** 33:4 55:22
97:3 102:24
216:22
**labels** 232:7
**laid** 72:1 105:23
**lands** 233:22
**language** 86:24
87:1 88:11 89:2,4
**languages** 131:17
**large** 169:8 185:1
185:10
**larrus** 186:7,8
**latest** 93:21
188:22
**laufenberg** 4:7
13:19 157:11
**launch** 204:11
238:22
**launched** 54:7
67:11 204:12
**laundering** 73:7
**law** 3:9 4:9 5:8 6:7
6:15 73:9
**laws** 73:3
**lay** 39:25 168:16
**lead** 17:9

**leader** 204:15
**learn** 28:21
**learning** 144:17
165:10 232:24
**learnings** 24:13
**leased** 159:7
**leave** 241:7 245:16
**left** 55:2 148:9
185:17,18
**legal** 15:13 72:16
72:20 73:3,6,6
81:10,11 217:1,23
218:11,24 221:18
222:1,3 223:23
224:15 225:4
226:15 249:7
**lesley** 3:6 13:15
15:8 249:1
**letter** 10:16 129:9
**level** 16:2 139:12
139:16,18 143:6
145:22 180:12
**levels** 31:5
**liar** 162:1
**licensing** 212:9
**life** 20:15,17,20
**lighthouse** 212:14
212:15
**likes** 49:14 137:16
138:5
**limit** 199:18
**limitation** 17:2
**line** 65:22 100:11
148:12 187:15
211:14 223:8,12
223:22 229:21
245:12 249:15
250:4 251:4,7,10
251:13,16,19
**lines** 245:13

Veritext Legal Solutions
866 299-5127

[link - management]

link  51:17 165:3
168:12 214:5,13
214:14,15,16,16
214:17 215:1,3
linked  217:18,22
linking  214:6
links  115:20
164:20 166:22
167:17
list  44:11,14 45:5
92:13 122:11
124:5,6,12,15,21
124:22 125:22,24
231:4
listed  72:5 204:11
227:5
listen  154:2
222:20
lists  168:18 228:21
litigation  1:4 2:4
13:9 73:7,11,15,17
74:2,11,19 76:12
76:19,22 79:24
80:15
little  15:22 48:16
79:10 101:16
131:13 160:18
168:24 170:25
173:1 180:16
181:7 199:3
203:17 232:3
live  53:17 84:16
102:12 106:5
115:21 233:25
lives  36:13 37:20
89:21 90:1,5,12
102:14 198:2
living  15:19
llp  3:5 5:5 6:5
load  43:8 45:18
72:8 86:10 163:15

loaded  90:22
91:16 96:25
105:12 117:10
174:6 178:16
205:9
loading  91:9 105:4
194:3,9
locale  159:2,4
located  2:17
114:13
location  1:15
49:24 50:1 106:20
locations  118:25
locked  249:12
250:1
loeser  4:8
log  37:15,16,20
40:22 49:16,21
50:25 137:20
234:6,11,20 238:8
logged  132:6
134:1 137:18
212:2
logging  234:8
logic  165:14
login  212:1
logins  111:25
112:4
logs  41:23 198:5
211:21
long  15:21 21:2
22:24 23:25 53:1
53:4,22 91:14
137:7 138:8 169:2
177:1 221:1
240:10
longer  24:14 39:17
39:18 40:4,6 41:5
138:5 175:7 176:1
176:2,9,9 177:9
202:8,17 237:9

look  32:21 43:25
44:1 45:15,25
63:10,12,23 65:2
72:4 83:4 86:3
88:1 90:21 92:6
95:25 96:20 100:8
104:23 117:20
118:10,13 121:10
122:4,8 127:25
130:19 138:12
144:17 158:22
163:18 167:8
179:2,11 202:1
203:7 206:4
208:25 212:3,7
looked  30:8 92:4,5
160:6,13 166:22
167:16
looking  31:16 32:9
45:19 46:25 51:9
56:25 58:13 63:3
64:20 66:15 70:21
72:11 86:2 87:20
87:24 91:22 96:2
97:13,24 98:7,8
99:19,24 100:5,7
101:16 103:12
106:19 111:15,23
118:19 119:18,18
119:18 128:4
140:2,19 141:23
142:23 160:18
165:14,23 166:5
166:18 171:19
173:1 174:1
178:20 180:16
182:20 187:13
196:22 205:24
209:1 210:14
214:25 224:13
226:25 227:1,3

looks  56:6 117:22
156:12 165:7,9
167:1,12
lookup  104:17
los  7:9
lot  44:8 196:9
204:4 245:20
lots  90:14 120:16
lotttt  159:3
louis  186:7,8
lower  48:16 52:8
101:16 160:18
168:24 170:25
173:1 180:16
181:7 232:3
lu  211:13,20,22
lunch  126:16
144:21 156:25
157:8,20
lweaver  3:14
249:2

m

m  5:7
macdonell  7:19
13:10
machine  144:17
211:2 232:23
248:10
machining  165:10
maid  228:6
main  137:17
maintain  48:18
97:16 198:21
maintains  51:20
majority  25:23
making  159:23
184:3 196:14
221:20
managed  16:9
management
15:24 17:10 20:16

**[management - message]**

20:18,20
**manager** 16:1,3,4
16:4 24:15 25:5
219:20
**manner** 52:21
**manual** 144:16
**map** 34:15,23 83:4
84:14 137:1
142:16,19 181:1
198:8 202:8
216:25 242:3
244:4
**mappable** 176:2
198:14
**mapped** 115:7,8
116:3 141:18,19
196:24 197:7,12
197:21
**mapping** 10:4
41:6 82:19 85:18
85:21 96:17 97:3
99:25 102:4 108:7
142:13 158:19
175:25 176:3
179:22 181:10
182:10 183:6,23
196:23 198:10,17
198:21,24 201:8
201:14 202:2
206:21
**mappings** 101:19
143:22
**maps** 141:15
228:16
**mark** 33:12,15
46:9,10,23 54:21
54:24 86:5 91:23
106:10 138:16
163:1 184:24
194:1,3

**marked** 12:17
33:17 42:16,18
43:15 46:13 54:17
57:8 63:11,14
64:23 90:18 92:1
105:1 106:7 117:8
127:22 138:18
163:3 178:5,9
184:21 194:4,21
194:23 203:1,4
213:16,22
**martie** 6:14 13:24
**masse** 147:1
**master** 7:6 14:1,2
122:16,19,21
123:6,10,16,19
124:8,11,14,17,20
125:5,8,19,23
126:5,6,9,14,19,22
126:25 145:21
146:8,17 147:12
148:1,6,18,24
149:2,8,14 150:17
150:20 151:5,11
151:17 152:10,15
152:24 153:3,22
154:10 155:13,15
155:24 156:2,6,9
156:20 157:5
222:24 223:10
224:6,25 225:5,8
226:1,5,9,17,19
228:7 239:8,11
240:24 241:14
242:1,4,13,17,19
243:25 244:6,13
245:9
**match** 110:4,5,22
114:24 115:17
159:2 190:16,16
192:19,22 193:13

202:5 206:15
212:10,20 213:1
228:1
**matched** 191:10
191:18 192:3,20
193:15 207:6
**matches** 191:23
206:25
**matching** 190:22
191:1
**material** 26:14
**materials** 22:8
26:15 243:1
**mathematical**
109:13
**matter** 13:8 19:12
19:17 21:3 24:8
146:22 147:8
239:10,12 245:11
**matters** 18:21,23
174:24 175:1
**matthew** 3:7
**mayur** 22:14
24:16,20 81:4
**md** 1:4 2:4
**mdl** 1:3 2:3 9:20
9:21 10:24 12:6,7
12:10 90:24 163:8
203:14
**mean** 19:6 27:12
31:5 32:18 34:17
37:9,24 38:16,23
39:8,17,17 40:3,8
48:12 49:6 51:7
52:6 59:5,16
71:19 79:3 84:17
94:25 100:20
110:12 119:2
121:13,16,17,17
124:15 137:10
138:8 146:9 152:8

157:5 161:23
162:17,17 199:12
199:24 201:25
226:6,21,22 228:1
232:22 234:4,18
236:23 243:24
244:2
**meaning** 34:7,19
39:3 177:10,11
211:21 216:4
218:5
**meaningful** 235:3
**meaningfully** 68:4
**means** 33:22 34:5
48:23 58:25 59:1
93:24 103:3
108:16,25 109:16
136:24 161:2
205:14 232:20
240:9,11
**meant** 73:24 79:7
79:8 80:9 83:11
90:10 115:5
162:15 184:14,16
202:21 234:20,21
244:3
**measurement**
210:16 235:16,19
**mechanism** 202:8
**meet** 53:13
**melamed** 3:7
**memory** 240:5,13
**menlo** 15:18
**mentioned** 31:16
35:2 162:10
173:17 201:7
240:10
**merely** 81:12
238:9
**message** 171:1
210:24

Veritext Legal Solutions
866 299-5127

[messages - noted]

messages 211:3,6
met 39:15
meta 7:18 8:12,13
8:17,18,22,23 9:6
9:7,11,12 10:6,7
10:10,11,14,20,21
11:6,7,17,18,22,23
12:13,14 15:15
33:5 43:13,19
55:1 96:24 105:8
178:12 195:2
213:25 227:9
229:11,17 230:23
metadata 49:19,22
49:24 50:2,11,13
61:3,12,23 62:7,10
62:10 66:19 67:5
67:21 68:6,22,24
69:6,15 70:13,18
84:8,10,18 137:19
137:19 198:1,2
metaphor 75:2
metrics 181:13
michael 1:13 2:15
8:3 15:1,14 247:1
247:12 249:5
251:2
middle 126:17,23
155:18
midnight 101:20
mike 5:7 8:11 13:7
13:24 15:13 43:14
192:14,16,20,20
mill 6:16
miller 204:7
millions 161:18
mind 15:10 30:24
83:9 186:22
245:25
minimization 17:2

minute 194:10
minutes 24:22
25:3,6,10 26:5,6
156:7
misdn 230:5,7
mishearing 151:25
misreading 151:25
157:2
missed 104:5
missing 65:21
100:17 151:20
mission 6:8
mister 81:6
misunderstanding
152:3
mix 47:17
mkutscherclark
6:19
mobilizer 143:11
model 232:24
models 165:10
modern 59:10
188:5
modified 55:4
65:8
moment 33:11,13
55:11 105:10
128:2 136:9
179:10,11 185:11
197:21 215:19
229:9 238:20
239:7
monday 64:8
money 73:7
monitor 188:7
montage 186:10
morning 13:14,21
15:7 166:8 174:6
mountain 13:6
mouse 185:14

move 135:21
223:5 226:23
moving 74:23
101:2 168:23
msisdn 230:7
mulmer 5:14
multiple 17:8,8
123:2 245:10

## n

n 8:1 22:12,12,16
22:17,17 54:4,4
64:10 195:7
name 15:11,13
22:13 40:23 50:17
76:2 80:25 82:20
82:23 102:4
130:10,20 136:5
141:2,14 142:6
188:10 192:14
210:10,11 212:18
248:21
named 24:6 59:10
76:24 95:9 141:1
147:15 153:8
names 103:10
106:20 118:25
121:14,24,25
141:7
native 203:11,15
natural 192:25
navigate 203:18
near 204:23
necessarily 162:12
162:14 217:8
234:22
necessary 41:1
240:16,17 249:14
250:3
need 21:21,23
51:25 57:2 59:2
59:16,19,22 60:2,6

