# EXHIBIT 105

**Redacted Version of Document Sought to be Sealed**

**Full 30(b)(6) Deposition Transcript of Simon Cross,
dated May 9, 2022**

CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                      ---oOo---

4

5    IN RE: FACEBOOK, INC.,

     CONSUMER PRIVACY USER

6    PROFILE LITIGATION

     _____/

7                              MDL No. 2843

8                              Case No. 18-md-02843-VC-JSC

     This document relates to:

9

     ALL ACTIONS

10   _____/

11

12

13              ***CONFIDENTIAL***

14

15

16         REMOTE VIDEOTAPED DEPOSITION OF

17                  SIMON CROSS

18         30(B)(6) DESIGNEE, FACEBOOK, INC.

19         _____

20              MONDAY, MAY 9, 2022

21

22

23

24   REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

25   JOB NUMBER 5210141
```

Page 1

CONFIDENTIAL

```
 1                      --o0o--
 2          Remote videotaped deposition of SIMON CROSS, taken
 3      by the Plaintiffs, with the witness located in London,
 4      United Kingdom, commencing at 3:49 P.M. London Daylight
 5      Time, on MONDAY, MAY 9, 2022, before me, HOLLY THUMAN,
 6      CSR, RMR, CRR.
 7                      --o0o--
 8                      APPEARANCES
 9              (ALL APPEARANCES REMOTE)
10      FOR THE PLAINTIFFS:
11          KELLER ROHRBACK LLP
            1201 Third Avenue, Suite 3200
12          Seattle, Washington 98101
            By:   CARI LAUFENBERG, Attorney at Law
13                CLaufenberg@kellerrohrback.com
            By:   ADELE DANIEL, Attorney at Law
14                ADaniel@kellerrohrback.com
            By:   DEREK W. LOESER, Attorney at Law
15                DLoeser@kellerrohrback.com
            By:   EMMA WRIGHT
16                EWright@kellerrohrback.com
            By:   DAVID KO, Attorney at Law
17                DKo@kellerrohrback.com
18
            BLEICHMAR FONTI & AULD
19          555 12th Street, Suite 1600
            Oakland, California 94607
20          By:   LESLEY E. WEAVER, Attorney at Law
                  lweaver@bfalaw.com
21          By:   MATTHEW MELAMED, Attorney at Law
                  mmelamed@bfalaw.com
22
23
24
25                      (CONTINUED)
```

Page  2

```
 1                  APPEARANCES (Continued)
 2                (ALL APPEARANCES REMOTE)
 3
      FOR DEFENDANT FACEBOOK, INC.:
 4
           GIBSON, DUNN & CRUTCHER
 5         1801 California Street, Suite 4200
           Denver, Colorado 80220
 6         By:  ROBERT BLUME, Attorney at Law
                RBlume@gibsondunn.com
 7
           GIBSON, DUNN & CRUTCHER
 8         1881 Page Mill Road
           Palo Alto, California
 9         By:  PHUNTSO WANGDRA, Attorney at Law
                PWangdra@gibsondunn.com
10
           GIBSON DUNN & CRUTCHER LLP
11         2001 Ross Avenue, Suite 2100
           Dallas, Texas 75210-2911
12         By:  MATT BUONGIORNO, Attorney at Law
                MBuongiorno@gibsondunn.com
13         By:  HANNAH REGAN-SMITH, Attorney at Law
                HRegan-Smith@gibsondunn.com
14
           GIBSON DUNN & CRUTCHER LLP
15         811 Main Street, Suite 3000
           Houston, Texas 77002
16         By:  JOSIAH CLARKE, Attorney at Law
                JClarke@gibsondunn.com
17
      ALSO PRESENT:
18
           IAN CHEN, In-House Counsel, Meta Platforms
19
           ROSE RING, In-House Counsel, Meta Platforms
20
           JOHN MACDONELL, Videographer
21
           DANIEL GARRIE, Special Master
22
23
24
25
                                              Page  3
```

CONFIDENTIAL

```
 1                    I N D E X
 2              INDEX OF EXAMINATIONS
 3   EXAMINATION BY:                          PAGE
 4   MR. LOESER                                  6
 5                    --o0o--
 6         EXHIBITS MARKED FOR IDENTIFICATION
 7   NO.              DESCRIPTION              PAGE
 8   Exhibit 332   September 27, 2013, email chain,    75
                   Konstantinos Papamiltiadis to Allison
 9                 Hendrix and others
                   (FB-CA-MDL-00198455 through -457)
10
     Exhibit 333   December 9, 2013, message summary,    92
11                 David Poll to Eddie O'Neil, David
                   Poll (FB-CA-MDL-02140404 to -414)
12
     Exhibit 334   Presentation deck, Login v4 (+PS12n)   125
13                 - 1/24/2014 update
                   (FB-CA-MDL-01685319.ppt)
14
     Exhibit 335   Document provided at deposition,    153
15                 "Simon's in-depo notes"
16   Exhibit 336   October 31, 2013, email Simon Cross   173
                   to Zhen Fang (FB-CA-MDL-00200051)
17
     Exhibit 337   Changes made to v2 at f8**User    176
18                 Trust** (FB-CA-MDL-02145706 through
                   -711)
19
20         PREVIOUSLY MARKED EXHIBITS REFERENCED
21   NO.              DESCRIPTION              PAGE
22   Exhibit 330   Previously marked                18
     Exhibit 98    Previously marked               115
23
24                    --o0o--
25
```

Page 4

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | MONDAY, MAY 9, 2022                                          |          |
| 2  | 3:49 P.M.                                                    |          |
| 3  | --o0o--                                                      |          |
| 4  | PROCEEDINGS                                                  |          |
| 5  | --o0o--                                                      |          |
| 6  | THE VIDEO OPERATOR:  We're on the record.                   | 15:49:21 |
| 7  | It's 3:49 P.M. London time on May 9, 2022.  This is         | 15:49:22 |
| 8  | the deposition of Simon Cross, and we're here in            | 15:49:29 |
| 9  | the matter of Facebook Consumer Privacy User                | 15:49:32 |
| 10 | Profile Litigation.                                         | 15:49:35 |
| 11 | I'm John MacDonell, the videographer, with                  | 15:49:39 |
| 12 | Veritext.                                                    | 15:49:42 |
| 13 | Before the reporter swears the witness,                     | 15:49:43 |
| 14 | would Counsel please identify themselves, beginning         | 15:49:45 |
| 15 | with the noticing party, please.                            | 15:49:48 |
| 16 | MR. LOESER:  Good morning.  This is                         | 15:49:51 |
| 17 | Derek Loeser from Keller Rohrback for Plaintiffs.           | 15:49:52 |
| 18 | With me is Adele Daniel and Cari Laufenberg and             | 15:49:56 |
| 19 | Emma Wright, also from Keller Rohrback.                     | 15:50:00 |
| 20 | MR. BLUME:  This is Rob Blume from                          | 15:50:03 |
| 21 | Gibson Dunn on behalf of Facebook.  With me is             | 15:50:05 |
| 22 | Hannah Regan-Smith, Ian Chen, Josiah Clarke,               | 15:50:08 |
| 23 | Matt Buongiorno, and Phuntso Wangdra.                       | 15:50:17 |
| 24 | MS. WEAVER:  And good morning.  It's                        | 15:50:23 |
| 25 | Lesley Weaver from Bleichmar Fonti & Auld, also on         | 15:50:24 |

Page 5

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | behalf of the plaintiffs. | 15:50:30 |
| 2 | SPECIAL MASTER GARRIE:  This is Special | 15:50:31 |
| 3 | Master Garrie, here on behalf of the court. | 15:50:31 |
| 4 | --oOo-- | 15:50:52 |
| 5 | SIMON CROSS, | 15:50:52 |
| 6 | _____ | 15:50:52 |
| 7 | called as a witness, having been first duly | 15:50:52 |
| 8 | sworn, was examined and testified as follows: | 15:50:52 |
| 9 | ---oOo--- | 15:50:52 |
| 10 | EXAMINATION BY MR. LOESER | 15:50:52 |
| 11 | BY MR. LOESER: | 15:50:52 |
| 12 | Q.  Good morning, Mr. Cross.  We met before we | 15:50:56 |
| 13 | went on the record, but I'll introduce myself | 15:50:58 |
| 14 | again.  My name is Derek Loeser.  I'm from the firm | 15:51:00 |
| 15 | of Keller Rohrback for the plaintiffs in this | 15:51:03 |
| 16 | litigation, and with me is Cari Laufenberg, | 15:51:05 |
| 17 | Adele Daniel, Emma Wright, and Ms. Weaver from her | 15:51:07 |
| 18 | firm as well. | 15:51:12 |
| 19 | Have you had your deposition taken before? | 15:51:13 |
| 20 | A.  I -- I've been deposed previously, but I | 15:51:17 |
| 21 | don't think I've been deposed in this particular | 15:51:20 |
| 22 | case before. | 15:51:23 |
| 23 | Q.  Okay.  And how many times have you been | 15:51:24 |
| 24 | deposed previously? | 15:51:26 |
| 25 | A.  Twice. | 15:51:28 |

Page 6

| | | |
|---|---|---|
| 1 | Q.  And do you recall what those matters were | 15:51:30 |
| 2 | in which you were deposed? | 15:51:32 |
| 3 | A.  The first was some -- a matter relating to | 15:51:34 |
| 4 | '643, the '643 case, and then the second was a -- I | 15:51:38 |
| 5 | don't recall exactly, but it's the -- the | 15:51:45 |
| 6 | Washington District Attorney's -- Washington D.C., | 15:51:48 |
| 7 | I think, case against -- against Meta relating to | 15:51:52 |
| 8 | some of the matters -- | 15:51:56 |
| 9 | (Reporter requested clarification.) | 15:52:04 |
| 10 | THE WITNESS:  -- relating to the, I | 15:52:04 |
| 11 | recall, the Cambridge Analytica matter. | 15:52:05 |
| 12 | BY MR. LOESER: | 15:52:08 |
| 13 | Q.  And the '643 matter was against Facebook | 15:52:10 |
| 14 | as well.  Is that right? | 15:52:13 |
| 15 | A.  That's correct, yes. | 15:52:16 |
| 16 | Q.  Okay.  Well, you've been through this | 15:52:18 |
| 17 | before, so -- but I'll just remind you of the basic | 15:52:20 |
| 18 | rules, which are really designed to have a clear | 15:52:23 |
| 19 | record. | 15:52:26 |
| 20 | As the Special Master indicated, it's very | 15:52:26 |
| 21 | important that we're not talking at the same time | 15:52:28 |
| 22 | and that we let the court reporter take down what | 15:52:30 |
| 23 | we are saying. | 15:52:32 |
| 24 | If I ask a question and you don't | 15:52:33 |
| 25 | understand the question, could you please ask me to | 15:52:35 |

Page 7

| | | |
|---|---|---|
| 1 | restate it, and I'll attempt to do that. | 15:52:38 |
| 2 | And when you're answering questions, it's | 15:52:42 |
| 3 | important to answer verbally, so that would be a | 15:52:44 |
| 4 | good example.  Shaking your head doesn't make it | 15:52:47 |
| 5 | onto the record, but Yes/No does. | 15:52:50 |
| 6 | So could we make sure that you answer | 15:52:52 |
| 7 | verbally? | 15:52:54 |
| 8 | A.  I understand. | 15:52:55 |
| 9 | Q.  And if you do answer one of my questions, | 15:52:56 |
| 10 | I will assume you understood the question. | 15:52:59 |
| 11 | Is that a fair assumption? | 15:53:01 |
| 12 | A.  That's fine, yes. | 15:53:04 |
| 13 | Q.  And over the course of the day, your | 15:53:06 |
| 14 | attorney may object to questions that I ask.  And | 15:53:10 |
| 15 | when he does so, unless he instructs you not to | 15:53:12 |
| 16 | answer the question, please wait for him to finish | 15:53:15 |
| 17 | objecting and then go ahead and answer the | 15:53:17 |
| 18 | question. | 15:53:19 |
| 19 | Do you understand that? | 15:53:20 |
| 20 | A.  I understand that, yes. | 15:53:21 |
| 21 | Q.  And we'll be going for a while, and if at | 15:53:23 |
| 22 | any point you need a break, please just ask for | 15:53:26 |
| 23 | one, and I will accommodate that the best I can. | 15:53:28 |
| 24 | The only caveat is if there is a question | 15:53:31 |
| 25 | that is pending, I will ask you to finish the | 15:53:35 |

Page 8

| | | |
|---|---|---|
| 1 | question before we take a break. | 15:53:37 |
| 2 | Is that understood? | 15:53:40 |
| 3 | A.  Yeah.  I understand. | 15:53:41 |
| 4 | Q.  And sometimes if we're -- if there's a | 15:53:42 |
| 5 | series of questions and I'm almost through the | 15:53:44 |
| 6 | series, I'll ask if it's okay if we just finish the | 15:53:46 |
| 7 | series before taking a break. | 15:53:49 |
| 8 | Does that sound fair to you? | 15:53:51 |
| 9 | A.  That sounds fair. | 15:53:53 |
| 10 | Q.  Okay.  And as the Special Master | 15:53:54 |
| 11 | indicated, he will be observing today, and so he | 15:53:55 |
| 12 | may come on camera at some point to discuss | 15:53:58 |
| 13 | matters. | 15:54:01 |
| 14 | And it's important there as well that we | 15:54:01 |
| 15 | make sure that he has the time and space to talk | 15:54:03 |
| 16 | and that the record is clear so that we're not | 15:54:06 |
| 17 | talking at the same time. | 15:54:08 |
| 18 | Is that fair? | 15:54:09 |
| 19 | A.  Yep.  That's fair. | 15:54:10 |
| 20 | Q.  Okay.  And, Mr. Cross, is there anything | 15:54:12 |
| 21 | that may impact your ability to testify honestly | 15:54:14 |
| 22 | and truthfully today? | 15:54:18 |
| 23 | A.  Not that I'm aware of. | 15:54:20 |
| 24 | Q.  Okay.  No medications or anything of that | 15:54:22 |
| 25 | sort that may interfere with your recall or ability | 15:54:24 |

Page 9

CONFIDENTIAL

```
 1    to testify?                                    15:54:29

 2         A.  No.  I'm not on any medication, no.   15:54:29

 3         Q.  And, Mr. Cross, you're located in London?  15:54:32

 4         A.  That's correct.                       15:54:36

 5         Q.  And is that where you -- and I gather you  15:54:37

 6    work for -- for Meta.  Right?                   15:54:40

 7         A.  That's correct, yeah.  I still work for  15:54:44

 8    Meta and live in London.                        15:54:46

 9         Q.  Okay.  And so how often do you come to the  15:54:52

10    United States as part of your work?             15:54:54

11         A.  In the last two years, not at all, sadly.  15:54:56

12    Before that, I used to come several times a year.  15:55:02

13         Q.  Okay.  And do you think that going forward  15:55:06

14    you'll be coming stateside more often?          15:55:08

15         A.  It's too early to say how much -- how much  15:55:13

16    international we'll be doing.  I doubt I'll be   15:55:15

17    doing it as much as we used to.                 15:55:18

18         Q.  And, sir, if there were a trial in this  15:55:20

19    case, would you be willing to fly across the ocean  15:55:22

20    to attend the trial?                            15:55:25

21         A.  I have to consult with my counsel on   15:55:29

22    whether or not that would be an appropriate thing  15:55:32

23    to do.                                          15:55:34

24         Q.  Okay.  And are you communicating -- and  15:55:35

25    this is -- you know, we're in this new world of  15:55:39
```

Page 10

| | | |
|---|---|---|
| 1 | remote depositions, so there are some things we | 15:55:41 |
| 2 | need to sort out for that as well. | 15:55:43 |
| 3 | You are not actively communicating with | 15:55:46 |
| 4 | anybody during the time that I'm asking you these | 15:55:47 |
| 5 | questions, are you? | 15:55:50 |
| 6 | A.  No.  I am not communicating with anyone. | 15:55:51 |
| 7 | Q.  Okay.  No texting or messaging or anything | 15:55:54 |
| 8 | of that sort happening? | 15:55:57 |
| 9 | A.  No.  My phone is screen side down on the | 15:55:59 |
| 10 | desk, and I've cleared my computer. | 15:56:02 |
| 11 | Q.  Excellent.  Thank you. | 15:56:07 |
| 12 | And, Mr. Cross, did you prepare any notes | 15:56:09 |
| 13 | or other materials to assist you with your | 15:56:12 |
| 14 | testimony today? | 15:56:14 |
| 15 | A.  I have a document that I prepared that | 15:56:17 |
| 16 | includes some facts to help me answer -- I think | 15:56:20 |
| 17 | that might come up to help me answer your | 15:56:25 |
| 18 | questions, but that's all I've prepared. | 15:56:27 |
| 19 | Q.  And do you have that with you today, sir? | 15:56:31 |
| 20 | A.  I do, yes. | 15:56:33 |
| 21 | Q.  And do you intend to refer to that during | 15:56:35 |
| 22 | your testimony today? | 15:56:39 |
| 23 | A.  If -- if you ask me a question and I can't | 15:56:42 |
| 24 | remember a fact -- a specific fact I may have noted | 15:56:44 |
| 25 | down, then I was planning to refer to that, yes, as | 15:56:50 |

Page 11

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to best answer your questions. | 15:56:54 |
| 2 | MR. LOESER:  Thank you. | 15:56:57 |
| 3 | And, Counsel, Mr. Blume, we would like a | 15:56:57 |
| 4 | copy of those notes.  And we don't need to go off | 15:57:00 |
| 5 | the record right now to get them, but we would like | 15:57:03 |
| 6 | them as soon as you can get them to us during the | 15:57:06 |
| 7 | deposition, not after. | 15:57:08 |
| 8 | Could you accommodate that request, | 15:57:10 |
| 9 | please? | 15:57:13 |
| 10 | MR. BLUME:  Noted. | 15:57:14 |
| 11 | BY MR. LOESER: | 15:57:19 |
| 12 | Q.  And since your counsel noted that request | 15:57:19 |
| 13 | but did not actually tell me he was going to do it, | 15:57:21 |
| 14 | this is something I'll bring up again in a little | 15:57:24 |
| 15 | bit just to make sure we actually get those notes | 15:57:27 |
| 16 | during the deposition today.  Okay? | 15:57:30 |
| 17 | And, Mr. Cross, you indicated that you | 15:57:33 |
| 18 | currently work for Meta.  Is that right? | 15:57:35 |
| 19 | A.  That's correct.  I work for Meta -- the | 15:57:41 |
| 20 | U.K. arm of Meta.  Meta Platforms, Inc., has a U.K. | 15:57:44 |
| 21 | arm. | 15:57:50 |
| 22 | Q.  Okay.  And over the course of the day, | 15:57:51 |
| 23 | I'll be referring to Facebook frequently.  And when | 15:57:53 |
| 24 | I refer to Facebook and ask you a question about | 15:57:55 |
| 25 | Facebook, will you be drawing any distinction | 15:57:58 |

Page 12

| | | |
|---|---|---|
| 1 | between Meta and Facebook when you answer? | 15:58:00 |
| 2 | A.  Whether or not I need to do so may depend | 15:58:09 |
| 3 | on the context of the question.  So I can ask for | 15:58:11 |
| 4 | clarification if needed. | 15:58:16 |
| 5 | Q.  Okay.  That would be helpful.  I | 15:58:18 |
| 6 | appreciate that. | 15:58:20 |
| 7 | Mr. Cross, how long have you been employed | 15:58:21 |
| 8 | at -- and I'm going to say Facebook, and I mean | 15:58:23 |
| 9 | both Facebook and Meta. | 15:58:27 |
| 10 | A.  I joined the company in September 2010. | 15:58:30 |
| 11 | Q.  And I'm not going to take the time during | 15:58:38 |
| 12 | today's deposition to go through your LinkedIn | 15:58:40 |
| 13 | résumé in detail, but I would ask you to describe | 15:58:44 |
| 14 | the major responsibilities that you've had over | 15:58:47 |
| 15 | your time at Facebook and Meta. | 15:58:49 |
| 16 | A.  Sure.  The first part of my career was | 15:58:54 |
| 17 | working on the Platform Partnerships team, first as | 15:58:59 |
| 18 | a partner engineer, then as a -- for a short time | 15:59:04 |
| 19 | as a developer advocate, and then for a short time | 15:59:07 |
| 20 | as a strategic partnership manager. | 15:59:10 |
| 21 | In -- that was from September 2010 to | 15:59:12 |
| 22 | January 2014. | 15:59:18 |
| 23 | From January 2014 to the end of 2015, I | 15:59:21 |
| 24 | was a product manager on the Facebook Platform | 15:59:25 |
| 25 | team. | 15:59:28 |

Page 13

CONFIDENTIAL

```
 1              From 2016 to late 2018, I worked on the       15:59:31

 2     Workplace by Facebook -- now just Workplace -- team    15:59:33

 3     in London.                                             15:59:38

 4              From late 2018 to mid-2021, I worked on       15:59:41

 5     the Central Integrity team.                            15:59:47

 6              And since mid-2021, I've been working on a    15:59:52

 7     team called "Central Customer Support."                15:59:57

 8         Q.  Okay.  Thank you.                               16:00:01

 9              And what -- what is your degree?               16:00:03

10              Do you have a degree after high school?        16:00:07

11         A.  My education, I have a master's in              16:00:11

12     engineering from the University of Nottingham.          16:00:15

13         Q.  And was that --                                 16:00:18

14         A.  Specifically, it's in -- sorry.                 16:00:19

15         Q.  Sorry.  Go ahead.                               16:00:21

16         A.  Sorry, it's a master's in electronic            16:00:22

17     engineering from the University of Nottingham.          16:00:25

18         Q.  Thank you.  Mr. Cross, have you spoken to       16:00:30

19     anyone other than your attorneys about your            16:00:32

20     deposition today?                                      16:00:35

21         A.  I have.                                         16:00:39

22              I -- what kind of information are you          16:00:41

23     looking for there?                                     16:00:45

24         Q.  Sure.  I'll ask more specific questions.        16:00:47

25              Did you speak to colleagues of yours about     16:00:50
```

Page 14

|   |   |   |
|---|---|---|
| 1 | your testimony today? | 16:00:53 |
| 2 | A.  I spoke to some people currently employed | 16:00:55 |
| 3 | by Meta to understand their experiences relating to | 16:00:57 |
| 4 | this matter, yes. | 16:01:05 |
| 5 | Q.  And who did you speak with? | 16:01:07 |
| 6 | A.  I spoke with Eddie O'Neil, Ime Archibong, | 16:01:11 |
| 7 | Steven Elia, Dan Xu, Allison Hendrix, Eugene | 16:01:18 |
| 8 | Zarakhovsky, Francisco Varela, and Amit Sangani. | 16:01:25 |
| 9 | Q.  And were those conversations all of | 16:01:34 |
| 10 | different amounts of time? | 16:01:37 |
| 11 | Were there some people you spoke to more | 16:01:38 |
| 12 | than others? | 16:01:40 |
| 13 | Describe in a little more detail, if you | 16:01:41 |
| 14 | can. | 16:01:43 |
| 15 | A.  I spoke to each of those people once for | 16:01:45 |
| 16 | between 30 and 45 minutes each.  The conversation | 16:01:51 |
| 17 | between Dan and Steven was one conversation with | 16:01:57 |
| 18 | both of them on the call. | 16:02:01 |
| 19 | Q.  And were any attorneys present during any | 16:02:09 |
| 20 | of those conversations? | 16:02:11 |
| 21 | A.  Yes.  Attorneys for Facebook/Meta, were | 16:02:14 |
| 22 | present for all of those conversations, yes. | 16:02:18 |
| 23 | Q.  Okay.  And who were the attorneys that | 16:02:22 |
| 24 | were present, if you know their names? | 16:02:23 |
| 25 | A.  There were a number of people on the call, | 16:02:29 |

Page 15

| | | |
|---|---|---|
| 1 | so I probably can't give you everybody who was | 16:02:30 |
| 2 | there, but a combination of Rob -- Mr. Blume, | 16:02:34 |
| 3 | Ian Chen, and Matt -- I'm not sure I'm going to | 16:02:41 |
| 4 | pronounce this correctly -- Buongiorno. | 16:02:49 |
| 5 | Sorry, Matt, if you're listening.  I | 16:02:52 |
| 6 | apologize if I got that wrong. | 16:02:55 |
| 7 | Q.  Thank you.  Good enough to identify him. | 16:02:59 |
| 8 | And, sir, did you review any of the | 16:03:01 |
| 9 | pleadings or filings that have been made in this | 16:03:03 |
| 10 | case to prepare for your testimony today? | 16:03:06 |
| 11 | A.  I have, yes. | 16:03:09 |
| 12 | Q.  And do you recall what specifically you | 16:03:11 |
| 13 | reviewed? | 16:03:13 |
| 14 | A.  My attorneys sent over a -- a set of | 16:03:16 |
| 15 | documents for me to review in advance of this | 16:03:21 |
| 16 | testimony, and I also received a set of documents, | 16:03:25 |
| 17 | I think, from you folks; around 36 documents, I | 16:03:28 |
| 18 | think. | 16:03:34 |
| 19 | Q.  And were you sent a stack of documents | 16:03:34 |
| 20 | from your attorneys? | 16:03:36 |
| 21 | Were they assembled in a binder or | 16:03:38 |
| 22 | presented to you in some other manner like that? | 16:03:40 |
| 23 | A.  All of the documents I've reviewed to | 16:03:43 |
| 24 | prepare for today I've reviewed electronically. | 16:03:46 |
| 25 | Q.  Okay.  In a single folder? | 16:03:50 |

Page 16

| | | |
|---|---|---|
| 1 | Were they delivered in a single folder, or | 16:03:53 |
| 2 | was it a series of separate files? | 16:03:55 |
| 3 | A.  I received a link to a Google Drive folder | 16:03:58 |
| 4 | that contained a number of files. | 16:04:02 |
| 5 | Q.  Thank you. | 16:04:04 |
| 6 | MR. LOESER:  And, Counsel, as you know, | 16:04:08 |
| 7 | we've asked for Facebook to provide us with | 16:04:09 |
| 8 | identification of the materials given to the | 16:04:11 |
| 9 | witness to prepare for his testimony, and we would, | 16:04:13 |
| 10 | again, ask that you do that with respect to this | 16:04:15 |
| 11 | deposition. | 16:04:18 |
| 12 | (Reporter requested clarification.) | 16:04:18 |
| 13 | MR. BLUME:  I understood the request. | 16:04:25 |
| 14 | BY MR. LOESER: | 16:04:28 |
| 15 | Q.  And, Mr. Cross, you also indicated that | 16:04:29 |
| 16 | you reviewed some materials that you believe that | 16:04:31 |
| 17 | the plaintiffs sent over to you.  Is that correct? | 16:04:33 |
| 18 | A.  Yes.  That's my understanding.  There was | 16:04:37 |
| 19 | a set of documents that was sent over for me to | 16:04:41 |
| 20 | read in advance of today's testimony. | 16:04:46 |
| 21 | Q.  And did you review those documents? | 16:04:49 |
| 22 | A.  I did review those documents, yes. | 16:04:54 |
| 23 | Q.  And how long would you say you spent | 16:05:00 |
| 24 | reviewing the documents that were delivered to you | 16:05:03 |
| 25 | from the plaintiffs? | 16:05:05 |

Page 17

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.  On the order of eight to ten hours or so. | 16:05:12 |
| 2 | Q.  Good.  Thank you. | 16:05:20 |
| 3 | And were those all documents that you had | 16:05:21 |
| 4 | seen before, or were there some new things in there | 16:05:23 |
| 5 | for you? | 16:05:26 |
| 6 | A.  That list contained documents that I | 16:05:29 |
| 7 | hadn't seen before. | 16:05:30 |
| 8 | Q.  Including documents that were -- that were | 16:05:33 |
| 9 | produced by Facebook in this case. | 16:05:36 |
| 10 | Let me ask that slightly differently. | 16:05:40 |
| 11 | Including documents that were internal | 16:05:42 |
| 12 | correspondence and other materials that were | 16:05:43 |
| 13 | created by Facebook? | 16:05:45 |
| 14 | A.  That's my understanding, yes. | 16:05:48 |
| 15 | MR. LOESER:  So if we could mark -- | 16:05:55 |
| 16 | actually, we don't need to mark.  If we could show | 16:05:56 |
| 17 | Mr. Cross what has been previously marked | 16:06:00 |
| 18 | Exhibit 330, I believe. | 16:06:02 |
| 19 | (Previously marked Exhibit 330 was | 16:06:03 |
| 20 | presented to the witness.) | 16:06:03 |
| 21 | BY MR. LOESER: | 16:06:04 |
| 22 | Q.  This should come up on your screen. | 16:06:04 |
| 23 | Again, we're at the mercy of the great Internet | 16:06:07 |
| 24 | here, but you will see the deposition notice that's | 16:06:10 |
| 25 | been served in this case by the plaintiffs on | 16:06:13 |

Page 18

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Facebook. | 16:06:16 |
| 2 | Let me know when you can see that | 16:06:17 |
| 3 | document. | 16:06:19 |
| 4 | MR. BLUME:  I believe that's Exhibit 332. | 16:06:26 |
| 5 | MR. LOESER:  We have it as Exhibit 330. | 16:06:29 |
| 6 | Prior Exhibit 330, yeah.  This isn't a new exhibit, | 16:06:34 |
| 7 | Rob, sorry.  This is -- it was marked during | 16:06:38 |
| 8 | Ms. Hendrix's deposition.  I'll try and make | 16:06:40 |
| 9 | that -- | 16:06:43 |
| 10 | MR. BLUME:  On the screen that I'm looking | 16:06:44 |
| 11 | at, it says "332" on the exhibit sticker. | 16:06:45 |
| 12 | MR. LOESER:  Refresh your screen.  My | 16:06:52 |
| 13 | technology expert tells me that you need to refresh | 16:06:55 |
| 14 | your screen. | 16:06:58 |
| 15 | It should be corrected now. | 16:07:05 |
| 16 | MR. BLUME:  Yes, with thanks to your | 16:07:08 |
| 17 | technology expert.  Appreciate it. | 16:07:09 |
| 18 | BY MR. LOESER: | 16:07:12 |
| 19 | Q.  So, Mr. Cross, you're looking at what's | 16:07:12 |
| 20 | called "Plaintiff's Second Amended Notice of | 16:07:16 |
| 21 | Deposition of Defendant Facebook, Inc., Pursuant to | 16:07:18 |
| 22 | Federal Rule of Civil Procedure 30(b)(6)." | 16:07:20 |
| 23 | Have you seen this notice before? | 16:07:25 |
| 24 | A.  Yes. | 16:07:29 |
| 25 | Q.  And you understand that you have been | 16:07:31 |

Page 19

| | | |
|---|---|---|
| 1 | designated to testify as to certain topics in | 16:07:33 |
| 2 | response to this notice. | 16:07:36 |
| 3 | A.  That's my understanding, yes. | 16:07:40 |
| 4 | Q.  Okay.  And if you could turn -- attached | 16:07:42 |
| 5 | to the notice, there is an appendix.  And if you | 16:07:45 |
| 6 | turn all the way to page 13, or click through to | 16:07:48 |
| 7 | that page or whatever you would need to do on your | 16:07:51 |
| 8 | screen.  I'm turning to page 13, but ... | 16:07:54 |
| 9 | A.  I have page 13 in front of me. | 16:08:02 |
| 10 | Q.  Okay.  And on page 13, there are three | 16:08:04 |
| 11 | topics.  The bottom two, there's Topic 6 and | 16:08:07 |
| 12 | Topic 7. | 16:08:13 |
| 13 | Do you see that? | 16:08:14 |
| 14 | A.  I see that. | 16:08:14 |
| 15 | Q.  And is it your understanding that you have | 16:08:15 |
| 16 | been designated to testify on behalf of Facebook | 16:08:17 |
| 17 | with regard to Topics 6 and 7? | 16:08:23 |
| 18 | A.  That's correct. | 16:08:27 |
| 19 | Q.  Okay.  And as we get into these topics in | 16:08:28 |
| 20 | more detail, your counsel will probably want to | 16:08:31 |
| 21 | clarify the -- the particular matters within those | 16:08:34 |
| 22 | paragraphs that you are prepared to testify about, | 16:08:37 |
| 23 | but we can get to that later. | 16:08:40 |
| 24 | But for present purposes, what's important | 16:08:43 |
| 25 | is that these are the two topics that you | 16:08:46 |

Page 20

CONFIDENTIAL

```
 1    understand that you are here to testify about.        16:08:48

 2        A.  Those are the two topics I understand I'm      16:08:53

 3    here to testify about.                                 16:08:55

 4        Q.  And do you understand that by being            16:08:58

 5    designated to testify about these topics, you are      16:09:00

 6    authorized to speak for Meta/Facebook on the           16:09:04

 7    specified matters?                                     16:09:08

 8        A.  That's -- that's my understanding, yes.        16:09:11

 9        Q.  And you understand that your testimony,        16:09:14

10    which is under oath, is binding on Meta.               16:09:15

11        A.  That's my understanding, yes.                  16:09:20

12        Q.  Okay.  And I'm going to use Meta and           16:09:22

13    Facebook interchangeably here.  I mean the same        16:09:24

14    thing every time, and, like you said before, if       16:09:26

15    there's a distinction that needs to be drawn, you      16:09:29

16    are going to draw that for me.                         16:09:32

17        A.  I will ask for clarification where I think     16:09:33

18    one is needed if the entities need to be               16:09:36

19    distinguished, yes.                                    16:09:38

20        Q.  And, sir, do you understand that the time      16:09:40

21    period at issue in this litigation is 2007 to the      16:09:42

22    present?                                               16:09:46

23        A.  That's my understanding, yes.                  16:09:48

24        Q.  Okay.  So all of my questions will concern     16:09:50

25    that time period unless I specify something            16:09:53
```

Page 21

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | narrower. | 16:09:55 |
| 2 | Is that fair? | 16:09:56 |
| 3 | A.  That's fair. | 16:09:57 |
| 4 | Q.  So before we get into the specifics of | 16:10:06 |
| 5 | each of these topics, I think it would be important | 16:10:08 |
| 6 | to have a conversation about basic terminology to | 16:10:10 |
| 7 | make sure that when you testify, the record is | 16:10:13 |
| 8 | clear as to what you're saying. | 16:10:14 |
| 9 | Is that fair? | 16:10:16 |
| 10 | A.  I'm happy to make sure we can align on | 16:10:18 |
| 11 | terminology, yes. | 16:10:22 |
| 12 | Q.  Okay.  Some of it will seem very basic to | 16:10:23 |
| 13 | you, but trust me, it's important for the court and | 16:10:25 |
| 14 | for the record and, if there's a jury in this case, | 16:10:27 |
| 15 | for the jury to understand and hear from Facebook | 16:10:30 |
| 16 | what these terms mean. | 16:10:33 |
| 17 | So if you'll bear with me, I'll run | 16:10:34 |
| 18 | through some of these basic concepts. | 16:10:36 |
| 19 | To start, what is an "app"? | 16:10:39 |
| 20 | A.  An app is an entity in Facebook's systems | 16:10:43 |
| 21 | that has the ability to access information via the | 16:10:53 |
| 22 | Graph API. | 16:11:00 |
| 23 | There was a broader definition of "app" | 16:11:01 |
| 24 | that is pursuant to mobile applications and so on, | 16:11:05 |
| 25 | but an app in the Facebook ecosystem is a -- an | 16:11:08 |

Page 22

| | | |
|---|---|---|
| 1 | entity that -- that has an app ID and can access | 16:11:13 |
| 2 | the Graph API in some way. | 16:11:18 |
| 3 | Q.  And there are third-party apps and | 16:11:22 |
| 4 | Facebook apps.  Correct? | 16:11:24 |
| 5 | A.  Can you help me understand what you mean | 16:11:28 |
| 6 | by "third-party apps"? | 16:11:29 |
| 7 | Q.  Yeah.  I'm glad you asked. | 16:11:31 |
| 8 | So Facebook creates apps itself for the | 16:11:34 |
| 9 | platform.  Right? | 16:11:36 |
| 10 | A.  There are some apps that Facebook | 16:11:41 |
| 11 | engineers, Facebook, Inc., would have built that | 16:11:45 |
| 12 | may call the Platform APIs, yes. | 16:11:49 |
| 13 | Q.  And then there are -- I'll call them | 16:11:54 |
| 14 | "third parties," but entities not owned or | 16:11:57 |
| 15 | affiliated with Facebook that also create apps. | 16:11:59 |
| 16 | A.  The Facebook Platform allowed developers | 16:12:04 |
| 17 | to create -- third parties to create applications | 16:12:07 |
| 18 | on the Facebook Platform, yes. | 16:12:10 |
| 19 | Q.  Okay.  And so over the course of our | 16:12:12 |
| 20 | conversation today, when I refer to "third-party | 16:12:14 |
| 21 | apps," that is what I will be referring to. | 16:12:16 |
| 22 | Is that fair? | 16:12:19 |
| 23 | A.  So to be clear, you're referring to a | 16:12:20 |
| 24 | third party that, in this context, is an | 16:12:23 |
| 25 | application developed by an entity other than | 16:12:28 |

Page 23

```
 1    Facebook, Inc., or Meta Platforms?              16:12:31

 2         Q.  Yes.  Thank you.  That's a good        16:12:36

 3    clarification.                                  16:12:38

 4            And you used some other terms in your   16:12:39

 5    answer, and I guess we may as well define those as  16:12:42

 6    well.                                           16:12:46

 7            What is the "Facebook Platform"?        16:12:46

 8         A.  The Facebook Platform is a collection of  16:12:50

 9    technologies that enable developers to build   16:12:57

10    applications that could interact with the Facebook  16:13:01

11    product, Facebook.com or the Facebook product as  16:13:08

12    a -- as a regular user would think of it.       16:13:14

13         Q.  And help me understand:  What is the   16:13:19

14    "Facebook product"?                             16:13:21

15         A.  So the Facebook product, by that, I'm  16:13:25

16    referring to, you know, the website Facebook.com  16:13:28

17    and the Facebook iOS and Android apps, for example,  16:13:32

18    and the experience you have when using the      16:13:39

19    Facebook.com website or the Facebook mobile apps on  16:13:43

20    iOS and Android.                                16:13:48

21         Q.  Thank you for that.                    16:13:52

22            And, sir, what is the "Facebook         16:13:54

23    Social Graph"?                                  16:13:55

24         A.  My understanding is that the Social Graph  16:13:57

25    would be a term used to explain the relationships  16:13:59
```

Page 24

| | | |
|---|---|---|
| 1 | between users of the Facebook product; who is | 16:14:06 |
| 2 | friends with who. | 16:14:11 |
| 3 | Q.  Okay.  And we'll have some more specific | 16:14:13 |
| 4 | questions about how that functions later. | 16:14:16 |
| 5 | What is an "API"? | 16:14:18 |
| 6 | A.  An API, which stands for application | 16:14:24 |
| 7 | programming interface, is a way for -- a technical | 16:14:27 |
| 8 | means by which information can be exchanged between | 16:14:34 |
| 9 | entities. | 16:14:37 |
| 10 | Q.  And are you familiar with the term | 16:14:42 |
| 11 | "high-signal APIs"? | 16:14:44 |
| 12 | A.  I'm not familiar with that term. | 16:14:47 |
| 13 | Q.  Are some APIs considered more sensitive in | 16:14:51 |
| 14 | terms of the information they provide than others? | 16:14:53 |
| 15 | A.  Can you help me understand in which | 16:14:58 |
| 16 | context you are referring to?  My answer with APIs | 16:15:00 |
| 17 | was a general concept. | 16:15:03 |
| 18 | Q.  Sure.  In the context of an app obtaining | 16:15:06 |
| 19 | information about Facebook users through APIs, are | 16:15:10 |
| 20 | there some APIs that are considered more sensitive | 16:15:13 |
| 21 | than others in terms of the information that's | 16:15:17 |
| 22 | being gathered? | 16:15:22 |
| 23 | A.  So I would -- yeah, I think it's fair to | 16:15:27 |
| 24 | say that there are some APIs which are considered | 16:15:31 |
| 25 | more sensitive than others, yes. | 16:15:37 |

Page 25

| | | |
|---|---|---|
| 1 | Q.  And why is that?  What is the type of | 16:15:41 |
| 2 | information that would be considered more sensitive | 16:15:43 |
| 3 | in that context? | 16:15:46 |
| 4 | A.  So it depends on the definition of | 16:15:48 |
| 5 | "sensitive." | 16:15:52 |
| 6 | Can you help me understand what you mean | 16:15:52 |
| 7 | by "sensitive"? | 16:15:54 |
| 8 | Q.  Yes.  I mean about the Facebook user data | 16:15:55 |
| 9 | and information that is accessed via an API. | 16:15:57 |
| 10 | Are there some APIs that have the ability | 16:16:01 |
| 11 | to access what Facebook has considered more | 16:16:03 |
| 12 | sensitive information about its users? | 16:16:07 |
| 13 | A.  So good example of a -- of an API that I | 16:16:11 |
| 14 | think is -- would be considered sensitive is an API | 16:16:15 |
| 15 | ███████████████████████████████ ████████ |  |
|  | ███████████████████████████ ████████ |  |
|  | ████████████████████ ████████ |  |
|  | █████████████████████████ ████████ |  |
|  | ██████████████████████████ ████████ |  |
|  | ███████████████████████████████ ████████ |  |
|  | ████████ ████████ |  |
| 22 | Q.  Okay.  And help me understand why that | 16:16:46 |
| 23 | would be considered sensitive. | 16:16:50 |
| 24 | Would that be considered highly sensitive | 16:16:52 |
| 25 | in the Facebook terminology? | 16:16:55 |

Page 26

CONFIDENTIAL

```
 1        A.  I'm not sure what you would be referring       16:16:58

 2   to with -- by "highly sensitive."  I'm not aware of     16:16:59

 3   a specific set of things that would be classed as       16:17:05

 4   "highly sensitive."                                     16:17:09

 5        Q.  Okay.  How about friends permissions           16:17:12

 6   and/or -- friend-related APIs?                          16:17:16

 7            Are you familiar with friend-related APIs?     16:17:19

 8        A.  Can you understand -- just represent --        16:17:23

 9   just for clarification, can you help me understand      16:17:26

10   what you mean by "friend-related APIs"?                 16:17:28

11        Q.  Sure.  And we'll get into this more -- in      16:17:30

12   more detail later as well.                              16:17:33

13            But APIs that provide access to the            16:17:35

14   information about a Facebook user's friends, are        16:17:36

15   those referred to by Facebook as "friends              16:17:39

16   permissions" or "friends APIs"?                         16:17:42

17        A.  There was a set of permissions that            16:17:46

18   were -- were referred to as the friend permissions,     16:17:48

19   yes.                                                    16:17:52

20        Q.  And did Facebook consider those                16:17:54

21   permissions to be sensitive?                            16:17:56

22        A.  I think -- I'm not sure -- I'm not sure if     16:18:01

23   there's a way to specifically answer that.  Those       16:18:08

24   were a set of permissions that were available at        16:18:14

25   one time on the Platform and are no longer              16:18:16
```

Page 27

| | | |
|---|---|---|
| 1 | generally available. | 16:18:21 |
| 2 | Q.  And, again, from the perspective of | 16:18:24 |
| 3 | Facebook, did Facebook discuss those permissions in | 16:18:26 |
| 4 | terms of them being sensitive or highly sensitive? | 16:18:31 |
| 5 | A.  They were certainly discussed in the | 16:18:39 |
| 6 | context of being a set of permissions worth | 16:18:41 |
| 7 | discussing. | 16:18:47 |
| 8 | They may have been discussed at times as | 16:18:48 |
| 9 | sensitive.  I'm not sure about whether or not they | 16:18:51 |
| 10 | were discussed as highly sensitive.  There's no | 16:18:53 |
| 11 | official designation for those permissions that was | 16:18:55 |
| 12 | consistent across the company. | 16:19:00 |
| 13 | Q.  And we're about to move on to some other | 16:19:03 |
| 14 | topics, but can you give me an example of a | 16:19:06 |
| 15 | permission that Facebook did refer to as "highly | 16:19:09 |
| 16 | sensitive"? | 16:19:11 |
| 17 | A.  I can't give you an example here today of | 16:19:14 |
| 18 | a permission or a -- do you -- from reviewing the | 16:19:16 |
| 19 | documents I've reviewed, I don't recall a set of | 16:19:21 |
| 20 | APIs or permissions that would have been | 16:19:24 |
| 21 | considered -- referred to as "highly sensitive." | 16:19:26 |
| 22 | It's possible that they were referred to | 16:19:29 |
| 23 | using that term by some people, but I don't -- I | 16:19:31 |
| 24 | don't think there was an official designation in | 16:19:35 |
| 25 | any way. | 16:19:38 |

Page 28

```
 1            Sorry.  Official -- I'm not aware of an        16:19:41
 2    official designation of "highly sensitive."            16:19:44
 3         Q.  And if you were asked to prepare a list of    16:19:47
 4    everything that Facebook -- every API Facebook         16:19:50
 5    considered sensitive or highly sensitive, who at       16:19:54
 6    Facebook would you go talk to to get that              16:19:57
 7    information?                                            16:19:59
 8    ███  ██████████████████████████    ████████
      █  ██████████████████████████████  ████████
      █  ████████████████████████████    ████████
      █  ██████████████████████████████  ████████
      █  ███████████                      ████████
      █      █████████████████████████    ████████
      █  ████████████████████████          ████████
15         Q.  And do you know -- do you recall who those    16:20:36
16    people -- who was in charge of that project?           16:20:38
17         A.  I think Konstantine -- Konstantinos -- I      16:20:41
18    really can't pronounce his last name.                  16:20:47
19            "KP" as he is otherwise known --               16:20:50
20    Konstantinos Papamiltiadis -- I don't even want to     16:20:52
21    try -- was leading that project, as I understand       16:20:55
22    it.                                                     16:20:57
23         Q.  Okay.  And there are some documents that      16:20:57
24    have his name, and I can't begin to pronounce that     16:20:59
25    either, so we'll just refer to him as "KP" for the     16:21:02
```

Page 29

```
 1     benefit of the court reporter.              16:21:05

 2           Understood?                           16:21:07

 3        A.  That's good.  That's good with me.   16:21:08

 4        Q.  So there was a few other terms that you  16:21:10

 5     mentioned that I want to make sure we understand  16:21:12

 6     and I've used as well.                      16:21:14

 7           One is a "permission."               16:21:16

 8           In the context of an API, what is a  16:21:18

 9     "permission"?                               16:21:20

10        A.  In the context of -- can you help me  16:21:23

11     understand, "in the context of an API"?     16:21:26

12        Q.  Or APIs generally.                   16:21:32

13        A.  So my understanding would be that in the  16:21:35

14     context of an API generally, a permission would  16:21:38

15     refer to a way for users -- users of the API or  16:21:42

16     consumers or integration -- integrators of the API  16:21:48

17     to determine what information was available over  16:21:52

18     that interface.                             16:21:59

19        Q.  And speaking specifically about the -- the  16:22:03

20     entities that were accessing information on the  16:22:07

21     Facebook Platform, does "permission" refer to the  16:22:10

22     grant of access by Facebook to APIs?        16:22:13

23        A.  "Permissions" in the Facebook Platform  16:22:17

24     context refers to permissions that a user, a  16:22:22

25     Facebook user, would grant an application to which  16:22:27
```

Page 30

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | information the application would then have access | 16:22:34 |
| 2 | to after the user had given permission. | 16:22:36 |
| 3 | Q.  And that brings me to my next question, | 16:22:41 |
| 4 | which is capability. | 16:22:44 |
| 5 | In the context of APIs, what is the | 16:22:46 |
| 6 | definition of "capabilities" or a "capability"? | 16:22:49 |
| 7 | A.  Again, do you mean in the context of an | 16:22:54 |
| 8 | API generally, or -- | 16:22:56 |
| 9 | Q.  Yes. | 16:22:59 |
| 10 | A.  So in the context of an API generally, | 16:23:01 |
| 11 | "capability" doesn't have an industry-standard | 16:23:04 |
| 12 | meaning. | 16:23:07 |
| 13 | Q.  How does Facebook generally use that term? | 16:23:13 |
| 14 | A.  In the context -- in the context of the | 16:23:18 |
| 15 | Facebook Platform, "capability" refers to a set of | 16:23:21 |
| 16 | features that would be available to some apps on | 16:23:30 |
| 17 | the Facebook Platform, and that would have enabled | 16:23:37 |
| 18 | a range of functionality. | 16:23:41 |
| 19 | Q.  And specifically, when talking about APIs, | 16:23:44 |
| 20 | would a "capability" relate to the entity's ability | 16:23:47 |
| 21 | to have access to certain APIs on the Platform? | 16:23:54 |
| 22 | A.  Capabilities would -- would modify the -- | 16:24:00 |
| 23 | the behavior of the Facebook Platform in a number | 16:24:06 |
| 24 | of different ways. | 16:24:08 |
| 25 | Q.  And, again, I'm trying to understand how | 16:24:11 |

Page 31

| | | |
|---|---|---|
| 1 | the term is used in the context of Facebook's | 16:24:13 |
| 2 | discussions of what APIs a third party has access | 16:24:15 |
| 3 | to. | 16:24:19 |
| 4 | Does that help in any way to flesh out | 16:24:21 |
| 5 | what it means? | 16:24:25 |
| 6 | A.  So a capability -- my previous answer, I | 16:24:27 |
| 7 | think, is accurate in that a capability is a way | 16:24:30 |
| 8 | for the standard behavior of the Facebook Platform | 16:24:34 |
| 9 | to be modified in some way. | 16:24:37 |
| 10 | Q.  And I'm -- I apologize for struggling to | 16:24:42 |
| 11 | understand this, but -- so let's assume that an app | 16:24:44 |
| 12 | or a developer wants to have access to friend | 16:24:49 |
| 13 | data-related permissions.  Okay? | 16:24:53 |
| 14 | Can we start with that premise? | 16:24:59 |
| 15 | And I'll ask a question based on that | 16:25:03 |
| 16 | premise: | 16:25:05 |
| 17 | Is there a capability that would be | 16:25:06 |
| 18 | provided to that developer that would enable access | 16:25:07 |
| 19 | to those permissions -- or to those APIs? | 16:25:10 |
| 20 | A.  Can you help me understand what time frame | 16:25:15 |
| 21 | you're referring to? | 16:25:17 |
| 22 | Q.  Sure.  Any time between 2007 and the | 16:25:21 |
| 23 | present. | 16:25:24 |
| 24 | A.  So I think the answer depends on the time. | 16:25:28 |
| 25 | In -- you know, the early part of that time period, | 16:25:34 |

Page 32

```
 1        let's say 2012, access to the friend permissions       16:25:40

 2        was available to all applications on the Facebook      16:25:47

 3        Platform.                                              16:25:51

 4              Later on, the friend permissions were not       16:25:53

 5        available to every app on the Platform, and access     16:25:58

 6        to those would have required a modification to the     16:26:03

 7        standard API behavior.  And that would have been       16:26:06

 8        governed by capability.                                16:26:10

 9        Q.  Thank you.  You've helped me understand            16:26:12

10        any number of documents I have reviewed now.           16:26:14

11        That's helpful information.                            16:26:17

12              We can move on.                                  16:26:20

13              Do you understand what "read permission          16:26:22

14        APIs" are?                                             16:26:24

15        A.  So there's two different concepts that are         16:26:28

16        worth picking apart:  There's the concept of           16:26:31

17        permissions, and there's a concept of APIs, and        16:26:35

18        those are separate concepts.                           16:26:38

19              So I'm not sure how to answer the                16:26:44

20        question.                                              16:26:46

21        Q.  Let me break it down.  I've seen reference         16:26:47

22        to "read stream APIs," for example.                    16:26:50

23              Are you familiar with those?                     16:26:52

24        A.  I am familiar with the -- the concept of a         16:26:56

25        read stream API, yes.                                  16:26:59
```

Page 33

| | | |
|---|---|---|
| 1 | Q.  Okay.  What is that? | 16:27:02 |
| 2 | A.  In the context of the Facebook Platform? | 16:27:07 |
| 3 | Is that what you're asking about? | 16:27:09 |
| 4 | Q.  Yes. | 16:27:11 |
| 5 | A.  My understanding is that the read stream | 16:27:13 |
| 6 | API would allow an application to access a -- | 16:27:16 |
| 7 | the -- an authorized -- a user who -- let me start | 16:27:20 |
| 8 | again to make sure I'm framing this correctly for | 16:27:24 |
| 9 | you. | 16:27:26 |
| 10 | The read stream API would allow an | 16:27:28 |
| 11 | application to access a user's Newsfeed.  In order | 16:27:31 |
| 12 | to access that API, the user would have to give the | 16:27:35 |
| 13 | application permission to do so. | 16:27:41 |
| 14 | Q.  And what about Social Context APIs?  What | 16:27:45 |
| 15 | are those? | 16:27:50 |
| 16 | A.  My understanding is a Social Context API | 16:27:54 |
| 17 | refers to an API that helped applications | 16:27:57 |
| 18 | understand the relationships between two users of | 16:28:02 |
| 19 | the application. | 16:28:06 |
| 20 | Q.  Two users, or any number of users? | 16:28:10 |
| 21 | A.  My understanding is the Social Context API | 16:28:15 |
| 22 | referred to social context between two app-using | 16:28:17 |
| 23 | users. | 16:28:22 |
| 24 | Q.  And we'll get into this in more detail | 16:28:25 |
| 25 | later, but both with read stream and social context | 16:28:28 |

Page 34

| | | |
|---|---|---|
| 1 | APIs, the information that the app or developer | 16:28:31 |
| 2 | would access would include friend information for | 16:28:36 |
| 3 | the users that authorized the app or developer to | 16:28:38 |
| 4 | have access.  Right? | 16:28:43 |
| 5 | A.  Sorry.  Can you restate the question?  I | 16:28:44 |
| 6 | want to make sure I fully understand. | 16:28:46 |
| 7 | Q.  Sure.  You described what a read stream | 16:28:48 |
| 8 | permission was, and you described what a social | 16:28:50 |
| 9 | context API was. | 16:28:53 |
| 10 | Both of those APIs, if authorized by a | 16:28:55 |
| 11 | user, would provide access to friends information | 16:28:57 |
| 12 | of that user.  Right? | 16:28:59 |
| 13 | A.  The read stream API would grant access to | 16:29:04 |
| 14 | an app using a person's Newsfeed.  A Newsfeed on | 16:29:07 |
| 15 | Facebook typically contains content posted by that | 16:29:13 |
| 16 | user's friends. | 16:29:17 |
| 17 | Q.  Okay.  And how about the social context | 16:29:18 |
| 18 | API?  Would that do the same? | 16:29:19 |
| 19 | A.  I'd have to review the API documentation | 16:29:24 |
| 20 | for -- for the -- if there was a specific API | 16:29:26 |
| 21 | you're referring to, exactly how it behaved. | 16:29:31 |
| 22 | Q.  And that's a helpful qualification. | 16:29:36 |
| 23 | Is there a set of -- or a place where | 16:29:40 |
| 24 | documentation of APIs is stored so that if Facebook | 16:29:43 |
| 25 | wanted to understand the specific information that | 16:29:46 |

Page 35

| | | |
|---|---|---|
| 1 | that API made available, it could go to that set | 16:29:49 |
| 2 | and find the answer? | 16:29:52 |
| 3 | A. The Facebook developer website is | 16:29:56 |
| 4 | typically where API documentation is stored and | 16:29:58 |
| 5 | published. | 16:30:02 |
| 6 | Q. And that's true for any API that has ever | 16:30:04 |
| 7 | existed, or simply for the active APIs? | 16:30:08 |
| 8 | A. That -- the Facebook developer website is | 16:30:16 |
| 9 | typically for APIs that are available -- publicly | 16:30:18 |
| 10 | available. | 16:30:22 |
| 11 | And so not every API that's ever existed | 16:30:23 |
| 12 | would necessarily have a documentation -- would | 16:30:26 |
| 13 | have a document on the Facebook developer website. | 16:30:30 |
| 14 | Q. Okay. So where would one go to find | 16:30:33 |
| 15 | information on every API that ever existed? | 16:30:35 |
| 16 | A. The -- I'm not sure every API that ever | 16:30:42 |
| 17 | existed necessarily had a -- a document -- an | 16:30:46 |
| 18 | associated document written about it. | 16:30:51 |
| 19 | The source of truth for which APIs existed | 16:30:53 |
| 20 | and so on would have been the Facebook code base | 16:30:57 |
| 21 | itself. | 16:31:01 |
| 22 | Q. And how would one go about searching that | 16:31:03 |
| 23 | for information about a defunct API? | 16:31:06 |
| 24 | A. There are internal tools at Facebook that | 16:31:10 |
| 25 | allow user search for code which existed in the | 16:31:13 |

Page 36

```
1    Facebook code base.                             16:31:19

2         Q.  And what are those internal tools?     16:31:21

3         A.  I am not sure of the name of the internal   16:31:27

4    tools.  I'd have to get back to you on -- on the   16:31:31

5    specific name of the tool.                      16:31:35

6              MR. LOESER:  And, Counsel, if you could   16:31:39

7    get back to us with that information, I'd       16:31:40

8    appreciate it.                                  16:31:42

9              MR. BLUME:  Noted.                     16:31:47

10   BY MR. LOESER:                                  16:31:48

11        Q.  And, Mr. Cross, what is a "private API"?   16:31:50

12        A.  Can you help me understand the context in   16:31:58

13   which you're asking the question?               16:32:01

14        Q.  Sure.  In the context of email and other   16:32:03

15   materials reviewed -- that you reviewed to prepare   16:32:05

16   for this deposition, the term "private API" is   16:32:09

17   frequently used.                                16:32:14

18             Do you have an understanding of what is   16:32:15

19   meant by that at Facebook?                      16:32:17

20        A.  My understanding of the term "private API"   16:32:19

21   is that it would be an API that was not generally   16:32:22

22   available to most applications on the Facebook   16:32:27

23   Developer Platform.                             16:32:33

24        Q.  Okay.  So explain to me what the        16:32:36

25   difference is between a private API and a       16:32:38
```

Page 37

1    capability.                                      16:32:41

2         A.  So a "private API" would refer to a     16:32:42

3    specific API method, generally, that could be    16:32:47

4    accessed by developers.                          16:32:51

5         A "capability" is the means by which        16:32:53

6    access to that API is governed.                  16:32:56

7         Q.  We discussed how APIs function and how  16:33:07

8    APIs provide access to developers or other entities  16:33:09

9    about information about Facebook users.          16:33:16

10        Were there any other technical means by     16:33:21

11   which Facebook shared information about its users  16:33:24

12   with developers or other entities?               16:33:25

13        A.  The Graph API was the -- was a primary way  16:33:31

14   that information would be exchanged with third   16:33:36

15   parties.  It's possible at the company there were  16:33:40

16   other ways for people to exchange information with  16:33:44

17   third parties; email, for example.  But the      16:33:49

18   Graph API would have been one of the common ways to  16:33:55

19   programmatically exchange information.           16:33:58

20        Q.  And can you identify any other ways to   16:34:01

21   programmatically exchange information?           16:34:04

22        A.  I don't have the ability to -- to know  16:34:11

23   every form of information interchange ever used  16:34:15

24   by -- by the company, so I -- I don't feel I can  16:34:20

25   specify other -- any specific other systems.  The  16:34:26

Page 38

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Graph API would have been a common one. | 16:34:31 |
| 2 | There were other APIs in existence over | 16:34:34 |
| 3 | time.  Two examples would be the REST API and | 16:34:38 |
| 4 | something called FQL. | 16:34:45 |
| 5 | Q.  And explain, if you can, what those two | 16:34:49 |
| 6 | systems are. | 16:34:51 |
| 7 | A.  So the REST API was a -- a mechanism, a | 16:34:53 |
| 8 | form of API used by the Facebook Platform to | 16:34:59 |
| 9 | exchange information with third parties that | 16:35:03 |
| 10 | pre-existed the Graph API, and the two were in use | 16:35:05 |
| 11 | simultaneously for a period. | 16:35:12 |
| 12 | FQL -- | 16:35:14 |
| 13 | Q.  Let me pause you there.  Sorry to | 16:35:16 |
| 14 | interrupt, but what period did that exist, and when | 16:35:17 |
| 15 | was it overlapping? | 16:35:21 |
| 16 | A.  The REST API, my understanding, was the | 16:35:24 |
| 17 | original form of the Facebook Developer Platform. | 16:35:28 |
| 18 | So my understanding is that was launched in 2007. | 16:35:30 |
| 19 | And my understanding is the REST API was | 16:35:37 |
| 20 | deprecated in -- I'm not sure of the specific date, | 16:35:39 |
| 21 | but my understanding is around the time that | 16:35:43 |
| 22 | Graph API Version 1.1 or 1.2 was -- was announced. | 16:35:46 |
| 23 | But that -- we can follow up with a | 16:35:53 |
| 24 | specific because I want to make sure I don't give | 16:35:57 |
| 25 | you the wrong answer. | 16:36:00 |

Page 39

| | | |
|---|---|---|
| 1 | Q.  Sure.  And do you have a rough idea of | 16:36:01 |
| 2 | what year the Graph API came into being? | 16:36:03 |
| 3 | A.  The Graph API was launched in April 2010. | 16:36:07 |
| 4 | Q.  So we've touched on the Graph API | 16:36:17 |
| 5 | Version 1, and that's another important term.  I | 16:36:20 |
| 6 | want to make sure I understand that. | 16:36:23 |
| 7 | So Graph API version, was it 1.0 or 1.1? | 16:36:26 |
| 8 | What was the very first version of that | 16:36:31 |
| 9 | system? | 16:36:33 |
| 10 | A.  The Graph API was launched in April 2010. | 16:36:35 |
| 11 | At the time, it was just called the "Graph API." | 16:36:39 |
| 12 | Q.  Okay.  And I gather from your LinkedIn | 16:36:42 |
| 13 | résumé, you had something to do with the initial | 16:36:45 |
| 14 | development of the Graph API version zero, I guess, | 16:36:47 |
| 15 | whatever you call it.  Is that right? | 16:36:53 |
| 16 | A.  So the version of the API that was | 16:36:55 |
| 17 | originally launched in April 2010 is what later | 16:36:57 |
| 18 | became known as Version 1. | 16:37:00 |
| 19 | I was actually not involved in the | 16:37:03 |
| 20 | development of that.  It was launched in | 16:37:05 |
| 21 | April 2010.  I joined the company in | 16:37:07 |
| 22 | September 2010. | 16:37:11 |
| 23 | Q.  Okay.  So let's -- let me make sure I | 16:37:15 |
| 24 | understand the different versions. | 16:37:17 |
| 25 | It starts with Graph API, period, and then | 16:37:19 |

Page 40

```
 1      it evolved into what?                           16:37:22

 2           What were the different evolutions of      16:37:24

 3      that, of the Graph API?                         16:37:26

 4           A.  It was called just the "Graph API" from --  16:37:29

 5      from launch in April 2010.  That -- that, kind of,    16:37:32

 6      version later became known as "API Version 1" when   16:37:38

 7      a new version that was referred to as           16:37:43

 8      "API Version 2" was launched in April 2014.     16:37:45

 9           Q.  And in the evolution from Version 1 and    16:37:52

10      Version 2, were there specific reasons why Facebook   16:37:55

11      made changes?                                   16:37:59

12           A.  The Graph API, the original version of the   16:38:02

13      Graph API, evolved constantly over time as well.     16:38:06

14      So there were changes being made to the -- to the    16:38:10

15      Graph API from launch for a wide range of reasons.   16:38:14

16           Q.  Okay.  And, specifically, in the changes    16:38:20

17      from Version 1 to Version 2, what were the      16:38:22

18      reasons -- what were the major changes that were     16:38:24

19      made?                                           16:38:27

20           A.  It was a large number of changes launched   16:38:29

21      as part of API Version 2.                       16:38:33

22           How much -- how much depth would you like  16:38:37

23      me to go into?                                  16:38:39

24           Q.  Well, let me ask it this way:  What were    16:38:41

25      the problems that Facebook was trying to solve in    16:38:44
```

Page 41

1     the transition from Version 1 to Version 2?          16:38:47

2          A.   There was a -- also a whole -- also a      16:38:51

3     whole range of problems that -- that we were          16:38:53

4     attempting to solve.                                  16:38:56

5          Can you help me understand, like, what you       16:38:58

6     are looking for?                                      16:39:00

7          Q.   Well, let's start at the -- are you         16:39:01

8     familiar with the expression "the 30,000-foot         16:39:03

9     level"?                                               16:39:07

10         A.   I've heard of that term, yes.               16:39:08

11         Q.   Okay.  So let's think about it in terms of  16:39:10

12    at the 30,000-foot level if there were major issues   16:39:13

13    that Facebook was attempting to solve through that    16:39:17

14    transition, if any of those come to mind.             16:39:19

15         A.   I'll do my best to explain some.            16:39:23

16         One was that the original way that               16:39:27

17    breaking changes had been made in the Facebook        16:39:32

18    Developer Platform was in an app configuration.       16:39:34

19         So in your app, configuring your app             16:39:39

20    settings, that was a workable mechanism when the      16:39:42

21    Facebook Platform was primarily called by             16:39:48

22    server-side applications.                             16:39:52

23         In the early 2010s, the developer                16:39:55

24    ecosystem moved more and more to mobile               16:40:00

25    applications, which meant developers' code running    16:40:02

Page  42

```
 1    on devices, which meant that it was harder for them        16:40:08

 2    to centrally control changes to the API.                   16:40:12

 3          And so one of the big problems that                  16:40:15

 4    Facebook was trying to solve with the launch of            16:40:18

 5    API Version 2 was the introduction of versioning           16:40:21

 6    itself; to allow developers to specify the API             16:40:23

 7    behavior they wanted when calling the API.                 16:40:28

 8          Q.  Okay.  And can you think any of other            16:40:32

 9    major problems Facebook was attempting to resolve          16:40:34

10    with Graph API Version 2?                                  16:40:39

11          A.  Another thing that was being solved with         16:40:45

12    Version 2 is the limiting of the amount of data            16:40:48

13    that was available via the API.                            16:40:53

14          Q.  And why did Facebook want to do that?            16:40:58

15          A.  It was a range of reasons why Facebook was       16:41:02

16    attempting to alter the amount of information that         16:41:07

17    was available via the API.                                 16:41:10

18    ███████████████████████████████████   ██████████

      ██████████████████████████████████    ██████████

      ██████████████████████████████████    ██████████

      █████████████████████████████████     ██████████

      ██████████████████████████████        ██████████

      █████████████████████████████████     ██████████

24    that decision.                                             16:41:39

25          Q.  And when Facebook heard from users about         16:41:40
```

Page 43

| | | |
|---|---|---|
| 1 | their concerns, were those concerns with respect to | 16:41:43 |
| 2 | any particular types of user information that was | 16:41:48 |
| 3 | being made available to third parties? | 16:41:51 |
| 4 | A.  There was a -- a range of concerns.  One | 16:41:55 |
| 5 | of them was the ability for apps to access friends | 16:41:59 |
| 6 | information. | 16:42:04 |
| 7 | Q.  And was another reason to limit the amount | 16:42:07 |
| 8 | of user information made available to developers a | 16:42:10 |
| 9 | desire by Facebook to better profit from the data | 16:42:17 |
| 10 | it collected about users by giving away less to | 16:42:20 |
| 11 | developers for free? | 16:42:23 |
| 12 | A.  Can you repeat the question? | 16:42:28 |
| 13 | Sorry, I want to make sure I understand. | 16:42:29 |
| 14 | Q.  Sure.  It took me great mental acuity to | 16:42:31 |
| 15 | say it in the first place, so how about if I | 16:42:36 |
| 16 | just -- if we read it back and see, if you heard it | 16:42:38 |
| 17 | a second time, it makes better sense.  It might | 16:42:41 |
| 18 | just be a bad question, but let me look and see. | 16:42:44 |
| 19 | And I can read it. | 16:42:47 |
| 20 | Was another reason to limit the amount of | 16:42:48 |
| 21 | user information made available to developers a | 16:42:50 |
| 22 | desire by Facebook to better profit from the data | 16:42:53 |
| 23 | it collected about users by giving away less of | 16:42:55 |
| 24 | that information for free? | 16:42:59 |
| 25 | A.  Having spoken to people and read | 16:43:05 |

Page 44

| 1  | documents, that's -- that's not a concern that was, | 16:43:08 |
| 2  | as I understand it, front and center in the | 16:43:11 |
| 3  | decision-making. | 16:43:14 |
| 4  | Q.  Was that a concern that was discussed or | 16:43:15 |
| 5  | expressed at times, however? | 16:43:17 |
| 6  | A.  I have recalled seeing documents that | 16:43:23 |
| 7  | were -- there were a number of discussions about | 16:43:28 |
| 8  | how to balance the equities between users, | 16:43:32 |
| 9  | developers, and Facebook -- in this case, the | 16:43:36 |
| 10 | company Meta but also the application -- as to how | 16:43:39 |
| 11 | the Facebook Developer Platform was being used. | 16:43:43 |
| 12 | Q.  Thank you.  Do you know, when was the | 16:43:50 |
| 13 | first time or time period that Facebook heard | 16:43:53 |
| 14 | concerns expressed by users about the amount of | 16:43:58 |
| 15 | their information that was being made available to | 16:44:01 |
| 16 | third parties? | 16:44:04 |
| 17 | A.  I don't know -- I'm not able to sense | 16:44:09 |
| 18 | specifically when those concerns began to be heard. | 16:44:14 |
| 19 | I am aware that there was some -- some | 16:44:18 |
| 20 | research done, and there were some discussions | 16:44:20 |
| 21 | happening in -- in the 2012 and 2013 time period; | 16:44:23 |
| 22 | but exactly, you know, when this was -- was -- | 16:44:28 |
| 23 | began to be discussed is hard for me to say with | 16:44:36 |
| 24 | specificity. | 16:44:38 |
| 25 | Q.  And then Graph API Version 2 became | 16:44:39 |

Page 45

```
 1     operative when?                                 16:44:43

 2         A.  Graph API Version 2 was made broadly    16:44:48

 3     available on April the 30th, 2015 -- sorry,     16:44:53

 4     April the 30th, 2014.                           16:44:56

 5         Q.  Okay.  So during the time that Facebook 16:44:58

 6     users expressed some concern -- you think sometime 16:45:03

 7     starting in around 2012 -- and those concerns   16:45:06

 8     were -- or were those concerns addressed in     16:45:09

 9     Graph API Version 2?                            16:45:13

10         A.  API Version 2 contained a number of     16:45:20

11     changes designed to -- to satisfy some of those 16:45:22

12     concerns.                                       16:45:26

13         Q.  And those changes were implemented in -- 16:45:28

14     in 2015.                                        16:45:31

15         A.  The -- API Version 2, you know, was     16:45:36

16     launched in -- on April 30, 2014, and the previous 16:45:41

17     versions of the API began to be deprecated -- began 16:45:44

18     to be deprecated in -- on April 30, 2015.       16:45:47

19         Q.  I'm confident that all these questions  16:46:02

20     will make the more specific testimony a lot faster 16:46:05

21     because we have a basic understanding now of these 16:46:08

22     terms, so I appreciate your patience as we go    16:46:10

23     through.  I have a few more questions that are   16:46:13

24     general in nature like this before we get        16:46:15

25     specifically into the topics and subtopics of the 16:46:19
```

Page 46

| | | |
|---|---|---|
| 1 | notice. | 16:46:21 |
| 2 | You testified that Facebook provided | 16:46:22 |
| 3 | access to Facebook user information to what we've | 16:46:23 |
| 4 | called "third parties" through APIs.  Right? | 16:46:26 |
| 5 | A.  The Facebook Developer Platform allowed | 16:46:30 |
| 6 | third parties to build applications that accessed | 16:46:33 |
| 7 | data on Facebook users via the Graph API or via a | 16:46:38 |
| 8 | set of APIs. | 16:46:44 |
| 9 | Q.  And apps are one category of the third | 16:46:47 |
| 10 | parties that could access APIs on the Facebook | 16:46:50 |
| 11 | Platform? | 16:46:54 |
| 12 | A.  Sorry.  Can you -- this is one of the | 16:47:00 |
| 13 | things that -- to make sure we get right and | 16:47:01 |
| 14 | understand, can you specify -- just repeat the | 16:47:04 |
| 15 | question again? | 16:47:06 |
| 16 | And -- if you're referring to one of the | 16:47:07 |
| 17 | categories, could you help me understand what, in | 16:47:10 |
| 18 | your mind, is the other categories? | 16:47:12 |
| 19 | Q.  Sure.  I'm going to go through some | 16:47:14 |
| 20 | different categories.  I'm trying to understand the | 16:47:16 |
| 21 | different entities that were allowed to use the -- | 16:47:18 |
| 22 | the -- use APIs to access information. | 16:47:21 |
| 23 | And one of those -- and I'm calling them | 16:47:23 |
| 24 | "categories."  If you have different terminology, | 16:47:25 |
| 25 | please tell me what it is. | 16:47:27 |

Page 47

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | But one of the categories that could | 16:47:29 |
| 2 | access APIs was -- are referred to as "apps." | 16:47:30 |
| 3 | Right? | 16:47:34 |
| 4 | A.  So in the context of the Facebook | 16:47:36 |
| 5 | Developer Platform, to access any information via | 16:47:38 |
| 6 | the API had to be done through a Facebook app ID; | 16:47:43 |
| 7 | through a Facebook application with a specific | 16:47:47 |
| 8 | Facebook app ID. | 16:47:50 |
| 9 | Q.  Okay.  So that brings me to my next | 16:47:51 |
| 10 | question, which is partners. | 16:47:54 |
| 11 | Facebook has what it refers to as | 16:47:56 |
| 12 | "partners."  Correct? | 16:47:58 |
| 13 | A.  I've heard -- I've seen the term "partner" | 16:48:02 |
| 14 | used.  It refers to a wide range of relationships | 16:48:05 |
| 15 | between Facebook and its -- and various third | 16:48:08 |
| 16 | parties. | 16:48:13 |
| 17 | Q.  Okay.  And you were involved in the | 16:48:14 |
| 18 | partnerships group for four years or so at | 16:48:16 |
| 19 | Facebook? | 16:48:19 |
| 20 | A.  I was -- I was involved in the | 16:48:21 |
| 21 | partnerships organization from September 2010 until | 16:48:22 |
| 22 | around January 2014. | 16:48:25 |
| 23 | Q.  Okay.  And what did the term | 16:48:28 |
| 24 | "partnerships" mean in that context? | 16:48:30 |
| 25 | A.  In that context, "partnerships" refers to | 16:48:33 |

Page 48

```
 1    a range of relationships between Facebook and --        16:48:37

 2    and third parties, ranging from informal to more        16:48:41

 3    structured relationships governed by contracts.         16:48:48

 4        Q.  And with regard to those partnerships, was      16:48:51

 5    Facebook providing access to user information            16:48:55

 6    through APIs?                                            16:48:57

 7        A.  In the context of the Platform                  16:49:00

 8    Partnerships team, we typically -- the people on        16:49:02

 9    the Platform Partnerships team would typically be       16:49:05

10    working with third parties that were using the          16:49:09

11    Facebook Platform in some way.                          16:49:11

12        Q.  Okay.  And I think this is what I'm trying      16:49:13

13    to get at.                                              16:49:15

14            Are there entities that Facebook calls          16:49:16

15    "partners" that have access to Facebook user            16:49:17

16    information but do not have apps on the Platform?       16:49:21

17        A.  In this specific -- in this context, I --      16:49:27

18    I am not aware of -- of -- in this specific             16:49:34

19    context, when we're talking about platform              16:49:39

20    partnerships, it's typically referring to entities      16:49:41

21    that use the Facebook Developer Platform, which         16:49:44

22    would typically be done by -- through an app ID,        16:49:47

23    but there were other features of the Facebook           16:49:51

24    Developer Platform that did not require you to use      16:49:53

25    an app ID.                                              16:49:56
```

Page 49

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And, generally speaking, what were those | 16:49:57 |
| 2 | features? | 16:49:59 |
| 3 | A.  One common set of examples was the social | 16:50:02 |
| 4 | plug-ins, which a developer or an entity could | 16:50:04 |
| 5 | embed on their own website, that didn't access the | 16:50:09 |
| 6 | Facebook API -- sorry -- didn't access the | 16:50:13 |
| 7 | Graph API. | 16:50:19 |
| 8 | Q.  And how did those features provide access | 16:50:20 |
| 9 | to Facebook user information? | 16:50:24 |
| 10 | ███ ████████████████████ | ████ |
| 11 | ██ ██████████████████████████ | ████ |
| 12 | ██ ██████████████████████████ | ████ |
| 13 | ██ ██████████████ | ████ |
| 14 | ██ ████████████████████ | ████ |
| 15 | ██ ██████████████████████ | ████ |
| 16 | ██ ██████ | ████ |
| 17 | Q.  And would Facebook obtain that | 16:50:53 |
| 18 | information? | 16:50:54 |
| 19 | A.  To render a social plug-in, it would be | 16:50:57 |
| 20 | rendered by Facebook servers. | 16:50:59 |
| 21 | Q.  Okay.  So that was a mechanism by which | 16:51:02 |
| 22 | Facebook obtained information about Facebook users | 16:51:04 |
| 23 | while they were off-platform? | 16:51:07 |
| 24 | A.  The way the "Like" button worked was to | 16:51:12 |
| 25 | render -- if you visited a website that had the | 16:51:15 |

Page 50

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | "Like" button embedded on it, then the Like button | 16:51:17 |
| 2 | would render.  And in order to render it, Facebook | 16:51:21 |
| 3 | would receive a request from the user's web | 16:51:24 |
| 4 | browser. | 16:51:29 |
| 5 | Q.  Okay.  And that was not through an API; | 16:51:29 |
| 6 | that was through this other product. | 16:51:31 |
| 7 | A.  The social plug-ins are a different way of | 16:51:36 |
| 8 | Facebook integrating information into third-party | 16:51:40 |
| 9 | contexts that users could access. | 16:51:45 |
| 10 | Q.  And what is the time period that social | 16:51:49 |
| 11 | plug-ins have existed? | 16:51:52 |
| 12 | A.  My understanding is that social plug-ins | 16:51:55 |
| 13 | were launched alongside the Graph API in | 16:51:58 |
| 14 | April 2010. | 16:52:00 |
| 15 | Q.  And are they still active today? | 16:52:03 |
| 16 | A.  I think there are some social plug-ins | 16:52:06 |
| 17 | still active today, although I'm not certain, and | 16:52:09 |
| 18 | that's something we can follow up on. | 16:52:12 |
| 19 | Q.  And is there a tool that allows Facebook | 16:52:15 |
| 20 | to identify what social plug-ins exist and the time | 16:52:17 |
| 21 | period in which they've been active? | 16:52:21 |
| 22 | A.  The Facebook code base, similar to my | 16:52:25 |
| 23 | previous answer, would allow you to -- would allow | 16:52:29 |
| 24 | someone to understand which social plug-ins have | 16:52:31 |
| 25 | existed over what period of time. | 16:52:34 |

Page 51

CONFIDENTIAL

```
 1        Q.  Are you familiar with the term          16:52:39

 2   "integration partners"?                          16:52:40

 3        A.  I've heard the phrase "integration      16:52:43

 4   partners," yes.                                   16:52:46

 5        Q.  And what is an "integration partner"?    16:52:49

 6        A.  Again, can you help me understand in the 16:52:52

 7   context in which you're asking the question?      16:52:54

 8        Q.  Sure.  All of my questions are around    16:52:57

 9   trying to understand how Facebook shares          16:52:59

10   information with what I'm calling "third parties," 16:53:00

11   and my understanding is that integration partners 16:53:02

12   are an entity with which Facebook shares user     16:53:06

13   information.                                       16:53:08

14           So in that context.                       16:53:08

15        A.  My understanding of the term -- of       16:53:12

16   integration partners in that context is a set of  16:53:14

17   entities, third parties, that Facebook had a      16:53:19

18   relationship with to enable them to build         16:53:24

19   Facebook-like or -- Facebook-branded or           16:53:28

20   Facebook-like or feedback-branded experiences on  16:53:33

21   the third party's platforms and services.         16:53:37

22        Q.  And so Facebook user information was     16:53:42

23   provided to integration partners.  Right?         16:53:46

24        A.  Typically, the way that an integration   16:53:52

25   partner application works is that the application  16:53:54
```

Page 52

| | | |
|---|---|---|
| 1 | was offered to users on that platform. | 16:53:59 |
| 2 | Users would choose to use that application | 16:54:02 |
| 3 | and, as a result of the user choosing to use the | 16:54:05 |
| 4 | application, information about -- information would | 16:54:12 |
| 5 | be shared -- that the user had granted access to | 16:54:17 |
| 6 | would be shared with the third party in order for | 16:54:22 |
| 7 | them to provide the experience for a user. | 16:54:24 |
| 8 | Q.  And do integration partners have apps on | 16:54:28 |
| 9 | the Facebook Platform? | 16:54:31 |
| 10 | A.  The way that you would -- a developer | 16:54:34 |
| 11 | would interact with the Facebook APIs would be | 16:54:38 |
| 12 | through an app ID, which is what I'm referring to | 16:54:42 |
| 13 | as an "application" in this specific context. | 16:54:47 |
| 14 | Q.  Okay.  And, again, I'm just -- I want to | 16:54:50 |
| 15 | make sure I understand. | 16:54:53 |
| 16 | So in order to create that Facebook | 16:54:54 |
| 17 | experience on a phone, would the information | 16:54:56 |
| 18 | necessary to create that experience be communicated | 16:55:03 |
| 19 | to that phone company via the Graph API or through | 16:55:06 |
| 20 | some other mechanism? | 16:55:12 |
| 21 | A.  To build one of these integration partner | 16:55:16 |
| 22 | experiences, the information would be made | 16:55:19 |
| 23 | available through the Graph API; but, typically, | 16:55:22 |
| 24 | the information would be accessed from the device | 16:55:27 |
| 25 | itself that the user was using. | 16:55:32 |

Page 53

| | | |
|---|---|---|
| 1 | Q.  Okay.  So not through an app on the | 16:55:36 |
| 2 | Facebook Platform. | 16:55:38 |
| 3 | A.  This is where we need to make sure we're | 16:55:42 |
| 4 | using the specific terms. | 16:55:44 |
| 5 | The way you access the Facebook set of | 16:55:47 |
| 6 | APIs, the Facebook Platform, is through an entity | 16:55:49 |
| 7 | called a "Facebook app ID" or a "Facebook app," | 16:55:52 |
| 8 | which has an app ID.  That identifies -- that | 16:55:55 |
| 9 | allows the owner of the app to make calls against | 16:56:00 |
| 10 | the Facebook APIs. | 16:56:03 |
| 11 | So, in that context, that's very | 16:56:06 |
| 12 | specifically what I'm referring to as a "Facebook | 16:56:09 |
| 13 | app." | 16:56:10 |
| 14 | Q.  Okay.  And is there anything -- And, | 16:56:13 |
| 15 | again, this clarification is really helpful. | 16:56:16 |
| 16 | In thinking about how integration partners | 16:56:21 |
| 17 | get information about Facebook users, is there | 16:56:23 |
| 18 | anything different about that system than the way a | 16:56:26 |
| 19 | normal app developer gets information about users? | 16:56:28 |
| 20 | A.  On a technical level, the way that the | 16:56:34 |
| 21 | information is exchanged would have been done | 16:56:37 |
| 22 | through the Graph API, which is the standard way to | 16:56:39 |
| 23 | access -- that users would give their information | 16:56:44 |
| 24 | to apps and third parties. | 16:56:50 |
| 25 | So, at a technical level, the mechanism of | 16:56:55 |

Page 54

| | | |
|---|---|---|
| 1 | information interchange is the same, but an | 16:56:59 |
| 2 | integration partner would be -- would be billing, | 16:57:03 |
| 3 | typically, a different kind of experience than a | 16:57:06 |
| 4 | regular Facebook Platform developer. | 16:57:09 |
| 5 | Q.  And that experience was different because | 16:57:14 |
| 6 | one is on the Platform, the Facebook Platform, and | 16:57:17 |
| 7 | the other is on the integration partner's device? | 16:57:20 |
| 8 | A.  So this -- again, this is for me to get | 16:57:27 |
| 9 | very specific about. | 16:57:31 |
| 10 | In the context of the Facebook Platform, | 16:57:32 |
| 11 | there is a concept of a feedback app, which is the | 16:57:34 |
| 12 | entity that determines the -- how the information | 16:57:38 |
| 13 | is accessed, what permissions have been granted by | 16:57:42 |
| 14 | users, and so on. | 16:57:45 |
| 15 | What developers build are often also | 16:57:47 |
| 16 | called "apps," and, like, that's a -- that's a | 16:57:50 |
| 17 | different concept. | 16:57:56 |
| 18 | The application that a third-party | 16:57:58 |
| 19 | developer would build might run on their web | 16:58:01 |
| 20 | server.  It might run on their hardware.  It might | 16:58:05 |
| 21 | run on a user's physical device. | 16:58:08 |
| 22 | And so these are distinct concepts which | 16:58:12 |
| 23 | are important to -- to separate. | 16:58:15 |
| 24 | Q.  Does Facebook have a term for -- for users | 16:58:19 |
| 25 | that interact with integration partners, or are | 16:58:23 |

Page 55

CONFIDENTIAL

```
 1    they called "integration users," or is there some        16:58:27

 2    terminology that applies to that?                         16:58:30

 3         A.  I'm not aware of distinct terminology that       16:58:32

 4    would be different.  These are just users.                16:58:35

 5         Q.  And before, you mentioned that a user            16:58:42

 6    authorizes the integration partner to obtain             16:58:45

 7    information when the user interacts with that --         16:58:47

 8    let's call it -- again, let's call it a phone, a          16:58:52

 9    mobile phone.  Is that right?                             16:58:57

10         A.  When a -- a good -- I think the easiest          16:59:00

11    way to answer this question is with an example.           16:59:04

12         So one good example here would be a                  16:59:07

13    ███████████████████████████████████████        ██████████

14    platform.                                                 16:59:15

15         The user -- a user would typically have a            16:59:17

16    ███████████████████████████████████████        ██████████

17    There would be a Facebook-branded app available on        16:59:24

18    that device.  The user would choose to log in to          16:59:29

19    the application and, as a result of doing that,           16:59:32

20    ███████████████████████████████████████        ██████████

21    device the ability to access that information that        16:59:40

22    that user would have had access to on Facebook on         16:59:46

23    the app built onto the -- the Facebook-branded            16:59:49

24    ███████████████████████████████████████        ██████████

25    were using.                                               16:59:59
```

Page 56

CONFIDENTIAL

```
 1        Q.  Okay.  And in that example, the user        17:00:00

 2   authorizes access to the Facebook user's            17:00:03

 3   information.  Correct?                               17:00:06

 4        A.  When I -- if a user chooses to use the     17:00:09

 5   Facebook-branded application on a BlackBerry         17:00:14

 6   device, they are logging in on -- to that            17:00:17

 7   application; and, as a result, the application has   17:00:22

 8   access to some of the information that that user     17:00:24

 9   would be able to see on Facebook.                    17:00:26

10        Q.  And that information that that company      17:00:29

11   would have access to would include information       17:00:33

12   about the user's friends.  Right?                    17:00:36

13        A.  In the specific example I was just talking  17:00:40

14   about here, this would be a Facebook-branded         17:00:42

15   application; a Facebook-branded product running on   17:00:46

16   ████████████████████████████                ████████

     ████████████████████████████████            ████████

     ██████████████████████████████████████      ████████

     ████████████████████████████████████        ████████

     ████████████████████████████████            ████████

     ████████████                                ████████

22        Q.  And that would -- among other types of     17:01:08

23   information that would be made available in that     17:01:12

24   example, friends information would be made           17:01:14

25   available.  Right?                                   17:01:17
```

Page 57

CONFIDENTIAL

```
 1          A.  Typically, a user would expect when        17:01:18

 2     they're using a Facebook-branded experience to see   17:01:20

 3     information about their friends and what their        17:01:26

 4     friends had been doing.                               17:01:28

 5          Q.  And so the answer is yes?                    17:01:30

 6          A.  If I'm using a Facebook-branded             17:01:34

 7     application on a BlackBerry device, I would expect   17:01:37

 8     to see information about my friend, yes.              17:01:40

 9          Q.  And in that example, the friends are not    17:01:42

10     the ones who authorized BlackBerry to obtain that    17:01:45

11     information.  Right?                                  17:01:50

12          A.  The user is using a BlackBerry application  17:01:51

13     on the BlackBerry device, and the user has           17:01:54

14     authorized that application to access Facebook's     17:01:57

15     APIs in order to render a Facebook experience on     17:02:01

16     that device.                                          17:02:05

17          Q.  So the answer to my question is, correct,   17:02:06

18     the friends did not authorize BlackBerry's access    17:02:11

19     to their information?                                 17:02:14

20          A.  One of my friends may have also had a       17:02:16

21     BlackBerry device and may have logged in to the      17:02:19

22     Facebook-branded experience on that device.          17:02:22

23          Where I have -- I'm using Facebook -- the       17:02:27

24     Facebook-branded experience on my BlackBerry         17:02:31

25     device, then I am receiving -- I would be seeing     17:02:34
```

Page 58

| | | |
|---|---|---|
| 1 | data on my phone that was from my friends that may | 17:02:37 |
| 2 | not have been using BlackBerry. | 17:02:43 |
| 3 | Q.  So, again, to answer the question, when | 17:02:50 |
| 4 | BlackBerry obtained friend information, that friend | 17:02:52 |
| 5 | information would include the information of people | 17:02:56 |
| 6 | who did not themselves use the BlackBerry device. | 17:02:59 |
| 7 | A.  I'm trying to -- I'm trying to | 17:03:04 |
| 8 | understand -- | 17:03:05 |
| 9 | Q.  I -- like -- | 17:03:06 |
| 10 | A.  Sorry. | 17:03:08 |
| 11 | Q.  Sorry.  Go ahead.  I apologize for | 17:03:09 |
| 12 | interrupting. | 17:03:10 |
| 13 | A.  I -- I'm trying to work through the | 17:03:12 |
| 14 | specific example and explain the -- you know, how | 17:03:16 |
| 15 | these things, you know, worked from a user level | 17:03:18 |
| 16 | and a technical level. | 17:03:22 |
| 17 | In this case, you know, it's a -- it's a | 17:03:24 |
| 18 | set of code that happened to be written by | 17:03:27 |
| 19 | engineers at BlackBerry that ran on a user's | 17:03:31 |
| 20 | device, and it was that code that would have been | 17:03:36 |
| 21 | accessing -- typically, in that case -- accessing | 17:03:38 |
| 22 | the Facebook API. | 17:03:41 |
| 23 | Q.  Right.  As you said, as you explained in | 17:03:44 |
| 24 | more detail, when a user authorizes BlackBerry to | 17:03:46 |
| 25 | obtain the information, some of those user's | 17:03:49 |

Page 59

1    friends may also have authorized BlackBerry.          17:03:53

2         And in that situation, both of those            17:03:56

3    people had authorized BlackBerry to obtain their     17:03:58

4    information.   Right?                                 17:04:01

5         A.   It's possible that -- yes, I would have     17:04:03

6    had -- I might have used -- I never actually had a    17:04:07

7    ███████████████████████████████████      ███████

██   ████████████████████████████████      ███████

██      ████████████████████████████      ███████

██   █████████████████████████████   ██    ███████

██   ████████████████████████████████      ███████

██   ███████████████████████████           ███████

██   ██████████████████████████████████    ███████

██   ██████████████████████████████████    ███████

██   ████████████████████████              ███████

██   ████████████████████████              ███████

17   application on their BlackBerry device.              17:04:39

18         MR. LOESER:   Okay.   Thank you.                17:04:41

19         Mr. Blume, we have been going for a bit,        17:04:43

20   and we're about to transition into another area.     17:04:46

21         If now would be a time you would want to        17:04:49

22   take a break, that would be fine with me, or we can   17:04:51

23   keep rolling.                                         17:04:54

24         MR. BLUME:   Now would be great.   Thank you    17:04:55

25   very much.                                            17:04:57

                                              Page 60

| | | |
|---|---|---|
| 1 | THE VIDEO OPERATOR:  Okay.  And we're off | 17:04:58 |
| 2 | the record.  It's 5:04 P.M. | 17:04:59 |
| 3 | (Recess from 5:04 P.M. to 5:22 P.M.) | 17:21:36 |
| 4 | (Mr. Melamed joined the deposition.) | 17:22:59 |
| 5 | THE VIDEO OPERATOR:  We're back on the | 17:23:01 |
| 6 | record.  It's 5:22 P.M. | 17:23:01 |
| 7 | BY MR. LOESER: | 17:23:03 |
| 8 | Q.  I'm not sure whether to say good morning | 17:23:05 |
| 9 | or good afternoon, but still morning here and late | 17:23:07 |
| 10 | afternoon for you, so whichever. | 17:23:10 |
| 11 | Welcome back. | 17:23:12 |
| 12 | And a few other questions I realized | 17:23:15 |
| 13 | before we get into the notice itself, and I'm going | 17:23:17 |
| 14 | to ask you about a term I've seen in some Facebook | 17:23:21 |
| 15 | documents called "nonapp user-sharing." | 17:23:24 |
| 16 | Is that a term that you're familiar with? | 17:23:28 |
| 17 | A.  I'm not familiar with the term "nonapp | 17:23:33 |
| 18 | user-sharing" specifically, no. | 17:23:36 |
| 19 | Q.  Okay.  Let me try and dig in a bit and see | 17:23:39 |
| 20 | if we can figure it out. | 17:23:42 |
| 21 | In addition to user information and users' | 17:23:44 |
| 22 | friends' information, Facebook at times provided | 17:23:50 |
| 23 | third parties access to information from people who | 17:23:53 |
| 24 | are not friends with the user.  Is that correct? | 17:23:55 |
| 25 | A.  I think my -- sorry. | 17:24:03 |

Page 61

CONFIDENTIAL

```
 1              Repeat that again.  The specifics matter,    17:24:05
 2     yeah.                                                  17:24:07
 3         Q.  Yeah.  So let me give you an example, and     17:24:09
 4     you can -- and maybe what I said makes more sense.    17:24:12
 5              Are you familiar with the Events API?        17:24:16
 6         A.  I am familiar with the Events API.            17:24:21
 7         Q.  And what is the "Events API"?                 17:24:23
 8         A.  The Events API, as I understand it, refers    17:24:26
 9     to a set of APIs that would be used by a Facebook     17:24:29
10     Platform application to access the events that a      17:24:35
11     user of the application was attending or had been     17:24:40
12     invited to attend, for example, or had attended in   17:24:47
13     the past, and -- yeah.  I think that's -- that's a    17:24:52
14     high-level explanation.                               17:25:00
15
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1  ███████████████████████████████████  ████████

██  ██████████  ████████

██  ███  ████████████████████  ████████

4     that described as "providing access to nonapp-user        17:25:41

5     information"?                                              17:25:46

6         A.  I don't recall seeing it described as             17:25:53

7     that, but that -- that term seems like a reasonable       17:25:55

8     one to use in that context.                               17:26:02

9         Q.  Let's go back to Exhibit 330 and to               17:26:09

10    page 13, which was the -- and we're going to post          17:26:15

11    all the exhibits on the screen so if it's easier           17:26:21

12    for you to look that way, you can do that.                 17:26:23

13          And while we're getting there, I am going            17:26:38

14    to read Topic 6, which is one of the topics for            17:26:40

15    which you have been designated to testify.                 17:26:43

16          It is:                                               17:26:46

17          "The development of friend-sharing,                  17:26:46

18          including but not limited to:  its purpose           17:26:48

19          and identification of those involved in its          17:26:50

20          development; how the technology functioned;          17:26:52

21          the APIs and permissions associated with             17:26:55

22          friend-sharing; the communication of this            17:26:59

23          technology to users, including the drafting          17:27:01

24          of Facebook's Terms of Service, SRR, and Data        17:27:04

25          and Privacy Policies relating to                     17:27:09

Page 63

| | | |
|---|---|---|
| 1 | friend-sharing; and the revenue impact and | 17:27:11 |
| 2 | net profits for Facebook relating to | 17:27:15 |
| 3 | friend-sharing throughout the Class Period." | 17:27:16 |
| 4 | Did I read that correctly? | 17:27:19 |
| 5 | A.  You read that correctly. | 17:27:21 |
| 6 | Q.  And my understanding from communications | 17:27:23 |
| 7 | from your counsel is that you have not prepared or | 17:27:26 |
| 8 | been prepared to testify about the following | 17:27:30 |
| 9 | clause: | 17:27:34 |
| 10 | "...the communication of this technology | 17:27:35 |
| 11 | to users, including the drafting of | 17:27:36 |
| 12 | Facebook's Terms of Service, SRR, and Data | 17:27:39 |
| 13 | and Privacy Policies relating to | 17:27:43 |
| 14 | friend-sharing." | 17:27:44 |
| 15 | Is that correct? | 17:27:46 |
| 16 | A.  That's correct with my understanding, yes. | 17:27:47 |
| 17 | Q.  And, sir, over the course of your | 17:27:50 |
| 18 | employment at Facebook, have you developed personal | 17:27:51 |
| 19 | knowledge of the topic I just read? | 17:27:54 |
| 20 | A.  My personal knowledge would cover that to | 17:28:03 |
| 21 | some degree, yes. | 17:28:05 |
| 22 | Q.  Mr. Cross, tell me what you did to prepare | 17:28:07 |
| 23 | to testify regarding Topic 6. | 17:28:11 |
| 24 | A.  I spoke to a number of people inside the | 17:28:16 |
| 25 | company.  I reviewed the documents that have been | 17:28:18 |

Page 64

| | | |
|---|---|---|
| 1 | produced in this case, both some documents that my | 17:28:25 |
| 2 | legal team shared with me and the documents that | 17:28:30 |
| 3 | you have shared with me. | 17:28:34 |
| 4 | I also spent some time looking at the | 17:28:36 |
| 5 | Facebook developer website as it was in the past to | 17:28:39 |
| 6 | understand how -- how the platform originally | 17:28:45 |
| 7 | worked would refresh my memory. | 17:28:50 |
| 8 | Q.  And as to the statement you just made, | 17:28:54 |
| 9 | where did you go to find how the Developer Platform | 17:28:57 |
| 10 | existed in the past? | 17:29:02 |
| 11 | A.  I used the Wayback Machine, otherwise | 17:29:05 |
| 12 | known as archive.org, I think, is its address. | 17:29:12 |
| 13 | Q.  Okay.  So you didn't use any system or | 17:29:17 |
| 14 | tool within the Facebook structure. | 17:29:20 |
| 15 | A.  Not to access the previous versions of the | 17:29:24 |
| 16 | Facebook developer website, no. | 17:29:26 |
| 17 | Q.  And I asked you about whether you had | 17:29:30 |
| 18 | personal knowledge of the communication subtopic. | 17:29:32 |
| 19 | With regard to the remainder of the topics | 17:29:36 |
| 20 | covered by Topic 6, over the course of your | 17:29:38 |
| 21 | employment, did you develop personal knowledge of | 17:29:41 |
| 22 | those topics as well? | 17:29:43 |
| 23 | A.  Given my involvement in this product area, | 17:29:47 |
| 24 | I did develop personal knowledge of how these | 17:29:50 |
| 25 | things worked. | 17:29:54 |

Page 65

| | | |
|---|---|---|
| 1 | Q.  And is there any component of this notice | 17:29:56 |
| 2 | that is a topic that the sole source of your | 17:29:58 |
| 3 | knowledge is the preparation you did for this | 17:30:03 |
| 4 | deposition? | 17:30:06 |
| 5 | A.  Give me a second just to read the terms | 17:30:10 |
| 6 | again. | 17:30:15 |
| 7 | (Reviewing document.) | 17:30:19 |
| 8 | THE WITNESS:  And your question was the -- | 17:30:26 |
| 9 | the -- in preparing -- sorry. | 17:30:29 |
| 10 | Just repeat your question again. | 17:30:31 |
| 11 | Is it the sole thing is my personal | 17:30:33 |
| 12 | experience, or the sole thing is not my personal | 17:30:36 |
| 13 | experience? | 17:30:38 |
| 14 | BY MR. LOESER: | 17:30:39 |
| 15 | Q.  Not your personal experience. | 17:30:39 |
| 16 | I'm trying to find out if there's any | 17:30:40 |
| 17 | aspect of this that you only know about because of | 17:30:43 |
| 18 | the preparations that you did for this deposition | 17:30:45 |
| 19 | today. | 17:30:47 |
| 20 | A.  Of those, the -- the revenue impact and | 17:30:49 |
| 21 | net profits is an area that I was not closely | 17:30:51 |
| 22 | involved in at the time.  And so in trying to | 17:30:54 |
| 23 | answer your forthcoming questions on that topic, | 17:30:59 |
| 24 | I'll be primarily, if not exclusively, relying on | 17:31:04 |
| 25 | the preparation I've done and the documents I've | 17:31:07 |

Page 66

1    read.                                                    17:31:09

2         Q.  And for that particular issue, what            17:31:11

3    preparation did you do?                                 17:31:15

4         A.  I reviewed a set of documents that had         17:31:18

5    been produced in this -- in this case, and I asked      17:31:21

6    some of the people that I spoke to in preparation       17:31:25

7    what their recollection was around assessments of       17:31:30

8    revenue impact and net profits.                         17:31:34

9         Q.  And who were the people that you spoke to      17:31:38

10   on that topic?                                          17:31:41

11        A.  I would have spoken to Eddie O'Neil,           17:31:45

12   Ime Archibong, and -- I'm trying to remember who I      17:31:52

13   spoke to about what -- and I think Francisco            17:32:01

14   Varela.                                                 17:32:14

15        Q.  Mr. Cross, based on your preparation with      17:32:21

16   regard to Topic 6, do you believe you are               17:32:25

17   reasonably educated to testify on these matters,        17:32:28

18   with the one caveat of the communication piece?         17:32:31

19        A.  I've done my best to be prepared to            17:32:34

20   testify on these matters, yes.                          17:32:36

21        Q.  Okay.  So do you believe you are               17:32:37

22   reasonably educated to testify on these matters?        17:32:39

23        A.  I believe I'm reasonably educated to           17:32:43

24   testify on these matters.                               17:32:46

25        Q.  And do you agree that the notice concerns      17:32:47

Page 67

| | | |
|---|---|---|
| 1 | information that is known or reasonably available | 17:32:50 |
| 2 | to Facebook? | 17:32:53 |
| 3 | A.  That matches my understanding; yes, known | 17:32:56 |
| 4 | or reasonably available to Facebook. | 17:33:02 |
| 5 | Q.  So let's look more at Topic 6. | 17:33:05 |
| 6 | And this topic, obviously, concerns | 17:33:08 |
| 7 | friend-sharing.  Right? | 17:33:16 |
| 8 | A.  The topic concerns the development of | 17:33:19 |
| 9 | friend-sharing, as I understand it, yes. | 17:33:22 |
| 10 | Q.  And tell me:  What was the purpose of | 17:33:24 |
| 11 | friend-sharing for Facebook? | 17:33:26 |
| 12 | A.  To help me answer that, can you define for | 17:33:30 |
| 13 | me what you think you mean by the phrase | 17:33:32 |
| 14 | "friend-sharing"? | 17:33:34 |
| 15 | Q.  That is an excellent question, and so let | 17:33:35 |
| 16 | me ask you: | 17:33:38 |
| 17 | How does Facebook -- what does Facebook | 17:33:40 |
| 18 | mean by the term "friend-sharing"? | 17:33:42 |
| 19 | A.  In this context, my understanding of the | 17:33:47 |
| 20 | phrase "friend-sharing" is where a Facebook | 17:33:51 |
| 21 | application would be able to access some | 17:33:54 |
| 22 | information about an app user's friends that hadn't | 17:33:58 |
| 23 | necessarily explicitly used that application. | 17:34:04 |
| 24 | Q.  And can we expand the definition to also | 17:34:11 |
| 25 | cover the context in which private APIs are used to | 17:34:14 |

Page 68

| | | |
|---|---|---|
| 1 | give access to friend information, or would that be | 17:34:19 |
| 2 | covered by what you said? | 17:34:24 |
| 3 | A.  It's hard to answer that question given | 17:34:30 |
| 4 | the -- the definition of "private API" being a wide | 17:34:31 |
| 5 | range of things would be classified or classifiable | 17:34:37 |
| 6 | as private APIs; many not limited -- or not | 17:34:40 |
| 7 | involving friend-sharing in any way. | 17:34:46 |
| 8 | Q.  And I appreciate that, and so I'm asking | 17:34:48 |
| 9 | specifically about private APIs that provided | 17:34:51 |
| 10 | access to friend-sharing information. | 17:34:54 |
| 11 | I mean, I guess I should ask:  Private | 17:35:01 |
| 12 | APIs did, in fact, for some partners provide access | 17:35:03 |
| 13 | to friend information.  Right? | 17:35:06 |
| 14 | A.  There were some partners who had access to | 17:35:12 |
| 15 | information that users had authorized the | 17:35:18 |
| 16 | application to access that included friend | 17:35:23 |
| 17 | information. | 17:35:29 |
| 18 | Q.  Okay.  And so when I use the phrase | 17:35:30 |
| 19 | "friend-sharing" for purposes of this deposition, I | 17:35:33 |
| 20 | intend to mean any friend-sharing, when it was via | 17:35:35 |
| 21 | private APIs or otherwise via APIs on the Platform. | 17:35:40 |
| 22 | Is that fair? | 17:35:46 |
| 23 | A.  I think we should -- I'll try and call out | 17:35:49 |
| 24 | where that distinction is important because there's | 17:35:52 |
| 25 | a number of different ways in this -- that these | 17:35:56 |

Page 69

| | | |
|---|---|---|
| 1 | things worked. | 17:36:00 |
| 2 | I understand your -- your initial | 17:36:01 |
| 3 | understanding of -- I refer back to my definition | 17:36:04 |
| 4 | of "friend-sharing," and I will try and -- I will | 17:36:08 |
| 5 | try and call out where I see a distinction between | 17:36:12 |
| 6 | friend-sharing as it was available to regular, | 17:36:16 |
| 7 | nonwhitelisted developers and via private APIs. | 17:36:21 |
| 8 | Q.  I appreciate that.  And I have some | 17:36:28 |
| 9 | questions, too, that separate along those lines, so | 17:36:29 |
| 10 | I think that will work quite well. | 17:36:32 |
| 11 | And I asked you what the purpose of | 17:36:34 |
| 12 | "friend-sharing" was. | 17:36:35 |
| 13 | So with that definition of | 17:36:37 |
| 14 | "friend-sharing," can you describe what the purpose | 17:36:37 |
| 15 | was? | 17:36:39 |
| 16 | A.  Friend-sharing was an inherent part of the | 17:36:42 |
| 17 | Facebook Platform as it was built, starting in | 17:36:47 |
| 18 | 2007, to allow app developers to build engaging | 17:36:50 |
| 19 | social experiences. | 17:36:55 |
| 20 | In many cases, a user would be the first | 17:37:02 |
| 21 | person to -- they know to authorize an application, | 17:37:05 |
| 22 | and in order for that application to build an | 17:37:12 |
| 23 | engaging social experience, the application would | 17:37:14 |
| 24 | have access to a subset of the information that | 17:37:18 |
| 25 | that user could see on Facebook. | 17:37:23 |

Page 70

| | | |
|---|---|---|
| 1 | The original premise of the Facebook | 17:37:26 |
| 2 | Platform is the -- the app that a user was | 17:37:28 |
| 3 | authorizing would be able to see things that they | 17:37:34 |
| 4 | could also see on Facebook. | 17:37:39 |
| 5 | Q.  And who came up with the idea of | 17:37:43 |
| 6 | friend-sharing? | 17:37:45 |
| 7 | Is there a particular person? | 17:37:46 |
| 8 | A.  I don't know.  We -- I don't know the | 17:37:49 |
| 9 | specific name of the person who came up with | 17:37:54 |
| 10 | friend-sharing. | 17:37:56 |
| 11 | The ability to access information about | 17:37:57 |
| 12 | the friends of a person using an application was, | 17:38:04 |
| 13 | as I understand it, part of the Facebook Developer | 17:38:10 |
| 14 | Platform from its inception; and so the people | 17:38:12 |
| 15 | involved in developing the Facebook Platform would | 17:38:15 |
| 16 | have been the people determining how it operated. | 17:38:17 |
| 17 | Q.  And was Mark Zuckerberg involved in the | 17:38:23 |
| 18 | development of the platform? | 17:38:27 |
| 19 | A.  There were a number of people involved in | 17:38:31 |
| 20 | the development of the platform circa 2007, when it | 17:38:33 |
| 21 | was launched.  I imagine Mark was aware that this | 17:38:36 |
| 22 | platform was launching.  I don't know how much he | 17:38:41 |
| 23 | was involved in the development of the platform. | 17:38:45 |
| 24 | Q.  And do you know if Mark Zuckerberg had | 17:38:49 |
| 25 | anything to say one way or the other about whether | 17:38:55 |

Page 71

| | | |
|---|---|---|
| 1 | friend-sharing should be part of the platform at | 17:38:57 |
| 2 | its outset? | 17:38:59 |
| 3 | A.  I have not seen any documents or | 17:39:01 |
| 4 | communication that would indicate how the decisions | 17:39:04 |
| 5 | as to how the platform was designed were -- were | 17:39:11 |
| 6 | come to. | 17:39:14 |
| 7 | Q.  And would you agree that the | 17:39:17 |
| 8 | friend-sharing APIs provided a significant amount | 17:39:21 |
| 9 | of information about users to app developers? | 17:39:27 |
| 10 | A.  Can you help me understand what you mean | 17:39:33 |
| 11 | by the "friend-sharing APIs"? | 17:39:34 |
| 12 | That's not a term I'm familiar with. | 17:39:36 |
| 13 | Q.  Well, what is the term you use to describe | 17:39:38 |
| 14 | the different APIs that provided for access to | 17:39:40 |
| 15 | friend information? | 17:39:44 |
| 16 | A.  They would just be called the "APIs."  The | 17:39:48 |
| 17 | Likes API, for example, would be one.  And then | 17:39:52 |
| 18 | that API could be called in a number of different | 17:39:57 |
| 19 | contexts. | 17:40:00 |
| 20 | Q.  And weren't there a number of APIs that | 17:40:01 |
| 21 | had the word "friends" in them? | 17:40:04 |
| 22 | A.  There were a number of permissions that | 17:40:08 |
| 23 | had the words "friends" in them.  There may have | 17:40:10 |
| 24 | been some APIs with the word "friends" in, but I -- | 17:40:14 |
| 25 | again, the difference between APIs and permissions | 17:40:18 |

Page 72

CONFIDENTIAL

| | |
|---|---|
| 1 | is an important concept to draw. | 17:40:21 |
| 2 |    Q.  Okay.  Well, let's talk about permissions, | 17:40:24 |
| 3 | then. | 17:40:26 |
| 4 |       So when I've seen lists of what I've been | 17:40:27 |
| 5 | referring to as "APIs" that say "friends video | 17:40:30 |
| 6 | watch" or "friends posts" or "friends whatever," | 17:40:33 |
| 7 | I've been -- I think of those as APIs. | 17:40:36 |
| 8 |       But you're telling me I should think of | 17:40:39 |
| 9 | those as permissions. | 17:40:42 |
| 10 |    A.  There's a -- in Graph API Version 1, there | 17:40:44 |
| 11 | was a specific set of permissions that were | 17:40:47 |
| 12 | referred to as the "friends permissions." | 17:40:50 |
| 13 |       And I think that's the most proper way to | 17:40:53 |
| 14 | refer to them. | 17:40:57 |
| 15 |    Q.  And were friends permissions widely used | 17:40:59 |
| 16 | permissions prior to the implementation of | 17:41:03 |
| 17 | Graph API Version 2? | 17:41:06 |
| 18 |    A.  Can you help me understand what you mean | 17:41:09 |
| 19 | by "widely used"? | 17:41:10 |
| 20 |    Q.  Well, what does that term just naturally | 17:41:13 |
| 21 | mean to you? | 17:41:17 |
| 22 |    A.  It could mean a number of different | 17:41:18 |
| 23 | things.  It could mean whether or not they were | 17:41:20 |
| 24 | frequently asked by applications; regularly granted | 17:41:23 |
| 25 | by users. | 17:41:31 |

Page 73

CONFIDENTIAL

```
 1            Hard to answer without the specifics.        17:41:32

 2       Q.  Well, let's start with frequently called      17:41:34

 3   by applications.                                       17:41:36

 4            Were friends permissions frequently called    17:41:40

 5   by applications?                                        17:41:42

 6   ███    ████████████████████        █████

     █   ███████████████████████████    ██████

     █   ███████████████████████        ██████

     █   ████████████████████████████   ██████

     ██  ██████████████████████████     ██████

     ██  ███████████████████████████    ██████

12       Q.  And -- but a tremendous volume of user        17:42:04

13   data was made accessible through friends              17:42:08

14   permissions, wouldn't you say?                        17:42:11

15       A.  I am not sure what you mean by                17:42:14

16   "tremendous."                                         17:42:15

17            The friend permissions allowed               17:42:17

18   applications on the Facebook Platform to access       17:42:20

19   information about an app user's friends.              17:42:22

20       Q.  And Facebook was concerned about the          17:42:25

21   amount of information that was made available via     17:42:27

22   the friends permissions.  Correct?                    17:42:30

23       A.  There were discussions internally about       17:42:34

24   how the friend permissions were being used by         17:42:38

25   applications.                                         17:42:42
```

Page 74

| | | |
|---|---|---|
| 1 | MR. LOESER:  Why don't we put up an | 17:42:53 |
| 2 | exhibit.  And -- Tab 4, which would be 331 now? | 17:42:54 |
| 3 | 332.  All right.  We're going to mark | 17:43:03 |
| 4 | Exhibit 332. | 17:43:06 |
| 5 | (Deposition Exhibit 332 was marked for | 17:43:07 |
| 6 | identification.) | 17:43:09 |
| 7 | BY MR. LOESER: | 17:43:12 |
| 8 | Q.  And over the course of the day, I'm going | 17:43:12 |
| 9 | to be referring to "tabs."  That's really just for | 17:43:15 |
| 10 | our benefit over here.  A document will magically | 17:43:18 |
| 11 | appear on your screen that are tabs for me but are | 17:43:21 |
| 12 | Bates numbers for you.  So -- and exhibit numbers. | 17:43:25 |
| 13 | This is a slipcover sheet which is not the | 17:43:34 |
| 14 | document itself that has the metadata for the | 17:43:37 |
| 15 | document. | 17:43:39 |
| 16 | So if we can go to the next page of the | 17:43:40 |
| 17 | document, I'm showing you an email from the name | 17:43:42 |
| 18 | that we can't say that we have agreed to call "KP" | 17:43:45 |
| 19 | to a number of people, including Allison Hendrix, | 17:43:50 |
| 20 | dated September 27, 2013. | 17:43:54 |
| 21 | Is that the document that's in front of | 17:43:57 |
| 22 | you? | 17:44:00 |
| 23 | A.  That's the document I see, yes. | 17:44:01 |
| 24 | Q.  And can you look at the first paragraph, | 17:44:09 |
| 25 | the first full paragraph of that document? | 17:44:11 |

Page 75

CONFIDENTIAL

```
 1        A.   Yep.                                      17:44:16

 2        Q.   And KP writes:                            17:44:17

 3   ███████████████████████████████      ██████████

 4   ███████████████████████████████      ██████████

 5   ███████████████████████████████████  ██████████

 6   ███████████████████████████████      ██████████

 7   ████████     ██████████████████████  ██████████

 8   ███████████████████████████████████  ██████████

 9   █████████████████████████████████    ██████████

10   █████████████████████████████        ██████████

11   █████████████████████████████████    ██████████

12        A.   You missed the word "data" between       17:44:44

13   "identity" and "required," I think, but other than 17:44:46

14   that, you got --                                   17:44:48

15        Q.   Thank you.                                17:44:49

16             And do you understand what "identity data" 17:44:50

17   is?                                                17:44:52

18        A.   It's hard for me here to be -- to know   17:44:56

19   specifically what he's referring to, but -- yeah,  17:44:59

20   so it's hard for me to know explicitly what he is  17:45:06

21   referring to.                                      17:45:09

22             In my personal capacity, I would         17:45:09

23   understand that to mean -- no, I'm not sure I could 17:45:13

24   conclusively say what he's referring to by         17:45:24

25   "identity data."                                   17:45:26
```

Page 76

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Could it be information about Facebook | 17:45:28 |
| 2 | users? | 17:45:30 |
| 3 | Does that seem like a reasonable | 17:45:31 |
| 4 | interpretation of that phrase? | 17:45:32 |
| 5 | A.   Looking at the API call here, this | 17:45:35 |
| 6 | would -- my understanding is this is referring to | 17:45:40 |
| 7 | the number of requests to a user ID, like a user -- | 17:45:43 |
| 8 | the user -- what we would call the "user method" of | 17:45:49 |
| 9 | the Graph API. | 17:45:52 |

Page 77



21      A.   "MAUs" means monthly active users.                17:48:21

Page 78

1 ████████████████████████████████     ████████████

█ ██████ ██████ ████████████████████     ████████████

█ ████████████████████████████     ████████████

4          Is that what that says?                    17:48:47

5     A.  That's what I read from the document.        17:48:48

6     Q.  So there were 138 times more requests than   17:48:51

7  there were users in the last 30 days.               17:48:55

8     A.  I can't do the math in my head, but I        17:49:00

9  understand --                                       17:49:03

10    Q.  He has it -- yeah, sorry to interrupt, but   17:49:04

11 the math is there.  It says "138X."  Right?         17:49:07

12    A.  I see "138S" on the page, yeah.              17:49:10

13    Q.  You're saying that you're not sure his       17:49:13

14 math is right, but -- right?                        17:49:14

15    A.  Yeah, I'm not doing a -- I'm not doing the   17:49:17

16 math in my head.  I'm just reading the numbers off  17:49:19

17 the page.                                           17:49:22

18    Q.  And what does it suggest to Facebook if --   17:49:22

19 if there are 138 times as many requests for         17:49:26

20 identity data than there are monthly active users?  17:49:31

21    A.  It might suggest that the app was not very   17:49:37

22 efficiently developed.                              17:49:40

23    Q.  Might it also suggest that the app was       17:49:43

24 obtaining information in ways that weren't related  17:49:45

25 to the use case for the app?                        17:49:51

Page 79



1     A.  It might mean that the app was making      17:49:56

2    requests for user data.  It doesn't necessarily    17:49:59

3    indicate that that's inappropriate given the use    17:50:02

4    case of the app.                                    17:50:08

Page 80

CONFIDENTIAL

1 ████████████████████████████████   ████████

█ ██████████████████████████   ████████

█ ████████████████   ████████

4     Q.  And for Facebook, is that considered          17:51:31

5  somewhat of a red flag?                               17:51:33

6     A.  I think there's a number of reasons why        17:51:39

7  Facebook might be interested in how applications      17:51:41

8  are calling the API.                                  17:51:43

9         One example might be that if the app is        17:51:45

10  developed inefficiently, then there is an impact on   17:51:50

11  Facebook's ability to serve those requests 'cause    17:51:54

12  every time the API is called, a lot of code has to   17:51:57

13  be run.                                               17:52:01

14     Q.  And do you think that's what KP was           17:52:04

15  sending this email about?                             17:52:08

16     A.  I'm not -- there's no reference here as to     17:52:13

17  exactly what -- whether or not that was a reason     17:52:15

18  that KP was sending this email.                       17:52:19

19 ██████████████████████████████████   ████████

█ ████████████████████████████   ████████

█ ██████████████████████████████   ████████

█ ████████   ████████

█  ██ ██████████████████████████   ████████

█ ██████████████████████████████   ████████

█ ████████████████████████   ████████

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | ███████████████████████ | ████████ |
| 2 | A.  From this email, it's hard to know | 17:52:58 |
| 3 | specifically what the issue was.  I -- I was not on | 17:53:00 |
| 4 | this email thread in a personal capacity, and I was | 17:53:05 |
| 5 | unable to talk to KP about what he meant because | 17:53:11 |
| 6 | he's no longer at the company. | 17:53:15 |
| 7 | Q.  And in stepping away from this email, was | 17:53:19 |
| 8 | Facebook aware that friends permissions were often | 17:53:23 |
| 9 | called by apps in ways that exceeded the use case | 17:53:29 |
| 10 | for the app? | 17:53:35 |
| 11 | A.  At the time there was a number of | 17:53:40 |
| 12 | discussions about how apps were using the | 17:53:41 |
| 13 | information they got via the API.  One of those | 17:53:46 |
| 14 | reasons would have been that there were some | 17:53:53 |
| 15 | questions about how that information was being | 17:53:58 |
| 16 | used. | 17:54:00 |
| 17 | Q.  And what's the time frame you're referring | 17:54:02 |
| 18 | to in your answer? | 17:54:04 |
| 19 | A.  My answer here, I'm referring to around | 17:54:08 |
| 20 | 2013, the -- roughly when I have reviewed documents | 17:54:12 |
| 21 | about this time, where there was a number of | 17:54:15 |
| 22 | discussions taking place about how apps were using | 17:54:18 |
| 23 | the Facebook Developer Platform and which | 17:54:23 |
| 24 | particular APIs and permissions they were using. | 17:54:27 |
| 25 | Q.  The way friend-sharing was set up, a | 17:54:33 |

Page 82

| | | |
|---|---|---|
| 1 | Facebook user decided whether an app or integration | 17:54:35 |
| 2 | partner got access to the user's friend data. | 17:54:39 |
| 3 | Right? | 17:54:43 |
| 4 | A.  The way the Facebook Platform worked is | 17:54:44 |
| 5 | that users would authorize an application to access | 17:54:46 |
| 6 | their information.  They could also, in API | 17:54:49 |
| 7 | Version 1 and before, grant the application access | 17:54:56 |
| 8 | to information about -- some information about that | 17:54:58 |
| 9 | user's friends who had not -- who were not | 17:55:05 |
| 10 | necessarily using the application. | 17:55:07 |
| 11 | Q.  Okay.  And on an app-by-app basis, the | 17:55:09 |
| 12 | friends themselves did not have a say in whether | 17:55:16 |
| 13 | their information was made available to the app | 17:55:19 |
| 14 | that their friend used.  Right? | 17:55:20 |
| 15 | A.  My understanding is that developers -- | 17:55:24 |
| 16 | users could opt out of the Facebook Developer | 17:55:27 |
| 17 | Platform, and that would prevent their information | 17:55:29 |
| 18 | being shared with most third parties. | 17:55:33 |
| 19 | Q.  Okay.  And that -- and let me make sure I | 17:55:37 |
| 20 | understand your testimony. | 17:55:41 |
| 21 | The only way to stop your friends from | 17:55:43 |
| 22 | sharing your information with an app was to turn | 17:55:45 |
| 23 | off apps altogether on the Platform.  Is that | 17:55:47 |
| 24 | right? | 17:55:49 |
| 25 | A.  The controls available to users changed | 17:55:54 |

Page 83

```
 1    over time.  For a period, there was a way for users        17:55:57

 2    to access a setting -- an area of settings called          17:56:04

 3    "Apps Others Use" -- I think I'm getting that              17:56:08

 4    right -- which allowed them to control which               17:56:11

 5    subsets of their information were available to             17:56:14

 6    applications via the friend permissions.                   17:56:19

 7         Q.  And what period was that choice available?        17:56:22

 8         A.  I don't know specifically when that --            17:56:31

 9    those settings were made available or were removed.        17:56:33

10    It was certainly available, as I understand it, in         17:56:37

11    around 2014.                                               17:56:40

12         Q.  And why was that choice taken away from           17:56:48

13    users?                                                     17:56:51

14         A.  My understanding is that that area of             17:56:52

15    settings was removed when there were no or few             17:56:54

16    third-party applications that had access to that           17:57:04

17    information via the APIs.                                  17:57:08

18         Q.  And do you have an understanding -- or            17:57:15

19    what is Facebook -- well, strike that.                     17:57:16

20              What was the time period for which the           17:57:18

21    only way to stop your friends from sharing                 17:57:20

22    information was to turn off apps altogether on the         17:57:23

23    Platform?                                                  17:57:25

24         A.  To answer that question, I'd need to know         17:57:29

25    exactly when the Apps Others Use setting was               17:57:31
```

Page 84

| | | |
|---|---|---|
| 1 | introduced, which is a date I don't have, I'm | 17:57:36 |
| 2 | afraid. | 17:57:38 |
| 3 | Q.  Okay.  And will you follow up and provide | 17:57:39 |
| 4 | that information? | 17:57:41 |
| 5 | You would provide it to your counsel, who | 17:57:46 |
| 6 | can provide it to us. | 17:57:47 |
| 7 | A.  I'm sure we could try and attempt to | 17:57:49 |
| 8 | follow up on determining when those settings | 17:57:51 |
| 9 | were -- were introduced. | 17:57:54 |
| 10 | Q.  And where would you go to search for the | 17:57:57 |
| 11 | answer to that question? | 17:57:59 |
| 12 | A.  My immediate step would be to ask the | 17:58:08 |
| 13 | engineers who had worked on that feature or may | 17:58:10 |
| 14 | have worked on that feature to try and identify | 17:58:15 |
| 15 | when that feature was made available. | 17:58:20 |
| 16 | Q.  Thank you.  During the time that the only | 17:58:27 |
| 17 | way to turn off -- or to block your friend from | 17:58:29 |
| 18 | sharing your information was by turning off apps | 17:58:33 |
| 19 | altogether, can you explain why friend-sharing was | 17:58:37 |
| 20 | set up that way? | 17:58:41 |
| 21 | A.  The original design of the Facebook | 17:58:45 |
| 22 | Platform rested on a very simple premise, which is | 17:58:47 |
| 23 | that the user has access to information by using | 17:58:54 |
| 24 | Facebook, and the user could allow apps to access | 17:58:58 |
| 25 | the information that they could see on Facebook, | 17:59:04 |

Page 85

| | | |
|---|---|---|
| 1 | and that would allow those applications to build | 17:59:06 |
| 2 | rich, engaging social experiences. | 17:59:11 |
| 3 | That was the simple, clear, founding | 17:59:14 |
| 4 | premise of the Facebook Developer Platform. | 17:59:18 |
| 5 | Q.  From your testimony, it sounds like, just | 17:59:22 |
| 6 | from a technical standpoint, it is possible for | 17:59:25 |
| 7 | Facebook to provide a setting through which, on an | 17:59:27 |
| 8 | app-by-app basis, Facebook users can determine | 17:59:32 |
| 9 | whether their friends share their information. | 17:59:37 |
| 10 | Right? | 17:59:44 |
| 11 | A.  The testimony I think you're referring to | 17:59:44 |
| 12 | from a few minutes ago refers to a set of settings | 17:59:46 |
| 13 | called "Apps Others Use," which allowed users to | 17:59:50 |
| 14 | opt out of certain types of their information being | 17:59:55 |
| 15 | shared with any apps their friend used. | 17:59:59 |
| 16 | My understanding is that was not an | 18:00:03 |
| 17 | app-by-app setting. | 18:00:05 |
| 18 | Q.  Okay.  I want to make sure I understand | 18:00:10 |
| 19 | that. | 18:00:13 |
| 20 | So was there any time when a Facebook user | 18:00:13 |
| 21 | could block a particular app that one of their | 18:00:18 |
| 22 | friends used? | 18:00:23 |
| 23 | Let's call the app "friend's app."  So was | 18:00:25 |
| 24 | there at any time a setting where a user would have | 18:00:30 |
| 25 | the option of saying no to a friend's app getting | 18:00:32 |

Page 86

| | | |
|---|---|---|
| 1 | their information because their friend used that | 18:00:37 |
| 2 | app? | 18:00:40 |
| 3 | A.  The feature that enables -- there was a | 18:00:42 |
| 4 | feature called "Blocks" which allows a user to | 18:00:47 |
| 5 | block a specific application. | 18:00:50 |
| 6 | My understanding is that that would mean | 18:00:52 |
| 7 | the application would not have access to their | 18:00:55 |
| 8 | information by the -- | 18:00:58 |
| 9 | Q.  So would the user get a notice, say, from | 18:01:04 |
| 10 | friend's app that said, "Your friend wants to share | 18:01:07 |
| 11 | your information.  Do you -- are you providing -- | 18:01:11 |
| 12 | like, will you authorize that?" | 18:01:13 |
| 13 | Is that how it functioned? | 18:01:15 |
| 14 | A.  The way friend-sharing worked was that a | 18:01:17 |
| 15 | user could authorize an application, grant | 18:01:20 |
| 16 | permissions to that application to access -- well, | 18:01:24 |
| 17 | actually, let me back up. | 18:01:28 |
| 18 | The -- the permissions were introduced | 18:01:30 |
| 19 | into the API sometime after the Facebook Developer | 18:01:33 |
| 20 | Platform was first launched. | 18:01:39 |
| 21 | When -- in the original version, when a | 18:01:44 |
| 22 | friend -- when a user authorized an application, | 18:01:46 |
| 23 | that application had access to information about | 18:01:48 |
| 24 | that user and some information about that user's | 18:01:52 |
| 25 | friends. | 18:01:55 |

Page 87

| | | |
|---|---|---|
| 1 | There were -- the user -- the user's | 18:01:57 |
| 2 | friends would not get notified that their friend | 18:02:00 |
| 3 | was using the application.  There would be no | 18:02:02 |
| 4 | placebo active notifications. | 18:02:05 |
| 5 | Q.  And what was that time period? | 18:02:08 |
| 6 | A.  The way the permissions -- the granular | 18:02:11 |
| 7 | permissions were launched in April 2010, and so the | 18:02:16 |
| 8 | specific feature I'm referring to there is prior to | 18:02:21 |
| 9 | April 2010, apps would access a range of | 18:02:27 |
| 10 | information without granular permissions needed to | 18:02:35 |
| 11 | be granted. | 18:02:38 |
| 12 | Starting in April 2010, users granted | 18:02:40 |
| 13 | specific permissions to an application determining | 18:02:43 |
| 14 | which data that application had access to. | 18:02:46 |
| 15 | Q.  Right. | 18:02:52 |
| 16 | A.  Through both of those periods, when a user | 18:02:52 |
| 17 | installed an application, their friends would not | 18:02:56 |
| 18 | be notified that they had done so. | 18:02:59 |
| 19 | Q.  Okay.  And was there a point in time when, | 18:03:03 |
| 20 | before a user could share the user's friends | 18:03:04 |
| 21 | information, the users got notice that the app was | 18:03:10 |
| 22 | seeking friends information? | 18:03:13 |
| 23 | A.  I'm not aware of any time where a | 18:03:16 |
| 24 | nonapp-user would be notified that one of their | 18:03:20 |
| 25 | friends was using an application. | 18:03:23 |

Page 88

1       Q.  Okay.  And why was Facebook set up that    18:03:26

2  way so that friends didn't receive notification    18:03:29

3  when their users -- when their friends were trying    18:03:33

4  to provide access to their information?    18:03:36

5       A.  The original premise of the Facebook    18:03:41

6  Platform was that when a user was using an    18:03:42

7  application, that application had access to, at the    18:03:48

8  limit, potentially, anything that that user would    18:03:52

9  be able to see on Facebook.    18:03:55

10       It was the user taking the information    18:03:57

11  that had been shared with them and making that    18:03:59

12  available to an application.    18:04:02

13       Q.  And have you seen in documents that    18:04:07

14  structure referred to as "authorization by proxy"?    18:04:10

15       A.  I don't recall seeing that phrase in    18:04:16

16  particular.    18:04:17

17       Q.  So, now, could Facebook have set up the    18:04:24

18  platform so that before an app could get access to    18:04:26

19  a person's information, where that person was the    18:04:30

20  friend of someone using the app, that they could    18:04:33

21  have received notice that this app is attempting to    18:04:36

22  gain the nonapp user's information?    18:04:40

23       A.  It's technically possible that when a user    18:04:50

24  authorized an application and granted friends    18:04:52

25  permissions, that a notification could have been    18:04:58

Page 89

```
 1    sent.  That's technically possible.              18:05:03

 2         It would have introduced a number of        18:05:07

 3    unusual experiences, however.                    18:05:09

 4         Q.  And what do you mean by that?           18:05:15

 5         A.  So sometimes I'm logging into an        18:05:21

 6    application or I'm using an application for the  18:05:24

 7    very first time.  I'm not necessarily, you know --  18:05:26

 8    I'm using an application for the very first time.  18:05:30

 9         It might be unexpected for Facebook to      18:05:33

10    broadcast -- to send a notification to some of my  18:05:39

11    friends that I was using the application.        18:05:46

12         Q.  Now, unexpected or not, it would have   18:05:49

13    given those friends the ability to choose not to  18:05:51

14    share information in that context.  Right?       18:05:54

15         A.  So, again, in this case, the -- the way  18:05:58

16    that the Facebook Developer Platform was originally  18:06:01

17    set up was that an app -- based on the simple    18:06:03

18    founding premise that when -- if there was       18:06:10

19    information that a user could see on Facebook     18:06:13

20    because it had been shared with them on Facebook,  18:06:15

21    the -- that information would also be available to  18:06:18

22    applications that user was using.                18:06:23

23         Q.  And were there discussions at Facebook of  18:06:30

24    the pros and cons of that approach to treating   18:06:33

25    information about users' friends?                18:06:37
```

Page 90

```
 1          A.  I've seen evidence of -- I've seen          18:06:42

 2    evidence of discussions where the -- the impact of    18:06:45

 3    that model was resulting in users being concerned      18:06:49

 4    about the information that they could share with       18:06:55

 5    applications and that their friends might be           18:07:01

 6    sharing with applications, ultimately leading to       18:07:03

 7    the changes made in 2014.                              18:07:06

 8          Q.  And would it be fair to describe those       18:07:08

 9    concerns as "privacy concerns"?                        18:07:10

10          A.  I think there are a range of concerns as     18:07:13

11    to how information was being shared with               18:07:15

12    third-party apps through the Developer Platform.       18:07:21

13          Q.  And were privacy concerns included in that   18:07:25

14    range of concerns?                                     18:07:27

15          A.  Privacy would have been -- information       18:07:31

16    expectation would have been one of the concerns        18:07:34

17    that was discussed.                                    18:07:36

18          Q.  And by that, you mean people didn't          18:07:40

19    realize their information was being shared in that     18:07:42

20    way?                                                   18:07:44

21          A.  The -- there was discussion about the fact   18:07:47

22    that some people might not be aware that a friend      18:07:50

23    was using an application and that that friend's --     18:07:56

24    some of that user's friends' information had been      18:08:00

25    shared with the app.                                   18:08:05
```

Page 91

| | | |
|---|---|---|
| 1 | MR. LOESER:  Okay.  If we could go to | 18:08:08 |
| 2 | Tab 5. | 18:08:10 |
| 3 | I'm going to introduce what will be marked | 18:08:15 |
| 4 | as Exhibit 333. | 18:08:17 |
| 5 | (Deposition Exhibit 333 was marked for | 18:08:29 |
| 6 | identification.) | 18:08:30 |
| 7 | BY MR. LOESER: | 18:08:31 |
| 8 | Q.  In a moment you'll see an email from | 18:08:32 |
| 9 | David Poll to Eddie O'Neil and also dated | 18:08:35 |
| 10 | December 9, 2013. | 18:08:39 |
| 11 | Do you see that on your screen? | 18:08:42 |
| 12 | A.  I do. | 18:08:44 |
| 13 | Q.  Do you know who David Poll is? | 18:08:44 |
| 14 | A.  David Poll was an employee of Facebook, | 18:08:50 |
| 15 | now Meta, in the past, and I recall him being one | 18:08:54 |
| 16 | of the cofounders of a company called Parse. | 18:08:58 |
| 17 | Q.  And from -- was there discussion at | 18:09:07 |
| 18 | Facebook about who owned friend information; | 18:09:11 |
| 19 | whether it was the user's information or the | 18:09:14 |
| 20 | friends' information? | 18:09:19 |
| 21 | A.  Let me just read the exhibit before I | 18:09:21 |
| 22 | answer your question. | 18:09:23 |
| 23 | Q.  Sure.  And I -- it's a long string, and | 18:09:25 |
| 24 | I'm going to be asking you about some statements | 18:09:29 |
| 25 | made by Eddie O'Neil and David Poll on the second | 18:09:32 |

Page 92

```
 1    page of the email, if that helps, on the bottom.      18:09:37

 2         A.  (Reviewing document.)                         18:09:54

 3             Okay.  It just scrolled.                      18:09:55

 4         Q.  Let me apologize.  Let me save some time      18:09:56

 5    by just referring you to -- if you go to the second   18:09:59

 6    page, this is a chat between Eddie O'Neil and         18:10:01

 7    David Poll.  Is that right?                           18:10:04

 8         A.  This to me represents a chat between Eddie    18:10:07

 9    and David, yes.                                        18:10:10

10         Q.  Okay.  And if you go to the bottom of the     18:10:11

11    second page, about two thirds of the way down,         18:10:13

12    Eddie O'Neil says:                                     18:10:17

13    ████████████████████████████████      ██████████

      ███████████████████████  █████████      ██████████

      █████████████████████████████████      ██████████

      █████████████████████  ██████████      ██████████

      █████████████████████████████████      ██████████

      █████████                              ██████████

19             Do you see that?                             18:10:32

20         A.  I do see that.                               18:10:33

21         Q.  And does this -- does this suggest that at   18:10:35

22    Facebook, there was discussion about who owned --     18:10:39

23    and I can put in air quotes -- who owned friend       18:10:43

24    information; whether it belonged to the user or       18:10:46

25    belonged to the friends?                              18:10:48
```

Page 93

```
 1          A.  My understanding, this is a discussion       18:10:54

 2    about who -- who did or should have the ability to      18:10:55

 3    choose how information was shared with third            18:11:04

 4    parties.                                                18:11:09

 5          It's -- I'm not sure I'd refer to it as           18:11:10

 6    "who owns," but it's certainly a discussion about       18:11:13

 7    the model or the models for which information could     18:11:19

 8    or should be shared with third parties.                 18:11:25

 9

20          Q.  But Facebook, obviously, knows what           18:12:08

21    regulatory and legal issues are -- were raised with    18:12:12

22    regard to friends permissions.  Right?                  18:12:22

23          MR. BLUME:  Excuse me.  I object.                 18:12:26

24    Privilege.  Potential privilege.  If I may --          18:12:28

25          MR. LOESER:  And let me -- sorry.  Go            18:12:32
```

Page 94

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ahead, Mr. Blume. | 18:12:34 |
| 2 | MR. BLUME:  I just was asking permission | 18:12:36 |
| 3 | to instruct the witness unless you want to | 18:12:38 |
| 4 | rephrase. | 18:12:40 |
| 5 | MR. LOESER:  Sure. | 18:12:42 |
| 6 | Q.  Really, the point of my question was, you | 18:12:42 |
| 7 | don't know the answer to this question what the | 18:12:44 |
| 8 | regulatory or legal issues were, but Facebook knows | 18:12:46 |
| 9 | the answer to that.  Right? | 18:12:49 |

CONFIDENTIAL

```
 1          But I -- I don't want to get into the --          18:14:01

 2     that's what I remember.  I don't want to get into       18:14:03

 3     the specifics.  I haven't read up on the -- exactly     18:14:06

 4     the specifics of this, but I've heard reference to      18:14:10

 5     Lulu and read references to Lulu in the documents       18:14:13

 6     I've read in preparation for this testimony.            18:14:17

 7          Q.  And that was -- that would be one of those     18:14:22

 8     concerns that you would consider related to how         18:14:24

 9     friend permissions were used by apps.  Right?           18:14:28

10

22          Q.  And if you look at the next line in           18:15:20

23     Mr. O'Neil's chat, it says:                             18:15:23

24
```

Page 96

| | | |
|---|---|---|
| 1 | ▮▮▮▮▮ ▮▮▮▮▮ | |
| 2 | And do you know what he is referring to | 18:15:32 |
| 3 | here? | 18:15:34 |
| 4 | A.   There's a couple of terms here. | 18:15:38 |
| 5 | Which one do you want me to focus on | 18:15:40 |
| 6 | first? | 18:15:42 |
| 7 | Q.   Well, is this a reference to the amount of | 18:15:43 |
| 8 | information that friends permissions was making | 18:15:45 |
| 9 | available to developers? | 18:15:48 |
| 10 | A.   Reading this, it seems relevant to the | 18:15:55 |
| 11 | friend permissions, but "huge amount of value" may | 18:15:59 |
| 12 | refer to a number of different ways that a | 18:16:03 |
| 13 | developer would perceive the -- the value of the | 18:16:07 |
| 14 | experience that they had got by integrating with | 18:16:13 |
| 15 | the Facebook Platform. | 18:16:15 |
| 16 | Q.   And what are -- what -- how can you | 18:16:17 |
| 17 | describe or what are the different ways that | 18:16:21 |
| 18 | developers obtained value from friends permission | 18:16:23 |
| 19 | information? | 18:16:28 |
| 20 | A.   So the friend permissions allowed | 18:16:32 |
| 21 | applications to build rich, engaging social | 18:16:35 |
| 22 | experiences even when, you know, one -- let me | 18:16:38 |
| 23 | start that again to make sure I frame this | 18:16:45 |
| 24 | correctly for you. | 18:16:48 |
| 25 | One of the benefits of the friend | 18:16:49 |

Page 97

| | | |
|---|---|---|
| 1 | permissions for developers was that they could | 18:16:51 |
| 2 | build rich, engaging social experiences, including | 18:16:54 |
| 3 | those where not all of a user's friends were also | 18:16:59 |
| 4 | using the same application; also using the same | 18:17:04 |
| 5 | app. | 18:17:09 |
| 6 | That could manifest value in different | 18:17:09 |
| 7 | ways.  It could enable applications to be more | 18:17:12 |
| 8 | retentive, so they were more frequently used a | 18:17:19 |
| 9 | whole number of different ways that the developers | 18:17:23 |
| 10 | might benefit from building social experiences. | 18:17:26 |
| 11 | Q.  And what are the ways that providing | 18:17:32 |
| 12 | access to friends information was at "great expense | 18:17:34 |
| 13 | to Facebook as a business"? | 18:17:39 |
| 14 | A.  So one of the ways that this might be | 18:17:47 |
| 15 | considered an expense is in trust and reputation. | 18:17:50 |
| 16 | Because of the way the APIs functioned originally. | 18:17:57 |
| 17 | And, as I've testified previously, there | 18:18:03 |
| 18 | were some concerns that we'd heard from users about | 18:18:06 |
| 19 | how the Platform worked, and that confusion could | 18:18:10 |
| 20 | have impacted the trust in Facebook as a product. | 18:18:17 |
| 21 | Q.  And can you -- are there other types of | 18:18:24 |
| 22 | expense that Facebook recognized related to | 18:18:28 |
| 23 | providing access to friends permissions to | 18:18:31 |
| 24 | developers -- or partners, for that matter? | 18:18:34 |
| 25 | A.  One way that you might classify that is | 18:18:38 |

Page 98

| | | |
|---|---|---|
| 1 | the computational energy it took to serve these | 18:18:45 |
| 2 | requests. | 18:18:50 |
| 3 | Actually serving an API call requires | 18:18:52 |
| 4 | compute, and so that's another way that providing | 18:18:56 |
| 5 | the platform in general and certain APIs would have | 18:19:02 |
| 6 | been an expense to Facebook. | 18:19:08 |
| 7 | Q.  And what about the value of the -- of the | 18:19:12 |
| 8 | friend information itself? | 18:19:14 |
| 9 | Is that information valuable to Facebook | 18:19:17 |
| 10 | as a business, from a monetization standpoint? | 18:19:19 |
| 11 | A.  Sorry.  Can you help me understand the | 18:19:25 |
| 12 | context of your question? | 18:19:27 |
| 13 | That was a very general -- a general | 18:19:29 |
| 14 | question.  I would like to get to the specifics. | 18:19:31 |
| 15 | Q.  Sure.  I'm just trying to understand from | 18:19:33 |
| 16 | Facebook's perspective what the great expense to | 18:19:36 |
| 17 | Facebook as a business was, and you've given me | 18:19:39 |
| 18 | some examples. | 18:19:42 |
| 19 | And I'm wondering if there's an economic | 18:19:42 |
| 20 | impact as well that would be covered by providing | 18:19:45 |
| 21 | thousands of apps with access to friend | 18:19:47 |
| 22 | permissions. | 18:19:50 |
| 23 | A.  I'm not aware of any analysis that was | 18:19:53 |
| 24 | done that specifically determined -- or attempts to | 18:19:56 |
| 25 | determine the -- the financial value of friend | 18:20:01 |

Page 99

CONFIDENTIAL

1    permissions or the friend data as part of the          18:20:08

2    Developer Platform.                                     18:20:11

3        Q.  Okay.  Let's look at David Poll's text at       18:20:15

4    the bottom of the page.  And he states:                18:20:18

5    ████████████████████████████████    ███████

 ██  ██████████████████████████████████    ███████

 ██  ██████████████████████████████████████  ███████

 ██  █████████████████████████████████    ███████

 ██  ██████████████████████████              ███████

10       Do you see that?                                   18:20:32

11       A.  I see that on the screen, yes.                 18:20:33

12       Q.  And as you testified earlier, that's the       18:20:35

13   type of setting that Facebook could have               18:20:37

14   technically implemented had it chosen to do so.        18:20:40

15       A.  Let me just read the statement to make         18:20:44

16   sure I can answer accurately for you.                  18:20:46

17           (Reviewing document.)                          18:21:00

18           THE WITNESS:  There's a lot of context         18:21:19

19   here to unpack.  So I'm just trying to understand      18:21:21

20   what David Poll is speaking about.                     18:21:24

21           So my understanding is that the "apps          18:21:38

22   others use" setting was partly delivered on the        18:21:41

23   expectation that -- that David is referring to         18:21:51

24   here.                                                  18:21:54

25           So it would have been technically possible     18:21:59

                                                    Page 100

| | | |
|---|---|---|
| 1 | to allow a user to choose whether or not an | 18:22:01 |
| 2 | application had access to their data. | 18:22:10 |
| 3 | BY MR. LOESER: | 18:22:14 |
| 4 | Q.  All right.  We've talked a bit about | 18:22:20 |
| 5 | the -- I'm sorry, go ahead. | 18:22:22 |
| 6 | A.  Sorry.  Carry on. | 18:22:25 |
| 7 | Q.  Okay.  So moving on, the -- I've asked you | 18:22:26 |
| 8 | some questions about the different permissions, and | 18:22:28 |
| 9 | you've provided some helpful information about the | 18:22:31 |
| 10 | terminology used to discuss different permissions. | 18:22:33 |
| 11 | I do want to make sure I have a complete | 18:22:37 |
| 12 | understanding of all of the different permissions | 18:22:40 |
| 13 | that allowed access to friend information. | 18:22:44 |
| 14 | And I asked before if a number of the | 18:22:48 |
| 15 | permissions had the word "friends" in them, and you | 18:22:52 |
| 16 | said "Yes." | 18:22:56 |
| 17 | And it's also the case the number of | 18:22:57 |
| 18 | permissions that provided access to friend | 18:22:59 |
| 19 | information did not have the word "friend" in them. | 18:23:02 |
| 20 | Is that right? | 18:23:05 |
| 21 | A.  There were permissions that allowed an app | 18:23:08 |
| 22 | to access information about a user and that user's | 18:23:11 |
| 23 | friends that didn't have "friend" in the title. | 18:23:17 |
| 24 | Q.  Okay.  And I'm going to run through some, | 18:23:22 |
| 25 | and then you can help me understand if there are | 18:23:24 |

Page 101

| | | |
|---|---|---|
| 1 | others. | 18:23:26 |
| 2 | User-posts APIs are a type of -- emit | 18:23:27 |
| 3 | friend information.  Right? | 18:23:37 |
| 4 | A.  The user-posts API allowed an app to | 18:23:38 |
| 5 | access the posts of a user who had authorized the | 18:23:42 |
| 6 | application. | 18:23:46 |
| 7 | Q.  And did it also provide access to the | 18:23:48 |
| 8 | user's friends' posts? | 18:23:52 |
| 9 | A.  My understanding is the user-posts | 18:23:56 |
| 10 | permission is no.  It would not have allowed an app | 18:24:01 |
| 11 | to access a user's friends' posts. | 18:24:04 |
| 12 | Q.  And even where the friend responds to the | 18:24:08 |
| 13 | post or comments or indicates a like to a post? | 18:24:10 |
| 14 | A.  My understanding of the way the user posts | 18:24:16 |
| 15 | permission worked was that it would have emitted | 18:24:19 |
| 16 | the posts of the user who had authorized the | 18:24:23 |
| 17 | application.  It may have also included likes and | 18:24:26 |
| 18 | comments on that post. | 18:24:29 |
| 19 | Q.  Okay.  And likes and comments from a | 18:24:32 |
| 20 | friend would be friend information.  Right? | 18:24:34 |
| 21 | A.  Some posts, if they had only been shared | 18:24:43 |
| 22 | with a friend and they had been liked or commented | 18:24:47 |
| 23 | on by a friend, then the -- the app would be able | 18:24:50 |
| 24 | to see the user ID and the comment and some other | 18:24:57 |
| 25 | information about the comment that you could | 18:25:02 |

Page 102

CONFIDENTIAL

```
 1      construe as having been made by a friend.              18:25:05

 2          Q.  Okay.  And the Event API, is that a           18:25:08

 3      similar answer to that; that the Event API gives       18:25:13

 4      access to events that the user attended, but any       18:25:18

 5      comment or posts or other information from the         18:25:21

 6      friend regarding that event, that also would be        18:25:24

 7      accessible for the user's friends.  Right?             18:25:28

 8          A.  So, again, the specifics really matter         18:25:35

 9      here.                                                  18:25:37

10          The user events permission allowed an app          18:25:38

11      to access the events that a user, as I understand      18:25:41

12      it, had marked themselves as attending or not          18:25:45

13      attending or had responded to in some way.             18:25:48

14          Through that -- through the Events API,            18:25:56

15      the app could also access other information about      18:25:58

16      that event which may have included other attendees,    18:26:01

17      some of whom might be the user's friends, some of      18:26:05

18      whom might not be, depending on the privacy setting    18:26:09

19      of the event and who was attending.                    18:26:14

20          Q.  Okay.  And so the Events API also could        18:26:15

21      obtain some friends information for those reasons.     18:26:19

22          A.  The events API may have allowed an app to     18:26:23

23      access information about a user's friends who were     18:26:29

24      attending an event that the user was attending, for   18:26:33

25      example.                                               18:26:39
```

Page 103

| 1 | Q.  What is the "Pages API"? | 18:26:42 |
| 2 | A.  The Pages API refers to a collection of | 18:26:45 |
| 3 | APIs that would allow an application to access | 18:26:48 |
| 4 | content on or information about a Facebook page. | 18:26:52 |
| 5 | Q.  And could that API also allow access to | 18:26:58 |
| 6 | friends information of the user who used the app | 18:27:03 |
| 7 | with access to that API? | 18:27:07 |
| 8 | A.  So the Pages API allowed an application to | 18:27:12 |
| 9 | access information about the page.  At times, it | 18:27:21 |
| 10 | also allowed the application to access posts on | 18:27:24 |
| 11 | that page's timeline, and those posts could also | 18:27:26 |
| 12 | have included comments on those posts.  And those | 18:27:31 |
| 13 | comments were publicly available on Facebook and | 18:27:38 |
| 14 | may have been also available by the API. | 18:27:41 |
| 15 | Q.  And so that would include friends | 18:27:44 |
| 16 | information as well.  Right? | 18:27:46 |
| 17 | A.  The Pages API could be called by an | 18:27:49 |
| 18 | application without a specific logged-in user, and | 18:27:52 |
| 19 | so the information available may have included | 18:28:00 |
| 20 | friend information. | 18:28:03 |
| 21 | Q.  And what is the "Groups API"? | 18:28:06 |
| 22 | A.  The Groups API refers to a collection of | 18:28:12 |
| 23 | APIs which allow an app to access the groups that a | 18:28:15 |
| 24 | user is a member of. | 18:28:21 |
| 25 | Q.  And could the Groups APIs also provide | 18:28:26 |

Page 104

```
 1    access to information about friends of the app          18:28:31

 2    user?                                                   18:28:34

 3         A.  The Groups API would have allowed the app      18:28:37

 4    to access the member list of a -- that at the time      18:28:42

 5    included the member list of the groups that the         18:28:49

 6    user was a member of and posts in the group that        18:28:51

 7    the user was a member of.                               18:28:53

 8              The member list could include people who      18:28:57

 9    were the app user's friends.                            18:28:59

10         Q.  And it could also include people who were      18:29:02

11    not the app user's friends.  Right?                     18:29:04

12         A.  A group on Facebook can be open or closed      18:29:08

13    and secret and may contain people who are not the       18:29:14

14    user's friends, and the group's API would have          18:29:16

15    allowed the app to see the members of the group.        18:29:21

16         Q.  Are you familiar with the Taggable Friends     18:29:25

17    API?                                                    18:29:27

18         A.  I am familiar with the Taggable Friends        18:29:31

19    API.                                                    18:29:33

20         Q.  And what information does that API provide      18:29:34

21    access to?                                              18:29:37

22         A.  My understanding is that the Taggable          18:29:39

23    Friends API retrieved -- allowed an app to retrieve     18:29:43

24    a very limited set of information about the app         18:29:48

25    user's friends specifically to enable them to          18:29:51
```

Page 105

| | | |
|---|---|---|
| 1 | render a tagging type-ahead. | 18:29:55 |
| 2 | Q.  And what is a "tagging type-ahead"? | 18:30:01 |
| 3 | A.  I think the best way to illustrate this is | 18:30:04 |
| 4 | through an example. | 18:30:06 |
| 5 | Imagine that you are a runner and you use | 18:30:07 |
| 6 | Strava, and you go on a run with me, but I am not a | 18:30:13 |
| 7 | Strava user.  I track my runs using another app. | 18:30:20 |
| 8 | After the run, you might choose to share | 18:30:25 |
| 9 | your run back to Facebook, and you want to tag me, | 18:30:29 |
| 10 | one of your Facebook friends, in that story because | 18:30:33 |
| 11 | we went on the run together. | 18:30:36 |
| 12 | If I don't use Strava, then there was the | 18:30:39 |
| 13 | desire to give the app away to render a way for you | 18:30:46 |
| 14 | to tag me in that story when it was published back | 18:30:53 |
| 15 | to Facebook. | 18:30:56 |
| 16 | Q.  Okay.  So in that context, it provides | 18:30:59 |
| 17 | friend information about the person who doesn't use | 18:31:03 |
| 18 | Strava. | 18:31:06 |
| 19 | A.  It provides a very, very limited set of | 18:31:07 |
| 20 | information about the person -- the user's friend | 18:31:10 |
| 21 | who doesn't use Strava. | 18:31:13 |
| 22 | Q.  And we talked a bit about the Social | 18:31:25 |
| 23 | Context API.  And you described that as an API that | 18:31:27 |
| 24 | provided information about a user and one other | 18:31:32 |
| 25 | person. | 18:31:34 |

Page 106

| | | |
|---|---|---|
| 1 | Do I recall that correctly? | 18:31:36 |
| 2 | A.  That's not the intent of my testimony. | 18:31:37 |
| 3 | It provided the social -- it provided | 18:31:43 |
| 4 | social context between two app users. | 18:31:46 |
| 5 | So when you called the Social Context API, | 18:31:50 |
| 6 | it was called on behalf of a user, and you would | 18:31:53 |
| 7 | also specify one of that user's friends who was | 18:31:56 |
| 8 | also -- or another user ID of somebody who was | 18:32:01 |
| 9 | using the application, and the API would return | 18:32:04 |
| 10 | social context between those two people. | 18:32:07 |
| 11 | Q.  And so could that API provide information | 18:32:15 |
| 12 | about people who are not using the app with access | 18:32:18 |
| 13 | to Social Context API? | 18:32:22 |
| 14 | A.  My understanding is the information | 18:32:24 |
| 15 | returned by that API would be different whether or | 18:32:26 |
| 16 | not two users -- one of the users was using the | 18:32:28 |
| 17 | application and one of the users displayed in the | 18:32:32 |
| 18 | Social Context wasn't. | 18:32:36 |
| 19 | Q.  And so walk me through what happens when | 18:32:39 |
| 20 | the -- the other person is not using the app. | 18:32:44 |
| 21 | What information about that person is | 18:32:49 |
| 22 | provided through the app? | 18:32:51 |
| 23 | A.  I'd need to refer to the API documentation | 18:32:53 |
| 24 | at the time to give -- to give you specifics, but | 18:32:56 |
| 25 | my understanding is it would return a very limited | 18:32:59 |

Page 107

| | | |
|---|---|---|
| 1 | set of information about people that the two users | 18:33:04 |
| 2 | had in common that were not using the application. | 18:33:09 |
| 3 | Q.  Okay.  So let's -- let's -- let me provide | 18:33:12 |
| 4 | an example.  Maybe this would be helpful. | 18:33:15 |
| 5 | So if a Facebook user watches a movie, | 18:33:17 |
| 6 | let's say The Godfather, and the app that user | 18:33:21 |
| 7 | is -- authorizes an app that has a Social Context | 18:33:29 |
| 8 | API permission, what other information about people | 18:33:34 |
| 9 | watching The Godfather, and from whom, would that | 18:33:39 |
| 10 | API provide access? | 18:33:43 |
| 11 | A.  I can't -- I don't recall the specific | 18:33:47 |
| 12 | behavior of the API, and I think to do that, I'd | 18:33:49 |
| 13 | need to refer to the developer documentation that | 18:33:52 |
| 14 | was available at the time as to how -- how that | 18:33:54 |
| 15 | specific API behaved.  I don't want to speculate if | 18:33:57 |
| 16 | I don't have the -- the facts. | 18:34:01 |
| 17 | Q.  Well, let's try and create enough facts so | 18:34:04 |
| 18 | you can provide some helpful information. | 18:34:06 |
| 19 | Let's say a user did watch the movie | 18:34:08 |
| 20 | Godfather and posts on their Facebook page, "I love | 18:34:11 |
| 21 | the movie Godfather.  I just watched it." | 18:34:15 |
| 22 | Explain to me how the Social Context API | 18:34:20 |
| 23 | would use that information and with whom it would | 18:34:23 |
| 24 | use it if there's an app that has Social Context | 18:34:26 |
| 25 | API. | 18:34:29 |

Page 108

```
 1          A.  So I need to refer to the specifics about        18:34:30

 2     the -- how the social context API works.  You're          18:34:33

 3     asking a very -- a question that requires, you            18:34:36

 4     know, a detailed answer, and I don't have in my           18:34:40

 5     mind the exact behavior of how the Social Context         18:34:42

 6     API worked and the context in which it worked and         18:34:47

 7     the specifics of the information that would have          18:34:51

 8     been returned by the API.                                 18:34:53

 9          Q.  Okay.  Well, then, if you can, describe          18:34:56

10     more generally -- and I'm trying to understand from      18:34:58

11     where the Social Context API draws information.           18:35:02

12          So I know from what you said that it draws           18:35:05

13     information from the user who authorized the app.         18:35:07

14          And what other information does it draw              18:35:10

15     that pertains to that user?  Like -- or from who?         18:35:13

16     Who else would be sort of folded into the -- or who      18:35:17

17     else would be in the net that that API casts?            18:35:20

18          A.  The precise answer depends on the               18:35:25

19     specifics of the Social Context API.  It's one of        18:35:29

20     the APIs that I don't have the details of exactly        18:35:31

21     how it worked -- in my head today -- so it's hard        18:35:34

22     to give you a specific answer to that accurately.        18:35:38

23          Q.  Okay.  But there's -- as you mentioned,         18:35:43

24     there's a source -- there's a place you can go at        18:35:45

25     Facebook where you can see and learn exactly what        18:35:48
```

Page 109

```
1    information that API provides access to?              18:35:51

2         A.  My understanding is that the code base of    18:35:55

3    Facebook may help understand which API specifically   18:35:59

4    you're referring to and its behavior over time.       18:36:04

5         Q.  And based upon what you know now, can you    18:36:09

6    say whether that API provides access to friends       18:36:12

7    information?                                           18:36:16

8         A.  I -- again, to answer that question          18:36:19

9    specifically, I'd need to go and look at the exact    18:36:22

10   behavior of the Social Context API.  There are        18:36:25

11   other APIs whose behavior I can describe.  The        18:36:28

12   Social Context API, I -- I don't have the             18:36:31

13   information as to, like, exactly which API you're      18:36:34

14   referring to, exactly how it behaved, and exactly     18:36:37

15   who it was available to and when.                     18:36:43

16        So I just don't want to give you incorrect       18:36:46

17   information.                                           18:36:49

18        Q.  Well, that's fair, and I appreciate that     18:36:50

19   answer.                                                18:36:51

20        Do you know of or can you provide any            18:36:52

21   other APIs that provided access to friend             18:36:54

22   information?                                           18:36:59

23        And let me make your answer easier.  Other       18:37:00

24   than those that have the word "friends" in the --     18:37:03

25        A.  When you're referring to friends             18:37:07
```

Page 110

```
 1     information here, can you be more specific          18:37:09

 2     precisely what information -- what would classify   18:37:12

 3     as friends information in your question?            18:37:15

 4         Q.  Yeah, and I'm trying to use the definition  18:37:17

 5     we came up with before.  But it's really any        18:37:19

 6     information about the friends -- any Facebook data  18:37:22

 7     or information about the friends of the person who  18:37:24

 8     authorized the app.                                 18:37:26

 9         A.  Okay.  Cool.                                18:37:32

10             Some other APIs that -- that would have     18:37:36

11     been -- that fit that description, there is an API  18:37:38

12     called a "Taggable Friends API" that you've         18:37:46

13     previously mentioned.  There was another one called 18:37:51

14     the "Invitable Friends API."                        18:37:54

15             And then the -- several of the user         18:38:01

16     permissions, user_posts, user_photos, user_videos, 18:38:08

17     as per my previous testimony, would have allowed    18:38:20

18     the app to access the user's photos, but comments   18:38:23

19     and likes on those photos by my friends may also    18:38:28

20     have been returned by that API.                     18:38:33

21         Q.  And you said "photos," but that would be    18:38:36

22     the same for videos as well?                        18:38:38

23         A.  The user photos and user videos APIs        18:38:41

24     behaved the same way, to my knowledge -- or in a    18:38:47

25     similar way, to my knowledge.                       18:38:50
```

Page 111

CONFIDENTIAL

```
 1          Q.  And do you know, with regard to those user       18:38:52

 2     permissions, what time period they were active on         18:38:56

 3     the Platform?                                              18:38:58

 4          A.  The permissions, as I understand it, were        18:39:00

 5     added in April 2010, in terms of the permissions          18:39:03

 6     themselves.                                                18:39:08

 7          The behavior of the APIs that were gated              18:39:11

 8     by those permissions changed over time.  So it's          18:39:16

 9     hard to say exactly when the behavior changed, but        18:39:20

10     the permissions that those -- those specific              18:39:23

11     permissions were made available, as I understand          18:39:27

12     it, in April 2010.                                         18:39:29

13          MR. BLUME:  I'm sorry to -- when you're at            18:39:32

14     a breaking point, if we could break.                      18:39:34

15          MR. LOESER:  Yeah.  One more question.                18:39:36

16          Q.  Those permissions, the user permissions          18:39:38

17     you just described, are they still available on the       18:39:41

18     Platform today?                                            18:39:44

19          A.  My understanding is that some of those           18:39:47

20     permissions are still available today, but I would        18:39:49

21     want to review the public API documentation to be         18:39:54

22     sure.                                                      18:39:58

23          MR. LOESER:  And I apologize, Mr. Blume, I            18:39:59

24     just have two more questions that relate to this.         18:40:01

25     If that's okay, I'll ask --                               18:40:04
```

Page 112

CONFIDENTIAL

```
 1            MR. BLUME:  Okay.                      18:40:06

 2    BY MR. LOESER:                                 18:40:06

 3        Q.  Now, we've gone through a number of    18:40:07

 4    different APIs, and I have attempted to elicit 18:40:08

 5    information about all the APIs that provide access 18:40:11

 6    to friend information as we've defined that.   18:40:13

 7            Is there a tool or is there a list or a 18:40:16

 8    database or something at Facebook that identifies 18:40:19

 9    every single API that provides friend information 18:40:22

10    in any way?                                    18:40:28

11        A.  I'm not aware of a tool that identifies 18:40:33

12    the subset of the Facebook Developer Platform APIs 18:40:38

13    that would have returned information about a user's 18:40:42

14    friends.                                       18:40:47

15        Q.  And do you know if, at any point, Facebook 18:40:49

16    has undertaken the effort to identify every single 18:40:51

17    API that emitted friend information?           18:40:55

18
```

```
22        Q.  And do you know if that effort looked at 18:41:22

23    all of the different APIs that I just ran through 18:41:25

24    with you:  Taggable Friends, Invisible Friends, 18:41:29

25    User Permissions, Groups, Events, Posts, and the 18:41:33
```

Page 113

CONFIDENTIAL

```
 1    like?                                         18:41:36

 2         A.  My understanding is that effort would have   18:41:38

 3    looked through all of the APIs that were commonly   18:41:40

 4    available on the Facebook developer endpoint   18:41:42

 5    platform at the time.                         18:41:45

 6         Q.  My last question, then we can take a   18:41:47

 7    break:                                        18:41:49

 8              Facebook can determine definitively with   18:41:50

 9    respect to every API whether that API emitted any   18:41:53

10    friend information.  Right?                   18:41:57

11         A.  My understanding is that for a given API   18:42:02

12    method, it is determinable what information would   18:42:06

13    have been emitted by that API.                18:42:10

14              MR. LOESER:  Okay.  We can take a break   18:42:14

15    now.  Thank you for continuing on until we finished   18:42:16

16    that topic.                                   18:42:19

17              THE VIDEO OPERATOR:  Okay.  Then we're off   18:42:21

18    the record at 6:42 P.M.                       18:42:23

19              (Recess from 6:42 P.M. to 7:00 P.M.)   18:42:25

20              THE VIDEO OPERATOR:  We're back on the   19:00:38

21    record at 7:00 P.M.                           19:00:39

22              MR. LOESER:  Mr. Cross, we're going to put   19:00:44

23    up another exhibit for you.  It's previously been   19:00:45

24    marked Exhibit 98.                            19:00:48

25              And while it's being loaded, this appears   19:00:55
```

Page 114

| | | |
|---|---|---|
| 1 | to be a post from you on the internal group app | 19:00:58 |
| 2 | review and policy enforcement feedback and | 19:01:03 |
| 3 | questions on June 11, 2015.  Is that right? | 19:01:05 |
| 4 | A.  I'm not seeing anything on the screen just | 19:01:14 |
| 5 | yet.  Or in the Veritext Egnyte thing. | 19:01:16 |
| 6 | (Previously marked Exhibit 98 was | 19:01:21 |
| 7 | presented to the witness.) | 19:01:26 |
| 8 | MR. BLUME:  Do you have an exhibit number? | 19:01:28 |
| 9 | MR. LOESER:  Yeah, it's Exhibit Number 98. | 19:01:30 |
| 10 | THE WITNESS:  I'm just going to quickly | 19:01:39 |
| 11 | turn on the lights in my room.  It's getting dark | 19:01:41 |
| 12 | here. | 19:01:45 |
| 13 | Okay.  I'm seeing something now.  Thank | 19:01:50 |
| 14 | you. | 19:01:52 |
| 15 | BY MR. LOESER: | 19:01:54 |
| 16 | Q.  And do you see the exhibit stamp 98? | 19:01:54 |
| 17 | A.  I do. | 19:01:58 |
| 18 | Q.  Okay.  And then if you look at the top of | 19:01:59 |
| 19 | the next page, it says "App Review and Policy | 19:02:01 |
| 20 | Enforcement Feedback and Questions." | 19:02:04 |
| 21 | A.  I see that, yes. | 19:02:09 |
| 22 | Q.  And what -- is this a -- like, what is | 19:02:11 |
| 23 | this? | 19:02:13 |
| 24 | Where was this posted? | 19:02:15 |
| 25 | A.  I can't confirm where this was posted from | 19:02:20 |

Page 115

| | | |
|---|---|---|
| 1 | what I'm seeing here.  It's -- yeah.  I -- from | 19:02:23 |
| 2 | what I'm seeing on the screen, I can't 100 percent | 19:02:27 |
| 3 | confirm where this -- where this was posted. | 19:02:30 |
| 4 | Q.  Okay.  And in June of 2015, what was your | 19:02:34 |
| 5 | position at Facebook? | 19:02:36 |
| 6 | A.  I was a product manager on the Facebook | 19:02:39 |
| 7 | Developer Platform. | 19:02:42 |
| 8 | Q.  Okay.  And was there a list serve or | 19:02:45 |
| 9 | something that was -- where people provided | 19:02:48 |
| 10 | feedback and questions for app review and policy | 19:02:52 |
| 11 | enforcement? | 19:02:55 |
| 12 | A.  There was likely a Facebook group.  We | 19:02:57 |
| 13 | used Facebook internally to discuss that.  That's | 19:02:59 |
| 14 | what this may be.  I just can't 100 percent confirm | 19:03:03 |
| 15 | it from what I'm looking at here. | 19:03:06 |
| 16 | Q.  Okay.  And if you look at just your post | 19:03:09 |
| 17 | starting at the top, it refers to something called | 19:03:13 |
| 18 | ██████████████ | ███████ |
| 19 | But before I ask you questions about that, | 19:03:20 |
| 20 | there's a link below that. | 19:03:23 |
| 21 | Can you tell what that link is? | 19:03:25 |
| 22 | A.  That looks to me like a -- what, a URL to | 19:03:31 |
| 23 | an image of -- first of all, that's what it looks | 19:03:39 |
| 24 | like to me.  I can't confirm if that URL is the URL | 19:03:42 |
| 25 | for the image directly below it.  It's possible, | 19:03:47 |

Page 116

CONFIDENTIAL

```
 1     but I can't confirm that.                    19:03:52

 2          Q.  Okay.  Well, let's look at your -- your   19:03:54

 3     post.  It says:                               19:03:57

 4                                                    19:04:09

 7               Do you see that?                     19:04:09

 8          A.  I see that on the screen, yeah.       19:04:09

 9          Q.  And below that, you write:            19:04:11

10

17     the user who's authorized the application who have   19:04:36

18     not yet authorized the application themselves.      19:04:41

19
```

CONFIDENTIAL

```
 1   ███████████        ████████

 █   ██  █████  █████████████

 █            ████████████████████        ████████

 █        ██████████████████████        ████████

 █        ████████████████        ████████

 █        ████████████████████        ████████

 █        ██████████████████████        ████████

 █        ████████████████        ████████

 9        Did I read that correctly?              19:05:41

10   A.  You read that correctly.                 19:05:43

11   Q.  And "V2," is that a reference to Graph API   19:05:45

12   Version 2?                                   19:05:47

13   A.  That would be a reference to Graph API   19:05:48

14   Version 2.                                   19:05:50

15        ██  ████████████████████        ████████

 █   █████████████████████        ████████

 █   █████████████████████        ████████

 █   ████████        ████████

19   A.  So the intended use, as I understand it,   19:06:06

20   and user_posts and user_photos was to grant apps   19:06:08

21   the ability -- well, for users to be able to   19:06:12

22   authorize an application to access their user posts   19:06:15

23   and photos for some value that the application was   19:06:19

24   providing to users.                          19:06:24

25   Q.  Okay.  And you thought that because user   19:06:29
```

Page 118

| | | |
|---|---|---|
| 1 | posts and user photos were emitting friend data and | 19:06:31 |
| 2 | Facebook had announced it had deprecated friend | 19:06:34 |
| 3 | data.  Right? | 19:06:38 |
| 4 | A.  So Facebook had announced it had -- it was | 19:06:41 |
| 5 | deprecating the friend permissions.  That's what | 19:06:44 |
| 6 | Facebook announced as part of the API V1 changes. | 19:06:49 |
| 7 | So that's important to clarify. | 19:06:55 |
| 8 | Q.  Okay.  And -- but when you say that it | 19:06:59 |
| 9 | ███████████████████████████████ | ████████ |
|  | ███████████████████████████████ | ████████ |
|  | ███████████████████████████ | ████████ |
|  | █████████████████████ | ████████ |
| 13 | A.  Several of the changes in API V2, or the | 19:07:20 |
| 14 | suite of things that were launched along with API | 19:07:26 |
| 15 | V2, were about limiting the ability of applications | 19:07:29 |
| 16 | to access a user's friends' content and | 19:07:36 |
| 17 | information. | 19:07:45 |
| 18 | In this case, what's still available to | 19:07:46 |
| 19 | this application is the likes and comments made by | 19:07:50 |
| 20 | a user's friends on a user's timeline posts. | 19:07:54 |
| 21 | Q.  Okay.  And how does that violate the | 19:08:08 |
| 22 | spirit of the V2 changes? | 19:08:10 |
| 23 | A.  The spirit of the V2 changes, as I | 19:08:16 |
| 24 | recall -- trying to remember what I wrote in this | 19:08:19 |
| 25 | post nearly seven or eight years ago -- is the apps | 19:08:23 |

Page 119

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | would have less access to information about a | 19:08:30 |
| 2 | user's friends who were not using the application. | 19:08:39 |
| 3 | That was indeed behind any of the changes | 19:08:45 |
| 4 | in API V2; but in this case, the application was | 19:08:51 |
| 5 | still accessing some information about the user's | 19:08:58 |
| 6 | friends who had commented or liked on the original | 19:09:02 |
| 7 | post -- on the app-using user's posts. | 19:09:05 |
| 8 | Q.  And so you expressed those concerns. | 19:09:22 |
| 9 | And do you recall whether this app | 19:09:27 |
| 10 | continued to have access to the user posts and user | 19:09:30 |
| 11 | photos after you expressed these concerns? | 19:09:35 |
| 12 | A.  From reading the thread that continues | 19:09:40 |
| 13 | below -- below this, it looks like the conclusion | 19:09:45 |
| 14 | was reached that this activity was not against | 19:09:48 |
| 15 | policy as defined at the time, and this access -- | 19:09:54 |
| 16 | this use case should continue. | 19:10:00 |
| 17 | I don't recall -- I do not know what | 19:10:05 |
| 18 | ██████████████████████████████ ████ | |
| 19 | Q.  Now, Mr. Cross, there were thousands of | 19:10:24 |
| 20 | apps that had access to friend information.  Is | 19:10:26 |
| 21 | that right? | 19:10:28 |
| 22 | A.  Over what time period are you referring | 19:10:35 |
| 23 | to? | 19:10:37 |
| 24 | Q.  Oh, that's a good question. | 19:10:38 |
| 25 | So prior to the introduction of Graph API | 19:10:40 |

Page 120

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Version 2, there were thousands of apps that had | 19:10:43 |
| 2 | access to friend permissions.  Right? | 19:10:46 |
| 3 | A.  Prior to the introduction of API | 19:10:49 |
| 4 | Version 2, any application on the Facebook | 19:10:51 |
| 5 | Developer Platform could request the friend | 19:10:53 |
| 6 | permissions from users. | 19:10:56 |
| 7 | Q.  And Facebook evaluated the number of apps | 19:10:59 |
| 8 | that had access to friend permissions as part of | 19:11:04 |
| 9 | its preparation for the introduction of Graph API | 19:11:08 |
| 10 | Version 2.  Right? | 19:11:12 |
| 11 | A.  In preparation for the changes launched on | 19:11:15 |
| 12 | April 30, 2015, a number of initiatives were | 19:11:18 |
| 13 | undertook to understand the potential impact of | 19:11:24 |
| 14 | these changes on the developer ecosystem. | 19:11:26 |
| 15 | Q.  And included in those initiatives was | 19:11:31 |
| 16 | identifying the number of users who downloaded apps | 19:11:34 |
| 17 | with access to friend information.  Right? | 19:11:37 |
| 18 | A.  Can you help me understand what you mean | 19:11:40 |
| 19 | by "downloaded"? | 19:11:41 |
| 20 | Q.  I'm sorry.  Installed the apps. | 19:11:43 |
| 21 | A.  My understanding is that one of the things | 19:11:50 |
| 22 | that was looked at is the number of users who had | 19:11:52 |
| 23 | granted one or more friend permissions to one or | 19:11:56 |
| 24 | more applications. | 19:11:59 |
| 25 | Q.  And as part of those initiatives as well, | 19:12:01 |

Page 121

| | | |
|---|---|---|
| 1 | Facebook identified the number of API calls on the | 19:12:05 |
| 2 | friend-sharing APIs.  Right? | 19:12:09 |
| 3 | A.  I would need to see, like, specific | 19:12:16 |
| 4 | documentation there. | 19:12:19 |
| 5 | Like, recall there was no such thing as | 19:12:21 |
| 6 | the friend APIs.  There are friend permissions, and | 19:12:25 |
| 7 | there are APIs, and those APIs can be called by the | 19:12:29 |
| 8 | app-using user or on behalf of that app-using | 19:12:32 |
| 9 | user's friends. | 19:12:38 |
| 10 | So, again, I want to make sure I'm giving | 19:12:39 |
| 11 | you the right answer, given the specifics. | 19:12:41 |
| 12 | Q.  I appreciate that.  So let's speak in | 19:12:43 |
| 13 | terms of friend permissions, then. | 19:12:45 |
| 14 | One of the things that Facebook can | 19:12:47 |
| 15 | identify is the number of API calls on any of the | 19:12:49 |
| 16 | permissions that are available on the Platform. | 19:12:53 |
| 17 | Right? | 19:12:56 |
| 18 | A.  So, again, the -- | 19:13:00 |
| 19 | Q.  Or did I mix up the terminology -- the | 19:13:01 |
| 20 | calls are referred to the APIs themselves, not the | 19:13:03 |
| 21 | permissions.  Is that right? | 19:13:06 |
| 22 | A.  When you -- when you see a reference to | 19:13:07 |
| 23 | "API calls," that's referring to APIs. | 19:13:09 |
| 24 | The permissions determine what information | 19:13:12 |
| 25 | is available via those APIs. | 19:13:15 |

Page 122

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | So, yeah, those concepts are separate, | 19:13:18 |
| 2 | yeah. | 19:13:21 |
| 3 | Q.  So Facebook can identify and did identify | 19:13:21 |
| 4 | the number of API calls on the APIs that provided | 19:13:24 |
| 5 | access to friend information. | 19:13:30 |
| 6 | A.  The -- the documents I've read show that | 19:13:41 |
| 7 | there was an effort done to determine how API calls | 19:13:45 |
| 8 | that were made by applications -- and some of the | 19:13:50 |
| 9 | API calls -- some of the APIs would -- would | 19:13:54 |
| 10 | specifically map to friend data; other API calls | 19:13:59 |
| 11 | would not be specific to friend data. | 19:14:03 |
| 12 | Q.  And I appreciate that.  And I'm trying to | 19:14:08 |
| 13 | make sure I understand what Facebook knew about the | 19:14:10 |
| 14 | use of APIs that provided access to friend | 19:14:13 |
| 15 | information. | 19:14:18 |
| 16 | And my understanding is that Facebook | 19:14:18 |
| 17 | identified that thousands of apps installed by | 19:14:20 |
| 18 | millions of users made millions of calls on | 19:14:24 |
| 19 | friend-sharing APIs.  Is that a fair statement? | 19:14:27 |
| 20 | A.  No.  The -- the friend-sharing API part of | 19:14:31 |
| 21 | that doesn't map with my understanding of how the | 19:14:36 |
| 22 | platform worked. | 19:14:39 |
| 23 | If you could show me a document that | 19:14:40 |
| 24 | states that, that might be helpful for me to | 19:14:42 |
| 25 | analyze. | 19:14:45 |

Page 123

| | | |
|---|---|---|
| 1 | Q. Yeah. And we'll get into a document | 19:14:47 |
| 2 | that -- 'cause as you say, there were various | 19:14:49 |
| 3 | initiatives that studied the extent to which friend | 19:14:52 |
| 4 | information was made available by apps via APIs | 19:14:56 |
| 5 | that provided access to that information. Okay. | 19:15:01 |
| 6 | Right? | 19:15:05 |
| 7 | A. There were a number of studies done to | 19:15:05 |
| 8 | analyze the use of the Platform by developers and | 19:15:08 |
| 9 | how they were using the Platform and which | 19:15:12 |
| 10 | permissions they were requesting and which APIs | 19:15:15 |
| 11 | they were -- they were calling. | 19:15:17 |
| 12 | Q. And deprecating -- and I hope I'm using | 19:15:20 |
| 13 | the terminology right -- but deprecating friend | 19:15:24 |
| 14 | permissions, that was a thing. Right? | 19:15:27 |
| 15 | A. In API Version 2, the friend permissions | 19:15:31 |
| 16 | were not readily grantable by a user using an | 19:15:35 |
| 17 | application that was using API Version 2. | 19:15:40 |
| 18 | Q. And that was a big change at Facebook | 19:15:44 |
| 19 | because thousands of apps had access to the APIs | 19:15:46 |
| 20 | that allowed friend-sharing. Right? | 19:15:52 |
| 21 | A. The way that the Facebook Developer | 19:16:01 |
| 22 | Platform worked before API Version 2 allowed any | 19:16:03 |
| 23 | application to request friend permissions, and a | 19:16:08 |
| 24 | number of applications did so. | 19:16:14 |
| 25 | And so the removal of those permissions | 19:16:17 |

Page 124

| | | |
|---|---|---|
| 1 | from the public API surface area in API Version 2, | 19:16:21 |
| 2 | yes, was considered a significant change to the | 19:16:27 |
| 3 | Facebook Developer Platform. | 19:16:30 |
| 4 | MR. LOESER:  If we could go to Tab 8. | 19:16:35 |
| 5 | (Deposition Exhibit 334 was marked for | 19:17:10 |
| 6 | identification.) | 19:17:12 |
| 7 | MR. LOESER:  This is Exhibit 334.  The | 19:17:15 |
| 8 | Bates number on this is 01685319.ppt. | 19:17:20 |
| 9 | Q.  Is that right? | 19:17:26 |
| 10 | And, Mr. Cross, do you see what's on your | 19:17:28 |
| 11 | screen? | 19:17:30 |
| 12 | A.  I do. | 19:17:30 |
| 13 | Q.  And this is -- you can take a minute to | 19:17:32 |
| 14 | skim through it.  I just have a few questions about | 19:17:36 |
| 15 | this slide deck.  And the first page says: "Login | 19:17:39 |
| 16 | V4 (+PS12n) - 1/24/2014 update." | 19:17:42 |
| 17 | Can you describe what this refers to just | 19:17:49 |
| 18 | by looking at the title of it? | 19:17:55 |
| 19 | A.  "Login V4" refers to the update to the | 19:17:57 |
| 20 | Facebook Platform Login dialogue that were launched | 19:18:00 |
| 21 | in -- as part of the changes announced on | 19:18:06 |
| 22 | April 30, 2014.  So that's what "Login V4" refers | 19:18:10 |
| 23 | to. | 19:18:16 |
| 24 | And "PS12n" refers to a term called | 19:18:16 |
| 25 | "platform simplification," which was one of the | 19:18:20 |

Page 125

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | terms used as part of the work that led up to the | 19:18:23 |
| 2 | changes that were announced in -- on April 30, | 19:18:30 |
| 3 | 2014. | 19:18:34 |
| 4 | Q.  Okay.  And if you -- if you turn to the | 19:18:37 |
| 5 | next page of that slide deck, there's an "Overview" | 19:18:41 |
| 6 | slide which describes the content of this | 19:18:47 |
| 7 | presentation. | 19:18:51 |
| 8 | ████████████████████  █████  ████   ███████ | |
|  | ██████████████████████████  ███████ | |
| ██ | ████████   █████████████████  ███████ | |
| ██ | ██████████  █████████████████  ███████ | |
| ██ | ████████ | ███████ |
| 13 | Did I read that correctly? | 19:19:05 |
| 14 | A.  You read that correctly. | 19:19:06 |
| 15 | Q.  And we've discussed user trust. | 19:19:07 |
| 16 | What does "developer trust" refer to? | 19:19:10 |
| 17 | A.  "Developer trust" refers to how Facebook | 19:19:14 |
| 18 | thought about its relationship with its platform | 19:19:17 |
| 19 | developers; whether or not those developers would | 19:19:21 |
| 20 | be keen to continue developing integrations with | 19:19:27 |
| 21 | the Facebook Developer Platform. | 19:19:31 |
| 22 | Q.  And why did Facebook want developers to do | 19:19:33 |
| 23 | that? | 19:19:36 |
| 24 | A.  If you're building a developer platform, | 19:19:40 |
| 25 | you typically want developers to build for your | 19:19:43 |

Page 126

| | | |
|---|---|---|
| 1 | developer platform. | 19:19:46 |
| 2 | Q.   And what does Facebook gain from that? | 19:19:48 |
| 3 | A.   Facebook gained a number of things from | 19:19:55 |
| 4 | its Developer Platform, various different types, | 19:19:56 |
| 5 | depending on the functionality of the app provided. | 19:20:03 |
| 6 | Q.   Okay.  Are there a couple of main | 19:20:08 |
| 7 | priorities? | 19:20:11 |
| 8 | A.   One example would be allowing apps that | 19:20:15 |
| 9 | would -- users using applications where users would | 19:20:22 |
| 10 | share content or activity in their applications | 19:20:26 |
| 11 | back to Facebook so that it could be seen on | 19:20:31 |
| 12 | Facebook by that user's friends on that Newsfeed. | 19:20:33 |
| 13 | Q.   And did Facebook, then, have an appetite | 19:20:38 |
| 14 | for more information because it utilized that | 19:20:42 |
| 15 | information in its Advertising Platform? | 19:20:44 |
| 16 | A.   I haven't prepared to talk about how the | 19:20:51 |
| 17 | advertising systems work.  That's -- that's not my | 19:20:54 |
| 18 | area of expertise in general, and it's not | 19:20:57 |
| 19 | something I prepared in this -- to testify on.  I | 19:21:01 |
| 20 | understand there are other people doing that. | 19:21:04 |
| 21 | My understanding of the reason why we were | 19:21:09 |
| 22 | keen for apps to share contact back to Facebook is | 19:21:13 |
| 23 | that that would result in content on Facebook that | 19:21:18 |
| 24 | could be viewed in Newsfeed that people could like | 19:21:21 |
| 25 | and comment and reshare. | 19:21:24 |

Page 127

CONFIDENTIAL

```
 1        Q.  And -- and you're not knowledgeable about        19:21:26

 2   whether it was also -- that information was used          19:21:29

 3   to -- for the benefit of the targeted advertising         19:21:32

 4   systems?                                                   19:21:36

 5        A.  I am not an expert in how Facebook's             19:21:38

 6   targeted advertising systems work or what                 19:21:41

 7   information is used to inform how ad-targeting             19:21:43

 8   works.                                                     19:21:48

 9

16        Q.  Okay.  If you could turn to page 6 of this       19:22:24

17   slide deck -- and it doesn't have page numbers on         19:22:28

18   it, so we'll flip to the sixth page and tell you,         19:22:31

19   "This is the sixth page."                                 19:22:34

20        Do you see the slide on the screen now?              19:22:36

21        A.  I do.                                             19:22:40

22        Q.  And do you see the title of that slide?          19:22:41

23        A.  I do.                                             19:22:44

24        Q.  And what does it say?                            19:22:46

25
```

Page 128

CONFIDENTIAL

1   ████  ██████████████████████████        ████████

2       A.   I -- I don't know what high-value perms      19:22:57

3   are in a general context.  The slide includes a      19:23:04

4   number of permissions that were available on the     19:23:07

5   Facebook Developer Platform, and this slide is by    19:23:10

6   inference calling those "high-value perms."          19:23:15

7       But I can't say today exactly what              19:23:18

8   "high-value perms" means in general.                 19:23:20

9       Q.   And what is Facebook's definition of        19:23:24

10  "high-value perms"?                                  19:23:27

11      And I assume that's the permissions.  So        19:23:30

12  high-value permissions?                              19:23:32

13      A.   I'm not aware of Facebook having a          19:23:34

14  definition of "high-value perms" that's general and  19:23:35

15  commonly used.  This seems to be a set of            19:23:38

16  terminology created by the author of this deck.      19:23:43

17  ████  ██████  ████████████████████        ████████

████  ████████████████████████████████        ████████

████  ██████████████████  ██████████        ████████

████  ██████████████████████████████        ████████

████  ████████████████████████████        ████████

████  ████████████████        ████████

████  ██████████████        ████████

████  ████  ██████████████████████████        ████████

████  ████████████████████████████████        ████████

Page 129

CONFIDENTIAL

```
 1    ███████████          ████████

 █        ██   ██████████████████        ████████

 █          ██████████████████████       ████████

 █          ██████████████████████       ████████

 █          ████████████████████         ████████

 █          ██████████████████████       ████████

 █          ██████                        ████████

 █              ████████████████████      ████████

 █          ████████████████████          ████████

 █         ██████████████████████         ████████

 █         ████████████    ████████        ████████
```

12        A.  Well, I can see on the slide the number of       19:24:58

13    permissions that the author of this deck has              19:25:01

14    somehow categorized as "high-value perms."                19:25:04

15            But, like I said, this isn't -- this              19:25:07

16    doesn't resonate to me as a -- as a general               19:25:09

17    classification that was widely used.                      19:25:13

```
18        ██   ████████████████████████       ████████

 █      ██████████████    ████████████        ████████

 █      ██████████████████    ████████        ████████
```

21    right?                                                    19:25:26

22        A.  That's what I see in the column header,           19:25:28

23    yeah.                                                     19:25:30

24        Q.  And so earlier, I was asking you questions        19:25:32

25    to try and get a scope -- understand the scope of         19:25:34

Page 130

1    friend-sharing use in particular.                    19:25:38

2    ███████████████████████   ████

██████████████████████████   ████

██████████████████████████   ████

████  ████                   ████

███  ███████████████████     ████

███████████████████          ████

████████████████████         ████

███████████████              ████

10        It's not clear from what I'm seeing here     19:26:16

11   whether or not that was an average or what         19:26:19

12   particular day or from what time period that data  19:26:21

13   was collected, to be clear.                        19:26:23

14        Q.  And earlier you talked about various      19:26:27

15   initiatives that Facebook undertook before         19:26:29

16   implementing the new version of the graph.         19:26:32

17        And does this appear to be one of the         19:26:35

18   evaluations that Facebook did of the extent of the 19:26:37

19   use of various permissions that were going to be   19:26:40

20   deprecated?                                        19:26:44

21        A.  Given my understanding of the -- of the   19:26:48

22   date of this slide deck, given it was before the   19:26:50

23   changes were announced and the data contained      19:26:54

24   within, it seems reasonable that this is an output 19:26:57

25   of some of the analysis that was done to understand 19:27:03

Page 131

CONFIDENTIAL

```
1     the scale of the apps using to-be-deprecated        19:27:07

2     permissions, including the friend permissions.      19:27:14

3          Q.  And let's go to the next slide.            19:27:18

4     ████████████████████████████████████████  ███████

█     ████████████████████████████████████████████  ███████

█     ████████████████████████████████████████  ███████

█     ████████████████████████████████  ███████

█     ████████████████████████████  ███████

█     ████████████████████████  ███████

10         A.  I have -- I do not know which apps are     19:27:40

11    being referred to here, like, which apps are the    19:27:44

12    number -- which represent the 31, and I also don't  19:27:47

13    know how that number was derived.                   19:27:50

14         So I -- it's hard for me to -- I am unable      19:27:56

15    to -- to answer the question what -- what were      19:27:59

16    ████████████████████████████████████████  ███████

█     ████████████  ███████

█     ██  ████████████████████████████████  ███████

█     ████████████████████████████████████████  ███████

█     ████████████  ███████

█     ██  ████████████████████████████████  ███████

█     ████████████████████████████████  ███████

█     ██  ████████████████████████████  ███████

█     ████████████████████████████████████████  ███████

█     ████████████████████████  ███████
```

Page 132

1   A.  My first step would be to try and identify  19:28:40

2  the author of the deck and to see if they are  19:28:43

3  contactable and to attempt to determine if they  19:28:49

4  recall how this determination was made.  19:28:52

5   Q.  Is asking Mark perhaps one of the ways to  19:28:58

6  find the answer to that as well?  19:29:00

7   A.  I doubt Mark would know how this slide  19:29:02

8  deck was prepared or what went into determining  19:29:05

9  that number on the screen.  19:29:08

10   Q.  And without having any commentary on the  19:29:11

11  fact that Sheryl has more friends than Mark, where  19:29:14

12  would one go to find out what key apps are Sheryl's  19:29:17

13  friends?  19:29:21

14   A.  Well, so first of all, you said there that  19:29:22

15  Sheryl has more friends than Mark.  19:29:28

16   The numbers here refer to apps, not  19:29:31

17  friends, to be clear.  19:29:34

18   And the same answer applies here, which is  19:29:35

19  I -- I do not know how this slide deck was created  19:29:40

20  or who created it or how they came to this  19:29:45

21  determination.  There's no evidence here of how  19:29:49

22  that was determined.  19:29:54

23   Q.  So I can tell you from the metadata that  19:29:55

24  this is from Eddie O'Neil's custodial file.  19:29:57

25   So does that suggest to you that you would  19:30:02

Page 133

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ask -- if he's the author of this deck, you could | 19:30:04 |
| 2 | ask him how he came up with these numbers? | 19:30:07 |
| 3 | A.  If he is indeed the author of the deck, | 19:30:09 |
| 4 | it's -- he could be asked.  Whether or not he would | 19:30:15 |
| 5 | recall how these numbers were derived is a question | 19:30:17 |
| 6 | for him. | 19:30:21 |
| 7 | Q.  Okay.  And what is "Generating TPV"? | 19:30:23 |
| 8 | What is "TPV"? | 19:30:27 |
| 9 | A.  TPV in this context refers to total | 19:30:29 |
| 10 | payment volume, which is the payments happening in | 19:30:31 |
| 11 | the games, as I understand it, that are being | 19:30:39 |
| 12 | referred to here. | 19:30:44 |
| 13 | Q.  Okay.  So this appears that when | 19:30:47 |
| 14 | evaluating the deprecation of certain permissions, | 19:30:50 |
| 15 | Mr. O'Neil identified key apps that were generating | 19:30:55 |
| 16 | TPV.  Correct? | 19:30:59 |
| 17 | A.  Sorry.  Can you ask that again?  I want to | 19:31:02 |
| 18 | make sure I -- | 19:31:04 |
| 19 | Q.  Yeah, I'm just trying to understand -- | 19:31:05 |
| 20 | sorry, we're talking at the same time, which is my | 19:31:07 |
| 21 | fault. | 19:31:10 |
| 22 | But I'm trying to understand the -- this | 19:31:10 |
| 23 | appears to be an analysis of what APIs were going | 19:31:12 |
| 24 | to be deprecated, but also what apps would be | 19:31:16 |
| 25 | affected by those deprecations.  Right? | 19:31:20 |

Page 134

```
 1          And so one of the categories here that          19:31:23

 2     appears was -- that was being evaluated was whether   19:31:24

 3     the app that could be impacted by deprecation was     19:31:27

 4     generating TPV.                                       19:31:32

 5          Is that a fair read?                             19:31:34

 6     A.  My understanding is this deck has referred        19:31:36

 7     to a range of potentially to-be-deprecated APIs and   19:31:38

 8     permissions -- sorry -- specifically, the previous    19:31:46

 9     slide refers to permissions that were at this point   19:31:49

10     proposed to be deprecated, publicly -- not publicly   19:31:53

11     available to developers anymore, and the "Key apps"   19:31:59

12     slide is an attempt to quantify the number of apps    19:32:02

13     that the author estimated to be impacted by those     19:32:05

14     deprecations.                                         19:32:09

15     Q.  And what -- is it "Neko"?  Is that "Neko          19:32:12

16     spenders"?                                            19:32:17

17     A.  Neko or Neko, that refers to a product           19:32:18

18     that is -- that came to be known as "Mobile App       19:32:24

19     Install Ads."                                         19:32:27

20     Q.  Okay.  And what are "Neko spenders"?             19:32:31

21     A.  So my understanding is that would refer to        19:32:36

22     apps that were -- in some period of time had spent    19:32:38

23     some money on mobile app install ads.                 19:32:42

24     Q.  And when you say "spend some money," what         19:32:47

25     does that mean?                                       19:32:50
```

Page 135

```
1        A.  "Mobile App Install Ads" is an ads         19:32:52

2    product.  And so if a developer wanted to have ads  19:32:57

3    for their app, then they would buy those ads just  19:33:02

4    like any other ad on Facebook.                      19:33:06

5    ███  ███████████████████████████       ██████

     █        █████████████████████████      ██████

     █   █████████████████                   ██████

8        A.  I don't know what "Noisy" refers to.        19:33:22

9        Q.  And what about "T0/" -- or "T0/T1           19:33:24

10   partners?"                                          19:33:30

11       Do you know what that refers to?                19:33:31

12       A.  That's referring to some kind of partner    19:33:33

13   categorization that would have been in use at the   19:33:35

14   time, but there are a number of different ways that 19:33:37

15   the partnership team would have classified and      19:33:40

16   categorized apps over time.                         19:33:46

17       Q.  Do you know what a "T0 partner" is?         19:33:48

18       A.  It would have been some categorization      19:33:51

19   that the platform partnerships team was using, but  19:33:53

20   I don't know exactly what T0 -- the criteria to be  19:33:57

21   classified as a T0 app was.                         19:34:05

22       Q.  And then T1, it -- my understanding is it   19:34:07

23   has to do with the importance of the partner to     19:34:11

24   Facebook.                                           19:34:14

25       Is that consistent with your                    19:34:14
```

Page 136

1      understanding?                                      19:34:16

2          A.  My understanding is there were various      19:34:17

3      tiers of partners, Tier 0 being the top, Tier 1     19:34:20

4      being one below.                                    19:34:25

5              But again, I -- it's unclear.  I am unable   19:34:27

6      to say what was -- why an app would be categorized  19:34:31

7      in Tier 0 versus Tier 1.                            19:34:35

8          Q.  And does Facebook classify its partners     19:34:38

9      differently based upon how much revenue Facebook    19:34:43

10     receives from the partner?                          19:34:47

11         A.  I don't know how the -- the tiering, as     19:34:53

12     represented here, was -- was determined.  My        19:34:56

13     understanding is there would have been a range of   19:34:59

14     factors that would have gone into that tiering      19:35:01

15     determination.                                      19:35:06

16         Q.  Now, my understanding of the -- of the      19:35:14

17     purpose of allowing an app to have access to friend 19:35:18

18     information was to use that information in the --    19:35:22

19     solely in the context of the person who authorized  19:35:28

20     the app to obtain the information.                  19:35:32

21              Is that your understanding?                19:35:34

22         A.  My understanding is that the existence of   19:35:43

23     the ability for apps to access information about a  19:35:50

24     user who used the app and their friends was to      19:35:54

25     build an engaging social experience for that user.  19:35:59

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And there were rules at Facebook, | 19:36:03 |
| 2 | developer rules, that limited the use of friend | 19:36:06 |
| 3 | information to the purpose you just described.  Is | 19:36:09 |
| 4 | that right? | 19:36:12 |
| 5 | A.  There was a range of platform policies | 19:36:15 |
| 6 | that developers -- it was a specific set of | 19:36:17 |
| 7 | platform policies that the -- that developers of | 19:36:20 |
| 8 | the Facebook app -- the developers of apps that | 19:36:25 |
| 9 | used the Facebook Developer Platform would have to | 19:36:27 |
| 10 | agree to. | 19:36:32 |
| 11 | Q.  And so if an app gets access to friend | 19:36:34 |
| 12 | data and then uses that information to target the | 19:36:39 |
| 13 | friends of the app users with advertisements, that | 19:36:41 |
| 14 | would be an example of an app using friend | 19:36:46 |
| 15 | information in a way that is -- that violates | 19:36:48 |
| 16 | Facebook's developer policies.  Is that right? | 19:36:52 |
| 17 | MR. BLUME:  Objection to scope. | 19:36:55 |
| 18 | THE WITNESS:  Sorry.  I haven't prepared | 19:37:00 |
| 19 | to speak to Facebook's developer policies and | 19:37:01 |
| 20 | precisely what they allowed or prohibited -- and | 19:37:04 |
| 21 | also how Facebook's advertising ecosystem worked. | 19:37:09 |
| 22 | BY MR. LOESER: | 19:37:15 |
| 23 | Q.  And based upon your knowledge of the | 19:37:19 |
| 24 | platform, was my statement correct? | 19:37:20 |
| 25 | A.  I -- I am not -- I'm not sure I can | 19:37:24 |

Page 138

```
 1    confirm exactly that -- that statement.  I am not      19:37:33

 2    sure, as I sit here today, exactly what the            19:37:37

 3    policies were at any given time in the past.           19:37:39

 4         Q.   Okay.  Let me ask one more related           19:37:46

 5    question.  Perhaps this is something that you are      19:37:48

 6    familiar with.                                         19:37:50

 7              If an app gets access to friend data and     19:37:51

 8    then sells that friend information to another third    19:37:53

 9    party, would that be an example of the app using       19:37:56

10    friend information in a way that is not solely         19:37:59

11    within the app user's experience?                      19:38:03

12         A.   If an app developer is making data           19:38:10

13    available to another entity that isn't -- that --      19:38:16

14    it's hard -- yeah.                                     19:38:26

15              It's hard for me to, like, give a specific   19:38:27

16    answer to that based on my understanding of how        19:38:29

17    the -- of what was and wasn't okay in terms of the     19:38:33

18    Facebook Developer Platform policies.                  19:38:37

19         Q.   Okay.  But you described for me Facebook's   19:38:39

20    understanding of how friend information was to be      19:38:43

21    used, which was to create the experience between       19:38:45

22    the user of the app and the app.  Right?               19:38:48

23         A.   So my answer there was referring to my       19:38:52

24    understanding of the -- the primary reason why the     19:38:56

25    Facebook Platform existed, which was to primarily      19:38:59
```

Page 139

| | | |
|---|---|---|
| 1 | allow developers to build engaging social | 19:39:04 |
| 2 | experiences that users could interact with that was | 19:39:08 |
| 3 | valuable to them. | 19:39:11 |
| 4 | Q.  And Facebook did not intend in that | 19:39:12 |
| 5 | context for apps to use friend information it | 19:39:15 |
| 6 | obtained from a user outside of the context of the | 19:39:18 |
| 7 | user's experience with that app.  Right? | 19:39:25 |
| 8 | A.  So there were a number of users -- uses of | 19:39:29 |
| 9 | the Facebook Developer Platform where | 19:39:33 |
| 10 | information -- often publicly available information | 19:39:37 |
| 11 | about a user's activity would be available to an | 19:39:40 |
| 12 | app developer without the user explicitly | 19:39:43 |
| 13 | authorizing the application. | 19:39:47 |
| 14 | Q.  And let's confine our answer to | 19:39:53 |
| 15 | information obtained about a friend that was | 19:39:55 |
| 16 | intended for friends only; that wasn't public. | 19:39:57 |
| 17 | And I'm just trying to understand kind of | 19:40:01 |
| 18 | how friend-sharing works.  It's not a trick | 19:40:04 |
| 19 | question.  I'm just trying to understand if an app | 19:40:06 |
| 20 | obtains friend information but then uses that | 19:40:08 |
| 21 | information for purposes other than the experience | 19:40:10 |
| 22 | of the app user and the app, is that something that | 19:40:12 |
| 23 | is beyond what Facebook intended when it provided | 19:40:16 |
| 24 | access to the friend information? | 19:40:20 |
| 25 | A.  So limited to -- limited to the context of | 19:40:27 |

| | | |
|---|---|---|
| 1 | a user having explicitly authorized an application | 19:40:30 |
| 2 | and then that application having access to the -- | 19:40:36 |
| 3 | the data made available via the friend permissions, | 19:40:39 |
| 4 | my understanding is that the -- that that | 19:40:43 |
| 5 | information was to be used within the context of | 19:40:46 |
| 6 | the application that the user was using. | 19:40:48 |
| 7 | Q.  Did Facebook have any technology making it | 19:40:51 |
| 8 | impossible for apps to use friend data other than | 19:40:54 |
| 9 | in connection with the app user? | 19:40:58 |
| 10 | A.  One piece of technology Facebook has, or | 19:41:06 |
| 11 | had, is the privacy settings available governing | 19:41:11 |
| 12 | visibility of content on Facebook. | 19:41:18 |
| 13 | As a result, it's possible that, for | 19:41:22 |
| 14 | example, if we were friends and you posted a post, | 19:41:26 |
| 15 | you could make that post not visible to me, even | 19:41:31 |
| 16 | though we were friends using on-Facebook privacy | 19:41:36 |
| 17 | settings. | 19:41:40 |
| 18 | If you had done that, then that piece of | 19:41:41 |
| 19 | content wouldn't be available via the API if it was | 19:41:44 |
| 20 | being called on my behalf. | 19:41:50 |
| 21 | Q.  Okay.  And if you have shared information | 19:41:52 |
| 22 | with your friend based upon your privacy setting | 19:41:54 |
| 23 | that allowed friends to have that information, was | 19:41:59 |
| 24 | there technology that prevented an app from -- | 19:42:01 |
| 25 | could Facebook have utilized technology that would | 19:42:07 |

Page 141

```
 1      prevent that app from getting the friend              19:42:10

 2      information since the app is not the friend of the    19:42:13

 3      person who posted it?                                 19:42:15

 4           A.   So the -- again, which time frame are you   19:42:17

 5      referring to here?                                    19:42:20

 6           Q.   At any point since 2007.                    19:42:22

 7           A.   Okay.  So once a -- once an app makes an    19:42:25

 8      API call on behalf of a user and the Facebook API     19:42:32

 9      returns that information to the application, then     19:42:38

10      the application or the developer, whether or not      19:42:44

11      that's their servers or the code, technically has     19:42:48

12      access to that information.                           19:42:51

13           And once they have that information,             19:42:54

14      the -- there's very little -- there's no technical    19:42:57

15      way for Facebook to prevent it being used outside     19:43:01

16      the use of the application itself.                    19:43:06

17           Q.   Does Facebook perform financial analysis    19:43:17

18      of the different products it offers?                  19:43:20

19           A.   That's a very --                            19:43:25

20           Sorry, Rob, it looks like you were going         19:43:27

21      to say something.                                     19:43:30

22           MR. BLUME:  I was just going to object to        19:43:31

23      the form.                                             19:43:33

24           THE WITNESS:  Facebook as a company does         19:43:40

25      look at its various products and how they are         19:43:44
```

Page 142

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | performing. | 19:43:47 |
| 2 | BY MR. LOESER: | 19:43:47 |
| 3 | Q.  Okay.  And do the different products | 19:43:48 |
| 4 | engage in analysis of revenue and the income, | 19:43:50 |
| 5 | et cetera, of that product to -- to Facebook? | 19:43:55 |
| 6 | A.  Different products assess their | 19:44:01 |
| 7 | performance in different ways.  Ads products, for | 19:44:02 |
| 8 | example, typically would look at revenue as to | 19:44:06 |
| 9 | whether or not they were performing. | 19:44:10 |
| 10 | Q.  And what about partnership-based products? | 19:44:14 |
| 11 | Are there partnership-based products? | 19:44:18 |
| 12 | A.  Help me understand what you mean by | 19:44:21 |
| 13 | "partnership-based products." | 19:44:23 |
| 14 | Q.  Well, you were in the Partnership team. | 19:44:25 |
| 15 | Did it have a product? | 19:44:27 |
| 16 | A.  The Partnership team doesn't have | 19:44:29 |
| 17 | products, no. | 19:44:30 |
| 18 | Q.  And does it report revenue or income? | 19:44:33 |
| 19 | A.  The Partnership -- the Platform | 19:44:39 |
| 20 | Partnerships team would typically assess the | 19:44:41 |
| 21 | utilization of the Facebook Developer Platform | 19:44:49 |
| 22 | product by Platform developers, and income from | 19:44:52 |
| 23 | Platform developers is one of the things that may | 19:45:01 |
| 24 | have been looked at in terms of understanding the | 19:45:05 |
| 25 | performance of the Platform products. | 19:45:08 |

Page 143

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And what types of income did Facebook | 19:45:11 |
| 2 | receive from Platform developers? | 19:45:13 |
| 3 | A.  The types of income that Facebook would | 19:45:18 |
| 4 | receive from Platform developers were, broadly: | 19:45:21 |
| 5 | One, ad spend related to the Platform developer's | 19:45:25 |
| 6 | products; and, two, in the case of games that used | 19:45:35 |
| 7 | in-game currency where that game was rendered | 19:45:41 |
| 8 | inside the Facebook Chrome on the web, Facebook | 19:45:44 |
| 9 | would take a cut of the total payment volume inside | 19:45:54 |
| 10 | of that game or app. | 19:45:59 |
| 11 | Q.  And does Facebook consider the user data | 19:46:07 |
| 12 | it collects and infers about users valuable? | 19:46:09 |
| 13 | A.  Can you help me understand the -- the | 19:46:15 |
| 14 | context, as in -- yeah. | 19:46:17 |
| 15 | Can you help me understand the context | 19:46:20 |
| 16 | you're asking in? | 19:46:21 |
| 17 | Q.  Sure.  I'll ask more specifically. | 19:46:22 |
| 18 | Did Facebook do any financial analysis of | 19:46:24 |
| 19 | the value of user data it collects and infers about | 19:46:26 |
| 20 | users? | 19:46:30 |
| 21 | A.  In -- let me understand.  In any way, | 19:46:39 |
| 22 | across any part of the company?  Is that what | 19:46:41 |
| 23 | you're asking? | 19:46:43 |
| 24 | Q.  Yes.  Yes.  We can start big and go small. | 19:46:44 |
| 25 | So, in any way. | 19:46:47 |

Page 144

| | | |
|---|---|---|
| 1 | MR. BLUME:  Objection to scope. | 19:46:50 |
| 2 | THE WITNESS:  Yeah.  It's hard for me to | 19:46:52 |
| 3 | answer that question at the full company level. | 19:46:54 |
| 4 | That's not what I've prepared to testify on. | 19:46:57 |
| 5 | On a personal level, there -- I can say | 19:47:00 |
| 6 | that there are products that the -- where the -- | 19:47:04 |
| 7 | where, like, the impact of the -- or the -- it's | 19:47:18 |
| 8 | hard for me to say.  I can't give you a very crisp | 19:47:22 |
| 9 | and clear and accurate answer to that -- to that | 19:47:26 |
| 10 | question.  It's not what I've testified on, and I'd | 19:47:28 |
| 11 | be giving you an inappropriate answer, I think. | 19:47:31 |
| 12 | BY MR. LOESER: | 19:47:36 |
| 13 | Q.  If I wanted to have Facebook answer the | 19:47:36 |
| 14 | question whether it does financial analysis of the | 19:47:38 |
| 15 | value of user data that it collects, where would I | 19:47:40 |
| 16 | go in the company to get information about that? | 19:47:44 |
| 17 | Is that the finance department or -- or | 19:47:47 |
| 18 | where would that get reported? | 19:47:50 |
| 19 | MR. BLUME:  Objection.  Beyond the scope. | 19:47:52 |
| 20 | THE WITNESS:  Yeah, I think different | 19:47:57 |
| 21 | teams assess the performance of their products in | 19:47:59 |
| 22 | different ways, and those products involve | 19:48:02 |
| 23 | different kinds of information. | 19:48:05 |
| 24 | So it's really hard to give you a specific | 19:48:07 |
| 25 | answer to that question.  I couldn't give you a | 19:48:09 |

Page 145

| | | |
|---|---|---|
| 1 | specific answer to that question. | 19:48:11 |
| 2 | BY MR. LOESER: | 19:48:15 |
| 3 | Q.  Okay.  And has Facebook done any analysis | 19:48:15 |
| 4 | of the value of the data it makes available to | 19:48:17 |
| 5 | third parties through the Facebook Social Graph? | 19:48:20 |
| 6 | MR. BLUME:  Objection.  Scope. | 19:48:24 |
| 7 | THE WITNESS:  I've seen some analysis of | 19:48:33 |
| 8 | the impact of the Platform changes that were | 19:48:34 |
| 9 | proposed, and I've also seen and heard about | 19:48:37 |
| 10 | analysis done of the -- of the use of the Facebook | 19:48:43 |
| 11 | Developer Platform in terms of how people use it | 19:48:46 |
| 12 | and how that contributes revenue to Facebook.  But | 19:48:51 |
| 13 | I've -- I don't recall seeing analysis specific to, | 19:48:58 |
| 14 | like, the user data itself. | 19:49:01 |
| 15 | BY MR. LOESER: | 19:49:04 |
| 16 | Q.  Okay.  Well, walk me through the two types | 19:49:06 |
| 17 | of analyses you just mentioned. | 19:49:12 |
| 18 | MR. BLUME:  Objection to scope, but he can | 19:49:18 |
| 19 | in his personal capacity. | 19:49:21 |
| 20 | BY MR. LOESER: | 19:49:23 |
| 21 | Q.  Well, let me clarify. | 19:49:23 |
| 22 | Your answer was:  "I've seen some analysis | 19:49:25 |
| 23 | of the impact of the Platform changes that were | 19:49:26 |
| 24 | proposed." | 19:49:29 |
| 25 | So what's the analysis that you've seen of | 19:49:30 |

Page 146

| | | |
|---|---|---|
| 1 | the impact of the Platform changes that were | 19:49:32 |
| 2 | proposed? | 19:49:34 |
| 3 | A.  So one of the documents I reviewed in | 19:49:38 |
| 4 | preparation for the testimony today seems to -- | 19:49:40 |
| 5 | seems to make an assessment of the various changes | 19:49:45 |
| 6 | that were proposed to be launched and estimates the | 19:49:48 |
| 7 | impact that might have on Facebook's revenues from | 19:49:53 |
| 8 | developers. | 19:49:57 |
| 9 | So I recall reviewing a document of that | 19:50:00 |
| 10 | form. | 19:50:02 |
| 11 | Q.  And can you tell me more about that | 19:50:03 |
| 12 | document; who created it and when it was created? | 19:50:05 |
| 13 | A.  I don't know who created it or when it was | 19:50:10 |
| 14 | created, but I do know it was -- my understanding | 19:50:12 |
| 15 | is it was previously produced in -- in this | 19:50:15 |
| 16 | litigation.  So it should be available to you. | 19:50:20 |
| 17 | Q.  Okay.  We'll follow up with Mr. Blume and | 19:50:28 |
| 18 | try and pin down that document. | 19:50:33 |
| 19 | And the second thing you said was an | 19:50:35 |
| 20 | assessment of the various changes that were | 19:50:39 |
| 21 | proposed and estimates of the impact they might | 19:50:46 |
| 22 | have on Facebook's revenue from developers. | 19:50:48 |
| 23 | So what was that analysis? | 19:50:51 |
| 24 | A.  So I think that's the thing I've just -- | 19:50:52 |
| 25 | that's the thing I've just talked about. | 19:50:54 |

Page 147

| | | |
|---|---|---|
| 1 | Q.   Okay.   Was there -- I thought you | 19:50:56 |
| 2 | mentioned two different assessments that you saw. | 19:50:58 |
| 3 | A.   So that -- that document, I -- I saw in | 19:51:03 |
| 4 | preparation for this case, this testimony. | 19:51:06 |
| 5 | The other thing I recall mentioning is in | 19:51:10 |
| 6 | my personal capacity, I recall there being analysis | 19:51:16 |
| 7 | done of the -- the revenue that Facebook games | 19:51:20 |
| 8 | provided to the Facebook company. | 19:51:28 |
| 9 | But I don't recall a specific document on | 19:51:32 |
| 10 | that, and I have not reviewed a document of that | 19:51:36 |
| 11 | form in reference -- in preparation for this | 19:51:38 |
| 12 | testimony. | 19:51:41 |
| 13 | Q.   And this may be covered by what you said | 19:51:45 |
| 14 | before, but has Facebook ever analyzed the | 19:51:47 |
| 15 | financial or other business benefits Facebook | 19:51:49 |
| 16 | obtained by allowing third-party access to Facebook | 19:51:52 |
| 17 | user friends data in particular? | 19:51:56 |
| 18 | MR. BLUME:   Objection to scope. | 19:52:00 |
| 19 | THE WITNESS:   I don't recall seeing any | 19:52:03 |
| 20 | analysis that was specifically limited to friends | 19:52:07 |
| 21 | data, no. | 19:52:12 |
| 22 | BY MR. LOESER: | 19:52:14 |
| 23 | Q.   And what about analysis that was limited | 19:52:16 |
| 24 | to deprecated permissions more broadly? | 19:52:19 |
| 25 | A.   I have not seen analysis related to | 19:52:24 |

Page 148

1    deprecated permissions specifically, no.                19:52:27

2         Q.  And has Facebook ever analyzed the             19:52:35

3    financial or other business impact of continuing to     19:52:37

4    allow certain apps and partners to have access to       19:52:40

5    friend-sharing after publicly deprecating               19:52:46

6    friend-sharing permissions?                             19:52:49

7         A.  So here we need to be specific when we          19:52:51

8    talk about friend-sharing permissions versus your       19:52:54

9    broader definition of friends data.                     19:52:57

10            No, I -- I have not seen and am not aware       19:53:00

11   of any analysis that was done relating to               19:53:04

12   extensions allowing apps to continue to have            19:53:10

13   access -- some apps to continue to have access to       19:53:14

14   the friend permissions after they were more             19:53:17

15   publicly deprecated.                                    19:53:22

16        Q.  And if the question is not friends             19:53:24

17   permissions specifically, but deprecated                19:53:27

18   permissions, does that change your answer?              19:53:30

19        A.  I am not aware of any analysis that was        19:53:33

20   done to understand the impact of deprecated             19:53:36

21   permissions in particular.                              19:53:40

22            As I testified previously, I -- sorry.         19:53:44

23        Q.  Go ahead.  I'm sorry.                          19:53:46

24        A.  As I testified previously, I have seen         19:53:50

25   analysis of the impact of the changes in general,       19:53:53

| | | |
|---|---|---|
| 1 | but not specifically I recall seeing anything | 19:53:59 |
| 2 | related to just the deprecation of permissions. | 19:54:03 |
| 3 |     Q.  And did Facebook evaluate the loss of | 19:54:08 |
| 4 | revenue that could occur if a Facebook partner or | 19:54:13 |
| 5 | partners stopped doing business with Facebook | 19:54:17 |
| 6 | because Facebook deprecated permissions that the | 19:54:20 |
| 7 | partner used? | 19:54:23 |
| 8 |     A.  I don't recall seeing any analysis of | 19:54:29 |
| 9 | the -- on an app-specific basis or a | 19:54:35 |
| 10 | partner-specific basis. | 19:54:40 |
| 11 |      It's possible that people that worked with | 19:54:43 |
| 12 | that partner might assert a potential loss of | 19:54:45 |
| 13 | revenue, but I don't recall any, you know, formal | 19:54:52 |
| 14 | analysis being done of -- of the financial impact | 19:54:55 |
| 15 | of deprecating something. | 19:54:58 |
| 16 |     Q.  And you say you don't recall, but I want | 19:55:01 |
| 17 | to make sure I understand what you're saying. | 19:55:04 |
| 18 |      Did Facebook do that analysis, do you | 19:55:06 |
| 19 | know? | 19:55:10 |
| 20 |     A.  I do not know, and I have not seen any | 19:55:11 |
| 21 | evidence in preparation for this that they did. | 19:55:13 |
| 22 |     Q.  And if you were to find -- to search for | 19:55:16 |
| 23 | the answer to that question, who would you ask? | 19:55:19 |
| 24 |     A.  I would ask Ime, probably, who was | 19:55:26 |
| 25 | involved in -- who led the Partnerships team around | 19:55:35 |

Page 150

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | this time -- sorry, let me be clearer about around | 19:55:39 |
| 2 | this time. | 19:55:42 |
| 3 | In the period 2013 to 2018, I believe, he | 19:55:45 |
| 4 | may be aware of whether or not such analysis was | 19:55:51 |
| 5 | done. | 19:55:53 |
| 6 | Q.  So -- sorry, I have to reach for a | 19:56:02 |
| 7 | document. | 19:56:05 |
| 8 | Going back to the notice, on Topic 6, you | 19:56:06 |
| 9 | have -- the last part of that notice calls for | 19:56:08 |
| 10 | testimony about the revenue impact and net profits | 19:56:15 |
| 11 | for Facebook relating to friend-sharing throughout | 19:56:19 |
| 12 | the class period.  Correct? | 19:56:21 |
| 13 | A.  I'll wait to see till it comes on the | 19:56:26 |
| 14 | screen. | 19:56:29 |
| 15 | Q.  Sure.  And so I am going to ask you a | 19:56:30 |
| 16 | question -- yeah, I'm going to ask you a question | 19:56:36 |
| 17 | based on the notice, and you can tell me what | 19:56:38 |
| 18 | Facebook's answer is. | 19:56:40 |
| 19 | But what is the revenue impact and net | 19:56:41 |
| 20 | profits for Facebook related to friend-sharing | 19:56:44 |
| 21 | before Facebook publicly deprecated friend-sharing | 19:56:46 |
| 22 | APIs? | 19:56:49 |
| 23 | A.  My understanding is that Facebook did | 19:56:53 |
| 24 | not -- has not done analysis as to the revenue | 19:56:56 |
| 25 | impact and net profits related to friend-sharing. | 19:57:01 |

Page 151

```
 1          Q.  And what is the revenue impact and net        19:57:07

 2     profits for Facebook related to friend-sharing         19:57:09

 3     after publicly deprecating friend-sharing APIs but     19:57:16

 4     continuing to allow friend-sharing for certain apps    19:57:19

 5     and partners?                                          19:57:21

 6          A.  In preparation for this -- this testimony,    19:57:24

 7     I attempted to see whether or not any such analysis    19:57:28

 8     has been done.                                         19:57:33

 9          My understanding is that no analysis was          19:57:34

10     done.  I am not aware of any analysis having been      19:57:36

11     done about the revenue impact to net profits           19:57:40

12     relating to friend-sharing before or after the         19:57:44

13     deprecation period.                                    19:57:47

14          Q.  And who -- what did you do to educate         19:57:48

15     yourself on that question?                             19:57:52

16          A.  I spoke to Ime, and I reviewed the            19:57:56

17     document -- several documents provided to me in        19:58:03

18     this case.                                             19:58:05

19          Q.  So I'm about to move on to Topic 7, and       19:58:27

20     we've been going for about an hour, so it's            19:58:30

21     probably a good time to take a break.  We also have    19:58:33

22     your notes, and I just need to quickly look at them    19:58:36

23     and see if I have any other questions about Topic 6    19:58:38

24     regarding your notes.                                  19:58:39

25          If you don't want to take a break, I can          19:58:42
```

| | | |
|---|---|---|
| 1 | plow ahead, but it's been an hour, and if you want | 19:58:42 |
| 2 | to take a break, that's fine too. | 19:58:42 |
| 3 | A.  Yeah, let's just take five minutes.  That | 19:58:44 |
| 4 | would be good.  I'll just stretch a bit; make sure | 19:58:48 |
| 5 | I'm fresh. | 19:58:51 |
| 6 | THE VIDEO OPERATOR:  We're off the record | 19:58:52 |
| 7 | at 7:58 P.M. | 19:58:53 |
| 8 | (Recess from 7:58 P.M. to 8:12 P.M.) | 19:58:55 |
| 9 | THE VIDEO OPERATOR:  We're back on the | 20:12:47 |
| 10 | record.  It's 8:12 P.M. | 20:12:48 |
| 11 | MR. LOESER:  Mr. Cross, we're going to | 20:12:56 |
| 12 | mark as an exhibit the notes that -- that you | 20:12:57 |
| 13 | provided to your counsel who then provided them to | 20:13:01 |
| 14 | us. | 20:13:03 |
| 15 | And if we have time today, we might come | 20:13:14 |
| 16 | back and ask a few questions about them, but for | 20:13:17 |
| 17 | now, I just wanted to mark them as an exhibit.  So | 20:13:19 |
| 18 | we can just put them up, introduce them, and move | 20:13:22 |
| 19 | on. | 20:13:25 |
| 20 | (Deposition Exhibit 335 was marked for | 20:13:25 |
| 21 | identification.) | 20:13:29 |
| 22 | BY MR. LOESER: | 20:13:30 |
| 23 | Q.  I do have, actually, one -- we don't need | 20:13:31 |
| 24 | to put the exhibit back up, but I had noticed in | 20:13:33 |
| 25 | your notes when I asked you earlier who had | 20:13:35 |

Page 153

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | developed friend-sharing, you couldn't recall, but | 20:13:38 |
| 2 | your notes indicate it was Luke Shepherd, | 20:13:40 |
| 3 | Ari Steinberg, and Alex Himmel.  Is that correct? | 20:13:43 |
| 4 | A.  Those are three names of people that I | 20:13:49 |
| 5 | believe to have been involved in the early | 20:13:51 |
| 6 | development of the Facebook Developer Platform | 20:13:53 |
| 7 | which included sharing friends data as part of the | 20:13:55 |
| 8 | model. | 20:14:02 |
| 9 | Q.  And when you say "early development," | 20:14:02 |
| 10 | what's the time period that you're referring to? | 20:14:03 |
| 11 | A.  My understanding is that Ari Steinberg was | 20:14:11 |
| 12 | involved in the 2007/2008 time frame, although I | 20:14:14 |
| 13 | don't have the specifics. | 20:14:19 |
| 14 | Luke Shepherd was involved in the Platform | 20:14:21 |
| 15 | when I joined in September 2010.  I'm not sure when | 20:14:24 |
| 16 | his tenure in that space began or ended. | 20:14:29 |
| 17 | And Alex Himmel is another person that I | 20:14:36 |
| 18 | know was involved in the Facebook Developer | 20:14:39 |
| 19 | Platform. | 20:14:40 |
| 20 | Whether or not these folks were | 20:14:42 |
| 21 | specifically involved in the original design of the | 20:14:44 |
| 22 | platform, which included friend-sharing, it's hard | 20:14:49 |
| 23 | for me to know specifically. | 20:14:53 |
| 24 | Q.  Okay.  Thank you. | 20:14:57 |
| 25 | Let's go back to the notice.  We're going | 20:14:59 |

Page 154

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to move on to Topic 7. | 20:15:00 |
| 2 | It's a little longer, so I won't read the | 20:15:08 |
| 3 | whole thing into the record, but I gather you have | 20:15:10 |
| 4 | read all of Topic 7 and you are prepared to testify | 20:15:12 |
| 5 | about this topic. | 20:15:19 |
| 6 | And you've described what you did to | 20:15:34 |
| 7 | prepare for Topic 6. | 20:15:36 |
| 8 | When you prepared for Topic 6, were you | 20:15:38 |
| 9 | also at the same time preparing for Topic 7? | 20:15:40 |
| 10 | A.  That's correct.  I was preparing for the | 20:15:44 |
| 11 | two in parallel. | 20:15:45 |
| 12 | Q.  And is there anybody that you talked to at | 20:15:49 |
| 13 | Facebook to get information about Topic 7 that is | 20:15:51 |
| 14 | different than the folks that you talked to about | 20:15:54 |
| 15 | Topic 6? | 20:15:57 |
| 16 | A.  No.  The set of people I talked to, I | 20:15:59 |
| 17 | talked to about all of the matters I was preparing | 20:16:03 |
| 18 | to testify on. | 20:16:05 |
| 19 | Q.  And is there any component of Topic 7 that | 20:16:14 |
| 20 | you only have knowledge of based upon the | 20:16:17 |
| 21 | preparations that you did for this deposition? | 20:16:19 |
| 22 | A.  Yes.  I think 7-a, each whitelisted | 20:16:24 |
| 23 | entity; b, only -- so b, I have some personal | 20:16:33 |
| 24 | experience there; c, I also have some personal | 20:16:46 |
| 25 | experience. | 20:16:56 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | D -- could you scroll d onto the screen, | 20:17:02 |
| 2 | please?  There you go.  That was easy. | 20:17:05 |
| 3 | So I think I have some personal experience | 20:17:08 |
| 4 | in all, but with 7-a, primarily I'm relying on the | 20:17:11 |
| 5 | forensic work that was done after my involvement in | 20:17:19 |
| 6 | the Facebook Developer Platform to answer those | 20:17:25 |
| 7 | questions. | 20:17:29 |
| 8 | Q.  And based on your preparation with regard | 20:17:31 |
| 9 | to Topic 7, do you believe you are reasonably | 20:17:33 |
| 10 | educated to testify on these matters? | 20:17:37 |
| 11 | A.  I believe I am reasonably educated to | 20:17:39 |
| 12 | testify.  I've done as much as I could to prepare. | 20:17:41 |
| 13 | Q.  And last night, your counsel informed us | 20:17:53 |
| 14 | that you are not prepared to testify about call | 20:17:54 |
| 15 | logs, APIs, or permissions granted to any | 20:17:57 |
| 16 | particular entity. | 20:18:00 |
| 17 | And is that -- is that your understanding? | 20:18:03 |
| 18 | A.  Yeah.  We -- I want to make sure that I -- | 20:18:12 |
| 19 | in answering those questions, I want to make sure I | 20:18:15 |
| 20 | have done as much preparation as possible, and I | 20:18:17 |
| 21 | think a couple more -- a bit more time to make sure | 20:18:25 |
| 22 | I can speak to those topics would be valuable. | 20:18:28 |
| 23 | Q.  Okay.  And over the course of your | 20:18:33 |
| 24 | employment at Facebook, did you develop any | 20:18:34 |
| 25 | personal knowledge of call logs, APIs, or | 20:18:36 |

Page 156

| | | |
|---|---|---|
| 1 | permissions granted to any particular entity? | 20:18:40 |
| 2 | A.  I developed -- I was in -- I had access to | 20:18:44 |
| 3 | and would have used some of the tools that would | 20:18:48 |
| 4 | help analyze call logs and Platform API usage and, | 20:18:56 |
| 5 | in the course of doing that, would have seen | 20:19:03 |
| 6 | information to do with particular apps. | 20:19:05 |
| 7 | But that's a long time ago, and I wouldn't | 20:19:10 |
| 8 | remember the specifics, and I don't know what in | 20:19:13 |
| 9 | general Facebook would have access to today, many | 20:19:15 |
| 10 | years after -- many years after my time directly | 20:19:18 |
| 11 | involved in this stuff. | 20:19:23 |
| 12 | Q.  Okay.  Thank you. | 20:19:24 |
| 13 | Mr. Cross, please explain what it means to | 20:19:27 |
| 14 | "whitelist" an app or a partner in the context of | 20:19:29 |
| 15 | access to APIs. | 20:19:33 |
| 16 | A.  The -- can you be specific? | 20:19:47 |
| 17 | Which APIs are we referring to here? | 20:19:49 |
| 18 | Q.  Just generally, back to making sure we | 20:19:52 |
| 19 | have the terminology down and I'm using the right | 20:19:54 |
| 20 | words to talk about what we're discussing, there's, | 20:19:57 |
| 21 | obviously, a lot of documents that talk about, | 20:19:59 |
| 22 | refer to, and use the term "whitelist," and I | 20:20:01 |
| 23 | gather that's a term that can be applied in a | 20:20:05 |
| 24 | variety of contexts. | 20:20:07 |
| 25 | But when it's connected to granting access | 20:20:08 |

Page 157

| | | |
|---|---|---|
| 1 | to particular APIs or -- I'm continually getting | 20:20:11 |
| 2 | this wrong -- permissions, does it have a | 20:20:17 |
| 3 | particular meaning? | 20:20:20 |
| 4 | A.  In the context -- we referred to in the | 20:20:21 |
| 5 | context of the Facebook Developer Platform again? | 20:20:23 |
| 6 | Q.  Yeah.  Yes. | 20:20:26 |
| 7 | A.  So in that context, I understand | 20:20:32 |
| 8 | "whitelisting" to refer to where a given | 20:20:33 |
| 9 | application is added to a list of applications | 20:20:38 |
| 10 | that -- whose behavior or whose -- the behavior of | 20:20:45 |
| 11 | the API, and the Facebook Developer Platform is | 20:20:50 |
| 12 | modified in some way for those applications. | 20:20:53 |
| 13 | Q.  And consistent with that definition, when | 20:21:05 |
| 14 | did Facebook first start whitelisting any app or | 20:21:07 |
| 15 | partner? | 20:21:10 |
| 16 | A.  So the -- given that the concept of | 20:21:14 |
| 17 | whitelisting in general applies to making -- you | 20:21:16 |
| 18 | know, modifying the changes to the -- modifying the | 20:21:21 |
| 19 | behavior of the Facebook Developer Platform, then | 20:21:24 |
| 20 | whitelisting in some form has been used | 20:21:27 |
| 21 | consistently throughout the development of the | 20:21:31 |
| 22 | Facebook Developer Platform in some way. | 20:21:35 |
| 23 | Q.  And, again, I want to make sure I have the | 20:21:46 |
| 24 | technology correct, but what does it mean to | 20:21:48 |
| 25 | whitelist friend-sharing APIs for an app? | 20:21:52 |

Page 158

| | | |
|---|---|---|
| 1 | Or let me put it this way:  What does it | 20:21:55 |
| 2 | mean to whitelist an app's ability to collect | 20:21:58 |
| 3 | friend-sharing data? | 20:22:00 |
| 4 | A.  So this would refer to what we mean by | 20:22:06 |
| 5 | "friend-sharing data."  In this context, one way | 20:22:11 |
| 6 | that that could have manifested is where an app has | 20:22:20 |
| 7 | access to APIs and permissions which were not | 20:22:28 |
| 8 | generally available to other Facebook developers | 20:22:33 |
| 9 | and applications at the time. | 20:22:38 |
| 10 | Q.  Okay.  And I've seen in Facebook's | 20:22:42 |
| 11 | documents "whitelisting" used in reference to apps, | 20:22:45 |
| 12 | but I've also seen it used in reference to | 20:22:50 |
| 13 | partners. | 20:22:52 |
| 14 | Is there a different definition that | 20:22:53 |
| 15 | Facebook uses when thinking of whitelisting | 20:22:55 |
| 16 | partners in the context of the Platform? | 20:22:59 |
| 17 | A.  So back to my original definition of | 20:23:04 |
| 18 | "application" being a very specific entity in the | 20:23:06 |
| 19 | Facebook Developer Platform ecosystem, a partner | 20:23:08 |
| 20 | would refer to an entity, a -- for example, a | 20:23:14 |
| 21 | company.  And that company may have several, one or | 20:23:17 |
| 22 | more, Facebook applications, and those applications | 20:23:24 |
| 23 | may or may not have been whitelisted for | 20:23:32 |
| 24 | alternative API behavior. | 20:23:35 |
| 25 | So in that context, you know, when a -- a | 20:23:38 |

Page 159

| | | |
|---|---|---|
| 1 | partner is -- if you see the phrase "partner has | 20:23:41 |
| 2 | been whitelisted," what specifically happens in | 20:23:45 |
| 3 | the -- in the -- in the code base is that the | 20:23:48 |
| 4 | applications owned -- the Facebook applications | 20:23:54 |
| 5 | owned and maintained by that partner, the app IDs | 20:23:59 |
| 6 | have been granted some modification to the standard | 20:24:05 |
| 7 | API behavior. | 20:24:09 |
| 8 | Q.  And through those modifications, those | 20:24:12 |
| 9 | partners, vis-à-vis their apps or, if it's a | 20:24:15 |
| 10 | developer, the developer vis-à-vis its app would | 20:24:19 |
| 11 | gain access to friend data that would not otherwise | 20:24:23 |
| 12 | have been available to that app or partner. | 20:24:28 |
| 13 | Is that a fair description? | 20:24:33 |
| 14 | A.  Well, it's a wide range of whitelists and | 20:24:35 |
| 15 | capabilities that were in the system.  Many of | 20:24:39 |
| 16 | them, in fact, my understanding is the vast | 20:24:44 |
| 17 | majority of them were not related to friend data at | 20:24:47 |
| 18 | all. | 20:24:49 |
| 19 | Q.  Okay.  And, in fact, there's plenty of | 20:24:54 |
| 20 | discussion in Facebook documents about the other | 20:24:56 |
| 21 | permissions that were deprecated with Version 2 | 20:24:58 |
| 22 | that also were whitelisted for certain apps and | 20:25:03 |
| 23 | partners.  Right? | 20:25:07 |
| 24 | A.  There's -- when you say "whitelisted," | 20:25:09 |
| 25 | what time period are you referring to here? | 20:25:13 |

Page 160

| | | |
|---|---|---|
| 1 | It's very specific, given that | 20:25:15 |
| 2 | whitelisting as a concept is something that's very | 20:25:17 |
| 3 | common in the industry and will have been used in | 20:25:21 |
| 4 | this context for many years. | 20:25:24 |
| 5 | Q.  Sure.  Is the use of whitelisting | 20:25:26 |
| 6 | vis-à-vis the Facebook Platform, did that mean | 20:25:30 |
| 7 | something different at different times in | 20:25:35 |
| 8 | Facebook's lifespan? | 20:25:38 |
| 9 | A.  Well, the general definition of | 20:25:42 |
| 10 | whitelisting in the context of the Facebook | 20:25:44 |
| 11 | Platform is that by being on a whitelist, you get | 20:25:46 |
| 12 | some kind of different behavior -- the Platform | 20:25:50 |
| 13 | behaves in some kind of different way to people not | 20:25:54 |
| 14 | on the whitelist. | 20:25:57 |
| 15 | Exactly what that behavior is depends on | 20:25:59 |
| 16 | specifically what the capability is. | 20:26:02 |
| 17 | And so, again, over time, the high -- at | 20:26:06 |
| 18 | the conceptual level, the concept of whitelisting | 20:26:11 |
| 19 | hasn't changed, but exactly which whitelists | 20:26:15 |
| 20 | existed, for what purpose they were used, and who | 20:26:18 |
| 21 | had access to them at any given time will have | 20:26:21 |
| 22 | changed considerably over time. | 20:26:23 |
| 23 | Q.  Okay.  And so we've talked about | 20:26:26 |
| 24 | whitelisting. | 20:26:28 |
| 25 | Let's talk about private APIs for a | 20:26:29 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | minute. | 20:26:32 |
| 2 | Does Facebook conceive of private APIs as | 20:26:32 |
| 3 | something different than whitelisting? | 20:26:36 |
| 4 | A.  I think we discussed the definition of | 20:26:42 |
| 5 | private APIs earlier in the -- in the testimony. | 20:26:44 |
| 6 | So that would be, in my -- in my determination, | 20:26:46 |
| 7 | APIs or behaviors which were not available -- in | 20:26:55 |
| 8 | this case, "private APIs" would typically refer to | 20:27:01 |
| 9 | APIs or permissions that were not generally | 20:27:04 |
| 10 | available. | 20:27:06 |
| 11 | Whitelisting is the concept of who has | 20:27:07 |
| 12 | access to the private APIs, but there is also | 20:27:10 |
| 13 | whitelisting which is nothing to do with private | 20:27:15 |
| 14 | APIs or permissions in any way. | 20:27:19 |
| 15 | Q.  And your answer probably helps to explain | 20:27:22 |
| 16 | why there is some confusion in the documents about | 20:27:25 |
| 17 | this because these terms do seem to get -- they | 20:27:27 |
| 18 | seem overlapping but also different; so I want to | 20:27:30 |
| 19 | make sure I understand. | 20:27:33 |
| 20 | The only way an app that is created by a | 20:27:34 |
| 21 | developer that is not a partner with Facebook can | 20:27:40 |
| 22 | get access to publicly deprecated APIs is through a | 20:27:43 |
| 23 | whitelist.  Right? | 20:27:47 |
| 24 | A.  That would depend on the precise time | 20:27:50 |
| 25 | we're talking about.  It would also depend on when | 20:27:53 |

Page 162

CONFIDENTIAL

```
 1    the application was created.                    20:27:56

 2        Q.  Okay.  Well, let's talk about 2014 to the   20:27:59

 3    present.                                        20:28:02

 4            Is there a way other than a whitelist for   20:28:04

 5    a developer or an app that is not considered a   20:28:07

 6    partner of Facebook's to get access to publicly   20:28:10

 7    deprecated permissions?                         20:28:13

 8        A.  Via permission being publicly           20:28:21

 9    deprecated -- let's take an example, I think, is   20:28:23

10    the easiest way to answer that question.        20:28:26

11            So the -- where permissions which were   20:28:28

12    publicly available to API Version 1 which were not   20:28:33

13    publicly available in API Version 2, for        20:28:37

14    applications that originally could call API     20:28:41

15    Version 1 that later could only call API Version 2,   20:28:45

16    when that public deprecation was complete, the only   20:28:52

17    way to access those publicly deprecated permissions   20:28:56

18    would have been to be on a whitelist; one or more   20:29:01

19    whitelists.                                     20:29:06

20        Q.  And so developers -- well, let's start   20:29:09

21    with apps.                                      20:29:12

22            Apps could be on that whitelist, right?   20:29:13

23        A.  In the context of the Facebook Developer   20:29:17

24    Platform and specifically referring to app-based   20:29:18

25    whitelisting -- there are other forms of        20:29:21
```

Page 163

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | whitelisting available -- then, yes, the | 20:29:23 |
| 2 | application ID would have been on a whitelist. | 20:29:28 |
| 3 | Q.  And partners could be on a whitelist too. | 20:29:33 |
| 4 | But in order for that to be functional, they had to | 20:29:39 |
| 5 | have a private API? | 20:29:41 |
| 6 | A.  Sorry.  I think we're getting our concepts | 20:29:44 |
| 7 | mixed up here, and it's getting hard to answer -- | 20:29:47 |
| 8 | answer the questions. | 20:29:50 |
| 9 | So how do you want to proceed?  I feel | 20:29:52 |
| 10 | like we may need to reclarify some of these | 20:29:56 |
| 11 | definitions because you're mixing them up in your | 20:29:59 |
| 12 | questions. | 20:30:02 |
| 13 | Q.  All I'm trying to do is figure out what | 20:30:03 |
| 14 | the distinction is between a whitelist and a | 20:30:05 |
| 15 | private API, and specifically in the context of | 20:30:08 |
| 16 | giving a third-party access to deprecated | 20:30:10 |
| 17 | permissions after 2014. | 20:30:12 |
| 18 | So is there a difference between, in that | 20:30:14 |
| 19 | context, a whitelist and a private API? | 20:30:16 |
| 20 | A.  Yes.  As I previously testified, a | 20:30:20 |
| 21 | whitelist is a -- a mechanism by which -- in the | 20:30:22 |
| 22 | context of the Facebook Platform, an app ID is | 20:30:26 |
| 23 | specified in some way as having alternative -- you | 20:30:30 |
| 24 | know, having a different API behavior than happens | 20:30:33 |
| 25 | that are not on the whit list. | 20:30:37 |

Page 164

| | | |
|---|---|---|
| 1 | Private APIs are -- some of the things | 20:30:39 |
| 2 | that you could be whitelisted for, but there are | 20:30:43 |
| 3 | other things that you could also be whitelisted | 20:30:45 |
| 4 | for.  For example, rate limit behavior.  Different | 20:30:48 |
| 5 | rate limit behavior.  Right? | 20:30:51 |
| 6 | So whitelisting is the concept by which an | 20:30:53 |
| 7 | application ID, in the -- sorry. | 20:30:56 |
| 8 | Whitelisting is the concept by which an | 20:30:59 |
| 9 | application ID in the context of the Facebook | 20:31:02 |
| 10 | Platform is offered some deeper, nonstandard, or | 20:31:03 |
| 11 | nonpublic behavior, different behavior. | 20:31:09 |
| 12 | And then there are some whitelists, | 20:31:11 |
| 13 | specifically called "capabilities," that would | 20:31:16 |
| 14 | determine exactly what behavior those applications | 20:31:18 |
| 15 | had that was different to the standard. | 20:31:23 |
| 16 | Q.  Okay.  And are private APIs established | 20:31:28 |
| 17 | through a contract between Facebook and a Facebook | 20:31:30 |
| 18 | partner? | 20:31:32 |
| 19 | A.  Not always.  Not always.  There -- again, | 20:31:38 |
| 20 | there are a number of private APIs and a number of | 20:31:42 |
| 21 | different private behaviors -- different behaviors. | 20:31:45 |
| 22 | Some of those would be governed -- granted under a | 20:31:49 |
| 23 | contract; others would not. | 20:31:53 |
| 24 | For example, rate-limiting; you wouldn't | 20:31:56 |
| 25 | necessarily expect a developer to agree to a | 20:31:58 |

Page 165

```
 1        contract to be on the rate-limit whitelist.          20:32:01

 2            Q.  What is a "rate-limit whitelist"?            20:32:06

 3            A.  So "rate limits" refers to the number of     20:32:09

 4        API calls that an application can make within a      20:32:14

 5        given time period in a number of different,          20:32:17

 6        complicated ways.                                    20:32:20

 7              There's the standard set of how the rate       20:32:22

 8        limits work.                                         20:32:26

 9              And then, for some applications that           20:32:27

10        needed to operate differently, then there was a      20:32:32

11        whitelist that allowed those rate limits to be       20:32:35

12        changed for certain applications.                    20:32:39

13              And so, again, that's an example of a          20:32:43

14        whitelist, which is a concept implemented by a       20:32:45

15        capability, which is a specific thing that modified  20:32:49

16        the behavior of the API for the people on the        20:32:53

17        whitelist that was not in any way related to         20:32:56

18        friends data.                                        20:32:59

19            Q.  And so one of the ways private APIs were     20:33:01

20        used at Facebook was to enable certain Facebook      20:33:05

21        partners to continue to have access to friends       20:33:08

22        data.  Right?                                        20:33:11

23            A.  Can you be specific as to what time period   20:33:14

24        you're talking about here?  Because this -- the      20:33:16

25        time periods here matter greatly in the specificity  20:33:18
```

Page 166

| | | |
|---|---|---|
| 1 | of my answers. | 20:33:22 |
| 2 | Q.  So when did private APIs first appear at | 20:33:24 |
| 3 | Facebook? | 20:33:29 |
| 4 | A.  The -- the concept of private API, I -- | 20:33:33 |
| 5 | you're -- I'm referring to any API or permission | 20:33:37 |
| 6 | that was not generally available. | 20:33:41 |
| 7 | When the Facebook Developer Platform was | 20:33:47 |
| 8 | launched, it was launched with launch partners. | 20:33:49 |
| 9 | Actually, a better example is, let's say, | 20:33:52 |
| 10 | Facebook Connect in 2008.  There were a number | 20:33:55 |
| 11 | of -- Facebook Connect as a product was -- before | 20:33:59 |
| 12 | it was launched -- not publicly available; and yet | 20:34:05 |
| 13 | on launch day, there were a number of partners that | 20:34:08 |
| 14 | had built integrations with it. | 20:34:11 |
| 15 | Before the launch, you could consider | 20:34:14 |
| 16 | Facebook Connect a private API; and, therefore, | 20:34:16 |
| 17 | access to it was governed by a whitelist. | 20:34:20 |
| 18 | After the launch, Facebook Connect was | 20:34:23 |
| 19 | generally available to all developers, and so you | 20:34:25 |
| 20 | didn't need to be on a whitelist to access it. | 20:34:28 |
| 21 | So whitelists are an industry-standard way | 20:34:31 |
| 22 | of modifying API behavior in certain circumstances, | 20:34:34 |
| 23 | launching new products, and offering them to your | 20:34:39 |
| 24 | launch partners in advance of them being generally | 20:34:43 |
| 25 | available. | 20:34:45 |

Page 167

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | And, in the context of the Facebook | 20:34:48 |
| 2 | Platform in this litigation, it's also possible to | 20:34:50 |
| 3 | use a whitelist to grant some developers and | 20:34:57 |
| 4 | partners access to permissions that had been | 20:35:01 |
| 5 | removed from other developers. | 20:35:04 |
| 6 | Q.   Okay.  And when was the first time that | 20:35:09 |
| 7 | partners obtained access to publicly deprecated | 20:35:11 |
| 8 | friend permissions via a private API? | 20:35:18 |
| 9 | (Rose Ring joined the deposition.) | 20:35:21 |
| 10 | THE WITNESS:  The -- strange noise. | 20:35:25 |
| 11 | So, specifically, when it comes to friend | 20:35:28 |
| 12 | permissions, as a set of things that were | 20:35:32 |
| 13 | deprecated, then up until beginning April 30, 2015, | 20:35:35 |
| 14 | if your app had been created before April 30, 2014, | 20:35:44 |
| 15 | then you would have access to those permissions. | 20:35:50 |
| 16 | When the deprecation of API 1 -- the | 20:35:55 |
| 17 | public deprecation of API V1 began on April 30, | 20:36:00 |
| 18 | 2015, that's when the -- that's the beginning where | 20:36:03 |
| 19 | an application that would otherwise have lost | 20:36:07 |
| 20 | access to their friend permissions could have | 20:36:09 |
| 21 | continued to access them if they were on a | 20:36:13 |
| 22 | whitelist. | 20:36:18 |
| 23 | BY MR. LOESER: | 20:36:19 |
| 24 | Q.   Through private APIs. | 20:36:19 |
| 25 | A.   Well, via being on a whitelist. | 20:36:22 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | In this case, we're specifically referring | 20:36:25 |
| 2 | to friend permissions, which is, I think, what your | 20:36:27 |
| 3 | original question was. | 20:36:30 |
| 4 | Q.  And what is the "Capability" tool at | 20:36:33 |
| 5 | Facebook? | 20:36:36 |
| 6 | A.  The Capability tool is an internal tool | 20:36:39 |
| 7 | used at Facebook to manage which application -- to | 20:36:42 |
| 8 | manage applications and whitelists. | 20:36:47 |
| 9 | (Discussion off the record.) | 20:36:50 |
| 10 | MS. RING:  I am very sorry.  This is | 20:37:12 |
| 11 | Rose Ring, and I am counsel for Meta.  I'm sorry | 20:37:12 |
| 12 | for not announcing myself. | 20:37:16 |
| 13 | BY MR. LOESER: | 20:37:26 |
| 14 | Q.  And, Mr. Cross, you were starting to | 20:37:28 |
| 15 | describe the Capability tool, so keep going. | 20:37:31 |
| 16 | A.  So the Capability tool is an internal tool | 20:37:35 |
| 17 | at Facebook Meta that's used to manage which | 20:37:39 |
| 18 | applications have access to which capabilities; a | 20:37:44 |
| 19 | "capability" being a -- a mechanism for changing | 20:37:51 |
| 20 | the -- modifying the behavior of the Facebook | 20:37:58 |
| 21 | Developer Platform. | 20:38:01 |
| 22 | So with an application having access to a | 20:38:02 |
| 23 | capability, you would say it had been | 20:38:05 |
| 24 | "whitelisted." | 20:38:07 |
| 25 | Q.  And for what period of time has the | 20:38:09 |

Page 169

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Capability tool been in existence? | 20:38:13 |
| 2 | A.  My understanding is it was built in around | 20:38:16 |
| 3 | 2011 and replaced a previous tool that did a | 20:38:20 |
| 4 | similar job. | 20:38:30 |
| 5 | But the development, as I understand it, | 20:38:31 |
| 6 | began in around 2011. | 20:38:33 |
| 7 | Q.  And do you know what the previous tool was | 20:38:36 |
| 8 | called? | 20:38:38 |
| 9 | ██  ████████████████████ | ████████ |
| ██ | ████████████ | ████████ |
| 11 | Q.  Okay.  It seems like it had bold | 20:38:47 |
| 12 | ambitions. | 20:38:49 |
| 13 | ███████████████████████████ | ████████ |
| 14 | and replaced by the capability tool? | 20:39:01 |
| 15 | A.  My understanding is that the Capabilities | 20:39:04 |
| 16 | ████████████████████████ | ████████ |
| 17 | apps and which whitelists they had access -- which | 20:39:12 |
| 18 | capabilities they had access to. | 20:39:17 |
| 19 | Q.  And do you know why it was called | 20:39:19 |
| 20 | ██████████ | ████████ |
| 21 | A.  I do not. | 20:39:23 |
| 22 | Q.  And what are "Gatekeepers"? | 20:39:26 |
| 23 | A.  So a Gatekeeper is -- or Gatekeepers. | 20:39:30 |
| 24 | Gatekeeper is a tool at Meta which is widely used | 20:39:34 |
| 25 | to gate access to features within the Facebook apps | 20:39:38 |

Page 170

| | | |
|---|---|---|
| 1 | and services, including the Facebook app itself and | 20:39:47 |
| 2 | a number of other services inside the company. | 20:39:56 |
| 3 | "Gatekeepers" refers to the set of checks | 20:39:59 |
| 4 | that exist in code to determine who and what has | 20:40:09 |
| 5 | access to which features. | 20:40:14 |
| 6 | I think the best way to explain it is with | 20:40:16 |
| 7 | an example. | 20:40:18 |
| 8 | Typically, when Facebook develops a new | 20:40:20 |
| 9 | feature, the engineers will -- will gate that | 20:40:22 |
| 10 | feature behind a Gatekeeper. | 20:40:29 |
| 11 | So let's imagine Facebook Dating.  So the | 20:40:31 |
| 12 | team working on Facebook Dating would be working on | 20:40:36 |
| 13 | that feature.  That feature would be gated by a | 20:40:39 |
| 14 | gatekeeper or multiple gatekeepers, and then the | 20:40:44 |
| 15 | Gatekeeper tool would be used to determine who had | 20:40:48 |
| 16 | access to Facebook Dating as a feature. | 20:40:50 |
| 17 | And so Gatekeeper is a mechanism by which | 20:40:54 |
| 18 | Meta typically controls who has access to which | 20:41:00 |
| 19 | features across many aspects of our business. | 20:41:04 |
| 20 | Q.  So the Capabilities tool is more or less a | 20:41:11 |
| 21 | tracking device, and the Gatekeeper is more or less | 20:41:13 |
| 22 | a functional system. | 20:41:17 |
| 23 | Is that a fair description? | 20:41:19 |
| 24 | A.  I wouldn't characterize them that way. | 20:41:20 |
| 25 | They both, in some ways, do a similar job. | 20:41:22 |

Page 171

| | | |
|---|---|---|
| 1 | The Gatekeeper tool is widely used at Meta | 20:41:26 |
| 2 | to manage all kinds of conditional access to | 20:41:32 |
| 3 | things. | 20:41:37 |
| 4 | The Capabilities tool is specifically just | 20:41:38 |
| 5 | used for the Facebook Developer Platform and how to | 20:41:41 |
| 6 | manage which applications have access to which | 20:41:47 |
| 7 | additional features. | 20:41:51 |
| 8 | Q.  Okay.  So if you wanted to identify every | 20:41:52 |
| 9 | single app that had been whitelisted and, because | 20:41:54 |
| 10 | of that, received deprecated permissions, would all | 20:41:59 |
| 11 | of your information be in the Capability tool, or | 20:42:03 |
| 12 | would you also need to look at the Gatekeeper tool? | 20:42:06 |
| 13 | A.  My understanding is that most of the | 20:42:11 |
| 14 | whitelists -- most of the way in which publicly | 20:42:16 |
| 15 | deprecated permissions were made available to | 20:42:23 |
| 16 | applications was via the Capabilities tool. | 20:42:28 |
| 17 | There was, as I understand it, some | 20:42:32 |
| 18 | whitelists managed by Gatekeeper, and an effort was | 20:42:36 |
| 19 | undertaken to migrate that management from | 20:42:40 |
| 20 | Gatekeeper to the Capabilities tool for | 20:42:42 |
| 21 | consistency. | 20:42:45 |
| 22 | Q.  And when was that done? | 20:42:46 |
| 23 | A.  I don't have the information as to when | 20:42:50 |
| 24 | that was done. | 20:42:52 |
| 25 | Q.  So, today, is the Capability tool the more | 20:42:54 |

Page 172

| | | |
|---|---|---|
| 1 | complete set of information on whitelisted | 20:42:58 |
| 2 | entities? | 20:43:01 |
| 3 | A.  When it comes to Facebook Developer | 20:43:02 |
| 4 | Platform and app IDs being whitelisted, my | 20:43:04 |
| 5 | understanding is that the Capabilities tool is the | 20:43:09 |
| 6 | primary and most complete system that tracks which | 20:43:11 |
| 7 | apps have access to which capabilities. | 20:43:17 |
| 8 | Q.  And what is "Sitevars"? | 20:43:20 |
| 9 | A.  Sitevars is another mechanism that is used | 20:43:25 |
| 10 | at Meta to control and modify the behavior of -- of | 20:43:30 |
| 11 | various products.  It has a different set of | 20:43:36 |
| 12 | features the Gatekeeper and the Capabilities tool | 20:43:39 |
| 13 | do not have. | 20:43:45 |
| 14 | Q.  And are there entities that have access to | 20:43:46 |
| 15 | publicly deprecated permissions tracked by Sitevars | 20:43:48 |
| 16 | that are not tracked by the Capabilities tool? | 20:43:52 |
| 17 | A.  My understanding, but -- from talking to | 20:43:56 |
| 18 | the engineers involved in this is that no, Sitevars | 20:43:59 |
| 19 | would not be a way of determining whether or not an | 20:44:06 |
| 20 | application had access to publicly deprecated | 20:44:11 |
| 21 | permissions. | 20:44:14 |
| 22 | MR. LOESER:  Okay.  If we could have | 20:44:18 |
| 23 | Tab 9. | 20:44:26 |
| 24 | (Deposition Exhibit 336 was marked for | 20:44:26 |
| 25 | identification.) | 20:44:26 |

Page 173

```
1          MR. LOESER:  I'm going to mark the next        20:44:41

2     exhibit.  This is Exhibit 336.  The Bates number on  20:44:42

3     this is FB-CA-MDL-00200051.                          20:44:53

4          And you're looking at, Mr. Cross, an email      20:44:59

5     from you to Zhen Fang, cc to Jackie Chang and        20:45:02

6     Christopher Blizzard, October 31, 2013, "Subject:    20:45:09

7     Docs for Private Platform/Capabilities."             20:45:14

8          Do you see that?                                20:45:17

9     A.   I do.                                           20:45:18

10    Q.   And do you recall writing this email?           20:45:20

11    A.   I do not recall writing it, but I have          20:45:24

12    seen this document as part of my preparation for my  20:45:28

13    testimony today.                                     20:45:31

14    Q.   Okay.  And you write:                           20:45:32
```

15    ████████████████████████████████████     ███████

██    ████████████████████████             ███████

██    ████████████████████████           ███████

██    ██  █████████████                 ███████

██    ████████████████████████████       ███████

██    █████████████████████████████████     ███████

██    ███████████████████████           ███████

```
22    Q.   And do you recall -- or explain for me if       20:45:53

23    Facebook had a tough time figuring out what all of   20:45:56

24    the -- what all was supposed to be included on the   20:46:00

25    Capabilities tool or who all had been whitelisted    20:46:03
```

Veritext Legal Solutions
866 299-5127

```
 1    at this time.                                    20:46:11

 2             MR. BLUME:  Objection.  Compound.        20:46:12

 3             THE WITNESS:  Yeah.  Could you separate   20:46:13

 4    the question into two parts because I think the   20:46:14

 5    answer -- the answer may be different depending on 20:46:17

 6    which part I'm answering.                          20:46:20

 7    BY MR. LOESER:                                     20:46:22

 8       Q.  Sure.  It looked like, based upon your      20:46:22

 9    email here, that tracking the capabilities that    20:46:24

10    apps had was at this time disorganized and         20:46:28

11    difficult.                                         20:46:31

12             Is that fair?                             20:46:34

13       A.  What I -- what's being referred to here is  20:46:35

14    to do with the capabilities themselves and what    20:46:39

15    their behavior was; what each individual capability 20:46:45

16    did or could do.                                   20:46:50

17             So that's what this is referring to.      20:46:55

18       Q.  And so you're proposing here creating a     20:46:59

19    tool that would allow Facebook to better understand 20:47:02

20    and organize the capabilities that the different   20:47:04

21    apps have.  Right?                                 20:47:08

22       A.  No.  What I'm referring to here is the --   20:47:12

23    the idea, or the request, to be able to gate       20:47:16

24    documents on the Facebook Developer website based  20:47:21

25    on whether or not the viewer of the website had -- 20:47:26
```

| | | |
|---|---|---|
| 1 | was a developer of an app that had a specific | 20:47:32 |
| 2 | capability. | 20:47:34 |
| 3 | Q.  So what problem were you trying to solve | 20:47:36 |
| 4 | here? | 20:47:38 |
| 5 | Or let me ask it another way. | 20:47:41 |
| 6 | What problem was Facebook trying to solve | 20:47:43 |
| 7 | here? | 20:47:45 |
| 8 | A.  What Facebook is trying to solve here is a | 20:47:46 |
| 9 | way to automatically control whether or not a given | 20:47:49 |
| 10 | developer user -- so an individual person -- had | 20:47:57 |
| 11 | the ability to see a document on the Facebook | 20:48:01 |
| 12 | Developer website that was only visible to them if | 20:48:04 |
| 13 | they were the developer of an application that | 20:48:08 |
| 14 | had -- was granted a particular capability. | 20:48:11 |
| 15 | MR. LOESER:  Okay.  We can go to the next | 20:48:30 |
| 16 | exhibit, Tab 10. | 20:48:32 |
| 17 | (Deposition Exhibit 337 was marked for | 20:48:36 |
| 18 | identification.) | 20:48:40 |
| 19 | BY MR. LOESER: | 20:48:53 |
| 20 | Q.  So as we're waiting for the document, | 20:48:53 |
| 21 | Mr. Cross, as we've discussed already today, with | 20:48:55 |
| 22 | the implementation of Graph API Version 2, Facebook | 20:48:58 |
| 23 | had decided to deprecate a number of permissions, | 20:49:00 |
| 24 | right, and had come up with a list of the | 20:49:06 |
| 25 | permissions that would be deprecated. | 20:49:09 |

Page 176

| | | |
|---|---|---|
| 1 | Is that an accurate description? | 20:49:11 |
| 2 | A.  As part of API Version 2 launch, Version 2 | 20:49:14 |
| 3 | contained -- there were a number of permissions | 20:49:18 |
| 4 | that were not available to API Version 2 in general | 20:49:20 |
| 5 | that were available in API Version 1. | 20:49:24 |
| 6 | Q.  And so if you look at Exhibit 337, which | 20:49:30 |
| 7 | is a -- which is a document that is captioned | 20:49:32 |
| 8 | ███████████████████████████████████ | ███████ |
| 9 | Do you see that? | 20:49:49 |
| 10 | A.  I do see that. | 20:49:50 |
| 11 | Q.  And this appears to be a document that was | 20:49:50 |
| 12 | describing the changes that would be made to the | 20:49:52 |
| 13 | platform in the transition from Version 1 to | 20:49:58 |
| 14 | Version 2.  Right? | 20:50:01 |
| 15 | A.  It seems to talk about those changes, but | 20:50:04 |
| 16 | it's not clear to me when this document was | 20:50:06 |
| 17 | authored or the audience of the document. | 20:50:09 |
| 18 | Q.  Okay.  At the very top of the document, | 20:50:14 |
| 19 | you can see that it was authored -- it's a little | 20:50:15 |
| 20 | faint, but it's June 5, 2014. | 20:50:18 |
| 21 | Do you see that? | 20:50:22 |
| 22 | A.  I see that there, but it's not clear to me | 20:50:24 |
| 23 | that this is when the document was authored.  That | 20:50:26 |
| 24 | may have been when the document was captured.  It's | 20:50:31 |
| 25 | hard to read from this exactly what this -- where | 20:50:35 |

Page 177

| | | |
|---|---|---|
| 1 | this document was posted.  It seems to contain -- | 20:50:40 |
| 2 | Q.  Okay.  And I'll just -- | 20:50:48 |
| 3 | A.  Yeah, it -- I'm not clear -- I'm not clear | 20:50:50 |
| 4 | when this document was authored or whether or not | 20:50:53 |
| 5 | that date -- what that date at the top right | 20:50:55 |
| 6 | pertains to. | 20:50:58 |
| 7 | MR. LOESER:  Okay.  And just for the | 20:50:59 |
| 8 | record, I'll note that the metadata of this | 20:51:00 |
| 9 | document indicates that it was created June 5, | 20:51:03 |
| 10 | 2014.  The author is Gillian Dunne, and the | 20:51:06 |
| 11 | custodian for the document was Bill Fusz. | 20:51:12 |
| 12 | But I'm just noting that for the record, | 20:51:15 |
| 13 | and perhaps it provides you some context. | 20:51:18 |
| 14 | But all I want to do with this document is | 20:51:20 |
| 15 | look at -- if you go down to the bottom of the | 20:51:22 |
| 16 | first page, there is a statement:  "Permissions no | 20:51:24 |
| 17 | longer available in V2.0." | 20:51:29 |
| 18 | Q.  And do you see there's a list that begins | 20:51:33 |
| 19 | there and goes onto the next page? | 20:51:35 |
| 20 | A.  I do see that. | 20:51:37 |
| 21 | Q.  And included in that there's the category | 20:51:40 |
| 22 | that says:  "All friends_* permissions have been | 20:51:44 |
| 23 | removed," and then it lists all of them? | 20:51:48 |
| 24 | A.  I see a list of permissions, yes. | 20:51:51 |
| 25 | Q.  And above that, there's also a number of | 20:51:54 |

Page 178

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | other permissions. | 20:51:58 |
| 2 | Now, does this list of deprecated | 20:52:02 |
| 3 | permissions include all permissions that provided | 20:52:05 |
| 4 | for the sharing of friend data? | 20:52:09 |
| 5 | A.  Can you -- in this context, can you help | 20:52:19 |
| 6 | me understand what you mean by "friends data"? | 20:52:21 |
| 7 | Q.  Yeah.  We earlier talked quite a bit about | 20:52:25 |
| 8 | different APIs that didn't have the word "friends" | 20:52:27 |
| 9 | in the permissions but, based on how they worked, | 20:52:33 |
| 10 | resulted in an app's ability to access information | 20:52:35 |
| 11 | about a user's friends. | 20:52:39 |
| 12 | Do you recall that testimony? | 20:52:41 |
| 13 | A.  Yes, I recall that testimony. | 20:52:42 |
| 14 | Q.  And so looking at this list here, does it | 20:52:45 |
| 15 | appear to you that this removes -- indicates that | 20:52:47 |
| 16 | the deprecated permissions will cover all of the | 20:52:54 |
| 17 | different permissions that existed at the time that | 20:52:57 |
| 18 | allowed access to friends data? | 20:53:00 |
| 19 | A.  No.  This looks relatively complete in | 20:53:06 |
| 20 | terms of the -- the friends permissions that | 20:53:10 |
| 21 | allowed an app access to a friend's data in terms | 20:53:15 |
| 22 | of the specific things listed here. | 20:53:22 |
| 23 | Your definition earlier was -- included | 20:53:25 |
| 24 | things like a friend's comments on my photos. | 20:53:32 |
| 25 | Through that definition, then other | 20:53:40 |

Page 179

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | permissions, including, for example, user_photos, | 20:53:42 |
| 2 | would have also emitted some friends' data; | 20:53:46 |
| 3 | specifically, the comments that they had made on my | 20:53:55 |
| 4 | photos. | 20:53:57 |
| 5 | So that is not a set of things that was | 20:53:58 |
| 6 | removed in API Version 2. | 20:54:01 |
| 7 | What was removed is this list of | 20:54:03 |
| 8 | permissions which, for example, would have | 20:54:05 |
| 9 | allowed -- the friends_photos permission would have | 20:54:08 |
| 10 | allowed an app to access the photos of an app-using | 20:54:12 |
| 11 | user's friends. | 20:54:17 |
| 12 | Q.  And at the time that Facebook was | 20:54:19 |
| 13 | analyzing and identifying all of the permissions | 20:54:20 |
| 14 | that provided access to friends data, did Facebook | 20:54:25 |
| 15 | make a list that included every single one of those | 20:54:30 |
| 16 | permissions so that it could identify whether there | 20:54:33 |
| 17 | was any friend-sharing that would be still | 20:54:37 |
| 18 | publicly -- still be a publicly available API? | 20:54:41 |
| 19 | A.  No.  The focus of the deprecations | 20:54:48 |
| 20 | announced in Version 2 was the removal of the | 20:54:50 |
| 21 | friend permissions and the other permissions that | 20:54:53 |
| 22 | are represented here. | 20:54:56 |
| 23 | Q.  Okay.  And when you say "friend | 20:54:59 |
| 24 | permissions," you mean the ones that had the word | 20:55:00 |
| 25 | "friends" in them? | 20:55:03 |

Page 180

CONFIDENTIAL

```
 1          A.  When I said "friend permission," that          20:55:05

 2     specifically refers to the permissions that have        20:55:07

 3     the word "friend" in them.                              20:55:10

 4          And by "other permissions," I'm referring          20:55:12

 5     to the ones listed above; for example -- I'm trying     20:55:14

 6     to give an example -- like, manage_friend lists,        20:55:27

 7     for example.                                            20:55:31

 8          Q.  Now, if we move up this document back to       20:55:33

 9     the first page, there's a heading:  "New features       20:55:36

10     available in Version 2.0."                              20:55:40

11          Do you see that?                                   20:55:42

12          A.  I do.                                          20:55:43

13          Q.  And there is a list of APIs that we've         20:55:43

14     discussed:  "Taggable Friends, Invitable Friends,       20:55:47

15     Social Context."                                        20:55:51

16          And there's one, "Business Mapping API,"           20:55:51

17     which we haven't discussed, and another one that        20:55:53

18     looks like it says "Tagged Places API."                 20:55:56

19          Do you see that?                                   20:55:59

20          A.  I do see that.                                 20:55:59

21          Q.  And for Taggable Friends, Invitable            20:56:01

22     Friends, Social Context, those are all permissions      20:56:06

23     that it appears did not exist prior to Version 2.0      20:56:09

24     but were going to be introduced at this time.           20:56:13

25          Is that a fair read?                               20:56:16
```

Page 181

| | | |
|---|---|---|
| 1 | A.  These are specifically -- these are APIs | 20:56:18 |
| 2 | that were introduced in Version 2 that were not | 20:56:20 |
| 3 | previously available. | 20:56:26 |
| 4 | These are not permissions; these an APIs. | 20:56:27 |
| 5 | Q.  And a number of those APIs that we've | 20:56:29 |
| 6 | discussed did provide access to certain friend | 20:56:31 |
| 7 | information of users not using the apps that would | 20:56:33 |
| 8 | be -- that would have access to those APIs.  Right? | 20:56:36 |
| 9 | A.  So, yeah.  If we go back to the | 20:56:41 |
| 10 | previous -- the previous testimony I gave on this, | 20:56:43 |
| 11 | the Taggable Friend API returned a list of the | 20:56:47 |
| 12 | user's -- a list of the authorized user's friends | 20:56:51 |
| 13 | that were taggable in the application. | 20:56:58 |
| 14 | The amount of data that these APIs | 20:57:00 |
| 15 | returned was very, very limited.  In the case of | 20:57:03 |
| 16 | the Taggable Friend API, for example, the amount of | 20:57:09 |
| 17 | data emitted was the name, a URL to a person's | 20:57:13 |
| 18 | profile picture, and a token which could be passed | 20:57:17 |
| 19 | back to the API to tag them in a post. | 20:57:21 |
| 20 | That was the extent of the information | 20:57:24 |
| 21 | available via those APIs -- via the Taggable | 20:57:26 |
| 22 | Friends API, in my recollection. | 20:57:30 |
| 23 | Q.  And you say it's limited information, but | 20:57:33 |
| 24 | it is still fairly described as "friends data." | 20:57:36 |
| 25 | Right? | 20:57:39 |

Page 182

CONFIDENTIAL

```
 1        A.  It is some information about a friend or a       20:57:40

 2   list of friends.                                          20:57:45

 3        But I would draw a distinction between               20:57:47

 4   that and the friend permissions, which gated a very       20:57:50

 5   different set of information.                             20:57:55

 6        Q.  And we might need to blow it up a bit, but       20:57:59

 7   I'm interested in the Social Context API here, and        20:58:02

 8   I'll read it:                                             20:58:07

 9   ████████████████████████████████████      ███████

     ████████████████████████████████████████  ███████

     ████████████████████████  ████████████    ███████

     █████████████████████████████████         ███████

     ██████████████████████████████████        ███████

     ██████████████████████████                ███████

     ███████████████████████████████           ███████

16        Did I more or less read that sentence             20:58:32

17   accurately?                                             20:58:34

18        A.  You more or less read it accurately.           20:58:35

19        Q.  And what is an "endpoint"?                      20:58:37

20        A.  An "endpoint" is another word to describe      20:58:42

21   an API.  It's a -- it's a -- a term used to              20:58:47

22   describe an API that a developer could call.             20:58:54

23        Q.  And so using this example of the -- the        20:59:02

24   movie ID context endpoint, it says:                      20:59:07

25        "For example, you might be able to answer          20:59:12
```

Page 183

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the question, 'Which of my friend have | 20:59:13 |
| 2 | watched this movie?'" | 20:59:16 |
| 3 | So, technically, how would that app be | 20:59:17 |
| 4 | able to answer that question with the Social | 20:59:20 |
| 5 | Context API? | 20:59:22 |
| 6 | A.  As I talked about earlier, the precise way | 20:59:26 |
| 7 | that the Social Context API worked is not something | 20:59:30 |
| 8 | I am very familiar with.  In fact, I am not even | 20:59:35 |
| 9 | sure exactly when it existed and how it behaved. | 20:59:41 |
| 10 | So, I think, like, details on exactly how | 20:59:48 |
| 11 | the Social Context API worked, like, I don't think | 20:59:50 |
| 12 | I can give a clear answer to. | 20:59:53 |
| 13 | MR. LOESER:  Mr. Cross, I'm noting for the | 21:00:00 |
| 14 | record that I believe it is now 9:00 P.M. your | 21:00:02 |
| 15 | time.  Is that correct? | 21:00:04 |
| 16 | THE WITNESS:  It is.  But I'm happy to do | 21:00:05 |
| 17 | 15 or 20 more minutes if that -- if that would help | 21:00:08 |
| 18 | us get through stuff. | 21:00:11 |
| 19 | If now is a convenient time to break for | 21:00:13 |
| 20 | you, let's break.  But if there was a convenient | 21:00:15 |
| 21 | time to break for you that's 10, 15-minutes away, | 21:00:17 |
| 22 | these -- let's do that.  I don't want to -- | 21:00:21 |
| 23 | MR. LOESER:  Okay.  I appreciate your | 21:00:24 |
| 24 | flexibility, and I'll keep going, and we'll pretty | 21:00:27 |
| 25 | quickly get through those 15 minutes.  And that | 21:00:31 |

Page 184

| | | |
|---|---|---|
| 1 | would probably be a good time in where I am to stop | 21:00:34 |
| 2 | anyway.  So -- | 21:00:37 |
| 3 | THE WITNESS:  Cool.  Let's do that. | 21:00:38 |
| 4 | BY MR. LOESER: | 21:00:39 |
| 5 | Q.  And, I should say, in order to go further, | 21:00:39 |
| 6 | it would take a lot longer than 15 minutes.  So in | 21:00:41 |
| 7 | light of the schedule you have, I think that's a | 21:00:44 |
| 8 | good time to stop. | 21:00:46 |
| 9 | A.  Okay.  Great. | 21:00:47 |
| 10 | Q.  Okay.  This is a broad question, and we | 21:00:48 |
| 11 | can start big and go small. | 21:00:52 |
| 12 | But how did Facebook determine what apps | 21:00:54 |
| 13 | to whitelist for friend -- for providing access to | 21:00:56 |
| 14 | friend data? | 21:01:03 |
| 15 | A.  Again, to clarify, what do you mean by | 21:01:07 |
| 16 | "friend data"? | 21:01:09 |
| 17 | Do you mean the friends permissions? | 21:01:11 |
| 18 | Q.  I mean information about users who are not | 21:01:14 |
| 19 | the users of the app. | 21:01:16 |
| 20 | So whatever information made available via | 21:01:19 |
| 21 | the -- the permission to access the friends -- you | 21:01:22 |
| 22 | know, I'm going to garble the terminology every | 21:01:30 |
| 23 | time I try and do it. | 21:01:33 |
| 24 | But there's an API that grants -- that | 21:01:35 |
| 25 | provides, technically, access to friends | 21:01:37 |

Page 185

| | | |
|---|---|---|
| 1 | information about the app's users. | 21:01:39 |
| 2 | And I'm interested in understanding when | 21:01:41 |
| 3 | Facebook put an app on a whitelist so that it | 21:01:43 |
| 4 | continued to access the data of a user's friends, | 21:01:46 |
| 5 | how it made that decision. | 21:01:48 |
| 6 | A.  Okay.  So -- | 21:01:50 |
| 7 | Q.  And let me make it even easier for you. | 21:01:52 |
| 8 | The time period I'm interested in is in | 21:01:55 |
| 9 | the transition from Graph API Version 1 to | 21:01:58 |
| 10 | Version 2. | 21:02:00 |
| 11 | A.  Okay.  So let me -- let me -- let me try | 21:02:01 |
| 12 | and play back some -- some context, I think, is | 21:02:07 |
| 13 | important to the answer here. | 21:02:10 |
| 14 | So, first of all, as you have kind of | 21:02:15 |
| 15 | defined "friends data" and we've discussed it | 21:02:20 |
| 16 | earlier in this testimony, like, there are APIs | 21:02:24 |
| 17 | that were available publicly in Version 2 that | 21:02:31 |
| 18 | would have emitted some limited amount of | 21:02:36 |
| 19 | information about an app using users' friends. | 21:02:40 |
| 20 | For example, their comments on my photos | 21:02:45 |
| 21 | or limited information about them in order to | 21:02:48 |
| 22 | render a taggable -- a "tagging" user type ahead, | 21:02:51 |
| 23 | for example. | 21:03:01 |
| 24 | So, in this context, let me play back to | 21:03:01 |
| 25 | you -- I want to make sure I'm understanding your | 21:03:04 |

Page 186

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | question correctly. | 21:03:06 |
| 2 | You are specifically referring to | 21:03:09 |
| 3 | permissions or behaviors that were no longer | 21:03:10 |
| 4 | available in Version 2 of the API, and you're | 21:03:14 |
| 5 | interested in applications that continued to have | 21:03:17 |
| 6 | access to the behaviors in API Version 1 after they | 21:03:22 |
| 7 | were no longer available to a nonwhitelisted | 21:03:28 |
| 8 | developer. | 21:03:31 |
| 9 | Do I have that correct? | 21:03:32 |
| 10 | Q.  Correct. | 21:03:34 |
| 11 | A.  Okay.  Cool. | 21:03:34 |
| 12 | So having talked to people, the -- the -- | 21:03:42 |
| 13 | my understanding of how these decisions were -- how | 21:03:48 |
| 14 | these discussions happened is that there were a | 21:03:54 |
| 15 | number of developers who had been unable to update | 21:03:58 |
| 16 | their apps in time for the public API deprecation, | 21:04:05 |
| 17 | or that they -- that their use case -- they | 21:04:11 |
| 18 | required more time to migrate than was available | 21:04:14 |
| 19 | to -- to regular developers. | 21:04:17 |
| 20 | And so there were conversations had about | 21:04:20 |
| 21 | whether or not some of these applications should be | 21:04:23 |
| 22 | granted additional time to -- to migrate from the | 21:04:27 |
| 23 | API Version 1 behavior to the standard API | 21:04:34 |
| 24 | Version 2 behavior. | 21:04:37 |
| 25 | Q.  And were any other considerations relied | 21:04:40 |

Page 187

| | | |
|---|---|---|
| 1 | on by Facebook when determining whether to | 21:04:47 |
| 2 | whitelist an app? | 21:04:49 |
| 3 | A.  Again, can we -- specifically for -- | 21:04:53 |
| 4 | for -- continued access to the API of V1 behavior | 21:04:56 |
| 5 | and permissions associated with API V1? | 21:05:02 |
| 6 | Q.  Right. | 21:05:06 |
| 7 | A.  My understanding was that the rationale | 21:05:12 |
| 8 | was based on whether or not the user experience | 21:05:15 |
| 9 | would be broken if the deprecation timeline was | 21:05:17 |
| 10 | followed or whether or not there would be other | 21:05:23 |
| 11 | risks for the developer of the deprecation being | 21:05:28 |
| 12 | enforced on the general time frame. | 21:05:34 |
| 13 | So those -- primarily, it was about | 21:05:38 |
| 14 | developers needing more time to migrate because, if | 21:05:42 |
| 15 | they -- if the enforcement and deprecations | 21:05:45 |
| 16 | happened on that publicly available timeline, there | 21:05:49 |
| 17 | would be negative impacts primarily for the user | 21:05:52 |
| 18 | experience of the people using the app -- | 21:05:54 |
| 19 | Q.  And you -- sorry.  Go ahead. | 21:05:57 |
| 20 | A.  No, go on. | 21:05:59 |
| 21 | Q.  You mentioned other risks for the | 21:06:02 |
| 22 | developer. | 21:06:04 |
| 23 | What were the other risks? | 21:06:04 |
| 24 | A.  So one I recall was that there was an | 21:06:07 |
| 25 | application providing compliance services to people | 21:06:17 |

Page 188

| | | |
|---|---|---|
| 1 | in the financial and insurance industry, and their | 21:06:21 |
| 2 | customers would -- were still using their | 21:06:25 |
| 3 | application in a certain way, and they needed more | 21:06:31 |
| 4 | time to train their customers to not use the | 21:06:34 |
| 5 | application in a certain way because the | 21:06:39 |
| 6 | functionality they were relying upon would become | 21:06:44 |
| 7 | unavailable when the API deprecations were applied | 21:06:47 |
| 8 | to them. | 21:06:54 |
| 9 | Q.  And what you described were considerations | 21:06:56 |
| 10 | taken into account vis-à-vis developers. | 21:07:01 |
| 11 | But were there different considerations | 21:07:05 |
| 12 | taken into account on whether to grant Facebook | 21:07:06 |
| 13 | partners with continued access to publicly | 21:07:10 |
| 14 | deprecated permissions? | 21:07:13 |
| 15 | A.  Sorry.  Say that again? | 21:07:17 |
| 16 | Q.  So you indicated that the -- the -- there | 21:07:20 |
| 17 | was extensions provided so apps could migrate to | 21:07:23 |
| 18 | the new platform, and you spoke about that for a | 21:07:26 |
| 19 | minute. | 21:07:31 |
| 20 | But I'm wondering if there were other | 21:07:31 |
| 21 | considerations that were taken into account when | 21:07:33 |
| 22 | discussing partners in particular and whether they | 21:07:35 |
| 23 | should be provided continued access to publicly | 21:07:39 |
| 24 | deprecated permissions. | 21:07:42 |
| 25 | A.  My understanding is that there were some | 21:07:46 |

Page 189

| | | |
|---|---|---|
| 1 | contractual agreements that specified a longer | 21:07:48 |
| 2 | deprecation window than was available to -- than | 21:07:54 |
| 3 | was offered to regular developers; and, as such, | 21:07:58 |
| 4 | it's possible that some of the extensions to the | 21:08:04 |
| 5 | deprecations were granted on that basis. | 21:08:11 |
| 6 | Q.  And were there any other bases that | 21:08:14 |
| 7 | Facebook had for providing continued access to | 21:08:17 |
| 8 | publicly deprecated permissions to partners? | 21:08:20 |
| 9 | A.  Can you define again what you mean by | 21:08:24 |
| 10 | "partners" here?  'Cause all partners are | 21:08:25 |
| 11 | developers in this context. | 21:08:28 |
| 12 | Q.  I mean the entities that have been | 21:08:31 |
| 13 | described by Facebook as "integration partners" | 21:08:33 |
| 14 | or -- there are a variety of other categories of | 21:08:36 |
| 15 | partner that Facebook uses.  In fact, looking at | 21:08:41 |
| 16 | your notes, you have "integration partners, | 21:08:44 |
| 17 | business integrations, media integrations, search | 21:08:47 |
| 18 | integrations." | 21:08:49 |
| 19 | So with regard to any of those categories, | 21:08:51 |
| 20 | were there other considerations taken into account | 21:08:54 |
| 21 | by Facebook when deciding whether to provide | 21:08:57 |
| 22 | continued access to the publicly deprecated | 21:09:00 |
| 23 | permissions? | 21:09:02 |
| 24 | A.  So I think what's important to understand | 21:09:04 |
| 25 | here is that -- let's take integration partners, | 21:09:06 |

Page 190

CONFIDENTIAL

```
 1       for example.                                     21:09:10

 2            They had -- they had always had access to   21:09:11

 3       some permission -- some APIs that were not       21:09:16

 4       available to regular developers because they were 21:09:22

 5       rebuilding a Facebook replacement client experience 21:09:24

 6       on their devices.                                21:09:28

 7            So "integration partners" as has been, you  21:09:30

 8       know, defined in the -- in the documents, were   21:09:35

 9       already on several whitelists in order to provide 21:09:38

10       the experience that they offered to users.       21:09:46

11            So that's my understanding of how           21:09:54

12       integration partners continued to have access to 21:09:56

13       the -- the private APIs and behaviors they had   21:10:00

14       always had access to that were not available to  21:10:04

15       regular developers.                              21:10:07

16       Q.  Okay.  And, again, I want to make sure I'm   21:10:09

17       using the right terminology, and I'm talking about 21:10:13

18       continued access to friend data.                 21:10:16

19            So you've just described the continued       21:10:17

20       access that integration partners had to friend   21:10:19

21       data.                                            21:10:22

22            Were there considerations that Facebook      21:10:22

23       took into account when deciding whether the other 21:10:24

24       types of partners that we just went through had   21:10:26

25       continued access to friend data?                 21:10:29
```

Veritext Legal Solutions
866 299-5127

```
 1            A.  My understanding from talking to the        21:10:35

 2       people involved in this at the time, plus my own     21:10:37

 3       experience, is that the extensions granted to        21:10:40

 4       applications to access API Version 1 and the friend  21:10:46

 5       permissions was limited to cases where the user      21:10:51

 6       experience would be significantly degraded if they   21:10:54

 7       weren't given extra time or there was some form of   21:10:57

 8       legal and regulatory risk to the partner if the      21:11:02

 9       extension was not granted for a period of time.      21:11:05

10            But remember that there -- you know, there      21:11:09

11       were other reasons to -- there were other            21:11:11

12       deprecations and changes in the API behavior that    21:11:15

13       were not related to the deprecation of the friend    21:11:18

14       permissions.  I think that's really important to     21:11:20

15       understand.                                          21:11:22

16            Q.  Right.  And I perhaps led us astray with    21:11:23

17       the terminology I was using.                         21:11:26

18            And, really, what I'm asking -- and you         21:11:28

19       can tell me if it changes any of your answers --     21:11:30

20       but I'm looking for the reasons Facebook had to      21:11:33

21       provide continued access to friend data by anyone    21:11:36

22       after the transition to Version 2.                   21:11:39

23            And we've talked about apps, and we've          21:11:41

24       talked about business partner -- or integration      21:11:43

25       partners and business integrations.                  21:11:47
```

Page 192

| | | |
|---|---|---|
| 1 | And so just more broadly put, have you | 21:11:51 |
| 2 | given me the full list of reasons that Facebook | 21:11:53 |
| 3 | used when deciding whether to provide continued | 21:11:58 |
| 4 | access to friend data after the transition to | 21:12:00 |
| 5 | Version 2? | 21:12:06 |
| 6 | A.  So I provided -- friend data in | 21:12:08 |
| 7 | Version 2 -- like, again, I think it's important to | 21:12:13 |
| 8 | separate these things.  Right? | 21:12:20 |
| 9 | You're asking a compound question that's, | 21:12:23 |
| 10 | like, somewhat impossible to answer with -- given | 21:12:25 |
| 11 | your definition of "friend data" and given the | 21:12:30 |
| 12 | variety of different applications we're talking | 21:12:32 |
| 13 | about here and the complexity of the whitelists -- | 21:12:35 |
| 14 | the various whitelists that these apps were on. | 21:12:37 |
| 15 | So, like, I think your question is hard to | 21:12:41 |
| 16 | answer in -- in simple terms given your definition | 21:12:44 |
| 17 | of "friend data." | 21:12:49 |
| 18 | Q.  And you're saying that because my | 21:12:53 |
| 19 | definition includes the types of data that's | 21:12:54 |
| 20 | provided with regard to APIs other than the friends | 21:12:58 |
| 21 | permissions specifically and includes groups and | 21:13:02 |
| 22 | events and social context and all of that, or is | 21:13:04 |
| 23 | there some other complication? | 21:13:08 |
| 24 | A.  That's primarily the complication.  Like, | 21:13:10 |
| 25 | integration partners, the primary use case there is | 21:13:12 |

Page 193

| | | |
|---|---|---|
| 1 | that these are experiences that are designed to | 21:13:21 |
| 2 | replicate the Facebook experience on another mobile | 21:13:29 |
| 3 | device platform, set-top box, or so on. | 21:13:33 |
| 4 | And those folks would have access to -- | 21:13:39 |
| 5 | always had access to information that wasn't | 21:13:45 |
| 6 | available via the -- via the standard APIs.  So | 21:13:46 |
| 7 | that's one class of things. | 21:13:51 |
| 8 | Then there is the general deprecation -- | 21:13:56 |
| 9 | the general changes -- the whole package of changes | 21:14:01 |
| 10 | from Version 1 to Version 2, which included the | 21:14:04 |
| 11 | deprecation of the friend permissions, a number of | 21:14:07 |
| 12 | other changes, including app-scoped user IDs and so | 21:14:10 |
| 13 | on. | 21:14:15 |
| 14 | So in terms of granting extensions to the | 21:14:15 |
| 15 | API Version 1 to Version 2 transition, from talking | 21:14:20 |
| 16 | about all of -- from talking to all of the people | 21:14:24 |
| 17 | involved to the -- as many people as I could that | 21:14:26 |
| 18 | were involved at the time, the rationale for | 21:14:29 |
| 19 | granting an extension is that it was a belief that | 21:14:33 |
| 20 | the user experience would be severely degraded if | 21:14:37 |
| 21 | the app wasn't given extra time to migrate from API | 21:14:44 |
| 22 | Version 1 to Version 2. | 21:14:48 |
| 23 | Regular developers had a year.  There were | 21:14:51 |
| 24 | some applications, it was determined, that would -- | 21:14:54 |
| 25 | would provide a broken user experience if they | 21:14:57 |

Page 194

| | | |
|---|---|---|
| 1 | weren't given more time to upgrade. | 21:14:59 |
| 2 | And that was the determination based on, | 21:15:03 |
| 3 | again, speaking to the people involved, the | 21:15:06 |
| 4 | degradation in the user experience that would | 21:15:08 |
| 5 | result, or whether or not there was risk around, | 21:15:10 |
| 6 | like, legal and regulatory use of the Platform that | 21:15:17 |
| 7 | required extra time to unwind. | 21:15:23 |
| 8 | That's my understanding of the -- the | 21:15:27 |
| 9 | reasons why some applications were granted | 21:15:29 |
| 10 | additional time to migrate from Version 1 to | 21:15:33 |
| 11 | Version 2. | 21:15:36 |
| 12 | Q.  And so those are all of the reasons that | 21:15:38 |
| 13 | Facebook had for providing continued access to | 21:15:40 |
| 14 | friend data for apps and partners after the | 21:15:45 |
| 15 | transition to Version 2. | 21:15:51 |
| 16 | MR. BLUME:  Objection to form. | 21:15:54 |
| 17 | THE WITNESS:  The answer I just gave was | 21:15:55 |
| 18 | in -- in two parts. | 21:15:58 |
| 19 | Part one is:  Integration partners who had | 21:16:01 |
| 20 | built experiences that were on unusual devices, | 21:16:06 |
| 21 | operating systems, and set-top boxes and so on that | 21:16:13 |
| 22 | required, in order to function, always, permissions | 21:16:16 |
| 23 | which -- APIs that were not generally available. | 21:16:22 |
| 24 | The use of those APIs and permissions was | 21:16:31 |
| 25 | governed by contracts, typically.  That's what | 21:16:34 |

Page 195

```
 1    determined an integration partner, and they were      21:16:37

 2    considered as operating on a different set of         21:16:40

 3    permissions and APIs than the public API surface      21:16:46

 4    area.                                                 21:16:51

 5         The second part of your question was             21:16:51

 6    determining extensions to Version-- the Version 1     21:16:53

 7    to Version 2 deprecation timeline where Version 1     21:16:57

 8    included friends permissions and Version 2 did not    21:17:01

 9    include the friends permissions.                      21:17:06

10         And my understanding from talking to the         21:17:08

11    people involved is that the reason for granting       21:17:11

12    extensions to the standard Version 1 deprecation      21:17:14

13    window was to do with degradation of the user         21:17:17

14    experience and/or a few cases where the use of the    21:17:21

15    API was involved in compliance use cases.             21:17:30

16         I -- it's possible that there are other          21:17:35

17    reasons, but having talked to people and reviewed     21:17:38

18    the documents in this case, it's consistent with      21:17:43

19    that understanding as -- as referring to the friend   21:17:46

20    permissions deprecations.                             21:17:48

21    BY MR. LOESER:                                        21:17:52

22         Q.  And, again, I just want to -- trying to      21:17:52

23    make a record and make the record clear, and I'm      21:17:54

24    trying to understand every type of entity -- call     21:17:57

25    it a partner, call it a developer, call it an         21:18:01
```

Page 196

| | | |
|---|---|---|
| 1 | app -- that continued to have access to friend data | 21:18:04 |
| 2 | after the transition from Version 1 to Version 2. | 21:18:07 |
| 3 | And you have described a couple different | 21:18:10 |
| 4 | types of entities.  You've described apps and | 21:18:12 |
| 5 | business integrations, and you've described | 21:18:15 |
| 6 | extensions that were provided to some; and for | 21:18:19 |
| 7 | integrations, access that existed before and | 21:18:23 |
| 8 | existed after. | 21:18:26 |
| 9 | And what I'm trying to pin down is, is | 21:18:27 |
| 10 | there any other category of third party that | 21:18:30 |
| 11 | continued to have access to friend data after the | 21:18:36 |
| 12 | transition to Version 2? | 21:18:39 |
| 13 | Are there any other reasons that Facebook | 21:18:42 |
| 14 | had for providing continued access to those | 21:18:46 |
| 15 | categories? | 21:18:48 |
| 16 | MR. BLUME:  Objection.  Form. | 21:18:49 |
| 17 | THE WITNESS:  So I -- it -- I think | 21:18:53 |
| 18 | we're -- you're mixing up here the friend | 21:18:55 |
| 19 | permissions, right, and the permissions that were | 21:18:59 |
| 20 | used in the API to govern access to the data | 21:19:02 |
| 21 | exposed via those permissions from friends data in | 21:19:07 |
| 22 | the more general sense that you defined it earlier | 21:19:13 |
| 23 | in this -- when we discussed earlier in this | 21:19:17 |
| 24 | testimony. | 21:19:20 |
| 25 | Like, it's -- I'm -- | 21:19:20 |

Page 197

CONFIDENTIAL

|   |   |   |
|---|---|---|
| 1 | BY MR. LOESER: | 21:19:23 |
| 2 | Q.  Let's go back.  Let me make it easier. | 21:19:23 |
| 3 | Let's put that aside for a moment, the | 21:19:25 |
| 4 | other APIs that are not categorized as friend | 21:19:27 |
| 5 | permissions, and just talk about friends; the APIs | 21:19:30 |
| 6 | that were on that list that were deprecated. | 21:19:34 |
| 7 | Other than the -- the third parties you've | 21:19:37 |
| 8 | already described, are there any other categories | 21:19:40 |
| 9 | of partner or developer or third party at all that | 21:19:42 |
| 10 | had continued access to those permissions after the | 21:19:48 |
| 11 | transition? | 21:19:52 |
| 12 | And if so -- let's stop with that.  Let's | 21:19:53 |
| 13 | start with that half of the question. | 21:19:58 |
| 14 | A.  Okay.  So my understanding is that the | 21:20:01 |
| 15 | ability of applications to request the friend | 21:20:04 |
| 16 | permissions from users, which is, again, how this | 21:20:08 |
| 17 | works, right?  We're talking specifically about the | 21:20:11 |
| 18 | friend permissions.  These are things that apps | 21:20:14 |
| 19 | could request users to grant to the application. | 21:20:17 |
| 20 | My understanding is that the reasons for | 21:20:22 |
| 21 | continuing to allow apps to request the friend | 21:20:26 |
| 22 | permissions from users was limited to applications | 21:20:31 |
| 23 | that needed additional time to -- to migrate. | 21:20:38 |
| 24 | The -- and we've gone through the reasons for that. | 21:20:42 |
| 25 | Q.  Okay.  And there's -- and you also | 21:20:50 |

Page 198

| | | |
|---|---|---|
| 1 | described business integrations, and you gave the | 21:20:52 |
| 2 | reason for that. | 21:20:54 |
| 3 | And I just want to make sure that there's | 21:20:55 |
| 4 | not any other category of partner, according to | 21:20:58 |
| 5 | Facebook, that continued to have access to those | 21:21:00 |
| 6 | permissions that were whitelisted. | 21:21:03 |
| 7 | A.  So when apps were whitelisted -- if an app | 21:21:08 |
| 8 | was whitelisted to continue to have access to | 21:21:12 |
| 9 | Version 1, then it could continue to request those | 21:21:15 |
| 10 | permissions from some users. | 21:21:18 |
| 11 | So by being granted an exception -- an | 21:21:21 |
| 12 | extension to the deprecation timeline window, | 21:21:25 |
| 13 | applications that were whitelisted to continue to | 21:21:30 |
| 14 | have access to Version 1 could continue to access | 21:21:33 |
| 15 | the friend -- could continue to request the friends | 21:21:37 |
| 16 | permissions from users until that access was -- was | 21:21:39 |
| 17 | removed. | 21:21:43 |
| 18 | And my understanding is that the reason | 21:21:45 |
| 19 | for that was to give those apps extra time to | 21:21:50 |
| 20 | migrate to prevent degradation to the user | 21:21:54 |
| 21 | experience. | 21:21:58 |
| 22 | There are apps on -- I've been through the | 21:22:00 |
| 23 | list of applications that were granted an | 21:22:03 |
| 24 | extension, and a good example of that -- an | 21:22:05 |
| 25 | application in that category was, like, the -- an | 21:22:14 |

Page 199

CONFIDENTIAL

```
 1      integration with car manufacturers and their head      21:22:18

 2      unit so you could access some kind of Facebook         21:22:22

 3      experience inside your car.                            21:22:25

 4              It's very hard to update the software on        21:22:27

 5      those devices, and they needed more time.              21:22:29

 6              So that's my understanding of, like, the        21:22:37

 7      reason why extensions were granted; to give more --    21:22:40

 8      developers more time to upgrade, given the changes     21:22:44

 9      in the API that would affect them -- not just the      21:22:47

10      friends permissions, but other changes between         21:22:50

11      Version 1 and Version 2, and that's why the            21:22:53

12      extensions were granted.                               21:22:57

13          Q.  I'm not trying to get you to repeat the        21:23:04

14      same testimony.  I am simply trying to make sure       21:23:06

15      that we've exhausted Facebook's reasons for            21:23:09

16      whitelisting and the categories of apps or partners    21:23:12

17      that were whitelisted.                                 21:23:16

18              And so there's nothing else to add to that      21:23:18

19      from Facebook's perspective?                           21:23:20

20          A.  So the -- in terms of, like, whitelisting      21:23:24

21      extensions to Version 1, there are other reasons       21:23:27

22      why an app might be whitelisted, but that's            21:23:33

23      generally not to do with their use of the friend       21:23:37

24      permissions.                                           21:23:39

25          Q.  Was it something to do with their use of       21:23:42
```

Veritext Legal Solutions
866 299-5127

```
 1     other deprecated permissions?                    21:23:44

 2         A.   Other changes in behavior from Version 1   21:23:47

 3     to Version 2.  For example, app-scoped user IDs.   21:23:49

 4     Big change to how the Facebook Developer Platform   21:23:55

 5     operated.  As I say, there's a whole number of     21:23:58

 6     changes between Version 1 and Version 2.           21:24:02

 7              Your question was about friends           21:24:04

 8     permissions, and there are other reasons why some  21:24:06

 9     apps were granted an extension.  And my            21:24:09

10     understanding is that, you know, the reasons for   21:24:12

11     granting an extension to the friend permissions is 21:24:16

12     because of a user experience degradation and       21:24:19

13     striking a balance of giving more time -- those    21:24:23

14     developers more time to update their use of the    21:24:26

15     Platform or cases where the use of the Platform was 21:24:29

16     related to -- where the friend permissions were    21:24:33

17     used in the context of, like, regulated industries. 21:24:39

18              As I say, there are a number of developers 21:24:44

19     also whitelisted for continued access to Version 1 21:24:46

20     because of their use of other -- because of        21:24:50

21     their -- because of them being affected by other   21:24:53

22     changes in the API between Version 1 and Version 2. 21:24:55

23              MR. LOESER:  Okay.  Mr. Cross, we're at    21:25:07

24     now 9:25 your time, and I want to be sensitive to  21:25:09

25     your schedule.                                      21:25:12
```

Page 201

CONFIDENTIAL

```
 1              So we're more than happy to keep going,        21:25:13

 2        but if you want to stop, it's getting late for you.   21:25:16

 3        So --                                                 21:25:19

 4              THE WITNESS:  Yeah, now is a good time.  I       21:25:19

 5        can feel my voice going, and this stuff is            21:25:21

 6        important to get right.  So I think it's a good       21:25:24

 7        moment to pause and then come back and continue on    21:25:27

 8        Thursday.                                             21:25:30

 9              MR. LOESER:  Okay.  Well, thank you for          21:25:31

10        your time this evening, and we'll start again on      21:25:33

11        Thursday.                                             21:25:35

12              THE VIDEO OPERATOR:  And we're off the          21:25:38

13        record.  It's 9:25 P.M.                               21:25:39

14              (Time noted, 9:25 P.M. London Daylight          21:25:41

15              Time)                                           21:25:43

16

17                            --o0o--

18

19

20

21

22

23

24

25
```

Page 202

CONFIDENTIAL

```
 1              CERTIFICATE OF REPORTER

 2          I, HOLLY THUMAN, a Certified Shorthand Reporter,

 3      hereby certify that the witness in the foregoing

 4      deposition was by me duly sworn to tell the truth, the

 5      whole truth, and nothing but the truth in the

 6      within-entitled cause; that said deposition was taken

 7      down in shorthand by me, a disinterested person, at the

 8      time and place therein stated; and that the testimony

 9      of said witness was thereafter reduced to typewriting

10      by computer, to the best of my ability via remote

11      videoconferencing, under my direction and supervision;

12          That before completion of the deposition review of

13      the transcript [] was [X] was not requested/offered.

14      If requested, any changes made by the deponent (and

15      provided to the reporter) during the period allowed are

16      appended hereto.

17          I further certify that I am not of counsel or

18      attorney for either or any of the parties to the said

19      deposition, nor in any way interested in the event of

20      this cause, and that I am not related to any of the

21      parties thereto.

22

23      DATED: May 12, 2022

24

25          HOLLY THUMAN, CSR
```

Page  204

CONFIDENTIAL

1  IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

2  SIMON CROSS, JOB NO. 5210141

3          E R R A T A   S H E E T

4  PAGE 10    LINE 16    CHANGE "international" to "international travel"

5  _____

6  REASON misspoke _____

7  PAGE 27    LINE 25    CHANGE "and are" to "and that are"

8  _____

9  REASON misspoke _____

10 PAGE 33    LINE 6     CHANGE "those" to "them"

11 _____

12 REASON misspoke _____

13 PAGE 36    LINE 12    CHANGE "a documentation" to "documentation"

14 _____

15 REASON transcription error _____

16 PAGE 43    LINE 15    CHANGE "It was" to "There were"

17 _____

18 REASON transcription error _____

19 PAGE 52    LINE 19    CHANGE _____

20   delete "Facebook-like or  - - Facebook-branded or"

21 REASON transcription error _____

22

23 _____        24th June 2022

24 WITNESS                               Date

25

                                    Page 207

```
 1    IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

 2    SIMON CROSS, JOB NO. 5210141

 3              E R R A T A   S H E E T

 4    PAGE 55    LINE 2    CHANGE "billing" to "building"

 5    _____

 6    REASON transcription error

 7    PAGE 65    LINE 7    CHANGE "would refresh" to "to refresh"

 8    _____

 9    REASON transcription error

10    PAGE 79    LINE 12   CHANGE "138S" to "138X"

11    _____

12    REASON transcription error

13    PAGE 86    LINE 15   CHANGE "friend" to "friends"

14    _____

15    REASON misspoke

16    PAGE 94    LINE 4    CHANGE delete "also using the same app"

17    _____

18    REASON transcription error

19    PAGE 102   LINE 9    CHANGE "is the" to "of the"

20    _____

21    REASON transcription error

22

23    _____        24th June 2022

24    WITNESS                            Date

25
```

Page 207

CONFIDENTIAL

```
1    IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

2    SIMON CROSS, JOB NO. 5210141

3                    E R R A T A   S H E E T

4    PAGE 127    LINE 5      CHANGE "functionality of the" to

5     "functionality the"

6    REASON transcription error

7    PAGE 146    LINE 18     CHANGE "he can" to "he can answer"

8    _____

9    REASON transcription error

10   PAGE 168    LINE 16     CHANGE "API 1" to "API V1"

11   _____

12   REASON transcription error

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____          24th June 2022

24   WITNESS                              Date

25
```

Page 207

**[& - 4200]**

| & |
| --- |
| **&**   2:18 3:4,7,10,14 5:25 205:23 206:9 |

| 0 |
| --- |
| **0**   117:5 137:3,7 |
| **00198455**   4:9 |
| **00200051**   4:16 174:3 |
| **01685319.ppt**   4:13 |
| **01685319.ppt.** 125:8 |
| **02140404**   4:11 |
| **02145706**   4:18 |
| **02843**   1:8 |

| 1 |
| --- |
| **1**   40:5,18 41:6,9,17 42:1 73:10 83:7 126:8 128:9 137:3 137:7 163:12,15 168:16 174:17,19 177:5,13 186:9 187:6,23 192:4 194:10,15,22 195:10 196:6,7,12 197:2 199:9,14 200:11,21 201:2,6 201:19,22 206:1 |
| **1.0**   40:7 |
| **1.1**   39:22 40:7 |
| **1.2**   39:22 |
| **1/24/2014**   4:13 125:16 131:3 |
| **10**   176:16 184:21 |
| **100**   116:2,14 |
| **11**   115:3 117:19 |
| **115**   4:22 |
| **11978**   204:24 |
| **12**   204:23 205:3 |
| **1201**   2:11 |

**125**   4:12
**12th**   2:19
**13**   20:6,8,9,10 63:10
**13,000**   131:7
**13,350**   131:4
**138**   79:6,19
**138s**   79:12
**138x**   79:11
**15**   184:17,21,25 185:6
**153**   4:14
**1600**   2:19
**17**   117:6,6
**173**   4:16
**176**   4:17
**18**   1:8 4:22
**1801**   3:5
**1881**   3:8

| 2 |
| --- |
| **2**   41:8,10,17,21 42:1 43:5,10,12 45:25 46:2,9,10,15 73:17 118:12,14 121:1,4,10 124:15 124:17,22 125:1 126:10 160:21 163:13,15 176:22 177:2,2,4,14 180:6 180:20 182:2 186:10,17 187:4 187:24 192:22 193:5,7 194:10,15 194:22 195:11,15 196:7,8 197:2,12 200:11 201:3,6,22 |
| **2.0**   181:23 |
| **2.0.**   181:10 |
| **20**   184:17 |
| **2001**   3:11 |

**2007**   21:21 32:22 39:18 70:18 71:20 142:6
**2007/2008**   154:12
**2008**   167:10
**2010**   13:10,21 40:3 40:10,17,21,22 41:5 48:21 51:14 88:7,9,12 112:5,12 154:15
**2010s**   42:23
**2011**   170:3,6
**2012**   33:1 45:21 46:7
**2013**   4:8,10,16 45:21 75:20 82:20 92:10 151:3 174:6
**2014**   13:22,23 41:8 46:4,16 48:22 84:11 91:7 125:22 126:3 163:2 164:17 168:14 177:20 178:10
**2015**   13:23 46:3,14 46:18 115:3 116:4 117:19 121:12 168:13,18
**2016**   14:1
**2018**   14:1,4 29:9 29:14 113:18 151:3
**2021**   14:4,6
**2022**   1:20 2:5 5:1 5:7 203:5 204:23 205:3,5
**2025.520**   205:9,12
**2100**   3:11
**27**   4:8 75:20
**2843**   1:7

| 3 |
| --- |
| **3**   126:11 |
| **30**   1:18 15:16 19:22 46:16,18 76:7 78:18 79:3,7 80:13 121:12 125:22 126:2 168:13,14,17 206:1 |
| **30,000**   42:8,12 |
| **3000**   3:15 |
| **30th**   46:3,4 |
| **31**   4:16 132:7,12 174:6 |
| **3200**   2:11 |
| **330**   4:22 18:18,19 19:5,6 63:9 |
| **331**   75:2 |
| **332**   4:8 19:4,11 75:3,4,5 |
| **333**   4:10 92:4,5 |
| **334**   4:12 125:5,7 |
| **335**   4:14 153:20 |
| **336**   4:16 173:24 174:2 |
| **337**   4:17 176:17 177:6 |
| **35,000**   78:19,22 79:1 |
| **35k**   78:18 |
| **36**   16:17 |
| **3:49**   2:4 5:2,7 |

| 4 |
| --- |
| **4**   75:2 |
| **4,000**   78:18 |
| **4,82m**   78:18 |
| **4.82**   79:3 |
| **414**   4:11 |
| **4200**   3:5 |

**[45 - adele]**

**45**  15:16
**457**  4:9

**5**

**5**  92:2 177:20
   178:9
**5210141**  1:25
   205:5 207:2
**555**  2:19
**5:04**  61:2,3
**5:22**  61:3,6

**6**

**6**  1:18 4:4 19:22
   20:11,17 63:14
   64:23 65:20 67:16
   68:5 128:16 151:8
   152:23 155:7,8,15
**643**  7:4,4,13
**6834**  1:24
**6:42**  114:18,19

**7**

**7**  20:12,17 152:19
   155:1,4,9,13,19,22
   156:4,9
**711**  4:18
**75**  4:8
**75210-2911**  3:11
**77002**  3:15
**7:00**  114:19,21
**7:58**  153:7,8

**8**

**8**  125:4
**80220**  3:5
**811**  3:15
**8:12**  153:8,10

**9**

**9**  1:20 2:5 4:10 5:1
   5:7 92:10 173:23
   205:5

**92**  4:10
**94607**  2:19
**98**  4:22 114:24
   115:6,9,16
**98101**  2:12
**9:00**  184:14
**9:25**  201:24
   202:13,14

**a**

**ability**  9:21,25
   22:21 26:10 31:20
   38:22 44:5 56:21
   71:11 81:11 90:13
   94:2 118:21
   119:15 137:23
   159:2 176:11
   179:10 198:15
   204:10
**able**  45:17 57:9
   68:21 71:3 89:9
   102:23 118:21
   175:23 183:12,25
   184:4
**access**  22:21 23:1
   26:11 27:13 30:22
   31:1,21 32:2,12,18
   33:1,5 34:6,11,12
   35:2,4,11,13 38:6
   38:8 44:5 47:3,10
   47:22 48:2,5 49:5
   49:15 50:5,6,8
   51:9 53:5 54:5,23
   56:21,22 57:2,8,11
   58:14,18 61:23
   62:10,15 63:4
   65:15 68:21 69:1
   69:10,12,14,16
   70:24 71:11 72:14
   74:11,18 83:2,5,7
   84:2,16 85:23,24
   87:7,16,23 88:9,14

89:4,7,18 98:12,23
99:21 101:2,13,18
101:22 102:5,7,11
103:4,11,15,23
104:3,5,7,9,10,23
105:1,4,21 107:12
108:10 110:1,6,21
111:18 113:5
118:22 119:16
120:1,10,15,20
121:2,8,17 123:5
123:14 124:5,19
137:17,23 138:11
139:7 140:24
141:2 142:12
148:16 149:4,13
149:13 157:2,9,15
157:25 159:7
160:11 161:21
162:12,22 163:6
163:17 164:16
166:21 167:17,20
168:4,7,15,20,21
169:18,22 170:17
170:18,25 171:5
171:16,18 172:2,6
173:7,14,20
179:10,18,21
180:10,14 182:6,8
185:13,21,25
186:4 187:6 188:4
189:13,23 190:7
190:22 191:2,12
191:14,18,20,25
192:4,21 193:4
194:4,5 195:13
197:1,7,11,14,20
198:10 199:5,8,14
199:14,16 200:2
201:19

**accessed**  26:9 38:4
   47:6 53:24 55:13
**accessible**  74:13
   103:7
**accessing**  30:20
   59:21,21 117:10
   117:23 120:5
**accommodate**
   8:23 12:8
**account**  189:10,12
   189:21 190:20
   191:23
**accrued**  96:24
**accurate**  32:7
   145:9 177:1
**accurately**  100:16
   109:22 183:17,18
**acquired**  77:12
**actions**  1:9 183:11
**active**  36:7 51:15
   51:17,21 78:21,22
   79:1,20 81:21
   88:4 112:2
**actively**  11:3
**activity**  120:14
   127:10 140:11
**acuity**  44:14
**ad**  128:7 136:4
   144:5
**adaniel**  2:14
**add**  200:18
**added**  112:5 158:9
   183:9
**addition**  61:21
**additional**  172:7
   187:22 195:10
   198:23
**address**  65:12
**addressed**  46:8
**adele**  2:13 5:18
   6:17

**[admit - api]**

admit  76:9

ads  135:19,23
   136:1,2,3 143:7

advance  16:15
   17:20 167:24

advertisements
   138:13

advertising  127:15
   127:17 128:3,6
   138:21

advocate  13:19

affect  200:9

affiliated  23:15

afraid  85:2

afternoon  61:9,10

ago  86:12 119:25
   157:7

agree  67:25 72:7
   138:10 165:25

agreed  75:18

agreements  190:1

ahead  8:17 14:15
   59:11 95:1 101:5
   106:1,2 149:23
   153:1 186:22
   188:19

air  93:23

alex  154:3,17

align  22:10

allison  4:8 15:7
   75:19

allow  26:15 34:6
   34:10 36:25 43:6
   51:23,23 70:18
   85:24 86:1 101:1
   104:3,5,23 140:1
   149:4 152:4
   175:19 183:10
   198:21

allowed  23:16
   47:5,21 62:18

74:17 84:4 86:13
95:22 97:20 100:9
101:13,21 102:4
102:10 103:10,22
104:8,10 105:3,15
105:23 111:17
124:20,22 138:20
141:23 166:11
179:18,21 180:9
180:10 204:15

allowing  127:8
   137:17 148:16
   149:12

allows  51:19 54:9
   87:4

alongside  51:13

alter  43:16

alternative  159:24
   164:23

alto  3:8

altogether  83:23
   84:22 85:19

ambitions  170:12

amended  19:20

amit  15:8

amount  43:12,16
   43:20 44:7,20
   45:14 72:8 74:21
   78:8,14 96:24
   97:7,11 128:13
   182:14,16 186:18

amounts  15:10

analyses  146:17

analysis  99:23
   131:25 134:23
   142:17 143:4
   144:18 145:14
   146:3,7,10,13,22
   146:25 147:23
   148:6,20,23,25
   149:11,19,25

150:8,14,18 151:4
151:24 152:7,9,10

analytica  7:11

analyze  123:25
   124:8 157:4

analyzed  148:14
   149:2

analyzing  180:13

android  24:17,20

announced  39:22
   119:2,4,6 125:21
   126:2 131:23
   180:20

announcing
   169:12

answer  8:3,6,9,16
   8:17 11:16,17
   12:1 13:1 24:5
   25:16 27:23 32:6
   32:24 33:19 36:2
   39:25 51:23 56:11
   58:5,17 59:3
   66:23 68:12 69:3
   74:1 82:18,19
   84:24 85:11 92:22
   95:7,9,13 100:16
   103:3 109:4,18,22
   110:8,19,23
   122:11 132:15,24
   132:25 133:6,18
   139:16,23 140:14
   145:3,9,11,13,25
   146:1,22 149:18
   150:23 151:18
   156:6 162:15
   163:10 164:7,8
   175:5,5 183:12,25
   184:4,12 186:13
   193:10,16 195:17

answering  8:2
   156:19 175:6

answers  167:1
   192:19

anybody  11:4
   155:12

anymore  135:11

anyway  185:2

apart  33:16

api  22:22 23:2
   25:5,6 26:9,13,14
   29:4 30:8,11,14,15
   30:16 31:8,10
   33:7,25 34:6,10,12
   34:16,17,21 35:9
   35:13,18,19,20
   36:1,4,6,11,15,16
   36:23 37:11,16,20
   37:21,25 38:2,3,6
   38:13,18 39:1,3,7
   39:8,10,16,19,22
   40:2,3,4,7,10,11
   40:14,16,25 41:3,4
   41:6,8,12,13,15,21
   43:2,5,6,7,10,13
   43:17,21 45:25
   46:2,9,10,15,17
   47:7 48:6 50:6,7
   51:5,13 53:19,23
   54:22 57:18 59:22
   60:13 62:5,6,7,8
   62:15,18,24,25
   69:4 72:17,18
   73:10,17 76:6
   77:5,9 78:6,7,11
   78:12,15 80:12,21
   81:2,8,12,20 82:13
   83:6 87:19 99:3
   102:4 103:2,3,14
   103:20,22 104:1,2
   104:5,7,8,14,17,21
   104:22 105:3,14
   105:17,19,20,23

[api - application]

106:23,23 107:5,9
107:11,13,15,23
108:8,10,12,15,22
108:25 109:2,6,8
109:11,17,19
110:1,3,6,10,12,13
111:11,12,14,20
112:21 113:9,17
114:9,9,11,13
118:11,13 119:6
119:13,14 120:4
120:25 121:3,9
122:1,15,23 123:4
123:7,9,10,20
124:15,17,22
125:1,1 141:19
142:8,8 157:4
158:11 159:24
160:7 163:12,13
163:14,15 164:5
164:15,19,24
166:4,16 167:4,5
167:16,22 168:8
168:16,17 176:22
177:2,4,5 180:6,18
181:16,18 182:11
182:16,19,22
183:7,21,22 184:5
184:7,11 185:24
186:9 187:4,6,16
187:23,23 188:4,5
189:7 192:4,12
194:15,21 196:3
196:15 197:20
200:9 201:22
**apis**   23:12 25:11
25:13,16,19,20,24
26:10 27:6,7,10,13
27:16 28:20 29:8
29:9 30:12,22
31:5,19,21 32:2,19

33:14,17,22 34:14
35:1,10,24 36:7,9
36:19 38:7,8 39:2
47:4,8,10,22 48:2
49:6 53:11 54:6
54:10 58:15 62:9
63:21 68:25 69:6
69:9,12,21,21 70:7
72:8,11,14,16,20
72:24,25 73:5,7
82:24 84:17 98:16
99:5 102:2 104:3
104:23,25 109:20
110:11,21 111:10
111:23 112:7
113:4,5,12,20,21
113:23 114:3
122:2,6,7,7,20,23
122:25 123:4,9,14
123:19 124:4,10
124:19 134:23
135:7 151:22
152:3 156:15,25
157:15,17 158:1
158:25 159:7
161:25 162:2,5,7,8
162:9,12,14,22
165:1,16,20
166:19 167:2
168:24 179:8
181:13 182:1,4,5,8
182:14,21 186:16
191:3,13 193:20
194:6 195:23,24
196:3 198:4,5
**apologize**   16:6
32:10 59:11 93:4
112:23
**app**   22:19,20,23
22:25 23:1 25:18
32:11 33:5 34:22

35:1,3,14 42:18,19
42:19 48:6,8
49:22,25 53:12
54:1,7,7,8,9,13,19
55:11 56:13,17,23
63:1 68:22 70:18
71:2 72:9 74:19
79:21,23,25 80:1,4
81:2,9,22 82:10
83:1,11,11,13,22
86:8,8,17,17,21,23
86:23,25 87:2,10
88:21 89:18,20,21
90:17 91:25 96:15
98:5 101:21 102:4
102:10,23 103:10
103:15,22 104:6
104:23 105:1,3,9
105:11,15,23,24
106:7,13 107:4,12
107:20,22 108:6,7
108:24 109:13
111:8,18 115:1,19
116:10 117:4,12
117:15,19 119:10
120:7,9,18 122:8,8
127:5 135:3,18,23
136:1,3,21 137:6
137:17,20,24
138:8,11,13,14
139:7,9,11,12,22
139:22 140:7,12
140:19,22,22
141:9,24 142:1,2,7
144:10 150:9
157:14 158:14,25
159:6 160:5,10,12
162:20 163:5,24
164:22 168:14
171:1 172:9 173:4
176:1 179:21

180:10,10 184:3
185:19 186:3,19
188:2,18 194:12
194:21 197:1
199:7 200:22
201:3
**app's**   159:2
179:10 186:1
**appear**   75:11
131:17 167:2
179:15
**appearances**   2:8,9
3:1,2
**appearing**   205:18
206:7
**appears**   79:2
114:25 134:13,23
135:2 177:11
181:23
**appended**   204:16
**appendix**   20:5
**appetite**   127:13
**application**   23:25
25:6 26:16 30:25
31:1 34:6,11,13,19
45:10 48:7 52:25
52:25 53:2,4,13
55:18 56:19,24
57:5,7,7,15 58:7
58:12,14 60:8,10
60:11,15,17 62:10
62:11,19 68:21,23
69:16 70:21,22,23
71:12 83:5,7,10
87:5,7,15,16,22,23
88:3,13,14,17,25
89:7,7,12,24 90:6
90:6,8,11 91:23
95:19,21 98:4
101:2 102:6,17
104:3,8,10,18

**[application - authorization]**

107:9,17 108:2
117:17,18 118:1
118:22,23 119:19
120:2,4 121:4
124:17,23 128:15
140:13 141:1,2,6
142:9,10,16 158:9
159:18 163:1
164:2 165:7,9
166:4 168:19
169:7,22 173:20
176:13 182:13
188:25 189:3,5
198:19 199:25
**applications**  22:24
23:17 24:10 33:2
34:17 37:22 42:22
42:25 47:6 73:24
74:3,5,7,8,9,18,25
81:7 84:6,16 86:1
90:22 91:5,6
97:21 98:7 119:15
121:24 123:8
124:24 127:9,10
158:9,12 159:9,22
159:22 160:4,4
163:14 165:14
166:9,12 169:8,18
172:6,16 187:5,21
192:4 193:12
194:24 195:9
198:15,22 199:13
199:23
**applied**  157:23
189:7
**applies**  56:2
133:18 158:17
**appreciate**  13:6
19:17 37:8 46:22
69:8 70:8 110:18
122:12 123:12

184:23
**approach**  90:24
**appropriate**  10:22
**apps**  23:3,4,6,8,10
23:15,21 24:17,19
31:16 44:5 47:9
48:2 49:16 53:8
54:24 55:16 76:4
76:6 78:15 82:9
82:12,22 83:23
84:3,22,25 85:18
85:24 86:13,15
88:9 91:12 96:9
99:21 100:8,21
118:20 119:25
120:20 121:1,7,16
121:20 123:17
124:4,19 127:8,22
130:19 131:4,7
132:1,4,5,7,9,10
132:11,16,19,19
132:24 133:12,16
134:15,24 135:11
135:12,22 136:7
136:16 137:23
138:8 140:5 141:8
149:4,12,13 152:4
157:6 159:11
160:9,22 163:21
163:22 170:17,25
173:7 175:10,21
182:7 183:10
185:12 187:16
189:17 192:23
193:14 195:14
197:4 198:18,21
199:7,19,22
200:16 201:9
**april**  40:3,10,17
40:21 41:5,8 46:3
46:4,16,18 51:14

88:7,9,12 112:5,12
121:12 125:22
126:2 168:13,14
168:17
**archibong**  15:6
67:12
**archive.org**  65:12
**area**  60:20 65:23
66:21 84:2,14
125:1 127:18
196:4
**ari**  154:3,11
**arm**  12:20,21
**aside**  198:3
**asked**  17:7 23:7
29:3 65:17 67:5
70:11 73:24 101:7
101:14 132:23
134:4 153:25
**asking**  11:4 34:3
37:13 52:7 69:8
92:24 95:2 109:3
130:24 133:5
144:16,23 192:18
193:9
**aspect**  66:17
**aspects**  171:19
**assembled**  16:21
**assert**  150:12
**assertion**  80:14
**assess**  113:19
143:6,20 145:21
**assessment**  147:5
147:20
**assessments**  67:7
148:2
**assist**  11:13
**associated**  36:18
63:21 188:5
**assume**  8:10 32:11
129:11

**assumption**  8:11
**astray**  192:16
**attached**  20:4
**attempt**  8:1 85:7
133:3 135:12
**attempted**  113:4
152:7
**attempting**  42:4
42:13 43:9,16
89:21
**attempts**  99:24
**attend**  10:20 62:12
**attendance**  62:16
62:17
**attended**  62:12
103:4
**attendees**  103:16
**attending**  62:11
62:19,25 103:12
103:13,19,24,24
**attorney**  2:12,13
2:14,16,20,21 3:6
3:9,12,13,16 8:14
204:18
**attorney's**  7:6
**attorneys**  14:19
15:19,21,23 16:14
16:20
**audience**  177:17
**audit**  76:5
**auld**  2:18 5:25
**auth.log**  26:15
**author**  129:16
130:13 133:2
134:1,3 135:13
178:10
**authored**  177:17
177:19,23 178:4
**authorization**
89:14

**[authorize - blackberry]**

**authorize**  58:18
70:21 83:5 87:12
87:15 118:22
128:14
**authorized**  21:6
34:7 35:3,10
58:10,14 60:1,3
69:15 87:22 89:24
102:5,16 109:13
111:8 117:17,18
137:19 141:1
182:12
**authorizes**  56:6
57:2 59:24 108:7
**authorizing**  71:3
140:13
**automatically**
176:9
**available**  27:24
28:1 29:10 30:17
31:16 33:2,5 36:1
36:9,10 37:22
43:13,17,21 44:3,8
44:21 45:15 46:3
53:23 56:17 57:23
57:25 68:1,4 70:6
74:21 78:9 83:13
83:25 84:5,7,9,10
85:15 89:12 90:21
97:9 104:13,14,19
108:14 110:15
112:11,17,20
113:21 114:4
119:18 122:16,25
124:4 129:4
135:11 139:13
140:10,11 141:3
141:11,19 146:4
147:16 159:8
160:12 162:7,10
163:12,13 164:1

167:6,12,19,25
172:15 177:4,5
178:17 180:18
181:10 182:3,21
185:20 186:17
187:4,7,18 188:16
190:2 191:4,14
194:6 195:23
**avenue**  2:11 3:11
**average**  78:19
131:11
**aware**  9:23 27:2
29:1 45:19 49:18
56:3 71:21 82:8
88:23 91:22 99:23
113:11,18 129:13
149:10,19 151:4
152:10

**b**

**b**  1:18 19:22
155:23,23 206:1
**back**  37:4,7 44:16
61:5,11 63:9 70:3
87:17 106:9,14
114:20 127:11,22
151:8 153:9,16,24
154:25 157:18
159:17 181:8
182:9,19 186:12
186:24 198:2
202:7
**bad**  44:18
**balance**  45:8
201:13
**base**  36:20 37:1
51:22 110:2 160:3
**based**  32:15 67:15
90:17 110:5
129:17 137:9
138:23 139:16
141:22 143:10,11

143:13 151:17
155:20 156:8
163:24 175:8,24
179:9 188:8 195:2
**bases**  190:6
**basic**  7:17 22:6,12
22:18 46:21
**basis**  83:11 86:8
150:9,10 190:5
**bates**  75:12 125:8
174:2
**bear**  22:17
**began**  45:18,23
46:17,17 154:16
168:17 170:6
**beginning**  5:14
168:13,18
**begins**  178:18
**behalf**  5:21 6:1,3
20:16 95:13 107:6
122:8 141:20
142:8
**behaved**  35:21
108:15 110:14
111:24 184:9
**behaves**  161:13
**behavior**  31:23
32:8 33:7 43:7
95:20 108:12
109:5 110:4,10,11
112:7,9 158:10,10
158:19 159:24
160:7 161:12,15
164:24 165:4,5,11
165:11,14 166:16
167:22 169:20
173:10 175:15
187:23,24 188:4
192:12 201:2
**behaviors**  162:7
165:21,21 187:3,6

191:13
**belief**  194:19
**believe**  17:16
18:18 19:4 67:16
67:21,23 151:3
154:5 156:9,11
184:14
**belonged**  93:24,25
**benefit**  30:1 75:10
98:10 128:3
**benefits**  97:25
148:15
**best**  8:23 12:1
42:15 67:19 100:6
106:3 171:6
204:10
**better**  44:9,17,22
167:9 175:19
**beyond**  140:23
145:19
**bfalaw.com**  2:20
2:21
**big**  43:3 124:18
144:24 185:11
201:4
**bill**  178:11
**billing**  55:2
**binder**  16:21
**binding**  21:10
**birthdays**  93:13
**bit**  12:15 60:19
61:19 101:4
106:22 153:4
156:21 179:7
183:6
**blackberry**  56:13
56:16,16,20,24
57:5,16,17,20 58:7
58:10,12,13,21,24
59:2,4,6,19,24
60:1,3,7,8,10,12

**[blackberry - categories]**

60:15,16,17
**blackberry's**
  58:18
**bleichmar**   2:18
  5:25
**blizzard**   174:6
**block**   85:17 86:21
  87:5
**blocks**   87:4
**blow**   183:6
**blowing**   117:5
**blume**   3:6 5:20,20
  12:3,10 16:2
  17:13 19:4,10,16
  37:9 60:19,24
  94:23 95:1,2
  112:13,23 113:1
  115:8 138:17
  142:22 145:1,19
  146:6,18 147:17
  148:18 175:2
  195:16 197:16
**bold**   170:11
**bottom**   20:11 93:1
  93:10 100:4
  178:15
**box**   194:3
**boxes**   195:21
**branded**   52:19,20
  56:13,17,23 57:5
  57:14,15 58:2,6,22
  58:24 60:16
**break**   8:22 9:1,7
  33:21 60:22
  112:14 114:7,14
  152:21,25 153:2
  184:19,20,21
**breaking**   42:17
  112:14
**bring**   12:14

**brings**   31:3 48:9
**broad**   185:10
**broadcast**   90:10
**broader**   22:23
  149:9
**broadly**   46:2
  144:4 148:24
  193:1
**broken**   188:9
  194:25
**browser**   51:4
**build**   24:9 47:6
  52:18 53:21 55:15
  55:19 70:18,22
  86:1 97:21 98:2
  126:25 137:25
  140:1
**building**   98:10
  126:24
**built**   23:11 56:23
  56:24 70:17
  167:14 170:2
  195:20
**buongiorno**   3:12
  5:23 16:4
**business**   97:1
  98:13 99:10,17
  148:15 149:3
  150:5 171:19
  181:16 190:17
  192:24,25 197:5
  199:1
**button**   50:24 51:1
  51:1
**buy**   56:16 136:3

**c**

**c**   155:24
**ca**   4:9,11,13,16,18
  174:3 205:9,12,20
**california**   1:2 2:19
  3:5,8 203:4

**call**   15:18,25 23:12
  23:13 40:15 56:8
  56:8 69:23 70:5
  75:18 77:5,8
  81:20 82:1 86:23
  99:3 142:8 156:14
  156:25 157:4
  163:14,15 183:22
  196:24,25,25
**called**   6:7 14:7
  19:20 26:15 39:4
  40:11 41:4 42:21
  47:4 54:7 55:16
  56:1 61:15 72:16
  72:18 74:2,4
  81:12 82:9 84:2
  86:13 87:4 92:16
  104:17 107:5,6
  111:12,13 116:17
  117:20 122:7
  125:24 132:4
  141:20 165:13
  170:8,9,19
**calling**   43:7 47:23
  52:10 77:13 78:15
  81:8 124:11 129:6
**calls**   49:14 54:9
  57:18 76:6 78:6,7
  78:11,12 80:12,21
  122:1,15,20,23
  123:4,7,9,10,18
  151:9 166:4
**cambridge**   7:11
**camera**   9:12
**capabilities**   31:6
  31:22 160:15
  165:13 169:18
  170:15,18 171:20
  172:4,16,20 173:5
  173:7,12,16 174:7
  174:16,25 175:9

175:14,20
**capability**   31:4,6
  31:11,15,20 32:6,7
  32:17 33:8 38:1,5
  161:16 166:15
  169:4,6,15,16,19
  169:23 170:1,14
  172:11,25 175:15
  176:2,14
**capacity**   76:22
  82:4 146:19 148:6
**captainquizz**
  116:18 117:4,20
  120:18
**captioned**   177:7
**captured**   177:24
**car**   200:1,3
**career**   13:16
**cari**   2:12 5:18 6:16
**carry**   101:6
**case**   1:8 6:22 7:4,7
  10:19 16:10 18:9
  18:25 22:14 45:9
  59:17,21 65:1
  67:5 79:25 80:4
  82:9 90:15 101:17
  119:18 120:4,16
  144:6 148:4
  152:18 162:8
  169:1 182:15
  187:17 193:25
  196:18
**cases**   70:20 192:5
  196:14,15 201:15
**casts**   109:17
**categories**   47:17
  47:18,20,24 48:1
  132:5 135:1
  190:14,19 197:15
  198:8 200:16

Page 7

**[categorization - communication]**

**categorization** 29:8 136:13,18
**categorize** 29:9
**categorized** 130:14 132:16 136:16 137:6 198:4
**category** 47:9 178:21 197:10 199:4,25
**cause** 81:11 124:2 190:10 204:6,20
**caveat** 8:24 67:18
**cc** 174:5
**ccp** 205:9,12
**center** 45:2
**central** 14:5,7
**centrally** 43:2
**certain** 20:1 31:21 51:17 86:14 99:5 134:14 149:4 152:4 160:22 166:12,20 167:22 182:6 189:3,5
**certainly** 28:5 74:7 84:10 94:6
**certificate** 204:1
**certified** 204:2
**certify** 204:3,17
**cetera** 143:5
**chain** 4:8
**chang** 174:5
**change** 124:18 125:2 149:18 201:4 207:4,7,10 207:13,16,19
**changed** 83:25 112:8,9 161:19,22 166:12
**changes** 4:17 41:11,14,16,18,20

42:17 43:2 46:11 46:13 91:7 118:4 118:17 119:6,9,12 119:13,22,23 120:3 121:11,14 125:21 126:2,10 126:12 131:23 146:8,23 147:1,5 147:20 149:25 158:18 177:8,12 177:15 192:12,19 194:9,9,12 200:8 200:10 201:2,6,22 204:14
**changing** 169:19
**characterize** 171:24
**characterized** 132:19
**charge** 29:16
**chat** 93:6,8 96:23
**checks** 171:3
**chen** 3:18 5:22 16:3
**choice** 84:7,12
**choose** 53:2 56:18 90:13 94:3 101:1 106:8
**chooses** 57:4
**choosing** 53:3
**chosen** 100:14
**christopher** 174:6
**chrome** 144:8
**circa** 71:20
**circumstances** 167:22
**civil** 19:22 205:19 205:20
**clarification** 7:9 13:4 17:12 21:17 24:3 27:9 54:15

**clarify** 20:21 119:7 146:21 185:15
**clarke** 3:16 5:22
**class** 64:3 151:12 194:7
**classed** 27:3
**classifiable** 69:5
**classification** 130:17
**classified** 69:5 136:15,21
**classify** 98:25 111:2 137:8
**claufenberg** 2:13
**clause** 64:9
**clear** 7:18 9:16 22:8 23:23 86:3 131:10,13 133:17 145:9 174:16 177:16,22 178:3,3 184:12 196:23
**cleared** 11:10
**clearer** 151:1
**click** 20:6
**client** 191:5
**closed** 105:12
**closely** 66:21
**code** 36:20,25 37:1 42:25 51:22 56:20 59:18,20 81:12 110:2 142:11 160:3 171:4 205:9 205:12,19,20
**cofounders** 92:16
**colleagues** 14:25
**collect** 159:2
**collected** 44:10,23 131:13
**collection** 24:8 104:2,22

**collects** 144:12,19 145:15
**colorado** 3:5
**column** 130:9,18 130:22 132:6
**combination** 16:2
**come** 9:12 10:9,12 11:17 18:22 42:14 72:6 153:15 176:24 202:7
**comes** 43:18 151:13 168:11 173:3
**coming** 10:14
**commencing** 2:4
**comment** 102:24 102:25 103:5 117:12 118:8 127:25
**commentary** 133:10
**commented** 102:22 117:24 120:6
**comments** 102:13 102:18,19 104:12 104:13 111:18 119:19 179:24 180:3 186:20
**common** 38:18 39:1 50:3 108:2 161:3
**commonly** 114:3 129:15
**communicated** 53:18
**communicating** 10:24 11:3,6
**communication** 63:22 64:10 65:18 67:18 72:4

[communications - continued]

communications
64:6

company 13:10
28:12 38:15,24
40:21 45:10 53:19
57:10 64:25 82:6
92:16 95:14
142:24 144:22
145:3,16 148:8
159:21,21 171:2

complete 101:11
163:16 173:1,6
179:19

completed 205:7
205:17 206:6

completion 204:12
206:10

complexity 193:13

compliance
188:25 196:15

complicated 166:6

complication
193:23,24

component 66:1
155:19

compound 175:2
193:9

computational
99:1

compute 99:4

computer 11:10
204:10

conceive 162:2

concept 25:17
33:16,17,24 55:11
55:17 73:1 158:16
161:2,18 162:11
165:6,8 166:14
167:4

concepts 22:18
33:15,18 55:22

123:1 164:6

conceptual 161:18

concern 21:24
45:1,4 46:6 82:1
96:12,14

concerned 43:20
74:20 91:3

concerns 44:1,1,4
45:14,18 46:7,8,12
67:25 68:6,8 91:9
91:9,10,13,14,16
96:8,17 98:18
120:8,11

conclusion 120:13

conclusively 76:24

conditional 172:2

confident 46:19

confidential 1:13

configuration
42:18

configuring 42:19

confine 140:14

confirm 115:25
116:3,14,24 117:1
139:1

confusion 93:15
94:10,14 98:19
162:16

connect 167:10,11
167:16,18

connected 157:25

connection 141:9

cons 90:24

consider 27:20
96:8 144:11
167:15

considerably
161:22

considerations
187:25 189:9,11
189:21 190:20

191:22

considered 25:13
25:20,24 26:2,11
26:14,18,23,24
28:21 29:5 81:4
98:15 125:2 163:5
196:2

consistency
172:21

consistent 28:12
136:25 158:13
196:18

consistently
158:21

constantly 41:13

construe 103:1

consult 10:21

consumer 1:5 5:9
205:4 207:1

consumers 30:16

contact 127:22
205:9

contactable 133:3

contain 105:13
178:1

contained 17:4
18:6 46:10 131:23
177:3

contains 35:15

content 35:15
104:4 118:7,8
119:16 126:6
127:10,23 141:12
141:19

contents 50:15

context 13:3 23:24
25:16,18 26:3,21
28:6 30:8,10,11,14
30:24 31:5,7,10,14
31:14 32:1 34:2
34:14,16,21,22,25

35:9,17 37:12,14
48:4,24,25 49:7,17
49:19 52:7,14,16
53:13 54:11 55:10
63:8 68:19,25
81:23 90:14 99:12
100:18 106:16,23
107:4,5,10,13,18
108:7,22,24 109:2
109:5,6,11,19
110:10,12 129:3
134:9 137:19
140:5,6,25 141:5
144:14,15 157:14
158:4,5,7 159:5,16
159:25 161:4,10
163:23 164:15,19
164:22 165:9
168:1 178:13
179:5 181:15,22
183:7,15,24 184:5
184:7,11 186:12
186:24 190:11
193:22 201:17

contexts 51:9
72:19 96:21
157:24

continually 158:1

continue 120:16
126:20 149:12,13
166:21 199:8,9,13
199:14,15 202:7

continued 2:25 3:1
120:10 168:21
186:4 187:5 188:4
189:13,23 190:7
190:22 191:12,18
191:19,25 192:21
193:3 195:13
197:1,11,14
198:10 199:5

Veritext Legal Solutions
866 299-5127

**[continued - daylight]**

201:19

**continues** 119:10
120:12

**continuing** 114:15
149:3 152:4
198:21

**contract** 165:17
165:23 166:1

**contracts** 49:3
195:25

**contractual** 190:1

**contributes**
146:12

**control** 43:2 84:4
173:10 176:9

**controls** 83:25
171:18

**convenient** 184:19
184:20

**conversation**
15:16,17 22:6
23:20

**conversations**
15:9,20,22 187:20

**cool** 111:9 185:3
187:11

**copy** 12:4

**correct** 7:15 10:4
10:7 12:19 17:17
20:18 23:4 48:12
57:3 58:17 61:24
62:23 64:15,16
74:22 117:21
134:16 138:24
151:12 154:3
155:10 158:24
184:15 187:9,10
203:3

**corrected** 19:15

**corrections** 205:14
205:15 206:3,4

**correctly** 16:4
34:8 64:4,5 95:22
97:24 107:1 118:9
118:10 126:13,14
187:1

**correspondence**
18:12

**counsel** 3:18,19
5:14 10:21 12:3
12:12 17:6 20:20
37:6 64:7 85:5
153:13 156:13
169:11 204:17
205:18,21 206:7

**couple** 97:4 127:6
130:4,6 156:21
197:3

**course** 8:13 12:22
23:19 64:17 65:20
75:8 76:6 156:23
157:5

**court** 1:1 6:3 7:22
22:13 30:1

**cover** 64:20 68:25
179:16

**covered** 65:20
69:2 99:20 148:13

**create** 23:15,17,17
53:16,18 108:17
129:22 130:6
139:21

**created** 18:13
93:15 94:10,13
129:16 133:19,20
147:12,12,13,14
162:20 163:1
168:14 178:9

**creates** 23:8

**creating** 175:18

**crisp** 145:8

**criteria** 29:12
136:20

**cross** 1:17 2:2 4:16
5:8 6:5,12 9:20
10:3 11:12 12:17
13:7 14:18 17:15
18:17 19:19 37:11
64:22 67:15
114:22 120:19
125:10 153:11
157:13 169:14
174:4 176:21
184:13 201:23
203:8 205:5 207:2

**crr** 1:24 2:6

**crutcher** 3:4,7,10
3:14

**csr** 1:24 2:6
204:25

**curious** 81:20

**currency** 144:7

**currently** 12:18
15:2

**custodial** 133:24

**custodian** 178:11

**customer** 14:7

**customers** 189:2,4

**cut** 144:9

---

**d**

**d** 4:1 156:1,1

**d.c.** 7:6

**dallas** 3:11

**dan** 15:7,17

**daniel** 2:13 3:21
5:18 6:17

**dark** 115:11

**data** 26:8 32:13
43:12 44:9,22
47:7 59:1 63:24
64:12 74:13 76:12
76:16,25 77:12,12

77:18,25 78:8,17
78:24,25 79:20
80:2 83:2 88:14
100:1,6,8 101:2
111:6 119:1,3
123:10,11 126:10
131:12,23 138:12
139:7,12 141:3,8
144:11,19 145:15
146:4,14 148:17
148:21 149:9
154:7 159:3,5
160:11,17 166:18
166:22 179:4,6,18
179:21 180:2,14
182:14,17,24
185:14,16 186:4
186:15 191:18,21
191:25 192:21
193:4,6,11,17,19
195:14 197:1,11
197:20,21

**database** 113:8

**date** 39:20 85:1
131:22 178:5,5
205:16 206:5
207:24

**dated** 75:20 92:9
204:23

**dating** 171:11,12
171:16

**david** 2:16 4:11,11
92:9,13,14,25 93:7
93:9 100:3,20,23

**day** 8:13 12:22
75:8 80:13 130:20
131:5,9,9,12
167:13 203:4

**daylight** 2:4
202:14

**[days - determined]**

days 76:7 78:18
  79:3,7 117:6
december 4:10
  92:10
decided 83:1
  176:23
deciding 190:21
  191:23 193:3
decision 43:24
  45:3 186:5
decisions 72:4
  187:13
deck 4:12 125:15
  126:5 128:17
  129:16 130:13
  131:3,22 133:2,8
  133:19 134:1,3
  135:6
declare 203:2
deep 174:15
deeper 165:10
defendant 3:3
  19:21
define 24:5 68:12
  190:9
defined 113:6
  120:15 186:15
  191:8 197:22
definition 22:23
  26:4 31:6 68:24
  69:4 70:3,13
  111:4 129:9,14
  149:9 158:13
  159:14,17 161:9
  162:4 179:23,25
  193:11,16,19
definitions 164:11
definitively 114:8
defunct 36:23
degradation 195:4
  196:13 199:20

201:12
degraded 192:6
  194:20
degree 14:9,10
  64:21
delivered 17:1,24
  100:22
denver 3:5
department
  145:17
depend 13:2
  162:24,25
depending 103:18
  127:5 175:5
depends 26:4
  32:24 109:18
  161:15
depo 4:15
deponent 204:14
deposed 6:20,21
  6:24 7:2
deposition 1:16
  2:2 4:14 5:8 6:19
  12:7,16 13:12
  14:20 17:11 18:24
  19:8,21 37:16
  61:4 66:4,18
  69:19 75:5 92:5
  125:5 153:20
  155:21 168:9
  173:24 176:17
  204:4,6,12,19
  205:19,22,24
  206:8,10
depositions 11:1
deprecate 176:23
deprecated 39:20
  46:17,18 119:2
  131:20 132:1
  134:24 135:7,10
  148:24 149:1,15

149:17,20 150:6
  151:21 160:21
  162:22 163:7,9,17
  164:16 168:7,13
  170:13 172:10,15
  173:15,20 176:25
  179:2,16 189:14
  189:24 190:8,22
  198:6 201:1
deprecating 119:5
  124:12,13 149:5
  150:15 152:3
deprecation
  134:14 135:3
  150:2 152:13
  163:16 168:16,17
  187:16 188:9,11
  190:2 192:13
  194:8,11 196:7,12
  199:12
deprecations
  134:25 135:14
  180:19 188:15
  189:7 190:5
  192:12 196:20
depth 41:22
derek 2:14 5:17
  6:14 205:1
derived 132:13,21
  132:22,22 134:5
deriving 118:6
describe 13:13
  15:13 70:14 72:13
  91:8 97:17 109:9
  110:11 125:17
  169:15 183:20,22
described 35:7,8
  63:4,6 106:23
  112:17 130:10
  138:3 139:19
  155:6 182:24

189:9 190:13
  191:19 197:3,4,5
  198:8 199:1
describes 126:6
describing 177:12
description 4:7,21
  111:11 160:13
  171:23 177:1
design 85:21
  154:21
designated 20:1
  20:16 21:5 63:15
designation 28:11
  28:24 29:2
designed 7:18
  46:11 72:5 194:1
designee 1:18
desire 44:9,22
  106:13
desk 11:10
detail 13:13 15:13
  20:20 27:12 34:24
  59:24 95:21
detailed 109:4
details 109:20
  184:10
determinable
  114:12
determination
  133:4,21 137:15
  162:6 195:2
determine 30:17
  86:8 99:25 113:20
  114:8 122:24
  123:7 133:3
  165:14 171:4,15
  185:12
determined 99:24
  133:22 137:12
  194:2 196:1
  205:18,22 206:7

Veritext Legal Solutions
866 299-5127

**[determines - document]**

determines  55:12
determining  71:16
  85:8 88:13 133:8
  173:19 188:1
  196:6
develop  65:21,24
  156:24
developed  23:25
  64:18 79:22 81:10
  154:1 157:2
developer  13:19
  32:12,18 35:1,3
  36:3,8,13 37:23
  39:17 42:18,23
  43:22 45:11 47:5
  48:5 49:21,24
  50:4 53:10 54:19
  55:4,19 65:5,9,16
  71:13 74:9 82:23
  83:16 86:4 87:19
  90:16 91:12 97:13
  100:2 108:13
  113:12 114:4
  116:7 121:5,14
  124:21 125:3
  126:9,16,17,21,24
  127:1,4 129:5
  136:2 138:2,9,16
  138:19 139:12,18
  140:9,12 142:10
  143:21 146:11
  154:6,18 156:6
  158:5,11,19,22
  159:19 160:10,10
  162:21 163:5,23
  165:25 167:7
  169:21 172:5
  173:3 175:24
  176:1,10,12,13
  183:22 187:8
  188:11,22 196:25

198:9 201:4
developer's  144:5
developers  23:16
  24:9 38:4,8,12
  42:25 43:6 44:8
  44:11,21 45:9
  55:15 70:7,18
  72:9 83:15 96:25
  97:9,18 98:1,9,24
  124:8 126:19,19
  126:22,25 135:11
  138:6,7,8 140:1
  143:22,23 144:2,4
  147:8,22 159:8
  163:20 167:19
  168:3,5 187:15,19
  188:14 189:10
  190:3,11 191:4,15
  194:23 200:8
  201:14,18
developing  71:15
  126:20
development
  40:14,20 63:17,20
  68:8 71:18,20,23
  154:6,9 158:21
  170:5
develops  171:8
device  53:24 55:7
  55:21 56:16,16,18
  56:21,24 57:6,16
  57:17,21 58:7,13
  58:16,21,22,25
  59:6,20 60:8,10,12
  60:16,17 171:21
  194:3
devices  43:1 191:6
  195:20 200:5
diagnosed  80:23
diagnosis  80:14

dialogue  125:20
difference  37:25
  72:25 164:18
different  15:10
  31:24 33:15 40:24
  41:2 47:20,21,24
  51:7 54:18 55:3,5
  55:17 56:4 69:25
  72:14,18 73:22
  80:24 97:12,17
  98:6,9 101:8,10,12
  107:15 113:4,23
  127:4 132:5
  136:14 142:18
  143:3,6,7 145:20
  145:22,23 148:2
  155:14 159:14
  161:7,7,12,13
  162:3,18 164:24
  165:4,11,15,21,21
  166:5 173:11
  175:5,20 179:8,17
  183:5 189:11
  193:12 196:2
  197:3
differently  18:10
  137:9 166:10
difficult  175:11
dig  61:19
direction  204:11
directly  116:25
  157:10
disagree  93:13
discuss  9:12 28:3
  101:10 116:13
discussed  28:5,8
  28:10 38:7 45:4
  45:23 91:17
  126:15 162:4
  176:21 181:14,17
  182:6 186:15

197:23
discussing  28:7
  157:20 189:22
discussion  91:21
  92:17 93:22 94:1
  94:6 160:20 169:9
discussions  32:2
  45:7,20 74:23
  82:12,22 90:23
  91:2 187:14
disinterested
  204:7
disorganized
  175:10
display  183:10
displayed  107:17
distinct  55:22 56:3
distinction  12:25
  21:15 69:24 70:5
  164:14 183:3
distinguished
  21:19
district  1:1,2 7:6
dko  2:17
dloeser  2:15 205:2
docs  174:7
document  1:8 4:14
  11:15 19:3 36:13
  36:17,18 66:7
  75:10,14,15,17,21
  75:23,25 79:5
  93:2 100:17
  123:23 124:1
  147:9,12,18 148:3
  148:9,10 151:7
  152:17 174:12
  176:11,20 177:7
  177:11,16,17,18
  177:23,24 178:1,4
  178:9,11,14 181:8

**[documentation - event]**

**documentation**
35:19,24 36:4,12
107:23 108:13
112:21 122:4
174:20
**documents** 16:15
16:16,17,19,23
17:19,21,22,24
18:3,6,8,11 28:19
29:23 33:10 45:1
45:6 61:15 64:25
65:1,2 66:25 67:4
72:3 82:20 89:13
96:5 123:6 147:3
152:17 157:21
159:11 160:20
162:16 175:24
191:8 196:18
**doing** 10:16,17
56:19 58:4 79:15
79:15 127:20
150:5 157:5
**doubt** 10:16 133:7
**downloaded**
121:16,19
**drafting** 63:23
64:11
**draw** 21:16 73:1
109:14 183:3
**drawing** 12:25
**drawn** 21:15
**draws** 109:11,12
**drive** 17:3
**drivers** 43:23
**due** 76:6
**duly** 6:7 204:4
**dunn** 3:4,7,10,14
5:21
**dunne** 178:10

**e**

**e** 2:20 4:1 205:9,12
206:1 207:3,3,3
**earlier** 100:12
130:24 131:14
153:25 162:5
179:7,23 184:6
186:16 197:22,23
**early** 10:15 32:25
42:23 154:5,9
**easier** 63:11
110:23 186:7
198:2
**easiest** 56:10
163:10
**easily** 78:12
**easy** 156:2
**economic** 99:19
**ecosystem** 22:25
42:24 121:14
138:21 159:19
**eddie** 4:11 15:6
67:11 92:9,25
93:6,8,12 95:10
133:24
**educate** 152:14
**educated** 67:17,22
67:23 156:10,11
**education** 14:11
**efficiently** 79:22
**effort** 113:16,18
113:22 114:2
123:7 172:18
**egnyte** 115:5
**eight** 18:1 119:25
**either** 29:25
129:25 204:18
**electronic** 14:16
**electronically**
16:24

**elia** 15:7
**elicit** 113:4
**email** 4:8,16 37:14
38:17 75:17 77:15
77:25 80:5 81:15
81:18,24 82:2,4,7
92:8 93:1 174:4
174:10 175:9
**embed** 50:5
**embedded** 50:10
50:11 51:1
**eminently** 81:1
**emit** 102:2
**emitted** 102:15
113:17 114:9,13
180:2 182:17
186:18
**emitting** 119:1
**emma** 2:15 5:19
6:17
**employed** 13:7
15:2
**employee** 92:14
**employment** 64:18
65:21 156:24
**enable** 24:9 32:18
52:18 98:7 105:25
166:20
**enabled** 31:17
**enables** 87:3
**ended** 154:16
**endpoint** 114:4
183:9,15,19,20,24
**energy** 99:1
**enforced** 188:12
**enforcement**
115:2,20 116:11
188:15
**engage** 143:4
**engaging** 70:18,23
86:2 97:21 98:2

137:25 140:1
**engineer** 13:18
**engineering** 14:12
14:17
**engineers** 23:11
59:19 85:13 171:9
173:18
**entering** 26:19
**entities** 21:18
23:14 25:9 30:20
38:8,12 47:21
49:14,20 52:17
173:2,14 190:12
197:4
**entitled** 204:6
**entity** 22:20 23:1
23:25 50:4,14
52:12 54:6 55:12
139:13 155:23
156:16 157:1
159:18,20 196:24
**entity's** 31:20
**equities** 45:8
**errata** 205:14,16
206:3,5
**esq** 205:1
**established** 165:16
**estimated** 135:13
**estimates** 147:6,21
**et** 143:5
**eugene** 15:7
**evaluate** 150:3
**evaluated** 121:7
135:2
**evaluating** 134:14
**evaluations**
131:18
**evening** 202:10
**event** 62:17,20
63:1 103:2,3,6,16
103:19,24 129:22

[event - facebook]

204:19
**events** 62:5,6,7,8
62:10,15 103:4,10
103:11,14,20,22
113:25 129:25
130:6 193:22
**everybody** 16:1
**evidence** 91:1,2
133:21 150:21
**evolution** 41:9
**evolutions** 41:2
**evolved** 41:1,13
**ewright** 2:16
**exact** 109:5 110:9
**exactly** 7:5 35:21
45:22 81:17 84:25
93:17 96:3,21
109:20,25 110:13
110:14,14 112:9
129:7 136:20
139:1,2 161:15,19
165:14 177:25
184:9,10
**examination** 4:3
6:10
**examinations** 4:2
**examined** 6:8
**example** 8:4 24:17
26:13 28:14,17
33:22 38:17 56:11
56:12 57:1,13,24
58:9 59:14 62:3
62:12 72:17 78:16
81:9 103:25 106:4
108:4 127:8
138:14 139:9
141:14 143:8
159:20 163:9
165:4,24 166:13
167:9 171:7 180:1
180:8 181:5,6,7

182:16 183:11,23
183:25 186:20,23
191:1 199:24
201:3
**examples** 39:3
50:3 77:20,21
99:18
**exceeded** 82:9
**excellent** 11:11
68:15
**exception** 199:11
**exchange** 38:16,19
38:21 39:9
**exchanged** 25:8
38:14 54:21
**exclusively** 66:24
**excuse** 94:23
**exhausted** 200:15
**exhibit** 4:8,10,12
4:14,16,17,22,22
18:18,19 19:4,5,6
19:6,11 63:9 75:2
75:4,5,12 92:4,5
92:21 114:23,24
115:6,8,9,16 125:5
125:7 153:12,17
153:20,24 173:24
174:2,2 176:16,17
177:6
**exhibits** 4:6,20
63:11
**exist** 39:14 51:20
171:4 181:23
**existed** 36:7,11,15
36:17,19,25 39:10
51:11,25 65:10
139:25 161:20
179:17 184:9
197:7,8
**existence** 29:11
39:2 137:22 170:1

**expand** 68:24
**expect** 58:1,7
165:25
**expectation** 91:16
100:23
**expense** 96:25
98:12,15,22 99:6
99:16
**experience** 24:18
53:7,17,18 55:3,5
57:19,20 58:2,15
58:22,24 60:12
66:12,13,15 70:23
97:14 137:25
139:11,21 140:7
140:21 155:24,25
156:3 188:8,18
191:5,10 192:3,6
194:2,20,25 195:4
196:14 199:21
200:3 201:12
**experiences** 15:3
52:20 53:22 70:19
86:2 90:3 97:22
98:2,10 140:2
194:1 195:20
**expert** 19:13,17
128:5
**expertise** 127:18
**explain** 24:25
37:24 39:5 42:15
59:14 85:19
108:22 128:11
157:13 162:15
171:6 174:22
**explained** 59:23
**explanation** 62:14
**explicitly** 68:23
76:20 140:12
141:1

**exposed** 80:25
197:21
**expressed** 45:5,14
46:6 96:14 120:8
120:11
**expression** 42:8
117:14
**extension** 192:9
194:19 199:12,24
201:9,11
**extensions** 149:12
189:17 190:4
192:3 194:14
196:6,12 197:6
200:7,12,21
**extent** 124:3
131:18 182:20
**extra** 192:7 194:21
195:7 199:19

**f**

**f8** 4:17 177:8
**facebook** 1:5,18
3:3 5:9,21 7:13
12:23,24,25 13:1,8
13:9,15,24 14:2
15:21 17:7 18:9
18:13 19:1,21
20:16 21:6,13
22:15,25 23:4,8,10
23:11,15,16,18
24:1,7,8,10,11,14
24:15,17,19,22
25:1,19 26:8,11,17
26:20,25 27:14,15
27:20 28:3,3,15
29:4,4,6 30:21,22
30:23,25 31:13,15
31:17,23 32:8
33:2 34:2 35:15
35:24 36:3,8,13,20
36:24 37:1,19,22

[facebook - fine]

38:9,11 39:8,17
41:10,25 42:13,17
42:21 43:4,9,14,15
43:22,25 44:9,22
45:9,11,13 46:5
47:2,3,5,7,10 48:4
48:6,7,8,11,15,19
49:1,5,11,14,15,21
49:23 50:6,9,17,20
50:22,22 51:2,8,19
51:22 52:9,12,17
52:19,19,20,22
53:9,11,16 54:2,5
54:6,7,7,10,12,17
55:4,6,10,24 56:13
56:17,22,23 57:2,5
57:9,14,15,19,20
58:2,6,15,22,23,24
59:22 60:8,10,11
60:13,16 61:14,22
62:9 64:2,18 65:5
65:14,16 68:2,4,11
68:17,17,20 70:17
70:25 71:1,4,13,15
74:9,18,20 77:1
78:2 79:18 81:4,7
82:8,23 83:1,4,16
84:19 85:21,24,25
86:4,7,8,20 87:19
89:1,5,9,17 90:9
90:16,19,20,23
92:14,18 93:22
94:20 95:8 96:25
97:15 98:13,20,22
99:6,9,17 100:13
104:4,13 105:12
106:9,10,15 108:5
108:20 109:25
110:3 111:6 113:8
113:12,15,19,20
114:4,8 116:5,6,12

116:13 119:2,4,6
121:4,7 122:1,14
123:3,13,16
124:18,21 125:3
125:20 126:17,21
126:22 127:2,3,11
127:12,13,22,23
129:5,13 131:15
131:18 132:18,23
132:25 136:4,24
137:8,9 138:1,8,9
139:18,25 140:4,9
140:23 141:7,10
141:12,16,25
142:8,15,17,24
143:5,21 144:1,3,8
144:8,11,18
145:13 146:3,5,10
146:12 148:7,8,14
148:15,16 149:2
150:3,4,5,6,18
151:11,20,21,23
152:2 154:6,18
155:13 156:6,24
157:9 158:5,11,14
158:19,22 159:8
159:15,19,22
160:4,20 161:6,10
162:2,21 163:23
164:22 165:9,17
165:17 166:20,20
167:3,7,10,11,16
167:18 168:1
169:5,7,17,20
170:25 171:1,8,11
171:12,16 172:5
173:3 174:23
175:19,24 176:6,8
176:11,22 180:12
180:14 185:12
186:3 188:1

189:12 190:7,13
190:15,21 191:5
191:22 192:20
193:2 194:2
195:13 197:13
199:5 200:2 201:4
205:4 207:1
**facebook's**   22:20
32:1 57:18 58:14
63:24 64:12 81:11
82:1 99:16 128:5
129:9 138:16,19
138:21 139:19
147:7,22 151:18
159:10 161:8
163:6 200:15,19
**facebook.com**
24:11,16,19
**fact**   11:24,24
69:12 91:21
133:11 160:16,19
184:8 190:15
**factors**   137:14
**facts**   11:16 108:16
108:17
**faint**   177:20
**fair**   8:11 9:8,9,18
9:19 22:2,3,9
23:22 25:23 69:22
77:10 91:8 110:18
123:19 135:5
160:13 171:23
175:12 181:25
**fairly**   182:24
**familiar**   25:10,12
27:7 33:23,24
42:8 52:1 61:16
61:17 62:5,6
72:12 105:16,18
139:6 184:8

**fang**   4:16 174:5
**faster**   46:20
**fault**   134:21
**fb**   4:9,11,13,16,18
174:3
**feature**   85:13,14
85:15 87:3,4 88:8
171:9,10,13,13,16
**features**   31:16
49:23 50:2,8
170:25 171:5,19
172:7 173:12
181:9
**federal**   19:22
206:1,8,9
**feed**   77:22
**feedback**   43:19
52:20 55:11 94:15
115:2,20 116:10
**feel**   38:24 164:9
202:5
**fields**   183:15
**figure**   61:20
164:13
**figures**   80:17
**figuring**   174:23
**file**   133:24
**files**   17:2,4
**filings**   16:9
**finance**   145:17
**financial**   99:25
142:17 144:18
145:14 148:15
149:3 150:14
189:1
**find**   36:2,14 65:9
66:16 76:9 78:3
80:6 133:6,12
150:22
**fine**   8:12 60:22
153:2

Page 15

**[finish - friends]**

| | | | |
|---|---|---|---|
| **finish**  8:16,25 9:6 | 158:20 192:7 | 102:3,12,20,20,22 | **friends**  25:2 27:5 |
| **finished**  114:15 | 195:16 197:16 | 102:23 103:1,6 | 27:14,15,16 35:11 |
| **firm**  6:14,18 | **formal**  150:13 | 104:20 106:17,20 | 35:16 44:5 57:12 |
| **first**  6:7 7:3 13:16 | **forms**  163:25 | 110:21 113:6,9,17 | 57:24 58:3,4,9,18 |
| 13:17 40:8 44:15 | **forthcoming**  66:23 | 114:10 117:20 | 58:20 59:1 60:1,7 |
| 45:13 70:20 75:24 | **forward**  10:13 | 119:1,2,5,11 | 60:9 61:22,24 |
| 75:25 78:16 87:20 | **founding**  86:3 | 120:20 121:2,5,8 | 62:22 63:2 68:22 |
| 90:7,8 97:6 | 90:18 | 121:17,23 122:2,6 | 71:12 72:21,23,24 |
| 116:23 125:15 | **four**  48:18 | 122:6,13 123:5,10 | 73:5,6,6,12,15 |
| 130:9 132:6 133:1 | **fql**  39:4,12 | 123:11,14,19,20 | 74:4,11,13,19,22 |
| 133:14 158:14 | **frame**  32:20 82:17 | 124:3,13,15,20,23 | 77:13,21,25 82:8 |
| 167:2 168:6 | 97:23 142:4 | 131:1,8 132:2 | 83:9,12,21 84:21 |
| 178:16 181:9 | 154:12 188:12 | 137:17 138:2,11 | 86:9,22 87:25 |
| 186:14 | **framing**  34:8 | 138:14 139:7,8,10 | 88:2,17,20,22,25 |
| **fit**  111:11 | **francisco**  15:8 | 139:20 140:5,15 | 89:2,3,24 90:11,13 |
| **five**  153:3 | 67:13 | 140:18,20,24 | 90:25 91:5,24 |
| **flag**  81:5 | **frcp**  206:1 | 141:3,8,22 142:1,2 | 92:20 93:13,25 |
| **flesh**  32:4 | **free**  44:11,24 | 149:5,6,8,14 | 94:22 95:24 96:14 |
| **flexibility**  184:24 | **frequently**  12:23 | 151:11,20,21,25 | 96:18 97:8,18 |
| **flip**  128:18 | 37:17 73:24 74:2 | 152:2,3,4,12 154:1 | 98:3,12,23 101:15 |
| **fly**  10:19 | 74:4 98:8 | 154:22 158:25 | 101:23 102:8,11 |
| **focus**  97:5 180:19 | **fresh**  153:5 | 159:3,5 160:11,17 | 103:7,17,21,23 |
| **folded**  109:16 | **friend**  27:6,7,10 | 168:8,11,20 169:2 | 104:6,15 105:1,9 |
| **folder**  16:25 17:1 | 27:18 32:12 33:1 | 179:4 180:17,21 | 105:11,14,16,18 |
| 17:3 | 33:4 35:2 58:8 | 180:23 181:1,3,6 | 105:23,25 106:10 |
| **folks**  16:17 154:20 | 59:4,4 63:17,22 | 182:6,11,16 183:1 | 107:7 110:6,24,25 |
| 155:14 194:4 | 64:1,3,14 68:7,9 | 183:4 184:1 | 111:3,6,7,12,14,19 |
| **follow**  39:23 51:18 | 68:11,14,18,20 | 185:13,14,16 | 113:14,24,24 |
| 85:3,8 147:17 | 69:1,7,10,13,16,19 | 191:18,20,25 | 117:12,15,16 |
| **followed**  188:10 | 69:20 70:4,6,12,14 | 192:4,13,21 193:4 | 119:16,20 120:2,6 |
| **following**  64:8 | 70:16 71:6,10 | 193:6,11,17 | 122:9 127:12 |
| 129:18 | 72:1,8,11,15 74:6 | 194:11 195:14 | 129:19 131:4 |
| **follows**  6:8 205:8 | 74:17,24 82:25 | 196:19 197:1,11 | 132:6,8,17,20,24 |
| **fonti**  2:18 5:25 | 83:2,14 84:6 | 197:18 198:4,15 | 133:11,13,15,17 |
| **foot**  42:8,12 | 85:17,19 86:15 | 198:18,21 199:15 | 137:24 138:13 |
| **foregoing**  203:3 | 87:1,10,14,22 88:2 | 200:23 201:11,16 | 140:16 141:14,16 |
| 204:3 | 89:20 91:22 92:18 | **friend's**  86:23,25 | 141:23 148:17,20 |
| **forensic**  156:5 | 93:23 96:9,11 | 87:10 91:23 | 149:9,16 154:7 |
| **form**  38:23 39:8 | 97:11,20,25 99:8 | 179:21,24 183:11 | 166:18,21 178:22 |
| 39:17 142:23 | 99:21,25 100:1 | **friendlists**  129:20 | 179:6,8,11,18,20 |
| 147:10 148:11 | 101:13,18,19,23 | 129:21 130:5 | 180:2,9,11,14,25 |

Veritext Legal Solutions
866 299-5127

[friends - granted]

181:14,14,21,22
182:12,22,24
183:2,13 185:17
185:21,25 186:4
186:15,19 193:20
196:8,9 197:21
198:5 199:15
200:10 201:7
**front** 20:9 45:2
75:21
**full** 75:25 145:3
193:2
**fully** 35:6
**function** 38:7
195:22
**functional** 164:4
171:22
**functionality**
31:18 127:5 189:6
**functioned** 63:20
87:13 98:16
**functions** 25:4
**further** 185:5
204:17
**fusz** 178:11

**g**

**gain** 89:22 127:2
160:11
**gained** 127:3
**game** 144:7,7,10
**games** 134:11
144:6 148:7
**garble** 185:22
**garrie** 3:21 6:2,3
**gate** 170:25 171:9
175:23
**gated** 112:7
171:13 183:4
**gatekeeper** 170:23
170:24 171:10,14
171:15,17,21

172:1,12,18,20
173:12
**gatekeepers**
170:22,23 171:3
171:14
**gates** 170:10,13,16
170:20
**gather** 10:5 40:12
155:3 157:23
**gathered** 25:22
**general** 25:17
46:24 96:17 99:5
99:13,13 127:18
129:3,8,14 130:16
149:25 157:9
158:17 161:9
177:4 188:12
194:8,9 197:22
**generally** 28:1
29:10 30:12,14
31:8,10,13 37:21
38:3 50:1 109:10
157:18 159:8
162:9 167:6,19,24
195:23 200:23
**generating** 134:7
134:15 135:4
**getting** 63:13 84:3
86:25 115:11
142:1 158:1 164:6
164:7 202:2
**gibson** 3:4,7,10,14
5:21
**gibsondunn.com**
3:6,9,12,13,16
**gillian** 178:10
**give** 16:1 28:14,17
34:12 39:24 54:23
56:20 62:3 66:5
69:1 76:11 80:9
100:5,7 106:13

107:24,24 109:22
110:16 139:15
145:8,24,25 181:6
184:12 199:19
200:7
**given** 17:8 31:2
65:23 69:3 80:3
80:10 90:13 99:17
114:11 122:11
131:9,21,22 139:3
158:8,16 161:1,21
166:5 176:9 192:7
193:2,10,11,16
194:21 195:1
200:8
**gives** 103:3
**giving** 44:10,23
76:10 78:4 80:7,7
80:18,20 122:10
145:11 164:16
201:13
**glad** 23:7
**go** 8:17 12:4 13:12
14:15 29:6,13
36:1,14,22 41:23
46:22 47:19 59:11
63:9 65:9 75:16
85:10 92:1 93:5
93:10 94:25 101:5
106:6 109:24
110:9 125:4
130:18 132:3,18
133:12 144:24
145:16 149:23
154:25 156:2
176:15 178:15
182:9 185:5,11
188:19,20 198:2
**goals** 126:8
**godfather** 108:6,9
108:20,21

**goes** 178:19
**going** 8:21 10:13
12:13 13:8,11
16:3 21:12,16
47:19 60:19 61:13
63:10,13 75:3,8
92:3,24 101:24
114:22 115:10
131:19 134:23
142:20,22 151:8
151:15,16 152:20
153:11 154:25
169:15 174:1
181:24 184:24
185:22 202:1,5
**good** 5:16,24 6:12
8:4 16:7 18:2 24:2
26:13 30:3,3
56:10,12 61:8,9
120:24 152:21
153:4 185:1,8
199:24 202:4,6
**google** 17:3
**gotten** 93:17 95:17
**govern** 197:20
**governed** 33:8
38:6 49:3 165:22
167:17 195:25
**governing** 141:11
**grant** 30:22,25
35:13 83:7 87:15
118:20 168:3
189:12 198:19
**grantable** 124:16
**granted** 53:5
55:13 73:24 88:11
88:12 89:24
121:23 156:15
157:1 160:6
165:22 176:14
187:22 190:5

**[granted - implemented]**

192:3,9 195:9
199:11,23 200:7
200:12 201:9
**granting** 157:25
194:14,19 196:11
201:11
**grants** 185:24
**granular** 88:6,10
**graph** 22:22 23:2
24:23,24 38:13,18
39:1,10,22 40:2,3
40:4,7,10,11,14,25
41:3,4,12,13,15
43:10 45:25 46:2
46:9 47:7 50:7
51:13 53:19,23
54:22 73:10,17
77:9 118:11,13
120:25 121:9
126:9 128:10,12
131:16 146:5
176:22 186:9
**great** 18:23 44:14
60:24 96:5 98:12
99:16 185:9
**greatly** 166:25
**group** 48:18 105:6
105:12,15 115:1
116:12
**group's** 105:14
**groups** 104:21,22
104:23,25 105:3,5
113:25 193:21
**guess** 24:5 40:14
69:11

**h**

**h** 207:3
**half** 198:13
**handled** 205:8
**hannah** 3:13 5:22

**happened** 59:18
120:18 187:14
188:16
**happening** 11:8
45:21 119:12
134:10
**happens** 107:19
160:2 164:24
**happy** 22:10
184:16 202:1
**hard** 45:23 69:3
74:1 76:18,20
82:2 95:11,13
109:21 112:9
132:14 139:14,15
145:2,8,24 154:22
164:7 177:25
193:15 200:4
**harder** 43:1
**hardware** 55:20
**head** 8:4 79:8,16
109:21 200:1
**header** 130:22
**heading** 181:9
**hear** 22:15
**heard** 42:10 43:19
43:25 44:16 45:13
45:18 48:13 52:3
94:15 96:4 98:18
146:9
**hello** 76:3
**help** 11:16,17 23:5
24:13 25:15 26:6
26:22 27:9 30:10
32:4,20 37:12
42:5 47:17 52:6
68:12 72:10 73:18
99:11 101:25
110:3 121:18
143:12 144:13,15
157:4 179:5

184:17
**helped** 33:9 34:17
**helpful** 13:5 33:11
35:22 54:15 101:9
108:4,18 123:24
**helps** 93:1 162:15
**hendrix** 4:9 15:7
75:19
**hendrix's** 19:8
**hereto** 204:16
**hey** 174:15
**high** 14:10 25:11
62:14 128:25
129:1,2,6,8,10,12
129:14,18 130:11
130:14 161:17
**highly** 26:24 27:2
27:4 28:4,10,15,21
29:2,5
**himmel** 154:3,17
**holly** 1:24 2:5
204:2,25
**honestly** 9:21
**hope** 124:12
**hour** 152:20 153:1
**hours** 18:1
**house** 3:18,19
**houston** 3:15
**hregan** 3:13
**huge** 96:24 97:11

**i**

**ian** 3:18 5:22 16:3
**idea** 40:1 71:5
76:11 80:10
174:19 175:23
**identifiable** 78:13
**identification** 4:6
17:8 63:19 75:6
92:6 125:6 153:21
173:25 176:18

**identified** 122:1
123:17 129:18
134:15
**identifies** 54:8
113:8,11 130:10
**identify** 5:14 16:7
38:20 51:20 85:14
113:16 122:15
123:3,3 132:18
133:1 172:8
180:16
**identifying** 121:16
180:13
**identity** 76:8,13
76:16,25 77:11,12
77:17 78:17 79:20
**ids** 160:5 173:4
194:12 201:3
**illustrate** 106:3
**image** 116:23,25
**imagine** 71:21
106:5 171:11
**ime** 15:6 67:12
150:24 152:16
**immediate** 85:12
**impact** 9:21 64:1
66:20 67:8 81:10
91:2 99:20 121:13
145:7 146:8,23
147:1,7,21 149:3
149:20,25 150:14
151:10,19,25
152:1,11
**impacted** 98:20
135:3,13
**impacts** 188:17
**implementation**
73:16 176:22
**implemented**
46:13 100:14
166:14

[implementing - integration]

**implementing**
131:16
**importance**
136:23
**important** 7:21
8:3 9:14 20:24
22:5,13 40:5
55:23 69:24 73:1
119:7 186:13
190:24 192:14
193:7 202:6
**impossible** 141:8
193:10
**inappropriate**
80:3 145:11
**inception** 71:14
**include** 35:2 57:11
59:5 104:15 105:8
105:10 130:5
179:3 196:9
**included** 60:13
69:16 91:13
102:17 103:16
104:12,19 105:5
121:15 154:7,22
174:24 178:21
179:23 180:15
194:10 196:8
205:14 206:3
**includes** 11:16
129:3 193:19,21
**including** 18:8,11
63:18,23 64:11
75:19 98:2 132:2
171:1 180:1
194:12
**income** 143:4,18
143:22 144:1,3
**incorrect** 110:16
**increase** 43:21

**index** 4:2
**indicate** 72:4 80:3
154:2
**indicated** 7:20
9:11 12:17 17:15
80:6 189:16
**indicates** 80:10
102:13 178:9
179:15
**indicating** 80:12
80:16
**indication** 76:7
**indicative** 78:14
**individual** 175:15
176:10
**industries** 201:17
**industry** 31:11
161:3 167:21
189:1
**inefficiently** 81:3
81:10
**inference** 129:6
**infers** 144:12,19
**inform** 128:7
**informal** 49:2
**information** 14:22
22:21 25:8,14,19
25:21 26:2,9,12
27:14 29:7 30:17
30:20 31:1 33:11
35:1,2,11,25 36:15
36:23 37:7 38:9
38:11,14,16,19,21
38:23 39:9 43:16
43:20 44:2,6,8,21
44:24 45:15 47:3
47:22 48:5 49:5
49:16 50:9,12,18
50:22 51:8 52:10
52:13,22 53:4,4,17
53:22,24 54:17,19

54:21,23 55:1,12
56:7,21 57:3,8,10
57:11,23,24 58:3,8
58:11,19 59:4,5,5
59:25 60:4,13
61:21,22,23 62:16
63:5 68:1,22 69:1
69:10,13,15,17
70:24 71:11 72:9
72:15 74:11,19,21
77:1 79:24 80:24
82:13,15 83:6,8,8
83:13,17,22 84:5
84:17,22 85:4,18
85:23,25 86:9,14
87:1,8,11,23,24
88:10,21,22 89:4
89:10,19,22 90:14
90:19,21,25 91:4
91:11,15,19,24
92:18,19,20 93:24
94:3,7,16 96:15,18
97:8,19 98:12
99:8,9 101:9,13,19
101:22 102:3,20
102:25 103:5,15
103:21,23 104:4,6
104:9,16,19,20
105:1,20,24
106:17,20,24
107:11,14,21
108:1,8,18,23
109:7,11,13,14
110:1,7,13,17,22
111:1,2,3,6,7
113:5,6,9,13,17,20
114:10,12 117:21
117:23 119:11,17
120:1,5,20 121:17
122:24 123:5,15
124:4,5 127:14,15

128:2,7,13 137:18
137:18,20,23
138:3,12,15 139:8
139:10,20 140:5
140:10,10,15,20
140:21,24 141:5
141:21,23 142:2,9
142:12,13 145:16
145:23 155:13
157:6 172:11,23
173:1 179:10
182:7,20,23 183:1
183:5 185:18,20
186:1,19,21 194:5
**informed** 156:13
**inherent** 70:16
**initial** 40:13 70:2
**initiatives** 121:12
121:15,25 124:3
131:15
**ins** 50:4 51:7,11,12
51:16,20,24
**inside** 64:24 144:8
144:9 171:2 200:3
**install** 135:19,23
136:1
**installed** 88:17
121:20 123:17
**instruct** 95:3
**instructs** 8:15
**insurance** 189:1
**integrating** 51:8
97:14
**integration** 30:16
52:2,3,5,11,16,23
52:24 53:8,21
54:16 55:2,7,25
56:1,6 83:1
190:13,16,25
191:7,12,20
192:24 193:25

**[integration - launched]**

195:19 196:1
200:1
**integrations**
126:20 167:14
190:17,17,18
192:25 197:5,7
199:1
**integrators** 30:16
**integrity** 14:5
**intend** 11:21 69:20
140:4
**intended** 118:5,17
118:19 140:16,23
**intent** 107:2
**interact** 24:10
53:11 55:25 140:2
**interacts** 56:7
**interchange** 38:23
55:1
**interchangeably**
21:13
**interested** 81:7
183:7 186:2,8
187:5 204:19
**interface** 25:7
30:18
**interfere** 9:25
**internal** 18:11
36:24 37:2,3
115:1 169:6,16
**internally** 74:23
116:13
**international**
10:16
**internet** 18:23
**interpret** 77:15,16
78:2,19
**interpretation**
77:4,10 78:5
**interrupt** 39:14
79:10

**interrupting** 59:12
**introduce** 6:13
92:3 153:18
**introduced** 85:1,9
87:18 90:2 181:24
182:2
**introduction** 43:5
120:25 121:3,9
**invisible** 113:24
**invitable** 111:14
181:14,21
**invited** 62:12
**involve** 145:22
**involved** 29:14
40:19 48:17,20
63:19 66:22 71:15
71:17,19,23
150:25 154:5,12
154:14,18,21
157:11 173:18
192:2 194:17,18
195:3 196:11,15
**involvement** 65:23
156:5
**involving** 69:7
**ios** 24:17,20
**issue** 21:21 67:2
82:3
**issues** 42:12 93:16
94:11,19,21 95:8
95:12

**j**

**jackie** 174:5
**january** 13:22,23
48:22
**jclarke** 3:16
**job** 1:25 170:4
171:25 205:5
207:2
**john** 3:20 5:11

**joined** 13:10 40:21
61:4 154:15 168:9
**josiah** 3:16 5:22
**jsc** 1:8
**june** 115:3 116:4
117:19 177:20
178:9
**jury** 22:14,15

**k**

**keen** 126:20
127:22
**keep** 60:23 169:15
184:24 202:1
**keller** 2:11 5:17,19
6:15
**kellerrohrback.c...**
2:13,14,15,16,17
205:2
**key** 132:4,5,19
133:12 134:15
135:11 136:7
**kind** 14:22 41:5
55:3 136:12
140:17 161:12,13
186:14 200:2
**kinds** 145:23
172:2
**kingdom** 2:4
**knew** 123:13
**know** 10:25 15:24
17:6 19:2 24:16
29:15 32:25 38:22
45:12,17,22 46:15
59:14,15,17 66:17
70:21 71:8,8,22,24
76:18,20 80:24
82:2 84:8,24 90:7
92:13 94:12 95:7
95:11,17 97:2,22
109:4,12 110:5,20
112:1 113:15,22

120:17 129:2
132:10,13,21
133:7,19 136:6,8
136:11,17,20
137:11 147:13,14
150:13,19,20
154:18,23 157:8
158:18 159:25
164:24 170:7,19
185:22 191:8
192:10 201:10
**knowledge** 64:19
64:20 65:18,21,24
66:3 111:24,25
138:23 155:20
156:25
**knowledgeable**
128:1
**known** 29:19
40:18 41:6 65:12
68:1,3 135:18
**knows** 94:20 95:8
**ko** 2:16
**konstantine** 29:17
**konstantinos** 4:8
29:17,20
**kp** 29:19,25 75:18
76:2 77:11 80:5
81:14,18,20,25
82:5

**l**

**large** 41:20
**late** 14:1,4 61:9
202:2
**laufenberg** 2:12
5:18 6:16
**launch** 41:5,15
43:4 167:8,13,15
167:18,24 177:2
**launched** 39:18
40:3,10,17,20 41:8

**[launched - major]**

41:20 46:16 51:13
71:21 87:20 88:7
119:14 121:11
125:20 147:6
167:8,8,12
**launching**  71:22
167:23
**law**  2:12,13,14,16
2:20,21 3:6,9,12
3:13,16
**leading**  29:21 91:6
**learn**  109:25
**led**  126:1 150:25
192:16
**legal**  65:2 93:16
94:11,19,21 95:8
95:12 192:8 195:6
205:7
**lesley**  2:20 5:25
**level**  42:9,12 54:20
54:25 59:15,16
62:14 145:3,5
161:18
**lifespan**  161:8
**light**  185:7
**lights**  115:11
**liked**  102:22
117:24 120:6
**likes**  72:17 102:17
102:19 111:19
119:19
**limit**  44:7,20 89:8
165:4,5 166:1,2
**limited**  63:18 69:6
105:24 106:19
107:25 126:11
138:2 140:25,25
148:20,23 182:15
182:23 186:18,21
192:5 198:22

**limiting**  43:12
119:15 128:13
165:24
**limits**  166:3,8,11
**line**  96:22 205:15
206:4 207:4,7,10
207:13,16,19
**lines**  70:9
**link**  17:3 116:20
116:21
**linkedin**  13:12
40:12
**list**  18:6 29:3
62:25 77:22 105:4
105:5,8 113:7
116:8 132:21
136:5 158:9
164:25 176:24
178:18,24 179:2
179:14 180:7,15
181:13 182:11,12
183:2 193:2 198:6
199:23
**listed**  129:25
179:22 181:5
**listening**  16:5
**lists**  73:4 178:23
181:6
**litigation**  1:6 5:10
6:16 21:21 147:16
168:2 205:4 207:1
**little**  12:14 15:13
142:14 155:2
177:19
**live**  10:8
**llp**  2:11 3:10,14
**loaded**  114:25
**located**  2:3 10:3
**locked**  205:12
206:1

**loeser**  2:14 4:4
5:16,17 6:10,11,14
7:12 12:2,11 17:6
17:14 18:15,21
19:5,12,18 37:6,10
60:18 61:7 66:14
75:1,7 92:1,7
94:25 95:5 101:3
112:15,23 113:2
114:14,22 115:9
115:15 125:4,7
138:22 143:2
145:12 146:2,15
146:20 148:22
153:11,22 168:23
169:13 173:22
174:1 175:7
176:15,19 178:7
184:13,23 185:4
196:21 198:1
201:23 202:9
205:1
**log**  26:16 56:18
**logged**  58:21
104:18
**logging**  57:6 90:5
**login**  4:12 125:15
125:19,20,22
**logs**  156:15,25
157:4
**london**  2:3,4 5:7
10:3,8 14:3
202:14
**long**  13:7 17:23
92:23 157:7
**longer**  27:25 82:6
155:2 178:17
185:6 187:3,7
190:1
**look**  44:18 63:12
68:5 75:24 78:16

96:22 100:3 110:9
115:18 116:16
117:2 142:25
143:8 152:22
172:12 177:6
178:15
**looked**  113:22
114:3 121:22
143:24 175:8
**looking**  14:23
19:10,19 42:6
65:4 77:5 116:15
117:11 125:18
174:4,15 179:14
183:14 190:15
192:20
**looks**  116:22,23
120:13 131:3
142:20 179:19
181:18
**loss**  150:3,12
**lost**  168:19
**lot**  46:20 76:10
78:4 80:7,7,18,20
81:12 100:18
157:21 185:6
**love**  108:20
**luke**  154:2,14
**lulu**  93:18 95:17
95:19 96:5,5,10,20
**lweaver**  2:20

**m**

**macdonell**  3:20
5:11
**machine**  65:11
**magically**  75:10
**mailbox**  129:20
**main**  3:15 127:6
**maintained**  160:5
**major**  13:14 41:18
42:12 43:9

**[majority - modifying]**

**majority** 74:8
160:17
**making** 45:3 57:18
80:1,13 89:11
97:8 139:12 141:7
157:18 158:17
**manage** 129:21,21
129:24,25 130:5
169:7,8,17 172:2,6
181:6
**managed** 172:18
**management**
172:19
**manager** 13:20,24
116:6
**managing** 170:16
**manifest** 98:6
**manifested** 159:6
**manner** 16:22
**manufacturers**
200:1
**map** 123:10,21
**mapping** 181:16
**mark** 18:15,16
71:17,21,24 75:3
133:5,7,11,15
153:12,17 174:1
**mark's** 132:6,8,16
132:19,24
**marked** 4:6,20,22
4:22 18:17,19
19:7 75:5 92:3,5
103:12 114:24
115:6 125:5
153:20 173:24
176:17
**master** 3:21 6:2,3
7:20 9:10
**master's** 14:11,16
**matches** 68:3

**materials** 11:13
17:8,16 18:12
37:15
**math** 79:8,11,14
79:16
**matt** 3:12 5:23
16:3,5
**matter** 5:9 7:3,11
7:13 15:4 62:1
78:11 98:24 103:8
166:25
**matters** 7:1,8 9:13
20:21 21:7 67:17
67:20,22,24
155:17 156:10
**matthew** 2:21
**mau** 117:6
**maus** 78:18,21
**mbuongiorno** 3:12
**md** 1:8
**mdl** 1:7 4:9,11,13
4:16,18 174:3
**mean** 13:8 21:13
22:16 23:5 26:6,8
27:10 31:7 48:24
68:13,18 69:11,20
72:10 73:18,21,22
73:23 74:15 76:23
78:19 80:1,23
87:6 90:4 91:18
118:15 121:18
135:25 143:12
158:24 159:2,4
161:6 179:6
180:24 185:15,17
185:18 190:9,12
**meaning** 31:12
80:18 158:3
**means** 25:8 32:5
38:5,10 78:1,21
128:11 129:8

157:13
**meant** 37:19 42:25
43:1 82:5
**mechanism** 39:7
42:20 50:21 53:20
54:25 164:21
169:19 171:17
173:9
**media** 190:17
**medication** 10:2
**medications** 9:24
**melamed** 2:21
61:4
**member** 104:24
105:4,5,6,7,8
**members** 105:15
**memory** 65:7
**mental** 44:14
**mentioned** 30:5
56:5 78:15 96:20
109:23 111:13
146:17 148:2
188:21
**mentioning** 148:5
**mercy** 18:23
**message** 4:10
**messaging** 11:7
**met** 6:12
**meta** 3:18,19 7:7
10:6,8 12:18,19,20
12:20 13:1,9,15
15:3,21 21:6,10,12
24:1 45:10 92:15
169:11,17 170:24
171:18 172:1
173:10
**metadata** 75:14
133:23 178:8
**method** 38:3 77:8
77:21 114:12

**mid** 14:4,6
**migrate** 172:19
187:18,22 188:14
189:17 194:21
195:10 198:23
199:20
**mill** 3:8
**million** 79:3 117:6
**millions** 123:18,18
**mind** 42:14 43:18
47:18 109:5
**mine** 130:1
**minute** 125:13
162:1 189:19
**minutes** 15:16
86:12 153:3
184:17,21,25
185:6
**missed** 76:12
**mix** 122:19
**mixed** 164:7
**mixing** 164:11
197:18
**mmelamed** 2:21
**mobile** 22:24
24:19 42:24 56:9
56:13 135:18,23
136:1 194:2
**model** 91:3 94:7
154:8
**models** 94:7
**modification** 33:6
160:6
**modifications**
160:8
**modified** 32:9
158:12 166:15
**modify** 31:22
173:10
**modifying** 158:18
158:18 167:22

Veritext Legal Solutions
866 299-5127

**[modifying - observing]**

169:20
**moment** 92:8
198:3 202:7
**monday** 1:20 2:5
5:1
**monetization**
99:10
**money** 135:23,24
**monthly** 78:19,21
78:22 79:1,20
81:21
**morning** 5:16,24
6:12 61:8,9
**move** 28:13 33:12
152:19 153:18
155:1 181:8
**moved** 42:24
**movie** 108:5,19,21
183:14,15,24
184:2
**moving** 101:7
**multiple** 171:14

**n**

**n** 4:1
**name** 6:14 26:17
26:20 29:18,24
37:3,5 71:9 75:17
182:17
**names** 15:24 154:4
**narrower** 22:1
**naturally** 73:20
**nature** 46:24
**nearly** 119:25
**necessarily** 36:12
36:17 60:14 68:23
80:2,22,23 83:10
90:7 165:25
**necessary** 53:18
205:14 206:3
**need** 8:22 11:2
12:4 13:2 18:16

19:13 20:7 21:18
54:3 84:24 107:23
108:13 109:1
110:9 122:3 149:7
152:22 153:23
164:10 167:20
172:12 183:6
**needed** 13:4 21:18
88:10 166:10
189:3 198:23
200:5
**needing** 188:14
**needs** 21:15
**negative** 188:17
**neko** 135:15,15,17
135:17,20
**net** 64:2 66:21
67:8 109:17
151:10,19,25
152:1,11
**never** 60:6
**new** 10:25 18:4
19:6 41:7 131:16
167:23 171:8
181:9 183:9
189:18
**newsfeed** 34:11
35:14,14 127:12
127:24
**night** 156:13
**noise** 168:10
**noisy** 136:5,6,8
**non** 117:12,15
**nonapp** 61:15,17
63:4 88:24 89:22
96:13
**nonpublic** 165:11
**nonstandard**
165:10
**nonwhitelisted**
70:7 187:7

**normal** 54:19
**northern** 1:2
**notating** 205:15
206:4
**note** 178:8
**noted** 11:24 12:10
12:12 37:9 202:14
**notes** 4:15 11:12
12:4,15 152:22,24
153:12,25 154:2
190:16
**notice** 18:24 19:20
19:23 20:2,5 47:1
61:13 66:1 67:25
87:9 88:21 89:21
151:8,9,17 154:25
**noticed** 153:24
**noticing** 5:15
**notification** 89:2
89:25 90:10
**notifications** 88:4
129:21,24
**notified** 88:2,18,24
**noting** 178:12
184:13
**nottingham** 14:12
14:17
**number** 1:25
15:25 17:4 31:23
33:10 34:20 41:20
45:7 46:10 64:24
69:25 71:19 72:18
72:20,22 73:22
75:19 76:5 77:7
78:5,7,10,12,13
80:21 81:6,21
82:11,21 90:2
97:12 98:9 101:14
101:17 113:3
115:8,9 121:7,12
121:16,22 122:1

122:15 123:4
124:7,24 125:8
126:8,10,11 127:3
128:9 129:4
130:12,19 132:5
132:12,13 133:9
135:12 136:14
140:8 165:20,20
166:3,5 167:10,13
171:2 174:2,17,19
176:23 177:3
178:25 182:5
187:15 194:11
201:5,18 205:15
206:4
**numbers** 75:12,12
79:16 117:5
128:17 133:16
134:2,5

**o**

**o'neil** 4:11 15:6
67:11 92:9,25
93:6,12 94:9
134:15
**o'neil's** 96:23
133:24
**o0o** 2:1,7 4:5,24
5:3,5 6:4 202:17
203:1
**oakland** 2:19
**oath** 21:10
**object** 8:14 94:23
142:22 183:11
**objecting** 8:17
**objection** 138:17
145:1,19 146:6,18
148:18 175:2
195:16 197:16
**objects** 183:9
**observing** 9:11

Page 23

**[obtain - part]**

**obtain** 50:17 56:6
58:10 59:25 60:3
103:21 119:10
137:20
**obtained** 50:22
59:4 97:18 140:6
140:15 148:16
168:7
**obtaining** 25:18
79:24 117:20
**obtains** 140:20
**obvious** 76:11
78:4 80:8
**obviously** 68:6
94:20 157:21
**occur** 150:4
**ocean** 10:19
**october** 4:16 174:6
**offered** 53:1
165:10 190:3
191:10 204:13
**offering** 167:23
**offers** 142:18
**office** 205:11
**official** 28:11,24
29:1,2
**oh** 120:24
**okay** 6:23 7:16 9:6
9:10,20,24 10:9,13
10:24 11:7 12:16
12:22 13:5 14:8
15:23 16:25 20:4
20:10,19 21:12,24
22:12 23:19 25:3
26:22 27:5 29:23
32:13 34:1 35:17
36:14 37:24 40:12
40:23 41:16 42:11
43:8 46:5 48:9,17
48:23 49:12 50:21
51:5 53:14 54:1

54:14 57:1 60:18
61:1,19 65:13
67:21 69:18 73:2
77:10 79:2 80:5
83:11,19 85:3
86:18 88:19 89:1
92:1 93:3,10
100:3 101:7,24
102:19 103:2,20
106:16 108:3
109:9,23 111:9
112:25 113:1
114:14,17 115:13
115:18 116:4,8,16
117:2,19 118:2,25
119:8,21 124:5
126:4 127:6
128:16 129:17
134:7,13 135:20
139:4,17,19
141:21 142:7
143:3 146:3,16
147:17 148:1
154:24 156:23
157:12 159:10
160:19 161:23
163:2 165:16
168:6 170:11
172:8 173:22
174:14 176:15
177:18 178:2,7
180:23 184:23
185:9,10 186:6,11
187:11 191:16
198:14,25 201:23
202:9
**once** 15:15 142:7,7
142:13
**ones** 58:10 180:24
181:5

**ooo** 1:3 6:9
**open** 105:12
**operate** 166:10
**operated** 71:16
201:5
**operating** 195:21
196:2
**operative** 46:1
**operator** 5:6 61:1
61:5 114:17,20
153:6,9 202:12
**opt** 83:16 86:14
**option** 86:25
**order** 18:1 34:11
51:2 53:6,16
57:18 58:15 70:22
164:4 185:5
186:21 191:9
195:22
**organization**
48:21
**organize** 175:20
**original** 39:17
41:12 42:16 71:1
85:21 87:21 89:5
120:6 154:21
159:17 169:3
205:10,21
**originally** 40:17
65:6 90:16 98:16
163:14
**output** 131:24
**outset** 72:2
**outside** 140:6
142:15
**overlapping** 39:15
162:18
**overview** 126:5
**owned** 23:14
92:18 93:22,23
160:4,5

**owner** 54:9
**owns** 94:6

**p**

**p.m.** 2:4 5:2,7 61:2
61:3,3,6 114:18,19
114:19,21 153:7,8
153:8,10 184:14
202:13,14
**package** 194:9
**page** 3:8 4:3,7,21
20:6,7,8,9,10
50:13,14 63:10
75:16 79:12,17
93:1,6,11 100:4
104:4,9 108:20
115:19 125:15
126:5 128:16,17
128:18,19 178:16
178:19 181:9
205:15 206:4
207:4,7,10,13,16
207:19
**page's** 104:11
**pages** 104:1,2,8,17
205:14,17,17
206:3,6,6
**palo** 3:8
**papamiltiadis** 4:8
29:20
**paragraph** 75:24
75:25
**paragraphs** 20:22
**parallel** 155:11
**parse** 92:16
**part** 10:10 13:16
32:25 41:21 70:16
71:13 72:1 100:1
119:6 121:8,25
123:20 125:21
126:1 144:22
151:9 154:7

[part - permissions]

174:12 175:6
177:2 195:19
196:5
**particular**  6:21
20:21 44:2 67:2
71:7 82:24 86:21
89:16 94:19 95:23
131:1,12 148:17
149:21 156:16
157:1,6 158:1,3
176:14 189:22
**parties**  23:14,17
38:15,17 39:9
44:3 45:16 47:4,6
47:10 48:16 49:2
49:10 52:10,17
54:24 61:23 76:8
77:12 83:18 94:4
94:8,17 128:14
146:5 198:7
204:18,21
**partly**  100:22
**partner**  13:18
48:13 52:5,25
53:21 55:2 56:6
83:2 136:12,17,23
137:10 150:4,7,10
150:12 157:14
158:15 159:19
160:1,1,5,12
162:21 163:6
165:18 190:15
192:8,24 196:1,25
198:9 199:4
**partner's**  55:7
**partners**  48:10,12
49:15 52:2,4,11,16
52:23 53:8 54:16
55:25 69:12,14
98:24 136:10
137:3,8 149:4

150:5 152:5
159:13,16 160:9
160:23 164:3
166:21 167:8,13
167:24 168:4,7
189:13,22 190:8
190:10,10,13,16
190:25 191:7,12
191:20,24 192:25
193:25 195:14,19
200:16
**partnership**  13:20
136:15 143:10,11
143:13,14,16,19
**partnerships**
13:17 48:18,21,24
48:25 49:4,8,9,20
136:19 143:20
150:25
**parts**  175:4 195:18
**party**  5:15 23:3,6
23:20,24 26:16,20
32:2 50:11 51:8
53:6 55:18 84:16
91:12 139:9
148:16 164:16
197:10 198:9
**party's**  52:21
**passed**  182:18
**password**  26:17
26:20
**patience**  46:22
**pause**  39:13 202:7
**payment**  134:10
144:9
**payments**  134:10
**pdf**  205:12 206:1
**pearly**  170:10,13
170:16,20
**penalty**  203:2
205:16 206:5

**pending**  8:25
**people**  15:2,11,15
15:25 28:23 29:13
29:16 38:16 44:25
49:8 59:5 60:3,14
61:23 62:19,21,22
62:25 64:24 67:6
67:9 71:14,16,19
75:19 91:18,22
95:25 105:8,10,13
107:10,12 108:1,8
116:9 117:11,16
117:24,25 118:7
127:20,24 146:11
150:11 154:4
155:16 161:13
166:16 187:12
188:18,25 192:2
194:16,17 195:3
196:11,17
**people's**  62:17
117:10
**perceive**  97:13
**percent**  116:2,14
**perform**  142:17
**performance**
143:7,25 145:21
**performing**  143:1
143:9
**period**  21:21,25
32:25 39:11,14
40:25 45:13,21
51:10,21,25 64:3
80:13 84:1,7,20
88:5 112:2 120:22
131:12 135:22
151:3,12 152:13
154:10 160:25
166:5,23 169:25
186:8 192:9
204:15 205:18

206:7
**periods**  88:16
166:25
**perjury**  203:2
205:17 206:6
**permission**  28:15
28:18 30:7,9,14,21
31:2 33:13 34:13
35:8 95:2 97:18
102:10,15 103:10
108:8 163:8 167:5
180:9 181:1
185:21 191:3
**permissions**  27:5
27:16,17,18,21,24
28:3,6,11,20 30:23
30:24 32:13,19
33:1,4,17 55:13
63:21 72:22,25
73:2,9,11,12,15,16
74:4,6,14,17,22,24
77:13 81:25 82:8
82:24 84:6 87:16
87:18 88:6,7,10,13
89:25 94:22 96:9
96:11 97:8,11,20
98:1,23 99:22
100:1 101:8,10,12
101:15,18,21
111:16 112:2,4,5,8
112:10,11,16,16
112:20 113:25
119:5 121:2,6,8,23
122:6,13,16,21,24
124:10,14,15,23
124:25 129:4,11
129:12,18,19
130:11,13,20
131:4,8,19 132:2,2
134:14 135:8,9
141:3 148:24

[permissions - possible]

149:1,6,8,14,17,18
149:21 150:2,6
156:15 157:1
158:2 159:7
160:21 162:9,14
163:7,11,17
164:17 168:4,8,12
168:15,20 169:2
172:10,15 173:15
173:21 176:23,25
177:3 178:16,22
178:24 179:1,3,3,9
179:16,17,20
180:1,8,13,16,21
180:21,24 181:2,4
181:22 182:4
183:4 185:17
187:3 188:5
189:14,24 190:8
190:23 192:5,14
193:21 194:11
195:22,24 196:3,8
196:9,20 197:19
197:19,21 198:5
198:10,16,18,22
199:6,10,16
200:10,24 201:1,8
201:11,16
**perms** 128:25
129:1,2,6,8,10,14
130:14
**person** 50:12
70:21 71:7,9,12
89:19 106:17,20
106:25 107:20,21
111:7 137:19
142:3 154:17
176:10 204:7
**person's** 35:14
89:19 182:17
183:10

**personal** 64:18,20
65:18,21,24 66:11
66:12,15 76:22
82:4 145:5 146:19
148:6 155:23,24
156:3,25
**perspective** 28:2
99:16 200:19
**pertains** 109:15
178:6
**phone** 11:9 53:17
53:19 56:8,9 59:1
**photos** 111:16,18
111:19,21,23
117:11,25 118:6
118:18,20,23
119:1 120:11
179:24 180:1,4,9
180:10 186:20
**phrase** 52:3 68:13
68:20 69:18 77:4
77:17 78:3 89:15
160:1
**phuntso** 3:9 5:23
**physical** 55:21
**picking** 33:16
**picture** 182:18
**piece** 67:18 141:10
141:18
**pin** 147:18 197:9
**place** 35:23 44:15
82:22 109:24
204:8
**placebo** 88:4
**places** 181:18
**plaintiff's** 19:20
**plaintiffs** 2:3,10
5:17 6:1,15 17:17
17:25 18:25
**planning** 11:25

**platform** 13:17,24
23:9,12,16,18 24:7
24:8 27:25 30:21
30:23 31:15,17,21
31:23 32:8 33:3,5
34:2 37:23 39:8
39:17 42:18,21
43:23 45:11 47:5
47:11 48:5 49:7,9
49:11,16,19,21,24
50:23 53:1,9 54:2
54:6 55:4,6,6,10
56:14 62:10 65:6
65:9 69:21 70:17
71:2,14,15,18,20
71:22,23 72:1,5
74:9,18 82:23
83:4,17,23 84:23
85:22 86:4 87:20
89:6,18 90:16
91:12 97:15 98:19
99:5 100:2 112:3
112:18 113:12,19
114:5 116:7 121:5
122:16 123:22
124:8,9,22 125:3
125:20,25 126:18
126:21,24 127:1,4
127:15 129:5
136:19 138:5,7,9
138:24 139:18,25
140:9 143:19,21
143:22,23,25
144:2,4,5 146:8,11
146:23 147:1
154:6,14,19,22
156:6 157:4 158:5
158:11,19,22
159:16,19 161:6
161:11,12 163:24
164:22 165:10

167:7 168:2
169:21 172:5
173:4 174:7
177:13 189:18
194:3 195:6 201:4
201:15,15
**platforms** 3:18,19
12:20 24:1 52:21
**play** 186:12,24
**pleadings** 16:9
**please** 5:14,15
7:25 8:16,22 12:9
47:25 156:2
157:13
**plenty** 160:19
**plow** 153:1
**plug** 50:4,16,19
51:7,11,12,16,20
51:24
**plus** 192:2
**point** 8:22 9:12
88:19 95:6 112:14
113:15 135:9
142:6
**policies** 63:25
64:13 138:5,7,16
138:19 139:3,18
**policy** 115:2,19
116:10 120:15
**poll** 4:11,11 92:9
92:13,14,25 93:7
100:20
**poll's** 100:3
**position** 116:5
**possible** 28:22
38:15 60:5 81:1
86:6 89:23 90:1
100:25 116:25
118:3 141:13
150:11 156:20
168:2 190:4

**[possible - provide]**

196:16
**post**  63:10 102:13
  102:13,18 115:1
  116:16 117:3
  119:25 120:7
  141:14,15 182:19
**posted**  35:15
  115:24,25 116:3
  141:14 142:3
  178:1
**posts**  73:6 102:2,4
  102:5,8,9,11,14,16
  102:21 103:5
  104:10,11,12
  105:6 108:20
  111:16 113:25
  117:11,25 118:5
  118:17,20,22
  119:1,20 120:7,10
**potential**  94:24
  121:13 150:12
**potentially**  26:18
  78:13 89:8 135:7
**pre**  39:10
**precise**  109:18
  162:24 184:6
**precisely**  111:2
  138:20
**premise**  32:14,16
  71:1 85:22 86:4
  89:5 90:18
**preparation**  66:3
  66:25 67:3,6,15
  96:6 121:9,11
  147:4 148:4,11
  150:21 152:6
  156:8,20 174:12
**preparations**
  66:18 155:21
**prepare**  11:12
  16:10,24 17:9

29:3 37:15 64:22
  155:7 156:12
**prepared**  11:15,18
  20:22 64:7,8
  67:19 127:16,19
  133:8 138:18
  145:4 155:4,8
  156:14
**preparing**  66:9
  155:9,10,17
**present**  3:17 15:19
  15:22,24 20:24
  21:22 32:23 163:3
**presentation**  4:12
  126:7
**presented**  16:22
  18:20 115:7
**pretty**  184:24
**prevent**  83:17
  142:1,15 199:20
**prevented**  141:24
**previous**  32:6
  46:16 51:23 65:15
  111:17 135:8
  170:3,7,9 182:10
  182:10
**previously**  4:20,22
  4:22 6:20,24
  18:17,19 98:17
  111:13 114:23
  115:6 147:15
  149:22,24 164:20
  182:3
**primarily**  42:21
  66:24 139:25
  156:4 188:13,17
  193:24
**primary**  38:13
  139:24 173:6
  193:25

**prior**  19:6 73:16
  88:8 120:25 121:3
  181:23
**priorities**  127:7
**privacy**  1:5 5:9
  63:25 64:13 91:9
  91:13,15 103:18
  141:11,16,22
  205:4 207:1
**private**  37:11,16
  37:20,25 38:2
  68:25 69:4,6,9,11
  69:21 70:7 161:25
  162:2,5,8,12,13
  164:5,15,19 165:1
  165:16,20,21
  166:19 167:2,4,16
  168:8,24 174:7
  191:13
**privilege**  94:24,24
**proactive**  81:24
**probably**  16:1
  20:20 150:24
  152:21 162:15
  185:1
**problem**  176:3,6
**problems**  41:25
  42:3 43:3,9
**procedure**  19:22
  205:19,20
**proceed**  164:9
**proceedings**  5:4
**produced**  18:9
  65:1 67:5 147:15
**product**  13:24
  24:11,11,14,15
  25:1 51:6 57:15
  65:23 98:20 116:6
  135:17 136:2
  143:5,15,22
  167:11

**products**  50:10
  142:18,25 143:3,6
  143:7,10,11,13,17
  143:25 144:6
  145:6,21,22
  167:23 173:11
**profile**  1:6 5:10
  182:18 205:4
  207:1
**profit**  44:9,22
**profits**  64:2 66:21
  67:8 151:10,20,25
  152:2,11
**programmatically**
  38:19,21
**programming**
  25:7
**prohibited**  138:20
**project**  29:14,16
  29:21
**pronounce**  16:4
  29:18,24
**proper**  73:13
**proposed**  135:10
  146:9,24 147:2,6
  147:21
**proposing**  175:18
**pros**  90:24
**protect**  100:6
  126:9 128:9,12
**protection**  126:10
**provide**  17:7
  25:14 27:13 35:11
  38:8 50:8 53:7
  69:12 80:18 85:3
  85:5,6 86:7 89:4
  102:7 104:25
  105:20 107:11
  108:3,10,18
  110:20 113:5
  132:23 182:6

**[provide - reason]**

190:21 191:9
192:21 193:3
194:25
**provided**   4:14
32:18 47:2 52:23
60:13 61:22 62:15
69:9 72:8,14
80:17 101:9,18
106:24 107:3,3,22
110:21 116:9
123:4,14 124:5
127:5 140:23
148:8 152:17
153:13,13 179:3
180:14 189:17,23
193:6,20 197:6
204:15 205:19
206:8
**provides**   78:17
106:16,19 110:1,6
113:9 178:13
185:25
**providing**   49:5
63:4 87:11 98:11
98:23 99:4,20
118:24 185:13
188:25 190:7
195:13 197:14
**proxy**   89:14
**ps12n**   4:12 125:16
125:24
**public**   112:21
125:1 140:16
163:16 168:17
187:16 196:3
**publicly**   36:9
104:13 135:10,10
140:10 149:5,15
151:21 152:3
162:22 163:6,8,12
163:13,17 167:12

168:7 172:14
173:15,20 180:18
180:18 186:17
188:16 189:13,23
190:8,22
**published**   36:5
106:14
**pulled**   78:25,25
**purpose**   63:18
68:10 70:11,14
137:17 138:3
161:20
**purposes**   20:24
69:19 140:21
**pursuant**   19:21
22:24
**put**   75:1 93:23
114:22 153:18,24
159:1 186:3 193:1
198:3
**pwangdra**   3:9

### q

**qualification**
35:22
**quantify**   135:12
**queried**   81:2
**question**   7:24,25
8:10,16,18,24 9:1
11:23 12:24 13:3
31:3 32:15 33:20
35:5 37:13 44:12
44:18 47:15 48:10
52:7 56:11 58:17
59:3 66:8,10
68:15 69:3 84:24
85:11 92:22 95:6
95:7 99:12,14
109:3 110:8 111:3
112:15 114:6
120:24 132:15,25
134:5 139:5

140:19 145:3,10
145:14,25 146:1
149:16 150:23
151:16,16 152:15
163:10 169:3
175:4 183:12
184:1,4 185:10
187:1 193:9,15
196:5 198:13
201:7
**questions**   8:2,9,14
9:5 11:5,18 12:1
14:24 21:24 25:4
46:19,23 52:8
61:12 66:23 70:9
82:15 101:8
112:24 115:3,20
116:10,19 125:14
130:24 152:23
153:16 156:7,19
164:8,12
**quick**   76:3
**quickly**   115:10
152:22 184:25
**quite**   70:10 179:7
**quotes**   93:23

### r

**r**   207:3,3
**r&s**   206:1,9
**raised**   94:21
**ran**   50:14 59:19
113:23
**range**   31:18 41:15
42:3 43:15 44:4
48:14 49:1 69:5
88:9 91:10,14
135:7 137:13
138:5 160:14
**ranging**   49:2
**rate**   81:20 82:1
95:23,24 165:4,5

165:24 166:1,2,3,7
166:11
**rationale**   188:7
194:18
**rblume**   3:6
**reach**   151:6
**reached**   120:14
**reactive**   81:24
**read**   17:20 33:13
33:22,25 34:5,10
34:25 35:7,13
44:16,19,25 63:14
64:4,5,19 66:5
67:1 79:5 92:21
96:3,5,6 100:15
118:9,10 123:6
126:13,14 129:20
129:20,20 130:8
135:5 155:2,4
174:17 177:25
181:25 183:8,16
183:18
**readily**   124:16
**reading**   79:16
81:19 96:19 97:10
117:22 120:12
174:18 205:23
206:9
**realize**   91:19
**realized**   61:12
**really**   7:18 29:18
54:15 75:9 95:6
103:8 111:5
145:24 192:14,18
**reason**   43:18 44:7
44:20 76:11 78:4
80:8 81:17 127:21
139:24 196:11
199:2,18 200:7
207:6,9,12,15,18
207:21

[reasonable - render]

**reasonable** 63:7
77:3 131:24
**reasonably** 67:17
67:22,23 68:1,4
156:9,11
**reasons** 41:10,15
41:18 43:15 81:6
82:14 103:21
192:11,20 193:2
195:9,12 196:17
197:13 198:20,24
200:15,21 201:8
201:10
**rebuilding** 191:5
**recall** 7:1,5,11
9:25 16:12 28:19
29:15 63:6 89:15
92:15 95:20 96:19
107:1 108:11
119:24 120:9,17
122:5 133:4 134:5
146:13 147:9
148:5,6,9,19 150:1
150:8,13,16 154:1
174:10,11,22
179:12,13 188:24
**recalled** 45:6
**receive** 51:3 89:2
144:2,4
**received** 16:16
17:3 89:21 172:10
**receives** 137:10
**receiving** 58:25
**recess** 61:3 114:19
153:8
**reclarify** 164:10
**recognized** 98:22
**recollection** 67:7
182:22
**record** 5:6 6:13
7:19 8:5 9:16 12:5

22:7,14 61:2,6
114:18,21 153:6
153:10 155:3
169:9 178:8,12
184:14 196:23,23
202:13
**red** 81:5
**reduced** 204:9
**refer** 11:21,25
12:24 23:20 28:15
29:25 30:15,21
38:2 70:3 73:14
77:24 78:7 80:22
94:5 97:12 107:23
108:13 109:1
126:16 133:16
135:21 157:22
158:8 159:4,20
162:8
**reference** 33:21
81:16 96:4 97:7
118:11,13 122:22
148:11 159:11,12
**referenced** 4:20
205:6
**references** 96:5
**referred** 27:15,18
28:21,22 34:22
41:7 48:2 73:12
89:14 122:20
132:11 134:12
135:6 158:4
175:13
**referring** 12:23
23:21,23 24:16
25:16 27:1 32:21
35:21 47:16 49:20
53:12 54:12 73:5
75:9 76:19,21,24
77:6 80:21 82:17
82:19 86:11 88:8

93:5 94:9,13,14,18
95:10,12,15,18
97:2 100:23 110:4
110:14,25 117:15
117:16 120:22
122:23 136:12
139:23 142:5
154:10 157:17
160:25 163:24
167:5 169:1
175:17,22 181:4
187:2 196:19
**refers** 30:24 31:15
34:17 48:11,14,25
62:8 86:12 95:16
95:16 104:2,22
116:17 125:17,19
125:22,24 126:17
134:9 135:9,17
136:6,8,11 166:3
171:3 181:2
**refresh** 19:12,13
65:7
**regan** 3:13 5:22
**regard** 20:17 49:4
65:19 67:16 94:22
112:1 136:7 156:8
190:19 193:20
**regarding** 64:23
103:6 152:24
**regular** 24:12 55:4
70:6 187:19 190:3
191:4,15 194:23
**regularly** 73:24
**regulated** 201:17
**regulatory** 93:16
94:11,19,21 95:8
95:11 192:8 195:6
**relate** 31:20
112:24

**related** 27:6,7,10
32:13 79:24 96:8
98:22 139:4 144:5
148:25 150:2
151:20,25 152:2
160:17 166:17
192:13 201:16
204:20
**relates** 1:8
**relating** 7:3,7,10
15:3 63:25 64:2
64:13 149:11
151:11 152:12
**relationship** 52:18
126:18
**relationships**
24:25 34:18 48:14
49:1,3 128:15
**relative** 81:21
**relatively** 179:19
**released** 205:21
**relevant** 97:10
**relied** 187:25
**relying** 66:24
156:4 189:6
**remainder** 65:19
**remember** 11:24
67:12 95:22 96:2
119:24 157:8
192:10
**remind** 7:17
**remote** 1:16 2:2,9
3:2 11:1 204:10
**removal** 81:24
124:25 180:20
**removed** 84:9,15
168:5 178:23
180:6,7 199:17
**removes** 179:15
**render** 50:12,19
50:25 51:2,2

**[render - running]**

57:19 58:15 106:1
106:13 186:22
**rendered**  50:20
144:7
**repeat**  44:12 47:14
62:1 66:10 200:13
**rephrase**  95:4
**replaced**  170:3,14
170:16
**replacement**  191:5
**replicate**  194:2
**report**  143:18
**reported**  1:24
145:18
**reporter**  5:13 7:9
7:22 17:12 30:1
204:1,2,15
**represent**  27:8
130:3 132:12
**representative**
57:19
**represented**
137:12 180:22
**represents**  93:8
**reputation**  98:15
**request**  12:8,12
17:13 51:3 121:5
124:23 175:23
198:15,19,21
199:9,15
**requested**  7:9
17:12 74:7,10,11
204:13,14 206:1,9
206:10
**requesting**  124:10
130:20 131:4,8
**requests**  77:7
78:18 79:3,6,19
80:2 81:11 99:2
129:20

**require**  49:24
**required**  33:6 76:8
76:13 187:18
195:7,22
**requires**  99:3
109:3
**research**  45:20
**reshare**  127:25
**resolve**  43:9
**resonate**  130:16
**respect**  17:10 44:1
114:9
**responded**  103:13
**responds**  102:12
**response**  20:2
**responsibilities**
13:14
**rest**  39:3,7,16,19
**restate**  8:1 35:5
**rested**  85:22
**result**  53:3 56:19
57:7 127:23
141:13 195:5
**resulted**  179:10
**resulting**  91:3
**retentive**  98:8
**retrievable**  78:13
**retrieve**  105:23
**retrieved**  105:23
**return**  62:25
107:9,25 205:17
206:6
**returned**  107:15
109:8 111:20
113:13 182:11,15
**returns**  142:9
**revenue**  64:1
66:20 67:8 137:9
143:4,8,18 146:12
147:22 148:7
150:4,13 151:10

151:19,24 152:1
152:11
**revenues**  147:7
**review**  16:8,15
17:21,22 35:19
112:21 115:2,19
116:10 204:12
205:8,10,13 206:2
**reviewed**  16:13,23
16:24 17:16 28:19
33:10 37:15,15
64:25 67:4 82:20
147:3 148:10
152:16 196:17
**reviewing**  17:24
28:18 66:7 93:2
100:17 147:9
**rich**  86:2 97:21
98:2
**right**  7:14 10:6
12:5,18 23:9 35:4
35:12 40:15 47:4
47:13 48:3 52:23
56:9 57:12,25
58:11 59:23 60:4
62:17 68:7 69:13
75:3 78:20,23
79:11,14,14 80:11
80:16 83:3,14,24
84:4 86:10 88:15
90:14 93:7 94:22
95:9 96:9,16
101:4,20 102:3,20
103:7 104:16
105:11 114:10
115:3 119:3
120:21 121:2,10
121:17 122:2,11
122:17,21 124:6
124:13,14,20
125:9 129:23

130:11,21 131:5
134:25 138:4,16
139:22 140:7
157:19 160:23
162:23 163:22
165:5 166:22
175:21 176:24
177:14 178:5
182:8,25 188:6
191:17 192:16
193:8 197:19
198:17 202:6
**ring**  3:19 168:9
169:10,11
**risk**  192:8 195:5
**risks**  188:11,21,23
**rmr**  1:24 2:6
**road**  3:8
**rob**  5:20 16:2 19:7
142:20
**robert**  3:6
**rohrback**  2:11
5:17,19 6:15
**rolling**  60:23
**room**  115:11
**rose**  3:19 168:9
169:11
**ross**  3:11
**rough**  40:1
**roughly**  82:20
**rows**  130:4
**rule**  19:22
**rules**  7:18 138:1,2
206:8
**run**  22:17 55:19
55:20,21 81:13
101:24 106:6,8,9
106:11
**runner**  106:5
**running**  42:25
56:20 57:15

**[runs - sharing]**

| | | | |
|---|---|---|---|
| **runs** 106:7 | **scrolled** 93:3 | 89:13 91:1,1 | **set** 16:14,16 17:19 |
| **résumé** 13:13 | **search** 36:25 | 96:20 127:11 | 27:3,17,24 28:6,19 |
| 40:13 | 85:10 150:22 | 146:7,9,22,25 | 29:11 31:15 35:23 |
| **s** | 190:17 | 148:25 149:10,24 | 36:1 47:8 50:3 |
| **s** 207:3 | **searching** 36:22 | 150:20 157:5 | 52:16 54:5 59:18 |
| **sadly** 10:11 | **seatle** 2:12 | 159:10,12 174:12 | 62:9 67:4 73:11 |
| **sangani** 15:8 | **second** 7:4 19:20 | **self** 170:13 | 82:25 85:20 86:12 |
| **satisfy** 46:11 80:17 | 44:17 66:5 92:25 | **sells** 139:8 | 89:1,17 90:17 |
| **save** 93:4 | 93:5,11 130:18 | **send** 90:10 | 105:24 106:19 |
| **saw** 148:2,3 | 147:19 196:5 | **sending** 81:15,18 | 108:1 129:15 |
| **saying** 7:23 22:8 | **secret** 105:13 | **sense** 44:17 45:17 | 138:6 155:16 |
| 79:13 86:25 | **see** 18:24 19:2 | 62:4 197:22 | 166:7 168:12 |
| 119:10 131:7 | 20:13,14 44:16,18 | **sensitive** 25:13,20 | 171:3 173:1,11 |
| 150:17 193:18 | 50:15 57:9 58:2,8 | 25:25 26:2,5,7,12 | 180:5 183:5 194:3 |
| **says** 19:11 78:2 | 61:19 62:19 70:5 | 26:14,19,23,24 | 195:21 196:2 |
| 79:4,11 80:9 | 70:25 71:3,4 | 27:2,4,21 28:4,4,9 | **setting** 84:2,25 |
| 93:12 94:10 96:23 | 75:23 79:12 85:25 | 28:10,16,21 29:2,5 | 86:7,17,24 100:7 |
| 115:19 117:3 | 89:9 90:19 92:8 | 29:5 201:24 | 100:13,22 103:18 |
| 125:15 128:25 | 92:11 93:19,20 | **sent** 16:14,19 | 141:22 |
| 130:19 178:22 | 100:8,10,11 | 17:17,19 90:1 | **settings** 42:20 84:2 |
| 181:18 183:24 | 102:24 105:15 | **sentence** 183:16 | 84:9,15 85:8 |
| **scale** 132:1 | 109:25 115:16,21 | **separate** 17:2 | 86:12 141:11,17 |
| **scattered** 174:20 | 117:7,8 122:3,22 | 33:18 55:23 70:9 | **seven** 119:25 |
| **schedule** 185:7 | 125:10 128:20,22 | 123:1 175:3 193:8 | **severely** 194:20 |
| 201:25 205:10 | 129:24,25 130:5,7 | **september** 4:8 | **shaking** 8:4 |
| **school** 14:10 | 130:12,22 133:2 | 13:10,21 40:22 | **share** 86:9 87:10 |
| **scope** 130:25,25 | 151:13 152:7,23 | 48:21 75:20 | 88:20 90:14 91:4 |
| 138:17 145:1,19 | 160:1 174:8 | 154:15 | 106:8 127:10,22 |
| 146:6,18 148:18 | 176:11 177:9,10 | **series** 9:5,6,7 17:2 | **shared** 38:11 53:5 |
| **scoped** 194:12 | 177:19,21,22 | **serve** 81:11 99:1 | 53:6 65:2,3 83:18 |
| 201:3 | 178:18,20,24 | 116:8 | 86:15 89:11 90:20 |
| **screen** 11:9 18:22 | 181:11,19,20 | **served** 18:25 | 91:11,19,25 94:3,8 |
| 19:10,12,14 20:8 | **seeing** 45:6 58:25 | **server** 42:22 55:20 | 94:16 102:21 |
| 63:11 75:11 92:11 | 63:6 89:15 115:4 | **servers** 50:20 | 141:21 |
| 100:11 115:4 | 115:13 116:1,2 | 142:11 | **shares** 52:9,12 |
| 116:2 117:8 | 131:10 146:13 | **service** 63:24 | **sharing** 61:15,18 |
| 125:11 128:20 | 148:19 150:1,8 | 64:12 | 63:17,22 64:1,3,14 |
| 133:9 151:14 | **seeking** 88:22 | **services** 52:21 | 68:7,9,11,14,18,20 |
| 156:1 | **seen** 18:4,7 19:23 | 171:1,2 188:25 | 69:7,10,19,20 70:4 |
| **scroll** 156:1 | 33:21 48:13 61:14 | **serving** 99:3 | 70:6,12,14,16 71:6 |
| | 63:3 72:3 73:4 | | 71:10 72:1,8,11 |

Veritext Legal Solutions
866 299-5127

**[sharing - specifically]**

82:25 83:22 84:21
85:18,19 87:14
91:6 122:2 123:19
123:20 124:20
131:1 140:18
149:5,6,8 151:11
151:20,21,25
152:2,3,4,12 154:1
154:7,22 158:25
159:3,5 179:4
180:17
**sheet**  75:13
**shepherd**  154:2,14
**sheryl**  133:11,15
**sheryl's**  133:12
**short**  13:18,19
**shorthand**  204:2,7
**show**  18:16 123:6
123:23
**showing**  75:17
**shows**  132:7
**shrink**  130:2
**side**  11:9 42:22
**sign**  205:16 206:5
**signal**  25:11
**signature**  204:24
205:21,23,23
206:9
**significant**  72:8
125:2
**significantly**  192:6
**similar**  51:22
103:3 111:25
170:4 171:25
**simon**  1:17 2:2
4:16 5:8 6:5 203:8
205:5 207:2
**simon's**  4:15
**simple**  85:22 86:3
90:17 193:16

**simplification**
125:25 126:11
**simply**  36:7
200:14
**simultaneously**
39:11
**single**  16:25 17:1
113:9,16 172:9
180:15
**sir**  10:18 11:19
16:8 21:20 24:22
64:17
**sit**  139:2
**sitevars**  173:8,9,15
173:18
**situation**  60:2 63:3
**sixth**  128:18,19
**skim**  125:14
**skipping**  117:5
**slide**  125:15 126:5
126:6 128:17,20
128:22 129:3,5,17
130:9,12 131:22
132:3,4 133:7,19
135:9,12
**slightly**  18:10
**slipcover**  75:13
**small**  144:24
185:11
**smith**  3:13,13 5:22
**social**  24:23,24
34:14,16,21,22,25
35:8,17 50:3,15,19
51:7,10,12,16,20
51:24 70:19,23
86:2 97:21 98:2
98:10 106:22
107:3,4,5,10,13,18
108:7,22,24 109:2
109:5,11,19
110:10,12 137:25

140:1 146:5
181:15,22 183:7
184:4,7,11 193:22
**software**  200:4
**sole**  66:2,11,12
**solely**  137:19
139:10
**solutions**  205:7
**solve**  41:25 42:4
42:13 43:4 176:3
176:6,8
**solved**  43:11
**somebody**  107:8
**somewhat**  81:5
193:10
**soon**  12:6
**sorry**  14:14,15,16
16:5 19:7 29:1
35:5 39:13 44:13
46:3 47:12 50:6
59:10,11 61:25
66:9 79:10 94:25
95:24 99:11 101:5
101:6 112:13
121:20 134:17,20
135:8 138:18
142:20 149:22,23
151:1,6 164:6
165:7 169:10,11
188:19 189:15
**sort**  9:25 11:2,8
109:16
**sound**  9:8
**sounds**  9:9 86:5
**source**  36:19 66:2
109:24
**space**  9:15 154:16
**speak**  14:25 15:5
21:6 29:13 122:12
138:19 156:22

**speaking**  30:19
50:1 100:20 195:3
**special**  3:21 6:2,2
7:20 9:10
**specific**  11:24
14:24 25:3 27:3
35:20,25 37:5
38:3,25 39:20,24
41:10 46:20 48:7
49:17,18 53:13
54:4 55:9 57:13
59:14 71:9 73:11
87:5 88:8,13
95:11 96:20
104:18 108:11,15
109:22 111:1
112:10 122:3
123:11 138:6
139:15 145:24
146:1,13 148:9
149:7 150:9,10
157:16 159:18
161:1 166:15,23
176:1 179:22
**specifically**  14:14
16:12 27:23 30:19
31:19 41:16 45:18
46:25 54:12 61:18
69:9 76:19 77:24
78:8 82:3 84:8
95:14,20,23 96:13
99:24 100:19
105:25 110:3,9
123:10 135:8
144:17 148:20
149:1,17 150:1
154:21,23 160:2
161:16 163:24
164:15 165:13
168:11 169:1
172:4 180:3 181:2

**[specifically - tab]**

182:1 187:2 188:3
193:21 198:17
**specificity** 45:24
166:25
**specifics** 22:4 62:1
74:1 96:3,4 99:14
103:8 107:24
109:1,7,19 122:11
154:13 157:8
**specified** 21:7
164:23 190:1
**specify** 21:25
38:25 43:6 47:14
107:7
**speculate** 108:15
**spend** 135:24
144:5
**spenders** 135:16
135:20
**spent** 17:23 65:4
135:22
**spirit** 118:4,16
119:9,11,22,23
**spoke** 15:2,6,11,15
64:24 67:6,9,13
152:16 189:18
**spoken** 14:18
44:25 67:11
**spreadsheet** 76:4
130:19
**srr** 63:24 64:12
**stack** 16:19
**stamp** 115:16
**standard** 31:11
32:8 33:7 54:22
160:6 165:15
166:7 167:21
187:23 194:6
196:12
**standpoint** 86:6
99:10

**stands** 25:6
**start** 22:19 32:14
34:7 42:7 74:2
97:23 144:24
158:14 163:20
185:11 198:13
202:10
**starting** 46:7
70:17 88:12
116:17 132:6
169:14
**starts** 40:25
**state** 205:9,12
**stated** 204:8
**statement** 65:8
80:18 100:15
123:19 138:24
139:1 178:16
**statements** 92:24
**states** 1:1 10:10
100:4 123:24
126:8
**stateside** 10:14
**steinberg** 154:3,11
**step** 85:12 133:1
**stepping** 82:7
**steven** 15:7,17
**sticker** 19:11
**stipulation** 205:20
**stop** 83:21 84:21
119:12 185:1,8
198:12 202:2
**stopped** 150:5
**stored** 35:24 36:4
**story** 106:10,14
**strange** 168:10
**strategic** 13:20
**strava** 106:6,7,12
106:18,21
**stream** 33:22,25
34:5,10,25 35:7,13

**street** 2:19 3:5,15
**stretch** 153:4
**strike** 84:19
**striking** 201:13
**string** 92:23
**structure** 65:14
89:14
**structured** 49:3
**struggling** 32:10
**studied** 124:3
**studies** 124:7
**stuff** 157:11
184:18 202:5
**subject** 81:23
174:6
**subscribed** 203:3
**subset** 70:24
113:12
**subsets** 84:5
**subtopic** 65:18
**subtopics** 46:25
**suggest** 79:18,21
79:23 93:21
133:25
**suggests** 78:25
**suite** 2:11,19 3:5
3:11,15 119:14
**summary** 4:10
**sunrise** 78:17,22
79:1 81:1
**supervision**
204:11
**support** 14:7
**supposed** 174:24
**sure** 8:6 9:15
12:15 13:16 14:24
16:3 22:7,10
25:18 27:1,11,22
27:22 28:9 30:5
32:22 33:19 34:8
35:6,7 36:16 37:3

37:14 39:20,24
40:1,6,23 44:13,14
47:13,19 52:8
53:15 54:3 61:8
74:15 76:23 79:13
83:19 85:7 86:18
92:23 94:5,18
95:5 96:21 97:23
99:15 100:16
101:11 112:22
122:10 123:13
134:18 138:25
139:2 144:17
150:17 151:15
153:4 154:15
156:18,19,21
157:18 158:23
161:5 162:19
175:8 184:9
186:25 191:16
199:3 200:14
**surface** 125:1
196:3
**surprised** 76:9
77:11,17 78:3,6
80:6
**swears** 5:13
**sworn** 6:8 204:4
**system** 40:9 54:18
65:13 160:15
171:22 173:6
**systems** 22:20
38:25 39:6 127:17
128:4,6 195:21

| t |
|---|

**t** 207:3,3
**t0** 136:9,9,17,20
136:21
**t1** 136:9,22
**tab** 75:2 92:2
125:4 173:23

Veritext Legal Solutions
866 299-5127

**[tab - think]**

176:16
**tabs** 75:9,11
**tag** 106:9,14
182:19
**taggable** 105:16
105:18,22 111:12
113:24 181:14,21
182:11,13,16,21
186:22
**tagged** 181:18
**tagging** 106:1,2
186:22
**take** 7:22 9:1
13:11 60:22 93:14
114:6,14 125:13
144:9 152:21,25
153:2,3 163:9
185:6 190:25
**taken** 2:2 6:19
84:12 189:10,12
189:21 190:20
204:6
**talk** 9:15 29:6 73:2
82:5 127:16 149:8
157:20,21 161:25
163:2 177:15
198:5
**talked** 101:4
106:22 131:14
147:25 155:12,14
155:16,17 161:23
179:7 184:6
187:12 192:23,24
196:17
**talking** 7:21 9:17
31:19 49:19 57:13
94:12 134:20
162:25 166:24
173:17 191:17
192:1 193:12
194:15,16 196:10

198:17
**talks** 77:23
**target** 138:12
**targeted** 128:3,6
**targeting** 128:7
**team** 13:17,25
14:2,5,7 49:8,9
65:2 136:15,19
143:14,16,20
150:25 171:12
**teams** 145:21
**technical** 25:7
38:10 54:20,25
59:16 86:6 142:14
**technically** 89:23
90:1 100:14,25
118:3 142:11
184:3 185:25
**technologies** 24:9
**technology** 19:13
19:17 63:20,23
64:10 141:7,10,24
141:25 158:24
**tell** 12:13 47:25
64:22 68:10
116:21 118:15
128:18 133:23
147:11 151:17
192:19 204:4
**telling** 73:8
**tells** 19:13
**ten** 18:1
**tenure** 154:16
**term** 24:25 25:10
25:12 28:23 31:13
32:1 37:16,20
40:5 42:10 48:13
48:23 52:1,15
55:24 61:14,16,17
63:7 68:18 72:12
72:13 73:20

125:24 157:22,23
183:21
**terminology** 22:6
22:11 26:25 47:24
56:2,3 101:10
122:19 124:13
129:16 157:19
185:22 191:17
192:17
**terms** 22:16 24:4
25:14,21 28:4
30:4 42:11 46:22
54:4 63:24 64:12
66:5 94:19 95:14
97:4 112:5 122:13
126:1 139:17
143:24 146:11
162:17 179:20,21
193:16 194:14
200:20
**testified** 6:8 47:2
98:17 100:12
145:10 149:22,24
164:20
**testify** 9:21 10:1
20:1,16,22 21:1,3
21:5 22:7 63:15
64:8,23 67:17,20
67:22,24 127:19
145:4 155:4,18
156:10,12,14
**testimony** 11:14
11:22 15:1 16:10
16:16 17:9,20
21:9 46:20 83:20
86:5,11 96:6
107:2 111:17
147:4 148:4,12
151:10 152:6
162:5 174:13
179:12,13 182:10

186:16 197:24
200:14 204:8
**texas** 3:11,15
**text** 100:3
**texting** 11:7
**thank** 11:11 12:2
14:8,18 16:7 17:5
18:2 24:2,21 33:9
45:12 60:18,24
76:15 85:16
114:15 115:13
154:24 157:12
202:9
**thanks** 19:16
**thereto** 204:21
**thing** 10:22 21:14
43:11 66:11,12
115:5 122:5
124:14 128:9
147:19,24,25
148:5 155:3
166:15
**things** 11:1 18:4
27:3 47:13 59:15
65:25 69:5 70:1
71:3 73:23 77:23
119:14 121:21
122:14 127:3
143:23 165:1,3
168:12 172:3
179:22,24 180:5
193:8 194:7
198:18
**think** 6:21 7:7
10:13 11:16 16:17
16:18 21:17 22:5
24:12 25:23 26:14
27:22 28:24 29:9
29:17 32:7,24
42:11 43:8 46:6
49:12 51:16 56:10

[think - transcript]

61:25 62:13 65:12
67:13 68:13 69:23
70:10 73:7,8,13
74:8 76:13 78:1
80:20 81:6,14,19
81:25 84:3 86:11
91:10 95:22 106:3
108:12 145:11,20
147:24 155:22
156:3,21 162:4
163:9 164:6 169:2
171:6 175:4
184:10,11 185:7
186:12 190:24
192:14 193:7,15
197:17 202:6
**thinking** 54:16
159:15
**third** 2:11 23:3,6
23:14,17,20,24
26:16,20 32:2
38:14,17 39:9
44:3 45:16 47:4,6
47:9 48:15 49:2
49:10 50:11 51:8
52:10,17,21 53:6
54:24 55:18 61:23
76:8 77:12 83:18
84:16 91:12 94:3
94:8,17 128:13
139:8 146:5
148:16 164:16
197:10 198:7,9
**thirds** 93:11
**thought** 117:23
118:25 126:18
148:1
**thousands** 99:21
120:19 121:1
123:17 124:19

**thread** 82:4
120:12
**three** 20:10 77:19
77:20,20,22 154:4
**thuman** 1:24 2:5
204:2,25
**thursday** 202:8,11
**tier** 137:3,3,7,7
**tiering** 137:11,14
**tiers** 137:3
**till** 151:13
**time** 2:5 5:7 7:21
9:15,17 11:4
13:11,15,18,19
15:10 21:14,20,25
27:25 29:11 32:20
32:22,24,25 39:3
39:21 40:11 41:13
44:17 45:13,13,21
46:5 51:10,20,25
60:21 65:4 66:22
81:12 82:11,17,21
84:1,20 85:16
86:20,24 88:5,19
88:23 90:7,8 93:4
96:12,17 105:4
107:24 108:14
110:4 112:2,8
114:5 120:15,18
120:22 131:2,12
134:20 135:22
136:14,16 139:3
142:4 151:1,2
152:21 153:15
154:10,12 155:9
156:21 157:7,10
159:9 160:25
161:17,21,22
162:24 166:5,23
166:25 168:6
169:25 174:23

175:1,10 179:17
180:12 181:24
184:15,19,21
185:1,8,23 186:8
187:16,18,22
188:12,14 189:4
192:2,7,9 194:18
194:21 195:1,7,10
198:23 199:19
200:5,8 201:13,14
201:24 202:4,10
202:14,15 204:8
205:10,18,24
206:7
**timeline** 104:11
117:10,24 119:20
188:9,16 196:7
199:12
**times** 6:23 10:12
28:8 45:5 61:22
79:6,19 104:9
161:7
**title** 101:23 125:18
128:22
**today** 9:11,22
11:14,19,22 12:16
14:20 15:1 16:10
16:24 23:20 28:17
51:15,17 66:19
93:15 109:21
112:18,20 129:7
139:2 147:4
153:15 157:9
172:25 174:13
176:21
**today's** 13:12
17:20
**token** 182:18
**tool** 37:5 51:19
65:14 113:7,11
169:4,6,6,15,16,16

170:1,3,7,9,14,16
170:24 171:15,20
172:1,4,11,12,16
172:20,25 173:5
173:12,16 174:25
175:19
**tools** 36:24 37:2,4
157:3
**top** 115:18 116:17
137:3 177:18
178:5 194:3
195:21
**topic** 20:11,12
63:14 64:19,23
65:20 66:2,23
67:10,16 68:5,6,8
114:16 151:8
152:19,23 155:1,4
155:5,7,8,9,13,15
155:19 156:9
**topics** 20:1,11,17
20:19,25 21:2,5
22:5 28:14 46:25
63:14 65:19,22
156:22
**total** 130:19 134:9
144:9
**touched** 40:4
**tough** 174:23
**tpv** 134:7,8,9,16
135:4
**track** 106:7
**tracked** 173:15,16
**tracking** 171:21
175:9
**tracks** 173:6
**train** 189:4
**transcript** 204:13
205:6,8,10,13,13
205:21 206:2,2

Page 35

**[transition - unusual]**

**transition** 42:1,14
60:20 177:13
186:9 192:22
193:4 194:15
195:15 197:2,12
198:11
**treating** 90:24
**tremendous** 74:12
74:16
**trial** 10:18,20
**trick** 140:18
**trouble** 93:17
95:17
**true** 36:6 203:3
**trust** 4:18 22:13
43:22,22 98:15,20
126:9,9,15,16,17
177:8
**truth** 36:19 204:4
204:5,5
**truthfully** 9:22
**try** 19:8 29:21
61:19 69:23 70:4
70:5 85:7,14
108:17 130:25
133:1 147:18
185:23 186:11
**trying** 31:25 41:25
43:4 47:20 49:12
52:9 59:7,7,13
66:16,22 67:12
89:3 99:15 100:19
109:10 111:4
119:24 123:12
130:2 134:19,22
140:17,19 164:13
176:3,6,8 181:5
196:22,24 197:9
200:13,14
**turn** 20:4,6 83:22
84:22 85:17

115:11 126:4
128:16
**turning** 20:8 85:18
**twice** 6:25
**two** 10:11 20:11
20:25 21:2 33:15
34:18,20,22 39:3,5
39:10 77:19,22
93:11 107:4,10,16
108:1 112:24
144:6 146:16
148:2 155:11
175:4 195:18
**type** 26:1 100:13
102:2 106:1,2
186:22 196:24
**types** 44:2 57:22
86:14 98:21 127:4
144:1,3 146:16
191:24 193:19
197:4
**typewriting** 204:9
**typically** 35:15
36:4,9 49:8,9,20
49:22 50:11 52:24
53:23 55:3 56:15
58:1 59:21 74:11
126:25 143:8,20
162:8 171:8,18
195:25

---

**u**

**u.k.** 12:20,20
**ultimately** 91:6
**unable** 82:5
132:14 137:5
187:15
**unavailable** 189:7
**unclear** 137:5
**understand** 7:25
8:8,19,20 9:3 15:3
19:25 21:1,2,4,9

21:20 22:15 23:5
24:13 25:15 26:6
26:22 27:8,9
29:21 30:5,11
31:25 32:11,20
33:9,13 34:18
35:6,25 37:12
40:6,24 42:5
44:13 45:2 47:14
47:17,20 51:24
52:6,9 53:15 59:8
62:8 65:6 68:9
70:2 71:13 72:10
73:18 76:16,23
79:9 83:20 84:10
86:18 99:11,15
100:19 101:25
103:11 109:10
110:3 112:4,11
118:19 121:13,18
123:13 127:20
130:25 131:25
134:11,19,22
140:17,19 143:12
144:13,15,21
149:20 150:17
158:7 162:19
170:5 172:17
175:19 179:6
190:24 192:15
196:24
**understanding**
17:18 18:14 20:3
20:15 21:8,11,23
24:24 30:13 34:5
34:16,21 37:18,20
39:16,18,19,21
46:21 51:12 52:11
52:15 62:18,24
64:6,16 68:3,19
70:3 77:6 81:19

83:15 84:14,18
86:16 87:6 94:1
94:14 96:10
100:21 101:17
102:9,14 105:22
107:14,25 110:2
112:19 114:2,11
117:22 121:21
123:16,21 127:21
128:12 131:6,21
135:6,21 136:22
137:1,2,13,16,21
137:22 139:16,20
139:24 141:4
143:24 147:14
151:23 152:9
154:11 156:17
160:16 170:2,15
172:13 173:5,17
186:2,25 187:13
188:7 189:25
191:11 192:1
195:8 196:10,19
198:14,20 199:18
200:6 201:10
**understood** 8:10
9:2 17:13 30:2
**undertaken**
113:16,19 172:19
**undertook** 121:13
131:15
**unexpected** 90:9
90:12
**unit** 200:2
**united** 1:1 2:4
10:10
**university** 14:12
14:17
**unpack** 100:19
**unusual** 90:3
95:20 195:20

Veritext Legal Solutions
866 299-5127

[unwind - various]

unwind   195:7
update   4:13 76:3
   125:16,19 187:15
   200:4 201:14
updated   76:5
upgrade   195:1
   200:8
url   116:22,24,24
   182:17
usage   157:4
use   21:12 31:13
   39:10 47:21,22
   49:21,24 53:2,3
   57:4 59:6 63:8
   65:13 69:18 72:13
   79:25 80:3 82:9
   84:3,25 86:13
   100:22 106:5,12
   106:17,21 108:23
   108:24 111:4
   117:14 118:5,17
   118:19 120:16
   123:14 124:8
   131:1,19 136:13
   137:18 138:2
   140:5 141:8
   142:16 146:10,11
   157:22 161:5
   168:3 187:17
   189:4 193:25
   195:6,24 196:14
   196:15 200:23,25
   201:14,15,20
user   1:5 4:17 5:9
   24:12 26:8,15,17
   26:19,20 30:24,25
   31:2 34:7,12
   35:11,12 36:25
   43:22 44:2,8,21
   47:3 49:5,15 50:9
   52:12,22 53:3,5,7

53:25 56:5,7,15,15
   56:18,22 57:1,4,8
   58:1,12,13 59:15
   59:24 61:15,18,21
   61:24 62:11,22
   63:4 70:20,25
   71:2 74:12 77:7,7
   77:8,8,21,22 78:17
   80:2 83:1 85:23
   85:24 86:20,24
   87:4,9,15,22,24
   88:1,16,20,24 89:6
   89:8,10,23 90:19
   90:22 93:24 96:14
   101:1,22 102:2,4,5
   102:9,14,16,24
   103:4,10,11,24
   104:6,18,24 105:2
   105:6,7 106:7,24
   107:6,8 108:5,6,19
   109:13,15 111:15
   111:16,16,16,23
   111:23 112:1,16
   113:25 117:17
   118:5,6,7,17,18,20
   118:20,22,25
   119:1 120:10,10
   122:8 124:16
   126:8,15 128:25
   137:24,25 139:22
   140:6,12,22 141:1
   141:6,9 142:8
   144:11,19 145:15
   146:14 148:17
   176:10 177:8
   180:1 186:22
   188:8,17 192:5
   194:12,20,25
   195:4 196:13
   199:20 201:3,12
   205:4 207:1

user's   27:14 34:11
   35:16 51:3 55:21
   57:2,12,16,17,20
   59:19,25 62:16
   63:1 68:22 74:19
   83:2,9 87:24 88:1
   88:20 89:22 91:24
   92:19 98:3 101:22
   102:8,11 103:7,17
   103:23 105:9,11
   105:14,25 106:20
   107:7 111:18
   113:13 119:16,20
   119:20 120:2,5,7
   122:9 127:12
   139:11 140:7,11
   179:11 180:11
   182:12,12 186:4
users   25:1,19
   26:12 30:15,15
   34:18,20,20,23
   35:3 38:9,11
   43:19,25 44:10,23
   45:8,14 46:6 47:7
   50:22 51:9 53:1,2
   54:17,19,23 55:14
   55:24 56:1,4
   61:21 63:23 64:11
   69:15 72:9 73:25
   77:2 78:20,21,23
   79:1,7,20 80:24
   81:2,21 83:5,16,25
   84:1,13 86:8,13
   88:12,21 89:3
   90:25 91:3 94:16
   96:13 98:18 100:5
   107:4,16,16,17
   108:1 118:21,24
   121:6,16,22
   123:18 127:9,9
   128:14 138:13

140:2,8 144:12,20
   182:7 185:18,19
   186:1,19 191:10
   198:16,19,22
   199:10,16
uses   77:16,17
   138:12 140:8,20
   159:15 190:15
utilization   78:14
   143:21
utilized   127:14
   141:25

**v**

v1   119:6 168:17
   188:4,5
v2   4:17 118:4,11
   118:16 119:9,11
   119:13,15,22,23
   120:4 177:8
v2.0.   178:17
v4   4:12 125:16,19
   125:22
valuable   99:9
   140:3 144:12
   156:22
value   96:24 97:11
   97:13,18 98:6
   99:7,25 118:7,23
   128:25 129:1,2,6,8
   129:10,12,14,18
   130:11,14 144:19
   145:15 146:4
varela   15:8 67:14
variety   157:24
   190:14 193:12
various   48:15
   124:2 127:4
   131:14,19 137:2
   142:25 147:5,20
   173:11 193:14

Page 37

**[vast - whitelist]**

vast  160:16
vc  1:8
verbally  8:3,7
veritext  5:12
  115:5 205:7,9,11
version  39:22 40:5
  40:7,8,14,16,18
  41:6,6,7,8,9,10,12
  41:17,17,21 42:1,1
  43:5,10,12 45:25
  46:2,9,10,15 73:10
  73:17 83:7 87:21
  118:12,14 121:1,4
  121:10 124:15,17
  124:22 125:1
  131:16 160:21
  163:12,13,15,15
  176:22 177:2,2,4,5
  177:13,14 180:6
  180:20 181:10,23
  182:2 186:9,10,17
  187:4,6,23,24
  192:4,22 193:5,7
  194:10,10,15,15
  194:22,22 195:10
  195:11,15 196:6,6
  196:7,7,8,12 197:2
  197:2,12 199:9,14
  200:11,11,21
  201:2,3,6,6,19,22
  201:22
versioning  43:5
versions  40:24
  46:17 65:15
versus  137:7 149:8
video  5:6 61:1,5
  73:5 114:17,20
  153:6,9 202:12
videoconferenci...
  204:11

videographer  3:20
  5:11
videos  111:16,22
  111:23
videotaped  1:16
  2:2
viewed  127:24
viewer  175:25
viewing  50:13
violate  119:21
violates  118:4,16
  119:9 138:15
vis  160:9,9,10,10
  161:6,6 189:10,10
visibility  141:12
visible  141:15
  176:12
visited  50:25
voice  202:5
volume  74:12 76:7
  77:11 134:10
  144:9

---

**w**

w  2:14 205:1
wait  8:16 151:13
waiting  176:20
waived  205:23,23
waiving  205:20
walk  107:19
  146:16
wangdra  3:9 5:23
want  20:20 29:20
  30:5 35:6 39:24
  40:6 43:14 44:13
  53:14 60:21 86:18
  95:3 96:1,2 97:5
  100:5 101:11
  106:9 108:15
  110:16 112:21
  122:10 126:22,25
  134:17 150:16

152:25 153:1
  156:18,19 158:23
  162:18 164:9
  178:14 184:22
  186:25 191:16
  196:22 199:3
  201:24 202:2
wanted  35:25 43:7
  43:21 136:2
  145:13 153:17
  172:8
wants  32:12 87:10
washington  2:12
  7:6,6
watch  73:6 108:19
watched  108:21
  183:13 184:2
watches  108:5
watching  108:9
way  20:6 23:2
  25:7 27:23 28:25
  30:15 32:4,7,9
  38:13 41:24 42:16
  49:11 50:24 51:7
  52:24 53:10 54:5
  54:18,20,22 56:11
  63:12 69:7 71:25
  73:13 80:15 82:25
  83:4,21 84:1,21
  85:17,20 87:14
  88:6 89:2 90:15
  91:20 93:11 95:24
  96:10 98:16,25
  99:4 100:5,7
  102:14 103:13
  106:3,13 111:24
  111:25 113:10
  124:21 138:15
  139:10 142:15
  144:21,25 158:12
  158:22 159:1,5

161:13 162:14,20
  163:4,10,17
  164:23 166:17
  167:21 170:16
  171:6,24 172:14
  173:19 176:5,9
  184:6 189:3,5
  204:19
wayback  65:11
ways  31:24 38:16
  38:18,20 69:25
  79:24 82:9 97:12
  97:17 98:7,9,11,14
  133:5 136:14
  143:7 145:22
  166:6,19 171:25
we've  17:7 40:4
  47:3 101:4 113:3
  113:6 126:15
  152:20 161:23
  176:21 181:13
  182:5 183:9
  186:15 192:23,23
  198:24 200:15
weaver  2:20 5:24
  5:25 6:17
web  50:13,14 51:3
  55:19 144:8
website  24:16,19
  36:3,8,13 50:5,11
  50:25 65:5,16
  175:24,25 176:12
welcome  61:11
went  6:13 106:11
  133:8 191:24
whichever  61:10
whit  164:25
whitelist  157:14
  157:22 158:25
  159:2 161:11,14
  162:23 163:4,18

**[whitelist - à]**

163:22 164:2,3,14
164:19,21 166:1,2
166:11,14,17
167:17,20 168:3
168:22,25 185:13
186:3 188:2
**whitelisted** 155:22
159:23 160:2,22
160:24 165:2,3
169:24 172:9
173:1,4 174:25
199:6,7,8,13
200:17,22 201:19
**whitelisting** 158:8
158:14,17,20
159:11,15 161:2,5
161:10,18,24
162:3,11,13
163:25 164:1
165:6,8 200:16,20
**whitelists** 160:14
161:19 163:19
165:12 167:21
169:8 170:17
172:14,18 191:9
193:13,14
**wide** 41:15 48:14
69:4 160:14
**widely** 73:15,19
130:17 170:24
172:1
**willing** 10:19
**window** 190:2
196:13 199:12
**witness** 2:3 5:13
6:7 7:10 17:9
18:20 66:8 95:3
100:18 115:7,10
138:18 142:24
145:2,20 146:7
148:19 168:10

175:3 184:16
185:3 195:17
197:17 202:4
204:3,9 205:13,16
206:2,5 207:24
**women** 95:22,23
**wondering** 99:19
189:20
**word** 72:21,24
76:12 77:16
101:15,19 110:24
179:8 180:24
181:3 183:20
**words** 72:23
157:20
**work** 10:6,7,10
12:18,19 59:13
70:10 126:1
127:17 128:6
156:5 166:8
**workable** 42:20
**worked** 14:1,4
50:24 59:15 65:7
65:25 70:1 83:4
85:13,14 87:14
98:19 102:15
109:6,6,21 123:22
124:22 138:21
150:11 179:9
184:7,11
**working** 13:17
14:6 49:10 130:3
171:12,12
**workplace** 14:2,2
**works** 52:25 109:2
128:8 140:18
198:17
**world** 10:25
**worth** 28:6 33:16
**wright** 2:15 5:19
6:17

**write** 117:9 118:2
174:14
**writes** 76:2
**writing** 174:10,11
**written** 36:18
59:18
**wrong** 16:6 39:25
158:2
**wrote** 119:24

**x**

**x** 4:1 204:13 206:9
**xu** 15:7

**y**

**yeah** 9:3 10:7 19:6
23:7 25:23 62:2,3
62:13 76:19 79:10
79:12,15 111:4
112:15 115:9
116:1 117:8 123:1
123:2 124:1 130:2
130:23 134:19
139:14 144:14
145:2,20 151:16
153:3 156:18
158:6 175:3 178:3
179:7 182:9 202:4
**year** 10:12 40:2
194:23
**years** 10:11 48:18
119:25 157:10,10
161:4
**yep** 9:19 76:1

**z**

**zarakhovsky** 15:8
**zero** 40:14
**zhen** 4:16 174:5,15
**zuckerberg** 71:17
71:24

**à**

**à** 160:9,10 161:6
189:10