| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Judge: Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom: 4, 17th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered by the Court on August 17, 2018 (Dkt. No. 122), Plaintiffs hereby submit this Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

|   | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
| 1 | Plaintiffs' Corrected Supplemental Brief in Support of Sanctions | Limited Portions at Pages i, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 24, 31, 32 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 2 | Corrected Declaration of Lesley E. Weaver in Support of Plaintiffs' Corrected Supplemental Brief in Support of Sanctions | Limited Portions of ¶¶ 4, 5, 5.A, 5.B, 5.C, 14, 15, 16, 18, 45, 46, 47, 53 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 3 | Corrected Exhibit 95 to the Corrected Declaration of Lesley E. Weaver | 40:1-25, 41:6-7, 41:14-42:19, 42:22, 55:1-16, 56:9-25, 64:17-65:4, 65:16-25, 69:11-25 | Defendant to provide evidence, per Local Rule 79-5(f) |
| 4 | Corrected Exhibit 106 to the Corrected Declaration of Lesley E. Weaver | 76:1-25, 90:1-25, 92:1-25, 94:1-25, 101:1-9, 101:14-25, 104:1-10, 104:15-105:25, 118:1-119:3, 119:18-23, 130:5-14, 161:1-25, 163:1-165:18, 165:24-168:5, 168:15-170:18, 182:1-25, 216:1-18, 219:24-25, 223:1-2, 224:1-225:1, 226:4-25, 240:1-24, 250:1-25; Dep. Exs. 7 & 13 in Their Entirety | Defendant to provide evidence, per Local Rule 79-5(f) |
| 5 | Exhibit 140 to the Corrected Declaration of Lesley E. Weaver | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 6 | Exhibit 141 to the Corrected Declaration of Lesley E. Weaver | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |
| 7 | Exhibit 142 to the Corrected Declaration of Lesley E. Weaver | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) |

Because the above documents contain, reference, or summarize materials designated

"Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action, Plaintiffs file the documents provisionally under seal. Pursuant to Local Rule 79-5(f)(3), Defendant, as the Designating Party, bears the responsibility to establish that its designated materials are sealable.

| | |
|---|---|
| Dated: August 24, 2022 | Respectfully submitted, |
| **KELLER ROHRBACK L.L.P.** | **BLEICHMAR FONTI & AULD LLP** |
| By:    */s/ Derek W. Loeser*<br>       Derek W. Loeser | By:    */s/ Lesley E. Weaver*<br>       Lesley E. Weaver |

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Emma M. Wright (admitted *pro hac vice*)
Daniel Mensher (admitted *pro hac vice*)
Michael Woerner (admitted *pro hac vice*)
Matthew Gerend (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com
dmensher@kellerrohrback.com
mwoerner@kellerrohrback.com
mgerend@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

Pls' Admin. Mot. To Consider Whether
Another Party's Materials Should be Sealed

2

MDL No. 2843
Case No. 18-md-02843-VC

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

*Plaintiffs' Co-Lead Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of August, 2022 in Oakland, California.

By: <u>/s/ Lesley E. Weaver</u><br>
Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Lesley E. Weaver, hereby certify that on August 24, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record. I also caused a copy of the under seal filing to be delivered to counsel for Defendant Facebook, Inc. via electronic mail.

>    */s/ Lesley E. Weaver*
>    Lesley E. Weaver