Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge:  Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom:  4, 17th Floor |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Facebook, Inc., and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal:

| | Documents | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Plaintiffs' Corrected Supplemental Brief in Support of Sanctions | Limited Portions at Pages i, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 24, 31, 32 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Corrected Declaration of Lesley E. Weaver in Support of Plaintiffs' Corrected Supplemental Brief in Support of Sanctions | Limited Portions of ¶¶ 4, 5, 5.A, 5.B, 5.C, 14, 15, 16, 18, 45, 46, 47, 53 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Corrected Exhibit 95 to the Corrected Declaration of Lesley E. Weaver | 40:1-25, 41:6-7, 41:14-42:19, 42:22, 55:1-16, 56:9-25, 64:17-65:4, 65:16-25, 69:11-25 | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 4 | Corrected Exhibit 106 to the Corrected Declaration of Lesley E. Weaver | 76:1-25, 90:1-25, 92:1-25, 94:1-25, 101:1-9, 101:14-25, 104:1-10, 104:15-105:25, 118:1-119:3, 119:18-23, 130:5-14, 161:1-25, 163:1-165:18, 165:24-168:5, 168:15-170:18, 182:1-25, 216:1-18, 219:24-25, 223:1-2, 224:1- | Defendant to provide evidence, per Local Rule 79-5(f) | |

| | | | | |
|---|---|---|---|---|
| | | 225:1, 226:4-25, 240:1-24, 250:1-25; Dep. Exs. 7 & 13 in Their Entirety | | |
| 5 | Exhibit 140 to the Corrected Declaration of Lesley E. Weaver | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 6 | Exhibit 141 to the Corrected Declaration of Lesley E. Weaver | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 7 | Exhibit 142 to the Corrected Declaration of Lesley E. Weaver | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
VINCE CHHABRIA
United States District Judge