| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) <br> KELLER ROHRBACK L.L.P. <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> BLEICHMAR FONTI & AULD LLP <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

Additional counsel listed on signature page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2843 <br> Case No. 18-md-02843-VC <br><br> **NOTICE OF ERRATA TO PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS AND DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF SAME** <br><br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

NOTICE OF ERRATA TO SUPPL. BR. IN SUPP. OF SANCTIONS AND WEAVER DECL.

MDL NO. 2843
CASE NO. 18-MD-02843-VC

Plaintiffs give notice of the following errata to their Supplemental Brief in Support of Sanctions, ECF No. 984, and the Declaration of Lesley E. Weaver in Support of Supplemental Brief in Support of Sanctions, ECF No. 985. All references below are keyed to the originally filed versions at ECF Nos. 984 and 985.

Aside from the correction of minor typographical errors, the errata in the Supplemental Brief in Support of Sanctions are the following:

(1) At page 21, footnote 7, <*id.* at 92:19–25.> is corrected to read <*id.* at 90:19–22.>.

(2) At page 24, the Bates-number citations that begin each of the three bullet points are corrected to read, in order: <Ex. 140:>, <Ex. 141:>, and <Ex. 142:>.

The errata in the Declaration of Lesley E. Weaver in Support of Supplemental Brief in Support of Sanctions are the following:

(1) The inclusion of three documents already cited in the Supplemental Brief, now attached as Exhibits 140, 141, and 142.

(2) Pages 55–56 and 64–65 of Exhibit 95 are now supplied.

(3) Pages 76, 90, 130–35, and 250 of Exhibit 106 are now supplied.

(4) In the second line of paragraph 11, <April 2022> is corrected to read <March 2022>.

Attached to this Notice are a corrected version of the Supplemental Brief in Support of Sanctions, a corrected version of the Declaration of Lesley E. Weaver in Support of Supplemental Brief in Support of Sanctions, corrected versions of Exhibits 95 and 106 thereto, and newly included Exhibits 140, 141, and 142 thereto.

Dated: August 24, 2022                                          Respectfully submitted,


KELLER ROHRBACK L.L.P.                                BLEICHMAR FONTI & AULD LLP

By:   */s/ Derek W. Loeser*                           By:   */s/ Lesley E. Weaver*
      Derek W. Loeser                                       Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)             Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)      Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                    Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)             Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                           Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)              555 12th Street, Suite 1600

Daniel Mensher (admitted *pro hac vice*)
Michael Woerner (admitted *pro hac vice*)
Matthew Gerend (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com
dmensher@kellerrohrback.com
mwoerner@kellerrohrback.com
mgerend@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

NOTICE OF ERRATA TO SUPPL. BR. IN SUPP. OF SANCTIONS AND WEAVER DECL.

2

MDL NO. 2843
CASE NO. 18-MD-02843-VC