# EXHIBIT 95

## Unredacted Version of Document Sought to be Sealed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

MDL No. 2843

Case No. 18-md-02843-VC-JSC

______________________________

This document relates to:

ALL ACTIONS

______________________________

**CONFIDENTIAL**

ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

CORPORATE REPRESENTATIVE - MICHAEL DUFFEY

(Reported Remotely via Video & Web Videoconference)

Palo Alto, California (Deponent's location)

Wednesday, June 2, 2022

Volume I

STENOGRAPHICALLY REPORTED BY:

REBECCA L. ROMANO, RPR, CSR, CCR

California CSR No. 12546

Nevada CCR No. 827

Oregon CSR No. 20-0466

Washington CCR No. 3491

JOB NO. 5234611

PAGES 1 - 194

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

MDL No. 2843
Case No. 18-md-02843-VC-JSC

__________________________

This document relates to:

ALL ACTIONS

___________________________

DEPOSITION OF MICHAEL DUFFEY, taken on behalf of the Plaintiffs, with the deponent located in Palo Alto, California, commencing at 9:14 a.m., Wednesday, June 3, 2022, remotely reported via Video & Web videoconference before REBECCA L. ROMANO, a Certified Shorthand Reporter, Certified Court Reporter, Registered Professional Reporter.

APPEARANCES OF COUNSEL

(All parties appearing via Web videoconference)

For the Plaintiffs:

BLEICHMAR FONTI & AULD LLP
BY: LESLEY E. WEAVER
BY: ANNE K. DAVIS
BY: JOSHUA SAMRA
Attorneys at Law
555 12th Street
Suite 1600
Oakland, California 94607
(415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

/////

APPEARANCES OF COUNSEL

(All parties appearing via Web videoconference)

KELLER ROHRBACK L.L.P.
BY: CARI CAMPEN LAUFENBERG
BY: DEREK W. LOESER
Attorneys at Law
1201 Third Avenue
Suite 3200
Seattle, Washington 98101
(206) 623-1900
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com

For Facebook, Inc.:
GIBSON, DUNN & CRUTCHER LLP
BY: RUSSELL H. FALCONER
Attorney at Law
2001 Ross Avenue
Suite 2100
Dallas, Texas 75201
(214) 698-3170
rfalconer@gibsondunn.com

/////

APPEARANCES OF COUNSEL(cont'd)

(All parties appearing via Web videoconference)

For Facebook, Inc.:

GIBSON, DUNN & CRUTCHER LLP
BY: YEKATERINA REYZIS
Attorney at Law
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7907
yreyzis@gibsondunn.com

and

BY: DAYNA ZOLLE HAUSER
BY: HANNAH REGAN-SMITH
Attorneys at Law
1801 California Street
Suite 4200
Denver, Colorado 80202-2642
(303) 298-5700
dzhauser@gibsondunn.com
hregan-smith@gibsondunn.com

/////

APPEARANCES OF COUNSEL(cont'd)

(All parties appearing via Web videoconference)

For Facebook, Inc.:

GIBSON, DUNN & CRUTCHER LLP
BY: ROSEMARIE T. RING
Attorney at Law
555 Mission Street
Suite 3000
San Francisco, California 94105-0921
(415) 393-8247
rring@gibsondunn.com

JAMS
BY: DANIEL B. GARRIE
Special Master
555 W. 5th Street
32nd Floor
Los Angeles, California 90013
(213) 253-9706
dgarrie@jamsadr.com

/////

APPEARANCES(cont'd)

(All parties appearing via Web videoconference)

ALSO PRESENT:

Ian Chen, Associate General Counsel, Meta Platforms

John Macdonell, Videographer

/////

10:05:06
Page 40



Q. What is the law enforcement response team? 10:05:07

A. That -- that team is -- is -- receives subpoenas and requests from law enforcement regarding individual users at Facebook. 10:05:31

[redacted]

MR. FALCONER: Objection. Beyond the scope of the notice.

And, Mr. Duffey, again, I'll just caution you: Don't reveal any privileged communications you may have had in the course of your work at the company in answering that question. 10:05:49

[redacted]

10:07:07

[redacted]

MR. FALCONER: Objection. Beyond the 10:08:42
scope of the notice.

[redacted]

Q. (By Ms. Weaver) Who would know?

MR. FALCONER: Same objection.

THE DEPONENT: Somebody -- somebody on 10:09:03



Q. And when you say "groups," what do you mean?

A. Facebook groups.

Q. And can you state for the record what Facebook groups are? 10:47:44

A. Sure. I'm sorry.

Q. No problem.

A. A group is -- how would I -- if you have an interest in a specific topic, for instance, 10:48:05

surfing, there could be a group established or -- or created or in existence that is related to surfing that you could, you know, join and interact with others that are not necessarily your -- or not your friends, but people that have the same level of interest.

10:48:10

10:48:29

So that is the -- a way to interact outside of your network of -- of friends.

10:49:49

A. I -- I could find out that information. 11:01:05
I just don't know that sitting here. Counsel for Gibson Dunn could -- could also get that information. Our E-discovery team would know. I just -- I just don't know the answer to that 11:01:17
question as I sit here.

Q. Okay.

And do you see that in your notes here, you refer to "TAO," the associations and objects database? 11:01:41

A. Yes.

Q. Is it fair to call it a database?

A. I don't know. I don't know if it would be called a database.

Q. Let's call it a data source. Fair 11:01:53
enough.

[redacted] 11:02:53

[redacted]

Q. And do you see on page -3258 you've got a heading "Facebook can remove objects and associations," and then there's a bullet point that says "Facebook deprecates products and features, and objects and associations would be deleted when this happens"? 11:03:28 11:03:51

Do you see that?

A. Yes.

Q. What does "deprecate" mean, for the record?

A. No longer available for use. 11:04:05

[redacted]

11:04:46

Veritext Legal Solutions
866 299-5127

Q. Can you identify which data in Hive was placed on legal hold for this case? 11:09:42

A. No, I can't.

Q. Can anyone?

A. Can you -- can we go back two questions ago? Just so I -- I understand the question. 11:10:09

Q. Yeah. No problem.

Let me try it this way. Was any data in Hive placed on legal hold for this case?

A. Yes. 11:10:33

11:11:53