# EXHIBIT 140

## Redacted in its Entirety