# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | **MDL NO. 2843** <br><br> CASE NO. 3:18-MD-02843-VC-JSC <br><br> HON. VINCE CHHABRIA <br> HON. JACQUELINE SCOTT CORLEY <br> COURTROOM 4 – 17TH FLOOR <br> SPECIAL MASTER, DANIEL GARRIE, ESQ. <br><br> **SCHEDULING ORDER RE: NAMED PLAINTIFF DATA COLD STORAGE ISSUES** |

**SCHEDULING ORDER RE: NAMED PLAINTIFF DATA COLD STORAGE ISSUES**

1. Pursuant to the Special Master's Amended Order Regarding Production of Named Plaintiff Data, the parties each submitted a list of 250 hive tables to be searched for Named Plaintiff data and Facebook submitted a spreadsheet estimating the amount of data in cold storage for each of the tables that contain data in cold storage. The Special Master reviewed the tables and issues the following scheduling order pursuant to the Amended Order Regarding Production of Named Plaintiff Data.

2. No later than August 25, 2022, the parties are to meet and confer and each submit a proposed process for searching Hive data in cold storage from the list of Hive tables identified by the parties. The proposals are to include explanations as to why such proposals are appropriate and proportional to the needs of the case.

3. The proposals are not to exceed three pages single spaced, exclusive of exhibits.

4. Pursuant to the Amended Order Regarding Production of Named Plaintiff Data, Facebook is to search data in warm storage in the 500 Hive tables for data associated with the Named Plaintiffs and produce such data on a rolling weekly basis. The first warm storage Hive table production is to be made no later than August 26, 2022 at 12:00 PM PT and the warm storage Hive table production is to be completed no later than September 6, 2022. Facebook is to post to JAMS Access an update on the size of the warm storage Hive table production along with each week's production.

5. No later than September 13, 2022, Facebook is to determine what percentage of the warm storage Hive data has not been produced from other sources and submit a statement to this effect.

6. The hearing regarding outstanding Hive production issues is scheduled to take place on September 15, 2022 at 3:00 PM PT via ZOOM videoconferencing.

IT IS SO ORDERED.

August 23, 2022

_____
Daniel Garrie, Esq.
Discovery Special Master

**SCHEDULING ORDER RE: NAMED PLAINTIFF DATA COLD STORAGE ISSUES**