| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Orin Snyder (*pro hac vice*)<br>    osnyder@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Kristin A. Linsley (SBN 154148)<br>    klinsley@gibsondunn.com<br>Rosemarie T. Ring (SBN 220769)<br>    rring@gibsondunn.com<br>Austin V. Schwing (SBN 211696)<br>    aschwing@gibsondunn.com<br>Martie Kutscher (SBN 302650)<br>    mkutscherclark@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | GIBSON, DUNN & CRUTCHER LLP<br>Deborah Stein (SBN 224570)<br>    dstein@gibsondunn.com<br>Heather L. Richardson (SBN 246517)<br>    hrichardson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Joshua S. Lipshutz (SBN 242557)<br>    jlipshutz@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL SPECIAL MASTER'S ORDER AND EXHIBITS THERETO** |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Facebook, Inc. ("Facebook") hereby submits this Administrative Motion to Temporarily File Under Seal the Special Master's August 19, 2022 Order Regarding Plaintiffs' Request for Leave to Move for Reconsideration of Order Re: Motion to Compel Production of Documents Related to Protiviti Assessment (the "Order") and the Exhibits thereto. The Special Master has indicated that this Court requests all Orders to be filed on the public docket today. Because Facebook is unable to immediately confirm whether certain information within the Order and Exhibits require sealing, Facebook respectfully requests that the Court allow it to file the Order and Exhibits under seal temporarily. On or before August 31, 2022, Facebook will file a particularized motion to seal the Order and Exhibits or notice that the Order and Exhibits should be unsealed.

DATED: August 24, 2022

*/s/ Heather L. Richardson*
Heather L. Richardson

GIBSON, DUNN & CRUTCHER LLP
Heather L. Richardson (SBN 246517)
hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Facebook Inc.*