1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, | CASE NO. 3:18-MD-02843-VC |
|---|---|
| This document relates to: ALL ACTIONS | **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL SPECIAL MASTER'S ORDER AND THE EXHIBITS THERETO** |

**[PROPOSED] ORDER**

    Before the Court is Facebook, Inc.'s ("Facebook") Administrative Motion to Temporarily File Under Seal Special Master's Order.  Good cause having been shown, Facebook's Administrative Motion is GRANTED.  Facebook shall file any permanent request to seal by August 31, 2022.

**IT IS SO ORDERED.**

DATE: _____             /s/_____
                                                          VINCE CHHABRIA
                                                          United States District Judge