# EXHIBIT 123-B

**Redacted Version of**

**Document Sought to be Sealed**



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion



Contact Support

## Conversation History

CA-MDL-META-0000163271



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163272

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163273



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163274



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163277

*at 6:59 am*



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion



*Apr 19, 2018 at 12:27 pm*

can I find these decks? Thanks!

to the thread *Apr 17, 2018 at 3:37 pm*

you to a document *Apr 17, 2018 at 3:32 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion



enabled link sharing · View/Edit *Apr 10, 2018 at 6:49 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163281



*Apr 10, 2018 at 4:02 pm*

added you to a document *Apr 10, 2018 at 4:02 pm*

to the thread *Apr 10, 2018 at 4:07 pm*

added you to a document *Apr 10, 2018 at 4:02 pm*

added you to a document *Apr 10, 2018 at 12:41 pm*

to the thread *Apr 10, 2018 at 12:47 pm*

you to a document *Apr 10, 2018 at 12:41 pm*

to the thread *Apr 10, 2018 at 12:23 pm*

added you to a document *Apr 10, 2018 at 12:16 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

███████████████████ to the thread *Apr 10, 2018 at 10:11 am*

...........................

███████████ added you to a document *Apr 10, 2018 at 10:05 am*

_____

████████████████████████ o the thread *Apr 10, 2018 at 9:49 am*

...........................

█████████ added you to a document *Apr 10, 2018 at 9:43 am*

███████ added Cecilia Zappalà to the thread *Apr 10, 2018 at 9:45 am*

...........................

████████ dded you to a document *Apr 10, 2018 at 9:38 am*

_____

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion



edited *Apr 9, 2018 at 8:00 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163285

 edited *Apr 9, 2018 at 2:27 pm*

- ○ 
- ○ 

- ○ **Hard Q+A**



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

edited *Apr 8, 2018 at 11:07 pm*

**HARD Q+A**

- **CA** 
- **GDPR/Global Privacy Update**
  - Terms/DP
  -
- **Platform**
- **Advertising**

*



edited *Apr 6, 2018 at 7:29 pm*

- **Other**
  - ○
  - ○
  - ○
  - ○

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163289



to the thread *Apr 6, 2018 at 1:34 pm*

you to a document *Apr 6, 2018 at 1:28 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163290

*Apr 6, 2018 at 12:54 pm*

to the thread *Apr 6, 2018 at 1:00 pm*

added you to a document *Apr 6, 2018 at 12:54 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163291



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163292



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163293



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163294



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163295



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163296



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163297



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163299



Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion





*Apr 5, 2018 at 3:28 pm*

lded you to a document *Apr 5, 2018 at 3:28 pm*

you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

you to a document *Apr 5, 2018 at 3:28 pm*

you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

added you to a document *Apr 5, 2018 at 3:28 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

██████████████ d you to a document *Apr 5, 2018 at 3:28 pm*

██████████ len added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████████ to a document *Apr 5, 2018 at 3:28 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163302

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ you to a document *Apr 5, 2018 at 3:28 pm*

████████ you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████ added you to a document *Apr 5, 2018 at 3:28 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163303

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

███████████  added you to a document *Apr 5, 2018 at 3:28 pm*

CA-MDL-META-0000163304

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

████████████ added you to a document *Apr 5, 2018 at 3:28 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion

CA-MDL-META-0000163305

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ added you to a document *Apr 5, 2018 at 3:28 pm*

██████████ edited *Apr 5, 2018 at 7:36 pm*

██████████ added the document to the folder CA/H1 2018 - POLICY MASTER   *Apr 5, 2018 at 3:27 pm*

██████████ created the document *Apr 5, 2018 at 3:34 pm*

Highly Confidential - Attorneys' Eyes Only
Produced Under Compulsion