# EXHIBIT 129-B
## Redacted Version of
## Document Sought to be Sealed

| | |
|---|---|
| **From:** | Kutscher Clark, Martie <MKutscherClark@gibsondunn.com> |
| **Sent:** | Monday, August 8, 2022 4:18 PM |
| **To:** | Lesley Weaver; Matthew Melamed; Anne Davis; Josh Samra; Derek Loeser; Cari Laufenberg; David Ko; Benjamin Gould; Adele Daniel |
| **Cc:** | Daniel Garrie; *** Service-FB-CA_MDL; Regan-Smith, Hannah |
| **Subject:** | Re: In re FB:  Table Column Names |
| **Attachments:** | ███████████████████████████ .xlsx; ████████ ███████████████████████ .xlsx |

Counsel,

Although not required by the Special Master's order, we are reproducing the schema we provided on June 16 to include data type.  We are also providing this data for tables discussed at the June 2, 2022 deposition of Mike Duffey containing ███████████

We provide this data pursuant to the protective order and under Paragraph 32 of the Special Master's Amended Order Regarding Production of Named Plaintiff Data.

Best,
Martie


**Martie Kutscher Clark** (*she/her/hers*)

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
650.849.5348 • MKutscherClark@gibsondunn.com

---

**From:** "Kutscher Clark, Martie" <MKutscherClark@gibsondunn.com>
**Date:** Thursday, June 16, 2022 at 8:37 PM
**To:** Lesley Weaver <lweaver@bfalaw.com>, Matthew Melamed <mmelamed@bfalaw.com>, Anne Davis <adavis@bfalaw.com>, Josh Samra <jsamra@bfalaw.com>, Derek Loeser <dloeser@kellerrohrback.com>, Cari Laufenberg <claufenberg@KellerRohrback.com>, David Ko <dko@kellerrohrback.com>, Benjamin Gould <bgould@KellerRohrback.com>, Adele Daniel <adaniel@kellerrohrback.com>
**Cc:** Daniel Garrie <DGarrie@jamsadr.com>, *** Service-FB-CA_MDL <Service-FB-CA_MDL@gibsondunn.com>
**Subject:** In re FB: Table Column Names

Counsel,

Attached are schema (column names) for a list of Hive tables for which Facebook is proposing to search and produce data from a statistically significant sample.

This list was generated using the same classification system used to generate the list provided in Facebook's April 11, 2022 submission, which, as explained in its June 2, 2022 submission, performs data classification in Facebook's data warehouse.  Lists generated from these classifications may differ due to the time period for which they are run.  The

April 11, 2022 list was generated for a single day, and the attached list was generated using a 30-day lookback, which we believe is more comprehensive.  Lists may also differ because of the dynamic nature of the warehouse, in which tables, or data within tables, are being created, changed, or removed.  As a result, the attached list is not exactly the same as the list generated for the April 11, 2022 submission.

Best,
Martie

**Martie Kutscher Clark** (*she/her/hers*)

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211
650.849.5348 • MKutscherClark@gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation ,*
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation* ,
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

In re Facebook, Inc. Consumer Privacy User Profile Litigation ,
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

In re Facebook, Inc. Consumer Privacy User Profile Litigation ,
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

In re Facebook, Inc. Consumer Privacy User Profile Litigation ,
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

In re Facebook, Inc. Consumer Privacy User Profile Litigation ,
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation ,*
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation* ,
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation ,*
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation ,*
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation ,*
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation* ,
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

In re Facebook, Inc. Consumer Privacy User Profile Litigation ,
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation ,*
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation ,*
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

In re Facebook, Inc. Consumer Privacy User Profile Litigation ,
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY

*In re Facebook, Inc. Consumer Privacy User Profile Litigation ,*
No. 18-md-02843-VC-JSC



HIGHLY CONFIDENTIAL_ATTORNEYS' EYES ONLY