# EXHIBIT 139-B
## Redacted Version of Document Sought to be Sealed

| | |
|---|---|
| **From:** | Luke Bao [█████@fb.com] |
| **Sent:** | 6/8/2018 7:16:05 AM |
| **To:** | Jean Zhu [█████@fb.com]; Edmund Tse [█████@fb.com] |
| **Subject:** | Fwd: Device APIs XFN |

I think it will be good for you the learn as well. Please join if you are available.

Thanks,
Luke

Sent from my iPhone

Begin forwarded message:

**From:** Rachel Whetstone <█████@whatsapp.com>
**Date:** June 8, 2018 at 7:04:02 AM PDT
**To:** Molly Cutler <█████@fb.com>, Tatyana Poturnak <█████@fb.com>, Katy Dormer <█████@fb.com>, Steve Satterfield <█████@fb.com>, Matt Steinfeld <█████@fb.com>, Andy Stone <█████@fb.com>, Joel Kaplan <█████@fb.com>, Kevin Martin <█████@fb.com>, Brian Rice <█████@fb.com>, Chris Herndon <█████@fb.com>, Greg Maurer <█████@fb.com>, Andrew Rausa <█████@fb.com>, Beau James <█████@fb.com>, Scott Mellon <█████@fb.com>, Francisco Varela <█████@fb.com>, Luke Bao <█████@fb.com>, Peter Kang <█████@fb.com>, Allison Mull <█████@fb.com>, Kate McLaughlin <█████n@fb.com>, Amit Sangani <█████@fb.com>, Kian Park <█████@fb.com>, Eddie O'Neil <█████@fb.com>, Natascha Parks <█████@fb.com>, █████Tsidley.com <█████sidley.com>, █████Tsidley.com <█████ler@sidley.com>, Drew Lackman <█████@fb.com>, Matt Hayes <█████@fb.com>, Cathy Huang <█████@fb.com>, Jess Hertz <█████@fb.com>, Jean Zhu <█████@fb.com>, Konstantinos Papamiltiadis <█████@fb.com>
**Subject: Re: Device APIs XFN**

Hi can we jump on a call at 9am as -- and I know I am slow on this stuff -- I did not understand these categorizations and some of the language which makes me queazy going into a potentially major press story.

Rachael can you invite ime Molly Katy Kate Steve Sattsrfield KP and Scott Mellon at a minimum others welcome to join r

Get Outlook for Android

---

**From:** Konstantinos Papamiltiadis
**Sent:** Thursday, June 7, 2018 6:37:52 PM
**To:** Molly Cutler; Tatyana Poturnak; Katy Dormer; Steve Satterfield; Matt Steinfeld; Andy Stone; Rachel Whetstone; Joel Kaplan; Kevin Martin; Brian Rice; Chris Herndon; Greg Maurer; Andrew Rausa; Beau James; Scott Mellon; Francisco Varela; Luke Bao; Peter Kang; Allison Mull; Kate McLaughlin; Amit Sangani; Kian Park; Eddie O'Neil; Natascha Parks; █████Tsidley.com; █████ATsidley.com; Drew Lackman; Matt Hayes; Cathy Huang; Jess Hertz; Jean Zhu
**Subject:** Re: Device APIs XFN

Hello All,

Quick recap and background.



Thanks to Jingfeng, we have a good idea of the ██ ███████████████. The Quip is updated with a new table of ███████

████ here: https://fb.quip.com/CCfNAqeZFTQb#ObFACAQzujK includes:
- ████████████████████████████████████████████████ therefore can be ignored
- ████████████████████████████████████ in question.

I have added a new column (L) and included the ████████████████ that we should consider for this exercise.

I hope this helps,
kp