GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
   rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
Heather Richardson
   hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN MATERIALS IN SUPPORT OF FACEBOOK, INC., GIBSON, DUNN & CRUTCHER LLP, AND ORIN SNYDER'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s Administrative Motion to File Under Seal Certain Materials in Support of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions, which proposes to redact limited portions of the following documents:

| Document | Description of Portions Sought to Be Kept Under Seal |
|---|---|
| Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Br. at i, 2, 20–24. |
| Declaration of Heather L. Richardson in Support of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Decl. at ¶¶ 6–11. |
| Exhibit 53 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 53 at 1–2, 4–5, 7–11.<br>• Limited portions that reveal confidential information regarding ADI; the Court previously found good cause to seal similar information. Ex. 53 at 1–2, 4–5. |
| Exhibit 56 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 56 at 95:2–8, 10–11, 19, 21–22, 24; 96:5, 7, 19, 22, 24; 97:1, 22–23; 104:4–8, 12; 185:1–7, 9–10, 12–14, 16, 18, 22–24; 198:6, 10, 15.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. *Id.* |
| Exhibit 61 | • Limited portions that reveal confidential information regarding ADI; the Court previously found good cause to seal similar information. Ex. 61 at 2. |
| Exhibit 63 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. Ex. 63 at 3–4. |
| Exhibit 64 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. Ex. 64 at 2–4. |

| Exhibit 66 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 66 at 1–5. |
|---|---|
| Exhibit 68 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 68 at 1. |
| Exhibit 69 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 69 at 19:15, 20:2. |
| Exhibit 70 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 70 at 2–7. |
| Exhibit 73 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 73 at 1–4.<br>• Limited portions that reveal confidential information regarding Facebook's tool for responding to law-enforcement requests for user records. Ex. 73 at 2–3. |
| Exhibit 82 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. Ex. 82 at 269:2–6. |

Good cause having been shown, Facebook, Inc.'s Administrative Motion to File Under Seal Certain Materials in Support of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions is GRANTED. The Court hereby ORDERS:

1. The redacted versions of the following documents shall be filed on the public docket:
   A. Facebook's Exhibits 53, 56, 61, 63, 64, 66, 68–70, 73, 82.

2. The unredacted versions of the following documents shall be sealed permanently:
   A. Facebook's Exhibits 53, 56, 61, 63, 64, 66, 68–70, 73, 82.

**IT IS SO ORDERED.**

DATE: _____            _____
VINCE CHHABRIA
United States District Judge