# EXHIBIT 56-B
## Redacted Version of Document Sought to be Sealed

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE: FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE       Case No.
    LITIGATION                  18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12      **HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**
13         ZOOM DEPOSITION OF FACEBOOK'S 30(b)(6)
14        CORPORATE REPRESENTATIVE - HARRISON FISK
15  (Reported Remotely via Video & Web Videoconference)
16       Menlo Park, California (Deponent's location)
17                Tuesday, August 16, 2022
18                       Volume 1
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5345585
25  PAGES 1 - 206
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12
13
14
15           DEPOSITION OF HARRISON FISK, taken on
16  behalf of the Plaintiffs, with the deponent located
17  in Menlo Park, California, commencing at
18  9:12 a.m., Tuesday, August 16, 2022, remotely
19  reported via Video & Web videoconference before
20  REBECCA L. ROMANO, a Certified Shorthand Reporter,
21  Certified Court Reporter, Registered Professional
22  Reporter.
23
24
25
```

```
 1           APPEARANCES OF COUNSEL
 2   (All parties appearing via Web videoconference)
 3
 4   For the Plaintiffs:
 5        BLEICHMAR FONTI & AULD LLP
 6        BY:   JOSHUA SAMRA
 7        BY:   ANNE K. DAVIS
 8        BY:   LESLEY E. WEAVER
 9        Attorneys at Law
10        555 12th Street
11        Suite 1600
12        Oakland, California 94607
13        (415) 445-4003
14        jsamra@bfalaw.com
15        adavis@bfalaw.com
16        lweaver@bfalaw.com
17   and
18        KELLER ROHRBACK L.L.P.
19        BY:   CARI CAMPEN LAUFENBERG
20        Attorney at Law
21        1201 Third Avenue
22        Suite 3200
23        Seattle, Washington 98101
24        (206) 623-1900
25
```

Page 3

```
 1              APPEARANCES OF COUNSEL
 2   (All parties appearing via Web videoconference)
 3
 4   For Facebook, Inc.:
 5       GIBSON, DUNN & CRUTCHER LLP
 6       BY:  HEATHER L. RICHARDSON
 7       Attorney at Law
 8       333 South Grand Avenue
 9       Los Angeles, California 90071
10       (213) 229-7409
11       hrichardson@gibsondunn.com
12   and
13       BY:  ROSEMARIE T. RING
14       Attorney at Law
15       555 Mission Street
16       Suite 3000
17       San Francisco, California 94105-0921
18       (415) 393-8247
19       rring@gibsondunn.com
20
21
22
23
24
25   /////
```

Page 4

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1           APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5         GIBSON, DUNN & CRUTCHER LLP
 6         BY:   MARTIE KUTSCHER CLARK
 7         BY:   PRACHI MISTRY
 8         Attorneys at Law
 9         1881 Page Mill Road
10         Palo Alto, California 94304-1211
11         (650) 849-5348
12         mkutscherclark@gibsondunn.com
13         pmistry@gibsondunn.com
14
15
16
17
18
19
20
21
22
23
24
25    /////
```

Page 5

```
1    part -- so in Scuba, you can view like the                    11:55:07

2    ████████ of a ██████ But you have to ████ which

3    ████ you're ██████████ And so that's where

4    you'd have to ████ the -- the ████ that's --

5    ████████████████ -- I believe you're saying ████            11:55:15

6    ████████ And once you have that, you can then ████

7    ██ the █████████████ with that █████████

8    ████

9           Q.   (By Mr. Samra)  Is there any document

10   showing what the ████████ are in these -- the               11:56:04

11   ██████████████ with █████████?

12           MS. RICHARDSON:  Objection.  Vague.

13   Scope.

14           THE DEPONENT:  I mean, I'm not aware of a

15   document like that.  Again, the team may have               11:56:22

16   something, but I don't know.  There's -- there's no

17   like automatic thing that describes anything.

18           Q.   (By Mr. Samra)  And is that the same for

19   ████████████████?

20           A.   Yes.                                            11:56:50

21           Q.   Do third parties have access to ████████

22   provided from ████████

23           A.   No.

24           Q.   Do third parties have access to ████████

25           A.   No.  Whenever a third party could              11:57:31
```

```
 1    potentially have any sort of access, there's always      11:57:37
 2    a lot of controls in order to restrict and ensure
 3    that doesn't happen inappropriately.
 4         Q.   When could a third party have access?
 5         A.   Directly into ▓▓▓ or ▓▓▓ I'm not               11:58:01
 6    aware of any.
 7         Q.   What about ▓▓▓▓▓
 8         A.   No, I'm not aware of any.
 9         Q.   You testified that whenever a third party
10    could potentially have access --                          11:58:12
11         A.   Yes.
12         Q.   -- it would be -- there would be a lot of
13    controls?
14         A.   Yes.
15         Q.   What were some of the instances of              11:58:20
16    potential access that you were referring to?
17         A.   Again, for access through those tools,
18    I'm not aware of any.
19         Q.   What about ▓▓▓▓▓ are you aware of any
20    access by third parties?                                  11:58:40
21         A.   No.
22         Q.   ▓▓▓▓▓▓
23         A.   No.
24         Q.   ▓▓▓▓
25         A.   No.                                             11:58:49
```

