# EXHIBIT 64-B
## Redacted Version of Document Sought to be Sealed

Amy Lee
August 18, 2022 CA MDL Deposition

Time spent preparing: 11-12 hours

Discussion notes

### 8.17.22 Sherrie Donecker
- Salesforce

### 8.17.22 Tejas Varma - Sales Ops
- Nexus (Visualization tool) / Revenue data feed (RDF) (legal recognized revenue) - data warehouse we used to use

### 8.16.22 Sean Gahagan

### 8.16.22 Chad Heaton - Finance
- FB Platform -
    - Canvas apps
    - Social graph -> apps like Yelp
    - We were exploring ideas of how can we unlock more value in latter area
    - Ultimately platform vision ('make apps more social' w open graph) didn't materialize
    - How would we think about the rev opportunities?
        - High level swag - TAM, if adding value - 1%? Hypothetical. Also bottoms up estimates

### 8.16.22 Haim Simon - DS Manager, Viewpoints
- Made the table with the viewpoints payments information
- Wallet points are accrued for task completed. 1000 points = $5, they can redeem reward in 1000 points increments
- Nov 2019 launch through present

### 8.16.22 Gal Cerf - EM - Onavo
- Insights into what users are doing on their mobile devices
- **Onavo** context
    - Was a startup FB acquired (2013) - 8 years ago
        - Before acq, collaboration to leverage the data

Confidential

ADVANCE-META-00004124

- ○ Build applications (ios android) that provided a vpn service. Insight into which apps people were using -> onavo insights product - app usage insights
- ○ Onavo was free app - value exchange was we provide vpn and they provide usage
- **FB research app** -
  - ○ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - ○ Applause, Centercode were vendors we used - they recruited users to use the app
  - ○ Used similar VPN technology to onavo
  - ○ FB research & onavo shut down - ~3-4 years ago

**8.10.22 - 12-12:30pm**
**Ianiv Eisenscher - Viewpoints**
- Viewpoints product overview
  - ○ Strictly for internal use and policy that we will not sell this data; or share unless explicitly stated (e.g. covid, climate studies done in partnership with external research – not for monetization)
  - ○ Off platform research tool - used for 3 primary purposes
    - ■ 1. User research - surveys
    - ■ 2. Understand preferences by asking them to complete tasks
    - ■ 3. Understand usage of apps
  - ○ iOS & Android tool - ▮▮▮▮▮
  - ○ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - ○ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - ○ ▮▮▮▮▮▮▮
  - ○ Examples of programs:
    - ■ Surveys - all diff topics - e.g. covid info awareness, how would this impact vax rates
    - ■ Surveys to understand user preferences - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    - ■ Voice pronunciations - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    - ■ Facebook Study program ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Payment model
  - ○ Based on participation, not data sent
  - ○ When building a survey, try to estimate how long it will take to complete the survey (**time based**)
    - ■ **Once launched, everyone in the same country gets paid the same for completing the task.** We dont change anything on individual basis


- Rough approach to payment levels:
  

### 8.10.22 Andrew Grimes - Finance
- Manager - Finance team
- To get the data - query database in hive
- DB contains all invoices (paid/unpaid)
- Data comes from oracle then goes to hive where we can query
- If we have list of supplier IDs then can select invoice data assoc with supplier IDs
- 
- Process for entering a PO into the system then getting it into hive…
  - Lots of funnels to get an invoice in. smart invoicing is the system that helps consolidate into oracle.
- Field definitions:
  - Invoice description, Invoice line description - whats on the invoice itself from the supplier
  - Organization code, region - these are Meta legal entities
  - Invoice date - what supplier puts on their invoice
  - Payment date, payment status flag - we do payments on certain dates
- OCR - Optical character recognition - computer program that reads the invoice puts data in system. If emailed invoice - OCR will scan attachment and pull it into the system
- Supp-connect - supplier portal that we have - suppliers can go in to view POs, payment info
- Vendor site - oracle assigns this and we can look up site information
- Quick-po - internal system code to help match system invoice with a PO
- Line-source
- Item description - whatever is on the invoice line item
- Period - month of the invoice
- Po-id - system invoice to join to other internal systems
- Assets addition (infrastructure)

### Josh Singshinsuk 8.10.22 - Data analyst - ads revenue accounting



**8.10.22 Tony Zhang DE PC deprecation**