# EXHIBIT 68-B
## Redacted Version of Document Sought to be Sealed

Harrison Fisk
August 16, 2022 CA MDL Deposition
What I did to Prepare

1. 13 years working with FB/Meta on production data systems and warehouse

2. Prepped for about 48 hours.
    a. About 40 hours with counsel
    b. 8 Hours studying on my own

3. Met with
    a. Dez Udezue, ▓ (.5)
    b. Maxwell Dickey, ▓ (.5)
    c. Adam Kramer, ▓ (.5)
    d. Sara Galvin, ▓ (.5)
    e. Mayur Patel, ▓ (5 hours)
    f. Zachary Prinzbach, ▓ (.5)
    g. Mike O'Toole, ▓ (.5)
    h. Saoirse Maclachlan, ▓ / ▓ (.5)
    i. Chaya Nayak, Research (.5)
    j. Venkat Rjagopalan, ▓ (.5)
    k. Kyle Minshall, APIs (.5)

4. Reviewed materials
    a. Various case submissions with exhibits re locating user data
    b. ▓
    c. ▓ output
    d. List of ▓ /Columns
    e. White papers re ▓
    f. Documents/links provided from plaintiffs

Exhibit 0715
8/16/2022
30(b)(6) Fisk
Confidential                                                                                                 ADVANCE-META-00004123