# EXHIBIT 69-B
# Redacted Version of Document Sought to be Sealed

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,     MDL No. 2843
 4  CONSUMER USER PROFILE       Case No.
    LITIGATION                  18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12      **HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**
13         ZOOM DEPOSITION OF FACEBOOK'S 30(b)(6)
14         CORPORATE REPRESENTATIVE - HARRISON FISK
15    (Reported Remotely via Video & Web Videoconference)
16        Menlo Park, California (Deponent's location)
17                Tuesday, August 16, 2022
18                        Volume 1
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5345585
25  PAGES 1 - 206
```

| | | |
|---|---|---|
| 1 | A.   Yes, I worked on TAO very extensively. | 09:18:12 |
| 2 | Q.   It says that you prepared for about | |
| 3 | 48 hours; is that right? | |
| 4 | A.   Yes. | |
| 5 | Q.   And 40 of those hours were with counsel, | 09:18:26 |
| 6 | correct? | |
| 7 | A.   Yes. | |
| 8 | Q.   About how many times did you meet with | |
| 9 | counsel? | |
| 10 | A.   I don't know the specific number.  Some | 09:18:43 |
| 11 | of them were in, like, larger blocks of time.  So | |
| 12 | we would meet for four hours at a time.  I would -- | |
| 13 | if I had to make an estimate, I'd say probably | |
| 14 | somewhere between a dozen or two dozen times. | |
| 15 | Q.   Were those in person? | 09:19:02 |
| 16 | A.   No. | |
| 17 | Q.   Were those by video? | |
| 18 | A.   Yes. | |
| 19 | Q.   Do -- who did you meet with -- was it | |
| 20 | counsel at Facebook? | 09:19:17 |
| 21 | A.   So there was typically a number of | |
| 22 | different counsels.  So we had Heather, Martie, and | |
| 23 | then our internal counsel, Ian, as well. | |
| 24 | Q.   Okay.  And it says you spent eight hours | |
| 25 | studying on your own; is that right? | 09:19:35 |

Page 17

| | | |
|---|---|---|
| 1 | A. Correct. | 09:19:37 |
| 2 | Q. What did you do to study on your own? | |
| 3 | A. So this was primarily reviewing some of | |
| 4 | the documents, such as the white papers, since they | |
| 5 | were pretty extensive, understanding -- reading | 09:19:47 |
| 6 | through those, as well as reviewing some of the | |
| 7 | prior case submissions to understand what's been | |
| 8 | stated already. | |
| 9 | Q. For those white papers identified by your | |
| 10 | counsel ahead of this deposition? | 09:20:10 |
| 11 | A. They -- I believe these are the ones that | |
| 12 | were negotiated and discussed beforehand. They did | |
| 13 | identify them to me, but I believe they came via | |
| 14 | negotiations with your couple as well. | |
| 15 | Q. And then it says you met with -- and it | 09:20:29 |
| 16 | lists a couple people, and I'm going to ask you | |
| 17 | some questions. | |
| 18 | So first, it says you met with | |
| 19 | Dez Udezue; is that right? | |
| 20 | A. Yes. | 09:20:43 |
| 21 | Q. How long did you meet with him? | |
| 22 | A. For 30 minutes. | |
| 23 | Q. And what was that regarding? | |
| 24 | A. So this was regarding the SRT system. | |
| 25 | Q. And what specifically did you discuss | 09:20:54 |

Page 18

```
 1   about the SRT system?                                    09:20:57
 2        A.   Primarily about how it pulls data.  How
 3   it's built to -- to confirm some of my beliefs.
 4        Q.   And what were your beliefs?
 5        A.   So the -- the -- places and the ways that      09:21:19
 6   it actually pulled data matched the -- the ways
 7   that I believed it would.
 8        Q.   Okay.  We -- we can discuss SRT in a
 9   little bit more detail later, and we'll revisit the
10   ways that it does pull data.                             09:21:37
11             So it says you met as well with
12   Maxwell Dickey.
13             What was that about?
14        A.   This is similar, but around Centra and
15   ███████████                                              09:21:50
16        Q.   And was that for 30 minutes?
17        A.   Yes.
18        Q.   And it says you met with Adam Kramer; is
19   that right?
20        A.   Yes.                                           09:22:03
21        Q.   Was that regarding HQL?
22        A.   Yes.
23        Q.   And for 30 minutes?
24        A.   Yes.
25        Q.   And it says you met with Sara Galvin?          09:22:11
```

Page 19

```
 1      A.   Yes.                                          09:22:16

 2      Q.   Regarding ████████ for 30 minutes,

 3   correct?

 4      A.   Correct.

 5      Q.   Is it fair to assume that all -- where it     09:22:23

 6   says Hive or TAO for Mayur Patel, that's what you

 7   discussed?

 8      A.   Yes.

 9      Q.   And that was for five hours?

10      A.   Yes.                                          09:22:36

11      Q.   For Zachary Prinzbach, you discussed

12   Centra, correct?

13      A.   Yes.

14      Q.   For 30 minutes?

15      A.   Yes.                                          09:22:51

16      Q.   I'm just going to assume that where it

17   says the subject after the name, that's -- that's

18   what you discussed for these people; is that fair?

19      A.   Yes.  Correct.

20      Q.   And in parentheses, the number is             09:23:09

21   reflecting how much time you discussed for?

22      A.   Yeah, the amount of hours.

23      Q.   Okay.  For Chaya Nayak, it says you

24   discussed research.

25           What -- what did you discuss about            09:23:25
```

Page 20

```
 1    research?                                             09:23:27

 2        A.   This was about understanding how the

 3    research program works with regards to data.

 4        Q.   Did you discuss how data can be pulled

 5    from Hive?                                            09:23:54

 6        A.   Yes.  We discussed essentially the -- the

 7    flow of data and the requirements in order to be

 8    able to disclose it to research.

 9        Q.   What are some of the requirements?

10        A.   One of the -- the primary ones is we do      09:24:11

11    not disclose any sort of user specific identifying

12    data.  We only disclose aggregated data that's also

13    gone through various privacy enhancing techniques.

14        Q.   How do you make sure that those

15    requirements are met?                                 09:24:35

16        A.   So there's various audits as well as

17    analysis done in order to ensure prior to any sort

18    of disclosure.

19        Q.   Okay.  This is another one we may return

20    to later.                                             09:24:51

21             By Kyle Minshall, it says you discussed

22    APIs; is that right?

23        A.   Correct.

24        Q.   What did you discuss about APIs?

25        A.   There was a question put forward             09:25:06
```

Page 21