# EXHIBIT 70-B
## Redacted Version of Document Sought to be Sealed

- **Data In: Data Brokers** (2013-2018)
    - Managed Custom Audiences (2013-2018)
    - Partner Categories (2013-2018)
    - Licensed Data (2016-2018)

- **Data Out: Ad Measurement Partners** (2013-present)
    - Advertising impressions

**Preparation**

- People:
    - GDC Attorneys: Amanda Aycock, Martie Kutcher Clark, Matt Benjamin, Marc Aaron Takagaki, Marie Zoglo
    - Facebook in-house counsel: Ian Chen
    - Kelli Nardis
    - Toby Roessingh
    - Winston Su
    - Will Bullock
    - Aaron Nissenbaum
    - Alexandra Moore
    - Jack Wang
    - Mike Bailey
    - Barbara North
- Hours in meetings: ~25.5
- Hours studying: ~11

**Exhibit 610**
7/20/2022
30(b)(6) Casorio

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ADVANCE-META-00003615

| | |
|---|---|
| PC/MCA | ███ |
| PC/MCA | ████ |
| PC/MCA | ███ |
| PC/MCA | █████ |
| PC/MCA | ██ |
| PC/MCA | █████ |
| PC/MCA | ███ |
| PC/MCA | ██ |
| MCA | ██ |
| MCA | ███ |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ADVANCE-META-00003616

| | |
|---|---|
| Licensing | ■■ |
| Licensing | ■■ |
| Licensing | ■■■ |
| Licensing | ■ |
| Licensing | ■■ |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  ADVANCE-META-00003617

| | |
|---|---|
| Measurement | ■■■■ |
| Measurement | ■■■ |
| Measurement | ■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■■■■ |
| Measurement | ■■■■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■■■■ |
| Measurement | ■■ |
| Measurement | ■■■■■■■ |
| Measurement | ■■■■■■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■ |
| Measurement | ■■■■■ |
| Measurement | ■■ |
| Measurement | ■■■■ |
| Measurement | ■■■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■■■ |
| Measurement | ■■■■ |
| Measurement | ■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■■■■ |
| Measurement | ■■■■■ |
| Measurement | ■■■■ |
| Measurement | ■ |
| Measurement | ■■ |
| Measurement | ■■■■ |
| Measurement | ■■■■■■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |
| Measurement | ■■■ |

| Measurement | ▮▮ |
| Measurement | ▮▮▮ |
| Measurement | ▮ |
| Measurement | ▮ |
| Measurement | ▮▮▮▮ |
| Measurement | ▮▮ |
| Measurement | ▮▮▮▮▮▮▮▮ |
| Measurement | ▮ |
| Measurement | ▮▮ |
| Measurement | ▮▮▮ |
| Measurement | ▮▮ |
| Measurement | ▮▮▮▮ |
| Measurement | ▮▮ |
| Measurement | ▮▮ |
| Measurement | ▮▮ |
| Measurement | ▮▮ |
| Measurement | ▮▮ |
| Measurement | ▮▮▮ |
| Measurement | ▮▮ |
| Measurement | ▮▮▮ |
| Measurement | ▮ |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ADVANCE-META-00003619



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                    ADVANCE-META-00003620



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              ADVANCE-META-00003621