# EXHIBIT 82-B
## Redacted Version of Document Sought to be Sealed

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,     MDL No. 2843
 4  CONSUMER USER PROFILE       Case No.
    LITIGATION                  18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11                   **CONFIDENTIAL**
12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13       CORPORATE REPRESENTATIVE - SIMON CROSS
14  (Reported Remotely via Video & Web Videoconference)
15        London, England (Deponent's location)
16                Thursday, May 12, 2022
17                      Volume II
18
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5219195
25  PAGES 208 - 495
```

Page 208

| | | |
|---|---|---|
| 1 | Q.   (By Mr. Loeser)  Okay.  And looking at | 03:50:13 |
| 2 | the Jackie Chang's message, at the beginning of | |
| 3 | this thread, she states "Working with KP to further | |
| 4 | synthesize P3 impact by breaking out T0 partners | |
| 5 | with non-standard agreements and specific | 03:50:26 |
| 6 | categories of impact that we should address.  KP is | |
| 7 | working on the pulling the same analysis of the | |
| 8 | friend data, but we're also working in parallel to | |
| 9 | parse out key partnerships/scenarios that we should | |
| 10 | be solving for." | 03:50:38 |
| 11 | Do you see that? | |
| 12 | A.   I see that. | |
| 13 | Q.   So what Jackie Chang is sorting out here | |
| 14 | is, among other things, which partners would lose | |
| 15 | access to friend permissions and which ones would | 03:50:50 |
| 16 | not, right? | |
| 17 | A.   Jackie Chang is not making any decisions | |
| 18 | in this email.  What you see here is a conversation | |
| 19 | between a number of people on the partnerships team | |
| 20 | attempting to react to a set of potential changes | 03:51:09 |
| 21 | and how they might impact the partner ecosystem. | |
| 22 | Q.   Okay.  And Jackie Chang is -- is helping | |
| 23 | to develop a format for how to decide which | |
| 24 | partners would have access to friend data, for | |
| 25 | example, and which ones would not, right? | 03:51:28 |

| | | |
|---|---|---|
| 1 | MR. DAVIS:  Objection.  Form. | 03:51:36 |
| 2 | THE DEPONENT:  This is a group of people | |
| 3 | attempting to put together their -- their best | |
| 4 | guess at a framework.  But there's nothing that | |
| 5 | indicates that this was what was ultimately | 03:51:49 |
| 6 | implemented. | |
| 7 | Q.   (By Mr. Loeser)  Okay.  And -- by the | |
| 8 | way, if you -- in this document, did you see that | |
| 9 | link there, https, and then there's a long URL? | |
| 10 | A.   I do. | 03:52:06 |
| 11 | Q.   Okay.  How -- how would that work?  If | |
| 12 | someone sent you this email at Facebook, is -- is | |
| 13 | that -- if there's a link in a document, it would | |
| 14 | be something you could click on and you'd then see | |
| 15 | the document? | 03:52:18 |
| 16 | A.   My understanding is that this is a -- | |
| 17 | some form of online document system, yes. | |
| 18 | Q.   So in -- in Ms. Chang's email to Ime and | |
| 19 | Chris, she provides a -- some recommendations for | |
| 20 | how to bucket different partners in this analysis; | 03:52:41 |
| 21 | is that right? | |
| 22 | A.   It's hard to confirm what she -- what | |
| 23 | she's doing here without seeing the original | |
| 24 | document. | |
| 25 | She's referring to -- to tabs, for sure. | 03:53:00 |

| | | |
|---|---|---|
| 1 | A.   I think you read that correctly, yeah. | 03:58:25 |
| 2 | Q.   And so based on this, it appears that █ | |
| 3 | ████████████████████████████████████ | |
| 4 | ████████████████████████████████████ | |
| 5 | ██████████████████████████████   ████ | |
| 6 | ██   to Facebook, correct? | |
| 7 | MR. DAVIS:  Objection.  Form.  And scope. | |
| 8 | THE DEPONENT:  I wouldn't say that's | |
| 9 | correct.  This is a document containing the | |
| 10 | opinions and ideas of a specific partner manager | 03:59:01 |
| 11 | around nine months before the -- the changes | |
| 12 | were -- were introduced.  This doesn't, I think, | |
| 13 | reflect on ultimately how decisions were made. | |
| 14 | Q.   (By Mr. Loeser)  What -- what is -- what | |
| 15 | is strategic value? | 03:59:19 |
| 16 | What is meant by that? | |
| 17 | A.   I don't think I can answer what -- what | |
| 18 | Jackie meant by strategic value in -- in her email. | |
| 19 | I think that would be a question for her. | |
| 20 | Q.   And -- and what does Facebook mean by | 03:59:32 |
| 21 | strategic value? | |
| 22 | A.   I think strategic value could be | |
| 23 | construed to mean many different things.  I don't | |
| 24 | think this is specific -- Facebook does not have a | |
| 25 | specific definition of what strategic value means. | 03:59:46 |