UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASOM BROWN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-03664-YGR   (SVK)<br><br>**ORDER RE RENEWED REQUEST TO DEPOSE GOOGLE CEO SUNDAR PICHAI**<br><br>Re: Dkt. No. 565 |

No later than **Monday, June 6, 2022**, Plaintiffs are to file an update to their administrative motion which provides the status of the deposition of Sabine Borsay and whether there is any change to Plaintiffs' proposed order.

**SO ORDERED.**

Dated: June 3, 2022

SUSAN VAN KEULEN
United States Magistrate Judge