UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: FACEBOOK, INC. CONSUMER
PRIVACY USER PROFILE LITIGATION,

This document relates to:

ALL ACTIONS

CASE NO. 3:18-MD-02843-VC

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, ___Robert K. Hur___ , an active member in good standing of the bar of
___District of Columbia___, hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: ___Facebook, Inc.___ in the
above-entitled action. My local co-counsel in this case is ___Rose Ring___, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: ___220769___.

| 1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 | 555 Mission Street<br>San Francisco, CA 94105-0921 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202.887.3674 | 415.393.8247 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| RHur@gibsondunn.com | RRing@gibsondunn.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: ___496269___.

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months
preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _____August 5, 2022_____          Robert K. Hur_____

5                                                                APPLICANT

6  

7  

8                  ORDER GRANTING APPLICATION

9            FOR ADMISSION OF ATTORNEY PRO HAC VICE

10  

11    IT IS HEREBY ORDERED THAT the application of _Robert K. Hur_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: __8/29/2022_____

16  

17  _____

18            UNITED STATES DISTRICT/MAGISTRATE JUDGE

19  

20  

21  

22  

23  

24  

25  

26  

27  

28  

United States District Court
Northern District of California



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Robert K Hur*

was duly qualified and admitted on February 3, 2006 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January
27, 2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.