| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom: 4, 17th Floor |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Facebook, Inc., and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal:

| | Documents | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Amended Order on Plaintiffs' Motion for Additional Time to Conduct Rule 30(b)(6) Depositions | Entire document | Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Exhibits A – E to the Amended Order | Entire documents | Defendant to provide evidence, per Local Rule 79-5(f) | |

**IT IS SO ORDERED.**

Date: _____

_____
VINCE CHHABRIA
United States District Judge