# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | **MDL NO. 2843** <br><br> CASE NO. 3:18-MD-02843-VC-JSC <br><br> HON. VINCE CHHABRIA <br> HON. JACQUELINE SCOTT CORLEY <br> COURTROOM 4 – 17TH FLOOR <br> SPECIAL MASTER, DANIEL GARRIE, ESQ. <br><br> **AMENDED ORDER ON PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO CONDUCT RULE 30(b)(6) DEPOSITIONS** |

**Redacted Version of Document Sought To Be Sealed**

**AMENDED ORDER ON PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO CONDUCT RULE 30(b)(6) DEPOSITIONS**