**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | **MDL NO. 2843** <br><br> CASE NO. 3:18-MD-02843-VC-JSC <br><br> HON. VINCE CHHABRIA <br> HON. JACQUELINE SCOTT CORLEY <br> COURTROOM 4 – 17TH FLOOR <br> SPECIAL MASTER, DANIEL GARRIE, ESQ. <br><br> **ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO SERVE 30(B)(6) NOTICE ON FACEBOOK REGARDING FTC COMPLAINTS AND CONSENT ORDERS** |

**Redacted Version of Document Sought To Be Sealed**

**ORDER ON PLAINTIFFS' MOTION FOR PERMISSION TO SERVE 30(B)(6) NOTICE ON FACEBOOK REGARDING FTC COMPLAINTS AND CONSENT ORDERS**