| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom: 4, 17th Floor |

I, Lesley E. Weaver, declare and state as follows:

1.  I am Partner-in-Charge of the California office of Bleichmar Fonti & Auld LLP, head of its consumer and antitrust practice, and co-lead counsel to plaintiffs in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.). I am a member in good standing of the bar of the State of California and of the United States District Court for the Northern District of California.

2.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3.  This declaration is made in support of the Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed.

4.  True and correct copies of the following documents are attached as follows:

    (1) A true and correct **unredacted** copy of the Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups is attached hereto.

    (2) True and correct **unredacted** copies of Exhibits A – I to the Second Amended Order are attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of August, 2022 in Oakland, California.

Dated: August 30, 2022			By:	*/s/ Lesley E. Weaver*
						Lesley E. Weaver