UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER AND THE EXHIBITS THERETO** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Amended Administrative Motion to File Under Seal Special Master's Order and Exhibits Thereto, and the Declaration of Russell H. Falconer in Support Thereof, which proposes to keep the following documents under seal:

Facebook also proposes to redact limited portions of the following documents:

| Document | Dkt. No. | Description of Portions Sought to Be Kept Under Seal |
|---|---|---|
| Special Master's Order Re: Motion to Compel Production of Documents Related to Protiviti Assessment and Exhibits Thereto | 1010 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices.  Ex. C to Special Master's Order at 1–2.<br>• Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices.  *Id*. |

Good cause having been shown, Facebook's Amended Administrative Motion to File Under Seal Special Master's Order and Exhibits Thereto is **GRANTED**.  The Court hereby **ORDERS**:

1. The redacted versions of the following documents shall be filed on the public docket:
   A. Special Master's Order Re:  Motion to Compel Production of Documents Related to Protiviti Assessment and Exhibits Thereto (**Ex. 2** to Supplemental Stein Declaration).

2. The unredacted versions of the following documents shall be sealed permanently:
   A. Special Master's Order Re:  Motion to Compel Production of Documents Related to Protiviti Assessment and Exhibits Thereto (**Ex. 1** to Supplemental Stein Declaration).

**IT IS SO ORDERED.**

DATE: _____

/s/_____
VINCE CHHABRIA
United States District Judge