GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Austin V. Schwing (SBN 211696)
  aschwing@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
Heather L. Richardson (SBN 246517)
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**SUPPLEMENTAL DECLARATION OF RUSSELL H. FALCONER IN SUPPORT OF FACEBOOK, INC.'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER AND EXHIBITS THERETO** |

I, Russell H. Falconer, declare and state as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of Texas. I submit this declaration in support of Facebook's Amended Administrative Motion to Temporarily File Under Seal Special Master's Order and Exhibits Thereto. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. Attached as **Exhibit 1** is a true and correct **unredacted** copy of the Special Master's August 19, 2022 Order Regarding Plaintiffs' Request for Leave to Move for Reconsideration of Order Re: Motion to Compel Production of Documents Related to Protiviti Assessment (the "Order") and the Exhibits thereto.

3. Attached as **Exhibit 2** is a true and correct **redacted** copy of the Special Master's August 19, 2022 Order Regarding Plaintiffs' Request for Leave to Move for Reconsideration of Order Re: Motion to Compel Production of Documents Related to Protiviti Assessment (the "Order") and the Exhibits thereto.

4. Facebook proposes redacting confidential information regarding its data systems and Facebook's proprietary data storage and processing practices.[1] How Facebook stores, manages, tracks, preserves, deletes, and processes data for billions of users across its data systems are key components of its business that set it apart and ahead of its competitors. I understand that, if publicly disclosed, Facebook's competitors could take advantage of this information to improve their own methods for managing high volumes of user data or for tracking and storing user data across data systems,

---

[1] Ex. 2 at Ex. C, 1–2.

to Facebook's competitive disadvantage. Hackers and other bad actors also could use this information to better understand Facebook's data systems and target specific repositories of data, potentially harming both Facebook and its users.

5. Facebook proposes to seal confidential information regarding Facebook's privacy and platform policy enforcement practices, including Facebook's decision-making process for evaluating apps and developers that may be violating its policies.[2] I understand that public disclosure of details regarding Facebook's policy-enforcement efforts would reveal confidential information regarding Facebook's internal operations that could be used by bad actors to attempt to circumvent and evade Facebook's enforcement strategies, potentially harming Facebook and its users.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 31, 2022 in Dallas, Texas.

/s/ Russell H. Falconer
Russell H. Falconer

---

[2] Ex. 2 at Ex. C, 1–2.

2
SUPPLEMENTAL DECLARATION OF RUSSELL H. FALCONER IN SUPPORT OF FACEBOOK, INC.'S
AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL SPECIAL MASTER'S ORDER AND EXHIBITS
THERETO
CASE NO. 3:18-MD-02843-VC