GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
   rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
Heather Richardson
   hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, which proposes to redact limited portions of the following documents:

| Document | Dkt. No. | Description of Portions Sought to Be Kept Under Seal |
|---|---|---|
| Plaintiffs' Corrected Supplemental Brief in Support of Sanctions | 1008-1 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Br. at i, 12–14, 19–20.<br>• Limited portions that reveal confidential information regarding Facebook's tool for responding to law-enforcement requests for user records. *Id.* at i, 14–17.<br>• Limited portions that reveal confidential information regarding ADI; the Court previously found good cause to seal similar information. *Id.* at 9–11, 31.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. *Id.* at 24, 31–32. |
| Corrected Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Brief in Support of Sanctions | 1008-2 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Weaver Decl. at ¶¶ 4, 47, 53.<br>• Limited portions that reveal confidential information regarding Facebook's tool for responding to law-enforcement requests for user records. *Id.* at ¶ 5.<br>• Limited portions that reveal confidential information regarding ADI; the Court previously found good cause to seal similar information. *Id.* at ¶¶ 14–16, 18, 45.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's employees. *Id.* at ¶ 46. |

Facebook's Statement also proposes to seal three exhibits (Exs. 140, 141, and 142) and will provide more limited redactions, to the extent appropriate, by September 2, 2002.

Good cause having been shown, Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed is GRANTED. The Court hereby ORDERS:

1. The redacted versions of the following documents shall be filed on the public docket:
   A. Plaintiffs' Corrected Supplemental Brief in Support of Sanctions, attached as Exhibit 2 to the Supplemental Declaration of Deborah Stein in Support of Facebook's Amended Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Supplemental Stein Declaration");
   B. The Corrected Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Brief in Support of Sanctions, attached as Exhibit 4 to the Supplemental Stein Declaration;

2. The unredacted versions of the following documents shall be sealed permanently:
   A. Plaintiffs' Corrected Supplemental Brief in Support of Sanctions, attached as Exhibit 1 to the Supplemental Declaration of Deborah Stein in Support of Facebook's Amended Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Supplemental Stein Declaration");
   B. The Corrected Declaration of Lesley E. Weaver in Support of Plaintiffs' Supplemental Brief in Support of Sanctions, attached as Exhibit 3 to the Supplemental Stein Declaration;

3. Exhibits 140, 141, and 142 shall remain under seal. Facebook shall file any Supplemental Statement in Support of Plaintiffs' Administrative Motion specifying the portions of those Exhibits that should be permanently sealed by September 2, 2022.

**IT IS SO ORDERED.**

DATE: _____

_____
VINCE CHHABRIA
United States District Judge

\\dafas2\Pracsys\30993-00083 Facebook Class Actions\03-FACEBOOK CASES\CONSUMER Cases\3-18-md-02843-VC (MDL Cases)\15 - Filings\Motions To Seal\[1007] Errata and Exhibits\Proposed Order_FB Statement ISO Sealing Errata.docx