GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
   rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
Heather Richardson
   hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Statement in Support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed (Dkts. 1001, 1005), which proposes to keep the following documents under seal:

Facebook also proposes to redact limited portions of the following documents:

| Document | Dkt. No. | Description of Portions Sought to Be Kept Under Seal |
|---|---|---|
| Plaintiffs' Ex. 5 (Hendrix) | 1006-8 | • The names of two confidential business partners.<br>• Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices. |
| Plaintiffs' Ex. 31 (Papamiltiadis) | 1006-1 | • Limited portions that reveal confidential information regarding Facebook's tool for responding to law-enforcement requests for user records.<br>• Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices.<br>• Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices.<br>• Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. |
| Plaintiffs' Ex. 95 (Duffey) | 1006-2 | • Limited portions that reveal confidential information regarding Facebook's tool for responding to law-enforcement requests for user records.<br>• Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices.<br>• Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices. |
| Plaintiffs' Ex. 98 (Leone) | 1006-3 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners.<br>• Limited portions that reveal confidential information regarding Facebook's employees.<br>• Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. |
| Plaintiffs' Ex. 103 (Clark) | 1006-4 | • Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. |

| Plaintiffs' Ex. 105 (Cross) | 1006-5 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. |
|---|---|---|
| Plaintiffs' Ex. 106 (Chang) | 1006-6 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. |
| Plaintiffs' Ex. 116 (Lee) | 1006-7 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners. |

Good cause having been shown, Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed is GRANTED. The Court hereby ORDERS:

1. The redacted versions of the following documents shall be filed on the public docket:
   A. Plaintiffs' Exhibits 5, 31, 95, 98, 103, 105, 106, and 116, attached with the same numbering and "-B" to the Supplemental Stein Declaration.

2. The unredacted versions of the following documents shall be sealed permanently:
   A. Plaintiffs' Exhibits 5, 31, 95, 98, 103, 105, 106, and 116, attached with the same numbering and "-A" to the Supplemental Stein Declaration

**IT IS SO ORDERED.**

DATE: _____    _____
VINCE CHHABRIA
United States District Judge

105699565.1