# EXHIBIT 95-B
## Redacted Version of Document Sought to be Sealed

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843

 5   CONSUMER USER PROFILE        Case No.

 6   LITIGATION                   18-md-02843-VC-JSC

     _____

 7   This document relates to:

 8   ALL ACTIONS

     _____

 9

10                  **CONFIDENTIAL**

11

12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

13       CORPORATE REPRESENTATIVE - MICHAEL DUFFEY

14   (Reported Remotely via Video & Web Videoconference)

15       Palo Alto, California (Deponent's location)

16               Wednesday, June 2, 2022

17                     Volume I

18

19   STENOGRAPHICALLY REPORTED BY:

20   REBECCA L. ROMANO, RPR, CSR, CCR

21   California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 5234611

25   PAGES 1 - 194
```

                                          Page 1

CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3

IN RE:  FACEBOOK, INC.,      MDL No. 2843

4   CONSUMER USER PROFILE        Case No.

LITIGATION                   18-md-02843-VC-JSC

5   _____

6   This document relates to:

7   ALL ACTIONS

8

    _____

9

10

11

12

13

14

15          DEPOSITION OF MICHAEL DUFFEY, taken on

16   behalf of the Plaintiffs, with the deponent located

17   in Palo Alto, California, commencing at

18   9:14 a.m., Wednesday, June 3, 2022, remotely

19   reported via Video & Web videoconference before

20   REBECCA L. ROMANO, a Certified Shorthand Reporter,

21   Certified Court Reporter, Registered Professional

22   Reporter.

23

24

25

                                        Page  2

CONFIDENTIAL

```
 1                 APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4    For the Plaintiffs:

 5         BLEICHMAR FONTI & AULD LLP

 6         BY:  LESLEY E. WEAVER

 7         BY:  ANNE K. DAVIS

 8         BY:  JOSHUA SAMRA

 9         Attorneys at Law

10         555 12th Street

11         Suite 1600

12         Oakland, California 94607

13         (415) 445-4003

14         lweaver@bfalaw.com

15         adavis@bfalaw.com

16         jsamra@bfalaw.com

17

18

19

20

21

22

23

24

25    /////
```

Page  3

```
 1              APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4         KELLER ROHRBACK L.L.P.

 5         BY:  CARI CAMPEN LAUFENBERG

 6         BY:  DEREK W. LOESER

 7         Attorneys at Law

 8         1201 Third Avenue

 9         Suite 3200

10         Seattle, Washington 98101

11         (206) 623-1900

12         claufenberg@kellerrohrback.com

13         dloeser@kellerrohrback.com

14

15    For Facebook, Inc.:

16         GIBSON, DUNN & CRUTCHER LLP

17         BY:  RUSSELL H. FALCONER

18         Attorney at Law

19         2001 Ross Avenue

20         Suite 2100

21         Dallas, Texas 75201

22         (214) 698-3170

23         rfalconer@gibsondunn.com

24

25    /////
```

Page  4

```
 1            APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  YEKATERINA REYZIS

 7          Attorney at Law

 8          333 South Grand Avenue

 9          Los Angeles, California 90071-3197

10          (213) 229-7907

11          yreyzis@gibsondunn.com

12    and

13          BY:  DAYNA ZOLLE HAUSER

14          BY:  HANNAH REGAN-SMITH

15          Attorneys at Law

16          1801 California Street

17          Suite 4200

18          Denver, Colorado 80202-2642

19          (303) 298-5700

20          dzhauser@gibsondunn.com

21          hregan-smith@gibsondunn.com

22

23

24

25    /////
```

Page  5

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5         GIBSON, DUNN & CRUTCHER LLP

 6         BY:  ROSEMARIE T. RING

 7         Attorney at Law

 8         555 Mission Street

 9         Suite 3000

10         San Francisco, California 94105-0921

11         (415) 393-8247

12         rring@gibsondunn.com

13

14         JAMS

15         BY:  DANIEL B. GARRIE

16         Special Master

17         555 W. 5th Street

18         32nd Floor

19         Los Angeles, California 90013

20         (213) 253-9706

21         dgarrie@jamsadr.com

22

23

24

25    /////
```

CONFIDENTIAL

```
1                    APPEARANCES(cont'd)

2    (All parties appearing via Web videoconference)

3

4    ALSO PRESENT:

5          Ian Chen, Associate General Counsel,

6    Meta Platforms

7          John Macdonell, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page 7

CONFIDENTIAL

```
 1                      I N D E X

 2   DEPONENT                              EXAMINATION

 3   MICHAEL DUFFEY                                PAGE

     VOLUME I

 4

 5                   BY MS. WEAVER                  14

 6

 7

 8                   E X H I B I T S

 9   NUMBER                                       PAGE

10                      DESCRIPTION

11   Exhibit 384  Plaintiffs' Third Amended        17

12               Notice of Deposition of

13               Defendant Facebook, Inc.

14               Pursuant to Federal Rule of

15               Civil Procedure 30(b)(6)

16               regarding Preservation of

17               Relevant ESI;

18

19   Exhibit 385  Legal Hold Policy Effective:     32

20               June 20, 2020,

21               ADVANCE-META-0000489 -

22               ADVANCE-META-0000493;

23

24

25   /////
```

Page 8

CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                    DESCRIPTION

 4    Exhibit 386  30(b)(6) Deposition Notes        52

 5                 6/2/2022, Legal Hold Policy

 6                 Effective:  June 20, 2020,

 7                 ADVANCE-META-0000489 -

 8                 ADVANCE-META-00003256 - Legal

 9                 Hold Policy Effective:  June

10                 20, 2020,

11                 ADVANCE-META-0000489 -

12                 ADVANCE-META-00003259;

13

14    Exhibit 387  Email & Workplace Chat          103

15                 Retention Policy Effective:

16                 October 28, 2022,

17                 ADVANCE-META-0000692 -

18                 ADVANCE-META-0000694;

19

20    Exhibit 388  Electronic Communications       104

21                 Policy Effective:  November

22                 16, 2021,

23                 ADVANCE-META-0000462 -

24                 ADVANCE-META-0000470;

25    /////
```

Page  9

CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                   DESCRIPTION

 4    Exhibit 389  Gibson Dunn Letter dated        114

 5                 September 6, 2018;

 6

 7    Exhibit 390  Gibson Dunn Letter dated        116

 8                 December 9, 2019;

 9

10    Exhibit 391  US Privacy Program Records      129

11                 Management Policy Effective:

12                 April 20, 2021,

13                 ADVANCE-META-0000504 -

14                 ADVANCE-META-0000509;

15

16    Exhibit 392  US Privacy Program Records      130

17                 Retention Schedule Effective:

18                 April 20, 2021,

19                 ADVANCE-META-0000516 -

20                 ADVANCE-META-0000531;

21

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2   NUMBER                                      PAGE

 3                    DESCRIPTION

 4   Exhibit 393  US Privacy Program Records       134

 5                Retention Schedule Effective:

 6                April 20, 2021,

 7                ADVANCE-META-0000555 -

 8                ADVANCE-META-0000568;

 9

10   Exhibit 394  Meta US Privacy Program          134

11                Records File Plan;

12

13   Exhibit 395  FTC Order Records Management      142

14                Policy Effective:  April 28,

15                2020, ADVANCE-META-0000578 -

16                ADVANCE-META-0000585.

17

18

19

20

21

22

23

24

25   /////

                                         Page 11
```

CONFIDENTIAL

```
 1        Palo Alto, California; Thursday, June 2, 2022         09:04:04

 2                        9:14 a.m.

 3                        ---o0o---

 4

 5            THE VIDEOGRAPHER:  Okay.  We on the               09:14:31

 6    record.  It's 9:14 Pacific Time on June 2nd, 2022.

 7    This is the depositions of Mike Duffey.  We are in

 8    the matter In Re:  Facebook, Inc. Consumer Privacy

 9    User Profile Litigation.

10            I'm John Macdonell the videographer with         09:14:47

11    Veritext.

12            Before the reporter swears the witness,

13    would counsel please identify themselves, beginning

14    with the noticing attorney, please.

15            MS. WEAVER:  Good morning, everybody.            09:14:58

16    This is Lesley Weaver of Bleichmar Fonti & Auld on

17    behalf of the plaintiffs.

18            With me today is my partner, Anne Davis,

19    and Josh Samra of my firm is assisting with this

20    deposition.  My cocounsel, Derek Loeser and Cari       09:15:10

21    Laufenberg, are also present virtually.

22            MR. FALCONER:  Good morning.  This is

23    Russ Falconer with Gibson Dunn, here on behalf of

24    Facebook and the witness.  I'm here with my

25    colleagues from Gibson Dunn, Dayne Hauser, Hannah      09:15:27
```

Page 12

CONFIDENTIAL

```
 1    Regan-Smith, and Katie Reyzis.  And also with        09:15:31

 2    Ian Chen from Facebook.

 3              SPECIAL MASTER GARRIE:  And

 4    Special Master Garrie.  I'm here today on behalf of

 5    the court.                                           09:15:42

 6              For the record and clarity of the record,

 7    there will be one attorney taking and one attorney

 8    defending on today's deposition pursuant to the

 9    protocol.  All lawyers have agreed to or have

10    provided and submitted the signed protective order   09:15:55

11    and will provide copies to counsel and have agreed

12    to as such.

13              That said, I'm turning it over to counsel

14    to start the deposition.

15              THE COURT REPORTER:  Mr. Duffey, if you     09:16:07

16    could raise your right hand for me, please.

17              THE DEPONENT:  (Complies.)

18              THE COURT REPORTER:  You do solemnly

19    state, under penalty of perjury, that the testimony

20    you are about to give in this deposition shall be     09:16:07

21    the truth, the whole truth and nothing but the

22    truth?

23              THE DEPONENT:  I do.

24

25    /////                                                 09:16:24
```

Page 13

CONFIDENTIAL

```
 1                    MICHAEL DUFFEY,                    09:16:24

 2     having been administered an oath, was examined and

 3     testified as follows:

 4

 5                    EXAMINATION                        09:16:24

 6     BY MS. WEAVER:

 7         Q.   Good morning, Mr. Duffey.  Will you

 8     please state your full name and employment for the

 9     record.

10         A.   Sure.  My name is Michael Duffey,         09:16:35

11     D-U-F-F-E-Y.  I am a manager for E-discovery Case

12     Management within the legal department of Meta

13     Platforms, Inc.

14         Q.   And you understand, Mr. Duffey, that you

15     are testifying today as a corporate representative  09:16:55

16     on behalf of Facebook; is that correct?

17         A.   Yes, I understand that.

18         Q.   And how -- have you been a manager of

19     E-discovery since June 2021?

20         A.   That sounds right.                         09:17:12

21         Q.   And prior to that time, from roughly 2017

22     to 2021, you were an E-discovery and litigation

23     case manager; is that correct?

24         A.   That's correct.

25         Q.   Is there any difference between those      09:17:25
```

Page 14

```
 1    titles and roles?                                09:17:27

 2        A.   Prior to June 2021, I -- I did not have

 3    any direct reports.  I manage three case managers

 4    on the E-discovery team now.

 5        Q.   And what are case managers in terms of    09:17:51

 6    their roles and responsibilities at Facebook?

 7        A.   Case managers work with our in-house and

 8    outside legal counsel on litigation and regulatory

 9    matters involving Meta Platforms, Inc.  We focus on

10    the identification, preservation, collection and    09:18:20

11    production of ESI relevant to a matter.

12        Q.   And do you hold a legal degree?

13        A.   No, I don't.

14        Q.   And prior to Facebook, you worked at

15    Ropes & Gay -- Ropes & Gray, rather -- as a         09:18:48

16    litigation paralegal; is that right?

17        A.   Litigation paralegal specialist.  That's

18    correct.

19        Q.   And then you were at Howrey LLP prior to

20    that; is that right?                                09:18:59

21        A.   Correct.

22        Q.   I myself was a paralegal at Howrey &

23    Simon, years ago.

24             Okay.  Great.

25             And did -- do you have personal knowledge  09:19:08
```

1    of the steps that Facebook took to identify and          09:19:10

2    collect ESI for production in this matter?

3            MR. FALCONER:  Objection.  Beyond the

4    scope of the notice.

5            You can go ahead and answer.                      09:19:24

6            THE WITNESS:  Yes.

7        Q.  (By Ms. Weaver)  Who at Facebook was

8    responsible for the identification and collection

9    of ESI in response to the filing of this lawsuit?

10       A.   Our outside counsel and in-house counsel         09:19:49

11   are responsible for identify- -- identifying

12   custodians to be placed on legal hold and

13   ultimately the custodians who are -- are identified

14   for collection of ESI.

15       Q.   So who specifically by name was                  09:20:15

16   responsible for the identification and collection

17   of ESI in response to the filing of this lawsuit?

18           MR. FALCONER:  Objection.  Beyond the

19   scope of the notice.

20           THE DEPONENT:  I'm trying to remember.  I          09:20:44

21   don't know that I can remember all of the names of

22   the in-house counsel that worked on the

23   Cambridge Analytica multi-district litigation over

24   the years.  Gibson Dunn has been our lead counsel

25   on the MDL since 2018.                                     09:20:59

                                                        Page 16

| | | |
|---|---|---|
| 1 | Would you like me to try to attempt | 09:21:13 |
| 2 | some -- some to name some names or -- | |
| 3 | Q.   (By Ms. Weaver)   Yes, please. | |
| 4 | MR. FALCONER:   Objection.   Beyond the | |
| 5 | scope of the notice. | 09:21:22 |
| 6 | THE WITNESS:   Ian Chen is the lead | |
| 7 | in-house counsel on -- on the MDL currently. | |
| 8 | Sandeep Solanki was another in-house counsel who | |
| 9 | was involved in the Cambridge Analytica matter. | |
| 10 | Natalie Naugle was another in-house counsel working | 09:21:54 |
| 11 | on the Cambridge matter. | |
| 12 | Those -- those are the names that I -- | |
| 13 | that I recall. | |
| 14 | Q.   (By Ms. Weaver)   And with regard -- well, | |
| 15 | strike that. | 09:22:19 |
| 16 | I'll address the scope objection. | |
| 17 | MS. WEAVER:   Let's mark as Exhibit 384 | |
| 18 | the 30(b)(6) notice, third amended notice of | |
| 19 | deposition of Facebook to which you are being | |
| 20 | presented as a witness today. | 09:22:37 |
| 21 | (Exhibit 384 was marked for | |
| 22 | identification by the court reporter and is | |
| 23 | attached hereto.) | |
| 24 | Q.   (By Ms. Weaver)   And while that's | |
| 25 | loading, Mr. Duffey, you've been deposed before, | 09:22:41 |

Page 17

CONFIDENTIAL

```
1    correct?                                          09:22:44

2         A.   I have, yes.

3         Q.   On how many occasions?

4         A.   Eight or nine times, I think.

5         Q.   How many times in the last year have you   09:22:58

6    been deposed?

7         A.   Once, I believe.

8         Q.   And what matter was that?

9         A.   It was an Instagram matter involving

10   facial recognition.                               09:23:24

11        Q.   And when was that?

12        A.   I don't recall.

13        Q.   Was it a remote deposition?

14        A.   It was, yes.

15        Q.   So just for the record, you seem very    09:23:35

16   proficient and capable of answering testimony today

17   in a manner that will be clear and cogent, but just

18   so we understand each other, these are the rules of

19   the road.

20             I will ask you questions and you will    09:23:50

21   answer, and we will attempt not to talk over each

22   so Ms. Romano can get a clear record.

23             Is that fair?

24        A.   Absolutely fair, yes.

25        Q.   And you must answer audibly so that we    09:24:02
```

Page 18

CONFIDENTIAL

```
 1    can get those answers in the record.  Shake of the        09:24:04

 2    head won't do.

 3            Is that fair?

 4    A.   That's fair, yes.

 5    Q.   Okay.                                                  09:24:12

 6            We can take breaks, you know, as you need

 7    during this deposition.  You just let me know if

 8    you need a break.  But we ask that you not take a

 9    break while a question is pending.

10            Is that fair?                                       09:24:24

11    A.   Yes, that's fair.  Thank you.

12    Q.   Okay.

13            How many times have you testified as a

14    corporate representative on Facebook's behalf?

15    A.   I believe this is only time or the first             09:24:39

16    time.

17    Q.   And how many times have you testified on

18    Facebook's behalf at all in any litigation?

19    A.   As -- as a deponent or --

20    Q.   Yes, as a deponent.                                   09:24:59

21    A.   I believe eight or nine times.

22    Q.   And how many times have you submitted

23    declarations in various litigation matters on

24    behalf of Facebook?

25    A.   I don't know the exact number.  It would             09:25:26
```

Page 19

1    be over 50 times.                                    09:25:28

2         Q.   And you've submitted a declaration in

3    this matter, in fact, haven't you?

4         A.   I don't recall.

5         Q.   Okay.                                      09:25:51

6              Are you familiar with the Exhibit Share

7    function so that you can review exhibits as this

8    deposition proceeds?

9         A.   Yes.  I have it open, and I believe I've

10   used it before.                                      09:26:05

11        Q.   Okay.

12             And looking at Exhibit 384, do you

13   recognize it?

14        A.   Yes.

15        Q.   What is it?                                09:26:48

16        A.   What is the document that I'm looking at?

17        Q.   Yes.

18        A.   It's the plaintiff's third amended notice

19   of deposition of defendant Facebook Inc. regarding

20   preservation of relevant ESI.                        09:27:00

21        Q.   Okay.  And do you understand that you are

22   being produced as a witness today in response to

23   this notice?

24        A.   Yes, I understand that.

25        Q.   Okay.                                      09:27:12

Page 20

```
 1              And let's turn to page 7, and              09:27:13

 2   specifically paragraph 11.

 3              And I'll direct your attention and read

 4   into the record where it says "'You' or 'your' or

 5   'Facebook' or 'defendant' means defendant Facebook,   09:27:27

 6   Inc., together with your predecessors, successors,

 7   parents, subsidiaries, et cetera."

 8              And then if you read on, do you see where

 9   it says "attorneys or other persons occupying

10   similar positions or performing similar functions"?   09:27:42

11        A.   I see that, yes.

12        Q.   And when you were identifying who was

13   involved on behalf of Facebook collecting ESI in

14   this case, you were referring to attorneys, right?

15        A.   I was referring to attorneys, correct.      09:28:04

16        Q.   Okay.  And who at Gibson Dunn, the

17   outside counsel, by name can you identify as being

18   involved in the collection of ESI in this

19   litigation?

20              MR. FALCONER:  Objection.  Beyond the      09:28:19

21   scope of the notice.

22              THE DEPONENT:  There have been lots of

23   attorneys from Gibson Dunn working on the Cambridge

24   matter:  Russ Falconer, Laura Mumm or Munn.  I -- I

25   don't recall people's last names.                     09:28:54
```

Page 21

```
 1              I know Rose Ring works on the          09:28:58

 2   Cambridge Analytica matter.  The attorneys that are

 3   present today for Gibson Dunn.  I'm -- the last

 4   name is escaping me; her name is -- her first name

 5   is Martie, M-A-R-T-I-E.                           09:29:21

 6              Those are the names that come to mind.

 7        Q.   (By Ms. Weaver)  And for the record, is

 8   that Martie Kutscher Clark to whom you're

 9   referring?

10        A.   Correct.  Thank you.  That's right.     09:29:36

11        Q.   No -- no problem.

12              And you were also identifying other

13   individuals present today.  Is that Katie Reyzis

14   and Dayne Zolle Hauser and Hannah Regan-Smith?

15        A.   Correct.                                09:29:49

16        Q.   Great.

17              And at the outset of the litigation, in

18   2018, who was responsible for the identification

19   and preservation of ESI?

20              MR. FALCONER:  Objection.  Beyond the  09:30:01

21   scope.

22              THE DEPONENT:  We had some ongoing

23   regulatory matters that overlapped with the

24   Cambridge Analytica MDL, so I just want to get

25   clarity on -- on sort of this question.           09:30:29
```

                                                  Page 22

CONFIDENTIAL

```
 1              Is the question specific to -- to the        09:30:31

 2     MDL?

 3          Q.   (By Ms. Weaver)  The question is focused

 4     on what efforts were taken to preserve documents

 5     relating to this litigation.  If there was overlap    09:30:43

 6     with some of these efforts with another matter, we

 7     would like to understand that.

 8              MR. FALCONER:  Same objection as before

 9     for continuing the question.

10              THE DEPONENT:  Once again, Gibson Dunn is     09:31:09

11     lead counsel for the multi-district litigation.

12     For the regulatory matters, state AG matters, and

13     the FTC matter involving Cambridge Analytica,

14     counsel for WilmerHale was involved.  We also

15     worked with the Redgrave firm on some preservation    09:31:32

16     issues back in that time period.  I don't recall

17     the names of the people that worked on -- on -- on

18     those matters back in the onset of this litigation.

19          Q.   (By Ms. Weaver)  What were the

20     preservation issues which you worked with the         09:31:53

21     Redgrave firm?

22              MR. FALCONER:  Mr. Duffey, I'll just

23     caution you not to reveal any privileged

24     communications or privileged information, of

25     course, in answering that question.                   09:32:04
```

Veritext Legal Solutions
866 299-5127

1          THE DEPONENT:  I don't recall.          09:32:15

2      Q.   (By Ms. Weaver)  Do you have a general

3  sense of any preservation issues that might have

4  effected the collection of ESI in this matter?

5      A.   No.                                     09:32:27

6      Q.   When was the Redgrave firm retained?

7      A.   I don't recall.

8      Q.   When you say "preservation issues," what

9  do you mean?

10          MR. FALCONER:  Objection.  Form.          09:32:48

11          Go ahead.

12          THE DEPONENT:  I didn't issues in -- in

13  any sort of negative way.  It was they -- they were

14  working on -- as I stated, I don't recall the

15  specific things.  But -- but Redgrave was -- was      09:33:13

16  involved in the steps taken to -- necessary to --

17  to identify and preserve relevant ESI.

18      Q.   (By Ms. Weaver)  And what specific steps

19  are you thinking of?

20      A.   The steps I'm thinking of are -- are the    09:33:55

21  identification of relevant custodians.

22      Q.   And how did the Redgrave firm identify

23  the relevant custodians?

24      A.   I don't know that Redgrave exclusively

25  identified relevant custodians.  It certainly was a   09:34:20

Page 24

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | collaborative effort between Gibson Dunn and our | 09:34:28 |
| 2 | in-house counsel working on the matter. | |
| 3 |     Q.   And when you say Gibson Dunn in this | |
| 4 | particular respect, who specifically by name do you | |
| 5 | mean? | 09:34:43 |
| 6 |         MR. FALCONER:  Objection.  Beyond the | |
| 7 | scope. | |
| 8 |         THE WITNESS:  I don't -- I don't recall. | |
| 9 |     Q.   (By Ms. Weaver)  Was it Ms. Mumm or | |
| 10 | Ms. Kutscher Clark? | 09:34:54 |
| 11 |         MR. FALCONER:  Same objection. | |
| 12 |         THE DEPONENT:  I don't recall either -- | |
| 13 | I -- I don't recall whether or not they were | |
| 14 | working on -- on -- on identification of custodians | |
| 15 | in that 2018 time period. | 09:35:30 |
| 16 |     Q.   (By Ms. Weaver)  Okay.  Who can you | |
| 17 | identify by name -- well, strike this. | |
| 18 |         I'll address the objection again. | |
| 19 |         Looking at Exhibit 3 -- what is again? -- | |
| 20 | 84. | 09:35:42 |
| 21 |         I'll direct your attention to topic 3. | |
| 22 |         And while you're looking at it, I'll read | |
| 23 | it into the record. | |
| 24 |         "All of your efforts to identify and | |
| 25 | preserve ESI, personal information, documents, | 09:35:52 |

Page 25

CONFIDENTIAL

```
1    data, and content and information, including but          09:35:55

2    not limited to that which was or is associated in

3    any with the named plaintiffs in this action."

4           Do you see that?

5           It's on page --                                    09:36:09

6       A.   I do.

7       Q.   It's on --

8       A.   I see it.

9       Q.   Apologies.

10          Is it your understanding you are                   09:36:14

11   testifying on behalf of Facebook with regard to

12   topic 3?

13      A.   My understanding is that -- I would be

14   speaking to topics as they were laid out in a

15   letter from Gibson Dunn to plaintiff's counsel       09:36:39

16   on -- on I think it was May 18th, 2022.

17      Q.   Right.

18          But the question I'm asking you is that

19   do you understand that you are here to testify

20   regarding Facebook's efforts to identify and         09:36:57

21   preserve ESI personal information, documents, data,

22   and content and information relating to this

23   matter?

24      A.   Yes.

25      Q.   Going back to the identification of          09:37:16
```

Page 26

CONFIDENTIAL

```
 1    custodians for the purpose of collecting ESI in        09:37:22

 2    this matter in 2018, who was involved in that

 3    process by name?

 4           MR. FALCONER:  Objection.  Beyond the

 5    scope.                                                 09:37:32

 6           THE DEPONENT:  Can you repeat the

 7    question, please.

 8       Q.   (By Ms. Weaver)  Yes.

 9           With regard to the identification of

10    custodians for the purpose of preserving and          09:37:50

11    collecting ESI in this matter in 2018, who was

12    involved in that process by name?

13           MR. FALCONER:  Objection.  Beyond the

14    scope.

15           THE DEPONENT:  I remember Sandeep Solanki       09:38:23

16    was one of our -- our in-house attorneys who was

17    responsible for providing the E-discovery team the

18    names of the custodians to be placed on legal hold.

19           I don't -- I recall it, again, being a --

20    a collaborative effort between our outside counsel    09:38:54

21    and our in-house counsel, but I cannot recall by

22    name all of those individuals.

23       Q.   (By Ms. Weaver)  Can you recall by name

24    any of them?

25           MR. FALCONER:  Same objection.                 09:39:08
```

Page 27

CONFIDENTIAL

```
 1                THE DEPONENT:  No.                    09:39:13

 2        Q.   (By Ms. Weaver)  Was Josh Lipshutz

 3   involved?

 4                MR. FALCONER:  Same objection.

 5                THE DEPONENT:  I don't know.          09:39:25

 6        Q.   (By Ms. Weaver)  Were you?

 7                MR. FALCONER:  Same objection.

 8                THE DEPONENT:  I was not involved in the

 9   identification of relevant custodians.

10        Q.   (By Ms. Weaver)  And the only person you  09:39:39

11   can think of who was involved in the identification

12   of relevant custodians by name is Mr. Solanki; is

13   that right?

14                MR. FALCONER:  Same objection.

15                THE DEPONENT:  Yes.                   09:39:58

16        Q.   (By Ms. Weaver)  What was the process by

17   which Facebook identified custodians?

18        A.   Our in-house and outside counsel are --

19   work together to -- to identify relevant custodians

20   in a matter.                                       09:40:24

21        Q.   How did they work together to identify

22   the custodians?

23        A.   I'm not part of those discussions.

24        Q.   So you don't know?

25        A.   I know that they collaborate and work    09:40:45
```

Page 28

CONFIDENTIAL

```
 1   together.  To what extent that they do that, I          09:40:47

 2   can't answer that.

 3        Q.   Okay.  I'm just trying to actually

 4   understand the process and what you mean by

 5   "collaborate and work together."                        09:40:54

 6             Do they interview people?  Do they look

 7   at documents?  Did you speak with anybody to find

 8   out who was -- and by "you," I mean Facebook -- who

 9   was involved in Cambridge Analytica?  What was the

10   process for identification custodians that Facebook    09:41:06

11   engaged in this matter in 2018?

12        A.   Yes, I do believe that they talked to

13   employees at the company to understand if there is

14   any involvement on any matter, including

15   Cambridge Analytica.  We also ask our custodians to    09:41:29

16   assist in identifying additional custodians that --

17   that worked on relevant topics related to the

18   matter, so that -- so that's our process.

19        Q.   Okay.

20             Let's return for a moment just back to       09:41:57

21   Exhibit 384.  And looking at the exhibit, do you

22   understand that you are here to testify on all of

23   the topics, 1 through 8, identified in Exhibit 384?

24        A.   No.  As I mentioned, I -- I had

25   understood that the topics were -- were listed in      09:42:24
```

Page 29

CONFIDENTIAL

```
1    the letter to plaintiff's counsel from Gibson Dunn        09:42:31

2    in May -- in May of this year.

3         Q.   I understand.  I've read the

4    correspondence.

5              But I'm asking you this question:  Is           09:42:45

6    there any topic listed in Exhibit 384 upon which

7    you are not prepared to testify generally?

8              MR. FALCONER:  Objection.  Form.

9              THE DEPONENT:  The -- topic 8 is -- is

10   one for which -- I, you know, don't have by name,         09:44:00

11   title, position all persons responsible with the

12   decision-making as it pertains to topics 3 and 7.

13        Q.   (By Ms. Weaver)  So for the record, topic

14   8 says "identify by name, title, position, employer

15   all persons responsible for and involved with            09:44:20

16   decision-making relating to topics 3 through 7 as

17   well as a general description of these decisions,

18   the timing of those decisions, and the effect of

19   those decisions."

20             That's the topic you were referring to,        09:44:32

21   correct?

22        A.   That's the topic I'm referring to, yes.

23        Q.   And you're saying you have no knowledge

24   or maybe you have general knowledge with regard to

25   topic 8?                                                  09:44:45
```

Page 30

```
1        A.   I have general knowledge.  The -- but --      09:44:50

2    but the topic is asking for all persons and -- and

3    name, title, and position, which -- which,

4    you know, depending on the question, I might -- I

5    might struggle with.                                   09:45:10

6        Q.   Fair enough.  That's okay.  We

7    understand.

8             Let's look for a moment here at topic 1.

9             Is it fair to describe topic 1 as

10   Facebook's guidelines, policies, practices,            09:45:25

11   procedures, rules, et cetera, regarding the

12   collection, preservation, retention of ESI,

13   personal information, documents, data and content,

14   and information relating to this action?

15             MR. FALCONER:  Objection.  Form.             09:45:49

16             THE DEPONENT:  I did -- I didn't catch a

17   question there, Counsel.  I'm sorry.

18        Q.   (By Ms. Weaver)  That's okay.  I'm just

19   trying to get your general understanding of what

20   you think topic 1 entails, so I was asking a           09:46:01

21   leading question, which I will do again and

22   hopefully it will be helpful.

23             Is it fair to describe topic 1 as

24   Facebook's guidelines, policies, practices,

25   procedures, rules, et cetera, regarding the            09:46:15
```

Page 31

```
 1   collection, preservation, and retention of ESI,          09:46:18

 2   personal information, documents, data, content, and

 3   information relating to this action?

 4          MR. FALCONER:  Objection.  Form.

 5          THE DEPONENT:  Yes, that's fair.                  09:46:36

 6      Q.   (By Ms. Weaver)  What is your

 7   understanding of what ESI is?

 8      A.   ESI is an acronym for electronically

 9   stored information.

10      Q.   And what is electronically stored           09:46:56

11   information?

12      A.   That could be, you know, documents,

13   communications, electronic communications data,

14   within the company.

15          (Exhibit 385 was marked for               09:47:18

16   identification by the court reporter and is

17   attached hereto.)

18          MS. WEAVER:  We are marking as

19   Exhibit 385 tab 29, Mr. Samra.

20          And for the record, Exhibit 385 --          09:47:29

21      Q.   (By Ms. Weaver)  -- which will be up in a

22   moment, Mr. Duffey.  I'm just going to read the

23   Bates numbers into the record.

24          And you know what those are; is that

25   correct?  A Bates number?                               09:47:38
```

Page 32

CONFIDENTIAL

```
 1          A.   I know what a Bates number is, yes.        09:47:39

 2          Q.   Yes.

 3               MS. WEAVER:  Exhibit 385 bears Bates

 4     numbers Advance-Meta-0000489 through -493.

 5          Q.   (By Ms. Weaver)  And let me know when you   09:47:58

 6     have it up.

 7               MS. WEAVER:  I am informed that it is

 8     loaded, and I see the file.

 9               THE WITNESS:  I have it up now.

10               MS. WEAVER:  Okay.  Great.               09:48:39

11               MR. FALCONER:  Can you give me just a

12     second?  Sorry.  I'm still --

13               MS. WEAVER:  No problem.

14               MR. FALCONER:  Sorry.

15               I got it.  Thank you.                    09:48:46

16          Q.   (By Ms. Weaver)  And you may take a

17     moment to review it, of course, Mr. Duffey.  But

18     when you've had a moment, please tell me whether or

19     not you recognize Exhibit 385.

20          A.   Yes, I do recognize it.                  09:49:04

21          Q.   And what is it?

22          A.   It's the company's legal hold policy.

23          Q.   And when you say "the company's," do you

24     mean Meta or Facebook?

25               MR. FALCONER:  Objection.  Form.         09:49:19
```

Page 33

CONFIDENTIAL

```
 1            THE DEPONENT:  When I say "company," I        09:49:26

 2    mean -- I mean Meta Platforms, Inc., but that's

 3    what I -- that's -- that's the company.

 4        Q.   (By Ms. Weaver)  Okay.

 5            Is -- but you're here testifying on          09:49:39

 6    behalf of Facebook.  Does this -- does

 7    Exhibit 385 -- represent Facebook's current legal

 8    hold policy?

 9            MR. FALCONER:  Objection.  Form.

10            THE DEPONENT:  I believe this -- this        09:50:02

11    policy was put into effect before the company

12    changed its name from Facebook Inc. to Meta

13    Platform, Inc.  So -- so I would say yes to your

14    question.

15        Q.   (By Ms. Weaver)  And in preparation for     09:50:19

16    your deposition today, did you review other legal

17    hold notices other than Exhibit 385 -- legal hold

18    policies, rather?

19        A.   Do you mind restating the question?

20        Q.   No problem.                                 09:50:34

21            In preparation for your deposition today,

22    did you review legal hold policies other than

23    Exhibit 385?

24        A.   I reviewed this document.  I did not

25    review any earlier versions of this policy.          09:50:59
```

Page 34

```
1        Q.   Do earlier versions exist?              09:51:04

2        A.   I believe so.  At the -- on the last

3   page, it indicates that there is a -- that what we

4   are looking at is the portal version 3.

5             So I believe that there were possibly two   09:51:33

6   earlier versions of this policy.

7        Q.   Did Facebook have a legal hold policy in

8   place in March of 2018?

9        A.   I don't believe we had a formal legal

10  hold policy in place prior to June 10th, 2020.      09:52:08

11       Q.   Okay.

12            What did you do to prepare for your

13  deposition today?

14       A.   Counsel, I have a few pages of notes here

15  in front of me.  Is it okay if I -- I refer to      09:52:33

16  them?

17       Q.   You may.

18            MS. WEAVER:  And I'll request their

19  immediate production, Russ.  And I really -- just a

20  standing request that if things like that happen,   09:52:44

21  these are produced ahead of the deposition so we

22  can prepare.

23       Q.   (By Ms. Weaver)  Please go ahead and

24  answer the question.  And, yes, you may rely on

25  those documents, Mr. Duffey.                        09:53:00
```

Page 35

```
1        A.    Thank you.                               09:53:03

2              I met with counsel for Gibson Dunn

3    approximately for 38 hours over the course of four

4    weeks.  I believe that there were ten sessions.

5              I reviewed the documents that were       09:53:22

6    produced to plaintiffs, I believe a week or so ago.

7              I reviewed correspondence from Gibson

8    Dunn to plaintiffs regarding legal hold and -- and

9    preservation of ESI.

10             I reviewed a handful of documents that    09:53:53

11   were provided from -- by plaintiffs to Gibson Dunn.

12             I reviewed the 30(b)(6) notice and the

13   correspondence that I mentioned from May 18th,

14   2020 -- 2022.

15             I spoke with various employees at the     09:54:25

16   company to help learn more about the various topics

17   at issue here.

18        Q.    And is all of this information detailed

19   in the notes that you're reviewing?

20        A.    The -- the timing of the events, the     09:54:56

21   number is on -- on the notes.  The people that I

22   spoke with are -- are also listed.

23        Q.    Do you have --

24        A.    There's listing --

25        Q.    I'm so sorry.  Please continue.          09:55:15
```

                                                    Page 36

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   Oh, I was just -- no, no. | 09:55:18 |
| 2 | You know, I mentioned that I reviewed the | |
| 3 | documents.  Those are not listed in my notes, no. | |
| 4 | Q.   What documents did you review? | |
| 5 | A.   The policies that were produced to | 09:55:38 |
| 6 | plaintiffs a week or so ago.  I don't know -- I | |
| 7 | don't know the exact date that that production was | |
| 8 | made. | |
| 9 | Cor- -- again, correspondence from Gibson | |
| 10 | Dunn to plaintiffs regarding the legal hold and | 09:56:02 |
| 11 | preservation of ESI. | |
| 12 | I reviewed some documents that plaintiffs | |
| 13 | provided to Gibson Dunn. | |
| 14 | I reviewed the 30(b)(6) notice. | |
| 15 | I -- I saw -- I reviewed an email from | 09:56:34 |
| 16 | Special Master Garrie regarding questions he had | |
| 17 | for this deposition. | |
| 18 | Counsel showed me, I believe, the initial | |
| 19 | disclosures that plaintiffs filed in this case and | |
| 20 | a very short portion of the Tyler King deposition | 09:57:17 |
| 21 | transcript. | |
| 22 | Q.   Anything else? | |
| 23 | A.   No. | |
| 24 | Q.   What was the subject matter of the | |
| 25 | portion of the Tyler King deposition transcript | 09:57:41 |

Page 37

CONFIDENTIAL

```
 1   that you reviewed?                                09:57:44

 2       A.   It was confirmation that her account was

 3   deleted in 2018.

 4       Q.   And were you involved in seeking to

 5   preserve any ESI relating to Ms. King's account?   09:58:08

 6            MR. FALCONER:  Objection.  Beyond the

 7   scope of the notice.

 8            THE DEPONENT:  I was not personally

 9   involved, but there were members of my team that --

10   that were involved.                                09:58:26

11       Q.   (By Ms. Weaver)  And who was that?

12       A.   Another case manager on the E-discovery

13   team.  Her name is Jennifer Allen, A-L-L-E-N.

14       Q.   And what do you recall about efforts to

15   preserve ESI relating to Ms. King's account?       09:58:51

16       A.   There was an attempt made to take a DYI

17   snapshot of Ms. King's account ██████████████████

██   ████████████████████████████████████████████████

██   ███████████████████████████████████████████

20       Q.   And was, in fact, a DYI snapshot of       09:59:36

21   Ms. King's account taken?

22       A.   We attempted to take those snapshots in

23   March 9th -- on March 9th, 2020, because Ms. King's

24   account was deleted in 2018.  I don't believe that

25   there was any data available to be taken as a      10:00:09
```

Page 38

CONFIDENTIAL

```
 1   snapshot.                                      10:00:13

 2       Q.   Were any attempts to take snapshots taken

 3   before March 9th, 2020?

 4       A.   I know -- I know that our -- our counsel

 5   at Gibson Dunn attempted to obtain information    10:00:39

 6   necessary to identify the named plaintiffs'

 7   accounts.   I don't believe we received that

 8   information until late 2019, early 2020.

 9       Q.   The question was were any attempts made

10   to take snapshots before March 9th, 2020?         10:01:16

11       A.   No.

12       Q.   You referenced ████████████████████.

13           Do you recall that?

14       A.   Yes.

15       Q.   What ██████████████?                     10:01:40

16       A.   ███████████████████████████

     ████████████████████████████████████████

     █████████████████████████████████████████

19       Q.   And who --

20       A.   ████████████████  -- I'm sorry.           10:02:10

21       ██████████████████████████████████

     ██████████████████████████████

23       Q.   How ███████████████████████████

     ██████████████████████████████████████████

     █████████████████                             10:02:36
```

Page 39

CONFIDENTIAL



```
1          MR. FALCONER:  Objection.  Form.          10:02:37

2          THE DEPONENT:  ████████████████

   ████████████████████████████████████████

   ██████████████   ████████████████████████

   ████████████████████████████████   ████████

   ████████████████████████

7     Q.   (By Ms. Weaver)  And specifically, ████

   ████████████████████████████████████████

   ██████████████████████████████████

10    A.   My understanding is that DYI doesn't have   10:03:49

11  information related to whether a user is an

12  administrator of a particular Facebook group.  I

13  don't believe DYI has information related to a

14  user's advertising accounts.

15    Q.   And when you say "a user's advertising     10:04:13

16  accounts," what do you mean?

17    A.   If a user is selling ads on Facebook.

18    Q.   ████████████████████████████████

   ████████████████████████████████████████

   ██████████████████████████████; is that         10:04:46

21  correct?

22    A.   I'm not -- I'm ██████████████████████

   ████████████████████████████████████████

   ████████████   That would be a question for the law

25  enforcement response team.                        10:05:06
```

Page 40

CONFIDENTIAL

```
1        Q.   What is the law enforcement response          10:05:07

2   team?

3        A.   That -- that team is -- is -- receives

4   subpoenas and requests from law enforcement

5   regarding individual users at Facebook.               10:05:31

6        Q.   And why does the law enforcement response

7   team ██████████████████████████████████████

8             MR. FALCONER:  Objection.  Beyond the

9   scope of the notice.

10            And, Mr. Duffey, again, I'll just caution    10:05:49

11  you:  Don't reveal any privileged communications

12  you may have had in the course of your work at the

13  company in answering that question.

14            THE DEPONENT:  I don't know -- I don't

15  know the -- the -- all of the reasons why the law     10:06:17

16  enforcement response team ████████████████.  I know

17  ████████████████████████████████████████████

█   ████████████     The ability to download your

19  information was available to users.

20            I -- I -- I think that it -- the law         10:06:39

21  enforcement response team can ██████████████████

█   ██████████████████████████████████████████████

█   ██████████████████████████████████████

█   ████████████████

25        Q.   (By Ms. Weaver)  And when you say ██████    10:07:07
```



```
 1                              what do you mean?            10:07:08

 2          A.   In a, you know -- like

 3          Q.   And does

 ■

 ■

 ■

 ■

 ■

 9          A.   I don't believe so, no.  If a user

10

 ■

 ■

 ■

 ■

15      no.                                               10:08:29

16          Q.   Does the law enforcement response team

17

 ■

 ■

20               MR. FALCONER:  Objection.  Beyond the     10:08:42

21      scope of the notice.

22               THE DEPONENT:  I don't know.

23          Q.   (By Ms. Weaver)  Who would know?

24               MR. FALCONER:  Same objection.

25               THE DEPONENT:  Somebody -- somebody on     10:09:03
```

Page 42

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the law enforcement response team would know the | 10:09:04 |
| 2 | answer to that question. | |
| 3 |     Q.  (By Ms. Weaver)  Can you identify anybody | |
| 4 | by name who was on the law enforcement response | |
| 5 | team? | 10:09:12 |
| 6 |     A.  Yes.  I'm going to have a very difficult | |
| 7 | time pronouncing or spelling her last name.  But it | |
| 8 | is, I believe, Lana Schednenko. | |
| 9 |       Another -- another person on -- on that | |
| 10 | team is a woman by the name of Beth Jarvis, | 10:09:44 |
| 11 | J-A-R-V-I-S. | |
| 12 |     Q.  Is there anyone else that you can think | |
| 13 | of? | |
| 14 |     A.  Not by name, no. | |
| 15 |     Q.  And these are current employees; is that | 10:10:13 |
| 16 | correct? | |
| 17 |     A.  I believe they are current employees, | |
| 18 | yes. | |
| 19 |     Q.  Is it your understanding that in response | |
| 20 | to a subpoena, the law enforcement response team | 10:10:22 |
| 21 | ██████████████████████████████████████ | |
| | ███ ███████████████████████████? | |
| 23 |       MR. FALCONER:  Objection.  Beyond the | |
| 24 | scope of the notice. | |
| 25 |       THE DEPONENT: ████████████ | 10:10:44 |

Page 43



```
 1        Q.   (By Ms. Weaver)   When Facebook tried to        10:10:48
 2   ████████████████████████████████████████████████
     ██████████████████████████████
 4        A.   ████████████████████████
 5        Q.   Did Facebook █████████████████████    ████████████
     ████████████████████████████████████████ this
 7   ████████
 8        A.   I don't understand what you mean by
 9   "█████████
10        Q.   That's a fair question.                          10:11:23
11             What was Facebook ██████████████████████████
     ██████████████████████████████████
13        A.   We attempted to ████████████████████████████
     ███████████████████████████████████████████
     ██████████████████████████████████████████    ███████████████
     ████████████████████████████████████████████.
17        Q.   And is it your testimony that █████████████
     █████████████████████████████████████████████████
19        A.   I don't know if ██████████████████████████
     ████████████████████    ████████████████████████      10:12:16
21   but -- but I am not sure.
22        Q.   So was there an attempt to retrieve any
23   data with regard to Ms. King's ESI as opposed to
24   take a snapshot of what currently existed?
25             MR. FALCONER:   Objection.   Form.              10:12:36
```

Page 44

```
 1              THE DEPONENT:  Again, I -- I'm not -- I'm      10:12:42

 2    not quite -- I don't understand what you mean by

 3    the -- the word "re- -- retrieve."

 4         Q.   (By Ms. Weaver)  When you say you didn't

 5    believe there was any ESI available at all, what       10:12:58

 6    did you mean by "available"?

 7         A.   Available for preservation purposes.

 8         Q.   And what does "available" mean?

 9         A.   That -- that any information existed at

10    the time that we tried to take the snapshot.           10:13:25

11         Q.   When you say "existed," are you including

12    in that definition data which might exist but had

13    been anonymized or "pseudonymized" in a way such

14    that it was just not associated with Ms. King?

15         A.   I'm not, no.                                 10:13:47

16         Q.   Were any attempts made to reidentify or

17    reassociate data with Ms. King's account?

18              MR. FALCONER:  Objection.  Beyond the

19    scope of the notice.

20              THE DEPONENT:  I don't know.                 10:14:03

21         Q.   (By Ms. Weaver)  Who would know?

22         A.   When -- when you -- when you refer to

23    sort of like anonymization and reidentification, I

24    think -- I think, to me, that would be a question

25    for the E-discovery data science team.                10:14:51
```

Page 45

CONFIDENTIAL

```
 1        Q.    And who specifically by name is on that        10:14:57

 2   team who you think might have knowledge of this?

 3        A.    The two data scientists that I know that

 4   are working on the Cambridge matters are Maggie Ji,

 5   M-A-G-G-I-E J-I.  And Gerardo, G-E-R-A-R-D-O,          10:15:13

 6   Zaragoza, Z-A-R-A-G-O-Z-A.

 7        Q.    And returning to ███████████, do

 8   you know ████████████ -- or sorry.  Strike that.

 9              With regard to ████████████, do

10   you know if ████████████████████████        ███████

11   ████████████████████████ in this action?

12        A.    ████████.

13        Q.    ████████████████████.

14        A.    These all took place on ████████████.

15              ████████████.                                10:16:17

16              Would you like me to spell those names

17   or -- are we comfortable that everybody knows who

18   I'm talking about when I --

19        Q.    With the court reporter's permission, if

20   we can skip the spelling, the deposition will be        10:16:30

21   shorter.

22              MS. WEAVER:  Is that okay, Ms. Romano?

23              Okay.

24        Q.    (By Ms. Weaver)  Yes, you may skip the

25   spelling and we'll clean that up later.                 10:16:37
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL



```
 1        A.   Okay.                                  10:16:40

 2                    ███████████████████████

   ██      █████████████████████████████████████████

   ██      ███████

 5             My understanding is that ███████████    10:17:03

 6        there was a -- was a ███████████████ied, and

 7        so a -- a ██████████████████████████████

   ██      ███████████████████████████████

 9        Q.   So did Facebook produce ████████████████

   ██      ███████████   in this action as well as ████████████    ██████████

   ██      ███████████████████████████

12             MR. FALCONER:  Objection.  Beyond the

13        scope of the notice.

14             THE DEPONENT:  The question was has

15        Facebook produced ████████████████████████  █    ████████████

   ██      █████████████████████████

17        Q.   (By Ms. Weaver)  And do you know ████████████

   ██      ████

19             MR. FALCONER:  Objection.  Beyond the

20        scope of the notice.                          10:18:01

21             And, again, Mr. Duffey, to the extent you

22        can answer that question without revealing any

23        privileged communications, you can do so.  But if

24        you can't, you should not answer the question.

25             THE DEPONENT:  █████████████.              10:18:19
```

Page 47

CONFIDENTIAL

```
 1        Q.   (By Ms. Weaver)  Was there a ███████      10:18:20

 2    ████████   to producing ████████████████

 ▮    ████████████████████████████

 4             MR. FALCONER:  Objection.  Beyond the

 5    scope of the notice.                            10:18:27

 6             THE DEPONENT:  Not that I'm aware of.

 7             MS. WEAVER:  ███████████████████████

 ▮    ██████████████████████

 9             MR. FALCONER:  █████████

10             Lesley, we've been going just a little  10:18:48

11    more than an hour --

12             MS. WEAVER:  That's fine.

13             MR. FALCONER:  When you get to a point,

14    if we can take a quick break?  I don't know if

15    you're done with ██████████ or not, but --       10:18:54

16             MS. WEAVER:  We can take a break.  That's

17    fine.

18             THE VIDEOGRAPHER:  Okay.  We're off the

19    record.  It's 10:19 a.m.

20             (Recess taken.)                          10:19:01

21             THE VIDEOGRAPHER:  Okay.  We are back on

22    the record.  It's 10:35 a.m.

23        Q.   (By Ms. Weaver)  Mr. Duffey, you

24    understand you're still under oath, correct?

25        A.   Yes, I understand that.                  10:35:47
```

Page 48

CONFIDENTIAL

1      Q.   And before the break, we were discussing        10:35:49

2      ███████████████████████ .

3           Do you recall that?

4      A.   Yes, I do.

5      Q.   And when was the DYI tool first               10:35:56

6      implemented?

7           MR. FALCONER:  Objection.  Beyond the

8      scope of the notice.

9           THE DEPONENT:  I don't know.

10     Q.   (By Ms. Weaver)  You testified earlier         10:36:10

11     that ████████████████████████████████

█      ██████

13          Do you recall that?

14     A.   Yes, I do recall that testimony, yes.

15     Q.   And what, roughly, do you recall about         10:36:21

16     █████████████████████████████████████

█      ████████████████████████████████

18          MR. FALCONER:  Objection.  Beyond the

19     scope.

20          THE DEPONENT:  I started at the company        10:36:41

21     in -- in 2017, and ████████████████████████

█      ████████     I -- I don't recall DYI having been

23     available for snapshot in that time period.  So

24     █████████████████████████████████████

█      ██████████████████                                 10:37:09

Page 49

CONFIDENTIAL

```
 1        Q.   (By Ms. Weaver)  And when you say "in        10:37:11

 2   that time period," do you mean 2017 or 2018?

 3        A.   Yeah, both.  You know, it was -- it was

 4   not -- I meant -- I meant 2017 when I started,

 5   but -- but in 2018, I don't recall DYI being used     10:37:32

 6   as -- as a preservation tool for snapshots.

 7        Q.   Did the DYI tool become the tool to be

 8   used as preservation -- well, strike that.  Let me

 9   ask the question again.

10        At some point in time, did Facebook begin        10:38:01

11   to use the DYI tool to take snapshots for

12   preservation purposes?

13             MR. FALCONER:  Objection.  Form.

14             THE DEPONENT:  Both are used.  I don't

15   recall when the, you know, the first instance of      10:38:22

16   E-discovery team using DYI as a preservation

17   mechanism for user accounts.

18        Q.   (By Ms. Weaver)  Fair enough.

19        Do you know if the DYI tool is used ███

███   ███████████████████████████████████████         ███████████

███   ███████████

22             MR. FALCONER:  Objection.  Beyond the

23   scope of the notice.

24             THE DEPONENT:  ████████████████.

25        Q.   (By Ms. Weaver)  In your experience, have    10:38:57
```

Page 50

```
 1     you more often ████████████████████████   ███████████

       ███████████████████████████████?

 3              MR. FALCONER:  Objection.  Beyond the

 4     scope of the notice.

 5              THE DEPONENT:  ███████              10:39:14

 6       Q.   (By Ms. Weaver)  And why is that?

 7              MR. FALCONER:  Same objections.

 8              THE DEPONENT:  I -- I ██████████████████

       ███████   ████████████████████████████ would be

10     because of the -- the ██████████████████   ███████████

       ████████████

12       Q.   (By Ms. Weaver)  Any other reason you can

13     think of?

14              MR. FALCONER:  Same objection.

15              THE DEPONENT:  No.                  10:40:06

16       Q.   (By Ms. Weaver)  And when you say it

17     ████████████████████████████████████████████

       ██████████, what do you mean?

19       A.   I mentioned this earlier.  It's -- it's

20     the sort of -- my understanding is that DYI is --  10:40:29

21     is ██████████████████████████████████

       ████████████████████████████████████████████

       ██████.

24       Q.   And when were ████████████████████████

       ████████████████████████████████? 10:41:00
```

Page 51

CONFIDENTIAL

1        A.    ███████████   ███████████              ████████

██    ████████████████████████████████████

3        Q.    And you're consulting your notes; is that

4    correct?

5        A.    I am.                                      10:41:33

6        Q.    And I believe if you look in your

7    Exhibit Share that that -- your notes have been

8    marked as Exhibit 386.

9             (Exhibit 386 was marked for

10   identification by the court reporter and is          10:41:53

11   attached hereto.)

12       Q.    (By Ms. Weaver)  Do you see that?

13       A.    Yes.

14       Q.    So looking at Exhibit --

15             And just for the record, what is           10:42:16

16   Exhibit 386?

17       A.    These are notes that I took during the

18   course of my preparation for this deposition.

19       Q.    And when did you prepare these notes?

20       A.    I think I started on Monday and continued  10:42:49

21   to update the notes through yesterday.

22       Q.    And looking at the page ending with Bates

23   number -3258 in Exhibit 386.

24             Do you see a reference to ████████

25   there?                                               10:43:11

                                              Page 52

CONFIDENTIAL



1        A.   Yes.                                          10:43:15

2        Q.   And do you see that it's written "has

3   ████████████████████████████████████████

4   It also has ████████████████████████████

█        ████████████████████                             10:43:24

6             Do you see that?

7        A.   Yes.

8        Q.   How do you know that?

9        A.   Based off of discussions with ████████

█        █████████████████████████████                    10:43:53

11       Q.   Thank you.

12            And you believe that to be true, correct?

13       A.   Yes, I do believe that to be true.

14       Q.   And when you wrote -- I'm sorry.

15            You wrote those sentences; is that right?    10:44:11

16   Is that fair?

17       A.   (Nodding.)

18            Yes.

19       Q.   Okay.

20            When you wrote ████████████████     ████████

█        █████████████████ --

22       A.   Uh-huh.

23       Q.   -- what did you mean by "other users"?

24       A.   Because ██████████████████████████

█        ██████████████████, I believe that              10:44:40

                                              Page 53

CONFIDENTIAL



1

     .

3     Q.    Would that include ███████████

 

                          10:45:12

6     A.    █████████

7     Q.    Do you know specifically what ████

 

    █████

10    A.    I don't understand the question.    10:45:37

11    Q.    I'm just trying to understand when you

12  say "███████████████████████

13  specifically what that is.

14          Can you be more specific?

15    A.    Compared to ████    10:45:53

16    Q.    Yes.

17    A.    Is that the question?

18    Q.    Yes.

19    A.    I don't have that level of detail, no.

20    Q.    But ██████████ would; is that right?    10:45:59

21    A.    I think that would be more of an

22  appropriate question to the law enforcement

23  response team.

24    Q.    And did you speak with them in

25  preparation for your deposition?    10:46:16

Page 54

CONFIDENTIAL

```
  1         A.   No.                                          10:46:18

  2         Q.   Do you see where you wrote "it" --

  3    meaning ███████████ -- "███████████████████

  █    ████████████████████████████████████████

  5         A.   Yes.                                         10:46:35

  6         Q.   What information does ███████████████

  █    ███████████████████████████████

  8         A.   The question was asking about ████████

  9    specifically?

 10         Q.   Yes.                                         10:47:02

 11         A.   ████████████████

 12         Q.   What information did █████████████████████

  █    ██████████████████████████████████

 14         A.   My understanding is that the DYI tool

 15    does not maintain information about groups for    10:47:27

 16    advertising accounts.

 17         Q.   And when you say "groups," what do you

 18    mean?

 19         A.   Facebook groups.

 20         Q.   And can you state for the record what   10:47:44

 21    Facebook groups are?

 22         A.   Sure.  I'm sorry.

 23         Q.   No problem.

 24         A.   A group is -- how would I -- if you have

 25    an interest in a specific topic, for instance,   10:48:05
```

Page 55

CONFIDENTIAL

```
1    surfing, there could be a group established or --        10:48:10

2    or created or in existence that is related to

3    surfing that you could, you know, join and interact

4    with others that are not necessarily your -- or not

5    your friends, but people that have the same level        10:48:29

6    of interest.

7            So that is the -- a way to interact

8    outside of your network of -- of friends.

9        Q.   Do you know if ████████████████████

██   ██████████████████████████ about ████████          ████████

██   ████████

12       A.   I███████████████████████

13       Q.   And what███████████████ about

14   ██████████████████████████████████████████

15       A.   ████████████████████████████          10:49:04

16       Q.   Okay.  What's the basis for saying that

17   ████████████████████████████████████

██   ████████████ n about ████████████████?

19       A.   The basis would just be, you know, having

20   worked -- worked on a variety of -- of, you know,       10:49:25

21   legal matters.

22       Q.   And what specifically do you know, as you

23   sit here, about what ██████████████████████

██   ████████████████████████████████████

██       ██   ████████████████████████. I          10:49:49
```

Page 56



```
1      just -- I just understand that ██████████████      ████████

       ████████████████████████████████

       ████████████████████████████████████████

       ██████████████

5          Q.   Okay.                                      10:50:04

6          A.   -- that I can share with me.

7          Q.   Fair enough.

8               And when you say "privacy settings," what

9      do you mean, just so that we understand each other?

10         A.   I mean the -- the controls that a user     10:50:18

11     can set about, for instance, who can see your posts

12     or -- so -- so the settings for access of -- of

13     information related to your user account.

14         Q.   Do you know if ██████████████████

15     reflects information about ████████████████          10:50:38

16     ███████████████████ as opposed to ██████████

       █████████

18         A.   I don't know.

19         Q.   Okay.

20              Does the ██████ -- sorry.                   10:50:56

21              Does the ████████ have ████████████

       ███████████████████████████████████████

       ██████████

24              MR. FALCONER:  Objection.  Form.

25              THE DEPONENT:  I don't know if -- if I      10:51:17
```

Page 57

```
 1    understand the question.  What you do you mean by        10:51:19

 2    "which apps"?

 3        Q.   (By Ms. Weaver)  That's fair.

 4             What is an app, for the record?

 5        A.   It's -- it's a product that you can           10:51:32

 6    download onto your -- onto your phone.

 7        Q.   Okay.

 8             And you're aware that users can download

 9    apps through the Facebook platform; is that right?

10        A.   Yes.                                          10:51:51

11        Q.   And does the ████████   ██████ have  ██

         ████████████████████████████████████████

13             MR. FALCONER:  Objection.  Beyond the

14    scope.

15             But go ahead, Mike.                           10:52:02

16             THE DEPONENT:  I -- I don't know.

17        Q.   (By Ms. Weaver)  Do you know who would

18    know?

19        A.   I would -- I would refer to the law

20    enforcement response team to be able to answer that   10:52:16

21    question.

22        Q.   Okay.

23             Looking a little lower on this page, do

24    you see where it says "Note:  In ███████████,

25    Facebook preserved █████████████████ across           10:52:27
```

CONFIDENTIAL

```
 1   ████████████████████████████ for the          10:52:32

 2   ██████████████████████████

 3        Do you see that?

 4   A.   I do.

 5   Q.   What's your understanding of what          10:52:43

 6   ████████████████ with regard to these

 7   ████████████?

 8   A.   If any of the named plaintiffs were

 9   ██████████████████████████████ were

10   ████████████████████, and if any of the        10:53:06

11   named plaintiffs ████████████████, those

12   were also ████████████████████.

13   Q.   And for clarity, when you say "named

14   plaintiffs," you mean the individuals listed above

15   in that box; is that correct?                   10:53:29

16   A.   That's correct.

17   Q.   And were those ████████████████████

██   ██████████ in this action?

19        MR. FALCONER:  Objection.  Beyond the

20   scope of the notice.                            10:53:41

21        THE DEPONENT:  ████████████████

██   ████████████████ ████████████████████

23   in -- in this litigation.

24   Q.   (By Ms. Weaver)  And, again, you're not

25   ████████████████████████ that would ████        10:53:55
```

Page 59

CONFIDENTIAL



```
 1                                 ; is that right?          10:53:58

 2            MR. FALCONER:  Same objection.

 3            THE DEPONENT:  No, I'm not.

 4       Q.   (By Ms. Weaver)  And

 5                that you referred to there, those were   10:54:15

 6                                 ; is that correct?

 7       A.   Yes, that's correct.

 8       Q.   Were similar

                                   ?

10       A.        On              ,  we

                                              .

12       Q.   So how did the

                         differ from the

                                   

15       A.   In              ,  we

                        In the           we

                                   for which the

                                   

                         

20       Q.   And when you say "             ,"  what      10:55:30

21           are you referring to?

22            MR. FALCONER:  Objection.  Form.

23            THE DEPONENT:  I don't know.

24       Q.   (By Ms. Weaver)  Who would know?

25       A.              would be able to provide    10:55:50
```

Page 60

CONFIDENTIAL

```
 1    that information.                                    10:55:52

 2         Q.   Why were the ████████████████████

      ███████ in the ████████████████

 4              MR. FALCONER:  And, Mr. Duffey, I'll just

 5    caution you:  If you can answer that question        10:56:02

 6    without revealing anything privileged, do so, but

 7    if you can't, please don't answer the question.

 8              THE DEPONENT:  I can't answer that

 9    question.

10         Q.   (By Ms. Weaver)  To be clear, when you     10:56:13

11    testified that the ██████████████████ were

12    ████████████████, do you mean the ██████████ or do

13    you mean something different?

14         A.   I don't -- I don't understand the

15    question.                                            10:56:34

16         Q.   Me either.

17              What did you mean when you -- when you

18    wrote -- when you said that ████████████████████ of

19    ████████████ in ██████████████████ what does "user

20    accounts" mean?                                      10:56:45

21         A.   The -- the Facebook account of the named

22    plaintiffs.

23         Q.   And is what contained in a user account

24    ████████████████████████████████████████████

25              MR. FALCONER:  Objection.  Form.           10:57:04
```

Page 61

CONFIDENTIAL



```
 1           THE DEPONENT:  I understand that there      10:57:22

 2    may be █████████████████████████████████████████

 3    a Facebook user account is ████████████████████████

 4    what is ████████████████████  a Facebook user, but

 5    I don't know ██████████████████████████  My          10:57:47

 6    understanding is they █████████████████████████████████

      ██████████████  --  ██████████████████████████ .

 8       Q.   (By Ms. Weaver)  Okay.  I'm a little

 9    confused by what you mean by "user accounts" and

10    the ████████████████████████████                     10:58:08

11           Are you using those terms to be

12    synonymous or are they different?

13       A.   Well, DYI is the -- the tool that allows

14    Facebook users to download their information.

15    ██████████████████████████████████████████           10:58:38

16    Facebook ████████████████████████████  to

17    Facebook accounts, user accounts.

18           So I am -- when I say "user account,"

19    I'm -- I'm referring to the Facebook account of the

20    named plaintiffs.                                     10:59:01

21       Q.   So I apologize for being thick.  I'm just

22    trying to get this clear for the record.

23           When you say that there was ████████████████

24    user accounts ██████████████████ , was that ███████████

      ██████████████?                                       10:59:14
```

Page 62

```
1        A.   No, it was not.  The -- the -- I have        10:59:18

2    a -- on my other -- another page of notes.  I have

3    a table that was -- that provides the detail of

4    when ████████████████████████████████

5        Q.   And that's at page ending -3257 in         10:59:44

6    Exhibit 386; is that correct?

7        A.   That's correct.

8        Q.   So where it says "DYI currently eight

9    named plaintiffs" and then there's a table

10   underneath that, that table reflects when DYI         11:00:01

11   snapshots were taken; is that correct?

12       A.   That's correct.

13       Q.   So looking back at the page ending ██████

14   and there's a███████████████████████████████

█    ████████████████████████████████████; is that        11:00:19

16   correct?

17       A.   That's correct.

18       Q.   Okay.

19            And looking back at page -3257, has

20   Facebook produced all of the snapshots identified     11:00:33

21   here taken with the DYI tool?

22            MR. FALCONER:  Objection.  Beyond the

23   scope of the notice.

24            THE DEPONENT:  I don't know.

25       Q.   (By Ms. Weaver)  Who would know?            11:00:54
```

Page 63

```
 1        A.   I -- I could find out that information.          11:01:05

 2   I just don't know that sitting here.  Counsel for

 3   Gibson Dunn could -- could also get that

 4   information.  Our E-discovery team would know.  I

 5   just -- I just don't know the answer to that          11:01:17

 6   question as I sit here.

 7        Q.   Okay.

 8             And do you see that in your notes here,

 9   you refer to "TAO," the associations and objects

10   database?                                             11:01:41

11        A.   Yes.

12        Q.   Is it fair to call it a database?

13        A.   I don't know.  I don't know if it would

14   be called a database.

15        Q.   Let's call it a data source.  Fair         11:01:53

16   enough.

17             Do ████ DYI ██████████████████████

██        ████████████

19        A.   ████████████████████.

20        Q.   Do they ██████████████████████████  ███████████

██   ████████████?

22        A.   I think I mentioned this before.  My

23   understanding is that ████████████████████████

██   ██████████████████████████████████████

██   ██████████████  So -- so █████  I -- I ██████████     11:02:53
```

                                                      Page 64



1  ███████████████████████ I ██         ████████

██ █████████████████████████ I -- or

3  █████████████████████████████████

██ ██████████████████████

5       Q.   And do you see on page -3258 you've got a        11:03:28

6   heading "Facebook can remove objects and

7   associations," and then there's a bullet point that

8   says "Facebook deprecates products and features,

9   and objects and associations would be deleted when

10  this happens"?                                            11:03:51

11       Do you see that?

12       A.   Yes.

13       Q.   What does "deprecate" mean, for the

14  record?

15       A.   No longer available for use.                    11:04:05

16       Q.   And below that it says "████████████

██ ██████████████████████████

██ ████████

19       Do you see that?

20       A.   Yes, I do.                                      11:04:17

21       Q.   What does that mean?

22       A.   So if -- if -- if a ████████ whether ██

██ █████████████████ was ███████████████

██ ████████████████████████ then that

25  █████████████████████████ --                             11:04:46

                                                    Page 65

CONFIDENTIAL



```
 1    the ██████████████████████                        11:04:48

 2              After deprecation, if ████████████████

      ███████████████████████████████████████████████

      ██████████████████████████████████████████

 5        Q.   And looking at the chart at -3257 under   11:05:06

 6    DYI, there it says "user accounts January 23,

 7    2020."

 8              Do you see that?

 9        A.   Yes.

10        Q.   And that reflects when the DYI snapshots   11:05:24

11    occurred, correct?

12        A.   That is the first day in which a DYI

13    snapshot occurred.

14        Q.   And do you know why ██████████████████████

15    ██████████ also ███████████████████████████?        11:05:40

16              MR. FALCONER:  Same instruction as

17    before, Mr. Duffey, not to reveal any privileged

18    conversations or privileged information you may

19    have in the course of answering that question.

20              THE DEPONENT:  I can't answer that        11:06:01

21    question.

22        Q.   (By Ms. Weaver)  Do you know of ██████

23    ████████████████  why the ███████████████████████

      ███████████████████████████████████████

25        A.   No.                                        11:06:16
```

Page 66

CONFIDENTIAL

```
 1        Q.    And by that, you understand I mean like a        11:06:17

 2    ████████████████ to ███████████████ the

 3    █████████   Is that fair?

 4        A.    That's fair.

 5        Q.    Okay.                                             11:06:24

 6              So we were talking a moment ago about

 7    objects and associations, and then I'll refer you

 8    back to the bullet point below the one we just read

 9    where it says "preserved if data captured in Hive

10    placed on legal hold."                                      11:06:45

11              Do you see that?

12        A.    Give me one second.

13        Q.    Sorry.  It's the third bullet point down.

14        A.    Yes, I see it.

15        Q.    What is Hive?                                     11:07:04

16        A.    I'm going to refer to my notes.

17              Hive is a -- a data warehouse that

18    captures and stores data about its products and

19    services, also user activity for analytics

20    purposes.                                                   11:07:33

21        Q.    And are you looking at page -3258 of

22    Exhibit 386?

23        A.    Yes, I am.

24        Q.    And how did you develop your

25    understanding of what Hive is?                              11:07:53
```

Page 67

1      A.   My understanding of Hive has evolved over      11:08:02

2    time, since I started working at the company in

3    2017.   I also had some discussions with our data

4    science team in preparation for this deposition.

5    Because I'm not a data scientist or a computer        11:08:24

6    science engineer, I thought it would be helpful to

7    prepare notes about -- about Hive and what it is.

8      Q.   And when you say the -- the data

9    scientists you're referring to are Maggie Ji and

10   Gerardo Zaragoza; is that right?                      11:08:47

11     A.   That's correct.

12     Q.   And did you develop your understanding of

13   Hive in preparation for this deposition by speaking

14   with anyone other than them?

15     A.   Can you repeat the question.                   11:09:03

16     Q.   Sure.

17          Are those the only two people that you

18   conferred with regarding Hive in preparation for

19   your deposition?

20     A.   That's correct.                                11:09:13

21     Q.   And going back to the bullet point that I

22   referred to -- it's three down on -3257.

23          Do you see the one that says "preserved

24   if data captured on Hive placed on legal hold"?

25     A.   Yes.                                           11:09:42

Page 68

CONFIDENTIAL

```
 1        Q.   Can you identify which data in Hive was          11:09:42

 2   placed on legal hold for this case?

 3        A.   No, I can't.

 4        Q.   Can anyone?

 5        A.   Can you -- can we go back two questions          11:10:09

 6   ago?  Just so I -- I understand the question.

 7        Q.   Yeah.  No problem.

 8             Let me try it this way.  Was any data in

 9   Hive placed on legal hold for this case?

10        A.   Yes.                                             11:10:33

11        Q.   What data in Hive was placed on legal

12   hold for this case?

13        A.   I understand that there are ██ Hive

14   tables placed on legal hold for the

15   Cambridge Analytica matter.  We don't maintain a          11:10:51

16   description or -- a description of the fields or

17   Hive tables that have been placed be on hold.

18   If -- if I were to -- you know, needed to

19   understand what data from those ██ tables, that

20   would be a -- a question for the E-discovery data         11:11:34

21   science team.

22        Q.   It is possible for Facebook to identify

23   those ██ Hive tables, correct?

24        A.   Yes.  Our data science team could

25   identify those tables.                                    11:11:53
```

Page 69

CONFIDENTIAL

```
1          Q.   And do you know how those Hive tables        11:11:55

2     were selected?

3               MR. FALCONER:  And, again, Mr. Duffey,

4     same -- same instruction about not revealing

5     anything privileged in the course of your answer.      11:12:08

6               THE DEPONENT:  In general, similar to

7     identifying custodians relevant to a matter.

8     Our -- our in-house and outside counsel conducts

9     custodian interviews to -- to help identify

10    relevant Hive tables to be placed on legal hold.       11:12:30

11         Q.   (By Ms. Weaver)  When were the Hive

12    tables that we have been the discussing, the  ███  --

13    ███  placed on legal hold?

14         A.   I -- I don't have the answer to that.

15         Q.   Who would know?                               11:13:00

16         A.   That would be a question for the -- the

17    E-discovery data science team.

18         Q.   Looking at your notes here the last page

19    ending at -3259, there's a square bullet point that

20    says "iData allows searching for Hive tables and       11:13:21

21    indicates if table is on hold."

22               Do you see that?

23         A.   Yes.

24         Q.   So is iData a tool?

25         A.   I don't know.  I don't know if -- if --      11:13:39
```

Page 70

CONFIDENTIAL

1    it's a appropriate to describe it as -- as a tool.          11:13:42

2    But it -- it allows the ability to determine if

3    a -- if a specific Hive -- Hive table is on legal

4    hold.

5        Q.   Do you see above that there's a square          11:14:07

6    bullet point that says "stops partitions from being

7    deleted or modified, archived into a secured area

8    and hold storage"?

9             Do you see that?

10       A.   Yes.                                              11:14:19

11       Q.   What does it mean to stop a partition

12   from being deleted or modified?

13       A.   So one way would I describe a partition i

14   it's -- it's a set -- set amount of data within a

15   legal hold.                                                11:14:41

16            So Hive data can be updated every single

17   day, and a partition can be described as that --

18   you know, a single day or a, you know, Hive table

19   of data going into a Hive table.

20            What the legal hold process does is it           11:15:08

21   prevents a partition from being deleted or modified

22   before -- or it prevents it and puts that data into

23   cold storage before the data gets deleted or

24   modified pursuant to, you know, the retention

25   period that the table owner, the Hive table owner,       11:15:34

Page 71

CONFIDENTIAL

```
 1    sets.                                          11:15:37

 2         Q.   And then it says "archive into a secured

 3    area in cold storage."

 4              Do you see that?

 5         A.   Yes.                                 11:15:54

 6         Q.   So does the legal hold archive the data

 7    in Hive into cold storage?

 8              MR. FALCONER:  Objection.  Form.

 9              THE DEPONENT:  Can you repeat the

10    question.                                      11:16:17

11         Q.   (By Ms. Weaver)  Does the legal hold

12    cause the data to be archived into a secured area

13    in cold storage?

14         A.   Yes.

15         Q.   And what is cold storage?           11:16:35

16         A.   I don't know if I can provide the

17    definition of what cold storage is, but I -- but

18    that -- that is the storage space for which we put

19    legal hold Hive -- Hive data that is on legal hold

20    to prevent it from being deleted or modified.   11:17:07

21         Q.   And so for the ▮▮ tables that Facebook

22    put into cold storage for this case, the tables

23    themselves that were not put into storage are being

24    constantly overwritten; is that right?  Like

25    there's a copy that was put in cold storage and   11:17:33
```

Page 72

CONFIDENTIAL

```
 1   then there's sort of the active table; is that        11:17:35

 2   right?

 3            MR. FALCONER:  Objection.  Form.

 4            THE DEPONENT:  I'm not sure I understand

 5   the question.                                          11:17:47

 6        Q.   (By Ms. Weaver)  I'm going to ask a bunch

 7   of bad questions to try to get to a good clear one,

 8   because I don't really understand.

 9            So the act of putting a legal hold on a

10   table, does that a snapshot or make a replica that     11:17:56

11   is then put into cold storage?

12        A.   It would -- it would take data from the

13   Hive table that would be -- for instance, scheduled

14   to be deleted or anonymized and put the partition

15   into cold storage before that data were to be          11:18:24

16   deleted, scheduled to be deleted at -- on the

17   timetable that is set by the table owner.

18        Q.   And you don't know when these ▉ Hive

19   tables were put on legal hold; is that right?

20        A.   I don't know the dates of when ▉ --         11:18:50

21   when the tables were put on legal hold, no.

22        Q.   But that is something that Facebook could

23   tell us; is that right?

24        A.   I believe the E-discovery data science

25   team could provide that information, yes.             11:19:04
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              MS. WEAVER:  And, Mr. Falconer, we're        11:19:06

 2    going to ask for that information.

 3              MR. FALCONER:  Yeah -- yeah.  Let's talk

 4    about that after the deposition, given the volume,

 5    so -- but yeah, understood.                           11:19:12

 6        Q.   (By Ms. Weaver)  For -- and this is the

 7    piece that I'm not asking good questions about and

 8    I want to understand.

 9              So data is put in cold storage.  Do -- do

10    some version of those tables continue to exist that   11:19:26

11    is overwritten and used such that if you went to

12    the existing operative table, the one that is not

13    in cold storage, it will not contain data that the

14    tables in cold storage contain?

15        A.   Potentially, yes.  For example, if a         11:19:45

16    table has user identifiable information, like an

17    email address of the user, that information can

18    only be retained up to 90 days, and so -- and

19    that's where I was talking about a partition.  So

20    if -- if the -- if the data were scheduled to be      11:20:25

21    deleted on the 90th day, the legal hold would take

22    that partition and put it in cold storage before

23    that active Hive table data gets deleted.

24        Q.   I know you said you don't know, but I'm

25    just going to ask to see if I can jog your memory.    11:20:51
```

Page 74

```
1              Do you know if these Hive tables were put        11:20:54

2    on hold in 2018?

3              MR. FALCONER:  Objection.  Form.

4              THE DEPONENT:  I -- I couldn't give you

5    an accurate answer without, you know, consulting        11:21:15

6    with the data science team on that.

7         Q.   (By Ms. Weaver)  Do you know what year

8    roughly the Hive tables were put on hold?

9              MR. FALCONER:  Objection.  Form.

10             THE DEPONENT:  We're talking about ███        11:21:39

11   Hive tables.  I would imagine that Hive tables were

12   put on legal hold starting in 2018 and have,

13   you know, as additional -- you know, again, as

14   additional Hive tables are identified relevant to a

15   matter, we work with our -- our in-house and        11:22:04

16   outside counsel and our data science team and

17   E-discovery to place those Hive tables on legal

18   hold.

19             When those occurred across the ███ I

20   can't tell you.        11:22:27

21        Q.   (By Ms. Weaver)  Do you know if any Hive

22   table was put on legal hold in 2018?

23        A.   Specific to Cambridge Analytica?

24        Q.   Yes.

25        A.   Yes, I believe so.        11:22:48
```

Page 75

```
1         Q.   Do you know which ones?                    11:22:50

2         A.   I don't.

3         Q.   And why do you say "yes, I believe so"?

4         A.   So I -- I've been working on

5    Cambridge Analytica matters since March 2018.  I'm    11:23:10

6    just thinking back to that time and -- and,

7    you know, recall outside counsel working with

8    E-discovery data scientists at the time.  So

9    that's -- that's the extent of like my memory about

10   that.                                                 11:23:40

11        Q.   Who were the E-discovery data scientists

12   involved in this process in 2018?

13        A.   Gerardo Zaragoza.

14        Q.   Anyone else?

15        A.   We were a much smaller team at the time.   11:24:14

16   Gerardo is the one that comes to mind that -- that

17   was employed and working in the E-discovery team at

18   the time.

19        Q.   Thank you.

20             Do you see the bullet point where you      11:24:41

21   wrote "teams are informed about a Hive table on

22   hold"?

23        A.   Yes.

24        Q.   What do you mean by "teams"?

25        A.   The -- I -- I meant by "teams" is the      11:24:54
```

Page 76

1   table owner.                                                11:24:58

2       Q.   And how were they informed?

3       A.   My understanding from discussions with

4   Maggie Ji is that an email notification goes out to

5   the table owners that a Hive table is placed on          11:25:17

6   hold.

7           There are other ways where table owners

8   or people with access to a Hive table can receive a

9   notification.  For instance, in that iData space,

10  you can see if a Hive table is on legal hold.            11:25:45

11          I also understand that if a Hive owner

12  were to modify data within -- within a table that

13  there would be a -- a notification that that table

14  is on legal hold and that data cannot be modified

15  or deleted.                                               11:26:15

16      Q.   Thank you.  That's very helpful.

17          Is it fair to say, then, that these  ███

18  Hive tables can be searched by UID?

19          MR. FALCONER:  Objection.  Form.

20          THE DEPONENT:  I don't know the answer to         11:26:31

21  that.

22      Q.   (By Ms. Weaver)  Do you see where the

23  bullet point on the last page, second from the top,

24  says "UII 90 days maximum.  Longer than 90 days UII

25  has to be deleted.  RID replaces UID."                   11:26:48

Page 77

```
 1                 Do you see that?                    11:26:53

 2        A.   Uh-huh.  I do.

 3        Q.   So is one reason that these tables were

 4   put on legal hold was to prevent the process by

 5   which RID replaces UID?                           11:27:02

 6             MR. FALCONER:  Mr. Duffey, same caution

 7   about not revealing any privileged information or

 8   privileged communications in answering that

 9   question.

10             THE DEPONENT:  I don't know the answer to   11:27:21

11   that question.

12        Q.   (By Ms. Weaver)  By putting this table on

13   legal hold, did that prevent UIDs from being

14   replaced by RIDs?

15        A.   If a UID is present within any of these    11:27:37

16   tables on legal hold, yes.

17        Q.   And you're familiar with the Hive Anon

18   process; is that right?

19        A.   A little bit, yes.

20        Q.   Okay.  And the Hive Anon process is the    11:27:57

21   process we were just discussing where RID replaces

22   UID; is that correct?

23        A.   Yes.

24        Q.   And so legal hold prevents the Hive Anon

25   process from operating; is that right?            11:28:12
```

Page 78

CONFIDENTIAL

```
  1          A.   If that -- if that -- it was one of the,    11:28:16

  2     you know -- one of the -- you know, it really

  3     depends on -- on the Hive table, the reason why

  4     we're placing on legal hold.  Potentially yes.  I

  5     just can't give you an answer specific to any of     11:28:33

  6     these ███ tables on legal hold.

  7          Q.   Do you know in general if the ███ tables

  8     on legal hold include the Hive tables that are most

  9     frequently in use?

 10              MR. FALCONER:  Objection.  Form.            11:28:58

 11              THE DEPONENT:  There's upwards of, I

 12     think, █████████ Hive tables.  I -- I don't know.

 13     I don't know what you mean by "most frequently in

 14     use."  But I also don't think I would be able to

 15     answer that question, because I -- I don't know      11:29:23

 16     the, you know, specifics of -- of the ███ tables on

 17     legal hold for this matter.

 18              MS. WEAVER:  Okay.

 19              I think we can take a break now.  It's

 20     been about an hour.                                  11:29:47

 21              MR. FALCONER:  Sure.

 22              THE VIDEOGRAPHER:  Okay.  And we're off

 23     the record.  It's 11:29 a.m.

 24              (Recess taken.)

 25              THE VIDEOGRAPHER:  Okay.  We're back on      11:42:06
```

```
 1    the record.  It's 11:42 a.m.                      11:42:07

 2        Q.   (By Ms. Weaver)  Mr. Duffey, in your

 3    testimony just a moment ago, we were talking about

 4    the effect of legal hold on Hive tables.

 5             Do you recall that?                       11:42:19

 6        A.   Yes.

 7        Q.   And what do you mean by a "legal hold"?

 8        A.   A legal hold is a preservation step that

 9    the E-discovery team undertakes to preserve

10    relevant Hive table data related to a matter.      11:42:44

11        Q.   Okay.  And looking back at Exhibit 385,

12    there is a definition of a "legal hold notice" on

13    the second page of that document ending at Bates

14    number -490.

15             Do you see that?                          11:43:08

16        A.   I do.

17        Q.   And it says "a legal instruction to

18    preserve and not delete, destroy, or otherwise

19    modify relevant information relating to a legal

20    matter."                                           11:43:26

21             Do you see that?

22        A.   Yes.

23        Q.   And when you were referring to legal hold

24    and when you're referring to legal hold in

25    Exhibit 386, do you mean a legal hold notice?      11:43:38
```

1      A.   No.  I -- I had understood your line of                11:43:45

2   questioning to be specific to Hive -- Hive tables.

3   A legal hold notice is -- is something -- is not

4   what I was referring to when I was answering your

5   questions about Hive.                                           11:44:02

6      Q.   Okay.  So you testified that Exhibit 385

7   is the current legal hold policy, and there was no

8   formal legal hold policy at Facebook until March of

9   2020; is that correct?

10      A.   I'm just looking at -- at Exhibit 385.                 11:44:28

11   It indicates that this policy was first posted on

12   June 10th, 2020.  I'm not sure where we're getting

13   that March date.

14      Q.   Okay.  Fine.  I stand corrected.

15           So the first legal hold policy at               11:44:47

16   Facebook at any point in time was June 10th, 2020;

17   is that right?

18      A.   That is my understanding, yes.

19      Q.   And then in Exhibit 386, when you're

20   referring to the legal hold on the Hive tables,           11:45:08

21   does that mean this legal hold policy such that the

22   legal hold could not have happened prior to

23   June 10th, 2020?

24      A.   No.

25      Q.   Okay.  That's why I'm asking.                    11:45:25

Page 81

```
 1          A.   Yeah.                                       11:45:27

 2          Q.   So when you were -- yeah.  Let me ask the

 3     question again and then you can --

 4               So in Exhibit 386, when you were

 5     referring to the legal hold place had on Hive        11:45:33

 6     tables, what do you mean?

 7          A.   That is the actual preservation step

 8     taken by the E-discovery team at the direction of

 9     legal counsel to preserve the -- the relevant data

10     contained within those Hive tables.                  11:45:55

11               So that's what I mean by -- by legal

12     hold.

13          Q.   And looking again at 386, that page

14     ending at Bates number 3256, you wrote

15     "Cambridge Analytica legal hold 469 total            11:46:14

16     custodians on hold as of May 31, 2022."

17               Do you see that?

18          A.   Yes.  One second.

19               I do, yes.

20          Q.   And that's referring to the legal hold     11:46:31

21     notice; is that right?

22          A.   That's correct.

23          Q.   And is that the same legal hold notice or

24     one of them that may have triggered the legal hold

25     in the ███ Hive tables?                              11:46:45
```

Page 82

```
 1        A.   No.  It's -- it's a separate action.  The        11:46:54

 2    legal hold notice is -- is sent through a -- a tool

 3    that -- that the E-discovery case managers have

 4    access to called "Legal Hold Pro."  The legal holds

 5    that are done within Hive are -- are done,            11:47:16

 6    you know, separately.

 7        Q.   And those are done by the data science

 8    team; is that right?

 9        A.   The preservation of Hive data tables

10    using legal hold is done by our E-discovery data        11:47:37

11    science team.

12        Q.   Is there a similar procedure for legal

13    holds to be placed on TAO?

14        A.   My understanding is that ████████████

      ██████████████████████████████████████        ████████

      ████████████████████████████████████████

      ████████████████████████████

18        Q.   With regard to the named plaintiffs'

19    data, has Facebook done anything other than take

20    the snapshots identified in Exhibit 386?            11:48:34

21        MR. FALCONER:  Objection.  Form.

22        THE DEPONENT:  We, as I mentioned, have

23    put ███ Hive -- Hive tables on legal hold.  We also

24    have a legal hold notification that goes to -- has

25    gone to ███ custodians.                              11:49:12
```

Page 83

```
 1          So -- so I think more has been done other        11:49:20
 2    than ██████████████████████████████
 3          Q.   (By Ms. Weaver)  So to be clear, the
 4    actions taken by Facebook in addition to the
 5    ████████████████████████  is to put the ███  Hive    11:49:45
 6    tables on legal hold and a legal hold notice has
 7    gone to ███  Facebook custodians, correct?
 8          A.   As of -- as of May 31st, 2022, that's
 9    correct.
10          Q.   And is there anything else Facebook has   11:50:05
11    done to preserve the named plaintiffs' data other
12    than the snapshots and putting the Hive tables in
13    cold storage?
14          MR. FALCONER:  Objection.  Form.
15          THE DEPONENT:  I'm -- I'm not aware of         11:50:40
16    all the places to -- for which named plaintiff data
17    is stored within, you know, Facebook's internal
18    systems.  Unless a user were to delete their
19    account, we would have potentially additional named
20    plaintiff data in our internal -- some of our        11:51:13
21    internal tools and systems.
22          Q.   (By Ms. Weaver)  Which internal tools and
23    systems are you referring to that might also
24    contain named plaintiff data?
25          A.   There is a -- a tool called "SRT."  It's  11:51:41
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the single -- it stands for -- I think "single | 11:51:46 |
| 2 | review tool," which contains information related to | |
| 3 | users and activities of users. | |
| 4 | There is an -- another sort of -- what we | |
| 5 | describe as an investigative tool called "Centra" | 11:52:07 |
| 6 | which we -- Facebook personnel with access to | |
| 7 | Centra could obtain information related to Facebook | |
| 8 | users. | |
| 9 | Those -- those are the two main ones that | |
| 10 | come to mind for me.  Again, I -- I -- I'm not sort | 11:52:54 |
| 11 | of familiar with all internal tools that contain | |
| 12 | user data, but those are two main ones that I'm | |
| 13 | familiar with. | |
| 14 | Q.   Thank you. | |
| 15 | With regard to SRT, or the single review | 11:53:11 |
| 16 | tool, is information available through SRT that is | |
| 17 | not captured through the DYI tool ▆▆▆▆▆▆▆ | |
| ▆ | ▆▆▆▆▆▆▆▆▆▆? | |
| 19 | A.   That -- that is a tough question to | |
| 20 | answer.  The -- the ▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆ | |
| ▆ | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ | |
| ▆ | ▆▆▆▆▆▆▆▆ that question. | |
| 23 | Q.   And you said Centra is an investigative | |
| 24 | tool.  What did you mean by that? | |
| 25 | A.   It's -- it's a tool that, you know, | 11:54:14 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | specific teams -- for instance, I have access to | 11:54:20 |
| 2 | Centra and can -- if I have the appropriate UID | |
| 3 | information can look up some basic information | |
| 4 | pertaining to an individual Facebook user. | |
| 5 | Q.   And when you say "basic information," | 11:54:50 |
| 6 | what do you mean? | |
| 7 | A.   For instance, registration date, email | |
| 8 | address used to -- or phone number used to sign up | |
| 9 | for an account.  There are links to posts and | |
| 10 | messages.  There are -- could be information about | 11:55:24 |
| 11 | a user if they have, for instance, an -- an ads | |
| 12 | account or an Instagram account, that basic | |
| 13 | information tied to that Facebook user would also | |
| 14 | be, you know, present in Centra. | |
| 15 | Q.   Does Centra make accessible information | 11:55:57 |
| 16 | not available in -- through the DYI ███████████ | |
| | ██████ | |
| 18 | A.   ██████████████ | |
| 19 | Q.   When did SRT first come into use? | |
| 20 | A.   I want to say 2017, but -- but I'm not | 11:56:39 |
| 21 | certain on that. | |
| 22 | Q.   And when did Centra first come into use? | |
| 23 | A.   I don't know. | |
| 24 | Q.   Was it within the last three years? | |
| 25 | A.   I -- I have -- I don't know. | 11:56:58 |

Page 86

CONFIDENTIAL

1      Q.   When did you first get access to Centra?        11:57:00

2      A.   I think it was pre-COVID, so 2021 -- or

3   no.  Excuse me.  2019, early 2020.

4      Q.   Time has flown, hasn't it?

5           With regard to SRT --                           11:57:38

6      A.   Or stopped.

7      Q.   Something, right?  It's in cold storage.

8           With regard to SRT, is that searchable by

9   UID or user name?

10     A.   Centra is -- I don't know if SRT is -- is      11:58:15

11  searchable by that way.

12     Q.   How does SRT search in general?

13     A.   As I mentioned, there are different

14  pillars that use SRT, so like depending on the

15  pillar, that search capability could be different.      11:58:41

16  I haven't attempted to run any searches in SRT

17  for -- for a while, so I -- I don't -- I don't know

18  all of the fields or information required to search

19  within SRT.

20     Q.   Okay.  And when you say "different            11:59:03

21  pillars," what do you mean?

22     A.   So, for instance, the research team has a

23  pillar within SRT.  I know that privacy operations

24  has a pillar within SRT.  The one that I was

25  thinking about was the pillar for community            11:59:37

Page 87

CONFIDENTIAL

1    operations, that instance within SRT.                    11:59:45

2        Q.   And so when I asked where named plaintiff

3    data might reside and you responded thinking about

4    SRT, was that because you thought named plaintiff

5    data might be in community operations?                    12:00:04

6        A.   In -- that's correct.

7        Q.   And how would you search for a named

8    plaintiff data in community operations?

9             MR. FALCONER:  Objection.  Beyond the

10   scope.                                                    12:00:17

11            But go ahead.

12            THE DEPONENT:  I don't know that I would

13   go into SRT to search for specific named plaintiff

14   data.  The Centra tool is -- is where I would run a

15   search for user -- you know, if I had user            12:00:39

16   identifiable information, and then there could be

17   links to SRT through Centra.  And so that -- that

18   is the way that I would think about navigating

19   between those two tools.

20       Q.   (By Ms. Weaver)  And how long does it        12:01:08

21   take to run a search in Centra for one person?

22            MR. FALCONER:  Objection.  Form.

23            THE DEPONENT:  If I had -- I'm sorry.

24            MR. FALCONER:  No.  Go ahead.

25            THE DEPONENT:  It depends.  If I have        12:01:24

Page 88

```
 1    exact information about a particular user, the        12:01:28

 2    search is -- is -- is, you know, within seconds.

 3         Q.   (By Ms. Weaver)  And do you know if

 4    Centra searches have been run for the named

 5    plaintiffs in this case?                              12:01:49

 6              MR. FALCONER:  Objection.  Beyond the

 7    scope.

 8              THE DEPONENT:  I don't know.  I don't

 9    know.

10         Q.   (By Ms. Weaver)  And clarifying question.   12:02:10

11              Is Centra a tool or is it also a

12    repository of named plaintiff data?

13              MR. FALCONER:  Objection.

14              THE DEPONENT:  I would describe it as a

15    tool.                                                 12:02:24

16              MR. FALCONER:  I want to get the

17    objection on the record.

18              This is beyond the scope of the notice.

19              But go ahead.

20              MS. WEAVER:  Sorry, Russ.                   12:02:30

21              MR. FALCONER:  It's okay.

22         Q.   (By Ms. Weaver)  And what data sources do

23    Centra and SRT search?

24              MR. FALCONER:  Same objection.

25              THE DEPONENT:  I don't know.               12:02:44
```

Page 89

1     Q.   (By Ms. Weaver)  And do you know if the     12:02:44

2    data sources that Centra and SRT search were

3    preserved?

4          MR. FALCONER:  Same objection.

5          THE DEPONENT:  Barring a user deleting     12:03:04

6    their -- their account, that information would be

7    preserved or retained within either Centra or SRT

8    without having to, you know, proactively take steps

9    to -- to preserve that information.

10     Q.   (By Ms. Weaver)  I think I'll come back     12:03:54

11    to that.

12          For the record, no snapshots were taken

13    for any named plaintiff between January 23rd,

14    2020 -- I'm sorry.  Let me ask the question again.

15          There were no snapshots taken for named     12:04:08

16    plaintiffs between March 9, 2020, and March 15,

17    2022; is that correct?

18     A.   I think there -- there are some

19    exceptions to that.  For instance, Bridgett Burke

20    had, you know, two accounts.  It looks like Terry     12:05:05

21    Fischer, a snapshot in DYI was taken on April 20th,

22    2020.

23          So -- so Terry Fischer and Bridgett Burke

24    are two exceptions.  All other named plaintiffs

25    that -- that -- you're correct.     12:05:38

| | | |
|---|---|---|
| 1 | Q.   Is Facebook intending to take snapshots | 12:05:42 |
| 2 | now on a monthly basis going forward? | |
| 3 | MR. FALCONER:  Objection.  Beyond the | |
| 4 | scope of the notice. | |
| 5 | THE DEPONENT:  I don't know. | 12:05:54 |
| 6 | MS. WEAVER:  I think, Russ, we'd like to | |
| 7 | know what Facebook's intentions are with ongoing | |
| 8 | preservation, and I think that's within the scope | |
| 9 | of the notice. | |
| 10 | But we can talk about it later. | 12:06:09 |
| 11 | Q.   (By Ms. Weaver)  Okay.  So returning back | |
| 12 | again to Exhibit 385. | |
| 13 | Do you see where it defines "relevant | |
| 14 | information" in this document? | |
| 15 | A.   Yes. | 12:06:35 |
| 16 | Q.   And it defines relevant information as | |
| 17 | "ESI, hard copy documents, and/or other tangible | |
| 18 | materials that are identified as being relevant to | |
| 19 | a legal matter." | |
| 20 | Do you see that? | 12:06:47 |
| 21 | A.   I do. | |
| 22 | Q.   And was that the type of relevant | |
| 23 | information subject to the legal holds issued in | |
| 24 | this case, beginning with the first one that was | |
| 25 | issued on March 22nd, 2018? | 12:07:06 |

Page 91

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    Can you repeat the question, please. | 12:07:16 |
| 2 | Q.    Is the definition of "relevant | |
| 3 | information" set forth in Exhibit 385 consistent | |
| 4 | with the relevant information for which Facebook | |
| 5 | applied the -- the legal hold for this case that | 12:07:33 |
| 6 | was first sent on March 22nd, 2018? | |
| 7 | A.    I haven't reviewed the legal hold notice | |
| 8 | for this case in preparation for my deposition. | |
| 9 | But I can say that all legal hold notices sent by | |
| 10 | the E-discovery team for whatever matter instructs | 12:08:03 |
| 11 | the custodians to preserve and not delete any | |
| 12 | information relevant to a matter. | |
| 13 | Q.    Why haven't you reviewed the legal hold | |
| 14 | notice sent in this matter? | |
| 15 | MR. FALCONER:  So I'm going to just | 12:08:26 |
| 16 | caution Mr. Duffey not to reveal contents of any | |
| 17 | conversations you had with counsel about that, and | |
| 18 | so if all you know is what you learned from | |
| 19 | counsel, you should refuse to answer the question. | |
| 20 | If there's anything else you know that's not | 12:08:41 |
| 21 | privileged, you can share that. | |
| 22 | THE DEPONENT:  I can't answer that | |
| 23 | question. | |
| 24 | Q.    (By Ms. Weaver)  Okay.  And looking at | |
| 25 | Exhibit 386, you wrote that there were six | 12:08:52 |

Page 92

CONFIDENTIAL

```
 1    different versions of the legal hold notice sent        12:08:55

 2    relating to this action; is that correct?

 3         A.    Correct.

 4         Q.    And when you say "Cambridge Analytica

 5    legal hold," that means this case; is that right?       12:09:08

 6         A.    It means this case, the multi-district

 7    litigation, but also means the various state AG

 8    matters, the -- you know, proceeding FTC

 9    investigation.  It's a, you know, overarching legal

10    hold related to Cambridge Analytica, and so...         12:09:36

11         Q.    When you say "related to

12    Cambridge Analytica," what's the subject matter of

13    the legal hold notice?

14              MR. FALCONER:  So, Mr. Duffey, I will

15    again just caution you not to reveal anything about    12:09:59

16    the language or the contents of the legal hold

17    notice to the extent that you remember it from your

18    work outside the context of preparing for your

19    deposition.  But within that framework, you can

20    answer it the best you can.                            12:10:13

21              THE DEPONENT:  As -- as I stated, I

22    haven't reviewed the notice in preparation for the

23    deposition, but in general, our legal hold notices

24    ██████████████████████████ and then ████████ a,

25    you know, ██████████████████████████████             12:10:38
```

Page 93

CONFIDENTIAL

```
 1   ███████████████████████.  And so that's --          12:10:44

 2   that's sort of the general construct of our -- of

 3   our legal hold notices.

 4        Q.   (By Ms. Weaver)  And do you know if the

 5   subject matter described in the legal hold notices    12:11:07

 6   included, for example, a request to preserve ESI

 7   and relevant information relating to the app

 8   developer investigation?

 9             MR. FALCONER:  So I'm going to instruct

10   Mr. Duffey not to answer any question on privilege    12:11:22

11   grounds that relates to the -- the contents of the

12   hold notice.  The notice itself is privileged and

13   work product communication, so on that basis I'm

14   going to instruct him not to answer that question.

15             MS. WEAVER:  Okay.  And this legal hold      12:11:36

16   notice was sent to 469 people who work at Facebook,

17   and Facebook's position is that it's a privileged

18   document; is that right?

19             MR. FALCONER:  Yes, and work product as

20   well.                                                 12:11:49

21             MS. WEAVER:  And Facebook understands

22   that if Facebook asserts privilege over this

23   document and prevents me from conducting inquiries

24   into it, it may not raise it as a shield, correct?

25             MR. FALCONER:  You're -- I'm happy to        12:12:01
```

Page 94

1    have you ask questions about what --                    12:12:03

2            SPECIAL MASTER GARRIE:  Counsel --

3    Counsel.

4            MR. FALCONER:  Yeah.

5            SPECIAL MASTER GARRIE:  This is Special          12:12:08

6    Master Garrie.  We've noted the objection for the

7    record.  We're not going to discuss or -- or rule

8    or have any conversations on the objections.  It

9    was noted, he instructed the witness accordingly,

10   and we will move forward and discuss this once the      12:12:20

11   deposition is over, if necessary, and pursuant to

12   the prior conversations we've had.

13           Unless there's a particular issue you're

14   seeking clarification on, Counsel Weaver.

15           MS. WEAVER:  That's fine.  I'm just              12:12:44

16   defining the position.

17           SPECIAL MASTER GARRIE:  The issue is

18   asserted.

19           Counsel Falconer, would you like to

20   respond, since she did seek the clarification, and      12:12:48

21   then we will curb our enthusiasm and limit any

22   further comments.

23           MR. FALCONER:  Yeah, like I said, I'm

24   happy to have the witness about the actions the

25   employees were instructed to take and describe the      12:13:01

                                                Page 95

| | | |
|---|---|---|
| 1 | hold notice at a general level, but in a way that | 12:13:02 |
| 2 | doesn't reveal the contents of the notice itself, | |
| 3 | which is the subject of the privilege and work | |
| 4 | product. | |
| 5 |     SPECIAL MASTER GARRIE:  Okay.  Noted for | 12:13:12 |
| 6 | the record. | |
| 7 |     Counsel Weaver, we note your point for | |
| 8 | the record. | |
| 9 |     Now we will proceed forward accordingly. | |
| 10 |     MS. WEAVER:  Excellent. | 12:13:22 |
| 11 | Q.  (By Ms. Weaver)  Mr. Duffey, looking at | |
| 12 | Exhibit 386 again, on the second page ending with | |
| 13 | Bates number -3257.  And I'm looking at your | |
| 14 | description of the various legal holds that were | |
| 15 | issued related to this action.  And -- | 12:13:35 |
| 16 | A.  Okay. | |
| 17 | Q.  Okay.  And you referred to a fifth hold | |
| 18 | issued on June 16th, 2020. | |
| 19 |     Do you see that? | |
| 20 | A.  I do. | 12:13:50 |
| 21 | Q.  And it says "███████████████."  | |
| 22 |     Do you see that, ████████████████ | |
| 23 | A.  Yes. | |
| 24 | Q.  So prior to June 16th, 2020, was there a | |
| 25 | ████████  on the relevant information that | 12:14:04 |

Page 96

CONFIDENTIAL

```
 1   custodians were instructed to preserve?          12:14:11

 2        A.   I don't recall if there███████████████

 3   prior or not.

 4        Q.   How would I find out?

 5        A.   The E-discovery team could -- could get  12:14:38

 6   that information through the Legal Hold Pro

 7   software that we use.

 8        Q.   And then the bullet point below says

 9   ████████████████████████████████████████████

     ██ ███████████                                    12:15:00

11        Do you see that?

12        A.   Yes.

13        Q.   Do you know what that example is?

14        MR. FALCONER:  So again --

15        THE DEPONENT:  I don't --                     12:15:11

16        MR. FALCONER:  -- instruct Mr. Duffey not

17   to answer that question.  If that was -- I

18   didn't -- didn't hear what he said, but if he got

19   an answer out, I'd like to move to strike it.

20        Again, I don't -- just to reiterate, I        12:15:19

21   don't want any testimony about the actual contents

22   of the language of the hold notice itself.

23        MS. WEAVER:  So he can testify about his

24   notes that are a partial description, but I can't

25   ask any follow-up questions?                       12:15:34
```

Page 97

| | | |
|---|---|---|
| 1 | MR. FALCONER:  I mean... | 12:15:39 |
| 2 | SPECIAL MASTER GARRIE:  Is that a | |
| 3 | rhetorical question, Counsel Weaver? | |
| 4 | MS. WEAVER:  Well, I'm just clarifying | |
| 5 | his position. | 12:15:50 |
| 6 | SPECIAL MASTER GARRIE:  He objected and | |
| 7 | instructed the witness not to speak to anything | |
| 8 | that may -- that he constituted attorney-client | |
| 9 | privilege or the substance of the -- the actual | |
| 10 | substance of the notice. | 12:16:01 |
| 11 | Is that not correct, Counsel Falconer? | |
| 12 | MR. FALCONER:  Yeah, that's correct. | |
| 13 | SPECIAL MASTER GARRIE:  And he has | |
| 14 | instructed the witness accordingly.  So... | |
| 15 | Q.   (By Ms. Weaver)  Do you see where it | 12:16:13 |
| 16 | says, Mr. Duffey, "suspend auto deletion routine"? | |
| 17 | A.   Yes. | |
| 18 | Q.   Do you know if prior to June 16th, 2020, | |
| 19 | auto deletion routines were suspended with regard | |
| 20 | to litigation holds issued relating to this matter? | 12:16:30 |
| 21 | A.   There are -- there are only a couple data | |
| 22 | sources that -- that I am aware of that have a | |
| 23 | retention schedule. | |
| 24 | So I'm not sure I -- I understand -- I | |
| 25 | understand the question. | 12:17:12 |

Page 98

1      Q.   I'm just asking if prior to June 16th,          12:17:17

2   2020, there were auto deletion routines that were

3   not suspended with regard to preserving ESI related

4   to this matter that were then suspended in -- on

5   June 16th, 2020.                                         12:17:34

6      A.   I'm not aware of any.

7      Q.   What auto deletion routine did you refer

8   to when you wrote that bullet point?

9           MR. FALCONER:  Objection.  Form.

10          THE DEPONENT:  I believe that that is in        12:18:19

11  reference to the use of ephemeral messaging.

12     Q.   (By Ms. Weaver)  And what is ephemeral

13  messaging?

14     A.   Ephemeral messaging is a -- a way for

15  which a -- a user of a communications app, like         12:18:47

16  WhatsApp, for instance, could set a auto deletion

17  schedule on their messages.

18     Q.   And do you know if any of the 392

19  custodians identified to preserve ESI in connection

20  with this litigation used ephemeral messaging?          12:19:20

21          MR. FALCONER:  Objection.  Beyond the

22  scope.

23          THE DEPONENT:  I -- I can think of one

24  custodian that -- that -- that may have been using

25  ephemeral messaging at the time this notice went        12:20:10

Page 99

CONFIDENTIAL

```
 1    out.                                          12:20:14

 2         Q.   (By Ms. Weaver)  Who was that?

 3              MR. FALCONER:  Same objection.

 4              THE DEPONENT:  I believe Mark Zuckerberg

 5    may have been using ephemeral messaging.        12:20:31

 6         Q.   (By Ms. Weaver)  And what's the basis for

 7    that belief?

 8              MR. FALCONER:  Same objection.

 9              And, again, Mr. Duffey, if -- caution you

10    again, as I have before, any privileged          12:20:49

11    communications or privileged information you have

12    on that shouldn't form part of your answer.

13              THE DEPONENT:  I don't think I can answer

14    that question.

15         Q.   (By Ms. Weaver)  Do you know if any other  12:21:14

16    Facebook executive used ephemeral messaging during

17    the pendency of this litigation?

18              MR. FALCONER:  Objection.  Beyond the

19    scope.

20              THE DEPONENT:  I'm -- I'm not sure I      12:21:34

21    understand the question.

22         Q.   (By Ms. Weaver)  Did Sheryl Sandberg use

23    ephemeral messaging during the pendency of this

24    litigation?

25              MR. FALCONER:  Objection.  Beyond the    12:21:42
```

Veritext Legal Solutions
866 299-5127

```
 1    scope.                                            12:21:42

 2            And, again, my same instruction as

 3    before.  You know, privileged information or

 4    knowledge of a privilege communication, that

 5    shouldn't form a part of your answer.           12:21:53

 6            THE DEPONENT:  I -- I think the -- part

 7    of the reason why I'm struggling with the question

 8    is just -- you're naming employees of the company,

 9    and I need to know whether or not they are on legal

10    hold for the Cambridge Analytica multi-district  12:22:09

11    litigation.

12       Q.   (By Ms. Weaver)  And do you have a list

13    or does someone have a list -- well, strike that.

14            Does Facebook have a list of who received

15    the legal hold notifications that you discuss in  12:22:23

16    Exhibit 386?

17       A.   A list could be generated from -- from

18    our legal hold tool.

19       Q.   And you could identify from that list

20    whether or not any of those individuals used      12:22:41

21    ephemeral messaging; is that correct?

22            MR. FALCONER:  Objection.  Beyond the

23    scope.

24            THE DEPONENT:  No, I couldn't identify

25    from the list whether or not the custodians were  12:22:56
```

Page 101

CONFIDENTIAL

1    using or are using ephemeral messaging, no.          12:22:59

2        Q.   (By Ms. Weaver)  Did Facebook take steps

3    to determine whether or not custodians subject to

4    the legal hold in this case were using ephemeral

5    messaging?                                           12:23:15

6        A.   Yes, that -- those questions are asked as

7    part of custodian interviews.  We instruct our

8    custodians to not delete any information or data

9    relevant to a legal matter if -- we also instruct

10   the custodians to notify the legal team and         12:23:58

11   E-discovery if they are aware of information,

12   documents, ESI are being deleted or have been

13   deleted.

14           So those -- those are samples of steps

15   that -- that we undertake as a -- a E-discovery      12:24:25

16   team.

17       Q.   What ephemeral messaging platform was

18   Mr. Zuckerberg using?

19           MR. FALCONER:  Objection.  Beyond the

20   scope.                                               12:24:38

21           THE DEPONENT:  The only one that I can

22   think of is -- is WhatsApp.

23       Q.   (By Ms. Weaver)  And was any -- well,

24   strike that.

25           And looking at back at Exhibit 385, it       12:25:06

Page 102

CONFIDENTIAL

```
 1    defines "ephemeral messaging," doesn't it?          12:25:11

 2        A.   Yes.

 3        Q.   And what does the policy say about

 4    ephemeral messaging?

 5        A.   It says "once receiving a legal hold,      12:25:59

 6    custodians should not use ephemeral messaging to

 7    communicate relevant information and preserve --

 8    should preserve any existing relevant information

 9    that would otherwise auto delete or disappear after

10    a short period of time."                            12:26:14

11             I -- I am aware of our electronic

12    communications policy where there are exceptions to

13    the use of ephemeral messaging.

14        Q.   And what are these --

15        A.   But that's --                              12:26:38

16             I'd have to -- I'd have to have the

17    document in front of me.

18        Q.   Okay.

19             (Exhibit 387 was marked for

20    identification by the court reporter and is         12:26:57

21    attached hereto.)

22             MS. WEAVER:  Let's mark tab 48 as

23    Exhibit 387.

24        Q.   (By Ms. Weaver)  And while we're

25    waiting -- well, let me --                          12:27:54
```

Page 103

| | | |
|---|---|---|
| 1 | A.   I think it just appeared. | 12:27:57 |
| 2 | Q.   Apologies. | |
| 3 | A.   I'm sorry.  I didn't hear. | |
| 4 | Q.   I didn't hear what you said either. | |
| 5 | A.   Oh. | 12:28:05 |
| 6 | Q.   Do you have Exhibit 387? | |
| 7 | A.   I do now. | |
| 8 | Q.   Great. | |
| 9 | Do you recognize it? | |
| 10 | A.   Yes. | 12:28:16 |
| 11 | Q.   Is this the document you were referring | |
| 12 | to? | |
| 13 | A.   No.  No, I was referring to the | |
| 14 | electronic communications policy. | |
| 15 | Q.   Okay.  Well, just for the moment, what is | 12:28:30 |
| 16 | the -- what is Exhibit 387? | |
| 17 | A.   It is the email and Workplace Chat | |
| 18 | retention policy. | |
| 19 | MS. WEAVER:  And, Josh, will you please | |
| 20 | mark tab 26 as Exhibit 388. | 12:28:47 |
| 21 | (Exhibit 388 was marked for | |
| 22 | identification by the court reporter and is | |
| 23 | attached hereto.) | |
| 24 | Q.   (By Ms. Weaver)  And let me know when you | |
| 25 | have it. | 12:29:38 |

Page 104

CONFIDENTIAL

```
 1        A.   I have it now.                           12:29:49

 2        Q.   And what is Exhibit 388?

 3        A.   That is the electronic communications

 4   policy.

 5        Q.   And it defines "ephemeral messaging"; is  12:29:58

 6   that correct?  At the Bates number ending at -463?

 7        A.   It does.

 8        Q.   And at paragraph 3.3 it says "ephemeral

 9   messaging means messaging that automatically

10   disappears or expires from the recipient's screen    12:30:13

11   after a period of time"; is that correct?

12        A.   Yes, that's correct.

13        Q.   And 3.2 defines business communication as

14   "substantive work-related electronic communications

15   made and/or received by Meta personnel for the       12:30:32

16   purposes of communicating about -- communicating

17   about or conducting Meta business."

18             Do you see that?

19        A.   I do.

20        Q.   And is this a document that you were       12:30:44

21   referring to earlier?

22        A.   That is the document I was referring to

23   earlier.  I was specifically thinking of section

24   6 at Bates number -466 to -467, in section 6.1

25   where it -- where it has a paragraph regarding       12:31:13
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | |
|---|---|
| 1 | exceptions. | 12:31:19 |

1    exceptions.                                              12:31:19

2        Q.   And what do you understand the exceptions

3    to be?

4        A.   That -- that legal can preauthorize these

5    exceptions to protect, for instance, highly           12:31:35

6    sensitive information related to investigations or

7    security and to protect the safety or security of

8    an individual, data, and/or facilities.

9        Q.   Is it your understanding that

10   Mark Zuckerberg was exempted from this policy in      12:31:55

11   general?

12           MR. FALCONER:  I'm going to object to

13   that question as beyond the scope of the notice.

14           And also, Mr. Duffey, remind you not to

15   reveal any privileged information or privileged       12:32:06

16   communication that would answer that question.

17           THE DEPONENT:  I don't know the answer to

18   the question.

19       Q.   (By Ms. Weaver)  When did this policy

20   take effect for the first time?                       12:32:20

21       A.   Which policy are we referring to?

22       Q.   The policy regarding ephemeral messaging.

23       A.   Are -- are we talking about the

24   electronic communications policy?

25       Q.   Sure.  We can say that.  Let's start with    12:32:48

Page 106

CONFIDENTIAL

1    that.                                               12:32:49

2          At what point in time did the electronic

3    communications policy first take effect?

4          A.   I believe we've had an electronic

5    communications policy prior to the pendency of this    12:33:13

6    case.  I don't know when -- when -- when it was

7    first created, though.

8          Q.   Was it a written policy?

9          A.   I believe so, yes.

10         Q.   And have you seen it in preparation for    12:33:35

11   your deposition today?

12         A.   I don't understand the question.

13         Q.   Have you reviewed a written policy --

14   strike that.

15         You've testified that there was a -- an        12:33:57

16   electronic communications policy prior to the

17   pendency of this case, correct?

18         A.   That is my understanding, yes.

19         Q.   Have you ever reviewed it in writing?

20         A.   I don't know that I reviewed it in        12:34:20

21   preparation for this deposition, but I am fairly

22   certain that I had reviewed it as part of the,

23   you know, normal course of business, yes.

24         Q.   And what was the substance of that

25   policy?                                              12:34:38

CONFIDENTIAL

```
1              MR. FALCONER:  Objection.  Beyond the        12:34:43

2     scope of the notice.

3              But go ahead, Mike.

4              THE DEPONENT:  I don't recall beyond the

5     substance being related to, you know, guidance     12:34:56

6     and -- and policies surrounding electronic

7     communications.

8        Q.   (By Ms. Weaver)  Did that policy

9     specifically address ephemeral messaging?

10             MR. FALCONER:  Same objection.             12:35:09

11             THE DEPONENT:  I don't know.

12        Q.   (By Ms. Weaver)  It would be possible to

13    find that policy and produce it in this action,

14    wouldn't it?

15             MR. FALCONER:  Objection.  Beyond the      12:35:21

16    scope of the notice.

17             THE DEPONENT:  Yes, I believe so.

18        Q.   (By Ms. Weaver)  Are you aware of any

19    policy specifically addressing ephemeral messaging

20    prior to November 16th, 2021?                       12:35:40

21        A.   I'm not sure.

22        Q.   Were Mark Zuckerberg's ephemeral messages

23    subject to litigation hold in this case?

24        A.   I don't know.

25        Q.   Who would know?                            12:37:10
```

CONFIDENTIAL

```
  1        A.   The usual way we would identify any          12:37:28

  2   relevant ESI would be through custodian interview.

  3        Q.   And looking back again at Exhibit 385, in

  4   the definition of "relevant information," you see

  5   that WhatsApp messages are specifically defined        12:37:43

  6   there, correct?

  7        A.   Yes.

  8        Q.   Do you know if the litigation hold issued

  9   in this case in March of 2018 referenced WhatsApp

 10   messages?                                              12:37:58

 11             MR. FALCONER:  So, again, I'm going to

 12   instruct the witness not to any answer question for

 13   privilege and work product reason about the

 14   language of the hold notice.

 15             THE DEPONENT:  I don't know.                 12:38:14

 16        Q.   (By Ms. Weaver)  Were WhatsApp messages

 17   preserved in connection with this litigation from

 18   March 2018 to today?

 19        A.   It is up to the custodian to preserve

 20   relevant information, and that would include          12:38:33

 21   WhatsApp messages.

 22        Q.   Do you see a reference in Exhibit 285 or

 23   385 to Facebook messages as well?

 24        A.   Yes.

 25        Q.   Is it up to the custodian to delete         12:39:00
```

1    Facebook messages?                                          12:39:02

2            MR. FALCONER:  Objection.  Form.

3            THE DEPONENT:  I don't understand the

4    question.

5        Q.   (By Ms. Weaver)  Well, you said it is up    12:39:13

6    to the custodian to preserve relevant information,

7    including WhatsApp messages, correct?

8        A.   Yes.

9        Q.   Is it up to the custodian to preserve

10   Facebook Messenger messages?                               12:39:26

11       A.   Yes.  However, employee-to-employee

12   Facebook Messenger messages were -- were captured

13   using our -- our email and work chat archive up to,

14   I believe, March 2019.

15       Q.   And does that include an archive for        12:40:14

16   Mr. Zuckerberg?

17       A.   I believe --

18            MR. FALCONER:  That's beyond the scope of

19   the notice.

20            But go ahead.                                     12:40:31

21            THE DEPONENT:  I believe -- I believe

22   Mark has been on legal hold for this matter since

23   the original legal hold notice went out.

24       Q.   (By Ms. Weaver)  He was named as a

25   defendant initially, correct?                              12:40:40

                                                        Page 110

```
 1         A.   I don't know.                          12:40:44

 2         Q.   Are you aware that at a certain point in

 3    time, Mr. Zuckerberg had the ability to delete

 4    messages in his Facebook Messenger box?

 5              MR. FALCONER:  Objection.  Beyond the   12:41:07

 6    scope of the notice.

 7              THE DEPONENT:  I don't understand the

 8    question.

 9         Q.   (By Ms. Weaver)  Are you aware if at any

10    point in time following the filing of this        12:41:19

11    lawsuit -- well, strike that.

12              Are you aware of whether or not Facebook

13    executives had the ability to delete Facebook

14    messages contained within their message in-box?

15              MR. FALCONER:  Objection.  Beyond the   12:41:43

16    scope of the notice.

17              THE DEPONENT:  Employees can delete their

18    Facebook Messenger messages.

19         Q.   (By Ms. Weaver)  Are you aware of whether

20    or not at any point in time Mr. Zuckerberg had the 12:42:11

21    power to delete his messages in other Facebook

22    users' in-boxes?

23              MR. FALCONER:  Objection.  Beyond the

24    scope of the notice.

25              THE DEPONENT:  No.                      12:42:29
```

Page 111

CONFIDENTIAL

1        Q.    (By Ms. Weaver)  Are you aware of whether        12:42:29

2   at any point in time Facebook users using the

3   Download Your Information tool became aware that

4   Facebook messages they exchanged with

5   Mark Zuckerberg were no longer there?                       12:42:42

6            MR. FALCONER:  Objection.  Form and

7   beyond the scope of the notice.

8            THE DEPONENT:  I -- I -- I don't -- I

9   didn't follow that question.

10       Q.    (By Ms. Weaver)  Sure.                           12:42:56

11           Are you aware of whether at any point in

12   time Facebook users could see, using the Download

13   Your Information tool, that Facebook messages they

14   exchanged with Mr. Zuckerberg had been deleted?

15           MR. FALCONER:  Same two objections.                12:43:13

16           THE DEPONENT:  I don't know.

17       Q.    (By Ms. Weaver)  Do you know if

18   Mr. Zuckerberg or someone on his behalf deleted

19   messages from Mr. Zuckerberg in the Facebook

20   Messenger in-box of other users?                           12:43:25

21           MR. FALCONER:  Same two objections.

22           THE DEPONENT:  I don't know the answer to

23   that.

24       Q.    (By Ms. Weaver)  Do you know who would

25   know?                                                      12:43:36

                                                     Page 112

CONFIDENTIAL

```
 1        A.   No.                                        12:43:39

 2             MR. FALCONER:  Same objection.  Beyond

 3    the scope of the notice.

 4             MS. WEAVER:  Okay.  I think we can break

 5    for lunch if you would like.                        12:43:56

 6             MR. FALCONER:  Okay.

 7             THE VIDEOGRAPHER:  Okay.  We're off the

 8    record.  It's 12:44 p.m.

 9             (Recess taken.)

10             THE VIDEOGRAPHER:  Okay.  We're back on    01:18:05

11    the record.  It's 1:18 p.m.

12        Q.   (By Ms. Weaver)  Mr. Duffey, did you have

13    a delightful lunch?

14        A.   I did.  Thank you.

15        Q.   Excellent.                                 01:18:13

16             (Discussion off the stenographic record.)

17        Q.   (By Ms. Weaver)  You understand you're

18    still under oath, correct?

19        A.   Yes, I do.

20        Q.   Do you know whether or not any directors   01:18:33

21    or executives subject to the litigation hold in

22    this case used Wickr or HipChat or programs that

23    had self-destruction features?

24             MR. FALCONER:  Objection.  Form and

25    beyond the scope of the notice.                     01:18:52
```

Page 113

CONFIDENTIAL

```
 1            THE DEPONENT:  No, I am not.              01:18:58

 2       Q.   (By Ms. Weaver)  And you testified that

 3   you reviewed correspondence between plaintiffs'

 4   counsel and Gibson Dunn in this case, correct?

 5       A.   I did.                                    01:19:09

 6       Q.   And I'll ask you to take a look at what

 7   we've marked as Exhibit 389.

 8            (Exhibit 389 was marked for

 9   identification by the court reporter and is

10   attached hereto.)                                 01:19:20

11            MS. WEAVER:  And while it's pulling up

12   and the record, this is a letter dated September 6,

13   2018, from Gibson Dunn to me and to Mr. Loeser in

14   this case.

15       Q.   (By Ms. Weaver)  And let me know when    01:19:44

16   you've had a chance to review it.

17       A.   Okay.  It just appeared.  Let me --

18            Okay.

19       Q.   Have you seen this letter before?

20       A.   I don't recall.                          01:20:16

21       Q.   Do you know if it was identified by

22   Mr. Falconer in emails preparing for this -- for

23   this deposition today?

24       A.   Can you -- can you repeat the question.

25       Q.   Do you know if this was one of the pieces 01:20:34
```

Page 114

CONFIDENTIAL

```
 1    of correspondence identified by Mr. Falconer as        01:20:37

 2    something you had reviewed in preparation for your

 3    deposition today?

 4         A.   I don't know.

 5         Q.   And did you review this letter?             01:20:51

 6         A.   I don't recall.

 7         Q.   I'll direct your attention to page 2 of

 8    the letter.  And by way of explanation, in this

 9    letter Gibson Dunn is responding to questions

10    interposed by plaintiffs' counsel, and in No. 6 in    01:21:13

11    italics it has a quote from correspondence we sent

12    to Gibson Dunn.

13              It says "Your August 17th letter states

14    that 'counsel is unaware of the use of Wickr or

15    HipChat or other similar programs that include        01:21:29

16    self-destruction features by any employees who were

17    issued the litigation hold notices.'"

18              Does that statement apply to directors

19    and executives as well?

20              Do you see that?                            01:21:42

21         A.   Yes.

22         Q.   And then counsel responded "Yes.  That

23    statement applies to directors and executives to

24    whom the litigation notice were issued."

25              Do you see that?                            01:21:55
```

Page 115

CONFIDENTIAL

```
 1        A.   Yes.                                    01:21:56

 2        Q.   Do you know if that's true?

 3        A.   As of the date of this letter on

 4   September 6, 2018, I have -- I have no reason to

 5   believe that it's not true.                       01:22:17

 6        Q.   Are you aware that at some point in time

 7   Mark Zuckerberg began using programs that had a

 8   self-destruction feature?

 9             MR. FALCONER:  Objection.  Beyond the

10   scope.                                            01:22:31

11             THE DEPONENT:  I don't know.

12             MS. WEAVER:  Okay.

13             Counsel, we'll ask that you respond to

14   that question.

15             We can do it outside of the deposition. 01:22:42

16             (Exhibit 390 was marked for

17   identification by the court reporter and is

18   attached hereto.)

19             MS. WEAVER:  We'll mark as tab 77 the

20   next exhibit.  That will be Exhibit 390.          01:22:47

21        Q.   (By Ms. Weaver)  While you're --

22             Are you familiar with an archiving system

23   called Proofpoint?

24        A.   Yes, I am.

25        Q.   What is that?                            01:23:31
```

                                                        Page 116

CONFIDENTIAL

```
 1        A.    Proofpoint is our email and work chat          01:23:38

 2    archiving tool.

 3        Q.    And how does it function?

 4             MR. FALCONER:   Objection.   Form.

 5             THE DEPONENT:   On a daily basis, emails         01:24:14

 6    and work chats are stored within Proofpoint for a

 7    retention period that includes legal holds.

 8        Q.    (By Ms. Weaver)   Okay.

 9             And do you have Exhibit 390 now?

10        A.    I do.                                           01:24:46

11             MS. WEAVER:   And I'll state for the

12    record that this is a letter dated December 9,

13    2019, from Gibson, Dunn & Crutcher, again to myself

14    and Mr. Loeser in this case.

15        Q.    (By Ms. Weaver)   Have you seen this            01:25:00

16    document before?

17        A.    It looks familiar.   I'm -- I'm not

18    100 percent sure.

19        Q.    Do you understand it to be one of the

20    letters that Mr. Falconer indicated you would be        01:25:38

21    prepared to discuss today?

22        A.    I -- I'm not sure.

23        Q.    Okay.   I'll direct your attention to page

24    5 at No. 11.

25        A.    Okay.                                           01:25:56
```

Page 117

CONFIDENTIAL

```
 1        Q.    Okay.  And do you see in paragraph 11        01:25:58

 2   where it says "As we have explained previously,

 3   Facebook is preserving Exchange, Facebook

 4   Messenger, and Facebook Workplace communications

 5   (which are automatically archived in Proofpoint)."     01:26:16

 6             And then "Facebook is preserving

 7   additional data stored through online sources,

 8   including Quip, Dropbox, Workplace Groups, internal

 9   web pages, company Wikis, and O365.  Facebook is

10   also preserving identified data stored on specific     01:26:36

11   individual devices, including laptops, desktops,

12   mobile devices, and tablets."

13             Do you see that?

14        A.    Yes.

15        Q.    Were WeChat messages achieved in            01:26:47

16   Proofpoint?

17        A.    WeChat messages are not archived in

18   Proofpoint.

19        Q.    Are WhatsApp messages archive in

20   Proofpoint?                                             01:27:12

21        A.    No.

22        Q.    Are they archived anywhere?

23        A.    WhatsApp messages are stored on -- on a

24   user's phone.  It is up to the custodian to

25   preserve any -- any messages that would be relevant    01:27:34
```

Page 118

CONFIDENTIAL

```
 1    to the legal hold notice issued to the custodians.      01:27:45

 2         Q.   Okay.

 3              I'll ask you to turn back to 3 --

 4    Exhibit 385.  And I'm looking at the definition of

 5    "relevant information" again.                           01:28:13

 6         A.   Okay.

 7         Q.   And specifically, there's that long list

 8    of items where it begins with "email, Workplace

 9    Chats and Groups."

10              Do you see that?                              01:28:22

11         A.   Yes.

12         Q.   I'd like to just go through and give

13    those kinds of ESI, if you don't mind.

14              So email, we discussed.  That is archived

15    in Proofpoint; is that right?                           01:28:32

16         A.   It is, correct.

17         Q.   Workplace Chats and Groups, is that

18    archived in Proofpoint?

19         A.   Workplace Chats are -- are archived in

20    Proofpoint.  Groups are not.                            01:28:47

21         Q.   And what are Groups?

22         A.   I use that sort of Groups example for

23    Facebook.  Similarly Workplace, which is a Meta

24    product used within the company that is very

25    similar to Facebook in that you can join groups        01:29:14
```

Page 119

```
 1    relevant to your work or interests and -- and          01:29:23

 2    that's what Groups are in reference to -- in this

 3    definition of "relevant information."

 4         Q.   Were Groups searched for and preserved in

 5    the collection of ESI related to this litigation?      01:29:47

 6              MR. FALCONER:  Objection.  Form.

 7              THE DEPONENT:  Yes.  When a custodian

 8    identifies a Workplace Group or Workplace Groups

 9    relevant to a matter, the E-discovery team will

10    take a snapshot of that Workplace Group and            01:30:17

11    preserve it.

12              Otherwise, Workplace Groups are not

13    subject to a retention period.  Posts within a

14    Workplace Group remain unless deleted by a user who

15    has access to that point.                              01:30:49

16         Q.   (By Ms. Weaver)  And why aren't they

17    subject to retention?

18         A.   Because --

19              MR. FALCONER:  Objection.  Form.

20              But go ahead.                                01:30:59

21              THE DEPONENT:  There is no retention

22    period.  They will live in perpetuity unless a

23    person who posts within that group deletes

24    information within that Workplace Group.

25         Q.   (By Ms. Weaver)  Okay.  Were OneDrive,       01:31:25
```

Page 120

CONFIDENTIAL

```
 1    Dropbox, Axe, SharePoint, and Google Drive all          01:31:32

 2    subject to litigation hold in this case?

 3         A.   They are data sources that company

 4    personnel uses.  These are cloud-based third-party

 5    data sources that are, again, not subject to a          01:32:05

 6    retention period, disposition period.  Those

 7    documents and within those cloud sources remain

 8    accessible unless -- unless deleted from -- from

 9    those data sources.

10         Q.   And the same is true for Quips?              01:32:38

11         A.   That's correct.

12              I do want to say one clarifying thing:

13    That all -- all custodians are, you know, told to

14    preserve any relevant information stored in any

15    data source, including all of these cloud-based         01:33:03

16    sources.  The E-discovery team has the ability to

17    collect deleted items as well.

18         Q.   And how do they collect deleted items?

19         A.   They would be collected through the admin

20    tool for these particular cloud sources.               01:33:29

21         Q.   And do you mean each cloud source has its

22    own admin tool?

23         A.   I believe that's correct.

24         Q.   Were any -- was any deleted ESI collected

25    in this case?                                           01:33:48
```

CONFIDENTIAL

```
 1              MR. FALCONER:  Objection.  Beyond the          01:33:52

 2    scope of the notice.

 3              Go ahead, Mike.

 4              THE DEPONENT:  I'm not aware of any

 5    instance where a custodian indicated that a            01:34:09

 6    relevant ESI would have been deleted.  So I'm not

 7    sure I can answer that question.

 8         Q.   (By Ms. Weaver)  And is the reference

 9    here to Facebook messages the same as Facebook

10    Messenger?                                             01:34:41

11         A.   Yeah, I -- I believe it's in reference to

12    Facebook Messenger messages.

13         Q.   And you see a reference here to hard copy

14    files; is that right?

15         A.   Yes.                                         01:34:59

16         Q.   What does that mean?

17         A.   Paper files, written notes, not

18    electronic files.

19         Q.   Were hard copy files preserved and

20    searched for production in this litigation?           01:35:19

21         A.   Yes.  Our custodians are instructed to

22    preserve all relevant information, and that

23    includes hard copy files.  If a custodian

24    identifies that they have hard copy files relevant,

25    then the E-discovery team would collect and scan      01:35:46
```

Page 122

1    and preserve those relevant hard copy files.        01:35:51

2        Q.   Do you know if Facebook has preserved any

3    notebooks or notes in hard copy files in response

4    to this litigation?

5        A.   Can you repeat the question.              01:36:17

6        Q.   Do you know if Facebook preserved any

7    notebooks or notes in hard copy files in connection

8    with this litigation?

9        A.   I believe so.

10       Q.   And what -- what do you recall about       01:36:34

11   that?

12       A.   As I mentioned, through the custodian

13   interview process, if a custodian identifies hard

14   copy files as something they have and is relevant

15   to a matter, the E-discovery team would collect and  01:36:58

16   scan those materials.

17       Q.   And I'm asking, I guess, specifically,

18   are you aware of any specific hard copy documents

19   that you know were preserved for this case?

20       A.   I believe that we have collected hard      01:37:28

21   copy files.  I couldn't tell you the names of the

22   custodians or what the content of those hard copy

23   files were, but I do recall that that was -- that

24   is -- that has been a data -- data source that we

25   have collected from.                                01:37:50

Page 123

CONFIDENTIAL

```
 1          Q.   Are you aware of whether or not there was      01:37:53

 2    a search in 2018 for notebooks maintained by

 3    Mr. Zuckerberg?

 4          A.   I don't know that.

 5          Q.   Are you aware of it at all?                    01:38:07

 6          A.   No.

 7          Q.   Turning back to Exhibit 390.

 8          A.   Okay.

 9          Q.   Turning to page 7 at No. 7, do you see it

10    says "the relevant subject matter identified in the      01:39:03

11    litigation holds and any updates thereto"?

12               Do you see that?

13          A.   I do.

14          Q.   And then do you see the paragraph that

15    says "Without waiving Facebook's attorney-client         01:39:13

16    privilege, Facebook responds that the litigation

17    hold notice requires the preservation of documents

18    potentially relevant to the litigation and

19    regulatory proceedings stemming from the

20    Cambridge Analytica events, including Aleksandr         01:39:28

21    Kogan's use of the Facebook Platform and

22    collaboration with Cambridge Analytica; access to

23    and potential misuse of Facebook user data by

24    Cambridge Analytica and other third-party apps;

25    Facebook's device integration partnerships;            01:39:47
```

Veritext Legal Solutions
866 299-5127

1    agreements between Facebook and third parties          01:39:51

2    regarding access to user data; and internal

3    investigations or audits into alleged misuse of

4    user data by third parties."

5         Do you see that?                                  01:40:04

6    A.   Yes.

7    Q.   Do you know if Facebook updated the

8    relevant subject matter and litigation holds to

9    include, for example, discussions of exchange of

10   data with data brokers?                               01:40:15

11        MR. FALCONER:  So, again, I'm going to

12   instruct Mr. Duffey not to any question about the

13   language that was included in any version of the

14   legal hold on privilege and work product basis.

15        MS. WEAVER:  And to clarify, even though     01:40:28

16   he wrote a letter in 2019 defining what was in the

17   litigation hold?

18        SPECIAL MASTER GARRIE:  Noted for the

19   record.  We will move forward.

20        Counsel [sic] Duffey received instruction    01:40:44

21   from counsel.  Please advise if you want to respond

22   accordingly.

23        MR. FALCONER:  So, Mr. Duffey, my

24   instruction to you is not to answer that question

25   on work product and privilege grounds.             01:40:58

                                                        Page 125

CONFIDENTIAL

```
 1              THE DEPONENT:  I'll take counsel's        01:41:02

 2     instructions.

 3         Q.   (By Ms. Weaver)  And going back to

 4     Exhibit 386.

 5              Do you see -- I'm looking back at the     01:41:32

 6     sixth issued litigation hold sent on September 3,

 7     2021.  And you have a bullet point there that says

 8     "██████████████████████████████████████

        ████████████████████

10              Do you see that?                          01:41:45

11         A.   Yes.

12         Q.   Do you know whether WhatsApp added

13     ephemeral messages as an optional feature in

14     November of 2020?

15              MR. FALCONER:  Objection.  Beyond the     01:42:00

16     scope of the notice.

17              THE DEPONENT:  I do not know that.

18         Q.   (By Ms. Weaver)  Do you know if anyone

19     subject to the litigation hold in this case used

20     ephemeral messaging on WhatsApp during the pendency  01:42:10

21     of this case?

22              MR. FALCONER:  Objection.  Beyond the

23     scope.

24              THE DEPONENT:  Other than my earlier

25     testimony, I'm -- I'm not aware of any custodians   01:42:38
```

Page 126

| | | |
|---|---|---|
| 1 | using ephemeral messaging. | 01:42:43 |
| 2 | Q.   (By Ms. Weaver)   Okay. | |
| 3 | Did Facebook send litigation holds or | |
| 4 | preservation letters to any third parties relating | |
| 5 | to this case? | 01:42:55 |
| 6 | A.   I don't know. | |
| 7 | Q.   Do you know if Facebook sent preservation | |
| 8 | letters to FTI or Stroz? | |
| 9 | MR. FALCONER:   I'm going to object to | |
| 10 | that as beyond the scope of the notice. | 01:43:24 |
| 11 | THE DEPONENT:   Can you -- can you repeat | |
| 12 | the question. | |
| 13 | Q.   (By Ms. Weaver)   Yes.   No problem. | |
| 14 | Did Facebook send preservation letters to | |
| 15 | FTI Consulting or Stroz? | 01:43:39 |
| 16 | MR. FALCONER:   Same objection. | |
| 17 | THE DEPONENT:   Yes, I believe so.   The -- | |
| 18 | the individuals from either FTI or Stroz who had | |
| 19 | an -- who had an FB.com email address received | |
| 20 | litigation holds, preservation notices. | 01:44:27 |
| 21 | Q.   (By Ms. Weaver)   And did anyone from PwC | |
| 22 | or EY also receive preservation notices in | |
| 23 | connection with this litigation? | |
| 24 | A.   I don't know. | |
| 25 | Q.   Do you know if members of the ADI | 01:44:56 |

CONFIDENTIAL

```
 1    custodian list created by Facebook received the          01:44:59

 2    litigation hold in this case?

 3              MR. FALCONER:  Objection.  Form.

 4              But you can go ahead, Mike.

 5              THE DEPONENT:  Do you mind repeating the        01:45:17

 6    question, please.

 7        Q.   (By Ms. Weaver)  Are you aware of a group

 8    of custodians being identified by Facebook as "EDI

 9    custodians"?

10              MR. FALCONER:  Objection.  Form.               01:45:26

11              THE DEPONENT:  I know -- I know there is

12    a legal hold notice called "the app developer

13    investigation."

14        Q.   (By Ms. Weaver)  And do you know when the

15    legal hold notice was sent to EDI custodians in          01:45:45

16    this case?

17              MR. FALCONER:  Objection.  Form.

18              But go ahead, Mike.

19              THE DEPONENT:  I -- I -- I couldn't

20    answer when EDI custodians would have received the       01:46:00

21    Cambridge Analytica litigation hold notice.

22        Q.   (By Ms. Weaver)  Thank you.  I apologize

23    for interrupting.

24              Do you know whether they received the

25    first litigation hold letter, or was it later in         01:46:16
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    time?                                              01:46:20

 2        A.   I don't know.

 3        Q.   Do you know who would know?

 4        A.   We have a reporting mechanism within the

 5    Legal Hold Pro tool that would show -- generate a   01:46:37

 6    list of legal hold custodians and when they first

 7    received the preservation notice.

 8             MS. WEAVER:  Okay.  Thank you.  Let's --

 9             We're going to mark as Exhibit 391.

10             (Exhibit 391 was marked for               01:47:05

11    identification by the court reporter and is

12    attached hereto.)

13             MS. WEAVER:  This will be tab 32,

14    Mr. Samra.  This is a document bearing Bates

15    numbers ADVANCE-META -504 through -509.            01:47:11

16        Q.   (By Ms. Weaver)  And when it's up, if you

17    could just tell me what it is, that would be

18    helpful.

19        A.   It still hasn't arrived.

20        Q.   I have --                                 01:48:29

21        A.   I just got it.

22             Is it Exhibit 391?

23        Q.   Exactly, yes.

24        A.   This is US privacy program records

25    management policy.                                 01:48:40
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        Q.   And when did it first take effect?        01:48:42

 2        A.   April 20, 2021.

 3        Q.   And was there such a policy prior to that

 4   time?

 5        A.   I'm not aware of a prior version of the    01:49:16

 6   US privacy program records management policy.

 7        Q.   And was there an informal policy that

 8   addressed the issues covered in the US privacy

 9   program records management policy prior to the time

10   that -- when Exhibit 32 was implemented?            01:49:32

11             MR. FALCONER:  Objection.  Beyond the

12   scope.

13             THE DEPONENT:  I'm aware of the -- the

14   existence of a US privacy program prior to this

15   policy going into effect, but I'm not aware of --   01:49:52

16   of a written formal policy that existed prior to

17   this.

18             (Exhibit 392 was marked for

19   identification by the court reporter and is

20   attached hereto.)                                   01:50:00

21             MS. WEAVER:  And now we're marking

22   Exhibit 392, which for the record is

23   ADVANCE-META -516 through -531.

24             THE DEPONENT:  I have it now.

25        Q.   (By Ms. Weaver)  And what is Exhibit 392?  01:50:40
```

Page 130

CONFIDENTIAL

```
 1          A.    Exhibit 392 is the US privacy program       01:50:45

 2    records retention schedule.

 3          Q.    And when did it first take effect?

 4          A.    April 20th, 2021.

 5          Q.    And prior to April 20th, 2021, was there    01:51:13

 6    a records retention schedule similar to the one

 7    reflected in Exhibit 392?

 8                MR. FALCONER:  Objection.  Form.

 9                THE DEPONENT:  I don't believe so.

10          Q.    (By Ms. Weaver)  And so do you see in the   01:51:42

11    first paragraph it says, in the second sentence,

12    "The records that the US privacy program must

13    retain are audit records and reports, consumer

14    inquiry and response records, contracts/agreements

15    and third-party assessment records, data subject    01:52:01

16    requests, government relations and policy records,

17    incident and investigation records (permanent),

18    incident and investigation records (temporary),

19    policies and procedures, privacy program operations

20    records, privacy review and decision records, risk   01:52:20

21    assessments and remediation and response records,

22    training records, user consent records, and user

23    privacy communications and statements external"?

24                Do you see that?

25          A.    I do.                                        01:52:37
```

                                                Page 131

1        Q.   And so this paragraph reflects that as of        01:52:37

2   April 20th, 2021, Facebook required that the

3   company retain those records that I just read into

4   the record, correct?

5        A.   Yes, under the retention schedule that is        01:53:05

6   laid out throughout the document.

7        Q.   So prior to the time that Exhibit 392

8   took effect, what was the retention schedule for

9   consumer inquiry and response records?

10           MR. FALCONER:  Objection.  Form.              01:53:24

11           THE DEPONENT:  I'm not aware of -- of a,

12   you know, similar retention schedule that preceded

13   this document, so I -- I don't know the answer to

14   the question.

15       Q.   (By Ms. Weaver)  Do you see a reference        01:54:03

16   to "user consent records"?

17       A.   I do.

18       Q.   What -- what does that mean?

19       A.   "User consent records are records related

20   to user consents, preferences, and settings           01:54:48

21   specific to legal, regulatory obligations, which

22   constitutes user consent, preference, and setting

23   records responsive to the FTC order."

24       Q.   And are you reading from the record

25   series description at page 529?                       01:55:06

                                          Page 132

CONFIDENTIAL

```
 1        A.   I am.                                           01:55:11

 2        Q.   Prior to the time that Exhibit 392 took

 3   effect in April 20th, 2021, did Facebook preserve

 4   those records that you just described?

 5             MR. FALCONER:  Objection.  Form.               01:55:24

 6             THE DEPONENT:  If they were the subject

 7   of legal or regulatory obligations or the subject

 8   of legal hold, they would have been preserved.  I'm

 9   not aware of a -- a prior retention disposition

10   schedule for these types of records.                    01:56:02

11        Q.   (By Ms. Weaver)  And do you know for this

12   case whether these records were preserved?

13             MR. FALCONER:  Objection.  Form.

14             But go ahead, Mike.

15             THE DEPONENT:  I don't know.                   01:56:26

16        Q.   (By Ms. Weaver)  Who would know?

17        A.   I think that would be like an -- an

18   inquiry that would be conducted between our

19   in-house and outside counsel and the E-discovery

20   team and any custodians working on these types of      01:56:59

21   records.

22        Q.   And with regard to these records, where

23   it says "user consent," does that mean every

24   Facebook user?

25        A.   I'd -- I'd want to look at the file plan       01:57:31
```

Page 133

```
 1    associated with the US privacy program records          01:57:35

 2    management policy to confirm that.  I don't know

 3    the answer.

 4        Q.   What is a file plan?

 5        A.   That is a spreadsheet that is part of the      01:57:58

 6    US privacy program records management policy.

 7    It's --

 8             MS. WEAVER:  Josh --

 9             That's fine.  I think we have.

10             Josh, can you mark, please, tabs 37 and        01:58:18

11    38.

12             (Exhibit 393 was marked for

13    identification by the court reporter and is

14    attached hereto.)

15             (Exhibit 394 was marked for                    01:58:22

16    identification by the court reporter and is

17    attached hereto.)

18             MS. WEAVER:  These, for the record, will

19    be Exhibits 392 and 393.  Exhibit 392 bears the

20    words "US privacy program records retention             01:58:53

21    schedule" and bears Bates numbers ADVANCE-META -555

22    through -568.

23             And Exhibit 393 is a spreadsheet that

24    says "Meta US privacy program records file plan"

25    bearing Bates number -569 to -577.                      01:59:12
```

Page 134

CONFIDENTIAL

```
 1              THE DEPONENT:  I'm not sure -- can we        01:59:26
 2    read that back?  Because I'm not mapping to the
 3    exhibit number and the Bates numbers that you
 4    just --
 5        Q.   (By Ms. Weaver)  Oh -- yeah, Mr. Duffey.      01:59:31
 6    I'm marking two new exhibits for you to look at.
 7    I'm sorry for being unclear.  So they're going to
 8    load, and you're looking at Exhibit 391, I think,
 9    but Exhibits --
10        A.   I'm sorry.  I was looking -- I think you     01:59:44
11    already marked 392 --
12              MR. FALCONER:  Yeah.
13              THE DEPONENT:  -- as the schedule -- as
14    the schedule plan.
15              MS. WEAVER:  I see.  And it will be 393      01:59:52
16    and 394.  I apologize.
17        Q.   (By Ms. Weaver)  And 393, I believe, is
18    up.
19        A.   Oh, I'm loading -- it's uploading right
20    now.                                                  02:00:20
21        Q.   And so the -- first I want to comment on
22    what those exhibits are, and then we'll return to
23    the question of the records relating to user
24    consents.
25              Do you have Exhibit 393?                     02:00:48
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   I have it, but I'm still a little | 02:00:50 |
| 2 | confused, because I think 392 and 393 are the same | |
| 3 | document. | |
| 4 | Q.   I see.  And then when you see 394, you'll | |
| 5 | see that the spreadsheet attached bears a | 02:01:08 |
| 6 | consecutive Bates number. | |
| 7 | Well, you know what, Mr. Duffey?  This is | |
| 8 | your expertise. | |
| 9 | Exhibit 392 didn't have a corresponding | |
| 10 | spreadsheet in the production that you gave us, and | 02:01:20 |
| 11 | so I'm trying to copy -- or mark for the record the | |
| 12 | version of the privacy program records retention | |
| 13 | schedule that was followed immediately by a | |
| 14 | spreadsheet.  And maybe you can -- | |
| 15 | A.   I see. | 02:01:31 |
| 16 | Q.   -- authenticate that one.  Right. | |
| 17 | A.   Okay. | |
| 18 | Q.   So Exhibit 394 is up. | |
| 19 | A.   I see it. | |
| 20 | Q.   Okay.  And then let me just go back to | 02:01:45 |
| 21 | Exhibit 393 and ask you:  What is Exhibit 393? | |
| 22 | A.   Okay.  Just a moment. | |
| 23 | 3 -- Exhibit 393 is the US privacy | |
| 24 | program records retention schedule. | |
| 25 | Q.   And what is Exhibit 394? | 02:02:21 |

Page 136

1          A.    Exhibit 394 is the US privacy program          02:02:49

2     records file plan.

3          Q.    And is this the document that you were

4     testifying you would need to seek to answer the

5     question about what records relating to user          02:03:00

6     consents constitute?

7          A.    That's correct.

8          Q.    And if I direct your attention to the

9     page ending in Bates number -576 on the lower

10    left-hand corner, do you see where it says "user          02:03:16

11    consent records"?

12         A.    Yes.

13         Q.    So the question is:  Do these user

14    consent records relate to every Facebook user?

15              While you're reading, I'll read into the          02:04:16

16    record that in the fourth column in that row, it

17    reads:  "Records relating to Meta's attempt to

18    obtain the consent of users referred to in part 2

19    of the order titled Changes to Sharing of Covered

20    Information, which constitutes a copy of each          02:04:33

21    relevant screenshot/screen cast of user consent

22    statements, consent flows, and privacy settings, a

23    copy of each relevant record sufficient to show

24    each user's consent in a part 3 scenario and a copy

25    of each relevant report sufficient to demonstrate          02:04:51

CONFIDENTIAL

```
 1    on an aggregate basis the number of users for whom      02:04:54

 2    each such privacy setting was in effect at any time

 3    Meta has attempted to obtain or has been required

 4    to obtain such consent in a" -- I think it says

 5    "part 2 scenario."                                       02:05:08

 6             Do you see that?

 7        A.   I do see it.

 8        Q.   Prior to the time -- well, strike that.

 9             When did Exhibits 393 and 394 take

10    effect?                                                  02:05:22

11        A.   I don't know when Exhibit 394 went into

12    effect.  Exhibit 393 is -- is loading now.  And I

13    believe it went into effect on April 20th -- yes,

14    April 20th, 2021.

15        Q.   And Exhibit 394, is that an explication,        02:06:16

16    if you will, of the kinds of documents identified

17    in Exhibit 393?

18        A.   I don't know if I understand what that --

19    that word is.

20        Q.   It means --                                     02:06:32

21        A.   Sorry.

22        Q.   -- explanation, I guess.  Right?

23             Let me ask the question again.

24             Is Exhibit 394 a part of Exhibit 393?

25        A.   It's -- it's -- they all -- 393 and 394         02:06:53
```

CONFIDENTIAL

```
1    are part -- you know, part of the US privacy            02:06:56

2    program records management policy.  I would

3    consider them separate documents, but the file plan

4    provides additional information including the --

5    you know, the record class, records category,          02:07:23

6    approved repository, and maybe -- maybe some

7    additional columns that are not referenced in -- in

8    the retention schedule.

9         Q.   And with regard to the records described

10   in the cell that I just read into the record about     02:07:50

11   user consents, prior of April of 2021, did Facebook

12   maintain such records?

13        A.   I don't know.

14        Q.   Did Facebook preserve the documents

15   described in that cell for purposes of this            02:08:20

16   litigation?

17        A.   I don't know.

18        Q.   Who would know?

19        A.   I can't name a specific individual, but I

20   would -- I would suggest that -- that -- going to      02:09:17

21   somebody working on the, you know, US privacy

22   program or somebody within the privacy team.

23        Q.   And can you name anybody by name who is

24   on that team or involved with that program?

25        A.   I can't.  But somebody on -- on our          02:09:54
```

CONFIDENTIAL

```
 1    information governance team could.               02:10:02

 2         Q.   And who --

 3         A.   I would imagine.

 4         Q.   Sorry.

 5              And who on your information governance   02:10:09

 6    team by name might be able to let us know how to

 7    find out if those documents relating to user

 8    consents were preserved or collected prior to

 9    April 21st, 2021?

10         A.   Two people come to mind.  One would be   02:10:32

11    Yodi, Y-O-D-I, Hailemariam, H-A-I-L-E-M-A-R-I-A-M.

12    And Daniel Proko, D-A-N-I-E-L P-R-O-K-O.

13         Q.   Mr. Hailemariam is identified on Exhibit

14    386, correct?

15         A.   Yes.  Yodi is a woman --                02:11:06

16         Q.   I'm sorry.

17         A.   -- but that's correct.

18         Q.   My apologies.

19         A.   No, it's fine.  I just wanted to clarify.

20         Q.   That's nice.                            02:11:15

21              You spoke with Yodi in preparation for

22    your deposition; is that correct?

23         A.   I did speak with her, yes.

24         Q.   And the second person you identified, is

25    that person also listed in your notes?            02:11:27
```

Veritext Legal Solutions
866 299-5127

```
1      A.   No.                                          02:11:32

2      Q.   And did you speak with that person to

3   prepare for your deposition today?

4      A.   No.

5      Q.   Looking a little further ahead and          02:11:46

6   turning back to Exhibit 394, there's a category of

7   documents called "User Privacy Communications and

8   Statements."

9           Do you see that?

10          That's at Bates number ending at -577.       02:11:56

11     A.   Yes, I see it.

12     Q.   And do you see in the fifth column it

13  describes those as "records of external statements

14  made by Meta that describe the extent to which Meta

15  maintains and protects the privacy, security, and     02:12:25

16  confidentiality of any covered information

17  according to the FTC order, including but not

18  limited to any statement related to a change in any

19  website or service controlled by Meta that relates

20  to the privacy of such information along with all     02:12:42

21  materials relied upon in making such" -- and then

22  it looks like it's an incomplete sentence.

23          Do you see that?

24     A.   I do.

25     Q.   Do you know if prior to April 2021            02:12:54
```

Page 141

1    Facebook maintained these kind of records?          02:12:59

2              MR. FALCONER:  Objection.  Beyond the

3    scope of the notice.

4              THE DEPONENT:  I -- I don't know.

5         Q.   (By Ms. Weaver)  Do you know who would?    02:13:42

6         A.   I would -- I would start with Yodi and

7    Daniel.

8         Q.   Okay.  Thank you.

9              I'll ask you to look now at what we're

10   marking as Exhibit 395.                              02:13:56

11             (Exhibit 395 was marked for

12   identification by the court reporter and is

13   attached hereto.)

14             MS. WEAVER:  That's tab 39.  That bears

15   Bates number ADVANCE-META -578 through -585.         02:14:03

16             And for the record, it bears the words

17   "FTC order records management policy."

18             THE DEPONENT:  I have it up.

19        Q.   (By Ms. Weaver)  What is Exhibit 395?

20        A.   It is the FTC order records management     02:14:38

21   policy that went into effect April 28th, 2020.

22        Q.   And did you review it in preparing for

23   your deposition today?

24        A.   I did review it, yes.

25        Q.   And to what issue did you find it          02:14:57

Page 142

1    relevant to prepare for your deposition today?         02:15:02

2            MR. FALCONER:  Objection.  Beyond the

3    scope of the notice.

4            And, Mike -- or excuse me -- Mr. Duffey,

5    don't reveal the contents of any conversations you     02:15:16

6    had with counsel in the course of giving an answer.

7    If the only thing that you know about that question

8    is something you learned from counsel, I would

9    instruct you not to answer the question.

10            THE DEPONENT:  I'll follow my counsel's        02:15:35

11    instruction.

12        Q.   (By Ms. Weaver)  Do you have an

13    understanding as to what Exhibit 395 is?

14        A.    Yes.  This is the policy that was put in

15    place in compliance to the FTC's order that went       02:15:51

16    into effect on April 28th, 2020.

17        Q.    And turning to the second page.

18            Do you see a definition there called

19    "covered information"?

20        A.    Yes.                                          02:16:21

21        Q.    And is it your understanding that under

22    this order there is a records retention schedule

23    that addresses whether covered information is

24    retained by Facebook?

25        A.    I'm not sure I understood the question.       02:16:52

                                                      Page 143

CONFIDENTIAL

```
 1          Q.   What is the purpose of the policy with      02:16:55

 2     regard to covered information?

 3               MR. FALCONER:  Objection.  Form.

 4               Go ahead, Mike.

 5               THE DEPONENT:  I would -- I would have to     02:17:11

 6     refer to the policy itself.  The covered

 7     information looks to be, you know, referenced in --

 8     in multiple places on this records management

 9     policy.

10          Q.   (By Ms. Weaver)  So there's a definition     02:17:49

11     for "covered information."

12               Do you see that?

13          A.   I do.

14          Q.   And a definition for "covered third

15     party."                                                02:17:55

16               Do you see that?

17          A.   Yes.

18          Q.   And the definition for "covered

19     information" includes "information from or about an

20     individual consumer, including but not limited to     02:18:03

21     first or last name; geolocation information

22     sufficient to identify a street name and name of

23     city or town; email address or other online contact

24     information, such as instant messaging identifier

25     or screen name; mobile or other telephone number;     02:18:21
```

Page 144

| | | |
|---|---|---|
| 1 | photos and videos; IP address, user ID, or other | 02:18:24 |
| 2 | persistent identifier that can be used to | |
| 3 | recognized a user over time and across different | |
| 4 | device, websites, or online services; social | |
| 5 | security number, driver's license, or other | 02:18:39 |
| 6 | government-issued identification number; financial | |
| 7 | account number; credit or debit information; date | |
| 8 | of birth, biometric information, any information | |
| 9 | combined with any of the above or nonpublic user | |
| 10 | information." | 02:18:53 |
| 11 | Do you see that? | |
| 12 | A.  Yes, I do. | |
| 13 | Q.  Excluding nonpublic user information, is | |
| 14 | it -- does Facebook understand covered information | |
| 15 | to be personal information? | 02:19:04 |
| 16 | MR. FALCONER:  Objection.  Form and | |
| 17 | beyond the scope of the notice. | |
| 18 | Go ahead, Mike. | |
| 19 | THE DEPONENT:  I've seen some of these | |
| 20 | descriptions in the covered information definition | 02:19:46 |
| 21 | used to define personal information. | |
| 22 | Q.  (By Ms. Weaver)  What is Facebook's | |
| 23 | understanding of what personal information is? | |
| 24 | MR. FALCONER:  Objection.  Beyond the | |
| 25 | scope of the notice. | 02:20:06 |

Page 145

CONFIDENTIAL

```
 1              THE DEPONENT:  I would -- I would define      02:20:39

 2    "personal information" as information that you

 3    could use to identify a specific person, like an

 4    email address or phone number, social security

 5    information, bank information, driver's license,      02:21:00

 6    and, you know, govern -- government-issued

 7    identification number.  Also credit card

 8    information.

 9         Q.   (By Ms. Weaver)  Looking at definition

10    9 in Exhibit 384, which is the deposition notice.     02:21:15

11              Do you see that it defines "personal

12    information" in the notice?

13              You have to go back to the very first

14    exhibit that we marked today, Mr. Duffey.

15         A.   Okay.  I see it.                             02:21:38

16         Q.   Is the definition of "personal

17    information" set forth in definition

18    No. 9 consistent with your understanding of what

19    Facebook's understanding personal information is?

20              MR. FALCONER:  Objection.  Beyond the       02:22:02

21    scope of the notice.

22              MS. WEAVER:  It's literally in the

23    notice, Russ.

24              THE DEPONENT:  The definition in the

25    30(b)(6) notice seems to be a fair and accurate       02:22:23
```

Page 146

CONFIDENTIAL

```
 1    definition of what personal information is.          02:22:33

 2         Q.   (By Ms. Weaver)  And going back to

 3    Exhibit 395.

 4         A.   Okay.

 5         Q.   Do you see there's a definition there for   02:22:48

 6    "nonpublic user information"?

 7         A.   I see.

 8         Q.   Do you see it's defined as "any user

 9    profile information (i.e., information that a user

10    adds to or is listed on a user's Facebook profile),   02:23:10

11    or user-generated content (e.g., status updates,

12    photos) that is restricted by one or more privacy

13    settings."

14              Do you see that?

15         A.   Yes.                                          02:23:25

16         Q.   Is that Facebook's understanding of what

17    nonpublic user information is?

18              MR. FALCONER:  Objection.  Form.

19              Go ahead, Mike.

20              THE DEPONENT:  Yes.                           02:23:40

21         Q.   (By Ms. Weaver)  And then turning to the

22    page ending at -581.

23              Do you see where it says "scope of FTCO

24    records"?

25         A.   Yes.                                          02:24:01
```

Page 147

1      Q.   And is this describing categories of        02:24:01

2    records which must be created and retained by

3    Facebook or Meta?

4      A.   These are the -- the scope of records

5    that must be created and maintained and retained    02:24:17

6    for a certain period of time as part of the FTC's

7    order that went into effect on -- on April 28th,

8    2020.

9      Q.   And there's a reference below to "covered

10   third party," correct?                              02:24:44

11     A.   In section B?

12     Q.   Yes.

13     A.   Yes, I see it.

14     Q.   And "covered third party" is defined

15   earlier at page ending -579 as "any individual or   02:25:04

16   entity that uses or receives covered information

17   obtained by or on behalf of Facebook outside of a

18   user-initiated transfer of covered information,"

19   and then it lists a few exceptions.

20          Do you see that?                             02:25:26

21     A.   I do.

22     Q.   Is that Facebook's definition of a

23   covered third party?

24          MR. FALCONER:  Objection.  Form and

25   beyond the scope of the notice.                     02:25:33

Page 148

```
 1            Go ahead, Mike.                          02:25:35

 2            THE DEPONENT:  Yes, this is Facebook's

 3    definition of a covered third party.

 4        Q.   (By Ms. Weaver)  And so going back to the

 5    page ending at -581, is Meta currently required to    02:25:43

 6    retain documents sufficient to identify the types

 7    of covered information that Facebook provides or

 8    makes available to any covered third party, subject

 9    to the requirements set forth there?

10            MR. FALCONER:  Objection.  Form.           02:26:09

11            Go ahead, Mike.

12            THE DEPONENT:  Yes, I believe so.  I

13    would want to review -- there's also a schedule

14    plan and a file plan attached to -- to this policy

15    as well that further provides information about the    02:26:34

16    types of records that would be covered by -- the

17    section that you just went by -- went off of -- the

18    documents sufficient to identify the types of

19    covered information that Facebook provides to any

20    covered third party.                               02:27:03

21        Q.   (By Ms. Weaver)  And for all of the kinds

22    of documents listed here in subtopics A through G,

23    which describes the scope of the FTCO records, is

24    Meta complying with retention requirements?

25        A.   Yes, I believe so.                        02:27:25
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. FALCONER:  We've been going a little | 02:27:28 |
| 2 | more than an hour.  When you get to a stepping | |
| 3 | point -- | |
| 4 | MS. WEAVER:  I'd just like to finish | |
| 5 | this -- | 02:27:34 |
| 6 | MR. FALCONER:  Yeah, you're fine. | |
| 7 | Q.   (By Ms. Weaver)  Would it be possible for | |
| 8 | Meta to produce these retained documents in this | |
| 9 | litigation without any technical difficulty? | |
| 10 | MR. FALCONER:  Objection.  Beyond the | 02:27:45 |
| 11 | scope of the notice. | |
| 12 | THE DEPONENT:  There are -- there are a | |
| 13 | number of approved repositories that are listed in | |
| 14 | the -- FTC or records management file plan.  I | |
| 15 | can't speak to the effort that would be needed to | 02:28:08 |
| 16 | collect all records. | |
| 17 | So I don't know that I can -- that I can | |
| 18 | answer that specific question. | |
| 19 | Q.   (By Ms. Weaver)  Prior to April 2021, did | |
| 20 | Facebook preserve documents of the type described | 02:28:33 |
| 21 | in subcategory B? | |
| 22 | MR. FALCONER:  Objection.  Form. | |
| 23 | Go ahead. | |
| 24 | MS. WEAVER:  Oh, I misspoke. | |
| 25 | THE DEPONENT:  I don't know. | 02:29:04 |

Page 150

CONFIDENTIAL

```
 1          Q.   (By Ms. Weaver)  Prior to April 2020, did      02:29:04

 2    Facebook preserve documents of the type described

 3    in subcategory B?

 4               MR. FALCONER:  Same objection.

 5               THE DEPONENT:  I don't know the answer.        02:29:27

 6               MS. WEAVER:  Okay.  We can take a break

 7    now.

 8               THE VIDEOGRAPHER:  Okay.  Now we're off

 9    the record.  It's 2:29 p.m.

10               (Recess taken.)                               02:29:34

11               THE VIDEOGRAPHER:  Okay.  We're back on

12    the record.  It's 2:43 p.m.

13          Q.   (By Ms. Weaver)  Mr. Duffey, for

14    custodians who received the litigation hold letter

15    relating to this case, did Facebook preserve their     02:43:25

16    devices as well?

17          A.   Any data stored on a device in use by a

18    custodian, that data is -- you know, custodians are

19    instructed to preserve any data stored on either --

20    on a device potentially relevant to a matter.  We      02:44:02

21    have a policy, legal hold policy, where if a device

22    is being replaced, that device is preserved.  The

23    same is true for departing employees on legal hold

24    as well.

25          Q.   And when you say the device is preserved,    02:44:38
```

Page 151

```
1    what do you mean?  Do you mean a physical device is        02:44:40

2    preserved, or is there a forensic image, or how it

3    is preserved?

4         A.   The physical device is preserved.

5         Q.   Ensuring that the litigation hold was           02:45:01

6    complied with in this case, did Facebook ask

7    custodians if they used text to communicate?

8         A.   Yes.

9         Q.   And did Facebook preserve texts for the

10   custodians identified for this case?                      02:45:30

11        A.   Any text messages that are deemed

12   potentially relevant by the custodian, the

13   custodian is obligated to preserve those text

14   messages.  When we conduct custodian interviews and

15   text messages are identified, the E-discovery team       02:46:01

16   will collect those text messages.

17        Q.   Does that include texts on phones and

18   tablets and any other devices?

19        A.   It would cover any devices, yes.

20        Q.   Does Facebook provide devices or did            02:46:22

21   Facebook provide devices to any of the custodians

22   related to this litigation?

23             MR. FALCONER:  Object to that --

24             THE DEPONENT:  Yes.

25             MR. FALCONER:  -- as beyond the scope.          02:46:42
```

| | | |
|---|---|---|
| 1 | But go ahead and answer the best you can. | 02:46:45 |
| 2 | THE DEPONENT:  Yes. | |
| 3 | Q.  (By Ms. Weaver)  And what devices are | |
| 4 | those? | |
| 5 | MR. FALCONER:  Same objections. | 02:47:00 |
| 6 | THE DEPONENT:  Typically Facebook will | |
| 7 | provide a laptop and a phone.  Through the course | |
| 8 | of my work, I have experienced some custodians | |
| 9 | using a desktop computer or a tablet. | |
| 10 | Q.  (By Ms. Weaver)  And were all such | 02:47:30 |
| 11 | devices searched and had responsive data preserved | |
| 12 | for this litigation? | |
| 13 | MR. FALCONER:  Objection.  Form. | |
| 14 | THE DEPONENT:  Again, the custodian is | |
| 15 | obligated to preserve all relevant information, | 02:47:51 |
| 16 | potentially relevant information, related to a | |
| 17 | matter, no matter where it's stored.  If a | |
| 18 | custodian identifies relevant data on a device, the | |
| 19 | E-discovery team will collect from those devices, | |
| 20 | yes. | 02:48:12 |
| 21 | Q.  (By Ms. Weaver)  Are you aware of any | |
| 22 | failures of any custodian related to this | |
| 23 | litigation to preserve relevant information? | |
| 24 | A.  I'm not. | |
| 25 | Q.  Okay.  Are you aware of whether Facebook | 02:48:25 |

```
 1    preserved account level privacy settings for the          02:48:43

 2    named plaintiffs' accounts in this case?

 3         A.   We discussed this morning the ███████

      ███████████████████████████████████████████

      ██████████████████████████████████  DYI.  I believe       02:49:09

 6    there are ███████████████████████████████████████

 7    so I believe my answer would be -- would be yes.

 8         Q.   And those privacy settings also

 9    maintained in Hive or TAO?

10              MR. FALCONER:  Objection.  Beyond the            02:49:50

11    scope of the notice.

12              But go ahead, Mike.

13              THE DEPONENT:  I'm not sure.

14         Q.   (By Ms. Weaver)  Did Facebook preserve

15    account level privacy settings for the named               02:50:04

16    plaintiffs' accounts prior to 2020?

17         A.   I'm not sure if historical privacy

18    settings are captured in ████████  the DYI ██

19    ██████████████████.  I also am not sure whether

20    or not account level privacy settings have been            02:50:53

21    preserved within the ████ Hive tables that we have

22    on legal hold.

23              Long answer is -- you know, short answer

24    is I -- I don't know.

25         Q.   And are you familiar with the phrase "set        02:51:14
```

```
 1    permissions"?                                           02:51:16

 2        A.   No.

 3        Q.   Do you know whether account level

 4    permission settings on posts have been preserved

 5    prior to 2020 for the named plaintiffs?             02:51:31

 6        A.   I don't know.

 7        Q.   Are you familiar with what an identifier

 8    is?

 9            MR. FALCONER:  Objection.  Form.

10            THE DEPONENT:  I've heard of the term      02:52:15

11    used.  If -- if you could give me some context

12    about --

13        Q.   (By Ms. Weaver)  Yes.

14        A.   -- what you mean by "identifier."

15        Q.   Well, it's really what Facebook means    02:52:23

16    that I'm worried about.  But fair enough.  It's not

17    a great question.

18            You're familiar with the Facebook user

19    ID, correct?

20        A.   Yes.                                      02:52:33

21        Q.   And are you familiar with the replacement

22    ID?

23        A.   I'm familiar with it, yes.

24        Q.   And are you familiar with other

25    identifiers such as the ASID or ADID that can be   02:52:46
```

CONFIDENTIAL

```
 1    associated with users?                          02:52:50

 2        A.   No.

 3        Q.   Do you know if Facebook took any steps to

 4    preserve identifiers associated with the named

 5    plaintiffs in this case?                        02:53:00

 6        A.   If -- if that information is part of the

 7    ███  Hive tables that we have placed on legal hold,

 8    then -- then the answer would be yes.

 9        Q.   Are you familiar with what a cookie is?

10        A.   Yes.                                   02:53:31

11        Q.   Did Facebook preserve cookies that are

12    associated with the named plaintiffs in this case,

13    including the full name of datr cookies, for

14    example?

15        A.   I'm not sure if that information is     02:53:55

16    captured in a ███████████ DYI snapshot or if it

17    was -- if it is information that we are preserving

18    as part of the, you know, Hive tables that we have

19    on legal hold for this matter.  If that information

20    is contained with -- within ████████████ ███████

21 ██ ██ tables that are being preserved, then yes, we

22    would have.

23        Q.   You're aware that hashed versions of the

24    datr cookie values are contained, or at least some

25    of them, in the DYI files; is that true?        02:54:32
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              MR. FALCONER:  Objection.              02:54:37

 2              THE DEPONENT:  I don't know.

 3              MR. FALCONER:  Beyond the scope.

 4              THE DEPONENT:  I don't know.

 5      Q.   (By Ms. Weaver)  Okay.                    02:54:46

 6              For the named plaintiffs who are active

 7     on Facebook, are there objects and associations

 8     that were once in TAO but are no longer there?

 9      A.   Can you repeat the question, please.

10      Q.   Yes.                                      02:55:15

11              For the named plaintiffs who are still

12     active on Facebook, are there objects and

13     associations that were once in TAO but are no

14     longer there?

15      A.   Yes, potentially.  TAO is part of our     02:55:33

16     production system, and it's a live system.

17     Facebook does not have a tool that prevents user

18     from interacting with the product.  An example of

19     object in association that may no longer be

20     available through a snapshot would be something   02:56:05

21     that was deleted by the user or, in the instance of

22     an interaction, by the user's friends.

23      Q.   What has Facebook done to maintain the

24     objects and associations since the onset of this

25     litigation?                                     02:56:31
```

Veritext Legal Solutions
866 299-5127

1   A.   We've ████████████████        ███████

    ███████████ DYI tool for -- for each of the named

3   plaintiffs that had data available at the time of

4   the snapshot.

5       Q.   Does ████████████████████████        ███████

    ███████ named plaintiffs?

7       A.   █ ███████████

8       Q.   Has Facebook taken any steps to identify

9   and preserve data relating to the named plaintiffs

10  that Facebook received from third parties?        02:57:44

11      A.   If that data is part of the data

12  contained within the ████ Hive tables that we are

13  preserving, then the answer is yes.

14      Q.   Do you know if the ████ tables includes

15  data received from companies like data brokers such   02:58:17

16  as Acxiom?

17      A.   I don't know the answer to that.  That

18  analysis would -- would be required from somebody

19  on our E-discovery data science team.

20      Q.   Has Facebook taken any steps to preserve    02:58:39

21  information sufficient to show if any data relating

22  to the named plaintiffs has been sent to third

23  parties for academic research?

24      A.   I don't know.  That would be another

25  answer -- the same answer where our -- our          02:59:05

                                        Page 158

1    E-discovery data science team would have to do that        02:59:09

2    analysis within the preserved Hive tables.

3        Q.   For example, Aleksandr Kogan was a

4    researcher, correct?  And he received data from

5    Facebook separate from the This is Your Digital        02:59:24

6    Life app, right?

7             MR. FALCONER:  I'm going to object to

8    this as beyond the scope of the notice and also

9    object to form.

10            THE DEPONENT:  I am aware that        02:59:37

11   Aleksandr Kogan was an app developer.

12       Q.   (By Ms. Weaver)  Did Facebook preserve

13   information showing which users' data Kogan

14   received?

15       A.   I'm not sure, but that would be        03:00:02

16   information that I think would be captured in Hive,

17   and if it were part of the tables that we have

18   placed on hold, the answer would be yes.

19       Q.   Did Facebook take any steps to preserve

20   data which would show which users received the        03:00:36

21   notice that they may have had their data viewed by

22   Cambridge Analytica?

23       A.    If -- if that information or data is in

24   the custody or control of any of the custodians

25   on -- on legal hold, they're under the obligation        03:01:19

| | | |
|---|---|---|
| 1 | to preserve that information.  And then the same | 03:01:23 |
| 2 | would be true for the Hive data tables that we have | |
| 3 | preserved for this matter. | |
| 4 | Q.   Did Facebook preserve the list of users | |
| 5 | who downloaded the This is Your Digital Life app? | 03:01:41 |
| 6 | A.   The same answer.  If any of the | |
| 7 | custodians on legal hold for this matter have that | |
| 8 | information, they would be instructed to preserve | |
| 9 | that list.  If that information is contained within | |
| 10 | the preserved Hive data tables, those would be -- | 03:02:13 |
| 11 | that information would also be preserved. | |
| 12 | Q.   Did Facebook preserve any information | |
| 13 | regarding whose data was sent to Aleksandr Kogan | |
| 14 | beyond the named plaintiffs? | |
| 15 | A.   I don't know. | 03:02:46 |
| 16 | Q.   Are there logs that reflect whether or | |
| 17 | not Cambridge Analytica received named plaintiffs' | |
| 18 | data that can be sorted by user ID? | |
| 19 | MR. FALCONER:  I'm going to object to | |
| 20 | that as outside the scope of the notice. | 03:03:04 |
| 21 | But go ahead. | |
| 22 | THE DEPONENT:  I don't know. | |
| 23 | Q.   (By Ms. Weaver)  And if there were, do | |
| 24 | you know if they were preserved? | |
| 25 | MR. FALCONER:  Objection.  Form. | 03:03:13 |

Page 160

CONFIDENTIAL

```
 1              THE DEPONENT:  If that data was part of        03:03:19

 2      ▆ data -- Hive tables that we have preserved,

 3      then yes.  But I don't know the answer to that

 4      specific question.

 5          Q.  (By Ms. Weaver)  And if they were not         03:03:31

 6      preserved in those ▆ tables, is the answer no?

 7          A.   Unless that information is in the

 8      possession, custody, or control of one of our legal

 9      hold custodians, it's possible that that

10      information could be preserved through custodial     03:03:58

11      preservation.

12          Q.   Is there any other kind of data that

13      could identify which Facebook users could have had

14      their data viewed by Cambridge Analytica other than

15      what you have just described?                        03:04:48

16              MR. FALCONER:  Objection.  Beyond the

17      scope of the notice.

18              THE DEPONENT:  I don't know.

19          Q.  (By Ms. Weaver)  What steps has Facebook

20      taken in this case to preserve information relating  03:05:08

21      to the identification of class members?

22              MR. FALCONER:  Objection.  Form.

23              THE DEPONENT:  I -- I don't know what the

24      term "class members" means.

25          Q.  (By Ms. Weaver)  Does Facebook have a        03:05:30
```

Veritext Legal Solutions
866 299-5127

```
 1    record of who was signed up for a Facebook account        03:05:31

 2    from 2007 to the present?

 3            MR. FALCONER:  Objection.  Beyond the

 4    scope of the notice.

 5            THE DEPONENT:  I don't know.                        03:05:48

 6        Q.   (By Ms. Weaver)  At the time the

 7    litigation hold was sent, did Facebook make any

 8    attempt to preserve a record of every person who

 9    had signed up for a Facebook account prior to that

10    time?                                                      03:05:59

11            MR. FALCONER:  Objection.  Form.

12            Go ahead, Mike.

13            THE DEPONENT:  Can you repeat the

14    question, please.

15        Q.   (By Ms. Weaver)  Yeah.                            03:06:16

16            At the time the first litigation hold was

17    sent relating to this matter, did Facebook make any

18    attempt to preserve a record that identified every

19    person who signed up for a Facebook account prior

20    to the time the litigation hold was sent?                  03:06:28

21            MR. FALCONER:  Objection.  Form.

22            THE DEPONENT:  I don't know.

23        Q.   (By Ms. Weaver)  What steps has Facebook

24    taken to preserve data relating to what is shared

25    about the class members in this case?                      03:06:53
```

Page 162

CONFIDENTIAL

```
 1              MR. FALCONER:  Objection.  Form.        03:06:59

 2              THE DEPONENT:  I don't know -- I don't

 3     know what you mean by "class members."

 4         Q.   (By Ms. Weaver)  Okay.  For your

 5     edification, everybody who held a Facebook account    03:07:15

 6     from January 1, 2007 forward is a class member in

 7     the terms of our complaint.

 8              So --

 9         A.   Okay.

10         Q.   The question is:  What steps has Facebook    03:07:28

11     taken to preserve information which would identify

12     what information is shared about class members in

13     this case?

14         A.   I don't know.

15         Q.   Has Facebook made an attempt to preserve    03:07:51

16     data or logs that -- which would show what

17     information third parties have received about the

18     class members in this case?

19         A.   I don't know.

20         Q.   Has Facebook made any attempt to preserve    03:08:12

21     data or logs which would show what information

22     third parties have received about the named

23     plaintiffs in this case?

24         A.   As I mentioned, we -- we have ███ Hive

25     data tables preserved and on legal hold for this    03:08:33
```

Page 163

```
 1    matter.  If that data is within those tables, that      03:08:42

 2    information would be preserved.  I'm not sure

 3    whether or not that data is -- or that information

 4    is contained within a ██████████ DYI snapshot,

 5    but if it is, we would have preserved it at the        03:09:06

 6    time of this snapshot.

 7         Q.   Has Facebook taken any steps to preserve,

 8    for example, API call logs or records that would

 9    reflect what information third parties received

10    about the named plaintiffs in this case?              03:09:22

11         MR. FALCONER:  Objection.  Form.

12         THE DEPONENT:  Russ, I don't know if this

13    one of those potentially privileged questions or

14    answers.

15         MR. FALCONER:  Okay.                             03:09:54

16         MS. WEAVER:  You can consult.  You want

17    to go to a breakout room or --

18         MR. FALCONER:  Sure.

19         Yeah, why we don't we do -- we'll go off

20    the record for a second.                              03:10:06

21         Mike, can you go into the breakout room?

22         MS. WEAVER:  We can go off the record.

23         THE VIDEOGRAPHER:  We're off the record,

24    3:10 p.m.

25         (Recess taken.)                                  03:10:29
```

Page 164

```
 1            THE VIDEOGRAPHER:  Okay.  We're back on      03:18:20

 2    the record.  It's 3:18 p.m.

 3        Q.   (By Ms. Weaver)  I'll restate the

 4    question.

 5            Mr. Duffey, has Facebook taken any steps     03:18:30

 6    to preserve, for example, API call logs or records

 7    that could reflect what information third parties

 8    received about the named plaintiffs in this case?

 9            MR. FALCONER:  I'm going to object to the

10    form of the question.                               03:18:47

11            And then, Mr. Duffey, I'll instruct you

12    to limit your answer to this question to

13    nonprivileged information.

14            THE DEPONENT:  Understood.

15            If -- if -- if that information regarding    03:19:00

16    API call logs is stored within any of the ███ Hive

17    tables we have preserved for this matter or is

18    information stored by or by any of other legal hold

19    custodians, that information would be preserved for

20    this matter.                                        03:19:42

21        Q.   (By Ms. Weaver)  But specifically with

22    regard to API call logs, has Facebook preserved any

23    information in API call logs that would reflect

24    what information about class members was shared

25    with third parties?                                 03:20:02
```

                                                    Page 165

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Objection.  Form. | 03:20:07 |
| 2 | And, again, same instruction, Mr. Duffey, | |
| 3 | not to reveal any privileged communications or | |
| 4 | privileged information in the course of your | |
| 5 | answer. | 03:20:18 |
| 6 | THE DEPONENT:  Same -- same answer in | |
| 7 | respect to class members as I answered with respect | |
| 8 | to the named plaintiffs. | |
| 9 | Q.   (By Ms. Weaver)  What steps has Facebook | |
| 10 | taken to preserve data that could be associated | 03:20:33 |
| 11 | with the named plaintiffs from systems that have | |
| 12 | been deprecated since the onset of the litigation? | |
| 13 | A.   I'm not aware of any systems that have | |
| 14 | been deprecated since the onset of the litigation. | |
| 15 | I was informed that Facebook is in the process of | 03:21:02 |
| 16 | deprecating one system called EverStore, which -- | |
| 17 | which stores, from what I'm told, large files like | |
| 18 | photos and videos. | |
| 19 | That -- that EverStore system, we're in | |
| 20 | the process of migrating that data over to a new | 03:21:35 |
| 21 | system called Manifold, and common practice for | |
| 22 | Facebook is to -- for any deprecated system to | |
| 23 | ensure that the data is -- is appropriately | |
| 24 | migrated to the new system. | |
| 25 | Q.   Are you aware of any deprecated | 03:22:07 |

Page 166

```
 1   practices?                                          03:22:09

 2          MR. FALCONER:  Objection.  Form.  And

 3   beyond the scope of the notice.

 4          But go ahead, Mike.

 5          THE DEPONENT:  I'm not sure what you mean    03:22:21

 6   by "practice."

 7      Q.  (By Ms. Weaver)  Do you know what

 8   whitelisting is as it is used in this case?

 9      A.  I've heard the term "whitelisting"

10   before.  As it's used in this case, I'm not sure.   03:22:39

11      Q.  What is your understanding --

12      A.  If I --

13      Q.  Oh, I'm sorry, Mr. Duffey.

14          What were you saying?  I didn't mean to

15   cut you off.                                        03:22:57

16      A.  Yeah, I've heard the term "whitelisting,"

17   but I'm just -- I don't have an understanding of --

18   of what that term means in context with this

19   matter.  But if you could explain it to me, I can

20   attempt to answer your question.                    03:23:11

21      Q.  At some point in time, did Facebook

22   transition from Graph API version 1.0 to 2.0?

23          MR. FALCONER:  Objection.  Beyond the

24   scope of the notice.

25          THE DEPONENT:  I understand that that did    03:23:30
```

CONFIDENTIAL

| | |
|---|---|
| 1 | happen, yes. | 03:23:33 |
| 2 | Q.   (By Ms. Weaver)  And you understand that |
| 3 | part of the allegations in this complaint, for |
| 4 | which you were partly responsible for identifying |
| 5 | custodians and preserving evidence, is that certain | 03:23:40 |
| 6 | third parties were whitelisted or exempted from |
| 7 | being cut off from certain data available in Graph |
| 8 | API version 1.0; is that right? |
| 9 | MR. FALCONER:  Objection.  Beyond the |
| 10 | scope. | 03:24:01 |
| 11 | Again, go ahead, Mike. |
| 12 | THE DEPONENT:  I have general minimum |
| 13 | understanding of this, yes. |
| 14 | Q.   (By Ms. Weaver)  Did Facebook preserve a |
| 15 | list of the third parties who were whitelisted | 03:24:18 |
| 16 | after the transition from Graph API version 1.0 to |
| 17 | 2.0? |
| 18 | A.   If any of the ▓ custodians placed on |
| 19 | legal hold for this matter have that information of |
| 20 | the -- of the companies that were whitelisted, they | 03:24:51 |
| 21 | would have preserved that information.  I'm not |
| 22 | sure whether or not that information is contained |
| 23 | within any of our Hive tables, but if it were part |
| 24 | of the ▓ Hive tables that we have preserved for |
| 25 | this matter, again, that -- that information would | 03:25:13 |

CONFIDENTIAL

```
 1    be preserved in those -- the Hive tables on legal       03:25:15

 2    hold.

 3         Q.   Did Facebook take any -- any steps to

 4    preserve records of which third parties received

 5    the named plaintiffs' data after they were              03:25:28

 6    whitelisted?

 7         A.   Same answer.

 8         Q.   There are logs that reflect what third

 9    parties have accessed in terms of user data,

10    correct?                                                03:25:49

11              MR. FALCONER:  Objection.  Form.

12              THE DEPONENT:  Can you repeat the

13    question, please.

14         Q.   (By Ms. Weaver)  Sure.

15              There are APIs or interfaces that             03:26:03

16    reflect -- strike that.

17              Are there logs or records that reflect

18    what data third parties have accessed from Facebook

19    that existed at the time the litigation hold in

20    this case was set --                                    03:26:27

21              MR. FALCONER:  Objection.  Beyond the

22    scope.

23         Q.   (By Ms. Weaver)  -- correct?

24         A.   I don't know.

25         Q.   So other than the Hive tables and the         03:26:33
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    snapshots we've discussed, did Facebook take any          03:26:38

 2    steps to preserve data in Facebook's systems that

 3    could be used to identify what information third

 4    parties received from Facebook about users?

 5         A.   I just want to make sure I understand the       03:27:17

 6    question.  Do you mind repeating it one more time,

 7    please.

 8         Q.   No problem.

 9              Other than Hive tables and the snapshots

10    we have discussed and other than custodial files,         03:27:26

11    did Facebook take any steps to preserve data in

12    Facebook's systems, for example, APIs or logs, that

13    could be used to identify what information third

14    parties received from Facebook about class members?

15              MR. FALCONER:  Objection.  Form.                03:27:53

16              THE DEPONENT:  I don't know.

17         Q.   (By Ms. Weaver)  You're aware that as

18    part of the ADI investigation, Facebook disallowed

19    access to user data for certain third parties,

20    correct?                                                  03:28:22

21              MR. FALCONER:  Objection.  Beyond the

22    scope of the notice.

23              THE DEPONENT:  I didn't -- I wasn't -- I

24    don't think I was aware of that, no.

25         Q.   (By Ms. Weaver)  Do you know if Facebook        03:28:32
```

Page 170

```
 1    maintained a list of the third parties whose access      03:28:33

 2    to Facebook's data was cut off following Cambridge

 3    Analytica?

 4            MR. FALCONER:  Objection.  Beyond the

 5    scope.                                                    03:28:51

 6            THE DEPONENT:  I don't understand the

 7    question.

 8        Q.   (By Ms. Weaver)  Following the

 9    Cambridge Analytica scandal, what steps did

10    Facebook take to preserve information relating to         03:29:05

11    which third parties were improperly accessing class

12    members' data?

13        A.   We sent legal hold notifications to

14    custodians in the Cambridge Analytica matter as

15    well as legal hold custodians in the app developer       03:29:35

16    investigation matter and instructed those

17    custodians to preserve all relevant data related to

18    those matters.

19            We also placed Hive tables on legal hold

20    for both the Cambridge Analytica matter as well as        03:29:59

21    the app developer investigation matter.

22        Q.   Does Facebook maintain a record of what

23    third parties are accessing information through its

24    APIs?

25            MR. FALCONER:  Objection.  Beyond the             03:30:22
```

Page 171

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | scope of the notice. | 03:30:22 |
| 2 | THE DEPONENT:  I don't know. | |
| 3 | Q.   (By Ms. Weaver)  Did Facebook make any | |
| 4 | attempt to preserve in back-end logs data that | |
| 5 | would allow Facebook to identify whether class | 03:30:32 |
| 6 | members' data was accessed by third parties? | |
| 7 | MR. FALCONER:  Objection to form. | |
| 8 | THE DEPONENT:  I don't know what the term | |
| 9 | "back-end logs" means. | |
| 10 | Q.   (By Ms. Weaver)  So front-end logs are | 03:30:53 |
| 11 | where data is received and back-end logs is where | |
| 12 | it is sent out through the platform. | |
| 13 | Does Facebook maintain a record of which | |
| 14 | third parties are accessing the data of class | |
| 15 | members? | 03:31:10 |
| 16 | MR. FALCONER:  I'm going to object to the | |
| 17 | form of the question and also object as beyond the | |
| 18 | scope of the notice. | |
| 19 | THE DEPONENT:  I don't know. | |
| 20 | Q.   (By Ms. Weaver)  What steps has Facebook | 03:31:23 |
| 21 | taken since the filing of this lawsuit to track or | |
| 22 | monitor what third parties have been receiving | |
| 23 | named plaintiffs' data? | |
| 24 | MR. FALCONER:  Objection.  Beyond the | |
| 25 | scope of the notice. | 03:31:38 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1              THE DEPONENT:  We have sent the legal        03:31:42

 2    hold notification to -- the legal hold notice to

 3    ███  custodians as well as placed ███ tables on

 4    legal hold.  Those were the -- the preservation

 5    steps.                                               03:32:04

 6              MR. FALCONER:  Lesley, you're on mute.

 7              THE DEPONENT:  I can hear you.

 8              (Discussion off the stenographic record.)

 9       Q.   (By Ms. Weaver)  Okay.  I'll direct your

10    attention to page 3 of Exhibit 389 please.           03:32:28

11              And for the record, it reads in point 8

12    there:  "Please provide definitions for the

13    departments identified in your August 17th letter."

14              And I'll note for the record --

15              MR. FALCONER:  Can you give me just a       03:32:47

16    second to get there?  I'm sorry.

17              MS. WEAVER:  No problem.

18              MR. FALCONER:  Can you state where you

19    are again.

20              MS. WEAVER:  Exhibit 389, page 3.           03:32:53

21              MR. FALCONER:  Page 3.  Okay.

22       Q.   (By Ms. Weaver)  And for the record, this

23    lists the departments that Gibson Dunn identified

24    as having received the legal hold notice in 2018.

25              Do you see that?                            03:33:14
```

Page 173

| | | |
|---|---|---|
| 1 | A.    Okay.  I do. | 03:33:15 |
| 2 | Q.    And it lists management which are members | |
| 3 | of the leadership team. | |
| 4 | Do you see that? | |
| 5 | A.    Uh-huh.  Yes. | 03:33:23 |
| 6 | Q.    Do you know who in management received | |
| 7 | the legal hold notice? | |
| 8 | A.    I don't recall the names of all of the | |
| 9 | individuals on the leadership team as of | |
| 10 | September 6th, 2018. | 03:33:59 |
| 11 | I can confirm, though, that we do have | |
| 12 | members of the leadership team on -- on legal hold. | |
| 13 | Q.    And do you know by name who? | |
| 14 | A.    I just don't recall who was -- who was | |
| 15 | part of the leadership team at that time.  I can | 03:34:29 |
| 16 | confirm that both Mark Zuckerberg and | |
| 17 | Sheryl Sandberg were on the -- the Cambridge legal | |
| 18 | hold at that time.  But -- but other management | |
| 19 | members, I'm not sure. | |
| 20 | Q.    Do you know if Javier Olivan was? | 03:34:43 |
| 21 | A.    I can't confirm that at the time of this | |
| 22 | letter.  I do believe Mr. Olivan is on legal hold | |
| 23 | for Cambridge Analytica. | |
| 24 | Q.    And then legal -- the legal department | |
| 25 | also received a legal hold notice; is that right? | 03:35:14 |

Page 174

```
 1        A.   Members of the legal department I believe      03:35:22

 2   received the legal hold notice, yes.

 3        Q.   And then members of the policy department

 4   and communications department received the legal

 5   hold notice; is that correct?                            03:35:37

 6        A.   I have no reason to believe that this --

 7   that statement -- those two statements are

 8   inaccurate.

 9        Q.   And do you see it refers here to

10   "platform and development operations"?                   03:35:53

11        A.   I do.

12        Q.   And did they receive the legal hold

13   notice?

14        A.   Members of the platform team development

15   operations team did -- did receive a copy of the         03:36:08

16   legal hold notice, yes.

17        Q.   And what is platform operations?

18        A.   I believe that at one time it was

19   called -- if -- I feel like this might be a -- a

20   typo here.  I think what was intended to say is          03:36:44

21   "developer operations" instead of "development

22   operations."

23             And I know that that team formally

24   referred to as "developer operations" is now

25   referred to as "platform operations."                    03:37:01
```

Page 175

```
 1        Q.   And what does platform operations do?        03:37:07

 2        A.   I'm not sure of their -- their job

 3   function.

 4        Q.   So other than --

 5             MR. FALCONER:  I'm sorry.               03:37:53

 6             Mike, are you done?

 7             THE DEPONENT:  Yeah, I'm just -- I'm just

 8   trying to think if there's -- there's a summary or

 9   a description that I can provide.

10             MR. FALCONER:  While you're thinking, I    03:38:06

11   just had -- did not an objection out before you

12   started your answer.

13             This question is beyond the scope of the

14   notice.  But I wanted to put that objection in.

15             Go ahead.  Keep thinking.  You can       03:38:17

16   answer.  I just wanted to make that record.

17             THE DEPONENT:  Yeah, I'm sorry.  I don't

18   know that I can -- can provide like an accurate

19   description of what the platform operations team

20   does.                                              03:38:52

21        Q.   (By Ms. Weaver)  Do you know if platform

22   and development operations teams as described here

23   took any steps to preserve on a systemwide basis

24   information that would allow Facebook to identify

25   what information it was sending to third parties    03:39:09
```

1    about the class members in this case?                03:39:14

2            MR. FALCONER:  Objection.  Form.

3            THE DEPONENT:  If through the course of

4    our custodian interviews of members of either of

5    these two teams identified Hive tables relevant     03:39:36

6    to -- to your question, those Hive tables would

7    have been placed on legal hold for preservation.

8        Q.   (By Ms. Weaver)  Anything else you can

9    think of?

10       A.   Members of those teams who received the    03:40:07

11   legal hold notice would be instructed to preserve

12   any and all data related to the topics listed in

13   the legal hold notice.

14       Q.   When you say "any and all data," what do

15   you mean?                                            03:40:23

16       A.   All ESI, hard copy materials, or

17   structured data like the data that is stored in

18   Hive tables.

19       Q.   Are you aware of any data not kept in

20   Hive tables and not kept in custodial files that    03:40:40

21   was preserved that could identify what information

22   third parties received about class members in this

23   case?

24           MR. FALCONER:  Objection.  Form.

25           THE DEPONENT:  In general, most of our --   03:41:02

                                                    Page 177

CONFIDENTIAL

```
 1    our data or ESI is not under a retention schedule        03:41:05

 2    or deletion schedule, so unless -- unless an

 3    employee were to proactively delete that

 4    information, we would have preserved that

 5    information through our various data sources that        03:41:44

 6    we use within the company.

 7         Q.   (By Ms. Weaver)  Okay.  I understand your

 8    answer, but I'm really trying to ask something

 9    very, very specific.

10         Did Facebook take any steps on a systemic           03:42:03

11    basis to preserve information in logs such as the

12    API call logs that would identify what data third

13    parties received about the class members in this

14    case?

15         MR. FALCONER:  I'm going to object to the           03:42:24

16    form of that question.

17         And then, again, Mr. Duffey, remind you

18    to exclude any privileged information or contents

19    of any privileged communications in your answer.

20         THE DEPONENT:  Beyond the data that is on           03:42:41

21    legal hold in the ███ tables that we have on -- on

22    hold, Hive tables, I'm not aware of any, you know,

23    additional measures to preserve that data.

24         Q.   (By Ms. Weaver)  And then is it your

25    understanding that members of the advertising,          03:43:11
```

Veritext Legal Solutions
866 299-5127

```
 1    sales, and marketing departments, the security          03:43:13

 2    department, the privacy team, human resources,

 3    growth, academic research, engineering, and user

 4    research all received litigation hold notices in

 5    this case on or around March of 2018?                    03:43:33

 6            MR. FALCONER:  Objection.  Form.

 7            THE DEPONENT:  This -- this letter is

 8    dated December 6th, 2018.  I have no reason to --

 9    to not believe or -- that the accuracy of these

10    statements as it pertains to the various teams          03:44:05

11    within our organization that were placed on legal

12    hold.

13            So by -- by the September 6th, 2018, I

14    would agree that -- that members from all of these

15    groups or teams were placed on legal hold.               03:44:24

16        Q.   (By Ms. Weaver)  Are you aware of any

17    other departments that received the legal hold

18    notice in 2018?

19            MR. FALCONER:  Objection.  Form.

20            Go ahead, Mike.                                  03:44:43

21            THE DEPONENT:  No, this seems like --

22    like a comprehensive list.

23        Q.   (By Ms. Weaver)  Okay.

24            MS. WEAVER:  We'll take a quick break and

25    we'll be back in like five.  We can go off the           03:45:14
```

1    record.                                                    03:45:17

2             THE VIDEOGRAPHER:  Okay.  We're off the

3    record.  It's 3:45 p.m.

4             (Recess taken.)

5             THE VIDEOGRAPHER:  Okay.  We're back on        03:51:22

6    the record.  It's 3:51 p.m.

7        Q.   (By Ms. Weaver)  Mr. Duffey, were you

8    aware of a motion that Facebook brought in this

9    case that (inaudible) permission not to preserve

10   data?                                                     03:51:36

11           MR. FALCONER:  Objection.  Form and

12   outside the scope of the notice.

13           And, Mr. Duffey, I want to exclude from

14   your answer anything you learned from conversations

15   with counsel in this case, privileged                     03:51:45

16   conversations.

17           THE DEPONENT:  No, I'm not.

18       Q.   (By Ms. Weaver)  Do you know what a

19   method table is?

20       A.   I've heard of -- I've heard of the -- the       03:52:05

21   term "method table."  I -- I do not know what it

22   is, no.

23       Q.   When Facebook was implementing its

24   preservation program in response to this lawsuit,

25   did it consult with engineers to consider whether        03:52:30

Page 180

| | | |
|---|---|---|
| 1 | API call logs should be preserved in order to keep | 03:52:34 |
| 2 | a record of what data third parties obtained about | |
| 3 | the plaintiffs in this case? | |
| 4 | MR. FALCONER:  So objection to form. | |
| 5 | And, again, Mr. Duffey, if there were any | 03:52:51 |
| 6 | privileged conversations that you were part of that | |
| 7 | would otherwise be responsive to that question, you | |
| 8 | should exclude from your answer. | |
| 9 | THE DEPONENT:  I heard you mention that | |
| 10 | phrase "preservation programs," and I'm not sure I | 03:53:08 |
| 11 | understand what that means.  I just want to make | |
| 12 | sure I get clarity on that before I attempt to | |
| 13 | answer your question. | |
| 14 | Q.   (By Ms. Weaver)  I just mean attempts to | |
| 15 | preserve.  But I can restate the question. | 03:53:18 |
| 16 | When Facebook implemented its retention | |
| 17 | policy in response to this lawsuit, did Facebook | |
| 18 | consult with engineers to consider whether API call | |
| 19 | logs should be preserved in order to keep a record | |
| 20 | of what data third parties obtained about class | 03:53:36 |
| 21 | members in this case? | |
| 22 | MR. FALCONER:  Again, objection.  Form. | |
| 23 | And, Mr. Duffey, the same instruction on | |
| 24 | privilege, which I can repeat if you need me to. | |
| 25 | THE DEPONENT:  I don't know. | 03:54:05 |

Page 181

CONFIDENTIAL

1      Q.    (By Ms. Weaver)  Who would know?              03:54:06

2      A.    Custodian interviews are conducted by our

3   outside counsel and in-house counsel.  I think -- I

4   think they would be the appropriate people to ask

5   that question.                                        03:54:47

6      Q.    Other than custodial linked data sources,

7   did Facebook preserve ESI in central repositories?

8      A.    What do you mean by "central repository"?

9      Q.    For example, is financial information

10  preserved at Facebook in a centralized repository     03:55:34

11  that is not custodially limited?

12     A.    I'm aware of teams that use central

13  repositories like a Google Drive or a SharePoint or

14  a network share.  So if you can repeat the question

15  I -- I think I -- I can attempt to answer.            03:56:28

16     Q.    Other than custodial data sources, did

17  Facebook preserve ESI in central repositories?

18     A.    I think I mentioned this before.  Central

19  repositories like Google Drive or like a network

20  share or like a SharePoint are not under any          03:56:54

21  auto-deletion or retention period.  Data that lives

22  within a central repository would have to be

23  deleted by some lady who had access to those

24  central repositories.

25          And as I stated earlier, I'm not aware --     03:57:26

Veritext Legal Solutions
866 299-5127

 1    I have never -- our E-discovery team has not been          03:57:29

 2    made aware of any deletion that has occurred in a

 3    central repository for this matter.

 4         Q.    Did Facebook take any steps to preserve

 5    logs that reflect what data SDKs were obtaining           03:57:57

 6    that related to class member data?

 7              MR. FALCONER:  Objection.  Form.

 8              THE DEPONENT:  I don't know what an SDK

 9    is, but if that were data that is part of the Hive

10    tables that have been preserved for this matter,          03:58:25

11    then yes, we would have preserved it.

12         Q.    (By Ms. Weaver)  Okay.  Is it Facebook's

13    usual practice that data in Hive tables subject to

14    legal holds are automatically put in cold storage?

15              MR. FALCONER:  Objection.  Form.             03:58:59

16              THE DEPONENT:  It has been the

17    E-discovery -- E-discovery data science team's

18    approach or mechanism for placing Hive tables on

19    legal hold to move that data into cold storage.

20         Q.    (By Ms. Weaver)  How long does it take to      03:59:34

21    get data out of cold storage?

22              MR. FALCONER:  Objection.  Beyond the

23    scope of the notice.

24              THE DEPONENT:  I think it would depend

25    on -- on the size of the data that would be needed       03:59:51

CONFIDENTIAL

```
 1    to -- be taken out of cold storage.  So I -- so I        03:59:56

 2    don't know -- I don't know how long it would take.

 3    But it -- it certainly would depend on the size of

 4    the -- the data or the Hive table.

 5         Q.   (By Ms. Weaver)  Do you know whether the        04:00:17

 6    data in the ███ Hive tables is available anywhere

 7    else at Facebook?

 8         A.   I don't know -- I don't know that I can

 9    answer that question.  I don't know.

10         Q.   When you said it would depend on the size       04:00:55

11    of the data, can you give a rough estimate as to

12    how long it would take to get Hive tables out of

13    cold storage?

14              MR. FALCONER:  Objection.  Beyond the

15    scope.                                                    04:01:07

16              THE DEPONENT:  I can't -- I can't.  I

17    mean Hive tables, especially ones that are on legal

18    hold, grow in size every single day that new data

19    is put into cold storage.  I'm -- I -- I have no

20    idea how long it would take, but I know that it          04:01:30

21    would be dependent on -- on the size of the tables.

22         Q.   (By Ms. Weaver)  Is --

23         A.   Our data science -- I would ask our data

24    science team on -- on sort of a timetable depending

25    on which tables were -- were -- you're referring         04:01:49
```

Page 184

CONFIDENTIAL

```
 1    to.                                              04:01:52

 2         Q.    Are we talking weeks or months?

 3              MR. FALCONER:  Same objection.

 4              THE DEPONENT:  Possibly.  I don't know.

 5         Q.    (By Ms. Weaver)  Has Facebook ever    04:02:07

 6    brought tables out of cold storage that have been

 7    put in there on a litigation hold?

 8              MR. FALCONER:  Same objection.

 9              THE DEPONENT:  I believe so.

10         Q.    (By Ms. Weaver)  On how many occasions? 04:02:33

11              MR. FALCONER:  Objection.  Beyond the

12    scope.

13              THE DEPONENT:  I don't -- I don't know.

14    I've only work on a subset of a total number of

15    active regulatory and litigation matters within -- 04:02:47

16    within our legal department, so I don't know the

17    answer to that question.

18         Q.    (By Ms. Weaver)  How many times are you

19    aware of that Facebook has brought data out of cold

20    storage?                                         04:03:00

21              MR. FALCONER:  Objection.  Beyond the

22    scope.

23              THE DEPONENT:  I don't have a number.

24         Q.    (By Ms. Weaver)  Is it more than ten?

25              MR. FALCONER:  Same objection.        04:03:14
```

Page 185

CONFIDENTIAL

```
 1              THE DEPONENT:  I don't know.              04:03:18

 2       Q.   (By Ms. Weaver)  Have you ever personally

 3   been involved in a matter where Facebook brought

 4   data out of cold storage?

 5              MR. FALCONER:  Objection.  Beyond the     04:03:34

 6   scope.

 7              THE DEPONENT:  Yeah, I'm -- I'm

 8   struggling with this question because I've never

 9   heard sort of the term "taking data out of cold

10   storage."                                            04:04:26

11              I am aware of our E-discovery data

12   science team producing structured data in -- in

13   matters.  Whether or not it was taken out of cold

14   storage or not, I'm -- I'm just not clear on that

15   process.                                             04:04:52

16       Q.   (By Ms. Weaver)  And in what matters did

17   Facebook's data science team produce structured

18   data out of cold storage?

19              MR. FALCONER:  Objection.  Beyond the     04:05:08

20   scope.

21              THE DEPONENT:  No -- no specific matters

22   come to mind that I can -- I can tell you sitting

23   here.

24       Q.   (By Ms. Weaver)  Who is involved with

25   producing the structured data out of cold storage?   04:05:57
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
  1              MR. FALCONER:  Objection.  Beyond the        04:06:05

  2     scope.

  3              THE DEPONENT:  Any -- any data that is

  4     produced from Hive tables goes through a stat

  5     review process that involves different              04:06:26

  6     cross-functional partners within the company,

  7     including E -- E-discovery, legal.  It depends

  8     on -- on what the data is and who the owners of

  9     that data are.

 10        Q.   (By Ms. Weaver)  Does putting Hive logs      04:07:02

 11     in cold storage make it less accessible?

 12              MR. FALCONER:  Objection.  Form and

 13     beyond the scope of the notice.

 14              THE DEPONENT:  When data is put into cold

 15     storage, only the E-discovery team would -- would    04:07:27

 16     have access to that data.  So I -- I believe it

 17     does make it more difficult to access the data,

 18     yes.

 19        Q.   (By Ms. Weaver)  What is cold storage,

 20     exactly?                                             04:07:53

 21              MR. FALCONER:  Same objection.

 22              THE DEPONENT:  I'm not a data scientist.

 23     All I know is that that's the storage space for

 24     which, for instance, legal hold data, Hive data is

 25     preserved.                                           04:08:20
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        Q.   (By Ms. Weaver)  You understand that you      04:08:23

 2   were to testify today regarding the

 3   Special Master's question "were any high Hive

 4   tables containing named plaintiff data placed in

 5   cold storage during the pendency of this           04:08:32

 6   litigation," right?

 7        A.   Yes.

 8        Q.   So what does it mean to place Hive tables

 9   in cold storage?

10        A.   That is our -- our mechanism for placing   04:08:44

11   Hive data on legal hold so that it cannot be

12   altered, modified, or deleted.

13        Q.   Does placing it in cold storage make it

14   less accessible, meaning in terms of being able to

15   search or access the data?                          04:09:07

16             MR. FALCONER:  Objection.  Beyond the

17   scope.

18             But go ahead.

19             THE DEPONENT:  I don't know.  I -- I

20   would have to ask our -- our data science team that  04:09:20

21   specific question.

22             MS. WEAVER:  Okay.  I have no further

23   questions at this time.  We will seek a deponent to

24   answer on the questions that the witness was not

25   able to answer.                                      04:09:38
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | But, Mr. Duffey, I want to thank you | 04:09:39 |
| 2 | very, very much for your time and effort and the | |
| 3 | time you took to prepare for this deposition. | |
| 4 | THE DEPONENT:  And thank you, Ms. Weaver. | |
| 5 | MR. FALCONER:  We'll reserve all rights. | 04:09:48 |
| 6 | We'd like to read and sign, and mark the transcript | |
| 7 | "Confidential" pending the final confidentiality | |
| 8 | designations. | |
| 9 | MS. WEAVER:  Okay.  We can go off the | |
| 10 | record. | 04:09:58 |
| 11 | THE VIDEOGRAPHER:  Thank you. | |
| 12 | We're off the record.  It's 4:10 p.m. | |
| 13 | (TIME NOTED:  4:10 p.m.) | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | ---o0o--- | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 189

CONFIDENTIAL

1        I, Rebecca L. Romano, a Registered

2   Professional Reporter, Certified Shorthand

3   Reporter, Certified Court Reporter, do hereby

4   certify:

5        That the foregoing proceedings were taken

6   before me remotely at the time and place herein set

7   forth; that any deponents in the foregoing

8   proceedings, prior to testifying, were administered

9   an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13       Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [ ] was [X] was not requested.

17       I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20       IN WITNESS WHEREOF, I have this date

21  subscribed my name this 7th day of June, 2022.

22

23

24       Rebecca L. Romano, RPR, CCR

25       CSR. No 12546

                                        Page 190

CONFIDENTIAL

```
 1    RUSSELL H. FALCONER

 2    rfalconer@gibsondunn.com

 3                                         June 7, 2022

 4    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

 5    JUNE 2, 2022, MICHAEL DUFFEY, JOB NO. 5234611

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 191

1   xx Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2      Transcript - The witness should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, noting the page and line number of the corrections.

5      The witness should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9   __ Federal R&S Not Requested - Reading & Signature was not

10     requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 192

CONFIDENTIAL

```
1        I, MICHAEL DUFFEY, do hereby declare under
2   penalty of perjury that I have read the foregoing
3   transcript; that I have made any corrections as
4   appear notes; that my testimony as contained
5   herein, as corrected, is true and correct.
6        Executed this _____ day of _____,
7   2022, at _____,_____.
8
9
10
11             _____
12                  MICHAEL DUFFEY
13
14
15
16
17
18
19
20
21
22
23
24
25
                                        Page 193
```

CONFIDENTIAL

1  RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2  MICHAEL DUFFEY (JOB NO. 5234611)

3              E R R A T A   S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24  MICHAEL DUFFEY                      Date

25

Page 194

CONFIDENTIAL

**[& - 2nd]**

| & |
| --- |
| **&** 1:14 2:19 3:5 4:16 5:5 6:5 9:14 12:16 15:15,15,22 117:13 191:23 192:9 |

| 0 |
| --- |
| **00003256** 9:8 |
| **00003259** 9:12 |
| **0000462** 9:23 |
| **0000470** 9:24 |
| **0000489** 8:21 9:7 9:11 33:4 |
| **0000493** 8:22 |
| **0000504** 10:13 |
| **0000509** 10:14 |
| **0000516** 10:19 |
| **0000531** 10:20 |
| **0000555** 11:7 |
| **0000568** 11:8 |
| **0000578** 11:15 |
| **0000585** 11:16 |
| **0000692** 9:17 |
| **0000694** 9:18 |
| **02843** 1:6 2:4 |

| 1 |
| --- |
| **1** 1:25 29:23 31:8 31:9,20,23 163:6 192:1 |
| **1.0** 167:22 168:8 168:16 |
| **100** 117:18 |
| **103** 9:14 |
| **104** 9:20 |
| **10:19** 48:19 |
| **10:35** 48:22 |
| **10th** 35:10 81:12 81:16,23 |
| **11** 21:2 117:24 118:1 |

**114** 10:4
**116** 10:7
**11:29** 79:23
**11:42** 80:1
**1201** 4:8
**12546** 1:21 190:25
**129** 10:10
**12:44** 113:8
**12th** 3:10
**130** 10:16
**134** 11:4,10
**137** 69:13,19,23 70:13 72:21 73:18 75:10,19 77:17 79:6,7,16 82:25 83:23 84:5 154:21 156:7 158:12,14 161:2,6 163:24 165:16 168:24 173:3 178:21 184:6
**14** 8:5
**142** 11:13
**15** 90:16
**16** 9:22
**1600** 3:11
**16th** 96:18,24 98:18 99:1,5 108:20
**17** 8:11
**17th** 115:13 173:13
**18** 1:6 2:4
**1801** 5:16
**18th** 26:16 36:13
**194** 1:25
**1:18** 113:11

| 2 |
| --- |
| **2** 1:16 12:1 115:7 137:18 138:5 191:5 |

**2.0** 167:22 168:17
**20** 8:20 9:6,10 10:12,18 11:6 79:12 130:2
**20-0466** 1:22
**2001** 4:19
**2007** 96:22 162:2 163:6
**2017** 14:21 49:21 50:2,4 68:3 86:20
**2018** 10:5 16:25 22:18 25:15 27:2 27:11 29:11 35:8 38:3,24 50:2,5 75:2,12,22 76:5,12 91:25 92:6 109:9 109:18 114:13 116:4 124:2 173:24 174:10 179:5,8,13,18
**2019** 10:8 39:8 87:3 110:14 117:13 125:16
**2020** 8:20 9:6,10 11:15 35:10 36:14 38:23 39:3,8,10 44:16 46:14 52:1 60:10,13,15 61:11 61:19 62:24 66:7 66:15,24 81:9,12 81:16,23 87:3 90:14,16,22 96:18 96:24 98:18 99:2 99:5 126:14 142:21 143:16 148:8 151:1 154:16 155:5
**2021** 9:22 10:12,18 11:6 14:19,22 15:2 52:2 59:1,6 60:6,9,14,16,20

**61:3 87:2 108:20 126:7 130:2 131:4 131:5 132:2 133:3 138:14 139:11 140:9 141:25 150:19**
**2022** 1:16 2:18 9:16 12:1,6 26:16 36:14 82:16 84:8 90:17 190:21 191:3,5 193:7
**20221** 47:8
**2025.520** 191:9,12
**206** 4:11
**20th** 90:21 131:4,5 132:2 133:3 138:13,14
**2100** 4:20
**213** 5:10 6:20
**214** 4:22
**21st** 140:9
**229-7907** 5:10
**22nd** 91:25 92:6
**23** 66:6
**23rd** 90:13
**253-9706** 6:20
**26** 104:20
**27th** 47:8 52:2
**28** 9:16 11:14
**2843** 1:4 2:3
**285** 109:22
**28th** 142:21 143:16 148:7
**29** 32:19
**298-5700** 5:19
**2:29** 151:9
**2:43** 151:12
**2nd** 12:6

Page 1

**[3 - 9th]**

---

**3**

**3**   2:18 25:19,21
  26:12 30:12,16
  35:4 119:3 126:6
  136:23 137:24
  173:10,20,21
**3.2**   105:13
**3.3**   105:8
**30**   1:12 8:15 9:4
  17:18 36:12 37:14
  146:25 192:1
**3000**   6:9
**303**   5:19
**31**   82:16
**31st**   84:8
**32**   8:19 129:13
  130:10
**3200**   4:9
**3256**   82:14
**3257**   63:5,19 66:5
  68:22 96:13
**3258**   52:23 63:13
  65:5 67:21
**3259**   70:19
**32nd**   6:18
**333**   5:8
**3491**   1:23
**37**   134:10
**38**   36:3 134:11
**384**   8:11 17:17,21
  20:12 29:21,23
  30:6 146:10
**385**   8:19 32:15,19
  32:20 33:3,19
  34:7,17,23 80:11
  81:6,10 91:12
  92:3 102:25 109:3
  109:23 119:4
**386**   9:4 52:8,9,16
  52:23 63:6 67:22
  80:25 81:19 82:4

---

82:13 83:20 84:5
  92:25 96:12
  101:16 126:4
  140:14
**387**   9:14 103:19,23
  104:6,16
**388**   9:20 104:20,21
  105:2
**389**   10:4 114:7,8
  173:10,20
**39**   142:14
**390**   10:7 116:16,20
  117:9 124:7
**391**   10:10 129:9,10
  129:22 135:8
**392**   10:16 99:18
  130:18,22,25
  131:1,7 132:7
  133:2 134:19,19
  135:11 136:2,9
**393**   11:4 134:12,19
  134:23 135:15,17
  135:25 136:2,21
  136:21,23 138:9
  138:12,17,24,25
**393-8247**   6:11
**394**   11:10 134:15
  135:16 136:4,18
  136:25 137:1
  138:9,11,15,24,25
  141:6
**395**   11:13 142:10
  142:11,19 143:13
  147:3
**3:10**   164:24
**3:18**   165:2
**3:45**   180:3
**3:51**   180:6

---

**4**

**415**   3:13 6:11
**4200**   5:17
**445-4003**   3:13
**463**   105:6
**466**   105:24
**467**   105:24
**469**   82:15 83:25
  84:7 94:16 168:18
  173:3
**48**   103:22
**490**   80:14
**493**   33:4
**4:10**   189:12,13

---

**5**

**5**   117:24
**50**   20:1
**504**   129:15
**509**   129:15
**516**   130:23
**52**   9:4 58:25 59:17
  60:4,13 61:2
**5234611**   1:24
  191:5 194:2
**529**   132:25
**531**   130:23
**555**   3:10 6:8,17
  134:21
**568**   134:22
**569**   134:25
**576**   137:9
**577**   134:25 141:10
**578**   142:15
**579**   148:15
**581**   147:22 149:5
**585**   142:15
**5th**   6:17

---

**6**

**6**   1:12 8:15 9:4
  10:5 17:18 36:12
  37:14 105:24
  114:12 115:10
  116:4 146:25
**6.1**   105:24
**6/2/2022**   9:5
**623-1900**   4:11
**698-3170**   4:22
**6th**   174:10 179:8
  179:13

---

**7**

**7**   21:1 30:12,16
  124:9,9 191:3
**7321**   190:23
**75201**   4:21
**77**   116:19
**7th**   190:21

---

**8**

**8**   29:23 30:9,14,25
  173:11
**80202-2642**   5:18
**827**   1:22
**84**   25:20

---

**9**

**9**   10:8 61:19 62:24
  90:16 117:12
  146:10,18
**90**   74:18 77:24,24
**90013**   6:19
**90071-3197**   5:9
**90th**   74:21
**94105-0921**   6:10
**94607**   3:12
**98101**   4:10
**9:14**   2:18 12:2,6
**9th**   38:23,23 39:3
  39:10 44:16 46:14
  52:1 60:10,13,15

---

Page 2

**[9th - analytics]**

| | | | |
|---|---|---|---|
| 61:11 | 50:17 53:5 55:4 | **addressed** 130:8 | 108:3 110:20 |

**a**

**a.m.** 2:18 12:2
48:19,22 79:23
80:1
**ability** 41:18 42:4
56:10,17 57:21
58:12 71:2 111:3
111:13 121:16
**able** 58:20 60:25
79:14 140:6
188:14,25
**absolutely** 18:24
**academic** 158:23
179:3
**access** 57:12 77:8
83:4 85:6 86:1
87:1 120:15
124:22 125:2
170:19 171:1
182:23 187:16,17
188:15
**accessed** 169:9,18
172:6
**accessible** 86:15
121:8 187:11
188:14
**accessing** 171:11
171:23 172:14
**account** 38:2,5,15
38:17,21,24 39:25
44:15 45:17 46:11
47:6,8 52:2 57:13
61:21,23 62:3,18
62:19 84:19 86:9
86:12,12 90:6
145:7 154:1,4,15
154:20 155:3
162:1,9,19 163:5
**accounts** 39:7 40:6
40:9,14,16,19,23

55:16 59:1,11
60:11,16,18 61:12
61:19,20 62:9,10
62:17,17,24 66:6
90:20 154:2,16
**accuracy** 179:9
**accurate** 75:5
146:25 176:18
**achieved** 118:15
**acronym** 32:8
**act** 73:9
**action** 26:3 31:14
32:3 44:7 46:11
47:10 59:18 83:1
93:2 96:15 108:13
190:18,19
**actions** 1:8 2:7
57:16 84:4 95:24
**active** 73:1 74:23
157:6,12 185:15
**activities** 85:3
**activity** 42:6 54:5
67:19
**actual** 82:7 97:21
98:9
**acxiom** 158:16
**adavis** 3:15
**added** 96:21 97:9
126:12
**addition** 84:4
**additional** 29:16
40:4 54:1 65:3
75:13,14 84:19
118:7 139:4,7
178:23
**address** 17:16
25:18 74:17 86:8
108:9 127:19
144:23 145:1
146:4

**addresses** 143:23
**addressing** 108:19
**adds** 147:10
**adi** 127:25 170:18
**adid** 155:25
**admin** 121:19,22
**administered** 14:2
190:8
**administrator**
40:12
**admins** 59:2,9
60:18
**ads** 40:17,20 59:1
60:18 86:11
**advance** 8:21,22
9:7,8,11,12,17,18
9:23,24 10:13,14
10:19,20 11:7,8,15
11:16 33:4 129:15
130:23 134:21
142:15
**advertisers** 40:19
**advertising** 40:6,9
40:14,15,23 53:5
55:4,16 59:11
178:25
**advise** 125:21
**ag** 23:12 93:7
**aggregate** 58:24
138:1
**ago** 15:23 36:6
37:6 67:6 69:6
80:3
**agree** 179:14
**agreed** 13:9,11
**agreements** 125:1
131:14
**ahead** 16:5 24:11
35:21,23 58:15
88:11,24 89:19

120:10 122:3
128:4,18 133:14
141:5 144:4
145:18 147:19
149:1,11 150:23
153:1 154:12
160:21 162:12
167:4 168:11
176:15 179:20
188:18
**akins** 46:15
**aleksandr** 124:20
159:3,11 160:13
**allegations** 168:3
**alleged** 125:3
**allen** 38:13 53:9
53:10 54:20 60:25
**allow** 83:15 172:5
176:24
**allows** 62:13 70:20
71:2
**altered** 188:12
**alto** 1:15 2:17 12:1
**amended** 8:11
17:18 20:18
**amount** 71:14
**analysis** 158:18
159:2
**analytica** 16:23
17:9 22:2,24
23:13 29:9,15
69:15 75:23 76:5
82:15 93:4,10,12
101:10 124:20,22
124:24 128:21
159:22 160:17
161:14 171:3,9,14
171:20 174:23
**analytics** 67:19

Veritext Legal Solutions
866 299-5127

[angeles - automatically]

**angeles** 5:9 6:19
**anne** 3:7 12:18
**anon** 78:17,20,24
**anonymization**
   45:23
**anonymized** 45:13
   73:14
**answer** 16:5 18:21
   18:25 29:2 35:24
   43:2 47:22,24
   56:15 58:20 61:5
   61:7,8 64:5 66:20
   70:5,14 75:5
   77:20 78:10 79:5
   79:15 85:20,22
   92:19,22 93:20
   94:10,14 97:17,19
   100:12,13 101:5
   106:16,17 109:12
   112:22 122:7
   125:24 128:20
   132:13 134:3
   137:4 143:6,9
   150:18 151:5
   153:1 154:7,23,23
   156:8 158:13,17
   158:25,25 159:18
   160:6 161:3,6
   165:12 166:5,6
   167:20 169:7
   176:12,16 178:8
   178:19 180:14
   181:8,13 182:15
   184:9 185:17
   188:24,25
**answered** 166:7
**answering** 18:16
   23:25 41:13 66:19
   78:8 81:4
**answers** 19:1
   164:14

**anthony** 47:2
**anybody** 29:7 43:3
   139:23
**api** 164:8 165:6,16
   165:22,23 167:22
   168:8,16 178:12
   181:1,18
**apis** 169:15 170:12
   171:24
**apologies** 26:9
   104:2 140:18
**apologize** 62:21
   128:22 135:16
**app** 58:4 94:7
   99:15 128:12
   158:5 159:6,11
   160:5 171:15,21
**appear** 193:4
**appearances** 3:1
   4:1 5:1 6:1 7:1
**appeared** 104:1
   114:17
**appearing** 3:2 4:2
   5:2 6:2 7:2 191:18
   192:7
**applied** 92:5
**applies** 115:23
**apply** 115:18
**approach** 183:18
**appropriate** 54:22
   71:1 86:2 182:4
**appropriately**
   166:23
**approved** 139:6
   150:13
**approximately**
   36:3
**apps** 57:22 58:2,9
   58:12 124:24
**april** 10:12,18
   11:6,14 90:21

130:2 131:4,5
132:2 133:3
138:13,14 139:11
140:9 141:25
142:21 143:16
148:7 150:19
151:1
**archive** 72:2,6
   110:13,15 118:19
**archived** 71:7
   72:12 118:5,17,22
   119:14,18,19
**archiving** 116:22
   117:2
**area** 71:7 72:3,12
**ariciu** 47:2
**arrived** 129:19
**asid** 155:25
**aside** 42:7
**asked** 88:2 102:6
**asking** 26:18 30:5
   31:2,20 55:8 74:7
   81:25 99:1 123:17
**asserted** 95:18
**asserts** 94:22
**assessment** 131:15
**assessments**
   131:21
**assist** 29:16
**assisting** 12:19
**associate** 7:5
**associated** 26:2
   45:14 60:18 93:25
   134:1 156:1,4,12
   166:10
**association** 157:19
**associations** 64:9
   65:7,9 67:7 157:7
   157:13,24
**attached** 17:23
   32:17 52:11

103:21 104:23
114:10 116:18
129:12 130:20
134:14,17 136:5
142:13 149:14
**attempt** 17:1
   18:21 38:16 44:22
   137:17 162:8,18
   163:15,20 167:20
   172:4 181:12
   182:15
**attempted** 38:22
   39:5 44:13 87:16
   138:3
**attempts** 39:2,9
   45:16 181:14
**attention** 21:3
   25:21 115:7
   117:23 137:8
   173:10
**attorney** 4:18 5:7
   6:7 12:14 13:7,7
   98:8 124:15
   190:19
**attorneys** 3:9 4:7
   5:15 21:9,14,15,23
   22:2 27:16
**audibly** 18:25
**audit** 131:13
**audits** 125:3
**august** 115:13
   173:13
**auld** 3:5 12:16
**authenticate**
   136:16
**auto** 98:16,19 99:2
   99:7,16 103:9
   182:21
**automatically**
   105:9 118:5
   183:14

[available - bunch]

**available** 38:25
41:19,23 44:14,18
44:20 45:5,6,7,8
49:23 61:24 65:15
66:3 85:16 86:16
149:8 157:20
158:3 168:7 184:6
**avenue** 4:8,19 5:8
**aware** 48:6 58:8
59:25 84:15 98:22
99:6 102:11
103:11 108:18
111:2,9,12,19
112:1,3,11 116:6
122:4 123:18
124:1,5 126:25
128:7 130:5,13,15
132:11 133:9
153:21,25 156:23
159:10 166:13,25
170:17,24 177:19
178:22 179:16
180:8 182:12,25
183:2 185:19
186:11
**axe** 121:1

**b**

**b** 1:12 6:15 8:8,15
9:1,4 10:1 11:1
17:18 36:12 37:14
146:25 148:11
150:21 151:3
192:1
**back** 23:16,18
26:25 29:20 48:21
63:13,19 67:8
68:21 69:5 76:6
79:25 80:11 90:10
91:11 102:25
109:3 113:10
119:3 124:7 126:3

126:5 135:2
136:20 141:6
146:13 147:2
149:4 151:11
165:1 172:4,9,11
179:25 180:5
**bad** 73:7
**bank** 146:5
**barring** 90:5
**based** 53:9 121:4
121:15
**basic** 86:3,5,12
**basis** 56:16,19
91:2 94:13 100:6
117:5 125:14
138:1 176:23
178:11
**bates** 32:23,25
33:1,3 52:22
80:13 82:14 96:13
105:6,24 129:14
134:21,25 135:3
136:6 137:9
141:10 142:15
**bearing** 129:14
134:25
**bears** 33:3 134:19
134:21 136:5
142:14,16
**began** 116:7
**beginning** 12:13
91:24
**begins** 119:8
**behalf** 2:16 12:17
12:23 13:4 14:16
19:14,18,24 21:13
26:11 34:6 112:18
148:17
**belief** 49:24 100:7
**believe** 18:7 19:15
19:21 20:9 29:12

34:10 35:2,5,9
36:4,6 37:18
38:24 39:7 40:13
42:9 43:8,17 44:4
44:20 45:5 47:16
52:6 53:12,13,25
56:12 59:21 64:19
65:2 73:24 75:25
76:3 99:10 100:4
107:4,9 108:17
110:14,17,21,21
116:5 121:23
122:11 123:9,20
127:17 131:9
135:17 138:13
149:12,25 154:5,7
174:22 175:1,6,18
179:9 185:9
187:16
**bell** 47:2
**best** 93:20 153:1
**beth** 43:10
**beyond** 16:3,18
17:4 21:20 22:20
25:6 27:4,13 38:6
41:8 42:20 43:21
43:23 45:18 47:12
47:19 48:4 49:7
49:18 50:22 51:3
58:13 59:19 63:22
88:9 89:6,18 91:3
99:21 100:18,25
101:22 102:19
106:13 108:1,4,15
110:18 111:5,15
111:23 112:7
113:2,25 116:9
122:1 126:15,22
127:10 130:11
142:2 143:2
145:17,24 146:20

148:25 150:10
152:25 154:10
157:3 159:8
160:14 161:16
162:3 167:3,23
168:9 169:21
170:21 171:4,25
172:17,24 176:13
178:20 183:22
184:14 185:11,21
186:5,19 187:1,13
188:16
**bfalaw.com** 3:14
3:15,16
**biometric** 145:8
**birth** 145:8
**bit** 78:19
**bleichmar** 3:5
12:16
**box** 59:15 111:4
111:14 112:20
**boxes** 111:22
**break** 19:8,9 48:14
48:16 49:1 79:19
113:4 151:6
179:24
**breakout** 164:17
164:21
**breaks** 19:6
**bridgett** 47:2,5
52:2 90:19,23
**brokers** 125:10
158:15
**brought** 180:8
185:6,19 186:3
**bullet** 65:7 67:8,13
68:21 70:19 71:6
76:20 77:23 97:8
99:8 126:7
**bunch** 73:6

**[burke - collect]**

**burke** 47:3,5 52:2
90:19,23
**business** 105:13
105:17 107:23

**c**

**ca** 191:9,12,20
**california** 1:2,15
1:21 2:2,17 3:12
5:9,16 6:10,19
12:1
**call** 38:19 64:12,15
164:8 165:6,16,22
165:23 178:12
181:1,18
**called** 39:12 64:14
83:4 84:25 85:5
116:23 128:12
141:7 143:18
166:16,21 175:19
**cambridge** 16:23
17:9,11 21:23
22:2,24 23:13
29:9,15 46:4
69:15 75:23 76:5
82:15 93:4,10,12
101:10 124:20,22
124:24 128:21
159:22 160:17
161:14 171:2,9,14
171:20 174:17,23
**campen** 4:5
**capability** 87:15
**capable** 18:16
**captured** 40:3
42:7,14 59:12
62:4 67:9 68:24
85:17 110:12
154:6,18 156:16
159:16
**captures** 54:1
67:18

**card** 146:7
**cari** 4:5 12:20
**case** 1:5 2:4 14:11
14:23 15:3,5,7
21:14 37:19 38:12
48:3 51:25 69:2,9
69:12 72:22 83:3
89:5 91:24 92:5,8
93:5,6 102:4
107:6,17 108:23
109:9 113:22
114:4,14 117:14
121:2,25 123:19
126:19,21 127:5
128:2,16 133:12
151:15 152:6,10
154:2 156:5,12
161:20 162:25
163:13,18,23
164:10 165:8
167:8,10 169:20
177:1,23 178:14
179:5 180:9,15
181:3,21 190:15
**cast** 137:21
**catch** 31:16
**categories** 148:1
**category** 139:5
141:6
**cause** 72:12
**caution** 23:23
41:10 61:5 78:6
92:16 93:15 100:9
**ccp** 191:9,12
**ccr** 1:20,22,23
190:24
**cell** 139:10,15
**centra** 85:5,7,23
86:2,14,15,22 87:1
87:10 88:14,17,21
89:4,11,23 90:2,7

**central** 182:7,8,12
182:17,18,22,24
183:3
**centralized** 182:10
**certain** 86:21
107:22 111:2
148:6 168:5,7
170:19
**certainly** 24:25
184:3
**certified** 2:20,21
190:2,3
**certify** 190:4,17
**cetera** 21:7 31:11
31:25
**chance** 114:16
**change** 141:18
194:4,7,10,13,16
194:19
**changed** 34:12
**changes** 137:19
**chart** 66:5
**chat** 9:14 104:17
110:13 117:1
**chats** 117:6 119:9
119:17,19
**chen** 7:5 13:2 17:6
**cheryl** 47:3
**city** 144:23
**civil** 8:15 191:19
191:20
**clarification** 95:14
95:20
**clarify** 125:15
140:19
**clarifying** 89:10
98:4 121:12
**clarity** 13:6 22:25
59:13 181:12
**clark** 22:8 25:10

**class** 139:5 161:21
161:24 162:25
163:3,6,12,18
165:24 166:7
170:14 171:11
172:5,14 177:1,22
178:13 181:20
183:6
**claufenberg** 4:12
**clean** 46:25
**clear** 18:17,22
61:10 62:22 73:7
84:3 186:14
**client** 98:8 124:15
**cloud** 121:4,7,15
121:20,21
**cocounsel** 12:20
**code** 191:9,12,19
191:20
**cogent** 18:17
**cold** 71:23 72:3,7
72:13,15,17,22,25
73:11,15 74:9,13
74:14,22 84:13
87:7 183:14,19,21
184:1,13,19 185:6
185:19 186:4,9,13
186:18,25 187:11
187:14,19 188:5,9
188:13
**collaborate** 28:25
29:5
**collaboration**
124:22
**collaborative** 25:1
27:20
**colleagues** 12:25
**collect** 16:2 42:17
56:10,14,17,24
57:22 65:2,3
121:17,18 122:25

[collect - copy]

123:15 150:16
152:16 153:19
**collected** 65:4
121:19,24 123:20
123:25 140:8
**collecting** 21:13
27:1,11
**collection** 15:10
16:8,14,16 21:18
24:4 31:12 32:1
120:5
**colorado** 5:18
**column** 137:16
141:12
**columns** 139:7
**combined** 145:9
**come** 22:6 85:10
86:19,22 90:10
140:10 186:22
**comes** 76:16
**comfortable** 46:17
**commencing** 2:17
**comment** 135:21
**comments** 95:22
**common** 166:21
**commonly** 50:20
**communicate**
103:7 152:7
**communicating**
105:16,16
**communication**
94:13 101:4
105:13 106:16
**communications**
9:20 23:24 32:13
32:13 41:11 47:23
78:8 99:15 100:11
103:12 104:14
105:3,14 106:24
107:3,5,16 108:7
118:4 131:23

141:7 166:3 175:4
178:19
**community** 87:25
88:5,8
**companies** 158:15
168:20
**company** 29:13
32:14 34:1,3,11
36:16 41:13 49:20
68:2 85:21 101:8
118:9 119:24
121:3 132:3 178:6
187:6
**company's** 33:22
33:23
**compared** 53:3
54:15
**complaint** 163:7
168:3
**completed** 191:7
191:17 192:6
**completion** 190:15
192:10
**compliance**
143:15
**complied** 152:6
**complies** 13:17
**complying** 149:24
**comprehensive**
179:22
**computer** 68:5
153:9
**conduct** 152:14
**conducted** 133:18
182:2
**conducting** 94:23
105:17
**conducts** 70:8
**conferred** 68:18
**confidential** 1:10
189:7

**confidentiality**
141:16 189:7
**confirm** 134:2
174:11,16,21
**confirmation** 38:2
**confused** 62:9
136:2
**connection** 99:19
109:17 123:7
127:23
**consecutive** 136:6
**consent** 131:22
132:16,19,22
133:23 137:11,14
137:18,21,22,24
138:4
**consents** 132:20
135:24 137:6
139:11 140:8
**consider** 139:3
180:25 181:18
**consistent** 92:3
146:18
**constantly** 72:24
**constitute** 137:6
**constituted** 98:8
**constitutes** 132:22
137:20
**construct** 94:2
**consult** 164:16
180:25 181:18
**consulting** 52:3
75:5 127:15
**consumer** 1:5 2:4
12:8 131:13 132:9
144:20 191:4
194:1
**cont'd** 5:1 6:1 7:1
9:1 10:1 11:1
**contact** 144:23
191:9

**contain** 40:8 64:24
74:13,14 84:24
85:11
**contained** 42:4
61:23 82:10
111:14 156:20,24
158:12 160:9
164:4 168:22
193:4
**containing** 188:4
**contains** 85:2
**content** 26:1,22
31:13 32:2 123:22
147:11
**contents** 92:16
93:16 94:11 96:2
97:21 143:5
178:18
**context** 93:18
155:11 167:18
**continue** 36:25
74:10
**continued** 52:20
**continuing** 23:9
**contracts** 131:14
**control** 159:24
161:8
**controlled** 141:19
**controls** 57:10
**conversations**
66:18 92:17 95:8
95:12 143:5
180:14,16 181:6
**cookie** 156:9,24
**cookies** 156:11,13
**copies** 13:11
**copy** 72:25 91:17
122:13,19,23,24
123:1,3,7,14,18,21
123:22 136:11
137:20,23,24

[copy - data]

175:15 177:16
**cor** 37:9
**corner** 137:10
**corporate** 1:13
14:15 19:14
**correct** 14:16,23
14:24 15:18,21
18:1 21:15 22:10
22:15 30:21 32:25
40:21 43:16 48:24
52:4 53:12 59:15
59:16 60:6,7 63:6
63:7,11,12,16,17
66:11 68:11,20
69:23 78:22 81:9
82:22 84:7,9 88:6
90:17,25 93:2,3
94:24 98:11,12
101:21 105:6,11
105:12 107:17
109:6 110:7,25
113:18 114:4
119:16 121:11,23
132:4 137:7
140:14,17,22
148:10 155:19
159:4 169:10,23
170:20 175:5
193:5
**corrected** 81:14
193:5
**corrections** 191:14
191:15 192:3,4
193:3
**correspondence**
30:4 36:7,13 37:9
114:3 115:1,11
**corresponding**
136:9
**counsel** 3:1 4:1 5:1
6:1 7:5 12:13

13:11,13 15:8
16:10,10,22,24
17:7,8,10 21:17
23:11,14 25:2
26:15 27:20,21
28:18 30:1 31:17
35:14 36:2 37:18
39:4 64:2 70:8
75:16 76:7 82:9
92:17,19 95:2,3,14
95:19 96:7 98:3
98:11 114:4
115:10,14,22
116:13 125:20,21
133:19 143:6,8
180:15 182:3,3
191:18,21 192:7
**counsel's** 126:1
143:10
**couple** 98:12
**course** 23:25
33:17 36:3 41:12
52:18 66:19 70:5
107:23 143:6
153:7 166:4 177:3
**court** 1:1 2:1,21
13:5,15,18 17:22
32:16 46:19 52:10
103:20 104:22
114:9 116:17
129:11 130:19
134:13,16 142:12
190:3
**cover** 152:19
**covered** 130:8
137:19 141:16
143:19,23 144:2,6
144:11,14,18
145:14,20 148:9
148:14,16,18,23
149:3,7,8,16,19,20

**covid** 87:2
**created** 51:25 56:2
107:7 128:1 148:2
148:5
**credit** 145:7 146:7
**cross** 187:6
**crutcher** 4:16 5:5
6:5 117:13
**csr** 1:20,21,22
190:25
**curb** 95:21
**current** 34:7 43:15
43:17 81:7
**currently** 17:7
44:24 63:8 149:5
**custodial** 161:10
170:10 177:20
182:6,16
**custodially** 182:11
**custodian** 70:9
99:24 102:7 109:2
109:19,25 110:6,9
118:24 120:7
122:5,23 123:12
123:13 128:1
151:18 152:12,13
152:14 153:14,18
153:22 177:4
182:2
**custodians** 16:12
16:13 24:21,23,25
25:14 27:1,10,18
28:9,12,17,19,22
29:10,15,16 70:7
82:16 83:25 84:7
92:11 97:1 99:19
101:25 102:3,8,10
103:6 119:1
121:13 122:21
123:22 126:25
128:8,9,15,20

129:6 133:20
151:14,18 152:7
152:10,21 153:8
159:24 160:7
161:9 165:19
168:5,18 171:14
171:15,17 173:3
**custody** 159:24
161:8
**cut** 167:15 168:7
171:2

|  d  |
| --- |

**d** 8:1 14:11 46:5
140:11,12
**daily** 117:5
**dallas** 4:21
**daniel** 6:15 140:12
142:7
**data** 26:1,21 31:13
32:2,13 38:25
44:23 45:12,17,25
46:3 64:15,17,20
67:9,17,18 68:3,5
68:8,24 69:1,8,11
69:19,20,24 70:17
71:14,16,19,22,23
72:6,12,19 73:12
73:15,24 74:9,13
74:20,23 75:6,16
76:8,11 77:12,14
80:10 82:9 83:7,9
83:10,19 84:11,16
84:20,24 85:12
88:3,5,8,14 89:12
89:22 90:2 97:9
98:21 102:8 106:8
118:7,10 121:3,5,9
121:15 123:24,24
124:23 125:2,4,10
125:10 131:15
151:17,18,19

**[data - deponent]**

153:11,18 158:3,9
158:11,11,15,15
158:19,21 159:1,4
159:13,20,21,23
160:2,10,13,18
161:1,2,12,14
162:24 163:16,21
163:25 164:1,3
166:10,20,23
168:7 169:5,9,18
170:2,11,19 171:2
171:12,17 172:4,6
172:11,14,23
177:12,14,17,17
177:19 178:1,5,12
178:20,23 180:10
181:2,20 182:6,16
182:21 183:5,6,9
183:13,17,19,21
183:25 184:4,6,11
184:18,23,23
185:19 186:4,9,11
186:12,17,18,25
187:3,8,9,14,16,17
187:22,24,24
188:4,11,15,20
**database**  64:10,12
64:14
**date**  37:7 59:22
81:13 86:7 96:21
96:25 97:2 116:3
145:7 190:20
191:16 192:5
194:24
**dated**  10:4,7
114:12 117:12
179:8
**dates**  73:20
**datr**  156:13,24
**davis**  3:7 12:18

**day**  42:11 66:12
71:17,18 74:21
184:18 190:21
193:6
**dayna**  5:13
**dayne**  12:25 22:14
**days**  74:18 77:24
77:24
**debit**  145:7
**december**  10:8
117:12 179:8
**decision**  30:12,16
131:20
**decisions**  30:17,18
30:19
**declaration**  20:2
**declarations**  19:23
**declare**  193:1
**deemed**  152:11
**defendant**  8:13
20:19 21:5,5
110:25
**defending**  13:8
**define**  145:21
146:1
**defined**  109:5
147:8 148:14
**defines**  91:13,16
103:1 105:5,13
146:11
**defining**  95:16
125:16
**definition**  45:12
72:17 80:12 92:2
109:4 119:4 120:3
143:18 144:10,14
144:18 145:20
146:9,16,17,24
147:1,5 148:22
149:3

**definitions**  173:12
**degree**  15:12
**delete**  42:12 80:18
84:18 92:11 102:8
103:9 109:25
111:3,13,17,21
178:3
**deleted**  38:3,24
42:5,14 65:9 71:7
71:12,21,23 72:20
73:14,16,16 74:21
74:23 77:15,25
102:12,13 112:14
112:18 120:14
121:8,17,18,24
122:6 157:21
182:23 188:12
**deletes**  42:10
120:23
**deleting**  90:5
**deletion**  98:16,19
99:2,7,16 178:2
182:21 183:2
**delightful**  113:13
**demonstrate**
137:25
**denver**  5:18
**departing**  151:23
**department**  14:12
174:24 175:1,3,4
179:2 185:16
**departments**
173:13,23 179:1
179:17
**depend**  183:24
184:3,10
**dependent**  184:21
**depending**  31:4
87:14 184:24
**depends**  79:3
88:25 187:7

**deponent**  2:16 8:2
13:17,23 16:20
19:19,20 21:22
22:22 23:10 24:1
24:12 25:12 27:6
27:15 28:1,5,8,15
30:9 31:16 32:5
34:1,10 38:8 40:2
41:14 42:22,25
43:25 45:1,20
47:14,25 48:6
49:9,20 50:14,24
51:5,8,15 57:25
58:16 59:21 60:3
60:23 61:8 62:1
63:24 66:20 70:6
72:9 73:4 75:4,10
77:20 78:10 79:11
83:22 84:15 88:12
88:23,25 89:8,14
89:25 90:5 91:5
92:22 93:21 97:15
99:10,23 100:4,13
100:20 101:6,24
102:21 106:17
108:4,11,17
109:15 110:3,21
111:7,17,25 112:8
112:16,22 114:1
116:11 117:5
120:7,21 122:4
126:1,17,24
127:11,17 128:5
128:11,19 130:13
130:24 131:9
132:11 133:6,15
135:1,13 142:4,18
143:10 144:5
145:19 146:1,24
147:20 149:2,12
150:12,25 151:5

Veritext Legal Solutions
866 299-5127

[deponent - document]

152:24 153:2,6,14
154:13 155:10
157:2,4 159:10
160:22 161:1,18
161:23 162:5,13
162:22 163:2
164:12 165:14
166:6 167:5,25
168:12 169:12
170:16,23 171:6
172:2,8,19 173:1,7
176:7,17 177:3,25
178:20 179:7,21
180:17 181:9,25
183:8,16,24
184:16 185:4,9,13
185:23 186:1,7,21
187:3,14,22
188:19,23 189:4
**deponent's** 1:15
**deponents** 190:7
**deposed** 17:25
18:6
**deposition** 1:12
2:15 8:12 9:4
12:20 13:8,14,20
17:19 18:13 19:7
20:8,19 34:16,21
35:13,21 37:17,20
37:25 46:20 52:18
54:25 68:4,13,19
74:4 92:8 93:19
93:23 95:11
107:11,21 114:23
115:3 116:15
140:22 141:3
142:23 143:1
146:10 189:3
190:14 191:19,22
191:24 192:8,10

**depositions** 12:7
**deprecate** 65:13
**deprecated** 65:24
166:12,14,22,25
**deprecates** 65:8
**deprecating**
166:16
**deprecation** 65:17
66:2
**derek** 4:6 12:20
**describe** 31:9,23
71:1,13 85:5
89:14 95:25
141:14
**described** 71:17
94:5 133:4 139:9
139:15 150:20
151:2 161:15
176:22
**describes** 141:13
149:23
**describing** 148:1
**description** 8:10
9:3 10:3 11:3
30:17 69:16,16
96:14 97:24
132:25 176:9,19
**descriptions**
145:20
**designations** 189:8
**desktop** 153:9
**desktops** 118:11
**destroy** 80:18
**destruction**
113:23 115:16
116:8
**detail** 54:19 63:3
**detailed** 36:18
**determine** 71:2
102:3

**determined**
191:18,22 192:7
**develop** 67:24
68:12
**developer** 94:8
128:12 159:11
171:15,21 175:21
175:24
**development**
175:10,14,21
176:22
**device** 124:25
145:4 151:17,20
151:21,22,25
152:1,4 153:18
**devices** 118:11,12
151:16 152:18,19
152:20,21 153:3
153:11,19
**dgarrie** 6:21
**differ** 60:13
**difference** 14:25
62:10
**differences** 62:2,5
62:7 65:1
**different** 39:23
61:13,24 62:12
64:20 85:21 87:13
87:15,20 93:1
145:3 187:5
**difficult** 43:6
187:17
**difficulty** 150:9
**digital** 159:5 160:5
**direct** 15:3 21:3
25:21 115:7
117:23 137:8
173:9
**direction** 82:8
190:11

**directors** 113:20
115:18,23
**disallowed** 170:18
**disappear** 103:9
**disappears** 105:10
**disclosures** 37:19
**discovery** 14:11
14:19,22 15:4
27:17 38:12 45:25
50:16 64:4 69:20
70:17 73:24 75:17
76:8,11,17 80:9
82:8 83:3,10
92:10 97:5 102:11
102:15 120:9
121:16 122:25
123:15 133:19
152:15 153:19
158:19 159:1
183:1,17,17
186:11 187:7,15
**discuss** 95:7,10
101:15 117:21
**discussed** 119:14
154:3 170:1,10
**discussing** 49:1
70:12 78:21
**discussion** 113:16
173:8
**discussions** 28:23
53:9 68:3 77:3
125:9
**disposition** 121:6
133:9
**district** 1:1,2 2:1,2
16:23 23:11 93:6
101:10
**dloeser** 4:13
**document** 1:7 2:6
20:16 34:24 80:13
91:14 94:18,23

[document - entails]

103:17 104:11
105:20,22 117:16
129:14 132:6,13
136:3 137:3
**documents** 23:4
25:25 26:21 29:7
31:13 32:2,12
35:25 36:5,10
37:3,4,12 91:17
102:12 121:7
123:18 124:17
138:16 139:3,14
140:7 141:7 149:6
149:18,22 150:8
150:20 151:2
**download** 41:18
41:24 58:6,8
62:14 112:3,12
**downloaded** 57:23
58:12 160:5
**drive** 121:1 182:13
182:19
**driver's** 145:5
146:5
**dropbox** 118:8
121:1
**duffey** 1:13 2:15
8:3 12:7 13:15
14:1,7,10,14 17:25
23:22 32:22 33:17
35:25 41:10 47:21
48:23 61:4 66:17
70:3 78:6 80:2
92:16 93:14 94:10
96:11 97:16 98:16
100:9 106:14
113:12 125:12,20
125:23 135:5
136:7 143:4
146:14 151:13
165:5,11 166:2

167:13 178:17
180:7,13 181:5,23
189:1 191:5 193:1
193:12 194:2,24
**dunn** 4:16 5:5 6:5
10:4,7 12:23,25
16:24 21:16,23
22:3 23:10 25:1,3
26:15 30:1 36:2,8
36:11 37:10,13
39:5 64:3 114:4
114:13 115:9,12
117:13 173:23
**dyi** 38:16,20 40:2
40:5,9,10,13 41:7
41:18,23 42:5,7,10
43:22 47:11 49:5
49:11,17,22,25
50:5,7,11,16,19
51:2,20 53:3 54:9
54:15 55:7,13,14
61:12,24 62:4,10
62:13,25 63:4,8,10
63:21 64:17 65:4
65:23 66:6,10,12
83:17 84:2 85:17
86:16 90:21 154:5
154:18 156:16,25
158:2 164:4
**dzhauser** 5:20

**e**

**e** 3:6 8:1,8 9:1 10:1
11:1 14:11,11,19
14:22 15:4 22:5
27:17 38:12,13
45:25 46:5,5
50:16 64:4 69:20
70:17 73:24 75:17
76:8,11,17 80:9
82:8 83:3,10
92:10 97:5 102:11

102:15 120:9
121:16 122:25
123:15 133:19
140:11,12 152:15
153:19 158:19
159:1 183:1,17,17
186:11 187:7,7,15
191:9,12 192:1
194:3,3,3
**e.g.** 147:11
**earlier** 34:25 35:1
35:6 42:8 49:10
51:19 105:21,23
126:24 148:15
182:25
**early** 39:8 87:3
**edi** 128:8,15,20
**edification** 163:5
**effect** 30:18 34:11
80:4 106:20 107:3
130:1,15 131:3
132:8 133:3 138:2
138:10,12,13
142:21 143:16
148:7
**effected** 24:4
**effective** 8:19 9:6
9:9,15,21 10:11,17
11:5,14
**effort** 25:1 27:20
38:18 150:15
189:2
**efforts** 23:4,6
25:24 26:20 38:14
47:10
**eight** 18:4 19:21
63:8
**either** 25:12 61:16
90:7 104:4 127:18
151:19 154:18
177:4

**electronic** 9:20
32:13 103:11
104:14 105:3,14
106:24 107:2,4,16
108:6 122:18
**electronically** 32:8
32:10
**email** 9:14 37:15
74:17 77:4 86:7
104:17 110:13
117:1 119:8,14
127:19 144:23
146:4
**emails** 114:22
117:5
**employed** 76:17
**employee** 110:11
110:11 178:3
190:18
**employees** 29:13
36:15 43:15,17
95:25 101:8
111:17 115:16
151:23
**employer** 30:14
**employment** 14:8
**enforcement**
39:18 40:25 41:1
41:4,6,16,21,22
42:16 43:1,4,20
53:25 54:22 58:20
**engaged** 29:11
54:5
**engineer** 68:6
**engineering** 179:3
**engineers** 180:25
181:18
**ensure** 166:23
**ensuring** 152:5
**entails** 31:20

Veritext Legal Solutions
866 299-5127

[enthusiasm - facebook]

enthusiasm 95:21
entity 148:16
ephemeral 99:11
  99:12,14,20,25
  100:5,16,23
  101:21 102:1,4,17
  103:1,4,6,13 105:5
  105:8 106:22
  108:9,19,22 126:8
  126:13,20 127:1
errata 191:14,16
  192:3,5
escaping 22:4
esi 8:17 15:11 16:2
  16:9,14,17 20:20
  21:13,18 22:19
  24:4,17 25:25
  26:21 27:1,11
  31:12 32:1,7,8
  36:9 37:11 38:5
  38:15 44:2,6,12,18
  44:19,23 45:5
  49:17 91:17 94:6
  99:3,19 102:12
  109:2 119:13
  120:5 121:24
  122:6 177:16
  178:1 182:7,17
especially 184:17
established 56:1
estimate 184:11
et 21:7 31:11,25
events 36:20
  124:20
everstore 166:16
  166:19
everybody 12:15
  46:17 163:5
evidence 168:5
evolved 68:1

exact 19:25 37:7
  40:22 89:1
exactly 129:23
  187:20
examination 8:2
  14:5
examined 14:2
example 42:5
  74:15 94:6 97:9
  97:13 119:22
  125:9 156:14
  157:18 159:3
  164:8 165:6
  170:12 182:9
examples 42:8
excellent 96:10
  113:15
exceptions 90:19
  90:24 103:12
  106:1,2,5 148:19
exchange 118:3
  125:9
exchanged 112:4
  112:14
exclude 178:18
  180:13 181:8
excluding 145:13
exclusively 24:24
excuse 87:3 143:4
executed 193:6
executive 100:16
executives 111:13
  113:21 115:19,23
exempted 106:10
  168:6
exhibit 8:11,19 9:4
  9:14,20 10:4,7,10
  10:16 11:4,10,13
  17:17,21 20:6,12
  25:19 29:21,21,23
  30:6 32:15,19,20

33:3,19 34:7,17,23
  52:7,8,9,14,16,23
  63:6 67:22 80:11
  80:25 81:6,10,19
  82:4 83:20 91:12
  92:3,25 96:12
  101:16 102:25
  103:19,23 104:6
  104:16,20,21
  105:2 109:3,22
  114:7,8 116:16,20
  116:20 117:9
  119:4 124:7 126:4
  129:9,10,22
  130:10,18,22,25
  131:1,7 132:7
  133:2 134:12,15
  134:19,23 135:3,8
  135:25 136:9,18
  136:21,21,23,25
  137:1 138:11,12
  138:15,17,24,24
  140:13 141:6
  142:10,11,19
  143:13 146:10,14
  147:3 173:10,20
exhibits 20:7
  134:19 135:6,9,22
  138:9
exist 35:1 45:12
  74:10
existed 44:24 45:9
  45:11 130:16
  169:19
existence 56:2
  130:14
existing 74:12
  103:8
experience 50:25
  51:22

experienced 153:8
expertise 136:8
expires 105:10
explain 167:19
explained 118:2
explanation 115:8
  138:22
explication 138:15
extent 29:1 47:21
  76:9 93:17 141:14
external 131:23
  141:13
ey 127:22

f

f 14:11,11
facebook 1:4 2:3
  4:15 5:4 6:4 8:13
  12:8,24 13:2
  14:16 15:6,14
  16:1,7 17:19
  19:24 20:19 21:5
  21:5,13 26:11
  28:17 29:8,10
  33:24 34:6,12
  35:7 39:17,22
  40:5,8,12,17,20
  41:5 44:1,5,11
  47:9,15 50:10
  55:19,21 58:9,25
  61:21 62:3,4,14,16
  62:17,19 63:20
  65:6,8 69:22
  72:21 73:22 81:8
  81:16 83:19 84:4
  84:7,10 85:6,7
  86:4,13 91:1 92:4
  94:16,21,22
  100:16 101:14
  102:2 109:23
  110:1,10,12 111:4
  111:12,13,18,21

[facebook - financial]

112:2,4,12,13,19
118:3,3,4,6,9
119:23,25 122:9,9
122:12 123:2,6
124:16,21,23
125:1,7 127:3,7,14
128:1,8 132:2
133:3,24 137:14
139:11,14 142:1
143:24 145:14
147:10 148:3,17
149:7,19 150:20
151:2,15 152:6,9
152:20,21 153:6
153:25 154:4,14
155:15,18 156:3
156:11 157:7,12
157:17,23 158:8
158:10,20 159:5
159:12,19 160:4
160:12 161:13,19
161:25 162:1,7,9
162:17,19,23
163:5,10,15,20
164:7 165:5,22
166:9,15,22
167:21 168:14
169:3,18 170:1,4
170:11,14,18,25
171:10,22 172:3,5
172:13,20 176:24
178:10 180:8,23
181:16,17 182:7
182:10,17 183:4
184:7 185:5,19
186:3 191:4 194:1
**facebook's** 1:12
19:14,18 26:20
31:10,24 34:7
84:17 91:7 94:17
124:15,25 145:22

146:19 147:16
148:22 149:2
170:2,12 171:2
183:12 186:17
**facial** 18:10
**facilities** 106:8
**fact** 20:3 38:20
**failures** 153:22
**fair** 18:23,24 19:3
19:4,10,11 31:6,9
31:23 32:5 44:10
50:18 53:16 57:7
58:3 64:12,15
67:3,4 77:17
146:25 155:16
**fairly** 107:21
**falconer** 4:17
12:22,23 16:3,18
17:4 21:20,24
22:20 23:8,22
24:10 25:6,11
27:4,13,25 28:4,7
28:14 30:8 31:15
32:4 33:11,14,25
34:9 38:6 40:1
41:8 42:20,24
43:23 44:25 45:18
47:12,19 48:4,9,13
49:7,18 50:13,22
51:3,7,14 57:24
58:13 59:19 60:2
60:22 61:4,25
63:22 66:16 70:3
72:8 73:3 74:1,3
75:3,9 77:19 78:6
79:10,21 83:21
84:14 88:9,22,24
89:6,13,16,21,24
90:4 91:3 92:15
93:14 94:9,19,25
95:4,19,23 97:14

97:16 98:1,11,12
99:9,21 100:3,8,18
100:25 101:22
102:19 106:12
108:1,10,15
109:11 110:2,18
111:5,15,23 112:6
112:15,21 113:2,6
113:24 114:22
115:1 116:9 117:4
117:20 120:6,19
122:1 125:11,23
126:15,22 127:9
127:16 128:3,10
128:17 130:11
131:8 132:10
133:5,13 135:12
142:2 143:2 144:3
145:16,24 146:20
147:18 148:24
149:10 150:1,6,10
150:22 151:4
152:23,25 153:5
153:13 154:10
155:9 157:1,3
159:7 160:19,25
161:16,22 162:3
162:11,21 163:1
164:11,15,18
165:9 166:1 167:2
167:23 168:9
169:11,21 170:15
170:21 171:4,25
172:7,16,24 173:6
173:15,18,21
176:5,10 177:2,24
178:15 179:6,19
180:11 181:4,22
183:7,15,22
184:14 185:3,8,11
185:21,25 186:5

186:19 187:1,12
187:21 188:16
189:5 191:1
**fall** 59:1,6 60:6,9
60:14,16,20 61:3
**falls** 97:9
**familiar** 20:6
78:17 85:11,13
116:22 117:17
154:25 155:7,18
155:21,23,24
156:9
**fb.com** 127:19
**feature** 65:18,24
66:1,4 116:8
126:13
**features** 65:8
113:23 115:16
**federal** 8:14
190:14 192:1,8,9
**feel** 175:19
**fields** 69:16 87:18
**fifth** 96:17 141:12
**file** 11:11 33:8
43:22 133:25
134:4,24 137:2
139:3 149:14
150:14
**filed** 37:19
**files** 51:21 122:14
122:17,18,19,23
122:24 123:1,3,7
123:14,21,23
156:25 166:17
170:10 177:20
**filing** 16:9,17
111:10 172:21
**final** 189:7
**financial** 145:6
182:9

[financially - going]

| | | | |
|---|---|---|---|
| **financially** 190:17 | 50:13 57:24 60:22 | **front** 35:15 103:17 | 12:25 16:24 21:16 |
| **find** 29:7 64:1 97:4 | 61:25 72:8 73:3 | 172:10 | 21:23 22:3 23:10 |
| 108:13 140:7 | 75:3,9 77:19 | **ftc** 11:13 23:13 | 25:1,3 26:15 30:1 |
| 142:25 | 79:10 83:21 84:14 | 93:8 132:23 | 36:2,7,11 37:9,13 |
| **fine** 48:12,17 | 88:22 99:9 100:12 | 141:17 142:17,20 | 39:5 64:3 114:4 |
| 81:14 95:15 134:9 | 101:5 110:2 112:6 | 150:14 | 114:13 115:9,12 |
| 140:19 150:6 | 113:24 117:4 | **ftc's** 143:15 148:6 | 117:13 173:23 |
| **finish** 150:4 | 120:6,19 128:3,10 | **ftco** 147:23 149:23 | **gibsondunn.com** |
| **firm** 12:19 23:15 | 128:17 131:8 | **fti** 127:8,15,18 | 4:23 5:11,20,21 |
| 23:21 24:6,22 | 132:10 133:5,13 | **full** 14:8 156:13 | 6:12 191:2 |
| **first** 19:15 22:4 | 144:3 145:16 | **function** 20:7 | **give** 13:20 33:11 |
| 49:5 50:15 60:6 | 147:18 148:24 | 117:3 176:3 | 67:12 75:4 79:5 |
| 66:12 81:11,15 | 149:10 150:22 | **functional** 187:6 | 119:12 155:11 |
| 86:19,22 87:1 | 153:13 155:9 | **functions** 21:10 | 173:15 184:11 |
| 91:24 92:6 106:20 | 159:9 160:25 | **further** 95:22 | **given** 74:4 190:12 |
| 107:3,7 128:25 | 161:22 162:11,21 | 141:5 149:15 | **giving** 143:6 |
| 129:6 130:1 131:3 | 163:1 164:11 | 188:22 190:13,17 | **go** 16:5 24:11 |
| 131:11 135:21 | 165:10 166:1 | | 35:23 58:15 69:5 |
| 144:21 146:13 | 167:2 169:11 | **g** | 88:11,13,24 89:19 |
| 162:16 | 170:15 172:7,17 | **g** 46:5,5,5,6 149:22 | 108:3 110:20 |
| **fischer** 47:3 90:21 | 177:2,24 178:16 | **garrie** 6:15 13:3,4 | 119:12 120:20 |
| 90:23 | 179:6,19 180:11 | 37:16 95:2,5,6,17 | 122:3 128:4,18 |
| **five** 179:25 | 181:4,22 183:7,15 | 96:5 98:2,6,13 | 133:14 136:20 |
| **floor** 6:18 | 187:12 | 125:18 | 144:4 145:18 |
| **flown** 87:4 | **formal** 35:9 81:8 | **gay** 15:15 | 146:13 147:19 |
| **flows** 137:22 | 130:16 | **general** 7:5 24:2 | 149:1,11 150:23 |
| **focus** 15:9 | **formally** 175:23 | 30:17,24 31:1,19 | 153:1 154:12 |
| **focused** 23:3 | **former** 66:4 | 70:6 79:7 87:12 | 160:21 162:12 |
| **follow** 97:25 112:9 | **forth** 92:3 146:17 | 93:23 94:2 96:1 | 164:17,19,21,22 |
| 143:10 | 149:9 190:7 | 106:11 168:12 | 167:4 168:11 |
| **followed** 136:13 | **forward** 91:2 | 177:25 | 176:15 179:20,25 |
| **following** 111:10 | 95:10 96:9 125:19 | **generally** 30:7 | 188:18 189:9 |
| 171:2,8 | 163:6 | **generate** 129:5 | **goes** 43:21 77:4 |
| **follows** 14:3 191:8 | **four** 36:3 | **generated** 101:17 | 83:24 187:4 |
| **fonti** 3:5 12:16 | **fourth** 137:16 | 147:11 | **going** 26:25 32:22 |
| **foregoing** 190:5,7 | **framework** 93:19 | **geolocation** | 43:6 48:10 67:16 |
| 190:11,13 193:2 | **francisco** 6:10 | 144:21 | 68:21 71:19 73:6 |
| **forensic** 152:2 | **frcp** 192:1 | **gerardo** 46:5 | 74:2,25 91:2 |
| **form** 24:10 30:8 | **frequently** 79:9,13 | 68:10 76:13,16 | 92:15 94:9,14 |
| 31:15 32:4 33:25 | **friends** 54:3,4 56:5 | **getting** 81:12 | 95:7 106:12 |
| 34:9 40:1 44:25 | 56:8 157:22 | **gibson** 4:16 5:5 | 109:11 125:11 |
| | | 6:5 10:4,7 12:23 | |

**[going - hold]**

126:3 127:9 129:9
130:15 135:7
139:20 147:2
149:4 150:1 159:7
160:19 165:9
172:16 178:15
**good** 12:15,22
14:7 73:7 74:7
**google** 121:1
182:13,19
**govern** 146:6
**governance** 140:1
140:5
**government**
131:16 145:6
146:6
**grand** 5:8
**graph** 167:22
168:7,16
**gray** 15:15
**great** 15:24 22:16
33:10 104:8
155:17
**grounds** 94:11
125:25
**group** 40:12 55:24
56:1 120:8,10,14
120:23,24 128:7
**groups** 40:6,8 53:4
55:4,13,15,17,19
55:21 59:1,9,10
60:17 118:8 119:9
119:17,20,21,22
119:25 120:2,4,8
120:12 179:15
**grow** 184:18
**growth** 179:3
**guess** 123:17
138:22
**guidance** 108:5

**guidelines** 31:10
31:24

**h**

**h** 4:17 8:8 9:1 10:1
11:1 140:11 191:1
194:3
**hailemariam**
140:11,13
**hand** 13:16 137:10
**handful** 36:10
**handled** 191:8
**hannah** 5:14 12:25
22:14
**happen** 35:20
168:1
**happened** 59:6
81:22
**happens** 65:10
**happy** 94:25 95:24
**hard** 91:12 122:13
122:19,23,24
123:1,3,7,13,18,20
123:22 177:16
**hashed** 156:23
**hauser** 5:13 12:25
22:14
**head** 19:2
**heading** 65:6
**hear** 97:18 104:3,4
173:7
**heard** 155:10
167:9,16 180:20
180:20 181:9
186:9
**held** 163:5
**help** 36:16 70:9
**helpful** 31:22 68:6
77:16 129:18
**hereto** 17:23 32:17
52:11 103:21
104:23 114:10

116:18 129:12
130:20 134:14,17
142:13
**high** 188:3
**highly** 106:5
**hipchat** 113:22
115:15
**historical** 154:17
**hive** 67:9,15,17,25
68:1,7,13,18,24
69:1,9,11,13,17,23
70:1,10,11,20 71:3
71:3,16,18,19,25
72:7,19,19 73:13
73:18 74:23 75:1
75:8,11,11,14,17
75:21 76:21 77:5
77:8,10,11,18
78:17,20,24 79:3,8
79:12 80:4,10
81:2,2,5,20 82:5
82:10,25 83:5,9,23
83:23 84:5,12
154:9,21 156:7,18
158:12 159:2,16
160:2,10 161:2
163:24 165:16
168:23,24 169:1
169:25 170:9
171:19 177:5,6,18
177:20 178:22
183:9,13,18 184:4
184:6,12,17 187:4
187:10,24 188:3,8
188:11
**hold** 8:19 9:5,9
15:12 16:12 27:18
33:22 34:8,17,17
34:22 35:7,10
36:8 37:10 67:10
68:24 69:2,9,12,14

69:17 70:10,13,21
71:4,8,15,20 72:6
72:11,19,19 73:9
73:19,21 74:21
75:2,8,12,18,22
76:22 77:6,10,14
78:4,13,16,24 79:4
79:6,8,17 80:4,7,8
80:12,23,24,25
81:3,7,8,15,20,21
81:22 82:5,12,15
82:16,20,23,24
83:2,4,10,15,23,24
84:6,6 92:5,7,9,13
93:1,5,10,13,16,23
94:3,5,12,15 96:1
96:17 97:6,10,22
101:10,15,18
102:4 103:5
108:23 109:8,14
110:22,23 113:21
115:17 119:1
121:2 124:17
125:14,17 126:6
126:19 128:2,12
128:15,21,25
129:5,6 133:8
151:14,21,23
152:5 154:22
156:7,19 159:18
159:25 160:7
161:9 162:7,16,20
163:25 165:18
168:19 169:2,19
171:13,15,19
173:2,2,4,24 174:7
174:12,18,22,25
175:2,5,12,16
177:7,11,13
178:21,22 179:4
179:12,15,17

[hold - information]

183:19 184:18
185:7 187:24
188:11
**holds** 83:4,13
91:23 96:14 98:20
117:7 124:11
125:8 127:3,20
183:14
**hopefully** 31:22
**hour** 48:11 79:20
150:2
**hours** 36:3
**house** 15:7 16:10
16:22 17:7,8,10
25:2 27:16,21
28:18 70:8 75:15
133:19 182:3
**howrey** 15:19,22
**hregan** 5:21
**huh** 53:22 78:2
174:5
**human** 179:2

**i**

**i.e.** 147:9
**ian** 7:5 13:2 17:6
**idata** 70:20,24
77:9
**idea** 184:20
**identifiable** 74:16
88:16
**identification**
15:10 16:8,16
17:22 22:18 24:21
25:14 26:25 27:9
28:9,11 29:10
32:16 52:10
103:20 104:22
114:9 116:17
129:11 130:19
134:13,16 142:12
145:6 146:7

161:21
**identified** 16:13
24:25 28:17 29:23
42:8 47:6 63:20
75:14 83:20 84:5
91:18 99:19
114:21 115:1
118:10 124:10
128:8 138:16
140:13,24 152:10
152:15 162:18
173:13,23 177:5
**identifier** 144:24
145:2 155:7,14
**identifiers** 155:25
156:4
**identifies** 59:2
120:8 122:24
123:13 153:18
**identify** 12:13
16:1,11 21:17
24:17,22 25:17,24
26:20 28:19,21
30:14 39:6 43:3
58:12 69:1,22,25
70:9 101:19,24
109:1 144:22
146:3 149:6,18
158:8 161:13
163:11 170:3,13
172:5 176:24
177:21 178:12
**identifying** 16:11
21:12 22:12 29:16
70:7 168:4
**image** 152:2
**imagine** 75:11
140:3
**immediate** 35:19
48:7

**immediately**
136:13
**impediment** 48:2
59:25 67:2
**implemented** 49:6
130:10 181:16
**implementing**
180:23
**improperly**
171:11
**inaccurate** 175:8
**inaudible** 180:9
**incident** 131:17,18
**include** 42:5 54:3
79:8 109:20
110:15 115:15
125:9 152:17
**included** 94:6
125:13 191:14
192:3
**includes** 117:7
122:23 144:19
158:14
**including** 26:1
29:14 45:11 110:7
118:8,11 121:15
124:20 139:4
141:17 144:20
156:13 187:7
**incomplete** 141:22
**indicated** 117:20
122:5
**indicates** 35:3
70:21 81:11
**individual** 41:5
51:21 86:4 106:8
118:11 139:19
144:20 148:15
**individuals** 22:13
27:22 54:4 59:14
101:20 127:18

174:9
**informal** 130:7
**information** 23:24
25:25 26:1,21,22
31:13,14 32:2,3,9
32:11 36:18 38:18
39:5,8,17,22 40:3
40:5,11,13,19,23
41:19 42:4,18
43:21 44:14 45:9
53:3,4,20 54:1,8
54:12 55:3,6,12,15
56:10,13,18,23
57:2,13,15,22 61:1
62:14,16 64:1,4,24
65:3,25 66:3,18
73:25 74:2,16,17
78:7 80:19 85:2,7
85:16 86:3,3,5,10
86:13,15 87:18
88:16 89:1 90:6,9
91:14,16,23 92:3,4
92:12 94:7 96:25
97:6 100:11 101:3
102:8,11 103:7,8
106:6,15 109:4,20
110:6 112:3,13
119:5 120:3,24
121:14 122:22
137:20 139:4
140:1,5 141:16,20
143:19,23 144:2,7
144:11,19,19,21
144:24 145:7,8,8
145:10,13,14,15
145:20,21,23
146:2,2,5,5,8,12
146:17,19 147:1,6
147:9,9,17 148:16
148:18 149:7,15
149:19 153:15,16

Page 16

[information - know]

153:23 154:5
156:6,15,17,19
158:21 159:13,16
159:23 160:1,8,9
160:11,12 161:7
161:10,20 163:11
163:12,17,21
164:2,3,9 165:7,13
165:15,18,19,23
165:24 166:4
168:19,21,22,25
170:3,13 171:10
171:23 176:24,25
177:21 178:4,5,11
178:18 182:9
**informed**  33:7
76:21 77:2 166:15
**initial**  37:18
**initially**  110:25
**initiated**  148:18
**inquiries**  94:23
**inquiry**  131:14
132:9 133:18
**instagram**  18:9
86:12
**instance**  42:12
50:15 55:25 57:11
73:13 77:9 86:1,7
86:11 87:22 88:1
90:19 99:16 106:5
122:5 157:21
187:24
**instant**  144:24
**instinct**  51:9
**instruct**  94:9,14
97:16 102:7,9
109:12 125:12
143:9 165:11
**instructed**  95:9,25
97:1 98:7,14
122:21 151:19

160:8 171:16
177:11
**instruction**  66:16
70:4 80:17 101:2
125:20,24 143:11
166:2 181:23
**instructions**  126:2
**instructs**  92:10
**integration**  124:25
**intended**  175:20
**intending**  91:1
**intentions**  91:7
**interact**  56:3,7
**interacting**  54:2
157:18
**interaction**  157:22
**interest**  55:25 56:6
**interested**  190:18
**interests**  120:1
**interfaces**  169:15
**internal**  62:15
84:17,20,21,22
85:11 118:8 125:2
**interposed**  115:10
**interrupting**
128:23
**interview**  29:6
109:2 123:15
**interviews**  70:9
102:7 152:14
177:4 182:2
**investigation**  93:9
94:8 128:13
131:17,18 170:18
171:16,21
**investigations**
106:6 125:3
**investigative**
39:16 85:5,23
**involved**  17:9
21:13,18 23:14

24:16 27:2,12
28:3,8,11 29:9
30:15 38:4,9,10
76:12 139:24
186:3,24
**involvement**  29:14
**involves**  187:5
**involving**  15:9
18:9 23:13
**ip**  145:1
**issue**  36:17 95:13
95:17 142:25
**issued**  91:23,25
96:15,18 98:20
109:8 115:17,24
119:1 126:6 145:6
146:6
**issues**  23:16,20
24:3,8,12 130:8
**italics**  115:11
**items**  119:8
121:17,18

**j**

**j**  43:11 46:5
**jams**  6:14
**jamsadr.com**  6:21
**january**  66:6,15
66:24 90:13 163:6
**jarvis**  43:10
**jason**  47:2
**javier**  174:20
**jen**  53:9
**jennifer**  38:13
53:10 54:20 60:25
**ji**  46:4 68:9 77:4
**job**  1:24 176:2
191:5 194:2
**jog**  74:25
**john**  7:7 12:10
**join**  56:3 119:25

**jordan**  47:3
**josh**  12:19 28:2
104:19 134:8,10
**joshua**  3:8
**jsamra**  3:16
**jsc**  1:6 2:4
**june**  1:16 2:18
8:20 9:6,9 12:1,6
14:19 15:2 35:10
81:12,16,23 96:18
96:24 98:18 99:1
99:5 190:21 191:3
191:5

**k**

**k**  3:7 140:12
**katie**  13:1 22:13
**keep**  176:15 181:1
181:19
**keller**  4:4
**kellerrohrback.c...**
4:12,13
**kept**  177:19,20
**kind**  142:1 161:12
**kinds**  42:6 119:13
138:16 149:21
**king**  37:20,25
44:18 45:14
**king's**  38:5,15,17
38:21,23 44:2,12
44:15,23 45:17
**know**  16:21 19:6,7
19:25 22:1 24:24
28:5,24,25 30:10
31:4 32:12,24
33:1,5 37:2,6,7
39:4,4 41:14,15,16
42:2,22,23 43:1,25
44:19 45:20,21
46:3,8,10 47:17,25
48:14 49:9 50:3
50:15,19,24 51:8

**[know - letter]**

53:8 54:6,7 55:11
56:3,9,15,19,20,22
56:25 57:14,18,25
58:16,17,18 60:23
60:24 62:5 63:24
63:25 64:2,4,5,13
64:13,25 66:14,22
69:18 70:1,15,25
70:25 71:18,18,24
72:16 73:18,20
74:24,24 75:1,5,7
75:13,13,21 76:1,7
77:20 78:10 79:2
79:2,7,12,13,15,16
83:6 84:17 85:22
85:25 86:14,23,25
87:10,17,23 88:12
88:15 89:2,3,8,9
89:25 90:1,8,20
91:5,7 92:18,20
93:8,9,25 94:4
97:13 98:18 99:18
100:15 101:3,9
104:24 106:17
107:6,20,23 108:5
108:11,24,25
109:8,15 111:1
112:16,17,22,24
112:25 113:20
114:15,21,25
115:4 116:2,11
121:13 123:2,6,19
124:4 125:7
126:12,17,18
127:6,7,24,25
128:11,11,14,24
129:2,3,3 132:12
132:13 133:11,15
133:16 134:2
136:7 138:11,18
139:1,5,13,17,18

139:21 140:6
141:25 142:4,5
143:7 144:7 146:6
150:17,25 151:5
151:18 154:23,24
155:3,6 156:3,18
157:2,4 158:7,14
158:17,24 160:15
160:22,24 161:3
161:18,23 162:5
162:22 163:2,3,14
163:19 164:12
167:7 169:24
170:16,25 172:2,8
172:19 174:6,13
174:20 175:23
176:18,21 178:22
180:18,21 181:25
182:1 183:8 184:2
184:2,5,8,8,9,20
185:4,13,16 186:1
187:23 188:19
**knowledge** 15:25
30:23,24 31:1
46:2 57:4 101:4
**knows** 46:17
**kogan** 159:3,11,13
160:13
**kogan's** 124:21
**kutscher** 22:8
25:10

**l**

**l** 1:20 2:20 38:13
38:13 140:11,12
190:1,24
**l.l.p.** 4:4
**lady** 182:23
**laid** 26:14 132:6
**lana** 43:8
**language** 93:16
97:22 109:14

125:13
**laptop** 153:7
**laptops** 118:11
**large** 166:17
**late** 39:8
**laufenberg** 4:5
12:21
**laura** 21:24
**law** 3:9 4:7,18 5:7
5:15 6:7 39:18
40:24 41:1,4,6,15
41:20,22 42:16
43:1,4,20 53:24
54:22 58:19
**lawsuit** 16:9,17
111:11 172:21
180:24 181:17
**lawyers** 13:9
**lead** 16:24 17:6
23:11
**leadership** 174:3,9
174:12,15
**leading** 31:21
**learn** 36:16
**learned** 92:18
143:8 180:14
**left** 137:10
**legal** 8:19 9:5,8
14:12 15:8,12
16:12 27:18 33:22
34:7,16,17,22 35:7
35:9 36:8 37:10
56:21 67:10 68:24
69:2,9,11,14 70:10
70:13 71:3,15,20
72:6,11,19,19 73:9
73:19,21 74:21
75:12,17,22 77:10
77:14 78:4,13,16
78:24 79:4,6,8,17
80:4,7,8,12,17,19

80:23,24,25 81:3,7
81:8,15,20,21,22
82:5,9,11,15,20,23
82:24 83:2,4,4,10
83:12,15,23,24
84:6,6 91:19,23
92:5,7,9,13 93:1,5
93:9,13,16,23 94:3
94:5,15 96:14
97:6 101:9,15,18
102:4,9,10 103:5
106:4 110:22,23
117:7 119:1
125:14 128:12,15
129:5,6 132:21
133:7,8 151:21,23
154:22 156:7,19
159:25 160:7
161:8 163:25
165:18 168:19
169:1 171:13,15
171:19 173:1,2,4
173:24 174:7,12
174:17,22,24,24
174:25 175:1,2,4
175:12,16 177:7
177:11,13 178:21
179:11,15,17
183:14,19 184:17
185:16 187:7,24
188:11 191:7
**lesley** 3:6 12:16
48:10 173:6
**letter** 10:4,7 26:15
30:1 114:12,19
115:5,8,9,13 116:3
117:12 125:16
128:25 151:14
173:13 174:22
179:7

[letters - marked]

letters   117:20
127:4,8,14
level   54:19 56:5
96:1 154:1,15,20
155:3
license   145:5
146:5
life   159:6 160:5
limit   95:21 165:12
limited   26:2
141:18 144:20
182:11
line   81:1 191:15
192:4 194:4,7,10
194:13,16,19
linked   182:6
links   86:9 88:17
lipshutz   28:2
list   101:12,13,14
101:17,19,25
119:7 128:1 129:6
160:4,9 168:15
171:1 179:22
listed   29:25 30:6
36:22 37:3 59:14
140:25 147:10
149:22 150:13
177:12
listing   36:24 93:25
lists   148:19 173:23
174:2
literally   146:22
litigation   1:6 2:4
12:9 14:22 15:8
15:16,17 16:23
19:18,23 21:19
22:17 23:5,11,18
59:23 93:7 98:20
99:20 100:17,24
101:11 108:23
109:8,17 113:21

115:17,24 120:5
121:2 122:20
123:4,8 124:11,16
124:18 125:8,17
126:6,19 127:3,20
127:23 128:2,21
128:25 139:16
150:9 151:14
152:5,22 153:12
153:23 157:25
162:7,16,20
166:12,14 169:19
179:4 185:7,15
188:6 191:4 194:1
little   48:10 58:23
62:8 78:19 136:1
141:5 150:1
live   120:22 157:16
lives   182:21
llp   3:5 4:16 5:5 6:5
15:19
load   135:8
loaded   33:8
loading   17:25
135:19 138:12
located   2:16
location   1:15
locked   191:12
192:1
loeser   4:6 12:20
114:13 117:14
logs   160:16 163:16
163:21 164:8
165:6,16,22,23
169:8,17 170:12
172:4,9,10,11
178:11,12 181:1
181:19 183:5
187:10
long   88:20 119:7
154:23 183:20

184:2,12,20
longer   65:15 77:24
112:5 157:8,14,19
look   29:6 31:8
52:6 86:3 114:6
133:25 135:6
142:9
looking   20:12,16
25:19,22 29:21
35:4 52:14,22
58:23 63:13,19
66:5 67:21 70:18
80:11 81:10 82:13
92:24 96:11,13
102:25 109:3
119:4 126:5 135:8
135:10 141:5
146:9
looks   90:20 117:17
141:22 144:7
los   5:9 6:19
lots   21:22 51:21
lower   58:23 137:9
lunch   113:5,13
lweaver   3:14

m

m   22:5 46:5
140:11,11
macdonell   7:7
12:10
machine   190:10
maggie   46:4 68:9
77:4
main   85:9,12
maintain   55:15
69:15 139:12
157:23 171:22
172:13
maintained   124:2
142:1 148:5 154:9
171:1

maintains   141:15
making   30:12,16
141:21
manage   15:3
management
10:11 11:13 14:12
129:25 130:6,9
134:2,6 139:2
142:17,20 144:8
150:14 174:2,6,18
manager   14:11,18
14:23 38:12
managers   15:3,5,7
83:3
manifold   166:21
manner   18:17
mapping   135:2
march   35:8 38:23
38:23 39:3,10
44:16,16 46:14
52:1 60:10,13,15
61:11,19 62:24
76:5 81:8,13
90:16,16 91:25
92:6 109:9,18
110:14 179:5
mark   17:17 100:4
103:22 104:20
106:10 108:22
110:22 112:5
116:7,19 129:9
134:10 136:11
174:16 189:6
marked   17:21
32:15 52:8,9
103:19 104:21
114:7,8 116:16
129:10 130:18
134:12,15 135:11
142:11 146:14

Veritext Legal Solutions
866 299-5127

[marketing - misuse]

marketing  179:1
marking  32:18
  130:21 135:6
  142:10
martie  22:5,8
master  6:16 13:3,4
  37:16 95:2,5,6,17
  96:5 98:2,6,13
  125:18
master's  188:3
materials  91:18
  123:16 141:21
  177:16
matter  12:8 15:11
  16:2 17:9,11 18:8
  18:9 20:3 21:24
  22:2 23:6,13 24:4
  25:2 26:23 27:2
  27:11 28:20 29:11
  29:14,18 37:24
  69:15 70:7 75:15
  79:17 80:10,20
  91:19 92:10,12,14
  93:12,24 94:1,5
  98:20 99:4 102:9
  110:22 120:9
  123:15 124:10
  125:8 151:20
  153:17,17 156:19
  160:3,7 162:17
  164:1 165:17,20
  167:19 168:19,25
  171:14,16,20,21
  183:3,10 186:3
matters  15:9
  19:23 22:23 23:12
  23:12,18 46:4
  56:21 76:5 93:8
  171:18 185:15
  186:13,16,21

maximum  77:24
md  1:6 2:4
mdl  1:4 2:3 16:25
  17:7 22:24 23:2
mean  24:9 25:5
  29:4,8 33:24 34:2
  34:2 40:16 42:1
  44:8 45:2,6,8 50:2
  51:18 53:23 55:18
  57:9,10 58:1
  59:14 61:12,13,17
  61:20 62:9 65:13
  65:21 67:1 71:11
  76:24 79:13 80:7
  80:25 81:21 82:6
  82:11 85:24 86:6
  87:21 98:1 121:21
  122:16 132:18
  133:23 152:1,1
  155:14 163:3
  167:5,14 177:15
  181:14 182:8
  184:17 188:8
meaning  55:3
  188:14
means  21:5 93:5,6
  93:7 105:9 138:20
  155:15 161:24
  167:18 172:9
  181:11
meant  50:4,4
  76:25
measures  178:23
mechanism  50:17
  129:4 183:18
  188:10
member  163:6
  183:6
members  38:9
  127:25 161:21,24
  162:25 163:3,12

163:18 165:24
166:7 170:14
171:12 172:6,15
174:2,12,19 175:1
175:3,14 177:1,4
177:10,22 178:13
178:25 179:14
181:21
memory  74:25
  76:9
mention  181:9
mentioned  29:24
  36:13 37:2 51:19
  64:22 83:22 87:13
  123:12 163:24
  182:18
message  111:14
messages  86:10
  99:17 108:22
  109:5,10,16,21,23
  110:1,7,10,12
  111:4,14,18,21
  112:4,13,19
  118:15,17,19,23
  118:25 122:9,12
  126:13 152:11,14
  152:15,16
messaging  99:11
  99:13,14,20,25
  100:5,16,23
  101:21 102:1,5,17
  103:1,4,6,13 105:5
  105:9,9 106:22
  108:9,19 126:8,20
  127:1 144:24
messenger  110:10
  110:12 111:4,18
  112:20 118:4
  122:10,12
met  36:2

meta  7:6 8:21,22
  9:7,8,11,12,17,18
  9:23,24 10:13,14
  10:19,20 11:7,8,10
  11:15,16 14:12
  15:9 33:4,24 34:2
  34:12 105:15,17
  119:23 129:15
  130:23 134:21,24
  138:3 141:14,14
  141:19 142:15
  148:3 149:5,24
  150:8
meta's  137:17
method  180:19,21
michael  1:13 2:15
  8:3 14:1,10 191:5
  193:1,12 194:2,24
migrated  166:24
migrating  166:20
mike  12:7 58:15
  108:3 122:3 128:4
  128:18 133:14
  143:4 144:4
  145:18 147:19
  149:1,11 154:12
  162:12 164:21
  167:4 168:11
  176:6 179:20
million  79:12
mind  22:6 34:19
  76:16 85:10
  119:13 128:5
  140:10 170:6
  186:22
minimum  168:12
mission  6:8
misspoke  150:24
misuse  124:23
  125:3

Veritext Legal Solutions
866 299-5127

[mobile - number]

**mobile** 118:12
144:25
**modified** 71:7,12
71:21,24 72:20
77:14 188:12
**modify** 77:12
80:19
**moment** 29:20
31:8 32:22 33:17
33:18 67:6 80:3
104:15 136:22
**monday** 52:20
**monitor** 172:22
**month** 60:21
**monthly** 91:2
**months** 185:2
**morning** 12:15,22
14:7 154:3
**motion** 180:8
**move** 95:10 97:19
125:19 183:19
**multi** 16:23 23:11
93:6 101:10
**multiple** 144:8
**mumm** 21:24 25:9
**munn** 21:24
**mute** 173:6

**n**

**n** 8:1 38:13 140:12
**name** 14:8,10
16:15 17:2 21:17
22:4,4,4 25:4,17
27:3,12,22,23
28:12 30:10,14
31:3 34:12 38:13
43:4,7,10,14 46:1
87:9 139:19,23,23
140:6 144:21,22
144:22,25 156:13
174:13 190:21

**named** 26:3 39:6
44:6 46:11,13
51:25 59:2,8,11,13
60:11,17,19 61:21
62:20 63:9 83:18
84:11,16,19,24
88:2,4,7,13 89:4
89:12 90:13,15,24
110:24 154:2,15
155:5 156:4,12
157:6,11 158:2,6,9
158:22 160:14,17
163:22 164:10
165:8 166:8,11
169:5 172:23
188:4
**names** 16:21 17:2
17:12 21:25 22:6
23:17 27:18 46:16
123:21 174:8
**naming** 101:8
**natalie** 17:10
**naugle** 17:10
**navigating** 88:18
**necessarily** 56:4
**necessary** 24:16
39:6 95:11 191:14
192:3
**need** 19:6,8 101:9
137:4 181:24
**needed** 69:18
150:15 183:25
**negative** 24:13
**neither** 190:17
**network** 56:8
182:14,19
**nevada** 1:22
**never** 183:1 186:8
**new** 135:6 166:20
166:24 184:18

**nice** 140:20
**nine** 18:4 19:21
**nodding** 53:17
**nonprivileged**
165:13
**nonpublic** 145:9
145:13 147:6,17
**normal** 107:23
**northern** 1:2 2:2
**notating** 191:15
192:4
**note** 58:24 96:7
173:14
**notebooks** 123:3,7
124:2
**noted** 95:6,9 96:5
125:18 189:13
**notes** 9:4 35:14
36:19,21 37:3
52:3,7,17,19,21
63:2 64:8 67:16
68:7 70:18 97:24
122:17 123:3,7
140:25 193:4
**notice** 8:12 16:4
16:19 17:5,18,18
20:18,23 21:21
36:12 37:14 38:7
41:9 42:21 43:24
45:19 47:13,20
48:5 49:8 50:23
51:4 59:20 63:23
80:12,25 81:3
82:21,23 83:2
84:6 89:18 91:4,9
92:7,14 93:1,13,17
93:22 94:12,12,16
96:1,2 97:22
98:10 99:25
106:13 108:2,16
109:14 110:19,23

111:6,16,24 112:7
113:3,25 115:24
119:1 122:2
124:17 126:16
127:10 128:12,15
128:21 129:7
142:3 143:3
145:17,25 146:10
146:12,21,23,25
148:25 150:11
154:11 159:8,21
160:20 161:17
162:4 167:3,24
170:22 172:1,18
172:25 173:2,24
174:7,25 175:2,5
175:13,16 176:14
177:11,13 179:18
180:12 183:23
187:13
**notices** 34:17 92:9
93:23 94:3,5
115:17 127:20,22
179:4
**noticing** 12:14
**notification** 77:4,9
77:13 83:24 173:2
**notifications**
101:15 171:13
**notify** 102:10
**november** 9:21
108:20 126:14
**number** 8:9 9:2
10:2 11:2 19:25
32:25 33:1 36:21
52:23 80:14 82:14
86:8 96:13 105:6
105:24 134:25
135:3 136:6 137:9
138:1 141:10
142:15 144:25

**[number - organization]**

145:5,6,7 146:4,7
150:13 185:14,23
191:15 192:4
**numbers** 32:23
33:4 129:15
134:21 135:3

**o**

**o** 46:5,6 140:11,12
140:12
**o'hara** 47:3
**o0o** 12:3 189:17
**o365** 118:9
**oakland** 3:12
**oath** 14:2 48:24
113:18 190:9
**object** 106:12
127:9 152:23
157:19 159:7,9
160:19 165:9
172:16,17 178:15
**objected** 98:6
**objection** 16:3,18
17:4,16 21:20
22:20 23:8 24:10
25:6,11,18 27:4,13
27:25 28:4,7,14
30:8 31:15 32:4
33:25 34:9 38:6
40:1 41:8 42:20
42:24 43:23 44:25
45:18 47:12,19
48:4 49:7,18
50:13,22 51:3,14
57:24 58:13 59:19
60:2,22 61:25
63:22 72:8 73:3
75:3,9 77:19
79:10 83:21 84:14
88:9,22 89:6,13,17
89:24 90:4 91:3
95:6 99:9,21

100:3,8,18,25
101:22 102:19
108:1,10,15 110:2
111:5,15,23 112:6
113:2,24 116:9
117:4 120:6,19
122:1 126:15,22
127:16 128:3,10
128:17 130:11
131:8 132:10
133:5,13 142:2
143:2 144:3
145:16,24 146:20
147:18 148:24
149:10 150:10,22
151:4 153:13
154:10 155:9
157:1 160:25
161:16,22 162:3
162:11,21 163:1
164:11 166:1
167:2,23 168:9
169:11,21 170:15
170:21 171:4,25
172:7,24 176:11
176:14 177:2,24
179:6,19 180:11
181:4,22 183:7,15
183:22 184:14
185:3,8,11,21,25
186:5,19 187:1,12
187:21 188:16
**objections** 51:7
95:8 112:15,21
153:5
**objects** 64:9 65:6,9
67:7 157:7,12,24
**obligated** 152:13
153:15
**obligation** 159:25

**obligations** 132:21
133:7
**obtain** 39:5 85:7
137:18 138:3,4
**obtained** 148:17
181:2,20
**obtaining** 183:5
**occasions** 18:3
185:10
**occupying** 21:9
**occur** 66:15,24
**occurred** 66:11,13
75:19 183:2
**october** 9:16
**office** 191:11
**oh** 37:1 104:5
135:5,19 150:24
167:13
**okay** 12:5 15:24
19:5,12 20:5,11,21
20:25 21:16 25:16
29:3,19 31:6,18
33:10 34:4 35:11
35:15 46:22,23
47:1 48:18,21
53:19 56:16 57:5
57:19 58:7,22
62:8 63:18 64:7
67:5 78:20 79:18
79:22,25 80:11
81:6,14,25 87:20
89:21 91:11 92:24
94:15 96:5,16,17
103:18 104:15
113:4,6,7,10
114:17,18 116:12
117:8,23,25 118:1
119:2,6 120:25
124:8 127:2 129:8
136:17,20,22
142:8 146:15

147:4 151:6,8,11
153:25 157:5
163:4,9 164:15
165:1 173:9,21
174:1 178:7
179:23 180:2,5
183:12 188:22
189:9
**olivan** 174:20,22
**once** 18:7 23:10
95:10 103:5 157:8
157:13
**onedrive** 120:25
**ones** 76:1 85:9,12
184:17
**ongoing** 22:22
91:7
**online** 118:7
144:23 145:4
**onset** 23:18 157:24
166:12,14
**open** 20:9
**operating** 78:25
**operations** 87:23
88:1,5,8 131:19
175:10,15,17,21
175:22,24,25
176:1,19,22
**operative** 74:12
**opposed** 41:7
44:23 49:17 57:16
**optional** 126:13
**order** 11:13 13:10
44:13 132:23
137:19 141:17
142:17,20 143:15
143:22 148:7
181:1,19
**oregon** 1:22
**organization**
179:11

[original - pillar]

original 110:23
190:14 191:10,21
outset 22:17
outside 15:8 16:10
21:17 27:20 28:18
56:8 70:8 75:16
76:7 93:18 116:15
133:19 148:17
160:20 180:12
182:3
overall 57:16
overarching 93:9
overlap 23:5
overlapped 22:23
overwritten 72:24
74:11
owner 71:25,25
73:17 77:1,11
owners 77:5,7
187:8

**p**

p 140:12
p.m. 113:8,11
151:9,12 164:24
165:2 180:3,6
189:12,13
pacific 12:6
page 8:3,9 9:2
10:2 11:2 21:1
26:5 35:3 52:22
58:23 63:2,5,13,19
65:5 67:21 70:18
77:23 80:13 82:13
96:12 115:7
117:23 124:9
132:25 137:9
143:17 147:22
148:15 149:5
173:10,20,21
191:15 192:4
194:4,7,10,13,16

194:19
pages 1:25 35:14
53:4 55:4,7,8 59:1
59:9,10 60:17
118:9 191:14,17
191:17 192:3,6,6
palo 1:15 2:17
12:1
paper 122:17
paragraph 21:2
105:8,25 118:1
124:14 131:11
132:1
paralegal 15:16,17
15:22
parents 21:7
part 28:23 51:9
100:12 101:5,6
102:7 107:22
134:5 137:18,24
138:5,24 139:1,1
148:6 156:6,18
157:15 158:11
159:17 161:1
168:3,23 170:18
174:15 181:6
183:9
partial 97:24
particular 25:4
40:12 42:11 89:1
94:1 95:13 121:20
parties 3:2 4:2 5:2
6:2 7:2 125:1,4
127:4 158:10,23
163:17,22 164:9
165:7,25 168:6,15
169:4,9,18 170:4
170:14,19 171:1
171:11,23 172:6
172:14,22 176:25
177:22 178:13

181:2,20
partition 71:11,13
71:17,21 73:14
74:19,22
partitions 71:6
partly 168:4
partner 12:18
partners 187:6
partnerships
124:25
party 121:4
124:24 131:15
144:15 148:10,14
148:23 149:3,8,20
190:19
pdf 42:2 51:23
191:12 192:1
pdfs 48:2,8
penalty 13:19
191:16 192:5
193:2
pendency 100:17
100:23 107:5,17
126:20 188:5
pending 19:9
189:7
people 23:17 29:6
36:21 56:5 68:17
77:8 94:16 140:10
182:4
people's 21:25
percent 117:18
performing 21:10
period 23:16
25:15 49:23 50:2
71:25 103:10
105:11 117:7
120:13,22 121:6,6
148:6 182:21
191:18 192:7

perjury 13:19
191:17 192:6
193:2
permanent 131:17
permission 46:19
155:4 180:9
permissions 155:1
perpetuity 120:22
persistent 145:2
person 28:10 43:9
88:21 120:23
140:24,25 141:2
146:3 162:8,19
personal 15:25
25:25 26:21 31:13
32:2 145:15,21,23
146:2,11,16,19
147:1
personally 38:8
186:2
personnel 85:6
105:15 121:4
persons 21:9
30:11,15 31:2
pertaining 40:5
86:4
pertains 30:12
179:10 190:13
phone 58:6 86:8
118:24 146:4
153:7
phones 152:17
photos 145:1
147:12 166:18
phrase 154:25
181:10
physical 152:1,4
piece 74:7
pieces 114:25
pillar 87:15,23,24
87:25

**[pillars - preserve]**

**pillars** 85:21 87:14
87:21
**place** 35:8,10
46:14 75:17 82:5
143:15 188:8
190:6
**placed** 16:12
27:18 67:10 68:24
69:2,9,11,14,17
70:10,13 77:5
83:13 156:7
159:18 168:18
171:19 173:3
177:7 179:11,15
188:4
**places** 84:16 144:8
**placing** 79:4
183:18 188:10,13
**plaintiff** 44:6
84:16,20,24 88:2,4
88:8,13 89:12
90:13 188:4
**plaintiff's** 20:18
26:15 30:1 46:11
**plaintiffs** 2:16 3:4
8:11 12:17 26:3
36:6,8,11 37:6,10
37:12,19 39:6
46:13 51:25 59:2
59:8,11,14 60:11
60:18,19 61:22
62:20 63:9 83:18
84:11 89:5 90:16
90:24 114:3
115:10 154:2,16
155:5 156:5,12
157:6,11 158:3,6,9
158:22 160:14,17
163:23 164:10
165:8 166:8,11
169:5 172:23

181:3
**plan** 11:11 133:25
134:4,24 135:14
137:2 139:3
149:14,14 150:14
**platform** 34:13
58:9 102:17
124:21 172:12
175:10,14,17,25
176:1,19,21
**platforms** 7:6
14:13 15:9 34:2
**please** 12:13,14
13:16 14:8 17:3
27:7 33:18 35:23
36:25 61:7 92:1
104:19 125:21
128:6 134:10
157:9 162:14
169:13 170:7
173:10,12
**point** 48:13 50:10
65:7 67:8,13
68:21 70:19 71:6
76:20 77:23 81:16
96:7 97:8 99:8
107:2 111:2,10,20
112:2,11 116:6
120:15 126:7
150:3 167:21
173:11
**policies** 31:10,24
34:18,22 37:5
108:6 131:19
**policy** 8:19 9:5,9
9:15,21 10:11
11:14 33:22 34:8
34:11,25 35:6,7,10
81:7,8,11,15,21
103:3,12 104:14
104:18 105:4

106:10,19,21,22
106:24 107:3,5,8
107:13,16,25
108:8,13,19
129:25 130:3,6,7,9
130:15,16 131:16
134:2,6 139:2
142:17,21 143:14
144:1,6,9 149:14
151:21,21 175:3
181:17
**portal** 35:4
**portion** 37:20,25
**position** 30:11,14
31:3 94:17 95:16
98:5
**positions** 21:10
**possession** 161:8
**possible** 69:22
108:12 150:7
161:9
**possibly** 35:5
185:4
**post** 42:12,13
**posted** 81:11
**posts** 42:6 57:11
57:16 86:9 120:13
120:23 155:4
**potential** 124:23
**potentially** 65:3
74:15 79:4 84:19
124:18 151:20
152:12 153:16
157:15 164:13
**power** 111:21
**practical** 67:2
**practice** 166:21
167:6 183:13
**practices** 31:10,24
167:1

**pre** 87:2
**preauthorize**
106:4
**preceded** 132:12
**predecessors** 21:6
**preference** 132:22
**preferences**
132:20
**preparation** 34:15
34:21 52:18 54:25
68:4,13,18 92:8
93:22 107:10,21
115:2 140:21
**prepare** 35:12,22
52:19 68:7 141:3
143:1 189:3
**prepared** 30:7
117:21
**preparing** 93:18
114:22 142:22
**present** 7:4 12:21
22:3,13 78:15
86:14 96:22 162:2
**presented** 17:20
51:11,18 60:1
**preservation** 8:16
15:10 20:20 22:19
23:15,20 24:3,8
31:12 32:1 36:9
37:11 38:18 45:7
50:6,8,12,16,20
51:2 80:8 82:7
83:9,15 91:8
124:17 127:4,7,14
127:20,22 129:7
161:11 173:4
177:7 180:24
181:10
**preserve** 23:4
24:17 25:25 26:21
38:5,15,18 44:14

Veritext Legal Solutions
866 299-5127

**[preserve - protects]**

62:16 80:9,18
82:9 84:11 90:9
92:11 94:6 97:1
99:19 103:7,8
109:19 110:6,9
118:25 120:11
121:14 122:22
123:1 126:9 133:3
139:14 150:20
151:2,15,19 152:9
152:13 153:15,23
154:4,14 156:4,11
158:9,20 159:12
159:19 160:1,4,8
160:12 161:20
162:8,18,24
163:11,15,20
164:7 165:6
166:10 168:14
169:4 170:2,11
171:10,17 172:4
176:23 177:11
178:11,23 180:9
181:15 182:7,17
183:4
**preserved** 58:25
65:16 67:9 68:23
90:3,7 109:17
120:4 122:19
123:2,6,19 133:8
133:12 140:8
151:22,25 152:2,3
152:4 153:11
154:1,21 155:4
156:21 159:2
160:3,10,11,24
161:2,6,10 163:25
164:2,5 165:17,19
165:22 168:21,24
169:1 177:21
178:4 181:1,19

182:10 183:10,11
187:25
**preserving** 27:10
99:3 118:3,6,10
156:17 158:13
168:5
**prevent** 72:20
78:4,13
**prevents** 71:21,22
78:24 94:23
157:17
**previously** 118:2
**prior** 14:21 15:2
15:14,19 35:10
60:9 65:17 81:22
95:12 96:24 97:3
98:18 99:1 107:5
107:16 108:20
130:3,5,9,14,16
131:5 132:7 133:2
133:9 138:8
139:11 140:8
141:25 150:19
151:1 154:16
155:5 162:9,19
190:8
**privacy** 10:10,16
11:4,10 12:8
56:10,14,18,23
57:2,8,15,20 87:23
129:24 130:6,8,14
131:1,12,19,20,23
134:1,6,20,24
136:12,23 137:1
137:22 138:2
139:1,21,22 141:7
141:15,20 147:12
154:1,6,8,15,17,20
179:2
**privilege** 94:10,22
96:3 98:9 101:4

109:13 124:16
125:14,25 181:24
**privileged** 23:23
23:24 41:11 47:23
61:6 66:17,18
70:5 78:7,8 92:21
94:12,17 100:10
100:11 101:3
106:15,15 164:13
166:3,4 178:18,19
180:15 181:6
**pro** 83:4 97:6
129:5
**proactively** 90:8
178:3
**problem** 22:11
33:13 34:20 55:23
69:7 127:13 170:8
173:17
**procedure** 8:15
83:12 191:19,20
**procedures** 31:11
31:25 131:19
**proceed** 96:9
**proceeding** 93:8
**proceedings**
124:19 190:5,8,9
190:15
**proceeds** 20:8
**process** 27:3,12
28:16 29:4,10,18
71:20 76:12 78:4
78:18,20,21,25
123:13 166:15,20
186:15 187:5
**produce** 41:21
47:9 108:13 150:8
186:17
**produced** 20:22
35:21 36:6 37:5
47:15 59:18,22

63:20 187:4
**producing** 48:2
186:12,25
**product** 58:5
65:17,24 66:1,4
94:13,19 96:4
109:13 119:24
125:14,25 157:18
**production** 15:11
16:2 35:19 37:7
48:8 60:1 122:20
136:10 157:16
**products** 65:8
67:18
**professional** 2:21
190:2
**proficient** 18:16
**profile** 1:5 2:4
12:9 147:9,10
191:4 194:1
**program** 10:10,16
11:4,10 129:24
130:6,9,14 131:1
131:12,19 134:1,6
134:20,24 136:12
136:24 137:1
139:2,22,24
180:24
**programs** 113:22
115:15 116:7
181:10
**proko** 140:12
**pronouncing** 43:7
**proofpoint** 116:23
117:1,6 118:5,16
118:18,20 119:15
119:18,20
**protect** 106:5,7
**protective** 13:10
**protects** 141:15

[protocol - record]

protocol 13:9
provide 13:11
  42:18 60:25 72:16
  73:25 93:24,24
  152:20,21 153:7
  173:12 176:9,18
provided 13:10
  36:11 37:13 51:22
  191:19 192:8
provides 43:21
  63:3 139:4 149:7
  149:15,19
providing 27:17
pseudonymized
  45:13
pull 64:17,20
pulling 114:11
purpose 27:1,10
  144:1
purposes 45:7
  50:12 67:20
  105:16 139:15
pursuant 8:14
  13:8 71:24 95:11
put 34:11 72:18,22
  72:23,25 73:11,14
  73:19,21 74:9,22
  75:1,8,12,22 78:4
  83:23 84:5 143:14
  176:14 183:14
  184:19 185:7
  187:14
puts 71:22
putting 73:9 78:12
  84:12 187:10
pwc 127:21

**q**

question 19:9
  22:25 23:1,3,9,25
  26:18 27:7 30:5
  31:4,17,21 34:14

34:19 35:24 39:9
  40:24 41:13 43:2
  44:10 45:24 47:14
  47:22,24 50:9
  54:10,17,22 55:8
  58:1,21 61:5,7,9
  61:15 64:6 66:19
  66:21 68:15 69:6
  69:20 70:16 72:10
  73:5 78:9,11
  79:15 82:3 85:19
  85:22 89:10 90:14
  92:1,19,23 94:10
  94:14 97:17 98:3
  98:25 100:14,21
  101:7 106:13,16
  106:18 107:12
  109:12 110:4
  111:8 112:9
  114:24 116:14
  122:7 123:5
  125:12,24 127:12
  128:6 132:14
  135:23 137:5,13
  138:23 143:7,9,25
  150:18 155:17
  157:9 161:4
  162:14 163:10
  165:4,10,12
  167:20 169:13
  170:6 171:7
  172:17 176:13
  177:6 178:16
  181:7,13,15 182:5
  182:14 184:9
  185:17 186:8
  188:3,21
questioning 81:2
questions 18:20
  37:16 69:5 73:7
  74:7 81:5 95:1

97:25 102:6 115:9
  164:13 188:23,24
quick 48:14
  179:24
quip 118:8
quips 121:10
quite 45:2
quote 115:11

**r**

r 22:5 43:11 46:5,5
  46:6 140:11,12
  194:3,3
r&s 192:1,9
raise 13:16 94:24
range 96:21,25
  97:2
read 21:3,8 25:22
  30:3 32:22 67:8
  132:3 135:2
  137:15 139:10
  189:6 193:2
reading 132:24
  137:15 191:23
  192:9
reads 137:17
  173:11
really 35:19 73:8
  79:2 155:15 178:8
reason 51:12
  66:23 78:3 79:3
  101:7 109:13
  116:4 175:6 179:8
  194:6,9,12,15,18
  194:21
reasons 41:15
reassociate 45:17
rebecca 1:20 2:20
  190:1,24
recall 17:13 18:12
  20:4 21:25 23:16
  24:1,7,14 25:8,12

25:13 27:19,21,23
  38:14 39:13 49:3
  49:13,14,15,22
  50:5,15 76:7 80:5
  97:2 108:4 114:20
  115:6 123:10,23
  174:8,14
receive 77:8
  127:22 175:12,15
received 39:7
  101:14 105:15
  125:20 127:19
  128:1,20,24 129:7
  151:14 158:10,15
  159:4,14,20
  160:17 163:17,22
  164:9 165:8 169:4
  170:4,14 172:11
  173:24 174:6,25
  175:2,4 177:10,22
  178:13 179:4,17
receives 41:3
  148:16
receiving 103:5
  172:22
recess 48:20 79:24
  113:9 151:10
  164:25 180:4
recipient's 105:10
recognition 18:10
recognize 20:13
  33:19,20 104:9
recognized 145:3
record 12:6 13:6,6
  14:9 18:15,22
  19:1 21:4 22:7
  25:23 30:13 32:20
  32:23 40:18 42:2
  48:19,22 52:15
  55:20 58:4 62:22
  65:14 79:23 80:1

**[record - repeat]**

89:17 90:12 95:7
96:6,8 113:8,11,16
114:12 117:12
125:19 130:22
132:4,24 134:18
136:11 137:16,23
139:5,10 142:16
151:9,12 158:5
162:1,8,18 164:20
164:22,23 165:2
171:22 172:13
173:8,11,14,22
176:16 180:1,3,6
181:2,19 189:10
189:12 190:9,12
**records**  10:10,16
11:4,11,13 41:21
129:24 130:6,9
131:2,6,12,13,14
131:15,16,17,18
131:20,20,21,22
131:22 132:3,9,16
132:19,19,23
133:4,10,12,21,22
134:1,6,20,24
135:23 136:12,24
137:2,5,11,14,17
139:2,5,9,12
141:13 142:1,17
142:20 143:22
144:8 147:24
148:2,4 149:16,23
150:14,16 164:8
165:6 169:4,17
**redgrave**  23:15,21
24:6,15,22,24
**refer**  35:15 45:22
58:19 64:9 67:7
67:16 99:7 144:6
**reference**  52:24
99:11 109:22

120:2 122:8,11,13
126:8 132:15
148:9
**referenced**  39:12
109:9 139:7 144:7
191:6
**referred**  60:5
68:22 96:17
137:18 175:24,25
**referring**  21:14,15
22:9 30:20,22
60:21 62:19 68:9
80:23,24 81:4,20
82:5,20 84:23
104:11,13 105:21
105:22 106:21
184:25
**refers**  175:9
**reflect**  160:16
164:9 165:7,23
169:8,16,17 183:5
**reflected**  131:7
**reflects**  57:15
63:10,14 66:10
132:1
**refuse**  92:19
**regan**  5:14 13:1
22:14
**regard**  17:14
26:11 27:9 30:24
44:12,18,23 46:9
59:6 83:18 85:15
87:5,8 98:19 99:3
133:22 139:9
144:2 165:22
**regarding**  8:16
20:19 26:20 31:11
31:25 36:8 37:10
37:16 40:19 41:5
44:15 68:18
105:25 106:22

125:2 160:13
165:15 188:2
**registered**  2:21
190:1
**registration**  86:7
**regulatory**  15:8
22:23 23:12
124:19 132:21
133:7 185:15
**reidentification**
45:23
**reidentify**  45:16
**reiterate**  97:20
**relate**  137:14
**related**  29:17
39:17 40:11,13
53:4 55:4 56:2
57:13 62:16 80:10
85:2,7 93:10,11
96:15 99:3 105:14
106:6 108:5 120:5
132:19 141:18
152:22 153:16,22
171:17 177:12
183:6
**relates**  1:7 2:6
94:11 141:19
**relating**  23:5
26:22 30:16 31:14
32:3 38:5,15 40:8
40:23 80:19 93:2
94:7 98:20 127:4
135:23 137:5,17
140:7 151:15
158:9,21 161:20
162:17,24 171:10
**relations**  131:16
**relationships**
64:24
**relative**  190:18

**released**  191:21
**relevant**  8:17
15:11 20:20 24:17
24:21,23,25 28:9
28:12,19 29:17
70:7,10 75:14
80:10,19 82:9
91:13,16,18,22
92:2,4,12 93:25
94:7 96:25 102:9
103:7,8 109:2,4,20
110:6 118:25
119:5 120:1,3,9
121:14 122:6,22
122:24 123:1,14
124:10,18 125:8
137:21,23,25
143:1 151:20
152:12 153:15,16
153:18,23 171:17
177:5
**relied**  141:21
**rely**  35:24
**remain**  120:14
121:7
**remediation**
131:21
**remember**  16:20
16:21 27:15 93:17
**remind**  106:14
178:17
**remote**  18:13
**remotely**  1:14
2:18 190:6
**remove**  65:6
**repeat**  27:6 68:15
72:9 92:1 114:24
123:5 127:11
157:9 162:13
169:12 181:24
182:14

[repeating - routines]

repeating 128:5
170:6
replaced 78:14
151:22
replacement
155:21
replaces 77:25
78:5,21
replica 73:10
report 137:25
reported 1:14,19
2:19
reporter 2:20,21
2:22 12:12 13:15
13:18 17:22 32:16
52:10 103:20
104:22 114:9
116:17 129:11
130:19 134:13,16
142:12 190:2,3,3
reporter's 46:19
reporting 129:4
reports 15:3
131:13
repositories
150:13 182:7,13
182:17,19,24
repository 89:12
139:6 182:8,10,22
183:3
represent 34:7
representative
1:13 14:15 19:14
request 35:18,20
48:7 94:6
requested 190:16
192:1,9,10
requests 41:4
131:16
required 87:18
132:2 138:3 149:5

158:18
requirements
149:9,24
requires 124:17
research 87:22
158:23 179:3,4
researcher 159:4
reserve 189:5
reside 88:3
resources 179:2
respect 25:4 166:7
166:7
respond 95:20
116:13 125:21
responded 88:3
115:22
responding 115:9
responds 124:16
response 16:9,17
20:22 39:18 40:25
41:1,6,16,21,22
42:16,18 43:1,4,19
43:20 53:25 54:23
58:20 123:3
131:14,21 132:9
180:24 181:17
responsibilities
15:6
responsible 16:8
16:11,16 22:18
27:17 30:11,15
39:18 168:4
responsive 132:23
153:11 181:7
restate 165:3
181:15
restating 34:19
restricted 147:12
results 44:3
retain 131:13
132:3 149:6

retained 24:6
74:18 90:7 143:24
148:2,5 150:8
retention 9:15
10:17 11:5 31:12
32:1 71:24 98:23
104:18 117:7
120:13,17,21
121:6 131:2,6
132:5,8,12 133:9
134:20 136:12,24
139:8 143:22
149:24 178:1
181:16 182:21
retrieve 42:4 44:2
44:5,9,22 45:3
47:11
return 29:20
135:22 191:17
192:6
returning 46:7
91:11
reveal 23:23 41:11
66:17 92:16 93:15
96:2 106:15 143:5
166:3
revealing 47:22
61:6 70:4 78:7
review 20:7 33:17
34:16,22,25 37:4
85:2,15,20 114:16
115:5 131:20
142:22,24 149:13
187:5 190:15
191:8,10,13 192:2
reviewed 34:24
36:5,7,10,12 37:2
37:12,14,15 38:1
92:7,13 93:22
107:13,19,20,22
114:3 115:2

reviewing 36:19
reyzis 5:6 13:1
22:13
rfalconer 4:23
191:2
rhetorical 98:3
rid 77:25 78:5,21
rids 78:14
right 13:16 14:20
15:16,20 21:14
22:10 26:17 28:13
53:15 54:20 58:9
60:1 68:10 72:24
73:2,19,23 78:18
78:25 81:17 82:21
83:8 87:7 93:5
94:18 119:15
122:14 135:19
136:16 138:22
159:6 168:8
174:25 188:6
rights 189:5
ring 6:6 22:1
risk 131:20
road 18:19
rohrback 4:4
roles 15:1,6
romano 1:20 2:20
18:22 46:22 190:1
190:24
room 164:17,21
ropes 15:15,15
rose 22:1
rosemarie 6:6
ross 4:19
rough 184:11
roughly 14:21
49:15 75:8
routine 98:16 99:7
routines 98:19
99:2

**[row - seek]**

**row** 137:16
**rpr** 1:20 190:24
**rring** 6:12
**rule** 8:14 95:7
**rules** 18:18 31:11
31:25 192:8
**run** 87:16 88:14
88:21 89:4
**russ** 12:23 21:24
35:19 89:20 91:6
146:23 164:12
**russell** 4:17 191:1

**s**

**s** 8:8 9:1 10:1 11:1
43:11 194:3
**safety** 106:7
**sales** 179:1
**samples** 102:14
**samra** 3:8 12:19
32:19 129:14
**san** 6:10
**sandberg** 100:22
174:17
**sandeep** 17:8
27:15
**saw** 37:15
**saying** 30:23 56:16
167:14
**says** 21:4,9 30:14
58:24 63:8 65:8
65:16 66:6 67:9
68:23 70:20 71:6
72:2 77:24 80:17
96:21 97:8 98:16
103:5 105:8
115:13 118:2
124:10,15 126:7
131:11 133:23
134:24 137:10
138:4 147:23

**scan** 122:25
123:16
**scandal** 171:9
**scenario** 137:24
138:5
**schednenko** 43:8
**schedule** 10:17
11:5 98:23 99:17
131:2,6 132:5,8,12
133:10 134:21
135:13,14 136:13
136:24 139:8
143:22 149:13
178:1,2 191:10
**scheduled** 73:13
73:16 74:20
**science** 45:25 68:4
68:6 69:21,24
70:17 73:24 75:6
75:16 83:7,11
158:19 159:1
183:17 184:23,24
186:12,17 188:20
**scientist** 68:5
187:22
**scientists** 46:3
68:9 76:8,11
**scope** 16:4,19 17:5
17:16 21:21 22:21
25:7 27:5,14 38:7
41:9 42:21 43:22
43:24 45:19 47:13
47:20 48:5 49:8
49:19 50:23 51:4
58:14 59:20 63:23
88:10 89:7,18
91:4,8 99:22
100:19 101:1,23
102:20 106:13
108:2,16 110:18
111:6,16,24 112:7

113:3,25 116:10
122:2 126:16,23
127:10 130:12
142:3 143:3
145:17,25 146:21
147:23 148:4,25
149:23 150:11
152:25 154:11
157:3 159:8
160:20 161:17
162:4 167:3,24
168:10 169:22
170:22 171:5
172:1,18,25
176:13 180:12
183:23 184:15
185:12,22 186:6
186:20 187:2,13
188:17
**screen** 105:10
137:21 144:25
**screenshot** 137:21
**sdk** 183:8
**sdks** 183:5
**search** 87:12,15,18
88:7,13,15,21 89:2
89:23 90:2 124:2
188:15
**searchable** 87:8
87:11
**searched** 77:18
120:4 122:20
153:11
**searches** 87:16
89:4
**searching** 70:20
**seattle** 4:10
**second** 33:12 47:6
47:8 52:1 67:12
77:23 80:13 82:18
96:12 131:11

140:24 143:17
164:20 173:16
**seconds** 89:2
**section** 105:23,24
148:11 149:17
**secured** 71:7 72:2
72:12
**security** 106:7,7
141:15 145:5
146:4 179:1
**see** 21:8,11 26:4,8
33:8 52:12,24
53:2,6 55:2 57:11
58:24 59:3 64:8
65:5,11,19 66:8
67:11,14 68:23
70:22 71:5,9 72:4
74:25 76:20 77:10
77:22 78:1 80:15
80:21 82:17 91:13
91:20 96:19,22
97:11 98:15
105:18 109:4,22
112:12 115:20,25
118:1,13 119:10
122:13 124:9,12
124:14 125:5
126:5,10 131:10
131:24 132:15
135:15 136:4,4,5
136:15,19 137:10
138:6,7 141:9,11
141:12,23 143:18
144:12,16 145:11
146:11,15 147:5,7
147:8,14,23
148:13,20 173:25
174:4 175:9
**seek** 95:20 137:4
188:23

[seeking - speak]

**seeking** 38:4 95:14
**seen** 107:10
  114:19 117:15
  145:19
**selected** 70:2
**self** 113:23 115:16
  116:8
**sell** 40:20
**selling** 40:17
**send** 127:3,14
**sending** 176:25
**senko** 47:4
**sense** 24:3
**sensitive** 106:6
**sent** 83:2 92:6,9,14
  93:1 94:16 115:11
  126:6 127:7
  128:15 158:22
  160:13 162:7,17
  162:20 171:13
  172:12 173:1
**sentence** 131:11
  141:22
**sentences** 53:15
**separate** 83:1
  139:3 159:5
**separately** 83:6
**september** 10:5
  47:8 52:2 114:12
  116:4 126:6
  174:10 179:13
**series** 132:25
**service** 141:19
**services** 67:19
  145:4
**sessions** 36:4
**set** 57:11 71:14,14
  73:17 92:3 99:16
  146:17 149:9
  154:25 169:20
  190:6

**sets** 72:1
**setting** 42:7 57:17
  132:22 138:2
  158:5
**settings** 56:11,14
  56:18,24 57:3,8,12
  57:15 132:20
  137:22 147:13
  154:1,6,8,15,18,20
  155:4
**shake** 19:1
**share** 20:6 52:7
  57:6 92:21 182:14
  182:20
**shared** 162:24
  163:12 165:24
**sharepoint** 121:1
  182:13,20
**sharing** 137:19
**sheryl** 100:22
  174:17
**shield** 94:24
**short** 37:20 103:10
  154:23
**shorter** 46:21
**shorthand** 2:20
  190:2,10
**show** 129:5 137:23
  158:21 159:20
  163:16,21
**showed** 37:18
**showing** 159:13
**sic** 125:20
**sign** 86:8 189:6
  191:16 192:5
**signature** 190:23
  191:21,23,23
  192:9
**signed** 13:10 162:1
  162:9,19

**similar** 21:10,10
  40:3 42:10 60:8
  62:6 70:6 83:12
  115:15 119:25
  131:6 132:12
**similarly** 119:23
**simon** 15:23
**single** 71:16,18
  85:1,1,15,20
  184:18
**sit** 56:23 64:6
**sitting** 64:2 186:22
**six** 92:25
**sixth** 126:6
**size** 183:25 184:3
  184:10,18,21
**skip** 46:20,24
**smaller** 76:15
**smith** 5:14,21 13:1
  22:14
**snapshot** 38:17,20
  39:1,24 40:4
  42:11,13 44:13,24
  45:10 46:7,8,10
  47:7 49:23 51:10
  51:17,22 59:12
  62:2,23 65:4,17,22
  65:25 66:2,13
  67:3 73:10 90:21
  120:10 154:19
  156:16 157:20
  158:4 164:4,6
**snapshots** 38:22
  39:2,10,21 47:10
  49:17 50:6,11,21
  51:2,24 53:10
  58:25 59:7,9,17,22
  60:5,8,11,12,14,15
  60:17 61:2,11,18
  63:4,11,15,20
  64:23 66:10,14,23

  83:16,20 84:2,5,12
  90:12,15 91:1
  154:3 156:20
  158:1 170:1,9
**social** 145:4 146:4
**software** 97:7
**solanki** 17:8 27:15
  28:12
**solemnly** 13:18
**solutions** 191:7
**somebody** 42:25
  42:25 139:21,22
  139:25 158:18
**sorry** 31:17 33:12
  33:14 36:25 39:20
  46:8 53:14 55:22
  57:20 67:13 88:23
  89:20 90:14 104:3
  135:7,10 138:21
  140:4,16 167:13
  173:16 176:5,17
**sort** 22:25 24:13
  45:23 51:20 73:1
  85:4,10 94:2
  119:22 184:24
  186:9
**sorted** 160:18
**sounds** 14:20
**source** 64:15 97:9
  121:15,21 123:24
**sources** 89:22 90:2
  98:22 118:7 121:3
  121:5,7,9,16,20
  178:5 182:6,16
**south** 5:8
**space** 72:18 77:9
  187:23
**speak** 29:7 54:24
  98:7 140:23 141:2
  150:15

Veritext Legal Solutions
866 299-5127

[speaking - sure]

speaking  26:14
  68:13
special  6:16 13:3,4
  37:16 95:2,5,5,17
  96:5 98:2,6,13
  125:18 188:3
specialist  15:17
specific  23:1 24:15
  24:18 54:14 55:25
  56:13 57:3,16
  71:3 75:23 79:5
  81:2 86:1 88:13
  118:10 123:18
  132:21 139:19
  146:3 150:18
  161:4 178:9
  186:21 188:21
specifically  16:15
  21:2 25:4 40:7
  46:1 54:7,13 55:9
  56:22,25 65:1
  105:23 108:9,19
  109:5 119:7
  123:17 165:21
specifics  79:16
spell  46:16
spelling  43:7
  46:20,25
spoke  36:15,22
  140:21
spreadsheet  134:5
  134:23 136:5,10
  136:14
square  70:19 71:5
srt  84:25 85:15,16
  86:19 87:5,8,10,12
  87:14,16,19,23,24
  88:1,4,13,17 89:23
  90:2,7
stand  81:14

standing  35:20
stands  85:1
start  13:14 106:25
  142:6
started  49:20 50:4
  52:20 68:2 176:12
starting  75:12
stat  187:4
state  13:19 14:8
  23:12 55:20 93:7
  117:11 173:18
  191:9,12
stated  24:14 93:21
  182:25
statement  115:18
  115:23 141:18
  175:7
statements  131:23
  137:22 141:8,13
  175:7 179:10
states  1:1 2:1
  115:13
status  147:11
stemming  124:19
stenographic
  113:16 173:8
stenographically
  1:19
step  80:8 82:7
stepping  150:2
steps  16:1 24:16
  24:18,20 90:8
  102:2,14 126:9
  156:3 158:8,20
  159:19 161:19
  162:23 163:10
  164:7 165:5 166:9
  169:3 170:2,11
  171:9 172:20
  173:5 176:23
  178:10 183:4

steve  46:15
stipulation  191:20
stop  71:11
stopped  87:6
stops  71:6
storage  71:8,23
  72:3,7,13,15,17,18
  72:22,23,25 73:11
  73:15 74:9,13,14
  74:22 84:13 87:7
  183:14,19,21
  184:1,13,19 185:6
  185:20 186:4,10
  186:14,18,25
  187:11,15,19,23
  188:5,9,13
stored  32:9,10
  84:17 117:6 118:7
  118:10,23 121:14
  151:17,19 153:17
  165:16,18 177:17
stores  67:18
  166:17
street  3:10 5:16
  6:8,17 144:22
strike  17:15 25:17
  46:8 50:8 97:19
  101:13 102:24
  107:14 111:11
  138:8 169:16
stroz  127:8,15,18
structured  177:17
  186:12,17,25
struggle  31:5
struggling  101:7
  186:8
subcategory
  150:21 151:3
subject  37:24
  91:23 93:12 94:5
  96:3 102:3 108:23

113:21 120:13,17
  121:2,5 124:10
  125:8 126:19
  131:15 133:6,7
  149:8 183:13
submitted  13:10
  19:22 20:2
subpoena  41:22
  43:20
subpoenas  41:4
  42:19
subscribed  190:21
subset  185:14
subsidiaries  21:7
substance  98:9,10
  107:24 108:5
substantive
  105:14
subtopics  149:22
successors  21:6
sufficient  137:23
  137:25 144:22
  149:6,18 158:21
suggest  139:20
suite  3:11 4:9,20
  5:17 6:9
summary  93:24
  176:8
sure  14:10 40:22
  44:21 55:22 68:16
  73:4 79:21 81:12
  86:18 98:24
  100:20 106:25
  108:21 112:10
  117:18,22 122:7
  135:1 143:25
  154:13,17,19
  156:15 159:15
  164:2,18 167:5,10
  168:22 169:14
  170:5 174:19

Veritext Legal Solutions
866 299-5127

**[sure - tell]**

176:2 181:10,12
**surfing**  56:1,3
**surrounding**
108:6
**suspend**  98:16
**suspended**  98:19
99:3,4
**swears**  12:12
███████
38:19 39:12,15,16
39:23 40:2,4,8,18
40:24 41:7,16,17
42:3,10,13,14,17
44:2,5,11 46:9
47:7,9,15 48:3,15
49:2,11,16,21,24
50:20 51:1,21,24
52:24 53:24 54:1
54:8 55:3,6,12
56:9,14,24 57:1,14
57:21 58:11,25
59:7,12,17,22 60:4
60:8,13 61:2 62:3
62:15 63:15 64:17
64:23 65:2,23
66:14,23 83:17
84:2 85:18 86:16
154:5,6,19 156:16
158:1,5 164:4
**synonymous**
62:12
**system**  116:22
157:16,16 166:16
166:19,21,22,24
**systemic**  178:10
**systems**  84:18,21
84:23 166:11,13
170:2,12
**systemwide**
176:23

**t**

**t**  6:6 8:8 9:1 10:1
11:1 22:5 194:3,3
**tab**  32:19 103:22
104:20 116:19
129:13 142:14
**table**  63:3,9,10,14
63:14 70:21 71:3
71:18,19,25,25
73:1,10,13,17
74:12,16,23 75:22
76:21 77:1,5,5,7,8
77:10,12,13 78:12
79:3 80:10 180:19
180:21 184:4
**tables**  69:14,17,19
69:23,25 70:1,10
70:12,20 72:21,22
73:19,21 74:10,14
75:1,8,11,11,14,17
77:18 78:3,16
79:6,7,8,12,16
80:4 81:2,20 82:6
82:10,25 83:9,23
84:6,12 154:21
156:7,18,21
158:12,14 159:2
159:17 160:2,10
161:2,6 163:25
164:1 165:17
168:23,24 169:1
169:25 170:9
171:19 173:3
177:5,6,18,20
178:21,22 183:10
183:13,18 184:6
184:12,17,21,25
185:6 187:4 188:4
188:8
**tablet**  153:9

**tablets**  118:12
152:18
**tabs**  134:10
**take**  19:6,8 33:16
38:16,22 39:2,10
39:21,24 42:13
44:13,24 45:10
46:10 48:14,16
49:17 50:11 73:12
74:21 79:19 83:16
83:19 88:21 90:8
91:1 95:25 102:2
106:20 107:3
114:6 120:10
126:1,9 130:1
131:3 138:9 151:6
159:19 169:3
170:1,11 171:10
178:10 179:24
183:4,20 184:2,12
184:20
**taken**  2:15 23:4
24:16 38:21,25
39:2 47:7 48:20
59:10 60:6,8,12,14
61:3,18 63:4,11,15
63:21 65:23 66:3
79:24 82:8 84:4
90:12,15,21 113:9
151:10 158:1,8,20
161:20 162:24
163:11 164:7,25
165:5 166:10
172:21 180:4
184:1 186:13
190:5
**talk**  18:21 74:3
91:10
**talked**  29:12
**talking**  46:18 67:6
74:19 75:10 80:3

106:23 185:2
**tangible**  91:17
**tao**  64:9,18,20
65:3 83:13,16
154:9 157:8,13,15
**team**  15:4 27:17
38:9,13 39:18
40:25 41:2,3,7,16
41:17,21 42:16
43:1,5,10,20 45:25
46:2 50:16 53:25
54:23 58:20 64:4
68:4 69:21,24
70:17 73:25 75:6
75:16 76:15,17
80:9 82:8 83:8,11
87:22 92:10 97:5
102:10,16 120:9
121:16 122:25
123:15 133:20
139:22,24 140:1,6
152:15 153:19
158:19 159:1
174:3,9,12,15
175:14,15,23
176:19 179:2
183:1 184:24
186:12,17 187:15
188:20
**team's**  183:17
**teams**  76:21,24,25
86:1 176:22 177:5
177:10 179:10,15
182:12
**technical**  48:1
59:25 66:23 150:9
**telephone**  144:25
**tell**  33:18 73:23
75:20 123:21
129:17 186:22

Veritext Legal Solutions
866 299-5127

[temporary - transcribed]

**temporary** 131:18
**ten** 36:4 185:24
**term** 155:10
 161:24 167:9,16
 167:18 172:8
 180:21 186:9
**terms** 15:5 62:11
 163:7 169:9
 188:14
**terry** 47:3 90:20
 90:23
**testified** 14:3
 19:13,17 49:10
 61:11 81:6 107:15
 114:2
**testify** 26:19 29:22
 30:7 97:23 188:2
**testifying** 14:15
 26:11 34:5 137:4
 190:8
**testimony** 13:19
 18:16 44:17 49:14
 80:3 97:21 126:25
 190:12 193:4
**texas** 4:21
**text** 152:7,11,13
 152:15,16
**texts** 152:9,17
**thank** 19:11 22:10
 33:15 36:1 53:11
 76:19 77:16 85:14
 113:14 128:22
 129:8 142:8 189:1
 189:4,11
**thereto** 124:11
**thick** 62:21
**thing** 121:12 143:7
**things** 24:15 35:20
**think** 18:4 26:16
 28:11 31:20 41:20
 43:12 45:24,24

46:2 51:13 52:20
54:21 56:17 64:22
79:12,14,19 84:1
85:1 87:2 88:18
90:10,18 91:6,8
99:23 100:13
101:6 102:22
104:1 113:4
133:17 134:9
135:8,10 136:2
138:4 159:16
170:24 175:20
176:8 177:9 182:3
182:4,15,18
183:24
**thinking** 24:19,20
 76:6 87:25 88:3
 105:23 176:10,15
**third** 4:8 8:11
 17:18 20:18 67:13
 121:4 124:24
 125:1,4 127:4
 131:15 144:14
 148:10,14,23
 149:3,8,20 158:10
 158:22 163:17,22
 164:9 165:7,25
 168:6,15 169:4,8
 169:18 170:3,13
 170:19 171:1,11
 171:23 172:6,14
 172:22 176:25
 177:22 178:12
 181:2,20
**thought** 68:6 88:4
**three** 15:3 68:22
 86:24
**thursday** 12:1
**tied** 86:13
**time** 12:6 14:21
 19:15,16 23:16

25:15 42:11 43:7
44:15,16 45:10
49:23 50:2,10
68:2 76:6,8,15,18
81:16 83:17 87:4
99:25 103:10
105:11 106:20
107:2 111:3,10,20
112:2,12 116:6
129:1 130:4,9
132:7 133:2 138:2
138:8 145:3 148:6
158:3 162:6,10,16
162:20 164:6
167:21 169:19
170:6 174:15,18
174:21 175:18
188:23 189:2,3,13
190:6 191:10,18
191:24 192:7
**timeline** 49:16
**times** 18:4,5 19:13
 19:17,21,22 20:1
 185:18
**timetable** 73:17
 184:24
**timing** 30:18
 36:20
**title** 30:11,14 31:3
**titled** 137:19
**titles** 15:1
**today** 12:18 13:4
 14:15 17:20 18:16
 20:22 22:3,13
 34:16,21 35:13
 107:11 109:18
 114:23 115:3
 117:21 141:3
 142:23 143:1
 146:14 188:2

**today's** 13:8
**told** 121:13 166:17
**tool** 38:19,19
 39:12,16,20,21,24
 41:7,17 42:3,7
 46:7,9 47:11,15
 48:3 49:2,5,11,12
 49:16,17 50:6,7,7
 50:11,19,20 51:1,2
 55:7,12,14 56:9,14
 56:24 57:1,14
 58:11 61:12,24
 62:13,15,15,25
 63:15,21 70:24
 71:1 83:2,14
 84:25 85:2,5,16,17
 85:18,20,24,25
 88:14 89:11,15
 101:18 112:3,13
 117:2 121:20,22
 129:5 157:17
 158:2,2
**tools** 42:17 84:21
 84:22 85:11 86:17
 88:19
**top** 77:23
**topic** 25:21 26:12
 30:6,9,13,20,22,25
 31:2,8,9,20,23
 55:25
**topics** 26:14 29:17
 29:23,25 30:12,16
 36:16 93:25
 177:12
**total** 82:15 185:14
**tough** 85:19
**town** 144:23
**track** 172:21
**training** 131:22
**transcribed**
 190:11

Page 33

[transcript - veritext]

transcript  37:21
  37:25 189:6
  190:12,14,16
  191:6,8,10,13,13
  191:21 192:2,2
  193:3
transfer  148:18
transition  167:22
  168:16
tried  44:1 45:10
triggered  82:24
true  53:12,13
  116:2,5 121:10
  151:23 156:25
  160:2 190:12
  193:5
truth  13:21,21,22
try  17:1 69:8 73:7
trying  16:20 29:3
  31:19 54:11 62:22
  136:11 176:8
  178:8
turn  21:1 119:3
turning  13:13
  124:7,9 141:6
  143:17 147:21
two  35:5 42:7 46:3
  68:17 69:5 85:9
  85:12 88:19 90:20
  90:24 112:15,21
  135:6 140:10
  175:7 177:5
tyler  37:20,25
type  91:22 150:20
  151:2
types  133:10,20
  149:6,16,18
typically  153:6
typo  175:20

**u**

u  14:11
uh  53:22 78:2
  174:5
uid  77:18,25 78:5
  78:15,22 86:2
  87:9
uids  78:13
uii  77:24,24
ultimately  16:13
unaware  115:14
unclear  135:7
underneath  63:10
understand  14:14
  14:17 18:18 20:21
  20:24 23:7 26:19
  29:4,13,22 30:3
  31:7 44:8 45:2
  48:24,25 54:10,11
  57:1,9 58:1 61:14
  62:1 67:1 69:6,13
  69:19 73:4,8 74:8
  77:11 98:24,25
  100:21 106:2
  107:12 110:3
  111:7 113:17
  117:19 138:18
  145:14 167:25
  168:2 170:5 171:6
  178:7 181:11
  188:1
understanding
  26:10,13 31:19
  32:7 40:10 43:19
  47:5 51:20 55:14
  59:5 62:6 64:23
  67:25 68:1,12
  77:3 81:18 83:14
  106:9 107:18
  143:13,21 145:23
  146:18,19 147:16

167:11,17 168:13
  178:25
understands  94:21
understood  29:25
  48:9 74:5 81:1
  143:25 165:14
undertake  102:15
undertakes  80:9
undertook  154:4
united  1:1 2:1
update  52:21
updated  71:16
  125:7
updates  124:11
  147:11
uploading  135:19
upwards  79:11
usable  41:23 42:1
use  41:7 42:17
  44:2,5 50:11
  65:15 79:9,14
  86:19,22 87:14
  97:7 99:11 100:22
  103:6,13 115:14
  119:22 124:21
  126:8 146:3
  151:17 178:6
  182:12
user  1:5 2:4 12:9
  39:22 40:11,17
  42:9,12 50:17
  54:2,5 57:10,13
  60:11,16 61:12,19
  61:19,23 62:3,4,9
  62:10,17,18,24
  64:25 66:6 67:19
  74:16,17 84:18
  85:12 86:4,11,13
  87:9 88:15,15
  89:1 90:5 99:15
  120:14 124:23

125:2,4 131:22,22
  132:16,19,20,22
  133:23,24 135:23
  137:5,10,13,14,21
  139:11 140:7
  141:7 145:1,3,9,13
  147:6,8,9,11,17
  148:18 155:18
  157:17,21 160:18
  169:9 170:19
  179:3 191:4 194:1
user's  40:14,15
  57:22 118:24
  137:24 147:10
  157:22
users  39:17 40:19
  41:5,19 42:18
  43:21 53:3,21,23
  54:3,8,12 58:8,12
  62:14 85:3,3,8
  111:22 112:2,12
  112:20 137:18
  138:1 156:1
  159:13,20 160:4
  161:13 170:4
uses  41:16 121:4
  148:16
usual  109:1
  183:13

**v**

v  43:11
values  156:24
variety  56:20
various  19:23
  36:15,16 93:7
  96:14 178:5
  179:10
vc  1:6 2:4
veritext  12:11
  191:7,9,11

Veritext Legal Solutions
866 299-5127

**[version - witness]**

| | | | |
|---|---|---|---|
| **version** 35:4 74:10 | **warehouse** 67:17 | 96:11 97:23 98:3 | 176:21 177:8 |
| 125:13 130:5 | **washington** 1:23 | 98:4,15 99:12 | 178:7,24 179:16 |
| 136:12 167:22 | 4:10 | 100:2,6,15,22 | 179:23,24 180:7 |
| 168:8,16 | **way** 24:13 41:23 | 101:12 102:2,23 | 180:18 181:14 |
| **versions** 34:25 | 42:1 45:13 51:10 | 103:22,24 104:19 | 182:1 183:12,20 |
| 35:1,6 93:1 | 51:17 56:7 69:8 | 104:24 106:19 | 184:5,22 185:5,10 |
| 156:23 | 71:13 87:11 88:18 | 108:8,12,18 | 185:18,24 186:2 |
| **versus** 62:3 | 96:1 99:14 109:1 | 109:16 110:5,24 | 186:16,24 187:10 |
| **video** 1:14 2:19 | 115:8 | 111:9,19 112:1,10 | 187:19 188:1,22 |
| **videoconference** | **ways** 77:7 | 112:17,24 113:4 | 189:4,9 |
| 1:14 2:19 3:2 4:2 | **we've** 48:10 95:6 | 113:12,17 114:2 | **web** 1:14 2:19 3:2 |
| 5:2 6:2 7:2 | 95:12 107:4 114:7 | 114:11,15 116:12 | 4:2 5:2 6:2 7:2 |
| **videographer** 7:7 | 150:1 158:1 170:1 | 116:19,21 117:8 | 118:9 |
| 12:5,10 48:18,21 | **weaver** 3:6 8:5 | 117:11,15 120:16 | **website** 141:19 |
| 79:22,25 113:7,10 | 12:15,16 14:6 | 120:25 122:8 | **websites** 145:4 |
| 151:8,11 164:23 | 16:7 17:3,14,17,24 | 125:15 126:3,18 | **wechat** 118:15,17 |
| 165:1 180:2,5 | 22:7 23:3,19 24:2 | 127:2,13,21 128:7 | **wednesday** 1:16 |
| 189:11 | 24:18 25:9,16 | 128:14,22 129:8 | 2:18 |
| **videos** 145:1 | 27:8,23 28:2,6,10 | 129:13,16 130:21 | **week** 36:6 37:6 |
| 166:18 | 28:16 30:13 31:18 | 130:25 131:10 | **weeks** 36:4 185:2 |
| **viewed** 159:21 | 32:6,18,21 33:3,5 | 132:15 133:11,16 | **went** 74:11 99:25 |
| 161:14 | 33:7,10,13,16 34:4 | 134:8,18 135:5,15 | 110:23 138:11,13 |
| **virtually** 12:21 | 34:15 35:18,23 | 135:17 142:5,14 | 142:21 143:15 |
| **volume** 1:17 8:3 | 38:11 40:7 41:25 | 142:19 143:12 | 148:7 149:17,17 |
| 74:4 | 42:23 43:3 44:1 | 144:10 145:22 | **whatsapp** 99:16 |
| | 45:4,21 46:22,24 | 146:9,22 147:2,21 | 102:22 109:5,9,16 |
| **w** | 47:17 48:1,7,12,16 | 149:4,21 150:4,7 | 109:21 110:7 |
| **w** 4:6 6:17 | 48:23 49:10 50:1 | 150:19,24 151:1,6 | 118:19,23 126:12 |
| **waiting** 103:25 | 50:18,25 51:6,12 | 151:13 153:3,10 | 126:20 |
| **waived** 191:23,23 | 51:16 52:12 58:3 | 153:21 154:14 | **whereof** 190:20 |
| **waiving** 124:15 | 58:17 59:24 60:4 | 155:13 157:5 | **whitelisted** 168:6 |
| 191:20 | 60:24 61:10 62:8 | 159:12 160:23 | 168:15,20 169:6 |
| **want** 22:24 74:8 | 63:25 66:22 70:11 | 161:5,19,25 162:6 | **whitelisting** 167:8 |
| 86:20 89:16 97:21 | 72:11 73:6 74:1,6 | 162:15,23 163:4 | 167:9,16 |
| 121:12 125:21 | 75:7,21 77:22 | 164:16,22 165:3 | **wickr** 113:22 |
| 133:25 135:21 | 78:12 79:18 80:2 | 165:21 166:9 | 115:14 |
| 149:13 164:16 | 84:3,22 88:20 | 167:7 168:2,14 | **wikis** 118:9 |
| 170:5 180:13 | 89:3,10,20,22 90:1 | 169:14,23 170:17 | **wilmerhale** 23:14 |
| 181:11 189:1 | 90:10 91:6,11 | 170:25 171:8 | **witness** 12:12,24 |
| **wanted** 140:19 | 92:24 94:4,15,21 | 172:3,10,20 173:9 | 16:6 17:6,20 |
| 176:14,16 | 95:14,15 96:7,10 | 173:17,20,22 | 20:22 25:8 33:9 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

**[witness - zuckerberg's]**

| | |
|---|---|
| 95:9,24 98:7,14 109:12 188:24 190:20 191:13,16 192:2,5 | **x** |
| | **x**   8:1,8 9:1 10:1 11:1 190:16 |
| | **xx**   192:1 |
| **woman**   43:10 140:15 | **y** |
| **word**   45:3 138:19 | **y**   14:11 140:11 |
| **words**   134:20 142:16 | **yeah**   44:16 50:3 69:7 74:3,3,5 82:1 82:2 95:4,23 98:12 122:11 135:5,12 150:6 162:15 164:19 167:16 176:7,17 186:7 |
| **work**   15:7 28:19 28:21,25 29:5 41:12 75:15 93:18 94:13,16,19 96:3 105:14 109:13 110:13 117:1,6 120:1 125:14,25 153:8 185:14 | |
| | **year**   18:5 30:2 75:7 |
| **worked**   15:14 16:22 23:15,17,20 29:17 56:20,20 | **years**   15:23 16:24 86:24 |
| **working**   17:10 21:23 24:14 25:2 25:14 46:4 68:2 76:4,7,17 133:20 139:21 | **yekaterina**   5:6 |
| | **yesterday**   52:21 |
| | **yield**   44:3 |
| | **yodi**   140:11,15,21 142:6 |
| **workplace**   9:14 104:17 118:4,8 119:8,17,19,23 120:8,8,10,12,14 120:24 | **yreyzis**   5:11 |
| | **z** |
| | **z**   46:6,6 |
| | **zaragoza**   46:6 68:10 76:13 |
| **works**   22:1 | **zolle**   5:13 22:14 |
| **worried**   155:16 | **zoom**   1:12 |
| **writing**   107:19 | **zuckerberg**   100:4 102:18 106:10 110:16 111:3,20 112:5,14,18,19 116:7 124:3 174:16 |
| **written**   53:2 107:8 107:13 122:17 130:16 | |
| **wrote**   53:14,15,20 55:2 61:18 76:21 82:14 92:25 99:8 125:16 | **zuckerberg's** 108:22 |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.