# EXHIBIT 103-B
## Redacted Version of Document Sought to be Sealed

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13    CORPORATE REPRESENTATIVE - MICHAEL PATRICK CLARK
14  (Reported Remotely via Video & Web Videoconference)
15        Denver, Colorado (Deponent's location)
16              Wednesday, May 18, 2022
17                    Volume I
18
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5210145
25  PAGES 1 - 251
```

Page 1

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

  IN RE:  FACEBOOK, INC.,        MDL No. 2843

4 CONSUMER USER PROFILE           Case No.

  LITIGATION                      18-md-02843-VC-JSC

5 _____

6 This document relates to:

7 ALL ACTIONS

8

  _____

9

10

11

12

13

14

15          DEPOSITION OF MICHAEL PATRICK CLARK,

16 taken on behalf of the Plaintiffs, with the

17 deponent located in Denver, Colorado, commencing at

18 10:07 a.m., Wednesday, May 18, 2022, remotely

19 reported via Video & Web videoconference before

20 REBECCA L. ROMANO, a Certified Shorthand Reporter,

21 Certified Court Reporter, Registered Professional

22 Reporter.

23

24

25

                                        Page  2

```
 1                    APPEARANCES OF COUNSEL
 2     (All parties appearing via Web videoconference)
 3
 4     For the Plaintiffs:
 5          BLEICHMAR FONTI & AULD LLP
 6          BY:  LESLEY E. WEAVER
 7          BY:  MATTHEW MELAMED
 8          BY:  JOSHUA SAMRA
 9          Attorney at Law
10          555 12th Street
11          Suite 1600
12          Oakland, California 94607
13          (415) 445-4003
14          lweaver@bfalaw.com
15          jsamra@bfalaw.com
16
17
18
19
20
21
22
23
24
25     /////
```

                                            Page  3

```
 1                  APPEARANCES OF COUNSEL

 2     (All parties appearing via Web videoconference)

 3

 4    For the Plaintiffs:

 5          KELLER ROHRBACK L.L.P.

 6          BY:  DAVID KO

 7          BY:  CARI CAMPEN LAUFENBERG

 8          BY:  DEREK W. LOESER

 9          Attorneys at Law

10          1201 Third Avenue

11          Suite 3200

12          Seattle, Washington 98101

13          (206) 623-1900

14          dko@kellerrohrback.com

15          claufenberg@kellerrohrback.com

16          dloeser@kellerrohrback.com

17

18

19

20

21

22

23

24

25    /////
```

Page  4

```
1                    APPEARANCES OF COUNSEL

2    (All parties appearing via Web videoconference)

3

4    For Facebook, Inc.:

5         GIBSON, DUNN & CRUTCHER LLP

6         BY:  ROBERT C. BLUME

7         BY:  MIKE M. ULMER

8         Attorneys at Law

9         1801 California Street

10        Suite 4200

11        Denver, Colorado 80202-2642

12        (303) 298-5735

13        rblume@gibsondunn.com

14        mulmer@gibsondunn.com

15

16

17

18

19

20

21

22

23

24

25   /////
```

Page  5

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4   For Facebook, Inc.:

 5        GIBSON, DUNN & CRUTCHER LLP

 6        BY:  ROSEMARIE T. RING

 7        Attorney at Law

 8        555 Mission Street

 9        Suite 3000

10        San Francisco, California 94105-0921

11        (415) 393-8247

12        rring@gibsondunn.com

13   and

14        BY:  MARTIE KUTSCHER CLARK

15        Attorney at Law

16        1881 Page Mill Road

17        Palo Alto, California 94304-1211

18        (650) 849-5348

19        mkutscherclark@gibsondunn.com

20

21

22

23

24

25   /////
```

Page  6

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2     (All parties appearing via Web videoconference)
 3
 4          JAMS
 5          BY:  DANIEL B. GARRIE
 6          Special Master
 7          555 W. 5th Street
 8          32nd Floor
 9          Los Angeles, California 90013
10          (213) 253-9706
11          dgarrie@jamsadr.com
12
13
14
15
16     ALSO PRESENT:
17          Ian Chen, Associate General Counsel,
18     Meta Platforms
19          John Macdonell, Videographer
20
21
22
23
24
25     /////
```

Page 7

```
 1                        I N D E X
 2    DEPONENT                                 EXAMINATION
 3    MICHAEL PATRICK CLARK                          PAGE
      VOLUME I
 4
 5                    BY MS. WEAVER                    15
 6
 7
 8                      E X H I B I T S
 9    NUMBER                                        PAGE
10                      DESCRIPTION
11    Exhibit 339  Mike Clark Deposition Notes,       33
12                 ADVANCE-META-00000060 -
13                 ADVANCE-META-00000065;
14
15    Exhibit 340  User Data Deletion Policy          43
16                 dated October 23, 2020,
17                 ADVANCE-META-00000043 -
18                 ADVANCE-META-00000056;
19
20    Exhibit 341  Control Objective - As of          46
21                 10.29.2021,
22                 ADVANCE-META-00000054 -
23                 ADVANCE-META-00000056;
24
25    /////
```

Page 8

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                    DESCRIPTION

 4    Exhibit 342  Data/DeletingDeletedData -      54

 5                 Facebook,

 6                 ADVANCE-META-00000001 -

 7                 ADVANCE-META-00000002;

 8

 9    Exhibit 343  Wiki Page - Deletion            65

10                 Framework Overview,

11                 ADVANCE-META-00000003 -

12                 ADVANCE-META-00000004;

13

14    Exhibit 344  Email dated Feb 11, 2013        63

15                 Subject:  5.2.2.B,

16                 PwC-CPUP_FB00007766 -

17                 PwC-CPUP_FB00007768;

18

19    Exhibit 345  Hive Tables,                    90

20                 FB-CA-MDL-00347605 -

21                 FB-CA-MDL-00347886;

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

```
 1              E X H I B I T S(cont'd)

 2   NUMBER                                    PAGE

 3                 DESCRIPTION

 4   Exhibit 346  Wiki Page - Mapping            92

 5               User-Identifying IDs to RIDs,

 6               ADVANCE-META-00000028 -

 7               ADVANCE-META-00000029;

 8

 9   Exhibit 347  Wiki Page - Hive Anon,        105

10               ADVANCE-META-00000026 -

11               ADVANCE-META-00000027;

12

13   Exhibit 348  Wiki Page - What is UII?,     106

14               ADVANCE-META-00000059;

15

16   Exhibit 349  Gibson Dunn Letter dated      127

17               April 11, 2022;

18

19   Exhibit 350  Wiki Page - Overview,         138

20               ADVANCE-META-00000030 -

21               ADVANCE-META-00000031;

22

23   Exhibit 351  Privacy Eng,                  163

24               FB-CA-MDL-01952478;

25   /////
```

Veritext Legal Solutions
866 299-5127

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                    DESCRIPTION

 4    Exhibit 352  Wiki Page - App-Scoped ID        178

 5                 (ASID) Conversations,

 6                 ADVANCE-META-00000008 -

 7                 ADVANCE-META-00000009;

 8

 9    Exhibit 353  (skipped)

10

11    Exhibit 354  Email dated 10/9/2013           184

12                 Subject:  New stuff from Box,

13                 PwC_CPUP_FB00020372 -

14                 PwC_CPUP_FB00020380;

15

16    Exhibit 355  Wiki Page - Deletion Plan,      194

17                 ADVANCE-META-00000021 -

18                 ADVANCE-META-00000022;

19

20    Exhibit 356  Wiki Page - Ent Based           195

21                 Deleters,

22                 ADVANCE-META-00000023 -

23                 ADVANCE-META-00000025;

24

25    /////

                                          Page 11
```

```
1              E X H I B I T S(cont'd)

2   NUMBER                                    PAGE

3                   DESCRIPTION

4   Exhibit 357  Email String Subject:          203

5                Product Close Out Reminder -

6                August, FB-CA-MDL-03233363 -

7                FB-CA-MDL-03233365;

8

9   Exhibit 358  Excel Spreadsheet,             203

10               FB-CA-MDL-032333365;

11

12  Exhibit 359  Wiki Page - UII Definition,    213

13               ADVANCE-META-00000066 -

14               ADVANCE-META-00000069;

15

16

17              PREVIOUSLY MARKED

18  NUMBER                                    PAGE

19  Exhibit 330                                 33

20

21

22

23

24

25  /////
```

Veritext Legal Solutions
866 299-5127

```
 1        Denver, Colorado; Wednesday, May 18, 2022

 2                  10:07 a.m.

 3                  ---o0o---

 4

 5        THE VIDEOGRAPHER:  We're on the record.        10:07:40

 6   It's 10:07 a.m. Mountain Time on May 18th, 2022.

 7            This is the deposition of Mike Clark, and

 8   we're here in the matter of In Re:  Facebook, Inc.

 9   Consumer Privacy User Profile Litigation.  I'm

10   John Macdonell, the videographer, with Veritext.        10:07:57

11            Before the reporter swears the witness,

12   would counsel please identify themselves, beginning

13   with the noticing party, please.

14            MS. WEAVER:  Good morning.  This is

15   Lesley Weaver of Bleichmar Fonti & Auld, and I        10:08:10

16   represent the plaintiffs.

17            I am taking this deposition today with

18   the assistance of Josh Samra of my firm.  And also

19   present are my able co-counsel, Cari Laufenberg and

20   Emma Wright of -- sorry -- of Keller Rohrback.        10:08:25

21            MR. BLUME:  Good morning.  Rob Blume from

22   Gibson, Dunn & Crutcher on behalf of Facebook.

23            Here today with Rose Ring,

24   Martie Kutscher Clark and Mike Ulmer, as well

25   Ian Chen from the client.        10:08:42
```

                                                    Page 13

```
 1              SPECIAL MASTER GARRIE:  This is              10:08:50

 2    Special Master Garrie.  I'm here on behalf of the

 3    Court.

 4              THE COURT REPORTER:  At this time, I will

 5    ask counsel to agree on the record that there is no    10:08:54

 6    objection to this deposition officer administering

 7    a binding oath to the deponent via remote

 8    videoconference, starting with the noticing

 9    attorney, please.

10              MS. WEAVER:  Yes, no objection.              10:09:15

11              MR. BLUME:  No objection from Facebook.

12              THE COURT REPORTER:  Mr. Clark, If you

13    could raise your right hand for me, please.

14              THE DEPONENT:  (Complies.)

15              THE COURT REPORTER:  You do solemnly         10:09:20

16    state, under penalty of perjury, that the testimony

17    you are about to give in this deposition shall be

18    the truth, the whole truth and nothing but the

19    truth?

20              THE DEPONENT:  I do.                         10:09:20

21

22

23

24

25    /////                                                  10:09:35
```

Page 14

```
 1                    MICHAEL PATRICK CLARK,              10:09:38

 2    having been administered an oath, was examined and

 3    testified as follows:

 4

 5                    EXAMINATION                         10:09:38

 6    BY MS. WEAVER:

 7        Q.   Good morning, Mr. Clark.  I'm

 8    Lesley Weaver, and I'll be taking your deposition

 9    today.

10            Would you mind stating, for the record,     10:09:44

11    your full name and your place of employment.

12        A.   Sure.

13            It's Mike Clark.  My legal name is

14    Michael Patrick Clark.  Place of employment is

15    Facebook or Meta.                                   10:10:01

16        Q.   And in what city are you currently

17    employed?

18        A.   I'm a remote employee from Menlo Park,

19    California, living in Denver, Colorado.

20        Q.   Thank you.                                 10:10:15

21            How long have you worked for Facebook?

22        A.   A little over three years.

23        Q.   And what's your current role and title?

24        A.   Title is director of product management.

25        Q.   And have you always held that title?      10:10:29
```

Page 15

1      A.   I was a product manager when I started.          10:10:32

2  About the same level the whole time.

3      Q.   What is a product manager?

4      A.   A product manager -- product manager

5  helps pull together the specifications for both          10:10:51

6  user experience, the requirements for internal

7  Facebook developers, and business case and

8  definition for products built by Facebook.

9      Q.   And what products have you managed at

10  Facebook?                                                10:11:14

11      A.   I have worked in privacy the entire time.

12      Q.   And is privacy a product at Facebook?

13      A.   The -- there is a privacy organization

14  and there are privacy-related products that are

15  part of that.                                            10:11:33

16      Q.   And are there specific privacy-related

17  products that you have focused on in your

18  employment at Facebook?

19      A.   Yes.  Currently, I support the org.  I

20  take care of the privacy infrastructure teams.          10:11:46

21      Q.   And what is privacy infrastructure?

22      A.   Yeah.  Privacy infrastructure is where we

23  build centralized infrastructure to enable Facebook

24  internal developers to have common central

25  solutions to solve for privacy.  That might include     10:12:08

Page 16

1    deletion.  Also includes retention, data          10:12:14

2    minimization, purpose limitation, scraping,

3    anti-scraping efforts as well.

4         Q.   And who heads the privacy infrastructure

5    team?                                              10:12:36

6         A.   Could you be more -- the product

7    organization or the product team or the -- there --

8    there are multiple -- there are multiple roles

9    associated with privacy infrastructure.  I lead the

10   product management of privacy infrastructure.       10:12:56

11        Q.   Understood.  And I'll put a pause on

12   that.  Thank you for answering that question.

13        Do you understand today that you are

14   testifying on behalf of Facebook as a corporate

15   representative?                                    10:13:09

16        A.   Yes, I do.

17        Q.   And have you seen the deposition notice

18   in this case?

19        A.   I have.

20        Q.   Okay.  And you're here to testify with   10:13:16

21   regard to topic 4; is that correct?

22        A.   That is correct.

23        Q.   Do you understand that topic 4 is

24   Facebook's processes of pseudonymization,

25   de-identification, re-identification, association,  10:13:30

1    and deletion of user data and information; is that          10:13:34

2    your understanding?

3         A.   That is my understanding.

4         Q.   Okay.  And have been deposed before,

5    Mr. Clark?                                                  10:13:46

6         A.   I have.

7         Q.   How many occasions have you been deposed?

8         A.   A total of seven.

9         Q.   Have all of those depositions been in

10   connection with your employment at Facebook?               10:13:54

11        A.   No.  No, they have not.

12        Q.   To what, in general, did all seven

13   depositions relate?

14        A.   One was related to a car accident that I

15   was a passenger in as a teenager.  The second were         10:14:08

16   telecommunications company I worked for were

17   disputes around billing and access rights to

18   physical infrastructure.

19            And then the other four have been at

20   Facebook.                                                  10:14:32

21        Q.   And in what matters have you been deposed

22   as part of your employment at Facebook?

23        A.   I've been deposed on matters relating to

24   the anti-scraping efforts and enforcement that we

25   had taken, in three of the four depositions.               10:14:54

```
 1        Q.    And what was the fourth deposition?        10:14:56

 2        A.    The -- the fourth deposition was

 3   talking -- it was -- it was a deposition with the

 4   FTC, specifically about ████████████

 5        Q.    And when you say "about ████████  what    10:15:11

 6   do you mean?

 7        A.    About █████████████████████████

 █  ████████████████████████████████

 9        Q.    And when was that deposition?

10        A.    That was November or December of last     10:15:26

11   year.

12        Q.    And what was the subject matter of your

13   testimony in that deposition, in general?

14        A.    Specifically, it was about ███████████

 █  ████████████████████                             10:15:42

16        Q.    And what did you discuss in that

17   deposition as subject matter, specifically?

18             MR. BLUME:   Object -- objection.  Scope,

19   generally.

20             THE DEPONENT:   The -- it was -- it was    10:15:57

21   specifically about the assessment and my -- and --

22   and the role of privacy infrastructure in the

23   broader assessment.

24        Q.    (By Ms. Weaver)  And what specific

25   privacy infrastructure were you testifying about?    10:16:17
```

                                              Page 19

```
 1          A.   I -- it was controls and safeguards        10:16:21

 2   associated with privacy infrastructure.

 3          Q.   Did it include anonymization or

 4   pseudonymization of data?

 5          A.   It did not include anonymization or        10:16:35

 6   pseudonymization.

 7          Q.   What did it include?

 8          A.   It included the broader controls and

 9   safeguards associated.

10          Q.   And what controls and safeguards,          10:16:47

11   specifically, if not anonymization and

12   pseudonymization?

13               MR. BLUME:  Objection.  Scope, generally.

14               THE DEPONENT:  It included the broader

15   set of safeguards that include data life cycle         10:17:03

16   management.  That included scraping and TPM.

17          Q.   (By Ms. Weaver)  When you say "data life

18   cycle management," does that include data deletion?

19          A.   That does include data deletion.

20          Q.   What else does data life cycle management  10:17:24

21   include?

22          A.   Data retention.

23          Q.   Anything else?

24          A.   No.

25          Q.   Okay.                                      10:17:38
```

Page 20

1      A.   The deal same safeguards are those two.        10:17:39

2      Q.   And how long was your deposition in that

3  matter, do you recall?

4      A.   Approximately four hours.

5      Q.   And I apologize.  I'm sure you told me,         10:18:04

6  but when did that deposition occur?

7      A.   I don't remember the exact date.  It was

8  either November or December of last year.

9      Q.   Thanks very much.

10         Well, you're very good, as far as I can         10:18:16

11  tell, at depositions so far.  Especially insofar as

12  we are communicating clearly and in a way that the

13  court reporter can take down.

14         And so I appreciate that.  Thank you.

15         And the general rules of the road you           10:18:29

16  seem to know, which is, please allow me to finish

17  my question before you answer.  And I will endeavor

18  to not interrupt you and allow you to finish your

19  answers before I speak; is that fair?

20     A.   That is fair.                                  10:18:45

21     Q.   Okay.  And answers need to be verbal, yes

22  or no.  For purposes of the record, nodding will

23  not accomplish what we need to accomplish here

24  today in terms of creating a transcript; is that

25  fair?                                                  10:18:57

                                                  Page 21

```
 1        A.   That is fair.                              10:18:58

 2        Q.   Okay.  If you answer my question, I'm

 3   going to assume that you understood what I was

 4   asking; is that fair?

 5        A.   That is fair.                              10:19:08

 6        Q.   Okay.  What did you do to prepare for

 7   your deposition today?

 8        A.   I reviewed materials and had interviews

 9   with individuals, with counsel.

10        Q.   With whom did you have interviews?        10:19:25

11        A.   I spoke with Scott Renfro.

12   Yiannis Papagiannis.  P-A-P-A-G-I-A-N-N-I-S is how

13   you spell the last name.

14             Mayur Patel.  Eugene Zarashaw,

15   Z-A-R-A-S-H-A-W.  Ryan Borker, B-O-R-K-E-R.         10:19:48

16   Will Shackleton, S-H-A-C-K-L-E-T-O-N.  And

17   Hannes Roth.  H-A-N-N-E-S and then R-O-T-H.

18        Q.   Anyone else?

19        A.   No.

20        Q.   When you spoke with those seven           10:20:25

21   individuals, was counsel present for each

22   conversation?

23        A.   Yes.

24        Q.   And how long did you speak with each of

25   them?                                               10:20:31
```

Page 22

1        A.   I -- I don't have exactly how much time I        10:20:36

2   spent with them.  Between those interviews and

3   counsel, approximately 35 hours.

4        Q.   And what did you discuss with Mr. Renfro?

5        A.   I discussed some of the historical and --        10:20:59

6   and past functionality of the deletion framework.

7        Q.   And when you say the "deletion

8   framework," what are you referring to?

9        A.   Software related to deletion

10  functionality at Facebook.                              10:21:19

11       Q.   Thank you.

12            Mr. Renfro is currently an employee, is

13  that right, of Facebook?

14       A.   That is correct.

15       Q.   And what is his title?                         10:21:28

16       A.   Yes.

17            I do not know his title.

18       Q.   Do you know what his current role is?

19       A.   His -- I -- I actually don't know his

20  exact role or title.                                    10:21:47

21       Q.   Do you know his --

22       A.   He's a -- he's a -- his past role is as a

23  software engineer.  I don't know what his current

24  title or role.

25       Q.   How long did you speak with Mr. Renfro?       10:21:59

                                                        Page 23

1       A.   I did not keep an exact accounting of the       10:22:01

2   amount of time I spoke with Mr. Renfro.

3   Potentially an hour.

4       Q.   Okay.  Well, so as not to be too

5   exhausting, can you give me a rough estimate, for     10:22:13

6   each of the seven individuals you named, how

7   many -- how much time you spent talking to each of

8   them and generally what the subject matter was?

9       A.   Sure.

10       For Yiannis Papagiannis, a total of       10:22:29

11   roughly an hour.  Spoke to Yiannis about current

12   deletion software functionality.  And his

13   experience in learnings and observations from the

14   time that he's been here, which was longer than

15   myself.  Yiannis's title is an engineering manager.    10:22:55

16       Mayur Patel, probably spent a total of an

17   hour and a half with, discussing questions that I

18   had regarding some of the technical functionality

19   of some of the systems and current processes for

20   how they operate, roughly -- and Mayur is a       10:23:41

21   software engineer.

22       Eugene, probably 30 minutes, if even

23   that, and was for historical context on past

24   functionality of deletion software.  Eugene is

25   formerly a software engineer.  I do not know his    10:24:14

Page 24

1      current title.                              10:24:16

2            Ryan Borker was also around between

3      15 minutes and a half hour.  And spoke with Ryan

4      about schematization.  And Ryan is a product

5      manager.                                    10:24:46

6            Will Shackleton, spent about 20 minutes

7      with, and spoke to -- about past versions of

8      deletion software.  And spoke to Will for a

9      half hour.

10           And Hannes was also between 15 minutes    10:25:25

11     and a half hour.  And spoke to about schematization

12     as well.  And Hannes is a software engineer.

13        Q.   And what is schematization?

14        A.   Schematization is a process of

15     classifying data storage systems.              10:25:48

16        Q.   And what is, in general, Facebook's

17     schematization in this case, particularly as

18     relevant to the topics you discussed with people in

19     preparation for this deposition?

20        A.   Specifically, the deletion framework, the    10:26:09

21     software that operates deletion at Facebook.  The

22     simple deletion framework uses ██████████████████

       ███████████████████████████████ to

24     delete data on those systems.

25        Q.   Got it.                               10:26:33

                                                   Page 25

```
1              So to recap briefly, you spoke with         10:26:34

2     Mr. Renfro for about an hour.  Mr. Papagiannis for

3     about an hour.  Mr. Patel for about an hour and a

4     half.  We're at about three and a half.

5              Then Mr. Zarashaw for about 30 minutes.     10:26:50

6     And let's say 30 minutes for the -- each for the

7     remaining four, so that's two -- so you spent about

8     seven hours substantively preparing for this

9     deposition.  And then you said you spent 35 hours

10    preparing.                                           10:27:05

11             Was the remainder of the time spent

12    talking to counsel?

13         A.   Yes, in addition to 20 of -- hours of my

14    own time reviewing material.

15         Q.   And what materials did you review for      10:27:14

16    20 hours?

17         A.   Yeah.  I -- I reviewed approximately

18    45 documents.  The UDDP.  The relevant deletion

19    controls from 2012 to present.  PwC's audits from

20    2013 to 200- -- I believe '17.  Wiki's describing    10:27:33

21    the technical details of deletion and the software

22    associated with.  And then also reviewed the

23    25 documents which you had provided.

24         Q.   And when you say you reviewed PwC's

25    audits, what specifically are you referring to?      10:27:56
```

Page 26

```
 1        A.   There were audits of the controls in that        10:28:04

 2   time frame, and it was the -- at that time the

 3   third-party assessment of those controls associated

 4   with the 2012 FTC order.

 5        Q.   What was the focus of PwC's audit during          10:28:21

 6   that time frame?

 7             MR. BLUME:  Objection.  Scope.

 8             THE DEPONENT:  Yeah, I can only speak to

 9   what I observed in -- in reading, which was the --

10   the privacy controls.                                       10:28:39

11        Q.   (By Ms. Weaver)  And when you say the

12   "privacy controls," what do you mean, specifically?

13        A.   There were controls that were identified

14   that -- which I had reviewed from 2012 to present,

15   and it was the audit of those controls.                     10:28:57

16        Q.   Right.

17             And which controls specifically are you

18   referring to?

19        A.   Controls associated with deletion.

20        Q.   Anything else?                                    10:29:11

21        A.   Focused primarily on the controls

22   associated with deletion.

23        Q.   What's your understanding of why PwC

24   focused an audit on privacy controls relating to

25   deletion?                                                   10:29:28
```

Page 27

```
 1              MR. BLUME:  Objection.  Scope.  And        10:29:29

 2    privilege.

 3              So to the extent you know by speaking to

 4    counsel, I'd instruct you not to answer.

 5              THE DEPONENT:  I don't know that I          10:29:39

 6    understand the question.

 7         Q.   (By Ms. Weaver)  Sure.

 8              You said you spent 20 hours reviewing

 9    documents, including PwC's audits.

10              And then you testified that the focus of   10:29:48

11    the PwC audits, with regard to privacy controls,

12    were controls associated with deletion; is that

13    correct?

14         A.   I -- just to clarify.  I didn't just

15    spend 20 hours on the PwC.  Those were -- those       10:30:01

16    were some of the documents in that time.

17         Q.   Right.

18              And I'm asking you, having read those PwC

19    audits, what did you --

20         A.   Yes.                                        10:30:11

21         Q.   -- learn from those documents relating to

22    why PwC was auditing Facebook's privacy controls

23    associated with deletion?

24         A.   They were auditing, as part of the

25    requirements associated -- as I understand, and       10:30:26
```

Page 28

1    from what I read, associated with the 2012 FTC          10:30:29

2    order.

3         Q.   And when you say the "2012 FTC order,"

4    what are you referring to?

5         A.   I don't know how else to label that.          10:30:41

6    The -- the FTC agreement between Facebook and the

7    FTC in 2012.

8         Q.   And what did the agreement relate to, in

9    your understanding?

10        A.   In -- in my understanding and review of       10:30:52

11   it, agreements to privacy practices and for those

12   privacy practices to be audited.

13        Q.   And specifically, with regard to the

14   controls associated with deletion, what is your

15   understanding, based on your review and preparation    10:31:11

16   for this deposition, of what the -- what PwC was

17   focused on?

18             MR. BLUME:  Objection.  Scope.

19             THE DEPONENT:  To the best of my

20   understanding, the area that I reviewed was their      10:31:25

21   observations associated with controls associated

22   with deletion.

23        Q.   (By Ms. Weaver)  What were those

24   observations?

25        A.   I would actually want to pull those up so    10:31:36

Page 29

1    that I could speak to them directly --                    10:31:39

2          Q.   Which documents --

3               (Simultaneously speaking.)

4               THE DEPONENT:  -- if you'd like to go

5    through this --                                           10:31:43

6          Q.   (By Ms. Weaver)  I -- I -- I understand.

7    But I'm entitled to your recollection.  And you've

8    said now you looked at them for 20 hours in

9    association with other documents.

10              What's your understanding, as you sit          10:31:50

11   here today, as Facebook's corporate representative,

12   of the privacy controls associated with deletion

13   that PwC was investigating?

14              MR. BLUME:  Object to form.

15              THE DEPONENT:  I did --                         10:32:02

16              MR. BLUME:  Hold on.

17              THE DEPONENT:  Sorry.

18              MR. BLUME:  Objection.  Form and scope.

19              THE DEPONENT:  I -- I do want to clarify.

20              I didn't spend 20 hours reading the PwC        10:32:07

21   documents.  I just want to make sure that that's

22   accurate.

23              For the time that I did spend reading

24   them, one that comes directly to mind would be the

25   2017 audit, where specifically, as I refer to my       10:32:18

                                                    Page 30

| | |
|---|---|
| 1 | notes, where the -- found -- PwC found no issues |
| | 10:32:24 |
| 2 | relating to deletion on Facebook. |
| 3 |     And the 2017 to 2019 also finds no issues |
| 4 | relating to deletion on Facebook that -- yeah, I |
| 5 | mean -- those -- those were at very high levels |
| | 10:32:53 |
| 6 | what I -- those are what I remember from |
| 7 | recollection. |
| 8 |     If we go back further to 2013, where PwC |
| 9 | was testing privacy controls, also found no |
| 10 | deletion -- no issues relating to deletion. |
| | 10:33:07 |
| 11 |     In the 2013 to 2015 audit, as well, also |
| 12 | identified no direct issues relating to deletion on |
| 13 | Facebook. |
| 14 |     Q.   (By Ms. Weaver)  And you appear to be |
| 15 | reading from a document; is that right, Mr. Clark? |
| | 10:33:25 |
| 16 |     A.   Yup.  As I mentioned, I -- I was looking |
| 17 | at my notes. |
| 18 |     Q.   And what are these notes? |
| 19 |     A.   These were notes that I handwrote just |
| 20 | because of the timeline that I needed to cover and |
| | 10:33:36 |
| 21 | to make sure that I just have something to refresh |
| 22 | my recollection. |
| 23 |     Q.   When did you create these notes? |
| 24 |     A.   Last night. |
| 25 |     MS. WEAVER:  We would request immediate |
| | 10:33:49 |

Page 31

```
1    production of them, Counsel.                        10:33:50

2         Q.   (By Ms. Weaver)  And had you taken any

3    notes that are incorporated in what you're

4    reviewing before last night?

5         A.   In -- no.                                 10:34:03

6         Q.   Did anybody assist you in the preparation

7    of these notes?

8         A.   No.  I typed them myself.

9         Q.   And when you typed them, were you looking

10   at handwritten notes?                               10:34:12

11        A.   No, I was not.  I typed -- I typed them

12   up from the 45 documents and 25 documents -- 45

13   documents, and then the 25 provided by you to -- to

14   create and generate these notes.

15             MS. WEAVER:  Okay.  Mr. Blume, will you    10:34:33

16   produce those as soon as possible, please.

17             MR. BLUME:  We will.

18             MS. WEAVER:  I mean, we can take a break.

19   You're sitting in the room with him.  So why don't

20   we take a break and you can have them copied and     10:34:43

21   then we'll take a look.

22             Go off the record.

23             THE VIDEOGRAPHER:  Off the record.  It's

24   10:34 a.m.

25             (Recess taken.)                            10:34:52
```

Veritext Legal Solutions
866 299-5127

```
 1            THE VIDEOGRAPHER:  Okay.  We're back on        10:53:53

 2    the record.  It's 10:53 a.m.

 3            MR. BLUME:  I'm sorry.  If I could just

 4    note, we produced what's been Bates-labeled -- this

 5    is Rob Blume -- ADVANCE-META -- a document -60 to    10:54:04

 6    -65.

 7            It's Facebook's position that those notes

 8    are not obligated to be produced at this time,

 9    although we did so out of courtesy to Ms. Weaver.

10            MS. WEAVER:  Duly noted and appreciated.     10:54:22

11            And I've taken just a quick moment here

12    to review the notes, which we will mark as

13    Exhibit 1 [sic], when Mr. Samra has a moment here.

14    I do think they will facilitate the taking of the

15    deposition.  So we'll mark those for now and just    10:54:39

16    set them aside.

17            (Exhibit 339 was marked for

18    identification by the court reporter and is

19    attached hereto.)

20        Q.   (By Ms. Weaver)  Mr. Clark, what is your    10:54:52

21    understanding of what the word "pseudonymization"

22    means?

23        A.   Are we back on the record?

24        Q.   Yes.

25        A.   Okay.                                        10:55:02
```

1      Q.   Sorry.  We're back on the record and        10:55:03

2    you're under oath.

3           I'll ask the question again.

4           Mr. Clark, what's your understanding of

5    the -- what the word "pseudonymization" means?      10:55:12

6      A.   The term "pseudonymization" is a term

7    where its -- its -- its technical meaning is to

8    create an additional identity from a source

9    identity.

10           Specifically, in the case that we are       10:55:33

11    talking about here, pseudo- -- pseudonymization

12    practices at Facebook is, we have the Facebook user

13    ID that is the canonical user ID.  And the process

14    of ████████████████████████████████████████

     ████████████████████████████████████            10:55:55

16      Q.   And when you say "identifier," what do

17    you mean?

18      A.   Identifier can have a broad set of

19    meaning.  In -- in this case -- in -- in the -- in

20    the pseudonymization example that I was just        10:56:10

21    speaking of, an identifier is -- it's -- it's

22    something to -- a number or some kind of technical

23    concept to ████████████████████████████████

     ██████████████████

25           In the case of the canonical user          10:56:33

Page 34

```
 1    identifier, their Facebook user ID that I -- that I      10:56:35

 2    mentioned, that's to ██████████████████

      ██████████████████

 4        Q.   And when you say "Facebook user ID," is

 5    that -- written in a shorthand at Facebook?             10:56:50

 6        A.   I -- I apologize.  One word broke out

 7    when you asked that question.  Can you repeat that.

 8        Q.   No problem.

 9             How does Facebook refer to the Facebook

10    user ID?                                                10:57:05

11        A.   The Facebook user ID, which is an

12    internal use, it's for internal Facebook developers

13    only to use.  We refer to it as the canonical user

14    identifier.

15        Q.   And is it ██████    Is it expressed ███████    10:57:23

16    ordinarily?

17        A.   It -- it can be expressed ████████, yes.

18        Q.   Are there other ways to refer to it?

19             MR. BLUME:  Objection.  Form.

20             THE DEPONENT:  User ID.  Facebook user        10:57:36

21    ID.

22        Q.   (By Ms. Weaver)  Any other way?

23        A.   Those -- those are the ones that I know

24    of offhand.

25        Q.   So -- apologies.                              10:57:48
```

Page 35



1          So █████ and UID the same thing?                 10:57:51

2          A.    ████████████████████████████████

           ████████████

4          Q.    And what other identifiers are you aware

5     of in use at Facebook that are used for processes       10:58:07

6     of pseudonymization?

7          A.    Purely for the sake of pseudonymization,

8     I would -- one example would be the ████████████

      ████████████████████████████████████

      ████████████                              ████████

           ████████████████████████████

      ████████████████████████████████████

      ████████████████████████████████████████

      ████████████████████████████████████

      ████████████████████████████         ████████

      ████████████████████████  So that at

17    any point if the user deletes their account, that

18    ████████████████████████████████

19         Q.    And then --

20         A.    That's one example.                         10:59:13

21         Q.    And then the ████████████████████████

      ████████████████████

23              MR. BLUME:  Objection.  Form.

24              THE DEPONENT:  Could you ask that more

25    specifically.                                           10:59:28

                                                Page 36

```
1        Q.    (By Ms. Weaver)  I'm just asking, is the        10:59:30

2    ████████████████████████████████████████

3        A.    Specifically, inside of Hive, ███████████

█    ███████████████████        And that is while the user

5    account is active and the data exists.  That is tie        10:59:51

6    ███████████████████████     in the data

7    warehouse.

8        Q.    And when you say "██████████████████████

█    █████████████████  do you mean ██████████████

█    █████████████████████████████                            11:00:05

11            MR. BLUME:  Objection.  Form.

12            THE DEPONENT:  The -- I'm -- I'm trying

13   to figure out the right way to answer that question

14   because it's -- it -- it -- in a data warehouse,

15   you have unstructured data that might be a log, for        11:00:29

16   instance.  And if there was a user ID in that log

17   entry, ███████████████████████████  ██████

█    ████████████████████████████  while the account

19   is active and before -- and while the data still

20   lives on the system ██████████████████  ████████████

█    ██████████████

22       Q.    (By Ms. Weaver)  Perfect.  Thank you.

23            What does the word de-identification

24   mean?

25       A.    De-identification is the process of            11:01:23
```

```
 1    taking and stripping identity from --              11:01:30

 2    generically -- generic technical definition is, is

 3    taking any identifiers or stripping any identifiers

 4    out of a set of data so it's not identifiable.

 5         Q.   And what is re-identification?           11:01:50

 6         A.   Re-identification is a process that --

 7    using the generic technical definition -- where a

 8    set of data that while not directly identifiable,

 9    there is some process by which data can be tied

10    back to some original identity.                    11:02:14

11         Q.   Great.

12              And what about association in this

13    context?

14              MR. BLUME:  Objection.  Form.

15              THE DEPONENT:  Association and -- as you  11:02:29

16    say in this context, can you clarify what you mean.

17         Q.   (By Ms. Weaver)  Sure.

18              Topic 4, to which -- for which you're the

19    corporate representative, seeks information about

20    Facebook's processes of a number of things,        11:02:42

21    including association of user data and information.

22              In that context, what does association

23    mean?

24         A.   Thank you.

25         Q.   Sure.                                     11:02:54
```

Page 38

1       A.   The word "association" in that context is     11:02:54

2   how -- I -- I asked the question because

3   association has specific technical meaning in

4   Facebook's systems, in addition to the generic

5   technical use of the word is where data can be     11:03:07

6   associated or identified back to an original user

7   identifier.

8       Q.   Okay.  And then what does deletion mean,

9   as you understand it, with regard to topic 4?

10      A.   Deletion, as I understand it, in regards     11:03:37

11   to topic 4 is the -- the Facebook processes by

12   which we -- when a user requests an individual

13   object or their accounts to be deleted, that --

14   that their -- that the obligations of that deletion

15   are met.     11:03:58

16      Q.   When data is deleted at Facebook, does

17   that mean it no longer exists or can it also mean

18   that the associations or identifications no longer

19   connect a user to the data?

20       MR. BLUME:  Objection.  Form.     11:04:25

21       THE DEPONENT:  Can -- that felt like a

22   couple of questions.

23       Can you -- can you be more specific.

24      Q.   (By Ms. Weaver)  Yeah.  I'm actually just

25   trying to lay it out so you can see where I'm     11:04:34

Page 39

```
1    headed.                                        11:04:37

2        A.   Okay.

3        Q.   So does deletion at Facebook mean the

4    data no longer exists?

5        A.   When data is deleted at Facebook, the --   11:04:45

6    the data itself is gone or is no longer

7    identifiable in any way back to the user.

8        Q.   So sometimes deletion could mean that the

9    data still exists.  But the way to identify or

10   associate data with a user has just been            11:05:07

11   eliminated; is that fair?

12            MR. BLUME:  Objection.  Form.

13            THE DEPONENT:  I ███████████████████
     ██  ████████████████

15       Q.   (By Ms. Weaver)  Why not?                  11:05:19

16       A.   ████████████████████████████████████
██  ████████████████████████████████  █████████
██  ████████████████████████████████████████████
██  ████████████████████████████████████
██  ████████████████████████████████████  █████████████
██  ████████████████████████████████

22            If there is a log entry that includes --

23   I'll use my own name as an example -- that includes

24   my own user identifier, when it's first uploaded,

25   my IP address, maybe some device information,       11:05:54
```

Page 40

1    things that would be necessary for the normal          11:05:58

2    operation and debugging of any issues that might

3    have popped up, and that there was a photo uploaded

4    and what that photo was, ████████████████████

     ████████████████████████████████          █████████

     ████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████

     ████████  because the photo would also be gone if I

10   deleted my account, and any of the associated          11:06:26

11   information like IP address or device information

12   would also be gone.

13        Q.   When the data still exists somewhere in,

14   say, a table or a data source, is there an

15   associated general descriptor of, for example, this   11:06:42

16   is data from 2007 from Facebook users, in general?

17            MR. BLUME:  Objection.  Form.  Objection.

18   Form.

19            THE DEPONENT:  In form I -- I -- I don't

20   know that I would agree with exactly how that would    11:07:03

21   state.

22            Like in the example I used, it would be

23   photo upload logs.  But the 2007 would be past

24   retention periods, and so I wouldn't expect, per

25   our policies, for that to exist.                       11:07:18

                                                    Page 41

```
1        Q.   (By Ms. Weaver)  Let me do this.  Let's        11:07:30

2    keep walking through our definitions, and I'm going

3    to come back to this issue when I think we have a

4    better way to communicate about it.

5            The first question is, did you refer to       11:07:37

6    that data that's not associated -- that still

7    physically exists, but it is not associated, is

8    there a different way to refer to that than just

9    deleted data?

10           MR. BLUME:  Objection.  Form.                  11:07:58

11           THE DEPONENT:  Yeah, I -- that -- that

12   data is de-identified.

13           MS. WEAVER:  Okay.  Perfect.  That's what

14   I was hoping for.

15           I'll ask you to now turn to                    11:08:21

16   Exhibit Share.  And we've marked a couple of

17   exhibits while -- and when I say "we," Josh Samra

18   has marked a couple of exhibits while we were

19   chatting, and I believe it's Exhibit 339.

20       Q.   (By Ms. Weaver)  And do you know,              11:08:40

21   Mr. Clark, about how you have to kind of refresh

22   Exhibit Share to have exhibits show up?

23       A.   Let me see how I can make that work.

24       Q.   Okay.

25       A.   I think I've got it right here.                11:08:50
```

Veritext Legal Solutions
866 299-5127

```
 1              Could you repeat for me the exhibit        11:08:52
 2     number.
 3          Q.   Yes.  It's 339.
 4              I see, though, it starts with an
 5     Exhibit 1.  You should disregard that.  That was    11:08:57
 6     done in error at my instruction, and we will remove
 7     it from the file.
 8          A.   I'm waiting for it load.
 9              MS. WEAVER:  Okay.  And, actually, you'll
10     see there are two exhibits while we're waiting.     11:09:10
11              For the record, Exhibit 339 is a copy of
12     the document just produced by Facebook bearing
13     Bates numbers ADVANCED-META-60 through -65, and
14     bearing the words "Mike Clark Deposition Notes."
15              (Exhibit 340 was marked for              11:09:30
16     identification by the court reporter and is
17     attached hereto.)
18              MS. WEAVER:  And Exhibit 340 is a
19     document bearing Bates numbers ADVANCED-META-43
20     through -56, and bearing the words "User Data       11:09:39
21     Deletion Policy."
22          Q.   (By Ms. Weaver)  Let me know when you
23     have them up, Mr. Clark.
24          A.   Okay.
25              Which one would like me to look at first?  11:09:58
```

Page 43

1          Q.   Why don't you look at 339, and let's just          11:10:01

2     identify it for the record.

3          A.   Okay.

4          Q.   In the informal way, not the data way.

5          A.   This appears to be the notes that I typed          11:10:20

6     up, which I have physically in front of me as well.

7          Q.   And what was the basis for these notes?

8          A.   I had a lot of documents that I reviewed

9     and wanted to be able to keep the timeline straight

10    in my head for what happened when.                           11:10:39

11         Q.   And do you have a list of the notes that

12    you relied upon when you drafted these notes -- I'm

13    sorry.  Strike that and I'll restate it.

14              Do you have a list of the documents that

15    you relied upon in drafting these notes?                     11:10:52

16         A.   I -- these were documents provided by

17    counsel, for instance, the UDDP.  The deletion

18    controls from 2012.  The PwC audits.  Number of

19    Wikis.

20              As -- as it says right here, like              11:11:17

21    these are -- these are examples of -- of what I

22    pulled this from.

23         Q.   And you physically possessed those

24    documents at the time you were writing these notes;

25    is that right?                                              11:11:27

Page 44

```
 1        A.   Yes.                                      11:11:27

 2        Q.   And do you still have them?

 3        A.   Not right in front of me, but I do have

 4   them.

 5        Q.   Okay.  And you could prepare a list of    11:11:31

 6   them, correct?

 7        A.   Correct.

 8        Q.   Okay.  And do you believe that these

 9   notes are true and accurate, to the best of your

10   knowledge, based on the documents that you         11:11:43

11   reviewed?

12             MR. BLUME:  Objection.  Form.

13             THE DEPONENT:  They were only notes.  And

14   based on what I had, I believe them to be true.

15        Q.   (By Ms. Weaver)  Okay.  Let's go look at  11:11:54

16   Exhibit 340.

17        A.   I am opening it and waiting for it to

18   load.

19             I am looking through the document.  I

20   don't know if this is an error.  This appears to be 11:12:47

21   two different documents.

22             There is the UDD_ -- UDDP, or the user

23   data deletion policy, which comes from the internal

24   Facebook policies.  And then it appears the last

25   three pages look like a spreadsheet of control      11:13:11
```

Page 45

1    objectives and safeguards associated with deletion.        11:13:13

2         Q.   Okay.  Have you seen both of these

3    documents before?

4         A.   I -- I have seen both of these documents

5    before.                                                    11:13:27

6         Q.   Okay.  This was how it was produced to

7    us.  So we didn't know that they were, in fact,

8    separate documents.  And I think what we will do is

9    re-mark them and we will end Exhibit 340 at

10   Bates number 53, and then we will re-mark as            11:13:47

11   Exhibit 341, the document beginning with

12   Bates number -54 through -59.

13            (Exhibit 341 was marked for

14   identification by the court reporter and is

15   attached hereto.)                                       11:13:57

16            MS. WEAVER:  No objection from opposing

17   counsel, if we do so?

18            MR. BLUME:  No objection.

19            MS. WEAVER:  Okay.  So Josh -- Mr. Samra,

20   maybe you could work on that.                           11:14:09

21        Q.   (By Ms. Weaver)  In the meantime, if

22   there's no objection, we'll just take testimony on

23   the documents and re-mark them later?

24            MR. BLUME:  That's fine.

25        Q.   (By Ms. Weaver)  Okay.  Looking at the        11:14:18

                                                             Page 46

1    first page of Exhibit 340, Mr. Clark, what -- what        11:14:19

2    is this document?

3        A.   This appears to be the user -- the

4    internal Facebook user data deletion policy,

5    effective October 23, 2020.                                11:14:40

6        Q.   And is it in effect today?

7        A.   Yes.

8        Q.   And have you seen the policy that was in

9    effect prior to October 23, 2020?

10       A.   I reviewed the controls and Wiki pages          11:14:55

11   prior to that, and the privacy policies prior to

12   that.

13       Q.   Was there a document similar in scope and

14   purpose to user data deletion policy at

15   Exhibit 340, prior to October 23, 2020?                    11:15:13

16           MR. BLUME:   Objection.  Form.

17           THE DEPONENT:   The mix of controls and

18   deletion Wiki pages were the -- the prior version

19   of this, between what's found in our external

20   facing policy, in addition to our internal pages,          11:15:36

21   plus the controls, the combination of those.

22       Q.   (By Ms. Weaver)  Currently, how does the

23   external facing and the internal facing policy

24   differ from one another?

25           MR. BLUME:   Objection.  Form.                     11:15:53

                                                    Page 47

```
 1          THE DEPONENT:  The internal policy        11:15:56

 2   provides details for how internal Facebook

 3   developers -- what -- what the requirements are as

 4   part of the overall privacy program, ██████████

 █   ██████████████████████████████████████████     █████████

 █   ██████████████████████████████████████

 █   ██████████████████████████████████████

 8          Q.   (By Ms. Weaver)  And do you see, at the

 9   first page of Exhibit 340, a reference to "User

10   Data" in the header?                            11:16:41

11          A.   Where -- and apologies.

12          Do you mean where it says "7/7/2021" and

13   then "User Data Deletion Policy"?

14          Q.   Yes.  That's one of the places.

15          A.   Okay.                              11:17:02

16          Q.   And then a little bit lower, do you see

17   where it says we -- ████████████████████████████

██   ████████████████████████████████████████

██   ██████████████████████████

20          Do you see that?                        11:17:13

21          A.   I do.

22          Q.   What's your understanding of what user

23   data means?

24          A.   User data is -- is information that the

25   user has provided, so user-generated content.  In   11:17:32
```

Page 48

1    addition to information that is about and              11:17:36

2    associated with the user.

3        Q.   And when you say "In addition to

4    information that is about and associated with the

5    user," can you be more specific, providing examples    11:17:53

6    of what you mean?

7        A.   I -- I will give an example.

8             I -- I believe an example of it might be

9    a photo that I posted to my profile.  The

10   user-generated content is the photo that I've          11:18:07

11   provided and any word that I've provided describing

12   it.

13            In addition to user data, associated

14   would -- would also include the likes or reactions

15   to that photo.  The comments associated with that      11:18:22

16   photo.  And the -- and the associated log entry

17   that I've uploaded that photo would be -- those

18   would be a series of example.

19       Q.   Does it include metadata?

20            MR. BLUME:  Objection.  Form.               11:18:46

21            THE DEPONENT:  The -- the log entry would

22   be an example of metadata.

23       Q.   (By Ms. Weaver)  Is an example of

24   metadata also, for example, location information?

25       A.   Yeah.  If I tagged the photo as -- if I      11:18:59

                                                         Page 49

```
 1    provided a location in that photo, yes.              11:19:03

 2         Q.   Are privacy settings metadata that is

 3    also associated with user data?

 4              MR. BLUME:  Hold on.

 5              Objection.  Form.                          11:19:26

 6              THE DEPONENT:  I -- could you be more

 7    specific.  That's -- that's a very broad...

 8         Q.   (By Ms. Weaver)  Yes, I can.

 9              If a user posts a photo, using your

10    example, but posts it not publicly, is there a       11:19:34

11    metadata field associated with the photo?

12         A.   There is -- I -- I -- I don't know if I'd

13    call that metadata, but there is -- there is an

14    association -- would be the technical term the --

15    to what that audience control setting was for that   11:19:52

16    photo.

17         Q.   And does that association have a name?

18              Is it called a privacy setting or a...

19              MR. BLUME:  Objection.

20              THE DEPONENT:  I -- I'd refer to it as      11:20:09

21    audience control, specifically, as -- as what that

22    setting would be.

23              Association is -- or ASSOC, A-S-S-O-C,

24    which is short for association -- is the

25    association itself of -- of the log entry or the     11:20:26
```

                                                    Page 50

| | | |
|---|---|---|
| 1 | audience control back to that photo. | 11:20:32 |
| 2 | Q.  (By Ms. Weaver)  And if a user posts a | |
| 3 | photo publicly, is there an ASSOC file that people | |
| 4 | externally can see? | |
| 5 | MR. BLUME:  Objection.  Form. | 11:20:48 |
| 6 | THE DEPONENT:  Can you tell me what you | |
| 7 | mean by "see"? | |
| 8 | Q.  (By Ms. Weaver)  Is there a way for | |
| 9 | anyone to be able to determine, by looking at a | |
| 10 | file and its associated data, that a photo was | 11:21:05 |
| 11 | publicly posted on someone's wall? | |
| 12 | A.   While I didn't prepare for that | |
| 13 | specifically as part of this testimony and -- | |
| 14 | and -- and role as a company representative, but | |
| 15 | speaking from personal experience, that is | 11:21:28 |
| 16 | represented on -- on every photo and post.  There | |
| 17 | is a -- there is both an icon and a link for how -- | |
| 18 | whether it is public or whether it's friends only, | |
| 19 | or what that audience control might be. | |
| 20 | Q.   And Facebook maintains that information | 11:21:44 |
| 21 | in association with the object; is that right? | |
| 22 | MR. BLUME:  Objection.  Form.  Scope. | |
| 23 | THE DEPONENT:  In order -- as -- as part | |
| 24 | of the apps's functionality, yes, that would -- | |
| 25 | there would need to be an association. | 11:22:07 |

Page 51

```
 1          Q.   (By Ms. Weaver)   Okay.   And I will come        11:22:11

 2   back to that.

 3              Returning to Exhibit 340, could you

 4   please turn to the page ending with

 5   Bates number -50.                                            11:22:27

 6              And do you know what I mean by

 7   Bates number?

 8          A.   The number in the lower right-hand

 9   corner?

10          Q.   Yes.   Perfect.                                  11:22:35

11          A.   Okay.   And just for clarity, 340 is the

12   UD -- is the user data deletion policy?

13          Q.   Yes.

14              And you referred to it as the UDDP; is

15   that correct?                                                11:22:43

16          A.   That is correct.

17          Q.   So I'm -- I'll direct your attention to

18   where it says "██████████████████████████████

19              And do you see the first sentence where

20   it says "████████████████████████████      ███████████

     ██  ████████████████████████████████████

     ██  ████████████████████████████  right?

23          A.   Yes.

24          Q.   And that's Facebook's policy, right?

25          A.   That is Facebook's policy.                       11:23:12
```

                                                    Page 52

1       Q.   And how long has that been Facebook's          11:23:13

2    policy?

3       A.   That has been Facebook's policy for as

4    long as there has been ███████████████████████████

   ████████████   █████████████████████████████          █████████████

   ████████████████████████████████████████████

   ███████████████████████████████████████████

   ████████████████████████████████████████████████

   ████████████████████

10      Q.   Why is that Facebook's policy?             11:23:44

11           MR. BLUME:  Objection.  Form.  Scope.

12           THE DEPONENT:  It is Facebook's policy

13    because ███████████████████████████████████████████

   ███████████████████████████████████████████

   ████████████████████████████████████████████   █████████████

   ███████████████████

17           If it was -- it wouldn't be able to live

18    up to that obligation if we didn't have a -- if --

19    if it weren't a policy on top of both -- if it

20    weren't both technically infeasible, in addition to     11:24:16

21    being policy to not attempt to █████████████████████████

22      Q.   (By Ms. Weaver)  And how long has that

23    been Facebook's policy?

24      A.   I'm temporally referring back to my

25    notes, so I can remember the timing.                 11:24:38

                                                     Page 53

```
 1              The process that I was referring to, and      11:24:41

 2      the process that's referred to -- part of the

 3      process referred to that's in here is a process

 4      ██████████████████████████████████  And that was

 5      introduced to ████████████████████████      ████████████

        ██████████████████████████████████████████

        ████████  That was launched in 2011.

 8         Q.   So to your understanding, the data

 9      deletion policy described in Exhibit 340 was in

10      effect from 2011 forward; is that right?           11:25:21

11         A.   That --

12              MR. BLUME:  Objection.  Form.

13              THE DEPONENT:  The technical components

14      of ██████████ have been in place since that time,

15      and it's my understanding that that was part of the   11:25:30

16      policy with that implementation as well.

17              (Exhibit 342 was marked for

18      identification by the court reporter and is

19      attached hereto.)

20              MS. WEAVER:  Okay.  I'll go ahead and      11:25:36

21      mark now tab 302, Josh -- actually, I think what we

22      will do next -- yeah, let's -- let's -- strike

23      that, Josh.

24              Let's mark tab 81.

25              And for the record, tab -- tab 81 bears   11:26:17
```

Page 54

```
1    Bates number ADVANCE-META-1 to -2.                    11:26:19

2           It bears the words at the top left-hand

3    page, "Data/Deleting Deleted Data - Facebook."  And

4    it says "Last modified Wednesday, November 30, 2011

5    at 8:17pm by Adam Kramer."                            11:26:36

6        Q.   (By Ms. Weaver)  And let me know when you

7    see Exhibit 342, Mr. Clark.  I have it up.

8        A.   I will refresh.

9             I have it now.  Waiting for it to open.

10            I have it open.                              11:27:39

11       Q.   And when you have a moment to review it,

12   please just tell me, what is Exhibit 342.

13            Have you seen Exhibit 342 before,

14   Mr. Clark?

15       A.   I have.                                      11:29:51

16       Q.   And when did you last see it?

17       A.   Read it over the weekend.

18       Q.   Okay.  And you're rereading it now?

19       A.   Yup.

20            Okay.  I've completed reading.               11:30:31

21       Q.   What is Exhibit 342?

22       A.   It is an internal Wiki page labeled

23   "Deleting Deleted Data," dated November 30th, 2011.

24       Q.   And does it express what Facebook's

25   policy and practices were, as of its date, with       11:30:54
```

Page 55

1    regard to deleting deleted data?                    11:30:57

2              MR. BLUME:  Objection.  Form.

3              THE DEPONENT:  I can state what it

4    appears to be.  It's not identified as a policy

5    specifically.                                        11:31:08

6              It looks like an engineer with very

7    colorful writing wrote details about implementation

8    of deleting deleted data and how to -- how to

9    handle it.  I -- it doesn't identify itself as a

10   policy.                                              11:31:36

11       Q.   (By Ms. Weaver)  I'm asking you, as

12   Facebook, if this was Facebook's policies and

13   procedures as of 2011?

14             MR. BLUME:  Objection.  Form.

15             THE DEPONENT:  It appears to be internal   11:31:53

16   Facebook developer documentation on working with

17   deleting deleted data.

18       Q.   (By Ms. Weaver)  And is there something

19   about it you think is inaccurate?

20             MR. BLUME:  Objection.  Form.              11:32:06

21             THE DEPONENT:  The only thing that I'm

22   stating is that it doesn't appear to identify

23   itself as a formal policy.

24       Q.   (By Ms. Weaver)  Okay.  Does it -- well,

25   looking at the -- the document itself, do you see    11:32:17

                                                          Page 56

```
 1   where it says "This wiki page explains what you          11:32:20

 2   need to think about with respect to ████████████

 ▮   ████████████████████████████████████████████████

 ▮   ██████████████████████████████████

 5          Do you see that?                                  11:32:31

 6   A.   I do see that.

 7   Q.   And -- and -- and then it says ██████

 ▮   ████████████████████████████████████████████████

 ▮   ██████████████████████████████████████

 ▮   ███████████████████████                              11:32:45

11          Do you see that?

12   A.   I do see that sentence.

13   Q.   What is ████████████

14   A.   I do not know.

15   Q.   You're not familiar with a project called         11:32:58

16   ███████████████

17   A.   I'm not familiar with a project called

18   ███████████████

19   Q.   We'll return to that.

20          Do you see under ███████████████████  ████████

 ▮   ████████████████████████████████████

 ▮   ██████████████████████████████████████████

 ▮   ███████████████████  ██████████████████████████

 ▮   ██████  ██████████████████████████████████

25          Do you see that?                                 11:33:25
```



Page 57

```
 1        A.   I do see that sentence.                      11:33:26

 2        Q.   Is that accurate?

 3             MR. BLUME:  Objection.  Form.

 4             THE DEPONENT:  I agree with the first

 5   sentence.  The expression in the second sentence        11:33:42

 6   is -- is the opinion of an engineer as opposed to

 7   formal policy as the rationale for theirs, but...

 8        Q.   (By Ms. Weaver)  Okay.  Does Facebook let

 9   a user choose who can see a post on Facebook,

10   whether it's a comment or a post or a photo?            11:34:05

11        A.   Yes.

12             MR. BLUME:  Objection.  Form.  Scope.

13        Q.   (By Ms. Weaver)  Looking at the next

14   sentence it says ████████████████

     ██████████████████████████████████      ██████████

     ██████████████████

17             Do you see that?

18        A.   I do see that.

19        Q.   Do you agree with that?

20             MR. BLUME:  Objection.  Form.  Scope.        11:34:31

21             THE DEPONENT:  I -- in -- I would refer

22   back to the UDDB [sic] where -- and -- and the

23   phrasing of that statement as formal policy, yes.

24        Q.   (By Ms. Weaver)  And the next sentence

25   says "██████████████████████████████            11:34:48
```

Page 58

1    ███████████████████████████████   ███████

2 ██  █████████████████████████

3        Do you see that sentence?

4    A.   I do see that sentence.

5    Q.   Okay.  What does UDB mean?                11:35:05

6    A.   I believe that is the user database.

7    Q.   And how is that different from Hive?

8         MR. BLUME:  Objection.  Form.  Scope.

9         THE DEPONENT:  The UDB, which in the

10   modern version of how we named that would be called    11:35:28

11   TAO -- the objects and associations -- is the

12   online production storage systems that the

13   applications actually run from as opposed to Hive,

14   which is the data warehouse.

15        Q.   (By Ms. Weaver)  And what does "business    11:35:49

16   need" mean in this document?

17        MR. BLUME:  Objection.  Form.  Scope.

18        THE DEPONENT:  I don't know exactly what

19   business need was defined as in this document.

20        Q.   (By Ms. Weaver)  What's your              11:36:11

21   understanding, on behalf of Facebook, as to what

22   the business need is for Facebook ███████████

23 ██  ████████████████████████████

24        MR. BLUME:  Objection.  Form.

25        THE DEPONENT:  The -- I -- I believe         11:36:26

                                                  Page 59

1    there's -- there's an example in the next sentence          11:36:29

2    that's provided that, ████████████████████



9         Q.   (By Ms. Weaver)  Are you aware --

10        A.   And another example --                            11:36:58

11        Q.   Oh, I'm sorry.

12             Go ahead.

13        A.   I'm just reading from the document.

14        Q.   You were saying "Another example"...

15        A.   ████████████████████████  ████████████

20        Q.   And are you aware of a formal policy that         11:37:19

21   defined business need, as set forth in this

22   document?

23             MR. BLUME:  Objection.  Form.  Scope.

24             THE DEPONENT:  At this time of this

25   document, no.                                               11:37:33

Page 60

1        Q.    (By Ms. Weaver)  And in the -- do you see          11:37:35

2    the paragraph below where it says "███████████████

███████████████████████████████████

███████████████████████████████████

████   ███████████████████████                  ██████████

████████████████████████████████████████

███████████████████████████████

8             Do you see that?

9        A.    I do read that.

10       Q.    Is it Facebook's policy that it only has          11:37:59

11   the obligation to delete user-generated content,

12   but not metadata or the context around UGC?

13            MR. BLUME:  Objection.  Form.  Scope.

14            THE DEPONENT:  Specifically, I would

15   refer to -- to -- to the question that you're          11:38:22

16   asking -- to the user data deletion policy back in

17   Exhibit 340, to what the policy is.

18       Q.    (By Ms. Weaver)  I -- I don't want you to

19   refer to a document.  I'm trying to get your

20   testimony here.                                          11:38:40

21            So the question is, is it Facebook's

22   policy that Facebook only has the obligation to

23   delete user-generated content, but not metadata or

24   the content around UGC?

25            MR. BLUME:  Objection.  Form.  Scope.          11:38:54

                                                        Page 61

1          THE DEPONENT:  The reason I referred to          11:38:59

2    the other document is, when asked for policy, ███████

█    ████████████████████████████████████████████

█    █████████████████████████████████████████████

█    ███████████████████                                    11:39:15

6          Q.   (By Ms. Weaver)  Does that include

7    metadata?

8          MR. BLUME:  Objection.  Form.

9          THE DEPONENT:  It depends on where the

10   metadata is stored.  ██████████████████████████   ██████████

█    █████████████████████████████████

█    ███████████████████████████████████

█    ████████████████████████████████████

█    ███████████

15          If it is part of the data warehouse ██████   ██████████

█    █████████████████████████████████████████████

█    ███████████████████████████

█    ██████████████████████████████████

█    ███████████████████████████████████

20          Q.   (By Ms. Weaver)  So that is de-identified   11:40:07

21   data; is that right?

22          A.   That is correct.

23          Q.   And you were specifically referring to

24   Exhibit 340, which is the policy in effect

25   October 23rd, 2020, and forward; is that right?          11:40:20

Page 62

```
 1        A.   That is -- that is the date of the last        11:40:26

 2   update to that document.

 3        Q.   And looking back at Exhibit 342, is this

 4   document correctly describing the policy that was

 5   in effect at the time?                                   11:40:39

 6        A.   This document doesn't identify itself as

 7   a policy at the time.  It is an engineer's notes

 8   on de- -- an internal Facebook engineer's notes on

 9   deleting deleted data.

10           MS. WEAVER:  Okay.  Let's take a look --         11:40:58

11   and we can refresh.  I've marked another couple of

12   documents, and I'd like you to take a look at

13   Exhibit 344.

14              (Exhibit 344 was marked for

15   identification by the court reporter and is            11:41:22

16   attached hereto.)

17           THE DEPONENT:  That was 344?

18           MS. WEAVER:  Yes.

19           THE DEPONENT:  Thank you.

20           MS. WEAVER:  No, I skipped one.  I'll go        11:41:32

21   back to it.

22           THE DEPONENT:  For clarity, which

23   document am I supposed to look at?

24           MS. WEAVER:  Exhibit 344.

25           THE DEPONENT:  Oh.                              11:42:10
```

Page 63

```
 1              MS. WEAVER:  And for the record,           11:42:29

 2   Exhibit 344 is one of the documents that plaintiffs

 3   identified to Facebook in preparation for this

 4   deposition over, I think, two weeks ago now.  And

 5   it bears Bates numbers PwC_CPUP_FB00007766 through    11:42:40

 6   -68.

 7              On the first page of Exhibit 344, it says

 8   sent Monday February 11th, 2013, from Evan Eneman,

 9   and there's a Facebook email address, to

10   Kelley K. Perng, P-E-R-N-G at us.pwc.com.            11:43:01

11      Q.   (By Ms. Weaver)  Let me know when you've

12   had an opportunity to review it, Mr. Clark.

13      A.   I've had a chance to review it.

14      Q.   What is Exhibit 344?

15      A.   Exhibit 344 is an email with only           11:43:54

16   attachments from Evan Eneman at Facebook.com to

17   Kelley K. Perng at PwC.

18              And two of the attachments from the

19   email, which include the Wiki page that we were

20   looking at in the prior exhibit called "Deleting     11:44:14

21   Deleted Data," in addition to an additional Wiki

22   page called "Deletion Framework."

23              (Exhibit 343 was marked for

24   identification by the court reporter and is

25   attached hereto.)                                    11:44:26
```

Page 64

1      Q.   (By Ms. Weaver)  And not to make this              11:44:27

2    complicated, but if you look at Exhibit 343, do

3    you -- can you confirm that this is the other Wiki

4    that is in this attachment in 344?

5      A.   So in 343, which is the "Deletion              11:45:00

6    Framework," last updated June 3rd, 2013, at

7    8:02 p.m., the -- in the email, it is the "Deletion

8    Framework" last modified Thursday, July 12th, 2012,

9    at 1:49 by a different individual.  So it -- it

10    appears to be the same Wiki page but different              11:45:32

11    versions of it.

12      Q.   And do you have an understanding -- well,

13    wait -- strike that.

14           When did you last see Exhibit 344?

15      A.   In documents I had reviewed over the              11:45:46

16    weekend.

17      Q.   Why do you have an -- why do you

18    understand that these documents were sent to

19    someone at PwC, in or around February of 2013?

20      A.   I -- I don't have an understanding              11:46:06

21    because there's context missing in the text of the

22    email or even the subject line is just 5.2.2B.

23      Q.   And around this time, PwC was auditing

24    Facebook with regard to privacy controls associated

25    with ███████████████████ isn't that right?              11:46:25

Page 65

```
 1              MR. BLUME:  Objection.  Form.              11:46:29

 2              THE DEPONENT:  That is my understanding,

 3      correct.

 4          Q.   (By Ms. Weaver)  And you can confirm that

 5      Facebook provided this to PwC as part of that        11:46:38

 6      audit, right?

 7              MR. BLUME:  Objection.  Form.  Scope.

 8              THE DEPONENT:  I -- I'll reiterate,

 9      without further context on the email, I don't know

10      exactly what the email was to know if that was a     11:46:52

11      specific request of the audit or -- or what the

12      purpose was.

13          Q.   (By Ms. Weaver)  Okay.  We'll let the

14      jury decide that.

15              Looking back at Exhibit 342, the document    11:47:05

16      that we were discussing, the very specific question

17      to you, as Facebook's representative is, was it

18      ever Facebook's policy that it would retain

19      metadata or context around the post but would

20      delete user-generated content?                       11:47:25

21              MR. BLUME:  Objection.  Form.

22              THE DEPONENT:  Can you ask that question

23      again.

24          Q.   (By Ms. Weaver)  Yup.

25          A.   I got confused by that.                     11:47:35
```

Page 66

1          Q.    No problem.                                    11:47:36

2                At any point in time, was it Facebook's

3     policy that when a user requested deletion of its

4     account -- account, Facebook would delete UGC but

5     retain metadata, or the context around an action, a    11:47:46

6     post, for example?

7                MR. BLUME:  Objection.  Form.

8                THE DEPONENT:  ███████████████████

9     as we've been talking about it, which ████████

██    ███████████████████████████████████           11:48:26

11    launched in 2011 in order to provide that.

12                Users had the ability to delete their

13    accounts prior to that, and dependent upon

14    retention time periods for -- for the deletion

15    of -- of the content, that would have been          11:48:44

16    identifiable before that.

17                I believe that answers your question.

18          Q.    (By Ms. Weaver)  So prior to 2011, your

19    testimony is that ████████████████████████

██    ██████  ██████████████████████████████    ████████████

██    ████████████████████████████████████

██    ████████████

23                MR. BLUME:  Objection.  Form.

24                THE DEPONENT:  That is inaccurate.

25    Specifically after ████████████████████████,    11:49:28

                                                    Page 67



1 ████████████████████████████   ████████

2 ████████████   ██████████████

3 ██████████████████████

4 ████████████████████████████

5 ████████████████████████████   ████████

6 ██████████████████████████

7         Prior to 2011, that process did not

8 exist, ████████████████████████████

9 ██████████████████████████

10 ██████████████████████              11:50:07

11      Q.   (By Ms. Weaver)  Perfect.  Thank you.

12         I was not trying to trick you.  I just

13 was trying to understand the policy.  And you've

14 clarified it and I appreciate it.

15         Okay.  Let's talk about anonymization.     11:50:18

16         On Exhibit 342, do you see where it says

17 ██████████████████   ████████████

18 ██████   ████████████████████

19 ██████████████████████████

20 ██████   ████████████████████          11:50:31

21         And then it says ████████████

22 ██████████████████████████

23 ██████████████████████████

24 ██████████████████████████

25 ████████████                           11:50:46

Page 68

```
 1              Do you see that?                          11:50:47

 2        A.   I see the sentences that you've read,

 3   yes.

 4        Q.   With regard specifically to the sentence,

 5   "████████████████████████████████████     ██████████

     ████████████████████████████████████

     ████████████████████████████████

     ██████████ do you agree with that?

 9              MR. BLUME:  Objection.  Form.  Scope.

10              THE DEPONENT:  Can you state that one      11:51:13

11   more time.

12        Q.   (By Ms. Weaver)  Specifically with regard

13   to the concept that █████████████████████

     ████████████████████████████████

     ██████████████████████████████████     ████████████

     ████████████████████████████████████

     ██████████ o you agree with that?

18              MR. BLUME:  Objection.  Form.  Scope.

19              THE DEPONENT:  I -- I asked for clarity

20   because that feels like two separate and distinct    11:51:35

21   questions.

22        Q.   (By Ms. Weaver)  Okay.  I can break it

23   out.

24              Do you agree that Facebook does not have

25   ██████████████████████████████████                   11:51:47
```



Page 69

1    ████████████████████████████████████           11:51:51

2         MR. BLUME:  Objection.  Form.  Scope.

3         THE DEPONENT:  That there is no ██████

██    ███████████ the double negative is getting me.

5         So there's -- there is ████████████         ████████

██    ███████████████████████████████████████

██    ████████

8         Is that the question being asked?

9    Q.   (By Ms. Weaver)  Yes.

10        MR. BLUME:  Same objection.              11:52:11

11        THE DEPONENT:  That is correct.

12   Q.   (By Ms. Weaver)  And does Facebook have a

13   ████████████████████████████████████████

██   ██████████████████████████████████████

15        MR. BLUME:  Objection.  Form.  And scope.   11:52:23

16        THE DEPONENT:  That is the goal of the

17   ██████████ process, to █████████████████████████

██   █████████████████████████████   █████████████

██   ███████████████████████ But the things that

20   are not technically feasible are ███████████████   11:52:39

21   Q.   (By Ms. Weaver)  Okay.  And then looking

22   at the next paragraph, does that describe the

23   process that you referred to earlier, where you

24   take a user ID and ██████████████████████████████

██   ███████████████████████                         11:52:56

Page 70

```
 1              MR. BLUME:  Objection.  Form.  Scope.        11:53:00

 2              THE DEPONENT:  This is the ███████ I

 3       referred to earlier, ████████████████████████

 4       ████████████████████ in documentation.  And,

 5       yes, that is the ████████████████████           11:53:20

 6          Q.  (By Ms. Weaver)  And what triggers the

 7       pseudonymization process at Facebook?

 8              MR. BLUME:  Objection.  Form.

 9              THE DEPONENT:  ████████████████████

10       ████████████████████████████████████    ████████████

11       ██████████████████████  that is supposed

12       to be triggered.

13              So that that information, in addition to

14       the next paragraph where other information that

15       ████████████████████████████████████    ████████████

16       ██████████████████████

17          Q.  (By Ms. Weaver)  Okay.  I'll come back to

18       the second question in just a second, by what you

19       mean by identifiable data.

20              Are there occasions where the process of   11:54:21

21       pseudonymizing data ████████████████████████

22       ████████████████

23              MR. BLUME:  Objection.  Form.

24              THE DEPONENT:  Specifically -- and -- and

25       I -- I know you asked me not to do it, but the    11:54:45
```

Page 71

```
 1    exceptions to that are -- are laid out in the UDDP,          11:54:50

 2    and if we could refer to -- back to the UDDP in

 3    340 --

 4         Q.   (By Ms. Weaver)  Sure.  Let's look at it.

 5         A.   -- what those exceptions are, are listed       11:54:59

 6    there.

 7         Q.   Let's turn to Exhibit 340.

 8         A.   I'm waiting for it to load, and I will go

 9    to the specific section.

10         Q.   Fabulous.                                      11:55:14

11              And I think you're looking for page 45,

12    under "Exceptions."

13         A.   That is correct.  Page 45, under

14    "Exceptions."

15              And those exceptions fall into a few           11:55:34

16    categories, the first one being "███

      ████████        The second one being "████████

      ████████        The third being ███████

      ████████     And, finally,

20         Q.   And what's -- what does ██████             ████████

      ████████    refer to with regard to the exception

22    for "████████████████████████████████

      ████████████████

24         A.   Yeah.  This is one -- I'll -- I'll

25    actually, for the sake of the record, read from the      11:56:06
```

Page 72

1    document, so it's -- it's clear and concise.                11:56:09

2         "We" -- being Facebook -- "are subject to

3    laws, regulations, and legal process worldwide that

4    impose ████████████████████████████████

     ████████████████████████  ████████      ████████

     ████████████████████████████████

     ████████████████████████████████

     ████████████████████████████████

     ████████████████████████████

     ██████████████████                                          11:56:35

11        Q.   What's a litigation hold?

12             MR. BLUME:  Objection.  Form.  Scope.

13             THE DEPONENT:  I didn't specifically

14   prepare, as -- as a corporate representative, to

15   talk about what -- a litigation hold.                       11:56:50

16        But from my personal experience,

17   litigation hold is where there is some kind of

18   order to hold data from -- from a Court or...

19        Q.   (By Ms. Weaver)  Are you done talking?

20   Your -- your last sentence --                               11:57:09

21        A.   Oh, I was.

22        Q.   -- ended with "or" -- or the last word

23   was "or."

24        A.   Oh, I meant to say "order."  But I was

25   going to cough and stopped.                                 11:57:16

1        Q.    No problem.  I've been there.                    11:57:17

2            Are you aware of any litigation holds

3     being issued at any point in time, since you've

4     been working at Facebook, which suspended the

5     process of anonymization that we have just been    11:57:32

6     discussing; that is, ██████████████████

7            MR. BLUME:  Objection.  Form.  Scope.

8            THE DEPONENT:  Can you ask that entire

9     question one more time.

10       Q.    (By Ms. Weaver)  Are you aware of any      11:57:48

11    litigation holds being issued at any point in time,

12    since you have been working at Facebook, which

13    suspended the process of pseudonymization that

14    we've been talking about; specifically, ██████

██    ██████████████████████████████             11:58:02

16           MR. BLUME:  Same objection.

17           THE DEPONENT:  The deletion process, in

18    the central deletion framework, ████████████████

██    ████████████████  ██████████████████

██    ████████████████████████████      ████████████

██    ████████████████  ████████████████████

██    ██████████████████████  there -- there are no

23    exceptions to that process moving forward.

24       Q.    (By Ms. Weaver)  With regard to the

25    process of █████████████████, does that          11:58:42

                                              Page 74

```
 1    happen on an ongoing basis for every user?        11:58:47
 2        A.   The -- to use a metaphor, so like if
 3    you've ever taken the tour of the Golden Gate and
 4    they like to tell you that they start painting it
 5    and never finish painting it, and that is how that  11:58:59
 6    process works.  That is a process that's
 7    continually running in the background to -- to
 8    continually anonymize that information.
 9        Q.   Just to be clear, if I am a current
10    Facebook user, all of my data is anonymized ████    ████
11 █  ████████████████  as a general rule; is that
12    right?
13        A.   That is --
14            MR. BLUME:  Object -- objection.  Form.
15            THE DEPONENT:  That is incorrect as       11:59:28
16    stated.  Your statement included all of my data.
17    That could not be the case or the product couldn't
18    function.
19            I've got photos that I've uploaded of my
20    kids 15 years ago that -- in order for the product 11:59:41
21    to function and work, those photos can't be
22    anonymized or the data associated with them.
23            Very specifically, the pseudonymization
24    process is built to work in technical systems where
25    it's ████████████████ content.                     11:59:58
```

Page 75

1   And so the pseudonymization process runs -- even        12:00:00

2   the name of the -- of the product itself, ████

████████████████████████████████

████████████████

        ████████████████████████     ██████

████████████████████████████████

████████████

8         MR. BLUME:  Ms. Weaver, if you get to a

9   good breaking point...

10        Thank you.                                        12:00:27

11    Q.   (By Ms. Weaver)  And it's your testimony

12  that █████████████████████████████ that

13  process; is that right?

14    A.   It is my testimony that --

15        MR. BLUME:  Sorry.  Objection.  Form.            12:00:36

16  And scope.

17        Go ahead.

18        THE DEPONENT:  It is my testimony that

19  ██████████████████████ the deletion

20  process.                                                12:00:46

21    Q.   (By Ms. Weaver)  And are you aware of

22  whether or not -- independent of whether ████████

███   ████████ that process, the anonymization

24  process was halted with regard to the named

25  plaintiffs in this action?                              12:01:01

                                                    Page 76

```
 1              MR. BLUME:  Objection.  Beyond the scope.      12:01:03

 2    Form.

 3              THE DEPONENT:  I'm not aware.

 4        Q.   (By Ms. Weaver)  Do you know who would

 5    know?                                                    12:01:10

 6        A.   I do not.

 7        Q.   Do you have any reason to think it was?

 8              MR. BLUME:  Objection.  Form.  Scope.

 9              THE DEPONENT:  It -- it is my

10    understanding that the deletion process and the          12:01:21

11    deletion framework is not halted for any of those

12    reasons.

13              MS. WEAVER:  Okay.  Yeah, we can take a

14    break now.  Thank you.

15              You might want some water.                     12:01:34

16              We can go off the record.

17              THE VIDEOGRAPHER:  Thanks.  We're off the

18    record.  It's 12:01 p.m.

19              (Recess taken.)

20              THE VIDEOGRAPHER:  Okay.  We're back on        12:15:30

21    the record.  It's 12:15 p.m.

22        Q.   (By Ms. Weaver)  Mr. Clark, you

23    understand you're still under oath, right?

24        A.   Yes.

25              (Brief Interruption.)                          12:15:47
```

Page 77

1          THE VIDEOGRAPHER:  Sorry about that.          12:15:47

2          A recording is going.  I just hit the

3    other backup thing by accident.

4          MS. WEAVER:  Okay.  Fine.  So it is

5    recording right now; is that correct?          12:15:54

6          THE VIDEOGRAPHER:  Yeah, we're recording.

7    Thank you.

8          MS. WEAVER:  Perfect.

9     Q.   (By Ms. Weaver)  Mr. Clark, returning to

10   Exhibit 342, under the heading "Anonymization," we          12:16:00

11   were discussing the ███████████ process.

12          Do you recall that?

13    A.   Yes.

14    Q.   And it says "██████████████████

██  ██████  ████████████████████████  ████████

██  ██████  ████████████████████████

██  ██████████████████  ███████████████

██  █████████████████████  ██████

██  ████████████████

20          Do you see that?          12:16:33

21    A.   I do see that sentence.

22    Q.   And is that consistent with your

23   understanding?

24          MR. BLUME:  Objection.  Form.  Scope.

25          THE DEPONENT:  Until an account is --          12:16:48

                                        Page 78

1    until an account is deleted, the ███████████      ████████

2    ███████████████████

3         Q.   (By Ms. Weaver)  And what does it mean to

4    say ███████████████████████

5              MR. BLUME:  Objection.  Form.  Scope.        12:17:04

6              THE DEPONENT:  I do not know what this

7    engineer meant by that.

8         Q.   (By Ms. Weaver)  Okay.  And I meant to

9    open this with a question about testimony that you

10   gave a little bit earlier.                             12:17:21

11             You referred to it might be that a

12   snapshot was taken of data before this process was

13   engaged in.

14             Do I have that correct?

15             MR. BLUME:  Objection.  Form.  Scope.        12:17:33

16             THE DEPONENT:  I -- if it's the statement

17   I remember, that sounds slightly inaccurate.

18        Q.   (By Ms. Weaver)  Well, let me read it

19   back to you --

20        A.   Yeah.                                        12:17:49

21        Q.   -- or I'm trying to.

22             You said "The deletion process in the

23   central deletion framework ██████████████████

     ███████████████████████   ████████████████████

     ███████████████████████████████████████        12:18:05

                                                     Page 79

1    ███████  ████████████████████████         ████████

██      ███████████████████████████

3            Do you see that -- or is that consistent

4    with your understanding?

5            MR. BLUME:  Objection.                        12:18:17

6            THE DEPONENT:  That is consistent with my

7    understanding.

8        Q.   (By Ms. Weaver)  So can you explain for

9    me what you meant when you referred to a snapshot

10   and what its purpose was?                            12:18:25

11           MR. BLUME:  Objection.  Form.  Scope.

12           THE DEPONENT:  For the sake of

13   preparation and preparing for this, I did evaluate

14   our policies and practices with regards to what

15   happens when a litigation hold, or a similar        12:18:39

16   process -- and I understand that there ████

██      ██████████  I do not know the technical details of

18   it.

19           I also know that ██████████████████

██      ███████████████, whether it is in -- whether it's  12:18:53

21   in process or happens after that request has come

22   in.

23       Q.   (By Ms. Weaver)  And what is the source

24   of your information regarding the snapshot?

25       A.   I only know the name of it as a snapshot.  12:19:10

                                                    Page 80

```
 1    And it was from -- it was from the -- from the          12:19:14

 2    interviews that I did.  And I believe that one

 3    was -- in that conversation was counsel and

 4    Mayur Patel.

 5         Q.   And Mr. Patel or is it Ms. Patel?             12:19:29

 6         A.   Mister.

 7         Q.   Mr. Patel told you that a snapshot might

 8    be taken?

 9         A.   It was that the deletion process is ███

      ███████████████████████████████████████████          12:19:46

11    Myself, nor himself, or our experts on the legal

12    hold process, it's merely the -- this is the

13    process associated with the deletion framework.

14    Neither of us are experts on the -- the actual

15    snapshot that's occurring, only the deletion          12:20:02

16    framework and the processes associated with it.

17         Q.   What do you understand the snapshot is

18    taken of?

19              MR. BLUME:  Objection.  Form.  Scope.

20              THE DEPONENT:  I did not prepare for that    12:20:16

21    as part of this testimony.

22         Q.   (By Ms. Weaver)  Okay.  But do you have

23    an understanding, as you sit here, what the

24    snapshot is taken of?

25         A.   It -- I do not.  It would be entirely        12:20:25
```

Page 81

1      speculation, so I wouldn't know.                    12:20:28

2          Q.   Okay.   Returning to Exhibit 342.

3               Do you see where it says -- I'm back to

4      the paragraph we were reading together -- and it

5      says "████████████████████████████        ████████

6      ████████████████████.   They are kept in the

7      ████████████████████

8               Do you see that?

9          A.   I do see that sentence.

10         Q.   Is that correct?                          12:21:10

11              MR. BLUME:   Objection.   Form.   Scope.

12              THE DEPONENT:   As of the date of this

13     document and this engineering documentation,

14     that -- that is my understanding as to where that

15     association occurs.                                12:21:26

16         Q.   (By Ms. Weaver)   And does that

17     association still occur in that table?

18         A.   It still occurs in a physical table

19     with -- but the mapping to it is in TAO.

20         Q.   And what is the name of that table?       12:21:46

21         A.   I believe it's still the same table as

22     the underlying physical table.   I don't know the --

23     I don't know the exact name of the association in

24     TAO.

25         Q.   So --                                     12:21:57

                                                      Page 82

1       A.   Like --                                    12:21:58

2       Q.   -- for example, if I wanted to search for

3  data associated with a current Facebook user, could

4  I go to that table, look up ████████████████████

   ███████████████████████   the data?                  12:22:10

6            MR. BLUME:  Objection.  Form.  Scope.

7            THE DEPONENT:  I -- I believe you've

8  asked two or three different questions in that one.

9            Do you mind breaking that up?

10      Q.   (By Ms. Weaver)  Okay.  It's actually       12:22:20

11 meant to be one question.

12      A.   Okay.

13      Q.   Using this table, can you identify data

14 that is older than 90 days for a current Facebook

15 user?                                                 12:22:33

16           MR. BLUME:  Objection.  Form.

17           THE DEPONENT:  The question itself isn't

18 specific enough for me to be able to answer with a

19 yes or a no.

20      Q.   (By Ms. Weaver)  Okay.  Why don't you       12:22:44

21 answer as best you can and we'll try to clean it

22 up.

23      A.   Okay.  If you go back to your original

24 and -- and ask me the first part of your question.

25      Q.   Using this table, can you identify data     12:22:58

                                                Page 83

1   for a current Facebook user that is older than         12:23:04

2   90 days?

3              MR. BLUME:  Objection.  Objection.

4   Scope.  And form.

5              THE DEPONENT:  Could you identify data        12:23:16

6   for a current user.

7              Could identify in production data systems

8   metadata for a current user past 90 days because

9   it's not part of the ████████ process.  And so

10  that metadata might be, to use your earlier            12:23:44

11  example, the audience control settings on a post,

12  because that's part of the production storage

13  system.

14             But you would not use this table to map

15  to that association because it's current, active,     12:24:01

16  live production user data.

17       Q.   (By Ms. Weaver)  What do you mean when

18  you say "production data systems metadata"?

19       A.   I will answer that in a few parts.

20             I think the production -- when I -- when     12:24:35

21  I refer to production, it's the storage systems,

22  the -- the Graph and the associated storage systems

23  for where the functionality of the platform --

24  the -- the Facebook product itself, where content

25  is served from and where the data, in order to        12:24:48

Page 84

1    populate that product, comes from.                    12:24:52

2            Alternatively, the offline storage

3    systems or the -- or the data warehouse that is not

4    part of the production storage platform --

5        Q.   Okay.                                         12:25:12

6        A.   -- does not serve content directly to the

7    platform or the application.

8        Q.   I understand.

9            Yes, you are answering a different

10   question than I am asking.  And it's my fault, so     12:25:20

11   let me try again.

12           What data sources are searchable by ███

13           MR. BLUME:  Objection.  Form.  Scope.

14           THE DEPONENT:  ████    is only used as

15   part of the ████████  process for ████████        ████████

███      ████████████████ and that ████████████   occurs

17   on ██████████████████████████ .

18           The RID also exists as a mapping in a

19   single table in the production storage system,

20   which in 2011, was called scrape_udb_assoc_rid.      12:26:03

21           And it's only the RID and UID mapping in

22   there.

23       Q.   (By Ms. Weaver)  Can you search Hive

24   using an ████

25           MR. BLUME:  Objection.  Form.  Scope.         12:26:32

                                                        Page 85

```
 1              THE DEPONENT:  The answer to that         12:26:38

 2   question is -- is, if I'm looking in an individual

 3   table, can I look for a specific -- and that answer

 4   would be yes.

 5              MS. WEAVER:  Okay.  Let's mark tab 4.      12:26:52

 6              We're going to come back to this exhibit,

 7   but I just like where you're headed so I'm going

 8   to...

 9       Q.  (By Ms. Weaver)  And while we're waiting

10   for it to load, how can you search an individual      12:27:11

11   table using ████

12              MR. BLUME:  Objection.  Form.  Beyond the

13   scope.

14              THE DEPONENT:  I did not specifically

15   prepare for that as part of my representing          12:27:31

16   Facebook.

17       Q.  (By Ms. Weaver)  Please answer the

18   question.

19              MR. BLUME:  Same objection.

20              THE DEPONENT:  In my personal capacity,    12:27:43

21   if I were querying Hive, I -- I would use one of

22   the -- one of the tools built to query offline

23   tables in Hive and would -- would use a query

24   language called HQL.

25       Q.  (By Ms. Weaver)  HQL?                         12:28:03
```

Page 86

```
 1        A.   Hive query language.                      12:28:05

 2        Q.   And how would you conduct a query if you

 3   wanted to identify a dataset in Hive associated

 4   with one user?

 5             MR. BLUME:  Objection.  Form.  Scope.     12:28:16

 6             THE DEPONENT:  Repeat that question or

 7   clarify that question.  It's very general and

 8   broad.

 9        Q.   (By Ms. Weaver)  If you wanted to

10   identify data in Hive connected with one user, how  12:28:31

11   would you conduct that query using HQL?

12             MR. BLUME:  Objection.  Beyond the scope.

13             THE DEPONENT:  I didn't specifically

14   prepare for that as a -- as a representative of

15   Facebook.  But in my -- in my personal experience,  12:28:45

16   I -- I wouldn't go -- I -- I couldn't go search

17   Hive for just one user or across all of Hive

18   without bringing Hive to its knees.

19             I can search a table, if I know a

20   specific table and I'm looking for a specific ▮     12:29:02

21   or -- or some- -- something like that.  I -- I

22   would know the table.  I'd know the -- I'd -- I'd

23   have to have an understanding of the structure of

24   that data and what I was looking for and how to

25   query and -- and how that data had been written     12:29:18
```

Page 87

1    in -- in order how to go look for it.                12:29:20

2        Q.   (By Ms. Weaver)  And let -- let me ask

3    this, how does the HQL tool work?

4              MR. BLUME:  Objection.  Form.  Beyond the

5    scope.                                               12:29:36

6              THE DEPONENT:  Well, I can't answer that

7    question in the context of preparation that I did

8    as a representative of Facebook.

9              But in my personal capacity, HQL isn't

10   software.  H -- HQL is part the -- the query        12:29:47

11   language that's part of Hive as a -- as a storage

12   system.

13       Q.   (By Ms. Weaver)  I understand.  And

14   that's not what I asked you.

15             You said if you were going to search      12:29:58

16   Hive, you would use the HQL tool.

17             How does the HQL tool work?

18             MR. BLUME:  Objection.  Form.  Beyond the

19   scope.

20             THE DEPONENT:  That wasn't something that  12:30:12

21   I specifically prepared for as a representative of

22   Facebook.

23             But in my personal capacity, and to

24   clarify my prior answer and make sure that it's

25   accurate and concise there, I would either use a    12:30:23

Veritext Legal Solutions
866 299-5127

1    series of tools, and then I would use the HQL          12:30:26

2    language in -- in one of those tools.

3         Q.   (By Ms. Weaver)  Thank you.

4              So you would use HQL language and a

5    series of tools.                                        12:30:40

6              What are those tools?

7              MR. BLUME:  Objection.  Form.  Beyond the

8    scope.

9              THE DEPONENT:  I didn't specifically

10   prepare for that in the -- as a representative of       12:30:48

11   Facebook.

12             But in my personal capacity, an example

13   of one of those tools might be a tool called Scuba.

14        Q.   (By Ms. Weaver)  And what is Scuba?

15             MR. BLUME:  Same objection.                   12:31:09

16             THE DEPONENT:  I didn't specifically

17   prepare for that as part of my testimony as a

18   representative of Facebook.

19             But in my personal capacity, Scuba is a

20   tool to help data scientists and data engineers,        12:31:18

21   where they know where data lives in Hive, to be

22   able to write a query to do analysis or -- or

23   analytics on a subset of data.

24        Q.   (By Ms. Weaver)  And you said to help a

25   data scientist and data engineers where they know        12:31:46

                                                      Page 89

| | | |
|---|---|---|
| 1 | where data lives in Hive. | 12:31:49 |
| 2 | Do you recall that? | |
| 3 | A.   Yes. | |
| 4 | Q.   And how do data scientists and data | |
| 5 | engineers knows where data lives in Hive? | 12:32:00 |
| 6 | MR. BLUME:  Objection.  Form.  Scope. | |
| 7 | THE DEPONENT:  I did not prepare for that | |
| 8 | as part of the scope of my testimony as a | |
| 9 | representative of Facebook. | |
| 10 | But in my personal capacity, what I meant | 12:32:14 |
| 11 | by that was that I would need to know the table | |
| 12 | where that data lives in order to be able to go | |
| 13 | write a query. | |
| 14 | There are -- there are lots of tables. | |
| 15 | And as a data scientist or a data engineer, I | 12:32:30 |
| 16 | would -- I would need to know where those tables | |
| 17 | are in order to be able to go query to do that. | |
| 18 | (Exhibit 345 was marked for | |
| 19 | identification by the court reporter and is | |
| 20 | attached hereto.) | 12:32:43 |
| 21 | MS. WEAVER:  Okay.  Let's take a look at | |
| 22 | Exhibit 345, which is loaded. | |
| 23 | And for the record, Exhibit 345 bears | |
| 24 | Bates numbers FB-CA-MDL-00347605 through -886. | |
| 25 | Q.   (By Ms. Weaver)  And while -- while | 12:33:05 |

Page 90

```
 1    you're waiting for it, to pull it up, Mr. Clark --        12:33:05

 2    just let me know when you have it -- it says "This

 3    document contains all of the recently used Hive

 4    tables as defined by any table which has at least

 5    one user in the past 30 days as of 5/12/2010.  It        12:33:16

 6    is sorted by the number of distinct users within

 7    this period."

 8             Do you see that?

 9        A.   It's still loading.

10        Q.   Okay.                                            12:33:32

11        A.   Is -- is that at the beginning of the

12    document?

13        Q.   It's at the top of the document and it's

14    very long.  It's about 280 pages, so...

15        A.   Okay.  The document, I think, is fully          12:33:56

16    loaded.

17             What was your question?

18        Q.   First of all, do you recognize

19    Exhibit 3- -- 345, or do you know what it is?

20        A.   I recognize the first page of it.  I           12:34:12

21    don't -- I saw the first page of it.  I don't think

22    I saw the whole thing.  But I'm looking through it.

23             MS. WEAVER:  And Josh, could we mark

24    tab 91.

25    /////
```

Veritext Legal Solutions
866 299-5127

```
 1              (Exhibit 346 was marked for              12:35:22

 2     identification by the court reporter and is

 3     attached hereto.)

 4              THE DEPONENT:  I've looked through --

 5     I've looked through about 60 pages of it.  I -- I    12:35:26

 6     can look through the whole document, if you'd like.

 7         Q.   (By Ms. Weaver)  No, no, that's fine.  I

 8     think -- if you need to, to answer the question,

 9     you should.

10              But, in general, do you have an             12:35:36

11     understanding as to what Exhibit 345 is?

12              MR. BLUME:  And -- and we object to the

13     extent it wasn't on the list provided by you before

14     the deposition.

15              THE DEPONENT:  I -- I -- I would --         12:35:49

16     any -- I don't know what it is.  I don't know the

17     source of -- of it.  If --

18         Q.   (By Ms. Weaver)  You discussed

19     previously -- well, strike that.

20              Is there any reason to think that this is   12:36:00

21     not a document that contained recently used Hive

22     tables, with at least one user in the past 30 days,

23     as of May 12th, 2010; i.e., an output for a search

24     within Hive at Facebook?

25              MR. BLUME:  Objection.  Form.  Beyond the   12:36:15
```

Veritext Legal Solutions
866 299-5127

```
 1   scope.                                          12:36:16

 2            THE DEPONENT:  I -- I don't know that I

 3   can make a representation either way.  It contains

 4   information that I would expect potentially

 5   describing tables, but I -- without the query or   12:36:28

 6   without further details, I wouldn't be able to

 7   represent one way or the other what this is.

 8       Q.   (By Ms. Weaver)  Okay.  I'm going to ask

 9   a few questions, in general.  But maybe will spark

10   some recollection.                               12:36:46

11            On the first page of this, you see it

12   says "██████  ████████████████████

     ███████████████████████

14            Do you see that one?  It says ██████

     ███████  ██████                               12:36:58

16            MR. BLUME:  Objection.

17            THE DEPONENT:  I do see it at the bottom

18   of the first page.

19       Q.   (By Ms. Weaver)  And -- and then it says

20   ██████████████████████████████████     ████████

     ██████████████████

22            Do you see that?

23       A.   I do see that.

24       Q.   Do you know what partition means with

25   regard to Hive and Hive tables?                 12:37:23
```

Page 93

1                 MR. BLUME:  Objection.  Form.  Beyond the        12:37:25

2    scope.

3                 This is a document not produced in

4    advance of this deposition.

5                 THE DEPONENT:  I didn't specifically            12:37:33

6    prepare for that as part of my representation of

7    Facebook.

8                 However, in my personal experience, a

9    partition is -- Hive is built by a series of --

10   files and tables are those files and partitions, as         12:37:47

11   is my general understanding.

12       Q.  (By Ms. Weaver)  Okay.  And then it says

13   "Columns."

14                Do you see that?

15                MR. BLUME:  Same objection.  Form.  And         12:38:04

16   scope.

17                And the document not produced pursuant to

18   the protocol.

19                THE DEPONENT:  I do see the word

20   "Columns."                                                   12:38:13

21       Q.  (By Ms. Weaver)  And then it says

22   "userid" after that.

23                Do you see that?

24       A.   I do see that.

25       Q.   And is -- do you understand that to mean           12:38:22

                                                      Page 94

```
 1    the Facebook ID?                              12:38:24

 2              MR. BLUME:  Objection.  Form.  Scope.

 3              Same objections with regard to the

 4    protocol.

 5              THE DEPONENT:  Yeah, I did not        12:38:30

 6    specifically prepare to answer that as -- as a

 7    representative of Facebook.

 8              In my personal experience, if I saw a

 9    column named "userid," I would expect that to be

10    the user ID.                                   12:38:42

11         Q.  (By Ms. Weaver)  And was there a point in

12    time when Hive was searchable by user ID?

13              MR. BLUME:  Objection.  Form.  Scope.

14              THE DEPONENT:  I didn't specifically

15    prepare for that as part of my being a          12:39:03

16    representative of Facebook.

17              In my personal experience, your question

18    is extremely broad in being able to query Hive.  If

19    I know a table and I know the "Table:" ███████

██    ████████████████████████████████ and I        12:39:22

21    understood the structure, or the columns that are

22    part of that, I could query for user ID in that

23    specific table.

24         Q.  (By Ms. Weaver)  Okay.  And I'll have you

25    look right now at Exhibit 346.                 12:39:39
```

Page 95

1          A.    Waiting for it to refresh.                    12:39:54

2          Q.    And while we're waiting, just looking

3    back at Exhibit 345, to be clear, where this

4    document -- where columns are identified in Hive,

5    are columns generally fields that could be searched    12:40:05

6    using the data in that column?

7                MR. BLUME:  Objection.  Form.  Scope.

8                And violates pro- -- the use of the

9    document violates the protocol.

10               THE DEPONENT:  I didn't specifically        12:40:23

11   prepare for that as part of my representation -- or

12   being a representative of Facebook.

13               However, in my personal capacity, if I

14   know the table, I can query.  But I have to -- in

15   order from a -- from a feasible -- from a             12:40:38

16   technically feasible perspective, I need to

17   understand the mapping of the table I'm working

18   with in order to do any queries like that.

19         Q.    (By Ms. Weaver)  Okay.  Why don't you

20   take a look at Exhibit 346.                            12:40:49

21         A.    Okay.  I --

22         Q.    Do you have it up?

23               MS. WEAVER:  And for the record, it's

24   ADVANCE-META-26 to -27.

25               THE DEPONENT:  I have it loaded now.        12:41:02

                                                              Page 96

1      Q.   (By Ms. Weaver)   And what is Exhibit 346?        12:41:04

2      A.   346 appears -- pardon me -- appears to be

3   ███████████████████████████████████████████████████████

    █  ███████████████████████████████████████████

5      Q.   And that is the process within Hive of        12:41:30

6   ███████████████████████████████████████████████████

7   correct?

8           MR. BLUME:   Objection.   Form.

9           THE DEPONENT:   Specifically, the process

10  is  ███████████   that creates  ██████████████████████        ████████████

    █   ████████████████████████████   tables.

12     Q.   (By Ms. Weaver)   Right.   And we were just

13  looking at Hive tables with UIDs in them.

14          So my question to you was, was it in --

15  was the practice in effect, prior to a certain        12:42:05

16  point in time, to maintain UIDs in Hive?

17          MR. BLUME:   Objection.   Form.   Scope.

18          And refers to a document produced in

19  violation of protocol -- or not produced, I guess,

20  in violation of protocol.        12:42:23

21          THE DEPONENT:   Can you ask that question

22  one more time.

23     Q.   (By Ms. Weaver)   Yup.

24          We were just looking at Hive tables with

25  UIDs in them, correct?        12:42:34

                                                       Page 97

```
 1              MR. BLUME:  Objection.  Same -- same        12:42:36

 2      objection.

 3              THE DEPONENT:  I didn't prepare for that

 4      as -- answering these questions as a representative

 5      of Facebook.                                        12:42:43

 6              But in my personal experience, we were

 7      not looking at actual data of Hive tables.  We were

 8      only looking at descriptions in a document that may

 9      or may not actually have been Hive tables.

10      Q.   (By Ms. Weaver)  Okay.  Let me ask this.       12:42:58

11      Currently, is it possible to obtain a description

12      in Hive tables that identifies columns that would

13      include whether or not ██████████ are contained

14      in the tables?

15              MR. BLUME:  Objection.  Form.  And scope.   12:43:13

16              THE DEPONENT:  Well, I didn't prepare for

17      that specifically as part of this testimony, as a

18      representative of Facebook.

19              But in my personal experience, the way

20      that question is asked, that answer would be "no."  12:43:25

21      Q.   (By Ms. Weaver)  And why is the answer

22      "no"?

23      A.   While I didn't prepare for this as part

24      of my testimony as a representative of Facebook, in

25      my personal capacity, the -- having the column      12:43:40
```

Page 98

```
 1    there information -- or the column information          12:43:45

 2    doesn't tell me if there's ███████████ in the

 3    table.

 4            What that tells me is, is there a field

 5    that might be called user ID, which I would expect      12:43:55

 6    would have either ████████████ ████ had not

 7    been run on it ██████████████████ had been

 8    run on it.

 9       Q.   And then those fields containing ██████

██    ████ would be searchable by █████████, correct?        12:44:19

11            MR. BLUME:  Objection.  Form.  Scope.

12            THE DEPONENT:  I did not prepare for this

13    as part of my testimony as a representative of

14    Facebook.

15            But based on my personal recollection, if      12:44:28

16    I know the table and in working with a specific

17    table, yes, I can query for a █████████████

██    ████████

19       Q.   (By Ms. Weaver)  And looking at

20    Exhibit 346, do you see it also refers to a device     12:44:43

21    ID?

22       A.   Let me read this document.

23       Q.   No problem.

24            It's under "Overview," and I'm looking at

25    the third paragraph, which reads ███████████           12:44:56
```

Veritext Legal Solutions
866 299-5127

```
1    ███████████████████  is deleted upon account     12:44:59

2    deletion.  Also, ████████████████████████

█    ██████████████████████████████████████████

█    ████████

5          Oh, I'm so sorry.  I'm actually looking     12:45:31

6    at the wrong -- this is my -- my fault.  Strike

7    that.  I'm looking at the wrong document.

8          Let's look at Exhibit 346.  That's

9    totally fine.  We can --

10         Do you see where it says -- strike that     12:45:47

11   line of questioning and I'll return to it.

12         Do you see where it says ██████████████

13   A.   I do see that section.

14   Q.   And it says "████████████████████████

█    █████████████████████████████████     ███████████

█    ███████████████████████████████████████

█    ████████████████████████████████████

18         Do you see that?

19   A.   I do see that sentence.

20   Q.   And what does -- what does that mean?        12:46:23

21   A.   The -- part of -- part of the challenge

22   of building at this scale and volume of Facebook

23   and the transactions -- number of transactions that

24   happen, one of the things that engineer -- internal

25   Facebook engineers have to do consistently is be    12:46:51
```

Page 100

```
 1    careful to make sure that if processes fail,          12:46:54

 2    because there's many moving parts, that -- that

 3    those processes are always like double-checked and

 4    that there's something that does that.

 5            And -- and what I would read into this         12:47:03

 6    sentence in this Wiki page is that at -- at the --

 7    on a -- on a daily basis, we make sure that every

 8    ████████████████████████████████ for any that did

 9    not ████████████████████████████████

10    creation.  Because if you didn't do that, you would   12:47:22

11    have ████████████████████████████

██    ████████████████████████████████████████ is

13    the case that is -- that that case is failure,

14    since those are unique.

15        Q.   Got it.                                        12:47:41

16            And looking a little lower at

17    Exhibit 346, do you see where -- the sentence

18    ██████████████████████████████████████

██    ███████████████████████████████████████████

██    █████████████████████████                        12:47:58

21            Do you see that?

22        A.   I do see that.

23        Q.   Is that true?

24            MR. BLUME:  Objection.  Form.

25            THE DEPONENT:  To the best of my            12:48:08

                                                    Page 101
```

```
 1    knowledge, that is true.                              12:48:08

 2         Q.   (By Ms. Weaver)  And --

 3         A.   And that is the -- that is the -- that is

 4    the new current name of the ███████████████

 5    from the prior document.                              12:48:18

 6         Q.   Right.

 7              So for the record, in Exhibit 342, it

 8    said they are kept in the ████████████████

 █    ███████   ██████████████████████████████

 █    ███████   is that right?                              12:48:36

11         A.   That is correct.

12         Q.   And where does that dim table live?

13              MR. BLUME:  Objection.  Form.

14              THE DEPONENT:  Generally, it lives in the

15    production file system.  And to the best of my        12:48:50

16    knowledge, it's available and queriable via TAO.

17         Q.   (By Ms. Weaver)  And what does dim stand

18    for?

19         A.   I don't remember.  It's -- it's a

20    generic -- it's a generic -- it's used               12:49:08

21    industry-wide as -- as a table identifier.  I just

22    don't remember.

23         Q.   I'm -- I'm asking also because in -- in

24    the Exhibit 345, the opening tables were labeled

25    ████████████████████████████████████                 12:49:27
```

Page 102

```
 1              Do you -- do you recall that?              12:49:31

 2       A.    I do see that.

 3       Q.    But you don't know what it means; is that

 4  fair?

 5       A.    Just to share, I didn't -- I didn't        12:49:43

 6  prepare for that specifically as part of my

 7  testimony as a representative of Facebook.

 8              But in my personal recollection, is a --

 9  is -- is used generically industry-wide.  And I've

10  used that outside of Facebook in table names.  I     12:49:56

11  just don't remember what it stands for.

12       Q.    Okay.  And looking to the next page of

13  Exhibit 346, where it says "How Can I Access ████

14              And it --

15       A.    Which page are you on?                     12:50:18

16       Q.    I'm sorry.  It's the second page of

17  Exhibit 346.

18              And do you see in bold it says "How Can I

19  Access ████ the second from the bottom paragraph?

20       A.    I -- I do see that.                        12:50:30

21       Q.    And -- and it says you can either access

22  the table we've been discussing or -- and it refers

23  to another table.

24              Do you see that?

25              MR. BLUME:  Objection.  Form.             12:50:46
```

                                              Page 103

```
 1              THE DEPONENT:  I do see that.              12:50:47

 2       Q.   (By Ms. Weaver)  What is the table

 3   identified after the "or"?

 4              MR. BLUME:  What was that?  Can you ask

 5   that again.  I'm sorry.  I missed that.             12:51:01

 6       Q.   (By Ms. Weaver)  What is the table

 7   identified after the "or"?

 8              (Simultaneously speaking.)

 9              MR. BLUME:  Oh, after -- after the "or."

10   After the "or," yeah.                               12:51:07

11              Objection.  Form.  Scope.

12              THE DEPONENT:  It -- it's not a table, as

13   I'm reading this.  If you read the follow-on

14   sentence, maybe -- it -- it refers to it as a www,

15   dub, dub, dub function.  And so you can either call  12:51:27

16   the table, or you can run this function that

17   performs the lookup and pulls from TAO for newly

18   created IDs.

19              So it's as opposed to querying the table,

20   this is software functionality that you can call    12:51:47

21   for what you're trying to do.

22              MS. WEAVER:  Okay.  Thank you.

23              And now why don't you take a look at

24   Exhibit 347.

25   /////                                               12:52:05

                                                    Page 104
```

```
 1              (Exhibit 347 was marked for              12:52:05

 2      identification by the court reporter and is

 3      attached hereto.)

 4              MS. WEAVER:  And while it's loading, I

 5      will admit and apologize, that this was the       12:52:09

 6      document I was reading from earlier inadvertently.

 7              For the record, it bears Bates number

 8      ADVANCE-META-26 to -27.

 9         Q.   (By Ms. Weaver)  And when you have a

10      moment to review it, please just tell me what it   12:52:23

11      is.

12         A.   Okay.  I've just loaded it.  I will

13      review it now.

14         Q.   Okay.

15         A.   This appears to be Revision No. 47176393    12:52:58

16      of the internal Wiki page on ███████

17         Q.   And do you use a reference to user

18      identifying information there?

19         A.   I -- I see -- I do see user identifying

20      information or UII a few times in the document.    12:53:28

21         Q.   And what is UII?

22         A.   UII would include information like -- I

23      know it's laid out in the UDDP -- and we could

24      refer to the document.  But just generally, it's

25      information that could be used to identify me.     12:53:51
```

Page 105

```
1              And I think some examples that I had          12:53:54

2    given before, to just enforce those, would be -- an

3    IP address might be some kind of device

4    information.  It -- it's any of that information

5    that might live in a table that, like I said,         12:54:07

6    could -- could tie back to something identifiable.

7              (Exhibit 348 was marked for

8    identification by the court reporter and is

9    attached hereto.)

10             MS. WEAVER:  Okay.  And I'm going to mark     12:54:20

11   as Exhibit 348, tab 99, Josh.  And we'll turn to

12   that in a second.

13        Q.   (By Ms. Weaver)  But focusing on

14   Exhibit 347, the one that you have open, do you see

15   that this document refers to device identifiers?       12:54:34

16             And, again, that's three paragraphs down

17   under the word "Overview."

18        A.   Okay.  By the way, some of those specific

19   examples I was looking for in the last one, emails,

20   IP addresses, names, location, cookies are other      12:54:51

21   examples of UII.

22        Q.   Perfect.

23        A.   And what was your question?

24        Q.   Do you see a reference to device

25   identifiers?                                           12:55:01
```

Page 106

1      A.   In the first paragraph?          12:55:07

2      Q.   In the third paragraph, below the word

3  "Overview."

4      A.   Yes.

5      Q.   Okay.  What's a device identifier?     12:55:14

6      A.   While I didn't specifically prepare for

7  that as part of my testimony as a representative of

8  Facebook, in my personal experience, an example

9  of -- of a device identifier would be like a set of

10  information that uniquely identifies one device     12:55:42

11  versus another.

12      Q.   Do you know what an IDFA is?

13         MR. BLUME:  Objection.  Form.  Scope.

14         THE DEPONENT:  I didn't prepare for that

15  as part of my represen- -- as part of my testimony    12:55:57

16  as a representative of Facebook.

17         In my personal experience, I know

18  generically what it is.  But I don't have

19  experience working with IDFA.

20      Q.   (By Ms. Weaver)  Okay.  Is an IDFA an    12:56:09

21  identifier for an Apple device?

22         MR. BLUME:  Objection.  Form.  Scope.

23         THE DEPONENT:  I didn't prepare for that

24  as part of my testimony as a representative of

25  Facebook.                            12:56:22

Veritext Legal Solutions
866 299-5127

1          But in my personal experience, that is --          12:56:22

2    that is the extent of my understanding for what an

3    IDFA is.

4          Q.   (By Ms. Weaver)  Okay.  So you were

5    prepared to testify about Exhibit 347, but you          12:56:31

6    weren't prepared to testify about the sentence that

7    says "███████████████████████████████████████

     ██████████████████████████  ████████████████████

     ██  ███████████████████████████████████████

     ██  ██████████████████ is that right?          12:56:47

11         MR. BLUME:  Objection.  Form.

12         THE DEPONENT:  I was prepared to talk

13   about the processes for the deletion of those

14   identifiers.

15         Q.   (By Ms. Weaver)  Okay.  Can you -- can          12:57:05

16   you tell me what it means to cache a device

17   ██████████████████████████████████████████████

     ██  ██████████ or do we have to get another witness on

19   behalf of Facebook on this topic?

20         MR. BLUME:  Objection.  Form.  Scope.          12:57:21

21         THE DEPONENT:  While I didn't

22   specifically prepare for this as part of my

23   testimony on behalf of representing Facebook, in my

24   personal experience, ██████████████████████████████

25   means that in order to keep these identifiers          12:57:35

Page 108

1        █████  and so that it doesn't ████████████      ████████

█    ███████████████████  or that that data would be

3    ██████████████████████████████  after a

4    user deleted their account, that the -- the same

5    types of protections that are put in place on ████    ████████

█    █████████████████████████████

7        Q.   (By Ms. Weaver)  What is a hash?

8        A.   While I didn't prepare for that

9    specifically as part of my testimony as a

10   representative of Facebook, in my personal          12:58:05

11   capacity, a hash is where I represent a series of

12   information or -- or, you know, like a series of

13   words or descriptors in a common mathematical

14   formula that -- that comes out as some size of hash

15   that's defined by size.  It might be 64-bit hash    12:58:25

16   that means there's 64 characters that were

17   generated as part of that and...

18       Q.   And the purpose of hashing is

19   pseudonymization, correct?

20       A.   No.                                        12:58:40

21       Q.   Could it -- sorry.

22       A.   So specifically -- specifically, the

23   purpose of building a hash is so that I have --

24   just technically and specifically a hash -- which I

25   did not prepare as part of my testimony as a        12:58:51

                                              Page 109

```
 1    Facebook representative.                              12:58:53

 2            But in my personal capacity, the reason I

 3    build a hash is so that I can quickly index and

 4    store information to match an index between two

 5    types of things without having to match to the      12:59:07

 6    original.  It's much more technically efficient in

 7    order to do that.

 8         Q.   Is it part of a re-identification process

 9    then?

10         A.   The -- could you -- could you be more      12:59:18

11    specific in your question?

12         Q.   What does re-identification mean?

13         A.   Re-identification is the -- when

14    something has been de-identified in a way -- and

15    this would have to be done up front -- that the      12:59:36

16    re-identification -- that the de-identification is

17    done in such a way that there is either a key or

18    some capability to, in some point in the future,

19    re-identify what the source was that had been

20    de-identified.                                       12:59:54

21         Q.   So when you described a hash is a way to

22    index and store information to match an index

23    between two types of things, is that a form of

24    re-identification?

25         A.   No.                                        01:00:06
```

```
 1        Q.    Why not?                                01:00:07

 2        A.    They are very different technical

 3   concepts and -- and -- and just -- they're --

 4   they're not -- it's not even apples and oranges.

 5   It's -- it's apples and potatoes.  It's -- it's     01:00:24

 6   something entirely different.  A hash is a

 7   technical concept and a technical function.

 8   Re-identification is a process.

 9        Q.    Okay.  What is the purpose of █████

██        ███████dentifiers at Facebook, as set forth in   01:00:40

11   Exhibit 347, which you were prepared to testify

12   about?

13              MR. BLUME:  Objection.  Form.

14              THE DEPONENT:  There are technical

15   safeguards in place around looking for inauthentic   01:00:55

16   behavior, for instance.  And -- and part of the

17   ability to -- I didn't -- I -- I didn't

18   specifically prepare for this as part of my

19   testimony as a representative of Facebook.

20              But in my personal capacity, there --     01:01:14

21   there are challenges like inauthentic behavior

22   and -- and automation and tools.  And so █████

23   identifiers and █████ ███ looking for a senses

24   [sic] of where the ███████████████████████

██        ███████████████████████████████████           01:01:34

                                                 Page 111
```

```
 1              And in order to build systems to evaluate        01:01:37

 2      from -- from both a security and an integrity

 3      perspective what might be happening, the number of

 4      logins from a ███████████████ may be one of --

 5      may be an example -- using a synthetic example, may     01:01:52

 6      be an example of ██████████████████████████

 7      would -- would make it ████████████████████████████

 █      ████████████████████████

 9          Q.   (By Ms. Weaver)  Okay.  Is it your

10      testimony that in Exhibit 347, which describes the     01:02:09

11      ████████████process, which you testified you were

12      prepared to describe, that the description of

13      device identifiers was done to identify abusive

14      behavior or was it done to try to anonymize data?

15          A.   You're asking two very different             01:02:36

16      questions.

17              Would you ask those questions

18      independently.

19          Q.   Absolutely.

20              In Exhibit 347, which describes the            01:02:42

21      ████████████ process that you've testified you were

22      prepared to discuss here today, and is in your

23      notes, it refers to hashing device identifiers.

24              What is your understanding of the purpose

25      of describing hashing identifiers -- device           01:02:59
```

Page 112

1    identifiers in this document?                      01:03:03

2        A.    Specifically, in my role as -- as

3    preparing for this testimony, the process of

4    Hive Anon running on device identifiers is to

5    prevent any potential future ████████.            01:03:18

6            And as part of ███████ and by doing

7    ██████████ and generating -- generating those

8    on a -- on a -- on a frequent basis, keeps activity

9    from being able ███████████, as a whole, by

10   having the ██████████████████        ████████

██    ██████ in that table.

12       Q.    And if the --

13           (Simultaneously speaking.)

14           THE DEPONENT:  I'm talking about --

15   I'm --                                            01:03:47

16       Q.    (By Ms. Weaver)  Oh, I'm sorry.

17           Go ahead.

18           THE DEPONENT:  -- speaking to

19   specifically how ███████ works in the

20   pseudonym -- pseudonymization process of -- of    01:03:55

21   this.

22       Q.    (By Ms. Weaver)  Okay.  And if device

23   identifiers were not █████████████

██    █████████, or somehow other anonymized or

25   hashed, would it be possible to search Hive using  01:04:24

Page 113

```
 1   device identifiers -- well, strike that.  That's a          01:04:28

 2   bad question.

 3          In general, can you search Hive using

 4   device identifiers?

 5          MR. BLUME:  Objection.  Form.  Scope.               01:04:36

 6          THE DEPONENT:  I -- I think in -- in

 7   general, the -- all like -- I didn't specifically

 8   prepare for that as part of my testimony, as a

 9   representative of Facebook.

10          But in my personal capacity, the                   01:04:50

11   questions that ask generically if it's possible to

12   query Hive, I'll continue to caveat with, if I know

13   a table and I know where that data is located, I

14   can query the specific table.

15          And when I query that specific table, if           01:05:07

16   ██████████ had not run, I could query for a device

17   ID across that time period.

18      Q.   (By Ms. Weaver)  And if --

19      A.   Once ██████████ --

20      Q.   I'm sorry.  I'm sorry.                             01:05:22

21      A.   -- has run -- once ██████████ has run, I

22   couldn't query across the entire time period of

23   that table for that device ID because it would only

24   match in 10-day chunks, and all other information

25   that would help make it re-identifiable in any way     01:05:43
```

                                                      Page 114

1    has also been taken out as part of the ████████        01:05:47

2    process.

3         Q.   Perfect.

4              Turning back briefly to Exhibit 346 -- I

5    just meant to follow up.                                01:05:59

6              It says on the very first paragraph, "(In

7    addition to ████████████████, we also have

8    ████████████████████████████ etc.)."

9              Do you see that?

10        A.   I do see that.                                01:06:20

11        Q.   What is a dating profile?

12        A.   When the dating product was added to

13   Facebook, one of the potential concerns is when I'm

14   in the dating app, I don't have visibility to who

15   the person's actual profile is so that I can have     01:06:42

16   safe conversations, until at some point I want to

17   match with someone.

18             Part of doing that inside the app was not

19   presenting the user ID in any of that

20   functionality, or links back to the user profile,     01:06:58

21   so that that -- the dating app could live outside

22   of that, and if the person chose to share at some

23   point in the future with whoever they were chatting

24   with, they could.

25             And so a ████████████████████ was         01:07:11

                                                   Page 115

```
 1    associated ███████████████████ in those        01:07:17

 2    cases.  So that at any point if I quit using the

 3    dating app, it's never mapped directly to it.  And

 4    it's also severed, any time I delete my account,

 5    any dating activity that there was.               01:07:31

 6         Q.   And why does Facebook do that?

 7              MR. BLUME:  Objection.  Form.  Scope.

 8              THE DEPONENT:  Facebook specifically

 9    built ████ both for the purpose of ████████.  And

10    in this case, the ██████████████████████████      01:07:47

11    and -- and other ██████████████ that if a

12    ████████████████████ ever changes, the ability

13    to ████████████████████ or ████████████

██    ██████████████████the canonical ID and what that

15    ████████████████████████████████        ████████

██    ██████████████████████████████████

██    ██████████████████ there exists a table to

18    ████████████████

19         Q.   (By Ms. Weaver)  Okay.

20         A.   It's also -- that's the technical reason.  01:08:25

21              In addition, we have policies to also

22    protect the user ID.  And part of having a privacy

23    program and -- and training Facebook internal

24    engineers and every employee on that privacy

25    program is to abide by that.  And so it's both    01:08:41
```

                                              Page 116

```
 1    technical and process protections to protect the          01:08:44

 2    user ID.

 3         Q.   And that's because a user ID can

 4    personally and immediately identify a person,

 5    correct?                                                    01:08:52

 6         A.   That is an active user, correct.

 7         Q.   And if you'd turn now to what's been

 8    marked as Exhibit 348, is this the definition of

 9    UII you were thinking of earlier?

10         A.   I just loaded it and I'm reading it.             01:09:26

11         Q.   Yeah.

12              The question -- the first question is,

13    what is Exhibit 348, and when you're ready for it.

14         A.   So this appears to be a --

15    Revision 52569136 of the internal Wiki page called         01:09:47

16    "What is UII?"

17         Q.   And is this Facebook's definition of UII

18    currently?

19         A.   Unfortunately, when I read this document

20    and I look at the "What is UII," there's a Wiki            01:10:08

21    "Redirect to Privacy/UII_Definition_0."

22              And so this document looks incomplete.

23         Q.   So we would need that hyperlink for you

24    to be able to answer if this is Facebook's

25    definition of UII?                                         01:10:32
```

Page 117

```
 1        A.   That is correct.                        01:10:37

 2        Q.   Okay.  Let me ask you this question.

 3             When was the last time you saw this

 4   document?

 5        A.   I would need to go refer to my notes to  01:10:48

 6   see if I saw this one.

 7        Q.   Okay.  Go ahead and refer to your notes.

 8        A.   I -- I just honestly -- I -- I don't

 9   think --

10        Q.   I think it's fine to look at your notes.  01:10:57

11        A.   I don't know that I had in my notes which

12   documents -- I would -- I would need to physically

13   go look in the binder to see if I saw this one.

14        Q.   Okay.  I'll try to see if opposing

15   counsel produced that document.                    01:11:12

16             But while we're working on that, I wanted

17   to ask a couple questions about Exhibit 348.

18        A.   Specifically, the example earlier that I

19   was looking for?

20        Q.   Uh-huh.                                  01:11:32

21        A.   And the question you answered -- or

22   asked, was in 347, under "Overview," where there

23   were just examples of what UII -- that have been

24   generated in more than 90 days ago, included

25   emails, IP addresses, names, locations, cookies.   01:11:45
```

```
 1        Q.   And when you say "cookies," what do you      01:11:48

 2   mean?

 3        A.   Web browser cookies.

 4        Q.   Such as?

 5             MR. BLUME:  Objection.  Form.                 01:11:58

 6             THE DEPONENT:  Cookies that Web browsers

 7   use for the sake of authentication or similar

 8   functions.

 9        Q.   (By Ms. Weaver)  Facebook uses cookies,

10   right?                                                 01:12:18

11        A.   Facebook does use cookies.

12        Q.   And what Facebook cookies are you aware

13   of --

14             MR. BLUME:  Objection.  Form.

15        Q.   (By Ms. Weaver)  -- that are UII?            01:12:27

16             MR. BLUME:  Objection.  Form.

17             THE DEPONENT:  I can't actually recollect

18   without looking at my -- looking at -- looking back

19   in some of the prior documents.  I -- there's --

20   there's a variety of -- there's -- there's a number    01:12:46

21   of different cookies.

22        Q.   (By Ms. Weaver)  Okay.  Are you familiar

23   with the datr cookie?

24        A.   I'm familiar with the datr cookie.

25        Q.   And datr --                                  01:12:57
```

Page 119

```
 1        A.    D-A -- sorry -- D-A-T-R.                    01:12:59

 2        Q.    Yes.

 3              What is the datr cookie?

 4              MR. BLUME:  Objection.  Form.  Scope.

 5              THE DEPONENT:  The datr cookie is a          01:13:13

 6    unique browser identifier.

 7        Q.    (By Ms. Weaver)  And when you say it's a

 8    "unique browser identifier," is it unique to

 9    browsers, or is it unique to a specific visit by a

10    device to a browser?                                  01:13:35

11              MR. BLUME:  Form.

12              THE DEPONENT:  That -- that question is

13    technically inaccurate.  If you could ask it in a

14    different way.

15        Q.    (By Ms. Weaver)  Well, let me put it this    01:13:47

16    way.  Sometimes cookies have lots of different

17    identifiers contained in them.  Datr -- the cookies

18    can have the identifier of the browser and the

19    device ID and a number of things.

20              I'm asking what information is contained     01:13:59

21    in the datr cookie?

22        A.    The datr cookie specifically is tied to

23    the browser.

24        Q.    And the browser only?

25        A.    It is -- it is the browser as it exists.     01:14:13
```

```
 1    And -- and so it's -- it's -- it's the browser as          01:14:15

 2    it's operating.

 3         Q.   Okay.  And you're aware of other Facebook

 4    cookies as well; is that right?

 5         A.   I am.  I would need to refresh my                 01:14:27

 6    recollection.

 7         Q.   And how would you refresh your

 8    recollection?

 9         A.   I would -- there's -- I would -- I'd

10    probably look back at the filing I helped put              01:14:42

11    together which described all the Facebook cookies

12    from before.

13         Q.   Do you mean --

14         A.   I just don't remember the names of all of

15    them.                                                       01:14:55

16         Q.   Do you mean your notes?

17         A.   No, I do not mean -- mean my notes.  I --

18    the --

19         Q.   What filings did you put together which

20    described all the Facebook cookies from before?            01:15:02

21         A.   Not that I personally put together.  It

22    was one that -- as Facebook, we had put together

23    that had all of them -- provided clarity on the

24    names and descriptions of all of them.  And I

25    just -- I'm struggling to remember the names of all         01:15:22
```

Veritext Legal Solutions
866 299-5127

```
 1    the cookies.                                        01:15:25

 2         Q.   Where is that document?

 3         A.   In a binder sitting across the room.

 4         Q.   Can you look at the document?

 5         A.   Yeah.                                      01:15:35

 6              MR. BLUME:  Objection.  Form.

 7              MS. WEAVER:  Mr. Blume, will you allow

 8    him to look at the document that he needs to

 9    testify regarding these cookies?

10              MR. BLUME:  Objection to the scope of the  01:15:46

11    list of cookies as it relates to topic 4.

12              MS. WEAVER:  I sent an email identifying

13    these cookies, and I'm assuming that's why he

14    prepared this.

15              Why don't we go off the record.            01:16:00

16              SPECIAL MASTER GARRIE:  Actually, let's

17    wait.

18              MS. WEAVER:  Okay.

19              SPECIAL MASTER GARRIE:  I actually was on

20    these emails -- I was on these emails exchanged as   01:16:07

21    a Special Master, and I'm just a bit -- is that --

22    before we just say this emails and cookies, do you

23    want to -- are we all on the same page when we say,

24    did you receive the emails, Counsel Blume?  And are

25    we talking apples to apples with regards to the      01:16:25
```

Page 122

```
 1    exhibit.                                           01:16:28

 2            So Counsel, we identified multiple

 3    cookies.  You extend that to Counsel Blume,

 4    correct?

 5            MS. WEAVER:  Yes.                           01:16:37

 6            SPECIAL MASTER GARRIE:  Now, you're

 7    asking about those specific cookies, not other

 8    cookies, correct?

 9            MS. WEAVER:  Yes.

10            SPECIAL MASTER GARRIE:  Okay.  So then     01:16:42

11    have you -- and I believe those cookies we're

12    discussing are the ones that -- we -- that you

13    emailed about are the ones we're discussing now,

14    correct?

15            MS. WEAVER:  Yes.                           01:16:52

16            SPECIAL MASTER GARRIE:  Okay.  And

17    then --

18            MR. BLUME:  Do you want to put those up?

19            SPECIAL MASTER GARRIE:  Well, before --

20    she can share with the email but -- or we can enter  01:16:58

21    it into the record.  But I just want to make sure I

22    understand before I -- before we go off the record,

23    that I understand what -- what's occurring.

24            So now, you're asking the witness about

25    those cookies.  And Mr. Clark, when you said        01:17:14
```

```
 1    "cookies," were you referring -- you were referring      01:17:16

 2    to the cookies that Counsel Weaver was asking you

 3    about, correct?

 4              THE DEPONENT:  I was given an open-ended

 5    question on a list of cookies.  And I just couldn't      01:17:26

 6    recollect the list of cookies.  And so I -- I'm not

 7    aware of --

 8              SPECIAL MASTER GARRIE:  That's why I'm

 9    confused.

10              THE DEPONENT:  Yeah.                            01:17:31

11              SPECIAL MASTER GARRIE:  So when we're

12    saying list of cookies --

13              THE DEPONENT:  Yeah.

14              SPECIAL MASTER GARRIE:  -- what do you

15    mean by "list of cookies"?                               01:17:35

16              MS. WEAVER:  You're asking me?

17              SPECIAL MASTER GARRIE:  Like what I'm

18    confused is, Counsel --

19              MS. WEAVER:  I want to ask this --

20              SPECIAL MASTER GARRIE:  -- when you were        01:17:39

21    emailed a list of cookies to Counsel Blume, we were

22    talking about those cookies.  But you said "list of

23    cookies," and I was just -- I just -- I want to

24    make sure we're all talking about the same cookies.

25              MS. WEAVER:  Let me be clear.  I am             01:17:53
```

Page 124

```
 1    seeking to elicit testimony about the cookies that      01:17:54

 2    I emailed Mr. Blume about.  It seemed to me that

 3    Mr. Clark had prepared regarding those cookies,

 4    Rob, and --

 5            SPECIAL MASTER GARRIE:  That's what I --         01:18:05

 6    that's what I'm trying to figure out.

 7            MS. WEAVER:  Yeah.

 8            SPECIAL MASTER GARRIE:  That it's not

 9    other cookies that aren't related to the ones you

10    asked about.  That's...                                 01:18:11

11            MS. WEAVER:  Is there a document

12    that the --

13            MR. BLUME:  And so put that -- if we put

14    that --

15            MS. WEAVER:  Can I -- can I just ask, is         01:18:14

16    there a document that the witness prepared in

17    response to the questions I asked about those

18    cookies?

19            SPECIAL MASTER GARRIE:  Maybe you could

20    provide --                                              01:18:22

21            (Simultaneously speaking.)

22            MR. BLUME:  The list --

23            SPECIAL MASTER GARRIE:  -- that email

24    with the list of the cookies just so we're all on

25    the same page.                                          01:18:26
```

Page 125

```
 1                 I apologize, Counsel Weaver, but -- I do        01:18:27

 2     recollect it.  But I don't -- I don't have it right

 3     before me right now.

 4                 MS. WEAVER:  You want me to just email it

 5     around, Special Master Garrie, right now?                   01:18:35

 6                 SPECIAL MASTER GARRIE:  Well, if you can

 7     put it on the screen so we can all see it --

 8                 MR. BLUME:  Put it on the screen.

 9                 SPECIAL MASTER GARRIE:  -- that would be

10     helpful.  Because it is, it is helpful.                     01:18:42

11                 (Discussion off the stenographic record.)

12                 MS. WEAVER:  Can we go off the record?  I

13     just need to find this.

14                 SPECIAL MASTER GARRIE:  We can go off the

15     record while you find it, of course.                        01:19:27

16                 MR. BLUME:  Should we break for lunch?

17                 MS. WEAVER:  No.  I'm in the middle of

18     questioning.

19                 SPECIAL MASTER GARRIE:  No.

20                 MR. BLUME:  Okay.  Okay.  Just a               01:19:35

21     suggestion.

22                 SPECIAL MASTER GARRIE:  We're in the

23     middle of a question.

24                 MR. BLUME:  Just a suggestion.  Okay.

25                 SPECIAL MASTER GARRIE:  Forget it.             01:19:39
```

Page 126

```
 1              MR. BLUME:  Okay.                      01:19:39

 2              THE VIDEOGRAPHER:  Okay.  We're off the

 3     record.  It's 1:19 p.m.

 4              (Recess taken.)

 5              THE VIDEOGRAPHER:  We're back on the   01:25:27

 6     record.  It's 1:25 p.m.

 7        Q.   (By Ms. Weaver)  What information does

 8     the datr cookie hold?

 9              MR. BLUME:  Objection.  Form.  Scope.

10              THE DEPONENT:  While I didn't          01:25:42

11     specifically prepare for this as part of my

12     representation -- as being a representative of

13     Facebook, in my personal experience, datr cookie is

14     a cookie that tracks the browser as a unique

15     identifier for the browser.                    01:26:01

16        Q.   (By Ms. Weaver)  Does the datr cookie

17     contain a URL?

18        A.   I didn't specifically prepare for that as

19     part of my testimony, as a representative of

20     Facebook, but in my personal experience, I -- I do 01:26:21

21     not believe it contains any URL, but I don't know.

22              (Exhibit 349 was marked for

23     identification by the court reporter and is

24     attached hereto.)

25        Q.   (By Ms. Weaver)  Okay.  Take a look at  01:26:27
```

Veritext Legal Solutions
866 299-5127

1    Exhibit 349, and tell me if this is the document          01:26:29

2    that you were referring to a moment earlier.

3          A.   I've got the document open and I'm

4    looking.

5          Q.   And I think it's on the sec- -- third --        01:26:54

6    page 3.

7          A.   That is the document I was referring to.

8          Q.   And you were involved in the creation of

9    this document; is that right?

10         A.   I did assist counsel in the creation of         01:27:11

11   this document.

12         Q.   Did you assist counsel in the

13   identification of cookies?

14              MR. BLUME:  Objection, to the extent your

15   involvement involves conversation with counsel,           01:27:19

16   it's privileged.

17              And I instruct you not to answer.

18              And work product.

19         Q.   (By Ms. Weaver)  Okay.  Fine.  I'll ask

20   this.                                                      01:27:34

21              Did you provide information about what

22   the datr cookie is?

23         A.   No.

24         Q.   Do you know who did?

25              MR. BLUME:  Objection.  To the extent you       01:27:46

                                                        Page 128

```
 1   know as a result of conversations with counsel, I'd      01:27:47

 2   instruct you not to answer.

 3            THE DEPONENT:  I only know that because

 4   it was part of the conversation with counsel.

 5            MS. WEAVER:  Rob, your position is you      01:28:03

 6   telling him who knows about the datr cookie is

 7   privileged; is that right?

 8            MR. BLUME:  No.  Your question was, who

 9   gave the information with regard to this letter

10   about datr -- datr cookies.  That's privileged.      01:28:12

11            MS. WEAVER:  Okay.

12            MR. BLUME:  To the extent he knows that

13   information from discussions with counsel.

14        Q.  (By Ms. Weaver)  You're not prepared to

15   testify about the datr cookie, is that right,      01:28:23

16   Mr. Clark?

17            MR. BLUME:  Object -- objection.  Form.

18            THE DEPONENT:  I'm not prepared to

19   testify about the datr cookie as a representative

20   of Facebook.  Only from personal experience.      01:28:39

21        Q.  (By Ms. Weaver)  And you, from personal

22   experience, don't -- well, strike that.

23            Do you know how -- what -- strike that.

24            Do you know how the datr cookie

25   identifies a Web browser?      01:28:52
```

Page 129

```
1        A.   It -- I'm not prepared to answer that as        01:28:55
2    part of testifying as a representative of Facebook.
3    But in my personal experience, that -- the
4    datr cookie is a generated unique identifier to a
5    browser.  How that occurs and -- and exactly the        01:29:09
6    content in it, I do not know.
7        Q.   Who would know?
8        A.   I -- I -- I am not prepared to testify to
9    that as a representative of Facebook.  In my
10   personal experience, I don't have a specific name       01:29:25
11   that I would know that would know that part of the
12   process.
13       Q.   Can you -- can you identify anybody that
14   you work with at Facebook who knows how the datr
15   cookie functions?                                       01:29:41
16       A.   As of -- I -- I didn't prepare for that
17   as part of my testimony as a representative of
18   Facebook.  But in my personal experience, I -- I
19   would go look up who I would need to, to go have
20   that conversation.  I don't -- I don't know a name      01:29:59
21   offhand.
22       Q.   Okay.  Do you know -- okay.  Strike that.
23            What is the fpb cookie?
24       A.   I didn't specifically prepare for that as
25   part of my testimony representing Facebook.  But in     01:30:14
```

| | | |
|---|---|---|
| 1 | my personal experience and -- I -- I would refer to | 01:30:17 |
| 2 | the -- I would refer to the filing for that detail. | |
| 3 | The underscore FB cookie is set on the | |
| 4 | third-party domain only if the advertiser/publisher | |
| 5 | has installed the Facebook pixel business tool and | 01:30:28 |
| 6 | opted into the use of these cookies. | |
| 7 | The cookie has its own -- or has a | |
| 8 | browser identifier and -- and in the epoch time | |
| 9 | when the cookie was created.  And then for | |
| 10 | additional details, there's documentation on the | 01:30:43 |
| 11 | external developer Facebook side. | |
| 12 | Q.   And you said the epoch time? | |
| 13 | It's a little unclear.  I just didn't | |
| 14 | understand what you said. | |
| 15 | A.   The -- yeah, it's -- it's E-P-O-C-H. | 01:31:01 |
| 16 | It's -- it's a time commonly used in -- in computer | |
| 17 | languages and UNIX time systems.  The -- the time | |
| 18 | since -- and I should know it offhand -- but | |
| 19 | sometime in 1969 or 1970, and the number of | |
| 20 | seconds that's -- | 01:31:21 |
| 21 | Q.   Sorry.  It's just that I couldn't | |
| 22 | understand you and it didn't come through on the | |
| 23 | transcript.  That's fine. | |
| 24 | Okay.  What is the ████████ cookie? | |
| 25 | MR. BLUME:  Objection.  Form.  Scope. | 01:31:34 |

Page 131

```
 1              THE DEPONENT:  I didn't prepare to        01:31:37

 2     specifically talk about that as a representative of

 3     Facebook.

 4              But in my personal experience, those are

 5     the cookies that are used for my [REDACTED]    to     01:31:44

 6     Facebook and whether [REDACTED]    .  And so

 7     that's -- that's where my [REDACTED]

 8     information is stored.

 9        Q.   (By Ms. Weaver)  Do third parties

10     transmit the Facebook user ID through [REDACTED]       01:32:01

11     cookies?

12        A.   I didn't specifically prepare to talk to

13     that as a representative of Facebook.

14              But in my personal experience, those

15     cookies are only scoped to Facebook.com.  So third    01:32:15

16     parties should not have access to that.

17        Q.   They are not supposed to have access to

18     the Facebook user ID is your testimony?

19              MR. BLUME:  Objection.  Form.  And scope.

20              THE DEPONENT:  I didn't specifically         01:32:34

21     prepare for that as part of my testimony.

22              But in my personal experience, that --

23     that question is very, very generic and -- and --

24     and inaccurate.

25              What I had stated before is the [REDACTED]    01:32:46
```

Page 132

1   ██████████    cookies are cookies that are used for          01:32:50

2   ████████████  , and third parties are not

3   authorized or should not have access to those

4   cookies in the browser as they're scoped to

5   Facebook.com.                                                 01:33:07

6           And to further reiterate, that is why we

7   have third-party application-scoped IDs and other

8   kinds of IDs, so that we don't give third parties

9   the canonical Facebook user ID.

10      Q.   (By Ms. Weaver)  You're referring to the             01:33:26

11  ASID; is that correct?

12      A.   That is correct.

13      Q.   Okay.  We'll come back to that.

14           Why did Facebook create -- well, strike

15  that.                                                         01:33:35

16           You said that the -- the fbc cookie is

17  used for authentication.

18           How does that function?

19           MR. BLUME:  Objection.  Form.  Beyond the

20  scope.                                                        01:33:46

21           THE DEPONENT:  That -- that wasn't what I

22  said.  I didn't specifically prepare for that as

23  part of my testimony.

24           But in my personal experience, the

25  xs/c_user and xs c_user cookies are what are used             01:33:56

Page 133

1   for authentication and identify for users logged        01:34:03

2   in.

3           The_fbc cookie is a cookie that is set on

4   third-party domain only if the advertiser and

5   publisher has installed the Facebook pixel business     01:34:15

6   tool.  And it is set only if the click originated

7   from the Facebook service.

8           For instance, when clicking on an ad in

9   Facebook newsfeed.  And the_fbc cookie contains an

10  encrypted user ID.                                       01:34:32

11      Q.   (By Ms. Weaver)  And who encrypts the

12  user ID?

13          MR. BLUME:  Objection.  Form.  Scope.

14          THE DEPONENT:  I didn't prepare for that

15  as part of my testimony.                                 01:34:43

16          In my personal experience, I don't know.

17      Q.   (By Ms. Weaver)  Okay.  And so just

18  the record -- so the record is clear, you did not

19  prepare to testify regarding the fpb cookie,

20  the_fbc cookie, the ███████████ cookie, the             01:34:56

    ██  ████████ cookie or ██ cookies; is that right?

22          MR. BLUME:  Objection.  And to the extent

23  the question asks for preparation beyond topic 4 is

24  beyond the scope.

25          THE DEPONENT:  I did not.  As a -- as a          01:35:19

                                              Page 134

```
 1    representative of Facebook, I didn't prepare for        01:35:20

 2    that topic.

 3         Q.   (By Ms. Weaver)  And did you prepare for

 4    whether or not those cookies contained information

 5    such as fbid, fbtype or URL?                            01:35:26

 6              MR. BLUME:  Same objection.

 7         Q.   (By Ms. Weaver)  Are you answering the

 8    question?

 9         A.   As a part of my preparation, as a

10    representative of Facebook, I did not prepare for       01:36:03

11    that.

12         Q.   Did you prepare to discuss the datr

13    cookie?

14              MR. BLUME:  Objection, to the extent the

15    question seeks information beyond topic 4 is beyond     01:36:17

16    the scope.

17              THE DEPONENT:  As a part of my

18    representation as a representative of Facebook, I

19    did not prepare for that.  But did share -- from my

20    personal experience.                                    01:36:30

21              MS. WEAVER:  Okay.  We'll move on.

22         Q.   (By Ms. Weaver)  Do you know who at

23    Facebook would be qualified to discuss those

24    cookies?

25              MR. BLUME:  Objection.  Form.             01:36:47
```

Page 135

```
 1              THE DEPONENT:  As a representative of --        01:36:52

 2   as my preparation as a representative of Facebook

 3   for this testimony, I didn't prepare for that.

 4              In my personal experience, I -- I do not

 5   have a name.                                              01:37:03

 6       Q.   (By Ms. Weaver)  Okay.  Going back to

 7   Exhibit 348.

 8              Let me just ask a question.  You

 9   testified a moment ago that there was a binder in

10   the room that you used to prepare -- prepare that        01:37:21

11   included Exhibit 349; is that right?

12       A.   Yes.

13       Q.   And you reviewed and -- and recalled that

14   it referenced cookies, right?

15       A.   That is correct.                                01:37:45

16       Q.   Did -- did you discuss whether you would

17   testify regarding those cookies?

18              MR. BLUME:  Objection.  Form.

19              THE DEPONENT:  I did not.

20       Q.   (By Ms. Weaver)  Okay.  Going back to           01:37:59

21   348.

22              Do you see that there's a reference in

23   the first paragraph -- I'm sorry.  Okay.

24              There's a sentence that says "This means

25   we need to ██████████████████████████████              01:38:20
```

Page 136

1   ███████████████████████████████████   █████████

██  ███████████████████████████████████

██  ████████████

4           Do you see that?

5       A.   I do see that.                          01:38:34

6       Q.   And then it says ████████████████████

██  ████████████████████████████████

8           Do you see that?

9       A.   I do see that.

10      Q.   What does that mean?                      01:38:45

11      A.   I'll use an example that I -- that I used

12  earlier.

13          I think when I upload a photo to the

14  service -- I upload the photo.  I might attach a

15  description to that photo.  That photo will get      01:39:06

16  likes and reactions and comments and other things.

17          The photo and those main interactions

18  will ████████████████████████████████████

██  ██████████  The metadata -- some of the metadata

20  associated with that upload might include a log     01:39:29

21  that -- that showed that I had uploaded a photo and

22  what that photo was, my IP address, and other

23  information about the photo that I uploaded.

24          When the user deletes their account and

25  we ████████████████████████████████████████  ██:39:56

1 ██████████████████████████████████   ████████

  ██████████████   ████████████████

  ████████████████████████████

  █████   ████████████████████

  ████████████████ it was deleted, the ████████   ████████

  ████████ weren't stored in ████ and weren't a part

7  of that original record.

8      Q.   And what does "long term analyses" mean?

9      A.   In the future wanting to know about

10  activity of photo uploads.                          01:40:44

11         An example might be going back in time to

12  look at how many photo uploads there were

13  in May of 2022, to have an understanding about the

14  performance and function of the systems of -- of

15  the application and the platform.                   01:41:04

16         MS. WEAVER:  Okay.  Let's mark exhibit --

17  tab 92, please.

18         (Exhibit 350 was marked for

19  identification by the court reporter and is

20  attached hereto.)                                   01:41:10

21      Q.   (By Ms. Weaver)  And let me know when

22  you've had a chance to review it.

23      A.   I still haven't had anything show up.

24         MS. WEAVER:  It has for us.

25         THE DEPONENT:  Oh, there it is.  It just    01:41:53



1    came in.                                              01:41:53

2        Q.   (By Ms. Weaver)  Do you recognize

3    Exhibit 350?

4        A.   Let me read it.

5             Okay.  I've had a chance to read it.        01:42:22

6        Q.   Great.

7             What is Exhibit 350?

8        A.   Exhibit 350 appears to be a Wiki page

9    titled "Overview," which is Revision 57833386 from

10   the internal Facebook Wiki.                           01:42:38

11       Q.   And so does it reflect Facebook's

12   procedure for ███████ at a high level?

13       A.   I -- as -- as opposed to procedure, I --

14   I -- I read this as an overview, a description.

15       Q.   And what is it describing?                   01:43:06

16       A.   A high-level overview of Hive Anon.

17       Q.   Is it describing the ██████ process?

18       A.   It -- it's a providing a high-level

19   overview of what █████ is.

20       Q.   And what is ████████?                         01:43:26

21       A.   ████████████████████████████

██   ████████████████████████████████████

██   ████████████████████████████████████

██   ██████████████████████████████

██   ████████████████████████████████        01:43:43

                                              Page 139

1    ██████                                                    01:43:49

2        Q.   Okay.  And looking at the second page of

3    the document, at Bates number -31, what does that

4    diagram reflect?

5        A.   It reflects ███████████████████    ████████

6    ██  █████████████████

7        Q.   What is an ████████████?

8        A.   █████████████████████████████

9    █████████████████████████████████

10   █████  to run against tables and ███████    ████████

11   █████  █████████████████████  those tables.

12       Q.   Okay.  I'm going to try to get --

13       A.   To those --

14       Q.   I'm sorry.  Go ahead.

15       A.   No.                                             01:44:43

16            MS. WEAVER:  So I'm going to try to --

17   Josh, can you try to screen share this diagram.

18            MR. SAMRA:  Yep.  Give me a second.

19       Q.   (By Ms. Weaver)  Looking at this same

20   page, it gives a couple of examples; is that right?    01:45:02

21       A.   Yes.

22       Q.   And can you describe what -- how the

23   example is illustrating how this ███████████  works?

24       A.   Yes.

25            So it appears that this example is -- if       01:45:28

Page 140



```
 1   we have a table named ████████████████ the            01:45:31

 2   following columns: ██████████████████

 █   ███████████████████████████████████████

 █   ██████████████████████████████████████

 █   ████████████████████████████ And these           01:45:57

 6   are actually -- these aren't even real actual

 7   column names. ███████████████████████████

 █   ████████████████████████████████████████████

 █   ██████████

 █          █████████████████████████████████████  ██████████

 █   ███████████████████████  ██████████

 █   █████████████████████████████ When

13   these accounts were registered for how ██████████

14   works in the -- I don't remember the name of the

15   table offhand -- but in the table that ██████████  ██████████

 █   ██████████ there's a synthetic sample table here where

17   there's a ██████████████████████  ████████████████

 █   ███████████████████████████

 █          ████████████████████████████

 █   ███████████████████████  ██████████

 █          █████████████████████████████

 █   ████████████████████████████ which is

23   the -- as opposed to going through and ██████████

 █   ███████████████████ all of the data in the file,

25   which is ████████████████ goes through and gets --   01:47:28
```

Page 141



1    gets ████████   in this process.  ████████         ████████

2    ██ ████████████████████████████████████████,

3    which essentially ████████████████████████

4    ██ ████████   And the same happened for ████████

5    ██ ████████████████████████              01:47:51

6             ████████████   in this synthetic example

7    were identified ██████ and were ████████  Those

8    are now ████████     ████████████████   being

9    the aggregated statistic was remained at 20 and 10.

10   And ████████████████████████            01:48:15

11       Q.   Okay.

12       A.   Finally, if John ████████ account, in

13   the ████████████████████████ table, John's

14   ████████████████, therefore, none of the

15   applications or internal Facebook developers, or    01:48:31

16   anyone else, ████████████████████████████

17   John's -- any -- any data ████████████████.

18       Q.   Okay.  And if he does not delete his

19   account, they can still ████ for the ████ is that

20   right?                                   01:48:53

21       A.   Until that data is ████████████████

22   ██ ████████████████ yes.

23       Q.   Okay.  And looking at the diagram, can

24   you describe what the diagram is reflecting?

25           Is that showing where the script is    01:49:07

Page 142

```
 1    running?                                           01:49:09

 2       A.   Yeah.   It's -- it's a -- it's a very poor

 3    engineering diagram trying to explain these

 4    concepts which are in bullets right above, which --

 5    where it talks about how it works.   At a high      01:49:42

 6    level, there are ▮▮▮ steps that occur during the

 7    ▮▮▮▮▮▮▮▮▮  process.   ▮▮▮▮▮▮▮▮▮▮▮▮▮  where a

 8    software called ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ data to be

 9    ▮▮▮▮▮▮▮▮▮

10            Two, whoever the owner of the data is, is   01:49:59

11    notified via a tool called mobilizer.   And the --

12    the -- the owner is notified through -- through a

13    task using the task system.

14            The column -- the -- the column policies

15    are updated.   The owner updates the policies using 01:50:20

16    the Hive Anon UI.   There's a triggering directive

17    where -- using software called Roomba that a new

18    policy is picked up.

19            And then five, directive and action,

20    UDTF, that over 90 days data is Anon or null.   And 01:50:39

21    then finally, with deletion, that once a user

22    deletes their account, the mappings are actually

23    deleted.

24       Q.   Thank you.

25       A.   The -- the diagram is trying to            01:50:57
```

Page 143

1    demonstrate that, but poorly.                    01:51:00

2         Q.   Okay.  And what is Scribe?

3         A.   Scribe is a software development tool.  I

4    didn't specifically prepare as part of my testimony

5    to answer what scribe was, as a representative of   01:51:24

6    Facebook.  But in my personal experience, Scribe is

7    a developer tool.

8         Q.   And what is it used for?

9         A.   I -- I do not know.

10        Q.   And how does ██ function?  How does it    01:51:40

11   detect UII?

12        A.   ██ ██████

13        Q.   ██  Sorry.

14        A.   █ is -- that's okay.  As -- as a tool

15   is -- is -- is purpose built to identify patterns   01:51:51

16   of UII, through both manual rules, in addition to

17   machine learning, to look for what might be UII

18   in -- in any -- in any of those tables.

19             MS. WEAVER:  Okay.  Great.

20             We can take a break.                      01:52:14

21             MR. BLUME:  Lunch?

22             THE VIDEOGRAPHER:  Okay.  Off the record

23   it's 1:52 p.m.

24             (Recess taken.)

25             THE VIDEOGRAPHER:  Okay.  We're back on   01:53:32

                                              Page 144

```
 1    record.  It's 1:53 p.m.                           01:53:34

 2            MR. BLUME:  So with regard to topic 4,

 3    which speaks to the processes related to deletion,

 4    pseudonymization, de-identification,

 5    re-identification association and deletion of user  01:53:48

 6    data and information, as that relates to cookies,

 7    Mr. Clark is prepared to discuss whether Facebook

 8    uses cookies as identifiers; specifically,

 9    identifiers for users.  And if so, how Facebook

10    treats those cookies within the deletion framework. 01:54:07

11            It was -- it is -- it's our position that

12    to discuss the processes of that deletion

13    framework, to talk about the specific cookies, what

14    they are specifically, what information they get is

15    beyond the scope.                                   01:54:25

16            He's certainly prepared to talk about how

17    the framework -- deletion framework deals with

18    cookies, to the extent those cookies are

19    identifiers.  But not any specific cookie or its

20    purpose or the information it gets.                 01:54:37

21            SPECIAL MASTER GARRIE:  He can do the

22    high level, but getting into the technical ways of

23    how the cookies operationally work within the

24    different frameworks he describes is beyond the

25    scope.                                              01:54:48
```

Page 145

```
 1              Is that what -- the gist of what we're        01:54:49

 2    getting at?

 3              MR. BLUME:  Well, let -- let me clarify.

 4              He can talk about the -- the details of

 5    how the deletion framework deals with cookies to       01:54:55

 6    the -- to the extent cookies are -- are

 7    identifiers.  But what is specific cookie seeks --

 8              SPECIAL MASTER GARRIE:  That's what I

 9    mean.  The specific cookies that were emailed or

10    identified by plaintiffs, they identified a subset    01:55:08

11    of specific cookies, those interworkings of how

12    those specific cookies interoperate with those

13    frameworks is -- he is not prepared to testify

14    about.

15              MR. BLUME:  Except to the extent that        01:55:21

16    they --

17              SPECIAL MASTER GARRIE:  The technical.

18              MR. BLUME:  Right.

19              Except to the extent that those cookies

20    are considered identifiers and -- and are part of     01:55:26

21    the process.

22              It doesn't matter what the specific

23    cookie is, as far as the deletion framework.  Every

24    cookie would be treated the same way.  And he's

25    prepared to talk about how the deletion framework     01:55:41
```

Page 146

| | | |
|---|---|---|
| 1 | deals with cookies as -- en masse.  But any | 01:55:43 |
| 2 | specific cookies, he -- is beyond -- we would argue | |
| 3 | is beyond the scope. | |
| 4 | They're all treated the same way.  Every | |
| 5 | cookie is treated the same way within the processes | 01:55:55 |
| 6 | of pseudonymization, de-identification, | |
| 7 | re-identification, associations, deletion.  It | |
| 8 | doesn't matter which cookie.  They're all treated | |
| 9 | the same. | |
| 10 | MS. WEAVER:  So if I may -- | 01:56:09 |
| 11 | (Simultaneously speaking.) | |
| 12 | SPECIAL MASTER GARRIE:  Didn't -- didn't | |
| 13 | he testify -- | |
| 14 | MS. WEAVER:  The topic includes | |
| 15 | association.  We identified, for example, the named | 01:56:13 |
| 16 | plaintiffs' DYI files complaining -- containing | |
| 17 | datr cookies precisely so we could understand what | |
| 18 | data and information that's in the description. | |
| 19 | User data and information is expressed through | |
| 20 | those cookies, which the witness said and is | 01:56:33 |
| 21 | factually correct, are identifiers. | |
| 22 | So Facebook is collecting and tracking | |
| 23 | through the datr cookie which websites users visit, | |
| 24 | and I -- I attempted to get testimony about that | |
| 25 | today after sending -- | 01:56:48 |

Page 147

```
 1              SPECIAL MASTER GARRIE:  But he --          01:56:50

 2              MS. WEAVER:  -- an email two weeks ago

 3      to -- only to find out in the deposition that in

 4      preparation here, counsel has not had the person

 5      prepare on any of those cookies.                   01:57:00

 6              SPECIAL MASTER GARRIE:  Well, one sec.  I

 7      don't want to -- let's not go down a rabbit hole

 8      here because that's where we're heading and we

 9      still have deposition left.

10              At the end of the day, prepared or not,    01:57:11

11      we can take that offline at a separate point.  The

12      bottom line is the witness that's here now isn't

13      prepared to speak about those specific technical

14      cookies that are associated with this specific

15      topic, as it relates to how you just described it. 01:57:28

16      It is what it is, right?

17              MS. WEAVER:  Yup, I understand.

18              SPECIAL MASTER GARRIE:  But --

19              MR. BLUME:  Hold on.  Hold on.

20              Just to be clear, he's prepared to         01:57:36

21      testify about whether Facebook uses the datr cookie

22      as an identifier.  That's -- so he can speak to

23      that.

24              SPECIAL MASTER GARRIE:  But those were --

25              MR. BLUME:  And then if so, how -- what's  01:57:44
```

Page 148

```
 1    that?                                              01:57:47

 2            SPECIAL MASTER GARRIE:  Where -- where

 3    I'm confused is those cookies she's referring to

 4    are those, those things, like this is -- those are

 5    the specific cookies that consist of what you're    01:57:53

 6    talking about.  So where I --

 7            MR. BLUME:  Right.

 8            SPECIAL MASTER GARRIE:  -- where I'm

 9    getting confused is, those cookies that she

10    identified -- that are identified by plaintiffs    01:58:02

11    are -- I don't think all -- but a subset of the

12    exact topic you're talking about.  But --

13            MR. BLUME:  Any facts --

14            SPECIAL MASTER GARRIE:  -- those are

15    technical tools --                                 01:58:12

16            MR. BLUME:  Well, but if -- if -- yeah.

17    Are the -- are -- is the following cookie -- does

18    Facebook consider the following cookie to be an

19    identifier.  If yes, how does -- how does Facebook

20    deal with it within the deletion framework.        01:58:22

21            He's prepared to answer those questions.

22    But the -- but if -- if -- but the specific --

23    if -- if Facebook doesn't consider a specific

24    cookie to be an identifier, then it's not caught up

25    within the deletion framework, which is what he's  01:58:34
```

Page 149

```
 1    here to testify about.                          01:58:37

 2           MS. WEAVER:  So he's only here about

 3    deletion.  But the topic talks about association of

 4    user data and information.  That's what the topic

 5    says.                                           01:58:44

 6           MR. BLUME:  The processes of -- the --

 7    the processes of pseudonymization,

 8    de-identification, re-identification, association

 9    and deletion of --

10           MS. WEAVER:  Of --                       01:58:54

11           MR. BLUME:  -- of user data --

12           MS. WEAVER:  -- user data.

13           MR. BLUME:  -- within that -- it's the

14    process --

15           MS. WEAVER:  Association of user data and  01:58:58

16    information --

17           SPECIAL MASTER GARRIE:  No, let me -- let

18    me --

19           MS. WEAVER:  Yeah.

20           SPECIAL MASTER GARRIE:  The part          01:59:01

21    that I -- so what she's saying is that those

22    cookies are used to associate with specific users

23    by Facebook as tools.  And she's asking him

24    specific questions about those cookies that are

25    believed and been represented, I believe, to      01:59:14
```

Page 150

```
 1    associate user activity or make the association of        01:59:17

 2    a Facebook user and their activity.  Those specific

 3    subset of cookies.  And then --

 4            MR. BLUME:  Yes.  If Facebook --

 5            SPECIAL MASTER GARRIE:  -- association is         01:59:29

 6    done via that cookie.

 7            MR. BLUME:  If Facebook -- if Facebook

 8    considers the particular cookie to be an identifier

 9    associated with a user and that -- and is part of

10    that process, he's -- he is happy to talk about it.       01:59:40

11            SPECIAL MASTER GARRIE:  But he can talk

12    about those cookies.

13            MR. BLUME:  He -- he can -- he can answer

14    the question whether -- whether Facebook considers

15    those cookies to be identifiers.  It says --             01:59:49

16            (Simultaneously speaking.)

17            SPECIAL MASTER GARRIE:  But to know how

18    they -- she wants -- the question is how does

19    Facebook associate.  How is that Facebook -- maybe

20    I'm missing something.  But I believe what's being        01:59:59

21    asked is how is that association done by Facebook

22    with those cookies.  Like what is the process

23    through which -- technical process through which

24    Facebook makes an association.

25            Maybe I'm misreading or mishearing what           02:00:13
```

Page 151

```
 1    plaintiffs are asking about.  And my question is,        02:00:16

 2    can he talk about how -- maybe I'm

 3    misunderstanding.

 4              Is he prepared to testify about the

 5    technical process of how Facebook makes those            02:00:25

 6    associations?

 7              MR. BLUME:  To the extent the -- by

 8    "association," you mean identify -- identifiers?

 9    In other words --

10              SPECIAL MASTER GARRIE:  The user.              02:00:42

11              MR. BLUME:  -- did he identify a user and

12    how that -- how that information is then captured

13    within these processes, as set forth in topic 4,

14    yes.

15              SPECIAL MASTER GARRIE:  So if we open up       02:00:52

16    the cookie, we can -- he can walk us through how

17    that cookie makes those associations?

18              MR. BLUME:  No.  He can identify whether

19    or not these cookies are considered by Facebook to

20    be identifiers, generally.  Not how they work.  But     02:01:04

21    whether they are in the process, in the deletion

22    framework, considered to be identifiers.  In other

23    words, used to identify the user.

24              SPECIAL MASTER GARRIE:  Okay.  The

25    specific --                                              02:01:14
```

Page 152

```
 1                MS. WEAVER:  I think -- well, we can save        02:01:15

 2      for another day --

 3                SPECIAL MASTER GARRIE:  The technical --

 4      he's not --

 5                MS. WEAVER:  -- because it seems very           02:01:17

 6      clear that despite the fact that plaintiffs

 7      identified specific pages pulled out of the DYI

 8      file with datr cookies associated with the named

 9      plaintiffs, this witness does not -- according to

10      the instructions of counsel, doesn't interpret the     02:01:34

11      datr cookie to be an identifier for users.  And for

12      that reason, this witness is not prepared to

13      testify on that topic.

14                MR. BLUME:  Well, you never asked -- you

15      never asked him that question.  Ask him that           02:01:47

16      question.

17                MS. WEAVER:  Either way -- Rob, you

18      excluded your preparation --

19                MR. BLUME:  No, ask him the question.

20                THE COURT REPORTER:  Hold on.  Hold on.       02:01:52

21      Hold on.

22                SPECIAL MASTER GARRIE:  No, you guys are

23      doing this again.  Time out.  Time out.

24                We'll go off the record and I'll reset

25      everything.  And I will take time away from -- take    02:02:00
```

Page 153

```
 1    time and add time, so we may end up at zero.        02:02:02

 2            But the point being is stop and listen to

 3    each other.  The net/net is that what Counsel Blume

 4    is saying, the question you just asked,

 5    Counsel Weaver, you can ask the question and hear    02:02:13

 6    the answer.

 7            Did I miss that, Counsel Blume?

 8            MR. BLUME:  That's correct.  No, that is

 9    absolutely correct.

10            SPECIAL MASTER GARRIE:  And then based --    02:02:22

11    based on that answer, Counsel Weaver, you may

12    find --

13            MS. WEAVER:  I think he said that's

14    incorrect.

15            MR. BLUME:  No, I said that's absolutely      02:02:28

16    correct.  Ask him if he considers the datr cookie

17    to be an identifier.  If so, how it fits in the

18    process.  And ask for --

19            MS. WEAVER:  But the question is

20    whether -- sorry.                                    02:02:36

21            The question is whether it's associated

22    with user data and information.  That's the topic.

23            MR. BLUME:  The --

24            MS. WEAVER:  Facebook's process of

25    association of user data and information.            02:02:46
```

Veritext Legal Solutions
866 299-5127

```
 1              MR. BLUME:  And -- and for purposes of        02:02:52

 2     pseudonymization, de-identification,

 3     re-identification, that association is identifiers.

 4     And so asking if it's -- if he considers it for

 5     purposes of the deletion framework, which is what     02:03:02

 6     he's here to testify, whether it's considered an

 7     identifier.  If it is, it fits into the process.

 8     If it's not, then it doesn't.  He's here to talk

 9     about that deletion, de-identification,

10     pseudonymization and association with regard to      02:03:15

11     those that -- and within that process.  Just ask

12     him the ordinary question.

13              SPECIAL MASTER GARRIE:  That's a broad

14     question.

15              MS. WEAVER:  I'll just -- Special Master,     02:03:23

16     I don't want to waste any more time.  It's very

17     difficult to take depositions and have arguments

18     like this in the middle of a dep.  So let's --

19              MR. BLUME:  I agree.

20              MS. WEAVER:  -- refer this to a different     02:03:32

21     time.  And I would just note -- have you pay

22     attention, Rob, to the Oxford comma.  In topic --

23     in topic 4, there's a comma after association.

24              SPECIAL MASTER GARRIE:  Wait.  Wait.

25              MS. WEAVER:  All of those topics are          02:03:42
```

```
1    individual.                                          02:03:43

2              SPECIAL MASTER GARRIE:  I think -- I

3    think you made a good point.  We're not

4    accomplishing anything here.

5              MS. WEAVER:  Right.                         02:03:48

6              SPECIAL MASTER GARRIE:  I give 15

7    minutes --

8              MR. BLUME:  Right.

9              SPECIAL MASTER GARRIE:  -- back to

10   plaintiffs here because this was at my request.      02:03:50

11             I was just trying to see if we could

12   avoid the downstream issue that looks inevitable,

13   to come.  So we will -- we will put a pin in it and

14   I will -- we will -- we will figure if it is

15   appropriate or whether it was or was not, or so on   02:04:06

16   and so forth.

17             I was hoping it would be resolved herein,

18   but it does not seem foreseeable.

19             MR. BLUME:  Well, not -- yeah.

20             SPECIAL MASTER GARRIE:  I understand,       02:04:15

21   Counsel Blume, your position.  I fully get it.  I

22   understand, Counsel Weaver, your position.  I

23   realize there's a fundamental issue there that will

24   not be resolved during this break.

25             So everybody should go get lunch, and we    02:04:25
```

```
 1    will resume -- I was duly hopeful that I was          02:04:26

 2    misreading what I thought, but it is fine --

 3              MR. BLUME:  Well, welcome your -- this

 4    question, as you --

 5              SPECIAL MASTER GARRIE:  I mean, I thought    02:04:42

 6    that -- you know, fair enough.  I think there's

 7    just a -- so we can take a break.  Everybody get

 8    lunch.  And we'll put a pin in it and we'll resume.

 9              MS. WEAVER:  Okay.  When do we want to

10    get -- come back?                                     02:04:50

11              MS. LAUFENBERG:  We're still on the

12    record, by the way.

13              THE COURT REPORTER:  Can we go off?

14              THE VIDEOGRAPHER:  Sure.  We're off the

15    record.  It's 2:05 p.m.                               02:05:01

16              (Recess taken.)

17              THE VIDEOGRAPHER:  We're back on the

18    record.  It's 2:55 p.m.

19         Q.  (By Ms. Weaver)  Hello, Mr. Clark.

20              Did you have a good lunch?                   02:55:21

21         A.  I did.

22         Q.  Okay.  You know that you're still under

23    oath, right?

24         A.  That is correct.

25         Q.  Okay.  I'd like to ask you to just turn      02:55:29
```

Page 157

```
 1    back to Exhibit 81 [sic].  We never quite got done        02:55:32

 2    with it.

 3           And for record, that's the 11-30-2011

 4    "Data/DeletionDeletedData" internal Wiki.

 5       A.   I don't have -- oh, 342?                           02:55:49

 6           MS. WEAVER:  I'm sorry.  342, yes.

 7           What did I say?

 8           THE DEPONENT:  81.  That's okay.

 9           MS. WEAVER:  Apologies.

10       Q.   (By Ms. Weaver)  And I'll direct your             02:56:01

11    attention to the section here discussing

12    "Anonymization," where it says -- we had just

13    discussed the paragraph that says "It is simple to

14    ███████    a user."

15           Do you recall that?                                02:56:35

16       A.   I see the paragraph.

17       Q.   Yeah.

18           It's the paragraph where it identified

19    the table with the ██████  between ████████

20    right?                                                    02:56:50

21       A.   Yup.  Yes.

22       Q.   Okay.  And now look at the second

23    paragraph there.

24           "The second part is not as

25    straightforward, because it requires thinking about       02:56:57
```

Page 158

```
 1    what content of your data tells you who a user is.      02:57:02

 2    Can you ███████████████████████████ to

 3    '████████ code?  Probably not.  A lotttt of

 4    people██████████████  Their email address?

 5    Obviously.  (But emails are ██████████████        █████████

 6    ███████████ an ██████████  Probably, because with

 7    a ████████ too, an ████████████████████ that

 8    ██ at that time.  This requires thinking! But

 9    also--do you really need" -- well, strike that.

10          Do you have an understanding of the            02:57:33

11    concept that even with some anonymization, content

12    of data can still identify a user?

13          MR. BLUME:  Objection.  Form.

14          THE DEPONENT:  Can you ask that question

15    one more time.  I was reading.                        02:57:55

16       Q.  (By Ms. Weaver)  Sure.  No problem.

17          Do you have an understanding of what this

18    paragraph is talking about, the sentences that I

19    just read?

20          MR. BLUME:  Objection.  Form.  And scope.       02:58:02

21          THE DEPONENT:  I do have an understanding

22    about ████████ and the process of deleting UII and

23    the examples in here.  And the complexity in making

24    sure that that UII that's deleted is complete and

25    that there still isn't the ability to identify.       02:58:21
```

1      Q.   (By Ms. Weaver)  "There still isn't the          02:58:27

2    ability to identify"; is that what you said?

3      A.   That -- that UII has been wiped.

4      Q.   Okay.

5      A.   That is -- that is what I said.              02:58:34

6      Q.   And earlier, when we looked at

7    Exhibit 348, you said that you would like to have

8    seen the document at the hyperlink redirect the

9    privacy UII definition; is that right?

10     A.   That is correct, because that is what it          02:58:56

11   actually says what is UII on that page.

12          MS. WEAVER:  Okay.  And I'll let counsel

13   know, we've looked for this document and been

14   unable to find it.  So if you have it, we'd

15   appreciate you producing it so that we can complete   02:59:06

16   testimony about that topic.

17          MR. BLUME:  Duly noted.

18     Q.   (By Ms. Weaver)  Looking a little lower,

19   at the second part, where it says "████████

      ███████████████; do you see that?                   02:59:21

21     A.   I do see that.

22     Q.   It says "You must ████ any ██████

23          Do you see that?

24     A.   I do see that.

25     Q.   And that's referring to user-generated         02:59:33

                                        Page 160

1    content, correct?                                    02:59:35

2         A.   UGC means or -- or is an acronym for

3    user-generated content, correct.

4         Q.   And -- and what is that again?

5         A.   That was content generated by the user.    02:59:48

6    So that -- that might have been information that

7    they typed in the field.  That might have been the

8    post.  A broadly user-generated content might

9    include a photo or video as well.

10        Q.   Okay.  So why don't we turn to the second   03:00:03

11   page of the document.

12        A.   Okay.

13        Q.   And I'll just point to the bottom there

14   where it says "Remember.  Our product is control

15   over data.  Blogs and photo sharing existed before   03:00:23

16   Facebook, but they were public.  Because there was

17   no real notion of 'identity' on the internet,

18   hundreds of millions were afraid to share.  We let

19   users say who can see what, and that is why users

20   trust us, and that trust is why they upload content  03:00:40

21   to Facebook that they want to share.  When the user

22   says no--the content is not for sharing

23   anymore--not even with themselves--they mean not

24   with us, either.

25             "Failure to comply with these regulations   03:00:52

                                                         Page 161

1    make Facebook a liar in the eyes of the                03:00:55

2    United States Congress.  That's why we care.

3    Please don't be that guy."

4            Do you see that?

5        A.   I do see that.                                 03:01:04

6        Q.   What does identity refer to in that

7    paragraph?

8            MR. BLUME:  Objection.  Form.  And scope.

9            THE DEPONENT:  I -- I think this

10   document, as I mentioned earlier, is clearly the        03:01:14

11   editorial and writing of an individual engineer and

12   not necessarily a policy.

13           So when they say "identity," I -- I don't

14   know that I can necessarily interpret what that

15   engineer meant.                                         03:01:28

16       Q.   (By Ms. Weaver)  What does identity

17   mean -- mean at Facebook?

18           MR. BLUME:  Objection.  Form.  And scope.

19           THE DEPONENT:  I didn't -- I didn't

20   specifically prepare something for that, but I --       03:01:46

21   I -- the -- in general, from just my own personal

22   experience, the -- the term "identity" is,

23   you know, those things that can be -- I --

24   you know, it's the combination of the things that

25   identify back to me or -- or tie back to me.            03:02:04

                                                             Page 162

```
 1              MS. WEAVER:  Okay.  I'll mark tab 58,        03:02:08

 2    please.

 3              (Exhibit 351 was marked for

 4    identification by the court reporter and is

 5    attached hereto.)                                      03:02:22

 6              MS. WEAVER:  And for the record, while

 7    we're waiting for it, Exhibit 351 is

 8    Bates number FB-CA-MDL-01952478.  And on the top it

 9    says "Privacy Eng."

10        Q.   (By Ms. Weaver)  And let me know when you    03:03:00

11    have Exhibit 351.

12        A.   Okay.  I do not yet.

13             It just came through.

14        Q.   Great.  Thank you.

15        A.   Waiting for it to load.                       03:03:40

16             I have it.

17        Q.   And let me know when you've had a chance

18    to look at it.

19        A.   Still reading through it.

20        Q.   That's okay.                                  03:05:09

21             Did -- have you seen this document before

22    today?

23        A.   I believe I saw this document before

24    today.

25             MS. WEAVER:  And for the record, this is     03:05:18
```

Page 163

```
 1    a document that we identified in our email to        03:05:22

 2    counsel.

 3            THE DEPONENT:  Yeah.  That is where I

 4    would have seen it.

 5            Okay.                                         03:05:29

 6        Q.  (By Ms. Weaver)  What is Exhibit 351?

 7        A.  It appears to be a work chat or workplace

 8    communication.

 9            I can't -- I can't tell.  There's no

10    context between Ethan Raymond and Scott Renfro and   03:05:58

11    John Biesnecker.

12        Q.  Who is Ethan Raymond?

13        A.  I don't know.

14        Q.  Okay.  And, in general, what I'm focusing

15    on in this document and relates just to definition   03:06:23

16    of user identifiable information.

17            And the first question is, Ethan Raymond

18    apparently is raising questions about what UII is.

19    And do you see where he cites a couple internal Web

20    links there.                                         03:06:43

21            Right in the very top of the page,

22    there's "█████████████████

      ██████████████████████████████████████████████████

24    then under that there's the ████████████████

25            Do you see that?                             03:06:55
```

Page 164

```
 1        A.   The ███████████████                        03:07:01

 2        Q.   Yes.

 3        A.   I do see that link, yes.

 4        Q.   Yes.

 5             What is "██████████████                     03:07:04

 6        A.   As we talked about earlier, in the

 7   ████████ page, ██████ a tool that looks at

 8   ███████████████████████ in a table in ████ and

 9   looks ████████  Does so through ███████████████████

██   █████████████████████████████            ████████████

██          ███████████████████

12        Q.   So -- I'm sorry.

13        A.   ██████████████ would be how some of that

14   logic is built and what it's looking for.

15        Q.   So is ████ a tool?                          03:07:36

16        A.   ████ is a software tool.

17        Q.   And do you know --

18        A.   The pieces --

19        Q.   I'm sorry.  I just can't -- I can't tell

20   when you're done speaking.  I apologize.  I'm not     03:07:48

21   trying to interrupt you.

22        A.   A piece -- it's a -- it's a -- it's a

23   piece of software specifically built for looking

24   ███████

25        Q.   And when did it first come into use?        03:08:01
```

Page 165

```
 1        A.   I know that it's been around a while.  I        03:08:10

 2   don't remember exactly when that tool started.  I

 3   know that it predates ████ based on this document.

 4        Q.   Yes.

 5             And were you just looking for that answer        03:08:23

 6   in another document in front of you?

 7        A.   I was double-checking my notes from

 8   earlier this morning to see if I had made note of

 9   that.

10        Q.   I see.  Okay.                                    03:08:32

11             And what do you -- well, strike that.

12             How does ██████████████████████████

13   and who received reports of it?

14             MR. BLUME:  Objection.  Form.  And scope.

15             THE DEPONENT:  Well, as I'm reading this        03:08:47

16   example -- or as I'm reading this document, ███ was

17   not specifically written to ████████████████

██   ██████████    And if I'm looking at the example of

19   this document, these were separate examples where a

20   question was asked, do we have a standard and          03:09:11

21   comprehensive definition of exactly what PII is at

22   Facebook.  I've looked at the following links which

23   give general definition of examples of PII.

24             And so the ████████ doesn't ████████

██   ███████████████    ███ proactively within policy       03:09:25
```

Page 166

```
 1   ███████████████████                             03:09:29

 2        Q.   (By Ms. Weaver)  I understand.

 3             But apparently there was a document

 4   created and was available in ███ called ██████

 5   ███████████ is that how you interpret that?       03:09:47

 6             MR. BLUME:  Objection.  Form.  And scope.

 7             THE DEPONENT:  Once again, if I -- if I

 8   look to the document, as this is written -- and I

 9   want to make sure maybe that we're reading the same

10   thing.                                            03:09:57

11             At the -- towards the bottom of what

12   looks like a paragraph break, there is -- it says

13   "Question 1: Do we have a standard & comprehensive

14   definition of" exactly what Face- -- what ███ --

15   "what exactly" ████████████ at Facebook?  I" --    03:10:10

16   being Ethan Raymond -- "have looked at the

17   following links, which give general definitions or

18   examples of ██████

19        Q.   (By Ms. Weaver)  Right.

20        A.   And I see a star, which would be a        03:10:22

21   bullet, "[General definition]."  I see another star

22   that -- "[What counts as █████████████]," which is

23   the ██████████████ you're referring to.

24             And then I see a third star, which would

25   be ██████████████ which are -- these are just       03:10:36
```

| | | |
|---|---|---|
| 1 | separate examples of pages this person had read. | 03:10:40 |
| 2 | They're -- | |
| 3 |     Q.   Right.  I understand. | |
| 4 |     And right before that third star, do you | |
| 5 | see the words ███████████████ | 03:10:50 |
| 6 |     A.   I do.  I see that as part of the URL. | |
| 7 |     Q.   Right. | |
| 8 |     A.   Associated -- that is the Wiki URL | |
| 9 | associated with | |
| 10 | "(https://our.internmc.facebook.com/intern/wiki/Con | 03:10:58 |
| 11 | tent_Policy/CO_Resources/Known_Questions/" -- and | |
| 12 | the #9 dot, in Wiki terms, would link directly to | |
| 13 | question 9.  And 9 -- the 9th question was | |
| 14 | "_Privacy_Violations." | |
| 15 |     Q.   Understood. | 03:11:27 |
| 16 |     That's exactly what I was trying to lay | |
| 17 | out. | |
| 18 |     So that document lists ██████████ | |
| 19 | ████████████  but you think it's not in █████ is that | |
| 20 | right? | 03:11:38 |
| 21 |     A.   Those are entirely separate bullets. | |
| 22 | That page is what counts as ██████ █████████ | |
| 23 |     Q.   Got it.  Okay.  Great.  Moving on. | |
| 24 |     A little bit lower, do you see -- | |
| 25 |     A.   Yeah. | 03:11:49 |

Veritext Legal Solutions
866 299-5127

1      Q.    -- where Scott Renfro wrote we --                03:11:49

2   "Instead, we long ago started using this term █████

3   ██     ████████████████████████████████

4      A.    Yeah.

5      Q.    And he said "Generally, we try to avoid          03:12:00

6   the use of the ███████ altogether because there

7   are too many different interpretations, including

8   an especially large split between the ██████████

9   ██   ████████████████████ about the definition."

10      I switched those sentences around, but            03:12:17

11   you see them, right?

12      A.    I do see them.

13      Q.    Okay.  And so do you understand, if ███

14   includes not only the ███████████████████

15   ██   █████████████████████████ but                   03:12:30

16   also includes █████████████████ and other

17   things that might -- may ██████████████?

18      A.    I do see that.

19      Q.    Do you agree with that?

20         MR. BLUME:  Objection.  Form.  Scope.           03:12:47

21         THE DEPONENT:  I -- I do.  And I actually

22   think this is -- I do want to -- I do want to call

23   out something specific in that sentence as well.

24   Because I think while we were talking about cookies

25   before the break, one of the things that's really     03:12:58

                                                       Page 169

1    important in the distinction here, that I did            03:13:01

2    prepare for, are how cookie values are handled by

3    the deletion process.

4         We don't store the cookies themselves.

5    Cookies only exist on a Web browser.  Whereas, the        03:13:11

6    cookie values themselves, like when a -- like the

7    datr cookie contains a set of information.

8         One of the pieces of information in there

9    would be the datr key itself, which I talked about

10   from my own personal experience.  But in my              03:13:30

11   preparation, when that key is stored and it is

12   something that is potentially user identifiable,

13   the handling of that would be UII as stated here.

14   So this is consistent with my understanding.

15        Q.   (By Ms. Weaver)  Okay.  And just to            03:13:45

16   clarify the record, is it your understanding that

17   ███████████████████████████ includes not only

18   ██████████████████████████████████

     ████████████████, but also includes ███████████████

     ████████ and other things that ████████████████        ████████████

     ████████

22        A.   Yeah.  The important qualification there

23   being that ████████████████████████

24        Q.   Okay.  Great.

25        And then do you see a little lower,                 03:14:13

                                                              Page 170

```
 1    there's another message from Mr. Renfro at          03:14:18

 2    7:42 a.m., and he says -- I'm sorry, at

 3    1:28 p.m. -- it's very -- down at the bottom.

 4            He's referring -- it -- it says "Not

 5    really. ███████████████ a subset of User Data."   03:14:39

 6            Do you see that?

 7        A.   I do see that.

 8        Q.   And what is ████████

 9            MR. BLUME:  Objection.  Form.

10        Q.   (By Ms. Weaver)  You know, if you need to   03:15:17

11    read it, I can -- I -- I could try to sort of jump

12    ahead, but I can go back.

13        A.   Yeah, I'm -- I'm -- I'm --

14        Q.   That's fine.

15        A.   -- reading the rest of the context, so...   03:15:23

16        Q.   Yeah.  Let me read it to you.

17            So at 7:42 a.m. Scott Renfro writes

18    "There's also been some work to identify user data

19    by ██████████████████ by looking at all the

20    types ████████████████ when a user account is        03:15:35

21    deleted."

22            Do you see that?

23        A.   Yeah.  I'm -- I am reading further up in

24    the document to make sure I've got the right

25    context for how this is being referred to.           03:15:44
```

Page 171

```
 1        Q.   Excellent.                              03:15:46

 2             And so the question, when you're ready,

 3   is what is ████████

 4             MR. BLUME:  Objection.  Scope.  Form.

 5   And scope.  I'm sorry.                            03:16:12

 6             THE DEPONENT:  Yeah.  My understanding of

 7   what ██████ is, is that it -- it is a

 8   classification.  I -- I don't know the taxonomy for

 9   that classification.  And it -- it -- so that

10   certain types of actions and what that data may be. 03:17:39

11             How they are referring to it in this

12   context, I am unfortunately not familiar with.

13        Q.   (By Ms. Weaver)  Did you discuss this

14   with Mr. Renfro in preparation for your deposition?

15        A.   We did not --                           03:17:50

16             (Court Reporter initiates discussion off

17   the stenographic record.)

18             THE COURT REPORTER:  John, can you go off

19   the record?

20             THE VIDEOGRAPHER:  Yeah.                 03:18:11

21             We're off the record 3:18 p.m.

22             (Recess taken.)

23             THE VIDEOGRAPHER:  Okay.  Back on the

24   record.  It's 3:19 p.m.

25        Q.   (By Ms. Weaver)  Great.                 03:19:23
```

Page 172



```
 1              And so looking a little bit lower back to      03:19:25

 2    Mr. Renfro was writing at -- July 10th, at

 3    1:28 p.m.

 4              He says "Not really. ████████████ is a

 5    subset of User Data.  It's sensitive in the context    03:19:38

 6    ██████ works in because it's User Data.

 7    Basically, ████████████████   ██████████ subset

 8    of User Data.  User Data is what we usually care

 9    about unless we care just about things that are

10    █████████████████████████████████████████████████     03:19:54

11    care about."

12              Do you see that?

13        A.    I do see that sentence or paragraph.

14        Q.    Do you agree that ███████████████████

15              MR. BLUME:  Objection.  Form.  And scope.    03:20:10

16              THE DEPONENT:  Based -- based on this

17    paragraph, PII, as Scott had mentioned prior in

18    this document -- Mr. Renfro -- has a variety of

19    definitions.

20              ██████████████████████████████   ████████

      ██████████████████████████████████████

      ████████████████████████████████

      ████████████████████████████████████████

      ████████

25        Q.    (By Ms. Weaver)  Great.                      03:21:01
```

Page 173

```
 1              And so looking at Exhibit 340, the "User     03:21:01

 2    Data Deletion Policy," when it refers to user data,

 3    we unfortunately have not been produced the

 4    document at the hyperlink to user data in

 5    Exhibit 340, and we just received this document --   03:21:14

 6    I think they were loaded Saturday morning.

 7              But for the -- what is your definition of

 8    user data, as used in this policy?

 9        A.   As used in this policy, I would expect it

10    to include all user-generated content and user      03:21:42

11    identifiable information.

12        Q.   Does it include user identifiers as well?

13        A.   As -- as I -- as I just said, it would

14    include user-generated content and user

15    identifiable information.  And the -- the term      03:21:57

16    "user identifiable information" implies that the --

17    that the information itself could be used as

18    identifiable to an individual.

19        Q.   Right.

20              And just to be specific, and to be clear,  03:22:15

21    does it also include like ███████████████████

      ████████████████████████████████████

23        A.   There is only one canonical user

24    identifier that matters and that's the user ID,

25    FBID, UID that -- the same single user identifier   03:22:38
```

Page 174

1    is the one that matters most.                    03:22:44

2            And I couldn't answer the question

3    identifiers just previously in -- in -- as that

4    is -- that is too generic use of the term.

5            We -- because of ███████████ and      03:22:54

6    because of after somebody deletes their account,

7    the ███████████████ no longer user

8    ████████ as that ████████████████████

9    nor is it ████████████.  It -- it's -- it's not

10   ████                                             03:23:14

11       Q.   Is it user data?

12            MR. BLUME:  Objection.  Form.

13            THE DEPONENT:  Can you ask a complete

14   question.  I want to make sure I understood the

15   question you're asking.                          03:23:37

16       Q.   (By Ms. Weaver)  Are the actual

17   identifiers we just discussed, user data, do they

18   fall within your definition of user data?

19       A.   We just discussed two.  So I want to make

20   sure I'm answering the right ones.               03:23:51

21            The ████████████████ is user

22   data.  And when an account is deleted, that --

23   that's ████████████

24            The RID, while an account is active, is

25   UII, because there is a mapping from the RID to the  03:24:13

                                                  Page 175



1    ███  Once an account is deleted is ███████        03:24:18

2    as it is no ████████████████████

    █   ███████████████

4        Q.   Is the ███ -- well, it's user data and

5    UII?                                            03:24:40

6           MR. BLUME:  Objection.  Form.

7           THE DEPONENT:  The SID, while an account

8    is active,████████████████.  Once an account

9    is deleted, it is ████████████████████████

    █   ███████████████                             03:25:13

11       Q.   (By Ms. Weaver)  And is the ASID, UII or

12   user data?

13       A.   The ██████████   While an account is

14   active and a consumer of a ████████████████

    █   ███████████  or if given permission and consent to    03:25:29

16   a third-party developer to use that, the ███████

    █   ██████ -- is the ████████████████████████

    █   ██████████████████████████identifier

19   that is given to ████████████████████

    █   ████████████████████████████.  And it         03:25:51

21   is unique ████████████████ and to that --

22   that █████████████████████████████

23          It is not identifiable externally.  It is

24   only identifiably intern- -- identifiable

25   internally to internal Facebook developers.  And as    03:26:11

                                            Page 176

```
 1    long as that ███████████████ is there, it        03:26:16

 2    is ████████ in that sense.

 3             It's intentionally made because we don't

 4    give the ████████████████████████████

 ■    ████████████████████████ everything,             03:26:28

 6    to ██████████████ because if a user

 7    de-activates the application or terminates their

 8    connection with that third-party developer, ██████

 ■    ████████████████████████

 ■    ██████████  And the FBID has no meaning -- or     03:26:47

11    sorry -- the ████████████████████

 ■    ██████████████.

13        Q.   So -- I'm sorry.

14        A.   So while the user is active and using the

15    ████████████ is ██████████████ internally.        03:27:01

16    And once that ██████████████ or once the

17    user deletes their account, it is ████████████

18    internally.

19        Q.   Is the ASID still in use?

20        A.   The ASID is still in use --              03:27:20

21        Q.   And when was it --

22        A.   -- to best of my knowledge.

23        Q.   And when was it first used?

24             MR. BLUME:  Objection.  Form.

25             THE DEPONENT:  As I didn't prepare for    03:27:36
```

Page 177

1    the third-party application as much, but rather,        03:27:37

2    the use of those identifiers in deletion, I don't

3    know that I prepared for that date.  But I'm

4    double-checking in my notes.

5            (Exhibit 352 was marked for                     03:27:46

6    identification by the court reporter and is

7    attached hereto.)

8            MS. WEAVER:  And while you're checking,

9    we have marked as Exhibit 352, a document your

10   counsel produced to us and said you would be            03:27:54

11   prepared to discuss today.

12           It's bearing Bates number ADVANCE-META-8

13   through -9, and the title is "App-Scoped ID (ASID)

14   Conversions."

15           THE DEPONENT:  I see that that document          03:28:16

16   is loaded now.

17       Q.   (By Ms. Weaver)  Do you know when the

18   ASID was first used at Facebook?

19       A.   I'm still reading the document.

20       Q.   I'm just -- before you're looking at the       03:28:29

21   document, I'm just asking, do you know when the

22   ASID was first used at Facebook?

23       A.   I do not know when it was first used at

24   Facebook.

25       Q.   And if you were going to find out, how         03:28:38

                                                    Page 178

```
 1    would you find out?                               03:28:40

 2         A.   I would look to -- the -- the source of

 3    record would be the code -- the code associated

 4    with app source, app-scoped IDs.

 5         Q.   It's knowable, though, right?           03:29:07

 6              MR. BLUME:  Objection.  Form.

 7              THE DEPONENT:  It should be.

 8         Q.   (By Ms. Weaver)  Okay.

 9         A.   It should be.

10         Q.   Take a moment and let me know when you've   03:29:13

11    had a moment to look at Exhibit 352.

12         A.   Okay.

13         Q.   Did you review this document in

14    preparation for your deposition?

15         A.   I did.                                  03:30:25

16         Q.   And what is it?

17         A.   It is a Wiki page titled "App-Scoped ID

18    (ASID) Conversions."  It's Revision 24784904 in the

19    Wiki.

20         Q.   Okay.  And do you see where it says     03:30:57

21    "There are two directions for ASID

22    ███████████████████.  The first one is going from

23    ██████████ and the second is going in ████████████

█     ████████████████████████

25              Do you see that?                        03:31:09
```

Page 179

```
 1        A.   I do.                                    03:31:13

 2        Q.   And underneath that in a bullet point it

 3   says ████████████   Privacy SEV that should be

 4   fixed ASAP."

 5             Do you see that?                         03:31:21

 6        A.   I do see that.

 7        Q.   What is -- what is SEV?

 8        A.   That is a SEV.

 9        Q.   And what does it stand for?

10        A.   It is -- it -- it is its own noun at     03:31:33

11   Facebook.  And a SEV is an incident with some

12   level of -- there is a -- it is a -- it's -- it's

13   our system for tracking things that need to be

14   fixed, and a scale of prioritization attached to

15   it.                                                03:31:57

16        Q.   Okay.  And looking a little lower, do you

17   see it says "ASIDs.  The intention of ASIDs is to

18   provide 3rd-party applications with ████████████

██   ████████████████████████████████████

20             Do you see that?                         03:32:17

21        A.   I do see that.

22        Q.   And that's why ASIDs were created; is

23   that right?

24        A.   That is my understanding, yes.

25        Q.   And then below it says ████████████      03:32:25
```

Page 180

```
 1   ███████████████████ programmatically at scale is bad        03:32:27

 2   and should be considered a privacy SEV."

 3           Do you see that?

 4       A.   I do see that.

 5       Q.   And is that true?                                   03:32:38

 6       A.   That is -- that is true.

 7       Q.   Okay.  And a little lower it says

 8   "Example of Exploitation.  A way this could be

 9   exploited is if ███████████████████████████

██           ███████  █████████████ able to be             03:32:52

11   programmatically exploited, ████████████████

██           ████████████████████████ in order to

13   █████████████████████████████████████

14   which would be bad for a couple of reasons.  1. It

15   would violate users' privacy.  2. It would remove       03:33:07

16   ███████████████████████████████████ developers

17   could just ███████████████████████

18           Do you see that?

19       A.   I do see that.

20       Q.   And is that true?                               03:33:19

21       A.   Is -- I -- the words that you read are --

22   are on the page, that is true.

23           I think what is -- I -- can you tell me

24   what you're asking?

25       Q.   Yeah.                                           03:33:36
```

Page 181

```
 1              Is it true that if apps started sharing          03:33:36

 2    data with each other, developers could start

 3    sharing and compiling data, which would violate

 4    users' privacy, and remove dependence on Facebook

 5    Growth and Ads, if developers just circumvent them?      03:33:47

 6        A.    Yeah.

 7              What I -- what I read this as is a

 8    theoretical explanation of how this could be

 9    exploited if somebody were to do this kind of

10    mapping, and to reinforce the importance of why          03:34:02

11    this happens.

12              This is consistent when -- this is the

13    type of example that's written in regularly in

14    security documentation and other things so that

15    there is an understanding of what could be              03:34:17

16    exploited.  So that people have an understanding of

17    what they're trying to build defenses against when

18    they're -- when they're building tools and

19    safeguards.

20        Q.    Okay.  And looking at the last page and        03:34:29

21    the last paragraph, do you see there's a sentence

22    in bold?

23        A.    I do see that sentence in bold.

24        Q.    Could you read it, please.

25        A.    Sure.                                          03:34:50
```

Page 182

```
1              I'd like to read it in context.              03:34:50

2          So the section is "████████ is not

3    ideal.  Ideally, applications should only have ████

4    ████████ explicitly granted them by" user -- "by

5    the user permissions.  In this case, the ability     03:35:03

6    for the application to ████████████████████

7    ████████████ is not problematic because the user

8    is knowingly granted permission to this

9    application."

10             THE COURT REPORTER:  Hold on.  Hold on.     03:35:09

11             THE DEPONENT:  "At this point" --

12             THE COURT REPORTER:  You're going to have

13   to read slower, please.

14             THE DEPONENT:  Oh.

15             THE COURT REPORTER:  You need to read       03:35:17

16   slower.

17             THE DEPONENT:  Apologies.  I can start

18   over.

19             THE COURT REPORTER:  No need.  Just

20   please read slower.                                   03:35:20

21             THE DEPONENT:  Okay.

22             "In this case, the ability for the

23   application to ████████████████████████

24   ████████ is not as problematic because that user

25   has knowingly granted permission to this              03:35:42
```

Page 183

```
 1    application.  At this point, the ability for the          03:35:44

 2    application to █████████████ is basically

 3    redundant.  The bigger problem is making sure" that

 4    ████████████████████████ without permission in the

 5    first place."                                              03:35:58

 6         Q.   (By Ms. Weaver)  And do you have an

 7    understanding as to why ASIDs were created in the

 8    first place?

 9         A.   The███████████ is the canonical source

10    of truth for the user -- ████████████.  And           03:36:17

11    as we introduce third-party developers, having the

12    ability to have ████████████ that are ██████████

█     ████████████████ without having to give them the

14    ██████████ meant that that never had to be

15    shared with them as the default state.                     03:36:41

16         And it also meant that when a user would

17    terminate their relationship for any reason with

18    the third-party developer, that they would not have

19    the user identifiable information of a UID by

20    default as a part of that process.                         03:37:00

21         (Exhibit 354 was marked for

22    identification by the court reporter and is

23    attached hereto.)

24         MS. WEAVER:  We'll go ahead and mark

25    Exhibit 302 -- oh, strike that.  Actually, tab 31.        03:37:18
```

Page 184

```
 1              And for the record, it's a rather large      03:37:38

 2    file.

 3              Tab 31 bears the

 4    Bates numbers PwC_CPUP_FB00020372 through -381.

 5              And I'm only going to ask you questions       03:37:53

 6    about some specific pages.

 7         A.   Okay.

 8              What is the exhibit number again?

 9         Q.   I believe it will be 354.

10              But, again, it's large, so it's probably      03:38:32

11    taking a moment.

12         A.   There it is.

13              I know this is on the record.  It's

14    really hard when the mouse scroll goes the opposite

15    direction you're used to.  Just have to, for the       03:39:35

16    record, say that.

17         Q.   Are you left-handed or is it --

18         A.   I'm -- I'm usually left-handed, but it's

19    like when you scroll up, it goes down and in the

20    opposite --                                             03:39:46

21         Q.   Oh, yeah.  Let's get it --

22         A.   I do have it open now.

23         Q.   Great.

24              So you can flip through it.

25              The first question is, what is             03:39:55
```

Veritext Legal Solutions
866 299-5127

```
 1    Exhibit 354?                                       03:39:56

 2           And I'll tell you, I'm going to ask

 3    you -- well, let me know when you're ready.

 4       A.   Okay.

 5           In answering the question of what this       03:42:05

 6    is, it is an email from Spencer Kindt to

 7    Louis C. Larrus.  Spencer Kindt from Facebook,

 8    Louis C. Larrus of PwC, dated 10/9/2013.

 9           And I don't know whether the right phrase

10    would be montage or potpourri of code samples,      03:42:33

11    screenshots, emails, user ID, examples from a

12    cvikram.  Content that was in a Box folder and the

13    PDF containing all the contents of that folder.

14       Q.   Okay.  And so is it fair to say that code

15    begins on or around page -1260 -- the page ending   03:43:01

16    at -1260 in the document?

17           MR. BLUME:  Objection.  Form.

18           THE DEPONENT:  It depends on your

19    definition of code.  There's a -- there's some code

20    on page 12 and 13.                                  03:43:23

21       Q.   (By Ms. Weaver)  When you say 12 and 13,

22    would you mind using the Bates number?

23       A.   Oh, I apologize.

24       Q.   No problem.

25       A.   I'm using the page number.                  03:43:34
```

Page 186

1     Q.   Yeah.                                        03:43:36

2     A.   There is a chronscript on

3   Bates page -21261.

4     Q.   Great.

5     A.   And then actual page v code starting on     03:43:46

6   -21262.

7     Q.   What's a chronscript?

8     A.   It's a script that runs on a -- on a

9   regular basis with a schedule.  And so it's -- it's

10   a -- it's a scheduling tool for scheduling jobs.    03:44:05

11     Q.   Is ███████████ a chronscript?

12           MR. BLUME:  Objection.  Form.

13           THE DEPONENT:  What I'm looking at on

14   this page is not ████████.  It's the

15   ██████████████████ that's highlighted on line 73 on   03:44:28

16   that page.  That was scheduled to run at 5 after

17   2:00 a.m., 8:00 a.m., 2:00 p.m. and 8:00 p.m. every

18   day.

19     Q.   (By Ms. Weaver)  Understood.

20           But is ██████████ also a chron- --         03:44:46

21   chronscript but runs routinely, or how does it run?

22     A.   It is a process that is called --

23   I don't -- I don't know the -- I don't know if --

24   that it's specifically run ██████████ because it's

25   an ████████████████████████████████, as             03:45:01

                                                   Page 187

```
 1    opposed to this being older in our infrastructure        03:45:04
 2    where the way to ███████████████████████
 3         Q.   Okay.  And how are they scheduled now?
 4         A.   I didn't specifically prepare for that.
 5              But just -- it's -- we have more modern        03:45:17
 6    tools that -- as -- as opposed to chronscripts that
 7    ran in this way.  So that we can monitor when they
 8    start, that they start, validate that they start
 9    and -- and get completions.
10              I just don't remember the name of the          03:45:29
11    tool that's built for that.
12         Q.   Thank you.
13              And you said then code begins at
14    page -262; is that right?
15         A.   That is correct.                               03:45:39
16         Q.   And what's your understanding of why code
17    was being provided to PwC here?
18              MR. BLUME:  Objection.  Form.  Beyond the
19    scope.
20              THE DEPONENT:  I -- I don't see any            03:45:51
21    context on -- the only context I see in the email
22    is "Here's the latest stuff from Box."
23         Q.   (By Ms. Weaver)  Okay.  And are you
24    prepared to discuss today how data is associated
25    with users through pixels?                               03:46:10
```

Veritext Legal Solutions
866 299-5127

```
 1              MR. BLUME:  Objection.  Form.              03:46:19

 2              THE DEPONENT:  Could you be more

 3     specific in -- in the question.

 4         Q.   (By Ms. Weaver)  I don't know how to be

 5     more specific.                                       03:46:28

 6         A.   Okay.

 7         Q.   The topic identified was -- included

 8     Facebook's processes of association of user data

 9     and information, and I had expressly emailed about

10     pixels.                                              03:46:41

11              Are you prepared to talk about how pixels

12     function?

13         A.   Do you have -- if you've got a specific

14     question, I can let you know if I'm prepared for

15     that or not.  I believe I'm prepared, but...         03:46:54

16         Q.   Sure.

17              Turn to the Bates number ending in

18     -303 -- I'm sorry.  -305.

19         A.   I'm at -305.

20              I will quickly read this.                   03:47:42

21         Q.   Sure.

22         A.   Okay.  I've read this page, which appears

23     to be a proposal to the privacy XFN board.

24         Q.   And what is the ███████

25         A.   In here, it's identified as an ███████      03:49:25
```

Page 189

1     ██████████████████                                    03:49:29

2          Q.   Are you familiar with ████ other than

3     this document?

4          A.   I'm not.

5          Q.   Okay.                                        03:49:35

6          A.   I have not come across that.  I -- I also

7     don't know if this was adopted or not, as this was

8     a proposal.

9          Q.   Okay.  Why don't we turn to the page

10    ending at -307.                                        03:49:49

11         A.   Okay.

12              Okay.

13         Q.   Do you need a second to review it?

14         A.   I'm reviewing it right now.

15         Q.   Are you familiar with the process of        03:50:33

16    ████████████████████████  between Facebook and

17    data partners?

18         A.   I am in personal experience.

19         Q.   And what do you know about it?

20         A.   I know that we've -- for -- how I'm          03:51:02

21    familiar with it is how we've integrated in the

22    past for types of privacy safe matching similar to

23    what's proposed here is -- is -- is what's been my

24    experience and what I'm familiar with it around it.

25         Q.   Okay.  When are you aware that ████          03:51:33

                                                   Page 190

1   ███████████████████████████████████████   ██████████

    ██   █████████

3        A.   I do not know.

4             MR. BLUME:  Objection.  Objection.  Form.

5        Q.   (By Ms. Weaver)  Do you know if it's            03:51:45

6   still going on?

7             MR. BLUME:  Objection.  Form.  Scope.

8             THE DEPONENT:  I do not know.

9        Q.   (By Ms. Weaver)  When data was received

10  from data brokers and then matched to Facebook          03:51:58

11  data, where did that data go and how -- and is it

12  part of the deletion process?

13            MR. BLUME:  Objection.  Form.

14            THE DEPONENT:  Third-party data for the

15  deletion process has its -- has its own retention       03:52:24

16  policy.  It's also stored in a way that it

17  itself is not directly identifiable but can only be

18  matched with a series of hashes.  And so it,

19  itself, by itself, is not user identifiable, as

20  it's stored, hashed in ways similar to what is          03:52:48

21  described in this example.

22            It would require there to be an exact UII

23  that has been hashed to see if it matches with the

24  existing hashed storage.

25       Q.   (By Ms. Weaver)  And is that data then         03:53:08

                                              Page 191

1    associated with a specific user in a way such that          03:53:11

2    if it were -- well -- is hash -- no, strike that.

3            Is matched data re-associated with

4    Facebook users through pseudonymize --

5    pseudonymized identifiers at some point?                     03:53:30

6            MR. BLUME:  Objection.  Form.  And scope.

7            THE DEPONENT:  The -- and just speaking

8    from personal experience on that, the -- and to

9    walk through and give a synthetic example of what a

10   hash is, to help explain that, because I don't              03:54:02

11   think I can answer that question -- and maybe you

12   can ask it slightly different after I explain how a

13   hash works.

14           If my name is Mike and I hash that, that

15   hash might end up with 7654321 as the number that           03:54:15

16   represents what Mike was.  That 7654321 is what

17   would be stored.  It is not UII.  It's not

18   identifiable.

19           If I wanted to match, to see if something

20   matched for Mike, I wouldn't be able to attach Mike         03:54:40

21   and say that.  I would need to generate a hash and

22   then see if the hashes match.

23           And so as 7654321 is not user

24   identifiable, it wouldn't -- there -- there --

25   it -- it wouldn't -- it would fall under natural            03:54:59

Page 192

| | | |
|---|---|---|
| 1 | del- -- or retention policies, but would be stored | 03:55:03 |
| 2 | in that context -- or in -- in its form.  And there | |
| 3 | wouldn't be a need to de-identify it, as it's not | |
| 4 | user identifiable information in the hash itself. | |
| 5 | And so could you clarify the question you | 03:55:19 |
| 6 | were asking? | |
| 7 | Q.   (By Ms. Weaver)  Is that data then, at | |
| 8 | some point, later re-associated with Facebook | |
| 9 | users? | |
| 10 | MR. BLUME:  Objection.  Form. | 03:55:43 |
| 11 | THE DEPONENT:  In this third-party data | |
| 12 | example, we wouldn't have the salt or the key to | |
| 13 | unlock the hashes.  We would only be able to match | |
| 14 | if we had that same data and put it in a similar | |
| 15 | hash to then see if it matched.  And so | 03:56:05 |
| 16 | prohibitively by itself there isn't re-association | |
| 17 | on data itself in that form because we don't | |
| 18 | possess the key to it in the scenario that's -- | |
| 19 | that's on the document in front of me. | |
| 20 | Q.   (By Ms. Weaver)  Setting aside what's in | 03:56:23 |
| 21 | the document in front of you, do you know if | |
| 22 | Facebook, at any point, acquired the key to be able | |
| 23 | to re-identify such data back to Facebook users? | |
| 24 | MR. BLUME:  Objection.  Form.  And scope. | |
| 25 | THE DEPONENT:  I'm not aware. | 03:56:41 |

Page 193

```
 1              MS. WEAVER:  Okay.  Let's mark           03:56:45

 2    Exhibit 302 [sic].  And actually -- actually, while

 3    that's loading, mark tab 88.

 4              (Exhibit 355 was marked for

 5    identification by the court reporter and is         03:57:20

 6    attached hereto.)

 7              MS. WEAVER:  Sorry, Josh.  I hit you with

 8    two at once.

 9              THE DEPONENT:  While those are loading,

10    may I take a few-minute break?                      03:57:37

11              MS. WEAVER:  Yes.  Why don't we go off

12    the record.

13              THE VIDEOGRAPHER:  Okay.  We're off the

14    record.  It's 3:57 p.m.

15              (Recess taken.)                           03:58:01

16              THE VIDEOGRAPHER:  Okay.  We're back on

17    the record.  It's 4:14 p.m.

18        Q.   (By Ms. Weaver)  In -- Mr. Clark, you

19    understand you're still under oath, correct?

20        A.   Yes, I do.  Yes.                           04:14:55

21              MS. WEAVER:  In your absence, we marked

22    Exhibit 356.

23              (Exhibit 356 was marked for

24    identification by the court reporter and is

25    attached hereto.)                                   04:15:01
```

Page 194

```
 1              MS. WEAVER:  And for the record, it bears     04:15:03

 2    Bates numbers ADVANCE-META-23 to -25, and reads

 3    "███████████████" on top.

 4              THE DEPONENT:  Okay.

 5       Q.   (By Ms. Weaver)  What is Exhibit 356?          04:15:16

 6       A.   356 is a Wiki page from the internal

 7    Facebook engineering Wiki titled ████████████████

 8    ████████████████████████████  And it's

 9    Revision No. 51885342.

10       Q.   And what is -- and what does the document      04:15:47

11    reflect, in general?

12       A.    It's talking about the -- as part of the

13    overall deletion framework, there -- the -- the --

14    just -- the workers of the deletion framework that

15    actually do the deletion, from a software            04:16:03

16    perspective, are called deleters.  And this walks

17    through -- talking through what deleters are and

18    examples of what those deleters are.

19       Q.   And do you see a reference to "recording

20    of restoration data" here?                           04:16:19

21            It's the second bullet.

22       A.   The second bullet under "What Do They

23    Do?"

24       Q.   Yes.

25       A.   Yes, I do.                                    04:16:37
```



1      Q.   What is the recording of restoration          04:16:37

2   data?

3      A.   As the deletion process kicks off, the --

4   the broader deletion framework, if I were to

5   ██████████████████████ almost simul- --           04:16:51

6   almost instantly███████████████████████████

7   ████████████  the Facebook application or

8   Facebook platform.

9          But there's a lot of work to do behind

10  the scenes for these ████████████████████  ████████

11  ████████ Like for ████████████ not just ██████

12  ██████████████████████████████████████████████

13  ████████████████████

14         And so in the process of making that

15  ████████████████I'm -- as a user, I'm given       04:17:22

16  a period of time that I can choose not to delete or

17  reactivate my account ████████████████████████

18  And so in order to be ████████████████  I need

19  to know what the ████████████████████████

20  ███████████████████.                               04:17:41

21     Q.   Okay.  Got it.

22         And looking, just for a second, back at

23  347, ████████████████████████████

24  ████████████████  ██████████████████████

25  ████████████████████████████████           04:18:01

                                     Page 196



```
 1   ██████████████████████████████████████    ████████

 █   ████████████████

 3          MR. BLUME:  Objection.  Form.

 4          THE DEPONENT:  Could you -- could you ask

 5   that one more time.  And I'm -- I'm -- I want to         04:18:20

 6   make sure I understand it.

 7      Q.   (By Ms. Weaver)  Once an ████████████████

 █   ████████  is it possible to reach all of the data by

 9   searching for the ████████████  previously would

10   have been able to find with -- strike it.  Let me       04:18:37

11   try it again.

12          Once an ██████████████████  is it

13   possible to reach all of the data using the ████

14   that you might have been able ████████████████████

██   ████████████                                           04:18:59

16          MR. BLUME:  Objection.  Form.

17          THE DEPONENT:  Okay.  It -- that feels

18   like two questions because I want to make sure I

19   answer that.

20          And so the first part is, when a ████████    ████████

██   ████████████████  is the moment an ████████

22   created and so that's -- that's from -- from day

23   one.  No ██████████████  has occurred at that

24   point because the ████████████  haven't happened.

25          After ██████████  activity, things that        04:19:32
```

Page 197

```
 1    are -- some of the metadata -- and just the          04:19:37

 2    metadata that ████████████ would have █████████

 3    run against it at -- at -- so it's done by ████████

 4    So at ████████ it would kick off, and the ████████

 █    ███████████████████ in logs or some of that kind of   04:19:57

 6    information in █████

 7            And the question was, can the ███ be used

 8    to ███████████████ information?

 9            While an account is active

10    █████████████████ allows for the █████████████████    ██████████

 █    ████████ The active process of ███████████████n or

12    █████████████████████████ occurs when an

13    account is deleted.  And so once that account is

14    deleted, that ████ is not █████████ because there is

15    only the one point of ████████████ the █████████       ██████████

 █    ████████ that we had spoken about, that is the only

17    ███████████████████████ And so it's not ███████████

 █    █████████

19            It also like from a -- from a privacy

20    perspective, would go against any violation to         04:20:59

21    maintain any other mapping.  And that's also at the

22    heart of the rationale why we go through and

23    eliminate UII from these files as well to prevent

24    that mapping from -- from -- from -- that user

25    identifiable information from being able to make       04:21:22
```

Page 198

```
 1       that identity in any way.                          04:21:24

 2            Q.   (By Ms. Weaver)  Okay.  I guess my

 3       question was a little unclear.

 4            At any point prior to the time the

 5       account is deleted, is the ██ perfect ████████    04:21:40

 6       for the ████ terms of the scope of the data ██

 █       ████████████████                                  

 8            A.   The ██ █ the scope of the data it

 9       ██████████████

10            The ██ is only in data that sits in ███      04:22:04

11       that has been ████████  And so I don't know what

12       you mean by the "scope of the data."

13            Q.   Okay.  For the -- I'm going to ask some

14       ugly questions, and then I'll try to clean it up

15       later and try to communicate with you.            04:22:22

16            A.   Okay.

17            Q.   So what I'm trying to understand is --

18       yes, let's limit it to the ████████ data in ███

19       ████████████████████

20            Is there any way in which, when the ███   ████████

 █       ████████████ there is some subset of the data

22       within ████████ that cannot █████████████████

 █       ████████████████████

24            That's what I mean by perfect substitute.

25            Does that make sense?                         04:22:49
```

Page 199

```
 1            MR. BLUME:  Objection.  Form.              04:22:51

 2            THE DEPONENT:  It -- I think it does.

 3    And that scenario is intentionally -- like that

 4    that's why the product is architected the way it

 5    is, to swap ████████████████████████      ████████

 ▮      ██████  And then having the user information, the

 7    ████████████████████████  in that same process

 8    of ██████████

 9            And so I -- the -- the scenario you're

10    talking about is not part of what's engineered.     04:23:24

11       Q.  (By Ms. Weaver)  Right.

12            So in conclusion, once ███████████████

 ▮      ██████  it is likely that it will be very difficult to

14    ████████████████████████████████  is that

15    fair?                                               04:23:56

16            MR. BLUME:  Objection.  Form.

17            THE DEPONENT:  The -- that's more to --

18    to tear apart there.

19            The -- when you say "all data," could --

20       Q.  (By Ms. Weaver)  Assume I'm talking about   04:24:10

21    all the data --

22       A.  Could we be specific and maybe --

23       Q.  Sorry.

24            Assume I'm talking about all the data in

25    Hive, just for now, data warehouse.                 04:24:16
```

Page 200

```
 1        A.    Okay.   Then please ask the question        04:24:18

 2   again.

 3        Q.    Well, strike that.

 4        Is ▮ also used for TAO?

 5        MR. BLUME:   Objection.   Form.                    04:24:27

 6        THE DEPONENT:   ▮ exists in the ▮

 7   ▮ that we had mentioned before, which is --

 8   contains the ▮ ▮ is only

 9   ▮ which is only

10   ▮                                                       04:24:42

11        Q.    (By Ms. Weaver)   Does ▮ exist in TAO?

12        MR. BLUME:   Objection.   Form.

13        THE DEPONENT:   ▮ only exists in the

14   ▮ that does the ▮ It is

15   TAO -- TAO, being for internal Facebook developers,     04:24:57

16   ▮

17        MS. WEAVER:   Thank you.

18        Q.    (By Ms. Weaver)   So for only the dataset

19   where Facebook ▮

▮    ▮                                            ▮

▮    ▮

▮    ▮

23        MR. BLUME:   Objection.   Form.

24        THE DEPONENT:   If by more difficult you

25   mean less efficient or technically feasible, it is      04:25:40
```

Page 201

1    less efficient because you have to look up the ███   ███████

██   ███████████ for anything that you're trying to

3    do analysis on while the account is still active.

4              Whereas, before you would be able to

5    ███████████████ from a technical                    04:26:05

6    efficiency perspective.  So while the account is

7    still active, ██████████████ When that

8    account is no longer active, the mechanism ██████

██   ████████████████████████████████

██   ███████████████████                            04:26:22

11             The -- the process of pseudonymization

12   made it so that there is only the one string that

13   connects RID back to the user.  And once that

14   string is cut, there is no other tie because the

15   UII has been eliminated.                           04:26:41

16        Q.   (By Ms. Weaver)  And when you say "when

17   the account is no longer active," are you referring

18   to ███████████ or are you referring to ██████

██   ██████████                                     

20        A.   I should have been precise and specific  04:26:55

21   and meant ████████████████

22             MS. WEAVER:  Okay.  Great.

23             Thank you.

24

25   /////                                              04:27:03

                                              Page 202

```
 1              (Exhibit 357 was marked for          04:27:03

 2    identification by the court reporter and is

 3    attached hereto.)

 4              (Exhibit 358 was marked for

 5    identification by the court reporter and is    04:27:03

 6    attached hereto.)

 7              MS. WEAVER:  Please take a look at

 8    Exhibits 357 and 358, which are actually associated

 9    with each other.

10              Exhibit -- for the record, Exhibit 357 is    04:27:14

11    the email and family associated with the native

12    file at Exhibit 358.

13              And for the record, these documents bear

14    Bates numbers FB-CA-MDL-03233363 through -65.

15              And Exhibit 358 is the native file.  And    04:27:42

16    we're not going to put up Exhibit 358 on the

17    screen, but it might be a little bit difficult for

18    to navigate.

19              Actually, if we can put it on the screen

20    that might be good.                          04:28:00

21              Josh, do you want to try it?  I know that

22    you're freezing.

23       Q.   (By Ms. Weaver)  And I guess you might

24    want to start with Exhibit 357, Mr. Clark.  And

25    I'll just ask you what is it, when you have a    04:28:30
```

Page 203

```
 1   chance.                                        04:28:33

 2        A.    Okay.

 3              Apologies.  This is taking a while.

 4   There's a lot of content here.

 5        Q.    No problem.                          04:30:18

 6        A.    All right. 357 appears to be an email

 7   between Ayana Miller and Privacy PM, dated

 8   September 9th, 2015, where Ayana, in sending to

 9   Privacy says "It's time to close out August

10   products.  Please make sure you've checked all of  04:31:03

11   your TBDs and products listed with August launch

12   dates" and "see whether they launched and" updates

13   according -- "accordingly by end of day next

14   Tuesday.  We are planning on picking products for

15   audit leader next week."                        04:31:15

16              THE DEPONENT:  Oh, I apologize for

17   reading that so fast.

18              Do you need me to redo that?

19              THE COURT REPORTER:  No.

20              THE DEPONENT:  Okay.                  04:31:20

21              MS. WEAVER:  She would have let you know

22   probably.

23              But it's near the end, you'll both be

24   happy to know.

25        Q.    (By Ms. Weaver)  Who -- who is        04:31:29
```

```
 1    Anna Ruecker; do you know her?                      04:31:32

 2         A.   I do not.

 3         Q.   Okay.  Do you know what a product

 4    closeout reminder is?

 5              MR. BLUME:  Objection.  Form and scope.    04:31:46

 6              And I don't think this document was among

 7    the ones you sent.

 8              MS. WEAVER:  That's because I just

 9    received it.  It was loaded on Saturday.

10              THE DEPONENT:  I do not know what product  04:31:59

11    closeout reminder is for August.  I can only

12    infer -- infer -- actually, I -- there's not enough

13    context in here to really infer what -- what that

14    means.

15         Q.   (By Ms. Weaver)  Okay.  And turning to     04:32:11

16    the Excel spreadsheet.

17         A.   Okay.

18              Is there a specific row?

19         Q.   Sure.  Let's start with row 8B.

20         A.   The custom segment creation via            04:32:53

21    off-Facebook surveys?

22         Q.   Yes.

23         A.   Okay.

24         Q.   And I'm actually looking at -- I'm trying

25    to identify the cell.  So 8B, as in boy.          04:33:00
```

```
 1        A.   Understandable.                          04:33:03

 2        Q.   Perfect.

 3             And let me know when you've had a

 4    second -- a second to look at it.

 5        A.   Okay.                                    04:34:10

 6        Q.   What is a segment ID?

 7             MR. BLUME:  Objection.  Form.  Scope.

 8             THE DEPONENT:  It -- ███████   wasn't

 9    something I had prepared or researched before this,

10    and so I -- I don't specifically know what that's    04:34:35

11    referring to in this context.

12        Q.   (By Ms. Weaver)  Okay.  So Exhibit 8B

13    describes the creation of ██████████

██    ██████████████████████████████

██    ██████████████████████████████           04:34:56

16             Is that a fair description of what it

17    says in this cell?

18        A.   That is a fair description of what it

19    says in this cell.

20        Q.   And then it says in the cell at step 2,   04:35:08

21    ██████████████████████████████

██    ████████████

23             Do you see that?

24        A.   I do see No. 2, yes.

25        Q.   And then it says ████████████        ██████20
```

                                                    Page 206

1 ██████████████████████████████████████████   ████████

2 ██  ██████

3          Do you see that?

4     A.   I do see that.

5     Q.   So do you know whether, in this scenario,        04:35:30

6 Facebook ████████████████████████████████████

7 ██  ██████  and stored it?

8          MR. BLUME:  Objection.  Form.  And scope.

9          THE DEPONENT:  I could not say -- I -- as

10 I don't know that answer.                              04:35:47

11    Q.   (By Ms. Weaver)  So you're not -- that's

12 okay.

13          So you're not prepared to testify about

14 how Facebook associates the off-platform data to

15 the Facebook user ID; is that fair?                    04:35:59

16          MR. BLUME:  Objection.  Form.

17          THE DEPONENT:  In -- in the context of

18 deletion and off-Facebook associations on how this

19 would be stored, I'm prepared to talk about.  I

20 just am not familiar with the specific scenario.       04:36:20

21    Q.   (By Ms. Weaver)  How does the Facebook

22 conversion pixel work?

23          MR. BLUME:  Objection.  Form.  Scope.

24          THE DEPONENT:  Is there a specific

25 question around that?                                  04:36:33

                                              Page 207

         1          Q.   (By Ms. Weaver)  Well, I identified data          04:36:34

         2     associated through the pixel in my email.

         3               This specific example talks about how the

         4     partner under contract issues survey off Facebook

         5     with Facebook conversion pixel, and I'm wondering          04:36:49

         6     if you had the ability to testify as to how that

         7     functions?

         8               MR. BLUME:  Objection.  Form.

         9               THE DEPONENT:  I -- I know it broadly in

        10     my own experience and -- and can talk to it               04:37:04

        11     generically.  But I just am not familiar with this

        12     specific scenario.

        13          Q.   (By Ms. Weaver)  Okay.  What can you talk

        14     to generically?

        15               MR. BLUME:  Objection.  Form.  And scope.       04:37:17

        16               THE DEPONENT:  How I -- the -- the

        17     elements I can talk to and the elements I'm

        18     familiar with are what the IDs are that are stored

        19     and how -- how they are either pseudonymized or

        20     de-identified, or the information in the processes,       04:37:33

        21     and how that information is handled in the deletion

        22     process.

        23               I don't think I'd be able to talk to

        24     enough specificity on an example like this.

        25          Q.   (By Ms. Weaver)  Okay.  Look at cell 14B,       04:37:51

                                                              Page 208

```
 1    as in boy.  And while you're looking, I'll read it        04:37:54

 2    into the record.

 3              ████████████████████████████

 █    ████████████████████████████████████

 █    ████████████████████████████████████    ██████████

 █    ████████████████████████████████

 █    ████████████████      ████████████████

 █    ████████████████████████████████

 █    ████████████████████████████████████

 █    ████████████████████████████████    ████████████

 █    ████████████████████████████████████

 █    ██████████████████████████

13              Do you see that in cell 14B?

14         A.  I do see that in 14B.

15         Q.  Are you familiar with how clean -- how          04:38:34

16    data is ████████████████████████████████

 █    ██████████████

18              MR. BLUME:  Objection.  Form.  And scope.

19         Q.  (By Ms. Weaver)  And if it helps, I'll

20    direct you to cell 14F, which refers to use of the       04:39:11

21    █████████████████████████████████████, as part

22    of this process.

23         A.  I'm not familiar with this clean room

24    process.

25         Q.  Do you know who may be -- oh, I'm sorry.        04:40:06
```

Page 209

```
 1        A.   I -- as -- especially as -- and I -- I        04:40:10

 2   just want to make sure we go back to 357 in the

 3   setup for this spreadsheet -- that these were

 4   proposed products.  And I'm just -- I -- I don't

 5   know that these are -- I -- I -- I am not familiar   04:40:32

 6   with that scenario and I'm not seeing that scenario

 7   in practice.  So I wouldn't be able to talk to that

 8   one.

 9            And as I have not seen it, I -- I would

10   only -- when asked for a name, would only be able    04:40:45

11   to point to the name of the person that's on the

12   sheet as the privacy PM that worked -- that had

13   worked this at that time.

14        Q.   Okay.  Looking at row 36A, are you

15   familiar with the practice of ██████████████  ████████

     ██  ████████████████████████████████████?

17            MR. BLUME:  Objection.  Scope.

18            THE DEPONENT:  I understand the technical

19   components of what's described here, but I'm not

20   familiar with this exactly existing in production.   04:41:52

21   So I wouldn't be able to talk to it.

22        Q.   (By Ms. Weaver)  How about row 40,

23   cell 40A describes training translation systems

24   using message to pages.

25            MR. BLUME:  Objection.  Scope.           04:42:07
```

Page 210

1      Q.   (By Ms. Weaver)  And it says "To improve      04:42:08

2   our machine translation systems, creating two sets

3   of messages to pages."

4           Do you see that?

5           And then it says ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮       ▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮."

7           Do you have any involvement with that?

8           MR. BLUME:  Objection.  Scope.

9           THE DEPONENT:  I do not.  And I'm not

10  familiar with that operating today.                 04:42:43

11     Q.   (By Ms. Weaver)  Give me just two

12  seconds.

13          Are you familiar with the ▮▮▮▮▮▮▮▮

14     A.   Which line is that on?

15     Q.   7F.                                          04:43:14

16          MR. BLUME:  Objection.  Form.  And scope.

17          THE DEPONENT:  Not in preparation for

18  this, but in -- just my normal -- is myself in --

19  personal experience.

20          I am familiar with the ▮▮▮▮▮▮▮ just         04:44:01

21  meaning that when somebody ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮               ▮▮▮▮▮▮▮▮▮▮▮▮ there is a -- there is a ▮▮▮▮▮▮▮

23  put in place.

24          So that if somebody had ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        04:44:12

Page 211

1     that it still knows to go back in and ███████████       ███████

2     ███████████████████████

3          Q.   (By Ms. Weaver)  Okay.  Look at --

4          A.   The rest of -- the rest of this, I -- I'm

5     not familiar with.                          04:44:25

6          Q.   Okay.  Apologies.

7               Look at row 6A.

8               Were you familiar with Facebook

9     ██████████████████████████████

10    ████████████████████                       04:44:38

11              MR. BLUME:  Objection.  Scope.

12              THE DEPONENT:  I am not familiar with

13    that.

14         Q.   (By Ms. Weaver)  What is ███████████

15    ████████████████                           ██████████

16         A.   I do not know.

17         Q.   Do you know who might know?

18         A.   Edward Esslemont, the name in the sheet.

19         Q.   Yeah.

20              Okay.  What's a custom audience match    04:45:02

21    rate?

22              Do you know?

23              MR. BLUME:  Objection.  Scope.

24              THE DEPONENT:  I didn't prepare for that

25    as part of this, and I -- I don't actually know   04:45:12

                                                Page 212

1    what the custom audience match rate is.                04:45:15

2            MS. WEAVER:  Okay.  I think that's it.  I

3    think we have no more -- further questions for this

4    witness.  We are not closing the topic or the

5    notice.                                                04:45:33

6            Mr. Clark, thank you very, very much, and

7    I hope you feel better.

8            THE DEPONENT:  Thank you.

9            THE VIDEOGRAPHER:  Okay to go off the

10   record?                                                04:45:44

11           MS. WEAVER:  Yes.

12           MR. BLUME:  Are we off the record?

13           THE VIDEOGRAPHER:  Okay.  Sure.  We're

14   off the record.  It's 4:45 p.m.

15           (Recess taken.)                                04:46:22

16           (Exhibit 359 was marked for

17   identification by the court reporter and is

18   attached hereto.)

19           THE VIDEOGRAPHER:  We're back on record.

20   It's 4:57 p.m.                                         04:57:17

21       Q.  (By Ms. Weaver)  Mr. Clark, have you had

22   the opportunity to review what has been marked as

23   Exhibit 359?

24           MS. WEAVER:  It bears Bates numbers

25   ADVANCE-META-66 through -69.                           04:57:28

                                                    Page 213

```
 1              And for the record, on the break,           04:57:35

 2    counsels produced it to us.  It was a document in

 3    the hyperlink of the earlier exhibit.

 4              THE DEPONENT:  And for clarity, this is

 5    the link -- I just want to make sure I know what     04:57:47

 6    this is -- this is the linking from which

 7    Exhibit -- which earlier exhibit?  It was the --

 8              MS. WEAVER:  Exhibit 348.

 9              THE DEPONENT:  348.

10              MS. WEAVER:  Is that correct, Counsel?     04:58:00

11              MR. BLUME:  I trust you, but hang on.

12              MS. WEAVER:  Well, I don't know that this

13    is the link.

14              MR. BLUME:  Yes, this is link -- yes.

15    This is the link under what is -- UII redirect to    04:58:09

16    link privacy/UII_definition_0 is -- the link --

17    that link brings us to Exhibit 359.

18        Q.   (By Ms. Weaver)  So Mr. Clark, what is

19    Exhibit 359, in your understanding?

20        A.   Exhibit 359 is a Wiki page from the         04:58:35

21    Facebook internal Wiki, titled "UII Definition,"

22    Reversion 48265038.

23        Q.   And when was the last time you saw this

24    document?

25        A.   Right now, as I'm looking at it.            04:59:01
```

```
 1        Q.   Have you reviewed this link document        04:59:04
 2   before?
 3        A.   I did not review this link document
 4   before today.
 5        Q.   And do you understand this document to       04:59:18
 6   set forth --
 7        A.   I -- I -- I want to correct the record.
 8             I've seen this before.  I've used it in
 9   the course of business.  But for the sake of
10   preparation and deeper understanding.              04:59:26
11        Q.   That's what I was asking.
12             So does Exhibit 359 set forth Facebook's
13   definition of UII?
14        A.   It -- it is on the privacy Wiki as -- as
15   the definition -- policy definition of UII.         04:59:51
16        Q.   And beginning at what point in time was
17   this the definition for Facebook of UII?
18        A.   I'm going to refer just to my notes for a
19   moment to see if I made note of that.
20             I don't know when that shift occurred.  I    05:00:30
21   do know that as of 2010, we still referred to it as
22   PII -- or we still -- we still used PIIs as the
23   basis.  It was some point after that where UII was
24   adopted.  I just do not know when.
25        Q.   And what's your understanding of the         05:00:45
```

Page 215

```
 1    distinction between PII and UII?                    05:00:47

 2         A.   UII is Facebook's specific definition

 3    of -- which is broader than PII, which is adopted

 4    more industry-wide.  But has specific meaning in

 5    the context of ads versus other types of           05:01:09

 6    industries.

 7              And for our own sake built the definition

 8    of UII to be inclusive of the types of data and

 9    things that we had.

10         Q.   So specifically, what is the definition?  05:01:25

11         A.   UII, originally an acronym for user

12    identifiable information, refers to types of data,

13    or combinations of types of data, which could be

14    used uniquely to identify a person, account, or

15    device, or to relink data to a person, account or  05:01:41

16    device.

17         Q.   And do you have an understanding of what

18    personal information is, in Facebook's view?

19         A.   I'm -- I'm going to read from the

20    document for that.                                  05:02:35

21              In the third paragraph, in the section

22    labeled ██████████████████████

      ██    ████████████████     third paragraph starts

24    "Additionally, it is important to note that ████

25    does not directly map to 'personal information'    05:02:50
```

Page 216

```
1    (under CCPA) or other similar legal terms.              05:02:54

2    Instead, it is a category assigned to ████████

█    ██████████████████████████████████████████████

█    █████████████████████████████████████ as per

5    our commitments and obligations.                        05:03:10

6              "It is entirely possible for a particular

7    piece of data to be ██████████████ because of its

8    type even though it may not necessarily constitute

9    'personal information' when examined by itself."

10   Q.   Personal --                                        05:03:37

11   A.   "For example" --

12   Q.   I'm sorry.

13        Go ahead.

14   A.   "For" -- I'm just reading it slow to make

15   sure -- "For example, █████████████████ is a           05:03:42

16   █████████████ regardless of whether any" ████████████

█    ██████████████████████████████████████████████

█    █████████████████████████████████████████████████

19        Q.   Do you have an understanding that the

20   definition of personal information, under the           05:04:08

21   CCPAA, is any information that can be reasonably

22   linked or associated with an individual?

23             MR. BLUME:  Objection.  Calls for a legal

24   conclusion.  Form.

25             THE DEPONENT:  I -- I -- I -- that one, I     05:04:42
```

Page 217

| | | |
|---|---|---|
| 1 | can't answer that.  But I can answer that I believe | 05:04:43 |
| 2 | that's part of why we make UII even broader. | |
| 3 | Q.   (By Ms. Weaver)  Broader than what? | |
| 4 | A.   Specific -- when you get to the | |
| 5 | definition of UII meaning both types of data, but | 05:04:55 |
| 6 | combinations of types of data. | |
| 7 | Q.   Okay.  As you sit here today, can you | |
| 8 | state what personal information is under the CCPAA, | |
| 9 | as referenced in this document? | |
| 10 | MR. BLUME:  Objection.  Form.  Scope. | 05:05:18 |
| 11 | Calls for a legal conclusion. | |
| 12 | THE DEPONENT:  I -- I can't quote the | |
| 13 | CCPA off the top of my head. | |
| 14 | Q.   (By Ms. Weaver)  So you don't know what | |
| 15 | the definition of "is personal information under | 05:05:28 |
| 16 | the CCPA" as referenced in this document? | |
| 17 | A.   As -- as I just am seeing this document | |
| 18 | for myself, I -- I'm familiar with personal | |
| 19 | information under CCPA, but just don't -- don't | |
| 20 | have that analysis or didn't prepare for -- to | 05:05:45 |
| 21 | answer that question. | |
| 22 | Q.   Do you know what personal infor- -- how | |
| 23 | personal information is defined under the CCPA? | |
| 24 | MR. BLUME:  Objection.  Calls for a legal | |
| 25 | conclusion.  Form.  And scope. | 05:06:03 |

Page 218

```
 1              THE DEPONENT:  I -- I don't know how to      05:06:15

 2      answer that.

 3              I -- in -- in my personal experience, I

 4      would work with product counsel and counsel.  And

 5      in that definition, I -- I -- as I said, I did not   05:06:24

 6      prepare to have an answer for that today.

 7          Q.   (By Ms. Weaver)  Okay.  So it's really --

 8      this really is very simple.  It's a yes-or-no

 9      question.

10              As you sit here today, can you define        05:06:33

11      personal information under the CCPA?

12              MR. BLUME:  Same objections.

13              THE DEPONENT:  I'm -- I'm truly

14      struggling to answer that, but -- I have prepared

15      context.  But I can't answer yes or no to that.      05:06:43

16          Q.   (By Ms. Weaver)  Isn't the answer "no,"

17      that you don't know, as you sit here today, how

18      CCPA defines personal information?

19          A.   I do in my personal experience and as I

20      work as a product manager day-to-day, but I do so    05:06:57

21      with guidance and direction from counsel.  And I --

22      I didn't -- I don't have a prepared answer or

23      didn't prepare to answer it in this context.

24          Q.   Well, what is your personal understanding

25      of what personal information is under the CCPA?      05:07:11
```

                                                    Page 219

```
 1          A.   As I said, I've worked with counsel on      05:07:32

 2     that.  I just -- I don't have it at the end of the

 3     day for you.

 4              If -- if you'd like to put it up, I can

 5     read what it is.  I just -- I don't have that         05:07:40

 6     answer right here in front of me.

 7          Q.   Okay.  So that's fine.

 8              So the answer is you don't know, right?

 9              MR. BLUME:  Same objections.

10              THE DEPONENT:  As a representative of         05:07:52

11     Facebook, I didn't prepare to answer that.  In my

12     personal experience, I work with it.  But I -- I

13     just -- I can't articulate it right now.  So I --

14          Q.   (By Ms. Weaver)  So the answer is, as you

15     sit here right now, you don't know what the           05:08:11

16     definition of personal information under the CCPA

17     is, correct?

18              In your personal or in the corporate

19     capacity; is that right?

20              MR. BLUME:  Objection.  Scope.              05:08:21

21              You can answer yes or no in your personal

22     capacity.

23              THE DEPONENT:  In -- in my personal

24     capacity, I work with product counsel on a regular

25     basis on the definition of what personal             05:08:31
```

Page 220

```
 1    information is under CCPA, which is a long and          05:08:33

 2    nuanced answer in the context of working with that

 3    data every day, because I have come up with and

 4    developed that definition under guidance and

 5    direction of counsel.                                   05:08:45

 6              In my personal experience, I -- I -- I

 7    did not prepare to answer that question, so I

 8    cannot answer that I don't know.

 9        Q.   (By Ms. Weaver)  Okay.  Well, so -- we

10    have a 30(b)(6) deposition here.  You've asked for      05:09:03

11    this document that refers to personal information

12    under CCPA, which is part of the definition of UII,

13    which is within the scope of what data is deleted,

14    and I'm just answering -- I'm just asking, for

15    the jury, can you tell me today, as you sit here,       05:09:20

16    how does Facebook define personal information?

17              MR. BLUME:  Objection.  Form.  And scope.

18    And calls for a legal conclusion under the CCPA.

19              THE DEPONENT:  And I -- I really am

20    trying to be responsive.  And that's why I'm making     05:09:39

21    sure that it's on the record that I'm answering

22    that I don't know.  In --

23        Q.   (By Ms. Weaver)  Okay.

24        A.   -- preparation for this, I came prepared

25    to answer the things related to question 4.  And        05:09:48
```

Veritext Legal Solutions
866 299-5127

```
 1    am -- am not counsel and can't make a legal          05:09:52

 2    conclusion to that.

 3         Q.   I'm not asking for a legal conclusion.

 4              I am asking for Facebook's understanding

 5    of what personal information is.                      05:10:03

 6         A.   And as -- as I've already identified, it

 7    wasn't in the scope of what I prepared in the

 8    context of this deposition for the jury.

 9              MS. WEAVER:  And, Rob, why is it that you

10    think the definition of personal information is not  05:10:23

11    within the scope of user data and information?

12              MR. BLUME:  It's defined in the CCPA,

13    which is a statute, and that is the definition.

14    Whether he can articulate it word for word or

15    whether he refers to the CCPA's definition is what   05:10:37

16    it is under the statute.

17              MS. WEAVER:  I believe this is what --

18              (Simultaneously speaking.)

19              MR. BLUME:  That is the definition --

20              MS. WEAVER:  Rob, if you listen to the      05:10:46

21    question -- because you're objecting off point.

22              Could you please read back --

23              MR. BLUME:  Your -- your question was --

24              SPECIAL MASTER GARRIE:  All right.  Stop.

25    We are not going off the rails.  We are way too far  05:10:52
```

                                                   Page 222

```
 1     into this today.                                05:10:55

 2            So read the question back.

 3     Counsel Blume, if you want to respond, and you feel

 4     you're responding, please do so.  And we'll note

 5     the objection for the record and we will then move    05:11:05

 6     forward.

 7            MS. WEAVER:  The question is at page 196,

 8     line 9.

 9            MR. BLUME:  Can you read it again?

10            SPECIAL MASTER GARRIE:  196.                  05:11:31

11            MR. BLUME:  The question I have is --

12            MS. WEAVER:  I'm sorry.  It's line 3.

13            MR. BLUME:  Yeah, I'm -- I'm -- you're

14     asking me -- I'm happy to read the question.

15            "So the answer is, here right now, you        05:11:37

16     don't know what the definition of personal

17     information is" --

18            MS. WEAVER:  Rob.

19            MR. BLUME:  -- "under the CCPA; is that

20     correct?"                                            05:11:44

21            That's the question.

22            MS. WEAVER:  Rob, it's line 3.

23            I'm not asking for a legal conclusion.

24     This is the question:  What is Facebook's

25     understanding of what personal information is?       05:11:51
```

```
 1                    MR. BLUME:  He said it was the CCPA.  And      05:11:55
 2       that's a statute that you're --
 3                    (Simultaneously speaking.)
 4                    MS. WEAVER:  Okay.  But you're not
 5       testifying, Mr. Blume --                                    05:11:59
 6                    SPECIAL MASTER GARRIE:  Wait.  Wait.
 7       Everybody just -- for some reason you guys
 8       interpret my silence as a permission to keep
 9       talking.
10                    The objection is pending.  I hear it.          05:12:06
11       And we will go from there.
12                    Counsel Weaver, what was -- so I'm
13       looking at this.  You asked a question to the
14       witness.  The witness -- all right.  It says "I'm
15       not asking for a legal conclusion.  I'm asking for         05:12:25
16       Facebook's understanding of what the personal
17       information.
18                    And then there's an answer.
19                    And what is your -- your -- and then --
20       so help -- walk -- work with me.                           05:12:36
21                    So what is the issue, Counsel Weaver?
22                    MS. WEAVER:  I would like an answer to
23       the question of what Facebook's understanding of
24       personal information is.
25                    SPECIAL MASTER GARRIE:  Okay.  That is         05:12:46
```

Page 224

1     the question that is pending to the witness.          05:12:48

2              Is there an objection, Counsel Blume?

3              MR. BLUME:  The objection is to the

4     extent it calls for a legal conclusion.

5              SPECIAL MASTER GARRIE:  Noted --          05:13:00

6              MR. BLUME:  That is -- that's -- that's

7     my objection.

8              SPECIAL MASTER GARRIE:  Noted for the

9     record.

10             Mr. Clark, please answer the question to          05:13:06

11    the best of your ability.

12             THE DEPONENT:  To -- to the best of my

13    ability, as a representative of Facebook, I -- I

14    didn't prepare for that in -- in the context of

15    answering No. 4.          05:13:18

16             In my personal experience, the definition

17    that I have, I have gotten in working under

18    guidance and direction of counsel for the sake of

19    product work.  And -- and I -- I don't know what I

20    can say and what I can't say.          05:13:39

21             I'm -- if -- if I were asked and even if

22    I were read is the CCPA definition of this, this,

23    then I could give an observation or factual answer,

24    I could answer that.  But understanding implies

25    much more --          05:14:03

                                                  Page 225

```
 1              SPECIAL MASTER GARRIE:  Counsel Weaver,        05:14:05

 2      you can follow --

 3              THE DEPONENT:  -- than what I had

 4      prepared.

 5              SPECIAL MASTER GARRIE:  Go ahead.  Sorry.      05:14:08

 6      I didn't mean to interrupt.

 7              THE DEPONENT:  Oh, than -- than what I

 8      had prepared for.

 9              SPECIAL MASTER GARRIE:  Counsel Weaver.

10              MS. WEAVER:  This is a fundamental             05:14:18

11      question to the case and relates directly to the

12      data that is deleted and collected by Facebook.

13              What is Facebook's definition of personal

14      information?

15              I'm not asking for a legal conclusion.        05:14:27

16      I'm just asking --

17              SPECIAL MASTER GARRIE:  Hey.

18              MS. WEAVER:  Yeah.

19              SPECIAL MASTER GARRIE:  The witness

20      testified he's not prepared to answer that on         05:14:33

21      behalf of Facebook as the witness -- I mean, I can

22      read you back what he said, but -- I mean --

23              MS. WEAVER:  Okay.  Well, I'll move on.

24      Sanctionable.

25          Q.  (By Ms. Weaver)  Looking at this              05:14:49
```

Page 226

```
1     document -- looking --                              05:14:50

2            MR. BLUME:  Objection to the comment.

3        Q.  (By Ms. Weaver)  -- going -- looking --

4     Mr. Clark, do you see a bunch of Facebook

5     identifiers listed in this document?                05:14:56

6        A.  I do.

7        Q.  Do you know what the ████ is?

8        A.   This is Facebook ████████████████████

9     prior to the rename of Meta, as this document

10    hadn't been updated.  ████████████████████   ████████████

      ████████████████

      ██   ██   ████████████████████████████████████████

      ██   ██   ████████████████████████████████████

      ██   ██████████████

15       Q.   What is ██████                              05:15:35

16       A.   It --

17       Q.   I'm sorry.

18       A.   I believe ████████████████████████

      ██   ████████████████████

20       Q.   And -- and back to the third-party          05:15:46

21    identifier you said we discussed earlier.

22            What are you referring to?

23       A.   In one of the earlier documents we had

24    discussed -- we had referred to third-party ID, the

25    ephemeral third-party IDs.                          05:16:03
```

Page 227

```
 1        Q.   You mean the IDs used in customer match?      05:16:09

 2        A.   No.   These are -- these are

 3   identifiers -- not just individual user

 4   identifiers.   These are identifiers of objects,

 5   transactions, third parties.                           05:16:21

 6        Q.   Okay.   ███████        what is that?

 7        A.   I believe that one is   █████████████████

     ███████████████████████████████████████

     ███████████████████████████████████

     ███████  when I -- when I choose the button on    05:16:43

11   Instagram, it's the ██████████████████████

     ████████

13        Q.   Is --

14        A.   -- as Instagram has its own canonical

15   user -- as Instagram has its own canonical user ID,    05:16:56

16   this maps between the two.

17        Q.   Understood.

18             And do you see where it says "Cookie

19   Identifiers" in this document?

20        A.   I do.                                         05:17:10

21        Q.   And it lists "BrowserID" and "DATR."

22             Do you see that?

23        A.   I -- I do.

24        Q.   How are they different?

25        A.   BrowserID -- each Web browser generates      05:17:20
```

Page 228

1    its own unique browser ID.                          05:17:22

2          DATR is the Facebook version of that

3    unique identifier, as it's possible to spoof the

4    BrowserID.

5          And then the first-party cookie             05:17:32

6    identifiers would be some of the things which we

7    had talked about before.  The values associated

8    with these cookie identifiers.

9       Q.   And you said a moment ago that the

10   Facebook identifiers we just discussed have changed   05:17:51

11   since Facebook became Meta.

12          Which ones changed?

13      A.   Sorry.  I was -- to -- clarifying to make

14   sure my statement was heard correctly.

15          This says Facebook identifiers.  But that   05:18:04

16   title of that category of Facebook identifiers, if

17   updated, would say Meta identifiers, as this

18   includes user ID, which is the Facebook ID.  ███

██   ██████████████████████       And so it's -- it's not

20   just Facebook as an application.  This is Facebook,   05:18:23

21   as a company, in that line.

22      Q.   Okay.  And then it's --

23      A.   Because it included WhatsApp and it

24   included other products as well.

25      Q.   Understood.                                05:18:37

                                              Page 229

```
 1              Turning to the top of the next page, do        05:18:37

 2     you see where it says "Device identifiers and

 3     Advertising Identifiers"?

 4          A.   I do.

 5          Q.   What is MS -- MISDN?                           05:18:45

 6          A.   I think that's a typo.

 7               It says MISDN, but I believe it's MSISDN,

 8     which is an identifier -- it's a -- it's a hardware

 9     identifier on every phone.

10          Q.   Is it unique to -- to the -- every phone?     05:19:05

11          A.   I believe it is.  I can't say with

12     specificity.  I just know that it's a -- it's a

13     general unique device identifier that comes on

14     device.

15          Q.   And what's an IDFV?                           05:19:19

16          A.   I remember the two I's.  IDFV and IDFA as

17     both being an iOS-related device identifiers.

18               I don't know IDFV off the top of my head.

19          Q.   What's --

20          A.   I just know it's iOS-related.                 05:19:34

21          Q.   What's the "Family Device IDs" referred

22     to?

23          A.   That is -- that is across Meta or across

24     Facebook corporate.  Similar to what ██████ is for

25     ████████   That is the equivalent for ██████          05:19:46
```

Veritext Legal Solutions
866 299-5127

```
 1   ███████████                                      05:19:51

 2        Q.   Is the family device ID tied to a

 3   individual new UID?

 4        A.   It is as -- as this ████████████

 5        ███████████████████ is that one put in      05:20:08

 6   combination with other things could cause or could

 7   create ████████████████████

 8             So it's identified as something that when

 9   combined with something else could equal

10   re-identification, which is why it's identified as   05:20:28

11   UII.

12        Q.   And then GAID, what is that?

13        A.   I believe that's the Google ad ID.

14        Q.   And AAID, what is that?

15        A.   I think it's the Android ID, if I         05:20:43

16   remember correct.

17        Q.   And then it says "or other OS or

18   Facebook-generated device IDs."

19             What other Facebook-generated device IDs

20   are you aware of?                                    05:20:57

21        A.   Well, I didn't prepare for it

22   specifically.  I didn't speak to my personal

23   capacity.

24             An example of Facebook-generated device

25   ID might be for my Oculus, or might be for --        05:21:07
```

Page 231

```
 1      it's -- it's Facebook-generated because it's           05:21:09

 2      Facebook hardware.

 3          Q.   And a little lower do you see where it

 4      refers to "Derived data from UGC."

 5          A.   Yes.                                           05:21:32

 6          Q.   And it refers to hashes, embeddings and

 7      features or labels.

 8               Do you see that?

 9          A.   I do.

10          Q.   What is an embedding?                          05:21:42

11          A.   I'm reading the context, since that's a

12      technical term that could be used in a variety of

13      different ways.

14               I actually don't know with specificity on

15      this page.                                              05:22:08

16               I can -- I would assume that this has to

17      do with any classification as that is -- that is

18      one of the common uses of that term.

19               But I -- I can't say with specificity

20      what -- what that means in this context.  I would      05:22:26

21      have to follow up.

22          Q.   What do you mean by "classification"?

23          A.   If -- if this were used in any machine

24      learning model or how that may have been used in

25      that case is how I've seen that term used.             05:22:42
```

```
 1              But as I said, I can't say with         05:22:45

 2    specificity in this case at this paragraph.

 3        Q.   Are all three categories of derived data

 4    described there stored in data warehouse?

 5        A.   All three of -- and this is in the       05:23:18

 6    derived data from UGC category.  I want to make

 7    sure I'm answering the right question.

 8        Q.   Yes.

 9        A.   Yes, I would expect that.

10        Q.   Is derived data not from UGC but from    05:23:27

11    off-platform activity stored in data warehouse?

12              MR. BLUME:  Objection.  Form.  Scope.

13              THE DEPONENT:  Off-Facebook activity --

14    can -- can you -- can you ask that question one

15    more time.  That was --                           05:23:46

16        Q.   (By Ms. Weaver)  Yes.

17        A.   I got confused on the --

18        Q.   Is derived data generated from

19    off-platform activity stored in data warehouse?

20              MR. BLUME:  Same objection.             05:23:56

21              THE DEPONENT:  Data from ███████████

      ████████████ -- lands in the ████████████ and then

23    is ████████████

24              I would also expect that derived data

25    would live in the ████████████, but I cannot say  05:24:17
```

| | | |
|---|---|---|
| 1 | without -- with specificity without like a more | 05:24:21 |
| 2 | specific example. | |
| 3 | Q.   (By Ms. Weaver)  And when you say it is | |
| 4 | "transformed," what do you mean? | |
| 5 | A.   When data comes in from off-Facebook | 05:24:30 |
| 6 | activity, it comes in as log entries as -- as | |
| 7 | data -- the -- the most efficient way to collect | |
| 8 | that data is in -- in a raw logging format.  And | |
| 9 | then to do transforms which is -- an ETL | |
| 10 | transformation of that data, which is a common | 05:24:51 |
| 11 | industry prac- -- practice to take raw log data and | |
| 12 | put it into a usable fashion. | |
| 13 |          For instance, part of the result of that | |
| 14 | transform is that data being made available to | |
| 15 | consumers in -- in off-Facebook activity, which is | 05:25:10 |
| 16 | a tool on the Facebook site. | |
| 17 | Q.   When you say "put it into usable | |
| 18 | fashion," what do you mean? | |
| 19 | A.   The data as it comes in is in a -- in a | |
| 20 | raw log format.  It's meant to be efficient from a | 05:25:34 |
| 21 | network perspective.  It's meant to essentially | |
| 22 | just be raw collection and not necessarily in a way | |
| 23 | that it can be used.  That -- that -- that data | |
| 24 | would be -- might be in the JSON string.  It might | |
| 25 | be in a different kind of format. | 05:25:54 |

Page 234

```
 1            I don't specifically know what kind of        05:25:56

 2    format it's in.  But it would be -- it wouldn't be

 3    meaningful to me, as a consumer, if I saw that

 4    activity on my OFA page without putting it into a

 5    format that could be queried and have a user          05:26:07

 6    interface put in front of it.

 7       Q.   Setting aside user interaction with the

 8    data, how does Facebook transform off-platform

 9    activity for its own use?

10            MR. BLUME:  Objection.  Form.  Scope.         05:26:19

11            THE DEPONENT:  Well, I didn't prepare for

12    it -- specifically for -- as a representative of

13    Facebook.

14            I -- just in my own capacity, that --

15    that data is -- is ███████████████     for either    05:26:34

16    ██████████████████     purposes that I'm

17    personally aware of.

18       Q.   (By Ms. Weaver) ██████████████

██    ██████████████████████████████████████████

██    ████████████████████                              05:26:55

21            MR. BLUME:  Objection.  Form.  And scope.

22            THE DEPONENT:  I -- won't be a broken

23    record, but just from my personal experience, it's

24    the --████████████████████████████████

25       Q.   (By Ms. Weaver) ██████████████████    05:27:09
```

Page 235

```
 1    ████████████████████████████████           05:27:12

 2        A.    Correct.

 3        Q.    And would it still be, in some instances,

 4    associated with a user ID or other identifier?

 5            MR. BLUME:  Objection.  Form.  Scope.       05:27:30

 6            THE DEPONENT:  Just reiterating what

 7    we've walked through today with the ████████

 8    process and the processes in the data warehouse

 9    and -- and also just from the definition of what we

10    just walked through, any of that information that    05:27:42

11    contained any of this UII, or if there was a user

12    ID or -- or one of the other -- or if there was a

13    user ID, that ████████████████████████████

██    ████████████████████████        And any of the ████

██    ██████████████████████████████████          05:27:59

16        Q.    (By Ms. Weaver)  And do you see the

17    question -- or the sentence in bold that says "██

██    ██████████████████████████████████████████

██    ████████████████████████████████████████

20            Do you see that?                        05:28:16

21        A.    I'm scrolling down to that.

22            I do see that.

23        Q.    And does that mean that in data

24    warehouse -- which is Hive, correct?

25        A.    That is correct.                       05:28:35
```

Page 236



1      Q.   Does that sentence reflect that in data          05:28:36

2   warehouse data is not deleted but just

3   de-identified?

4           MR. BLUME:  Objection.  Asked and

5   answered.  Form.                                          05:28:46

6           THE DEPONENT:  Where technically

7   feasible, ███████████.  Where it is ███

    ████████████████████████████████

    ████████████████████████████████

10     Q.   (By Ms. Weaver)  And how do you define            05:29:07

11  what's technically feasible?

12     A.   If -- if you think about how a database

13  works, most databases work like a spreadsheet.  I

14  can go in and delete a row and that would allow me

15  to delete a record.                                       05:29:25

16          ████████████████████████████

    ████████████████████████████████

    ████████████████████████████████

    ████████████████ But not possible to

20  just go in and -- in the spreadsheet example --           05:29:42

21  ██████████ which is why the████████ process

22  was invented.  So that on a ███████████████

    ████████████████ would go through and

24  ████████████████████████████

    ████████████████████████ and then further       05:29:59

1    go through and ███████████                           05:30:03

2        Q.   How are blobs of files created, in

3    general?

4              MR. BLUME:  Objection.  Form.  Scope.

5              THE DEPONENT:  In -- in my personal        05:30:17

6    experience, using -- using the pixel example, as

7    data comes back from pixel files, the data is

8    written into a raw log format.  And tables are

9    merely sets of files that are written together and

10   it's -- that's how the structure, the physical      05:30:37

11   structure of how data gets written to disks.

12             MS. WEAVER:  Great.  Thank you.

13             Okay.  This was very helpful.  We really

14   are done, except that we are not closing the

15   deposition nor the topic.                           05:30:52

16             Thank you very much for your time,

17   Mr. Clark.

18             MR. BLUME:  And before -- before we go

19   off the record, Mr. Garrie, if I could be heard for

20   a moment.                                           05:30:59

21             MS. WEAVER:  Let me just -- before you --

22   if you're about to launch into something else -- we

23   would request that counsel produce any documents

24   used to refresh the witness -- refresh the

25   witness's recollection in preparation for this      05:31:11

                                                    Page 238

```
 1    deposition.                                         05:31:14

 2            MR. BLUME:  Refresh his recollection.

 3    Okay.  Presumably, if he didn't know it before the

 4    deposition, then it wouldn't be refreshed.  But

 5    okay.                                               05:31:24

 6            And Mr. Garrie, if I could be heard for a

 7    moment.

 8            SPECIAL MASTER GARRIE:  Yes.  Do you want

 9    the witness to stay?

10            MR. BLUME:  It doesn't matter.              05:31:34

11            SPECIAL MASTER GARRIE:  Okay.

12            MS. WEAVER:  It might matter to him.

13            MR. BLUME:  He can go, if he wants.

14            THE DEPONENT:  I'll be back.

15            MR. BLUME:  I just -- I just want to make   05:31:44

16    sure that we're not chasing --

17            THE VIDEOGRAPHER:  Did you want -- did

18    you want to go off the record or keep this on?

19            MR. BLUME:  On -- on the record, please.

20            THE VIDEOGRAPHER:  On the record.  Okay.    05:31:53

21            MR. BLUME:  To make sure that we're not

22    chasing windmills here.

23            The definition of personal information,

24    under the CCPA, which is the cite in this document

25    specifically, is about 330 words with three        05:32:06
```

```
 1    sections and ten subsections referencing no fewer        05:32:13

 2    than three other statutes, including the California

 3    constitution.

 4              And so to expect any witness, even a

 5    30(b)(6) witness, to recite all of that by memory        05:32:25

 6    is an unreasonable request when the definition,

 7    quote, personal information, close quote, as is set

 8    forth in Exhibit 359 has a specific cite as to what

 9    it means per the -- under the CCPA.  And the CCPA,

10    as I mentioned, has a very long and complicated         05:32:47

11    definition of what that means.

12              And so claiming that he should not -- he

13    should be able to recite it by memory, I think, is

14    unreasonable.  And it is also -- I will also note,

15    as he testified to all day, the term "personal         05:33:04

16    information" is not a necessary -- the definition

17    of that is not necessary to understand this

18    document.  It's a comparative reference with the

19    definition cited, should that comparison need to be

20    made.  But does not define the terms used by          05:33:21

21    Facebook, which is UII and/or user data.

22              Thank you.

23              We have nothing further.

24              SPECIAL MASTER GARRIE:  Well, I -- yeah,

25    I -- again, I was just -- I was just processing        05:33:39
```

Page 240

```
 1      what was said.                                        05:33:41

 2              Okay.  Noted for the record.

 3              But the definition of how Facebook

 4      defines personal information, I would go with being

 5      a critical concept for the -- the case as its         05:34:00

 6      entirety.  And so for Facebook, it may -- I'll

 7      leave it to the parties, having read the

 8      stipulation to -- having reserved all the time and

 9      allocated accordingly -- to have this conversation

10      among themselves, but I would -- I would encourage    05:34:21

11      the idea of producing a witness that can define how

12      Facebook defines personal -- personal --

13              MR. BLUME:  If I may, Your Honor --

14              SPECIAL MASTER GARRIE:  -- information.

15              MR. BLUME:  Yeah.  If I may --               05:34:36

16              MS. WEAVER:  You're interrupting him.

17              MR. BLUME:  How -- if I may, personal

18      information is defined by Facebook as it sets forth

19      in Exhibit 359.  That is the definition under the

20      CCPA.  Facebook does not use the term "personal       05:34:45

21      information."  That's why we -- it -- as the

22      witness said, the Facebook term for that -- for

23      something that subsumes personal information is

24      UII.  That is the term that Facebook uses.  And

25      it's important to note, that as the document --       05:35:03
```

Page 241

```
 1              SPECIAL MASTER GARRIE:  But --          05:35:07

 2              MR. BLUME:  -- says, UII does not

 3     directly map to personal information, so...

 4              SPECIAL MASTER GARRIE:  Well, that's --

 5     that's where I got confused.                    05:35:11

 6              So if someone who does know the CCPA and

 7     the different articles and can recite it to you, I

 8     have a serious concern with the very construct that

 9     it subsumes the definition of personal information,

10     so I would expect that Facebook --              05:35:21

11              MR. BLUME:  Well --

12              (Simultaneously speaking.)

13              SPECIAL MASTER GARRIE:  -- can product a

14     witness -- don't interrupt me again.  You interrupt

15     me again and we will have a problem.            05:35:27

16              MR. BLUME:  Okay.

17              SPECIAL MASTER GARRIE:  Okay.  Thank you.

18              MR. BLUME:  Okay.

19              SPECIAL MASTER GARRIE:  Thank you very

20     much.                                           05:35:34

21              So what I'm trying -- and what I was

22     saying is that it subsumes the definition.

23     Thereby, they must have some understanding of what

24     constitutes personal information.

25              I have reviewed countless exhibits and  05:35:44
```

```
 1    materials your client has produced referencing        05:35:47

 2    personal information as a term and a concept.

 3    Whether or not you personally want to take a

 4    position on behalf of your client that they have no

 5    position as to what personal information is in the    05:35:58

 6    786-plus documents that I can cite to you that use

 7    the term "personal information" is a bit

 8    disconcerting to me.

 9            But with that even said, I still expect

10    that Facebook would feel incentivized to provide a    05:36:12

11    witness that could attest to how it defines the

12    concept of personal information, which is subsumed

13    by this broader construct.  Because I can't exactly

14    understand how they are differentiating the two.

15    And I read the exhibit and I heard the testimony.     05:36:28

16            So I advise you to take this under

17    advisement accordingly before I order it.  And I

18    will encourage you again that whatever witness --

19    if he's not prepared to testify as to how Facebook,

20    as a corporate representative, defines personal       05:36:45

21    information, that's noted for the record and will

22    be reflected accordingly as one of your comments.

23            We're done.  We're off the record.

24            MR. BLUME:  All right.  I do not mean --

25            SPECIAL MASTER GARRIE:  Thank you very         05:36:58
```

Page 243

```
 1    much.                                           05:36:58

 2            MR. BLUME:  I did not mean subsumed.  I

 3    meant to read the document, which is directly --

 4    does not directly map to personal information.

 5    That is how we define the term.                 05:37:06

 6            SPECIAL MASTER GARRIE:  Right.  I know.

 7    But it -- so I've read the documents, actually, all

 8    of them.  And there is -- if Facebook's position is

 9    they cannot define what personal information is,

10    that is fine.                                   05:37:21

11            (Simultaneously speaking.)

12            MR. BLUME:  That's not --

13            SPECIAL MASTER GARRIE:  They can go on

14    the record -- all that was asked is how Facebook

15    defined personal information and he said he is not  05:37:28

16    prepared to testify to that.

17            I said that is fine.  Right.  I said that

18    is fine.  I understand it was a concept of that

19    document.  But the question was a broader question

20    asked by the attorney and the witness stated that  05:37:40

21    they were not prepared -- maybe there was

22    confusion.  Maybe there wasn't.  Fine.

23            My point is, is Facebook would -- I would

24    recommend find a witness that can define how

25    Facebook, the company, defines personal          05:37:55
```

Veritext Legal Solutions
866 299-5127

1   information.  That's it.                                      05:37:58

2           There's no further conversation.

3           MR. BLUME:  Under- -- understood.

4           And with all due respect, it's -- he --

5   all he said was he couldn't reflect -- he couldn't            05:38:05

6   testify to the definition under the CCPA, which is

7   how it's referenced in this document.  That is his

8   testimony.

9           SPECIAL MASTER GARRIE:  Well, there was

10  actually multiple -- there -- there -- well, it               05:38:17

11  doesn't matter.  The testimony is captured for the

12  record and -- and I read 196, line 3, accordingly,

13  with the subsequent six lines of answers, as well

14  as the four other references.

15          But that's neither here nor there.  And I             05:38:27

16  will leave it in the hands of counsel to review it.

17          All I'm saying to Facebook is, find a

18  witness that can define what personal information

19  is, if there is not an agreement on this.  Because

20  I get a lot of briefs from everybody citing to this          05:38:43

21  constructs of personal information and not personal

22  information, as does Judge Chhabria.  And if your

23  client doesn't have a definition, we'd all like to

24  know.

25          So with that in mind, we're going to go              05:38:55

                                                                Page 245

```
1    off the record.  Call it a wrap for the day and we          05:38:58

2    will continue forward with other depositions.

3    That's all I'm telling for the record.  Okay.  All

4    done.

5              THE VIDEOGRAPHER:  Okay.  We're off the            05:39:11

6    record.  It's 5:39 p.m.

7              (TIME NOTED:  5:39 p.m.)

8

9

10

11

12                      ---o0o---

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 246

1        I, MICHAEL PATRICK CLARK, do hereby declare

2   under penalty of perjury that I have read the

3   foregoing transcript; that I have made any

4   corrections as appear notes; that my testimony as

5   contained herein, as corrected, is true and

6   correct.

7        Executed this _____ day of _____,

8   2022, at _____,_____.

9

10

11

12                    _____

                      MICHAEL PATRICK CLARK

13

14

15

16

17

18

19

20

21

22

23

24

25

                                          Page  247

1          I, Rebecca L. Romano, a Registered

2    Professional Reporter, Certified Shorthand

3    Reporter, Certified Court Reporter, do hereby

4    certify:

5          That the foregoing proceedings were taken

6    before me remotely at the time and place herein set

7    forth; that any deponents in the foregoing

8    proceedings, prior to testifying, were administered

9    an oath; that a record of the proceedings was made

10   by me using machine shorthand which was thereafter

11   transcribed under my direction; that the foregoing

12   transcript is true record of the testimony given.

13         Further, that if the foregoing pertains to the

14   original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review

16   of the transcript [ ] was [X] was not requested.

17         I further certify I am neither financially

18   interested in the action nor a relative or employee

19   of any attorney or any party to this action.

20         IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22   Dated:  May 23, 2022

23

24            Rebecca L. Romano, RPR, CCR

              CSR. No 12546

25

                                              Page  248

```
 1    Ms. Lesley E. Weaver, Esq.

 2    lweaver@bfalaw.com

 3                              May 23, 2022

 4    RE: IN RE:  FACEBOOK, INC.

 5    May 18, 2022, Michael Patrick Clark, Volume I (JOB NO. 5210145)

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, noting the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Veritext Legal Solutions
866 299-5127

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript – The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, noting the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9   _X_ Federal R&S Not Requested – Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  250

```
1    IN RE:  FACEBOOK, INC.

2    Michael Patrick Clark, Volume I (JOB NO. 5210145)

3                   E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                                 Date

25

                                            Page 251
```

[& - 30]

| & | | | |
|---|---|---|---|
| **&**   1:14 2:19 3:5 5:5 6:5 13:15,22 167:13 249:23 250:9 | **03233365**   12:7 | **17**   26:20 | **2015**   31:11 204:8 |

**& **
**&**   1:14 2:19 3:5
5:5 6:5 13:15,22
167:13 249:23
250:9

**0**
**0**   117:21 214:16
**00000001**   9:6
**00000002**   9:7
**00000003**   9:11
**00000004**   9:12
**00000008**   11:6
**00000009**   11:7
**00000021**   11:17
**00000022**   11:18
**00000023**   11:22
**00000025**   11:23
**00000026**   10:10
**00000027**   10:11
**00000028**   10:6
**00000029**   10:7
**00000030**   10:20
**00000031**   10:21
**00000043**   8:17
**00000054**   8:22
**00000056**   8:18,23
**00000059**   10:14
**00000060**   8:12
**00000065**   8:13
**00000066**   12:13
**00000069**   12:14
**00347605**   9:20
90:24
**00347886**   9:21
**01952478**   10:24
163:8
**02843**   1:4 2:4
**032333365**   12:10
**03233363**   12:6
203:14

**03233365**   12:7

**1**
**1**   1:25 33:13 43:5
55:1 167:13
181:14 250:1
**10**   108:10,18,24
109:2 113:24
114:24 141:12
142:9
**10.29.2021**   8:21
**10/9/2013**   11:11
186:8
**105**   10:9
**106**   10:13
**10:07**   2:18 13:2,6
**10:34**   32:24
**10:53**   33:2
**10th**   173:2
**11**   9:14 10:17
**11-30-2011**   158:3
**11th**   64:8
**12**   186:20,21
**1201**   4:10
**123**   141:7,17 142:2
**12546**   1:21 248:25
**1260**   186:15,16
**127**   10:16
**12:01**   77:18
**12:15**   77:21
**12th**   3:10 65:8
92:23
**13**   186:20,21
**138**   10:19
**14b**   208:25 209:13
209:14
**14f**   209:20
**15**   8:5 25:3,10
75:20 156:6
**1600**   3:11
**163**   10:23

**17**   26:20
**178**   11:4
**18**   1:4,16 2:4,18
13:1 249:5
**1801**   5:9
**184**   11:11
**1881**   6:16
**18th**   13:6
**194**   11:16
**195**   11:20
**196**   223:7,10
245:12
**1969**   131:19
**1970**   131:19
**1:19**   127:3
**1:25**   127:6
**1:28**   171:3 173:3
**1:49**   65:9
**1:52**   144:23
**1:53**   145:1

**2**
**2**   55:1 160:19
181:15 206:20,24
207:2
**20**   25:6 26:13,16
28:8,15 30:8,20
141:8 142:9
**20-0466**   1:22
**200**   26:20
**2007**   41:16,23
**2010**   92:23 215:21
**2011**   54:7,10 55:4
55:23 56:13 67:11
67:18,20 68:7
85:20
**2012**   26:19 27:4,14
29:1,3,7 44:18
65:8
**2013**   9:14 26:20
31:8,11 64:8 65:6
65:19

**2015**   31:11 204:8
**2017**   30:25 31:3
**2018**   166:3
**2019**   31:3
**2020**   8:16 47:5,9
47:15 62:25
**2022**   1:16 2:18
10:17 13:1,6
138:13 247:8
248:22 249:3,5
**2025.520**   249:9,12
**203**   12:4,9
**206**   4:13
**21261**   187:3
**21262**   187:6
**213**   7:10 12:12
**23**   8:16 47:5,9,15
195:2 248:22
249:3
**23rd**   62:25
**24784904**   179:18
**25**   26:23 32:12,13
195:2
**251**   1:25
**253-9706**   7:10
**26**   96:24 105:8
**262**   188:14
**27**   96:24 105:8
**280**   91:14
**2843**   1:3 2:3
**298-5735**   5:12
**2:00**   187:17,17
**2:05**   157:15
**2:55**   157:18

**3**
**3**   91:19 128:6
223:12,22 245:12
**30**   1:12 24:22 26:5
26:6 55:4 91:5
92:22 221:10
240:5 250:1

**[3000 - 849-5348]**

**3000**  6:9
**302**  54:21 184:25
  194:2
**303**  5:12 189:18
**305**  189:18,19
**307**  190:10
**30th**  55:23
**31**  140:3 184:25
  185:3
**3200**  4:11
**32nd**  7:8
**33**  8:11 12:19
  141:9 142:10
**330**  12:19 239:25
**339**  8:11 33:17
  42:19 43:3,11
  44:1
**340**  8:15 43:15,18
  45:16 46:9 47:1
  47:15 48:9 52:3
  52:11 54:9 61:17
  62:24 72:3,7
  174:1,5
**341**  8:20 46:11,13
**342**  9:4 54:17 55:7
  55:12,13,21 63:3
  66:15 68:16 78:10
  82:2 102:7 158:5
  158:6
**343**  9:9 64:23 65:2
  65:5
**344**  9:14 63:13,14
  63:17,24 64:2,7,14
  64:15 65:4,14
**345**  9:19 90:18,22
  90:23 91:19 92:11
  96:3 102:24
**346**  10:4 92:1
  95:25 96:20 97:1
  97:2 99:20 100:8
  101:17 103:13,17

115:4
**347**  10:9 104:24
  105:1 106:14
  108:5 111:11
  112:10,20 118:22
  196:23
**348**  10:13 106:7,11
  117:8,13 118:17
  136:7,21 160:7
  214:8,9
**349**  10:16 127:22
  128:1 136:11
**3491**  1:23
**35**  23:3 26:9
  141:12 142:10
**350**  10:19 138:18
  139:3,7,8
**351**  10:23 163:3,7
  163:11 164:6
**352**  11:4 178:5,9
  179:11
**353**  11:9
**354**  11:11 184:21
  185:9 186:1
**355**  11:16 194:4
**356**  11:20 194:22
  194:23 195:5,6
**357**  12:4 203:1,8
  203:10,24 204:6
  210:2
**358**  12:9 203:4,8
  203:12,15,16
**359**  12:12 213:16
  213:23 214:17,19
  214:20 215:12
  240:8 241:19
**36a**  210:14
**381**  185:4
**393-8247**  6:11
**3:18**  172:21

**3:19**  172:24
**3:57**  194:14
**3rd**  65:6 180:18

**4**

**4**  17:21,23 38:18
  39:9,11 86:5
  122:11 134:23
  135:15 145:2
  152:13 155:23
  221:25 225:15
**40**  210:22
**40a**  210:23
**415**  3:13 6:11
**4200**  5:10
**43**  8:15 43:19
**445-4003**  3:13
**45**  26:18 32:12,12
  72:11,13
**456**  141:10,19
  142:5
**46**  8:20
**47176393**  105:15
**48265038**  214:22
**4:14**  194:17
**4:45**  213:14
**4:57**  213:20

**5**

**5**  187:16
**5.2.2.b**  9:15
**5.2.2b.**  65:22
**5/12/2010**  91:5
**50**  52:5 93:15
**51885342**  195:9
**5210145**  1:24
  249:5 251:2
**52569136**  117:15
**53**  46:10
**54**  9:4 46:12
**555**  3:10 6:8 7:7

**56**  43:20
**57470062**  97:3
**57833386**  139:9
**58**  163:1
**59**  46:12
**5:39**  246:6,7
**5th**  7:7

**6**

**6**  1:12 221:10
  240:5
**60**  33:5 43:13 92:5
**623-1900**  4:13
**63**  9:14
**64**  109:15,16
**65**  9:9 33:6 43:13
  203:14
**650**  6:18
**66**  213:25
**68**  64:6
**685353953253**
  141:20 142:5
**69**  213:25
**6a**  212:7

**7**

**7/7/2021**  48:12
**73**  187:15
**7321**  248:24
**7654321**  192:15,16
  192:23
**786**  243:6
**7:42**  171:2,17
**7f**  211:15

**8**

**8**  178:12
**80202-2642**  5:11
**81**  54:24,25 158:1
  158:8 198:4
**827**  1:22
**849-5348**  6:18

[88 - afraid]

**88** 194:3
**886** 90:24
**8:00** 187:17,17
**8:02** 65:7
**8:17pm** 55:5
**8b** 205:19,25
    206:12

**9**

**9** 168:12,13,13
    178:13 223:8
**90** 9:19 68:10
    71:10,21 72:22
    74:15,15 75:11
    83:14 84:2,8
    85:17 118:24
    141:21,25 143:20
    197:24,25 198:3
    202:18 236:15
    237:23
**90013** 7:9
**91** 91:24
**92** 10:4 138:17
**94105-0921** 6:10
**94304-1211** 6:17
**94607** 3:12
**98101** 4:12
**985533446643**
    141:18 142:2
**99** 106:11
**9th** 168:13 204:8

**a**

**a.m.** 2:18 13:2,6
    32:24 33:2 171:2
    171:17 187:17,17
**aaid** 231:14
**abide** 116:25
**ability** 67:12 73:5
    111:17 116:12
    142:16 159:25
    160:2 180:25

183:5,22 184:1,12
    208:6 225:11,13
**able** 13:19 44:9
    51:9 53:14,17
    83:18 89:22 90:12
    90:17 93:6 95:18
    113:9 117:24
    138:3 181:10
    192:20 193:13,22
    196:18 197:10,14
    198:25 202:4
    208:23 209:11
    210:7,10,21
    240:13
**absence** 194:21
**absolutely** 112:19
    154:9,15
**abusive** 111:25
    112:8,13
**access** 18:17
    103:13,19,21
    132:16,17 133:3
**accessible** 197:1
**accident** 18:14
    78:3
**accomplish** 21:23
    21:23
**accomplishing**
    156:4
**account** 36:12,17
    37:5,18 41:5,7,10
    62:13 67:4,4 68:2
    68:18 72:19 78:25
    79:1 100:1 108:8
    109:4 116:4
    137:24 142:12,19
    143:22 171:20
    175:6,22,24 176:1
    176:7,8,13 177:17
    196:5,6,15,17
    198:9,13,13 199:5

202:3,6,8,17,18,21
    216:14,15 217:18
    228:8,9
**accounting** 24:1
**accounts** 39:13
    57:4 67:13 68:18
    69:8,17 70:1,7,14
    141:13
**accurate** 30:22
    45:9 58:2 88:25
**acquired** 193:22
**acronym** 161:2
    216:11
**action** 62:19 67:5
    76:25 143:19
    248:18,19
**actions** 1:7 2:7
    172:10
**activates** 177:7
**active** 36:12 37:5
    37:19 68:1 84:15
    102:25 117:6
    141:3,8,12 142:8
    175:24 176:8,14
    177:14 198:9,11
    202:3,7,8,17
**activity** 113:8
    116:5 138:10
    151:1,2 197:25
    233:11,13,19,22
    234:6,15 235:4,9
**actual** 81:14 98:7
    115:15 141:6
    175:16 187:5
**ad** 134:8 231:13
**adam** 55:5
**add** 154:1
**added** 60:7 115:12
**addition** 26:13
    39:4 47:20 49:1,3
    49:13 53:20 64:21

71:13 115:7
    116:21 144:16
**additional** 34:8
    64:21 131:10
**additionally**
    216:24
**address** 40:25
    41:11 64:9 106:3
    137:22 159:4,6
    169:15 170:18
**addresses** 106:20
    118:25
**administered** 15:2
    248:8
**administering**
    14:6
**admit** 105:5
**adopted** 190:7
    215:24 216:3
**ads** 169:8 181:16
    182:5 216:5
**advance** 8:12,13
    8:17,18,22,23 9:6
    9:7,11,12 10:6,7
    10:10,11,14,20,21
    11:6,7,17,18,22,23
    12:13,14 33:5
    55:1 94:4 96:24
    105:8 178:12
    195:2 213:25
**advanced** 43:13
    43:19
**advertiser** 131:4
    134:4
**advertising** 230:3
**advise** 243:16
**advisement**
    243:17
**affect** 76:19,23
**afraid** 161:18

[age - apps]

**age** 141:3,9,12,25
  142:10
**aggregated** 142:9
**ago** 64:4 75:20
  118:24 136:9
  148:2 169:2 229:9
**agree** 14:5 41:20
  58:4,19 69:8,17,24
  155:19 169:19
  173:14
**agreement** 29:6,8
  245:19
**agreements** 29:11
**ahead** 54:20 60:12
  76:17 113:17
  118:7 140:14
  171:12 184:24
  217:13 226:5
**aims** 52:22
**aka** 209:6
**allocated** 241:9
**allow** 21:16,18
  122:7 237:14
**allows** 198:10
  209:8
**alternatively** 85:2
**alto** 6:17
**altogether** 169:6
**amount** 24:2
  111:25
**analyses** 60:15
  137:7 138:8
**analysis** 89:22
  202:3 209:5,7,11
  218:20 235:24
**analytics** 89:23
  235:16,19
**analyze** 68:22
**android** 231:15
**angeles** 7:9

**anid** 189:24 190:2
**anna** 205:1
**anon** 10:9 54:4,14
  67:8,19,20 70:17
  76:3 84:9 85:15
  97:10 99:6,7
  105:16 112:11,21
  113:4,19 114:16
  114:19,21 115:1
  116:9 139:12,16
  139:17,19,20,21
  140:5,7,8,8,9,23
  141:13,22 143:7
  143:16,20 159:22
  165:7 187:11,14
  187:20 198:2
  199:22 200:8
  201:9 236:7
  237:21
**anon's** 67:25
**anonymization**
  20:3,5,11 68:15
  74:5 76:6,23
  78:10 158:12
  159:11 160:20
**anonymize** 75:8
  78:14 112:14
  158:14
**anonymized** 75:10
  75:22 113:24
  140:11 159:2
  199:11,18
**anonymizing** 97:6
**anonymous**
  189:25
**answer** 21:17 22:2
  28:4 37:13 40:13
  83:18,21 84:19
  86:1,3,17 88:6,24
  92:8 95:6 98:20
  98:21 117:24

128:17 129:2
  130:1 144:5
  149:21 151:13
  154:6,11 166:5
  175:2 192:11
  197:19 207:10
  218:1,1,21 219:2,6
  219:14,15,16,22
  219:23 220:6,8,11
  220:14,21 221:2,7
  221:8,25 223:15
  224:18,22 225:10
  225:23,24 226:20
**answered** 118:21
  237:5
**answering** 17:12
  85:9 98:4 135:7
  175:20 186:5
  221:14,21 225:15
  233:7
**answers** 21:19,21
  67:17 245:13
**anti** 17:3 18:24
  73:7
**anybody** 32:6
  130:13
**anymore** 161:23
**apart** 200:18
**apologies** 35:25
  48:11 158:9
  183:17 204:3
  212:6
**apologize** 21:5
  35:6 105:5 126:1
  165:20 186:23
  204:16
**app** 11:4 115:14
  115:18,21 116:3
  178:13 179:4,4,17
  184:4

**apparently** 164:18
  167:3
**appear** 31:14
  56:22 247:4
**appearances** 3:1
  4:1 5:1 6:1 7:1
**appearing** 3:2 4:2
  5:2 6:2 7:2 249:18
  250:7
**appears** 44:5
  45:20,24 47:3
  56:4,15 65:10
  97:2,2 105:15
  117:14 139:8
  140:25 164:7
  189:22 204:6
**apple** 107:21
**apples** 111:4,5
  122:25,25
**application** 85:7
  133:7 138:15
  176:15,19,20,21
  176:22 177:1,7
  178:1 180:19
  183:6,9,23 184:1,2
  184:13 196:7
  211:22 229:20
**applications** 59:13
  142:15 180:18
  183:3
**applies** 57:8
**apply** 67:20
**appreciate** 21:14
  68:14 160:15
**appreciated** 33:10
**appropriate**
  156:15
**approximately**
  21:4 23:3 26:17
**apps** 176:13,16
  181:9,12,13 182:1

**apps's** 51:24
**april** 10:17
**architected** 200:4
**archive** 164:24
**area** 29:20
**argue** 147:2
**arguments** 155:17
**articles** 242:7
**articulate** 220:13
  222:14
**asap** 180:4
**asid** 11:5 133:11
  174:22 176:11
  177:11,19,20
  178:13,18,22
  179:18,21,23,24
  180:3 183:2,7,24
**aside** 33:16 193:20
  235:7
**asids** 180:17,17,22
  181:1 184:7
**asked** 35:7 39:2
  62:2 69:19 70:8
  71:25 83:8 88:14
  98:20 118:22
  125:10,17 151:21
  153:14,15 154:4
  166:20 210:10
  221:10 224:13
  225:21 237:4
  244:14,20
**asking** 22:4 28:18
  37:1 56:11 61:16
  85:10 102:23
  112:15 120:20
  123:7,24 124:2,16
  150:23 152:1
  155:4 175:15
  178:21 181:24
  193:6 215:11
  221:14 222:3,4

223:14,23 224:15
  224:15 226:15,16
**asks** 134:23
**aspire** 48:17
**assessment** 19:14
  19:21,23 27:3
**assessor** 19:8
**assigned** 217:2
**assist** 32:6 128:10
  128:12
**assistance** 13:18
**assoc** 50:23 51:3
  82:7 85:20 102:8
  171:19
**associable** 237:9
**associate** 7:17
  40:10 150:22
  151:1,19 197:14
  201:21
**associated** 17:9
  20:2,9 26:22 27:3
  27:19,22 28:12,23
  28:25 29:1,14,21
  29:21 30:12 39:6
  41:10,15 42:6,7
  46:1 49:2,4,13,15
  49:16 50:3,11
  51:10 65:24 68:6
  68:9 70:6 75:22
  81:13,16 83:3
  84:22 87:3 116:1
  116:15 137:20
  148:14 151:9
  153:8 154:21
  168:8,9 179:3
  188:24 192:1,3
  193:8 200:14
  202:7 203:8,11
  208:2 217:22
  229:7 236:4 237:9

**associates** 199:7,9
  207:14 228:11
**association** 17:25
  30:9 38:12,15,21
  38:22 39:1,3
  50:14,17,23,24,25
  51:21,25 68:3
  82:15,17,23 84:15
  145:5 147:15
  150:3,8,15 151:1,5
  151:21,24 152:8
  154:25 155:3,10
  155:23 177:1,9,11
  189:8 193:16
  227:19
**associations** 39:18
  59:11 147:7 152:6
  152:17 207:18
**assume** 22:3
  200:20,24 232:16
**assuming** 122:13
**attach** 137:14
  192:20
**attached** 33:19
  43:17 46:15 54:19
  63:16 64:25 90:20
  92:3 105:3 106:9
  127:24 138:20
  163:5 178:7
  180:14 184:23
  194:6,25 203:3,6
  213:18
**attachment** 65:4
**attachments** 64:16
  64:18
**attempt** 53:21
**attempted** 147:24
**attention** 52:17
  155:22 158:11
**attest** 243:11

**attorney** 3:9 6:7
  6:15 14:9 244:20
  248:19
**attorneys** 4:9 5:8
**audience** 50:15,21
  51:1,19 84:11
  212:10,20 213:1
**audit** 27:5,15,24
  30:25 31:11 66:6
  66:11 204:15
**audited** 29:12
**auditing** 28:22,24
  65:23
**audits** 26:19,25
  27:1 28:9,11,19
  44:18
**august** 12:6 204:9
  204:11 205:11
**auld** 3:5 13:15
**authentication**
  119:7 132:5,7
  133:2,17 134:1
  211:25
**authorized** 133:3
**automated** 228:9
**automation**
  111:22
**available** 102:16
  167:4 196:15
  234:14
**avenue** 4:10
**avoid** 156:12
  169:5
**aware** 36:4 60:9
  60:20 74:2,10
  76:21 77:3 119:12
  121:3 124:7
  190:25 193:25
  231:20 235:17
**ayana** 204:7,8

**[b - blume]**

| b | | | |
|---|---|---|---|
| **b**  1:12 7:5 8:8 9:1 10:1 11:1 12:1 22:15 143:8 144:12,12,13,14 221:10 240:5 250:1 | **bad**  114:2 181:1 181:14 | **behaviors**  181:13 | 168:24 173:1 203:17 243:7 |
| | **based**  11:20 29:15 45:10,14 99:15 154:10,11 166:3 173:16,16 195:3,8 | **believe**  26:20 42:19 45:8,14 49:8 59:6,25 67:17 81:2 82:21 83:7 123:11 127:21 150:25 151:20 163:23 185:9 189:15 218:1 222:17 227:18 228:7 230:7,11 231:13 | **bleichmar**  3:5 13:15 |
| **back**  31:8 33:1,23 34:1,15,23 35:2 37:21 38:10 39:6 40:7,19 42:3 51:1 52:3 53:24 58:22 61:16 62:19 63:3 63:21 66:15 68:4 71:16,17 72:2 77:20 79:19 82:3 83:23 86:6 96:3 106:6 115:4,20 116:1 119:18 121:10 127:5 133:13 136:6,20 137:1 138:3,11 144:25 156:9 157:10,17 158:1 162:25,25 171:12 172:23 173:1 177:12 193:23 194:16 196:18,20 196:22 198:8 202:9,9,13 210:2 212:1 213:19 217:18 222:22 223:2 226:22 227:20 237:9 238:7 239:14 | **basically**  173:7 184:2 | | **blobs**  237:17 238:2 |
| | **basis**  44:7 75:1 101:7 113:8 187:9 215:23 220:25 237:22 | | **blogs**  161:15 |
| | | | **blume**  5:6 13:21 13:21 14:11 19:18 20:13 27:7 28:1 29:18 30:14,16,18 32:15,17 33:3,5 35:19 36:23 37:11 38:14 39:20 40:12 41:17 42:10 45:12 46:18,24 47:16,25 49:20 50:4,19 51:5,22 53:11 54:12 56:2,14,20 58:3,12,20 59:8,17 59:24 60:23 61:13 61:25 62:8 66:1,7 66:21 67:7,23 69:9,18 70:2,10,15 71:1,8,23 73:12 74:7,16 75:14 76:8,15 77:1,8 78:24 79:5,15 80:5,11 81:19 82:11 83:6,16 84:3 85:13,25 86:12,19 87:5,12 88:4,18 89:7,15 90:6 92:12,25 93:16 94:1,15 95:2,13 96:7 97:8 97:17 98:1,15 99:11 101:24 102:13 103:25 104:4,9 107:13,22 108:11,20 111:13 |
| | **bates**  33:4 43:13 43:19 46:10,12 52:5,7 55:1 64:5 90:24 105:7 140:3 163:8 178:12 185:4 186:22 187:3 189:17 195:2 203:14 213:24 | **believed**  150:25 | |
| | | **best**  29:19 45:9 83:21 101:25 102:15 177:22 225:11,12 | |
| | | **better**  42:4 213:7 | |
| | | **beyond**  77:1 86:12 87:12 88:4,18 89:7 92:25 94:1 133:19 134:23,24 135:15,15 145:15 145:24 147:2,3 188:18 | |
| | **bear**  203:13 | | |
| | **bearing**  43:12,14 43:19,20 178:12 | **bfalaw.com**  3:14 3:15 249:2 | |
| | **bears**  54:25 55:2 64:5 90:23 105:7 185:3 195:1 213:24 | **biesnecker**  164:11 | |
| | | **big**  237:17 | |
| | **beginning**  13:12 46:11 91:11 215:16 | **bigger**  184:3 | |
| | | **bii**  143:8 144:10 164:24 165:1,5,7 165:15,16 166:12 166:16,24,24,25 167:4,25 168:19 | |
| | **begins**  186:15 188:13 | | |
| **backfill**  100:14 101:8 | **behalf**  2:16 13:22 14:2 17:14 59:21 108:19,23 226:21 243:4 | **billing**  18:17 | |
| | | **binder**  118:13 122:3 136:9 | |
| **background**  75:7 76:4,7 | **behavior**  60:16 111:16,21 112:8 112:14 | **binding**  14:7 | |
| | | **bit**  48:16 79:10 109:15 122:21 | |
| **backup**  78:3 | | | |

[blume - capacity]

| | | | c |
|---|---|---|---|
| 114:5 116:7 119:5 | 221:17 222:12,19 | **broader** 19:23 | **c** 5:6 22:16 50:23 |
| 119:14,16 120:4 | 222:23 223:3,9,11 | 20:8,14 196:4 | 57:8 131:15,24 |
| 120:11 122:6,7,10 | 223:13,19 224:1,5 | 216:3 218:2,3 | 132:10,25 133:1 |
| 122:24 123:3,18 | 225:2,3,6 227:2 | 243:13 244:19 | 133:25,25 134:20 |
| 124:21 125:2,13 | 233:12,20 235:10 | **broadly** 62:5 | 134:21 186:7,8 |
| 125:22 126:8,16 | 235:21 236:5 | 161:8 208:9 | **ca** 9:20,21 10:24 |
| 126:20,24 127:1,9 | 237:4 238:4,18 | **broke** 35:6 | 12:6,7,10 90:24 |
| 128:14,25 129:8 | 239:2,10,13,15,19 | **broken** 235:22 | 163:8 203:14 |
| 129:12,17 131:25 | 239:21 241:13,15 | **brokers** 191:2,10 | 249:9,12,20 |
| 132:19 133:19 | 241:17 242:2,11 | **browser** 119:3 | **cache** 108:16 |
| 134:13,22 135:6 | 242:16,18 243:24 | 120:6,8,10,18,23 | **california** 1:2,21 |
| 135:14,25 136:18 | 244:2,12 245:3 | 120:24,25 121:1 | 2:2 3:12 5:9 6:10 |
| 144:21 145:2 | **board** 189:23 | 127:14,15 129:25 | 6:17 7:9 15:19 |
| 146:3,15,18 | **bold** 103:18 | 130:5 131:8 133:4 | 240:2 |
| 148:19,25 149:7 | 182:22,23 236:17 | 170:5 228:25 | **call** 50:13 104:15 |
| 149:13,16 150:6 | **borker** 22:15 25:2 | 229:1 230:25 | 104:20 169:22 |
| 150:11,13 151:4,7 | **bottom** 93:17 | **browserid** 228:21 | 246:1 |
| 151:13 152:7,11 | 103:19 148:12 | 228:25 229:4 | **called** 50:18 54:4 |
| 152:18 153:14,19 | 161:13 167:11 | **browsers** 119:6 | 57:15,17 59:10 |
| 154:3,7,8,15,23 | 171:3 | 120:9 | 64:20,22 85:20 |
| 155:1,19 156:8,19 | **box** 11:12 186:12 | **build** 16:23 110:3 | 86:24 89:13 99:5 |
| 156:21 157:3 | 188:22 | 112:1 182:17 | 117:15 143:8,11 |
| 159:13,20 160:17 | **boy** 205:25 209:1 | **building** 100:22 | 143:17 167:4 |
| 162:8,18 166:14 | **break** 32:18,20 | 109:23 182:18 | 187:22 195:16 |
| 167:6 169:20 | 69:22 77:14 | **built** 16:8 75:24 | 209:21 |
| 171:9 172:4 | 126:16 144:20 | 86:22 94:9 116:9 | **calls** 217:23 |
| 173:15 175:12 | 156:24 157:7 | 144:15 165:14,23 | 218:11,24 221:18 |
| 176:6 177:24 | 167:12 169:25 | 188:11 216:7 | 225:4 |
| 179:6 186:17 | 177:9 194:10 | **bullet** 167:21 | **campen** 4:7 |
| 187:12 188:18 | 214:1 | 180:2 195:21,22 | **canonical** 34:13 |
| 189:1 191:4,7,13 | **breaking** 76:9 | **bullets** 143:4 | 34:25 35:13 116:1 |
| 192:6 193:10,24 | 83:9 | 168:21 | 116:14 133:9 |
| 197:3,16 200:1,16 | **breaks** 137:2 | **bunch** 227:4 | 174:23 177:4 |
| 201:5,12,23 205:5 | **brief** 77:25 | **business** 16:7 59:2 | 184:9,14 201:16 |
| 206:7 207:8,16,23 | **briefly** 26:1 115:4 | 59:15,19,22 60:21 | 228:14,15 |
| 208:8,15 209:18 | **briefs** 245:20 | 68:21,23 69:5,14 | **capability** 110:18 |
| 210:17,25 211:8 | **bring** 196:18,20 | 69:25 70:3,5,13 | **capacity** 86:20 |
| 211:16 212:11,23 | **bringing** 87:18 | 131:5 134:5 215:9 | 88:9,23 89:12,19 |
| 213:12 214:11,14 | **brings** 214:17 | **button** 228:10 | 90:10 96:13 98:25 |
| 217:23 218:10,24 | **broad** 34:18 50:7 | | 109:11 110:2 |
| 219:12 220:9,20 | 87:8 95:18 155:13 | | |

[capacity - column]

111:20 114:10
220:19,22,24
231:23 235:14
**captured** 152:12
245:11
**car** 18:14
**care** 16:20 162:2
173:8,9,11
**careful** 101:1
**cari** 4:7 13:19
**case** 1:4 2:4 16:7
17:18 25:17 34:10
34:19,25 75:17
101:13,13 116:10
173:10 183:5,22
226:11 232:25
233:2 241:5
248:15
**cases** 74:19 79:24
116:2
**categories** 72:16
233:3
**category** 217:2
229:16 233:6
**caught** 149:24
**cause** 231:6
**caveat** 114:12
**ccp** 249:9,12
**ccpa** 217:1 218:13
218:16,19,23
219:11,18,25
220:16 221:1,12
221:18 222:12
223:19 224:1
225:22 239:24
240:9,9 241:20
242:6 245:6
**ccpa's** 222:15
**ccpaa** 217:21
218:8

**ccr** 1:21,22,23
248:24
**cell** 205:25 206:17
206:19,20 208:25
209:13,20 210:23
**center** 177:5
**central** 16:24
74:18 79:23
**centralized** 16:23
**certain** 97:15
172:10
**certainly** 145:16
**certified** 2:20,21
248:2,3
**certify** 248:4,17
**challenge** 100:21
**challenges** 111:21
**chance** 64:13
138:22 139:5
163:17 204:1
**change** 251:4,7,10
251:13,16,19
**changed** 229:10
229:12
**changes** 116:12
**characters** 109:16
**chasing** 239:16,22
**chat** 164:7
**chatting** 42:19
115:23
**checked** 101:3
204:10
**checking** 166:7
178:4,8
**chen** 7:17 13:25
**chhabria** 245:22
**child** 73:8
**choose** 57:24 58:9
196:16 228:10
**chose** 115:22

**chron** 187:20,24
188:2
**chronscript** 187:2
187:7,11,21
**chronscripts**
188:6
**chunks** 114:24
**circumvent**
181:17 182:5
**cite** 239:24 240:8
243:6
**cited** 240:19
**cites** 164:19
**citing** 245:20
**city** 15:16
**civil** 249:19,20
**claiming** 240:12
**clarified** 68:14
**clarify** 28:14
30:19 38:16 87:7
88:24 146:3
170:16 193:5
**clarifying** 229:13
**clarity** 52:11
63:22 69:19
121:23 214:4
**clark** 1:13 2:15
6:14 8:3,11 13:7
13:24 14:12 15:1
15:7,13,14 18:5
31:15 33:20 34:4
42:21 43:14,23
47:1 55:7,14
64:12 77:22 78:9
91:1 123:25 125:3
129:16 145:7
157:19 194:18
203:24 213:6,21
214:18 225:10
227:4 238:17
247:1,12 249:5

251:2
**classification**
165:8 172:8,9
232:17,22
**classifying** 25:15
**claufenberg** 4:15
**clean** 83:21 199:14
209:7,7,15,17,23
**cleans** 238:1
**clear** 73:1 75:9
96:3 124:25
134:18 148:20
153:6 174:20
**clearly** 21:12
162:10
**clementine** 57:9
57:13,16,18
**click** 134:6
**clicking** 134:8
**client** 13:25 243:1
243:4 245:23
**close** 12:5 204:9
240:7
**closeout** 205:4,11
**closing** 213:4
238:14
**code** 159:2,3 179:3
179:3 186:10,14
186:19,19 187:5
188:13,16 249:9
249:12,19,20
**collect** 234:7
**collected** 226:12
**collecting** 147:22
**collection** 234:22
**colorado** 1:15 2:17
5:11 13:1 15:19
**colorful** 56:7
**column** 95:9 96:6
98:25 99:1 141:7
141:17,17 143:14

[column - context]

143:14
columns  94:13,20
   95:21 96:4,5
   98:12 141:2
combination
   47:21 162:24
   231:6
combinations
   216:13 218:6
combined  231:9
come  42:3 52:1
   71:17 80:21 86:6
   131:22 133:13
   156:13 157:10
   165:25 190:6
   209:10 221:3
comes  30:24 45:23
   85:1 109:14
   230:13 234:5,6,19
   238:7
comma  155:22,23
commencing  2:17
comment  57:22
   58:10 60:17,18,18
   60:19 227:2
comments  49:15
   137:16 243:22
commitment
   137:3
commitments
   217:5
common  16:24
   109:13 232:18
   234:10
commonly  131:16
communicate  42:4
   199:15
communicating
   21:12
communication
   164:8

company  18:16
   51:14 229:21
   244:25
comparative
   240:18
comparison
   240:19
compiling  181:12
   182:3
complaining
   147:16
complete  159:24
   160:15 175:13
completed  55:20
   249:7,17 250:6
completely  181:17
completion  248:15
   250:10
completions  188:9
complexity  159:23
complicated  65:2
   240:10
complies  14:14
comply  161:25
components  54:13
   210:19
comprehensive
   166:21 167:13
computer  131:16
con  168:10
concept  34:23
   69:13 111:7
   159:11 241:5
   243:2,12 244:18
concepts  111:3
   143:4
concern  242:8
concerns  115:13
concise  73:1 88:25
conclusion  200:12
   217:24 218:11,25

221:18 222:2,3
   223:23 224:15
   225:4 226:15
conduct  87:2,11
configuration
   209:8
confirm  57:23
   65:3 66:4
confused  66:25
   124:9,18 149:3,9
   233:17 242:5
confusion  244:22
congress  162:2
connect  36:21
   37:2 39:19 68:24
   69:6,15 70:13
   228:8
connected  87:10
connection  18:10
   175:8 177:8,16
   198:15
connects  202:13
consent  19:8
   176:15
consider  57:23
   149:18,23
considered  146:20
   152:19,22 155:6
   181:2 217:7
considers  151:8,14
   154:16 155:4
consist  149:5
consistent  78:19
   78:22 79:4 80:3,6
   170:14 182:12
consistently
   100:25
constitute  217:8
constitutes  242:24
constitution  240:3

construct  242:8
   243:13
constructs  245:21
consumer  1:4 2:4
   13:9 176:14 235:3
consumers  234:15
cont'd  6:1 7:1 9:1
   10:1 11:1 12:1
contact  249:9
contain  127:17
   173:22
contained  92:21
   98:13 120:17,20
   135:4 236:11
   247:5
containing  99:9
   147:16 186:13
contains  91:3 93:3
   127:21 134:9
   141:1,4 170:7
   201:8
content  48:25
   49:10 58:15 59:23
   61:4,11,23,24
   66:20 67:15 75:25
   84:24 85:6 130:6
   159:1,6,11 161:1,3
   161:5,8,20,22
   164:23 165:8
   169:16 170:20
   173:23 174:10,14
   186:12 196:12
   204:4 217:15
contents  186:13
context  24:23
   38:13,16,22 39:1
   61:3,12 65:21
   66:9,19 67:5 88:7
   164:10 171:15,25
   172:12 173:5
   183:1 188:21,21

[context - cpup]

193:2 205:13
206:11 207:17
216:5 219:15,23
221:2 222:8
225:14 232:11,20
**contextual** 196:12
**continual** 237:22
**continually** 75:7,8
**continue** 68:23
69:5,14,25 114:12
246:2
**continuous** 76:6
**contract** 208:4
**control** 8:20 45:25
50:15,21 51:1,19
84:11 161:14
**controls** 20:1,8,10
26:19 27:1,3,10,12
27:13,15,17,19,21
27:24 28:11,12,22
29:14,21 30:12
31:9 44:18 47:10
47:17,21 65:24
**conversation**
22:22 81:3 128:15
129:4 130:20
241:9 245:2
**conversations**
11:5 115:16 129:1
**conversion** 207:22
208:5
**conversions**
178:14 179:18,22
**converting** 74:6
74:14,25
**cookie** 119:23,24
120:3,5,21,22
127:8,13,14,16
128:22 129:6,15
129:19,24 130:4
130:15,23 131:3,7

131:9,24 133:16
134:3,3,9,19,20,20
134:21 135:13
145:19 146:7,23
146:24 147:5,8,23
148:21 149:17,18
149:24 151:6,8
152:16,17 153:11
154:16 169:15
170:2,6,7,19
211:13,20,22
228:18 229:5,8
**cookies** 106:20
118:25 119:1,3,6,9
119:11,12,21
120:16,17 121:4
121:11,20 122:1,9
122:11,13,22
123:3,7,8,11,25
124:1,2,5,6,12,15
124:21,22,23,24
125:1,3,9,18,24
128:13 129:10
131:6 132:5,11,15
133:1,1,4,25
134:21 135:4,24
136:14,17 145:6,8
145:10,13,18,18
145:23 146:5,6,9
146:11,12,19
147:1,2,17,20
148:5,14 149:3,5,9
150:22,24 151:3
151:12,15,22
152:19 153:8
169:24 170:4,5
211:25
**copied** 32:20
211:24
**copy** 43:11

**corner** 52:9
**corporate** 1:13
17:14 30:11 38:19
73:14 220:18
227:8 230:24
243:20
**correct** 17:21,22
23:14 28:13 45:6
45:7 52:15,16
62:22 66:3 70:11
72:13 78:5 79:14
82:10 97:7,25
99:10 102:11
109:19 117:5,6
118:1 123:4,8,14
124:3 133:11,12
136:15 147:21
154:8,9,16 157:24
160:10 161:1,3
188:15 194:19
214:10 215:7
220:17 223:20
231:16 236:2,24
236:25 247:6
**corrected** 247:5
**corrections** 247:4
249:14,15 250:3,4
**correctly** 63:4
229:14
**correlate** 184:2
**cough** 73:25
**counsel** 3:1 4:1 5:1
6:1 7:1,17 13:12
13:19 14:5 22:9
22:21 23:3 26:12
28:4 32:1 44:17
46:17 81:3 118:15
122:24 123:2,3
124:2,18,21 126:1
128:10,12,15
129:1,4,13 148:4

153:10 154:3,5,7
154:11 156:21,22
160:12 164:2
178:10 214:10
219:4,4,21 220:1
220:24 221:5
222:1 223:3
224:12,21 225:2
225:18 226:1,9
238:23 245:16
249:18,21 250:7
**counsels** 214:2
**count** 141:3,8,12
142:8
**countless** 242:25
**counts** 167:22
168:22
**couple** 39:22
42:16,18 63:11
118:17 140:20
164:19 181:14
**course** 126:15
215:9
**court** 1:1 2:1,21
14:3,4,12,15 21:13
33:18 43:16 46:14
54:18 63:15 64:24
73:18 90:19 92:2
105:2 106:8
127:23 138:19
153:20 157:13
163:4 172:16,18
178:6 183:10,12
183:15,19 184:22
194:5,24 203:2,5
204:19 213:17
248:3
**courtesy** 33:9
**cover** 31:20
**cpup** 9:16,17
11:13,14 64:5

Veritext Legal Solutions
866 299-5127

185:4

**create** 31:23 32:14
34:8 54:6 71:15
100:16 133:14
140:10 231:7

**created** 101:19
104:18 131:9
167:4 180:22
184:7 197:22
238:2

**creates** 97:10

**creating** 21:24
34:14 211:2

**creation** 75:11
100:12 101:10
128:8,10 205:20
206:13

**critical** 241:5

**cross** 181:12

**crutcher** 5:5 6:5
13:22

**csr** 1:21,21,22
248:25

**current** 15:23
23:18,23 24:11,19
25:1 75:9 83:3,14
84:1,6,8,15 102:4

**currently** 15:16
16:19 23:12 47:22
98:11 117:18

**custom** 205:20
206:13,14 212:20
213:1

**customer** 212:10
228:1

**cut** 202:14

**cvikram** 186:12

**cycle** 20:15,18,20
76:6

**d**

**d** 8:1 120:1,1
176:13 195:8

**daily** 100:15 101:7

**daniel** 7:5

**data** 8:15 9:4 17:1
18:1 20:4,15,17,18
20:19,20,22 25:15
25:23,24 36:13,14
36:15,16,22 37:2,5
37:6,9,10,10,14,15
37:19 38:4,8,9,21
39:5,16,19 40:4,5
40:6,9,10,17,19,20
41:13,14,16 42:6,9
42:12 43:20 44:4
45:23 47:4,14
48:5,10,13,18,23
48:24 49:13 50:3
51:10 52:12,18,20
53:7,14 54:6,8
55:3,3,23 56:1,8
56:17 57:2,3,4,10
59:2,14,23 60:5
61:16 62:3,5,15,16
62:21 63:9 64:21
65:25 67:10 68:1
68:2,3,9 71:19,21
72:22 73:4,5,18
75:10,16,22 76:3,5
79:12 83:3,5,13,25
84:5,7,16,18,25
85:3,12 87:10,24
87:25 89:20,20,21
89:23,25,25 90:1,4
90:4,5,12,15,15
96:6 98:7 109:2
112:14 114:13
136:25 137:1,6
139:22 141:1,5,8
141:21,22,24

142:17,21 143:8
143:10,20 145:6
147:18,19 150:4
150:11,12,15
154:22,25 158:4
159:1,12 161:15
171:5,18 172:10
173:5,6,8,8,21,24
174:2,2,4,8 175:11
175:17,18,22
176:4,8,12 181:9
181:12 182:2,3
188:24 189:8
190:17,25 191:1,9
191:10,11,11,14
191:25 192:3
193:7,11,14,17,23
195:20 196:2,19
196:25 197:8,13
199:6,8,10,12,18
199:21 200:14,19
200:21,24,25
201:21,21 207:14
208:1 209:3,4,9,10
209:16 216:8,12
216:13,15,22
217:4,7,16 218:5,6
221:3,13 222:11
226:12 231:4
232:4 233:3,4,6,10
233:11,18,19,21
233:22,24,25
234:5,7,8,10,11,14
234:19,23 235:8
235:15,24 236:1,8
236:19,19,23
237:1,2,7,16,16,17
238:7,7,11 240:21

**database** 59:6
237:12

**databases** 237:13

**dataset** 87:3
201:18

**datasets** 52:21

**date** 21:7 55:25
63:1 82:12 93:20
178:3 248:20
249:16 250:5
251:24

**dated** 8:16 9:14
10:16 11:11 55:23
186:8 204:7
248:22

**dates** 204:12

**dating** 115:8,11,12
115:14,21 116:3,5
116:10

**datr** 119:23,24,25
120:3,5,17,21,22
127:8,13,16
128:22 129:6,10
129:10,15,19,24
130:4,14 135:12
147:17,23 148:21
153:8,11 154:16
170:7,9 228:21
229:2 230:24

**david** 4:6

**day** 71:10,21
101:20 109:2
114:24 141:3,8,12
142:8 148:10
153:2 187:18
197:22 204:13
219:20,20 220:3
221:3 237:23
240:15 246:1
247:7

**days** 68:10 72:22
74:15,15 75:11
83:14 84:2,8

[days - deponent]

85:17 91:5 92:22
100:4 108:10,18
108:24 113:24
118:24 141:21,25
143:20 197:24,25
198:3,4 202:18
236:15
**de** 17:25 37:23,25
41:4 42:12 52:18
52:20 53:7 54:5
62:3,20 63:8
70:17,20 110:14
110:16,20 143:9
145:4 147:6 150:8
155:2,9 177:7
193:3 198:11
208:20 217:4
236:19 237:3,8
**deal** 21:1 149:20
**deals** 145:17 146:5
147:1
**debugging** 41:2
**december** 19:10
21:8
**decide** 66:14
**declare** 247:1
**decree** 19:8
**deeper** 215:10
**default** 184:15,20
**defenses** 182:17
**define** 219:10
221:16 237:10
240:20 241:11
244:5,9,24 245:18
**defined** 59:19
60:21 91:4 109:15
218:23 222:12
241:18 244:15
**defines** 219:18
241:4,12 243:11
243:20 244:25

**definition** 12:12
16:8 38:2,7 117:8
117:17,21,25
160:9 164:15
166:21,23 167:14
167:21 169:9
174:7 175:18
186:19 214:16,21
215:13,15,15,17
216:2,7,10 217:20
218:5,15 219:5
220:16,25 221:4
221:12 222:10,13
222:15,19 223:16
225:16,22 226:13
236:9 239:23
240:6,11,16,19
241:3,19 242:9,22
245:6,23
**definitions** 42:2
167:17 173:19
**deidentified** 137:6
**del** 193:1
**delete** 25:24 48:17
53:14 58:16 59:22
60:17 61:6,11,23
62:3,4,12,16 66:20
67:4,12 72:22
73:5 75:25 116:4
142:18 187:15
196:11,11,16
217:4 237:14,15
237:21
**deleted** 39:13,16
40:5 41:5,10 42:9
55:3,23 56:1,8,17
57:2,3,4 60:5
62:13 63:9 64:21
67:22 68:17,18
69:7,16 70:1,6,14
70:18,19,19 79:1

100:1,17 108:7
109:4 137:2 138:5
142:21 143:23
159:24 171:20,21
175:22,23 176:1,9
198:13,14 199:5
221:13 226:12
237:2,7
**deleters** 11:21
195:3,8,16,17,18
196:10
**deletes** 36:17
58:14 59:23 61:7
137:24 139:25
142:12 143:22
175:6 177:17
**deleting** 55:3,23
56:1,8,17 63:9
64:20 68:19
159:22
**deletingdeletedd...**
9:4
**deletion** 8:15 9:9
11:16 17:1 18:1
20:18,19 23:6,7,9
24:12,24 25:8,20
25:21,22 26:18,21
27:19,22,25 28:12
28:23 29:14,22
30:12 31:2,4,10,10
31:12 39:8,10,14
40:3,8,16 43:21
44:17 45:23 46:1
47:4,14,18 48:13
48:19 52:12 54:9
61:16 62:13 64:22
65:5,7,25 67:3,14
68:3 72:23 74:17
74:18,22 76:19
77:10,11 79:22,23
80:1,20 81:9,13,15

100:2 108:8,13
143:21 145:3,5,10
145:12,17 146:5
146:23,25 147:7
149:20,25 150:3,9
152:21 155:5,9
170:3 171:5 173:4
174:2 178:2
191:12,15 195:13
195:14,15 196:3,4
196:5,17 202:19
202:21 207:18
208:21 236:18
**deletiondeletedd...**
158:4
**demonstrate**
144:1
**denver** 1:15 2:17
5:11 13:1 15:19
**dep** 155:18
**dependence**
181:16 182:4
**dependent** 67:13
**depends** 62:9
140:9 186:18
**deponent** 2:17 8:2
14:7,14,20 19:20
20:14 27:8 28:5
29:19 30:4,15,17
30:19 35:20 36:24
37:12 38:15 39:21
40:13 41:19 42:11
45:13 47:17 48:1
49:21 50:6,20
51:6,23 53:12
54:13 56:3,15,21
58:4,21 59:9,18,25
60:24 61:14 62:1
62:9 63:17,19,22
63:25 66:2,8,22
67:8,24 69:10,19

[deponent - direct]

70:3,11,16 71:2,9
71:24 73:13 74:8
74:17 75:15 76:18
77:3,9 78:25 79:6
79:16 80:6,12
81:20 82:12 83:7
83:17 84:5 85:14
86:1,14,20 87:6,13
88:6,20 89:9,16
90:7 92:4,15 93:2
93:17 94:5,19
95:5,14 96:10,25
97:9,21 98:3,16
99:12 101:25
102:14 104:1,12
107:14,23 108:12
108:21 111:14
113:14,18 114:6
116:8 119:6,17
120:5,12 124:4,10
124:13 127:10
129:3,18 132:1,20
133:21 134:14,25
135:17 136:1,19
138:25 158:8
159:14,21 162:9
162:19 164:3
166:15 167:7
169:21 172:6
173:16 175:13
176:7 177:25
178:15 179:7
183:11,14,17,21
186:18 187:13
188:20 189:2
191:8,14 192:7
193:11,25 194:9
195:4 197:4,17
200:2,17 201:6,13
201:24 204:16,20
205:10 206:8

207:9,17,24 208:9
208:16 210:18
211:9,17 212:12
212:24 213:8
214:4,9 217:25
218:12 219:1,13
220:10,23 221:19
225:12 226:3,7
233:13,21 235:11
235:22 236:6
237:6 238:5
239:14
**deponent's** 1:15
**deponents** 248:7
**deposed** 18:4,7,21
18:23
**deposition** 1:12
2:15 8:11 13:7,17
14:6,17 15:8
17:17 19:1,2,3,9
19:13,17 21:2,6
22:7 25:19 26:9
29:16 33:15 43:14
64:4 92:14 94:4
148:3,9 172:14
179:14 221:10
222:8 238:15
239:1,4 248:14
249:19,22,24
250:8,10
**depositions** 18:9
18:13,25 21:11
155:17 246:2
**derek** 4:8
**derived** 232:4
233:3,6,10,18,24
**describe** 70:22
112:12 140:22
142:24
**described** 54:9
110:21 121:11,20

148:15 191:21
210:19 233:4
**describes** 112:10
112:20 145:24
206:13 210:23
**describing** 26:20
49:11 63:4 93:5
112:25 139:15,17
**description** 8:10
9:3 10:3 11:3 12:3
98:11 112:12
137:15 139:14
147:18 206:16,18
**descriptions** 98:8
121:24
**descriptor** 41:15
**descriptors** 109:13
**despite** 153:6
**detail** 131:2
**details** 26:21 41:8
48:2,7 56:7 80:17
93:6 131:10 146:4
**detect** 144:11
**detection** 143:7
**detects** 143:8
**determine** 51:9
**determined**
249:18,22 250:7
**developed** 221:4
**developer** 56:16
131:11 144:7
176:14,16,20
177:8 184:18
**developers** 16:7
16:24 35:12 48:3
142:15 176:25
177:6 181:11,16
182:2,5 184:11
201:15
**development**
144:3

**device** 40:25 41:11
99:20 100:2,2
106:3,15,24 107:5
107:9,10,21 108:8
108:9,16 109:6
111:10,22,24
112:4,6,13,23,25
113:4,10,22 114:1
114:4,16,23
120:10,19 216:15
216:16 217:18
230:2,13,14,17,21
230:25 231:2,18
231:19,24
**dgarrie** 7:11
**diagram** 140:4,17
142:23,24 143:3
143:25
**differ** 47:24
**different** 42:8
45:21 59:7 65:9
65:10 83:8 85:9
111:2,6 112:15
119:21 120:14,16
145:24 155:20
169:7 192:12
228:24 232:13
234:25 242:7
**differentiating**
243:14
**difficult** 155:17
200:13 201:20,24
203:17
**dim** 93:12 95:19
95:20 100:16
101:18 102:9,12
102:17,25,25
198:15
**direct** 31:12 52:17
158:10 209:20

[direction - email]

**direction** 179:24
185:15 219:21
221:5 225:18
248:11
**directions** 179:21
**directive** 143:16
143:19
**directly** 30:1,24
38:8 85:6 116:3
168:12 191:17
216:25 226:11
242:3 244:3,4
**director** 15:24
**disappear** 142:14
**disassociate** 70:17
**disassociated**
53:15 62:17 68:5
**disconcerting**
243:8
**discover** 183:6,23
**discuss** 19:16 23:4
112:22 135:12,23
136:16 145:7,12
172:13 178:11
188:24
**discussed** 23:5
25:18 92:18
158:13 175:17,19
227:21,24 229:10
**discussing** 24:17
66:16 74:6 78:11
103:22 123:12,13
158:11
**discussion** 126:11
172:16
**discussions** 129:13
**disks** 238:11
**disputes** 18:17
**disregard** 43:5
**distinct** 69:20 91:6

**distinction** 170:1
216:1
**district** 1:1,2 2:1,2
**dko** 4:14
**dloeser** 4:16
**document** 1:6 2:6
31:15 33:5 43:12
43:19 45:19 46:11
47:2,13 56:25
59:16,19 60:13,22
60:25 61:19 62:2
63:2,4,6,23 66:15
73:1 82:13 91:3
91:12,13,15 92:6
92:21 94:3,17
96:4,9 97:18 98:8
99:22 100:7 102:5
105:6,20,24
106:15 113:1
117:19,22 118:4
118:15 122:2,4,8
125:11,16 128:1,3
128:7,9,11 140:3
160:8,13 161:11
162:10 163:21,23
164:1,15 166:3,6
166:16,19 167:3,8
168:18 171:24
173:18 174:4,5
178:9,15,19,21
179:13 186:16
190:3 193:19,21
195:10 205:6
214:2,24 215:1,3,5
216:20 218:9,16
218:17 221:11
227:1,5,9 228:19
239:24 240:18
241:25 244:3,19
245:7

**documentation**
56:16 71:4 82:13
131:10 182:14
**documents** 26:18
26:23 28:9,16,21
30:2,9,21 32:12,12
32:13 44:8,14,16
44:24 45:10,21
46:3,4,8,23 63:12
64:2 65:15,18
118:12 119:19
203:13 227:23
238:23 243:6
244:7
**doe** 141:10 142:4
**doing** 113:6
115:18 153:23
**domain** 131:4
134:4
**dot** 168:12
**double** 70:4 101:3
166:7 178:4
**downstream**
156:12
**drafted** 44:12
**drafting** 44:15
**dub** 104:15,15,15
**due** 245:4
**duly** 33:10 157:1
160:17
**dumb** 209:7
**dunn** 5:5 6:5 10:16
13:22
**dyi** 147:16 153:7

**e**

**e** 3:6 8:1,8 9:1 10:1
11:1 12:1 22:15
22:16,17 54:4
64:10 131:15
195:7,8,8,8 249:1
249:9,12 250:1

251:3,3,3
**earlier** 70:23 71:3
79:10 84:10 105:6
117:9 118:18
128:2 137:12
160:6 162:10
165:6 166:8 214:3
214:7 227:14,21
227:23
**editorial** 162:11
**edward** 212:18
**effect** 47:6,9 54:10
62:24 63:5 97:15
**effective** 47:5
**effectively** 68:19
**efficiency** 202:6
**efficient** 110:6
201:25 202:1
234:7,20 237:18
**efforts** 17:3 18:24
**either** 21:8 36:9
52:21 71:3 88:25
93:3 99:6 103:21
104:15 110:17
153:17 161:24
208:19 235:15
**elements** 40:18
208:17,17
**elicit** 125:1
**eliminate** 198:23
**eliminated** 40:11
202:15
**email** 9:14 11:11
12:4 64:9,15,19
65:7,22 66:9,10
122:12 123:20
125:23 126:4
141:2,11 142:6
148:2 159:4 164:1
169:15 170:18
186:6 188:21

Page 14

[email - exhibit]

203:11 204:6
208:2
**emailed** 123:13
124:21 125:2
146:9 189:9
**emails** 106:19
118:25 122:20,20
122:22,24 159:5
186:11
**embedding** 232:10
**embeddings** 232:6
**emma** 13:20
**employed** 15:17
**employee** 15:18
23:12 116:24
248:18
**employment** 15:11
15:14 16:18 18:10
18:22
**en** 147:1
**enable** 16:23
137:1
**encourage** 241:10
243:18
**encrypted** 134:10
**encrypts** 134:11
**endeavor** 21:17
**ended** 73:22 124:4
**eneman** 64:8,16
**enforce** 106:2
**enforcement**
18:24 73:9
**eng** 10:23 163:9
**engaged** 79:13
**engineer** 23:23
24:21,25 25:12
56:6 58:6 79:7
90:15 100:24
162:11,15
**engineer's** 63:7,8

**engineered** 200:10
**engineering** 24:15
82:13 143:3 195:7
217:3
**engineers** 89:20
89:25 90:5 100:25
116:24
**ent** 11:20 195:3,7
**enter** 123:20
**entire** 16:11 68:17
74:8 113:10
114:22
**entirely** 69:7,16
81:25 111:6
168:21 217:6
**entirety** 241:6
**entitled** 30:7
**entries** 234:6
**entry** 37:17,20
40:22 49:16,21
50:25
**ephemeral** 227:25
**epoch** 131:8,12
**equal** 231:9
**equivalent** 230:25
**erase** 136:25
**errata** 249:14,16
250:3,5
**error** 43:6 45:20
**especially** 21:11
169:8 210:1
**esq** 249:1
**essential** 176:22
**essentially** 142:3
234:21
**esslemont** 212:18
**establish** 206:15
**estimate** 24:5
**ethan** 164:10,12
164:17 167:16

**ethical** 58:15 61:5
**ethics** 57:20
**etl** 234:9
**eugene** 22:14
24:22,24
**evaluate** 80:13
112:1
**evan** 64:8,16
**everybody** 156:25
157:7 224:7
245:20
**exact** 21:7 23:20
24:1 82:23 149:12
191:22
**exactly** 23:1 41:20
59:18 66:10 130:5
166:2,21 167:14
167:15 168:16
210:20 243:13
**examination** 8:2
15:5
**examined** 15:2
217:9
**example** 34:20
36:8,20 40:21,23
41:15,22 49:7,8,18
49:22,23,24 50:10
60:1,2,10,14,15
67:6 83:2 84:11
89:12 107:8 112:5
112:5,6 118:18
137:11 138:11
140:23,25 142:6
147:15 166:16,18
181:8 182:13
191:21 192:9
193:12 208:3,24
217:11,15 231:24
234:2 237:20
238:6

**examples** 44:21
49:5 73:5 106:1
106:19,21 118:23
140:20 141:5
159:23 166:19,23
167:18,22 168:1
168:22 186:11
195:18
**excel** 12:9 205:16
**excellent** 172:1
**exception** 72:21
**exceptions** 48:5
72:1,5,12,14,15
74:23 80:2
**excessive** 111:25
**exchanged** 122:20
**excluded** 153:18
**executed** 247:7
**exhausting** 24:5
**exhibit** 8:11,15,20
9:4,9,14,19 10:4,9
10:13,16,19,23
11:4,9,11,16,20
12:4,9,12,19 33:13
33:17 42:16,19,22
43:1,5,11,15,18
45:16 46:9,11,13
47:1,15 48:9 52:3
54:9,17 55:7,12,13
55:21 61:17 62:24
63:3,13,14,24 64:2
64:7,14,15,20,23
65:2,14 66:15
68:16 72:7 78:10
82:2 86:6 90:18
90:22,23 91:19
92:1,11 95:25
96:3,20 97:1
99:20 100:8
101:17 102:7,24
103:13,17 104:24

[exhibit - facebook]

105:1 106:7,11,14
108:5 111:11
112:10,20 115:4
117:8,13 118:17
123:1 127:22
128:1 136:7,11
138:16,18 139:3,7
139:8 158:1 160:7
163:3,7,11 164:6
174:1,5 178:5,9
179:11 184:21,25
185:8 186:1 194:2
194:4,22,23 195:5
203:1,4,10,10,12
203:15,16,24
206:12 213:16,23
214:3,7,7,8,17,19
214:20 215:12
240:8 241:19
243:15
**exhibits**   42:17,18
42:22 43:10 203:8
242:25
**exist**   41:25 68:8
170:5 201:11
202:10
**existed**   60:19
161:15
**existing**   191:24
210:20
**exists**   37:5 39:17
40:4,9,4 41:13 42:7
85:18 116:17
120:25 138:5
201:6,13
**expect**   41:24 93:4
95:9 99:5 174:9
233:9,24 240:4
242:10 243:9
**experian**   212:9

**experience**   16:6
24:13 51:15 73:16
87:15 94:8 95:8
95:17 98:6,19
107:8,17,19 108:1
108:24 127:13,20
129:20,22 130:3
130:10,18 131:1
132:4,14,22
133:24 134:16
135:20 136:4
144:6 162:22
170:10 190:18,24
192:8 208:10
211:19 219:3,19
220:12 221:6
225:16 235:23
238:6
**experts**   81:11,14
**expiring**   142:21
**explain**   80:8 143:3
192:10,12
**explains**   57:1
**explanation**   182:8
**explicitly**   183:4
211:21 212:2
**exploitation**   73:9
181:8
**exploited**   181:9,11
182:9,16
**express**   55:24
**expressed**   35:15
35:17 147:19
**expression**   58:5
**expressly**   189:9
**extend**   123:3
**extent**   28:3 92:13
108:2 128:14,25
129:12 134:22
135:14 145:18
146:6,15,19 152:7

225:4
**external**   47:19,23
52:21 131:11
**externally**   48:7
51:4 176:23
**extremely**   95:18
**eyes**   162:1

**f**

**fabulous**   72:10
**face**   167:14
**facebook**   1:3 2:3
5:4 6:4 9:5 13:8
13:22 14:11 15:15
15:21 16:7,8,10,12
16:18,23 17:14
18:10,20,22 23:10
23:13 25:21 29:6
31:2,4,13 34:12,12
35:1,2,4,5,9,9,11
35:12,20 36:5
39:11,16 40:3,5
41:16 43:12 45:24
47:4 48:2 51:20
55:3 56:12,16
57:22 58:8,9
59:21,22 61:22
63:8 64:3,9 65:24
66:5 67:4 69:13
69:24 70:12 71:7
73:2 74:4,12
75:10 83:3,14
84:1,24 86:16
87:15 88:8,22
89:11,18 90:9
92:24 94:7 95:1,7
95:16 96:12 98:5
98:18,24 99:14
100:22,25 103:7
103:10 107:8,16
107:25 108:19,23
109:10 110:1

111:10,19 114:9
115:13 116:6,8,23
119:9,11,12 121:3
121:11,20,22
127:13,20 129:20
130:2,9,14,18,25
131:5,11 132:3,6
132:10,13,18
133:9,14 134:5,7,9
135:1,10,18,23
136:2 137:2
139:10 142:15
144:6 145:7,9
147:22 148:21
149:18,19,23
150:23 151:2,4,7,7
151:14,19,19,21
151:24 152:5,19
161:16,21 162:1
162:17 166:22
167:15 174:21
176:25 178:18,22
178:24 180:11
181:16 182:4
184:10 186:7
190:1,16 191:1,10
192:4 193:8,22,23
195:7 196:7,8
201:15,19 205:21
206:14,15,15,21
206:25 207:1,6,6
207:14,15,18,21
208:4,5 209:6,8,16
210:16 212:8
214:21 215:17
220:11 221:16
225:13 226:12,21
227:4,8 228:8
229:2,10,11,15,16
229:18,20,20
230:24 231:18,19

[facebook - following]

231:24 232:1,2
233:13,21 234:5
234:15,16 235:8
235:13 240:21
241:3,6,12,18,20
241:22,24 242:10
243:10,19 244:14
244:23,25 245:17
249:4 251:1
**facebook's**  1:12
17:24 25:16 28:22
30:11 33:7 38:20
39:4 52:24,25
53:1,3,10,12,23
55:24 56:12 61:10
61:21 66:17,18
67:2 117:17,24
139:11 154:24
189:8 215:12
216:2,18 222:4
223:24 224:16,23
226:13 244:8
**facebook.com**
64:16 164:23
**facebook.com.**
132:15 133:5
**facilitate**  33:14
**facing**  47:20,23,23
**fact**  46:7 153:6
200:7
**facts**  149:13
**factual**  225:23
**factually**  147:21
**fail**  101:1
**failed**  101:11
**failure**  101:13
161:25
**fair**  21:19,20,25
22:1,4,5 40:11
103:4 157:6
186:14 200:15

206:16,18 207:15
**fall**  72:15 175:18
192:25
**familiar**  57:15,17
119:22,24 172:12
190:2,15,21,24
207:20 208:11,18
209:15,23 210:5
210:15,20 211:10
211:13,20 212:5,8
212:12 218:18
**family**  203:11
230:21 231:2
**far**  21:10,11
146:23 222:25
**fashion**  234:12,18
**fast**  204:17
**fault**  85:10 100:6
**fb**  9:20,21 10:24
12:6,7,10 90:24
131:3 163:8
203:14
**fb00007766**  9:16
64:5
**fb00007768**  9:17
**fb00020372**  11:13
185:4
**fb00020380**  11:14
**fbc**  133:16 134:3,9
134:20
**fbid**  35:15,15,17
36:1,2 100:16
101:18 102:4,9
135:5 174:25
175:21 177:4,10
177:12 184:9
**fbtype**  135:5 171:5
171:8,19 172:3,7
173:4
**feasible**  40:17,18
53:15 62:4,12,16

70:20 75:25 96:15
96:16 198:18
201:25 237:7,8,11
**feasibly**  62:4
**features**  232:7
**feb**  9:14
**february**  64:8
65:19
**federal**  248:14
250:1,8,9
**feel**  213:7 223:3
243:10
**feels**  69:20 197:17
**felt**  39:21
**fewer**  240:1
**field**  50:11 99:4
161:7
**fielding**  206:14
**fields**  96:5 99:9
142:8
**figure**  37:13 125:6
156:14
**file**  43:7 51:3,10
62:11 102:15
141:24 153:8
185:2 203:12,15
**files**  94:10,10
147:16 198:23
237:17 238:2,7,9
**filing**  121:10 131:2
**filings**  121:19
**finally**  72:19
142:12 143:21
**financially**  248:17
**find**  126:13,15
148:3 154:12
160:14 178:25
179:1 197:10
244:24 245:17
**finds**  31:3

**fine**  46:24 61:4
78:4 92:7 100:9
118:10 128:19
131:23 157:2
171:14 220:7
244:10,17,18,22
**finish**  21:16,18
75:5
**firm**  13:18
**first**  40:24 42:5
43:25 47:1 48:9
52:19 58:4 64:7
72:16 78:16 83:24
91:18,20,21 93:11
93:18,20 107:1
115:6 117:12
136:23 141:4
164:17 165:25
177:23 178:18,22
178:23 179:22
184:5,8 185:25
191:1 197:20,24
229:5
**fits**  154:17 155:7
**five**  143:19
**fixed**  180:4,14
**flip**  185:24
**floor**  7:8
**focus**  27:5 28:10
**focused**  16:17
27:21,24 29:17
**focusing**  106:13
164:14
**folder**  186:12,13
**follow**  62:17
104:13 115:5
226:2 232:21
**following**  141:2
149:17,18 166:22
167:17

[follows - general]

**follows** 15:3 249:8
**fonti** 3:5 13:15
**foo** 141:1,22
**foregoing** 247:3
 248:5,7,11,13
**foreseeable** 156:18
**forget** 126:25
**form** 30:14,18
 35:19 36:23 37:11
 38:14 39:20 40:12
 41:17,18,19 42:10
 45:12 47:16,25
 49:20 50:5 51:5
 51:22 53:11 54:12
 56:2,14,20 58:3,12
 58:20 59:8,17,24
 60:23 61:7,13,25
 62:8 66:1,7,21
 67:7,23 69:9,18
 70:2,15 71:1,8,23
 73:12 74:7 75:14
 76:15 77:2,8
 78:24 79:5,15
 80:11 81:19 82:11
 83:6,16 84:4
 85:13,25 86:12
 87:5 88:4,18 89:7
 90:6 92:25 94:1
 94:15 95:2,13
 96:7 97:8,17
 98:15 99:11
 101:24 102:13
 103:25 104:11
 107:13,22 108:11
 108:20 110:23
 111:13 114:5
 116:7 119:5,14,16
 120:4,11 122:6
 127:9 129:17
 131:25 132:19
 133:19 134:13

135:25 136:18
159:13,20 162:8
162:18 166:14
167:6 169:20
171:9 172:4
173:15 175:12
176:6 177:24
179:6 186:17
187:12 188:18
189:1 191:4,7,13
192:6 193:2,10,17
193:24 197:3,16
200:1,16 201:5,12
201:23 205:5
206:7 207:8,16,23
208:8,15 209:18
211:16 217:24
218:10,25 221:17
233:12 235:10,21
236:5 237:5 238:4
**formal** 56:23 58:7
 58:23 60:20
**format** 234:8,20
 234:25 235:2,5
 238:8
**formerly** 24:25
**formula** 109:14
**forth** 60:21 111:10
 152:13 156:16
 215:6,12 240:8
 241:18 248:7
**forward** 54:10
 62:25 74:23 223:6
 246:2
**found** 31:1,1,9
 47:19
**four** 18:19,25 21:4
 26:7 245:14
**fourth** 19:1,2
**fpb** 130:23 134:19

**fr** 134:21
**frame** 27:2,6
**framework** 9:10
 23:6,8 25:20,22
 64:22 65:6,8 67:8
 67:20 74:18 77:11
 79:23 81:13,16
 145:10,13,17,17
 146:5,23,25
 149:20,25 152:22
 155:5 195:13,14
 196:4
**frameworks**
 145:24 146:13
**francisco** 6:10
**frcp** 250:1
**freezing** 203:22
**frequent** 113:8
**friend** 60:4,7
**friends** 51:18
**friendship** 60:5
**front** 44:6 45:3
 110:15 166:6
 193:19,21 220:6
 235:6
**ftc** 19:4 27:4 29:1
 29:3,6,7
**full** 15:11
**fully** 91:15 156:21
**function** 75:18,21
 104:15,16 111:7
 133:18 138:14
 144:10 189:12
**functionality** 23:6
 23:10 24:12,18,24
 51:24 84:23
 104:20 115:20
**functions** 119:8
 130:15 208:7
**fundamental**
 156:23 226:10

**further** 31:8 66:9
 93:6 133:6 171:23
 213:3 237:25
 240:23 245:2
 248:13,17
**future** 109:3
 110:18 113:5
 115:23 138:9

**g**

**g** 22:12 64:10
**gaid** 231:12
**game** 57:9
**garrie** 7:5 14:1,2
 122:16,19 123:6
 123:10,16,19
 124:8,11,14,17,20
 125:5,8,19,23
 126:5,6,9,14,19,22
 126:25 145:21
 146:8,17 147:12
 148:1,6,18,24
 149:2,8,14 150:17
 150:20 151:5,11
 151:17 152:10,15
 152:24 153:3,22
 154:10 155:13,24
 156:2,6,9,20 157:5
 222:24 223:10
 224:6,25 225:5,8
 226:1,5,9,17,19
 238:19 239:6,8,11
 240:24 241:14
 242:1,4,13,17,19
 243:25 244:6,13
 245:9
**gate** 75:3
**general** 7:17 18:12
 19:13 21:15 25:16
 41:15,16 75:11
 87:7 92:10 93:9
 94:11 114:3,7

[general - hasnain]

162:21 164:14
166:23 167:17,21
195:11 230:13
238:3
**generally** 19:19
20:13 24:8 96:5
102:14 105:24
152:20 169:5
**generate** 32:14
192:21
**generated** 48:25
49:10 61:4,11,23
66:20 101:9
109:17 118:24
130:4 159:5
160:25 161:3,5,8
169:16 170:19
173:23 174:10,14
217:15 231:18,19
231:24 232:1
233:18
**generates** 228:25
**generating** 113:7
113:7
**generation** 100:15
**generic** 38:2,7
39:4 102:20,20
132:23 175:4
**generically** 38:2
103:9 107:18
114:11 208:11,14
**getting** 70:4
145:22 146:2
149:9
**gibson** 5:5 6:5
10:16 13:22
**gibsondunn.com**
5:13,14 6:12,19
**gist** 146:1
**give** 14:17 24:5
49:7 133:8 140:18

156:6 166:23
167:17 177:4
184:13 192:9
211:11 225:23
**given** 106:2 124:4
176:15,17,19
196:15 217:16
248:12
**gives** 140:20
**go** 30:4 31:8 32:22
45:15 54:20 60:12
63:20 72:8 76:17
77:16 83:4,23
87:16,16 88:1
90:12,17 113:17
118:5,7,13 122:15
123:22 126:12,14
130:19,19 140:14
148:7 153:24
156:25 157:13
171:12 172:18
176:13,16 184:24
191:11 194:11
196:10 198:20,22
210:2 212:1 213:9
217:13 224:11
226:5 237:14,20
237:23 238:1,18
239:13,18 241:4
244:13 245:25
**goal** 70:16
**goes** 53:8 141:25
185:14,19
**going** 22:3 42:2
73:25 78:2 86:6,7
88:15 93:8 106:10
136:6,20 138:11
140:12,16 141:23
178:25 179:22,23
183:12 185:5
186:2 191:6 196:6

199:13 203:16
215:18 216:19
222:25 227:3
245:25
**golden** 75:3
**good** 13:14,21
15:7 21:10 76:9
156:3 157:20
203:20
**google** 231:13
**gotten** 225:17
**granted** 183:4,8
183:25
**graph** 84:22
**great** 38:11 139:6
144:19 163:14
168:23 170:24
172:25 173:25
185:23 187:4
202:22 238:12
**growth** 181:16
182:5
**guess** 97:19 199:2
203:23
**guidance** 219:21
221:4 225:18
**guy** 162:3
**guys** 153:22 224:7

**h**

**h** 8:8 9:1 10:1 11:1
12:1 22:15,16,17
22:17 54:4 88:10
131:15 251:3
**half** 24:17 25:3,9
25:11 26:4,4
**halted** 76:24 77:11
**hand** 14:13 52:8
55:2
**handed** 185:17,18
**handle** 56:9

**handled** 170:2
208:21 249:8
**handling** 52:18
170:13
**hands** 245:16
**handwritten**
32:10
**handwrote** 31:19
**hang** 214:11
**hannes** 22:17
25:10,12
**happen** 71:11 75:1
100:24
**happened** 44:10
142:4 197:24
**happening** 112:3
**happens** 80:15,21
182:11
**happy** 151:10
204:24 223:14
**hard** 185:14
**hardware** 230:8
232:2
**hash** 108:24 109:7
109:11,14,15,23
109:24 110:3,21
111:6 192:2,10,13
192:14,15,21
193:4,15
**hashed** 100:3
108:9 113:23,25
191:20,23,24
209:21 210:15
**hashes** 111:23
191:18 192:22
193:13 232:6
**hashing** 109:18
111:9 112:6,23,25
113:6
**hasnain** 173:6

[head - identifier]

**head**  44:10 218:13
 230:18
**headed**  40:1 86:7
**header**  48:10
**heading**  78:10
 148:8
**heads**  17:4
**hear**  154:5 224:10
**heard**  229:14
 238:19 239:6
 243:15
**heart**  198:22
**held**  15:25
**hello**  157:19
**help**  89:20,24
 114:25 192:10
 224:20
**helped**  121:10
**helpful**  126:10,10
 238:13
**helps**  16:5 209:19
**hereto**  33:19 43:17
 46:15 54:19 63:16
 64:25 90:20 92:3
 105:3 106:9
 127:24 138:20
 163:5 178:7
 184:23 194:6,25
 203:3,6 213:18
**heuristics**  165:1,5
 165:11,13 167:25
**hey**  226:17
**high**  31:5 139:12
 139:16,18 143:5
 145:22
**highlighted**
 187:15
**historical**  23:5
 24:23
**hit**  78:2 194:7
 237:23

**hive**  9:19 10:9
 36:14 37:3 54:4
 54:14 59:1,7,13
 67:8,19,20,25
 70:17 76:2,3,5
 84:9 85:15,17,23
 86:21,23 87:1,3,10
 87:17,17,18 88:11
 88:16 89:21 90:1
 90:5 91:3 92:21
 92:24 93:25,25
 94:9 95:12,18
 96:4 97:5,10,11,13
 97:16,24 98:7,9,12
 99:6,7 105:16
 112:11,21 113:4
 113:19,25 114:3
 114:12,16,19,21
 115:1 116:9 138:6
 139:12,16,17,19
 139:20,21 140:1,6
 140:8 141:13
 143:7,16 159:22
 165:7,8 187:11,14
 187:20 198:2,2,6
 199:10,18,22
 200:8,25 201:9,10
 202:9 236:7,24
 237:21
**hold**  30:16 50:4
 73:11,15,17,18
 74:19 79:24 80:15
 81:10,10,12 127:8
 148:19,19 153:20
 153:20,21 183:10
 183:10
**holds**  73:7 74:2,11
 76:12,19,23
**hole**  148:7
**honestly**  118:8

**honor**  241:13
**hope**  213:7
**hopeful**  157:1
**hoping**  42:14
 156:17
**hour**  24:3,11,17
 25:3,9,11 26:2,3,3
**hours**  21:4 23:3
 26:8,9,13,16 28:8
 28:15 30:8,20
**hql**  86:24,25 87:11
 88:3,9,10,16,17
 89:1,4
**https**  168:10
**huh**  118:20
**hundreds**  161:18
**hyperlink**  117:23
 160:8 174:4 214:3
**hyphen**  93:12

**i**

**i.e.**  92:23
**ian**  7:17 13:25
**icon**  51:17
**idea**  241:11
**ideal**  183:3
**ideally**  183:3
**identifiable**  38:4,8
 40:7 62:19 67:16
 68:5 71:15,19
 106:6 109:3
 114:25 164:16
 169:3 170:12,17
 173:20,22 174:11
 174:15,16,18
 175:8,9 176:10,23
 176:24 177:2,10
 177:15,17 184:19
 191:17,19 192:18
 192:24 193:4
 198:25 216:12

**identifiably**
 176:24
**identification**
 17:25,25 33:18
 37:23,25 38:5,6
 43:16 46:14 54:18
 63:15 64:24 90:19
 92:2 105:2 106:8
 110:8,12,13,16,16
 110:24 111:8
 113:5 127:23
 128:13 138:19
 145:4,5 147:6,7
 150:8,8 155:2,3,9
 163:4 178:6
 184:22 194:5,24
 198:11 203:2,5
 213:17 231:7,10
**identifications**
 39:18
**identified**  27:13
 31:12 39:6 41:4
 42:12 52:18,20
 53:7 56:4 62:20
 64:3 70:20 96:4
 104:3,7 110:14,20
 113:9 123:2 142:7
 143:9 146:10,10
 147:15 149:10,10
 153:7 158:18
 159:3 164:1 189:7
 189:25 208:1,20
 222:6 231:8,10
 237:3,8
**identifier**  34:14,16
 34:18,21 35:1,14
 36:12 37:18 39:7
 40:24 102:21
 107:5,9,21 108:17
 112:6 120:6,8,18
 127:15 130:4

[identifier - information]

131:8 148:22
149:19,24 151:8
153:11 154:17
155:7 174:24,25
176:17,18 227:11
227:21 229:3
230:8,9,13 231:1
236:4
**identifiers** 36:4
38:3,3 100:2
106:15,25 108:8
108:14,25 111:10
111:23 112:13,23
112:25 113:1,4,23
114:1,4 120:17
145:8,9,19 146:7
146:20 147:21
151:15 152:8,20
152:22 155:3
169:14 170:18
174:12 175:3,17
178:2 192:5 227:5
227:8 228:3,4,4,19
229:6,8,10,15,16
229:17 230:2,3,17
**identifies** 98:12
107:10 129:25
**identify** 13:12
37:20 40:9 44:2
52:22 53:9,21
54:5 56:9,22 62:3
63:6 68:24 69:15
70:17 78:15 83:13
83:25 84:5,7 87:3
87:10 105:25
110:19 112:7,13
117:4 130:13
134:1 144:15
152:8,11,18,23
159:12,25 160:2
162:25 166:12,17

166:24 169:17
170:20,23 171:18
193:3,23 200:14
205:25 216:14
217:4 236:19
**identifying** 10:5
37:6,8,9 97:4
105:18,19 122:12
173:10
**identities** 69:16
**identity** 34:8,9,23
38:1,10 68:25
69:6,7 70:1,6,13
71:15 161:17
162:6,13,16,22
199:1
**idfa** 107:12,19,20
108:3 230:16
**idfv** 230:15,16,18
**ids** 10:5 82:6 97:4
97:11 99:2,6
100:2 101:19
104:18 108:9
109:6 115:7,8
116:11 133:7,8
179:4 180:18
184:12 208:18
227:25 228:1
230:21 231:5,18
231:19 237:24
**igid** 227:7,10
229:18
**illustrating** 140:23
**images** 73:9
**immediate** 31:25
**immediately**
116:16 117:4
**implementation**
54:16 56:7 67:25
**implemented**
67:21

**implies** 174:16
225:24
**importance**
182:10
**important** 170:1
170:22 216:24
241:25
**impose** 73:4
**improve** 211:1
212:9
**inaccurate** 56:19
67:24 79:17
120:13 132:24
**inadvertently**
105:6
**inauthentic**
111:15,21
**incentivized**
243:10
**incident** 180:11
**incidents** 48:6
**include** 16:25 20:3
20:5,7,15,18,19,21
49:14,19 62:6
64:19 73:7 98:13
105:22 137:20
161:9 174:10,12
174:14,21
**included** 20:8,14
20:16 75:16
118:24 136:11
189:7 229:23,24
249:14 250:3
**includes** 17:1
40:22,23 147:14
169:14,16 170:17
170:19 229:18
**including** 28:9
38:21 169:7 240:2
**inclusive** 216:8

**incomplete** 117:22
**incorporated** 32:3
**incorrect** 75:15
154:14
**independent** 76:22
**independently**
112:18
**index** 110:3,4,22
110:22
**individual** 39:12
65:9 86:2,10
140:5,9 156:1
162:11 174:18
176:20 217:22
228:3 231:3
**individuals** 22:9
22:21 24:6
**industries** 169:9
216:6
**industry** 102:21
103:9 169:8 216:4
234:11
**inevitable** 156:12
**infeasible** 53:20
**infer** 205:12,12,13
**info** 93:13 95:20
95:20 102:25
207:1
**infor** 218:22
**informal** 44:4
**information** 18:1
38:19,21 40:25
41:11,11 48:24
49:1,4,24 51:20
54:5 62:12 71:13
71:14 75:8 80:24
93:4 99:1,1
105:18,20,22,25
106:4,4 107:10
109:12 110:4,22
114:24 120:20

[information - k]

127:7 128:21
129:9,13 132:8
135:4,15 137:23
138:1 145:6,14,20
147:18,19 150:4
150:16 152:12
154:22,25 161:6
164:16 169:3
170:7,8,17 173:20
173:22 174:11,15
174:16,17 184:19
189:9 193:4 198:6
198:8,25 200:6
208:20,21 209:6
216:12,18,23,25
217:3,9,20,21
218:8,15,19,23
219:11,18,25
220:16 221:1,11
221:16 222:5,10
222:11 223:17,25
224:17,24 226:14
236:10 239:23
240:7,16 241:4,14
241:18,21,23
242:3,9,24 243:2,5
243:7,12,21 244:4
244:9,15 245:1,18
245:21,22
**infrastructure**
16:20,21,22,23
17:4,9,10 18:18
19:22,25 20:2
188:1
**initiates** 172:16
**inside** 36:13 37:3
54:5 67:10 115:18
196:7
**insofar** 21:11
**instagram** 227:10
228:9,11,14,15

229:19
**installed** 131:5
134:5
**instance** 37:16
44:17 111:16
134:8 234:13
**instances** 82:5
209:3 236:3
**instantly** 196:6
**institutions** 209:9
**instruct** 28:4
128:17 129:2
**instruction** 43:6
**instructions** 25:23
153:10
**integrated** 190:21
**integrity** 72:19
112:2
**intention** 180:17
**intentionally**
177:3 200:3
**interacting** 60:16
**interaction** 235:7
**interactions**
137:17
**interested** 248:18
**interface** 235:6
**interfere** 76:12
**intern** 168:10
176:24
**internal** 16:6,24
35:12,12 45:23
47:4,20,23 48:1,2
52:21 55:22 56:15
63:8 100:24
105:16 116:23
117:15 139:10
142:15 158:4
164:19 176:25
195:6 201:15
214:21

**internally** 176:25
177:15,18
**internet** 161:17
**internme** 164:22
**interoperate**
146:12
**interpret** 153:10
162:14 167:5
224:8
**interpretations**
169:7
**interrupt** 21:18
165:21 226:6
242:14,14
**interrupting**
241:16
**interruption** 77:25
**interviews** 22:8,10
23:2 81:2
**interworkings**
146:11
**introduce** 184:11
**introduced** 54:5
**invented** 237:22
**investigating**
30:13
**investigations**
72:18
**invite** 209:5
**involved** 128:8
**involvement**
128:15 211:7
**involves** 128:15
**ios** 230:17,20
**ip** 40:25 41:11
106:3,20 118:25
137:22 159:6,8
169:15 170:18
**irrevocably**
116:16

**isp** 159:7
**issue** 42:3 156:12
156:23 224:21
**issued** 74:3,11
**issues** 31:1,3,10,12
41:2 48:6 208:4
**item** 217:17

**j**

**jams** 7:4
**jamsadr.com** 7:11
**jane** 141:10 142:4
**jd** 141:11
**job** 1:24 249:5
251:2
**jobs** 187:10 188:2
188:2
**john** 7:19 13:10
141:7 142:3,12,17
164:11 172:18
**john's** 142:13,17
**joined** 52:20
**josh** 13:18 42:17
46:19 54:21,23
91:23 106:11
140:17 194:7
203:21
**joshua** 3:8
**js** 141:8
**jsamra** 3:15
**jsc** 1:4 2:4
**json** 234:24
**judge** 245:22
**july** 65:8 173:2
**jump** 171:11
**june** 65:6
**jury** 66:14 221:15
222:8

**k**

**k** 22:15,16 64:10
64:17 175:21

Page 22

[keep - lines]

**keep** 24:1 42:2
44:9 68:22 108:25
224:8 239:18
**keeping** 57:10
61:3,4
**keeps** 113:8
**keller** 4:5 13:20
**kellerrohrback.c...**
4:14,15,16
**kelley** 64:10,17
**kept** 82:6 102:8,9
**key** 36:11 110:17
170:9,11 193:12
193:18,22
**kick** 198:4
**kicks** 196:3
**kids** 75:20
**kind** 34:22,23
42:21 73:17 106:3
182:9 198:5
234:25 235:1
**kinds** 133:8
**kindt** 186:6,7
**knees** 87:18
**know** 21:16 23:17
23:18,19,21,23
24:25 28:3,5 29:5
35:23 41:20 42:20
43:22 45:20 46:7
50:12 52:6 55:6
57:14 59:18 60:2
60:18 64:11 66:9
66:10 71:25 77:4
77:5 79:6 80:17
80:19,25 82:1,22
82:23 87:19,22,22
89:21,25 90:11,16
91:2,19 92:16,16
93:2,24 95:19,19
96:14 99:16 103:3
105:23 107:12,17

109:12 114:12,13
118:11 127:21
128:24 129:1,3,23
129:24 130:6,7,11
130:11,20,22
131:18 134:16
135:22 138:9,21
144:9 151:17
157:6,22 160:13
162:14,23,24
163:10,17 164:13
165:17 166:1,3
171:10 172:8
178:3,17,21,23
179:10 185:13
186:3,9 187:23,23
189:4,14 190:7,19
190:20 191:3,5,8
193:21 196:19
199:11 203:21
204:21,24 205:1,3
205:10 206:3,10
207:5,10 208:9
209:25 210:5
212:16,17,17,22
212:25 214:5,12
215:20,21,24
218:14,22 219:1
219:17 220:8,15
221:8,22 223:16
225:19 227:7
230:12,18,20
232:14 235:1
239:3 242:6 244:6
245:24
**knowable** 179:5
**knowingly** 183:8
183:25
**knowledge** 45:10
102:1,16 177:22

**known** 71:3
168:11
**knows** 90:5 129:6
129:12 130:14
159:7 212:1
**ko** 4:6
**kramer** 55:5
**kutscher** 6:14
13:24

**l**

**l** 1:21 2:20 22:16
195:8 248:1,24
**l.l.p.** 4:5
**label** 29:5
**labeled** 33:4 55:22
97:3 102:24
216:22
**labels** 232:7
**laid** 72:1 105:23
**lands** 233:22
**language** 86:24
87:1 88:11 89:2,4
**languages** 131:17
**large** 169:8 185:1
185:10
**larrus** 186:7,8
**latest** 93:21
188:22
**laufenberg** 4:7
13:19 157:11
**launch** 204:11
238:22
**launched** 54:7
67:11 204:12
**laundering** 73:7
**law** 3:9 4:9 5:8 6:7
6:15 73:9
**laws** 73:3
**lay** 39:25 168:16
**lead** 17:9

**leader** 204:15
**learn** 28:21
**learning** 144:17
165:10 232:24
**learnings** 24:13
**leased** 159:7
**leave** 241:7 245:16
**left** 55:2 148:9
185:17,18
**legal** 15:13 72:16
72:20 73:3,6,6
81:10,11 217:1,23
218:11,24 221:18
222:1,3 223:23
224:15 225:4
226:15 249:7
**lesley** 3:6 13:15
15:8 249:1
**letter** 10:16 129:9
**level** 16:2 139:12
139:16,18 143:6
145:22 180:12
**levels** 31:5
**liar** 162:1
**licensing** 212:9
**life** 20:15,17,20
**lighthouse** 212:14
212:15
**likes** 49:14 137:16
138:5
**limit** 199:18
**limitation** 17:2
**line** 65:22 100:11
148:12 187:15
211:14 223:8,12
223:22 229:21
245:12 249:15
250:4 251:4,7,10
251:13,16,19
**lines** 245:13

**[link - management]**

**link**  51:17 165:3
  168:12 214:5,13
  214:14,15,16,16
  214:17 215:1,3
**linked**  217:18,22
**linking**  214:6
**links**  115:20
  164:20 166:22
  167:17
**list**  44:11,14 45:5
  92:13 122:11
  124:5,6,12,15,21
  124:22 125:22,24
  231:4
**listed**  72:5 204:11
  227:5
**listen**  154:2
  222:20
**lists**  168:18 228:21
**litigation**  1:4 2:4
  13:9 73:7,11,15,17
  74:2,11,19 76:12
  76:19,22 79:24
  80:15
**little**  15:22 48:16
  79:10 101:16
  131:13 160:18
  168:24 170:25
  173:1 180:16
  181:7 199:3
  203:17 232:3
**live**  53:17 84:16
  102:12 106:5
  115:21 233:25
**lives**  36:13 37:20
  89:21 90:1,5,12
  102:14 198:2
**living**  15:19
**llp**  3:5 5:5 6:5
**load**  43:8 45:18
  72:8 86:10 163:15

**loaded**  90:22
  91:16 96:25
  105:12 117:10
  174:6 178:16
  205:9
**loading**  91:9 105:4
  194:3,9
**locale**  159:2,4
**located**  2:17
  114:13
**location**  1:15
  49:24 50:1 106:20
**locations**  118:25
**locked**  249:12
  250:1
**loeser**  4:8
**log**  37:15,16,20
  40:22 49:16,21
  50:25 137:20
  234:6,11,20 238:8
**logged**  132:6
  134:1 137:18
  212:2
**logging**  234:8
**logic**  165:14
**login**  212:1
**logins**  111:25
  112:4
**logs**  41:23 198:5
  211:21
**long**  15:21 21:2
  22:24 23:25 53:1
  53:4,22 91:14
  137:7 138:8 169:2
  177:1 221:1
  240:10
**longer**  24:14 39:17
  39:18 40:4,6 41:5
  138:5 175:7 176:1
  176:2,9,9 177:9
  202:8,17 237:9

**look**  32:21 43:25
  44:1 45:15,25
  63:10,12,23 65:2
  72:4 83:4 86:3
  88:1 90:21 92:6
  95:25 96:20 100:8
  104:23 117:20
  118:10,13 121:10
  122:4,8 127:25
  130:19 138:12
  144:17 158:22
  163:18 167:8
  179:2,11 202:1
  203:7 206:4
  208:25 212:3,7
**looked**  30:8 92:4,5
  160:6,13 166:22
  167:16
**looking**  31:16 32:9
  45:19 46:25 51:9
  56:25 58:13 63:3
  64:20 66:15 70:21
  72:11 86:2 87:20
  87:24 91:22 96:2
  97:13,24 98:7,8
  99:19,24 100:5,7
  101:16 103:12
  106:19 111:15,23
  118:19 119:18,18
  119:18 128:4
  140:2,19 141:23
  142:23 160:18
  165:14,23 166:5
  166:18 171:19
  173:1 174:1
  178:20 180:16
  182:20 187:13
  196:22 205:24
  209:1 210:14
  214:25 224:13
  226:25 227:1,3

**looks**  56:6 117:22
  156:12 165:7,9
  167:1,12
**lookup**  104:17
**los**  7:9
**lot**  44:8 196:9
  204:4 245:20
**lots**  90:14 120:16
**lotttt**  159:3
**louis**  186:7,8
**lower**  48:16 52:8
  101:16 160:18
  168:24 170:25
  173:1 180:16
  181:7 232:3
**lu**  211:13,20,22
**lunch**  126:16
  144:21 156:25
  157:8,20
**lweaver**  3:14
  249:2

|  m  |
| --- |

**m**  5:7
**macdonell**  7:19
  13:10
**machine**  144:17
  211:2 232:23
  248:10
**machining**  165:10
**maid**  228:6
**main**  137:17
**maintain**  48:18
  97:16 198:21
**maintains**  51:20
**majority**  25:23
**making**  159:23
  184:3 196:14
  221:20
**managed**  16:9
**management**
  15:24 17:10 20:16

[management - message]

20:18,20
**manager** 16:1,3,4
16:4 24:15 25:5
219:20
**manner** 52:21
**manual** 144:16
**map** 34:15,23 83:4
84:14 137:1
142:16,19 181:1
198:8 202:8
216:25 242:3
244:4
**mappable** 176:2
198:14
**mapped** 115:7,8
116:3 141:18,19
196:24 197:7,12
197:21
**mapping** 10:4
41:6 82:19 85:18
85:21 96:17 97:3
99:25 102:4 108:7
142:13 158:19
175:25 176:3
179:22 181:10
182:10 183:6,23
196:23 198:10,17
198:21,24 201:8
201:14 202:2
206:21
**mappings** 101:19
143:22
**maps** 141:15
228:16
**mark** 33:12,15
46:9,10,23 54:21
54:24 86:5 91:23
106:10 138:16
163:1 184:24
194:1,3

**marked** 12:17
33:17 42:16,18
43:15 46:13 54:17
57:8 63:11,14
64:23 90:18 92:1
105:1 106:7 117:8
127:22 138:18
163:3 178:5,9
184:21 194:4,21
194:23 203:1,4
213:16,22
**martie** 6:14 13:24
**masse** 147:1
**master** 7:6 14:1,2
122:16,19,21
123:6,10,16,19
124:8,11,14,17,20
125:5,8,19,23
126:5,6,9,14,19,22
126:25 145:21
146:8,17 147:12
148:1,6,18,24
149:2,8,14 150:17
150:20 151:5,11
151:17 152:10,15
152:24 153:3,22
154:10 155:13,15
155:24 156:2,6,9
156:20 157:5
222:24 223:10
224:6,25 225:5,8
226:1,5,9,17,19
228:7 239:8,11
240:24 241:14
242:1,4,13,17,19
243:25 244:6,13
245:9
**match** 110:4,5,22
114:24 115:17
159:2 190:16,16
192:19,22 193:13

202:5 206:15
212:10,20 213:1
228:1
**matched** 191:10
191:18 192:3,20
193:15 207:6
**matches** 191:23
206:25
**matching** 190:22
191:1
**material** 26:14
**materials** 22:8
26:15 243:1
**mathematical**
109:13
**matter** 13:8 19:12
19:17 21:3 24:8
146:22 147:8
239:10,12 245:11
**matters** 18:21,23
174:24 175:1
**matthew** 3:7
**mayur** 22:14
24:16,20 81:4
**md** 1:4 2:4
**mdl** 1:3 2:3 9:20
9:21 10:24 12:6,7
12:10 90:24 163:8
203:14
**mean** 19:6 27:12
31:5 32:18 34:17
37:9,24 38:16,23
39:8,17,17 40:3,8
48:12 49:6 51:7
52:6 59:5,16
71:19 79:3 84:17
94:25 100:20
110:12 119:2
121:13,16,17,17
124:15 137:10
138:8 146:9 152:8

157:5 161:23
162:17,17 199:12
199:24 201:25
226:6,21,22 228:1
232:22 234:4,18
236:23 243:24
244:2
**meaning** 34:7,19
39:3 177:10,11
211:21 216:4
218:5
**meaningful** 235:3
**meaningfully** 68:4
**means** 33:22 34:5
48:23 58:25 59:1
93:24 103:3
108:16,25 109:16
136:24 161:2
205:14 232:20
240:9,11
**meant** 73:24 79:7
79:8 80:9 83:11
90:10 115:5
162:15 184:14,16
202:21 234:20,21
244:3
**measurement**
210:16 235:16,19
**mechanism** 202:8
**meet** 53:13
**melamed** 3:7
**memory** 240:5,13
**menlo** 15:18
**mentioned** 31:16
35:2 162:10
173:17 201:7
240:10
**merely** 81:12
238:9
**message** 171:1
210:24

**[messages - noted]**

**messages** 211:3,6
**met** 39:15
**meta** 7:18 8:12,13
8:17,18,22,23 9:6
9:7,11,12 10:6,7
10:10,11,14,20,21
11:6,7,17,18,22,23
12:13,14 15:15
33:5 43:13,19
55:1 96:24 105:8
178:12 195:2
213:25 227:9
229:11,17 230:23
**metadata** 49:19,22
49:24 50:2,11,13
61:3,12,23 62:7,10
62:10 66:19 67:5
67:21 68:6,22,24
69:6,15 70:13,18
84:8,10,18 137:19
137:19 198:1,2
**metaphor** 75:2
**metrics** 181:13
**michael** 1:13 2:15
8:3 15:1,14 247:1
247:12 249:5
251:2
**middle** 126:17,23
155:18
**midnight** 101:20
**mike** 5:7 8:11 13:7
13:24 15:13 43:14
192:14,16,20,20
**mill** 6:16
**miller** 204:7
**millions** 161:18
**mind** 15:10 30:24
83:9 186:22
245:25
**minimization** 17:2

**minute** 194:10
**minutes** 24:22
25:3,6,10 26:5,6
156:7
**misdn** 230:5,7
**mishearing** 151:25
**misreading** 151:25
157:2
**missed** 104:5
**missing** 65:21
100:17 151:20
**mission** 6:8
**mister** 81:6
**misunderstanding**
152:3
**mix** 47:17
**mkutscherclark**
6:19
**mobilizer** 143:11
**model** 232:24
**models** 165:10
**modern** 59:10
188:5
**modified** 55:4
65:8
**moment** 33:11,13
55:11 105:10
128:2 136:9
179:10,11 185:11
197:21 215:19
229:9 238:20
239:7
**monday** 64:8
**money** 73:7
**monitor** 188:7
**montage** 186:10
**morning** 13:14,21
15:7 166:8 174:6
**mountain** 13:6
**mouse** 185:14

**move** 135:21
223:5 226:23
**moving** 74:23
101:2 168:23
**msisdn** 230:7
**mulmer** 5:14
**multiple** 17:8,8
123:2 245:10

**n**

**n** 8:1 22:12,12,16
22:17,17 54:4,4
64:10 195:7
**name** 15:11,13
22:13 40:23 50:17
76:2 80:25 82:20
82:23 102:4
130:10,20 136:5
141:2,14 142:6
188:10 192:14
210:10,11 212:18
248:21
**named** 24:6 59:10
76:24 95:9 141:1
147:15 153:8
**names** 103:10
106:20 118:25
121:14,24,25
141:7
**native** 203:11,15
**natural** 192:25
**navigate** 203:18
**near** 204:23
**necessarily** 162:12
162:14 217:8
234:22
**necessary** 41:1
240:16,17 249:14
250:3
**need** 21:21,23
51:25 57:2 59:2
59:16,19,22 60:2,6

60:16,18,21 90:11
90:16 92:8 96:16
117:23 118:5,12
121:5 126:13
130:19 136:25
159:9 171:10
180:13 183:15,19
190:13 192:21
193:3 196:18
204:18 240:19
**needed** 31:20
**needs** 122:8
**negative** 70:4
**neither** 81:14
245:15 248:17
**net** 154:3,3
**network** 234:21
**nevada** 1:22
**never** 75:5 116:3
153:14,15 158:1
184:4,14
**new** 11:12 102:4
143:17 231:3
**newly** 104:17
**newsfeed** 134:9
**night** 31:24 32:4
**nodding** 21:22
**non** 100:17
**normal** 41:1
211:18
**northern** 1:2 2:2
**notating** 249:15
250:4
**note** 33:4 155:21
166:8 215:19
216:24 223:4
240:14 241:25
**noted** 33:10
160:17 225:5,8
241:2 243:21
246:7

Veritext Legal Solutions
866 299-5127

[notes - oh]

**notes**  8:11 31:1,17
  31:18,19,23 32:3,7
  32:10,14 33:7,12
  43:14 44:5,7,11,12
  44:15,24 45:9,13
  53:25 63:7,8
  112:23 118:5,7,10
  118:11 121:16,17
  166:7 178:4
  215:18 247:4
**notice**  17:17 213:5
**noticing**  13:13
  14:8
**notified**  143:11,12
**notion**  161:17
**noun**  180:10
**november**  19:10
  21:8 55:4,23
**nuanced**  221:2
**null**  101:12 142:8
  143:20
**nullified**  236:15
**number**  8:9 9:2
  10:2 11:2 12:2,18
  34:22 38:20 43:2
  44:18 46:10,12
  52:5,7,8 55:1 91:6
  100:23 105:7
  112:3 119:20
  120:19 131:19
  140:3 163:8
  178:12 185:8
  186:22,25 189:17
  192:15 249:15
  250:4
**numbers**  43:13,19
  64:5 90:24 185:4
  195:2 203:14
  213:24
**nxyz.com.**  141:11

**o**

**o**  22:15,16,17
  50:23 54:4 131:15
**o0o**  13:3 246:12
**oakland**  3:12
**oath**  14:7 15:2
  34:2 77:23 157:23
  194:19 248:9
**object**  19:18 30:14
  39:13 51:21 75:14
  92:12 129:17
**objecting**  222:21
**objection**  14:6,10
  14:11 19:18 20:13
  27:7 28:1 29:18
  30:18 35:19 36:23
  37:11 38:14 39:20
  40:12 41:17,17
  42:10 45:12 46:16
  46:18,22 47:16,25
  49:20 50:5,19
  51:5,22 53:11
  54:12 56:2,14,20
  58:3,12,20 59:8,17
  59:24 60:23 61:13
  61:25 62:8 66:1,7
  66:21 67:7,23
  69:9,18 70:2,10,15
  71:1,8,23 73:12
  74:7,16 75:14
  76:15 77:1,8
  78:24 79:5,15
  80:5,11 81:19
  82:11 83:6,16
  84:3,3 85:13,25
  86:12,19 87:5,12
  88:4,18 89:7,15
  90:6 92:25 93:16
  94:1,15 95:2,13
  96:7 97:8,17 98:1
  98:2,15 99:11

  101:24 102:13
  103:25 104:11
  107:13,22 108:11
  108:20 111:13
  114:5 116:7 119:5
  119:14,16 120:4
  122:6,10 127:9
  128:14,25 129:17
  131:25 132:19
  133:19 134:13,22
  135:6,14,25
  136:18 159:13,20
  162:8,18 166:14
  167:6 169:20
  171:9 172:4
  173:15 175:12
  176:6 177:24
  179:6 186:17
  187:12 188:18
  189:1 191:4,4,7,13
  192:6 193:10,24
  197:3,16 200:1,16
  201:5,12,23 205:5
  206:7 207:8,16,23
  208:8,15 209:18
  210:17,25 211:8
  211:16 212:11,23
  217:23 218:10,24
  220:20 221:17
  223:5 224:10
  225:2,3,7 227:2
  233:12,20 235:10
  235:21 236:5
  237:4 238:4
**objections**  95:3
  219:12 220:9
**objective**  8:20
**objectives**  46:1
**objects**  59:11
  228:4

**obligated**  33:8
**obligation**  53:18
  61:11,22 62:3
  73:6
**obligations**  39:14
  48:5 53:13 72:17
  72:21 73:4,8
  217:5
**observation**
  225:23
**observations**
  24:13 29:21,24
**observed**  27:9
**obtain**  98:11
**obviously**  159:5
**occasions**  18:7
  71:20
**occur**  21:6 82:17
  143:6
**occurred**  191:1
  197:23 215:20
**occurring**  81:15
  123:23
**occurs**  53:8 82:15
  82:18 85:16 130:5
  198:12
**october**  8:16 47:5
  47:9,15 62:25
**oculus**  231:25
**ofa**  235:4
**offhand**  35:24
  130:21 131:18
  141:15
**office**  249:11
**officer**  14:6
**offline**  36:13 85:2
  86:22 148:11
  209:5,11
**oh**  60:11 63:25
  73:21,24 100:5
  104:9 113:16

[oh - p.m.]

138:25 158:5
183:14 184:25
185:21 186:23
204:16 209:25
226:7
**okay** 17:20 18:4
20:25 21:21 22:2
22:6 24:4 32:15
33:1,25 39:8 40:2
42:13,24 43:9,24
44:3 45:5,8,15
46:2,6,19,25 48:15
52:1,11 54:20
55:18,20 56:24
58:8 59:5 63:10
66:13 68:15 69:22
70:21 71:17 77:13
77:20 78:4 79:8
81:22 82:2 83:10
83:12,20,23 85:5
86:5 90:21 91:10
91:15 93:8 94:12
95:24 96:19,21
98:10 103:12
104:22 105:12,14
106:10,18 107:5
107:20 108:4,15
111:9 112:9
113:22 116:19
118:2,7,14 119:22
121:3 122:18
123:10,16 126:20
126:20,24 127:1,2
127:25 128:19
129:11 130:22,22
131:24 133:13
134:17 135:21
136:6,20,23
138:16 139:5
140:2,12 142:11
142:18,23 144:2

144:14,19,22,25
152:24 157:9,22
157:25 158:8,22
160:4,12 161:10
161:12 163:1,12
163:20 164:5,14
166:10 168:23
169:13 170:15,24
172:23 179:8,12
179:20 180:16
181:7 182:20
183:21 185:7
186:4,14 188:3,23
189:6,22 190:5,9
190:11,12,25
194:1,13,16 195:4
196:21 197:17
199:2,13,16 201:1
202:22 204:2,20
205:3,15,17,23
206:5,12 207:12
208:13,25 210:14
212:3,6,20 213:2,9
213:13 218:7
219:7 220:7 221:9
221:23 224:4,25
226:23 228:6
229:22 238:13
239:3,5,11,20
241:2 242:16,17
242:18 246:3,5
**older** 83:14 84:1
85:17 188:1
**once** 114:19,21
143:21 167:7
176:1,8 177:16,16
194:8 196:24
197:7,12 198:13
200:12 201:19
202:13

**ones** 35:23 123:12
123:13 125:9
175:20 205:7
229:12
**ongoing** 72:17
75:1 187:25
**online** 59:12
196:20
**onsite** 209:6,10
**open** 55:9,10 61:7
79:9 106:14 124:4
128:3 152:15
185:22
**opening** 45:17
102:24
**operate** 24:20
**operates** 25:21
**operating** 121:2
211:10
**operation** 41:2
**operationally**
145:23
**opinion** 58:6
**opportunity** 64:12
213:22
**opposed** 58:6
59:13 104:19
139:13 141:23
188:1,6
**opposing** 46:16
118:14
**opposite** 179:23
185:14,20
**opted** 131:6
**oranges** 111:4
**order** 27:4 29:2,3
51:23 53:13 60:6
67:11 70:25 73:18
73:24 75:20 84:25
88:1 90:12,17
96:15,18 108:25

110:7 112:1,7
181:12 196:18,19
243:17
**orders** 73:10
**ordinarily** 35:16
**ordinary** 155:12
**oregon** 1:22
**org** 16:19
**organization**
16:13 17:7
**original** 34:15
38:10 39:6 83:23
110:6 138:7
177:12 248:14
249:10,21
**originally** 216:11
**originated** 134:6
**os** 231:17
**our.internmc.fac...**
168:10
**output** 92:23
**outside** 103:10
115:21
**overall** 48:4
195:13
**override** 73:4
**overview** 9:10
10:19 99:24
106:17 107:3
118:22 139:9,14
139:16,19
**owner** 143:10,12
143:15
**oxford** 155:22

**p**

**p** 22:12,12 64:10
131:15
**p.m.** 65:7 77:18,21
127:3,6 144:23
145:1 157:15,18
171:3 172:21,24

Page 28

[p.m. - personal]

173:3 187:17,17
194:14,17 213:14
213:20 246:6,7
**page**  6:16 8:3,9
9:2,9 10:2,4,9,13
10:19 11:2,4,16,20
12:2,12,18 47:1
48:9 52:4 55:3,22
57:1 64:7,19,22
65:10 72:11,13
91:20,21 93:11,18
97:3 101:6 103:12
103:15,16 105:16
115:8 117:15
122:23 125:25
128:6 139:8 140:2
140:20 160:11
161:11 164:21
165:7 168:22
179:17 181:22
182:20 186:15,15
186:20,25 187:3,5
187:14,16 188:14
189:22 190:9
195:6 214:20
223:7 230:1
232:15 235:4
249:15 250:4
251:4,7,10,13,16
251:19
**pages**  1:25 45:25
47:10,18,20 91:14
92:5 153:7 168:1
185:6 210:24
211:3 249:14,17
249:17 250:3,6,6
**paid**  227:15,18
**painting**  75:4,5
**palo**  6:17
**papagiannis**  22:12
24:10 26:2

**paragraph**  61:2
70:22 71:14 82:4
99:25 103:19
107:1,2 115:6
136:23 158:13,16
158:18,23 159:18
162:7 167:12
173:13,17 182:21
216:21,23 233:2
**paragraphs**
106:16
**parameter**  210:16
**pardon**  97:2
**park**  15:18
**part**  16:15 18:22
28:24 48:4 51:13
51:23 54:2,15
60:8 62:10,15
66:5 81:21 83:24
84:9,12 85:4,15
86:15 88:10,11
89:17 90:8 94:6
95:15,22 96:11
98:17,23 99:13
100:15,21,21
103:6 107:7,15,15
107:24 108:22
109:9,17,25 110:8
111:16,18 113:6
114:8 115:1,18
116:22 127:11,19
129:4 130:2,11,17
130:25 132:21
133:23 134:15
135:9,17 138:6
144:4 146:20
150:20 151:9
158:24 160:19
168:6 173:23
184:20 191:12
195:12 197:20

200:10 201:9
209:21 212:25
218:2 221:12
234:13
**particular**  151:8
217:6
**particularly**  25:17
**parties**  3:2 4:2 5:2
6:2 7:2 132:9,16
133:2,8 209:4,16
228:5 241:7
**partition**  93:20,21
93:24 94:9
**partitions**  94:10
**partner**  190:16
206:21 208:4
**partners**  190:17
209:9
**parts**  84:19 101:2
**party**  13:13 19:7
27:3 131:4 133:7
134:4 176:14,16
176:19 177:6,8,15
178:1 180:18
184:11,18 191:14
193:11 227:13,20
227:24,25 229:5
248:19
**passenger**  18:15
**passes**  206:21
**passing**  210:15
**pasted**  211:24
**patel**  22:14 24:16
26:3 81:4,5,5,7
**patrick**  1:13 2:15
8:3 15:1,14 247:1
247:12 249:5
251:2
**patterns**  144:15
**pause**  17:11

**pay**  155:21
**payment**  227:18
**pdf**  186:13 249:12
250:1
**penalty**  14:16
247:2 249:16
250:5
**pending**  224:10
225:1
**people**  25:18 51:3
60:3 70:14 159:4
181:13 182:16
**perfect**  37:22
42:13 52:10 68:11
78:8 106:22 115:3
199:5,24 206:2
**perform**  209:11
**performance**
138:14
**performs**  104:17
**period**  91:7 109:2
113:11 114:17,22
196:16 249:18
250:7
**periods**  41:24
67:14 68:8 142:22
**perjury**  14:16
247:2 249:17
250:6
**permission**  176:15
183:8,25 184:4
224:8
**permissions**  183:5
**perng**  64:10,17
**person**  115:22
117:4 148:4 168:1
210:11 216:14,15
217:18
**person's**  115:15
**personal**  51:15
73:16 86:20 87:15

Page 29

[personal - post]

88:9,23 89:12,19
90:10 94:8 95:8
95:17 96:13 98:6
98:19,25 99:15
103:8 107:8,17
108:1,24 109:10
110:2 111:20
114:10 127:13,20
129:20,21 130:3
130:10,18 131:1
132:4,14,22
133:24 134:16
135:20 136:4
144:6 162:21
170:10 190:18
192:8 211:19
216:18,22,25
217:9,10,20 218:8
218:15,18,22,23
219:3,11,18,19,24
219:25 220:12,16
220:18,21,23,25
221:6,11,16 222:5
222:10 223:16,25
224:16,24 225:16
226:13 231:22
235:23 238:5
239:23 240:7,15
241:4,12,12,17,20
241:23 242:3,9,24
243:2,5,7,12,20
244:4,9,15,25
245:18,21,21
**personally** 117:4
121:21 235:17
243:3
**perspective** 96:16
112:3 195:16
198:20 202:6
234:21

**pertains** 248:13
**philosophy** 57:20
**phone** 169:15
170:18 230:9,10
**photo** 41:3,4,7,8,9
41:23 49:9,10,15
49:16,17,25 50:1,9
50:11,16 51:1,3,10
51:16 57:22 58:10
137:13,14,15,15
137:17,21,22,23
138:2,4,4,10,12
161:9,15 173:21
196:11,12
**photos** 75:19,21
**phrase** 186:9
**phrasing** 58:23
**physical** 18:18
82:18,22 238:10
**physically** 42:7
44:6,23 118:12
**picked** 143:18
**picking** 204:14
**piece** 165:22,23
217:7
**pieces** 165:18
170:8
**pii** 166:21,23
167:14,15,15,18
167:22 168:22
169:6 173:7,14,17
209:21 210:15
212:9 215:22
216:1,3
**piis** 215:22
**pin** 156:13 157:8
**pixel** 131:5 134:5
206:15 207:22
208:2,5 238:6,7
**pixels** 188:25
189:10,11 210:16

**place** 15:11,14
53:5 54:14 109:5
109:6 111:15
184:5,8 211:23
248:6
**places** 48:14
**plaintiffs** 2:16 3:4
4:4 13:16 64:2
76:25 146:10
147:16 149:10
152:1 153:6,9
156:10
**plan** 11:16
**planning** 204:14
**platform** 84:23
85:4,7 138:15
196:8 207:14
233:11,19 235:8
**platforms** 7:18
**please** 13:12,13
14:9,13 21:16
32:16 52:4 55:12
86:17 105:10
138:17 162:3
163:2 182:24
183:13,20 201:1
203:7 204:10
222:22 223:4
225:10 239:19
**plus** 47:21 202:18
243:6
**pm** 204:7 210:12
**point** 36:17 53:7
67:2 74:3,11,21
76:9 79:25 95:11
97:16 110:18
115:16,23 116:2
148:11 154:2
156:3 161:13
180:2 183:11
184:1 192:5 193:8

193:22 197:24
198:15 199:4
210:11 215:16,23
222:21 236:18
244:23
**policies** 41:25
45:24 47:11 56:12
80:14 116:21
143:14,15 193:1
**policy** 8:15 43:21
45:23 47:4,8,14,20
47:23 48:1,13
52:12,24,25 53:2,3
53:8,10,12,19,21
53:23 54:9,16
55:25 56:4,10,23
58:7,23 60:20
61:10,16,17,22
62:2,24 63:4,7
66:18 67:3 68:10
68:13 143:18
162:12 166:25,25
168:11 174:2,8,9
191:16 215:15
**poor** 143:2
**poorly** 144:1
**popped** 41:3
**populate** 85:1
**position** 33:7
129:5 145:11
156:21,22 243:4,5
244:8
**possess** 193:18
**possessed** 44:23
**possible** 32:16
98:11 113:25
114:11 196:25
197:8,13 217:6
229:3 237:19
**post** 51:16 57:21
57:22 58:9,10

Veritext Legal Solutions
866 299-5127

[post - processes]

61:3 66:19 67:6
67:20 84:11 161:8
196:11,12
**posted** 49:9 51:11
**posts** 50:9,10 51:2
**potatoes** 111:5
**potential** 113:5
115:13
**potentially** 24:3
93:4 170:12
**potpourri** 186:10
**prac** 234:11
**practice** 97:15
210:7,15 234:11
**practices** 29:11,12
34:12 55:25 80:14
**precise** 202:20
**precisely** 147:17
**predates** 166:3
**preparation** 25:19
29:15 32:6 64:3
80:13 88:7 134:23
135:9 136:2 148:4
153:18 170:11
172:14 179:14
211:17 215:10
221:24 238:25
**prepare** 22:6 45:5
51:12 73:14 81:20
86:15 87:14 89:10
89:17 90:7 94:6
95:6,15 96:11
98:3,16,23 99:12
103:6 107:6,14,23
108:22 109:8,25
111:18 114:8
127:11,18 130:16
130:24 132:1,12
132:21 133:22
134:14,19 135:1,3
135:10,12,19

136:3,10,10 144:4
148:5 162:20
170:2 177:25
188:4 212:24
218:20 219:6,23
220:11 221:7
225:14 231:21
235:11
**prepared** 88:21
108:5,6,12 111:11
112:12,22 122:14
125:3,16 129:14
129:18 130:1,8
145:7,16 146:13
146:25 148:10,13
148:20 149:21
152:4 153:12
178:3,11 188:24
189:11,14,15
206:9 207:13,19
219:14,22 221:24
222:7 226:4,8,20
243:19 244:16,21
**preparing** 26:8,10
80:13 113:3
**present** 7:16 13:19
22:21 26:19 27:14
**presenting** 115:19
**preservation**
73:10
**presumably** 239:3
**prevent** 113:5
198:23
**previously** 12:17
92:19 175:3 197:1
197:9 201:22
**primarily** 27:21
**prior** 47:9,11,11
47:15,18 64:20
67:13,18 68:7
71:10 88:24 97:15

102:5 119:19
173:17 199:4
211:6 227:9 248:8
**prioritization**
180:14
**priv** 57:8
**privacy** 10:23 13:9
16:11,12,13,14,16
16:20,21,22,25
17:4,9,10 19:22,25
20:2 27:10,12,24
28:11,22 29:11,12
30:12 31:9 47:11
48:4 50:2,18
57:23 65:24
116:22,24 117:21
160:9 163:9
164:23 166:12,17
167:4,23 168:5,14
168:18 180:3
181:2,15 182:4
189:23 190:22
198:19 204:7,9
210:12 214:16
215:14
**privilege** 28:2
**privileged** 128:16
129:7,10
**pro** 96:8
**proactively**
139:25 166:25
**probably** 24:16,22
121:10 159:3,6
185:10 204:22
**problem** 35:8 67:1
68:17 74:1 99:23
159:16 184:3
186:24 204:5
242:15
**problematic** 183:7
183:24

**procedure** 139:12
139:13 249:19,20
**procedures** 56:13
**proceedings** 248:5
248:8,9,15
**process** 25:14
34:13 37:25 38:6
38:9 40:16 53:4,6
54:1,2,3,3,7 62:18
68:7 70:17,23
71:5,7,20 72:23
73:3 74:5,13,17,22
74:23,25 75:6,6,24
76:1,13,20,23,24
77:10 78:11 79:12
79:22 80:2,16,20
80:21 81:9,12,13
84:9 85:15 97:5,9
110:8 111:8
112:11,21 113:3
113:20 115:2
117:1 130:12
139:17,21,22,23
142:1 143:7
146:21 150:14
151:10,22,23
152:5,21 154:18
154:24 155:7,11
159:22 170:3
184:20 187:22
190:15 191:12,15
196:3,14 198:11
200:7 201:9
202:11 208:22
209:22,24 236:8
237:21
**processes** 17:24
24:19 36:5 38:20
39:11 67:19 81:16
101:1,3 108:13
145:3,12 147:5

Veritext Legal Solutions
866 299-5127

[processes - question]

150:6,7 152:13
189:8 208:20
236:8
processing 240:25
produce 32:16
238:23
produced 33:4,8
43:12 46:6 94:3
94:17 97:18,19
118:15 174:3
178:10 214:2
243:1
producing 160:15
241:11
product 12:5
15:24 16:1,3,4,4
16:12 17:6,7,10
25:4 75:17,20
76:2 84:24 85:1
115:12 116:12
128:18 161:14
200:4 205:3,10
219:4,20 220:24
225:19 242:13
production 32:1
59:12 62:11 84:7
84:12,16,18,20,21
85:4,19 102:15
137:18 210:20
products 16:8,9,14
16:17 204:10,11
204:14 210:4
229:24
professional 2:21
248:2
profile 1:4 2:4
13:9 35:3 49:9
115:11,15,20
116:10
profiles 115:8

program 48:4
116:23,25
programmatically
181:1,11
prohibitively
193:16
project 57:15,16
57:17,18 212:15
properly 217:4
proposal 189:23
190:8
proposed 190:23
210:4
protect 116:22
117:1
protections 109:5
117:1
protiviti 19:4,5,7
19:15
protocol 94:18
95:4 96:9 97:19
97:20
provide 67:11
125:20 128:21
180:18 243:10
provided 26:23
32:13 44:16 48:25
49:11,11 50:1
60:2 66:5 92:13
121:23 188:17
249:19 250:8
provides 48:2
providing 49:5
139:18
pseudo 34:11
176:18
pseudonym
113:20
pseudonymization
17:24 20:4,6,12
33:21 34:5,6,11,14

34:20 36:6,7 53:4
53:6 54:6 62:18
67:10 68:1 71:5,7
71:9 74:13 75:23
76:1 85:16,16
101:11 109:19
113:20 139:23
145:4 147:6 150:7
155:2,10 175:5
197:23 198:10,12
202:11
pseudonymize
70:25 192:4
pseudonymized
176:18 192:5
208:19
pseudonymizing
71:21
public 51:18
161:16
publicly 50:10
51:3,11
publisher 131:4
134:5
pull 16:5 29:25
91:1
pulled 44:22 153:7
pulls 104:17
purely 36:7
purpose 17:2
47:14 53:5 66:12
80:10 109:18,23
111:9 112:24
116:9 144:15
145:20
purposes 21:22
155:1,5 235:16,19
pursuant 94:17
put 17:11 81:10
109:5,6 120:15
121:10,19,21,22

123:18 125:13,13
126:7,8 156:13
157:8 193:14
203:16,19 211:23
220:4 231:5
234:12,17 235:6
putting 235:4
pwc 9:16,17 11:13
11:14 27:23 28:11
28:15,18,22 29:16
30:13,20 31:1,8
44:18 64:5,17
65:19,23 66:5
185:4 186:8
188:17
pwc's 26:19,24
27:5 28:9

q

qualification
170:22
qualified 135:23
queriable 102:16
queried 235:5
237:19
queries 96:18
query 86:22,23
87:1,2,11,25 88:10
89:22 90:13,17
93:5 95:18,22
96:14 99:17
114:12,14,15,16
114:22
querying 86:21
104:19
question 17:12
21:17 22:2 28:6
34:3 35:7 37:13
39:2 42:5 61:15
61:21 66:16,22
67:17 70:8 71:18
74:9 79:9 83:11

[question - record]

83:17,24 85:10
86:2,18 87:6,7
88:7 91:17 92:8
95:17 97:14,21
98:20 106:23
110:11 114:2
117:12,12 118:2
118:21 120:12
124:5 126:23
129:8 132:23
134:23 135:8,15
136:8 151:14,18
152:1 153:15,16
153:19 154:4,5,19
154:21 155:12,14
157:4 159:14
164:17 166:20
167:13 168:13,13
172:2 175:2,14,15
185:25 186:5
189:3,14 192:11
193:5 196:24
198:7 199:3 201:1
207:25 218:21
219:9 221:7,25
222:21,23 223:2,7
223:11,14,21,24
224:13,23 225:1
225:10 226:11
233:7,14 236:17
244:19,19
**questioning**
100:11 126:18
**questions** 24:17
39:22 69:21 83:8
93:9 98:4 112:16
112:17 114:11
118:17 125:17
149:21 150:24
164:18 168:11
185:5 197:18

199:14 213:3
**quick** 33:11
**quickly** 110:3
189:20
**quit** 116:2
**quite** 158:1
**quote** 218:12
240:7,7

**r**

**r** 22:15,15,15,17
36:9 64:10 120:1
195:8 251:3,3
**r&s** 250:1,9
**rabbit** 148:7
**rails** 222:25
**raise** 14:13
**raising** 164:18
**ran** 188:7
**random** 36:9
70:24 71:4 78:17
113:7 115:25
237:25
**rate** 212:21 213:1
**rates** 212:10
**rationale** 58:7
198:22
**raw** 234:8,11,20
234:22 238:8
**raymond** 164:10
164:12,17 167:16
**rblume** 5:13
**reach** 197:8,13
**reactions** 49:14
137:16 138:6
**reactivate** 196:17
**read** 28:18 29:1
55:17 61:9 69:2
72:25 79:18 99:22
101:5 104:13
117:19 139:4,5,14
159:19 168:1

171:11,16 181:21
182:7,24 183:1,13
183:15,20 189:20
189:22 209:1
216:19 220:5
222:22 223:2,9,14
225:22 226:22
237:19 241:7
243:15 244:3,7
245:12 247:2
**reading** 27:9
30:20,23 31:15
55:20 60:13 82:4
104:13 105:6
117:10 159:15
163:19 166:15,16
167:9 171:15,23
178:19 204:17
217:14 232:11
249:23 250:9
**reads** 99:25 195:2
**ready** 117:13
172:2 186:3
**real** 141:6 161:17
**realize** 156:23
**really** 159:9
169:25 171:5
173:4 185:14
205:13 219:7,8
221:19 238:13
**reason** 62:1 68:22
68:23 69:5,14,25
70:4,6,13 77:7
92:20 110:2
116:20 153:12
184:17 224:7
251:6,9,12,15,18
251:21
**reasonably** 217:21
**reasons** 77:12
181:14

**rebecca** 1:21 2:20
248:1,24
**recall** 21:3 78:12
90:2 103:1 158:15
**recalled** 136:13
**recap** 26:1
**receive** 122:24
**received** 166:13
174:5 191:9 205:9
**recess** 32:25 77:19
127:4 144:24
157:16 172:22
194:15 213:15
**recite** 240:5,13
242:7
**recognize** 91:18
91:20 139:2
**recollect** 119:17
124:6 126:2
**recollection** 30:7
31:7,22 93:10
99:15 103:8 121:6
121:8 238:25
239:2
**recommend**
244:24
**recommendation**
60:7
**record** 13:5 14:5
15:10 21:22 32:22
32:23 33:2,23
34:1 43:11 44:2
54:25 64:1 72:25
77:16,18,21 90:23
96:23 102:7 105:7
122:15 123:21,22
126:11,12,15
127:3,6 134:18,18
138:7 144:22
145:1 153:24
157:12,15,18

[record - replacement]

158:3 163:6,25
170:16 172:17,19
172:21,24 179:3
185:1,13,16
194:12,14,17
195:1 203:10,13
209:2 213:10,12
213:14,19 214:1
215:7 221:21
223:5 225:9
235:23 237:15
238:19 239:18,19
239:20 241:2
243:21,23 244:14
245:12 246:1,3,6
248:9,12
**recording** 78:2,5,6
195:19 196:1
**records** 139:25
**recursively** 171:20
**redirect** 117:21
160:8 214:15
**redo** 204:18
**redundant** 184:3
**refer** 30:25 35:9
35:13,18 36:2
42:5,8 50:20
58:21 61:15,19
72:2,21 84:21
105:24 118:5,7
131:1,2 155:20
162:6 215:18
**reference** 48:9
105:17 106:24
136:22 195:19
240:18
**referenced** 136:14
218:9,16 245:7
249:6
**references** 245:14

**referencing** 240:1
243:1
**referred** 52:14
54:2,3 62:1 70:23
71:3 79:11 80:9
171:25 215:21
227:24 230:21
**referring** 23:8
26:25 27:18 29:4
53:24 54:1 62:23
124:1,1 128:2,7
133:10 149:3
160:25 167:23
171:4 172:11
202:17,18 206:11
227:22
**refers** 97:18 99:20
103:22 104:14
106:15 112:23
174:2 209:20
216:12 221:11
222:15 232:4,6
**reflect** 139:11
140:4 195:11
237:1 245:5
**reflected** 243:22
**reflecting** 142:24
**reflects** 140:5
**refresh** 31:21
42:21 55:8 63:11
96:1 121:5,7
238:24,24 239:2
**refreshed** 239:4
**regard** 17:21
28:11 29:13 39:9
56:1 65:24 69:4,7
69:12 72:21 74:24
76:24 93:25 95:3
129:9 145:2
155:10

**regarding** 24:18
80:24 122:9 125:3
134:19 136:17
196:23
**regardless** 217:16
**regards** 39:10
80:14 122:25
**registered** 2:21
141:13 248:1
**regular** 187:9
220:24
**regularly** 182:13
**regulations** 73:3,8
161:25
**reinforce** 182:10
**reiterate** 66:8
133:6
**reiterating** 236:6
**relate** 18:13 29:8
**related** 16:14,16
18:14 23:9 125:9
145:3 221:25
230:17,20
**relates** 1:6 2:6
122:11 145:6
148:15 164:15
226:11
**relating** 18:23
27:24 28:21 31:2
31:4,10,12
**relationship** 36:18
116:12,13,14
137:25 184:17
**relative** 248:18
**released** 249:21
**relevant** 25:18
26:18
**relied** 44:12,15
**relink** 216:15
**remainder** 26:11

**remained** 142:9
142:10
**remaining** 26:7
137:1
**remains** 138:1
142:17
**remember** 21:7
31:6 53:25 79:17
102:19,22 103:11
121:14,25 141:14
161:14 166:2
188:10 230:16
231:16
**reminder** 12:5
205:4,11
**remote** 14:7 15:18
**remotely** 1:14
2:18 248:6
**remove** 43:6 78:15
181:15 182:4
237:24
**removed** 176:3
**rename** 227:9
**renfro** 22:11 23:4
23:12,25 24:2
26:2 164:10 169:1
171:1,17 172:14
173:2,18
**repeat** 35:7 43:1
87:6
**replace** 36:15
37:17 70:24 78:17
82:5 97:11 237:24
**replaced** 37:4
142:2,3,5 198:5
236:13
**replacement** 36:9
36:11 71:3 78:11
97:10 115:25
116:10,15 236:14
237:25

Veritext Legal Solutions
866 299-5127

[replaces - right]

**replaces** 139:24
199:19,21 200:12
201:19
**replacing** 97:6
**report** 48:6
**reported** 1:14,20
2:19
**reporter** 2:20,21
2:22 13:11 14:4
14:12,15 21:13
33:18 43:16 46:14
54:18 63:15 64:24
90:19 92:2 105:2
106:8 127:23
138:19 153:20
157:13 163:4
172:16,18 178:6
183:10,12,15,19
184:22 194:5,24
203:2,5 204:19
213:17 248:2,3,3
**reporting** 73:8
**reports** 166:13
**represen** 107:15
**represent** 13:16
93:7 109:11
**representation**
93:3 94:6 96:11
127:12 135:18
**representative**
1:13 17:15 30:11
38:19 51:14 66:17
73:14 87:14 88:8
88:21 89:10,18
90:9 95:7,16
96:12 98:4,18,24
99:13 103:7 107:7
107:16,24 109:10
110:1 111:19
114:9 127:12,19
129:19 130:2,9,17

132:2,13 135:1,10
135:18 136:1,2
144:5 220:10
225:13 235:12
243:20
**represented** 51:16
150:25
**representing**
86:15 108:23
130:25
**represents** 192:16
**request** 31:25
48:19 62:14 66:11
80:21 156:10
238:23 240:6
**requested** 67:3
248:16 250:1,9,10
**requests** 39:12
**require** 191:22
**requirement**
74:20 79:25
**requirements** 16:6
28:25 48:3 73:6
**requires** 158:25
159:8
**rereading** 55:18
**research** 209:9
**researched** 206:9
**reserved** 241:8
**reset** 153:24
**resolved** 156:17
156:24
**resources** 168:11
**respect** 57:2 245:4
**respond** 223:3
**respondent** 206:21
207:1,6
**responding** 223:4
**response** 125:17
**responsibility**
58:15 61:6

**responsive** 221:20
**rest** 171:15 212:4
212:4
**restate** 44:13
**restoration** 195:20
196:1,19
**result** 129:1
234:13
**resume** 157:1,8
**retain** 66:18 67:5
**retained** 60:5
**retention** 17:1
20:22 41:24 67:14
68:8,10 73:4,6
142:22 191:15
193:1
**return** 57:19
100:11 249:17
250:6
**returning** 52:3
78:9 82:2
**reversion** 214:22
**review** 26:15
29:10,15 33:12
55:11 64:12,13
105:10,13 138:22
179:13 190:13
209:6,11,12
213:22 215:3
245:16 248:15
249:8,10,13 250:2
**reviewed** 22:8
26:17,22,24 27:14
29:20 44:8 45:11
47:10 65:15
136:13 215:1
242:25
**reviewing** 26:14
28:8 32:4 190:14
**revision** 97:3
105:15 117:15

139:9 179:18
195:9
**rewritten** 142:1
**rid** 36:8,15,21
37:2,4,17,18 71:2
78:11,17,19 79:1,4
82:7 83:5 85:12
85:14,18,20,21,24
86:11 87:20 99:10
99:10,17 100:1,12
100:16,16 101:9
101:12,18 102:4,8
102:9 108:7
116:16 137:25
139:24 141:17,18
141:20 142:4,13
142:13,19 158:19
174:22 175:7,24
175:25 196:23,25
197:2,7,12,13,20
198:4,7,11,14,15
198:17 199:5,8,10
199:19,20,22
200:5,12,14 201:4
201:6,8,8,11,13,14
201:19,19,21
202:1,13 209:21
227:12 236:14
237:25
**rids** 10:5 74:6,15
74:25 82:6 97:4,6
97:10 98:13 99:2
99:7 101:19
103:13,19 109:5
115:7,8 116:9
141:16
**right** 14:13 23:13
27:16 28:17 31:15
37:13 42:25 44:20
44:25 45:3 51:21
52:8,22,24 54:10

Veritext Legal Solutions
866 299-5127

**[right - scope]**

62:21,25 65:25
66:6 75:12 76:13
77:23 78:5 95:25
97:12 102:6,10
108:10 119:10
121:4 126:2,3,5
128:9 129:7,15
134:21 136:11,14
140:20 142:20
143:4 146:18
148:16 149:7
156:5,8 157:23
158:20 160:9
164:21 167:19
168:3,4,7,20
169:11 171:24
174:19 175:20
179:5 180:23
186:9 188:14
190:14 200:11
204:6 214:25
220:6,8,13,15,19
222:24 223:15
224:14 233:7
243:24 244:6,17
**rights**  18:17
**ring**  6:6 13:23
**road**  6:16 21:15
**rob**  13:21 33:5
125:4 129:5
153:17 155:22
222:9,20 223:18
223:22
**robert**  5:6
**rohrback**  4:5
13:20
**role**  15:23 19:22
23:18,20,22,24
51:14 113:2
**roles**  17:8

**romano**  1:21 2:20
248:1,24
**room**  32:19 122:3
136:10 209:7,7,23
**roomba**  143:17
**rooms**  209:17
**rose**  13:23
**rosemarie**  6:6
**rotated**  100:3
108:10,17,24
**rotating**  100:3
108:9,17 113:23
**roth**  22:17
**rough**  24:5
**roughly**  24:11,20
**routinely**  187:21
**row**  142:14 205:18
205:19 210:14,22
212:7 237:14,21
**rpr**  1:21 248:24
**rring**  6:12
**ruecker**  205:1
**rule**  75:11
**rules**  21:15 144:16
165:9 250:8
**run**  59:13 99:7,8
100:14 104:16
114:16,21,21
140:9,10 187:16
187:21,24 198:3
201:10
**running**  75:7 76:6
113:4 140:6 143:1
187:25
**runs**  76:1 139:21
187:8,21
**ryan**  22:15 25:2,3
25:4

**s**

**s**  8:8 9:1 10:1 11:1
12:1 22:12,15,16
22:17 50:23,23
195:8 251:3
**safe**  115:16 190:22
**safeguards**  20:1,9
20:10,15 21:1
46:1 111:15
182:19
**sake**  36:7 72:25
80:12 85:15 119:7
215:9 216:7
225:18 228:9
**salt**  100:3 108:9,17
113:23 193:12
**salts**  113:7
**sample**  141:16
**samples**  186:10
**samra**  3:8 13:18
33:13 42:17 46:19
140:18
**san**  6:10
**sanctionable**
226:24
**saturday**  174:6
205:9
**save**  153:1
**saw**  91:21,22 95:8
118:3,6,13 163:23
214:23 235:3
**saying**  60:14
124:12 150:21
154:4 242:22
245:17
**says**  44:20 48:12
48:17 52:18,20
55:4 57:1,7,21
58:14,25 61:2
64:7 68:16,21
78:14 82:3,5 91:2

93:12,14,19 94:12
94:21 100:10,12
100:14 103:13,18
103:21 108:7
115:6 136:24
137:6 150:5
151:15 158:12,13
160:11,19,22
161:14,22 163:9
167:12 171:2,4
173:4 179:20
180:3,17,25 181:7
204:9 206:17,19
206:20,25 211:1,5
224:14 228:18
229:15 230:2,7
231:17 236:17
242:2
**scale**  100:22
180:14 181:1
**scenario**  101:12
193:18 200:3,9
207:5,20 208:12
210:6,6
**scenarios**  231:7
**scenes**  196:10
**schedule**  187:9
188:2 249:10
**scheduled**  187:16
188:3
**scheduling**  187:10
187:10
**schematization**
25:4,11,13,14,17
25:22
**scientist**  89:25
90:15
**scientists**  89:20
90:4
**scope**  19:18 20:13
27:7 28:1 29:18

[scope - separate]

30:18 47:13 51:22
53:11 58:12,20
59:8,17 60:23
61:13,25 66:7
69:9,18 70:2,15
71:1 73:12 74:7
76:16 77:1,8
78:24 79:5,15
80:11 81:19 82:11
83:6 84:4 85:13
85:25 86:13 87:5
87:12 88:5,19
89:8 90:6,8 93:1
94:2,16 95:2,13
96:7 97:17 98:15
99:11 104:11
107:13,22 108:20
114:5 116:7 120:4
122:10 127:9
131:25 132:19
133:20 134:13,24
135:16 145:15,25
147:3 159:20
162:8,18 166:14
167:6 169:20
172:4,5 173:15
188:19 191:7
192:6 193:24
199:6,8,12 205:5
206:7 207:8,23
208:15 209:18
210:17,25 211:8
211:16 212:11,23
218:10,25 220:20
221:13,17 222:7
222:11 233:12
235:10,21 236:5
238:4
**scoped**   11:4
132:15 133:4,7
178:13 179:4,17

**scott**   22:11 164:10
169:1 171:17
173:17
**scrape**   82:7 85:20
102:8
**scraping**   17:2,3
18:24 20:16
**screen**   126:7,8
140:17 203:17,19
**screenshots**
186:11
**scribe**   144:2,3,5,6
**script**   100:15
140:5,7,8,23
142:25 187:8,25
**scripts**   140:9
**scroll**   185:14,19
**scrolling**   236:21
**scuba**   89:13,14,19
**search**   83:2,5
85:23 86:10 87:16
87:19 88:15 92:23
113:25 114:3
**searchable**   85:12
95:12 99:10
**searched**   96:5
**searching**   197:9
**seattle**   4:12
**sec**   128:5 148:6
**second**   18:15 58:5
71:18,18 72:17
103:16,19 106:12
140:2,18 141:3
158:22,24 160:19
161:10 179:23
190:13 195:21,22
196:22 206:4,4
**seconds**   131:20
211:12
**section**   72:9
100:13 158:11

183:2 216:21
**sections**   240:1
**security**   72:19
112:2 182:14
**see**   39:25 42:23
43:4,10 48:8,16,20
51:4,7 52:19 55:7
55:16 56:25 57:5
57:6,11,12,20,24
57:25 58:1,9,17,18
59:3,4 60:16 61:1
61:8 65:14 68:16
69:1,2 78:20,21
80:3 82:3,8,9 91:8
93:11,14,17,22,23
94:14,19,23,24
99:20 100:10,12
100:13,18,19
101:17,21,22
103:2,18,20,24
104:1 105:19,19
106:14,24 115:9
115:10 118:6,13
118:14 126:7
136:22 137:4,5,8,9
156:11 158:16
160:20,21,23,24
161:19 162:4,5
164:19,25 165:3
166:8,10 167:20
167:21,24 168:5,6
168:24 169:11,12
169:18 170:25
171:6,7,22 173:12
173:13 178:15
179:20,25 180:5,6
180:17,20,21
181:3,4,18,19
182:21,23 188:20
188:21 191:23
192:19,22 193:15

195:19 204:12
206:23,24 207:3,4
209:10,13,14
211:4 215:19
227:4 228:18,22
230:2 232:3,8
236:16,20,22
**seeing**   210:6
218:17
**seeking**   125:1
**seeks**   38:19 135:15
146:7
**seen**   17:17 46:2,4
47:8 55:13 160:8
163:21 164:4
210:9 215:8
232:25
**segment**   205:20
206:6,8,22
**segments**   206:13
**sending**   147:25
204:8 211:6
**sense**   177:2 199:25
**senses**   111:23
**sensitive**   173:5
**sent**   64:8 65:18
122:12 205:7
**sentence**   52:19
57:12 58:1,5,5,14
58:24 59:3,4 60:1
69:4 73:20 78:21
82:9 100:19 101:6
101:17 104:14
108:6 136:24
169:23 173:13
182:21,23 236:17
237:1
**sentences**   69:2
159:18 169:10
**separate**   46:8
69:20 148:11

[separate - speaking]

166:19 168:1,21
**september** 204:8
**series** 49:18 89:1,5
 94:9 109:11,12
 191:18
**serious** 242:8
**serve** 85:6
**served** 84:25
**service** 72:18
 134:7 137:14
**session** 176:22
**set** 20:15 33:16
 34:18 38:4,8
 60:21 107:9
 111:10 131:3
 134:3,6 152:13
 165:9 170:7 215:6
 215:12 240:7
 248:6
**sets** 211:2 238:9
 241:18
**setting** 50:15,18
 50:22 193:20
 235:7
**settings** 50:2 57:23
 84:11
**setup** 210:3
**sev** 180:3,7,8,11
 181:2
**seven** 18:8,12
 22:20 24:6 26:8
**sever** 116:13
 137:25
**severable** 175:8
**severed** 36:18
 116:4,16 177:16
**severing** 198:12
**shackleton** 22:16
 25:6
**share** 42:16,22
 103:5 115:22

123:20 135:19
 140:17 161:18,21
 209:3,8
**shared** 184:15
 209:16
**sharing** 161:15,22
 181:9,12 182:1,3
 228:10
**sheet** 210:12
 212:18
**shift** 215:20
**short** 50:24
**shorthand** 2:20
 35:5 248:2,10
**show** 42:22 138:23
**showed** 137:21
**showing** 142:25
**sic** 33:13 58:22
 111:24 141:8
 158:1 164:22
 194:2
**sid** 176:4,7
**side** 131:11
**sign** 249:16 250:5
**signature** 248:24
 249:21,23,23
 250:9
**silence** 224:8
**similar** 47:13
 80:15 116:11
 119:7 190:22
 191:20 193:14
 217:1 230:24
**simple** 25:22
 40:21 78:14
 158:13 219:8
**simpler** 112:7
**simul** 196:5
**simultaneously**
 30:3 104:8 113:13
 125:21 147:11

151:16 222:18
 224:3 242:12
 244:11
**single** 85:19
 174:25 176:2
**sit** 30:10 81:23
 218:7 219:10,17
 220:15 221:15
**site** 78:18 79:2
 234:16
**sits** 199:10
**sitting** 32:19 122:3
**six** 143:6 245:13
**size** 109:14,15
**skipped** 11:9
 63:20
**slightly** 79:17
 192:12
**slow** 217:14
**slower** 183:13,16
 183:20
**smith** 141:7
**smith's** 142:3
**snapshot** 79:12
 80:9,17,24,25 81:7
 81:10,15,17,24
**snapshots** 74:19
 79:24
**software** 23:9,23
 24:12,21,24,25
 25:8,12,21 26:21
 88:10 104:20
 143:8,17 144:3
 165:16,23 195:15
**solemnly** 14:15
**solution** 82:5
**solutions** 16:25
 249:7
**solve** 16:25
**somebody** 175:6
 182:9 211:21,24

**someone's** 51:11
**soon** 32:16
**sorry** 13:20 30:17
 33:3 34:1 44:13
 60:11 76:15 78:1
 93:13 100:5
 103:16 104:5
 109:21 113:16
 114:20,20 120:1
 131:21 136:23
 140:14 144:13
 154:20 158:6
 165:12,19 171:2
 172:5 177:11,13
 189:18 194:7
 200:23 209:25
 217:12 223:12
 226:5 227:12,17
 229:13
**sort** 171:11
**sorted** 91:6
**sounds** 79:17
**source** 34:8 41:14
 80:23 92:17
 101:18 110:19
 177:4 179:2,4
 184:9
**sources** 85:12
**span** 109:1
**spark** 93:9
**speak** 21:19 22:24
 23:25 27:8 30:1
 148:13,22 231:22
**speaking** 28:3
 30:3 34:21 51:15
 104:8 113:13,18
 125:21 147:11
 151:16 165:20
 192:7 222:18
 224:3 242:12
 244:11

[speaks - street]

| | | | |
|---|---|---|---|
| **speaks**  145:3 | 180:19 185:6 | **spent**  23:2 24:7,16 | **stating**  15:10 |
| **special**  7:6 14:1,2 | 189:3,5,13 192:1 | 25:6 26:7,9,11 | 56:22 |
| 122:16,19,21 | 200:22 202:20 | 28:8 | **statistic**  142:9 |
| 123:6,10,16,19 | 205:18 207:20,24 | **split**  116:13 169:8 | **statute**  222:13,16 |
| 124:8,11,14,17,20 | 208:3,12 216:2,4 | **spoke**  22:11,20 | 224:2 |
| 125:5,8,19,23 | 218:4 234:2 240:8 | 24:2,11 25:3,7,8 | **statutes**  240:2 |
| 126:5,6,9,14,19,22 | **specifically**  19:4 | 25:11 26:1 | **stay**  239:9 |
| 126:25 145:21 | 19:14,17,21 20:11 | **spoken**  198:16 | **stenographic** |
| 146:8,17 147:12 | 25:20 26:25 27:12 | 227:13 | 126:11 172:17 |
| 148:1,6,18,24 | 27:17 29:13 30:25 | **spoof**  229:3 | **stenographically** |
| 149:2,8,14 150:17 | 34:10 36:25 37:3 | **spreadsheet**  12:9 | 1:20 |
| 150:20 151:5,11 | 50:21 51:13 56:5 | 45:25 205:16 | **step**  78:16 160:19 |
| 151:17 152:10,15 | 61:14 62:23 67:25 | 210:3 237:13,20 | 206:20 |
| 152:24 153:3,22 | 69:4,12 71:24 | **stand**  102:17 | **steps**  143:6 |
| 154:10 155:13,15 | 73:13 74:14 75:23 | 180:9 | **stipulation**  241:8 |
| 155:24 156:2,6,9 | 86:14 87:13 88:21 | **standard**  166:20 | 249:20 |
| 156:20 157:5 | 89:9,16 94:5 95:6 | 167:13 | **stop**  154:2 222:24 |
| 222:24 223:10 | 95:14 96:10 97:9 | **stands**  36:10 | **stopped**  73:25 |
| 224:6,25 225:5,8 | 98:17 103:6 107:6 | 103:11 | **storage**  25:15 |
| 226:1,5,9,17,19 | 108:22 109:9,22 | **star**  167:20,21,24 | 36:13 59:12 84:12 |
| 239:8,11 240:24 | 109:22,24 111:18 | 168:4 | 84:21,22 85:2,4,19 |
| 241:14 242:1,4,13 | 113:2,19 114:7 | **start**  72:22 75:4 | 88:11 137:18 |
| 242:17,19 243:25 | 116:8 118:18 | 181:11 182:2 | 191:24 |
| 244:6,13 245:9 | 120:22 127:11,18 | 183:17 188:8,8,8 | **store**  48:5 110:4 |
| **specific**  16:16 | 130:24 132:2,12 | 203:24 205:19 | 110:22 170:4 |
| 19:24 39:3,23 | 132:20 133:22 | **started**  16:1 166:2 | **stored**  62:10 132:8 |
| 49:5 50:7 66:11 | 144:4 145:8,14 | 169:2 181:9 182:1 | 138:6 170:11 |
| 66:16 72:9 74:20 | 162:20 165:23 | **starting**  14:8 | 191:16,20 192:17 |
| 79:25 83:18 86:3 | 166:17 187:24 | 187:5 | 193:1 207:7,19 |
| 87:20,20 95:23 | 188:4 206:10 | **starts**  43:4 216:23 | 208:18 217:17 |
| 99:16,17 106:18 | 216:10 231:22 | **state**  14:16 41:21 | 233:4,11,19 |
| 110:11 112:4 | 235:1,12 239:25 | 56:3 69:10 184:15 | 235:20 |
| 114:14,15 120:9 | **specifications**  16:5 | 218:8 249:9,12 | **stores**  207:1 |
| 123:7 130:10 | **specificity**  208:24 | **stated**  75:16 | 237:16 |
| 141:24 145:13,19 | 230:12 232:14,19 | 132:25 170:13 | **straight**  44:9 |
| 146:7,9,11,12,22 | 233:2 234:1 | 244:20 | **straightforward** |
| 147:2 148:13,14 | **speculation**  82:1 | **statement**  58:23 | 158:25 |
| 149:5,22,23 | **spell**  22:13 | 75:16 79:16 | **streamed**  237:17 |
| 150:22,24 151:2 | **spencer**  186:6,7 | 229:14 | **street**  3:10 5:9 6:8 |
| 152:25 153:7 | **spend**  28:15 30:20 | **states**  1:1 2:1 | 7:7 |
| 169:23 174:20 | 30:23 | 162:2 | |

[strike - talking]

**strike** 44:13 54:22 65:13 92:19 100:6 100:10 114:1 129:22,23 130:22 133:14 159:9 166:11 184:25 192:2 197:10 201:3
**string** 12:4 202:12 202:14 234:24
**strip** 211:5
**stripped** 40:20 71:16 142:7 200:8
**stripping** 38:1,3
**structure** 87:23 95:21 238:10,11
**struggling** 121:25 219:14
**stuff** 11:12 188:22
**subject** 9:15 11:12 12:4 19:12,17 24:8 65:22 73:2
**subscribed** 248:21
**subsections** 240:1
**subsequent** 245:13
**subset** 89:23 146:10 149:11 151:3 171:5 173:5 173:7,7,14 199:21
**substantively** 26:8
**substitute** 199:5 199:24
**subsumed** 243:12 244:2
**subsumes** 241:23 242:9,22
**suggest** 60:4
**suggestion** 126:21 126:24
**suite** 3:11 4:11 5:10 6:9

**support** 16:19 236:18
**supposed** 63:23 71:11 132:17
**sure** 15:12 21:5 24:9 28:7 30:21 31:21 38:17,25 53:15 72:4 88:24 101:1,7 123:21 124:24 157:14 159:16,24 167:9 171:24 175:14,20 182:25 184:3 189:16,21 197:6 197:18 204:10 205:19 210:2 213:13 214:5 217:3,15 221:21 229:14 233:7 239:16,21
**survey** 208:4
**surveys** 205:21 206:14
**suspend** 80:19
**suspended** 71:22 74:4,13,18 79:23
**swap** 200:5,6
**swears** 13:11
**switched** 169:10
**synthetic** 112:5 141:5,16 142:6 192:9
**system** 36:14 37:20 62:11 76:3 84:13 85:19 88:12 102:15 143:13 180:13
**systems** 24:19 25:15,23,24 39:4 59:12 75:24 84:7 84:18,21,22 85:3

112:1 131:17 137:19 138:14 210:23 211:2 236:18

**t**

**t** 6:6 8:8 9:1 10:1 11:1 12:1 22:16 22:17 120:1 195:7 195:8 251:3,3
**tab** 54:21,24,25,25 86:5 91:24 106:11 138:17 163:1 184:25 185:3 194:3
**table** 41:14 82:7 82:17,18,20,21,22 83:4,13,25 84:14 85:19 86:3,11 87:19,20,22 90:11 91:4 93:12 95:19 95:19,23 96:14,17 99:3,16,17 101:8 102:9,10,12,21 103:10,22,23 104:2,6,12,16,19 106:5 113:11 114:13,14,15,23 116:17 141:1,4,4 141:15,15,16 142:13 158:19 165:8 198:16 201:7,14
**tables** 9:19 68:9 71:11 85:17 86:23 90:14,16 91:4 92:22 93:5,25 94:10 97:11,13,24 98:7,9,12,14 102:24 140:10,11 144:18 190:16 238:8

**tagged** 49:25
**take** 16:20 21:13 32:18,20,21 46:22 63:10,12 70:24 77:13 78:16 90:21 96:20 104:23 127:25 144:20 148:11 153:25,25 155:17 157:7 179:10 194:10 203:7 234:11 243:3,16
**taken** 2:16 18:25 32:2,25 33:11 74:20 75:3 77:19 79:12,25 81:8,10 81:18,24 115:1 127:4 144:24 157:16 172:22 194:15 213:15 248:5
**talk** 68:15 73:15 108:12 132:2,12 145:13,16 146:4 146:25 151:10,11 152:2 155:8 189:11 207:19 208:10,13,17,23 210:7,21
**talked** 165:6 170:9 229:7
**talking** 19:3 24:7 26:12 34:11 67:9 73:19 74:14 113:14 122:25 124:22,24 149:6 149:12 159:18 169:24 195:12,17 200:10,20,24 224:9

Veritext Legal Solutions
866 299-5127

[talks - tie]

talks   143:5 150:3
   208:3
tao   59:11 82:19,24
   102:16 104:17
   201:4,11,15,15
   202:9
task   57:8 143:13
   143:13
taxonomy   172:8
tbds   204:11
team   17:5,7
teams   16:20 217:3
tear   200:18
tech   169:9
technical   24:18
   26:21 34:7,22
   38:2,7 39:3,5
   50:14 54:13 75:24
   80:17 111:2,7,7,14
   116:20 117:1
   145:22 146:17
   148:13 149:15
   151:23 152:5
   153:3 202:5
   210:18 232:12
technically   40:17
   40:18 53:14,20
   62:4,12,16 70:20
   75:25 96:16
   109:24 110:6
   120:13 198:17
   201:25 237:6,8,11
teenager   18:15
telecommunicati...
   18:16
tell   21:11 51:6
   55:12 75:4 99:2
   105:10 108:16
   128:1 164:9
   165:19 181:23
   186:2 221:15

telling   129:6 246:3
tells   60:3 99:4
   159:1
temporally   53:24
ten   100:3 240:1
tent   168:11
term   34:6,6 50:14
   137:7 138:8
   162:22 169:2,6
   174:15 175:4
   232:12,18,25
   240:15 241:20,22
   241:24 243:2,7
   244:5
terminal   209:8
terminate   184:17
terminates   177:7
terms   21:24
   168:12 199:6
   217:1 240:20
testified   15:3
   28:10 112:11,21
   136:9 226:20
   240:15
testify   17:20 108:5
   108:6 111:11
   122:9 129:15,19
   130:8 134:19
   136:17 146:13
   147:13 148:21
   150:1 152:4
   153:13 155:6
   207:13 208:6
   243:19 244:16
   245:6
testifying   17:14
   19:25 130:2 224:5
   248:8
testimony   14:16
   19:13 46:22 51:13
   61:20 67:19 76:11

76:14,18 79:9
   81:21 89:17 90:8
   98:17,24 99:13
   103:7 107:7,15,24
   108:23 109:9,25
   111:19 112:10
   113:3 114:8 125:1
   127:19 130:17,25
   132:18,21 133:23
   134:15 136:3
   144:4 147:24
   160:16 243:15
   245:8,11 247:4
   248:12
testing   31:9
text   65:21
thank   15:20 17:12
   21:14 23:11 37:22
   38:24 63:19 68:11
   76:10 77:14 78:7
   89:3 104:22
   143:24 163:14
   188:12 201:17
   202:23 213:6,8
   238:12,16 240:22
   242:17,19 243:25
thanks   21:9 77:17
theirs   57:23 58:7
theoretical   182:8
thing   36:1,3 56:21
   78:3 91:22 167:10
things   38:20 41:1
   70:19 100:24
   110:5,23 120:19
   137:16 149:4
   162:23,24 169:17
   169:25 170:20
   173:9 180:13
   182:14 197:25
   216:9 221:25
   229:6 231:6

237:22
think   33:14 40:21
   42:3,25 46:8
   54:21 56:19 57:2
   64:4 72:11 77:7
   84:20 91:15,21
   92:8,20 106:1
   114:6 118:9,10
   128:5 137:13
   149:11 153:1
   154:13 156:2,3
   157:6 162:9
   168:19 169:22,24
   174:6 181:23
   192:11 200:2
   205:6 208:23
   213:2,3 222:10
   230:6 231:15
   237:12 240:13
thinking   117:9
   158:25 159:8
third   4:10 19:7
   27:3 72:18 99:25
   107:2 128:5 131:4
   132:9,15 133:2,7,8
   134:4 167:24
   168:4 176:14,16
   176:19 177:6,8,15
   178:1 184:11,18
   191:14 193:11
   209:4,16 216:21
   216:23 227:13,20
   227:24,25 228:5
thought   157:2,5
three   15:22 18:25
   26:4 45:25 83:8
   106:16 233:3,5
   239:25 240:2
thursday   65:8
tie   35:2 37:5 40:19
   106:6 116:18

Veritext Legal Solutions
866 299-5127

[tie - turning]

138:3 162:25
202:14
**tied**  38:9 68:4
116:17 120:22
231:2,5
**time**  13:6 14:4
16:2,11 23:1 24:2
24:7,14 26:11,14
27:2,2,6 28:16
30:23 33:8 44:24
54:14 60:24 63:5
63:7 65:23 67:2
67:14 68:2 69:11
71:11 74:3,9,11,21
80:1 95:12 97:16
97:22 101:9
113:10 114:17,22
116:4 118:3 131:8
131:12,16,17,17
138:11 153:23,23
153:25 154:1,1
155:16,21 159:8
159:15 187:25
196:16 197:5
199:4 204:9
210:13 214:23
215:16 233:15
238:16 241:8
246:7 248:6
249:10,18,24
250:7
**timeline**  31:20
44:9
**times**  105:20
**timestamp**  159:7
**timing**  53:25
**title**  15:23,24,25
23:15,17,20,24
24:15 25:1 178:13
229:16

**titled**  139:9 179:17
195:7 214:21
**today**  13:17,23
15:9 17:13 21:24
22:7 30:11 47:6
112:22 147:25
163:22,24 178:11
188:24 211:10
215:4 218:7 219:6
219:10,17 221:15
223:1 236:7
**told**  21:5 81:7
**tool**  88:3,16,17
89:13,20 131:5
134:6 143:11
144:3,7,14 165:7
165:15,16 166:2
187:10 188:11
234:16
**tools**  86:22 89:1,2
89:5,6,13 111:22
149:15 150:23
182:18 188:6
**top**  53:19 55:2
91:13 163:8
164:21 195:3
218:13 230:1,18
**topic**  17:21,23
38:18 39:9,11
108:19 122:11
134:23 135:2,15
145:2 147:14
148:15 149:12
150:3,4 152:13
153:13 154:22
155:22,23 160:16
189:7 213:4
238:15
**topics**  25:18
155:25

**total**  18:8 24:10,16
**totally**  100:9
**tour**  75:3
**tpid**  209:21 227:12
**tpm**  20:16
**trace**  196:25
**track**  68:24 69:6
69:14,25 70:6
78:18
**trackable**  79:1
**tracked**  199:22,23
**tracking**  147:22
180:13
**tracks**  127:14
**training**  116:23
210:23
**transactions**
100:23,23 228:5
**transcribed**
248:11
**transcript**  21:24
131:23 247:3
248:12,14,16
249:6,8,10,13,13
249:21 250:2,2
**transfer**  209:4
**transform**  234:14
235:8
**transformation**
234:10
**transformed**
141:22 233:23
234:4 235:15,19
235:25
**transforms**  234:9
**translation**  210:23
211:2
**transmit**  132:10
**treated**  146:24
147:4,5,8

**treats**  145:10
**trick**  68:12
**trigger**  196:5
**triggered**  71:10,12
74:21 80:1
**triggering**  143:16
**triggers**  71:6
**true**  45:9,14
101:23 102:1
181:5,6,20,22
182:1 247:5
248:12
**truly**  219:13
**trust**  161:20,20
214:11
**truth**  14:18,18,19
101:18 177:5
184:10
**try**  53:8 83:21
85:11 112:14
118:14 140:12,16
140:17 169:5
171:11 197:11
199:14,15 201:20
203:21
**trying**  37:12 39:25
61:19 68:12,13
79:21 104:21
125:6 143:3,25
156:11 165:21
168:16 182:17
199:17 202:2
205:24 221:20
242:21
**tuesday**  204:14
**turn**  42:15 52:4
72:7 106:11 117:7
157:25 161:10
189:17 190:9
**turning**  115:4
205:15 230:1

[two - updated]

**two** 21:1 26:7
36:18 43:10 45:21
64:4,18 69:20
83:8 101:12 110:4
110:23 112:15
116:18 143:10
148:2 175:19
179:21 194:8
197:18 211:2,11
228:12,16 230:16
243:14
**tying** 37:6
**type** 171:19
182:13 217:8,16
**typed** 32:8,9,11,11
44:5 61:6 161:7
**types** 109:5 110:5
110:23 116:11
171:20 172:10
190:22 216:5,8,12
216:13 217:2
218:5,6
**typo** 230:6

**u**

**ud** 52:12
**udb** 58:25 59:5,9
82:7 85:20 102:8
**udd** 45:22
**uddb** 58:22
**uddp** 26:18 44:17
45:22 52:14 72:1
72:2 105:23
**udtf** 143:20
**ugc** 61:4,12,24
67:4 160:22 161:2
217:16 232:4
233:6,10
**ugly** 199:14
**uh** 118:20
**ui** 143:16

**uid** 36:1,2 83:4
85:21 99:9,10
100:1 108:7
137:25 139:24
141:17,17,19
142:13 158:19
169:14 170:18
174:22,25 175:21
176:1 179:23,24
180:3 183:2,7,23
184:4,9,19 196:23
196:24 197:1,8,9
197:12,15,21,21
198:5,8,10,17
199:6,19,21,23
200:5,13 201:8,14
201:20,22 202:2
231:3
**uids** 74:6,15,25
97:6,13,16,25
98:13 141:15
181:1 183:3 211:5
**uii** 10:13 12:12
68:4 105:20,21,22
106:21 117:9,16
117:17,20,21,25
118:23 119:15
136:25 137:1
138:2 139:25
142:7 144:11,16
144:17 159:22,24
160:3,9,11 164:18
165:9,24 167:1
169:2,13 170:13
173:7,7,10,14,20
175:10,25 176:1,5
176:8,9,11 191:22
192:17 198:23
200:7,7 202:15
214:15,16,21
215:13,15,17,23

216:1,2,8,11,22,24
217:7,16 218:2,5
221:12 231:11
236:11,14 238:1
240:21 241:24
242:2
**ulmer** 5:7 13:24
**unable** 160:14
**unclear** 131:13
199:3
**underlying** 82:22
**underneath** 180:2
**underscore** 93:13
131:3
**understand** 17:13
17:23 28:6,25
30:6 39:9,10
65:18 68:13 77:23
80:16 81:17 85:8
88:13 94:25 96:17
123:22,23 131:14
131:22 147:17
148:17 156:20,22
167:2 168:3
169:13 194:19
197:6 199:17
210:18 215:5
240:17 243:14
244:18
**understandable**
206:1
**understanding**
18:2,3 27:23 29:9
29:10,15,20 30:10
33:21 34:4 48:22
54:8,15 59:21
65:12,20 66:2
77:10 78:23 80:4
80:7 81:23 82:14
87:23 92:11 94:11
108:2 112:24

138:13 159:10,17
159:21 170:14,16
172:6 180:24
182:15,16 184:7
188:16 214:19
215:10,25 216:17
217:19 219:24
222:4 223:25
224:16,23 225:24
242:23
**understood** 17:11
22:3 95:21 168:15
175:14 187:19
228:17 229:25
245:3
**unfortunately**
117:19 172:12
174:3
**unfriend** 60:3
**unhashed** 212:9
**unique** 101:14
109:1 120:6,8,8,9
127:14 130:4
176:21 180:19
184:12,12 229:1,3
230:10,13
**uniquely** 107:10
216:14
**united** 1:1 2:1
162:2
**universe** 177:5
**unix** 131:17
**unlock** 193:13
**unreasonable**
240:6,14
**unstructured**
37:15
**update** 63:2
**updated** 65:6
143:15 227:10
229:17

**updates** 143:15
 204:12
**upload** 41:23
 137:13,14,20
 161:20
**uploaded** 40:24
 41:3,7,8 49:17
 75:19 137:21,23
 138:2
**uploads** 138:10,12
**url** 127:17,21
 135:5 168:6,8
**us.pwc.com.** 64:10
**usable** 234:12,17
**use** 35:12,13 36:5
 39:5 40:21,23
 75:2 84:10,14
 86:21,23 88:16,25
 89:1,4 96:8
 105:17 119:7,11
 131:6 137:11
 165:25 169:6
 175:4 176:16
 177:19,20 178:2
 209:20 235:9
 241:20 243:6
**user** 1:4 2:4 8:15
 10:5 13:9 16:6
 18:1 34:12,13,25
 35:1,4,10,11,13,20
 35:20 36:15,17,22
 37:2,3,4,6,8,10,16
 37:17,21 38:21
 39:6,12,19 40:7,10
 40:19,24 43:20
 45:22 47:3,4,14
 48:9,13,18,18,22
 48:24,25,25 49:2,5
 49:10,13 50:3,9
 51:2 52:12 57:10
 57:21,24 58:9,14

59:6,23 60:15
61:4,6,7,11,16,23
62:19 65:25 66:20
67:3 68:4,6,18
70:24 72:22 74:21
75:1,10 78:15,18
80:1 83:3,15 84:1
84:6,8,16 87:4,10
87:17 91:5 92:22
95:10,12,22 97:4
97:11 99:2,5,6,18
105:17,19 109:4
115:7,19,20 116:1
116:22 117:2,3,6
131:24 132:10,10
132:18 133:1,9,25
133:25 134:10,12
134:20,21 137:2
137:24 141:2,7,10
142:1,3 143:21
145:5 147:19
150:4,11,12,15
151:1,2,9 152:10
152:11,23 154:22
154:25 158:14
159:1,5,12 160:25
161:3,5,8,21
164:16 169:3,16
170:12,17,19
171:5,18,20 173:5
173:6,8,8,20,21,22
173:23,23 174:1,2
174:4,8,10,10,12
174:14,14,16,23
174:24,25 175:7
175:11,17,18,21
175:21 176:4,8,10
176:12,17,18
177:6,9,14,15,17
177:17 180:18
183:4,5,7,24

184:10,10,12,16
184:19 186:11
189:8 191:19
192:1,23 193:4
196:15 198:24
200:6 201:16
202:5,5,10,13
207:1,7,15 216:11
216:22 217:4,15
222:11 228:3,15
228:15 229:18
231:5 235:5,7
236:4,11,13,13,19
237:9,24 240:21
**user's** 35:3 36:12
**userid** 78:16 94:22
 95:9
**users** 41:16 52:22
 57:3 67:12 68:22
 69:14,25 73:5
 82:6 91:6 93:12
 93:15,20 95:20,20
 101:19 102:25,25
 134:1 145:9
 147:23 150:22
 153:11 161:19,19
 181:15 182:4
 188:25 192:4
 193:9,23
**users.php** 187:15
**uses** 25:22 119:9
 145:8 148:21
 201:16,19 232:18
 241:24
**usually** 173:8
 185:18

| **v** |

**v** 54:4 187:5
**validate** 188:8
**values** 169:15
 170:2,6,19 229:7

**variety** 119:20
 173:18 232:12
**vc** 1:4 2:4
**vendor** 211:6
**verbal** 21:21
**veritext** 13:10
 249:7,9,11
**version** 47:18
 59:10 229:2
**versions** 25:7
 65:11 140:11
**versus** 48:6 107:11
 216:5
**video** 1:14 2:19
 161:9
**videoconference**
 1:14 2:19 3:2 4:2
 5:2 6:2 7:2 14:8
**videographer** 7:19
 13:5,10 32:23
 33:1 77:17,20
 78:1,6 127:2,5
 144:22,25 157:14
 157:17 172:20,23
 194:13,16 213:9
 213:13,19 239:17
 239:20 246:5
**view** 181:13
 216:18
**viewable** 196:7
**violate** 181:15
 182:3
**violates** 96:8,9
**violation** 97:19,20
 198:20
**violations** 164:23
 166:12,18,25
 167:5,23 168:5,14
 168:19
**visibility** 115:14

[visit - weaver]

| | | | |
|---|---|---|---|
| **visit** 120:9 147:23 | **warehouse** 36:14 | 33:9,10,20 35:22 | 125:7,11,15 126:1 |
| **volume** 1:17 8:3 | 36:16 37:7,9,10,14 | 37:1,22 38:17 | 126:4,12,17 127:7 |
| 100:22 249:5 | 54:6 59:14 62:15 | 39:24 40:15 42:1 | 127:16,25 128:19 |
| 251:2 | 67:10 68:2 76:3 | 42:13,20 43:9,18 | 129:5,11,14,21 |
| **vs** 216:22,22 | 85:3 136:25 | 43:22 45:15 46:16 | 132:9 133:10 |
| | 139:22 200:25 | 46:19,21,25 47:22 | 134:11,17 135:3,7 |
| **w** | 233:4,11,19,22,25 | 48:8 49:23 50:8 | 135:21,22 136:6 |
| **w** 4:8 7:7 22:15 | 235:24 236:1,8,19 | 51:2,8 52:1 53:22 | 136:20 138:16,21 |
| **wait** 65:13 122:17 | 236:24 237:2,16 | 54:20 55:6 56:11 | 138:24 139:2 |
| 155:24,24 224:6,6 | **washington** 1:23 | 56:18,24 58:8,13 | 140:16,19 144:19 |
| **waiting** 43:8,10 | 4:12 | 58:24 59:15,20 | 147:10,14 148:2 |
| 45:17 55:9 72:8 | **waste** 155:16 | 60:9 61:1,18 62:6 | 148:17 150:2,10 |
| 86:9 91:1 96:1,2 | **water** 77:15 | 62:20 63:10,18,20 | 150:12,15,19 |
| 163:7,15 | **way** 21:12 35:22 | 63:24 64:1,11 | 153:1,5,17 154:5 |
| **waived** 249:23,23 | 37:13 40:7,9 42:4 | 65:1 66:4,13,24 | 154:11,13,19,24 |
| **waiving** 249:20 | 42:8 44:4,4 51:8 | 67:18 68:11 69:12 | 155:15,20,25 |
| **walk** 152:16 192:9 | 62:19 68:6 93:3,7 | 69:22 70:9,12,21 | 156:5,22 157:9,19 |
| 224:20 | 98:19 106:18 | 71:6,17 72:4 | 158:6,9,10 159:16 |
| **walked** 236:7,10 | 109:3 110:14,17 | 73:19 74:10,24 | 160:1,12,18 |
| **walking** 42:2 | 110:21 114:25 | 76:8,11,21 77:4,13 | 162:16 163:1,6,10 |
| **walks** 195:16 | 120:14,16 146:24 | 77:22 78:4,8,9 | 163:25 164:6 |
| **wall** 51:11 60:17 | 147:4,5 153:17 | 79:3,8,18 80:8,23 | 167:2,19 170:15 |
| **want** 29:25 30:19 | 157:12 181:8 | 81:22 82:16 83:10 | 171:10 172:13,25 |
| 30:21 61:18 77:15 | 188:2,7 191:16 | 83:20 84:17 85:23 | 173:25 175:16 |
| 115:16 122:23 | 192:1 199:1,20 | 86:5,9,17,25 87:9 | 176:11 178:8,17 |
| 123:18,21 124:19 | 200:4 217:17 | 88:2,13 89:3,14,24 | 179:8 184:6,24 |
| 124:23 126:4 | 222:25 234:7,22 | 90:21,25 91:23 | 186:21 187:19 |
| 148:7 155:16 | 237:16 | 92:7,18 93:8,19 | 188:23 189:4 |
| 157:9 161:21 | **ways** 35:18 145:22 | 94:12,21 95:11,24 | 191:5,9,25 193:7 |
| 167:9 169:22,22 | 191:20 232:13 | 96:19,23 97:1,12 | 193:20 194:1,7,11 |
| 175:14,19 197:5 | 235:15 | 97:23 98:10,21 | 194:18,21 195:1,5 |
| 197:18 203:21,24 | **we've** 42:16 67:9 | 99:19 102:2,17 | 197:7 199:22 |
| 210:2 214:5 215:7 | 74:14 103:22 | 104:2,6,22 105:4,9 | 200:11,20 201:11 |
| 223:3 233:6 239:8 | 160:13 190:20,21 | 106:10,13 107:20 | 201:17,18 202:16 |
| 239:15,17,18 | 236:7 | 108:4,15 109:7 | 202:22 203:7,23 |
| 243:3 | **weaver** 3:6 8:5 | 112:9 113:16,22 | 204:21,25 205:8 |
| **wanted** 44:9 83:2 | 13:14,15 14:10 | 114:18 116:19 | 205:15 206:12 |
| 87:3,9 118:16 | 15:6,8 19:24 | 119:9,15,22 120:7 | 207:11,21 208:1 |
| 192:19 | 20:17 27:11 28:7 | 120:15 122:7,12 | 208:13,25 209:19 |
| **wanting** 138:9 | 29:23 30:6 31:14 | 122:18 123:5,9,15 | 210:22 211:1,11 |
| **wants** 151:18 | 31:25 32:2,15,18 | 124:2,16,19,25 | 212:3,14 213:2,11 |
| 239:13 | | | |

Veritext Legal Solutions
866 299-5127

[weaver - zoom]

213:21,24 214:8
214:10,12,18
218:3,14 219:7,16
220:14 221:9,23
222:9,17,20 223:7
223:12,18,22
224:4,12,21,22
226:1,9,10,18,23
226:25 227:3
233:16 234:3
235:18,25 236:16
237:10 238:12,21
239:12 241:16
249:1
**web**   1:14 2:19 3:2
4:2 5:2 6:2 7:2
119:3,6 129:25
164:19 170:5
228:25
**websites**   147:23
**wednesday**   1:16
2:18 13:1 55:4
**week**   204:15
**weekend**   55:17
65:16
**weeks**   64:4 148:2
**welcome**   157:3
**whatsapp**   229:23
**whereof**   248:20
**wide**   102:21 103:9
216:4
**wiki**   9:9 10:4,9,13
10:19 11:4,16,20
12:12 47:10,18
55:22 57:1 64:19
64:21 65:3,10
97:3 101:6 105:16
117:15,20 139:8
139:10 158:4
164:23 168:8,10
168:12 179:17,19

195:6,7 214:20,21
215:14
**wiki's**   26:20
**wikis**   44:19
**windmills**   239:22
**window**   71:10,21
237:23
**wipe**   160:22
**wiped**   160:3
**wished**   201:20
**witness**   13:11
108:18 123:24
125:16 147:20
148:12 153:9,12
213:4 224:14,14
225:1 226:19,21
238:24 239:9
240:4,5 241:11,22
242:14 243:11,18
244:20,24 245:18
248:20 249:13,16
250:2,5 251:24
**witness's**   238:25
**wondering**   208:5
**word**   33:21 34:5
35:6 37:23 39:1,5
49:11 73:22 94:19
106:17 107:2
222:14,14
**words**   43:14,20
55:2 61:2,5
109:13 152:9,23
168:5 181:21
239:25
**work**   42:23 46:20
75:21,24 88:3,17
128:18 130:14
145:23 152:20
164:7 171:18
196:9 207:22
219:4,20 220:12

220:24 224:20
225:19 237:13
**worked**   15:21
16:11 18:16
210:12,13 220:1
**workers**   195:14
**working**   56:16
74:4,12 96:17
99:16 107:19
118:16 221:2
225:17
**workplace**   164:7
**works**   75:6 113:19
140:23 141:14
143:5 173:6
192:13 237:13
**worldwide**   73:3
**wrap**   246:1
**wright**   13:20
**write**   89:22 90:13
**writes**   171:17
**writing**   44:24 56:7
162:11 173:2
237:18
**written**   35:5 36:16
87:25 141:22
166:17 167:8
182:13 238:8,9,11
**wrong**   100:6,7
**wrote**   56:7 169:1
**www**   104:14

**x**

**x**   8:1,8 9:1 10:1
11:1 12:1 134:20
248:16 250:9
**xc**   131:24
**xfn**   189:23
**xs**   132:25 133:1,25
133:25 134:20,21
**xyz.com**   141:8

**y**

**yeah**   16:22 26:17
27:8 31:4 39:24
42:11 49:25 54:22
72:24 77:13 78:6
79:20 95:5 104:10
117:11 122:5
124:10,13 125:7
131:15 143:2
149:16 150:19
156:19 158:17
164:3 168:25
169:4 170:22
171:13,16,23
172:6,20 181:25
182:6 185:21
187:1 212:19
223:13 226:18
240:24 241:15
**year**   19:11 21:8
**years**   15:22 75:20
**yep**   140:18
**yiannis**   22:12
24:10,11
**yiannis's**   24:15
**yup**   31:16 55:19
66:24 97:23
148:17 158:21

**z**

**z**   22:15
**zarashaw**   22:14
26:5
**zero**   154:1
**zoom**   1:12

Page 46

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.