60:16,18,21 90:11
90:16 92:8 96:16
117:23 118:5,12
121:5 126:13
130:19 136:25
159:9 171:10
180:13 183:15,19
190:13 192:21
193:3 196:18
204:18 240:19
needed 31:20
needs 122:8
negative 70:4
neither 81:14
245:15 248:17
net 154:3,3
network 234:21
nevada 1:22
never 75:5 116:3
153:14,15 158:1
184:4,14
new 11:12 102:4
143:17 231:3
newly 104:17
newsfeed 134:9
night 31:24 32:4
nodding 21:22
non 100:17
normal 41:1
211:18
northern 1:2 2:2
notating 249:15
250:4
note 33:4 155:21
166:8 215:19
216:24 223:4
240:14 241:25
noted 33:10
160:17 225:5,8
241:2 243:21
246:7

[notes - oh]

**notes**  8:11 31:1,17
  31:18,19,23 32:3,7
  32:10,14 33:7,12
  43:14 44:5,7,11,12
  44:15,24 45:9,13
  53:25 63:7,8
  112:23 118:5,7,10
  118:11 121:16,17
  166:7 178:4
  215:18 247:4
**notice**  17:17 213:5
**noticing**  13:13
  14:8
**notified**  143:11,12
**notion**  161:17
**noun**  180:10
**november**  19:10
  21:8 55:4,23
**nuanced**  221:2
**null**  101:12 142:8
  143:20
**nullified**  236:15
**number**  8:9 9:2
  10:2 11:2 12:2,18
  34:22 38:20 43:2
  44:18 46:10,12
  52:5,7,8 55:1 91:6
  100:23 105:7
  112:3 119:20
  120:19 131:19
  140:3 163:8
  178:12 185:8
  186:22,25 189:17
  192:15 249:15
  250:4
**numbers**  43:13,19
  64:5 90:24 185:4
  195:2 203:14
  213:24
**nxyz.com.**  141:11

**o**

**o**  22:15,16,17
  50:23 54:4 131:15
**o0o**  13:3 246:12
**oakland**  3:12
**oath**  14:7 15:2
  34:2 77:23 157:23
  194:19 248:9
**object**  19:18 30:14
  39:13 51:21 75:14
  92:12 129:17
**objecting**  222:21
**objection**  14:6,10
  14:11 19:18 20:13
  27:7 28:1 29:18
  30:18 35:19 36:23
  37:11 38:14 39:20
  40:12 41:17,17
  42:10 45:12 46:16
  46:18,22 47:16,25
  49:20 50:5,19
  51:5,22 53:11
  54:12 56:2,14,20
  58:3,12,20 59:8,17
  59:24 60:23 61:13
  61:25 62:8 66:1,7
  66:21 67:7,23
  69:9,18 70:2,10,15
  71:1,8,23 73:12
  74:7,16 75:14
  76:15 77:1,8
  78:24 79:5,15
  80:5,11 81:19
  82:11 83:6,16
  84:3,3 85:13,25
  86:12,19 87:5,12
  88:4,18 89:7,15
  90:6 92:25 93:16
  94:1,15 95:2,13
  96:7 97:8,17 98:1
  98:2,15 99:11

101:24 102:13
  103:25 104:11
  107:13,22 108:11
  108:20 111:13
  114:5 116:7 119:5
  119:14,16 120:4
  122:6,10 127:9
  128:14,25 129:17
  131:25 132:19
  133:19 134:13,22
  135:6,14,25
  136:18 159:13,20
  162:8,18 166:14
  167:6 169:20
  171:9 172:4
  173:15 175:12
  176:6 177:24
  179:6 186:17
  187:12 188:18
  189:1 191:4,4,7,13
  192:6 193:10,24
  197:3,16 200:1,16
  201:5,12,23 205:5
  206:7 207:8,16,23
  208:8,15 209:18
  210:17,25 211:8
  211:16 212:11,23
  217:23 218:10,24
  220:20 221:17
  223:5 224:10
  225:2,3,7 227:2
  233:12,20 235:10
  235:21 236:5
  237:4 238:4
**objections**  95:3
  219:12 220:9
**objective**  8:20
**objectives**  46:1
**objects**  59:11
  228:4

**obligated**  33:8
**obligation**  53:18
  61:11,22 62:3
  73:6
**obligations**  39:14
  48:5 53:13 72:17
  72:21 73:4,8
  217:5
**observation**
  225:23
**observations**
  24:13 29:21,24
**observed**  27:9
**obtain**  98:11
**obviously**  159:5
**occasions**  18:7
  71:20
**occur**  21:6 82:17
  143:6
**occurred**  191:1
  197:23 215:20
**occurring**  81:15
  123:23
**occurs**  53:8 82:15
  82:18 85:16 130:5
  198:12
**october**  8:16 47:5
  47:9,15 62:25
**oculus**  231:25
**ofa**  235:4
**offhand**  35:24
  130:21 131:18
  141:15
**office**  249:11
**officer**  14:6
**offline**  36:13 85:2
  86:22 148:11
  209:5,11
**oh**  60:11 63:25
  73:21,24 100:5
  104:9 113:16

Veritext Legal Solutions
866 299-5127

[oh - p.m.]

138:25 158:5
183:14 184:25
185:21 186:23
204:16 209:25
226:7
**okay**  17:20 18:4
20:25 21:21 22:2
22:6 24:4 32:15
33:1,25 39:8 40:2
42:13,24 43:9,24
44:3 45:5,8,15
46:2,6,19,25 48:15
52:1,11 54:20
55:18,20 56:24
58:8 59:5 63:10
66:13 68:15 69:22
70:21 71:17 77:13
77:20 78:4 79:8
81:22 82:2 83:10
83:12,20,23 85:5
86:5 90:21 91:10
91:15 93:8 94:12
95:24 96:19,21
98:10 103:12
104:22 105:12,14
106:10,18 107:5
107:20 108:4,15
111:9 112:9
113:22 116:19
118:2,7,14 119:22
121:3 122:18
123:10,16 126:20
126:20,24 127:1,2
127:25 128:19
129:11 130:22,22
131:24 133:13
134:17 135:21
136:6,20,23
138:16 139:5
140:2,12 142:11
142:18,23 144:2

144:14,19,22,25
152:24 157:9,22
157:25 158:8,22
160:4,12 161:10
161:12 163:1,12
163:20 164:5,14
166:10 168:23
169:13 170:15,24
172:23 179:8,12
179:20 180:16
181:7 182:20
183:21 185:7
186:4,14 188:3,23
189:6,22 190:5,9
190:11,12,25
194:1,13,16 195:4
196:21 197:17
199:2,13,16 201:1
202:22 204:2,20
205:3,15,17,23
206:5,12 207:12
208:13,25 210:14
212:3,6,20 213:2,9
213:13 218:7
219:7 220:7 221:9
221:23 224:4,25
226:23 228:6
229:22 238:13
239:3,5,11,20
241:2 242:16,17
242:18 246:3,5
**older**  83:14 84:1
85:17 188:1
**once**  114:19,21
143:21 167:7
176:1,8 177:16,16
194:8 196:24
197:7,12 198:13
200:12 201:19
202:13

**ones**  35:23 123:12
123:13 125:9
175:20 205:7
229:12
**ongoing**  72:17
75:1 187:25
**online**  59:12
196:20
**onsite**  209:6,10
**open**  55:9,10 61:7
79:9 106:14 124:4
128:3 152:15
185:22
**opening**  45:17
102:24
**operate**  24:20
**operates**  25:21
**operating**  121:2
211:10
**operation**  41:2
**operationally**
145:23
**opinion**  58:6
**opportunity**  64:12
213:22
**opposed**  58:6
59:13 104:19
139:13 141:23
188:1,6
**opposing**  46:16
118:14
**opposite**  179:23
185:14,20
**opted**  131:6
**oranges**  111:4
**order**  27:4 29:2,3
51:23 53:13 60:6
67:11 70:25 73:18
73:24 75:20 84:25
88:1 90:12,17
96:15,18 108:25

110:7 112:1,7
181:12 196:18,19
243:17
**orders**  73:10
**ordinarily**  35:16
**ordinary**  155:12
**oregon**  1:22
**org**  16:19
**organization**
16:13 17:7
**original**  34:15
38:10 39:6 83:23
110:6 138:7
177:12 248:14
249:10,21
**originally**  216:11
**originated**  134:6
**os**  231:17
**our.internmc.fac...**
168:10
**output**  92:23
**outside**  103:10
115:21
**overall**  48:4
195:13
**override**  73:4
**overview**  9:10
10:19 99:24
106:17 107:3
118:22 139:9,14
139:16,19
**owner**  143:10,12
143:15
**oxford**  155:22

| p |
|---|

**p**  22:12,12 64:10
131:15
**p.m.**  65:7 77:18,21
127:3,6 144:23
145:1 157:15,18
171:3 172:21,24

Page 28

[p.m. - personal]

173:3 187:17,17
194:14,17 213:14
213:20 246:6,7
**page**   6:16 8:3,9
9:2,9 10:2,4,9,13
10:19 11:2,4,16,20
12:2,12,18 47:1
48:9 52:4 55:3,22
57:1 64:7,19,22
65:10 72:11,13
91:20,21 93:11,18
97:3 101:6 103:12
103:15,16 105:16
115:8 117:15
122:23 125:25
128:6 139:8 140:2
140:20 160:11
161:11 164:21
165:7 168:22
179:17 181:22
182:20 186:15,15
186:20,25 187:3,5
187:14,16 188:14
189:22 190:9
195:6 214:20
223:7 230:1
232:15 235:4
249:15 250:4
251:4,7,10,13,16
251:19
**pages**   1:25 45:25
47:10,18,20 91:14
92:5 153:7 168:1
185:6 210:24
211:3 249:14,17
249:17 250:3,6,6
**paid**   227:15,18
**painting**   75:4,5
**palo**   6:17
**papagiannis**   22:12
24:10 26:2

**paragraph**   61:2
70:22 71:14 82:4
99:25 103:19
107:1,2 115:6
136:23 158:13,16
158:18,23 159:18
162:7 167:12
173:13,17 182:21
216:21,23 233:2
**paragraphs**
106:16
**parameter**   210:16
**pardon**   97:2
**park**   15:18
**part**   16:15 18:22
28:24 48:4 51:13
51:23 54:2,15
60:8 62:10,15
66:5 81:21 83:24
84:9,12 85:4,15
86:15 88:10,11
89:17 90:8 94:6
95:15,22 96:11
98:17,23 99:13
100:15,21,21
103:6 107:7,15,15
107:24 108:22
109:9,17,25 110:8
111:16,18 113:6
114:8 115:1,18
116:22 127:11,19
129:4 130:2,11,17
130:25 132:21
133:23 134:15
135:9,17 138:6
144:4 146:20
150:20 151:9
158:24 160:19
168:6 173:23
184:20 191:12
195:12 197:20

200:10 201:9
209:21 212:25
218:2 221:12
234:13
**particular**   151:8
217:6
**particularly**   25:17
**parties**   3:2 4:2 5:2
6:2 7:2 132:9,16
133:2,8 209:4,16
228:5 241:7
**partition**   93:20,21
93:24 94:9
**partitions**   94:10
**partner**   190:16
206:21 208:4
**partners**   190:17
209:9
**parts**   84:19 101:2
**party**   13:13 19:7
27:3 131:4 133:7
134:4 176:14,16
176:19 177:6,8,15
178:1 180:18
184:11,18 191:14
193:11 227:13,20
227:24,25 229:5
248:19
**passenger**   18:15
**passes**   206:21
**passing**   210:15
**pasted**   211:24
**patel**   22:14 24:16
26:3 81:4,5,5,7
**patrick**   1:13 2:15
8:3 15:1,14 247:1
247:12 249:5
251:2
**patterns**   144:15
**pause**   17:11