Page 96

```
1        Q.   ▇                                          11:58:52

2        A.   No.

3             MR. SAMRA:  Okay.  Thank you.

4             I think this is a good place for a break.

5             We can go off the record.                  11:58:59

6             MS. RICHARDSON:  Sure.  How -- how long

7    do you want for a lunch, Josh?

8             MR. SAMRA:  I'll leave it to Mr. Fisk and

9    Rebecca and John.

10            Oh, I think we're still on the record,     11:59:07

11   though.

12            MS. RICHARDSON:  Do you want to go off

13   the record and we can talk about lunch.

14            THE VIDEOGRAPHER:  Sure.  Okay.  We're

15   off the record.  It's 11:59 a.m. .                  11:59:19

16            (Recess taken.)

17            THE VIDEOGRAPHER:  Okay.  We're back on

18   the record.  It's 1:03 p.m.

19       Q.   (By Mr. Samra)  Mr. Fisk, do you

20   understand you're still under oath?                 01:03:11

21       A.   Yes.

22       Q.   We briefly discussed ▇▇▇▇▇ and

23   ▇▇▇

24            Do you recall that?

25       A.   Yes.                                       01:03:26
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q. Okay. So when it's generate -- when | 04:00:32 |
| 2 | it -- when the PDF is created -- | |
| 3 | A. Yes. | |
| 4 | Q. -- is it reflective of the ▮▮▮▮ | |
| 5 | ▮▮▮▮ as of July 1st, 2022, or is it reflective | 04:00:42 |
| 6 | of the ▮▮▮▮ as of October 28th, 2020? | |
| 7 | A. So there's two sets of ▮▮▮▮ here. | |
| 8 | The first ▮▮▮▮ will be the ▮▮▮▮ ▮▮▮▮ | |
| 9 | when this was generated in July. And then this set | |
| 10 | would be from the October 28th, 2020, instead. | 04:01:00 |
| 11 | So there's essentially two -- two copies | |
| 12 | of ▮▮▮▮ One from the past and one from the | |
| 13 | current when this was taken. | |
| 14 | Q. Thank you. | |
| 15 | Switching gears a bit. | 04:01:21 |
| 16 | I want to talk to you about APIs and how | |
| 17 | they interact with Facebook and -- or excuse me -- | |
| 18 | Hive and TAO. | |
| 19 | Are you aware generally of Graph API? | |
| 20 | A. Yes. | 04:01:42 |
| 21 | Q. And are you aware that Graph API allows | |
| 22 | applications to access users' information? | |
| 23 | A. The Graph API has specific data that | |
| 24 | allows access to with user permissions and other | |
| 25 | sorts of controls, but yes. | 04:02:04 |

Page 184

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q. And using ▓▓▓, as an example, what | 04:02:10 |
| 2 | happens in ▓▓▓ when third parties make ▓▓▓ | |
| 3 | ▓▓▓ for ▓▓▓▓▓▓▓▓ | |
| 4 | A. Yeah. So the ▓▓▓▓ cannot possibly | |
| 5 | ▓▓▓▓. It's both a -- a policy. But also a | 04:02:25 |
| 6 | technical infeasibility for ▓▓▓▓ to ▓▓▓ any | |
| 7 | sort of ▓▓▓▓ in the ▓▓▓▓. | |
| 8 | Q. What intermediate steps are taken, if | |
| 9 | any, on ▓▓▓ when an ▓▓▓▓▓ is made on | |
| 10 | ▓▓▓▓? | 04:02:48 |
| 11 | A. So, again, there's no -- there's no | |
| 12 | ▓▓▓▓▓ between ▓▓▓▓▓▓▓▓▓ and | |
| 13 | ▓▓. | |
| 14 | Q. Are ▓▓ requests logged in ▓▓▓ | |
| 15 | A. I believe there could be logs that are | 04:03:10 |
| 16 | generated from these ▓▓ that are ▓▓ into ▓▓▓ | |
| 17 | Q. Is there a log of the third parties that | |
| 18 | have ▓▓▓ to ▓▓▓▓ | |
| 19 | MS. RICHARDSON: Objection. Beyond the | |
| 20 | scope. | 04:03:31 |
| 21 | THE DEPONENT: Yeah. I'm not exactly | |
| 22 | sure how the third-party ▓▓▓ of these ▓▓ are | |
| 23 | ▓▓▓▓ I know there's various logs and | |
| 24 | various ▓▓▓▓ that go into it. But I don't know | |
| 25 | all the specifics. | 04:03:44 |

Page 185

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1         SPECIAL MASTER GARRIE:  Counsel Samra,        04:45:54
 2   any further questions?
 3                   EXAMINATION
 4   BY MR. SAMRA:
 5        Q.   Mr. Fisk, earlier you were testifying      04:45:59
 6   about AI researchers having ████ to ████
 7   correct?
 8        A.   Yes.
 9        Q.   Are you aware of any external researchers
10   having ████ to ████                                  04:46:11
11        A.   No.
12        Q.   What about to ████
13        A.   No.
14        Q.   Are you aware of external researchers
15   having ████ to any of the ████ that we discussed     04:46:21
16   today?
17        A.   No.
18             MR. SAMRA:  Okay.  No further questions.
19             MS. RICHARDSON:  And we're all -- we're
20   all done, too.                                       04:46:34
21             SPECIAL MASTER GARRIE:  Okay.  So
22   Counsel Richardson, would you like to designate the
23   transcript?
24             MS. RICHARDSON:  I would.  I'd like to
25   designate it as "Confidential" for now, and then     04:46:43
```

Page 198