**pay**   155:21
**payment**   227:18
**pdf**   186:13 249:12
250:1
**penalty**   14:16
247:2 249:16
250:5
**pending**   224:10
225:1
**people**   25:18 51:3
60:3 70:14 159:4
181:13 182:16
**perfect**   37:22
42:13 52:10 68:11
78:8 106:22 115:3
199:5,24 206:2
**perform**   209:11
**performance**
138:14
**performs**   104:17
**period**   91:7 109:2
113:11 114:17,22
196:16 249:18
250:7
**periods**   41:24
67:14 68:8 142:22
**perjury**   14:16
247:2 249:17
250:6
**permission**   176:15
183:8,25 184:4
224:8
**permissions**   183:5
**perng**   64:10,17
**person**   115:22
117:4 148:4 168:1
210:11 216:14,15
217:18
**person's**   115:15
**personal**   51:15
73:16 86:20 87:15

Page 29

[personal - post]

88:9,23 89:12,19
90:10 94:8 95:8
95:17 96:13 98:6
98:19,25 99:15
103:8 107:8,17
108:1,24 109:10
110:2 111:20
114:10 127:13,20
129:20,21 130:3
130:10,18 131:1
132:4,14,22
133:24 134:16
135:20 136:4
144:6 162:21
170:10 190:18
192:8 211:19
216:18,22,25
217:9,10,20 218:8
218:15,18,22,23
219:3,11,18,19,24
219:25 220:12,16
220:18,21,23,25
221:6,11,16 222:5
222:10 223:16,25
224:16,24 225:16
226:13 231:22
235:23 238:5
239:23 240:7,15
241:4,12,12,17,20
241:23 242:3,9,24
243:2,5,7,12,20
244:4,9,15,25
245:18,21,21
**personally**  117:4
121:21 235:17
243:3
**perspective**  96:16
112:3 195:16
198:20 202:6
234:21

**pertains**  248:13
**philosophy**  57:20
**phone**  169:15
170:18 230:9,10
**photo**  41:3,4,7,8,9
41:23 49:9,10,15
49:16,17,25 50:1,9
50:11,16 51:1,3,10
51:16 57:22 58:10
137:13,14,15,15
137:17,21,22,23
138:2,4,4,10,12
161:9,15 173:21
196:11,12
**photos**  75:19,21
**phrase**  186:9
**phrasing**  58:23
**physical**  18:18
82:18,22 238:10
**physically**  42:7
44:6,23 118:12
**picked**  143:18
**picking**  204:14
**piece**  165:22,23
217:7
**pieces**  165:18
170:8
**pii**  166:21,23
167:14,15,15,18
167:22 168:22
169:6 173:7,14,17
209:21 210:15
212:9 215:22
216:1,3
**piis**  215:22
**pin**  156:13 157:8
**pixel**  131:5 134:5
206:15 207:22
208:2,5 238:6,7
**pixels**  188:25
189:10,11 210:16

**place**  15:11,14
53:5 54:14 109:5
109:6 111:15
184:5,8 211:23
248:6
**places**  48:14
**plaintiffs**  2:16 3:4
4:4 13:16 64:2
76:25 146:10
147:16 149:10
152:1 153:6,9
156:10
**plan**  11:16
**planning**  204:14
**platform**  84:23
85:4,7 138:15
196:8 207:14
233:11,19 235:8
**platforms**  7:18
**please**  13:12,13
14:9,13 21:16
32:16 52:4 55:12
86:17 105:10
138:17 162:3
163:2 182:24
183:13,20 201:1
203:7 204:10
222:22 223:4
225:10 239:19
**plus**  47:21 202:18
243:6
**pm**  204:7 210:12
**point**  36:17 53:7
67:2 74:3,11,21
76:9 79:25 95:11
97:16 110:18
115:16,23 116:2
148:11 154:2
156:3 161:13
180:2 183:11
184:1 192:5 193:8

193:22 197:24
198:15 199:4
210:11 215:16,23
222:21 236:18
244:23
**policies**  41:25
45:24 47:11 56:12
80:14 116:21
143:14,15 193:1
**policy**  8:15 43:21
45:23 47:4,8,14,20
47:23 48:1,13
52:12,24,25 53:2,3
53:8,10,12,19,21
53:23 54:9,16
55:25 56:4,10,23
58:7,23 60:20
61:10,16,17,22
62:2,24 63:4,7
66:18 67:3 68:10
68:13 143:18
162:12 166:25,25
168:11 174:2,8,9
191:16 215:15
**poor**  143:2
**poorly**  144:1
**popped**  41:3
**populate**  85:1
**position**  33:7
129:5 145:11
156:21,22 243:4,5
244:8
**possess**  193:18
**possessed**  44:23
**possible**  32:16
98:11 113:25
114:11 196:25
197:8,13 217:6
229:3 237:19
**post**  51:16 57:21
57:22 58:9,10

Veritext Legal Solutions
866 299-5127

[post - processes]

61:3 66:19 67:6
67:20 84:11 161:8
196:11,12
**posted**   49:9 51:11
**posts**   50:9,10 51:2
**potatoes**   111:5
**potential**   113:5
115:13
**potentially**   24:3
93:4 170:12
**potpourri**   186:10
**prac**   234:11
**practice**   97:15
210:7,15 234:11
**practices**   29:11,12
34:12 55:25 80:14
**precise**   202:20
**precisely**   147:17
**predates**   166:3
**preparation**   25:19
29:15 32:6 64:3
80:13 88:7 134:23
135:9 136:2 148:4
153:18 170:11
172:14 179:14
211:17 215:10
221:24 238:25
**prepare**   22:6 45:5
51:12 73:14 81:20
86:15 87:14 89:10
89:17 90:7 94:6
95:6,15 96:11
98:3,16,23 99:12
103:6 107:6,14,23
108:22 109:8,25
111:18 114:8
127:11,18 130:16
130:24 132:1,12
132:21 133:22
134:14,19 135:1,3
135:10,12,19

136:3,10,10 144:4
148:5 162:20
170:2 177:25
188:4 212:24
218:20 219:6,23
220:11 221:7
225:14 231:21
235:11
**prepared**   88:21
108:5,6,12 111:11
112:12,22 122:14
125:3,16 129:14
129:18 130:1,8
145:7,16 146:13
146:25 148:10,13
148:20 149:21
152:4 153:12
178:3,11 188:24
189:11,14,15
206:9 207:13,19
219:14,22 221:24
222:7 226:4,8,20
243:19 244:16,21
**preparing**   26:8,10
80:13 113:3
**present**   7:16 13:19
22:21 26:19 27:14
**presenting**   115:19
**preservation**
73:10
**presumably**   239:3
**prevent**   113:5
198:23
**previously**   12:17
92:19 175:3 197:1
197:9 201:22
**primarily**   27:21
**prior**   47:9,11,11
47:15,18 64:20
67:13,18 68:7
71:10 88:24 97:15

102:5 119:19
173:17 199:4
211:6 227:9 248:8
**prioritization**
180:14
**priv**   57:8
**privacy**   10:23 13:9
16:11,12,13,14,16
16:20,21,22,25
17:4,9,10 19:22,25
20:2 27:10,12,24
28:11,22 29:11,12
30:12 31:9 47:11
48:4 50:2,18
57:23 65:24
116:22,24 117:21
160:9 163:9
164:23 166:12,17
167:4,23 168:5,14
168:18 180:3
181:2,15 182:4
189:23 190:22
198:19 204:7,9
210:12 214:16
215:14
**privilege**   28:2
**privileged**   128:16
129:7,10
**pro**   96:8
**proactively**
139:25 166:25
**probably**   24:16,22
121:10 159:3,6
185:10 204:22
**problem**   35:8 67:1
68:17 74:1 99:23
159:16 184:3
186:24 204:5
242:15
**problematic**   183:7
183:24

**procedure**   139:12
139:13 249:19,20
**procedures**   56:13
**proceedings**   248:5
248:8,9,15
**process**   25:14
34:13 37:25 38:6
38:9 40:16 53:4,6
54:1,2,3,3,7 62:18
68:7 70:17,23
71:5,7,20 72:23
73:3 74:5,13,17,22
74:23,25 75:6,6,24
76:1,13,20,23,24
77:10 78:11 79:12
79:22 80:2,16,20
80:21 81:9,12,13
84:9 85:15 97:5,9
110:8 111:8
112:11,21 113:3
113:20 115:2
117:1 130:12
139:17,21,22,23
142:1 143:7
146:21 150:14
151:10,22,23
152:5,21 154:18
154:24 155:7,11
159:22 170:3
184:20 187:22
190:15 191:12,15
196:3,14 198:11
200:7 201:9
202:11 208:22
209:22,24 236:8
237:21
**processes**   17:24
24:19 36:5 38:20
39:11 67:19 81:16
101:1,3 108:13
145:3,12 147:5

Veritext Legal Solutions
866 299-5127

[processes - question]

150:6,7 152:13
189:8 208:20
236:8
**processing** 240:25
**produce** 32:16
238:23
**produced** 33:4,8
43:12 46:6 94:3
94:17 97:18,19
118:15 174:3
178:10 214:2
243:1
**producing** 160:15
241:11
**product** 12:5
15:24 16:1,3,4,4
16:12 17:6,7,10
25:4 75:17,20
76:2 84:24 85:1
115:12 116:12
128:18 161:14
200:4 205:3,10
219:4,20 220:24
225:19 242:13
**production** 32:1
59:12 62:11 84:7
84:12,16,18,20,21
85:4,19 102:15
137:18 210:20
**products** 16:8,9,14
16:17 204:10,11
204:14 210:4
229:24
**professional** 2:21
248:2
**profile** 1:4 2:4
13:9 35:3 49:9
115:11,15,20
116:10
**profiles** 115:8

**program** 48:4
116:23,25
**programmatically**
181:1,11
**prohibitively**
193:16
**project** 57:15,16
57:17,18 212:15
**properly** 217:4
**proposal** 189:23
190:8
**proposed** 190:23
210:4
**protect** 116:22
117:1
**protections** 109:5
117:1
**protiviti** 19:4,5,7
19:15
**protocol** 94:18
95:4 96:9 97:19
97:20
**provide** 67:11
125:20 128:21
180:18 243:10
**provided** 26:23
32:13 44:16 48:25
49:11,11 50:1
60:2 66:5 92:13
121:23 188:17
249:19 250:8
**provides** 48:2
**providing** 49:5
139:18
**pseudo** 34:11
176:18
**pseudonym**
113:20
**pseudonymization**
17:24 20:4,6,12
33:21 34:5,6,11,14

34:20 36:6,7 53:4
53:6 54:6 62:18
67:10 68:1 71:5,7
71:9 74:13 75:23
76:1 85:16,16
101:11 109:19
113:20 139:23
145:4 147:6 150:7
155:2,10 175:5
197:23 198:10,12
202:11
**pseudonymize**
70:25 192:4
**pseudonymized**
176:18 192:5
208:19
**pseudonymizing**
71:21
**public** 51:18
161:16
**publicly** 50:10
51:3,11
**publisher** 131:4
134:5
**pull** 16:5 29:25
91:1
**pulled** 44:22 153:7
**pulls** 104:17
**purely** 36:7
**purpose** 17:2
47:14 53:5 66:12
80:10 109:18,23
111:9 112:24
116:9 144:15
145:20
**purposes** 21:22
155:1,5 235:16,19
**pursuant** 94:17
**put** 17:11 81:10
109:5,6 120:15
121:10,19,21,22

123:18 125:13,13
126:7,8 156:13
157:8 193:14
203:16,19 211:23
220:4 231:5
234:12,17 235:6
**putting** 235:4
**pwc** 9:16,17 11:13
11:14 27:23 28:11
28:15,18,22 29:16
30:13,20 31:1,8
44:18 64:5,17
65:19,23 66:5
185:4 186:8
188:17
**pwc's** 26:19,24
27:5 28:9

**q**

**qualification**
170:22
**qualified** 135:23
**queriable** 102:16
**queried** 235:5
237:19
**queries** 96:18
**query** 86:22,23
87:1,2,11,25 88:10
89:22 90:13,17
93:5 95:18,22
96:14 99:17
114:12,14,15,16
114:22
**querying** 86:21
104:19
**question** 17:12
21:17 22:2 28:6
34:3 35:7 37:13
39:2 42:5 61:15
61:21 66:16,22
67:17 70:8 71:18
74:9 79:9 83:11

Page 32

[question - record]

83:17,24 85:10
86:2,18 87:6,7
88:7 91:17 92:8
95:17 97:14,21
98:20 106:23
110:11 114:2
117:12,12 118:2
118:21 120:12
124:5 126:23
129:8 132:23
134:23 135:8,15
136:8 151:14,18
152:1 153:15,16
153:19 154:4,5,19
154:21 155:12,14
157:4 159:14
164:17 166:20
167:13 168:13,13
172:2 175:2,14,15
185:25 186:5
189:3,14 192:11
193:5 196:24
198:7 199:3 201:1
207:25 218:21
219:9 221:7,25
222:21,23 223:2,7
223:11,14,21,24
224:13,23 225:1
225:10 226:11
233:7,14 236:17
244:19,19
**questioning**
100:11 126:18
**questions**  24:17
39:22 69:21 83:8
93:9 98:4 112:16
112:17 114:11
118:17 125:17
149:21 150:24
164:18 168:11
185:5 197:18

199:14 213:3
**quick**  33:11
**quickly**  110:3
189:20
**quit**  116:2
**quite**  158:1
**quote**  218:12
240:7,7

**r**

**r**  22:15,15,15,17
36:9 64:10 120:1
195:8 251:3,3
**r&s**  250:1,9
**rabbit**  148:7
**rails**  222:25
**raise**  14:13
**raising**  164:18
**ran**  188:7
**random**  36:9
70:24 71:4 78:17
113:7 115:25
237:25
**rate**  212:21 213:1
**rates**  212:10
**rationale**  58:7
198:22
**raw**  234:8,11,20
234:22 238:8
**raymond**  164:10
164:12,17 167:16
**rblume**  5:13
**reach**  197:8,13
**reactions**  49:14
137:16 138:6
**reactivate**  196:17
**read**  28:18 29:1
55:17 61:9 69:2
72:25 79:18 99:22
101:5 104:13
117:19 139:4,5,14
159:19 168:1

171:11,16 181:21
182:7,24 183:1,13
183:15,20 189:20
189:22 209:1
216:19 220:5
222:22 223:2,9,14
225:22 226:22
237:19 241:7
243:15 244:3,7
245:12 247:2
**reading**  27:9
30:20,23 31:15
55:20 60:13 82:4
104:13 105:6
117:10 159:15
163:19 166:15,16
167:9 171:15,23
178:19 204:17
217:14 232:11
249:23 250:9
**reads**  99:25 195:2
**ready**  117:13
172:2 186:3
**real**  141:6 161:17
**realize**  156:23
**really**  159:9
169:25 171:5
173:4 185:14
205:13 219:7,8
221:19 238:13
**reason**  62:1 68:22
68:23 69:5,14,25
70:4,6,13 77:7
92:20 110:2
116:20 153:12
184:17 224:7
251:6,9,12,15,18
251:21
**reasonably**  217:21
**reasons**  77:12
181:14

**rebecca**  1:21 2:20
248:1,24
**recall**  21:3 78:12
90:2 103:1 158:15
**recalled**  136:13
**recap**  26:1
**receive**  122:24
**received**  166:13
174:5 191:9 205:9
**recess**  32:25 77:19
127:4 144:24
157:16 172:22
194:15 213:15
**recite**  240:5,13
242:7
**recognize**  91:18
91:20 139:2
**recollect**  119:17
124:6 126:2
**recollection**  30:7
31:7,22 93:10
99:15 103:8 121:6
121:8 238:25
239:2
**recommend**
244:24
**recommendation**
60:7
**record**  13:5 14:5
15:10 21:22 32:22
32:23 33:2,23
34:1 43:11 44:2
54:25 64:1 72:25
77:16,18,21 90:23
96:23 102:7 105:7
122:15 123:21,22
126:11,12,15
127:3,6 134:18,18
138:7 144:22
145:1 153:24
157:12,15,18

Veritext Legal Solutions
866 299-5127

[record - replacement]

158:3 163:6,25
170:16 172:17,19
172:21,24 179:3
185:1,13,16
194:12,14,17
195:1 203:10,13
209:2 213:10,12
213:14,19 214:1
215:7 221:21
223:5 225:9
235:23 237:15
238:19 239:18,19
239:20 241:2
243:21,23 244:14
245:12 246:1,3,6
248:9,12
**recording** 78:2,5,6
195:19 196:1
**records** 139:25
**recursively** 171:20
**redirect** 117:21
160:8 214:15
**redo** 204:18
**redundant** 184:3
**refer** 30:25 35:9
35:13,18 36:2
42:5,8 50:20
58:21 61:15,19
72:2,21 84:21
105:24 118:5,7
131:1,2 155:20
162:6 215:18
**reference** 48:9
105:17 106:24
136:22 195:19
240:18
**referenced** 136:14
218:9,16 245:7
249:6
**references** 245:14

**referencing** 240:1
243:1
**referred** 52:14
54:2,3 62:1 70:23
71:3 79:11 80:9
171:25 215:21
227:24 230:21
**referring** 23:8
26:25 27:18 29:4
53:24 54:1 62:23
124:1,1 128:2,7
133:10 149:3
160:25 167:23
171:4 172:11
202:17,18 206:11
227:22
**refers** 97:18 99:20
103:22 104:14
106:15 112:23
174:2 209:20
216:12 221:11
222:15 232:4,6
**reflect** 139:11
140:4 195:11
237:1 245:5
**reflected** 243:22
**reflecting** 142:24
**reflects** 140:5
**refresh** 31:21
42:21 55:8 63:11
96:1 121:5,7
238:24,24 239:2
**refreshed** 239:4
**regard** 17:21
28:11 29:13 39:9
56:1 65:24 69:4,7
69:12 72:21 74:24
76:24 93:25 95:3
129:9 145:2
155:10

**regarding** 24:18
80:24 122:9 125:3
134:19 136:17
196:23
**regardless** 217:16
**regards** 39:10
80:14 122:25
**registered** 2:21
141:13 248:1
**regular** 187:9
220:24
**regularly** 182:13
**regulations** 73:3,8
161:25
**reinforce** 182:10
**reiterate** 66:8
133:6
**reiterating** 236:6
**relate** 18:13 29:8
**related** 16:14,16
18:14 23:9 125:9
145:3 221:25
230:17,20
**relates** 1:6 2:6
122:11 145:6
148:15 164:15
226:11
**relating** 18:23
27:24 28:21 31:2
31:4,10,12
**relationship** 36:18
116:12,13,14
137:25 184:17
**relative** 248:18
**released** 249:21
**relevant** 25:18
26:18
**relied** 44:12,15
**relink** 216:15
**remainder** 26:11

**remained** 142:9
142:10
**remaining** 26:7
137:1
**remains** 138:1
142:17
**remember** 21:7
31:6 53:25 79:17
102:19,22 103:11
121:14,25 141:14
161:14 166:2
188:10 230:16
231:16
**reminder** 12:5
205:4,11
**remote** 14:7 15:18
**remotely** 1:14
2:18 248:6
**remove** 43:6 78:15
181:15 182:4
237:24
**removed** 176:3
**rename** 227:9
**renfro** 22:11 23:4
23:12,25 24:2
26:2 164:10 169:1
171:1,17 172:14
173:2,18
**repeat** 35:7 43:1
87:6
**replace** 36:15
37:17 70:24 78:17
82:5 97:11 237:24
**replaced** 37:4
142:2,3,5 198:5
236:13
**replacement** 36:9
36:11 71:3 78:11
97:10 115:25
116:10,15 236:14
237:25

Veritext Legal Solutions
866 299-5127

[replaces - right]

**replaces** 139:24
199:19,21 200:12
201:19
**replacing** 97:6
**report** 48:6
**reported** 1:14,20
2:19
**reporter** 2:20,21
2:22 13:11 14:4
14:12,15 21:13
33:18 43:16 46:14
54:18 63:15 64:24
90:19 92:2 105:2
106:8 127:23
138:19 153:20
157:13 163:4
172:16,18 178:6
183:10,12,15,19
184:22 194:5,24
203:2,5 204:19
213:17 248:2,3,3
**reporting** 73:8
**reports** 166:13
**represen** 107:15
**represent** 13:16
93:7 109:11
**representation**
93:3 94:6 96:11
127:12 135:18
**representative**
1:13 17:15 30:11
38:19 51:14 66:17
73:14 87:14 88:8
88:21 89:10,18
90:9 95:7,16
96:12 98:4,18,24
99:13 103:7 107:7
107:16,24 109:10
110:1 111:19
114:9 127:12,19
129:19 130:2,9,17

132:2,13 135:1,10
135:18 136:1,2
144:5 220:10
225:13 235:12
243:20
**represented** 51:16
150:25
**representing**
86:15 108:23
130:25
**represents** 192:16
**request** 31:25
48:19 62:14 66:11
80:21 156:10
238:23 240:6
**requested** 67:3
248:16 250:1,9,10
**requests** 39:12
**require** 191:22
**requirement**
74:20 79:25
**requirements** 16:6
28:25 48:3 73:6
**requires** 158:25
159:8
**rereading** 55:18
**research** 209:9
**researched** 206:9
**reserved** 241:8
**reset** 153:24
**resolved** 156:17
156:24
**resources** 168:11
**respect** 57:2 245:4
**respond** 223:3
**respondent** 206:21
207:1,6
**responding** 223:4
**response** 125:17
**responsibility**
58:15 61:6

**responsive** 221:20
**rest** 171:15 212:4
212:4
**restate** 44:13
**restoration** 195:20
196:1,19
**result** 129:1
234:13
**resume** 157:1,8
**retain** 66:18 67:5
**retained** 60:5
**retention** 17:1
20:22 41:24 67:14
68:8,10 73:4,6
142:22 191:15
193:1
**return** 57:19
100:11 249:17
250:6
**returning** 52:3
78:9 82:2
**reversion** 214:22
**review** 26:15
29:10,15 33:12
55:11 64:12,13
105:10,13 138:22
179:13 190:13
209:6,11,12
213:22 215:3
245:16 248:15
249:8,10,13 250:2
**reviewed** 22:8
26:17,22,24 27:14
29:20 44:8 45:11
47:10 65:15
136:13 215:1
242:25
**reviewing** 26:14
28:8 32:4 190:14
**revision** 97:3
105:15 117:15

139:9 179:18
195:9
**rewritten** 142:1
**rid** 36:8,15,21
37:2,4,17,18 71:2
78:11,17,19 79:1,4
82:7 83:5 85:12
85:14,18,20,21,24
86:11 87:20 99:10
99:10,17 100:1,12
100:16,16 101:9
101:12,18 102:4,8
102:9 108:7
116:16 137:25
139:24 141:17,18
141:20 142:4,13
142:13,19 158:19
174:22 175:7,24
175:25 196:23,25
197:2,7,12,13,20
198:4,7,11,14,15
198:17 199:5,8,10
199:19,20,22
200:5,12,14 201:4
201:6,8,8,11,13,14
201:19,19,21
202:1,13 209:21
227:12 236:14
237:25
**rids** 10:5 74:6,15
74:25 82:6 97:4,6
97:10 98:13 99:2
99:7 101:19
103:13,19 109:5
115:7,8 116:9
141:16
**right** 14:13 23:13
27:16 28:17 31:15
37:13 42:25 44:20
44:25 45:3 51:21
52:8,22,24 54:10

Veritext Legal Solutions
866 299-5127

[right - scope]

62:21,25 65:25
66:6 75:12 76:13
77:23 78:5 95:25
97:12 102:6,10
108:10 119:10
121:4 126:2,3,5
128:9 129:7,15
134:21 136:11,14
140:20 142:20
143:4 146:18
148:16 149:7
156:5,8 157:23
158:20 160:9
164:21 167:19
168:3,4,7,20
169:11 171:24
174:19 175:20
179:5 180:23
186:9 188:14
190:14 200:11
204:6 214:25
220:6,8,13,15,19
222:24 223:15
224:14 233:7
243:24 244:6,17
**rights**  18:17
**ring**  6:6 13:23
**road**  6:16 21:15
**rob**  13:21 33:5
125:4 129:5
153:17 155:22
222:9,20 223:18
223:22
**robert**  5:6
**rohrback**  4:5
13:20
**role**  15:23 19:22
23:18,20,22,24
51:14 113:2
**roles**  17:8

**romano**  1:21 2:20
248:1,24
**room**  32:19 122:3
136:10 209:7,7,23
**roomba**  143:17
**rooms**  209:17
**rose**  13:23
**rosemarie**  6:6
**rotated**  100:3
108:10,17,24
**rotating**  100:3
108:9,17 113:23
**roth**  22:17
**rough**  24:5
**roughly**  24:11,20
**routinely**  187:21
**row**  142:14 205:18
205:19 210:14,22
212:7 237:14,21
**rpr**  1:21 248:24
**rring**  6:12
**ruecker**  205:1
**rule**  75:11
**rules**  21:15 144:16
165:9 250:8
**run**  59:13 99:7,8
100:14 104:16
114:16,21,21
140:9,10 187:16
187:21,24 198:3
201:10
**running**  75:7 76:6
113:4 140:6 143:1
187:25
**runs**  76:1 139:21
187:8,21
**ryan**  22:15 25:2,3
25:4

**s**

**s**  8:8 9:1 10:1 11:1
12:1 22:12,15,16
22:17 50:23,23
195:8 251:3
**safe**  115:16 190:22
**safeguards**  20:1,9
20:10,15 21:1
46:1 111:15
182:19
**sake**  36:7 72:25
80:12 85:15 119:7
215:9 216:7
225:18 228:9
**salt**  100:3 108:9,17
113:23 193:12
**salts**  113:7
**sample**  141:16
**samples**  186:10
**samra**  3:8 13:18
33:13 42:17 46:19
140:18
**san**  6:10
**sanctionable**
226:24
**saturday**  174:6
205:9
**save**  153:1
**saw**  91:21,22 95:8
118:3,6,13 163:23
214:23 235:3
**saying**  60:14
124:12 150:21
154:4 242:22
245:17
**says**  44:20 48:12
48:17 52:18,20
55:4 57:1,7,21
58:14,25 61:2
64:7 68:16,21
78:14 82:3,5 91:2

93:12,14,19 94:12
94:21 100:10,12
100:14 103:13,18
103:21 108:7
115:6 136:24
137:6 150:5
151:15 158:12,13
160:11,19,22
161:14,22 163:9
167:12 171:2,4
173:4 179:20
180:3,17,25 181:7
204:9 206:17,19
206:20,25 211:1,5
224:14 228:18
229:15 230:2,7
231:17 236:17
242:2
**scale**  100:22
180:14 181:1
**scenario**  101:12
193:18 200:3,9
207:5,20 208:12
210:6,6
**scenarios**  231:7
**scenes**  196:10
**schedule**  187:9
188:2 249:10
**scheduled**  187:16
188:3
**scheduling**  187:10
187:10
**schematization**
25:4,11,13,14,17
25:22
**scientist**  89:25
90:15
**scientists**  89:20
90:4
**scope**  19:18 20:13
27:7 28:1 29:18

[scope - separate]

30:18 47:13 51:22
53:11 58:12,20
59:8,17 60:23
61:13,25 66:7
69:9,18 70:2,15
71:1 73:12 74:7
76:16 77:1,8
78:24 79:5,15
80:11 81:19 82:11
83:6 84:4 85:13
85:25 86:13 87:5
87:12 88:5,19
89:8 90:6,8 93:1
94:2,16 95:2,13
96:7 97:17 98:15
99:11 104:11
107:13,22 108:20
114:5 116:7 120:4
122:10 127:9
131:25 132:19
133:20 134:13,24
135:16 145:15,25
147:3 159:20
162:8,18 166:14
167:6 169:20
172:4,5 173:15
188:19 191:7
192:6 193:24
199:6,8,12 205:5
206:7 207:8,23
208:15 209:18
210:17,25 211:8
211:16 212:11,23
218:10,25 220:20
221:13,17 222:7
222:11 233:12
235:10,21 236:5
238:4
**scoped**  11:4
132:15 133:4,7
178:13 179:4,17

**scott**  22:11 164:10
169:1 171:17
173:17
**scrape**  82:7 85:20
102:8
**scraping**  17:2,3
18:24 20:16
**screen**  126:7,8
140:17 203:17,19
**screenshots**
186:11
**scribe**  144:2,3,5,6
**script**  100:15
140:5,7,8,23
142:25 187:8,25
**scripts**  140:9
**scroll**  185:14,19
**scrolling**  236:21
**scuba**  89:13,14,19
**search**  83:2,5
85:23 86:10 87:16
87:19 88:15 92:23
113:25 114:3
**searchable**  85:12
95:12 99:10
**searched**  96:5
**searching**  197:9
**seattle**  4:12
**sec**  128:5 148:6
**second**  18:15 58:5
71:18,18 72:17
103:16,19 106:12
140:2,18 141:3
158:22,24 160:19
161:10 179:23
190:13 195:21,22
196:22 206:4,4
**seconds**  131:20
211:12
**section**  72:9
100:13 158:11

183:2 216:21
**sections**  240:1
**security**  72:19
112:2 182:14
**see**  39:25 42:23
43:4,10 48:8,16,20
51:4,7 52:19 55:7
55:16 56:25 57:5
57:6,11,12,20,24
57:25 58:1,9,17,18
59:3,4 60:16 61:1
61:8 65:14 68:16
69:1,2 78:20,21
80:3 82:3,8,9 91:8
93:11,14,17,22,23
94:14,19,23,24
99:20 100:10,12
100:13,18,19
101:17,21,22
103:2,18,20,24
104:1 105:19,19
106:14,24 115:9
115:10 118:6,13
118:14 126:7
136:22 137:4,5,8,9
156:11 158:16
160:20,21,23,24
161:19 162:4,5
164:19,25 165:3
166:8,10 167:20
167:21,24 168:5,6
168:24 169:11,12
169:18 170:25
171:6,7,22 173:12
173:13 178:15
179:20,25 180:5,6
180:17,20,21
181:3,4,18,19
182:21,23 188:20
188:21 191:23
192:19,22 193:15

195:19 204:12
206:23,24 207:3,4
209:10,13,14
211:4 215:19
227:4 228:18,22
230:2 232:3,8
236:16,20,22
**seeing**  210:6
218:17
**seeking**  125:1
**seeks**  38:19 135:15
146:7
**seen**  17:17 46:2,4
47:8 55:13 160:8
163:21 164:4
210:9 215:8
232:25
**segment**  205:20
206:6,8,22
**segments**  206:13
**sending**  147:25
204:8 211:6
**sense**  177:2 199:25
**senses**  111:23
**sensitive**  173:5
**sent**  64:8 65:18
122:12 205:7
**sentence**  52:19
57:12 58:1,5,5,14
58:24 59:3,4 60:1
69:4 73:20 78:21
82:9 100:19 101:6
101:17 104:14
108:6 136:24
169:23 173:13
182:21,23 236:17
237:1
**sentences**  69:2
159:18 169:10
**separate**  46:8
69:20 148:11

Veritext Legal Solutions
866 299-5127

[separate - speaking]

166:19 168:1,21
september  204:8
series  49:18 89:1,5
  94:9 109:11,12
  191:18
serious  242:8
serve  85:6
served  84:25
service  72:18
  134:7 137:14
session  176:22
set  20:15 33:16
  34:18 38:4,8
  60:21 107:9
  111:10 131:3
  134:3,6 152:13
  165:9 170:7 215:6
  215:12 240:7
  248:6
sets  211:2 238:9
  241:18
setting  50:15,18
  50:22 193:20
  235:7
settings  50:2 57:23
  84:11
setup  210:3
sev  180:3,7,8,11
  181:2
seven  18:8,12
  22:20 24:6 26:8
sever  116:13
  137:25
severable  175:8
severed  36:18
  116:4,16 177:16
severing  198:12
shackleton  22:16
  25:6
share  42:16,22
  103:5 115:22

123:20 135:19
  140:17 161:18,21
  209:3,8
shared  184:15
  209:16
sharing  161:15,22
  181:9,12 182:1,3
  228:10
sheet  210:12
  212:18
shift  215:20
short  50:24
shorthand  2:20
  35:5 248:2,10
show  42:22 138:23
showed  137:21
showing  142:25
sic  33:13 58:22
  111:24 141:8
  158:1 164:22
  194:2
sid  176:4,7
side  131:11
sign  249:16 250:5
signature  248:24
  249:21,23,23
  250:9
silence  224:8
similar  47:13
  80:15 116:11
  119:7 190:22
  191:20 193:14
  217:1 230:24
simple  25:22
  40:21 78:14
  158:13 219:8
simpler  112:7
simul  196:5
simultaneously
  30:3 104:8 113:13
  125:21 147:11

151:16 222:18
  224:3 242:12
  244:11
single  85:19
  174:25 176:2
sit  30:10 81:23
  218:7 219:10,17
  220:15 221:15
site  78:18 79:2
  234:16
sits  199:10
sitting  32:19 122:3
six  143:6 245:13
size  109:14,15
skipped  11:9
  63:20
slightly  79:17
  192:12
slow  217:14
slower  183:13,16
  183:20
smith  141:7
smith's  142:3
snapshot  79:12
  80:9,17,24,25 81:7
  81:10,15,17,24
snapshots  74:19
  79:24
software  23:9,23
  24:12,21,24,25
  25:8,12,21 26:21
  88:10 104:20
  143:8,17 144:3
  165:16,23 195:15
solemnly  14:15
solution  82:5
solutions  16:25
  249:7
solve  16:25
somebody  175:6
  182:9 211:21,24

someone's  51:11
soon  32:16
sorry  13:20 30:17
  33:3 34:1 44:13
  60:11 76:15 78:1
  93:13 100:5
  103:16 104:5
  109:21 113:16
  114:20,20 120:1
  131:21 136:23
  140:14 144:13
  154:20 158:6
  165:12,19 171:2
  172:5 177:11,13
  189:18 194:7
  200:23 209:25
  217:12 223:12
  226:5 227:12,17
  229:13
sort  171:11
sorted  91:6
sounds  79:17
source  34:8 41:14
  80:23 92:17
  101:18 110:19
  177:4 179:2,4
  184:9
sources  85:12
span  109:1
spark  93:9
speak  21:19 22:24
  23:25 27:8 30:1
  148:13,22 231:22
speaking  28:3
  30:3 34:21 51:15
  104:8 113:13,18
  125:21 147:11
  151:16 165:20
  192:7 222:18
  224:3 242:12
  244:11

Veritext Legal Solutions
866 299-5127

[speaks - street]

**speaks** 145:3
**special** 7:6 14:1,2
  122:16,19,21
  123:6,10,16,19
  124:8,11,14,17,20
  125:5,8,19,23
  126:5,6,9,14,19,22
  126:25 145:21
  146:8,17 147:12
  148:1,6,18,24
  149:2,8,14 150:17
  150:20 151:5,11
  151:17 152:10,15
  152:24 153:3,22
  154:10 155:13,15
  155:24 156:2,6,9
  156:20 157:5
  222:24 223:10
  224:6,25 225:5,8
  226:1,5,9,17,19
  239:8,11 240:24
  241:14 242:1,4,13
  242:17,19 243:25
  244:6,13 245:9
**specific** 16:16
  19:24 39:3,23
  49:5 50:7 66:11
  66:16 72:9 74:20
  79:25 83:18 86:3
  87:20,20 95:23
  99:16,17 106:18
  110:11 112:4
  114:14,15 120:9
  123:7 130:10
  141:24 145:13,19
  146:7,9,11,12,22
  147:2 148:13,14
  149:5,22,23
  150:22,24 151:2
  152:25 153:7
  169:23 174:20

180:19 185:6
  189:3,5,13 192:1
  200:22 202:20
  205:18 207:20,24
  208:3,12 216:2,4
  218:4 234:2 240:8
**specifically** 19:4
  19:14,17,21 20:11
  25:20 26:25 27:12
  27:17 29:13 30:25
  34:10 36:25 37:3
  50:21 51:13 56:5
  61:14 62:23 67:25
  69:4,12 71:24
  73:13 74:14 75:23
  86:14 87:13 88:21
  89:9,16 94:5 95:6
  95:14 96:10 97:9
  98:17 103:6 107:6
  108:22 109:9,22
  109:22,24 111:18
  113:2,19 114:7
  116:8 118:18
  120:22 127:11,18
  130:24 132:2,12
  132:20 133:22
  144:4 145:8,14
  162:20 165:23
  166:17 187:24
  188:4 206:10
  216:10 231:22
  235:1,12 239:25
**specifications** 16:5
**specificity** 208:24
  230:12 232:14,19
  233:2 234:1
**speculation** 82:1
**spell** 22:13
**spencer** 186:6,7
**spend** 28:15 30:20
  30:23

**spent** 23:2 24:7,16
  25:6 26:7,9,11
  28:8
**split** 116:13 169:8
**spoke** 22:11,20
  24:2,11 25:3,7,8
  25:11 26:1
**spoken** 198:16
  227:13
**spoof** 229:3
**spreadsheet** 12:9
  45:25 205:16
  210:3 237:13,20
**stand** 102:17
  180:9
**standard** 166:20
  167:13
**stands** 36:10
  103:11
**star** 167:20,21,24
  168:4
**start** 72:22 75:4
  181:11 182:2
  183:17 188:8,8,8
  203:24 205:19
**started** 16:1 166:2
  169:2 181:9 182:1
**starting** 14:8
  187:5
**starts** 43:4 216:23
**state** 14:16 41:21
  56:3 69:10 184:15
  218:8 249:9,12
**stated** 75:16
  132:25 170:13
  244:20
**statement** 58:23
  75:16 79:16
  229:14
**states** 1:1 2:1
  162:2

**stating** 15:10
  56:22
**statistic** 142:9
**statute** 222:13,16
  224:2
**statutes** 240:2
**stay** 239:9
**stenographic**
  126:11 172:17
**stenographically**
  1:20
**step** 78:16 160:19
  206:20
**steps** 143:6
**stipulation** 241:8
  249:20
**stop** 154:2 222:24
**stopped** 73:25
**storage** 25:15
  36:13 59:12 84:12
  84:21,22 85:2,4,19
  88:11 137:18
  191:24
**store** 48:5 110:4
  110:22 170:4
**stored** 62:10 132:8
  138:6 170:11
  191:16,20 192:17
  193:1 207:7,19
  208:18 217:17
  233:4,11,19
  235:20
**stores** 207:1
  237:16
**straight** 44:9
**straightforward**
  158:25
**streamed** 237:17
**street** 3:10 5:9 6:8
  7:7

[strike - talking]

**strike**  44:13 54:22 65:13 92:19 100:6 100:10 114:1 129:22,23 130:22 133:14 159:9 166:11 184:25 192:2 197:10 201:3
**string**  12:4 202:12 202:14 234:24
**strip**  211:5
**stripped**  40:20 71:16 142:7 200:8
**stripping**  38:1,3
**structure**  87:23 95:21 238:10,11
**struggling**  121:25 219:14
**stuff**  11:12 188:22
**subject**  9:15 11:12 12:4 19:12,17 24:8 65:22 73:2
**subscribed**  248:21
**subsections**  240:1
**subsequent**  245:13
**subset**  89:23 146:10 149:11 151:3 171:5 173:5 173:7,7,14 199:21
**substantively**  26:8
**substitute**  199:5 199:24
**subsumed**  243:12 244:2
**subsumes**  241:23 242:9,22
**suggest**  60:4
**suggestion**  126:21 126:24
**suite**  3:11 4:11 5:10 6:9

**support**  16:19 236:18
**supposed**  63:23 71:11 132:17
**sure**  15:12 21:5 24:9 28:7 30:21 31:21 38:17,25 53:15 72:4 88:24 101:1,7 123:21 124:24 157:14 159:16,24 167:9 171:24 175:14,20 182:25 184:3 189:16,21 197:6 197:18 204:10 205:19 210:2 213:13 214:5 217:3,15 221:21 229:14 233:7 239:16,21
**survey**  208:4
**surveys**  205:21 206:14
**suspend**  80:19
**suspended**  71:22 74:4,13,18 79:23
**swap**  200:5,6
**swears**  13:11
**switched**  169:10
**synthetic**  112:5 141:5,16 142:6 192:9
**system**  36:14 37:20 62:11 76:3 84:13 85:19 88:12 102:15 143:13 180:13
**systems**  24:19 25:15,23,24 39:4 59:12 75:24 84:7 84:18,21,22 85:3

112:1 131:17 137:19 138:14 210:23 211:2 236:18

**t**

**t**  6:6 8:8 9:1 10:1 11:1 12:1 22:16 22:17 120:1 195:7 195:8 251:3,3
**tab**  54:21,24,25,25 86:5 91:24 106:11 138:17 163:1 184:25 185:3 194:3
**table**  41:14 82:7 82:17,18,20,21,22 83:4,13,25 84:14 85:19 86:3,11 87:19,20,22 90:11 91:4 93:12 95:19 95:19,23 96:14,17 99:3,16,17 101:8 102:9,10,12,21 103:10,22,23 104:2,6,12,16,19 106:5 113:11 114:13,14,15,23 116:17 141:1,4,4 141:15,15,16 142:13 158:19 165:8 198:16 201:7,14
**tables**  9:19 68:9 71:11 85:17 86:23 90:14,16 91:4 92:22 93:5,25 94:10 97:11,13,24 98:7,9,12,14 102:24 140:10,11 144:18 190:16 238:8

**tagged**  49:25
**take**  16:20 21:13 32:18,20,21 46:22 63:10,12 70:24 77:13 78:16 90:21 96:20 104:23 127:25 144:20 148:11 153:25,25 155:17 157:7 179:10 194:10 203:7 234:11 243:3,16
**taken**  2:16 18:25 32:2,25 33:11 74:20 75:3 77:19 79:12,25 81:8,10 81:18,24 115:1 127:4 144:24 157:16 172:22 194:15 213:15 248:5
**talk**  68:15 73:15 108:12 132:2,12 145:13,16 146:4 146:25 151:10,11 152:2 155:8 189:11 207:19 208:10,13,17,23 210:7,21
**talked**  165:6 170:9 229:7
**talking**  19:3 24:7 26:12 34:11 67:9 73:19 74:14 113:14 122:25 124:22,24 149:6 149:12 159:18 169:24 195:12,17 200:10,20,24 224:9

Veritext Legal Solutions
866 299-5127

[talks - tie]

**talks** 143:5 150:3
208:3
**tao** 59:11 82:19,24
102:16 104:17
201:4,11,15,15
202:9
**task** 57:8 143:13
143:13
**taxonomy** 172:8
**tbds** 204:11
**team** 17:5,7
**teams** 16:20 217:3
**tear** 200:18
**tech** 169:9
**technical** 24:18
26:21 34:7,22
38:2,7 39:3,5
50:14 54:13 75:24
80:17 111:2,7,7,14
116:20 117:1
145:22 146:17
148:13 149:15
151:23 152:5
153:3 202:5
210:18 232:12
**technically** 40:17
40:18 53:14,20
62:4,12,16 70:20
75:25 96:16
109:24 110:6
120:13 198:17
201:25 237:6,8,11
**teenager** 18:15
**telecommunicati...**
18:16
**tell** 21:11 51:6
55:12 75:4 99:2
105:10 108:16
128:1 164:9
165:19 181:23
186:2 221:15

**telling** 129:6 246:3
**tells** 60:3 99:4
159:1
**temporally** 53:24
**ten** 100:3 240:1
**tent** 168:11
**term** 34:6,6 50:14
137:7 138:8
162:22 169:2,6
174:15 175:4
232:12,18,25
240:15 241:20,22
241:24 243:2,7
244:5
**terminal** 209:8
**terminate** 184:17
**terminates** 177:7
**terms** 21:24
168:12 199:6
217:1 240:20
**testified** 15:3
28:10 112:11,21
136:9 226:20
240:15
**testify** 17:20 108:5
108:6 111:11
122:9 129:15,19
130:8 134:19
136:17 146:13
147:13 148:21
150:1 152:4
153:13 155:6
207:13 208:6
243:19 244:16
245:6
**testifying** 17:14
19:25 130:2 224:5
248:8
**testimony** 14:16
19:13 46:22 51:13
61:20 67:19 76:11

76:14,18 79:9
81:21 89:17 90:8
98:17,24 99:13
103:7 107:7,15,24
108:23 109:9,25
111:19 112:10
113:3 114:8 125:1
127:19 130:17,25
132:18,21 133:23
134:15 136:3
144:4 147:24
160:16 243:15
245:8,11 247:4
248:12
**testing** 31:9
**text** 65:21
**thank** 15:20 17:12
21:14 23:11 37:22
38:24 63:19 68:11
76:10 77:14 78:7
89:3 104:22
143:24 163:14
188:12 201:17
202:23 213:6,8
238:12,16 240:22
242:17,19 243:25
**thanks** 21:9 77:17
**theirs** 57:23 58:7
**theoretical** 182:8
**thing** 36:1,3 56:21
78:3 91:22 167:10
**things** 38:20 41:1
70:19 100:24
110:5,23 120:19
137:16 149:4
162:23,24 169:17
169:25 170:20
173:9 180:13
182:14 197:25
216:9 221:25
229:6 231:6

237:22
**think** 33:14 40:21
42:3,25 46:8
54:21 56:19 57:2
64:4 72:11 77:7
84:20 91:15,21
92:8,20 106:1
114:6 118:9,10
128:5 137:13
149:11 153:1
154:13 156:2,3
157:6 162:9
168:19 169:22,24
174:6 181:23
192:11 200:2
205:6 208:23
213:2,3 222:10
230:6 231:15
237:12 240:13
**thinking** 117:9
158:25 159:8
**third** 4:10 19:7
27:3 72:18 99:25
107:2 128:5 131:4
132:9,15 133:2,7,8
134:4 167:24
168:4 176:14,16
176:19 177:6,8,15
178:1 184:11,18
191:14 193:11
209:4,16 216:21
216:23 227:13,20
227:24,25 228:5
**thought** 157:2,5
**three** 15:22 18:25
26:4 45:25 83:8
106:16 233:3,5
239:25 240:2
**thursday** 65:8
**tie** 35:2 37:5 40:19
106:6 116:18

Veritext Legal Solutions
866 299-5127

**[tie - turning]**

138:3 162:25
202:14
**tied**  38:9 68:4
116:17 120:22
231:2,5
**time**  13:6 14:4
16:2,11 23:1 24:2
24:7,14 26:11,14
27:2,2,6 28:16
30:23 33:8 44:24
54:14 60:24 63:5
63:7 65:23 67:2
67:14 68:2 69:11
71:11 74:3,9,11,21
80:1 95:12 97:16
97:22 101:9
113:10 114:17,22
116:4 118:3 131:8
131:12,16,17,17
138:11 153:23,23
153:25 154:1,1
155:16,21 159:8
159:15 187:25
196:16 197:5
199:4 204:9
210:13 214:23
215:16 233:15
238:16 241:8
246:7 248:6
249:10,18,24
250:7
**timeline**  31:20
44:9
**times**  105:20
**timestamp**  159:7
**timing**  53:25
**title**  15:23,24,25
23:15,17,20,24
24:15 25:1 178:13
229:16

**titled**  139:9 179:17
195:7 214:21
**today**  13:17,23
15:9 17:13 21:24
22:7 30:11 47:6
112:22 147:25
163:22,24 178:11
188:24 211:10
215:4 218:7 219:6
219:10,17 221:15
223:1 236:7
**told**  21:5 81:7
**tool**  88:3,16,17
89:13,20 131:5
134:6 143:11
144:3,7,14 165:7
165:15,16 166:2
187:10 188:11
234:16
**tools**  86:22 89:1,2
89:5,6,13 111:22
149:15 150:23
182:18 188:6
**top**  53:19 55:2
91:13 163:8
164:21 195:3
218:13 230:1,18
**topic**  17:21,23
38:18 39:9,11
108:19 122:11
134:23 135:2,15
145:2 147:14
148:15 149:12
150:3,4 152:13
153:13 154:22
155:22,23 160:16
189:7 213:4
238:15
**topics**  25:18
155:25

**total**  18:8 24:10,16
**totally**  100:9
**tour**  75:3
**tpid**  209:21 227:12
**tpm**  20:16
**trace**  196:25
**track**  68:24 69:6
69:14,25 70:6
78:18
**trackable**  79:1
**tracked**  199:22,23
**tracking**  147:22
180:13
**tracks**  127:14
**training**  116:23
210:23
**transactions**
100:23,23 228:5
**transcribed**
248:11
**transcript**  21:24
131:23 247:3
248:12,14,16
249:6,8,10,13,13
249:21 250:2,2
**transfer**  209:4
**transform**  234:14
235:8
**transformation**
234:10
**transformed**
141:22 233:23
234:4 235:15,19
235:25
**transforms**  234:9
**translation**  210:23
211:2
**transmit**  132:10
**treated**  146:24
147:4,5,8

**treats**  145:10
**trick**  68:12
**trigger**  196:5
**triggered**  71:10,12
74:21 80:1
**triggering**  143:16
**triggers**  71:6
**true**  45:9,14
101:23 102:1
181:5,6,20,22
182:1 247:5
248:12
**truly**  219:13
**trust**  161:20,20
214:11
**truth**  14:18,18,19
101:18 177:5
184:10
**try**  53:8 83:21
85:11 112:14
118:14 140:12,16
140:17 169:5
171:11 197:11
199:14,15 201:20
203:21
**trying**  37:12 39:25
61:19 68:12,13
79:21 104:21
125:6 143:3,25
156:11 165:21
168:16 182:17
199:17 202:2
205:24 221:20
242:21
**tuesday**  204:14
**turn**  42:15 52:4
72:7 106:11 117:7
157:25 161:10
189:17 190:9
**turning**  115:4
205:15 230:1

Page 42

[two - updated]

two  21:1 26:7
   36:18 43:10 45:21
   64:4,18 69:20
   83:8 101:12 110:4
   110:23 112:15
   116:18 143:10
   148:2 175:19
   179:21 194:8
   197:18 211:2,11
   228:12,16 230:16
   243:14
tying  37:6
type  171:19
   182:13 217:8,16
typed  32:8,9,11,11
   44:5 61:6 161:7
types  109:5 110:5
   110:23 116:11
   171:20 172:10
   190:22 216:5,8,12
   216:13 217:2
   218:5,6
typo  230:6

**u**

ud  52:12
udb  58:25 59:5,9
   82:7 85:20 102:8
udd  45:22
uddb  58:22
uddp  26:18 44:17
   45:22 52:14 72:1
   72:2 105:23
udtf  143:20
ugc  61:4,12,24
   67:4 160:22 161:2
   217:16 232:4
   233:6,10
ugly  199:14
uh  118:20
ui  143:16

uid  36:1,2 83:4
   85:21 99:9,10
   100:1 108:7
   137:25 139:24
   141:17,17,19
   142:13 158:19
   169:14 170:18
   174:22,25 175:21
   176:1 179:23,24
   180:3 183:2,7,23
   184:4,9,19 196:23
   196:24 197:1,8,9
   197:12,15,21,21
   198:5,8,10,17
   199:6,19,21,23
   200:5,13 201:8,14
   201:20,22 202:2
   231:3
uids  74:6,15,25
   97:6,13,16,25
   98:13 141:15
   181:1 183:3 211:5
uii  10:13 12:12
   68:4 105:20,21,22
   106:21 117:9,16
   117:17,20,21,25
   118:23 119:15
   136:25 137:1
   138:2 139:25
   142:7 144:11,16
   144:17 159:22,24
   160:3,9,11 164:18
   165:9,24 167:1
   169:2,13 170:13
   173:7,7,10,14,20
   175:10,25 176:1,5
   176:8,9,11 191:22
   192:17 198:23
   200:7,7 202:15
   214:15,16,21
   215:13,15,17,23

216:1,2,8,11,22,24
   217:7,16 218:2,5
   221:12 231:11
   236:11,14 238:1
   240:21 241:24
   242:2
ulmer  5:7 13:24
unable  160:14
unclear  131:13
   199:3
underlying  82:22
underneath  180:2
underscore  93:13
   131:3
understand  17:13
   17:23 28:6,25
   30:6 39:9,10
   65:18 68:13 77:23
   80:16 81:17 85:8
   88:13 94:25 96:17
   123:22,23 131:14
   131:22 147:17
   148:17 156:20,22
   167:2 168:3
   169:13 194:19
   197:6 199:17
   210:18 215:5
   240:17 243:14
   244:18
understandable
   206:1
understanding
   18:2,3 27:23 29:9
   29:10,15,20 30:10
   33:21 34:4 48:22
   54:8,15 59:21
   65:12,20 66:2
   77:10 78:23 80:4
   80:7 81:23 82:14
   87:23 92:11 94:11
   108:2 112:24

138:13 159:10,17
   159:21 170:14,16
   172:6 180:24
   182:15,16 184:7
   188:16 214:19
   215:10,25 216:17
   217:19 219:24
   222:4 223:25
   224:16,23 225:24
   242:23
understood  17:11
   22:3 95:21 168:15
   175:14 187:19
   228:17 229:25
   245:3
unfortunately
   117:19 172:12
   174:3
unfriend  60:3
unhashed  212:9
unique  101:14
   109:1 120:6,8,8,9
   127:14 130:4
   176:21 180:19
   184:12,12 229:1,3
   230:10,13
uniquely  107:10
   216:14
united  1:1 2:1
   162:2
universe  177:5
unix  131:17
unlock  193:13
unreasonable
   240:6,14
unstructured
   37:15
update  63:2
updated  65:6
   143:15 227:10
   229:17

Veritext Legal Solutions
866 299-5127

**[updates - visibility]**

| | | | |
|---|---|---|---|
| **updates**  143:15 | 59:6,23 60:15 | 184:10,10,12,16 | **variety**  119:20 |
| 204:12 | 61:4,6,7,11,16,23 | 184:19 186:11 | 173:18 232:12 |
| **upload**  41:23 | 62:19 65:25 66:20 | 189:8 191:19 | **vc**  1:4 2:4 |
| 137:13,14,20 | 67:3 68:4,6,18 | 192:1,23 193:4 | **vendor**  211:6 |
| 161:20 | 70:24 72:22 74:21 | 196:15 198:24 | **verbal**  21:21 |
| **uploaded**  40:24 | 75:1,10 78:15,18 | 200:6 201:16 | **veritext**  13:10 |
| 41:3,7,8 49:17 | 80:1 83:3,15 84:1 | 202:5,5,10,13 | 249:7,9,11 |
| 75:19 137:21,23 | 84:6,8,16 87:4,10 | 207:1,7,15 216:11 | **version**  47:18 |
| 138:2 | 87:17 91:5 92:22 | 216:22 217:4,15 | 59:10 229:2 |
| **uploads**  138:10,12 | 95:10,12,22 97:4 | 222:11 228:3,15 | **versions**  25:7 |
| **url**  127:17,21 | 97:11 99:2,5,6,18 | 228:15 229:18 | 65:11 140:11 |
| 135:5 168:6,8 | 105:17,19 109:4 | 231:5 235:5,7 | **versus**  48:6 107:11 |
| **us.pwc.com.**  64:10 | 115:7,19,20 116:1 | 236:4,11,13,13,19 | 216:5 |
| **usable**  234:12,17 | 116:22 117:2,3,6 | 237:9,24 240:21 | **video**  1:14 2:19 |
| **use**  35:12,13 36:5 | 131:24 132:10,10 | **user's**  35:3 36:12 | 161:9 |
| 39:5 40:21,23 | 132:18 133:1,9,25 | **userid**  78:16 94:22 | **videoconference** |
| 75:2 84:10,14 | 133:25 134:10,12 | 95:9 | 1:14 2:19 3:2 4:2 |
| 86:21,23 88:16,25 | 134:20,21 137:2 | **users**  41:16 52:22 | 5:2 6:2 7:2 14:8 |
| 89:1,4 96:8 | 137:24 141:2,7,10 | 57:3 67:12 68:22 | **videographer**  7:19 |
| 105:17 119:7,11 | 142:1,3 143:21 | 69:14,25 73:5 | 13:5,10 32:23 |
| 131:6 137:11 | 145:5 147:19 | 82:6 91:6 93:12 | 33:1 77:17,20 |
| 165:25 169:6 | 150:4,11,12,15 | 93:15,20 95:20,20 | 78:1,6 127:2,5 |
| 175:4 176:16 | 151:1,2,9 152:10 | 101:19 102:25,25 | 144:22,25 157:14 |
| 177:19,20 178:2 | 152:11,23 154:22 | 134:1 145:9 | 157:17 172:20,23 |
| 209:20 235:9 | 154:25 158:14 | 147:23 150:22 | 194:13,16 213:9 |
| 241:20 243:6 | 159:1,5,12 160:25 | 153:11 161:19,19 | 213:13,19 239:17 |
| **user**  1:4 2:4 8:15 | 161:3,5,8,21 | 181:15 182:4 | 239:20 246:5 |
| 10:5 13:9 16:6 | 164:16 169:3,16 | 188:25 192:4 | **view**  181:13 |
| 18:1 34:12,13,25 | 170:12,17,19 | 193:9,23 | 216:18 |
| 35:1,4,10,11,13,20 | 171:5,18,20 173:5 | **users.php**  187:15 | **viewable**  196:7 |
| 35:20 36:15,17,22 | 173:6,8,8,20,21,22 | **uses**  25:22 119:9 | **violate**  181:15 |
| 37:2,3,4,6,8,10,16 | 173:23,23 174:1,2 | 145:8 148:21 | 182:3 |
| 37:17,21 38:21 | 174:4,8,10,10,12 | 201:16,19 232:18 | **violates**  96:8,9 |
| 39:6,12,19 40:7,10 | 174:14,14,16,23 | 241:24 | **violation**  97:19,20 |
| 40:19,24 43:20 | 174:24,25 175:7 | **usually**  173:8 | 198:20 |
| 45:22 47:3,4,14 | 175:11,17,18,21 | 185:18 | **violations**  164:23 |
| 48:9,13,18,18,22 | 175:21 176:4,8,10 | | 166:12,18,25 |
| 48:24,25,25 49:2,5 | 176:12,17,18 | **v** | 167:5,23 168:5,14 |
| 49:10,13 50:3,9 | 177:6,9,14,15,17 | **v**  54:4 187:5 | 168:19 |
| 51:2 52:12 57:10 | 177:17 180:18 | **validate**  188:8 | **visibility**  115:14 |
| 57:21,24 58:9,14 | 183:4,5,7,24 | **values**  169:15 | |
| | | 170:2,6,19 229:7 | |

Veritext Legal Solutions
866 299-5127

**[visit - weaver]**

| | | | |
|---|---|---|---|
| **visit** 120:9 147:23 | **warehouse** 36:14 | 33:9,10,20 35:22 | 125:7,11,15 126:1 |
| **volume** 1:17 8:3 | 36:16 37:7,9,10,14 | 37:1,22 38:17 | 126:4,12,17 127:7 |
| 100:22 249:5 | 54:6 59:14 62:15 | 39:24 40:15 42:1 | 127:16,25 128:19 |
| 251:2 | 67:10 68:2 76:3 | 42:13,20 43:9,18 | 129:5,11,14,21 |
| **vs** 216:22,22 | 85:3 136:25 | 43:22 45:15 46:16 | 132:9 133:10 |
| | 139:22 200:25 | 46:19,21,25 47:22 | 134:11,17 135:3,7 |
| **w** | 233:4,11,19,22,25 | 48:8 49:23 50:8 | 135:21,22 136:6 |
| **w** 4:8 7:7 22:15 | 235:24 236:1,8,19 | 51:2,8 52:1 53:22 | 136:20 138:16,21 |
| **wait** 65:13 122:17 | 236:24 237:2,16 | 54:20 55:6 56:11 | 138:24 139:2 |
| 155:24,24 224:6,6 | **washington** 1:23 | 56:18,24 58:8,13 | 140:16,19 144:19 |
| **waiting** 43:8,10 | 4:12 | 58:24 59:15,20 | 147:10,14 148:2 |
| 45:17 55:9 72:8 | **waste** 155:16 | 60:9 61:1,18 62:6 | 148:17 150:2,10 |
| 86:9 91:1 96:1,2 | **water** 77:15 | 62:20 63:10,18,20 | 150:12,15,19 |
| 163:7,15 | **way** 21:12 35:22 | 63:24 64:1,11 | 153:1,5,17 154:5 |
| **waived** 249:23,23 | 37:13 40:7,9 42:4 | 65:1 66:4,13,24 | 154:11,13,19,24 |
| **waiving** 249:20 | 42:8 44:4,4 51:8 | 67:18 68:11 69:12 | 155:15,20,25 |
| **walk** 152:16 192:9 | 62:19 68:6 93:3,7 | 69:22 70:9,12,21 | 156:5,22 157:9,19 |
| 224:20 | 98:19 106:18 | 71:6,17 72:4 | 158:6,9,10 159:16 |
| **walked** 236:7,10 | 109:3 110:14,17 | 73:19 74:10,24 | 160:1,12,18 |
| **walking** 42:2 | 110:21 114:25 | 76:8,11,21 77:4,13 | 162:16 163:1,6,10 |
| **walks** 195:16 | 120:14,16 146:24 | 77:22 78:4,8,9 | 163:25 164:6 |
| **wall** 51:11 60:17 | 147:4,5 153:17 | 79:3,8,18 80:8,23 | 167:2,19 170:15 |
| **want** 29:25 30:19 | 157:12 181:8 | 81:22 82:16 83:10 | 171:10 172:13,25 |
| 30:21 61:18 77:15 | 188:2,7 191:16 | 83:20 84:17 85:23 | 173:25 175:16 |
| 115:16 122:23 | 192:1 199:1,20 | 86:5,9,17,25 87:9 | 176:11 178:8,17 |
| 123:18,21 124:19 | 200:4 217:17 | 88:2,13 89:3,14,24 | 179:8 184:6,24 |
| 124:23 126:4 | 222:25 234:7,22 | 90:21,25 91:23 | 186:21 187:19 |
| 148:7 155:16 | 237:16 | 92:7,18 93:8,19 | 188:23 189:4 |
| 157:9 161:21 | **ways** 35:18 145:22 | 94:12,21 95:11,24 | 191:5,9,25 193:7 |
| 167:9 169:22,22 | 191:20 232:13 | 96:19,23 97:1,12 | 193:20 194:1,7,11 |
| 175:14,19 197:5 | 235:15 | 97:23 98:10,21 | 194:18,21 195:1,5 |
| 197:18 203:21,24 | **we've** 42:16 67:9 | 99:19 102:2,17 | 197:7 199:2 |
| 210:2 214:5 215:7 | 74:14 103:22 | 104:2,6,22 105:4,9 | 200:11,20 201:11 |
| 223:3 233:6 239:8 | 160:13 190:20,21 | 106:10,13 107:20 | 201:17,18 202:16 |
| 239:15,17,18 | 236:7 | 108:4,15 109:7 | 202:22 203:7,23 |
| 243:3 | **weaver** 3:6 8:5 | 112:9 113:16,22 | 204:21,25 205:8 |
| **wanted** 44:9 83:2 | 13:14,15 14:10 | 114:18 116:19 | 205:15 206:12 |
| 87:3,9 118:16 | 15:6,8 19:24 | 119:9,15,22 120:7 | 207:11,21 208:1 |
| 192:19 | 20:17 27:11 28:7 | 120:15 122:7,12 | 208:13,25 209:19 |
| **wanting** 138:9 | 29:23 30:6 31:14 | 122:18 123:5,9,15 | 210:22 211:1,11 |
| **wants** 151:18 | 31:25 32:2,15,18 | 124:2,16,19,25 | 212:3,14 213:2,11 |
| 239:13 | | | |

Veritext Legal Solutions
866 299-5127

[weaver - zoom]

213:21,24 214:8
214:10,12,18
218:3,14 219:7,16
220:14 221:9,23
222:9,17,20 223:7
223:12,18,22
224:4,12,21,22
226:1,9,10,18,23
226:25 227:3
233:16 234:3
235:18,25 236:16
237:10 238:12,21
239:12 241:16
249:1

**web**   1:14 2:19 3:2
4:2 5:2 6:2 7:2
119:3,6 129:25
164:19 170:5
228:25

**websites**   147:23

**wednesday**   1:16
2:18 13:1 55:4

**week**   204:15

**weekend**   55:17
65:16

**weeks**   64:4 148:2

**welcome**   157:3

**whatsapp**   229:23

**whereof**   248:20

**wide**   102:21 103:9
216:4

**wiki**   9:9 10:4,9,13
10:19 11:4,16,20
12:12 47:10,18
55:22 57:1 64:19
64:21 65:3,10
97:3 101:6 105:16
117:15,20 139:8
139:10 158:4
164:23 168:8,10
168:12 179:17,19

195:6,7 214:20,21
215:14

**wiki's**   26:20

**wikis**   44:19

**windmills**   239:22

**window**   71:10,21
237:23

**wipe**   160:22

**wiped**   160:3

**wished**   201:20

**witness**   13:11
108:18 123:24
125:16 147:20
148:12 153:9,12
213:4 224:14,14
225:1 226:19,21
238:24 239:9
240:4,5 241:11,22
242:14 243:11,18
244:20,24 245:18
248:20 249:13,16
250:2,5 251:24

**witness's**   238:25

**wondering**   208:5

**word**   33:21 34:5
35:6 37:23 39:1,5
49:11 73:22 94:19
106:17 107:2
222:14,14

**words**   43:14,20
55:2 61:2,5
109:13 152:9,23
168:5 181:21
239:25

**work**   42:23 46:20
75:21,24 88:3,17
128:18 130:14
145:23 152:20
164:7 171:18
196:9 207:22
219:4,20 220:12

220:24 224:20
225:19 237:13

**worked**   15:21
16:11 18:16
210:12,13 220:1

**workers**   195:14

**working**   56:16
74:4,12 96:17
99:16 107:19
118:16 221:2
225:17

**workplace**   164:7

**works**   75:6 113:19
140:23 141:14
143:5 173:6
192:13 237:13

**worldwide**   73:3

**wrap**   246:1

**wright**   13:20

**write**   89:22 90:13

**writes**   171:17

**writing**   44:24 56:7
162:11 173:2
237:18

**written**   35:5 36:16
87:25 141:22
166:17 167:8
182:13 238:8,9,11

**wrong**   100:6,7

**wrote**   56:7 169:1

**www**   104:14

**x**

**x**   8:1,8 9:1 10:1
11:1 12:1 134:20
248:16 250:9

**xc**   131:24

**xfn**   189:23

**xs**   132:25 133:1,25
133:25 134:20,21

**xyz.com**   141:8

**y**

**yeah**   16:22 26:17
27:8 31:4 39:24
42:11 49:25 54:22
72:24 77:13 78:6
79:20 95:5 104:10
117:11 122:5
124:10,13 125:7
131:15 143:2
149:16 150:19
156:19 158:17
164:3 168:25
169:4 170:22
171:13,16,23
172:6,20 181:25
182:6 185:21
187:1 212:19
223:13 226:18
240:24 241:15

**year**   19:11 21:8

**years**   15:22 75:20

**yep**   140:18

**yiannis**   22:12
24:10,11

**yiannis's**   24:15

**yup**   31:16 55:19
66:24 97:23
148:17 158:21

**z**

**z**   22:15

**zarashaw**   22:14
26:5

**zero**   154:1

**zoom**   1:12

Veritext Legal Solutions
866 299-5127