# EXHIBIT 106-B

**Redacted Version of Document Sought to be Sealed**

CONFIDENTIAL

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3

4

5        IN RE:  FACEBOOK, INC.         MDL No. 2843

6        CONSUMER PRIVACY USER          Case No. 18-md-02843-VC-JSC

7        PROFILE LITIGATION

8        ------------------------/

9

10

11

12

13                          CONFIDENTIAL

14

15              REMOTE DEPOSITION OF JACKIE CHANG

16                 Thursday, December 16, 2021

17

18

19

20

21

22       Job No. 4976949

23       Reported Remotely and Stenographically by:

24       JANIS JENNINGS, CSR No. 3942, CLR, CCRR

25       Pages 1 - 312

                                                    Page 1

CONFIDENTIAL

1

2

3

4

5

6

7

8              REMOTE DEPOSITION OF JACKIE CHANG, located

9     in Hillsborough, California, taken on behalf of the

10    Plaintiffs, beginning at 9:43 a.m., on Thursday,

11    December 16, 2021, sworn remotely by Janis Jennings,

12    Certified Shorthand Reporter No. 3942, CLR, CCRR,

13    located in the City of Walnut Creek, County of

14    Contra Costa, State of California.

15

16

17

18

19

20

21

22

23

24

25

                                              Page  2

CONFIDENTIAL

```
 1        REMOTE APPEARANCES:

 2

 3            For Plaintiffs:

 4                    KELLER ROHRBACK L.L.P.

 5                    BY:  DEREK W. LOESER, ESQ.

 6                         DAVID KO, ESQ.

 7                         ADELE A. DANIEL, ESQ.

 8                    1201 Third Avenue, Suite 3200

 9                    Seattle, Washington  98101

10                    206.623.1900

11                    dloeser@kellerrohrback.com

12                    dko@kellerrohrback.com

13                    adaniel@kellerrohrback.com

14

15        BLEICHMAR FONTI & AULD LLP

16                    BY:  LESLEY E. WEAVER, ESQ.

17                         ANNE K. DAVIS, ESQ.

18                         MATTHEW S. MELAMED, ESQ.

19                    555 12th Street, Suite 1600

20                    Oakland, California  94607

21                    415.445.4003

22                    lweaver@bfalaw.com

23                    adavis@bfalaw.com

24                    mmelamed@bfalaw.com

25
```

Page 3

CONFIDENTIAL

```
1      APPEARANCES:

2

3          FOR DEFENDANT FACEBOOK, INC.:

4                  GIBSON, DUNN & CRUTCHER LLP

5                  BY:  RUSSELL H. FALCONER, ESQ.

6                       LAURA C. MUMM, ESQ.

7                       MATT BUONGIORNO, ESQ.

8                  2001 Ross Avenue, Suite 2100

9                  Dallas, Texas 75201

10                 214.698.3100

11                 rfalconer@gibsondunn.com

12                 lmumm@gibsondunn.com

13                 mbuongiorno@gibsondunn.com

14

15         Also Remotely Present:

16                 DANIEL GARRIE, SPECIAL MASTER

17                 JAMS

18                 555 W. 5th Street, 32nd Floor

19                 Los Angeles, California 90013

20

21                 IAN CHEN, ESQ., Facebook, Inc.

22                 SHAWNA HAYNES, Videographer

23

24

25
```

Page 4

CONFIDENTIAL

1                          I N D E X

2

3      WITNESS                                              PAGE

4      JACKIE CHANG

5

6

7              EXAMINATION BY MR. LOESER                    13

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1  |                       E X H I B I T S
 2  |
 3  |   EXHIBIT                                              PAGE
 4  |   Exhibit 1   Plaintiffs' Amended Notice of             15
 5  |               Deposition to Jackie Chang
 6  |   Exhibit 2   LinkedIn web page Jackie Chang            21
 7  |   Exhibit 3   Email thread dated 9/30/13 from Ime       57
 8  |               Archibong Re: Product Partnerships
 9  |               & BD: Bi-Weekly Update;
10  |               FB-CA-MDL-02187146 - 2187149
11  |   Exhibit 4   Email thread dated 5/3/13 from Marie      71
12  |               Hagman Re: FQL question;
13  |               FB-CA-MDL-00191044 - 191047
14  |   Exhibit 5   Email thread dated 8/16/13 from           86
15  |               Constantin Koumouzelis Re: ████████
16  |               ████████;
17  |               FB-CA-MDL-00195621 - 195626
18  |   Exhibit 6   ████████;                                 88
19  |               FB-CA-MDL-00195627 - 195631
20  |   Exhibit 7   Email thread dated 8/21/13 from           97
21  |               Konstantinos Papamiltiadis Re: ████
22  |               ████████████████;
23  |               FB-CA-MDL-01128015 - 1128017
24  |   Exhibit 8   Excel spreadsheet; FB-CA-MDL-01128018     122
25  |
    |                                            Page 6
```

```
 1                    E X H I B I T S

 2

 3      EXHIBIT                                         PAGE

 4      Exhibit 9    Message summary dated 4/24/13 from   138

 5                   Brendan Moore;

 6                   FB-CA-MDL-02135819 - 2135824

 7      Exhibit 10   Email thread dated 8/23/13 from      151

 8                   Konstantinos Papamiltiadis Re: ███

 9                   ██████████████████████████████;

10                   FB-CA-MDL-01754048 - 01754052

11      Exhibit 11   Email thread dated 9/3/13 from Simon 159

12                   Cross Re: ███████████████████;

13                   FB-CA-MDL-00197163

14      Exhibit 12   ███████████████████████████████     160

15                   ██████████████████████;

16                   FB-CA-MDL-00197164 - 197176

17      Exhibit 13   Email thread dated 12/10/13 from     165

18                   Simon Cross Re: Simon's Update - 6th

19                   Dec; FB-CA-MDL-00200696 - 200700

20      Exhibit 14   Email thread dated 2/9/14 from Ime   171

21                   Archibong Subject: ████████████████

22                   ██████████████████;

23                   FB-CA-MDL-00202562 - 202563

24      Exhibit 15   ███████████████████████████████     181

25                   ██████████████; FB-CA-MDL-00202569_native
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1                    E X H I B I T S

2

3      EXHIBIT                                      PAGE

4      Exhibit 16  f8 Keynote Section.mp4            189

5      Exhibit 17  Facebook's CEO Mark Zuckerberg F8  189

6                  2014 Keynote (Full Transcript)

7      Exhibit 18  Email thread dated 3/23/14 from    198

8                  ███████████████████████████

9                  ███████████████████ ;

10                 FB-CA-MDL-01688164 - 1688168

11     Exhibit 19  Email thread dated 9/4/12 from Ime  206

12                 Archibong Re: ██████████████████

13                 ████████████████████ ;

14                 FB-CA-MDL-01680930 - 1680937

15     Exhibit 20  Email dated 10/24/13 from Simon     223

16                 Cross Subject: ████████████████

17                 ██████████████████ ;

18                 FB-CA-MDL-00199729 - 199730

19     Exhibit 21  Message summary dated 9/3/19 from   229

20                 Paul Stepnowsky;

21                 FB-CA-MDL-02089985 - 89988

22     Exhibit 22  Email thread dated 3/27/14 from Simon  236

23                 Cross Subject: ████████████████ ;

24                 FB-CA-MDL-01943707 - 1943709

25
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1                   E X H I B I T S

2

3        EXHIBIT                                        PAGE

4        Exhibit 23  Email dated 11/21/13 from Jackie    245

5                    Chang Subject: ███████████████

6                    ████████████████████████████

7                    ████████████; FB-CA-MDL-01684546

8        Exhibit 24  Email thread dated 3/28/14 from     266

9                    Konstantinos Papamiltiadis Re:

10                   Product Partnerships:  Bi-Weekly

11                   Update;

12                   FB-CA-MDL-01129621 - 1129649

13       Exhibit 25  New York Times article "Facebook    270

14                   Gave Device Makers Deep Access to

15                   Data on Users and Friends"

16       Exhibit 26  Email thread dated 8/28/14 from     273

17                   Charlotte Edelson Subject: Head

18                   Partner Apps: Proactive Policy

19                   Review;

20                   FB-CA-MDL-00220376 - 220377

21       Exhibit 27  Quip Business Portal - Messages for 280

22                   WSUAAAHa3pE;

23                   FB-CA-MDL-01198438 - 1198446

24       Exhibit 28  Message summary dated 10/16/19 from 287

25                   Jackie Chang; FB-CA-MDL-02090193
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1                    E X H I B I T S

2

3      EXHIBIT                                      PAGE

4      Exhibit 29  Email dated 3/22/18 from Jack Rooney    297

5                  Subject: Q&A Briefing for March 23,

6                  2018; FB-CA-MDL-02163394 - 2163397

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1          THURSDAY, DECEMBER 16, 2021; 9:43 A.M.

 2

 3

 4          THE VIDEOGRAPHER:  Good morning.  We are

 5   going on the record at 9:43 a.m. on December 16th,    09:43

 6   2021.  Please note that the microphones may pick up   09:43

 7   background noise, private conversations and           09:43

 8   interference if unmuted.  When muted, remember to     09:43

 9   unmute to speak on the record.  Audio and video       09:44

10   recording will continue to take place unless all      09:44

11   parties agree to go off the record.                   09:44

12          This is media unit 1 of the video recorded     09:44

13   deposition of Jackie Chang taken by counsel for       09:44

14   plaintiff in the matter of In Re Facebook, Inc.       09:44

15   Consumer Privacy User Profile Litigation, all         09:44

16   related actions, filed in the United States           09:44

17   District Court, Northern District of California,      09:44

18   MDL No. 2843, case No. 18-md-02843-VC-JSC.            09:44

19          This deposition is being conducted via         09:44

20   Veritext Virtual Zoom Technology and all parties are  09:44

21   appearing remotely.  My name is Shawna Haynes from    09:44

22   the firm Veritext Legal Solutions and I'm the         09:44

23   videographer.  The court reporter is Janis Jennings   09:45

24   from the firm Veritext Legal Solutions.  I am not     09:45

25   related to any party in this action, nor am I         09:45
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | financially interested in the outcome. | 09:45 |
| 2 | Counsel and everyone attending remotely will | 09:45 |
| 3 | state their appearances and affiliations for the | 09:45 |
| 4 | record.  If there are any objections to proceeding, | 09:45 |
| 5 | please state them at the time of your appearance | 09:45 |
| 6 | beginning with the noticing attorney. | 09:45 |
| 7 | MR. LOESER:  Good morning.  My name is Derek | 09:45 |
| 8 | Loeser for the plaintiffs from the firm of Keller | 09:45 |
| 9 | Rohrback. | |
| 10 | MS. WEAVER:  Good morning.  This is Lesley | 09:45 |
| 11 | Weaver from Bleichmar Fonti.  With me is Matt | 09:45 |
| 12 | Melamed and Anne Davis, also of my firm, on behalf | 09:45 |
| 13 | of plaintiffs.  Good morning, everybody. | 09:45 |
| 14 | MR. LOESER:  And I also have Adele Daniel | 09:45 |
| 15 | from Keller Rohrback. | 09:45 |
| 16 | MR. FALCONER:  Good morning.  This is Russ | 09:46 |
| 17 | Falconer, with Gibson Dunn & Crutcher, here on | 09:46 |
| 18 | behalf of the defendant and on behalf of the | 09:46 |
| 19 | witness.  I'm here with my colleagues Laura Mumm and | 09:46 |
| 20 | Colin Davis, as well as Ian Chen from Facebook. | 09:46 |
| 21 | SPECIAL MASTER GARRIE:  Last, Daniel Garrie | 09:46 |
| 22 | with JAMS.  I'm the special master. | 09:46 |
| 23 | THE VIDEOGRAPHER:  Okay.  Anyone else? | 09:46 |
| 24 | Thank you.  Will the court reporter please | 09:46 |
| 25 | swear in the witness. | 09:46 |

CONFIDENTIAL

```
 1                        JACKIE CHANG,

 2           the witness herein, was sworn and

 3           testified as follows:

 4                                                    09:46

 5           DEPOSITION REPORTER:  Thank you.        09:46

 6           Please begin, Counsel.                  09:46

 7

 8                        EXAMINATION                 09:46

 9    BY MR. LOESER:                                  09:46

10       Q.   Good morning, Miss Chang.  Could you please  09:46

11    state and spell your last name for the record?  09:46

12       A.   Chang, C-h-a-n-g.                       09:46

13       Q.   Miss Chang, have you ever had your     09:46

14    deposition taken before?                        09:47

15       A.   No.                                     09:47

16       Q.   Okay.  Well, there are some ground rules  09:47

17    that make the -- that really are designed to make  09:47

18    the record clear.  The first is that we should try  09:47

19    not to talk over each other.  I will ask a question.  09:47

20    I'll try to ask a clear question.  If you don't  09:47

21    understand the question, please ask me to restate  09:47

22    it.  And if you answer the question, I will assume  09:47

23    that you understood the question.               09:47

24           Is that okay?                            09:47

25       A.   Yes.                                     09:47
```

Page 13

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   And, again, we need to try not to speak at | 09:47 |
| 2 | the same time because it tortures the court | 09:47 |
| 3 | reporter.  She can't take down our testimony if we | 09:47 |
| 4 | are talking over each other. | 09:47 |
| 5 | If at any point you need to take a break, | 09:47 |
| 6 | please let me know.  I may finish asking a few | 09:47 |
| 7 | questions but, of course, if you would like to take | 09:47 |
| 8 | a break, we will make sure to allow you to take | 09:47 |
| 9 | breaks. | 09:47 |
| 10 | During the testimony, your counsel may | 09:47 |
| 11 | interpose objections and he has every right to do | 09:47 |
| 12 | that.  You should answer the question unless you're | 09:47 |
| 13 | instructed not to do so by your counsel. | 09:47 |
| 14 | Do you understand that? | 09:47 |
| 15 | A.   Yes. | 09:48 |
| 16 | Q.   And you understand that your obligation here | 09:48 |
| 17 | today is to testify honestly and truthfully? | 09:48 |
| 18 | A.   Yes. | 09:48 |
| 19 | Q.   And that you are under oath? | 09:48 |
| 20 | A.   Yes. | 09:48 |
| 21 | Q.   Your testimony today is going to cover the | 09:48 |
| 22 | time period from 2007 through 2021.  Do you | 09:48 |
| 23 | understand that? | 09:48 |
| 24 | A.   Yes. | 09:48 |
| 25 | Q.   And that will be the time period that's | 09:48 |

Page 14

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | covered unless I specifically state otherwise. | 09:48 |
| 2 | Okay? | 09:48 |
| 3 | A.   Yes. | 09:48 |
| 4 | MR. LOESER:  I'm going to show you what will | 09:48 |
| 5 | be marked as Exhibit No. 1 and that is your | 09:48 |
| 6 | deposition notice.  And bear with us while we work | 09:48 |
| 7 | out the clunkiness of the platform here.  We are | 09:48 |
| 8 | going to get the document up so you can see it, and | 09:48 |
| 9 | it will also be published via Veritext platform.  So | 09:48 |
| 10 | it will be on a screen with the screen share, but | 09:48 |
| 11 | also you will have access to the document via the | 09:48 |
| 12 | Veritext platform. | 09:48 |
| 13 | (Exhibit 1 marked for identification.) | 09:49 |
| 14 | MR. LOESER:  We need -- in the world of | 09:49 |
| 15 | Zoom, things always start interestingly.  We need to | 09:49 |
| 16 | enable screen sharing so that we can do that. | 09:49 |
| 17 | THE VIDEOGRAPHER:  It's enabled now. | 09:49 |
| 18 | BY MR. LOESER: | 09:49 |
| 19 | Q.   Miss Chang, this is the deposition notice | 09:49 |
| 20 | that requires your attendance.  Have you seen this | 09:49 |
| 21 | before? | 09:49 |
| 22 | A.   No. | 09:49 |
| 23 | Q.   Do you understand that you're testifying | 09:49 |
| 24 | today in response to a subpoena directing you to | 09:49 |
| 25 | appear to have your deposition taken? | 09:49 |

Page 15

CONFIDENTIAL

```
 1          MR. FALCONER:  Objection.  Foundation.        09:49

 2      Go ahead.                                         09:49

 3          THE WITNESS:  Sorry.  Can you repeat the      09:49

 4  question?                                             09:49

 5  BY MR. LOESER:                                        09:49

 6      Q.   Sure.  Do you understand that your testimony 09:49

 7  today is being taken in response to a subpoena that   09:49

 8  requires your -- a deposition notice that requires    09:49

 9  your attendance?                                      09:50

10      A.   Yes.                                         09:50

11          MR. LOESER:  We can stop sharing that.        09:50

12  BY MR. LOESER:                                        09:50

13      Q.   Miss Chang, what did you do to prepare today 09:50

14  for your deposition?                                  09:50

15      A.   I met with counsel, Mr. Falconer and Miss    09:50

16  Mumm and Mr. Chen, and I can't remember the other     09:50

17  one.                                                  09:50

18      Q.   And how many times did you meet with them?   09:50

19      A.   I met with them about three times.           09:50

20      Q.   And for how much time each time?             09:50

21      A.   About three hours.                           09:50

22      Q.   And did you speak to anyone at Facebook      09:50

23  about your testimony today?                           09:50

24      A.   No.  I mean, Mr. -- Mr. Chen, the counsel    09:50

25  or...                                                 09:51
```

Page 16

CONFIDENTIAL

```
 1          Q.    Mr. Chen is in-house counsel at Facebook?    09:51
 2          A.    Yes.  I think so.                            09:51
 3          Q.    And did you review any documents to prepare  09:51
 4    for your testimony today?                                09:51
 5          A.    Yes.                                         09:51
 6          Q.    And what documents?  Can you generally       09:51
 7    describe the documents that you reviewed?                09:51
 8          A.    They appeared to be emails and an Excel      09:51
 9    spreadsheet.                                             09:51
10          Q.    And any other types of documents that you    09:51
11    reviewed?                                                09:51
12          A.    Not that I recall.                           09:51
13          Q.    And how many documents would you say in      09:51
14    total did you review?                                    09:51
15          A.    About maybe four or five.                    09:51
16          Q.    And were those documents selected by         09:51
17    counsel?                                                 09:51
18          A.    Yes.                                         09:51
19          Q.    And did they refresh your recollection as to 09:51
20    any events during the time period that we're             09:52
21    covering today?                                          09:52
22          A.    Sorry, can you -- sorry, in what sense?      09:52
23          Q.    Did it remind you of events or occurrences   09:52
24    or whether you saw things you remembered from your       09:52
25    experience with them?                                    09:52
```

Page 17

CONFIDENTIAL

```
 1        A.   Well, I saw the emails, but some of them I    09:52

 2   don't really recall too well since it was -- it was    09:52

 3   a little far back for me.                               09:52

 4        Q.   And were these all emails that were -- where  09:52

 5   you were the sender or the recipient?                   09:52

 6        A.   I believe I was cc'd on them.                 09:52

 7             MR. LOESER:  And, Counsel, we would ask that  09:52

 8   you would, obviously, make sure that any material       09:52

 9   that Miss Chang reviewed to prepare for this            09:52

10   deposition is produced or has been produced.  Do you    09:52

11   know --                                                 09:53

12             Counsel, do you know if those materials have  09:53

13   all been produced?                                      09:53

14             MR. FALCONER:  Yeah, they have.               09:53

15   BY MR. LOESER:                                          09:53

16        Q.   And Miss Chang, did you review any of the     09:53

17   pleadings or filings in this case to prepare today?     09:53

18        A.   No.                                           09:53

19        Q.   Miss Chang, what is your understanding of     09:53

20   what this case is about?                                09:53

21             MR. FALCONER:  And, Miss Chang, I'm going to  09:53

22   instruct you here.  If the only understanding you       09:53

23   have of what the case is about is something you         09:53

24   learned in conversations with counsel, don't reveal     09:53

25   what you learned in those conversations.                09:53
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | If you have an independent understanding | 09:53 |
| 2 | outside of conversations with counsel, you're free | 09:53 |
| 3 | to share that. | 09:53 |
| 4 | THE WITNESS:  Well, I believe everything I | 09:53 |
| 5 | know is from counsel. | 09:53 |
| 6 | BY MR. LOESER: | 09:53 |
| 7 | Q.   Okay.  You've never read anything about this | 09:53 |
| 8 | case in the newspaper or online or anything like | 09:53 |
| 9 | that? | 09:53 |
| 10 | A.   Not specifically, no. | 09:53 |
| 11 | MR. LOESER:  Counsel, I will just note for | 09:53 |
| 12 | the record that two days ago, Tuesday, December | 09:54 |
| 13 | 14th, at 7:09 p.m. Pacific Time, Facebook made | 09:54 |
| 14 | production of 1,807 documents.  That production | 09:54 |
| 15 | included 1,204 documents for which this deponent was | 09:54 |
| 16 | a custodian, an additional 65 documents where this | 09:54 |
| 17 | deponent was identified in the metadata or its | 09:54 |
| 18 | directed text. | 09:54 |
| 19 | The produced documents from Miss Chang make | 09:54 |
| 20 | up over 25 percent of all the custodial documents we | 09:54 |
| 21 | have received for this deponent. | 09:54 |
| 22 | And I will just note for the record that we | 09:54 |
| 23 | reserve our right to recall this witness because of | 09:54 |
| 24 | this late production. | 09:54 |
| 25 | MR. FALCONER:  Great.  We'll reserve all | 09:54 |

Page 19

CONFIDENTIAL

```
 1   rights as well.                                      09:54

 2   BY MR. LOESER:                                       09:54

 3       Q.   Miss Chang, what is your current position at 09:54

 4   Facebook?                                            09:54

 5       A.   Director of academic partnerships.          09:54

 6       Q.   And how long have you had that position?    09:54

 7       A.   Since March.                                09:54

 8       Q.   And who do you report to in that position?  09:54

 9       A.   Currently or...                             09:54

10       Q.   Yes, currently.                             09:55

11       A.   Alvin Bowles.                               09:55

12       Q.   And what is his position?                   09:55

13       A.   VP of business ecosystem partnerships.      09:55

14       Q.   And who reports to you currently?           09:55

15       A.   Brina Collins, Christina Fan and Rachel     09:55

16   Mersey.                                              09:55

17       Q.   And what are each of their jobs?            09:55

18       A.   Product programs, research of partnerships  09:55

19   and academic programs.                               09:55

20       Q.   Miss Chang, what's the total amount of time 09:55

21   you've worked for Facebook?                          09:55

22       A.   14 years, a little over.                    09:55

23            MR. LOESER:  We're going to show you what   09:55

24   will be marked Exhibit 2, which is your LinkedIn     09:55

25   resume, and we'll screen share that as well.         09:55
```

Page 20

| | | |
|---|---|---|
| 1 | (Exhibit 2 marked for identification.) | 09:56 |
| 2 | BY MR. LOESER: | 09:56 |
| 3 | Q.   Miss Chang, I just want to quickly walk | 09:56 |
| 4 | through your resume.  I would like to start at the | 09:56 |
| 5 | bottom at your initial experience at Facebook, which | 09:56 |
| 6 | is user operations and the time period is April 2007 | 09:56 |
| 7 | to September 2007.  Is that accurate? | 09:56 |
| 8 | A.   Yes. | 09:56 |
| 9 | Q.   And what is it that you did in user | 09:56 |
| 10 | operations during that timeframe? | 09:56 |
| 11 | A.   I answered user tickets which were emailed | 09:56 |
| 12 | questions. | 09:56 |
| 13 | Q.   So questions from Facebook users? | 09:56 |
| 14 | A.   Correct. | 09:56 |
| 15 | Q.   And what are the kinds of questions that | 09:56 |
| 16 | Facebook users would ask you? | 09:56 |
| 17 | A.   I got locked out of my account.  How do I | 09:56 |
| 18 | use this feature? | 09:56 |
| 19 | Q.   And were you asked any questions about user | 09:56 |
| 20 | privacy and concerns users had about what was | 09:57 |
| 21 | happening to their content and information? | 09:57 |
| 22 | A.   I don't remember specifically. | 09:57 |
| 23 | Q.   And after user operations, you were the | 09:57 |
| 24 | global accounts manager, national direct sales, and | 09:57 |
| 25 | that's from 2007 to 2010; is that correct? | 09:57 |

Page 21

```
 1        A.    Yes.                                    09:57

 2        Q.    And what is it that you did in that     09:57

 3    position?                                          09:57

 4        A.    I was the account manager for advertising 09:57

 5    clients on the ad agency side and brands like --  09:57

 6    like █████.                                        09:57

 7        Q.    And what does it mean that you were the  09:57

 8    account manager?                                   09:57

 9        A.    I would support the ad agency or brands  09:57

10    whenever they made an advertising buy to ensure that 09:57

11    their ad campaign ran as they bought it on our     09:57

12    platform.                                          09:57

13        Q.    And were you involved in determining how 09:57

14    user content information was used in these ad      09:58

15    campaigns?                                         09:58

16        A.    No.                                      09:58

17        Q.    Did you have an understanding of what    09:58

18    content and information was used in ad campaigns?  09:58

19        A.    Sorry, in what sense?                    09:58

20        Q.    How were ad campaigns operated?          09:58

21              MR. FALCONER:  Objection.  Form.         09:58

22              THE WITNESS:  Sorry.  I'm not sure.  I guess 09:58

23    that's hard to answer in a -- answer.  In what     09:58

24    sense?  In how I supported it or --                09:58

25    / / /                                              09:58
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    BY MR. LOESER:                                    09:58
 2        Q.   Yes.  Explain to me what you did -- pick a  09:58
 3    client, ████     ████   was one of your accounts that  09:58
 4    you managed?                                      09:58
 5        A.   Yes.                                     09:58
 6        Q.   Okay.  What did you do for ████           09:58
 7    specifically?                                     09:58
 8        A.   So I would ████████████████████████████  09:58
 9    ████████████████████████████ and they            09:58
10    would, you know, ████████████████████████████     09:58
11    with ████████████.  And my team -- well, I didn't  09:59
12    have a team, but our group, ████████████████████  09:59
13    ████████████████████████████████.                09:59
14            So at that time, we would have to ████████  09:59
15    ████████████████████████████.  So we were         09:59
16    there to ████████████████████████████ --          09:59
17    ████████████████████████████████████████          09:59
18    ████████████████████████████.                     09:59
19        Q.   And were you involved at all in figuring out  09:59
20    who -- what Facebook users would be exposed to that  09:59
21    ad campaign?                                      09:59
22        A.   No.  That's -- that would be outside of my  09:59
23    scope.  I was focused on supporting the ad campaign.  09:59
24        Q.   Okay.  So who would be involved in figuring  09:59
25    out what users were exposed to the campaign?  Is  09:59
```

Page 23

| | | |
|---|---|---|
| 1 | that how it would work, someone would advertise on | 10:00 |
| 2 | the platform, that ad would not go to everybody on | 10:00 |
| 3 | the platform, would it? | 10:00 |
| 4 | A.   I'm not sure about the technical mechanics. | 10:00 |
| 5 | I would imagine the product team would know. | 10:00 |
| 6 | Q.   And was being a global accounts manager a | 10:00 |
| 7 | promotion from user operations? | 10:00 |
| 8 | A.   It was a lateral movement. | 10:00 |
| 9 | Q.   And then from 2010 to 2014, you were the | 10:00 |
| 10 | strategic partner manager, social commerce and | 10:00 |
| 11 | developer platform.  Tell me what you did there. | 10:00 |
| 12 | A.   At that time, I would ███████████ | 10:00 |
| 13 | ████████████████████████████ | 10:00 |
| 14 | ████████████████████████ | 10:00 |
| 15 | █████████████████. | 10:00 |
| 16 | Q.   And was that position a promotion from | 10:01 |
| 17 | global accounts manager or a lateral? | 10:01 |
| 18 | A.   Lateral. | 10:01 |
| 19 | Q.   And how many different partners did you work | 10:01 |
| 20 | with in your capacity as the manager? | 10:01 |
| 21 | A.   I don't remember the specific number. | 10:01 |
| 22 | Q.   Was it like hundreds, or a few, or what's | 10:01 |
| 23 | your recollection? | 10:01 |
| 24 | A.   Sorry.  Over -- over what period of time? | 10:01 |
| 25 | Q.   [Audio distortion] 2007 to... | 10:01 |

Page 24

CONFIDENTIAL

```
 1        A.    Sorry.  2010 to 2014 or...              10:01

 2        Q.    I'm sorry.  2010 to 2014, yeah.         10:01

 3        A.    I -- again, I don't remember the numbers  10:01

 4   specifically, but could be in there, in maybe around  10:01

 5   a hundred, I guess, over time.  But not all managed  10:01

 6   at once or anything.                                10:02

 7        Q.    And, Miss Chang, what is social commerce and  10:02

 8   developer platform?                                 10:02

 9        A.    Sorry.  Can you -- can you repeat that?  10:02

10        Q.    Yeah.  I'm looking at your job title.  It  10:02

11   includes the words "social commerce and developer  10:02

12   platform."  Can you tell me what that is?           10:02

13        A.    So the developer platform was something we  10:02

14   launched in 2007 which -- which provided APIs and  10:02

15   social plugins.  And my group was focused on ██████  ████  10:02

     ██████████████████, meaning, for example, ████████   10:02

17   █████████████████████████████████████████            10:02

18   ███████████████████████████████████                  10:02

19   ██████████████████, we would work with them there.  10:02

20        Q.    And can you please define what a "████████  10:03

21   ████████" is?                                       10:03

22        A.    Sure.  It's ████████████████████████      10:03

23   ████████████████████████████████, for example.      10:03

24        Q.    And are there other types of verticals other  10:03

25   than commerce verticals?                            10:03
```

Page 25

| | | |
|---|---|---|
| 1 | A.   That I managed directly or -- | 10:03 |
| 2 | Q.   No, that just exist at Facebook. | 10:03 |
| 3 | A.   Yes.  There could be gaming, for example. | 10:03 |
| 4 | Q.   And as best as you recall, can you just | 10:03 |
| 5 | describe for me the different verticals at Facebook | 10:03 |
| 6 | presently. | 10:03 |
| 7 | A.   So presently, it's a bit different. | 10:03 |
| 8 | Q.   Okay. | 10:03 |
| 9 | A.   Yeah. | |
| 10 | Q.   At this time, how many different verticals | 10:04 |
| 11 | were there in 2010 to 2014? | 10:04 |
| 12 | A.   So I don't remember the specific number, but | 10:04 |
| 13 | an example is like gaming, social media, I guess. | 10:04 |
| 14 | Sorry, I can't -- I can't remember all of them. | 10:04 |
| 15 | Q.   Can you remember, what did you view as the | 10:04 |
| 16 | main categories of verticals at this time? | 10:04 |
| 17 | A.   I was just mostly focused on social | 10:04 |
| 18 | commerce, which was the specific vertical I was | 10:04 |
| 19 | focused on.  So I probably have less recollection | 10:04 |
| 20 | around other ones, but the ones that I can recall | 10:04 |
| 21 | right now is gaming, for example. | 10:04 |
| 22 | Q.   Let's move to your next position, manager, | 10:04 |
| 23 | Internet.org and mobile inclusion partnerships, and | 10:04 |
| 24 | that's from 2014 to 2017; is that correct? | 10:05 |
| 25 | A.   Correct. | 10:05 |

Page 26

CONFIDENTIAL

```
 1      Q.    And was that a lateral move also?         10:05

 2      A.    It was a lateral move with a promotion.   10:05

 3      Q.    And what did you do in that position,     10:05

 4   Miss Chang?                                        10:05

 5      A.    My focus was to work with our Internet.org 10:05

 6   product team, which was focused on launching new   10:05

 7   connectivity initiatives to help connect parts of  10:05

 8   the world that didn't have Internet access.        10:05

 9         My group was specifically focused on content 10:05

10   so that when we enabled access, you know, we would 10:05

11   be able to bring in relevant local content.        10:05

12      Q.    And so this was not just in the           10:05

13   United States, but in other countries as well?     10:05

14      A.    Correct.                                  10:05

15      Q.    So you were involved in content in other  10:06

16   countries that was published on the Facebook       10:06

17   platform?                                          10:06

18      A.    No, I wouldn't state it that way.  Content 10:06

19   in the sense of websites that we would enable access 10:06

20   via the Free Basics or Internet.org service.  So it 10:06

21   wasn't related to the developer platform.          10:06

22      Q.    And what are "mobile inclusion            10:06

23   partnerships"?                                      10:06

24      A.    Mobile inclusion partnerships consisted of 10:06

25   working with non-profits.  So, for example, we would 10:06
```

Page  27

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | work with like the WHO, who would focus on creating | 10:06 |
| 2 | content that was localized to help, you know, | 10:06 |
| 3 | perhaps a -- perhaps a very specific region within | 10:06 |
| 4 | Africa to drive awareness around malaria. | 10:06 |
| 5 | And so we would work with groups where there | 10:07 |
| 6 | wasn't content available to be able to localize it | 10:07 |
| 7 | and help address more of, like, you know, global | 10:07 |
| 8 | health issues or localized issues. | 10:07 |
| 9 | Q.   And did you work with foreign governments in | 10:07 |
| 10 | this role as well? | 10:07 |
| 11 | A.   I've interacted with them, but I didn't | 10:07 |
| 12 | formally do business or anything with them. | 10:07 |
| 13 | Q.   So your next position was head of business | 10:07 |
| 14 | platform partnerships.  Was that a promotion?  It | 10:07 |
| 15 | sounds like a promotion. | 10:07 |
| 16 | A.   I would say it was a lateral movement with a | 10:07 |
| 17 | promotion. | 10:07 |
| 18 | Q.   And that was from 2017 through September of | 10:07 |
| 19 | 2019; is that correct? | 10:07 |
| 20 | A.   Correct. | 10:07 |
| 21 | Q.   And tell me what you did in that role. | 10:07 |
| 22 | A.   Sure.  Shifting from Internet.org, I moved | 10:07 |
| 23 | over to focus around how we can enable more local | 10:08 |
| 24 | and small businesses through -- through like | 10:08 |
| 25 | features and offerings. | 10:08 |

Page 28

CONFIDENTIAL

```
 1          So, for example, you know, a local        10:08
 2   restaurant, being able to help connect their --  10:08
 3   their online reservation system through Open Table 10:08
 4   so people can make reservations via their page.   10:08
 5       Q.   And did you have particular clients or were 10:08
 6   you just overseeing the operation?               10:08
 7       A.   So I didn't work with clients because this 10:08
 8   was just platform offerings, so it was more of   10:08
 9   integration with APIs.  This is different than   10:08
10   advertising sales, which I haven't been in for a 10:08
11   while.                                           10:09
12       Q.   Okay.  And we'll get into questions about 10:09
13   APIs.                                            10:09
14          But so were you helping design what APIs  10:09
15   were made available to these partners on the     10:09
16   platform?                                        10:09
17       A.   I did not design it.  I'm not on the product 10:09
18   team.  I was mostly working with partners to help 10:09
19   drive adoption.                                  10:09
20       Q.   And what did you do help drive adoption? 10:09
21       A.   I would meet with, for example, ███████ 10:09
22   ███████████████████████████████████████████████ 10:09
23   ████████████████████████████████████            10:09
24   ███████████████████████████████████             10:09
25   █████████████████████████████████████           10:09
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    ██████████████████████████████████████████████    10:09
 2    ████████████████████████████████████.            10:09
 3        Q.    And then moving to your -- the next job from    10:09
 4    that is the job you currently hold; is that right,    10:09
 5    director of platform product partnerships?    10:09
 6        A.    Correct.    10:10
 7        Q.    And that entry in your resume starts with    10:10
 8    "Research Platform/Academic Partnerships/Developer    10:10
 9    Platform & Business Platform."    10:10
10            Can you explain what all that means --    10:10
11            [Simultaneous talking]    10:10
12    BY MR. LOESER?
13        Q.    -- the tasks that you performed as the    10:10
14    director of platform product partnerships; is that    10:10
15    right?    10:10
16            DEPOSITION REPORTER:    Excuse me.    Can you    10:10
17    repeat your question, please.    10:10
18    BY MR. LOESER:    10:10
19        Q.    Yes.    Are -- the line in your resume that    10:10
20    starts, "Research Platform/Academic Partnerships,    10:10
21    Developer Platform & Business Platform," is that a    10:10
22    description of what it is that you are doing as the    10:10
23    director of platform product partnerships?    10:10
24        A.    Correct.    But I haven't updated it to my    10:10
25    most recent, which is now I'm fully focused on    10:10
```

Page 30

| | | |
|---|---|---|
| 1 | academic partnerships since March. | 10:10 |
| 2 | Q.   Okay.   Well, let's talk about what's in your | 10:10 |
| 3 | LinkedIn resume right now. | 10:10 |
| 4 | Can you please explain to me what it is that | 10:11 |
| 5 | you are doing as the director of platform product | 10:11 |
| 6 | partnerships before your current transition to just | 10:11 |
| 7 | dealing with academic partnerships? | 10:11 |
| 8 | A.   Yes.   I would work with product teams, | 10:11 |
| 9 | product teams that include business platform, which | 10:11 |
| 10 | is that, yeah, the example I gave you around Open | 10:11 |
| 11 | Table.   I came back to support the developer | 10:11 |
| 12 | platform through its login service, and what that | 10:11 |
| 13 | meant was working with the product team to help them | 10:11 |
| 14 | with their go-to-market strategy so that we could | 10:11 |
| 15 | work with the actual partnerships' teams that were | 10:11 |
| 16 | in market to ensure that they had the right | 10:11 |
| 17 | materials to be able to connect and -- connect with | 10:11 |
| 18 | partners and, you know, help them to adopt these | 10:11 |
| 19 | products. | 10:11 |
| 20 | Q.   What do you mean by the "right materials"? | 10:11 |
| 21 | A.   "Right materials" meaning ensuring that they | 10:12 |
| 22 | had the right marketing language, meaning just | 10:12 |
| 23 | because you create something, if you can't talk | 10:12 |
| 24 | about it and market it correctly, people wouldn't be | 10:12 |
| 25 | able to understand it. | 10:12 |

Page 31

```
 1              So ensuring that partner managers who are on   10:12
 2    the ground would have the right information to         10:12
 3    connect with partners to help them understand what    10:12
 4    the product was.                                        10:12
 5        Q.   And this describes your role as to research  10:12
 6    these different platforms.  What did you do to         10:12
 7    research the platforms?                                 10:12
 8        A.   So currently, I work with the Facebook Open   10:12
 9    Research and Transparency Team, where they've          10:12
10    developed researcher APIs so that we can now enable    10:12
11    privacy preserved measures to allow researchers to     10:12
12    use that data for their studies.                       10:12
13        Q.   And what are -- explain to me what            10:13
14    privacy -- what was the description, of the            10:13
15    measures?  Privacy what?                                10:13
16        A.   Privacy preserving measures.  So I'm not the  10:13
17    technical or product owner, so I'll specify that.      10:13
18    But high level, you know, in ensuring that, you        10:13
19    know, information is going through a virtual clean      10:13
20    room, differential privacy applied.  I am not an       10:13
21    expert in this, so I don't know the details of how     10:13
22    it all works.                                           10:13
23        Q.   And is this a new task or is this something   10:13
24    that someone else did before you did it?                10:13
25        A.   I'm not sure I understand.                     10:13
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        Q.   This privacy preserving structure, is that      10:13
 2   something new, or is that something that previously        10:13
 3   existed?                                                   10:13
 4        A.   So that was created by the product team.         10:13
 5   What my team focused on is working with researchers        10:13
 6   to drive adoption for that product.  So I can't            10:14
 7   speak to that -- the specifics of the history of           10:14
 8   that product.                                              10:14
 9        Q.   And how do researchers drive adoption of the     10:14
10   product?                                                   10:14
11        A.   They're able to go through the Facebook Open     10:14
12   Research and Transparency, or FORT, environment and,       10:14
13   you know, they can apply for access.  And we work          10:14
14   with researchers when they apply for access and help       10:14
15   get them set up so they can access those APIs -- or        10:14
16   sorry, not APIs, datasets.                                 10:14
17        Q.   Miss Chang, when did you transition to your      10:14
18   current role?                                              10:14
19        A.   March --                                         10:14
20        Q.   I'm sorry.  Go ahead.                            10:14
21        A.   March 2021.                                      10:14
22        Q.   Okay.  And so did someone take over the task     10:14
23   that you previously were responsible for?                  10:14
24        A.   Yes.  It transferred over to another team.       10:15
25        Q.   And what team was that?                          10:15
```

Page 33

```
 1        A.    The -- the acronym is PPM, but I'm trying to   10:15
 2   recall what the "PPM" stands for.  Product partner         10:15
 3   marketing.                                                 10:15
 4        Q.    And who runs that team?                         10:15
 5        A.    Kelly Stonelake.                                10:15
 6        Q.    Have you worked with -- is Kelly a man or a     10:15
 7   woman?                                                     10:15
 8        A.    I believe she -- she's a she.                   10:15
 9        Q.    And had you worked with her before as the       10:15
10   director of platform product partnerships?                10:15
11        A.    Yes.                                            10:15
12        Q.    Are there any other jobs or roles that you      10:15
13   performed at Facebook that are not covered by the          10:15
14   resume that we just went through?                          10:16
15        A.    In what sense?  Do you mean like -- sorry.      10:16
16        Q.    Did you have any other positions other than     10:16
17   the ones that are listed there?                            10:16
18        A.    No.                                             10:16
19        Q.    During the time that you have worked for        10:16
20   Facebook, what software systems have you used to           10:16
21   communicate with your colleagues?                          10:16
22        A.    Sorry.  I don't understand.                     10:16
23        Q.    How did you communicate with your colleagues    10:16
24   over the past 14 years at Facebook?                        10:16
25        A.    Well, I think it depends on what year it        10:16
```

Page 34

CONFIDENTIAL

```
 1    was.  When I first started, you know, we would        10:16
 2    have -- we would use Facebook Chat, and then we        10:16
 3    would -- we evolved to Workplace Chat, and then        10:16
 4    email.                                                 10:16
 5        Q.   Okay.  So you have described three different  10:16
 6    things.  Are there any other -- I'm calling them       10:17
 7    "systems," you might call them something else.         10:17
 8            Are there any other systems that you used to   10:17
 9    communicate with your colleagues?                      10:17
10        A.   Not that I recall.                            10:17
11        Q.   For example, did you use Slack?               10:17
12        A.   No.  Well, I haven't used Slack, but I can't  10:17
13    speak for others.                                      10:17
14        Q.   WIP, do you use WIP?                          10:17
15        A.   Yes.  But I don't think that's a              10:17
16    communication tool.  More of a document tool.          10:17
17        Q.   Okay.  Let's expand -- have we covered all    10:17
18    the different communication tools that you've used     10:17
19    over the last 14 years?                                10:17
20        A.   To my understanding.  I don't know if you     10:17
21    would classify other types but, yes, email and work   10:17
22    chat.                                                  10:17
23        Q.   I assume you talk to your employees; right,   10:17
24    to your --                                             10:17
25        A.   Oh, yes.  I guess, yeah, verbal.              10:17
```

Page 35

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   And did you chat with them using your phone? | 10:18 |
| 2 | A.   Through apps like Workplace. | 10:18 |
| 3 | Q.   But not just using -- what kind of phone | 10:18 |
| 4 | have you had over the last 14 years?  Is it an | 10:18 |
| 5 | iPhone? | 10:18 |
| 6 | A.   An Apple iPhone. | 10:18 |
| 7 | Q.   And did you use the chat feature on your | 10:18 |
| 8 | iPhone to communicate with others? | 10:18 |
| 9 | A.   Sorry, which chat feature? | 10:18 |
| 10 | Q.   On your iPhone -- is there a chat feature on | 10:18 |
| 11 | your iPhone? | 10:18 |
| 12 | A.   I've used -- I've used the Workplace Chat | 10:18 |
| 13 | application. | 10:18 |
| 14 | Q.   How about texting?  Did you text on your | 10:18 |
| 15 | iPhone with your colleagues regarding work? | 10:18 |
| 16 | A.   No. | 10:18 |
| 17 | Q.   You never texted your colleagues with your | 10:18 |
| 18 | iPhone? | 10:18 |
| 19 | MR. FALCONER:  Objection.  Asked and | 10:18 |
| 20 | answered. | 10:18 |
| 21 | BY MR. LOESER: | 10:18 |
| 22 | Q.   I'm sorry.  You did not text your colleagues | 10:18 |
| 23 | for work-related matters on your iPhone -- | 10:18 |
| 24 | A.   Oh, for work, no. | 10:19 |
| 25 | Q.   Did you ever utilize a personal email | 10:19 |

Page 36

| | | |
|---|---|---|
| 1 | account for work-related communications? | 10:19 |
| 2 | A.    No. | 10:19 |
| 3 | Q.    Did you ever send anything from your work | 10:19 |
| 4 | account to your home account to save it for any | 10:19 |
| 5 | particular reason? | 10:19 |
| 6 | A.    I mean, I believe I've accidentally sent | 10:19 |
| 7 | something to my personal email just because it may | 10:19 |
| 8 | have auto-populated, but not intentionally. | 10:19 |
| 9 | Q.    Okay.  So you never thought this is worth | 10:19 |
| 10 | saving or this is important, I'm going to send it to | 10:19 |
| 11 | my home address? | 10:19 |
| 12 | A.    No. | 10:19 |
| 13 | Q.    Now, we went over your whole time and work | 10:19 |
| 14 | for Facebook.  And it sounds like you have done some | 10:19 |
| 15 | work directly involving users; is that right? | 10:19 |
| 16 | That's where you started? | 10:19 |
| 17 | A.    Yes, interacting with users in user | 10:19 |
| 18 | operation. | 10:19 |
| 19 | Q.    And you also had a position where you | 10:19 |
| 20 | interacted with advertisers; is that right? | 10:19 |
| 21 | A.    Correct.  Working with advertisers in the | 10:19 |
| 22 | global national sales. | 10:20 |
| 23 | Q.    And you also had positions where you | 10:20 |
| 24 | interacted with partners; is that right? | 10:20 |
| 25 | A.    Correct. | 10:20 |

Page 37

```
 1        Q.    Now, is there any other category of entities  10:20

 2    that utilize Facebook that you interacted with other   10:20

 3    than those?  Does that cover everything, or are         10:20

 4    there other types of Facebook partners or actors?       10:20

 5    Do you understand what I'm asking?                       10:20

 6        A.    Can you give an example?                        10:20

 7        Q.    You've interacted with users, you've           10:20

 8    interacted with advertisers, you've interacted with    10:20

 9    partners.                                                 10:20

10           Is there any other category you've               10:20

11    interacted with or does that cover everything?          10:20

12        A.    I think so.                                     10:20

13        Q.    You think that covers everything?             10:20

14        A.    Well, I don't know how you -- sorry, I'm     10:20

15    trying to understand the full definition.  But to my   10:20

16    knowledge, yes.  Yeah.                                    10:20

17        Q.    And you clearly have a lot of experience      10:20

18    with working with partners; is that right?              10:20

19        A.    Correct.                                        10:20

20        Q.    Have you been involved in helping form any    10:21

21    policies or procedures at Facebook?                      10:21

22        A.    In what sense?                                  10:21

23        Q.    In any of the different types of users,       10:21

24    advertisers, partners, were you involved in helping    10:21

25    create policy for any of those groups?                   10:21
```

Page 38

CONFIDENTIAL

```
 1      A.   No.                                      10:21
 2      Q.   Do you have particular things that you would 10:21
 3   consider major accomplishments for yourself at   10:21
 4   Facebook?                                        10:21
 5      A.   I would say the time here in itself and, you 10:21
 6   know, working with -- you know, working with     10:21
 7   partners on new innovative things, you know, such as 10:21
 8   the ████████████████████ that was the first of   10:21
 9   its kind.  Working with ███████████████           10:22
10   first of its kind in terms of ████████████         10:22
11   ██████.  Working on Internet.org, enabling, you   10:22
12   know, new access in different regions of the world. 10:22
13   And then now working with researchers trying to  10:22
14   enable that -- that area too.                     10:22
15      Q.   And do you feel like you have been able to 10:22
16   influence how Facebook does business with its    10:22
17   partners?                                        10:22
18      A.   In what sense?                           10:22
19      Q.   In the sense of evolving or changing their 10:22
20   practices or innovating their practices.         10:22
21      A.   I guess it's a little broad, but in the  10:22
22   sense that I'm able to help the partners achieve the 10:22
23   goals where it makes sense, yes.                 10:22
24      Q.   How is the term "partner" used by Facebook? 10:22
25      A.   Partner is someone that Facebook is working 10:23
```

Page 39

| | | |
|---|---|---|
| 1 | with.  It doesn't necessarily mean that there's a | 10:23 |
| 2 | monetary exchange, but someone that we would | 10:23 |
| 3 | collaborate with for a larger goal or objective. | 10:23 |
| 4 | Q.   And sometimes there's a monetary exchange | 10:23 |
| 5 | with partners? | 10:23 |
| 6 | A.   Advertisers, for example, would be a | 10:23 |
| 7 | partner. | 10:23 |
| 8 | Q.   Are there other types of partners for which | 10:23 |
| 9 | there is a monetary exchange? | 10:23 |
| 10 | A.   I don't know in full depth.  It's possible. | 10:23 |
| 11 | Q.   What do you mean by "monetary exchange"? | 10:23 |
| 12 | A.   I guess that's what I meant by I don't know | 10:23 |
| 13 | fully.  So my understanding in terms of advertising, | 10:23 |
| 14 | like if you buy advertising, in that sense. | 10:23 |
| 15 | Q.   So people spending money -- paying Facebook | 10:23 |
| 16 | money; right?  Is that what advertisers do? | 10:23 |
| 17 | A.   Yeah.  Not people, but advertisers. | 10:24 |
| 18 | Q.   Okay.  And are there partners where Facebook | 10:24 |
| 19 | pays the partners money? | 10:24 |
| 20 | A.   I imagine there is, but I don't work on that | 10:24 |
| 21 | directly. | 10:24 |
| 22 | Q.   But can you identify any of those types of | 10:24 |
| 23 | partners? | 10:24 |
| 24 | A.   No, I don't know specifically. | 10:24 |
| 25 | Q.   What are the different types of partners | 10:24 |

Page 40

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that you're aware of? | 10:24 |
| 2 | A.   I would say the ones you've listed, | 10:24 |
| 3 | advertisers -- advertisers, developers, anyone that | 10:24 |
| 4 | we worked with in that sense. | 10:24 |
| 5 | Q.   So you mentioned ███, for example, and -- | 10:24 |
| 6 | A.   Yeah. | 10:24 |
| 7 | Q.   What type of partner is ███? | 10:24 |
| 8 | A.   I guess we don't have like special labels. | 10:25 |
| 9 | They -- they're just a partner that we would work | 10:25 |
| 10 | with, someone who's used our products in different | 10:25 |
| 11 | ways; for example, ████████████████ | 10:25 |
| 12 | ████.  They've used ███.  So in that sense, | 10:25 |
| 13 | they're a partner. | 10:25 |
| 14 | Q.   So partners can be advertisers; right? | 10:25 |
| 15 | A.   Yes, correct. | 10:25 |
| 16 | Q.   And can you think of -- you mentioned | 10:25 |
| 17 | ███, for example.  That's something -- you put | 10:25 |
| 18 | that in the same kind of general category as ███. | 10:25 |
| 19 | And is that ████████████ | 10:25 |
| 20 | ████████████████████? | 10:25 |
| 21 | A.   So, again, I think ████████ | 10:25 |
| 22 | ██████████.  But in my experience ██████ | 10:25 |
| 23 | ████████████████████ | 10:25 |
| 24 | ██████████████, you know, | 10:25 |
| 25 | between that time. | 10:25 |

Page 41

CONFIDENTIAL

```
 1            And then I also worked with them when I      10:26

 2   moved over to developer platform when they            10:26

 3   integrated the Like button plugin.                    10:26

 4       Q.   So when you're ██████████████████████████    10:26

 5   ██████████████████ is the -- is ████████████████      10:26

 6   ████████████████████████████████████████████         10:26

 7   █████?                                                10:26

 8       A.   I don't -- I'm not sure I understand.        10:26

 9       Q.   Well, in █████████████████████████████       10:26

10   ████████████████████████████████████████████         10:26

11   ████████████████████████?                             10:26

12       A.   I don't know -- sorry.                       10:26

13            MR. FALCONER:  Objection.  Form.             10:26

14            THE WITNESS:  Sorry.

15            MR. FALCONER:  I -- objection.  Form.         10:26

16            Go ahead.                                    10:26

17   BY MR. LOESER:

18       Q.   Do you have --

19       A.   I don't know.                                10:26

20       Q.   Yeah.  And I mentioned ███████ only because  10:26

21   you mentioned it.                                     10:26

22            So when you have ███████████████████████     10:26

23   █████████████████████████████████████████████        10:26

24   █████████████████████████?                            10:26

25       A.   So I don't -- oh --                          10:26
```

                                              Page 42

```
 1            MR. FALCONER:  Sorry.  Objection.  Form.      10:26
 2       Go ahead.                                          10:27
 3            THE WITNESS:  So I don't know.  ██████         10:27
 4  ████████████████████████████████████████████████        10:27
 5  █████████████████████, so I don't -- I can't speak      10:27
 6  for them holistically because I only worked with        10:27
 7  them at that moment in time.                            10:27
 8  BY MR. LOESER:                                          10:27
 9       Q.   You worked with ██████████████████            10:27
10  ██████████████████████████████████████████████          10:27
11  █████████████████; is that right?                       10:27
12       A.   Sorry.  It's a little generalized.  What do   10:27
13  you mean?                                               10:27
14       Q.   Well, again, did ████████████████████████     10:27
15  ██████████████████████████████████?                     10:27
16       A.   So at that time I worked with them, I worked  10:27
17  specifically on █████████████████████████████.          10:27
18       Q.   How about █████?  Did ███████████████████████ 10:27
19  ███████████████████?                                     10:27
20       A.   To my knowledge, when I worked with them,     10:27
21  ██████████████████████████████████████████████          10:27
22  ████████████████████████████████████████████, they      10:28
23  were able to ████████████████████████████████ if        10:28
24  they opted into that.                                   10:28
25       Q.   Okay.  So ███████████████████████, was able to 10:28
```

                                              Page 43

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 10:28 |
| 2 | ██████████; right? | 10:28 |
| 3 | A.   Yes. | 10:28 |
| 4 | Q.   And ████████████████████████████ | 10:28 |
| 5 | ██████████; is that right? | 10:28 |
| 6 | MR. FALCONER:  Objection.  Form. | 10:28 |
| 7 | Go ahead. | 10:28 |
| 8 | THE WITNESS:  Oh, yes, ████████ | 10:28 |
| 9 | ████████████ but I don't know if ████████ | 10:28 |
| 10 | ████████████████, but... | 10:28 |
| 11 | BY MR. LOESER: | 10:28 |
| 12 | Q.   Are app developers considered partners? | 10:28 |
| 13 | A.   Yes, if -- yes. | 10:28 |
| 14 | Q.   And do you know what "data brokers" are? | 10:28 |
| 15 | A.   Like generally or... | 10:28 |
| 16 | Q.   Yes, generally. | 10:29 |
| 17 | A.   Yes. | 10:29 |
| 18 | Q.   What are data brokers? | 10:29 |
| 19 | A.   They are an entity that may facilitate the | 10:29 |
| 20 | trade of data. | 10:29 |
| 21 | Q.   Okay.  And they're considered partners as | 10:29 |
| 22 | well at Facebook? | 10:29 |
| 23 | A.   I don't know.  I don't work with data | 10:29 |
| 24 | brokers. | 10:29 |
| 25 | Q.   Do you know -- you mentioned the monetary | 10:29 |

Page  44

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | exchange aspect.  Do you know if there was a | 10:29 |
| 2 | monetary exchange between Facebook and data brokers? | 10:29 |
| 3 |     A.    I don't know. | 10:29 |
| 4 |     Q.    Are advertisers sometimes also app | 10:29 |
| 5 | developers? | 10:29 |
| 6 |     A.    Yes. | 10:29 |
| 7 |     Q.    Miss Chang, why does Facebook have partners? | 10:29 |
| 8 |     A.    I think that depends in terms of -- so | 10:29 |
| 9 | Facebook is hard to generalize as one entity.  It's | 10:30 |
| 10 | made up of, you know, different groups trying to | 10:30 |
| 11 | drive different goals.  And I would say related to | 10:30 |
| 12 | different goals, they may partner to help achieve | 10:30 |
| 13 | that goal.  So I can't speak to what every | 10:30 |
| 14 | individual team's goals are. | 10:30 |
| 15 |     Q.    So let's just think in terms of the partners | 10:30 |
| 16 | with which you've been involved. | 10:30 |
| 17 |     A.    Okay. | 10:30 |
| 18 |     Q.    Why does Facebook have those partnerships? | 10:30 |
| 19 |          DEPOSITION REPORTER:  Excuse me.  I lost the | 10:30 |
| 20 | last word.  "Why does Facebook..." | 10:30 |
| 21 | BY MR. LOESER: | 10:30 |
| 22 |     Q.    -- have those partnerships? | 10:30 |
| 23 |     A.    So, for example, when I worked with ████ | 10:30 |
| 24 | ███████████████, you know, there was an -- at the | 10:30 |
| 25 | time, we wanted to be able to show ████████████ | 10:30 |

                                        Page 45

```
 1  ████████████████████████████████████    10:31
 2  ██████████████████████████████████████  10:31
 3  ██████████████, meaning like ██████████  10:31
 4  ███████████████████████████████.  And so 10:31
 5  something innovative like ██████████████  10:31
 6  ███████████████████, ███████████████████ 10:31
 7  ███████████████████████████████████████  10:31
 8  █████████████.                           10:31
 9          And so for that specific example, you know,  10:31
10  the goal was ██████████████ -- ████████  10:31
11  ███████████████████████████████████████  10:31
12  ██████████████.                          10:31
```

13       Q.   And wasn't another purpose for Facebook to    10:31
14  collect information about the user for its own use?    10:31
15       A.   I don't know.  That would be a bit outside    10:31
16  of my -- my specific role.    10:31
17       Q.   Facebook shared user content information    10:32
18  with partners; is that right?    10:32
19       A.   In what sense?    10:32
20       Q.   Well, I'm asking you, in your role involved    10:32
21  in all the capacities dealing with partners, was    10:32
22  there a sharing of user content information --    10:32
23            MR. FALCONER:  Objection.  Form.    10:32
24            THE WITNESS:  So we would have public APIs,    10:32
25  where if people consented, you know, I believe they    10:32

Page 46

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | would be able to provide that data to the | 10:32 |
| 2 | application developer. | 10:32 |
| 3 | BY MR. LOESER: | 10:32 |
| 4 |    Q.   Okay.  And so through the API, a partner | 10:32 |
| 5 | could obtain user content information about users; | 10:32 |
| 6 | is that right? | 10:32 |
| 7 |        MR. FALCONER:  Objection.  Form. | 10:32 |
| 8 |        THE WITNESS:  I think that depends.  I | 10:32 |
| 9 | wouldn't generalize it to that because it would be | 10:32 |
| 10 | dependent on what the developer created and what | 10:33 |
| 11 | they were approved to use. | 10:33 |
| 12 | BY MR. LOESER: | 10:33 |
| 13 |    Q.   Okay.  But there were partners that were | 10:33 |
| 14 | approved to have access to various API permissions; | 10:33 |
| 15 | is that right? | 10:33 |
| 16 |        MR. FALCONER:  Objection.  Form. | 10:33 |
| 17 |        THE WITNESS:  I imagine so. | 10:33 |
| 18 | BY MR. LOESER: | 10:33 |
| 19 |    Q.   And don't you, in fact, know so from your -- | 10:33 |
| 20 | from the work you did with partners? | 10:33 |
| 21 |        MR. FALCONER:  Objection.  Form and asked | 10:33 |
| 22 | and answered. | 10:33 |
| 23 |        THE WITNESS:  So for specific partners for | 10:33 |
| 24 | specific permissions, yes, but I thought you were | 10:33 |
| 25 | trying to speak to it more generally, which I didn't | 10:33 |

Page 47

```
 1    manage generally.  There was an operations team for    10:33
 2    that.                                                  10:33
 3    BY MR. LOESER:                                         10:33
 4        Q.   And when Facebook shares -- when Facebook     10:33
 5    shares user information with a third party, what       10:33
 6    does that mean to you?                                 10:33
 7        A.   I think it depends on what specific -- what   10:33
 8    specific group.  So in the context of my experience    10:34
 9    on the developer platform, it would be through the     10:34
10    developer APIs and the permissions there.              10:34
11        Q.   Okay.  And I just want to make sure I         10:34
12    understand how you use the terminology.                10:34
13            Through the APIs -- APIs are a way for a       10:34
14    third party that has permission to obtain various      10:34
15    categories of information that Facebook has            10:34
16    collected about the user; is that right?               10:34
17            MR. FALCONER:  Objection.  Form.               10:34
18            Go ahead.                                      10:34
19            THE WITNESS:  Sorry.  Can you restate that?    10:34
20            MR. LOESER:  Why don't we just repeat the      10:34
21    question.  Would you read the question back, please,   10:34
22    Miss Jennings.                                         10:34
23            (Record read as follows:                       10:34
24             "Q.   Okay.  And I just want to make sure     10:34
25              I understand how you use the terminology.    10:34
```

Page 48

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Through the APIs -- APIs are a way for a | 10:34 |
| 2 | third party that has permission to obtain | 10:34 |
| 3 | various categories of information that | 10:34 |
| 4 | Facebook has collected about the user; | 10:34 |
| 5 | is that right?") | |
| 6 | THE WITNESS:  No. | 10:35 |
| 7 | MR. FALCONER:  Same objection. | 10:35 |
| 8 | BY MR. LOESER: | 10:35 |
| 9 | Q.   So APIs are a way for a third party to | 10:35 |
| 10 | obtain various categories of information that | 10:35 |
| 11 | Facebook has collected about a user; correct? | 10:35 |
| 12 | A.   Yes.  It's a -- it's a vehicle, but I | 10:35 |
| 13 | wouldn't necessarily say -- again, I'm not a | 10:35 |
| 14 | technical person.  I don't know if that's all | 10:35 |
| 15 | technically how it's done, but to my understanding, | 10:35 |
| 16 | it sounds right. | 10:35 |
| 17 | Q.   Are you familiar with the concept at | 10:35 |
| 18 | Facebook of reciprocity? | 10:35 |
| 19 | A.   Yes. | 10:35 |
| 20 | MR. FALCONER:  Objection.  Form. | 10:35 |
| 21 | Go ahead. | 10:35 |
| 22 | BY MR. LOESER: | 10:35 |
| 23 | Q.   Can you explain to me how Facebook uses the | 10:35 |
| 24 | term reciprocity with -- particularly with respect | 10:35 |
| 25 | to partners? | 10:36 |

Page  49

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Same objection. | 10:36 |
| 2 | THE WITNESS:  My understanding of | 10:36 |
| 3 | reciprocity is a value exchange. | 10:36 |
| 4 | BY MR. LOESER: | 10:36 |
| 5 | Q.    And explain what you mean by that. | 10:36 |
| 6 | A.    "Value" meaning -- and it doesn't | 10:36 |
| 7 | necessarily mean monetary.  So, you know, going back | 10:36 |
| 8 | to partnerships, ensuring that if we're going to | 10:36 |
| 9 | partnerships, there's value in that experience. | 10:36 |
| 10 | So, for example, in working with ████ , the | 10:36 |
| 11 | ████████████████████████████████████ | 10:36 |
| 12 | ████████████████████████████████████████ | 10:36 |
| 13 | ███████████████████████████████████████ | 10:36 |
| 14 | ████████████████████████. | 10:36 |
| 15 | Q.    So is value another way of saying | 10:36 |
| 16 | information?  So when there's value -- when there is | 10:36 |
| 17 | reciprocity with a partner, that means that Facebook | 10:36 |
| 18 | is giving that partner some information about users, | 10:36 |
| 19 | and Facebook is obtaining from that partner some | 10:37 |
| 20 | information about users; is that right? | 10:37 |
| 21 | A.    Not to my understanding. | 10:37 |
| 22 | Q.    It's not your understanding that in exchange | 10:37 |
| 23 | for providing information, Facebook gets back | 10:37 |
| 24 | information? | 10:37 |
| 25 | A.    Well, I think it's dependent.  So when I was | 10:37 |

Page 50

CONFIDENTIAL

```
 1    talking about the value exchange, it doesn't have to    10:37
 2    be information.  Value can be in the sense of like       10:37
 3    experience.  So if the experience is making the user     10:37
 4    experience better, meaning it brings like delight to     10:37
 5    a user, then that's also an exchange in value.           10:37
 6         Q.   However, it is sometimes an exchange of        10:37
 7    information; is that correct?                            10:37
 8         A.   Yes.  It could be.                             10:37
 9         Q.   Give me an example of ████████████████         10:37
10    ██████████████████, for example, ███████████.           10:37
11    What would ████████████████████████?                    10:37
12         A.   So for example, with the ████████████████,     10:37
13    ████████ would be the ███████████████████               10:37
14    ████████████████████████████████████████.               10:37
15    So if they are asking for, ███████████████████           10:38
16    █████████████████████████████████                       10:38
17    █████████████████████our hope is that ████               10:38
18    ████████████████████████, but also to                   10:38
19    ████████████, ████████████████████                      10:38
20    ████████████████████████████                            10:38
21    █████████.                                               10:38
22         Q.   Okay.  And what does Facebook ████████         10:38
23    ██████████████████████████?                             10:38
24         A.   I don't know.                                  10:38
25         Q.   Do you know anything about how it studies --   10:38
```

Page 51

CONFIDENTIAL

```
 1    Facebook studies that information or analyzes it?      10:38
 2         A.   No.  That would be outside my scope.         10:38
 3         Q.   Do you know if, in fact, information that is 10:38
 4    published back is studied and analyzed by Facebook?    10:38
 5         A.   I don't know.                                 10:38
 6         Q.   You don't know if that happens, or you just  10:38
 7    don't know anything about it?                           10:38
 8         A.   I just don't know.  It is outside my scope   10:38
 9    so I can't really speak to it.                          10:38
10         Q.   And Miss Chang, you worked with partners     10:38
11    with whom there was reciprocity; is that right?        10:39
12         A.   In what sense?                                10:39
13              MR. FALCONER:  Objection to form.             10:39
14    BY MR. LOESER:                                          10:39
15         Q.   In the sense that we have just been          10:39
16    discussing, ████████████████████████████ --            10:39
17    ████████████████████████████████████████               10:39
18    ██████████████████████.                                 10:39
19         A.   Yes.  So if ████████is an example, we worked 10:39
20    ████████████████████████████, but I wouldn't say       10:39
21    ██████████████████████████████.                         10:39
22         Q.   Right.                                        10:39
23         A.   It's more of a concept.                       10:39
24         Q.   It's an important concept to Facebook;       10:39
25    right?                                                  10:39
```

Page 52

```
 1        A.    I don't know.                          10:39

 2        Q.    Were you involved in making sure that there  10:39

 3   was reciprocity with partners with whom you worked?  10:39

 4        A.    I don't know in the sense that I -- I'm not  10:39

 5   sure I understand.                                 10:39

 6        Q.    Well, did you ever, for example, communicate  10:39

 7   to your colleagues that some interaction with a    10:39

 8   partner was positive because there was progress with  10:40

 9   reciprocity?                                       10:40

10        A.    I'm not sure I understand.  So when I would  10:40

11   work with a partner, I would try to ensure that I'm  10:40

12   always representing the voice of a partner         10:40

13   holistically, meaning the different ways that we're  10:40

14   working with them, the things that would impact    10:40

15   their business.  Not necessarily in the scope of   10:40

16   reciprocity.                                       10:40

17        Q.    But you would also want to make sure that if  10:40

18   Facebook was giving content information to the     10:40

19   partner, that Facebook was getting back some       10:40

20   information; isn't that correct?                   10:40

21        A.    I didn't regulate that.  Well, I guess I'm  10:40

22   having a hard time understanding.  Like I don't    10:40

23   regulate that.                                     10:40

24        Q.    You don't recall any examples of where you  10:40

25   were endeavoring to encourage reciprocity?         10:41
```

Page 53

CONFIDENTIAL

```
 1        A.    I'm not sure I understand.              10:41

 2        Q.    Miss Chang, are some partners considered 10:41

 3   more valuable to Facebook than other partners?     10:41

 4        A.    I guess in the -- I guess it depends on what 10:41

 5   specific initiative or project.  I wouldn't say it's 10:41

 6   one holistic stack rank.                           10:41

 7        Q.    Okay.  Can you think of any -- any       10:41

 8   characteristics of a partner that would make it more 10:41

 9   valuable to Facebook than other partners?          10:41

10        A.    So, again, I think it depends.  So in the 10:41

11   capacity where I've worked with them so, for       10:41

12   example, ██████████████████████████████            10:41

13   ███████████████████████████████████               10:41

14   ████████████████████████████████████             10:41

15   ██████████████████████████████████               10:42

16   ████.  So in that context, ███████████████,        10:42

17   but I can't speak to just every other --           10:42

18   partnerships in every other capacity.              10:42

19        Q.    So is a partner that publishes back a lot of 10:42

20   content information considered a valuable partner  10:42

21   for Facebook?                                      10:42

22             MR. FALCONER:  Objection.  Form.         10:42

23   BY MR. LOESER:                                     10:42

24        Q.    Taking into account on determining whether 10:42

25   that was a valuable partner?                       10:42
```

                                              Page 54

CONFIDENTIAL

```
 1              MR. FALCONER:  Same objection.          10:42
 2              THE WITNESS:  Again, I don't know.  And I  10:42
 3   guess it's kind of hard to generalize it, so I don't  10:42
 4   know.                                             10:42
 5   BY MR. LOESER:                                    10:42
 6       Q.   So is the value of a partner based on how  10:42
 7   much user content information Facebook obtains from  10:42
 8   a partner?                                        10:42
 9              MR. FALCONER:  Objection.  Form.  And asked  10:42
10   and answered.                                     10:42
11              THE WITNESS:  I don't know.            10:42
12   BY MR. LOESER:                                    10:42
13       Q.   Miss Chang, are some partners considered  10:43
14   vendors?                                          10:43
15       A.   Yes.  Yeah.                              10:43
16       Q.   So what would a "vendor" be?             10:43
17       A.   A vendor would be -- sorry.  A vendor would  10:43
18   be someone we buy services from.                  10:43
19       Q.   Okay.  And can you think of any examples of  10:43
20   services that Facebook buys?                      10:43
21       A.   Yes.  Like a ███████████████████████     10:43
22   ███████████████████████████████████              10:43
23   █████████████.                                    10:43
24       Q.   So they would provide a service?  That   10:43
25   particular type of partner would provide a service  10:43
```

Page 55

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to Facebook? | 10:43 |
| 2 | A.    That partner in the advertising capacity | 10:43 |
| 3 | could also be a vendor. | 10:43 |
| 4 | Q.    And a lot of partner arrangements, the | 10:43 |
| 5 | information the partner obtains from Facebook is | 10:44 |
| 6 | used to support that partner's business; is that | 10:44 |
| 7 | right? | 10:44 |
| 8 | MR. FALCONER:  Objection.  Form. | 10:44 |
| 9 | THE WITNESS:  Sorry.  I don't understand. | 10:44 |
| 10 | Can you -- can you say it another way or... | 10:44 |
| 11 | BY MR. LOESER: | 10:44 |
| 12 | Q.    What is your understanding of what a partner | 10:44 |
| 13 | does when it obtains user content information from | 10:44 |
| 14 | Facebook? | 10:44 |
| 15 | MR. FALCONER:  Objection.  Form. | 10:44 |
| 16 | THE WITNESS:  I don't know.  If there's | 10:44 |
| 17 | something more specific... | 10:44 |
| 18 | BY MR. LOESER: | 10:44 |
| 19 | Q.    Do you know anything about how Facebook uses | 10:44 |
| 20 | user content information in its advertising | 10:44 |
| 21 | business? | 10:44 |
| 22 | A.    No, not technically. | 10:44 |
| 23 | Q.    Do you know anything about how Facebook | 10:44 |
| 24 | monetizes information that it obtains from its | 10:45 |
| 25 | partners? | 10:45 |

Page 56

CONFIDENTIAL

```
 1            MR. FALCONER:  Objection.  Form.          10:45

 2       Go ahead.                                      10:45

 3            THE WITNESS:  Not specifically.           10:45

 4   BY MR. LOESER:                                     10:45

 5       Q.   Well, generally, do you know?            10:45

 6       A.   No.  I don't -- well, I don't know in the 10:45

 7   capacity that -- sorry, if you can give me an      10:45

 8   example.                                           10:45

 9       Q.   Was that something that you ever discussed 10:45

10   with your colleagues, how Facebook monetizes       10:45

11   information?                                       10:45

12       A.   No, not that I -- that I recall.         10:45

13       Q.   Do you know what group at Facebook managed 10:45

14   the relationship with data brokers?               10:45

15       A.   No.                                      10:45

16       Q.   Do you know if data brokers were ever app 10:45

17   developers for Facebook?                          10:46

18       A.   I don't know.                            10:46

19       Q.   Do you know if data brokers were ever     10:46

20   advertisers for Facebook?                         10:46

21       A.   I don't know.                            10:46

22            MR. LOESER:  I will show you what we will  10:46

23   mark as Exhibit 3.  We will screen share that as   10:46

24   well.                                             10:46

25            (Exhibit 3 marked for identification.)    10:46
```

                                            Page 57

|    |                                                              |       |
|----|--------------------------------------------------------------|-------|
| 1  | BY MR. LOESER:                                               | 10:46 |
| 2  | Q.   This is an email from -- and I'm not sure              | 10:46 |
| 3  | I'm saying this name right.  Ime Archibong.  Do you         | 10:46 |
| 4  | know who that is?                                           | 10:46 |
| 5  | A.   Yes, Ime Archibong.                                    | 10:46 |
| 6  | Q.   Ime Archibong.  What is Ime Archibong's job?           | 10:46 |
| 7  | A.   At this time or...                                     | 10:46 |
| 8  | Q.   Yes.                                                   | 10:46 |
| 9  | A.   I believe he was the director of platform             | 10:47 |
| 10 | partnerships.                                              | 10:47 |
| 11 | Q.   Okay.  So someone who had the job before              | 10:47 |
| 12 | you?                                                        | 10:47 |
| 13 | A.   I didn't have that job.                               | 10:47 |
| 14 | Q.   So the Exhibit 3 is an email from Ime                 | 10:47 |
| 15 | Archibong to you, dated September 30th, 2013; right?       | 10:47 |
| 16 | A.   Sorry.  Can you repeat that?  I was also              | 10:47 |
| 17 | reading the email.                                         | 10:47 |
| 18 | Q.   I'm just identifying this exhibit for the             | 10:47 |
| 19 | record.  And it is an email from Ime Archibong to          | 10:47 |
| 20 | you dated September 30th, 2013; is that correct?           | 10:47 |
| 21 | A.   Yes, correct.                                         | 10:47 |
| 22 | Q.   And do you see the subject line on that               | 10:47 |
| 23 | email?                                                      | 10:47 |
| 24 | A.   Yes.                                                  | 10:47 |
| 25 | Q.   And it says, "Re:  Product Partnerships &             | 10:47 |

Page 58

CONFIDENTIAL

```
 1    BD:  Bi-weekly Update"; is that right?              10:47

 2        A.   Yes.                                        10:47

 3        Q.   Now, is this -- this is an update regarding 10:47

 4    a variety of actions.  Are you familiar with these   10:48

 5    updates?  Was this something that was regularly      10:48

 6    circulated?                                          10:48

 7        A.   May I -- may I read this first?             10:48

 8        Q.   [Inaudible]                                 10:48

 9        A.   Okay.  Sorry.                               10:48

10        Q.   Down the email string, this is -- you       10:48

11    provided Ime with what you describe as an "updated   10:48

12    structure for goals and progress."  Do you see that? 10:48

13        A.   Correct.                                    10:48

14        Q.   And is this something that you regularly did 10:48

15    updating progress on a variety of goals, partnership 10:48

16    goals?                                               10:49

17        A.   Yes.                                        10:49

18        Q.   And you provided a progress report with     10:49

19    that?                                                10:49

20        A.   Yes.                                        10:49

21        Q.   Okay.  Can you look at the first entry in   10:49

22    your updates.  It says, "█████████████████    █████  10:49

   ██  ████████████████████████  █████████████"          10:49

24        What does "H2'13" mean?                          10:49

25        A.   Second half 2013.                           10:49
```

                                                Page 59

CONFIDENTIAL

```
 1      Q.   Okay.  And what's the first entry?  If you        10:49
 2  could just read the first entry under that update.         10:49
 3      A.   "████████"                                        10:49
 4      Q.   Yeah.  Under "████████," what does that say?      10:49
 5      A.   "██████."                                         10:49
 6      Q.   Can you read the rest of that line?               10:49
 7      A.   "█████████████████"                               10:49
 8      Q.   Okay.  What is that referring to?                 10:49
 9      A.   That's referring to ████████████████              10:49
10  ████████████████.                                          10:49
11      Q.   Okay.  And so does that suggest that              10:49
12  ████████████████████?                                      10:49
13      A.   Yes.                                              10:50
14      Q.   Okay.  And then it █████████████████              10:50
15  █████████ is that right, ███████████,                      10:50
16  ███████████?                                               10:50
17      A.   Yes.                                              10:50
18      Q.   And do you know if █████████████████              10:50
19  ████████████████████?                                      10:50
20      A.   I don't remember all of them.                     10:50
21      Q.   Okay.  And tell me what specifically █████        10:50
22  █████████?                                                 10:50
23      A.   From what I recall, they were ███████             10:50
24  █████████.  So, for example, ████████                      10:50
25  ████████████████████                                       10:50
```

                                                    Page 60

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ███████████████████████████. So like if | 10:50 |
| 2 | ██████████████████████████████████ | 10:51 |
| 3 | ██████████████████████████████████ | 10:51 |
| 4 | ████████████████████████. | 10:51 |
| 5 | Q.   Okay.  So that's an example of ████████ | 10:51 |
| 6 | ███████████████; is that right? | 10:51 |
| 7 | A.   Yes. | 10:51 |
| 8 | Q.   And can you think of other examples of ███ | 10:51 |
| 9 | ████████████████████? | 10:51 |
| 10 | A.   I -- I only probably know more specifically | 10:51 |
| 11 | this. | 10:51 |
| 12 | Q.   What about data that was sold by Facebook? | 10:51 |
| 13 | Were you involved at all with that? | 10:51 |
| 14 | A.   No. | 10:51 |
| 15 | Q.   And are you aware of any data that was sold | 10:51 |
| 16 | by Facebook? | 10:51 |
| 17 | A.   Not to my knowledge, no. | 10:51 |
| 18 | MR. FALCONER:  Derek, can we take a quick | 10:52 |
| 19 | break whenever you are done with this document? | 10:52 |
| 20 | MR. LOESER:  Sure.  Now is fine. | 10:52 |
| 21 | MR. FALCONER:  All right. | 10:52 |
| 22 | MR. LOESER:  You want 10 minutes?  15 | 10:52 |
| 23 | minutes? | 10:52 |
| 24 | MR. FALCONER:  Yeah. | 10:52 |
| 25 | THE VIDEOGRAPHER:  This marks the end of | 10:52 |

Page 61

| | | |
|---|---|---|
| 1 | media No. 1 in the deposition of Jackie Chang. | 10:52 |
| 2 | Going off the record.  The time is 10:52. | 10:52 |
| 3 | (Off the record.) | 10:52 |
| 4 | THE VIDEOGRAPHER:  This marks the beginning | 11:14 |
| 5 | of media No. 2 in the deposition of Jackie Chang. | 11:14 |
| 6 | We are back on the record.  The time is 11:14. | 11:14 |
| 7 | BY MR. LOESER: | 11:14 |
| 8 | Q.   Miss Chang, Facebook collects content and | 11:14 |
| 9 | information about its users from its partners and | 11:14 |
| 10 | uses that information in its advertising business; | 11:14 |
| 11 | is that correct? | 11:14 |
| 12 | MR. FALCONER:  Objection.  Form. | 11:14 |
| 13 | THE WITNESS:  I can't speak to that broadly, | 11:14 |
| 14 | meaning I don't know the technical specifics to be | 11:14 |
| 15 | able to support that statement. | 11:15 |
| 16 | BY MR. LOESER: | 11:15 |
| 17 | Q.   But do you know that generally to be the | 11:15 |
| 18 | case, Miss Chang? | 11:15 |
| 19 | A.   No.  I -- I don't really feel comfortable | 11:15 |
| 20 | answering because I don't know. | 11:15 |
| 21 | Q.   Do you know how Facebook makes money? | 11:15 |
| 22 | A.   My understanding is advertising. | 11:15 |
| 23 | Q.   And do you know whether advertising collects | 11:15 |
| 24 | and uses user content and information? | 11:15 |
| 25 | MR. FALCONER:  Objection.  Form. | 11:15 |

Page 62

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't know, meaning I don't | 11:15 |
| 2 | understand the product mechanics around that. | 11:15 |
| 3 | BY MR. LOESER: | 11:15 |
| 4 | Q.   What do you understand about the advertising | 11:15 |
| 5 | business at Facebook? | 11:15 |
| 6 | A.   Not much since I haven't worked on it since | 11:15 |
| 7 | 2010. | 11:15 |
| 8 | Q.   Do you know what portion of Facebook's | 11:15 |
| 9 | revenue comes from its advertising business? | 11:15 |
| 10 | A.   Not specifically. | 11:15 |
| 11 | Q.   Do you have any idea at all? | 11:15 |
| 12 | A.   I think a good portion. | 11:16 |
| 13 | Q.   And does the advertising business utilize in | 11:16 |
| 14 | any way, as far as you understand it, content and | 11:16 |
| 15 | information that Facebook collects from its | 11:16 |
| 16 | partners? | 11:16 |
| 17 | MR. FALCONER:  Objection.  Form. | 11:16 |
| 18 | THE WITNESS:  Again, I don't know enough | 11:16 |
| 19 | about the technical specifics to make that | 11:16 |
| 20 | assertion.  I don't know. | 11:16 |
| 21 | BY MR. LOESER: | 11:16 |
| 22 | Q.   Well, I'm not asking about the technical | 11:16 |
| 23 | specifics, just the general concept.  Is that | 11:16 |
| 24 | something you understand? | 11:16 |
| 25 | A.   I don't know. | 11:16 |

Page 63

| | | |
|---|---|---|
| 1 | Q.    Miss Chang, are people who create apps for | 11:16 |
| 2 | Facebook called "developers"? | 11:16 |
| 3 | A.    Yes. | 11:16 |
| 4 | Q.    Are there other types of developers? | 11:16 |
| 5 | A.    I only know of app developers. | 11:16 |
| 6 | Q.    And we mentioned APIs before, but can you | 11:17 |
| 7 | please just explain what "APIs" are. | 11:17 |
| 8 | A.    Application programming interface.  It's a | 11:17 |
| 9 | way for, you know, two -- two services to connect | 11:17 |
| 10 | and speak to each other. | 11:17 |
| 11 | Q.    And how does Facebook use APIs with regard | 11:17 |
| 12 | to user content and information? | 11:17 |
| 13 | A.    I'm not sure I understand the question. | 11:17 |
| 14 | Q.    Do you understand how Facebook uses APIs at | 11:17 |
| 15 | all? | 11:17 |
| 16 | A.    Well, Facebook doesn't use the APIs.  The | 11:17 |
| 17 | developer -- so, sorry, can you be a little more | 11:17 |
| 18 | specific? | 11:17 |
| 19 | Q.    Yeah.  How do APIs work at Facebook on its | 11:17 |
| 20 | platform? | 11:17 |
| 21 | A.    I think that depends because APIs can be | 11:17 |
| 22 | used in a lot of different cases.  Are you speaking | 11:17 |
| 23 | to developer platform or? | 11:18 |
| 24 | Q.    Yes.  How are -- how do third parties access | 11:18 |
| 25 | user content information through APIs? | 11:18 |

Page 64

CONFIDENTIAL

1        A.   So they can go through our developer      11:18

2    platform and go through the process of approvals and  11:18

3    submitting their app to access APIs.                 11:18

4        Q.   Explain that process in as much detail as   11:18

5    you can.                                             11:18

6        A.   Unfortunately, I can't.  I don't work on the 11:18

7    operations side.  So generally, we prefer them to go  11:18

8    through the flow, and that flow is managed by -- on   11:18

9    the product and operation side.  So I can't speak to  11:18

10   the exact process.                                   11:18

11       Q.   Okay.  You are familiar with the different   11:18

12   sorts of APIs that Facebook provides for its          11:18

13   third-party access to --                             11:18

14       A.   Sorry, you broke up.  Can you say that       11:18

15   again?                                               11:18

16       Q.   Have you ever looked at a list of APIs that  11:18

17   are -- that app developers can use if they have       11:19

18   permission to do so?                                 11:19

19       A.   I have looked at developer.Facebook.com,     11:19

20   which has a list of APIs.                            11:19

21       Q.   Okay.  And are you familiar with any of      11:19

22   those APIs?                                          11:19

23       A.   I don't -- probably not, since it's been a   11:19

24   couple years since I've worked on that directly.     11:19

25       Q.   For example, are you familiar with the      11:19

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | friends permission APIs? | 11:19 |
| 2 | A.   I know what the name is, but I don't know | 11:19 |
| 3 | like the specifics around it. | 11:19 |
| 4 | Q.   What do you know about it? | 11:19 |
| 5 | A.   I've heard of it, like I've seen the name | 11:19 |
| 6 | like in emails, but I don't remember what it exactly | 11:19 |
| 7 | does and the technical specifics of it. | 11:19 |
| 8 | Q.   Do you know what information the friends API | 11:19 |
| 9 | permissions allow a third party to access? | 11:20 |
| 10 | A.   I don't recall specifically. | 11:20 |
| 11 | Q.   In order to have access to APIs, what does a | 11:20 |
| 12 | developer need to do? | 11:20 |
| 13 | A.   So I think that depends.  Are you talking | 11:20 |
| 14 | about just the developer platform workflow or... | 11:20 |
| 15 | Q.   We can start there, yeah. | 11:20 |
| 16 | A.   Sure.  On developer platform, they would go | 11:20 |
| 17 | to developer.Facebook.com, go through the documents | 11:20 |
| 18 | and, generally, they would follow the workflow for | 11:20 |
| 19 | approval. | 11:20 |
| 20 | Q.   And is there a team that evaluates those | 11:20 |
| 21 | approvals? | 11:20 |
| 22 | A.   Yes. | 11:20 |
| 23 | Q.   And what about partners?  Do they just -- is | 11:20 |
| 24 | that just the only system that exists for them, too, | 11:20 |
| 25 | or is there something else? | 11:20 |

Page 66

```
 1            MR. FALCONER:  Objection.  Form.        11:20

 2            THE WITNESS:  I'm not sure I understand.  11:21

 3    BY MR. LOESER:                                   11:21

 4        Q.   Do partners just go through the developer  11:21

 5    platform you just described, or is there another way  11:21

 6    for them to negotiate API permissions?           11:21

 7        A.   So --                                   11:21

 8            MR. FALCONER:  Objection.  Form.         11:21

 9            THE WITNESS:  So they go through that    11:21

10    process.                                         11:21

11    BY MR. LOESER:                                   11:21

12        Q.   So there's -- so there's no difference  11:21

13    between how partners access and make use of APIs and  11:21

14    the public, the public --                        11:21

15        A.   Sorry I --                              11:21

16            MR. FALCONER:  Objection.  Form.         11:21

17    BY MR. LOESER:                                   11:21

18        Q.   I'm just trying to understand.  We will get  11:21

19    into some documents that maybe will flush this out.  11:21

20            But in terms of the different ways that APIs  11:21

21    are accessed, you have described a way that       11:21

22    developers just go on a platform.  And I'm asking  11:21

23    you:  Is there a different way for partners that  11:21

24    interact with Facebook?                          11:21

25            MR. FALCONER:  Objection.  Form.         11:21
```

Page 67

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE WITNESS:  So I -- like I think it's a | 11:21 |
| 2 | little broad.  So I -- I'm struggling to know | 11:21 |
| 3 | exactly.  But, yes, they -- depending on specific | 11:21 |
| 4 | need, they could go through a partnership | 11:22 |
| 5 | organization. | 11:22 |
| 6 | BY MR. LOESER: | 11:22 |
| 7 | Q.   And were you involved at all in working with | 11:22 |
| 8 | partners and specifically with regard to the APIs | 11:22 |
| 9 | that they sought permission to utilize? | 11:22 |
| 10 | MR. FALCONER:  Objection.  Form. | 11:22 |
| 11 | THE WITNESS:  Sorry.  I don't understand, | 11:22 |
| 12 | like going through the developer platform or... | 11:22 |
| 13 | BY MR. LOESER: | 11:22 |
| 14 | Q.   No.  Just in your role working with | 11:22 |
| 15 | partners, have you ever had occasion to discuss with | 11:22 |
| 16 | partners the permissions that they wanted for APIs? | 11:22 |
| 17 | A.   Yes. | 11:22 |
| 18 | Q.   Okay.  And explain that process. | 11:22 |
| 19 | A.   So I don't remember in detail because it's | 11:22 |
| 20 | been a long time.  But they could email us about it, | 11:22 |
| 21 | and we would generally refer them to where they | 11:22 |
| 22 | needed to go. | 11:22 |
| 23 | Q.   And do you know when Facebook first started | 11:23 |
| 24 | using APIs with its partners? | 11:23 |
| 25 | A.   Sorry.  Can you say that -- state that | 11:23 |

Page 68

| | | |
|---|---|---|
| 1 | again? | 11:23 |
| 2 |     Q.   Do you know when Facebook first started | 11:23 |
| 3 | using APIs with its partners? | 11:23 |
| 4 |     A.   I'm not sure I understand that question. | 11:23 |
| 5 | Technically, I don't know. | 11:23 |
| 6 |     Q.   Do you know who came up with the various | 11:23 |
| 7 | APIs that Facebook has? | 11:23 |
| 8 |     A.   No. | 11:23 |
| 9 |     Q.   Are you familiar with the concept of Friend | 11:23 |
| 10 | Sharing on the Facebook platform? | 11:23 |
| 11 |     A.   I think I've heard of it, but I don't know | 11:23 |
| 12 | what it is. | 11:23 |
| 13 |     Q.   Are you aware that on the Facebook platform | 11:23 |
| 14 | for a period of time, when a friend downloaded an | 11:24 |
| 15 | app, that app could obtain access to that person's | 11:24 |
| 16 | friends via Friend Sharing APIs? | 11:24 |
| 17 |        MR. FALCONER:  Objection.  Form. | 11:24 |
| 18 |        Go ahead. | 11:24 |
| 19 |        THE WITNESS:  I don't remember. | 11:24 |
| 20 | BY MR. LOESER: | 11:24 |
| 21 |     Q.   You don't remember anything about that? | 11:24 |
| 22 |     A.   No. | 11:24 |
| 23 |     Q.   That's not something you were involved at | 11:24 |
| 24 | all in? | 11:24 |
| 25 |     A.   I don't remember. | 11:24 |

Page 69

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   That wasn't a significant part of the work | 11:24 |
| 2 | that you did for Facebook? | 11:24 |
| 3 | A.   I don't understand.  Sorry, I -- I worked on | 11:24 |
| 4 | a lot of things, so I don't know the meaning of | 11:24 |
| 5 | that. | 11:24 |
| 6 | Q.   But the work that you did with regard to | 11:24 |
| 7 | Friend Sharing in particular does not stand out for | 11:24 |
| 8 | you as being particularly meaningful? | 11:24 |
| 9 | MR. FALCONER:  Objection -- | |
| 10 | THE WITNESS:  I don't think I worked on | 11:24 |
| 11 | Friend Sharing. | 11:24 |
| 12 | BY MR. LOESER: | |
| 13 | Q.   Do you know what sort of information is | 11:24 |
| 14 | generally made available through friends | 11:25 |
| 15 | permissions? | 11:25 |
| 16 | A.   No, I don't. | 11:25 |
| 17 | Q.   Are you aware of whether an app can obtain | 11:25 |
| 18 | information about a person's friends who did not | 11:25 |
| 19 | download the app? | 11:25 |
| 20 | MR. FALCONER:  Objection.  Form. | 11:25 |
| 21 | THE WITNESS:  I don't know. | 11:25 |
| 22 | BY MR. LOESER: | 11:25 |
| 23 | Q.   Do you know how many different friends | 11:25 |
| 24 | permissions APIs there are? | 11:25 |
| 25 | A.   I don't know. | 11:25 |

Veritext Legal Solutions
866 299-5127

```
 1        Q.    Are you familiar with the term "high-signal    11:25
 2   APIs"?                                                     11:25
 3        A.    No.                                             11:25
 4        Q.    Are you familiar with the read_stream           11:25
 5   permissions APIs?                                          11:25
 6        A.    I've heard of it.                               11:25
 7        Q.    Okay.  What do you know about that?             11:25
 8        A.    I can't recall.  It's been so long, I don't    11:25
 9   know.                                                      11:26
10        Q.    Do you know who came up with the idea of       11:26
11   friends permissions APIs?                                 11:26
12        A.    No, I don't.                                   11:26
13        Q.    Do you know what purpose it served?            11:26
14        A.    No.                                            11:26
15        Q.    Do you know if it was controversial?          11:26
16        A.    I don't know.                                  11:26
17        Q.    Do you know if that was a API -- the friends   11:26
18   APIs were often misused or abused by app developers?      11:26
19        A.    I don't know.                                  11:26
20              MR. LOESER:  I will show you Exhibit -- what   11:26
21   we marked as Exhibit 4.                                   11:26
22              (Exhibit 4 marked for identification.)         11:26
23   BY MR. LOESER:                                            11:26
24        Q.    We will share that as well.                    11:26
25              Exhibit 4 is an email from Marie Hagman to     11:26
```

Page 71

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Chris Daniels, with a cc to you, dated May 3rd, | 11:27 |
| 2 | 2013, "Subject:  Re: FQL question." | 11:27 |
| 3 |      Do you see that, Miss Chang? | 11:27 |
| 4 | A.   Yes.  May I read it? | 11:27 |
| 5 | Q.   Yes, of course.  I'm going to ask you some | 11:27 |
| 6 | specific questions about different parts of the | 11:27 |
| 7 | email string, but -- so we will go through it, but | 11:27 |
| 8 | if you want to take a look at it, go ahead. | 11:27 |
| 9 | A.   Okay. | 11:27 |
| 10 | Q.   Miss Chang, what is "FQL"? | 11:27 |
| 11 | A.   I believe it's something like SQL, but I | 11:27 |
| 12 | don't know enough of the technical -- I don't know | 11:27 |
| 13 | what the term means. | 11:28 |
| 14 | Q.   Okay.  And if this email was cc'd to you, | 11:28 |
| 15 | does that mean that you received the email? | 11:28 |
| 16 | A.   Yes. | 11:28 |
| 17 | Q.   As we go through a lot of these emails, if | 11:28 |
| 18 | you are on the email as a recipient, you don't have | 11:28 |
| 19 | any reason to believe you didn't receive the emails; | 11:28 |
| 20 | right? | 11:28 |
| 21 | A.   Sorry.  I didn't what? | 11:28 |
| 22 | Q.   If you're on an email as a recipient -- we | 11:28 |
| 23 | are going to go through a number of emails -- there | 11:28 |
| 24 | is no reason for you to believe that you did not | 11:28 |
| 25 | actually receive the email; correct? | 11:28 |

Veritext Legal Solutions
866 299-5127

```
 1       A.    I don't think so.                           11:28
 2       Q.    Okay.  And this particular email string has 11:28
 3  to do with ████████████████████████████████████        11:28
 4  ████████████████████████████; is that right?           11:28
 5       A.    Yes.                                         11:28
 6       Q.    Do you understand what ████████████████?     11:28
 7       A.    Not in technical detail.                     11:28
 8       Q.    What's your general understanding of what █  11:28
 9  ███████████████████████████████████████████████        11:28
10  ████████?                                               11:28
11       A.    ██████████████████████████.                 11:28
12       Q.    Okay.  When you say ████████████████ that    11:29
13  means ██████████████████████████████████; is that      11:29
14  right?                                                  11:29
15       A.    Again, I don't know the technical specifics. 11:29
16       Q.    Can you use ████████████████████████         11:29
17  ████████████████████████?                               11:29
18       A.    I don't know.                                11:29
19       Q.    You don't have any understanding of what     11:29
20  ████████████████████████████████████████████?          11:29
21       A.    I don't think I understand in -- how the     11:29
22  context you're referring it to.                         11:29
23       Q.    Okay.  Nonetheless, this email string         11:29
24  discusses ████████████████████████████████████████; is 11:29
25  that right?                                             11:29
```

Page 73

CONFIDENTIAL

```
 1        A.    It looks like it.                          11:29
 2        Q.    Okay.  So if you look down the first page  11:29
 3   there, in an email from Marie Hagman to you, it       11:29
 4   says:                                                 11:29
 5             "Thanks Jackie, will do.                     11:29
 6             "If it's helpful, here is ███████            11:29
 7   ████████████████████████████████████████              11:30
 8   ███████████████████████████████████████               11:30
 9   ██████████████████████."                               11:30
10             Do you see that list?                         11:30
11        A.    Yes.                                         11:30
12        Q.    And do those appear to be ████████           11:30
13   ██████?                                                 11:30
14        A.    I don't know enough where I would classify   11:30
15   them that.  I don't know the technical specifics to    11:30
16   make that assertion.                                    11:30
17        Q.    Okay.  So when you look at ████████          11:30
18   ████████████ and, for example, ████████████████        11:30
19   ████████████████████████████ you don't                 11:30
20   have any understanding of whether ████████████?        11:30
21        A.    Yeah, I don't -- I don't know.               11:30
22        Q.    Go down ██████████ and you will see ██████ --  11:30
23   you will see ████████████████████                      11:30
24   ████████████████████████                                11:30
25             Do you know ██████████████████████           11:30
```

CONFIDENTIAL

```
 1    ██████████████████?                              11:30

 2         A.   No, I don't.                           11:30

 3         Q.   Was  █████  a client that -- or a partner   11:30

 4    that you were working -- you had any involvement    11:31

 5    with?                                             11:31

 6         A.   Yes, I supported them.                 11:31

 7         Q.   And what does that mean?               11:31

 8         A.   I supported them with their questions and   11:31

 9    inquiries at the time as a partner manager.       11:31

10         Q.   And what kinds of questions and inquiries   11:31

11    did they -- did they have?                        11:31

12         A.   It could be from ████████████████████   11:31

13    ████████████████████████████.                    11:31

14         Q.   Okay.  Was it also ████████████████       11:31

15    ████████████████████████████████████             11:31

16    ████████████?                                     11:31

17         A.   Yes.  Like I said, ████████████████       11:31

18    ████████████████████████████.                    11:31

19         Q.   And by "████████████," do you mean ██████████   11:31

20    ██████?                                           11:31

21         A.   That's part of it.  But ████████████     11:31

22    typically means like ████████████████████.       11:31

23         Q.   And in order to support that partner, you   11:31

24    needed to be knowledgeable about what they were   11:31

25    asking for; right?                                11:31
```

CONFIDENTIAL

```
 1        A.   Not necessarily.  We worked with partner      11:31
 2   engineering, who did more of the technical list.        11:31
 3        Q.   But as a general matter, if they came to you  11:32
 4   and they said, "███████████████████████                 11:32
 5   ███████████████," you did something to understand what  11:32
 6   those were.                                              11:32
 7        A.   Not necessarily.  So, again, I'm not the       11:32
 8   technical experts, which is why there's product         11:32
 9   managers involved and also partner engineering          11:32
10   involved.                                                11:32
11        Q.   I understand you're not the technical          11:32
12   expert, but do you have a general understanding of       11:32
13   how this operated?                                       11:32
14        A.   I don't understand what your definition of     11:32
15   general, like, understanding is.                         11:32
16        Q.   Well, here is an email string that's about     11:32
17   ██████████████.  Do you have a general understanding     11:32
18   of what "███████████" are?                               11:32
19        A.   No, I don't.                                   11:32
20        Q.   And do you have a general understanding of     11:32
21   what "███████████" means?                                11:32
22        A.   I don't recall.                                11:32
23        Q.   So they were asking for these things and you   11:32
24   were communicating what they were asking for, but       11:32
25   you didn't have any idea what it meant?                  11:32
```

Page 76

```
 1      A.   At that time, I -- I imagine I -- I was        11:32
 2   helping to support it, but I don't remember it now.   11:33
 3      Q.   Looking, again, at the -- ████████████        11:33
 4   ████████████████████████████████████████ is          11:33
 5   it your testimony that you have no understanding      11:33
 6   whatsoever of ████████████████████████████████        11:33
 7   ██████████████████████████████████████████           11:33
 8   ██████?                                               11:33
 9      A.   So I don't know what technically came         11:33
10   through.  I can see what it says, but I don't know    11:33
11   what technically is shared.                           11:33
12      Q.   And who would know the answer to that at      11:33
13   Facebook?                                             11:33
14      A.   A product manager or a partner engineer.      11:33
15   Well, I don't know if it's a partner engineer, but   11:33
16   engineering and product managers.                     11:33
17      Q.   And are they ████████████████████             11:33
18   ████████████████████████████████████████████         11:33
19   ██████████?                                           11:33
20      A.   ████████████████████                          11:33
21      Q.   And so if in the context of this email, in   11:33
22   which you apparently don't understand any of the     11:34
23   technical aspects, if someone emailed you and said,  11:34
24   "Jackie, what does ██████████████████████████        11:34
25   ████████ mean?" who specifically would you ask to    11:34
```

                                                  Page  77

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | answer that question? | 11:34 |
| 2 | A.   I don't remember.  I don't know off the top | 11:34 |
| 3 | of my head. | 11:34 |
| 4 | Q.   If you can flip back in the string to | 11:34 |
| 5 | page 3.  You will see an email from ████████████ | 11:34 |
| 6 | ██████ to Jessica Jenks at Facebook, dated May 3rd, | 11:34 |
| 7 | 2013.  Do you see that in the string? | 11:35 |
| 8 | A.   Yes. | 11:35 |
| 9 | Q.   So if you read that email, it says: | 11:35 |
| 10 | "Hi Marie, | 11:35 |
| 11 | "████████████████████████████ | 11:35 |
| 12 | ███████████████████████ | 11:35 |
| 13 | ████████████████████████ | 11:35 |
| 14 | ████████████████.  We found an issue | 11:35 |
| 15 | though: ███████████████████ | 11:35 |
| 16 | ███████████████ (███████████ | 11:35 |
| 17 | ███████████████████ | 11:35 |
| 18 | ████████████████████████ | 11:35 |
| 19 | ███████████████.) | 11:35 |
| 20 | "Can you please tell us how ██████ | 11:35 |
| 21 | ████████████████████████ | 11:35 |
| 22 | ██████████████████████████ | 11:35 |
| 23 | ████?" | 11:35 |
| 24 | Do you see that? | 11:35 |
| 25 | A.   Yes. | 11:35 |

Page 78

CONFIDENTIAL

```
 1     Q.    What is the "██████████"?              11:35

 2     A.    Developer.Facebook.com.                 11:35

 3     Q.    Okay.  So those are ██████████████      11:35

 4  ████████████████; right?                         11:35

 5     A.    ████████████████.  It doesn't mean that 11:35

 6  ██████████████████.                              11:35

 7     Q.    Now, this ████████████████████          11:35

 8  ██████████████████████████                       11:36

 9  ████; is that right?                             11:36

10     A.    From what the email says.  I don't know 11:36

11  specifically --                                  11:36

12     Q.    So how would --                         11:36

13     A.    -- if there was a way.                  11:36

14     Q.    How would ████████████████████          11:36

15  ████████████████████████?                        11:36

16     A.    I don't know.  I don't understand what  11:36

17  the -- what do you mean by that?                 11:36

18     Q.    Well, I guess, look at the email --     11:36

19     A.    Uh-huh.                                 11:36

20     Q.    -- this is ████████████████████████     11:36

21  ██████████████████████, ██████████████████████   11:36

22  ████; right?  That's what they're saying.        11:36

23     A.    Yes, I see that.                         11:36

24     Q.    And the way they ████████████████████   11:36

25  ██████████████████████████████                   11:36
```

Page 79

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ██████████████████████████████████." | 11:36 |
| 2 | What does that mean? | 11:36 |
| 3 | A.   So I don't know.  I wasn't in that | 11:36 |
| 4 | interaction. | 11:37 |
| 5 | Q.   So you don't know what "██████████" is? | 11:37 |
| 6 | A.   As a concept or... | 11:37 |
| 7 | Q.   As expressed in this email, do you know what | 11:37 |
| 8 | "██████████" is? | 11:37 |
| 9 | A.   I know of it as a concept, but not specific | 11:37 |
| 10 | to that scenario because I wasn't there. | 11:37 |
| 11 | Q.   So as a concept, how would ██████████ | 11:37 |
| 12 | ███████████████████████████████████ | 11:37 |
| 13 | ████████████? | 11:37 |
| 14 | A.   Well, so I can't make any assertions about | 11:37 |
| 15 | this scenario, but at a high level, around the | 11:37 |
| 16 | concepts of ██████████████████. | 11:37 |
| 17 | Q.   Explain that. | 11:37 |
| 18 | A.   In -- I don't know the technical details, so | 11:37 |
| 19 | that's as much as I know. | 11:37 |
| 20 | Q.   So what you can tell from this email is that | 11:37 |
| 21 | ██████████████████████████████████ | 11:37 |
| 22 | ████████████████████████████; is that | 11:37 |
| 23 | right? | 11:37 |
| 24 | MR. FALCONER:  Objection.  Foundation. | 11:37 |
| 25 | THE WITNESS:  Sorry.  Can you say that | 11:37 |

Page 80

CONFIDENTIAL

```
 1   again?                                              11:38
 2   BY MR. LOESER:                                      11:38
 3       Q.    Can you tell from this email that ███████ 11:38
 4   ██████████████████████████████████████████████████ 11:38
 5   █████████████████████████████████?                 11:38
 6       A.    So, again, I was not there, so I don't -- I 11:38
 7   don't know beyond what the email says.             11:38
 8       Q.    Well, let's move up the string, and if you 11:38
 9   look at the email from you, Jackie Chang, to       11:38
10   Marie --                                            11:38
11       A.    Uh-huh.                                   11:38
12       Q.    -- dated May 3rd, subject same, "FQL      11:38
13   question."  So you were personally involved in this 11:38
14   email string; right?                               11:38
15       A.    It looks that way, yes.                   11:38
16       Q.    Okay.  And why don't you read what you wrote 11:38
17   that starts with No. 1.  Let me start it for you, it 11:38
18   says, at the top of your email:                    11:38
19           "Chris Daniel to help set expectation      11:38
20           at the highest level & Bryan who's         11:39
21           also now working with ██████."             11:39
22           And then why don't you read what comes under 11:39
23   that?                                               11:39
24       A.    "1/We should not be ████████████         11:39
25                     █████████████████████████████    11:39
```

Page 81

CONFIDENTIAL

```
 1   ████████████████████████████████           11:39
 2   ████████████████████████                   11:39
 3   ███████████████████████.  @Chris           11:39
 4        & Bryan, we should be emphasizing     11:39
 5        this understanding as it seems like   11:39
 6        they're under the impression that     11:39
 7        we're going to work with them on      11:39
 8        this front.                           11:39
 9        "2/If they're asking for ███          11:39
10   ███████████████████████                    11:39
11   ███████████████████.  Even if             11:39
12   ████████████████████████████              11:39
13   ███████████████████████                    11:39
14   ██████████████████████████."              11:39
15   Q.   You can stop there.                    11:39
16        Does that refresh your recollection at all  11:39
17   as to what the conversation below that concerned  11:39
18   with these ██████████████?                11:39
19   A.   I don't remember.                      11:39
20   Q.   Okay.  And what is it that you're saying ██  11:39
21   ████████████████████████████████████      11:39
22   ████████████?                              11:40
23   A.   It says:                               11:40
24        "We should not be ███████████████    11:40
25        █████████████████████              11:40
```

CONFIDENTIAL

```
 1      ███████████████████████████████         11:40

 2      ███████████████████████████             11:40

 3      ██████████████████                      11:40

 4      Q.   Okay.  So what are you saying there?  What   11:40

 5   does that mean?                             11:40

 6      A.   I don't remember at this point.     11:40

 7      Q.   So you can see the words, and are you --   11:40

 8      A.   Yes.                                11:40

 9      Q.   -- saying ██████ that, we're ████████   11:40

10   ████████████████████████████████████       11:40

11   █████████████████████████████████?         11:40

12           MR. FALCONER:  Objection.           11:40

13   BY MR. LOESER:                              11:40

14      Q.   Earlier we talked a bit about ████████.   11:40

15   Would this be an example of ██████████, that ████   11:40

16   ████████████████████████████████████       11:40

17   ████████████?                               11:40

18           MR. FALCONER:  Objection.  Form.    11:40

19           THE WITNESS:  So I don't remember this since   11:40

20   this was in 2013, so I can't make that assertion.   11:40

21   BY MR. LOESER:                              11:41

22      Q.   Well, I understand it was in 2013, but you   11:41

23   just read the email that you wrote, and you   11:41

24   understand what you wrote; right?           11:41

25      A.   Not from 2013.                      11:41
```

Page 83

CONFIDENTIAL

```
 1      Q.   So is it fair to say that ████████████   11:41
 2   ███████████████████████████████████?            11:41
 3   Is that clear from this email?                   11:41
 4      A.   Well, it says that ████████████████      11:41
 5   ██████████.                                      11:41
 6      Q.   Okay.  And, then, if ████████████████    11:41
 7   ████████████████████████, does that mean, as you 11:41
 8   look at this, that ██████████████████████████    11:41
 9   ███████████████████████████████████████████     11:41
10   ██████████████████████████?                      11:41
11      A.   I don't know.                            11:41
12      Q.   So, Miss Chang, are you telling the jury 11:41
13   that as you read the email that you wrote, you have 11:41
14   no understanding of what you meant?              11:41
15           MR. FALCONER:  Objection.  Form.         11:41
16           THE WITNESS:  So I don't know now, given 11:41
17   that that was in 2013.  I don't remember enough to 11:41
18   make that assertion.                             11:42
19   BY MR. LOESER:                                   11:42
20      Q.   So does the phrase "██████████████████"  11:42
21   mean something different now than it meant in 2013? 11:42
22      A.   I'm not sure I understand.               11:42
23      Q.   Well, the way your sentence is structured, 11:42
24   it starts with ███████████████████████ and       11:42
25   ends with ████████████████████████; is           11:42
```

Page 84

CONFIDENTIAL

```
 1    that right?                                           11:42

 2         A.    So it says ███████████████████████        11:42

 3    ████████████████████████████████████                 11:42

 4    █████████████████████████████████  --                11:42

 5    ███████████████████████████ .                        11:42

 6         Q.    Okay.  So you didn't say, ██████████       11:42

 7    █████████████████████████████████ ; right?           11:42

 8         A.    It says ███████████████████               11:42

 9         Q.    It doesn't say ████████████ .  It says    11:42

10    ████████████████████ ; right?  So if █████████████   11:42

11    ██████████████████████ , then the way you -- the     11:42

12    information you wrote and expressed to all the        11:42

13    people that are on this email, you were ██████████   11:42

14    █████████████████████████████████████               11:43

15    ████████████████████████████ ; right?                11:43

16              And isn't that just ██████████████████     11:43

17    ██████████████████████████████████                  11:43

18    ██████████ ?  It was ███████████████████████████    11:43

19    ██████████████ ; right?                              11:43

20              MR. FALCONER:  Objection.  Form.           11:43

21              THE WITNESS:  No.  I can't make that        11:43

22    assertion broadly about all partnerships.            11:43

23    BY MR. LOESER:                                        11:43

24         Q.    Okay.  What about ████████████████ ,      11:43

25    Miss Chang?  The ███████████████████ .  Isn't that  11:43
```

Page 85

| | | |
|---|---|---|
| 1 | what this email clearly indicates? | 11:43 |
| 2 | MR. FALCONER:  Objection.  Form and asked | 11:43 |
| 3 | and answered. | 11:43 |
| 4 | THE WITNESS:  So, again, I -- I see what it | 11:43 |
| 5 | says, but I don't recall from that time, so I can't | 11:43 |
| 6 | make that assertion. | 11:43 |
| 7 | MR. LOESER:  Okay.  We can go to the next | 11:43 |
| 8 | exhibit, which should be tab 5. | 11:44 |
| 9 | Actually, if we can go off the record for | 11:44 |
| 10 | one second.  Give us three minutes. | 11:44 |
| 11 | THE VIDEOGRAPHER:  Okay.  Going off the | 11:44 |
| 12 | record.  The time is 11:44. | 11:44 |
| 13 | (Off the record.) | 11:44 |
| 14 | THE VIDEOGRAPHER:  We are back on the | 11:48 |
| 15 | record.  The time is 11:48. | 11:48 |
| 16 | (Exhibit 5 marked for identification.) | 11:48 |
| 17 | BY MR. LOESER: | 11:48 |
| 18 | Q.   Miss Chang, we are showing you what's now | 11:48 |
| 19 | been marked Exhibit 5, which we will screen share as | 11:48 |
| 20 | well, which is an email from Constantin, and I'm | 11:48 |
| 21 | sure I will get this last name wrong, but | 11:49 |
| 22 | Koumouzelis.  Is that how you say that? | 11:49 |
| 23 | A.   Sorry.  I'm also trying to update the | 11:49 |
| 24 | Egnyte.  I can't even say his last name.  I call him | 11:49 |
| 25 | "KP." | 11:49 |

Page 86

```
 1        Q.    Okay.  So an email from KP to Visha Gupta --   11:49
 2        A.    Oh, sorry.  Wrong person.  Not the same         11:49
 3   person.                                                    11:49
 4        Q.    How do you say this person's last name?         11:49
 5        A.    I don't know how to say his last name.          11:49
 6        Q.    Call him "CK."  How about that?                 11:49
 7        A.    Okay.                                           11:49
 8        Q.    And it is an email sent Friday, August 16th,    11:49
 9   and it goes to a number of people.                         11:49
10              Visha Gupta, do you know who that is?           11:49
11        A.    I think I know.  I think I could see his        11:49
12   face, but I don't know well.                               11:49
13        Q.    Okay.  And it also went to Douglas Purdy.       11:49
14   Do you know who that is; right?                            11:49
15        A.    Yes.                                            11:49
16        Q.    And his job was what?                           11:49
17        A.    Director of Platform Product, I think.          11:49
18        Q.    And there are several other people that         11:50
19   received this email, and you're familiar with who         11:50
20   these people are; right?                                   11:50
21        A.    Yes, I know who they are.                       11:50
22        Q.    And these are people that you worked with       11:50
23   regularly at the time?                                     11:50
24        A.    Not necessarily regularly.  I probably know     11:50
25   them more via emails.                                      11:50
```

Page 87

```
 1        Q.    Who is Eddie O'Neil?                     11:50

 2        A.    I believe in 2013, he was a product manager. 11:50

 3        Q.    And do you see the subject line says "Re:  11:50

 4   ███████████████████████"?                           11:50

 5        A.    Yes, I see that.                          11:50

 6        Q.    An attachment "███████████████."  Do you  11:50

 7   see that?                                            11:50

 8        A.    Yes.                                      11:50

 9        Q.    Now, you're not a recipient of this email, 11:50

10   but do you recall ██████████, what that was all     11:50

11   about?                                               11:50

12        A.    Not specifically.                         11:50

13              MR. LOESER:  Okay.  Well, why don't we look 11:50

14   at the attachment.  Maybe that will refresh your    11:51

15   recollection.                                        11:51

16              We will mark Exhibit 6.                    11:51

17              (Exhibit 6 marked for identification.)     11:51

18              THE WITNESS:  Sorry.  Am I supposed to open 11:51

19   it?                                                  11:51

20   BY MR. LOESER:                                       11:51

21        Q.    Yes.  We can go to Exhibit 6.             11:51

22        A.    I don't see anything.                      11:51

23        Q.    It takes a minute.  It's traveling through 11:51

24   space.                                               11:51

25        A.    Oh, okay.                                  11:51
```

CONFIDENTIAL

```
 1        Q.    If you can take a minute to familiarize      11:51
 2    yourself with the document.                            11:51
 3        A.    Yes, may I have a minute?  Thank you.         11:51
 4        Q.    So I will have a couple of questions about a  11:53
 5    few paragraphs of this.  So when you have had enough    11:53
 6    time to familiarize yourself with the document --       11:53
 7        A.    Do I need to read the whole thing or...       11:53
 8        Q.    No.                                           11:53
 9        A.    Okay.  Okay.                                  11:53
10        Q.    In looking at this document and reading what  11:53
11    you have read, do you recall what ███████████ was?      11:53
12        A.    Not specifically.                             11:53
13        Q.    Do you recall being involved in discussions   11:53
14    about ██████████████████████████?                       11:53
15        A.    Not specifically.                             11:53
16        Q.    Do you recall in general?                     11:54
17        A.    I don't just because it's been a really long  11:54
18    time so I don't know --                                 11:54
19        Q.    Well, let's look at the --                    11:54
20        A.    -- ██████████████.  Sorry.                    11:54
21        Q.    Okay.  Was it referred to in ways other than  11:54
22    "██████████"?                                           11:54
23        A.    I don't know.                                 11:54
24        Q.    Do you recall the transition from Graph API   11:54
25    version 1 to Graph API version 2?                       11:54
```

Page 89

CONFIDENTIAL

```
 1      A.   I recall a transition, but I ███████████████   11:54
 2   ████████████████████████.                              11:54
 3      Q.   You don't recall if ████████████████           11:54
 4   ██████████████████████████?                            11:54
 5      A.   I don't just because ███████████████████        11:54
 6   ████████████████, so I don't -- I don't remember       11:54
 7   all the specific changes.                              11:54
 8      Q.   Well, let's look at the beginning of this       11:54
 9   document on "Overview."  It says:                      11:54
10           "████████████████████████                       11:54
11        ████████████  █████████████████                    11:54
12        ██████████████████████████                         11:54
13        ████████████████████████████                       11:54
14        ██████████████████████████                         11:54
15        ██████████████  ████████████████                    11:55
16        ████  ██████████████████████                        11:55
17        ████████  ████████████████                          11:55
18        ████████                                           11:55
19           Did you receive █████████████████?              11:55
20      A.   Not directly.                                  11:55
21      Q.   Okay.  How about indirectly?                   11:55
22      A.   What do you mean by that?                      11:55
23      Q.   Were you aware of ████████████████?             11:55
24      A.   I -- I'm not -- well, I guess, I don't like     11:55
25   recall anything specific.  But I've heard it          11:55
```

Page 90

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | mentioned, but I don't know anything specific about | 11:55 |
| 2 | ████████████████. | 11:55 |
| 3 | Q. Okay. Well, let's read on. | 11:55 |
| 4 | ████████████████  ██████████████ | 11:55 |
| 5 | ████████████████████████ | 11:55 |
| 6 | ██████████████████████ | 11:55 |
| 7 | ██████████████████████████ | 11:55 |
| 8 | ██████████████████████ | 11:55 |
| 9 | ██████████████████████ | 11:55 |
| 10 | ████████ | 11:55 |
| 11 | Do you see that? | 11:55 |
| 12 | A. Yes. | 11:55 |
| 13 | Q. Then down below, the next paragraph says: | 11:55 |
| 14 | ██████████████████████ | 11:55 |
| 15 | ██████████████████████ | 11:55 |
| 16 | ████████████████████ | 11:56 |
| 17 | ████████." | 11:56 |
| 18 | Do you see that? | 11:56 |
| 19 | A. Yes. | 11:56 |
| 20 | Q. It says: | 11:56 |
| 21 | ██████████████████████ | 11:56 |
| 22 | ████████████████████ | 11:56 |
| 23 | ████████████████████ | 11:56 |
| 24 | ██████████████  ██████████ | 11:56 |
| 25 | ██████████████████████ | 11:56 |

Page 91

CONFIDENTIAL

```
 1    ████████████████████████████████                    11:56
 2    ████████████████████████████ --                     11:56
 3         DEPOSITION REPORTER:   "████████████            11:56
 4    ███████████████████████████████..."  Go             11:56
 5    ahead, please.
 6    BY MR. LOESER.
 7         Q.   "...████████████████████████
 8    ███████████████████████████████                     11:56
 9    ████████████████████████████████                    11:56
10    ███████████████████████████████                     11:56
11    ████████████████████████                            11:56
12    ████████████."                                       11:56
13         Do you see that?                                11:56
14         A.   Yes.                                       11:56
15         Q.   Now, Miss Chang, do you recall being       11:56
16    involved in the -- ████████████████████              11:56
17    █████████?                                           11:56
18         A.   I don't.                                   11:56
19         Q.   Why don't we go down this document to       11:56
20    page 2, under the heading "████████████."            11:56
21         Do you remember your involvement and the        11:56
22    conversation about ████████████████?                11:56
23         A.   I remember ████████████ as a concept,      11:56
24    but I don't remember specific conversations.         11:57
25         Q.   Okay.  What was "████████████" as a         11:57
```

Page 92

```
 1    concept?                                            11:57
 2        A.    ████████████ is ████████████he           11:57
 3    ███████████████████████████████████████████████   11:57
 4    ████████████████████████████████████████.          11:57
 5        Q.    Do you see below "████████████" it says,  11:57
 6    "████████████████████████."  Is that right?         11:57
 7        A.    Sorry, where is that one?                  11:57
 8        Q.    It's on screen share, as well, if that's   11:57
 9    easier.                                              11:57
10        A.    Okay.  Oh, sorry.  Yes.                    11:57
11        Q.    Okay.  And if you read what it says, it    11:57
12    says:                                                11:57
13              "We are ███████████████████               11:57
14        ███████████████████████████                     11:57
15        ███████████████████████████                     11:57
16        ████████.  Our philosophy is ██████             11:57
17        █████████████████████████                       11:58
18        ██████████████████████                          11:58
19        █████████████████.  ████████████                11:58
20        ████████████████████                            11:58
21        █████████████████████                           11:58
22        ████████████████████████                        11:58
23        █████████████████████."                         11:58
24              Do you see that?                           11:58
25        A.    Yes.                                       11:58
```

                                              Page 93

CONFIDENTIAL

```
 1    Q.    "█████████████████████,              11:58

 2    ███████████████████████████               11:58

 3    ███████████████████████████               11:58

 4    ████████████████████████████              11:58

 5    ██████████████████. ████████              11:58

 6    ███████████████████████                   11:58

 7    ████████████████████████████              11:58

 8    ██████████████████████████                11:58

 9    ██████████."                              11:58

10          Do you see that?                    11:58

11    A.    Yes.                                 11:58

12    Q.    Do you recall conversations around  11:58

13    ████████████████████████████?             11:58

14    A.    I don't.                             11:58

15    Q.    You have no memory of that?          11:58

16    A.    Not specifically.                    11:58

17    Q.    Do you know what ███████" means?     11:58

18    A.    Yes.  To -- to ████████████████████. 11:58

19    Q.    And so what ██████████████████████   11:58

20    ███████████████████████████████████       11:59

21    ████████████████████████████████          11:59

22    ████████████████; is that right?          11:59

23    A.    Whatever was stated there.           11:59

24    Q.    And so if █████████████████████      11:59

25    ██████████████████████████████████████    11:59
```

Page 94

```
 1   ████████████████████████████████████████████        11:59

 2   ██████████████████████.  Is that your -- is that your    11:59

 3   understanding?                                            11:59

 4       A.   I don't know specifically to make that          11:59

 5   assertion beyond what I'm reading.                        11:59

 6       Q.   You have no independent memory of ████           11:59

 7   ████████████████████████████████?                        11:59

 8       A.   No.                                              11:59

 9       Q.   That wasn't a significant event in your          11:59

10   mind?                                                     11:59

11       A.   No.                                              11:59

12       Q.   Why don't we go down the document to the         11:59

13   heading that says, "███████████████████████              11:59

14   ████████████."                                            11:59

15            Do you see that?                                 12:00

16       A.   Yes.                                             12:00

17       Q.   And this says:                                   12:00

18            "We will be ████████████████████████             12:00

19   ██████████████████████████████████████                   12:00

20   ███████████████████.  This is an                          12:00

21   ████████████████████████████████████                     12:00

22   ███████████████████████████████████.                     12:00

23   █████████████████████████████████                        12:00

24   ██████████████████████████████████████                   12:00

25   ████████████████████████████████████                     12:00
```

                                              Page  95

CONFIDENTIAL

```
 1     ████████████████████████.  There is ███      12:00

 2     ████████████████████████████████              12:00

 3     █████████████████████████████████████         12:00

 4     ████████████████████████████████              12:00

 5     ██████████████████████."                       12:00

 6          Do you remember a conversation regarding ███  12:00

 7     █████████████████████?                         12:00

 8     A.   I don't believe I was in any specific     12:00

 9     conversations around it.                       12:00

10     Q.   You don't recall any involvement you had in  12:00

11     ███████████████████████████████████████████    12:00

12     ██████████████████████████████████?            12:00

13     A.   I don't recall specifically.              12:00

14     Q.   And you don't recall any conversations with  12:00

15     ████████████████████████████████████           12:00

16     █████████████████████████████████?             12:00

17     A.   I don't recall specifically.              12:01

18     Q.   Do you have any recollection of ██████     12:01

19     █████████████████████████████████████████      12:01

20     █████████████████████████████                  12:01

21     ████████████?                                  12:01

22     A.   I don't specifically remember.            12:01

23     Q.   Do you generally remember?                12:01

24     A.   I remember a general ask, but I don't     12:01

25     remember the details of it.                    12:01
```

Page 96

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.    Was ████████████████    something | 12:01 |
| 2 | that you ever discussed with your colleagues? | 12:01 |
| 3 | A.    I don't remember. | 12:01 |
| 4 | Q.    Do you recall ███████████████ | 12:01 |
| 5 | ██████████████████████████████? | 12:01 |
| 6 | A.    I don't remember. | 12:01 |
| 7 | Q.    You have no recollection of that whatsoever? | 12:02 |
| 8 | A.    No. | 12:02 |
| 9 | Q.    Do you remember what your job was in 2013? | 12:02 |
| 10 | A.    I believe it was a partner manager. | 12:02 |
| 11 | MR. LOESER:  I will move to Exhibit 7. | 12:02 |
| 12 | (Exhibit 7 marked for identification.) | 12:02 |
| 13 | BY MR. LOESER: | 12:02 |
| 14 | Q.    It will show up shortly and we will screen | 12:02 |
| 15 | share the exhibit as well.  It's thinking.  You will | 12:02 |
| 16 | get it.  We're waiting for the document to load. | 12:02 |
| 17 | Okay.  Do you have it?  Can you see the | 12:03 |
| 18 | document?  There we go. | 12:04 |
| 19 | All right.  I'm showing you Exhibit 7, which | 12:04 |
| 20 | is an email from KP.  We can agree to call this | 12:04 |
| 21 | person "KP"; right? | 12:04 |
| 22 | A.    Yes. | 12:04 |
| 23 | Q.    You know who I'm talking to when I say "KP"? | 12:04 |
| 24 | A.    Yes. | 12:04 |
| 25 | Q.    Okay.  And it's an email to Ime Archibong | 12:04 |

Page 97

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | and yourself; is that right? | 12:04 |
| 2 | A.   Yes. | 12:04 |
| 3 | Q.   And it's dated August 21st, 2013.  The | 12:04 |
| 4 | subject "Re: ██████████████████ | 12:04 |
| 5 | ██████████."  Is that right? | 12:04 |
| 6 | A.   Yes. | 12:04 |
| 7 | Q.   There is an attachment that says, "████████ | 12:04 |
| 8 | ██████████████████████." | 12:04 |
| 9 | Do you see that? | 12:04 |
| 10 | A.   Yes. | 12:04 |
| 11 | Q.   Can you tell me what "███████████████ | 12:04 |
| 12 | ████████████" relates to? | 12:04 |
| 13 | A.   "██" means ███████, like ███████, | 12:04 |
| 14 | ████████████  I don't know what "██" is referring | 12:05 |
| 15 | to. | 12:05 |
| 16 | Q.   Do you think that might refer to ████████ | 12:05 |
| 17 | that we just went through? | 12:05 |
| 18 | A.   I -- I don't recall specifically. | 12:05 |
| 19 | Q.   Okay.  Do you want to take -- | 12:05 |
| 20 | MR. FALCONER:  My apologies.  My mic was | 12:05 |
| 21 | muted.  I had a form objection to that last | 12:05 |
| 22 | question.  Sorry.  I was late on that. | 12:05 |
| 23 | BY MR. LOESER: | 12:05 |
| 24 | Q.   I'm going to ask you some questions about | 12:05 |
| 25 | this email string, and I can just jump right in or | 12:05 |

Page 98

| | | |
|---|---|---|
| 1 | if you want to flip through the document first, | 12:05 |
| 2 | that's fine too. | 12:05 |
| 3 |     A.   Yes.  If I can have one minute to look, that | 12:05 |
| 4 | would be great.  Thank you. | 12:05 |
| 5 |        Yes, okay. | 12:06 |
| 6 |     Q.   Okay.  Why don't we go to the beginning of | 12:06 |
| 7 | the email string, so if you flip through to the end | 12:06 |
| 8 | of this document, on the second-to-the-last page, | 12:06 |
| 9 | there's an email from Ime Archibong to you, dated | 12:06 |
| 10 | August 21st, 2013.  Do you see that? | 12:06 |
| 11 |     A.   Yes. | 12:06 |
| 12 |     Q.   And it has the same subject line we read | 12:06 |
| 13 | before? | 12:06 |
| 14 |     A.   Yes. | 12:06 |
| 15 |     Q.   And that email forwards a string -- forwards | 12:06 |
| 16 | an email that you sent down in the paragraph below | 12:07 |
| 17 | it.  Do you see that?  You sent it at 2:30 a.m. | 12:07 |
| 18 |     A.   Yes. | 12:07 |
| 19 |     Q.   Okay.  Let's look at that email.  Why don't | 12:07 |
| 20 | you read the first paragraph of what you wrote to | 12:07 |
| 21 | Ime and Chris. | 12:07 |
| 22 |     A.   "Working with KP to further synthesize | 12:07 |
| 23 | ██████████████████████████████████ | 12:07 |
| 24 | ██████████████████████████████ | 12:07 |
| 25 | ████████████████████████████████████" | 12:07 |

CONFIDENTIAL

```
 1                                    ██████████.                12:07

 2        KP is working on the ████████████████                 12:07

 3   ████████████████████████, but                              12:07

 4   we're also working in parallel to                          12:07

 5        ██████████████████████████████████                    12:07

 6   ████████████████████████████████."                         12:07

 7        Q.   And so does this refresh your recollection        12:07

 8   about your involvement in ██████████████?                   12:07

 9        A.   Not too much because this was the period I        12:07

10   was moving off of this and working on Internet.org,         12:08

11   so I don't recall a lot of the specifics at this            12:08

12   time since I was handing it off.                            12:08

13        Q.   Okay.  But looking at this email, it's fair       12:08

14   to say that this discussion is in the context of ███        12:08

15   ████████████████████████████████████████                   12:08

16   ████████████████████████████████████                       12:08

17   ██████████████; is that right?                              12:08

18        A.   So I don't remember.                              12:08

19        Q.   You just went through █████ document we           12:08

20   looked at before, which described ████████████████          12:08

21   ██████████████████████; right?                              12:08

22        A.   Correct.                                          12:08

23        Q.   And do you have any reason to now think that      12:08

24   ████████████████████████████████████████████               12:08

25   ██████████████████████?                                     12:08
```

Page 100

CONFIDENTIAL

```
 1        A.    So I --                                         12:08
 2              MR. FALCONER:   Objection to form.              12:08
 3              THE WITNESS:   So I don't remember enough to    12:08
 4    make that connection.                                     12:08
 5    BY MR. LOESER:                                            12:08
 6        Q.    So looking at your email, it looks like you     12:08
 7    came up with ████████████████████████████████            12:08
 8    ███████████████████████████████████████                  12:09
 9    ██████████; is that right?                                12:09
10              DEPOSITION REPORTER:   Excuse me.   There was   12:09
11    an interruption in the audio.   Can you repeat your       12:09
12    question, please, Counsel.                                12:09
13    BY MR. LOESER:                                            12:09
14        Q.    Yeah.   Looking at your email, it appears       12:09
15    that you're ██████████████████████████████████           12:09
16    ████████████████████████████████████████████             12:09
17    ████████████████████████████; right?                     12:09
18        A.    So, then, I don't remember enough to make       12:09
19    that assertion.                                           12:09
20        Q.    Okay.   Well, let's just look through your      12:09
21    tabs.   The first tab you have -- these are your          12:09
22    words; right?   You wrote this email?                     12:09
23        A.    It looks like it, yes.                          12:09
24        Q.    ████████████████and, again, "██" means         12:09
25    something --                                              12:09
```

Page 101

CONFIDENTIAL

```
 1      A.    ██ .                                          12:09

 2      Q.    ██ , that means ████████ ?                    12:09

 3      A.    I believe ██████████ .                        12:09

 4      Q.    Okay.  So you have three bullets there;       12:09

 5   right?                                                 12:09

 6      A.    Yes.                                           12:09

 7      Q.    Okay.  The first bullet is:                   12:09

 8            "███████████████████████████                  12:10

 9            ████████████████████████                      12:10

10            ███████ ."                                    12:10

11            Do you know what that refers to?              12:10

12      A.    I don't remember.                             12:10

13      Q.    The second bullet says:                       12:10

14            "████████████████████████ ."                  12:10

15            Do you know what that refers to?              12:10

16      A.    I don't remember.                             12:10

17      Q.    And the third bullet is:                      12:10

18            "███████████████████████ ."                   12:10

19            Do you know what that refers to?              12:10

20      A.    I don't remember.                             12:10

21      Q.    Okay.  But looking at this email, and read    12:10

22   the email, see if it refreshes your recollection.     12:10

23   It appears that you are talking about ████████         12:10

24   ███████████████████████████                           12:10

25   ████████████ ; right?  That's what this email         12:10
```

                                              Page 102

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | is about? | 12:10 |
| 2 | A.    Sorry.  Can you say that question again? | 12:10 |
| 3 | Q.    Yeah.  Looking at this email, it appears | 12:10 |
| 4 | that you were involved in ███████████████████ | 12:10 |
| 5 | ████████████████████████████████████████ | 12:11 |
| 6 | ██████████████████████████████. | 12:11 |
| 7 | A.    I believe I was asked to pull together a | 12:11 |
| 8 | spreadsheet for analysis, but I don't really recall | 12:11 |
| 9 | like in-depth details around that. | 12:11 |
| 10 | Q.    Do you recall your involvement in coming up | 12:11 |
| 11 | with ███████████████████████████ | 12:11 |
| 12 | ████████████████████████████████████ | 12:11 |
| 13 | █████████████████? | 12:11 |
| 14 | A.    I don't remember.  Again, I was | 12:11 |
| 15 | transitioning so I -- this was not the top of my | 12:11 |
| 16 | mind. | 12:11 |
| 17 | Q.    This didn't seem important to you? | 12:11 |
| 18 | A.    No. | 12:11 |
| 19 | Q.    Let's look under your "████████████." | 12:11 |
| 20 | Your first bullet says: | 12:11 |
| 21 | "███████  ████████████████████ | 12:11 |
| 22 | ███████████████████████." | 12:11 |
| 23 | What are you saying there? | 12:11 |
| 24 | A.    I am saying what it states, which is "███ | 12:11 |
| 25 | ████  ████████████████████████████ | 12:12 |

Page 103

CONFIDENTIAL

```
 1    ██████████████        ."                      12:12

 2        Q.    And what you mean there is ███████████   12:12

 3    ████████████████████████████, there could      12:12

 4    be ████████████?                                12:12

 5        A.    Again, I --                           12:12

 6              MR. FALCONER:  Objection.  Form.       12:12

 7              THE WITNESS:  -- I don't recall at the time   12:12

 8    to specify exactly what it is connected to.     12:12

 9    BY MR. LOESER:                                  12:12

10        Q.    Just a blank slate for you?           12:12

11              MR. FALCONER:  Objection.  Form.       12:12

12              THE WITNESS:  Sorry.  Is that a question   12:12

13    or...                                           12:12

14    BY MR. LOESER:                                  12:12

15        Q.    Yeah.  Yeah.  Even looking at the email that   12:12

16    you wrote about this, you just can't remember   12:12

17    anything about it?                              12:12

18        A.    Yes.  So, again, I was transitioning to a   12:12

19    new role, so this was not the top of my mind, and I   12:12

20    don't remember this.                            12:12

21        Q.    Is it fair to say that it was at the top of   12:12

22    your mind when you wrote this?                  12:12

23        A.    I don't remember at that time.         12:12

24        Q.    Well, let's look at the next bullet:   12:12

25              "████████████:  ██████████████       12:13
```

                                      Page 104

CONFIDENTIAL

```
 1   ███████████████████████████████████        12:13
 2   ███████████████████████████.  Should         12:13
 3   decide if █████████████████████             12:13
 4   ████████████████████████                    12:13
 5   ██████████."                                12:13
 6   What does it mean ████████████              12:13
 7   "███████████████████████"?                  12:13
 8       A.   So I can't infer what it meant at that time, 12:13
 9   but strategic value generally means something that  12:13
10   is of business value.                       12:13
11       Q.   Okay.  And so you're making a recommendation 12:13
12   here for ████████████████████████████████  12:13
13   ███████████████; is that right?            12:13
14       A.   I don't remember specifically, so I don't  12:13
15   know how to answer that.                    12:13
16       Q.   Okay.  It looks like in the email, you knew 12:13
17   enough about what ██████████████████████    12:13
18   use those words in this email and talk about what  12:13
19   should happen with that?                    12:14
20       A.   So, again, I don't remember enough at the  12:14
21   time to say that was the state of my mind.  I don't  12:14
22   know.                                       12:14
23       Q.   And what do you mean when you say, "Should  12:14
24   decide if ████████████████████████████████ 12:14
25   ████████████████████████"?                  12:14
```

```
 1            MR. FALCONER:  Objection.  Asked and       12:14
 2    answered.                                          12:14
 3            THE WITNESS:  Sorry.  What was the question 12:14
 4    again?                                             12:14
 5    BY MR. LOESER:                                     12:14
 6       Q.   So this conversation, as this email string 12:14
 7    shows, is about ████████████████████████           12:14
 8    ████████████████████; right?                       12:14
 9       A.   Again, I don't remember enough to say that. 12:14
10    I don't know.                                      12:14
11       Q.   Okay.  You understand from the ████████     12:14
12    document we just went through that ███████████      12:14
13    ████████████████████████████████████████████████   12:14
14    █████████?                                          12:14
15            MR. FALCONER:  Objection.  Form and         12:15
16    foundation.                                         12:15
17            THE WITNESS:  So, yes, I read that, but I   12:15
18    don't know or remember enough to connect the two   12:15
19    directly.                                          12:15
20    BY MR. LOESER:                                     12:15
21       Q.   What does it mean to "██████████████        12:15
22    █████████"?                                         12:15
23       A.   Meaning ████████████████████████.           12:15
24       Q.   Okay.  When you say "████████████████," what 12:15
25    are ████████████████?  What does "███████████████"  12:15
```

Page 106

CONFIDENTIAL

```
 1   refer to?                                        12:15

 2        A.    Like generally or...                   12:15

 3        Q.    They're your words and your email so... 12:15

 4        A.    Right.  So I don't -- I don't know      12:15

 5   specifically in that context, but "███████████"   12:15

 6   generally would mean ███████████████.             12:15

 7        Q.    Okay.  So you're referring to ████████  12:16

 8   ██████████████████████████████████.               12:16

 9        Do you know what that means, to █████████     12:16

10   ████████████████?                                 12:16

11             MR. FALCONER:  Objection.  Form.         12:16

12             THE WITNESS:  Again, I don't remember.   12:16

13   BY MR. LOESER:                                     12:16

14        Q.    You don't remember what "████████████   12:16

15   ███████████" means in the email you wrote?        12:16

16        A.    No.                                     12:16

17        Q.    And so looking at these words all put   12:16

18   together in this sentence, give me your best       12:16

19   understanding of what you meant when you said, "██ 12:16

20   ████████████████████████████████████              12:16

21   ██████████████████████."                          12:16

22        A.    Again, I can't really speculate like, at 12:16

23   that time, what I was thinking.  It was in 2013, so 12:16

24   I don't remember.                                  12:16

25        Q.    Okay.  And looking at the email you wrote, 12:16
```

Page 107

| | | |
|---|---|---|
| 1 | it doesn't refresh your recollection at all?  Just a | 12:16 |
| 2 | blank slate what this email is about? | 12:16 |
| 3 | A.   Yes.  Again, I was moving to another role so | 12:16 |
| 4 | this was not top of my mind. | 12:16 |
| 5 | Q.   But right now, you read the email; right? | 12:17 |
| 6 | You're not moving to another role right now, are | 12:17 |
| 7 | you? | 12:17 |
| 8 | A.   No. | 12:17 |
| 9 | Q.   So you're able to focus right now on what | 12:17 |
| 10 | this email says; right? | 12:17 |
| 11 | A.   Yes, I can read it. | 12:17 |
| 12 | Q.   And reading these words right now, you have | 12:17 |
| 13 | no understanding of what it referred to? | 12:17 |
| 14 | A.   Correct. | 12:17 |
| 15 | Q.   You understand that you're under oath; | 12:17 |
| 16 | right? | 12:17 |
| 17 | A.   Yes. | 12:17 |
| 18 | MR. FALCONER:  Objection.  Argumentative. | 12:17 |
| 19 | BY MR. LOESER: | 12:17 |
| 20 | Q.   Let's go to the beginning of this string. | 12:17 |
| 21 | Let's look at the -- is KP an important person at | 12:17 |
| 22 | Facebook? | 12:17 |
| 23 | MR. FALCONER:  Objection.  Form. | 12:17 |
| 24 | THE WITNESS:  He's no longer at Facebook. | 12:17 |
| 25 | / / / | 12:17 |

Page 108

```
 1   BY MR. LOESER:                                    12:17

 2       Q.   When he was there, if he sent you an email,  12:17

 3   is that something you likely would just ignore?   12:17

 4       A.   I don't understand.  What do you mean by   12:17

 5   that?  I generally try not to ignore --           12:17

 6       Q.   So on August 21st, 2013 --               12:18

 7       A.   -- email.                                12:18

 8       Q.   -- when you received an email from KP, it's 12:18

 9   likely that you read it; right?                   12:18

10       A.   I don't recall.  He's at this time a partner 12:18

11   manager, so I've already moved on to working on   12:18

12   Internet.org.                                     12:18

13       Q.   So are you saying maybe you just didn't even 12:18

14   read his email?                                   12:18

15       A.   I don't -- I don't remember.  I think it's  12:18

16   possible.  I don't -- I just don't remember       12:18

17   specifically.                                     12:18

18       Q.   Well, let's look at -- he read your email,  12:18

19   so let's look at what he said about it.  If you look 12:18

20   at the second paragraph he writes:                12:18

21           "A little update from my end, and how     12:18

22           I think we should tie this to what        12:18

23           Jackie has put together."                 12:18

24           Now, the "Jackie" he is referring to is you; 12:18

25   right?                                            12:18
```

Page 109

CONFIDENTIAL

```
 1     A.    Correct.                                      12:18

 2     Q.    "Simon managed to ████████████████            12:18

 3           ████ ."                                       12:18

 4           That means ██████ ; right?                    12:18

 5     A.    I believe so.                                 12:18

 6     Q.    "... ███████████████████████████              12:19

 7           ██████████████████████ . You                  12:19

 8           can see █████████████████                     12:19

 9           ███████ . The most interesting ██████         12:19

10           ████████████████████████                      12:19

11           ██████████████████ ."                         12:19

12           Do you see that?                              12:19

13     A.    Yes.                                          12:19

14     Q.    Okay.  Let's go down to No. 3.  Can you read  12:19

15     the paragraph that's No. 3.                         12:19

16     A.    "███████████  ██████████████                  12:19

17           ████████████████████████████                  12:19

18           ██████     Some of them should ██████████     12:19

19           ████████████████████████████ ,               12:19

20           ███████████     In particular for             12:19

21           ██████████████ we should ██████████           12:19

22           ████████████████████ .                        12:19

23           ██████████████ ██████████                     12:19

24           ██████████ ."                                 12:19

25     Q.    Okay.  So KP was endorsing ████████████       12:20
```

Page 110

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ███████████████████; right? | 12:20 |
| 2 | A.   That's how it reads, yes. | 12:20 |
| 3 | Q.   And that ████████████████████████ | 12:20 |
| 4 | ███████████████; is that right? | 12:20 |
| 5 | A.   That's what it seems to be. | 12:20 |
| 6 | Q.   And ███████████████, those are the | 12:20 |
| 7 | really -- those are ████████████████████; | 12:20 |
| 8 | right? | 12:20 |
| 9 | A.   Yes.  I believe so, yeah. | 12:20 |
| 10 | Q.   Those are █████████████████████ | 12:20 |
| 11 | ██████ then? | 12:20 |
| 12 | MR. FALCONER:  Objection.  Form. | 12:20 |
| 13 | THE WITNESS:  I guess that's a little broad, | 12:20 |
| 14 | so I don't know.  I think it depends. | 12:20 |
| 15 | BY MR. LOESER: | 12:20 |
| 16 | Q.   Okay.  But these ███████████████████ | 12:20 |
| 17 | █████████████████████████████████████, | 12:20 |
| 18 | ████████████████████████████? | 12:20 |
| 19 | A.   I believe so. | 12:20 |
| 20 | Q.   And in -- KP's recommendation is ██████ | 12:20 |
| 21 | ███████████████; right? | 12:21 |
| 22 | A.   That's what it says, yes. | 12:21 |
| 23 | Q.   And ██████████████████████████████ | 12:21 |
| 24 | ██████████████████████████████████████ | 12:21 |
| 25 | ███████████; right? | 12:21 |

Page 111

CONFIDENTIAL

```
 1          MR. FALCONER:  Objection.  Form.              12:21
 2          THE WITNESS:  So I don't remember enough      12:21
 3    beyond what it says in the email.                   12:21
 4    BY MR. LOESER:                                      12:21
 5       Q.   All right.  But what it says in the email is 12:21
 6    ████████████████████████████████████████████       12:21
 7    ███████; right?                                     12:21
 8          MR. FALCONER:  Objection.  Form and           12:21
 9    foundation.                                         12:21
10          THE WITNESS:  So I don't remember ████        12:21
11    ██████████████████.                                 12:21
12    BY MR. LOESER:                                      12:21
13       Q.   I'm not asking you if you remember ████     12:21
14    █████████████.  I'm asking you if, when he says     12:21
15    "████████████████████," that refers to ████         12:21
16    █████████████████; right?  That's -- that's         12:21
17    there --                                            12:21
18       A.   I --                                        12:21
19          MR. FALCONER:  Same objections.               12:21
20          THE WITNESS:  So, again, I don't know what    12:22
21    ███████████████████████.                            12:22
22    BY MR. LOESER:                                      12:22
23       Q.   Well, now you don't know that -- when he    12:22
24    says "██████████████████████," you're saying you    12:22
25    don't know that ███████████████████████             12:22
```

                                              Page 112

CONFIDENTIAL

```
 1    ██████████████████?                          12:22
 2        A.   Yes.   It was 2013.  I don't remember that.  12:22
 3        Q.   Okay.  But you just read this whole string  12:22
 4    and it starts with ████████████████████████  12:22
 5    █████████████████████.   And --              12:22
 6        A.   It wasn't -- I think that email --   12:22
 7             MR. FALCONER:  Objection.  Objection.  Form  12:22
 8    and foundation, but go ahead.               12:22
 9             THE WITNESS:  I think that email is  12:22
10    referring to ██████████, so I don't know what  12:22
11    ████████████.                                12:22
12    BY MR. LOESER:                               12:22
13        Q.   Miss Chang, we went through the email that  12:22
14    starts this string; right?  And that's the email you  12:22
15    sent.                                        12:22
16        A.   Correct.                            12:22
17        Q.   Okay.  In the email you sent you describe █  12:22
18    █████████████████████████████████████        12:22
19    ████████████████████████████████████████     12:23
20    ███████████████████.   That was included in ██████  12:23
21    ██████████; right?                           12:23
22             MR. FALCONER:  Objection.  Form and  12:23
23    foundation.                                  12:23
24             THE WITNESS:  So I wouldn't classify it ███  12:23
25    ████████████.   It was -- it looks to be a █████████  12:23
```

Page 113

| | | |
|---|---|---|
| 1 | requested by Ime and Chris for me to pull together. | 12:23 |
| 2 | BY MR. LOESER: | 12:23 |
| 3 | Q.   I think the email makes it pretty clear the | 12:23 |
| 4 | ████████████████████████████████████████████ | 12:23 |
| 5 | ████████████████; right?  Isn't that what we | 12:23 |
| 6 | read? | 12:23 |
| 7 | A.   I don't know what is specifically on that | 12:23 |
| 8 | ██████████. | 12:23 |
| 9 | Q.   Well, it says right in the email what's on | 12:23 |
| 10 | it.  It says: | 12:23 |
| 11 | "Simon managed to ██████████████ | 12:23 |
| 12 | ████████████████████████████ | 12:23 |
| 13 | ████████████████████████.  You can | 12:23 |
| 14 | see ████████████████████." | 12:23 |
| 15 | So that is what the ██████████ is; right? | 12:23 |
| 16 | MR. FALCONER:  Objection.  Form. | 12:23 |
| 17 | BY MR. LOESER: | 12:23 |
| 18 | Q.   That is how it is described in this | 12:23 |
| 19 | document. | 12:23 |
| 20 | A.   I -- | 12:23 |
| 21 | MR. FALCONER:  Same objection. | 12:23 |
| 22 | THE WITNESS:  So I don't know.  It sounds | 12:23 |
| 23 | like he's referring to ██████████████████ | 12:24 |
| 24 | ████████████████. | 12:24 |
| 25 | / / / | 12:24 |

Page 114

CONFIDENTIAL

```
 1    BY MR. LOESER:                                      12:24

 2        Q.    Right.  It's attached, "███████████      12:24

 3    ██████████████████."  Do you see that?             12:24

 4        A.    Correct.                                  12:24

 5        Q.    Okay.  So let's look at the bottom of KP's 12:24

 6    email in which he -- under No. 3 he says, "...███   12:24

 7    █████████████████████████," and then let's          12:24

 8    go to the bottom of this email he writes:            12:24

 9            "As a general note, I think we need         12:24

10            to carry on with this exercise to           12:24

11            figure out if there are ████████            12:24

12            ████████████████████████████               12:24

13            ████████████████████████████               12:24

14            ████████████, before we can                 12:24

15            make a decision for ████████████ in         12:24

16            ████████████.  For both the █████           12:24

17            ██████████████████, we                      12:24

18            can use ██████████████████████              12:24

19            ████████████████████████                    12:24

20            ██████████████████████████                  12:24

21            ██████████████████████████                  12:24

22            ██████████████████████████."                12:24

23            So does that make it pretty clear that what  12:24

24    KP is referring to is what you outlined below?      12:25

25        A.    Yes.                                       12:25
```

CONFIDENTIAL

```
 1            MR. FALCONER:  Objection.  Form.              12:25
 2   BY MR. LOESER:                                         12:25
 3       Q.   I'm sorry.  Your answer was what?             12:25
 4       A.   I see that's what he wrote.                   12:25
 5       Q.   Your answer was yes; right?                   12:25
 6       A.   Well, what was the question?                  12:25
 7            MR. LOESER:  Will you re-read the question.   12:25
 8            (Record read as follows:                      12:25
 9             "Q.  So does that make it pretty clear       12:24
10             that what KP is referring to is what you     12:25
11             outlined before?")                           12:25
12            DEPOSITION REPORTER:  And I got an answer,    12:25
13   "yes."                                                 12:25
14            MR. LOESER:  As long as you got that answer.  12:25
15            MR. FALCONER:  Derek, just a reminder, we     12:25
16   have about five minutes until we need to break.        12:25
17            MR. LOESER:  I will just note for the record  12:25
18   that the attachment to this -- to Exhibit 7, "█████    12:26
19   ████████████████████████████████" that was produced in 12:26
20   a native format and we have not added it as an         12:26
21   exhibit because the ███████████████████████████        12:26
22   ████████████████████████████████                       12:26
23   ██████████████████████████████████████                 12:26
24   ████.                                                   12:26
25   / / /                                                   12:26
```

Page 116

CONFIDENTIAL

```
 1    BY MR. LOESER:                                      12:26

 2        Q.    And Miss Chang, do you recall looking at the 12:26

 3    attachment to this email and ███████████████       12:26

 4    ███████████?                                        12:26

 5        A.    No.                                        12:26

 6              MR. LOESER:   Okay.   We can move on from that 12:26

 7    exhibit.                                             12:26

 8    BY MR. LOESER:                                       12:26

 9        Q.    Now, Miss Chang, you are aware that Graph  12:26

10    API version 1 was replaced with Graph API version 2; 12:27

11    right?                                               12:27

12        A.    I don't know specifically.                 12:27

13        Q.    You're aware based upon the work you did   12:27

14    coming up with ███████████████████████              12:27

15    ████████████████████████████████████                12:27

16    ██████████████████████████████████████████████      12:27

17    ███████████████████████████████; right?             12:27

18        A.    So, again, I don't remember.               12:27

19        Q.    You don't remember now, but you were       12:27

20    involved in that -- in those discussions in that     12:27

21    process then; right?                                 12:27

22        A.    No, I can't make that assertion as I don't  12:27

23    remember.                                            12:27

24        Q.    Okay.   We just went through and spent quite 12:27

25    a bit of time on an email that included ██████████   12:27
```

Page 117

CONFIDENTIAL

```
 1   ████████████████████████████████████      12:27

 2   ████████████████████████████████████      12:27

 3   ███████████████████████████; right?        12:27

 4            MR. FALCONER:  Objection.  Argumentative.   12:27

 5            THE WITNESS:  So, again, I don't know.      12:27

 6   BY MR. LOESER:                                        12:27

 7       Q.   Now, Miss Chang, you were directly involved  12:28

 8   in making the determination -- coming up with █    12:28

 9   ████████████████████████████████████      12:28

10   ███████████████████████████              12:28

11   ██████████; right?                          12:28

12       A.   So, again, I don't remember enough to say    12:28

13   that ████████████████.  I just prepared a   12:28

14   ███████████ that was requested by Ime and Chris, as  12:28

15   it said in the email.                                 12:28

16       Q.   Tell me everything you can remember about    12:28

17   your involvement in █████████████████      12:28

18   ████████████████████████████              12:28

19   ██████████.                                12:28

20       A.   So, again, I don't remember.  I moved on to  12:28

21   Internet.org.  I don't know what happened after that  12:28

22   spreadsheet.                                          12:28

23       Q.   I didn't ask you if you remember what        12:28

24   happened after that.  I am just asking you to         12:28

25   describe for me, what is the sum total of what you    12:28
```

Page 118

```
 1    remember about your role in figuring out ████        12:28
 2    ████████████████████████████████████████             12:28
 3    ██████████ .                                          12:29
 4         A.   I don't remember.                           12:29
 5         Q.   Did you receive annual performance reviews? 12:29
 6         A.   In what year?                               12:29
 7         Q.   In any year.                                12:29
 8         A.   I received a performance review.            12:29
 9         Q.   And in connection with your performance     12:29
10    review, were you required to describe what you did    12:29
11    during the year that was being reviewed?              12:29
12         A.   I believe so, yes.                          12:29
13         Q.   And in those performance reviews, were you  12:29
14    careful to make sure that you described all of the    12:29
15    important, or at least the most important things,     12:29
16    you worked on?                                        12:29
17         A.   At that time, yes.                          12:29
18         Q.   And so if this ████████████████ and         12:29
19    your role in determining ██████████████               12:29
20    ██████████████████████████████████ was               12:29
21    an important part of that year, that would be likely  12:29
22    discussed in the performance review?                  12:30
23         A.   I don't know.  I can't speculate that.      12:30
24         Q.   Okay.  Would that be generally an accurate  12:30
25    statement, though, that the tasks that you performed  12:30
```

Page 119

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that were important were likely the tasks that were | 12:30 |
| 2 | discussed in your review? | 12:30 |
| 3 | A.   I'm not sure.  I don't know. | 12:30 |
| 4 | Q.   What's the documentation that's created for | 12:30 |
| 5 | performance reviews? | 12:30 |
| 6 | A.   I'm not sure I understand. | 12:30 |
| 7 | Q.   Do you fill something out to describe the | 12:30 |
| 8 | work you've done? | 12:30 |
| 9 | A.   So we have a tool, a performance tool, but I | 12:30 |
| 10 | don't know if that was -- I don't remember if that | 12:30 |
| 11 | was there that year. | 12:30 |
| 12 | Q.   Do you recall -- well, what years do you | 12:30 |
| 13 | recall that being there? | 12:30 |
| 14 | A.   I don't know -- I don't know specifically | 12:30 |
| 15 | what year, but it's -- I mean, I know it exists, but | 12:30 |
| 16 | I don't remember what year exactly it started. | 12:30 |
| 17 | Q.   Do you recall that you generally were | 12:30 |
| 18 | reviewed every year? | 12:31 |
| 19 | A.   I don't -- I don't think so. | 12:31 |
| 20 | Q.   Okay.  And do you recall any paperwork | 12:31 |
| 21 | whatsoever being handed to you in connection with | 12:31 |
| 22 | your performance reviews? | 12:31 |
| 23 | A.   Paperwork or... | 12:31 |
| 24 | Q.   Did you fill anything out at all?  Did you | 12:31 |
| 25 | write anything down to describe the work you did | 12:31 |

<div align="right">Page 120</div>

| | | |
|---|---|---|
| 1 | that was being reviewed? | 12:31 |
| 2 | A.   So, again, I think it depends on what year, | 12:31 |
| 3 | but there is a tool.  We fill it out, so I don't -- | 12:31 |
| 4 | I guess if you can be more specific. | 12:31 |
| 5 | Q.   When you're being reviewed, do the people | 12:31 |
| 6 | you report to write something about you? | 12:31 |
| 7 | A.   Generally? | 12:31 |
| 8 | Q.   Generally. | 12:31 |
| 9 | A.   Yes. | 12:31 |
| 10 | MR. LOESER:  Counsel, I don't think we have | 12:31 |
| 11 | received any performance reviews from Miss Chang, | 12:31 |
| 12 | and to the extent any of them discuss any of the | 12:31 |
| 13 | topics related to this case, we would ask to make | 12:31 |
| 14 | sure that those are produced. | 12:32 |
| 15 | MR. FALCONER:  Great.  And we have just hit | 12:32 |
| 16 | 12:30, so let's go ahead and take our lunch break. | 12:32 |
| 17 | It's going to be an hour, so we'll be back at 1:30. | 12:32 |
| 18 | Maybe 1:35, but somewhere in there. | 12:32 |
| 19 | MR. LOESER:  Okay.  Can we get a count on | 12:32 |
| 20 | time remaining? | 12:32 |
| 21 | THE VIDEOGRAPHER:  Sure.  Would you like me | 12:32 |
| 22 | to do that once we go off the record or right now? | 12:32 |
| 23 | MR. LOESER:  Yeah, that's fine. | 12:32 |
| 24 | THE VIDEOGRAPHER:  Okay.  This marks the end | 12:32 |
| 25 | of media No. 2 in the deposition of Jackie Chang. | 12:32 |

Page 121

| | | |
|---|---|---|
| 1 | Off the record.  The time is 12:32. | 12:32 |
| 2 | (Lunch recess.) | 12:32 |
| 3 | THE VIDEOGRAPHER:  This marks the beginning | 13:35 |
| 4 | of media No. 3 in the deposition of Jackie Chang. | 13:35 |
| 5 | We are back on the record.  The time is 1:35. | 13:35 |
| 6 | BY MR. LOESER: | 13:35 |
| 7 | Q.  Good afternoon, Miss Chang.  When we left | 13:35 |
| 8 | off, we were talking about Exhibit 7.  And as we | 13:35 |
| 9 | saw, there was an attachment indicated in that | 13:35 |
| 10 | exhibit that, in Exhibit 7, is described as "█████ | 13:35 |
| 11 | ██████████████████████████." | 13:35 |
| 12 | Do you recall our discussion of that? | 13:35 |
| 13 | A.  Sorry.  I'm just opening it up.  Yes. | 13:36 |
| 14 | MR. LOESER:  I would like to introduce as | 13:36 |
| 15 | Exhibit 8 the actual attachment, which we will | 13:36 |
| 16 | introduce as the native file Excel spreadsheet.  And | 13:36 |
| 17 | then I will screen share and we can look through | 13:36 |
| 18 | some folders.  This might take two hours to upload. | 13:36 |
| 19 | (Exhibit 8 marked for identification.) | 13:36 |
| 20 | MR. LOESER:  Oh, look.  It's already there. | 13:36 |
| 21 | BY MR. LOESER: | 13:36 |
| 22 | Q.  And, Miss Chang, I will represent to you | 13:36 |
| 23 | that this is ████████████████████ that is | 13:36 |
| 24 | referred to in KP's August 21st, 2013 email.  And if | 13:36 |
| 25 | you look at ████████████████████████, there's a | 13:36 |

Page 122

CONFIDENTIAL

```
 1    ████████████████████.  Are you familiar at all with    13:37
 2    Excel?                                                  13:37
 3         A.   Yes, the service, yeah.                       13:37
 4         Q.   And is that something -- do you use Excel     13:37
 5    regularly?                                              13:37
 6         A.   I guess.  Not lately, but yeah.               13:37
 7         Q.   Do you know how to navigate your way around   13:37
 8    an Excel file?                                          13:37
 9         A.   Yes.                                          13:37
10         Q.   Now, if you look at the bottom, there's a     13:37
11    series of folders that are identified; is that          13:37
12    right?                                                  13:37
13         A.   Yes.                                          13:37
14         Q.   And do you see that it says, "████████"?      13:37
15         A.   Yes.                                          13:37
16         Q.   And then there is a series of folders; the    13:37
17    first one "███████████," the second one "███████"       13:37
18    ████, the next one, "██████," the next one              13:37
19    "████████" and it goes on.  And there's a whole         13:37
20    bunch of folders.                                       13:37
21              Is it fair to say that those folders are      13:37
22    █████████████████████?                                  13:37
23         A.   If you're referring to the tabs, the tabs do  13:37
24    list ██████.                                            13:38
25         Q.   And are those also ████████████████████       13:38
```

Page 123

CONFIDENTIAL

```
 1        ██████████?  So there's --                    13:38

 2             MR. FALCONER:  Objection.  Form.          13:38

 3   BY MR. LOESER:                                      13:38

 4        Q.   Would that be fair, ██████████████        13:38

 5   ██████████████████████████?  Are                    13:38

 6   those -- are the words "████████" and "██████" kind of   13:38

 7   synonymous?                                          13:38

 8        A.   I don't know.                              13:38

 9        Q.   Okay.  But if you looked at these folders,  13:38

10   you would refer to them as ████████████████████?    13:38

11        A.   Yes, they are █████, or the ████████████   13:38

12   ████.                                                13:38

13        Q.   It looks like there's ██████████████████   13:38

14   ██████████████ there is ████████████████████         13:38

15   ██████████████████████████; right?                   13:38

16        A.   As I can see -- sorry, a question.  Do I   13:38

17   have access to this fully or --                      13:39

18        Q.   No.  Unfortunately, we are just screen     13:39

19   sharing.                                             13:39

20        A.   Oh, okay.  Got it.                         13:39

21             MR. FALCONER:  It is in the Exhibit Share if 13:39

22   you want to look at it.                              13:39

23             THE WITNESS:  Okay.  Got it.  I am going to 13:39

24   open it.  Okay.                                      13:39

25             Sorry, can you repeat your question?       13:39
```

Page 124

```
 1    BY MR. LOESER:                                              13:39

 2        Q.   Yeah.  If you look down at the bottom where        13:39

 3    it lists all those ███████████████████████                 13:39

 4    ████, which of those types did you interact with in        13:39

 5    your role with partners?                                   13:39

 6        A.   I can't make that assertion because I              13:39

 7    wouldn't say I'm tied to a tab.                             13:39

 8        Q.   Did you work with ███████████████████████          13:39

 9    ████?                                                       13:39

10        A.   I worked with ██████████████████████              13:39

11    ████████████, but I did not work ████████████████          13:39

12    ████████████.                                              13:39

13        Q.   Okay.  And over the long time that you have        13:40

14    been working with partners, I gather that there were       13:40

15    lots of different types of partners that you worked        13:40

16    with that may have had a number of these different         13:40

17    types of apps.  Is that fair to say?                       13:40

18        A.   Sorry.  I don't understand that.  You mean        13:40

19    that fall into different categories or...                  13:40

20        Q.   Yeah.  You work maybe with ████████████████       13:40

21    ████████████████████.  You work with ████████████████      13:40

22    ████████████████████████████; right?                       13:40

23        A.   No.  I don't know where I could classify          13:40

24    that with specificity.                                     13:40

25        Q.   Can you just generally describe to me -- if       13:40
```

Page 125

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you look at these different tabs, did you -- were | 13:40 |
| 2 | you involved in ███████████████████████████ | 13:40 |
| 3 | █████████████? | 13:40 |
| 4 | A.   I recognize ███████████. | 13:40 |
| 5 | Q.   Well, let me just pick a few and ask you. | 13:40 |
| 6 | Did you interact with ███████████████████████ | 13:41 |
| 7 | ████? | 13:41 |
| 8 | A.   Yes.   I've worked with █████. | 13:41 |
| 9 | Q.   Okay.   Did you interact with ████████ | 13:41 |
| 10 | ████████████? | 13:41 |
| 11 | A.   I worked with -- let me see.   I don't | 13:41 |
| 12 | remember. | 13:41 |
| 13 | Q.   Okay.   Let's look at the "███████████" | 13:41 |
| 14 | folder.   Now, if we look at this folder and we go up | 13:41 |
| 15 | to the top, it has an "████████████," do you see | 13:41 |
| 16 | that?   So, for example, "██████████." | 13:41 |
| 17 | A.   Yes. | 13:42 |
| 18 | Q.   And then there is an "█████████"; right? | 13:42 |
| 19 | A.   Yes. | 13:42 |
| 20 | Q.   And is that ████████████████████ | 13:42 |
| 21 | that ████████████████████? | 13:42 |
| 22 | A.   It's their ████████████████████ | 13:42 |
| 23 | ██████████████████████████████████████ | 13:42 |
| 24 | █████████████████. | 13:42 |
| 25 | Q.   So that's like a ██████████████████████ | 13:42 |

Page 126

CONFIDENTIAL

```
 1    ███████████████████████████████?              13:42

 2         A.    It's an identification.              13:42

 3         Q.    Okay.  And the next column says "MAUs."  Do    13:42

 4    you know what MAUs are?                         13:42

 5         A.    Monthly active users.                13:42

 6         Q.    Okay.  And the next column says      13:42

 7    "████████████."  Do you know what ████████ are?  13:42

 8         A.    Yes.                                 13:42

 9         Q.    Okay.  What are ██████████?          13:42

10         A.    ██████████ are ██████████ that ██████  13:42

11    █████████.                                      13:42

12         Q.    When you say "████████████," those are  13:42

13    █████████████████████; is that right?          13:42

14         A.    So, again, I don't know the technical  13:43

15    specificity where I can make that association.  But  13:43

16    my general understanding is ████████████████    13:43

17    ███████████████████████████                     13:43

18    █████████████████████████████████,              13:43

19    ████████████████████████████████████            13:43

20    █████████████████████.                          13:43

21         Q.    Okay.  So staying with ████████████, the  13:43

22    ████████████████ is "████████████."  You know   13:43

23    what --                                         13:43

24         A.    Sorry, I can't -- oh, wait.  I will look at  13:43

25    yours.  Sorry.                                  13:43
```

Page 127

CONFIDENTIAL

```
 1      Q.    You see the ███████████ , the first one is     13:43
 2   "████████████████"?   Like, do you have an              13:43
 3   understanding what ██████████████████████               13:43
 4   ████████████████████████████████?                       13:43
 5      A.    I don't remember.                               13:43
 6      Q.    What about "████████████████"?   What do you    13:43
 7   think that tells ████████████████████████████?          13:44
 8      A.    So, again, I don't remember the, like,          13:44
 9   ████████████████████████████.                           13:44
10      Q.    Can you hazard any kind of an educated          13:44
11   answer as to what ████████████████████████              13:44
12   ███████████?                                             13:44
13      A.    I don't feel --                                 13:44
14            MR. FALCONER:   Objection.                      13:44
15            THE WITNESS:   Sorry.   I don't feel            13:44
16   comfortable just because I don't know the technical      13:44
17   specifics.                                               13:44
18   BY MR. LOESER:                                           13:44
19      Q.    Something about ██████████?                     13:44
20      A.    Again, I don't want to assume that.             13:44
21            MR. LOESER:   Okay.   We can leave this         13:44
22   document, as fascinating as it is.                       13:44
23            If we can go back to Exhibit 7, which is        13:44
24   your August 21st, 2013 email.                            13:44
25   / / /                                                    13:44
```

Page 128

CONFIDENTIAL

```
 1    BY MR. LOESER:                                           13:44

 2       Q.   And if you go to the end of the email string    13:44

 3    where the -- the email that you wrote, that ████████     13:44

 4    ████████████, I have a few questions about that.         13:44

 5            First of all, you say at the beginning of        13:44

 6    your email, "We're working in parallel to ████████       13:45

 7    ████████████████████████████████████████████████        13:45

 8    ████," and then there is -- there's a link there.        13:45

 9    Can you tell me what that link is?                       13:45

10            MR. FALCONER:  Objection.  Form.                 13:45

11            Go ahead, Jackie.                                13:45

12            THE WITNESS:  I don't know specifically.         13:45

13    BY MR. LOESER:                                           13:45

14       Q.   And I gather in this email in native, if you     13:45

15    clicked on that hyperlink, it would take you to a        13:45

16    document?  Is that how that works?                       13:45

17       A.   Yes, that's my understanding.                    13:45

18            MR. LOESER:  Counsel, I don't believe we         13:45

19    have received this document, so please make sure         13:45

20    it's been produced.                                      13:45

21            MR. FALCONER:  We'll -- yeah.  We'll look        13:45

22    into it.                                                 13:45

23            MR. LOESER:  Well, I'm asking you to do a        13:45

24    little more than look into it.  If you can please        13:45

25    make sure it's produced, I would appreciate it.         13:45
```

Page 129

```
1              MR. FALCONER:  Yeah.  I mean, I'm not going    13:46

2    to make that commitment to you, but like I said,        13:46

3    I'll look into it.                                        13:46

4    BY MR. LOESER:                                            13:46

5         Q.   And, Miss Chang, do you have any                13:46

6    recollection of what that hyperlink is for or what       13:46

7    it contains?                                              13:46

8         A.   No, I don't remember.                          13:46

9         Q.   Now, again focusing on the email that you      13:46

10   wrote and you said that you couldn't remember much        13:46

11   about it.  Is it fair to say that when you write an       13:46

12   email, including this email, you intend to portray        13:46

13   accurate information in your email?                       13:46

14        A.   I'm not sure I understand.                     13:46

15        Q.   Is it your practice to send email that          13:46

16   includes false information?                               13:46

17        A.   I -- I don't know.  I don't really             13:46

18   understand that question.                                 13:46

19        Q.   Is it your general practice when you're         13:46

20   communicating with your colleagues to send them an       13:46

21   email that contains false information?                    13:46

22        A.   I -- I don't know.  I -- I usually don't       13:47

23   have that intention.                                      13:47

24        Q.   And so when you wrote this email, is it fair   13:47

25   to assume that you were endeavoring to communicate       13:47
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | accurate information? | 13:47 |
| 2 | MR. FALCONER:  Objection.  Form. | 13:47 |
| 3 | THE WITNESS:  So, again, I don't -- like I | 13:47 |
| 4 | don't remember this.  I don't want to assume like -- | 13:47 |
| 5 | yeah, I don't want to assume anything. | 13:47 |
| 6 | BY MR. LOESER: | 13:47 |
| 7 | Q.   I'm not asking you if you remember this | 13:47 |
| 8 | email.  I'm asking you if -- you sent this email; | 13:47 |
| 9 | right? | 13:47 |
| 10 | A.   That's what it says. | 13:47 |
| 11 | Q.   And it was your general practice when | 13:47 |
| 12 | sending email to communicate accurate information; | 13:47 |
| 13 | right? | 13:47 |
| 14 | A.   Yes. | 13:47 |
| 15 | Q.   And it was not your general practice to | 13:47 |
| 16 | communicate information that you knew to be false; | 13:47 |
| 17 | right? | 13:47 |
| 18 | A.   Again, I feel like that's -- I don't know. | 13:47 |
| 19 | Like I don't know what the information is, so my | 13:47 |
| 20 | intent generally is not -- I don't know the | 13:47 |
| 21 | information itself. | 13:48 |
| 22 | Q.   Right.  I'm not asking you if the | 13:48 |
| 23 | information is or isn't false.  I'm asking you if it | 13:48 |
| 24 | is your intent to generally communicate accurate | 13:48 |
| 25 | information in your -- | 13:48 |

Page 131

```
 1       A.   It is my intent to, yes, provide        13:48

 2   information.                                      13:48

 3       Q.   And you testified you couldn't recall most  13:48

 4   of what we talked about with regard to this email.  13:48

 5            Is there something else that you can think  13:48

 6   of that would refresh your recollection regarding  13:48

 7   the events discussed in this email?               13:48

 8       A.   Not that I know of.                      13:48

 9       Q.   And so would you agree that this email is  13:48

10   the best evidence, that you're aware of, of what you  13:48

11   knew and were thinking at the time regarding these  13:48

12   topics?                                           13:48

13            MR. FALCONER:  Objection.  Form and       13:48

14   foundation.                                       13:48

15            THE WITNESS:  So, again, I can't make that  13:48

16   assumption.                                       13:48

17   BY MR. LOESER:                                    13:48

18       Q.   You can't make the assumption that this  13:48

19   email is the best evidence of what you were thinking  13:48

20   at the time you wrote the email?                  13:48

21       A.   Correct.  I don't know.                   13:49

22       Q.   But you can't remember -- you can't identify  13:49

23   anything else that would be a more accurate        13:49

24   reflection of what you were thinking at the time you  13:49

25   wrote this email?                                  13:49
```

Page 132

CONFIDENTIAL

```
 1      A.   Correct.  I don't -- I don't know, so I    13:49
 2   don't know what the expanse is.                    13:49
 3      Q.   Is it fair to say that if this email doesn't 13:49
 4   refresh your recollection of the events at the time, 13:49
 5   you're not aware of anything else that would?      13:49
 6      A.   I don't -- I don't know.                    13:49
 7      Q.   You don't know if there is any other        13:49
 8   evidence that would refresh your recollection?     13:49
 9      A.   That question would assume I would know,    13:49
10   which I don't know.                                 13:49
11      Q.   But I'm asking you, do you know of any other 13:49
12   evidence that would refresh your recollection?     13:49
13      A.   I don't know.                               13:49
14      Q.   You don't know if there is any other        13:49
15   evidence that would refresh your recollection?     13:49
16      A.   Again, I don't know what I don't know, so I 13:49
17   can't make that assumption that I would know.      13:49
18      Q.   And if there were something else that might 13:50
19   refresh your recollection, what might that be?     13:50
20           MR. FALCONER:  Objection.  Asked and        13:50
21   answered.  Lack of foundation.                      13:50
22   BY MR. LOESER:                                      13:50
23      Q.   You didn't -- there's not like a recorded   13:50
24   transcripts of communications that you had, as far  13:50
25   as you know, is there?                              13:50
```

Page 133

```
 1      A.   I don't -- to my knowledge, I don't think    13:50
 2   so.                                                  13:50
 3      Q.   Is it fair to say that if someone wanted to  13:50
 4   figure out what you were thinking about these topics 13:50
 5   at the time of this email, this email would be a     13:50
 6   good guide for what you were thinking?               13:50
 7           MR. FALCONER:  Objection.  Form and          13:50
 8   foundation.                                          13:50
 9           THE WITNESS:  Again, I can't speculate on    13:50
10   that.                                                13:50
11   BY MR. LOESER:                                       13:50
12      Q.   I'm not asking you to speculate on anything. 13:50
13   I'm just asking you if you think this email would be 13:50
14   a good guide of what you were thinking about the     13:50
15   topics discussed in the email --                     13:50
16      A.   Well, that would require me to speculate.    13:51
17      Q.   What would it require you to speculate at?   13:51
18      A.   You're asking me if I know if this is the    13:51
19   best, which would assume I know what everything is   13:51
20   and I don't know what everything is, so I don't      13:51
21   know.  So I can't make that assumption.              13:51
22      Q.   Let me be specific.  Would you agree that    13:51
23   this email is a good guide of what you were thinking 13:51
24   about the topics discussed in the email at the time  13:51
25   you sent the email?                                  13:51
```

Page 134

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Objection.  Form.  Foundation | 13:51 |
| 2 | and asked and answered. | 13:51 |
| 3 | THE WITNESS:  Again, when you say "good," I | 13:51 |
| 4 | don't know where I could like -- where I could say I | 13:51 |
| 5 | know what a definition of good means. | 13:51 |
| 6 | BY MR. LOESER: | 13:51 |
| 7 | Q.   I will try one more time.  Would you agree | 13:51 |
| 8 | that the email that you wrote is evidence of what | 13:51 |
| 9 | you were thinking about the subjects discussed in | 13:51 |
| 10 | your email at the time you sent the email? | 13:52 |
| 11 | MR. FALCONER:  Objection.  Excuse me. | 13:52 |
| 12 | Objection.  Form. | 13:52 |
| 13 | THE WITNESS:  Again, I don't remember.  I | 13:52 |
| 14 | know the email is there, so I don't want to | 13:52 |
| 15 | speculate what I was thinking because I don't know. | 13:52 |
| 16 | BY MR. LOESER: | 13:52 |
| 17 | Q.   Do you ever go back and read your old emails | 13:52 |
| 18 | to try and understand what you were thinking at some | 13:52 |
| 19 | earlier time? | 13:52 |
| 20 | A.   Generally, no.  I have a lot of emails. | 13:52 |
| 21 | Q.   Have you ever done that? | 13:52 |
| 22 | A.   Have I ever looked at an email? | 13:52 |
| 23 | Q.   Have you ever gone back and looked at an | 13:52 |
| 24 | email you wrote earlier to refresh your recollection | 13:52 |
| 25 | about what you were thinking at the time on a | 13:52 |

Page 135

```
 1   subject?                                          13:52

 2        A.   I have done that.                        13:52

 3        Q.   And when you've done that, have you found 13:52

 4   that you're able to refresh your recollection about 13:53

 5   something you were thinking by reading your old      13:53

 6   email?                                              13:53

 7        A.   That depends.  It depends on whether that 13:53

 8   situation was relevant to me at the time.  So if    13:53

 9   it's tied to this specific scenario, again, I was   13:53

10   working on a lot of different things, so I don't    13:53

11   remember this specific -- and I don't know if that  13:53

12   would be relevant for that specific type of example. 13:53

13        Q.   So I looked through your communication here 13:53

14   to folks, Chris Daniels, KP, Ime Archibong.  I don't 13:53

15   see any reference here -- there is nothing in this  13:53

16   string that tells them not to rely on the           13:53

17   information that you wrote because you were          13:53

18   transitioning to another job; is that right?        13:53

19        A.   I don't think I understand.              13:53

20        Q.   Do you need the question read back?       13:53

21        A.   Well, I can tell you, I don't understand the 13:54

22   intent of the question.                             13:54

23        Q.   How about just answer the question.       13:54

24        A.   I don't know.                             13:54

25        Q.   You don't know if you said somewhere in this 13:54
```

Page 136

| | | |
|---|---|---|
| 1 | email to your colleagues not to rely on the | 13:54 |
| 2 | information that you provided in the email? | 13:54 |
| 3 | Wouldn't that be -- if you had said that, wouldn't | 13:54 |
| 4 | that be like visible on the page we are looking at? | 13:54 |
| 5 | A.   So I didn't write that, but I don't know | 13:54 |
| 6 | what the intent of the question is.  I don't think I | 13:54 |
| 7 | write emails with caveats in mind. | 13:54 |
| 8 | Q.   The question is really simple.  Did you tell | 13:54 |
| 9 | your colleagues when you sent them this email, did | 13:54 |
| 10 | you write in the email, "Don't rely on the | 13:54 |
| 11 | information I'm providing because I'm transitioning | 13:54 |
| 12 | to the job"?  It is a yes-or-no question. | 13:54 |
| 13 | A.   I didn't write that specifically as -- as | 13:54 |
| 14 | it's in the document. | 13:54 |
| 15 | MR. FALCONER:  Sorry, I think my audio is | 13:54 |
| 16 | out.  I had an objection to that last question as | 13:55 |
| 17 | argumentative. | 13:55 |
| 18 | MR. LOESER:  We can go to Exhibit 9.  I will | 13:55 |
| 19 | have this document marked as Exhibit 9.  This is an | 13:55 |
| 20 | email from Brendan Moore to you, dated April 24th, | 13:55 |
| 21 | 2013. | 13:55 |
| 22 | MR. FALCONER:  Derek, I apologize.  I'm | 13:55 |
| 23 | having a hard time hearing you.  Is there any way | 13:55 |
| 24 | you can turn up your audio or move closer to the mic | 13:55 |
| 25 | or anything? | 13:55 |

Page 137

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. LOESER:  Let me try and change -- is | 13:55 |
| 2 | that any clearer? | 13:55 |
| 3 | MR. FALCONER:  Yeah.  That's a little | 13:55 |
| 4 | better.  Thank you. | 13:55 |
| 5 | (Exhibit 9 marked for identification.) | 13:55 |
| 6 | BY MR. LOESER: | 13:55 |
| 7 | Q.   Miss Chang, you are looking at an email from | 13:55 |
| 8 | Brendan Moore to, it looks like, himself and also to | 13:56 |
| 9 | you, dated April 24th, 2013.  Subject, "Message | 13:56 |
| 10 | Summary" with a long number. | 13:56 |
| 11 | Do you see that? | 13:56 |
| 12 | A.   Yes. | 13:56 |
| 13 | Q.   Who is Brendan Moore? | 13:56 |
| 14 | A.   He was a colleague of mine. | 13:56 |
| 15 | Q.   Okay.  Do you know what his job was at the | 13:56 |
| 16 | time? | 13:56 |
| 17 | A.   He was a data analyst.  I don't know if he | 13:56 |
| 18 | was an intern or full time at the time. | 13:56 |
| 19 | Q.   And this email, it looks like it forwards a | 13:56 |
| 20 | chat; is that -- is that right? | 13:56 |
| 21 | A.   It looks to be.  I'm not sure. | 13:56 |
| 22 | Q.   Okay.  And it appears that you had -- you | 13:56 |
| 23 | were communicating with Mr. Moore via chat and that | 13:56 |
| 24 | he sent that communication to himself and to you; is | 13:56 |
| 25 | that right? | 13:56 |

Page 138

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Objection.  Foundation. | 13:56 |
| 2 | THE WITNESS:  I don't know what his intent | 13:57 |
| 3 | was.  I don't know if that was true or not. | 13:57 |
| 4 | BY MR. LOESER: | 13:57 |
| 5 | Q.   Well, I'm not asking about his intent.  I'm | 13:57 |
| 6 | just looking at the document and trying to | 13:57 |
| 7 | understand what it is.  Does it appear to reproduce | 13:57 |
| 8 | a chat that you had with Mr. Moore? | 13:57 |
| 9 | A.   I don't know. | 13:57 |
| 10 | Q.   Okay. | 13:57 |
| 11 | MR. FALCONER:  Derek, can I -- if I | 13:57 |
| 12 | represent that this is just how chats get produced | 13:57 |
| 13 | in discovery, does that help?  Is that helpful? | 13:57 |
| 14 | MR. LOESER:  That is.  Thank you. | 13:57 |
| 15 | BY MR. LOESER: | 13:57 |
| 16 | Q.   If you look at the first line of the chat, | 13:57 |
| 17 | it's from you and it says: | 13:57 |
| 18 | "Question - so for the ████████ - | 13:57 |
| 19 | I noticed a ████████████ | 13:57 |
| 20 | ██████." | 13:57 |
| 21 | Do you recall what the ████████ was? | 13:57 |
| 22 | A.   No, I don't. | 13:57 |
| 23 | Q.   And you don't have any recollection of the | 13:57 |
| 24 | ████████████████████████ | 13:57 |
| 25 | ██████? | 13:57 |

Page 139

CONFIDENTIAL

```
 1        A.   No.                                        13:57
 2        Q.   If we page down the chat, there's a line in  13:57
 3    which you say:                                     13:58
 4             "████████████████████████."              13:58
 5             That's on the second page, about the middle  13:58
 6    of the page.  Actually, I think it is the third   13:58
 7    page.  Third page.  I'm sorry.  There it is.      13:58
 8             Do you see that?                          13:58
 9        A.   Yes.                                      13:58
10        Q.   And do you recall anything about this    13:58
11    conversation about ████████████████████████████   13:58
12    █?                                                 13:58
13        A.   I don't recall this.                      13:58
14        Q.   And if you look down, right below your   13:58
15    ███████████████████████████████████████,          13:58
16    Mr. Moore says:                                   13:59
17             "Some of those ██████████████."          13:59
18             Do you recall what the "██" was?         13:59
19        A.   I know what ██ is generally, but I don't  13:59
20    know which one he's referring to.                 13:59
21        Q.   Okay.  What is GK generally?             13:59
22        A.   A gatekeeper.                            13:59
23        Q.   Okay.  And what is that?                 13:59
24        A.   I don't know the technicals behind that, so  13:59
25    I'm sure I'm explaining incorrectly, but from what I  13:59
```

Page 140

CONFIDENTIAL

```
 1    understand, it's some sort of permissioning --        13:59

 2    permissioning system.                                 13:59

 3        Q.    Permissioning for partners to get access to 13:59

 4    permissions; is that right?                           13:59

 5        A.    Again, I don't know where I can make that   13:59

 6    assertion.  It's more technical than I'm familiar     13:59

 7    with.                                                 13:59

 8        Q.    Okay.  And right after he says, "██████     13:59

 9    ███████████████," Mr. Moore says, "███████            13:59

10    ████████████████████████████████████████              13:59

11    ██████."                                              14:00

12          Do you know what the "██████████████████"       14:00

13    is?                                                   14:00

14        A.    No.                                         14:00

15        Q.    Okay.  Paging down a little further,        14:00

16    Mr. Moore says:                                       14:00

17          "My personal belief is that ████████            14:00

18          ███████████████████████████████                14:00

19          ███████████████████████████████                14:00

20          ██████."                                        14:00

21          Do you know what a "█████████████████"          14:00

22    refers to?                                            14:00

23        A.    No.                                         14:00

24        Q.    No idea?  That is not a term you ever used? 14:00

25    No understanding of it whatsoever?                    14:00
```

                                        Page 141

CONFIDENTIAL

```
 1        A.    I just don't remember.              14:00

 2        Q.    Do you know what a "vertical" is?   14:00

 3        A.    A vertical, I think it depends on what  14:00

 4   context it's being used.                       14:00

 5        Q.    Well, here it's being used in the context of  14:00

 6   apps.  So do you know what it means in that context?  14:00

 7        A.    Again, I don't remember.            14:00

 8        Q.    Just no idea at all; is that what you are  14:00

 9   saying?                                         14:00

10        A.    Correct.                            14:00

11             MR. FALCONER:  Objection.  Asked and  14:00

12   answered.                                       14:00

13   BY MR. LOESER:                                  14:00

14        Q.    Okay.  And then you respond:        14:00

15             "██████████████████████████████      14:01

16   ██████████████████████████████."               14:01

17             So do you know what you were talking about  14:01

18   there?                                          14:01

19        A.    Again, I don't remember.            14:01

20        Q.    On the next page, you say:          14:01

21             "From developer and platform growth,  14:01

22             on our end there are ████████████████  14:01

23   ████████████████████████."                      14:01

24             What did you mean by "███████████     14:01

25   ████████████"?  Let me help you with that.  Your  14:01
```

Page 142

CONFIDENTIAL

```
 1    next line says "███████████████████████      14:01

 2    ████."                                        14:01

 3          So what do you mean by "███████         14:01

 4    ███████████████████████████████████          14:01

 5    ████."                                        14:01

 6       A.   Sorry.  I hear some background sounds. 14:01

 7            So, again, I don't know.              14:02

 8       Q.   Okay.  What do you think you meant by 14:02

 9    "████████████████████████████████████"?      14:02

10    You worked with a lot of partners over a long period 14:02

11    of time.  Do you have any understanding of what it 14:02

12    is for ██████████████████████████████        14:02

13    ███████████████████?                          14:02

14       A.   So, again, I don't remember, so I don't 14:02

15    really -- I can't really guess.               14:02

16       Q.   So if someone said to you today, "Jackie, 14:02

17    ████████████████████████████████████,"       14:02

18    would you have any idea what they meant?      14:02

19       A.   Probably not.                         14:02

20       Q.   If you turn to the next page of the chat, in 14:02

21    the middle, Mr. Moore writes:                 14:02

22            "We don't want the tail to wag the dog. 14:02

23            The first priority is ███████████████ 14:02

24            ████████████.  The second priority is 14:02

25            ████████████."                        14:02
```

Page 143

CONFIDENTIAL

```
 1          Did you agree that the first priority for    14:02
 2   Facebook was ████████████████████████?              14:03
 3      A.   So, again, I don't really remember this     14:03
 4   conversation, so I don't really recall this.        14:03
 5      Q.   Let's keep going.  Right below that you say: 14:03
 6           "To be honest -- I don't think ████          14:03
 7   ████████████████ .  ████████████████                14:03
 8   ██████████████████████████." "                      14:03
 9           So what were you saying there?              14:03
10      A.   Again, I can't really speculate because I   14:03
11   don't remember.                                     14:03
12      Q.   Do you think that ████████████████████████  14:03
13   ███████?                                            14:03
14      A.   Again, I don't remember the context.  I     14:03
15   don't know.                                         14:03
16      Q.   And you say:                                14:03
17           "████████████████████████████."            14:03
18           So did you know what those words meant?     14:03
19      A.   Again, I don't remember, so I don't -- I    14:03
20   can't really assume.                                14:03
21      Q.   So let's just look at this conversation     14:04
22   though and think for a minute.  When you wrote these 14:04
23   words "to be honest -- I don't think ████████        14:04
24   ██████████ .  ████████████████████████              14:04
25   ██████████████," you are telling the jury that you  14:04
```

Page 144

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | have utterly no understanding of what you meant by | 14:04 |
| 2 | that? | 14:04 |
| 3 |        MR. FALCONER:  Objection.  Form and asked | 14:04 |
| 4 | and answered. | 14:04 |
| 5 |        THE WITNESS:  So I don't remember this chat | 14:04 |
| 6 | specifically. | 14:04 |
| 7 | BY MR. LOESER: | 14:04 |
| 8 |    Q.   I'm not asking you if you remember this chat | 14:04 |
| 9 | specifically.  Do you need me to read the question | 14:04 |
| 10 | back? | 14:04 |
| 11 |    A.   Yes. | 14:04 |
| 12 |        MR. LOESER:  Miss Jennings, would you please | 14:04 |
| 13 | read that question back. | 14:04 |
| 14 |        (Record read as follows: | 14:04 |
| 15 |        "Q.  So let's just look at this | 14:04 |
| 16 |        conversation though and think for a | 14:04 |
| 17 |        minute.  When you wrote these words 'to be | 14:04 |
| 18 |        honest, I don't think ██████████ | 14:04 |
| 19 |        ████ .  ██████████████████ | 14:04 |
| 20 |        ████████████ ,' you are telling the | 14:04 |
| 21 |        jury that you have utterly no | 14:04 |
| 22 |        understanding what you meant by that?") | 14:04 |
| 23 |        MR. FALCONER:  Same objections. | 14:05 |
| 24 |        THE WITNESS:  Yes.  Because I don't | 14:05 |
| 25 | remember. | 14:05 |

Page 145

CONFIDENTIAL

```
 1    BY MR. LOESER:                                    14:05

 2         Q.   Go down a little further in your chat.  You  14:05

 3    say:                                              14:05

 4              "Well, I think ███████████             14:05

 5              Facebook goal #1:  ███████             14:05

 6              ████████████████.  But it doesn't      14:05

 7              help with #2:  ████████████.            14:05

 8              Sorry for my rant."                     14:05

 9              So, Miss Chang, what did you mean by    14:05

10    Facebook "Goal #1, ████████████████              14:05

11    ████████"?                                        14:05

12         A.   So, again, I don't remember.            14:05

13         Q.   And as you sit here today, you have utterly  14:05

14    no understanding of what it would mean ██████████  14:05

15    ████████████████?                                 14:05

16         A.   Not in this context of this message.    14:05

17         Q.   Do you have any understanding of it in any  14:05

18    context?                                          14:05

19         A.   Well, ████████████████████████████     14:05

20    ████████████████████████  I know what that       14:06

21    means, but I don't know it in the context of this  14:06

22    message.                                          14:06

23         Q.   What does that mean?                     14:06

24         A.   It means I don't remember this conversation.  14:06

25         Q.   I know, but you said you didn't understand  14:06
```

Page 146

CONFIDENTIAL

```
 1    it in this context.  But what does it mean to you      14:06
 2    right now, as you sit here today, ███████████          14:06
 3    █████████████████████?                                 14:06
 4         A.   It means -- it means the same exact thing as  14:06
 5    it says, which is ██████████████████████████.          14:06
 6         Q.   What does "████████" mean?                    14:06
 7         A.   █████████████.                                14:06
 8         Q.   Okay.  ██████████████████████████; is        14:06
 9    that right?                                            14:06
10         A.   Not necessarily.  To me, it means like       14:06
11    ██████████████.                                        14:06
12         Q.   ███████████████████████?                     14:06
13         A.   ████████████████████████.                    14:06
14         Q.   █████████████?                               14:06
15         A.   █████████████.                               14:06
16         Q.   Okay.  And when you say, "█████████████       14:06
17    ██████," what does that mean to you?  What does it     14:06
18    mean to "██████████████████████"?                      14:06
19         A.   I don't remember.                            14:06
20         Q.   Well, you still work at Facebook.  So as you  14:07
21    sit here today right now, what does "██████████████    14:07
22    ██████" mean to you?                                   14:07
23         A.   It doesn't mean a lot because I don't work    14:07
24    on -- I don't work on ads, and I don't work on the     14:07
25    platform.                                              14:07
```

Page 147

CONFIDENTIAL

```
 1        Q.    So are you telling the jury that the phrase   14:07

 2    "███████████████" has utterly no meaning to you   14:07

 3    now?                                                   14:07

 4        A.    Yes.                                          14:07

 5              MR. FALCONER:  Objection.  Asked and          14:07

 6    answered and argumentative.                            14:07

 7    BY MR. LOESER:                                         14:07

 8        Q.    Which part of it, is it the "████████" or    14:07

 9    the "████" that has no meaning to you?                 14:07

10        A.    Both.  I just don't remember this            14:07

11    conversation, so I don't know what the context of it   14:07

12    is.                                                    14:07

13        Q.    Right.  I'm not asking about the             14:07

14    conversation.  I'm asking you about the words          14:07

15    "██████████████" and I just want to make sure it's     14:07

16    clear for the jury what you are saying.                14:07

17              You have no understanding whatsoever about   14:07

18    what "█████████████" means?                            14:07

19              MR. FALCONER:  Same objections.              14:07

20              THE WITNESS:  Correct.  In this context, I   14:07

21    don't know what it means.                              14:07

22    BY MR. LOESER:                                         14:08

23        Q.    I'm not asking you about this context.  I'm  14:08

24    asking you at all.  Do you have an understanding of    14:08

25    those terms at all?                                    14:08
```

CONFIDENTIAL

```
 1      A.   I think --                              14:08

 2           MR. FALCONER:  Same objection.          14:08

 3           THE WITNESS:  I think it depends.       14:08

 4   BY MR. LOESER:                                  14:08

 5      Q.   Okay.  What does it depend on?          14:08

 6      A.   I think it depends on -- I don't know -- the 14:08

 7   interpretation of it.                           14:08

 8      Q.   Okay.  What's your interpretation of it?  If 14:08

 9   someone were to say to you today, "Miss Chang, can  14:08

10   you tell me what ████████████ is for Facebook?"  14:08

11   How would you answer that question?             14:08

12      A.   I honestly don't know.  I don't work on this 14:08

13   anymore, so I don't know what ███████████ is at  14:08

14   this point.                                     14:08

15      Q.   Okay.  Is this something that you perhaps  14:08

16   knew when you wrote this chat?                  14:08

17      A.   I -- I can't speculate on that.         14:08

18      Q.   So would you have used the terms        14:08

19   "███████████" if you didn't know what they      14:08

20   meant?                                          14:08

21      A.   I'm not sure I understand.              14:08

22      Q.   Well, you wrote it.  So I'm wondering if  14:08

23   when you wrote it, is that your practice to use  14:09

24   terms you have no understanding of when you write to  14:09

25   people?                                         14:09
```

Page 149

CONFIDENTIAL

```
 1      A.   So, again, I don't remember this          14:09
 2   conversation so I don't -- I don't know in that   14:09
 3   context.                                          14:09
 4      Q.   I'm not asking you about it in this context. 14:09
 5   I'm trying to understand how you communicate to   14:09
 6   people.                                           14:09
 7           You used the term "████████████."  You    14:09
 8   don't remember what it means now, but is it fair to 14:09
 9   say you knew what it meant when you wrote this chat? 14:09
10           MR. FALCONER:  Objection.  Foundation.    14:09
11           THE WITNESS:  Again, I don't know.        14:09
12   BY MR. LOESER:                                     14:09
13      Q.   What don't you know?                       14:09
14      A.   I don't know what your question means.     14:09
15      Q.   Really?                                    14:09
16      A.   Yes.                                       14:09
17      Q.   My question is if you understand -- when you 14:09
18   wrote the words "██████████" if you understood    14:09
19   what that meant when you wrote it?                 14:09
20           MR. FALCONER:  Objection.  Asked and      14:09
21   answered.                                          14:09
22           THE WITNESS:  So I don't know what the state 14:10
23   of my mind was at that time, so I can't speculate 14:10
24   that.                                              14:10
25   / / /                                              14:10
```

Page 150

```
 1   BY MR. LOESER:                                          14:10

 2       Q.   But it's fair to say it was not your general 14:10

 3   practice to use words that you didn't understand;      14:10

 4   right?                                                 14:10

 5       A.   I don't -- again, I don't -- I don't know     14:10

 6   what you mean by that.                                 14:10

 7       Q.   It might have been your general practice to   14:10

 8   use words you don't understand?                        14:10

 9       A.   I think it's possible to use words I don't    14:10

10   fully understand, yes.                                 14:10

11       Q.   Do you recall ever talking to any of your     14:10

12   other colleagues ever about what ██████████            14:10

13   means to Facebook?                                     14:10

14       A.   I don't remember.                             14:10

15            MR. LOESER:  The next exhibit is Exhibit 10.  14:11

16            (Exhibit 10 marked for identification.)       14:11

17   BY MR. LOESER:                                         14:11

18       Q.   For the record, Exhibit 10 is an email from   14:11

19   KP to Miss Chang, dated August 23rd, 2013, Subject     14:11

20   line, "Re: ██████████████████████████████."            14:11

21            And looking at the subject line, which is     14:12

22   one we've seen before, can you explain what            14:12

23   "███████████████████████████" means?                   14:12

24       A.   I think, like I said before, I mean, it       14:12

25   means like ████████████.                               14:12
```

Page 151

CONFIDENTIAL

```
 1        Q.    And the reference to "███████████," take a    14:12

 2   minute to look at the email string.  It might help       14:12

 3   you answer the questions if you haven't already.         14:12

 4        A.    Okay.  Okay.                                   14:12

 5        Q.    Okay.  Now, as we -- as I mentioned a moment   14:14

 6   ago, this is an email from KP to you that starts an      14:14

 7   email string.  And the subject is the same as the       14:14

 8   subject of the earlier August 21st email that we         14:14

 9   talked about.                                            14:14

10        And if you go down to the email at the               14:14

11   bottom of the first page, or midway through the         14:14

12   first page, it's an email from you to Chris Daniels,    14:14

13   Ime Archibong and KP, with a CC to Simon Cross,         14:14

14   dated August 22nd, 2013.  Do you see that?              14:14

15        A.    Yes.                                          14:14

16        Q.    And it has that same subject, "██ /██████    14:14

17   ████████████████████"; right?                           14:14

18        A.    Yes.                                          14:14

19        Q.    And if you look at the second paragraph --    14:15

20   let's look at the first paragraph.  You write:          14:15

21        "I don't think we should ███████████              14:15

22        ██████████████████████ yet until we               14:15

23        are in agreement ██████████████████             14:15

24   ██████████████████████████████                         14:15

25   ████████████████████████                               14:15
```

Page 152

CONFIDENTIAL

```
 1        █████████████████████████████.  For        14:15
 2        tomorrow's meeting, I promised             14:15
 3        Constantin that I'd provide him a          14:15
 4        recommendation for our team - if you       14:15
 5        don't see any issues, I'm going to         14:15
 6        give him our top-level doc."               14:15
 7        Do you see that?                           14:15
 8    A.   Yes.                                      14:15
 9    Q.   So this shows, again, your involvement in
10  this subject of ███████████████████████
11  ████████████████; right?
12    A.   It appears so, yes.                       14:15
13    Q.   Okay.  And if you look down your email a  14:15
14  little further, you say:                         14:15
15        "For this meeting, I'd like to ensure      14:15
16        a couple things are accomplished."         14:15
17        Could you read your first paragraph there, 14:16
18  No. 1?                                           14:16
19    A.   "███████████████████   █████████████      14:16
20        ████████████████████████████████████████  14:16
21        ████████████████████████████████,         14:16
22        █████████████████████.  I need to         14:16
23        provide feedback for ████████████████      14:16
24        by Monday and how they should move         14:16
25        forward.                                   14:16
```

Page 153

CONFIDENTIAL

```
 1              "███████████████████████████              14:16
 2        ███████████ - it seems our general            14:16
 3        recommendation will be ███████████
 4        ████████████████; however, it
 5        would be good to understand our
 6        ███████████████████████████████
 7        ████████████████████.  ███████████            14:16
 8        is an interesting case, where ████            14:16
 9        ██████████████████████████████████            14:16
10        █████████████████████████████                 14:16
11        ██████████████████████."                       14:16
12     Q.   Okay.  So you are discussing ██████████      14:16
13  █████████ and that -- fair to say that these are    14:16
14  referred to as █████████████████████████████        14:16
15  █████████?                                           14:16
16     A.   Again, I don't remember, so I don't know if 14:16
17  these are specifically special cases.               14:16
18     Q.   Okay.  But that's the subject of the email  14:16
19  and that's the information that's below that         14:16
20  subject; right?                                      14:16
21     A.   That is the subject, but I don't know if    14:16
22  that's still the context.                            14:17
23     Q.   Okay.  And when you say, "████████████████  14:17
24  ███████████████████████,"  what was "████████████"? 14:17
25     A.   I don't remember.                            14:17
```

Page 154

CONFIDENTIAL

```
 1        Q.    Utterly no recollection whatsoever what      14:17
 2    "          "  was?                                     14:17
 3        A.    Correct.                                     14:17
 4        Q.    And when you say, "                          14:17
 5                                                           14:17
 6                                                           14:17
 7                  ,"  does that mean that                  14:17
 8                                      , the                14:17
 9                                                           14:17
10                               ?                           14:17
11        A.    Again, I don't remember, so I don't know     14:17
12    specifically if it's the intent you laid out.         14:17
13        Q.    Is that what those words mean to you that I  14:17
14    just read on the page?  Do you want me to read --     14:17
15        A.    No.                                          14:18
16        Q.    I will read it again.  You tell me if that's 14:18
17    what those words seem to mean to you, words that you  14:18
18    wrote.                                                 14:18
19             "                                             14:18
20                                                           14:18
21                                                           14:18
22                               ."                          14:18
23             What do those words mean to you right now     14:18
24    when you read them?                                    14:18
25        A.    It means what it says.  That "               14:18
```

Page 155

CONFIDENTIAL

```
 1  ██████████████████████████████████████████████        14:18
 2  ██████████████████████████████████████████             14:18
 3  ████████████████████████████."                         14:18
 4      Q.    So that perhaps made it  ██████████████       14:18
 5  ███████████████████████████████; right?                14:18
 6      A.    So I don't remember, so I don't -- I can't    14:18
 7  draw that conclusion.  I don't know.                    14:18
 8      Q.    Can you read No. 2 item in your email.        14:18
 9      A.    "2/█████████████████████████████             14:18
10          ██████████████████████████████████:            14:19
11          "████████████████████.                         14:19
12          "██████████████████████████  (i.e.             14:19
13          ██████████████████).                           14:19
14          "██████████████████████ategic                  14:19
15          (i.e. ██████████████).                          14:19
16          "█████████████████████████  (i.e.              14:19
17          ██████████████████).                           14:19
18          "████████████████████████████                  14:19
19          (i.e. █████████████████████, etc.)"            14:19
20      Q.    You can stop there.                            14:19
21          And you indicate that you need to determine     14:19
22  a ████████████████████████████████████                14:19
23  ████████████████.  ████████████████████████           14:19
24  ███████████████████████████████ that you were          14:19
25  referring to?                                           14:19
```

Page 156

CONFIDENTIAL

```
 1      A.   So, again, I don't remember, so I don't know   14:19

 2   if that's -- if that's all categories or whatever      14:19

 3   it's saying.                                            14:20

 4      Q.   And what did you mean by "████████"?            14:20

 5      A.   I don't remember the context of it, so I        14:20

 6   don't -- I don't know.                                  14:20

 7      Q.   And can you explain ████████████████            14:20

 8   ████████████████████████ as that's used in             14:20

 9   the -- when you describe different categories?          14:20

10      A.   No, I don't remember.                           14:20

11      Q.   And as you sit here today, as someone still     14:20

12   working for Facebook, can you explain █████████         14:20

13   ████████████████████████████████████?                  14:20

14      A.   So I think it would depend on the context in    14:20

15   terms of how we're working with them.                   14:20

16      Q.   So what would it mean in the context of         14:20

17   considering ████████████████████████████████           14:20

18   ████████████?                                           14:20

19           MR. FALCONER:  Objection.  Asked and            14:20

20   answered.                                               14:20

21           THE WITNESS:  So, again, I don't remember,      14:20

22   so I don't -- I can't speculate on that.                14:21

23   BY MR. LOESER:                                          14:21

24      Q.   And, then, next in your email you say:          14:21

25           "We should also ensure that we actively         14:21
```

Page 157

```
 1              collaborate with Product & PMM..."        14:21
 2         What is "Product and PMM"?                     14:21
 3    A.    Product managers and PMM, partner marketing   14:21
 4  managers.                                             14:21
 5    Q.    Okay.  So looking at the beginning of your    14:21
 6  email, you communicate to your -- the recipients of   14:21
 7  this email that you would like to "ensure a couple    14:21
 8  things are accomplished"; is that right?              14:21
 9    A.    For the meeting.                              14:21
10    Q.    Okay.                                         14:21
11    A.    Yeah, for the meeting tomorrow, yeah.         14:21
12    Q.    And you were involved enough in this process  14:21
13  to communicate to your colleagues what you would      14:21
14  like to see accomplished; is that right?              14:21
15    A.    Well, like I said, it says "for a meeting     14:21
16  tomorrow" and what I want to accomplish for that      14:22
17  meeting.                                              14:22
18    Q.    Okay.  And then down below when you say,      14:22
19  "We should also ensure that we actively collaborate   14:22
20  with Product & PMM," is that a recommendation from    14:22
21  you that you want to -- when you say we want to       14:22
22  "ensure that we actively collaborate," is that you    14:22
23  instructing or guiding this group of people on        14:22
24  something that should happen?                         14:22
25    A.    It sounds like it's a recommendation.         14:22
```

Veritext Legal Solutions
866 299-5127

```
 1              MR. LOESER:  We can put that document aside, 14:22

 2    and I will introduce Exhibit 11, which for the       14:22

 3    record is an email from Simon Cross to Ime           14:22

 4    Archibong, Jackie Chang, and KP, dated September     14:22

 5    3rd, 2013, with the subject line "Re: ███████        14:22

 6    ██."                                                 14:23

 7              (Exhibit 11 marked for identification.)    14:23

 8    BY MR. LOESER:                                       14:23

 9        Q.   So, Miss Chang, if you look at this email,  14:23

10    who is Simon Cross?                                  14:23

11        A.   He was a colleague.                         14:23

12        Q.   Okay.  Was he in the same department or do  14:23

13    you recall what his position was?                    14:23

14        A.   I think he was a partner manager at this    14:23

15    time.                                                14:23

16        Q.   Okay.  Does that mean you were reporting to 14:23

17    him or he was reporting to you?                      14:23

18        A.   I was reporting to Ime and I had no reports. 14:23

19        Q.   Okay.  And so Simon Cross sends a slide deck 14:23

20    about ████████████ and it goes to, among            14:23

21    other people, yourself; is that right?               14:23

22        A.   That's what it looks like.                  14:23

23        Q.   Okay.  And if you look down the page a bit,  14:24

24    it looks like they're planning a meeting for ███     14:24

25    ███████████ and they reschedule it so you can       14:24
```

Page 159

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | make it; is that right? | 14:24 |
| 2 | A.   That's what it looks like. | 14:24 |
| 3 | MR. FALCONER:  Objection.  Foundation. | 14:24 |
| 4 | MR. LOESER:  All right.  Let's turn to the | 14:24 |
| 5 | attachment, which we will introduce as Exhibit 12. | 14:24 |
| 6 | (Exhibit 12 marked for identification.) | 14:24 |
| 7 | BY MR. LOESER: | 14:24 |
| 8 | Q.   And I will represent for the record, | 14:24 |
| 9 | Miss Chang, that Exhibit 12 is the document that was | 14:24 |
| 10 | attached to Mr. Cross' email that went to you, among | 14:24 |
| 11 | others. | 14:24 |
| 12 | And this slide deck is titled, "████████ | 14:24 |
| 13 | ██████████████████████." | 14:24 |
| 14 | Did I read that right? | 14:25 |
| 15 | A.   Yes. | 14:25 |
| 16 | Q.   And you received this slide deck, as | 14:25 |
| 17 | reflected in the cover email, on September 3rd, | 14:25 |
| 18 | 2013; right? | 14:25 |
| 19 | A.   If that's what it says in the email. | 14:25 |
| 20 | Q.   So if you go to the second page of the slide | 14:25 |
| 21 | deck, after the -- first page after the title page, | 14:25 |
| 22 | and the slide is captioned "2 separate pieces of | 14:25 |
| 23 | work." | 14:25 |
| 24 | Do you see that? | 14:25 |
| 25 | A.   Yes. | 14:25 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1      Q.    And under the heading, "███████████        14:25

 2   ████████," can -- the first bullet says, "████      14:25

 3   ████████████████████████████," then "████████████   14:25

 4   ████████?" "GOAL: ██████████████████, ██████        14:25

 5   ████████████████."                                  14:26

 6            Do you see that?                            14:26

 7      A.    Yes.                                        14:26

 8      Q.    And, Miss Chang, do you recall being        14:26

 9   involved in ████████████████████████████████        14:26

10   ████████?                                            14:26

11      A.    No, I don't recall.                          14:26

12      Q.    And do you recall ████████████████████      14:26

13   ████████████████████████████████████████?           14:26

14      A.    I don't remember.                           14:26

15      Q.    Do you remember anything at all about any   14:26

16   involvement you had in the subject matter of         14:26

17   ████████?                                            14:26

18      A.    Sorry.  Can you state that question again?  14:26

19      Q.    Do you remember being involved in any way in 14:26

20   ███████████████████████████████████████████████?    14:26

21      A.    Not -- I don't remember.                    14:26

22      Q.    This slide over on the right side refers to 14:27

23   "████████████████████████████. "                     14:27

24            Was ███████████████████████a███████         14:27

25   ████████████?                                        14:27
```

Page 161

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   Again, I don't remember. | 14:27 |
| 2 | Q.   Turn to the next slide.   The heading is, | 14:27 |
| 3 | "███████████████████." | 14:27 |
| 4 | Do you see that? | 14:27 |
| 5 | A.   Yes. | 14:27 |
| 6 | Q.   And if you look, there is a table in the | 14:27 |
| 7 | middle for "██████████████████," and it states: | 14:27 |
| 8 | "Currently, ███████████████ | 14:28 |
| 9 | ████████████████████ | 14:28 |
| 10 | ████████." | 14:28 |
| 11 | Do you see that? | 14:28 |
| 12 | A.   Yes. | 14:28 |
| 13 | Q.   And do you remember the role you played in | 14:28 |
| 14 | ████████████████████? | 14:28 |
| 15 | A.   No. | 14:28 |
| 16 | MR. FALCONER:   Objection.   Foundation. | 14:28 |
| 17 | THE WITNESS:   No. | 14:28 |
| 18 | BY MR. LOESER: | 14:28 |
| 19 | Q.   Okay.   We can go to the next slide.   Oh, | 14:28 |
| 20 | actually, sorry, go back up to the... | 14:28 |
| 21 | Do you see on here that ██████████ | 14:28 |
| 22 | ████████ "██████████████████"? | 14:28 |
| 23 | A.   I see it written there, yes. | 14:28 |
| 24 | Q.   Do you see ███████████████ | 14:28 |
| 25 | "██████████████"? | 14:28 |

Page 162

```
 1        A.    Yes, I see that there.                    14:28
 2        Q.    And do you see that those are -- those ██  14:28
 3   ████████████████████████████████████████████████    14:29
 4   ██████████████████████████████████████.  Is         14:29
 5   that your understanding?                             14:29
 6        A.    So -- yeah, so I don't know the context of 14:29
 7   that, so I don't -- I don't know if it really is or  14:29
 8   isn't.                                               14:29
 9        Q.    Okay.  But you see that for "████████     14:29
10   ████████," it says, "████████████████████           14:29
11   ██████████████████," and it says, "█████"?          14:29
12        A.    Yes, I see that.                          14:29
13        Q.    And do you see under "██████████████,"   14:29
14   it says, "████████████████████████                  14:29
15   ████████████" it says "███████"?                   14:29
16        A.    Yes, I see that.                          14:29
17        Q.    Okay.  Go to the next slide.              14:29
18              Now, Miss Chang, you were involved in     14:29
19   ████████████████████████████████████████████,       14:29
20   were you not?                                        14:29
21        A.    Again, I -- I don't remember.             14:30
22        Q.    Okay.  If you look at the first bullet, it 14:30
23   says:                                                14:30
24              "████████████████████████████████        14:30
25              ███████████████████  (note:  ███████     14:30
```

Page 163

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ██████████████████ )." | 14:30 |
| 2 | Do you recall ██████████████ | 14:30 |
| 3 | ████████████████████████████? | 14:30 |
| 4 | A.    Again, I don't remember this. | 14:30 |
| 5 | Q.    Okay.  And you look at the next one: | 14:30 |
| 6 | "████████████████████████ | 14:30 |
| 7 | ██████████████████ (█████ | 14:30 |
| 8 | ██████████████ )." | 14:30 |
| 9 | Do you recall what that refers to? | 14:30 |
| 10 | A.    No. | 14:30 |
| 11 | Q.    This next bullet item is: | 14:30 |
| 12 | "██████████████████████ | 14:30 |
| 13 | ████████████████████ - | 14:30 |
| 14 | e.g., ████████ (████████████, | 14:30 |
| 15 | ██████████ )." | 14:30 |
| 16 | Do you have an understanding of what | 14:30 |
| 17 | "████████" are? | 14:30 |
| 18 | A.    I know what an ████████ is, but I don't -- | 14:30 |
| 19 | I don't recognize in this context. | 14:30 |
| 20 | Q.    Yeah.  You don't recall in any way your | 14:30 |
| 21 | involvement in ████████████████████ | 14:30 |
| 22 | ██████████████████████ | 14:31 |
| 23 | ██████████? | 14:31 |
| 24 | A.    I don't remember. | 14:31 |
| 25 | Q.    Okay.  And: | 14:31 |

Page 164

CONFIDENTIAL

```
1              "████████████████████████          14:31
2          ████████████████████████              14:31
3          ███████████████."                      14:31
4          That must be something that you remember;    14:31
5   right?                                          14:31
6      A.   I don't remember it.                    14:31
7      Q.   Okay.  You don't recall the role you played    14:31
8   in ███████████████████████████████            14:31
9   ███████████████████████████                    14:31
10  ████████████████████?                          14:31
11     A.   Correct.  I don't remember.             14:31
12     Q.   As you sit here today, can you recall the    14:31
13  ████████████████████████████████              14:31
14  █████████████████████?                         14:31
15     A.   No, I can't.                            14:31
16     Q.   Do you think you ever knew what the     14:31
17  difference was?                                 14:31
18     A.   I don't know.                           14:31
19          MR. LOESER:  We can go to the next exhibit.    14:31
20          (Exhibit 13 marked for identification.)    14:32
21  BY MR. LOESER:                                  14:32
22     Q.   This will be Exhibit 13, which is an    14:32
23  email from Simon Cross to you and others, dated    14:32
24  December 10th, 2013, the subject "Re:  Simon's    14:32
25  updates - 6th of December."                     14:32
```

Page 165

```
 1              Do you see this document, Miss Chang?      14:32

 2      A.    Now, I do.  Can I have time to read through  14:32

 3   it?                                                   14:33

 4      Q.    Sure.                                        14:33

 5      A.    Okay.                                        14:33

 6      Q.    And if you flip through this email string,   14:33

 7   you have probably noticed that this is a string that  14:33

 8   has a series of updates called "Simon's updates."     14:33

 9              Did you see that?                           14:33

10      A.    Yes.                                         14:33

11      Q.    And do you recall that Simon Cross regularly 14:33

12   sent out updates that were dated?                     14:33

13      A.    I don't really remember the updates          14:34

14   specifically, but like it says in the email, it       14:34

15   looks like he sends it out regularly.                 14:34

16      Q.    Okay.  And in the update, he runs through a   14:34

17   series of projects; is that right?                    14:34

18      A.    It looks that way, yes.                       14:34

19      Q.    Any reason to think that he was sending out   14:34

20   false information?                                     14:34

21      A.    I'm not sure I know what that means.          14:34

22      Q.    Well, you got these updates and you didn't    14:34

23   read them and go, wow, this is all untrue; right?      14:34

24   There is no email -- you wouldn't have an email back   14:34

25   to Simon saying, stop sending these updates, they      14:34
```

Page 166

```
1    are all untrue?                                      14:34

2        A.   Well, that would be rude of me, but...      14:34

3        Q.   You don't recall doing that?                14:34

4        A.   No, but I don't -- I don't really remember  14:34

5    reading through these updates just because we all    14:34

6    had to write updates so I don't really spend time    14:34

7    reading other people's updates.                      14:34

8        Q.   What did you write updates about?            14:35

9        A.   The projects I was working on.               14:35

10       Q.   Okay.  And so let's look at -- go to the     14:35

11   third page of the email string.  There is a heading, 14:35

12   "███████████████████████."                           14:35

13            Do you see that?                             14:35

14       A.   On page 3?                                   14:35

15       Q.   On page 3.  Well, there is a heading         14:35

16   "██████████████████████" on every single one of the  14:35

17   updates, but there is one for the one dated ████████  14:35

18   ███████, as well.  Do you see that?                   14:35

19       A.   Yes.                                         14:35

20       Q.   And tell me, what was "███████              14:35

21   ██████████████"?                                      14:35

22       A.   I don't remember.                            14:35

23       Q.   You remember absolutely nothing about a task 14:35

24   that you were involved in called "████████           14:35

25   ████████████"?                                        14:35
```

                                        Page 167

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Objection. | 14:35 |
| 2 | THE WITNESS:  I don't remember. | 14:35 |
| 3 | BY MR. LOESER: | 14:35 |
| 4 | Q.   Okay.  Well, let's look at what it says you | 14:35 |
| 5 | were doing -- | 14:36 |
| 6 | SPECIAL MASTER GARRIE:  Sorry.  When we get | 14:36 |
| 7 | to a breaking point -- any idea when that may be? | 14:36 |
| 8 | MR. FALCONER:  I was thinking after the | 14:36 |
| 9 | next -- after we are done with this document. | 14:36 |
| 10 | MR. LOESER:  That's fine. | 14:36 |
| 11 | SPECIAL MASTER GARRIE:  And then I would | 14:36 |
| 12 | like all the lawyers to be moved into another room. | 14:36 |
| 13 | Thank you. | 14:36 |
| 14 | BY MR. LOESER: | 14:36 |
| 15 | Q.   Miss Chang, if you look at the ██████ | 14:36 |
| 16 | ████████████████, you will see the last bullet. | 14:36 |
| 17 | Can you read that last bullet, please? | 14:36 |
| 18 | A.   "Jackie leading on ██████████████ | 14:36 |
| 19 | ████████████████████ with Legal | 14:36 |
| 20 | and Product." | 14:36 |
| 21 | Q.   And is that accurate? | 14:36 |
| 22 | A.   Again, I don't remember. | 14:36 |
| 23 | Q.   So as you sit here today, you have zero | 14:36 |
| 24 | recollection of your being tasked with ████████ | 14:36 |
| 25 | ██████████████████████ with Legal | 14:36 |

Page 168

CONFIDENTIAL

```
 1   and Product?                                        14:36

 2        A.   I don't remember this specifically.       14:36

 3        Q.   Do you remember anything at all about it?  14:36

 4        A.   No, I don't.                               14:36

 5        Q.   Okay.  Let's move up the string to page 2 of 14:37

 6   the string under the same heading, "██████████       14:37

 7   ████████████."                                       14:37

 8             You will see that this update, if you go   14:37

 9   farther up the string, is ██████████████████.  It    14:37

10   was sent by Simon Cross.  The first recipient in the 14:37

11   "to" list is you.                                    14:37

12             Do you see that?                           14:37

13        A.   Sorry.  What date?                         14:37

14        Q.   ██████████████████.                        14:37

15        A.   Okay.                                      14:37

16        Q.   First recipient, first person Simon put on 14:37

17   that "to" line was Jackie Chang; right?              14:37

18        A.   Well, I don't know if I'm -- I'm the first 14:37

19   person that shows up there.                          14:37

20        Q.   All right.  And let's go down to "████████ 14:37

21   ████████████."  So why don't you read the second     14:37

22   bullet.                                              14:37

23        A.   "████████████████████████ -- Jackie        14:37

24             working closely with Marie and Legal       14:37

25             to design ████████████████████             14:37
```

Page 169

CONFIDENTIAL

```
1    ████████████████████.  Spec for        14:38
2        updates to tools in progress and     14:38
3        moving towards build-stage.  ███t     14:38
4    ████████████████████████████           14:38
5        ██████████████████."                 14:38
6        Q.   So do you remember working closely with   14:38
7    Marie in legal?                          14:38
8        A.   I don't.                         14:38
9        Q.   And who is Marie?                14:38
10       A.   I don't know which Marie it may be referring   14:38
11   to.                                       14:38
12       Q.   Okay.  And so, Miss Chang, you're telling   14:38
13   the jury that even though this bullet indicates that   14:38
14   you were "working closely with Marie in Legal to   14:38
15   design ███████████████████████████   14:38
16   ████," you have utterly no recollection of anything   14:38
17   relating to that task?                    14:38
18       A.   Correct.                         14:38
19            MR. LOESER:  This is a fine time to take a   14:38
20   break, as Special Master Garrie has requested.   14:38
21            THE VIDEOGRAPHER:  Okay.  This marks the end   14:39
22   of media No. 3 in the deposition of Jackie Chang.   14:39
23   Going off the record.  The time is 2:39.   14:39
24            (Off the record.)                14:39
25            THE VIDEOGRAPHER:  This marks the beginning   15:04
```

Page 170

CONFIDENTIAL

```
 1    of media No. 4 in the deposition of Jackie Chang.      15:04

 2    We are back on the record.  The time is 3:04.          15:04

 3            MR. LOESER:  If we could mark as Exhibit 14    15:04

 4    the next document, which for the record is an email    15:04

 5    from Ime Archibong to Eddie O'Neil and Simon Cross,    15:04

 6    dated ███████████████, Subject line "Forward:          15:05

 7    ██████████████████████████.  Importance:  High."       15:05

 8            (Exhibit 14 marked for identification.)        15:05

 9    BY MR. LOESER:                                         15:05

10        Q.   Miss Chang, do you see this email?            15:05

11        A.   Yes.                                          15:05

12        Q.   And do you see that the email forwards an     15:05

13    email from Ime Archibong to you and Simon Cross on     15:05

14    the same day, February 9th, 2014?                      15:05

15        A.   Yes.                                          15:05

16        Q.   What does it mean when an email is marked as  15:05

17    "Importance High"?                                     15:05

18            MR. FALCONER:  Objection.  Foundation.         15:05

19            THE WITNESS:  That it's of high importance.    15:05

20    BY MR. LOESER:                                         15:05

21        Q.   Okay.  And if we look down to the email in    15:05

22    the middle of the page, a little further, there's an   15:05

23    email from you, part of this string, to -- is it       15:05

24    Ime?  Ime Archibong?  Am I saying that right?          15:06

25        A.   Ime.                                          15:06
```

CONFIDENTIAL

```
 1        Q.    Ime -- to Ime and Simon Cross, and that's        15:06
 2   the email that's forwarded above and then forwarded        15:06
 3   above that; is that right?                                 15:06
 4        A.    Yes.   Sorry, is it okay if I read the email?    15:06
 5        Q.    Absolutely.   Yeah.                              15:06
 6        A.    Okay.                                            15:07
 7        Q.    Okay.   Let's start at the very beginning of     15:07
 8   this string, if you go to the second page.   At the        15:07
 9   very bottom of the string is an email from Ime to          15:07
10   you and Simon Cross on ██████████████, "Subject:          15:07
11   Re: ██████████████████████."   And she asks:              15:07
12            "Can I have both of you join me for               15:08
13            the second half of a Dan update                   15:08
14            tomorrow -- to talk a bit more about              15:08
15            █████and where we are from a product             15:08
16            perspective (Simon) and a partnerships            15:08
17            perspective (Jackie)."                            15:08
18            Do you see that?                                  15:08
19        A.    Yes.                                            15:08
20        Q.    Can you tell me what "█████" refers to?         15:08
21        A.    I don't remember.                               15:08
22        Q.    Okay.   And so whatever it meant, you were      15:08
23   being asked to provide your perspective on the            15:08
24   partnership perspective; is that right?                   15:08
25            MR. FALCONER:   Objection.   Foundation.         15:08
```

```
 1              THE WITNESS:  Yes.                    15:08

 2    BY MR. LOESER:                                  15:08

 3       Q.   Okay.                                   15:08

 4       A.   It looks like that.                     15:08

 5       Q.   And so -- and above that is an email from   15:08

 6    you at 2:19 p.m., where you say:                15:08

 7            "Sure thing - can I call or VC as in    15:08

 8            I'm working from LA?"                    15:09

 9            Do you see that?                        15:09

10       A.   Yes.                                    15:09

11       Q.   Okay.  And then moving up, Ime sends another   15:09

12    email about this at 2:28 and indicates what -- is it   15:09

13    a he or a she?                                  15:09

14       A.   Sorry, who?                             15:09

15       Q.   Ime.  It says -- well, whatever -- I think   15:09

16    it would be most helpful, Ime describes what -- what   15:09

17    in his or her view would be most helpful; right?   15:09

18       A.   His.                                    15:09

19       Q.   His, okay.                              15:09

20            Is that right?                          15:09

21       A.   (Witness nods.)                         15:09

22       Q.   And the second bullet of what he thinks   15:09

23    would be helpful is directed to you; is that right?   15:09

24       A.   Yes.                                    15:09

25       Q.   And why don't you read that bullet?     15:09
```

Page 173

CONFIDENTIAL

```
 1      A.      "Jackie:  One slide that summarizes        15:09

 2              the Partnership's" work -- "███████        15:09

 3              ██████████████.  Maybe a quick callout     15:09

 4              of the coordination work across all        15:09

 5              teams in his org, and then dive            15:10

 6              specifically into the work that ███        15:10

 7              ███████████████████████████████."         15:10

 8      Q.      And do you recall, looking at this, whether 15:10

 9   the ███████that is being referred to is the ██████   15:10

10   ███████████████?  Is that what "██████" refers        15:10

11   to?                                                   15:10

12      A.      So I -- I don't remember.                  15:10

13      Q.      So and then you prepare a slide, if you look 15:10

14   up the string, at 2:46 p.m.  You say:                 15:10

15              "Does this work for Partnerships           15:10

16              update?"                                    15:10

17              I assume that's in response to your        15:10

18   request -- the request for you to provide one slide   15:10

19   that summarizes the partnership teamwork?             15:10

20      A.      Yes.                                        15:10

21      Q.      Okay.                                       15:10

22      A.      Yeah.                                       15:10

23      Q.      All right.  And then Ime makes some comments 15:10

24   on some format and language suggestions, and states:  15:10

25              "The area where I've added a couple        15:11
```

Page 174

CONFIDENTIAL

```
 1        of works in, is ██████████████████         15:11

 2        section.  This will be the area that      15:11

 3        Dan will want to discuss the most.        15:11

 4        Remember that he's of the mindset         15:11

 5        that ████████████████████████████          15:11

 6        ██████████████, so we'll have to          15:11

 7        explain to him █████████████████            15:11

 8        ████████████████████."                     15:11

 9        Do you see that?                          15:11

10   A.   Yes.                                      15:11

11   Q.   Okay.  And then you respond at 4:18 -- so  15:11

12 that email was sent at 3:54, and a little bit after 15:11

13 that, you respond.                                15:11

14        Can you read your response in the email   15:11

15 that's next up in the string.                     15:11

16   A.   "Actually - here's an updated version.    15:11

17        I'll explain on the call, but in          15:11

18        essence, █████████████████████████          15:11

19        ██████████████████████████████             15:11

20        ████████████████████████████,              15:11

21        ██████████████████████████████             15:11

22        ██████████████████████████                 15:11

23        ██████████████████████████                 15:11

24        (██████████████████████████████).          15:11

25        I believe we should ████████████████        15:11
```

Page 175

CONFIDENTIAL

```
 1   ████████████████████████████████           15:12
 2        █████  however, it's worthwhile        15:12
 3        acknowledging this as there's been     15:12
 4        some confusion by partnership teams    15:12
 5        on ██████████████████████████████      15:12
 6        ██████████████████."                   15:12
 7    Q.   Okay.  So this email that you wrote shows  15:12
 8   that you were involved in this discussion of ████  15:12
 9   ████████████████████████████████████████████for  15:12
10   █████████████████; is that right?            15:12
11    A.   It looks like it, yes.                 15:12
12    Q.   Okay.  And you █████████████████████    15:12
13   █████████████████████.  And before we looked at  15:12
14   the slide, you couldn't recall what those terms  15:12
15   mean.                                         15:12
16        Does this refresh your recollection of what  15:12
17   you viewed as ████████████████████████████████  15:12
18   ████████████?                                 15:12
19    A.   No.                                     15:12
20    Q.   Okay.  So even though it is a paragraph that  15:12
21   describes ██████████████████████████████████  15:12
22   ██████████, it doesn't refresh your recollection at  15:12
23   all as to what those terms mean to you?       15:12
24    A.   I think it would mean -- ████████████  meaning  15:12
25   ██████████  and ██████████████  mean ████████████████.  15:13
```

Page 176

CONFIDENTIAL

```
 1      Q.   Okay.                                    15:13

 2      A.   To -- ███████████...                     15:13

 3      Q.   All right.  Well, specifically, what you 15:13

 4  said is, "████████████████████████,              15:13

 5  ██████████████████████████████                   15:13

 6  ███████████."                                     15:13

 7           And so it appears that what you are saying 15:13

 8  is that ██████████████████████by                 15:13

 9  ██████████████████████████████,                  15:13

10  ██████████████████████████████                   15:13

11  ████████████████.                                15:13

12           Is that a fair reading?                  15:13

13           MR. FALCONER:  Objection to the form.    15:13

14  BY MR. LOESER:                                    15:13

15      Q.   Does that appear to be what you wrote?   15:13

16           MR. FALCONER:  Same objection.           15:13

17           THE WITNESS:  Can I read it one more time? 15:13

18  Sorry.                                            15:13

19           So, again, I don't remember in detail, but 15:14

20  it sounds like I could be referring to a couple  15:14

21  different things, so I'm not sure if it's specific 15:14

22  to friend data.                                   15:14

23  BY MR. LOESER:                                    15:14

24      Q.   Okay.  Well, let's look very carefully at 15:14

25  what you wrote.  You say:                         15:14
```

Page 177

CONFIDENTIAL

```
 1          "███████████ ████████████████████            15:14
 2          ███████████████████████████                  15:14
 3          ████████████████████████████."               15:14
 4          Do you see that?                              15:14
 5     A.   Yes.                                          15:14
 6     Q.   And so there are ████████████████████         15:14
 7   ████████████████████████████████ of               15:14
 8   ████████████████████████"; is that right?          15:14
 9     A.   So, again, I don't know what the outcome      15:14
10   was, but I see what I wrote.                         15:14
11     Q.   Okay.  And what are "███████████"?            15:14
12     A.   To my understanding, it's ████████████        15:15
13   ██████.                                              15:15
14     Q.   Okay.  And so this is referring to ████████   15:15
15   ████████████████████████████; is that              15:15
16   right?                                               15:15
17     A.   I think that's what it says, yeah.            15:15
18     Q.   Okay.  And when this says "████████████████   15:15
19   ████," you say, "I believe we should ███████████████ 15:15
20   ████████████████████████████," and that            15:15
21   means that for -- ████████████.  ██████████████,    15:15
22   ███████████.  And "████████████" refers to ██████████ 15:15
23   ████████████████████████████; is that              15:15
24   right?                                               15:15
25     A.   Sorry.  Can you state your question again?    15:15
```

Page 178

CONFIDENTIAL

```
 1        Q.    Sure.  I'm just trying to understand the    15:15
 2   terminology that you're using when you're making      15:15
 3   your recommendation about ███████████████,            15:15
 4   and what you are saying is that, as you indicate       15:16
 5   here, you believed "we should ████████████████         15:16
 6   ███████████████████████."                             15:16
 7             And by "███████████," that refers to ██████  15:16
 8   ███████████; is that right?                            15:16
 9        A.    I think so, but I don't know.  Like I don't 15:16
10   remember in specificity.                               15:16
11        Q.    Okay.  But that appears to be what the email 15:16
12   that you wrote on ████████████████ indicates;          15:16
13   right?                                                 15:16
14        A.    It could be, yes.                           15:16
15        Q.    Well, it's more than it could be.  It is    15:16
16   what you wrote; right?                                 15:16
17        A.    Well, I know what I wrote, but I don't know 15:16
18   the inference behind that.                             15:16
19        Q.    So when you say but, in essence, "we are ██ 15:16
20   ████████████████████████████████████████████          15:16
21   ███████████████████████████," what do you             15:16
22   mean by "██████████████████████                        15:16
23   ██████████"?                                           15:16
24        A.    So "████████████" means ████████████████   15:16
25   ████████████████.  "████████████████," I don't         15:16
```

                                              Page 179

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | remember specifically what that -- what that could | 15:17 |
| 2 | be. | 15:17 |
| 3 | Q.   Okay.  And whatever it means, ███████ | 15:17 |
| 4 | ████████████████████████████████████████ | 15:17 |
| 5 | ███████████████████████████████████████████ | 15:17 |
| 6 | ███████████████████████████████████████████ | 15:17 |
| 7 | ████████████? | 15:17 |
| 8 | A.   It sounds that way, yes. | 15:17 |
| 9 | Q.   Okay.  And if you look up to the next email | 15:17 |
| 10 | in the string, Ime Archibong says: | 15:17 |
| 11 | "Thanks.  That makes it more clear. | 15:17 |
| 12 | I've cleaned up the chart to reflect | 15:17 |
| 13 | that." | 15:17 |
| 14 | Do you see that? | 15:17 |
| 15 | A.   Yes. | 15:17 |
| 16 | Q.   So Ime didn't have any problem understanding | 15:17 |
| 17 | what you meant in that email we just went through; | 15:17 |
| 18 | right? | 15:17 |
| 19 | A.   It looks like that, yes. | 15:17 |
| 20 | MR. FALCONER:  Lacks foundation. | 15:17 |
| 21 | BY MR. LOESER: | 15:17 |
| 22 | Q.   I'm sorry.  I didn't hear your answer. | 15:17 |
| 23 | A.   It looks like that. | 15:17 |
| 24 | Q.   Okay.  Now, the email refers -- to your | 15:17 |
| 25 | email on ██████████████, 4:18 p.m., states: | 15:18 |

Page 180

CONFIDENTIAL

```
 1              "Actually - here's an updated version."    15:18
 2         So it appears to attach a document; is that    15:18
 3    right?                                               15:18
 4    A.   I don't see an attachment, but I'm guessing,   15:18
 5    yes, if it's referring to it.                        15:18
 6              MR. LOESER:  Okay.  And I will represent to 15:19
 7    you that the next document is the attachment to that 15:19
 8    email.  And I don't -- I don't see a reference to   15:19
 9    attachment either, so I'm not sure how that works.   15:19
10    But I think in the manner it was produced, this was  15:19
11    attached to that email.                              15:19
12              And we'll confirm that for the record later, 15:19
13    Russ, just to make sure that we are right about      15:19
14    that, but that's my understanding.                   15:19
15              So if we could look at Exhibit 15.         15:19
16              (Exhibit 15 marked for identification.)    15:19
17    BY MR. LOESER:                                       15:19
18    Q.   And before we get to that, do you recall ▆▆    15:19
19    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆            15:19
20    ▆▆▆?                                                 15:19
21    A.   I don't recall if they're the same or not.     15:19
22    Q.   Okay.  Let's look at this attachment, which    15:20
23    has the heading, "▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆           15:20
24    ▆▆▆▆▆▆▆▆▆?"                                          15:20
25              Do you see this slide?                     15:20
```

Page 181

CONFIDENTIAL

```
1      A.    Yes.                                        15:20

2      Q.    Okay.  If you could please read the third  15:20

3   bullet.                                              15:20

4      A.    "███████████████████████████████.          15:20

5             ██████████████████████████ -              15:20

6             █████████████████████████████             15:20

7             ███████████████████████████               15:20

8             ██████████████████████████████            15:20

9             ██████.  We're building ████████           15:20

10            ████████████████████████████              15:20

11            █████████████████████████████             15:20

12            ███████████."                             15:20

13     Q.    Okay.  And do you recall the -- that as part 15:20

14   ████████  ███████████, there was going to be ████   15:20

15   ███████████████████████████████████████████?        15:20

16     A.    So I don't remember.                        15:21

17     Q.    Okay.  And if you look at -- can you read   15:21

18   the next bullet.                                    15:21

19     A.    "████████████████████████████████           15:21

20            ████████  being ███████████████████.       15:21

21            ███████████████████████."                  15:21

22     Q.    Okay.  Do you know what that means and do   15:21

23   you recall that happening?                          15:21

24     A.    I know what I think █████████████████       15:21

25   ██████ means that ██████████████████████, but I     15:21
```

Page 182

CONFIDENTIAL

```
 1    don't remember what happened afterwards.           15:21
 2        Q.   And according to the email, you worked on  15:21
 3    this slide.  And, in fact, if you look back, what   15:21
 4    the email said was -- you were asked specifically to 15:21
 5    create the slide for -- one slide that summarizes    15:21
 6    the partnership's team work on ██████████ .          15:21
 7            Do you have any recollection of creating     15:22
 8    anything having to do with this slide deck?          15:22
 9        A.   I don't even know what page it would be.    15:22
10    I've been asked to create many slide decks, and I    15:22
11    was working on a lot of projects, so I don't         15:22
12    remember this specifically.                          15:22
13        Q.   Let's go to the third page of the deck.     15:22
14        A.   Yeah.                                        15:22
15        Q.   Do you see the heading, "████████████       15:22
16    ██████"?                                             15:22
17        A.   Yep.  Yes.                                  15:22
18        Q.   Do you recall creating this slide?          15:22
19        A.   I don't remember.                           15:22
20        Q.   Nonetheless, it looks like the partnership  15:22
21    update that you were asked to prepare; is that       15:22
22    right?                                               15:22
23        A.   I would assume so.                          15:22
24        Q.   Now, if -- the first bullet says, "██████   15:22
25    █████████████████████████████████"; is that         15:22
```

Page 183

CONFIDENTIAL

```
 1    right?                                              15:22

 2       A.   Yes.                                         15:22

 3       Q.   And it says:                                 15:22

 4            "█████████████████████████████              15:22

 5            ████████████████████."                       15:23

 6            Do you see that?                             15:23

 7       A.   Yes.                                         15:23

 8       Q.   And do you recall getting information from   15:23

 9    products about ██████████████████████████           15:23

10    █████████?                                           15:23

11       A.   I don't remember specifically.               15:23

12       Q.   Okay.  Let's look at that second bullet,     15:23

13    which has to do with that topic that you wrote so    15:23

14    clearly about to Ime, "███████████."  That bullet    15:23

15    says, "█████████████████████████████████."          15:23

16            Do you see that?                             15:23

17       A.   Sorry, say that again.                       15:23

18       Q.   You see the bullet "███████████████████████  15:23

19    ████████████████"?                                   15:23

20       A.   Oh, yes.                                      15:23

21       Q.   Can you read the material that's under that  15:23

22    bullet.                                              15:23

23       A.   "███████████████████████████                15:23

24            █████████████████████████:                   15:23

25            "1.  ████████████.                            15:23
```

Page 184

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | "█████████████████████ | 15:23 |
| 2 | ███████████████████ | 15:23 |
| 3 | ████████████████. | 15:23 |
| 4 | "███████████████████ | 15:24 |
| 5 | ██████████████████████ | 15:24 |
| 6 | ██████ | 15:24 |
| 7 | "2.  █████████. | 15:24 |
| 8 | "████████████████████ | 15:24 |
| 9 | ████████████." | 15:24 |
| 10 | Q.   And do you recall coming up with ████ | 15:24 |
| 11 | ████████████████████████████████████████ | 15:24 |
| 12 | █████████? | 15:24 |
| 13 | A.   So, again, I don't remember this in | 15:24 |
| 14 | specificity.  I think this was like one of many | 15:24 |
| 15 | projects I was working on, and I think most of it | 15:24 |
| 16 | was aggregating information. | 15:24 |
| 17 | Q.   Okay.  But this -- that particular bullet | 15:24 |
| 18 | reflects what you indicated in the email you wrote | 15:24 |
| 19 | to Ime on ██████████████, generally; right? | 15:24 |
| 20 | It's consistent with what you wrote to him about | 15:24 |
| 21 | ████████████████████████████████████████ | 15:24 |
| 22 | ████████████? | 15:24 |
| 23 | A.   Yes.  If it was in the email, then yes. | 15:24 |
| 24 | MR. LOESER:  Okay.  Let's go to the next | 15:25 |
| 25 | exhibit is a video clip that I want to play to you. | 15:25 |

Page 185

CONFIDENTIAL

```
 1    And it's not very long.  And then we'll have a        15:25
 2    transcript of it as well to the extent that it is     15:25
 3    not clear.                                            15:25
 4            DEPOSITION REPORTER:  Excuse me, Counsel,      15:25
 5    are you going to want this reported?                  15:25
 6            MR. LOESER:  I think you'll be able to.        15:25
 7    It's not -- it's Mark Zuckerberg speaking and he's    15:25
 8    not speaking terribly quickly, but we have a          15:25
 9    transcript so -- you know what, I wouldn't bother     15:25
10    reporting it.  We will just have the transcript       15:25
11    admitted after we play the recording.                 15:25
12            DEPOSITION REPORTER:  Thank you.               15:25
13            MR. LOESER:  Actually, hang on one second      15:25
14    before we do that.  If we can go back to the last     15:26
15    exhibit.                                              15:26
16    BY MR. LOESER:                                        15:26
17       Q.   So I want to make sure I understand what      15:26
18    this slide indicates for ███████████████████          15:26
19    ████████████████████████████████████.                15:26
20            So under the first number, No. 1,             15:26
21    "████████," so this describes the situations in       15:26
22    which ███████████████████████████████████████        15:26
23    ████████████████.                                     15:26
24            So it says, "████████████":                   15:26
25                  "████████████████████████████           15:26
```

<div align="right">Page 186</div>

CONFIDENTIAL

```
 1                               ██████████████ :"        15:26
 2            Number 1 is "███████████ ."                 15:27
 3            So the first ██████████████████████          15:27
 4     ████████████████████████████████                    15:27
 5     "███████████████████████████████                     15:27
 6     ████████████████████ ."                             15:27
 7            Do you see that?                              15:27
 8     A.    Yes.                                           15:27
 9     Q.    And then the second ████████████████           15:27
10     ██████████████████████████                           15:27
11     ███████████ "█████████████████                       15:27
12     ███████████████████ ."                               15:27
13            Do you see that?                              15:27
14     A.    Yes.                                           15:27
15     Q.    And then the third ███████████████             15:27
16     ████████████████████████████                         15:27
17     █████████ "██████████████ ."  And that indicates     15:27
18     "████████████████████ ."                             15:27
19            Is that right?                                15:27
20     A.    It looks like that, yes.                       15:27
21     Q.    And so based on the work that you did in       15:27
22     this project of ███████████████████                  15:27
23     ██████████████████████████████████                   15:27
24     ██ , you certainly knew that ████████████████        15:28
25     ██████████████████████████████████                   15:28
```

Page 187

CONFIDENTIAL

```
 1   ██████████████████████████ ; right?              15:28
 2        A.   I mean, I don't really remember in detail,  15:28
 3   but if it's what it says, yes.                    15:28
 4        Q.   Yeah, that's what these various email that  15:28
 5   you were involved -- the projects that you were   15:28
 6   involved in, that's what -- that's what that showed;  15:28
 7   right?  It showed that ███████████████████████    15:28
 8   ████████████████████████████████████             15:28
 9   █████████████████████████████████████████        15:28
10   ██████████████████████████████████ ; right?      15:28
11        A.   Well, I don't know specifically, because it  15:28
12   sounds like ████████████████████ , and I just    15:28
13   don't want to assume like -- like blanket assume  15:28
14   across the board.                                 15:28
15        Q.   But you --                              15:28
16        A.   Because I don't -- I don't know in detail.  15:28
17        Q.   Yeah.  But you can state clearly and    15:28
18   affirmatively that ██████████████████████████    15:28
19   ████████████████████████████████████             15:28
20   ████████████████████████████████████             15:28
21   ████████████ ; right?                            15:29
22             MR. FALCONER:  Objection.  Form.        15:29
23             THE WITNESS:  So, again, I don't know what  15:29
24   the timing of everything was, so I don't know like  15:29
25   when things intersected.                          15:29
```

Page 188

CONFIDENTIAL

```
 1    BY MR. LOESER:                                      15:29

 2        Q.   Miss Chang, you know from the work that you 15:29

 3    did that ███████████████████████████████████        15:29

 4    █████████████████████████████████████               15:29

 5    ███████████████████████████; right?                 15:29

 6        A.   It looks like that in the email, yes.       15:29

 7             MR. LOESER:  Okay.  We can go to the next   15:29

 8    exhibit.                                             15:29

 9             (Exhibit 16 and Exhibit 17 marked for       15:29

10             identification.)                            15:29

11    BY MR. LOESER:                                       15:29

12        Q.   Now, having gone through all these emails   15:29

13    now, do you remember the connection between the      15:29

14    introduction of the new platform and the transition  15:30

15    from Graph API version 1 to version 2?               15:30

16        A.   I don't remember in specificity like what   15:30

17    date and things around that.  This was a lot of      15:30

18    stuff going on that's all blurred together, so not   15:30

19    with like full certainty.                            15:30

20        Q.   And do you remember, as a general matter,   15:30

21    that when the new platform came on and there was a   15:30

22    transition from the older Graph to the new Graph,    15:30

23    that two of the things specifically that happened    15:30

24    was that friends permissions were publicly           15:30

25    deprecated; right?                                   15:30
```

Page 189

| | | |
|---|---|---|
| 1 | MR. FALCONER:  Objection.  Form. | 15:30 |
| 2 | BY MR. LOESER: | 15:30 |
| 3 | Q.   I'm sorry.  Let me ask again. | 15:30 |
| 4 | Putting aside the terminology and what Graph | 15:30 |
| 5 | version it was and what platform it was, there was a | 15:30 |
| 6 | new platform that was introduced.  And in that | 15:30 |
| 7 | new -- that new platform, Facebook publicly | 15:30 |
| 8 | announced that it was -- that it was deprecating | 15:30 |
| 9 | friend permissions; right? | 15:30 |
| 10 | MR. FALCONER:  Objection.  Form. | 15:30 |
| 11 | THE WITNESS:  I think so.  I don't -- I | 15:31 |
| 12 | don't remember specifically like which announcement. | 15:31 |
| 13 | Sorry, there's a lot of F8s, so I think this is what | 15:31 |
| 14 | the picture is, so I don't remember. | 15:31 |
| 15 | MR. LOESER:  Yeah.  Let's go ahead and play | 15:31 |
| 16 | this.  Maybe it will jog your memory. | 15:31 |
| 17 | (Video played.) | 15:31 |
| 18 | MR. LOESER:  Let's try this again because | 15:31 |
| 19 | there is an echo. | 15:31 |
| 20 | (Video played.) | 15:31 |
| 21 | BY MR. LOESER: | 15:32 |
| 22 | Q.   We'll go through the transcript itself | 15:32 |
| 23 | because there was some echo there. | 15:32 |
| 24 | But you know what an "F8 Conference" is? | 15:32 |
| 25 | A.   Yes. | 15:32 |

Page 190

```
 1        Q.   And what we just showed you was from the      15:32

 2   April 30th, 2014 F8 Conference.  And do you recall,     15:32

 3   did you attend that conference?                         15:33

 4             MR. FALCONER:  Objection.  Form.              15:33

 5             THE WITNESS:  I -- actually, I don't          15:33

 6   remember.  I've been to many, but I don't know the      15:33

 7   exact dates of which ones I've gone to, and I've        15:33

 8   also missed some, as well, so I don't know which        15:33

 9   one.                                                    15:33

10   BY MR. LOESER:                                          15:33

11        Q.   Okay.  And I'm going to read for you what     15:33

12   Mr. Zuckerberg just said, and you can tell me if        15:33

13   this refreshes your recollection of whether you were    15:33

14   in attendance at this conference.                       15:33

15             What Mr. Zuckerberg said was:                 15:33

16             "We've also heard that sometimes you          15:33

17             can be surprised when one of your             15:33

18             friends shares some of your data with         15:33

19             an app.  So now we're going to change         15:33

20             this and we're going to make it so            15:33

21             that now everyone has to choose to

22             share their own data with an app              15:33

23             themselves.  We think this is really"         15:33

24             important -- "a really important step         15:33

25             for giving people power and control           15:33
```

Page 191

CONFIDENTIAL

```
 1            over how they share their data in        15:33
 2            apps."                                    15:33
 3            Do you recall Mr. Zuckerberg saying that? 15:33
 4       A.   Again, I don't remember.  A lot of these all 15:33
 5   blurred together, so I don't remember that specific 15:34
 6   one.                                               15:34
 7       Q.   Now, as we just went through looking at your 15:34
 8   email, you were very involved in figuring out ███ 15:34
 9   ███████████████████████████████████████████████   15:34
10   ████████████████; right?  That's what those emails 15:34
11   showed.                                            15:34
12       A.   Not ███████████████.  I think to ███████ 15:34
13   ████████████.                                      15:34
14       Q.   But including ██████████████████████;     15:34
15   right?                                             15:34
16       A.   Yes, that seems to be one of them.        15:34
17       Q.   Okay.  And so when Mr. Zuckerberg is talking 15:34
18   about how friends permissions were going away, at  15:34
19   the time he was saying that in April 30th, 2018     15:34
20   [verbatim], that was shortly after the email that we 15:34
21   went through in which you were talking about ██████ 15:34
22   ████████████████████████████████████████████████  15:34
23   ██████.  Isn't that right?                         15:34
24       A.   I -- if that's what it shows.  I don't    15:34
25   recall specifically.                               15:35
```

Page 192

```
 1        Q.    Let's go back to your February 9th, 2014      15:35

 2   email, which is Exhibit 14.  And, again, what you        15:35

 3   wrote was:                                               15:35

 4             "I'll explain on the call but, in              15:35

 5        essence ███████████████████████                     15:35

 6   ██████████████████████ based on                          15:35

 7   ███████████████████████.                                 15:35

 8        Where I've labeled ███████████                      15:35

 9   ██████████████████████████████                           15:35

10   ████████████████████.  I believe                         15:35

11        we should █████████████████                         15:35

12   █████████████████."                                      15:35

13        Right?  So that pretty clearly indicates            15:35

14   that ██████████████████████████████                      15:35

15   ████████████████████████                                 15:35

16   ██████████████████████████████                           15:35

17   ██████████████████; right?                               15:35

18        A.    I'm sorry.  What was the date of the video?   15:35

19        Q.    The video was April 30th, 2014.               15:35

20        A.    So this is before or...                       15:36

21        Q.    Yes.  Your email was before that video.       15:36

22   Your email is ██████████████████████                     15:36

23   ██████████████████████████; right?                       15:36

24        A.    I guess.  Sorry, ████████████████?  I...      15:36

25        Q.    ████████████ -- you know full well from       15:36
```

                                        Page 193

CONFIDENTIAL

```
 1   the work you did that ████████████████████████     15:36
 2   ████████████████████████████████████████;           15:36
 3   right?                                               15:36
 4       A.   Again, I don't know when you say "██████,"  15:36
 5   like -- like what specific dates, but this seems to  15:36
 6   be said before the video.                            15:36
 7       Q.   Okay.  So before the video, you were        15:37
 8   involved in a project to figure out ████████████     15:37
 9   ████████████████████████████████████████            15:37
10   ████████████; right?                                 15:37
11       A.   Yes -- or not specific ████████, but like   15:37
12   ████████████████████████, it looks like.             15:37
13       Q.   ████████████████; right?                    15:37
14       A.   Yes.                                        15:37
15       Q.   Okay.  And, then, on April 30th,            15:37
16   Mr. Zuckerberg publicly announced that friends       15:37
17   permissions were going away; right?                  15:37
18       A.   Per that video, yes.                        15:37
19       Q.   And, in fact, he said, "We're going to make 15:37
20   it so that now everyone has to choose to share their 15:37
21   own data with an app themselves"; right?             15:37
22       A.   Yes.                                        15:37
23       Q.   And so that would mean that no app would get 15:37
24   access to data about anyone other than the Facebook  15:37
25   user using the app.  Isn't that what he described?   15:37
```

Page 194

CONFIDENTIAL

```
 1        A.    Yes.                                    15:37

 2        Q.    Now, Mr. Chang, you knew at the time -- 15:37

 3        A.    Sorry, Mrs.                             15:37

 4        Q.    Miss Chang.  I'm sorry.                 15:37

 5        A.    Yeah.                                   15:38

 6        Q.    You knew at the time that it was not true 15:38

 7    that after -- that ████████████████████████████  15:38

 8    ███████████████; right?                           15:38

 9        A.    Sorry, can you say it again?            15:38

10        Q.    You knew at the time of the F8 presentation 15:38

11    in April of 2014 that ████████████████████████   15:38

12    █████████████████████████████████████████        15:38

13    ███████████████████████████████████████; right?  15:38

14        A.    It sounds like ███████████████████████ 15:38

15    ██████, yes.                                      15:38

16        Q.    Okay.  And you knew at the time of      15:38

17    Mr. Zuckerberg's April 2014 presentation that ███ 15:38

18    ████████████████████████████████████████         15:38

19    ████████████████████████████████; right?         15:38

20        A.    Well, again, I don't remember the dates, but 15:38

21    per whatever the email says.                      15:39

22        Q.    So that's a yes?                        15:39

23              MR. FALCONER:  Objection.  Foundation and 15:39

24    form.                                             15:39

25    / / /                                             15:39
```

CONFIDENTIAL

```
 1    BY MR. LOESER:                                      15:39
 2        Q.   I'll ask again.  You knew at the time of   15:39
 3    Mr. Zuckerberg's April 2014 keynote address that   15:39
 4    ███████████████████████████████████████████████   15:39
 5    ████████████████████████████████; right?          15:39
 6        A.   I don't know if I knew at that moment      15:39
 7    specific to what he was saying.  I don't even know 15:39
 8    if I was there so...                               15:39
 9        Q.   Right.  But you knew, based on the work that 15:39
10    you did and ███████████ that you discussed with   15:39
11    your colleagues, that ███████████████████████████ 15:39
12    ██████████████████████████████████               15:39
13    ██████████████████████████████; right?            15:39
14        A.   Yes.  That's what it looks like.          15:39
15        Q.   Okay.  And at the time of Mr. Zuckerberg's 15:39
16    presentation in April 2014, you also knew that ██ 15:39
17    ████████████████████████████████████████████     15:40
18    ███████████████████████████████████              15:40
19    █████████; right?                                  15:40
20        A.   I don't know.  I can't really speculate at 15:40
21    that moment in time in terms of how you're trying to 15:40
22    connect the two.                                   15:40
23        Q.   Well, prior to April, in the February and 15:40
24    the timeframe in the emails that we went through, 15:40
25    you discussed ████████████████████████████████   15:40
```

CONFIDENTIAL

```
 1   ███████████████████████████████.  Isn't that      15:40
 2   right?                                            15:40
 3       A.   Yes, ████████████.  But I think you're   15:40
 4   connecting it to something else, and I don't know  15:40
 5   that.                                             15:40
 6       Q.   Okay.  And ████████████████████████      15:40
 7   ████████████████████████████████████████         15:40
 8   "████████████";  right?                           15:40
 9       A.   That's what it looks like in terms of a  15:40
10   proposal.                                         15:40
11       Q.   Now, Mr. Zuckerberg said:                15:40
12           "We're going to make it so that now      15:41
13            everyone has to choose to share their    15:41
14            own data with an app themselves."        15:41
15           Is that right?                            15:41
16       A.   Correct.                                 15:41
17       Q.   And yet, █████████████████████████       15:41
18   ████████████████████████████████████             15:41
19   ████;  right?                                     15:41
20       A.   I -- I don't think so, because I think what  15:41
21   you're saying is that ████████████████.  And a    15:41
22   ████████████, from my understanding, is █████████  15:41
23   █████████████████████████████████.  So the       15:41
24   ████████████████████████████████████.            15:41
25       Q.   So when ███████████████████████████      15:41
```

Page 197

CONFIDENTIAL

```
 1  ███████████████████████████████, right, that   15:41
 2  ████████████████████████████████████           15:41
 3  ████████████; is that right?                    15:41
 4       A.   My understanding --                   15:41
 5            MR. FALCONER:  Objection.  Objection.  Form.  15:42
 6            THE WITNESS:  My understanding is that it's  15:42
 7  the ability to ask a user for that.             15:42
 8  BY MR. LOESER:                                  15:42
 9       Q.   And -- now, you didn't hear Mr. Zuckerberg  15:42
10  say at that keynote address that there was a    15:42
11  population of partners that would continue to have  15:42
12  access to friends data, did you?                15:42
13       A.   No, I didn't hear that.               15:42
14       Q.   And, Miss Chang, do you recall that you --  15:42
15  that you attended that conference and you were  15:42
16  involved in -- you had a presentation yourself  15:42
17  there?                                          15:42
18       A.   I don't know if it was that year.  I have  15:42
19  been involved at F8.  I have been a couple years.  I  15:42
20  don't know if it was that specific one.         15:42
21            So, yes, it could be possible.  I just -- I  15:43
22  don't remember that specific one.               15:43
23            MR. LOESER:  Okay.  We can go to the next  15:43
24  exhibit.  It's Exhibit 18.                      15:43
25            (Exhibit 18 marked for identification.)  15:43
```

CONFIDENTIAL

```
 1    BY MR. LOESER:                                          15:43

 2        Q.   Miss Chang, you are looking at an email from  15:43

 3    yourself to Deborah Liu, among others, dated March     15:44

 4    23rd, 2014.  The subject, "Re: ███████   ████████      15:44

 5    ████████████████████."                                 15:44

 6             Do you see that?                               15:44

 7        A.   Yes.                                           15:44

 8        Q.   And this email string concerns a discussion   15:44

 9    about ████████████████████████████ is that             15:44

10    right?                                                  15:44

11        A.   Yes.                                           15:44

12        Q.   And what is a "█████████████████"?             15:44

13        A.   Well, it says "████████████████████            15:44

14    ████████."                                              15:44

15        Q.   Okay.  Can you tell me what a "███████         15:44

16    ████████" is?                                           15:44

17        A.   It's █████████████████████████.               15:44

18        Q.   And does it ██████████████████████████        15:45

19    ██████████████████████████████?                        15:45

20        A.   I think that depends ████████████████.        15:45

21        Q.   Is that one of the things that █████████       15:45

22    ██████████████████████?                                15:45

23        A.   Again, I don't -- I can't speak for ████       15:45

24    ██████████.  I don't know about ███████████████.       15:45

25        Q.   Well, let's talk about ███████████████        15:45
```

Page 199

CONFIDENTIAL

```
 1    ██████████.                                    15:45
 2        A.    ████████████████████, yes.           15:45
 3        Q.    You were obviously involved in the   15:45
 4    discussions about ██████████████████████        15:45
 5    ████████████████████████████; is that          15:45
 6    right?                                          15:45
 7        A.    Yes.                                  15:45
 8        Q.    Why don't we go back into the string, and  15:45
 9    look at the third page.                         15:46
10        A.    Is it okay if I read through?        15:46
11        Q.    Yeah, please.                         15:46
12        A.    Thank you.                            15:46
13        Q.    I just have a couple questions, so if you  15:46
14    want to skim it, you can probably save yourself some  15:46
15    time.                                           15:46
16        A.    Okay.  Yes.  Okay.                    15:46
17        Q.    So this is a discussion about the    15:46
18    ██████████████████ -- well, let's go to page 3 and  15:47
19    just look at -- there's an email from -- it starts  15:47
20    at the bottom of page 2, Rob Daniel to Mike Vernal,  15:47
21    dated March 22nd, 2014.                         15:47
22            Do you recall who Rob Daniel is?       15:47
23        A.    Yes, he was in business development. 15:47
24        Q.    Okay.  Was he -- it appears he was   15:47
25    ██████████████████████████; is that right?     15:47
```

Page 200

CONFIDENTIAL

```
 1      A.   ███████████ , yes.  Well, I don't know for    15:47
 2   ████████████████ , but from what it's              15:47
 3   referencing here, ███████ .                         15:47
 4      Q.   Okay.  And who was Mike Vernal?              15:47
 5      A.   He was the engineering director for the      15:47
 6   platform.                                            15:47
 7      Q.   Okay.  So if you look at the top of page 3   15:47
 8   it states:                                           15:48
 9           "Hi Mike, ████████████████              15:48
10        ████████████████                            15:48
11        ██████ .  Far below are the detailed          15:48
12        ████████████████ ."                         15:48
13        Can you tell me what is meant by a "████       15:48
14   █████ " ████████████████ ?                      15:48
15      A.   So like I mentioned earlier, it's, you know, 15:48
16   ████████████████████                           15:48
17   ████████████████████ ,                         15:48
18   ████████████████████                           15:48
19   ██████████ .                                     15:48
20      Q.   Okay.  ████████████ -- one way of        15:48
21   ████████████████████                           15:48
22   ████████████████ , ████████████████        15:48
23   ████████████████████ ; right?                   15:48
24      A.   I wouldn't classify it that.  So I would say 15:48
25   it's -- ████████████ , ████████████████       15:48
```

Page 201

```
1    ██████████████████████████████.  So like the example    15:49
2    ████████████, ██████████████████████████████████████    15:49
3    ███████████████████████████, and then they can          15:49
4    ████████████████████████, it's in that sense.           15:49
5         But it's -- I wouldn't classify it as              15:49
6    ████████████████.  It's ████████████████████████, and   15:49
7    then the ████████████████████████████████████████████   15:49
8    ████.                                                   15:49
9         Q.   Okay.  So you wouldn't ████████████████████   15:49
10   ████████████?                                           15:49
11        A.   No.                                           15:49
12        Q.   Okay.                                         15:49
13        A.   That would be an oversimplification.          15:49
14        Q.   Okay.  Well, let's look at the email from --  15:49
15   to Mike from Bob Daniel.  It says again:                15:49
16        "████████████████████████████████████             15:49
17        ████████████████████████████████████████.         15:49
18        Far below are the ████████████████████████         15:49
19        ████████████████████████████.  Immediately        15:49
20        below is a quick summary.                          15:49
21        "██████    ████████████."                          15:49
22        Do you see the second bullet?                      15:49
23        A.   "███████████████████████████████             15:49
24        ████████████████████████████████████████          15:50
25        █████████████."                                    15:50
```

CONFIDENTIAL

```
 1        Q.    Okay.  So that's how the --  ███████████   15:50
 2   is characterized by Mike to -- or to Mike by Rob    15:50
 3   Daniel as ████████████; right?                      15:50
 4             MR. FALCONER:  Objection.  Form.           15:50
 5             THE WITNESS:  ████████████████████████     15:50
 6   █████████████████████████████████████████.          15:50
 7   BY MR. LOESER:                                       15:50
 8        Q.    What do you mean by "███████████"?        15:50
 9        A.    ████████████████████████████████████.    15:50
10        Q.    Okay.  And then you read down, you said:  15:50
11             "████████████████████████████████         15:50
12             ███████████████████████████████████       15:50
13             ███████████████████████████████."         15:50
14             Do you know what that means?               15:50
15        A.    I don't remember specifically.            15:50
16        Q.    Okay.  And if you keep reading, it goes into 15:50
17   some detail on █████████████████████████████████    15:50
18   ██████████████████████████.  And it states:         15:50
19             "██████████████████████████████████       15:51
20             ████████████████████████████████████      15:51
21             ███████████████████████████████           15:51
22             ████████████████████████████  (e.g.,      15:51
23             ████████████████████████████████████      15:51
24             ████████████████)."                        15:51
25             So what does it mean to say "████████████  15:51
```

CONFIDENTIAL

```
 1   ██████████████████████████████████████ on    15:51
 2   ███████ "?                                     15:51
 3       A.   So --                                 15:51
 4            MR. FALCONER:  Objection.  Foundation. 15:51
 5            Go ahead.                             15:51
 6            THE WITNESS:  So I believe it's what ████ 15:51
 7   ████████████████████████ .                     15:51
 8   BY MR. LOESER:                                 15:51
 9       Q.   Okay.  So it's ███████████████████████ 15:51
10   ███████████████████████████ ; right?           15:51
11       A.   I wouldn't classify it that way.  I would 15:51
12   say it's ████████████████████████████████       15:51
13   ████████████████████████████████████████       15:51
14   ████████████ .                                 15:52
15       Q.   Okay.  Why don't you explain what you mean 15:52
16   by that.                                       15:52
17       A.   I think how you're describing it sounds more 15:52
18   ████████████████████ -- I think the intent here is 15:52
19   saying that ████████████████████████████████   15:52
20   ████████████████████████████████████████       15:52
21   ████████████████████████████████████████       15:52
22   ████████████ .                                 15:52
23       Q.   Okay.  That's how you interpret the phrase 15:52
24   " ███████████████████████████████████          15:52
25   ████████████████████████████ "?                15:52
```

Page 204

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    Yes. | 15:52 |
| 2 | Q.    And what is "OG data"? | 15:52 |
| 3 | A.    Open Graph. | 15:52 |
| 4 | Q.    And so how would ████████████████████ | 15:52 |
| 5 | ████████████████████████████████? | 15:52 |
| 6 | How does that work? | 15:52 |
| 7 | A.    Yeah.  So it would -- ████████████ | 15:52 |
| 8 | ████████████████████████████████ -- | 15:53 |
| 9 | so, again, I'm not technical, so I think like from | 15:53 |
| 10 | my understanding of it, ████████████, you | 15:53 |
| 11 | can ████████████, so like ████████. | 15:53 |
| 12 | So you're able to -- | 15:53 |
| 13 | Q.    ████████.  I'm sorry to interrupt, but | 15:53 |
| 14 | when you say "████████," what does that mean? | 15:53 |
| 15 | MR. FALCONER:  Yeah.  Can you -- go ahead | 15:53 |
| 16 | and finish your last answer if you weren't finished. | 15:53 |
| 17 | THE WITNESS:  Oh, sorry. | 15:53 |
| 18 | BY MR. LOESER: | 15:53 |
| 19 | Q.    Sorry for interrupting.  Go ahead. | 15:53 |
| 20 | A.    So, for example, ████████████ | 15:53 |
| 21 | ██████████████████████████████████ | 15:53 |
| 22 | ████████████, meaning ████████████████, | 15:53 |
| 23 | ██████████████████████████████ | 15:53 |
| 24 | ████████████████████. | 15:53 |
| 25 | Q.    So you're talking about ████████████ | 15:53 |

Page 205

CONFIDENTIAL

```
 1   ███████████████████████████████████████         15:53

 2   ██████████████████, and then ██████████████       15:53

 3   ████████████████████████████████████████████      15:53

 4   █████?                                             15:54

 5        A.   So, again, I wouldn't put it that way    15:54

 6   because I think what -- how you're describing it   15:54

 7   makes it sound like ████████████████████           15:54

 8   ██████████.                                        15:54

 9        So my understanding is ████████████████ a     15:54

10   ██████  for example, ████████████████████          15:54

11   ████████████████████████████████████████████      15:54

12   ████████████████████████████████████████████      15:54

13   █████████████.                                     15:54

14        Q.   ████████████████████████████████         15:54

15   ███████████?                                       15:54

16        A.   ██████████████████████████████████.      15:54

17        Q.   Okay.                                    15:54

18             MR. LOESER:  Exhibit 19.                 15:54

19             (Exhibit 19 marked for identification.)  15:55

20   BY MR. LOESER:                                     15:55

21        Q.   This is an email -- Exhibit 19 is an email  15:55

22   string from Ime Archibong to, among others, you,  15:55

23   dated September 4th, 2012, Subject, "Re: ███████:  15:55

24   ███████████████████████████████████████."  And it 15:55

25   is very long string, and I'm going to start at the 15:55
```

Page 206

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | very, very end of it and work through it. | 15:55 |
| 2 | So first, if you want to take a minute to | 15:55 |
| 3 | familiarize yourself with it, that's fine, and I | 15:55 |
| 4 | will ask you some specific questions that -- | 15:55 |
| 5 | A.   Yes, please. | 15:55 |
| 6 | Q.   Okay.  Are you ready to answer a few | 15:59 |
| 7 | questions about this document? | 15:59 |
| 8 | A.   I didn't read it fully, but sure. | 15:59 |
| 9 | Q.   Okay.  And then, I think you'll -- we will | 15:59 |
| 10 | work our way through it. | 15:59 |
| 11 | A.   Okay. | 15:59 |
| 12 | Q.   If you need to look at it more, that's, of | 15:59 |
| 13 | course, fine. | 15:59 |
| 14 | Okay.  So the string ends on September 4, | 15:59 |
| 15 | 2012.  To go all the way back to the beginning of | 15:59 |
| 16 | the string, there is an email from ██████████, | 15:59 |
| 17 | dated October 31st, 2012, and the email is to you. | 15:59 |
| 18 | And he says: | 15:59 |
| 19 | "Jackie, Per our conversation, | 15:59 |
| 20 | attached are ████████████████ | 15:59 |
| 21 | ████████████████.  This was | 15:59 |
| 22 | the demo that ████████████, also | 16:00 |
| 23 | a few other shots for reference.  Let | 16:00 |
| 24 | us know what else you need.  Reminder, | 16:00 |
| 25 | this is highly confidential and | |

Page 207

CONFIDENTIAL

```
 1              sensitive so please treat appropriately."
 2              Do you see that?                              16:00
 3      A.    Yes.                                            16:00
 4      Q.    And then you have an email that you send        16:00
 5   back to ████████████    in which you state:             16:00
 6              "Do you have a screenshot of the              16:00
 7         ████████████████████████████                      16:00
 8         ████████?  Also, do you have any                   16:00
 9         ████████████████████████████                      16:00
10         ████████████████?  This just looks                16:00
11         like ██████████████████?"                         16:00
12              So when you say "this just looks like ████   16:00
13   ████████," are you saying that it looks like ████████   16:00
14   ████████████████████████████████████                   16:00
15   ██████████████████████; right?                          16:00
16              MR. FALCONER:  Objection.  Form.              16:00
17              THE WITNESS:  I wouldn't say -- so I think    16:00
18   how you are stating it ████████████.  I think what      16:00
19   we are trying to say is like ██████████████████         16:00
20   ████████████████████████████████████.                  16:00
21   BY MR. LOESER:                                          16:01
22      Q.    Okay.  And that ████████████████████           16:01
23   ██████████████████████, that's something that           16:01
24   you would call ████████████; right?                     16:01
25      A.    Yes.                                            16:01
```

Page 208

CONFIDENTIAL

```
 1        Q.    Okay.  And, in fact, if you move up the        16:01
 2   string to -- there is an entry -- on August 31st,        16:01
 3   2012, there is an email from you.  And at this           16:01
 4   point, you are having a conversation with Chris          16:01
 5   Daniels about this ███████████████████.  And            16:01
 6   you write:                                               16:01
 7        "Agreed on getting more clarity                      16:01
 8        around ██████████ as we are going                   16:01
 9        to see this more and more with ███████.             16:01
10        They're ███████████████████████████               16:01
11   ████████████████████████████████████                   16:01
12   ██████████████████████████████████                     16:01
13   ████████████████████████████████████                   16:01
14   ████████████████████████████████████                   16:02
15   ████████████████████████████████████                   16:02
16   ████████████████████████████████                       16:02
17   ██████████████████████."                               16:02
18        A.    I believe you added the word "share" in       16:02
19   there but, yes, I see what you are saying.               16:02
20        Q.    Okay.  That's -- I'm not sure where I added   16:02
21   that word, but what I read, minus that word, is what    16:02
22   you wrote in this email; right?                          16:02
23        A.    Yes.                                          16:02
24        Q.    Okay.  And then you go on and say:            16:02
25        "They also making no promises or                    16:02
```

Page 209

CONFIDENTIAL

```
 1          indication that ███████████████         16:02
 2     ████████████████████████████████            16:02
 3     ████████████████████████████                16:02
 4     ██████████████████.  At this point,         16:02
 5     they █████████████████████████              16:02
 6     █████████████████████████████████           16:02
 7     ████████████████████████████████            16:02
 8     █████████████."                             16:02
 9          Can you explain to you -- explain to me what  16:02
10     you mean there?                             16:02
11          A.   In terms of -- I think -- so I don't    16:02
12     remember specifically, but I think what I'm 16:03
13     referencing to is like ████████████, like   16:03
14     the ability to ███████████████████████████  16:03
15     ████████.                                   16:03
16          Q.   All right.  And when you say "at this point,  16:03
17     they █████████████████████████████          16:03
18     ████████████," what do you mean?  What      16:03
19     would be ████████████████████████████?      16:03
20          A.   So like I said in there, ████████  16:03
21     ███████████████████████████████             16:03
22     ██████████████████████████████              16:03
23     ███████.                                    16:03
24          Q.   And so that would be ████████████████  16:03
25     █████████████████████████████████           16:03
```

```
 1   ██████ ; right?                                    16:03

 2        A.   So, I wouldn't say it's about ██████      16:03

 3   ██████ .  It would be ███████████████████          16:04

 4   ████████ .                                          16:04

 5        Q.   Right.  And then ██████████████           16:04

 6   ████████ ; right?  It doesn't just --               16:04

 7        A.   In Facebook --                            16:04

 8        Q.   -- ███████████████████████████            16:04

 9   ██████ ; right?                                      16:04

10        A.   Well, it's based on ██████████ .          16:04

11        Q.   Okay.  ███████████████████████            16:04

12   ██████████ .                                         16:04

13        A.   It's based off of ████████████████        16:04

14   ████████████ .                                       16:04

15        Q.   Okay.  We can go up the string.  On the next   16:04

16   page, there's an email from Mike Vernal, September   16:04

17   1st, 2012, and he writes:                            16:04

18        "This seems █████████████████                   16:04

19   █████████████ , right?  They're                      16:04

20   ████████████████████                                 16:04

21   ██████████████████████ ,                             16:04

22   ██████████████████████ ,                             16:04

23   ██████████████████ (█████                            16:05

24   █████████████████████████                            16:05

25   ██████████████████████ ) █████ ,                     16:05
```

                                           Page 211

CONFIDENTIAL

```
 1    ████████████████████ (████████████)."            16:05
 2         Do you understand what he is saying there?    16:05
 3    A.   I don't understand his intent behind that.    16:05
 4    Q.   Do you understand what he means by "██████      16:05
 5    ███████████████████"?                              16:05
 6    A.   No, I don't.                                   16:05
 7    Q.   Okay.  That -- to you, that doesn't mean       16:05
 8    ████████████████████████████████████?              16:05
 9         MR. FALCONER:  Objection.  Asked and           16:05
10    answered.                                           16:05
11         THE WITNESS:  I -- yeah.  I don't know.        16:05
12    BY MR. LOESER:                                      16:05
13    Q.   Okay.  Let's go down.  He says:                16:05
14         "I really think two things:                    16:05
15         "1/There needs to be some kind of              16:05
16         ████████ here; either ██████████              16:05
17         ████████████████████████,                     16:05
18         or ███████████████████████                    16:05
19         ████████████████████."                        16:05
20         Do you understand that?                         16:05
21    A.   I don't understand it in the context that      16:05
22    he's saying it, which is probably more technical    16:06
23    than I'm familiar with it.                          16:06
24    Q.   Okay.  Isn't he saying that in its --          16:06
25    ████████████████████████, ██████████████          16:06
```

                                        Page 212

CONFIDENTIAL

```
 1   ███████████████████████████████████████        16:06

 2   ████████████████████████████████████;           16:06

 3   right?  Isn't that pretty clear?                 16:06

 4       A.   So I wouldn't state it that way.  So, again,  16:06

 5   like I mentioned earlier, it's about █████        16:06

 6   ███████████████████████████████████████         16:06

 7   ████████████████████████████. ███               16:06

 8   ████████████████████████████.                   16:06

 9       Q.   Okay.  Then we can go to the first page of  16:06

10   the string.  And this conversation has continued for  16:06

11   quite a while about ██████████████████           16:06

12   ███████████████████████████████████████████     16:06

13   ██████████████████████████████.                 16:07

14       And if you look at your email on September   16:07

15   3rd, 2012, from you to Justin Osofsky and Douglas  16:07

16   Purdy, among others, you write:                  16:07

17       "UPDATE - positive conversation              16:07

18       around ████████████."                        16:07

19       Is that right?                               16:07

20       A.   Correct.                                16:07

21       Q.   And ████████████ was an important concept for  16:07

22   Facebook with its partners; right?              16:07

23       A.   So, again, I can't reflect on that      16:07

24   generally, but in the case of █████, yes.        16:07

25       MR. LOESER:  Why don't we take a 10-minute   16:08
```

Page 213

```
 1   break.                                                16:08

 2            THE VIDEOGRAPHER:  This marks -- this marks  16:08

 3   the end of media No. 4 in the deposition of Jackie    16:08

 4   Chang.  Going off the record.  The time is 4:08.      16:08

 5            (Off the record.)                            16:08

 6            THE VIDEOGRAPHER:  This marks the beginning   16:22

 7   of media No. 5 in the deposition of Jackie Chang.     16:22

 8   We are back on the record.  The time is 4:22.         16:22

 9   BY MR. LOESER:                                         16:22

10       Q.   Miss Chang, we've talked a lot about the     16:22

11   planning for the rollout of Platform 3, and I want    16:22

12   to make sure the record is clear on what happened in  16:23

13   that planning and after the rollout.                  16:23

14            As we saw in the materials we went through,  16:23

15   the new Platform 3 deprecated friends permissions     16:23

16   and read permissions; is that right?                  16:23

17       A.   Sorry.  What are you referencing to?  Or am  16:23

18   I supposed to look at a document?                      16:23

19       Q.   No, you don't need to look at a document.  I 16:23

20   just -- we have been through the documents.  I just   16:23

21   want to make sure it's clear to the -- clear on the   16:23

22   record that those documents showed that with          16:23

23   Platform 3, friends permissions and read permissions  16:23

24   were deprecated; right?                               16:23

25       A.   Again, I don't know specifically so whatever 16:23
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | was reflected in the document. | 16:23 |
| 2 | Q.   Okay.  And as the documents show as well, | 16:23 |
| 3 | ████████████████████████████████████████████ | 16:23 |
| 4 | ████████████████████████████; right? | 16:23 |
| 5 | MR. FALCONER:  Objection.  Form. | 16:23 |
| 6 | THE WITNESS:  Again, I don't -- I don't | 16:23 |
| 7 | remember where I could say with precise like a | 16:23 |
| 8 | hundred percent certainty.  I don't know. | 16:24 |
| 9 | BY MR. LOESER: | 16:24 |
| 10 | Q.   But you could say generally that ████ | 16:24 |
| 11 | ███████████████████  ██████████████? | 16:24 |
| 12 | A.   Again, I don't feel comfortable because I | 16:24 |
| 13 | don't remember. | 16:24 |
| 14 | Q.   Okay.  And ██████████████████████████ | 16:24 |
| 15 | ██████████████████████████████████ | 16:24 |
| 16 | ████████████████████████ that you | 16:24 |
| 17 | described in your email and the slide you prepared | 16:24 |
| 18 | on that topic; right? | 16:24 |
| 19 | MR. FALCONER:  Objection. | 16:24 |
| 20 | BY MR. LOESER: | 16:24 |
| 21 | Q.   Let me remind you ██████████████████. | 16:24 |
| 22 | There was ███████████████████████████████ | 16:24 |
| 23 | ██████████████████████████. | 16:24 |
| 24 | Do you remember that slide that showed ████ | 16:24 |
| 25 | ████████? | 16:24 |

Page 215

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    Yes.  I remember the slide. | 16:24 |
| 2 | Q.    Right.  And you helped develop ███ | 16:24 |
| 3 | ████████; right? | 16:24 |
| 4 | A.    I don't remember specifically. | 16:24 |
| 5 | Q.    But your email appears to indicate that you | 16:24 |
| 6 | helped to develop ████████████; right? | 16:24 |
| 7 | A.    So, again, whatever the email says, but I | 16:24 |
| 8 | don't remember that specific moment in time. | 16:25 |
| 9 | Q.    And Miss Chang, do you know how many total | 16:25 |
| 10 | ████████████████████████ | 16:25 |
| 11 | ████████████? | 16:25 |
| 12 | A.    No, I don't. | 16:25 |
| 13 | Q.    How about ████████████? | 16:25 |
| 14 | A.    I don't. | 16:25 |
| 15 | Q.    Do you know if there were ████████ | 16:25 |
| 16 | █████████████████████████ | 16:25 |
| 17 | █████████████████? | 16:25 |
| 18 | A.    I don't know. | 16:25 |
| 19 | Q.    Who would know that? | 16:25 |
| 20 | A.    I don't -- I don't know. | 16:25 |
| 21 | Q.    Okay.  You have no idea? | 16:25 |
| 22 | A.    Not for an individual person, no. | 16:25 |
| 23 | Q.    And so in your work now with academic | 16:25 |
| 24 | partnerships, if you wanted to figure out if an | 16:25 |
| 25 | academic partner had continued access to friends | 16:25 |

Page 216

```
 1   permissions, for example, who would you go ask to      16:25
 2   find that out?                                          16:25
 3        A.   That's not possible.                          16:25
 4        Q.   It's not possible for an academic researcher  16:25
 5   to have access to friends permissions?                  16:26
 6        A.   No.  We don't offer that through the          16:26
 7   researcher API.                                         16:26
 8        Q.   And when you were working with other types    16:26
 9   of partners, if you wanted to find out if that          16:26
10   ████████████████████████████████████, do you           16:26
11   have any recollection at all as to who you would go     16:26
12   to to find that out?                                    16:26
13        A.   I don't know -- I don't know specifically     16:26
14   off the top of my head.  I don't know, but I            16:26
15   don't -- yeah.                                          16:26
16        Q.   So, again, I want to make sure I understand   16:26
17   and use the right terminology.  If ████████████         16:26
18   ████████████████████████████████████████               16:26
19   ████████████, does that by definition mean that the     16:26
20   ████████████████████████████?                           16:26
21        A.   Say that again, please.                       16:26
22        Q.   If a ██████████████████████████████           16:26
23   ██████████████████████████████████████                  16:26
24   ████████████████, does that by definition mean that     16:26
25   ████████████████████████████?                           16:27
```

                                                Page  217

CONFIDENTIAL

```
 1              MR. FALCONER:  Objection.  Form.          16:27

 2              THE WITNESS:  I don't know.               16:27

 3              MR. FALCONER:  Go ahead.                  16:27

 4              THE WITNESS:  Sorry.  I don't know in     16:27

 5   specificity in terms of like what you're referring  16:27

 6   to, meaning the technical language, I don't know.  I 16:27

 7   don't know if it's a whitelist.  I don't know.       16:27

 8   BY MR. LOESER:                                       16:27

 9       Q.   Okay.  Do you know if ███████████████       16:27

10   ████████████████████████████████████████████████    16:27

11   ███████████████████████, but that there are other   16:27

12   ways as well?                                        16:27

13       A.   I don't know.                               16:27

14       Q.   And is it your understanding that a ██████  16:27

15   ███████████████████████, and through that ████████  16:27

16   ████████████████████████████, is that              16:27

17   considered a whitelist, or is that something         16:27

18   different?                                           16:27

19       A.   So, again, I don't -- I don't remember or  16:27

20   know what that would be.                             16:27

21       Q.   Okay.  Do you know if Facebook whitelisted  16:28

22   certain app developers so that they had continued    16:28

23   access to friends permissions after Platform 3 was   16:28

24   implemented?                                         16:28

25       A.   So, again, I don't remember it so I don't   16:28
```

Page 218

| | | |
|---|---|---|
| 1 | know if it could be classified as whitelist. | 16:28 |
| 2 | Q.   The term "whitelist" is not one you have | 16:28 |
| 3 | used so frequently that you remember to this day | 16:28 |
| 4 | what it means? | 16:28 |
| 5 | A.   No. | 16:28 |
| 6 | Q.   Do you have any idea of the process that's | 16:28 |
| 7 | used to determine ███████████████████████ | 16:28 |
| 8 | ███████████████████████████████████████ | 16:28 |
| 9 | ██████████████████? | 16:28 |
| 10 | A.   Yeah.  I don't recall it. | 16:28 |
| 11 | Q.   Do you know if Facebook keeps records of | 16:28 |
| 12 | ███████████████████████████? | 16:28 |
| 13 | A.   I don't know. | 16:28 |
| 14 | Q.   You have no recollection at all as to | 16:28 |
| 15 | whether that information is collected and maintained | 16:29 |
| 16 | in one place so that someone could easily find out | 16:29 |
| 17 | ███████████████████████████████████ | 16:29 |
| 18 | ████████? | 16:29 |
| 19 | A.   So again -- | 16:29 |
| 20 | MR. FALCONER:  Asked and answered. | 16:29 |
| 21 | THE WITNESS:  -- that's outside my scope, so | 16:29 |
| 22 | I don't know. | 16:29 |
| 23 | BY MR. LOESER: | 16:29 |
| 24 | Q.   Now, if we go back to slide -- I'm sorry, | 16:29 |
| 25 | deck -- Exhibit 12 for a minute.  And if you look at | 16:29 |

Page  219

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the fourth page "████████████████████████." | 16:29 |
| 2 | This indicates that of these categories here, ███ | 16:29 |
| 3 | █████████████████████████████████████ | 16:29 |
| 4 | ████████████████████████████████ | 16:30 |
| 5 | ███████████████████████████████ -- | 16:30 |
| 6 | ████████████"; right? | 16:30 |
| 7 |     A.   So I don't know. | 16:30 |
| 8 |         MR. FALCONER:  Objection to form. | 16:30 |
| 9 | BY MR. LOESER: | 16:30 |
| 10 |     Q.   And then on ███████, that also seems to | 16:30 |
| 11 | indicate that that ██████████████████ | 16:30 |
| 12 | ███████, right, "██████████████████████"; | 16:30 |
| 13 | right? | 16:30 |
| 14 |     A.   Again, I don't remember. | 16:30 |
| 15 |     Q.   And then if you look at the last one, | 16:30 |
| 16 | "█████████," which your email talked about quite a | 16:30 |
| 17 | bit.  Those are -- those ███████████████████ | 16:30 |
| 18 | ██████████████████████; is that right?  That | 16:30 |
| 19 | means ████████████████████████; | 16:30 |
| 20 | right? | 16:30 |
| 21 |     A.   I don't know. | 16:30 |
| 22 |     Q.   And you have no recollection whatsoever | 16:30 |
| 23 | about ██████████████████████████ | 16:30 |
| 24 | ████████████? | 16:31 |
| 25 |     A.   Correct.  I don't remember. | 16:31 |

Page 220

CONFIDENTIAL

```
 1          MR. FALCONER:  Derek, you're on mute.  I        16:32
 2    don't know if you did that on purpose.              16:32
 3          MR. LOESER:  I did not do that on purpose.    16:32
 4    BY MR. LOESER:                                      16:32
 5       Q.   So if we can go back to Exhibit 8.          16:32
 6          DEPOSITION REPORTER:  Excuse me, Counsel,     16:32
 7    which exhibit?                                       
 8          MR. LOESER:  This is Exhibit 8.  This is an   16:32
 9    Excel file.                                         16:32
10    BY MR. LOESER:                                      
11       Q.   I want to make sure I understand.  This is  16:32
12    an exhibit of ███████████████████████               16:32
13    ███████ ; right?  This is attached to a document    16:32
14    that explained that that's what this is.            16:32
15          MR. FALCONER:  Objection.  Form.              16:32
16    BY MR. LOESER:                                      16:33
17       Q.   I'll just refer -- Exhibit 7 is an email    16:33
18    from KP to, among others, you, and it attaches █    16:33
19    ██████████████████████████████████████████ .       16:33
20    Sorry.                                              16:33
21          So these are ████████████████████            16:33
22    ████████ .  And, again, I just want to make sure    16:33
23    if you have any understanding of what ████          16:33
24    ████████████████████ , ████████████████            16:33
25    ██████████ .                                        16:33
```

                                        Page  221

CONFIDENTIAL

```
 1          So if an app -- let's take ████████ because  16:33
 2    it's short.  If an app has ██████████████,        16:33
 3    █████████████████████████████████████,            16:33
 4    what does that mean ████████████████████?          16:33
 5       A.   So again, I don't --                       16:33
 6            MR. FALCONER:  Objection.  Form.           16:33
 7            Go ahead.                                  16:33
 8            THE WITNESS:  Sorry.  I don't think -- I   16:33
 9    don't know if that's the document that was being  16:33
10    referenced so I -- and I don't know specifically.  16:33
11    BY MR. LOESER:                                     16:34
12       Q.   Okay.  Do you have any understanding of how  16:34
13    these ████████████████████████████████████         16:34
14    ███████████████?  And, again, looking at ████████,  16:34
15    and this is a list of ██████████████████████        16:34
16    ████████ has.                                      16:34
17            Do you understand what ████████████████     16:34
18    █████████████████████████████████                  16:34
19    ██████████?                                        16:34
20       A.   No, not specifically.                      16:34
21       Q.   Would it be a fair assumption that if      16:34
22    ██████████████████████████████████████, it        16:34
23    can █████████████████████████████████████          16:34
24    ████████████?                                      16:34
25            MR. FALCONER:  Objection.  Form.           16:34
```

Page 222

CONFIDENTIAL

```
 1            THE WITNESS:  So, again, I don't -- I don't   16:34
 2   remember, so I can't assume.                            16:34
 3   BY MR. LOESER:                                          16:34
 4       Q.   Did you have any interaction with a partner   16:35
 5   in a discussion of the ███████████████                 16:35
 6   █████████████████████████████████████████              16:35
 7   they said to you, Hey, █████████████████████            16:35
 8   ███████████████████████████████████?                   16:35
 9       A.   I don't remember specifically like            16:35
10   █████████████████████.                                 16:35
11       Q.   Okay.  Do you remember any conversations at   16:35
12   all about ████████████████ with any partner?           16:35
13       A.   I don't remember specifically anything about  16:35
14   █████████████████.                                      16:35
15       Q.   Do you remember anything generally about      16:35
16   ███████████████████?  And particularly, I'm asking     16:35
17   if any partner that you have worked with raised that   16:35
18   as a ████████████████████████████████████████          16:35
19   ██████████.                                             16:35
20       A.   I don't -- I don't -- I don't recall.         16:35
21            MR. LOESER:  Okay.  We can go to Exhibit 21.   16:36
22            (Exhibit 20 marked for identification.)        16:36
23            MR. LOESER:  Oh, is it 20?  Yeah.              16:36
24            While that's being loaded, for the record,    16:36
25   this is an email from Simon Cross to, among others,    16:36
```

Page  223

CONFIDENTIAL

```
 1    yourself, dated October 24th, 2013, "Subject:        16:37
 2    ████████████████████████████████ - feedback by      16:37
 3    end of day Sunday, please."  With attachment,        16:37
 4    "████████████████████████████," attaching an         16:37
 5    Excel spreadsheet.                                   16:37
 6    BY MR. LOESER:                                        16:37
 7        Q.    Do you see that document, Miss Chang?      16:37
 8        A.    I see the email, yes.                       16:37
 9        Q.    So this email starts with Mr. Cross saying: 16:37
10              "Hi guys, Over the last few weeks,          16:37
11              you'll have noticed Engineering have        16:37
12              ████████████████████████████████           16:37
13              ████████████████.  Going forward, this      16:37
14              tool is going to be a much larger part      16:37
15              of our lives -- it's where ████████         16:37
16              ████████████████████████████████.          16:37
17              ████████████████████ is about to           16:37
18              introduce even ██████████████ -- such      16:38
19              ████████████████████████████               16:38
20              ████████████████████████, or to be         16:38
21              able to ████████████████████████           16:38
22              ████████████████████."                     16:38
23              Did I read that accurately?                 16:38
24        A.    Yes, you -- yes.                            16:38
25        Q.    Do you recall receiving this email and the 16:38
```

Page 224

CONFIDENTIAL

```
 1   attachment that it provides?                      16:38
 2        A.   I don't recall it specifically.         16:38
 3        Q.   Do you recall it at all?                16:38
 4        A.   No, I don't.                            16:38
 5        Q.   And can you tell me what "███████████"  16:38
 6   are?                                              16:38
 7        A.   I don't know.                           16:38
 8        Q.   You have no recollection whatsoever?    16:38
 9        A.   No.  Again, I'm not -- I'm not the technical 16:38
10   person, so I just don't -- I don't know technically 16:38
11   what it would mean.                               16:38
12        Q.   Okay.  Do you know what the ██████████  16:38
13   ███  was?                                         16:38
14        A.   Not specifically.  I've heard of it, but I 16:38
15   don't know it in detail.                          16:39
16        Q.   Well, what have you heard about it?     16:39
17        A.   It looks like some sort of █████████    16:39
18   tool.                                             16:39
19        Q.   And what does that mean?                16:39
20        A.   It ████████████.                        16:39
21        Q.   Who does it █████████ to?               16:39
22        A.   So, again, I don't -- I don't know the  16:39
23   technical specifics, so I don't feel comfortable  16:39
24   talking about it in depth because I might         16:39
25   mischaracterize it.                               16:39
```

Page 225

CONFIDENTIAL

```
 1       Q.   Okay.  You've said all that you feel        16:39
 2  comfortable saying about it?                          16:39
 3       A.   Well, like all that I know about it.        16:39
 4       Q.   And before I asked you if there was █████   16:39
 5  ██████████████████████████, and this seems to         16:39
 6  indicate that █████████████████████████████████       16:39
 7  ████████████████████████████████████████████.         16:39
 8            Does that refresh your recollection about    16:39
 9  ██████████████████████████?                           16:39
10       A.   No.                                          16:39
11       Q.   Okay.  And this uses the term "██████        16:40
12  ████████████," which previously we saw you were        16:40
13  tasked with various things having to do with           16:40
14  ████████████████████.                                  16:40
15            Can you provide any more information on your  16:40
16  understanding of ████████████████████?                 16:40
17            MR. FALCONER:  Objection.  Form.             16:40
18            THE WITNESS:  No.  Again, this wasn't the    16:40
19  top of like my -- my focus, so I don't really have a   16:40
20  lot of recollection around this.                       16:40
21  BY MR. LOESER:                                          16:40
22       Q.   Do you recall that based on the information  16:40
23  that was sent to you here and the description of       16:40
24  this email, there were ████████████████████████       16:40
25  █████████████████████████████████████████             16:40
```

Page 226

CONFIDENTIAL

```
 1   ███████████?                                    16:40

 2       A.   I -- I don't know technically.          16:40

 3       Q.   Do you recall whether you were concerned 16:40

 4   about ████████████████████████████              16:41

 5   ███████████?                                     16:41

 6       A.   I don't remember.                        16:41

 7       Q.   And you see in that first paragraph that as 16:41

 8   part of ██████████████████, there were going to  16:41

 9   be ████████████████? Do you see where it says    16:41

10   that ████████████, among other things, were      16:41

11   going to █████████████████████████████           16:41

12   ████████████, or to be ████████████████          16:41

13   █████████████████████?                           16:41

14           So is that indicating to you that ██████  16:41

15   ████████████████████████████████████             16:41

16   ████████████████████████████?                    16:41

17       A.   Can I read -- sorry, can I have one moment 16:41

18   to read? I just haven't had a chance. Are you    16:41

19   looking at the second paragraph?                 16:41

20       Q.   I'm just looking at the first paragraph  16:41

21   where it says.                                   16:42

22       A.   Okay. Sorry, can you repeat the question? 16:42

23       Q.   Yeah, I'm trying to make sure I understand 16:42

24   your knowledge of ████████████████████████       16:42

25   ████████████████████████████████                 16:42
```

Page  227

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ███████████████. | 16:42 |
| 2 | A.   So I -- | 16:42 |
| 3 | MR. FALCONER:  Objection.  Form. | 16:42 |
| 4 | Go ahead. | 16:42 |
| 5 | THE WITNESS:  I don't remember enough to be | 16:42 |
| 6 | able to make those conclusions, and I also just | 16:42 |
| 7 | don't know if you're interchanging technical terms | 16:42 |
| 8 | that I can't really speak to. | 16:42 |
| 9 | BY MR. LOESER: | 16:42 |
| 10 | Q.   So what was your job in October of 2013? | 16:42 |
| 11 | A.   I believe it was partner manager. | 16:42 |
| 12 | Q.   And so if you look at the next paragraph it | 16:43 |
| 13 | says: | 16:43 |
| 14 | "Today there are ████████████, | 16:43 |
| 15 | ████████ and ████████████████- | 16:43 |
| 16 | ██████ in the system.  ████████████ | 16:43 |
| 17 | are important -- they ████████████ | 16:43 |
| 18 | ██████████████████████, and | 16:43 |
| 19 | ████████████████████████████." | 16:43 |
| 20 | Do you understand what "████████████" are? | 16:43 |
| 21 | A.   Not in -- not in the technical sense, no. | 16:43 |
| 22 | Q.   Do you understand it in any sense? | 16:43 |
| 23 | A.   Other than what I said earlier, which is | 16:43 |
| 24 | it's some ████████████████. | 16:43 |
| 25 | Q.   This says: | 16:43 |

Page 228

CONFIDENTIAL

```
 1            "This tool will be the primary way we        16:44

 2       manage ██████████████████████,                    16:44

 3       so it should █████████████████  and                16:44

 4       allow us to manage ████████████                    16:44

 5   ██████████████████████████████████                     16:44

 6   ████████████████████████."                             16:44

 7       Do you see that?                                   16:44

 8  A.   Yes, I see that.                                    16:44

 9  Q.   Now, as the partner manager, were you aware         16:44

10  of that use for ███████████?                             16:44

11  A.   I'm not sure I understand.                          16:44

12  Q.   Did you use the ████████████ at all in             16:44

13  your position at the time?                               16:44

14  A.   I don't remember.  There's a lot of tools,          16:44

15  so I don't remember this one specifically.               16:44

16  Q.   So you don't remember the tool that was the         16:44

17  primary way Facebook managed █████████████████           16:44

18  ██████ so it could "manage the ██████████████            16:44

19  ████████████████████████████████████"?                   16:44

20            MR. FALCONER:  Objection.  Form.               16:44

21            THE WITNESS:  Yes.  Again, I don't remember.   16:44

22            MR. LOESER:  If we can go to Exhibit 22?       16:45

23            (Exhibit 21 marked for identification.)        16:45

24            MR. FALCONER:  This is Exhibit 21; right?      16:46

25            MR. LOESER:  Yeah.                             16:46
```

Page 229

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | BY MR. LOESER: | 16:46 |
| 2 | Q.   Miss Chang, I'm showing you Exhibit 21, | 16:46 |
| 3 | which is an email from Paul Stepnowsky to, among | 16:46 |
| 4 | others, you.  This is dated September 3rd, 2019, and | 16:46 |
| 5 | it contains a chat message; is that right? | 16:46 |
| 6 | A.   Yes, I see that. | 16:46 |
| 7 | Q.   And so in 2019, what was your position at | 16:46 |
| 8 | Facebook? | 16:46 |
| 9 | A.   I believe it was product partnerships. | 16:46 |
| 10 | Q.   Who is Paul Stepnowsky? | 16:46 |
| 11 | A.   I don't remember specifically. | 16:46 |
| 12 | Q.   Okay.  So on September 3rd of 2019, there | 16:46 |
| 13 | was this chat, and it starts with Paul Stepnowsky | 16:47 |
| 14 | writing, "Hi Eli, Riana and I are working on a | 16:47 |
| 15 | TechCrunch inquiry, asking about ██████████████ | 16:47 |
| 16 | ████████████████████████████████████." | 16:47 |
| 17 | Do you -- first of all, is "TechCrunch" a | 16:47 |
| 18 | publication? | 16:47 |
| 19 | A.   Yes. | 16:47 |
| 20 | Q.   Are you familiar with that publication? | 16:47 |
| 21 | A.   I know what it is, yes. | 16:47 |
| 22 | Q.   And a "█████████████████████ | 16:47 |
| 23 | ███████████████████████," what does that mean? | 16:47 |
| 24 | A.   I don't know. | 16:47 |
| 25 | Q.   Do you know what a "██████████████ | 16:47 |

Page  230

CONFIDENTIAL

```
1      ███ " is?                                      16:47
2      A.    I don't know in this context.           16:47
3      Q.    Mr. Stepnowsky writes:                   16:47
4            "We are trying to understand the         16:47
5            ████████████████████████ .  We          16:47
6            understand this ████████████             16:47
7            ██████████████████████████████           16:47
8            ██████████ , and we are hoping to learn  16:47
9            a bit more about ████████████████        16:48
10           ████████████████████████████████ ."      16:48
11           Do you see that?                          16:48
12     A.    Yes.                                      16:48
13     Q.    And you see down below, Paul Stepnowsky   16:48
14     adds, "Adding Jackie in case she knows."  Right?  16:48
15     A.    Yes.                                      16:48
16     Q.    So Mr. Stepnowsky thought that you would be  16:48
17     knowledge about ████████████████████████████    16:48
18     ████████████ ; right?                           16:48
19     A.    Yes.  It seems so.                         16:48
20     Q.    Down below a little bit, Amit Sangani says,  16:48
21     "████████████████████████████ .  ████████████████  16:49
22     ████████████████████████████ --                  16:49
23           (Clarification requested by Reporter.)     
24     BY MR. LOESER:                                   
25     Q.    Amit Sangani writes:                       
```

Page 231

CONFIDENTIAL

```
 1              "███████████████████.  ██████
 2         ██████████████████████████
 3         ███████████████████████████████      16:49
 4         ██████.  Eddie O'Neil, PM Director, is  16:49
 5         █████████████████████."               16:49
 6         Do you see that?                       16:49
 7    A.   Yes.                                    16:49
 8    Q.   And Eddie O'Neil was the product manager  16:49
 9  director, is that what that means?            16:49
10    A.   Yes.                                    16:49
11    Q.   And what does it mean to be ███████ -- and  16:49
12  I assume that's ██████████.  What does it mean to be  16:49
13  the "███████████████████"?                    16:49
14    A.   I believe it's ████████████████████.    16:49
15    Q.   Okay.  And is that because ██████████   16:49
16  ████████████████████████████████████ or      16:49
17  ████████████████████████████████████?        16:49
18    A.   So I don't know enough around the rules for  16:49
19  that to -- I don't know.                       16:50
20    Q.   If you look down a little further in the  16:50
21  chat, Mr. Stepnowsky says:                     16:50
22              "We are having trouble determining if  16:50
23  █████████████████████████████████."           16:50
24         Can you explain why it would be hard to  16:50
25  determine if ██████████████████████?          16:50
```

Page 232

CONFIDENTIAL

```
 1        MR. FALCONER:  Objection.  Form.          16:50
 2        THE WITNESS:  So I don't know specifically.  16:50
 3   Again, I'm not technical, which is why I believe I  16:50
 4   referred to partner engineering.                16:51
 5   BY MR. LOESER:                                  16:51
 6      Q.   All right.  We can run down the chat, to the  16:51
 7   next page.  Alonso Fernandez Baptista, on September  16:51
 8   3rd, 2019, writes:                              16:51
 9        "In 2011 ███████████████████████          16:51
10        ████████████████████████, only            16:51
11        to ██████████████████████                 16:51
12        ██████████████████████████.               16:51
13   At around Q4 2016 and Q2 2017 we                16:51
14   started ████████████████████████               16:51
15        ████████████████████████                  16:51
16        █████████████████████████                 16:51
17        ██████████████.  We wanted to get a sense  16:51
18   of how it helped ███████████████                16:51
19        █████████████████, how it helped           16:51
20        █████████████████████                      16:51
21        ███████ and how it helped ████████         16:51
22        ████████████████████████████              16:51
23        ██████████████."                           16:52
24   And then I'm moving forward a bit:              16:52
25        "In Q4 2017 we decided ████████████        16:52
```

                                        Page 233

CONFIDENTIAL

```
 1   ██████████████████████████████████████
 2   ████████████.  All beta testing ██████         16:52
 3   ██████████████████████████████████████         16:52
 4   ██████████████████████████."                    16:52
 5        So do you have any understanding at all of   16:52
 6   what happened here?                              16:52
 7        A.   Not specifically.  I believe at that time, I 16:52
 8   was just moving out of Internet.org back into    16:52
 9   product partnerships, so I don't -- I don't know the 16:52
10   history of a lot of it.                          16:52
11        Q.   So is it a fair read to say that ██████ 16:52
12   ██████████████████████████ to what I refer to as 16:52
13   "████████████" and because of that, ████████████ 16:52
14   ██████████████████████████████████████         16:52
15   ████████████████████?                            16:52
16             MR. FALCONER:  Objection.  Form and     16:52
17   foundation.                                      16:53
18             THE WITNESS:  Again, I don't know the   16:53
19   history, and I don't know like the whole background 16:53
20   that Alonso is providing, so I can't speak on his 16:53
21   behalf.                                          16:53
22   BY MR. LOESER:                                   16:53
23        Q.   All right.  If you go down a bit farther, 16:53
24   Mr. Stepnowsky says:                             16:53
25             "Got it.  I also think that ██████      16:53
```

Page 234

CONFIDENTIAL

```
1    ███████████████████████████████████    16:53

2    ███████████████████████████████████    16:53

3    █████████████████."                     16:53

4        Can you tell me what it means ██████ 16:53

5    ████████████████████████████████?       16:53

6        A.   I -- again, a lot of these are very    16:53

7    technically nuanced, so I don't know what the   16:53

8    difference is of them or what they are.         16:53

9        Q.   You understand that if a permission or an    16:53

10   API is publicly accessible, that means that anyone    16:53

11   can determine publicly what in it exists?        16:53

12       A.   Say that again.                         16:53

13       Q.   If a developer wants to know what are all    16:53

14   the publicly available APIs, that is something that    16:53

15   they can presumably go online or get from Facebook    16:53

16   from public sources?                            16:54

17       A.   So they can go to Face- --             16:54

18   developer.Facebook.com.  They could read about it    16:54

19   and then they can apply through the developer    16:54

20   platform process.                               16:54

21       Q.   Okay.  ███████████████████████████████ 16:54

22   ██████████████████████████████████████████████  16:54

23   ██████████████████████████████████████████████  16:54

24   ████████████████████████████████?               16:54

25       A.   So, again, I am not the technical expert    16:54
```

Page 235

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | here, and I don't know in that nuance of how you're | 16:54 |
| 2 | referring if ████████████████████████, | 16:54 |
| 3 | meaning ████████ and whatever else you were | 16:54 |
| 4 | referring to. | 16:54 |
| 5 | MR. LOESER:  We can go to the next exhibit. | 16:54 |
| 6 | This should be Exhibit 22 by my count.  My tabs are | 16:55 |
| 7 | off now, so I will be making a lot of mistakes, I'm | 16:55 |
| 8 | sure. | 16:55 |
| 9 | MR. FALCONER:  They are off by 1.  It would | 16:55 |
| 10 | be easier if they were off by like 46. | 16:55 |
| 11 | (Exhibit 22 marked for identification.) | 16:55 |
| 12 | BY MR. LOESER: | 16:55 |
| 13 | Q.   Miss Chang, I'm showing you what's been | 16:55 |
| 14 | marked Exhibit 22, which is an email from Simon | 16:55 |
| 15 | Cross to Eddie O'Neil, dated March 27, 2014. | 16:55 |
| 16 | "Subject:  Forward: ████████████," "Attachments: | 16:55 |
| 17 | ████████████████████," and some other letters. | 16:56 |
| 18 | Do you see that? | 16:56 |
| 19 | A.   Yes. | 16:56 |
| 20 | Q.   And the email below that indicates that | 16:56 |
| 21 | there's a thread about "████████████████." | 16:56 |
| 22 | A.   Can I read that? | 16:56 |
| 23 | Q.   Sure. | 16:56 |
| 24 | A.   Thank you.  Okay. | 16:57 |
| 25 | Q.   Miss Chang, this is another email thread | 16:57 |

Page 236

CONFIDENTIAL

```
1    about ███████████████████████████████████████        16:57
2    ███████████████████████████████████.  And do you see   16:57
3    the reference to -- well, let's look at the email at     16:57
4    the top.  It says:                                       16:57
5         "Here's the whole thread about                      16:57
6         ███████████████████████████.  Given the            16:57
7         other stuff, I guess we need to tell                16:57
8         them ███████████████████████████                   16:57
9         ███████████████████████.  Concur?"                 16:57
10        Do you see that?                                     16:57
11   A.   Yes.                                                 16:57
12   Q.   And then in the email below from you to            16:58
13   Aditya Koolwal and Simon Cross, among others, dated      16:58
14   March 24, 2014, "Subject:  Re: ███████████████," you     16:58
15   provide some fairly specific information about the       16:58
16   topic of ███████████████; is that right?                16:58
17   A.   Yes.                                                 16:58
18   Q.   Okay.  So this shows your involvement in           16:58
19   this -- in this task of ████████████████████████;       16:58
20   right?                                                   16:58
21   A.   Yes, but I don't recall specifically.               16:58
22   Q.   Okay.  And it looks like you did some pretty        16:58
23   detailed work here.  You say that you, "synced up        16:58
24   with Simon and ████████████████████████████████         16:58
25   ████████████████.  I went ahead and ███████████████     16:58
```

Page 237

```
 1   ████████████████████████████████████           16:58
 2   ██████████████.  Could you look over and verify that   16:59
 3   it's all correct as Simon is going to translate this   16:59
 4   into a task for engineering?  Additionally, can you   16:59
 5   provide some additional clarifications/confirmations   16:59
 6   for the below:"                                        16:59
 7            Did I read that correctly?                    16:59
 8      A.    Yes.                                           16:59
 9      Q.    Can you read your first bullet there in your  16:59
10   email.                                                 16:59
11      A.    "████████████████████████████              16:59
12            ████████████████████████                    16:59
13            ███████████████████████, do you             16:59
14            want to ██████████████████████              16:59
15            ████████████████████?                       16:59
16            This will allow us ████████████████          16:59
17            ██████████████████████████████              16:59
18            ██."                                          16:59
19      Q.    So can you explain what you are describing    16:59
20   here?                                                  16:59
21      A.    I don't remember in detail where -- it would 16:59
22   be hard for me to explain in detail.  I don't know.   17:00
23      Q.    Okay.  So what you say here is that -- and    17:00
24   again, this appears to be part of ██████████████      17:00
25   ██████████████████████████████████████              17:00
```

Page 238

CONFIDENTIAL

```
 1   ███████████████████; right, which it looks like you      17:00
 2   were involved in a lot of ways in that process.          17:00
 3   Another one concerns ████████████████; right?            17:00
 4            MR. FALCONER:  Objection.  Form.                 17:00
 5            THE WITNESS:  So I don't know, but, yeah, I      17:00
 6   see the email.                                           17:00
 7   BY MR. LOESER:                                           17:00
 8       Q.   Okay.  And this suggests that -- that "███      17:00
 9   ████████████████████████████████████████                17:00
10   ██████████████."                                         17:00
11            And so as you recall, when we went through      17:00
12   ████████████████████████████████                         17:00
13   ████████████████████, some were ██████████               17:00
14   ███████████████████████ and some                         17:00
15   were ████████████████████; right?                        17:00
16       A.   Sorry.  In that -- in that PowerPoint slide?    17:01
17       Q.   Right.                                          17:01
18       A.   Yes, I remember the PowerPoint slide.           17:01
19       Q.   Okay.  So this appears to be indicating that    17:01
20   ████████████████████████████████████                     17:01
21   ████████████████, that your idea was to ██████████        17:01
22   ███████████  so that ████████████████████                17:01
23   ███████████████████████; is that                         17:01
24   right?                                                   17:01
25       A.   So I don't remember specifically, but --        17:01
```

                                                   Page 239

CONFIDENTIAL

```
 1    yes, it seems like I'm posing the question.        17:01

 2        Q.   So, certainly, as of the date of this email, 17:01

 3    March 24, 2014, you knew that ███████████████       17:02

 4    ████████████████████████████████████████           17:02

 5    ████████████████████████████████████████████        17:02

 6    ████████████████; right?                            17:02

 7        A.   So I don't know, at that moment in time.   17:02

 8        Q.   So looking at what you wrote, you're telling 17:02

 9    me you can't determine, based on what you wrote,    17:02

10    that ██████████████████████████████████             17:02

11    ████████████████████████████████████████           17:02

12    ████████?                                           17:02

13        A.   I know what I wrote, but I don't remember it 17:02

14    in specificity where I would know the full context 17:02

15    of what you're implying.                            17:02

16        Q.   Okay.  Do you have any reason to believe   17:02

17    that the information that you wrote in this email is 17:02

18    inaccurate?                                          17:02

19        A.   I don't know.                              17:02

20        Q.   You don't have any reason to believe that, 17:02

21    do you?                                             17:02

22        A.   I mean, there's always a possibility of    17:02

23    inaccuracy, but I don't know.  It's not my intent to 17:02

24    be inaccurate.                                       17:03

25        Q.   Did you have any involvement at any point in 17:03
```

Page 240

CONFIDENTIAL

```
 1    your career at Facebook with screening third-party    17:03
 2    developers before -- well, strike that.               17:03
 3              Do you know whether Facebook screened        17:03
 4    third-party developers or their apps before granting  17:03
 5    them access to Graph API?                              17:03
 6        A.   I --                                          17:03
 7              MR. FALCONER:  Object to form.               17:03
 8              THE WITNESS:  Sorry.  I don't understand.    17:03
 9    Can you give me an example.                            17:04
10    BY MR. LOESER:                                         17:04
11        Q.   Sure.  Let me ask again.  Do you know        17:04
12    whether Facebook screens apps or developers before     17:04
13    allowing them to access the Facebook Graph?            17:04
14              MR. FALCONER:  Objection.  Form.             17:04
15              Go ahead.                                     17:04
16              THE WITNESS:  So we have like a public       17:04
17    workflow that has a developer operations team that     17:04
18    reviews the apps, so I don't -- I don't know if        17:04
19    that's what you're referring to.                       17:04
20    BY MR. LOESER:                                         17:04
21        Q.   And do you know anything about the process    17:04
22    for reviewing apps, how that's done?                   17:04
23        A.   Not in detail.                                17:04
24        Q.   Do you know if that process changed after    17:04
25    2012?                                                  17:04
```

Page 241

```
 1      A.   So I can't really speak to that process.  I   17:04

 2   don't know.                                             17:04

 3      Q.   Do you know if Facebook reviewed privacy       17:04

 4   policies of third-party apps to ensure that they        17:05

 5   complied with Facebook's own policies before            17:05

 6   providing those apps access to Facebook Graph?           17:05

 7           MR. FALCONER:  Objection.  Form.               17:05

 8           THE WITNESS:  Sorry.  Can you say that          17:05

 9   again?                                                  17:05

10   BY MR. LOESER:                                          17:05

11      Q.   Do you know if Facebook reviewed the privacy   17:05

12   policies of third-party apps?                           17:05

13      A.   I -- I don't know.                             17:05

14           MR. FALCONER:  Objection.                      17:05

15           THE WITNESS:  I'm sorry.                        17:05

16           MR. FALCONER:  Yeah.  Just same objection.      17:05

17   BY MR. LOESER:                                          17:05

18      Q.   Are you familiar with the Facebook data use    17:05

19   policy?                                                 17:05

20      A.   Not in -- not -- not specifically.  I guess     17:05

21   it's in what context?                                   17:05

22      Q.   Well, have you ever read any version of        17:05

23   Facebook's data use policies?                           17:06

24      A.   So I don't remember that specifically, but     17:06

25   if you're talking about like a -- like a platform       17:06
```

Page  242

| | | |
|---|---|---|
| 1 | usage, I mean, I know we have platform terms. | 17:06 |
| 2 | Q.   Well, do you -- have you ever reviewed | 17:06 |
| 3 | Facebook's platform policies, platform developer | 17:06 |
| 4 | policies? | 17:06 |
| 5 | A.   I mean, I have read it, but I don't remember | 17:06 |
| 6 | all the details of it. | 17:06 |
| 7 | Q.   And what about the Facebook data use | 17:06 |
| 8 | policies specifically?  Is that something you recall | 17:06 |
| 9 | ever reading? | 17:06 |
| 10 | A.   I don't remember. | 17:06 |
| 11 | Q.   During all your time working with Facebook | 17:06 |
| 12 | partners, did you ever become aware of any violation | 17:06 |
| 13 | of Facebook policies by any app developer or | 17:06 |
| 14 | partner? | 17:06 |
| 15 | A.   Sorry.  In what sense? | 17:06 |
| 16 | Q.   In any sense. | 17:06 |
| 17 | A.   I mean, I've heard that it's happened, but I | 17:06 |
| 18 | don't recall anything specific. | 17:07 |
| 19 | Q.   Can you recall any specific instance of a | 17:07 |
| 20 | partner with whom you worked violating any Facebook | 17:07 |
| 21 | platform policy? | 17:07 |
| 22 | A.   Again, I don't remember specifically but, | 17:07 |
| 23 | yeah, it's definitely possible. | 17:07 |
| 24 | Q.   But you never saw it happen; is that what | 17:07 |
| 25 | you are saying? | 17:07 |

Page  243

```
1      A.    I don't remember.  I don't remember every      17:07

2  instance of my interactions so I don't know.            17:07

3      Q.    And there was no platform policy violation     17:07

4  of any partner with whom you worked that you can         17:07

5  specifically recall?                                     17:07

6      A.    Not specifically.                              17:07

7      Q.    Do you remember generally any platform         17:07

8  violations by any of the partners with whom you          17:07

9  worked?                                                  17:07

10     A.    I know that platform violations is possible,  17:07

11 but I don't know specifically who or what.               17:07

12     Q.    Are you aware that the data use policy has a  17:08

13 provision that states, "If an application asks           17:08

14 permission from someone else to access your             17:08

15 information, the application will be allowed to use      17:08

16 that information only in connection with the person      17:08

17 that gave the permission and no one else"?               17:08

18         MR. FALCONER:  Objection.  Form.                 17:08

19         THE WITNESS:  I don't know that line             17:08

20 specifically off the top of my head.  So I'll --         17:08

21 assuming if you're reading it from an actual thing,      17:08

22 yeah, that's --                                          17:08

23 BY MR. LOESER:                                           17:08

24     Q.    And did you observe any situation in which    17:08

25 that specific policy I mentioned was violated by any     17:08
```

Page  244

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | app or partner? | 17:08 |
| 2 | MR. FALCONER:  Objection.  Form. | 17:08 |
| 3 | THE WITNESS:  So I don't remember. | 17:08 |
| 4 | MR. LOESER:  It we can go to tab 25. | 17:09 |
| 5 | (Exhibit 23 marked for identification.) | 17:09 |
| 6 | BY MR. LOESER: | 17:09 |
| 7 | Q.   Miss Chang, I'm showing you what's been | 17:09 |
| 8 | marked Exhibit 23, which is an email from you to | 17:10 |
| 9 | Eddie O'Neil, Marie Hagman and Simon Cross, dated | 17:10 |
| 10 | November 21, 2013, "Subject:       ███████ | 17:10 |
| 11 | ████████████████████████████" and there | 17:10 |
| 12 | is an attachment ██████████████████." | 17:10 |
| 13 | Do you see that? | 17:10 |
| 14 | A.   Yes. | 17:10 |
| 15 | Q.   And so you wrote an email and you provided | 17:10 |
| 16 | an attachment specifically regarding "████████ | 17:10 |
| 17 | ████████████████████████." | 17:10 |
| 18 | And take a minute to look at your email and | 17:10 |
| 19 | tell me if you recall what you are referring to in | 17:10 |
| 20 | the subject line of this email. | 17:10 |
| 21 | A.   Sorry.  I'm pulling up the document.  Okay. | 17:10 |
| 22 | Q.   So I'm looking at the subject of your email | 17:12 |
| 23 | that you wrote, "███████████████████████ | 17:12 |
| 24 | & ████████████." | 17:12 |
| 25 | Do you understand what that refers to? | 17:12 |

Page 245

CONFIDENTIAL

```
 1        A.    Not specifically, but I -- I see the email.    17:12
 2        Q.    Okay.  And do you remember your role in        17:13
 3    coming up with ███████████████████████?                  17:13
 4        A.    I don't remember.  I would say there's been    17:13
 5    a lot of processes through the years.  They blend        17:13
 6    together so I don't remember this one specifically.      17:13
 7        Q.    Okay.  So let's go through your email.  You     17:13
 8    start:                                                   17:13
 9              "I went through a review with the              17:13
10              privacy XFN, legal, and policy team            17:13
11              this week and have agreed upon the             17:13
12              ████████████████████████████."                17:13
13              So that's work that you did collecting         17:13
14    information from these other groups; is that right?      17:13
15        A.    No.  It sounds like I reviewed with those      17:13
16    groups and have aggregated their feedback.               17:13
17        Q.    Okay.  And then your next sentence says:       17:13
18              "Attached are supporting slides for            17:13
19              my findings and recommendations                17:13
20              around the ████████████████ and               17:13
21              ██████████████████████ and (2)                17:14
22              ███████████████████████.                      17:14
23              Below are the key points."  [As read.]        17:14
24              So this email presents the -- your findings    17:14
25    and recommendation around those two topics based        17:14
```

Page 246

CONFIDENTIAL

```
 1    upon your review with the privacy, XFN, legal and       17:14
 2    policy team; is that right?                             17:14
 3         A.    I believe so, but I -- again, I don't         17:14
 4    remember this specifically.                             17:14
 5         Q.    Okay.  So at the time that you wrote this     17:14
 6    email, you appeared to have a good understanding of     17:14
 7    ████████████████████████████████████████████████       17:14
 8    ████████████████████████████; is that right?           17:14
 9         A.    I wouldn't assume that.                       17:14
10         Q.    You wouldn't assume you had a good            17:14
11    understanding, even though in this email you present    17:14
12    your findings and recommendations regarding those      17:14
13    topics?                                                 17:14
14         A.    Correct.  I wouldn't assume that because I'm 17:14
15    working with many different groups, so I'm usually      17:14
16    aggregating knowledge across, so I would not say I      17:14
17    am the expert.                                          17:14
18         Q.    Okay.  But they were your findings and your  17:14
19    recommendations; is that right?                         17:15
20         A.    Based off of what I collected at the time.   17:15
21         Q.    Your first key point here -- by the way,     17:15
22    reviewing this email, do you recall what the -- what    17:15
23    is referenced by ████████████?                          17:15
24         A.    Looking at that now, and I think you've been 17:15
25    pointing out platform simplification, I do connect      17:15
```

Page 247

```
 1    the two now.                                      17:15
 2        Q.   Okay.  And you were very involved in tasks   17:15
 3    relating to platform simplification; right?       17:15
 4        A.   I wouldn't assume that.                  17:15
 5        Q.   You were involved enough to be responsible   17:15
 6    for aspects of platform simplification; right?    17:15
 7        A.   I wouldn't assume that.                  17:15
 8        Q.   Even for --
 9        A.   Being I supported -- I supported the work   17:15
10    stream, but I can't characterize because I don't   17:15
11    remember if that was my position, so that's why I   17:15
12    wouldn't assume that.                             17:15
13        Q.   But we have looked at email where you were   17:15
14    assigned a particular task with regard to platform   17:16
15    simplification; right?                            17:16
16        A.   So assigning to task doesn't mean I -- I own   17:16
17    that.                                             17:16
18        Q.   What does it mean?                       17:16
19        A.   It means I'm assigned to task.           17:16
20        Q.   Having been assigned the task, presumably   17:16
21    you learned something about it?                   17:16
22        A.   I guess.  But, again, I don't know from that   17:16
23    moment in time.  It's 2013, so I don't remember at   17:16
24    that moment in time.                              17:16
25        Q.   Okay.  Well, let's look at what your key   17:16
```

Page 248

CONFIDENTIAL

```
 1    points were in your findings and recommendations.     17:16
 2    The first one was:                                    17:16
 3            "███████████████   should not be               17:16
 4            ███████████████.  We should put                17:16
 5            the same ███████████ as we                      17:16
 6            do with ███ - this will ensure the              17:16
 7            most optimal adoption by engineering."          17:16
 8            What did you mean by that?                      17:16
 9       A.   Again, I don't know.                            17:17
10       Q.   No memory whatsoever of what that finding       17:17
11    and recommendation meant?                               17:17
12       A.   I don't know between ███████████   how          17:17
13    it's blended, where I -- I don't know -- like I         17:17
14    don't recall enough between the two, the                17:17
15    differences.                                            17:17
16       Q.   Okay.  And what is "███"?                        17:17
17       A.   ███████████.                                     17:17
18       Q.   Okay.  And then, in your second key point       17:17
19    from your findings and recommendations you state:       17:17
20            "███████████   fall into two major               17:17
21            buckets:  ██████████  and                        17:17
22            ███████████."  [As read.]                        17:17
23            Do you recall dividing ███████████   into        17:17
24    those two buckets?                                       17:17
25       A.   I don't remember.                                17:17
```

CONFIDENTIAL

```
 1      Q.   Do those -- do ███████   fall into those   17:17
 2   two buckets?                                        17:17
 3      A.   I don't know generally for them, but what it 17:17
 4   says in the email is what it says.  But I don't -- I 17:17
 5   don't know if that's -- I don't know enough to know  17:17
 6   if that classification is true.                      17:17
 7      Q.   But, presumably, when you wrote this email,  17:17
 8   you believed that that was true; right?              17:18
 9      A.   I don't know.                                17:18
10      Q.   Okay.  You might have written an email in    17:18
11   which you had no idea whether that information was   17:18
12   true or not?                                         17:18
13      A.   Again, I don't know.  I don't remember that, 17:18
14   so I don't want to make assertions for a moment in   17:18
15   time that I can't remember.                          17:18
16      Q.   Okay.  But it would be pretty unusual, don't 17:18
17   you think, for you to write an email in which you    17:18
18   make knowingly untrue assertions?                    17:18
19      A.   I wouldn't position it that way because this 17:18
20   stuff is highly technical, so I think there's a high 17:18
21   possibility for me not to know at all -- to all      17:18
22   extent to say that it's completely true.             17:18
23      Q.   So any email we pick up from this time       17:18
24   period, maybe everything you said was wrong, maybe   17:18
25   right.  What I am asking is:  You wouldn't knowingly  17:18
```

Page 250

CONFIDENTIAL

```
 1   present false information; right?                    17:18

 2      A.   Not to my -- yeah, I wouldn't -- if I knew,  17:18

 3   I wouldn't make an assertion.                        17:18

 4      Q.   So if you could read what you've written for 17:18

 5   "██████████████" down after your description of      17:19

 6   "███████████████████████████████████," your         17:19

 7   second bucket is "████████████," and if you go       17:19

 8   down to that bullet, could you read that bullet?     17:19

 9      A.   "██████████:   These                         17:19

10           generally break out to" -- "breakout to     17:19

11           ████ (i.e. ██████████) and ██████           17:19

12           ████████████ (i.e. ███████████              17:19

13           █████).  They are typically riskier         17:19

14           because ███████████████████████             17:19

15           █████████████████████                       17:19

16           █████████████████████████                   17:19

17           ████████████████████████                    17:19

18           ████████████████████."                      17:19

19      Q.   And what did you mean by -- explain what you 17:19

20   meant by that sentence.                              17:19

21      A.   Again, I don't remember in that specific     17:19

22   moment, so I don't -- I -- I don't know enough to be 17:20

23   able to -- to interpret that.                        17:20

24      Q.   So as you sit here today, reading this       17:20

25   language means nothing to you?                       17:20
```

Page 251

CONFIDENTIAL

```
 1        A.    A lot of it doesn't look familiar.          17:20
 2        Q.    I asked you if it meant anything to you.    17:20
 3   Can you discern the meaning of what you wrote when     17:20
 4   you wrote this email describing the ██████████         17:20
 5   ████████████?                                          17:20
 6        A.    I can't because a lot of things aren't that 17:20
 7   familiar, which would require me to assume and         17:20
 8   speculate about things.                                17:20
 9        Q.    So at the time that you wrote this email, as 17:20
10   the email reflects, you went through a review with     17:20
11   privacy, XFN, legal and the policy team, and you       17:20
12   made these recommendations.                            17:20
13        So fair to say that when you wrote this           17:20
14   email, you had an adequate understanding of the        17:20
15   topics that you were discussing in this email?         17:21
16        A.    I -- I don't know.                          17:21
17        Q.    If you read further down your key points,   17:21
18   the fourth one is, "███████████ meant to ████████      17:21
19   ██████████████," and you write, "████████████ meant    17:21
20   to ████████████████████████," and could you read      17:21
21   that first bullet, please?                             17:21
22        A.    "██████████████████████████████████████/    17:21
23              ████████████████████████████.  Depending   17:21
24              on how ████████████████████████████████     17:21
25              ████████████, we will require the           17:21
```

Page 252

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | appropriate coverage.  At the very | 17:21 |
| 2 | least, this will put adequate notice | 17:21 |
| 3 | for developers that (1) ████████ | 17:21 |
| 4 | ████████████████████, (2) you | 17:21 |
| 5 | cannot ████████████████, | 17:21 |
| 6 | and (3) you cannot ████████████ | 17:22 |
| 7 | ████████████████████████." | 17:22 |
| 8 | Q.   So what did you mean when you said | 17:22 |
| 9 | "████████████████████████████ | 17:22 |
| 10 | ████████, we will require the appropriate | 17:22 |
| 11 | coverage"? | 17:22 |
| 12 | A.   So I don't remember -- I don't remember at | 17:22 |
| 13 | that time what that would be inferring to. | 17:22 |
| 14 | Q.   As you sit here today, reading the words | 17:22 |
| 15 | that you wrote, can you understand how the -- how | 17:22 |
| 16 | ████████████████████████ility, how that | 17:22 |
| 17 | would relate to whether you need appropriate | 17:22 |
| 18 | coverage? | 17:22 |
| 19 | A.   So, again, over time, my -- my | 17:22 |
| 20 | understanding, things have changed.  So I don't feel | 17:22 |
| 21 | comfortable saying that I know what it meant back | 17:22 |
| 22 | then. | 17:22 |
| 23 | And looking at it now, I would say | 17:22 |
| 24 | "████████" just means, you know, of ████████ | 17:22 |
| 25 | ████████ but I don't know specifically what the | 17:22 |

Page 253

CONFIDENTIAL

```
 1    criteria would be.                                    17:22

 2        Q.    And what is -- what do you mean by "██████   17:22

 3    ████████████████████"?   What does that pertain       17:22

 4    to?                                                   17:22

 5        A.    Again, I don't know.                        17:22

 6        Q.    Would that suggest that some ████████       17:23

 7    ████████████████████████████████████ than            17:23

 8    other ██████████?                                     17:23

 9        A.    So that would require me to assume.  I don't 17:23

10    know.                                                 17:23

11        Q.    So, again, we're looking at another document 17:23

12    in which you're providing a recommendation about a    17:23

13    subject on which it appears you did a fair amount of   17:23

14    work, but sitting here today, you have utterly no      17:23

15    understanding of what you wrote.                       17:23

16        A.    Correct.                                    17:23

17              MR. FALCONER:   Objection to form.          17:23

18              THE WITNESS:    I mean, it was in 2013.  I   17:23

19    worked on a lot of projects, so I don't remember      17:23

20    this in specificity.                                  17:23

21    BY MR. LOESER:                                        17:23

22        Q.    And, then, if you look down to paragraph 5, 17:23

23    you write:                                            17:23

24              "██████████████ivatized, Aldo              17:23

25              King would like to run a personal          17:23
```

Page 254

CONFIDENTIAL

```
 1              review of these and help us determine        17:23
 2              if we should ████████████████████            17:23
 3         ███████████████████████████████                   17:23
 4         ████████████████████."                            17:24
 5              So do you recall what you meant by "████      17:24
 6    ████████████████"?                                      17:24
 7         A.   If an ████████████████ -- from ████████       17:24
 8    ██████.                                                 17:24
 9         Q.   Yeah.  These are your words that you wrote,   17:24
10    so do you have an understanding of what that means?     17:24
11         A.   Not in the context of that time because I     17:24
12    don't remember at that very moment.                     17:24
13         Q.   Well, what would it mean to you today?        17:24
14         A.   ████████████████████████.                     17:24
15         Q.   And what does that mean?                       17:24
16         A.   If it was a ████████████████████████          17:24
17    ███.                                                    17:24
18         Q.   And why did ██████████████████?               17:24
19         A.   I don't know.                                 17:24
20         Q.   Despite your work in this area, you have no   17:24
21    recollection whatsoever about why ████████████████      17:24
22    ████████████████████████████████?                       17:24
23         A.   No.  I can't generalize across the board, so  17:24
24    I don't know.                                           17:25
25         Q.   I'm not asking you to generalize across the   17:25
```

Page 255

CONFIDENTIAL

```
 1   board.  I'm asking if you have any understanding at   17:25
 2   all.                                                  17:25
 3           MR. FALCONER:  Objection.  Form.              17:25
 4           THE WITNESS:  Again, I don't remember, so I   17:25
 5   don't -- I can't really speak to it.                  17:25
 6   BY MR. LOESER:                                         17:25
 7       Q.   So if someone called you up today and said,  17:25
 8   Miss Chang, can you explain to me what the            17:25
 9   difference between ████████████████████████,          17:25
10   and why █████████████████████████████████,            17:25
11   you have no answer that you could provide?            17:25
12       A.   Correct.  I would -- I don't know because    17:25
13   there is a lot of technical nuance, and I don't know  17:25
14   what it would mean today.                             17:25
15       Q.   And you don't know what it would mean today  17:25
16   and you don't know what it meant in 2013; right?      17:25
17       A.   I don't remember.                            17:25
18       Q.   And the email outlining your findings and   17:25
19   recommendations, based upon all the work you did to   17:25
20   develop them, doesn't refresh your recollection in    17:25
21   any way as to what that term means?                   17:25
22           MR. FALCONER:  Objection.  Form.              17:26
23           THE WITNESS:  Yes, it doesn't.  Again, this   17:26
24   wasn't -- this wasn't really like my -- I didn't      17:26
25   really recall a lot around this because it wasn't my  17:26
```

Page 256

CONFIDENTIAL

```
 1    main thing I was focused on, so I -- I just don't      17:26
 2    recall a lot of it.                                     17:26
 3    BY MR. LOESER:                                          17:26
 4       Q.   So, Miss Chang, it appears from the email      17:26
 5    that we went through that you were involved with        17:26
 6    ███████████████████████████████████████                17:26
 7    ███████████████████████████████████████████            17:26
 8    the course of a couple of years.  And based on your     17:26
 9    testimony today, it sounds like you have no             17:26
10    recollection of any of those efforts,                   17:26
11    notwithstanding working on those matters for a          17:26
12    couple of years.  Can you explain that?                 17:26
13       A.   So I wouldn't --                                17:26
14            MR. FALCONER:  Objection to form.               17:26
15            THE WITNESS:  So I wouldn't generalize it to    17:26
16    that.  So as you said, it's been over like -- it's      17:26
17    been over eight years, so I don't remember that.        17:26
18    I've worked on a lot of different projects, a lot of    17:26
19    them blend together, so I don't remember this           17:27
20    specifically.                                           17:27
21    BY MR. LOESER:                                          17:27
22       Q.   Deprecating friends permissions was a pretty   17:27
23    big deal for Facebook, wasn't it?                       17:27
24       A.   I don't know.                                   17:27
25       Q.   At the keynote address of the F8 that          17:27
```

Page 257

```
 1    year -- the F8 is a big deal, isn't it?              17:27

 2        A.   The event is.                               17:27

 3        Q.   Yeah.  And Mark Zuckerberg gave the keynote 17:27

 4    address in 2014; right?                              17:27

 5        A.   Like we saw, yes.                           17:27

 6        Q.   And that's a big deal; right?               17:27

 7        A.   I -- I don't know if it was back then.      17:27

 8        Q.   Okay.  And in his keynote address, one of   17:27

 9    the things he talked about was deprecating friends   17:27

10    permissions; right?                                  17:27

11        A.   I don't know if he used those words exactly, 17:27

12    but whatever the video said.                         17:27

13        Q.   Okay.  What the video said is that Facebook 17:27

14    was going to stop sharing friends data; right?       17:27

15        A.   If that's what the video said.  I don't     17:27

16    remember it specifically.                            17:27

17        Q.   We just watched the video, Miss Chang.      17:27

18        A.   Right, but I didn't memorize --             17:27

19             MR. FALCONER:  Objection.  Argumentative.   17:28

20    BY MR. LOESER:                                       17:28

21        Q.   Okay.  So you can't remember what           17:28

22    Mr. Zuckerberg said in the video clip that we showed 17:28

23    you a couple hours ago?                              17:28

24        A.   Not exactly.                                17:28

25        Q.   Okay.  And we went through the transcript -- 17:28
```

Page 258

CONFIDENTIAL

```
 1        A.    We can play it again, I guess.            17:28

 2        Q.    I read the transcript to you.  And in the  17:28

 3   transcript, Mr. Zuckerberg says that Facebook was    17:28

 4   going to stop letting apps access the content        17:28

 5   information of a person's friends who didn't use the  17:28

 6   app; right?                                          17:28

 7        A.    Is that an exact -- is that an exact       17:28

 8   reading?  I don't know.                              17:28

 9        Q.    Okay.  So that's all --                    17:28

10        A.    I --                                       17:28

11        Q.    None of that made any sense to you         17:28

12   whatsoever?                                          17:28

13        A.    Again, I don't know if that was specifically 17:28

14   how he said, so I think you've been using things     17:28

15   interchangeably where I don't feel comfortable       17:28

16   agreeing to that.  So I don't know what was exactly  17:28

17   said.  I don't have the transcript in front of me to 17:28

18   be able to say that's exactly what he said.          17:28

19        Q.    Well, fortunately, we have the transcript as 17:28

20   an exhibit.  So why don't we go back to that         17:28

21   exhibit.                                             17:29

22              DEPOSITION REPORTER:  Counsel, I don't think 17:29

23   you actually marked the transcript.                  17:29

24              MR. LOESER:  I think it is Exhibit 17.     17:29

25              DEPOSITION REPORTER:  Okay.  It is.  You're 17:29
```

Page 259

CONFIDENTIAL

```
 1    right.  I apologize.                          17:29

 2    BY MR. LOESER:                                17:29

 3       Q.   If you look at that second highlighted 17:29

 4    paragraph.  Why don't you read that again,     17:29

 5    Miss Chang.                                    17:30

 6       A.   "And in the past, when one of your     17:30

 7    friend" --                                     17:30

 8       Q.   Go ahead.  Sorry.                      17:30

 9       A.   "And in the past, when one of your     17:30

10            friend blogged into an app, in this    17:30

11            case, Ilya, the app could ask him      17:30

12            not only to share his data, but also   17:30

13            data that his friends had shared       17:30

14            with him -- like photos and friend     17:30

15            lists here.  So now we're going to     17:30

16            change this, and we're going to make   17:30

17            it so that now everyone has to choose  17:30

18            to share their own data with an app    17:30

19            themselves.                            17:30

20            "So we think that this is a really     17:30

21            important step for giving people power 17:30

22            and control over how they share their  17:30

23            data with the apps.  And as developers,17:30

24            this is going to allow you to keep      17:31

25            building apps with all the same great   17:31
```

Page 260

```
 1              social features while also giving        17:31

 2              people power and control first.  So      17:31

 3              I am really happy that we're doing        17:31

 4              this."                                    17:31

 5       Q.    Now, I want to make sure that you understand 17:31

 6   what he said here because this is something that     17:31

 7   Mr. Zuckerberg included in his keynote address.  And 17:31

 8   as he says, he was really happy they were doing      17:31

 9   this, and the "this" was eliminating friend sharing; 17:31

10   right?  Is that -- is that a description that you    17:31

11   agree with?                                          17:31

12       A.    No, I --                                   17:31

13             MR. FALCONER:  Object.  Foundation.        17:31

14             THE WITNESS:  No.  I don't know if it's    17:31

15   specifically related to that.  I can't assume that.  17:31

16   BY MR. LOESER:                                       17:31

17       Q.    Okay.  Let's read a sentence and see if we 17:31

18   can develop a common understanding.                  17:31

19              "So now we're going to change this        17:31

20              and we're going to make it so that        17:32

21              now everyone has to choose their own      17:32

22              data with a" -- I'm sorry, "That now      17:32

23              everyone has to choose to share their     17:32

24              own data with an app themselves."         17:32

25              Do you understand what that means?        17:32
```

Page 261

CONFIDENTIAL

```
 1        A.    Yes.                                    17:32

 2        Q.    What does that mean?                    17:32

 3        A.    It means that people have to opt in to share  17:32

 4   information.  So if they publish something, they  17:32

 5   have to opt in to do that.                         17:32

 6        Q.    So that means that if one person downloads  17:32

 7   an app, that app can't get access to that person's  17:32

 8   friends, unless those friends also opt into that   17:32

 9   sharing; is that right?                            17:32

10        A.    So I don't know specifically if it means to  17:32

11   that.                                              17:32

12        Q.    Okay.  So, Miss Chang, all that work you did  17:32

13   over at least a year period ████████████           17:32

14   ████████████████████████████████                  17:32

15   ███████████████   are you telling the jury that you  17:32

16   don't have any understanding of what █████████     17:33

17   ████████████████████████████████?                 17:33

18        MR. FALCONER:  Objection.  Form and           17:33

19   foundation.                                        17:33

20        THE WITNESS:  So, again, I wasn't just        17:33

21   working on that.  It would -- sounded like it was  17:33

22   working on a lot of different ██████████, so I     17:33

23   don't remember that specifically and how you're    17:33

24   positioning that.                                  17:33

25   / / /                                              17:33
```

Page 262

CONFIDENTIAL

```
 1   BY MR. LOESER:                                      17:33
 2       Q.   Do you remember at all when you were working 17:33
 3   to ████████████████████████████████████████████    17:33
 4   ████████████████████████████ -- so stop there.     17:33
 5   Do you remember that at all?                        17:33
 6       A.   No, beyond what we were just reading earlier 17:33
 7   today.                                              17:33
 8       Q.   Okay.  And what we were reading earlier    17:33
 9   today showed your involvement in ████████████████   17:33
10   ████████ ; right?                                   17:33
11       A.   That's -- that's what the email -- if that's 17:33
12   what the email said, yeah.                          17:33
13       Q.   And so when Mr. Zuckerberg stood up and gave 17:33
14   this presentation and he touched on a topic on which 17:33
15   you had been working for over a year, you don't have 17:33
16   any recollection of noticing that?                  17:33
17       A.   I don't know if he's specifically referring 17:34
18   to what I am working on.                            17:34
19       Q.   Well, he was specifically referring to     17:34
20   getting rid of the ability of apps to access friend 17:34
21   permissions; right?                                 17:34
22            MR. FALCONER:  Objection.  Form and        17:34
23   foundation.                                         17:34
24            THE WITNESS:  I don't believe that's what he 17:34
25   said.  He said:                                     17:34
```

Page 263

| | | |
|---|---|---|
| 1 | "So now we're going to change this | 17:34 |
| 2 | and we're going to make it so that | 17:34 |
| 3 | everyone has to choose to share | 17:34 |
| 4 | their own data with an app | 17:34 |
| 5 | themselves." | 17:34 |
| 6 | BY MR. LOESER: | 17:34 |
| 7 | Q.   So, Miss Chang, how do you think Facebook | 17:34 |
| 8 | made that change?  What do you think they did? | 17:34 |
| 9 | MR. FALCONER:  Objection.  Form. | 17:34 |
| 10 | THE WITNESS:  They changed the permissioning | 17:34 |
| 11 | model, I'm guessing. | 17:34 |
| 12 | BY MR. LOESER: | 17:34 |
| 13 | Q.   Right.  Doesn't that mean that they | 17:34 |
| 14 | eliminated the friend sharing APIs?  Isn't that what | 17:34 |
| 15 | he's saying? | 17:34 |
| 16 | A.   I don't -- | 17:34 |
| 17 | MR. FALCONER:  Objection to form and | 17:34 |
| 18 | foundation. | 17:34 |
| 19 | BY MR. LOESER: | 17:34 |
| 20 | Q.   Right? | 17:34 |
| 21 | A.   So, again, I don't know specifically because | 17:34 |
| 22 | I think you're referring to one thing and I don't | 17:35 |
| 23 | know. | 17:35 |
| 24 | Q.   Okay.  So looking at this language, you | 17:35 |
| 25 | don't draw any line between making it so everyone | 17:35 |

Page 264

```
 1   has to choose to share their own data with an app        17:35

 2   themselves; you draw no connection in your mind          17:35

 3   between that and eliminating friend sharing?             17:35

 4       A.   Again, I don't know what Mark is                17:35

 5   specifically referring to, so I can't make that          17:35

 6   assumption or connection.                                17:35

 7       Q.   And having gone through all these emails        17:35

 8   that we went through and looking at this language,       17:35

 9   you still can't make that connection?                    17:35

10       A.   I can't.                                         17:35

11            MR. FALCONER:  Derek, we have been going a      17:35

12   little more than an hour.  Whenever you hit a            17:36

13   stopping point, can we take a break?                     17:36

14            MR. LOESER:  Now is fine.                        17:36

15            THE VIDEOGRAPHER:  This marks the end of        17:36

16   media No. 5 in the deposition of Jackie Chang.           17:36

17   Going off the record.  The time is 5:36.                 17:36

18            (Off the record.)                                17:36

19            THE VIDEOGRAPHER:  This marks the beginning     17:56

20   of media No. 6 in the deposition of Jackie Chang.        17:56

21   We are back on the record.  The time is 5:57.            17:57

22   BY MR. LOESER:                                            17:57

23       Q.   Miss Chang, before we were talking about the    17:57

24   2014 F8 Conference and I want to make sure I             17:57

25   understand your testimony.  Do you generally attend      17:57
```

Page 265

```
 1    the F8 Conferences?                              17:57

 2        A.   Not generally.  I've been to them, but I  17:57

 3    haven't been to all.                             17:57

 4        Q.   And do -- you generally just don't have much  17:57

 5    of a role there, so you can't remember much about  17:57

 6    it?                                              17:57

 7        A.   That depends on which F8.  I've spoken at F8  17:57

 8    before.                                          17:57

 9        Q.   What are the topics on which you've spoken?  17:57

10        A.   On Internet.org.                        17:57

11        Q.   Okay.  And what year?  Do you recall what  17:57

12    year that was?                                   17:57

13        A.   I don't remember what year exactly.      17:57

14             MR. LOESER:  We're going to show you the  17:57

15    next exhibit, which should be -- I know I'm going to  17:57

16    say it wrong, but I think it is Exhibit 24.       17:57

17             (Exhibit 24 marked for identification.)  17:58

18    BY MR. LOESER:                                   17:58

19        Q.   Miss Chang, you should be looking at     17:58

20    Exhibit 24, which is an email from KP to Simon    17:58

21    Cross, and it's dated March 28th, 2014:  Subject:  17:58

22    Re:  Product Partnerships:  Bi-Weekly Update."    17:58

23             Do you see that?                        17:58

24        A.   Yes.  Can I read it?                     17:58

25        Q.   I'm just going to ask you just about one  17:58
```

Page 266

CONFIDENTIAL

```
 1    sentence.  So why don't we go to that and then if      17:59
 2    you need more context to understand it, then, by all   17:59
 3    means, take your time, but...                          17:59
 4         A.   Okay.                                        17:59
 5         Q.   So in this update -- if you move down this   17:59
 6    document, there's an update for "███████████."         17:59
 7              Do you see that?                              17:59
 8         A.   (Witness nods.)                              17:59
 9         Q.   Then, it states "Platform" with two          17:59
10    asterisks and in parentheses "(KP and Jackie)." [As    17:59
11    read.]                                                  17:59
12              And I read that to suggest that you were     17:59
13    responsible for that information.                       17:59
14              MR. FALCONER:  Objection.  Form.             17:59
15              THE WITNESS:  Can I read this document       17:59
16    first?                                                  17:59
17    BY MR. LOESER:                                          17:59
18         Q.   Yes, please.  Well, that's the only --       17:59
19    that's the only section I want to ask you about, so    17:59
20    if you want to just look at that, I will give you a    17:59
21    second.  We could speed this up.                        17:59
22         A.   Okay.                                        17:59
23         Q.   But look -- go ahead and look and see what   17:59
24    this -- what this email is and familiarize yourself    18:00
25    with it.  That's the only part I am going to be        18:00
```

Page 267

CONFIDENTIAL

```
 1    asking you about.                                    18:00

 2        A.    Yes, I see our names next to that.          18:00

 3        Q.    Okay.  And so on the task that you're       18:00

 4    assigned to here, or for which you appear to be       18:00

 5    responsible with KP, the second bullet is:            18:00

 6              "Planning ██████████████ and               18:00

 7    ████████████████████████████████                      18:00

 8    ████████████████████████████████                      18:00

 9    ██████████████████████████████████                    18:00

10    ████████████ ."                                       18:00

11              So it appears from this -- and if you look  18:00

12    at the top of the email, this is from 2014, that you  18:00

13    were specifically responsible for -- we can go back   18:01

14    to the section -- for ██████████████████████          18:01

15    ████████ ; is that right?                             18:01

16        A.    No.  I wouldn't --                           18:01

17              MR. FALCONER:  Objection.  Form.            18:01

18              THE WITNESS:  Again, I wouldn't classify    18:01

19    that as that.                                         18:01

20    BY MR. LOESER:                                        18:01

21        Q.    Okay.  Tell me how you would explain the    18:01

22    second bullet which says, "Planning ██████████        18:01

23    ████████████████████████████████████                  18:01

24    ██████████████████████████████████████                18:01

25    ██████████████████████████ ."                         18:01
```

Page 268

| | | |
|---|---|---|
| 1 | What does that mean? | 18:01 |
| 2 | MR. FALCONER:  Objection.  Form and | 18:01 |
| 3 | foundation. | 18:01 |
| 4 | THE WITNESS:  So I don't remember | 18:01 |
| 5 | specifically, which is why I wouldn't say I'm tasked | 18:01 |
| 6 | with it.  Me and KP are assigned to it, so it could | 18:01 |
| 7 | be a lot of different folks contributing to it.  So | 18:01 |
| 8 | I don't remember if that's specifically me or not. | 18:01 |
| 9 | BY MR. LOESER: | 18:01 |
| 10 | Q.   Okay.  Well, your name is there; right? | 18:02 |
| 11 | A.   Along with KP, yes. | 18:02 |
| 12 | Q.   Okay.  And there is a reference to "█" for | 18:02 |
| 13 | the -- ████████████; right?  Do you understand | 18:02 |
| 14 | that that's ██████████? | 18:02 |
| 15 | A.   Correct. | 18:02 |
| 16 | Q.   And it references "███████████████." | 18:02 |
| 17 | Do you recall being involved in ██████ | 18:02 |
| 18 | ████████████████████? | 18:02 |
| 19 | A.   Not specifically ████████. | 18:02 |
| 20 | Q.   And so looking at this, this does not | 18:02 |
| 21 | refresh your recollection, not one little bit, about | 18:02 |
| 22 | your role in connection with ████████? | 18:02 |
| 23 | A.   No. | 18:02 |
| 24 | Q.   So, Miss Chang, do you recall that there was | 18:02 |
| 25 | articles written about the fact that Facebook | 18:02 |

Page 269

CONFIDENTIAL

```
 1   partners continued to have access to friends data        18:02

 2   after the implementation of Graph API version 2?         18:03

 3       A.   No.  I don't know what articles you're          18:03

 4   referencing to.                                          18:03

 5            MR. LOESER:  Let's go to the next exhibit.       18:03

 6            (Exhibit 25 marked for identification.)          18:03

 7   BY MR. LOESER:                                            18:03

 8       Q.   And this is Exhibit 25.  Miss Chang, this is     18:03

 9   a New York Times article from December 16th of --        18:03

10   June 3rd, 2018.  "Facebook Gave Device Makers Deep        18:04

11   Access to Data on Users and Friends."                    18:04

12            Do you recall when this article came out?        18:04

13       A.   No.                                              18:04

14       Q.   And would it be your normal course to find       18:04

15   out if an article was written about an area that          18:04

16   concerned work that you did at Facebook?                  18:04

17       A.   No.  I think I would be reading articles for     18:04

18   a very long time, so I don't focus a lot on               18:04

19   articles.  That would be our communications team.         18:04

20       Q.   Okay.  So when this article -- and the           18:04

21   subheading is:                                            18:04

22            "The company formed data-sharing                 18:04

23            partnerships with Apple, Samsung and             18:04

24            dozens of other device makers,                   18:04

25            raising new concerns about its privacy           18:04
```

Page  270

```
 1              protections."                         18:04

 2          As we saw in the email, you were very     18:04

 3    involved in the partnerships and the providing of  18:04

 4    extended access to deprecated permissions.       18:04

 5          But no one sent this to you and said, hey,  18:04

 6    weren't you involved in this?                    18:05

 7       A.   No.                                      18:05

 8              MR. FALCONER:  Objection.  Form.       18:05

 9    BY MR. LOESER:                                   18:05

10       Q.   You've never read this article?         18:05

11       A.   No.                                      18:05

12       Q.   And you've never communicated with anyone  18:05

13    about the scandal that surfaced when people figured  18:05

14    out that this had happened?                      18:05

15       A.   So I don't -- I don't know.              18:05

16       Q.   So now, it's not news to you that Facebook  18:05

17    reached data-sharing partnerships with at least 60  18:05

18    device makers; right?  That was work you were doing  18:05

19    at Facebook, wasn't it?                          18:05

20       A.   No.  Specifically, I didn't work in that --  18:05

21    on devices.                                      18:05

22       Q.   Okay.  But we had -- as we went through, you  18:05

23    ███████████████████████████████████████          18:05

24    ████████████████████████████████                 18:05

25    ████████████.  And having done that work, this was  18:05
```

Page 271

```
 1    not an article that anyone brought to your        18:05

 2    attention?                                          18:05

 3        A.   I don't remember and, again, I didn't work 18:05

 4    on devices.                                         18:06

 5        Q.   So this is -- you're learning for the first 18:06

 6    time as we talk right now that there was a scandal  18:06

 7    regarding Facebook continuing to provide friends    18:06

 8    data to various partners?                           18:06

 9        A.   Again, I don't remember.                   18:06

10        Q.   A front-page New York Times article was not 18:06

11    something that came to your attention at Facebook?  18:06

12        A.   There's been many, so I don't remember this 18:06

13    specific one.                                       18:06

14        Q.   The scandals are so many that the scandal  18:06

15    with which you were personally involved doesn't     18:06

16    stand out for you?                                  18:06

17             MR. FALCONER:  Objection --                18:06

18             THE WITNESS:  I would not classify it that  18:06

19    way.                                                18:06

20             MR. FALCONER:  -- form, foundation and it   18:06

21    misstates prior testimony.                          18:06

22    BY MR. LOESER:                                      18:06

23        Q.   I'm sorry.  You can answer.                18:06

24        A.   I would not state it the way you did.      18:06

25             MR. LOESER:  All right.  We can go to the   18:06
```

Page 272

```
 1   next exhibit, 26.                                    18:06
 2          (Exhibit 26 marked for identification.)       18:06
 3   BY MR. LOESER:                                       18:07
 4      Q.   Miss Chang, we're showing you Exhibit 26,    18:07
 5   which is an email from Charlotte Edelson to several  18:07
 6   people, including yourself, dated August 28th, 2014: 18:07
 7   Subject line, "Forward: ███████████████:             18:07
 8   ██████████████████████."                             18:07
 9          Do you see that?                               18:07
10      A.   Sorry.  Let me update.  I see what you're    18:07
11   displaying.                                           18:08
12      Q.   Do you know who Charlotte Edelson is?        18:08
13      A.   No, I don't -- I don't remember.            18:08
14      Q.   And do you know what "███████████████"       18:08
15   are?                                                  18:08
16      A.   I don't know specifically.  I just know that 18:08
17   it's likely ██████████████████.                      18:08
18      Q.   █████████████████████?                       18:08
19      A.   ████████████████████, but I don't know       18:08
20   specifically --                                       18:08
21      Q.   Okay.                                        18:08
22      A.   -- ██████████████████.                       18:08
23      Q.   All right.  Let's go down the string a bit   18:08
24   to the August 13, 2014 email from Miss Edelson to,   18:08
25   among others, yourself.  And you will see that        18:09
```

                                          Page 273

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Miss Edelson writes: | 18:09 |
| 2 | "Hi, As part of our team's ████████ | 18:09 |
| 3 | ████████ efforts, we would like | 18:09 |
| 4 | to ███████████████████████ | 18:09 |
| 5 | ██████████████████. | 18:09 |
| 6 | "Our hope is that by ████████████ | 18:09 |
| 7 | █████████, we will be able to | 18:09 |
| 8 | ███████████████████, ██████ | 18:09 |
| 9 | █████████████, ██████████ | 18:09 |
| 10 | ██████████████████████████ | 18:09 |
| 11 | ██████████████████. | 18:09 |
| 12 | Additionally, ensuring ██████████ | 18:09 |
| 13 | ████████████████████████████ | 18:09 |
| 14 | ██████████████████ (████████ | 18:09 |
| 15 | ████████████████████████ | 18:09 |
| 16 | ████████████)." | 18:09 |
| 17 | Do you recall this effort to ████████ | 18:09 |
| 18 | ███████████████████████████? | 18:09 |
| 19 | A.   Not specifically. | 18:09 |
| 20 | Q.   Do you remember anything at all about it? | 18:09 |
| 21 | A.   Not -- not specifically. | 18:09 |
| 22 | Q.   What about other than specifically?  Do you | 18:09 |
| 23 | remember anything -- | 18:10 |
| 24 | A.   I mean, I see the email, but I don't | 18:10 |
| 25 | remember this. | 18:10 |

Page 274

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.    Okay.  And this email doesn't refresh your | 18:10 |
| 2 | recollection in any way about this subject matter? | 18:10 |
| 3 | A.    No. | 18:10 |
| 4 | Q.    Do you recall the effort to ███████████ | 18:10 |
| 5 | ███████████████████████████? | 18:10 |
| 6 | A.    I -- yes, I've heard it. | 18:10 |
| 7 | Q.    Okay.  What does that refer to? | 18:10 |
| 8 | A.    I -- so I don't remember specifically like | 18:10 |
| 9 | what year and in what reference.  I know I've heard | 18:10 |
| 10 | the term. | 18:10 |
| 11 | Q.    Okay.  Well, this year for this email is | 18:10 |
| 12 | 2014, and the reference is to "████████████████ | 18:10 |
| 13 | ██████████████████."  So can you describe what | 18:10 |
| 14 | ████████████████████████ -- or what the | 18:10 |
| 15 | ████████████████████████ that were mentioned | 18:10 |
| 16 | in this email? | 18:11 |
| 17 | A.    No, I don't know. | 18:11 |
| 18 | Q.    Okay.  In what context have you referred -- | 18:11 |
| 19 | or heard the expression to "████████████████ | 18:11 |
| 20 | ██████████"? | 18:11 |
| 21 | A.    So I don't remember.  I just know I heard | 18:11 |
| 22 | the term. | 18:11 |
| 23 | Q.    Do you know what the term means? | 18:11 |
| 24 | A.    ████████████████████████████████. | 18:11 |
| 25 | Q.    And so what would be -- what needed to be | 18:11 |

Page 275

CONFIDENTIAL

```
 1   ██████████████  ?                            18:11

 2       A.   So almost anything can be  ████████████  18:11

 3   ██████████████████████████████████████████████  18:11

 4   ██████████████████████████████████████████████  18:11

 5   ██████  .  It can be used in many ways.        18:11

 6       Q.   What are "████████████████████"?       18:11

 7       A.   I -- I don't know specifically.       18:11

 8       Q.   Do you have any notion of what ██████████  18:11

 9   ██████  are?                                   18:11

10       A.   ████████████████  , I would say, is like a  18:11

11   ████████████████████  , as I mentioned.  Again, like  18:12

12   a ████████████████  .                         18:12

13       Q.   Okay.  And is there something special about  18:12

14   ████████████  if it's the ████████████████  ?    18:12

15       A.   I don't remember the criteria or what is  18:12

16   classified as ██████  .                        18:12

17       Q.   And what do you think this means or refers  18:12

18   to "████████████████████████████████████████  18:12

19   ██████  "?                                     18:12

20       A.   I don't know.                         18:12

21       Q.   Okay.  Did you respond to this email and  18:12

22   tell Miss Edelson that you had no idea what she's  18:12

23   talking about?                                 18:12

24       A.   I don't know if I responded to her.  I don't  18:12

25   even remember this email.                      18:12
```

Page 276

CONFIDENTIAL

```
 1        Q.    Do you have any understanding about ███████   18:12
 2   ████████████████████?                                     18:12
 3        A.    No, I don't know.                               18:13
 4        Q.    Doesn't this email explain to you how to ██    18:13
 5   ███████████████?                                          18:13
 6        A.    So this email is from ██████████               18:13
 7   ██████████ team, which I'm not part of, so I don't         18:13
 8   know their processes.                                      18:13
 9        Q.    Okay.  Do you see that underline bolded          18:13
10   thing that says, "What we need from YOU" and there's       18:13
11   a big exclamation point?                                   18:13
12        A.    Yes.                                            18:13
13        Q.    Okay.  This email was sent to you, so did       18:13
14   you read that to mean that there was something that        18:13
15   you needed to do?                                          18:13
16        A.    Well, it was sent to me amongst other           18:13
17   people, so I don't know.  There's a lot of emails          18:13
18   that are sent to me that I never responded back to         18:13
19   either.  So I don't know.  I don't remember                18:13
20   specifically.                                              18:13
21        Q.    And in 2014, did you manage any apps?           18:13
22        A.    I think so.  I'm not sure.                      18:13
23        Q.    Okay.  Well, that's a pretty good clue that     18:13
24   the "you" might have been you, because the next line       18:14
25   says:                                                      18:14
```

Page 277

CONFIDENTIAL

```
 1          "As a first step, we are asking that        18:14
 2     you ████████████████████████████████           18:14
 3          ████████████████████████████████."        18:14
 4     So do you recall ever ██████████████            18:14
 5     ███████?                                        18:14
 6     A.    I don't.  So again, it says "hi," dash,   18:14
 7     which is not even specific to anyone, so I don't 18:14
 8     read it as to me, Jackie.                       18:14
 9     Q.    Okay.  The email ends and it says:        18:14
10          "Don't hesitate to reach out if you        18:14
11          have any questions or concerns about       18:14
12          this process."                             18:14
13          And do you have any recollection of reaching 18:14
14     out and expressing any questions or concerns about 18:14
15     the process?                                    18:14
16     A.    I don't remember.                         18:14
17     Q.    If you had ██████████████████████         18:14
18     ████████████████████████████████, is           18:14
19     that something that would be saved somewhere at 18:14
20     Facebook?                                       18:14
21     A.    Well, it says, I think, in the email to -- 18:14
22     to use that document.                           18:14
23     Q.    Okay.  So if you clicked on that hyperlink, 18:15
24     that would take you somewhere where you could store 18:15
25     the document?                                   18:15
```

Page 278

| | | |
|---|---|---|
| 1 | A.   So I'm not storing the document, but it is | 18:15 |
| 2 | through the Zoho service. | 18:15 |
| 3 | Q.   Okay.  What's the "Zoho service"? | 18:15 |
| 4 | A.   It is a document service like Google Docs. | 18:15 |
| 5 | Q.   Okay.  Let's look at No. 2, after the "What | 18:15 |
| 6 | we need from you."  It states: | 18:15 |
| 7 | "Once you complete step 1, we will | 18:15 |
| 8 | ██████████████████████████████ | 18:15 |
| 9 | ██████████████████████████████ | 18:15 |
| 10 | ███████████████████." | 18:15 |
| 11 | So can you explain to me why ████████ | 18:15 |
| 12 | ████████████████████████████████████████ | 18:15 |
| 13 | █████████? | 18:15 |
| 14 | A.   Again, I don't know.  I didn't write this | 18:15 |
| 15 | email. | 18:15 |
| 16 | Q.   Do you recall the earlier presentation that | 18:15 |
| 17 | we went through that noted that ██████████ | 18:15 |
| 18 | ████████████████████████████ -- for | 18:16 |
| 19 | ████████████████████████? | 18:16 |
| 20 | MR. FALCONER:  Objection.  Form. | 18:16 |
| 21 | THE WITNESS:  Sorry, which -- which | 18:16 |
| 22 | document? | 18:16 |
| 23 | BY MR. LOESER: | 18:17 |
| 24 | Q.   I would like to refer you back to | 18:17 |
| 25 | Exhibit 12.  If you look at the fourth page, | 18:17 |

Page  279

CONFIDENTIAL

```
 1      "███████████████████████."  The first bullet:   18:17

 2              "█████████████████████████████          18:18

 3      ████████████████████ (████████  ████             18:18

 4      █████████████████████████████)."                 18:18

 5      Do you recall a conversation about ████████       18:18

 6      ████████████████████████████████████████         18:18

 7      ████████████████████████████████████?            18:18

 8      A.    I don't remember.                           18:18

 9            MR. LOESER:  We can go to the next exhibit,  18:18

10      which I believe is 27.                            18:18

11            (Exhibit 27 marked for identification.)     18:19

12            MR. LOESER:  We're uploading the exhibit,   18:19

13      but it's taking a minute.                         18:19

14      BY MR. LOESER:                                    18:19

15      Q.    Okay.  We're showing you "Quip Business     18:19

16      Portal," dated June 13th, 2018.  Are you familiar 18:19

17      with the Quip business portal and how it works?   18:19

18      A.    I know Quip, the service.                   18:19

19      Q.    And we mentioned it previously, but tell me, 18:19

20      what is the Quip service?                         18:19

21      A.    It's a document-sharing service like Google 18:19

22      Docs.                                             18:19

23      Q.    So it allows you to work with other people  18:19

24      on a document in real time?                       18:20

25      A.    Yes.                                        18:20
```

Page 280

CONFIDENTIAL

```
 1        Q.    And is this something that you frequently    18:20
 2   use or not?                                             18:20
 3        A.    I've used it.  I used it at whatever time    18:20
 4   the service was available just because we have a lot    18:20
 5   of rotating services.                                   18:20
 6        Q.    And is the -- is the service searchable?     18:20
 7        A.    Yes.                                          18:20
 8        Q.    How does that work?                          18:20
 9        A.    There's a search header in the service and   18:20
10   you can search for topics.                              18:20
11        Q.    Do you know when Facebook started using the  18:20
12   Quip service?                                           18:20
13        A.    I don't know exactly when.                   18:20
14        Q.    And is it something that's widely used at    18:20
15   Facebook?                                               18:20
16        A.    Not now.                                     18:20
17        Q.    When was it widely used?                     18:20
18        A.    I don't remember the years, but there was a  18:20
19   time where it was being used before us getting --       18:21
20   before Google Docs.                                     18:21
21        Q.    And so it's something that Facebook stopped  18:21
22   using?                                                  18:21
23        A.    Well, they're encouraging people to stop     18:21
24   using it, but I think there are still documents         18:21
25   there.                                                  18:21
```

Page 281

| | | |
|---|---|---|
| 1 | Q.   Okay.  And what are people now using instead | 18:21 |
| 2 | for the same type of functionality? | 18:21 |
| 3 | A.   Google Docs. | 18:21 |
| 4 | Q.   And do you use Google Docs now? | 18:21 |
| 5 | A.   Yes. | 18:21 |
| 6 | Q.   And when did you start using Google Docs? | 18:21 |
| 7 | A.   I don't remember the year specifically. | 18:21 |
| 8 | Q.   Now, somewhere in that enormous list of | 18:21 |
| 9 | names, you are identified.  So is it unusual to have | 18:21 |
| 10 | so many people participating at the same time in the | 18:22 |
| 11 | Quip service? | 18:22 |
| 12 | A.   So I wouldn't call it "participating." | 18:22 |
| 13 | People can just access it or read it. | 18:22 |
| 14 | Q.   Okay. | |
| 15 | A.   It doesn't mean that you are participating | 18:22 |
| 16 | in anything. | 18:22 |
| 17 | Q.   So all those names on there are people that | 18:22 |
| 18 | access this particular -- I don't want to call it | 18:22 |
| 19 | conversation -- but work? | 18:22 |
| 20 | A.   So I don't know enough about this service to | 18:22 |
| 21 | tell you how to classify -- how people are | 18:22 |
| 22 | referenced, so I don't know. | 18:22 |
| 23 | Q.   If we can go to the fifth page of this | 18:22 |
| 24 | document, to the -- I'm going to call it an "entry" | 18:22 |
| 25 | because I have no idea what the terminology is, but | 18:23 |

Page  282

| | | |
|---|---|---|
| 1 | there is a -- there's work by Suvrat Joshi.  It | 18:23 |
| 2 | says, "Edited May 28, 2017." | 18:23 |
| 3 | Do you see that? | 18:23 |
| 4 | A.   May -- May 29th, sorry, 2017? | 18:23 |
| 5 | Q.   I think it is May 28th, but... | 18:23 |
| 6 | A.   Oh. | 18:23 |
| 7 | Q.   Yeah, look at the -- there we go. | 18:23 |
| 8 | A.   Sorry.  Oh, okay.  Got it. | 18:23 |
| 9 | Q.   So do you know who Suvrat Joshi is? | 18:23 |
| 10 | A.   No. | 18:23 |
| 11 | Q.   This outline he's creating, it says: | 18:23 |
| 12 | "1.  ███████████████ | 18:23 |
| 13 | ████████████████████████, | 18:24 |
| 14 | ███████████████. | 18:24 |
| 15 | "a. Use Case/Problem to solve: | 18:24 |
| 16 | "i.  █████████████..." | 18:24 |
| 17 | Do you recall there being a problem with | 18:24 |
| 18 | ████████████████████? | 18:24 |
| 19 | MR. FALCONER:  Objection to form. | 18:24 |
| 20 | THE WITNESS:  No.  And I think how he is | 18:24 |
| 21 | referencing it here is "problem to solve," not -- I | 18:24 |
| 22 | think you're trying to infer it differently. | 18:24 |
| 23 | BY MR. LOESER: | 18:24 |
| 24 | Q.   Okay.  Well, I'm just reading it.  But "Use | 18:24 |
| 25 | Case/Problem to solve" and Roman numeral i is | 18:24 |

Page 283

CONFIDENTIAL

```
 1   "██████████."                                18:24
 2         What was your job at this time with regard  18:24
 3   to partners?                                   18:24
 4      A.   2017, sorry.  Sorry.  I almost would need a  18:24
 5   refresh of my LinkedIn.  [Counting to self].    18:24
 6         I think I was working on Internet.org.   18:25
 7      Q.   2017 -- I can't tell from your LinkedIn, but  18:25
 8   2007 through September 2019, it says "Head of   18:25
 9   business partner business platform partnerships."  18:25
10         DEPOSITION REPORTER:  Can you repeat that
11   again?
12   BY MR. LOESER:
13      Q.   It looks like in 2017, you started with   18:25
14   Internet.org and then you transitioned to head of   18:25
15   business platform partnerships.                 18:25
16         Do you know when in the year you          18:25
17   transitioned to head of business platform       18:25
18   partnerships?                                   18:25
19      A.   So I don't know the specific dates, and I   18:25
20   didn't come in as head of business partnership.  I   18:25
21   was a partner manager and then eventually left the   18:25
22   role as head.                                   18:26
23      Q.   Let's move down a little bit farther to the   18:26
24   1:13 p.m. work by Suvrat Joshi, at the bottom of the   18:26
25   page we are looking at.                          18:26
```

Page 284

CONFIDENTIAL

```
1        A.    Okay.                                      18:26

2        Q.    So it says:                                18:26

3              "████████████████████████                 18:26

4        ████████████████████████████                    18:26

5        █████████████████."                              18:26

6              And then below that it says:               18:26

7              "a.  Use," "b" is edited, and "c" is       18:26

8        "Case/Problem to solve."  And this states:       18:26

9              "████████████████████████████             18:26

10       ██████████████████████████████                   18:26

11       ███████████████.                                 18:26

12             "ii.  ██████████████████████               18:26

13       ███████████████████████                          18:26

14       ██████████.                                      18:26

15             "iii. ████████████████████                 18:26

16       █████████████████████████                         18:26

17       ████████████████████.                            18:26

18             "iv.  ████████████████████                 18:27

19       ███████████████████████                          18:27

20       ██████████████████."                             18:27

21             And was this ever something, this problem  18:27

22       with ███████, something that was raised with you? 18:27

23        A.    So, again, I don't believe it's a problem.  18:27

24       It says "problem to solve."  Doesn't mean that it's 18:27

25       an actual problem, but I don't -- so I don't know  18:27
```

Page 285

CONFIDENTIAL

```
 1    what the -- I have not seen this document, I don't      18:27
 2    believe.                                                18:27
 3         Q.   Okay.  So would you agree with me that where  18:27
 4    this says, "███████████████████████████████            18:27
 5    ███████████████████████████████████████                18:27
 6    ████████," that that would be a problem for             18:27
 7    Facebook?                                               18:27
 8         A.   So, again, I don't know how to infer what     18:27
 9    Suvrat Joshi was meaning when he wrote that.            18:27
10         Q.   Do you know what a "profile" is?  How         18:27
11    does Facebook -- I'm sorry.                             18:28
12              How does Facebook use the term "profile"?     18:28
13         A.   So it can mean different things.  There       18:28
14    could be a Facebook profile on the Facebook service.    18:28
15    You could have a profile through your internal          18:28
16    tools.  You could also have like, you know, a          18:28
17    profile in enterprise software.  So I don't know        18:28
18    what specifically is being referenced.                 18:28
19         Q.   So just to clarify the record, we've looked   18:28
20    through the list of names and we can't actually find    18:28
21    your name on that, but... so I just want to make the    18:28
22    record clear on that.                                   18:28
23              But nonetheless, in your role with partners,  18:28
24    this is not a problem that was ever something that      18:28
25    you evaluated?                                          18:28
```

Page 286

```
 1              DEPOSITION REPORTER:  I'm sorry.  I lost the
 2      tail on that.  "That you..."
 3              MR. LOESER:  Evaluated.                    18:28
 4              THE WITNESS:  So, again, I -- I feel like  18:28
 5      it's kind of generalized, so I don't -- I don't   18:28
 6      know.  I have not seen this, so no.               18:28
 7              MR. LOESER:  Okay.  We can move on.        18:29
 8              Exhibit 28 is an email that will materialize 18:29
 9      momentarily.                                       18:29
10              (Exhibit 28 marked for identification.)   18:29
11      BY MR. LOESER:                                     18:29
12         Q.   So, Miss Chang, we are showing you an email 18:29
13      dated October 16th, 2019, that appears like it was 18:29
14      sent to yourself, sent from you to you and also to 18:29
15      Joel Yawili, that includes a chat message.         18:29
16              Who is Joel Yawili?                        18:30
17         A.   Joel.                                      18:30
18         Q.   Joel.                                      18:30
19         A.   He was someone on the team and reported to 18:30
20      me at some point in time.  I don't remember the    18:30
21      exact period of time.                              18:30
22         Q.   Okay.  This chat says, "Hi Jackie, re: ██  18:30
23      ███████████████████████████████████████████."     18:30
24              What is that "████████████"?               18:30
25         A.   ██████████.                                18:30
```

CONFIDENTIAL

```
 1      Q.    What does that mean?                          18:30

 2      A.    ███████████████ -- so I don't know the        18:30

 3  specific acronym.                                        18:30

 4      Q.    Whatever it is, it is severe?                  18:30

 5      A.    It's an -- it's an issue, like if something   18:30

 6  breaks.                                                  18:30

 7      Q.    Okay.  And take a minute to look at the        18:30

 8  chat, and then you can tell me what it is that broke    18:30

 9  that is being discussed here.                            18:31

10      A.    Okay.                                          18:32

11      Q.    Okay.  So do you have an understanding of      18:32

12  what the "█████████" discussed in this chat is?         18:32

13      A.    I don't know it in specific details, but I    18:32

14  can glean from the TLDR section.                         18:32

15      Q.    Okay.  What have you gleaned?                  18:32

16      A.    It says that when -- or sorry, we then -- or  18:32

17  sorry -- April 2018, we announced that ████████         18:32

18  ███████████████████████████████████████.  We then      18:32

19  █████████████████████████████████████████              18:32

20  ████████████████████████████████.  █████████████████   18:32

21  ██████████████████████████████████.  This week we      18:32

22  found out that, unfortunately, ██████████████████       18:32

23  ████████████████████████████████████████████           18:32

24  █████████████████████████████████████████████."        18:32

25      Q.    Okay.  And do you know what the "██████████"  18:32
```

Veritext Legal Solutions
866 299-5127

```
 1   is?                                            18:32

 2      A.   Not the -- I don't -- I don't know enough to 18:33

 3   know what it does exactly.                      18:33

 4      Q.   Okay.  If you look up the chat a bit, at one 18:33

 5   point, you state:                               18:33

 6           "I don't need to be on the thread but   18:33

 7           would love a TLDR to better understand  18:33

 8           the issue."                             18:33

 9           What does that mean?                    18:33

10      A.   I just wanted to get an understanding of 18:33

11   what exactly the issue was, since I think at that 18:33

12   time, I was just starting to, I guess, jump back in 18:33

13   to some of the platform stuff, so I didn't have full 18:33

14   context on a lot of things.                     18:33

15      Q.   Okay.  And do you recall getting a better 18:33

16   understanding of this issue?                    18:33

17      A.   I don't think so because I -- I mean, what I 18:33

18   said is probably just to point him to KP, since KP 18:33

19   was working on it, and I figured he would have more 18:33

20   historical context.                             18:33

21      Q.   What does " ██████████████████████████  18:33

22   ████████████████ " mean?                        18:34

23      A.   I don't know.                           18:34

24      Q.   And "GK" is gatekeeper, you testified   18:34

25   earlier; right?                                 18:34
```

Page 289

CONFIDENTIAL

```
 1        A.    Yes.                                      18:34
 2        Q.    And so you don't have any understanding of 18:34
 3   what it means ███████████████████████              18:34
 4   ████████████████?                                    18:34
 5        A.    Correct.  I'm not the engineer who does it, 18:34
 6   so I don't know what it exactly means or entails.   18:34
 7        Q.    Okay.  And what you read at the bottom of  18:34
 8   that chat was:                                       18:34
 9         "We then created ██████████████              18:34
10         ████████████████████████                    18:34
11         ████████████████████████...This              18:34
12         week we found out that unfortunately          18:34
13         ██████████████████████████████              18:34
14         ██████████████████████████████              18:34
15         ████████████████████████████."              18:34
16        So do you have any idea of how this problem     18:35
17   was solved?                                          18:35
18        A.    I don't specifically.                     18:35
19        Q.    So who would be responsible for           18:35
20   ████████████████████████████████████████       18:35
21   ██████████████████?                                18:35
22        A.    So I don't know specifically, but I would go 18:35
23   to an engineer.  But I don't know specific to this  18:35
24   case.                                                18:35
25        Q.    Miss Chang, what do you know about the    18:35
```

Page 290

| | | |
|---|---|---|
| 1 | Cambridge Analytica scandal on Facebook? | 18:35 |
| 2 | A.   What I know is what I've read, which is | 18:36 |
| 3 | dealing with like a researcher taking the | 18:36 |
| 4 | information and selling it to, I believe, a | 18:36 |
| 5 | Cambridge Analytica, which is a political agency. | 18:36 |
| 6 | Q.   And the researcher was Aleksandr Kogan; is | 18:36 |
| 7 | that right? | 18:36 |
| 8 | A.   I believe that's his name. | 18:36 |
| 9 | Q.   And the problem started with an app that | 18:36 |
| 10 | obtained a whole lot of friends data; is that right? | 18:36 |
| 11 | A.   So I don't know the specifics of it. | 18:36 |
| 12 | Q.   And how many articles would you say you've | 18:36 |
| 13 | read about the Cambridge Analytica scandal? | 18:36 |
| 14 | A.   I don't know. | 18:36 |
| 15 | Q.   Have there been any briefings internal to | 18:36 |
| 16 | Facebook that you attended to which the Cambridge | 18:37 |
| 17 | Analytica scandal was discussed? | 18:37 |
| 18 | A.   I don't recall. | 18:37 |
| 19 | Q.   Do you recall whether it was -- that was a | 18:37 |
| 20 | significant event at Facebook? | 18:37 |
| 21 | A.   Yes. | 18:37 |
| 22 | Q.   And did you ever cross paths with Aleksandr | 18:37 |
| 23 | Kogan or Cambridge Analytica in your work with | 18:37 |
| 24 | partners or researchers? | 18:37 |
| 25 | A.   Sorry, like him physically or... | 18:37 |

Page 291

```
 1        Q.   No, just in your work.  Or the partners or      18:37

 2   was that a researcher that you ever interacted with       18:37

 3   in your job at Facebook?                                  18:37

 4        A.   No.                                             18:37

 5        Q.   Are you --                                      18:37

 6        A.   I did not interact with him.  Sorry.            18:37

 7        Q.   I'm sorry.  Go ahead.                           18:37

 8        A.   Oh, I said, I did not interact with him.        18:37

 9        Q.   Have you ever worked with political             18:37

10   advertisers?                                              18:37

11        A.   Not to my knowledge.                            18:37

12        Q.   Are you aware that Facebook worked with         18:37

13   Cambridge Analytica during the 2016 Presidential          18:38

14   campaign?                                                 18:38

15        A.   So I don't know the details enough to -- I      18:38

16   don't know.                                               18:38

17        Q.   That's not something that you were              18:38

18   particularly interested in learning about?                18:38

19        A.   No.                                             18:38

20        Q.   Now, you understand that the Cambridge          18:38

21   Analytica scandal had to do with the ability of an        18:38

22   app to obtain content information about the app           18:38

23   user's friends; right?                                    18:38

24        A.   So, again, I don't know the details enough      18:38

25   where I would say I know that.                            18:38
```

Page 292

```
 1        Q.   So that's not something that you've gleaned   18:38
 2   from the pending article you have read about the        18:38
 3   Cambridge Analytica scandal?                            18:39
 4        A.   I don't feel comfortable making that          18:39
 5   assumption, so I don't know.  I don't remember those    18:39
 6   words exactly or anything.                              18:39
 7        Q.   Okay.  Did you read that it started with a    18:39
 8   This is a Your Digital Life app that a hundred and      18:39
 9   something thousand people downloaded, and from that,    18:39
10   content information was obtained for 87 million         18:39
11   Facebook users?                                         18:39
12        A.   I don't know that specifically.               18:39
13        Q.   Is that generally your understanding of what  18:39
14   happened?                                               18:39
15        A.   Not to that specificity, but so like I said   18:39
16   earlier, the information that he sold.                   18:39
17        Q.   Okay.  But is it your general understanding   18:39
18   that a relatively small number of people used an        18:39
19   app, and from that app, a very large number of          18:39
20   people ended up having their information obtained by    18:39
21   that app?                                               18:39
22        A.   So, again, I -- I don't know specifically.    18:39
23        Q.   I'm not asking you specifically.  I'm just    18:40
24   asking just for the very most basic of your             18:40
25   understanding of the problem.                           18:40
```

Page  293

```
 1              And do you have any understanding that a      18:40
 2    small number or relatively small number of app users   18:40
 3    caused a relatively large number of Facebook users     18:40
 4    to share their information with the app?               18:40
 5        A.   So as you said, it's all relative, which is   18:40
 6    why I don't feel comfortable making assertions on      18:40
 7    how relative it is because I don't know in detail to   18:40
 8    make that assumption.                                  18:40
 9        Q.   So you're saying that you can't testify to    18:40
10    any degree or in any way about whether the This is     18:40
11    Your Digital Life app was downloaded by a relatively   18:40
12    small number of people and, because of that, a whole   18:40
13    lot of people had their information shared with the    18:40
14    app who did not download the app?  That's not          18:40
15    something that kind of jumped out at you from          18:40
16    reading anything about this scandal?                   18:40
17              MR. FALCONER:  Objection.  Asked and         18:40
18    answered.                                              18:40
19              THE WITNESS:  So those are your words and I  18:40
20    don't know if that's what was stated.  I don't know    18:40
21    in specificity where I would stand behind that,        18:41
22    especially if I'm supposed to testify to what I        18:41
23    know.  So I don't know that specifically.              18:41
24    BY MR. LOESER:                                         18:41
25        Q.   And do you understand that it was friends     18:41
```

Page 294

```
 1    permissions that are at the heart of the ability of      18:41
 2    the This is Your Digital Life app to obtain content      18:41
 3    information for so many Facebook users?                   18:41
 4         A.   So I don't know.                                18:41
 5         Q.   Okay.  And that's not something that you        18:41
 6    thought you should look into, notwithstanding all         18:41
 7    the work you did with ███████████████████████             18:41
 8    ███████?                                                  18:41
 9         A.   So I didn't work on that specifically and       18:41
10    that's not my job ████████████.                           18:41
11         Q.   You did a lot of work on █████████████          18:41
12    ████████████████████████████████████████                 18:41
13    ████████████; right?                                      18:41
14         A.   So I ████████ but I think you were implying ██  18:41
15    ████████████████, which I was not.                        18:41
16         Q.   Okay.  You say you "████████."  But you         18:41
17    ███████████████████████, you dealt with ████████, you     18:42
18    did a lot of work to figure out how Facebook should       18:42
19    ████████████████████████████████████████████             18:42
20    █████████████████████; right?                             18:42
21         A.   I did it within that context, but I think       18:42
22    what you're inferring is that, and I did not work on      18:42
23    that Cambridge Analytica.                                 18:42
24         Q.   I understand you didn't work on Cambridge       18:42
25    Analytica.  I'm just trying to understand your            18:42
```

Page 295

```
 1    reaction to Cambridge Analytica.  Cambridge        18:42
 2    Analytica had to do with friends sharing and friends  18:42
 3    permissions, and you did an extraordinary amount of  18:42
 4    work, as your emails show, ███████████████       18:42
 5    ████████████████████████████████████████       18:42
 6    ██████████████ .                                 18:42
 7         So is that true that you did, in fact, work   18:42
 8    on ████████████████████████████████              18:42
 9    ███████████████████████████████?                 18:42
10         MR. FALCONER:  Objection to form.           18:42
11         THE WITNESS:  So I think you are connecting   18:42
12    the two, and I don't know enough to make that     18:42
13    assertion.  And I wouldn't position it as that, as  18:42
14    how you are framing it.                            18:43
15    BY MR. LOESER:                                     18:43
16      Q.   Okay.  So after the Cambridge Analytica    18:43
17    scandal broke and there were articles written about  18:43
18    how it was through friends permissions that       18:43
19    Cambridge Analytica got so much information, you   18:43
20    never went back and thought to yourself, you know, I  18:43
21    have been doing all this work on ████████████████  18:43
22    ██████████████████ , maybe I should revisit this   18:43
23    subject?                                           18:43
24         MR. FALCONER:  Objection.  Form.             18:43
25         THE WITNESS:  No.  I -- I was not focused on 18:43
```

Page 296

CONFIDENTIAL

```
 1    Cambridge Analytica to do any exploration around it.   18:43
 2         MR. LOESER:  We can go to Exhibit 29.             18:43
 3         (Exhibit 29 marked for identification.)           18:43
 4    BY MR. LOESER:                                          18:44
 5    Q.   Miss Chang, Exhibit 29 is an email from          18:44
 6    Jackie Rooney, dated March 22nd, 2018, to the mteam.   18:44
 7         What is the "mteam"?                              18:44
 8    A.   I don't know the exact definition, but it's      18:44
 9    the leadership group.                                  18:44
10    Q.   Okay.  Are you in that group?                    18:44
11    A.   No.                                               18:44
12    Q.   Okay.  And "██████████," do you know             18:44
13    what that is?                                          18:44
14    A.   No.                                               18:44
15    Q.   This subject is, "Q & A Briefing for March       18:44
16    23, 2018."                                             18:44
17         Is this the kind of briefing that you would      18:44
18    attend or that you would listen to?  How are these Q  18:45
19    and A briefings handled?                               18:45
20    A.   So I don't know.  I don't attend all of          18:45
21    them.                                                  18:45
22    Q.   Do you attend any of them?                        18:45
23    A.   Probably a couple.                                18:45
24    Q.   And why don't you spend a minute to look         18:45
25    through this one, and you can tell me if you           18:45
```

Page 297

| | | |
|---|---|---|
| 1 | attended this one. | 18:45 |
| 2 | A.   I don't know. | 18:45 |
| 3 | Q.   Why don't we go to the very last page of | 18:45 |
| 4 | that briefing.  It says at the top of the page, | 18:45 |
| 5 | "Cheryl will tell her 10-year" -- I don't know how | 18:46 |
| 6 | to say that -- "Faceversary story from MPK." | 18:46 |
| 7 | And then it says, "11 years Jackie Chang." | 18:46 |
| 8 | So it appears they were going to celebrate | 18:46 |
| 9 | your 11 years at Facebook? | 18:46 |
| 10 | A.   Yes. | 18:46 |
| 11 | Q.   Do you recall anyone congratulating you in a | 18:46 |
| 12 | briefing on your 11 years at Facebook? | 18:46 |
| 13 | A.   I mean, I don't know that one specifically. | 18:46 |
| 14 | They tend you call you out every Faceversary, so I | 18:46 |
| 15 | don't know if this specific one. | 18:46 |
| 16 | Q.   Okay.  Let's go to the first page.  March | 18:46 |
| 17 | 22nd, 2018, this is obviously right on the heels of | 18:46 |
| 18 | the Cambridge Analytica scandal.  And the first -- | 18:46 |
| 19 | second heading down at the bottom of the page is | 18:46 |
| 20 | "███████████████." | 18:46 |
| 21 | "What is the message ████████ | 18:46 |
| 22 | ████████████████████ | 18:47 |
| 23 | ████████████████████████ | 18:47 |
| 24 | ████████████████?" | 18:47 |
| 25 | Could you read the third bullet. | 18:47 |

Page 298

CONFIDENTIAL

```
 1    A.    "████████████████████████████         18:47
 2          ████████████████████████████         18:47
 3          ████████████████ .  ████████          18:47
 4          ████████████████████████████         18:47
 5          ██████████████████████ ."            18:47
 6    Q.    Now, this reference to ████████       18:47
 7  "██████████████████████████████ ,"          18:47
 8  does that appear to you to be the reference to the  18:47
 9  ██████████████████████ , including           18:47
10  ████████████████ , ████████████████         18:47
11  ████████ ?                                   18:47
12          MR. FALCONER:  Objection.  Form.      18:47
13          THE WITNESS:  I don't know specifically if  18:47
14  it's referencing that.  It could be referencing a  18:47
15  lot of different initiatives.                18:47
16  BY MR. LOESER:                               18:47
17    Q.    Can you think of any other initiative, other  18:47
18  than the one that we just spent hours going through,  18:47
19  that related to ████████████████████ ?      18:47
20          MR. FALCONER:  Objection.  Form.      18:48
21          THE WITNESS:  So I don't know what the  18:48
22  product teams and engineering teams would do in  18:48
23  detail.  I don't track every single thing.  18:48
24  BY MR. LOESER:                               18:48
25    Q.    But as a Facebook employee working in  18:48
```

Page 299

CONFIDENTIAL

```
 1    partners, working on ███████████████████████       18:48

 2    ██████████, you're certainly aware that ████████████  18:48

 3    ████████████████████████████████████████████████████  18:48

 4    ████████████████████████; right?                       18:48

 5        A.   I don't know specifically if that's what    18:48

 6    it's communicating in this email.                      18:48

 7        Q.   Now, this says, "████████████████████████." 18:48

 8             Do you know what ███████████this bullet is   18:48

 9    referring to in connection with ███████████████        18:48

10    ███████████████████████████████?                       18:48

11             MR. FALCONER:  Objection.  Form and          18:48

12    foundation.                                             18:48

13             THE WITNESS:  I don't know what ████████████  18:48

14    ████████████ it's referring to.                        18:48

15    BY MR. LOESER:                                          18:48

16        Q.   And this says:                                18:48

17             "█████████████████████████████████           18:49

18             ██████████████████████████████████           18:49

19             ███████████."                                 18:49

20             Now, is that a reference to ██████████████    18:49

21    ███████████████████████████████████████████            18:49

22    ███████████████████████████?                           18:49

23             MR. FALCONER:  Same objections.               18:49

24             THE WITNESS:  Again, I don't know to make     18:49

25    that conclusion.  I don't -- I don't know if that's    18:49
```

Page 300

CONFIDENTIAL

```
 1   the intention of whoever wrote this.            18:49

 2   BY MR. LOESER:                                  18:49

 3        Q.   So this is a blank slate for you as well  18:49

 4   then, whether -- whether ███████████████████    18:49

 5   █████████████████████████████████████████████   18:49

 6   ██████████████████████████?                     18:49

 7        A.   In the context of making assumptions of what  18:49

 8   I know, the person who wrote this, I don't know.  18:49

 9        Q.   And you don't recall any briefing in which  18:49

10   anyone at Facebook talked about ████████████     18:49

11   █████████████████████████████████████           18:49

12   ███████████████████████████████?                18:49

13        A.   So, again, I don't remember specifically.  18:50

14        Q.   Now, Miss Chang, you're certainly aware that  18:50

15   █████████████████████████████████████████       18:50

16   ████████████████████████████████████████        18:50

17   ███████████████; right?                          18:50

18             DEPOSITION REPORTER:  I'm sorry.  Excuse me.

19   I need that question again.

20             "Now, Miss Chang, you're certainly aware  18:50

21   ██████████████████████████████..."              18:50

22             MR. LOESER:   ████████████████████     18:50

23   ███████████████████████████.                    18:50

24             THE WITNESS:  To what that email said,  18:50

25   whatever we were looking in the past.           18:50
```

CONFIDENTIAL

```
 1   BY MR. LOESER:                                    18:50
 2       Q.   So that's yes, you're aware that ████    18:50
 3   ████████████████████████████████████████         18:50
 4   ████████████████████████████████████████████,    18:50
 5   specifically --                                   18:50
 6       A.   I wasn't -- I wasn't aware personally as I  18:50
 7   don't remember, but I've read the emails you've been  18:51
 8   sharing.                                          18:51
 9       Q.   And you see that that, in fact, happened;  18:51
10   correct?                                          18:51
11            MR. FALCONER:  Objection.  Form and      18:51
12   foundation.                                       18:51
13            THE WITNESS:  I don't know.  I don't know  18:51
14   what happened after.                              18:51
15   BY MR. LOESER:                                    18:51
16       Q.   Miss Chang, please tell the jury what you  18:51
17   did to make sure that Facebook users were notified  18:51
18   that █████████████████████████████████,█         18:51
19   ████████████████████████████████████████████     18:51
20   ██████████████████████████.                       18:51
21            MR. FALCONER:  Objection.  Form and      18:51
22   foundation.                                       18:51
23            THE WITNESS:  So, again, I don't know.   18:51
24   BY MR. LOESER:                                    18:51
25       Q.   You don't know what you did to inform users  18:51
```

Page 302

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | of the -- that ██████████████████████ | 18:51 |
| 2 | ██████████████████████? | 18:51 |
| 3 | A.   Yes, I don't know.  I think you're -- I | 18:51 |
| 4 | think the question is very broad, so I don't know | 18:51 |
| 5 | what you're inferring. | 18:51 |
| 6 | Q.   Miss Chang, did you do anything at all to | 18:52 |
| 7 | make sure that Facebook users were notified that | 18:52 |
| 8 | ████████████████████████████, ████████ | 18:52 |
| 9 | ██████████████████████████ | 18:52 |
| 10 | ████████████████? | 18:52 |
| 11 | MR. FALCONER:  Same objections. | 18:52 |
| 12 | THE WITNESS:  So I don't think I personally | 18:52 |
| 13 | did anything.  I don't know. | 18:52 |
| 14 | BY MR. LOESER: | 18:52 |
| 15 | Q.   You either did something or you didn't. | 18:52 |
| 16 | A.   Or I don't know. | 18:52 |
| 17 | Q.   How could you not know whether you did | 18:52 |
| 18 | something or not? | 18:52 |
| 19 | MR. FALCONER:  Objection.  Argumentative. | 18:52 |
| 20 | THE WITNESS:  Because I don't remember. | 18:52 |
| 21 | BY MR. LOESER: | 18:52 |
| 22 | Q.   Okay.  So are you saying to the jury that | 18:52 |
| 23 | you might have done something to inform Facebook | 18:52 |
| 24 | users that ████████████████████████, | 18:52 |
| 25 | ████████████████████████ | 18:52 |

Page 303

CONFIDENTIAL

```
 1   ██████████████████████████?            18:52

 2      A.   No.                             18:52

 3           MR. FALCONER:  Objection. Form. Asked and  18:52

 4   answered.                              18:52

 5           THE WITNESS:  No.  I'm saying I don't  18:52

 6   remember.                              18:52

 7   BY MR. LOESER:                         18:52

 8      Q.   Isn't it a fact, Miss Chang, that you did  18:52

 9   not do anything to inform Facebook users that ████  18:52

10   ████████████████████████████████████  18:53

11   ██████████████████████████████████████  18:53

12   ██████████████████?                   18:53

13           MR. FALCONER:  Objection. Form. Objection.  18:53

14   Asked and answered.                    18:53

15           THE WITNESS:  Again, I don't remember.  18:53

16           MR. LOESER:  Why don't we take a 10-minute  18:53

17   break.  We'll go through --            18:53

18           MR. FALCONER:  Can we make it 5?  I know  18:53

19   Miss Chang has some obligations she needs to attend  18:53

20   to this evening, so the quicker we can finish up,  18:53

21   the better.                            18:53

22           MR. LOESER:  Sure.  That's fine.  18:53

23           THE VIDEOGRAPHER:  This marks the end of  18:53

24   media No. 6 in the deposition of Jackie Chang.  Off  18:53

25   the record.  The time is 6:53.         18:53
```

Page 304

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | (Off the record.) | 18:53 |
| 2 | THE VIDEOGRAPHER:  This marks the beginning | 18:59 |
| 3 | of media No. 7 in the deposition of Jackie Chang. | 18:59 |
| 4 | Back on the record.  The time is 6:59. | 18:59 |
| 5 | MR. LOESER:  Miss Chang, I have no further | 18:59 |
| 6 | questions for you at this time.  However, I will | 18:59 |
| 7 | note for the record that we are evaluating the | 18:59 |
| 8 | transcript and the testimony in light of Special | 19:00 |
| 9 | Master Garrie's comments, and we will communicate | 19:00 |
| 10 | with your counsel as to whether we intend to recall | 19:00 |
| 11 | you. | 19:00 |
| 12 | And with that, I know you have something | 19:00 |
| 13 | else to do for tonight so we can close for the | 19:00 |
| 14 | evening. | 19:00 |
| 15 | MR. FALCONER:  Yeah, I mean, if there are | 19:00 |
| 16 | other questions, I think Miss Chang is available to | 19:00 |
| 17 | answer them now. | 19:00 |
| 18 | MR. LOESER:  Well, Counsel, a couple minutes | 19:00 |
| 19 | ago, you told me that she needed to leave so I was | 19:00 |
| 20 | trying to do her the courtesy of allowing that to | 19:00 |
| 21 | happen. | 19:00 |
| 22 | If we have other questions, it would be | 19:00 |
| 23 | based upon our review of the testimony and the | 19:00 |
| 24 | discussion of certain exhibits, so it will take us a | 19:00 |
| 25 | bit to sort that out.  And I don't want to make a | 19:00 |

Page 305

```
 1    rash decision, so we will just reserve our rights       19:00

 2    under that and with regard to Special Master            19:00

 3    Garrie's comments and get back to you.                  19:00

 4            MR. FALCONER:  Sure.  And we will reserve        19:00

 5    all rights as well.  I can't remember what the          19:00

 6    protocol says about whether we need to say we are       19:00

 7    going to read and sign, so I will state it, we will     19:01

 8    read and sign, and we will reserve questions.           19:01

 9            MR. LOESER:  Okay.  Thank you, Miss Chang, I     19:01

10    appreciate your time today.  And, Russ, I appreciate    19:01

11    your involvement as well.  It is a good start to a      19:01

12    lot of depositions that will be taken in terms of       19:01

13    the counsel communicating clearly and effectively       19:01

14    without wasting a lot of time on the record, so I       19:01

15    really appreciate that.                                 19:01

16            THE VIDEOGRAPHER:  Is there anything else we     19:01

17    need on the record before I close out?                  19:01

18            DEPOSITION REPORTER:  Counsel, I need            19:01

19    orders.  I know Gibson Dunn has a three-day expedite

20    and a rough.  What is your order?

21            MS. WEAVER:  We'd like the same.

22            DEPOSITION REPORTER:  Thank you.  Who was

23    it that said that?  I'm sorry.

24            MS. WEAVER:  It's God.  No, it's Lesley

25    Weaver, and I apologize.
```

Page 306

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | DEPOSITION REPORTER:  Thank you.  I'm | 19:01 |
| 2 | ready. | 19:01 |
| 3 | THE VIDEOGRAPHER:  Okay.  We are off the | 19:01 |
| 4 | record at 7:01 p.m. and this concludes today's | 19:01 |
| 5 | testimony given by Jackie Chang.  The total number | 19:01 |
| 6 | of media units used was seven and will be retained | 19:01 |
| 7 | by Veritext Legal Solutions. | 19:02 |
| 8 | (Off the record.) | 19:02 |
| 9 | DEPOSITION REPORTER:  We're back on the | 19:02 |
| 10 | record. | 19:02 |
| 11 | MR. FALCONER:  Facebook requests a | 19:02 |
| 12 | provisional confidentiality designation for the | 19:02 |
| 13 | transcript from today. | 19:02 |
| 14 | MR. LOESER:  Understood. | 19:02 |
| 15 | (Ending time: 7:02 p.m.) | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 307

CONFIDENTIAL

1

2

3

4

5          I, Jackie Chang, do hereby declare under

6     penalty of perjury that I have read the foregoing

7     transcript; that I have made corrections as appear

8     noted, in ink, initialed by me, or attached hereto; that

9     my testimony as contained herein, as corrected, is true

10    and correct.

11             EXECUTED this _____ day of _____,

12    2021, at _____, _ _____.

13                 (City)                     (State)

14

15

16

17                      Jackie Chang

18

19

20

21

22

23

24

25

Page 308

CONFIDENTIAL

```
 1              I, JANIS JENNINGS, CSR No. 3942, Certified

 2      Shorthand Reporter, certify:

 3              That the foregoing proceedings were taken

 4      before me at the time and place therein set forth, at

 5      which time the witness was duly sworn by me;

 6              That the testimony of the witness, the

 7      questions propounded, and all objections and statements

 8      made at the time of the examination were recorded

 9      stenographically by me and were thereafter transcribed;

10              That the foregoing pages contain a full, true

11      and accurate record of all proceedings and testimony.

12              Pursuant to F.R.C.P. 30(e)(2) before

13      completion of the proceedings, review of the transcript

14      [X] was [ ] was not requested.

15              I further certify that I am not a relative or

16      employee of any attorney of the parties, nor financially

17      interested in the action.

18              I declare under penalty of perjury under the

19      laws of California that the foregoing is true and

20      correct.

21      Dated: 12/21/2021

22

23      _____

24              JANIS JENNINGS, CSR NO. 3942

25              CLR, CCRR
```

Page 309

CONFIDENTIAL

1    RUSSELL H. FALCONER, ESQ.

2    rfalconer@gibsondunn.com

3                                    December 21, 2021

4    RE: IN RE:  FACEBOOK, INC. CONSUMER

5        PRIVACY USER PROFILE LITIGATION

6    12/16/2021, JACKIE CHANG, JOB NO. 49769494

     The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

                                          Page 310

CONFIDENTIAL

1    _X_  Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __  Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  311

CONFIDENTIAL

```
 1    IN RE:  FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION

 2    JACKIE CHANG (JOB NO. 4976949)

 3                E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    WITNESS                            Date

25
```

Veritext Legal Solutions
866 299-5127

**[& - 2013]**

| & | 1 | 13th 280:16 | 2 |
|---|---|---|---|
| **&** 3:15 4:4 6:9 | **1** 1:25 6:4 11:12 | **14** 7:20 20:22 | **2** 6:6 20:24 21:1 |
| 7:15 9:6 12:17 | 15:5,13 62:1 | 34:24 35:19 36:4 | 62:5 82:9 89:25 |
| 30:9,21 58:25 | 81:17,24 89:25 | 171:3,8 193:2 | 92:20 117:10 |
| 81:20 82:4 158:1 | 117:10 124:13 | **14th** 19:13 | 121:25 124:13 |
| 158:20 160:13 | 146:5,10 153:18 | **15** 6:4 7:24 61:22 | 146:7 156:8,9 |
| 175:24 245:11,17 | 184:25 186:20 | 181:15,16 | 160:22 169:5 |
| 245:24 247:8 | 187:2 189:15 | **151** 7:7 | 185:7 189:15 |
| 297:15 310:23 | 212:15 236:9 | **159** 7:11 | 200:20 202:21 |
| 311:9 | 253:3 279:7 | **16** 1:16 2:11 8:4 | 246:21 253:4 |
| | 283:12 311:1 | 11:1 189:9 | 270:2 279:5 |
| **0** | **1,204** 19:15 | **160** 7:14 | 309:12 |
| **00191044** 6:13 | **1,807** 19:14 | **1600** 3:19 | **2/9/14** 7:20 |
| **00195621** 6:17 | **10** 7:7 61:22 | **165** 7:17 | **20** 8:15 223:22,23 |
| **00195627** 6:19 | 151:15,16,18 | **1680937** 8:14 | **2001** 4:8 |
| **00197163** 7:13 | 213:25 298:5 | **1688168** 8:10 | **2007** 14:22 21:6,7 |
| **00197164** 7:16 | 304:16 | **16th** 11:5 87:8 | 21:25 24:25 25:14 |
| **00199729** 8:18 | **10/16/19** 9:24 | 270:9 287:13 | 284:8 |
| **00200696** 7:19 | **10/24/13** 8:15 | **17** 8:5 189:9 | **200700** 7:19 |
| **00202562** 7:23 | **10th** 165:24 | 259:24 | **2010** 21:25 24:9 |
| **00202569** 7:25 | **11** 7:11 159:2,7 | **171** 7:20 | 25:1,2 26:11 63:7 |
| **00220376** 9:20 | 298:7,9,12 | **18** 1:6 8:7 11:18 | **2011** 233:9 |
| **01128015** 6:23 | **11/21/13** 9:4 | 198:24,25 | **2012** 206:23 |
| **01128018** 6:24 | **1128017** 6:23 | **18,067** 163:15 | 207:15,17 209:3 |
| **01129621** 9:12 | **1129649** 9:12 | **181** 7:24 | 211:17 213:15 |
| **01198438** 9:23 | **1198446** 9:23 | **189** 8:4,5 | 241:25 |
| **01680930** 8:14 | **12** 7:14 160:5,6,9 | **19** 8:11 206:18,19 | **2013** 58:15,20 |
| **01684546** 9:7 | 219:25 238:13 | 206:21 | 59:25 72:2 78:7 |
| **01688164** 8:10 | 239:9,21,23 240:5 | **191047** 6:13 | 83:20,22,25 84:17 |
| **01754048** 7:10 | 240:11 279:25 | **1943709** 8:24 | 84:21 88:2 96:19 |
| **01754052** 7:10 | **12.5** 110:16 | **195626** 6:17 | 97:4,9 98:3 99:10 |
| **01943707** 8:24 | **12/10/13** 7:17 | **195631** 6:19 | 107:23 109:6 |
| **02089985** 8:21 | **12/16/2021** 310:6 | **197176** 7:16 | 113:2 122:24 |
| **02090193** 9:25 | **12/21/2021** 309:21 | **198** 8:7 | 128:24 137:21 |
| **02135819** 7:6 | **1201** 3:8 | **199730** 8:18 | 138:9 151:19 |
| **02163394** 10:6 | **122** 6:24 | **1:13** 284:24 | 152:14 159:5 |
| **02187146** 6:10 | **12th** 3:19 | **1:30** 121:17 | 160:18 165:24 |
| **02843** 1:6 11:18 | **13** 5:7 7:17 165:20 | **1:35** 121:18 122:5 | 167:18 169:9,14 |
| | 165:22 273:24 | **1st** 211:17 | 224:1,4 228:10 |
| | **138** 7:4 | | 236:17 245:10 |
| | | | 248:23 254:18 |

**[2013 - 5]**

256:16
**2014**   8:6 24:9 25:1
25:2 26:11,24
171:6,14 172:10
179:12 180:25
185:19 191:2
193:1,19 195:11
195:17 196:3,16
199:4 200:5,21
236:15 237:14
240:3 258:4
265:24 266:21
268:12 269:22
273:6,24 275:12
277:21 299:1,6
300:2 301:5
**2016**   233:13
292:13
**2017**   26:24 28:18
233:13,25 283:2,4
284:4,7,13
**2018**   10:6 192:19
270:10 280:16
288:17 297:6,16
298:17
**2019**   28:19 230:4,7
230:12 233:8
284:8 287:13
**2021**   1:16 2:11
11:1,6 14:22
33:21 308:12
310:3
**2025.520**   310:9,12
**202563**   7:23
**206**   8:11
**206.623.1900**   3:10
**21**   6:6 8:19 223:21
229:23,24 230:2
245:10 310:3
**2100**   4:8

**2135824**   7:6
**214.698.3100**   4:10
**2163397**   10:6
**2187149**   6:10
**21st**   98:3 99:10
109:6 122:24
128:24 152:8
**22**   8:22 229:22
236:6,11,14
**22,432**   228:15
**220377**   9:20
**223**   8:15
**229**   8:19
**22nd**   152:14
200:21 297:6
298:17
**23**   9:4 10:5 245:5
245:8 297:16
**236**   8:22
**23rd**   151:19 199:4
**24**   9:8 224:4
237:14 240:3
266:16,17,20
**245**   9:4
**24th**   137:20 138:9
224:1
**25**   9:13 19:20
245:4 270:6,8
**250**   110:10
**25th**   169:9,14
**26**   9:16 273:1,2,4
**26,000**   184:9
**266**   9:8
**26k**   184:4
**27**   9:21 236:15
280:10,11
**270**   9:13
**273**   9:16
**28**   9:24 283:2
287:8,10

**280**   9:21
**2843**   1:5 11:18
**287**   9:24
**28th**   266:21 273:6
283:5
**29**   10:4 297:2,3,5
**297**   10:4
**29th**   283:4
**2:19**   173:6
**2:28**   173:12
**2:30**   99:17
**2:39**   170:23
**2:46**   174:14
**2nd**   6:16 88:4

**3**

**3**   6:7 57:23,25
58:14 78:5 98:16
100:8,24 106:11
106:14 110:14,15
115:6 117:16
118:3 119:18
122:4 124:13
167:14,15 170:22
200:18 201:7
214:11,15,23
217:23 218:23
253:6
**3.0**   6:16,18 7:14
88:4,10 89:11,14
89:22 90:4,10
94:19 160:12
161:24
**3.0.**   89:20
**3.0.docx.**   88:6
**3/22/18**   10:4
**3/23/14**   8:7
**3/27/14**   8:22
**3/28/14**   9:8
**30**   309:12 311:1
**30th**   58:15,20
191:2 192:19

193:19 194:15
**312**   1:25
**315**   228:14
**31st**   207:17 209:2
**3200**   3:8
**32nd**   4:18
**3942**   1:24 2:12
309:1,24
**3:04**   171:2
**3:54**   175:12
**3rd**   72:1 78:6
81:12 159:5
160:17 213:15
230:4,12 233:8
270:10

**4**

**4**   6:11 60:7 71:21
71:22,25 124:13
171:1 207:14
214:3
**4/24/13**   7:4
**40,000**   110:4 114:4
114:12 116:22
**40k**   110:2,6
**415.445.4003**   3:21
**42,222**   116:23
**45**   184:5,9
**46**   236:10
**4976949**   1:22
312:2
**49769494**   310:6
**4:08**   214:4
**4:18**   175:11
180:25
**4:22**   214:8
**4th**   206:23

**5**

**5**   6:14 86:8,16,19
124:14 214:7
254:22 265:16

**[5 - accurately]**

304:18
**5/3/13**   6:11
**5147**   228:15
**555**   3:19 4:18
**57**   6:7
**5:36**   265:17
**5:57**   265:21
**5th**   4:18

**6**

**6**   6:18 88:16,17,21
124:14 265:20
304:24
**60**   271:17
**6044**   309:23
**65**   19:16
**6:53**   304:25
**6:59**   305:4
**6th**   7:18 165:25

**7**

**7**   6:20 97:11,12,19
116:18 122:8,10
124:14 128:23
221:17 305:3
**7,003**   163:11
**7,246**   116:23
**71**   6:11
**75201**   4:9
**7:01**   307:4
**7:02**   307:15
**7:09**   19:13

**8**

**8**   6:24 122:15,19
221:5,8
**8/16/13**   6:14
**8/21/13**   6:20
**8/23/13**   7:7
**8/28/14**   9:16
**86**   6:14
**87**   293:10

**88**   6:18
**89988**   8:21
**8th**   167:18

**9**

**9**   7:4 137:18,19
138:5
**9/3/13**   7:11
**9/3/19**   8:19
**9/30/13**   6:7
**9/4/12**   8:11
**90013**   4:19
**94607**   3:20
**97**   6:20
**98101**   3:9
**9th**   171:6,14
172:10 179:12
180:25 185:19
193:1

**a**

**a.m.**   2:10 11:1,5
99:17
**aaron**   207:22
**ability**   51:13 93:13
95:18 195:14
197:22 198:7
203:20,25 204:24
210:14,22 263:20
292:21 295:1
**able**   27:11 28:6
29:2 31:17,25
33:11 39:10,15,22
42:5,10 43:23,25
45:25 46:7,10
47:1 50:12,13
54:14 61:2,3
62:15 78:15 79:21
79:24 80:21 81:4
93:20 108:9 136:4
186:6 199:19
201:16 205:12

224:21 227:12
228:6 234:13
251:23 259:18
274:7
**absent**   235:23
**absolutely**   167:23
172:5
**abused**   71:18 97:5
**academic**   20:5,19
30:8,20 31:1,7
216:23,25 217:4
**access**   9:14 15:11
27:8,10,19 33:13
33:14,15 39:12
42:6,10 43:14,18
43:21 44:1 47:14
64:24 65:3,13
66:9,11 67:13
69:15 73:13,24
75:16,19 76:4
78:17 79:6,25
80:16,22 81:4
91:8 93:21 95:19
101:16 103:12
110:19 118:10,18
119:2,20 124:17
127:11,12,13,18
128:12 141:3
156:5 163:25
164:3 178:7,15
182:4,15 186:18
188:10 193:23
194:2,9,24 195:13
195:19 196:5,13
196:18 197:7,18
198:1,2,12 199:19
201:18 215:3,15
216:10,17,25
217:5,10,18,23
218:10,16,23
219:8 220:17

222:22 223:8,19
227:25 233:15
238:12,16 239:9
239:20,22 240:4
240:11 241:5,13
242:6 244:14
254:7 259:4 262:7
262:14 263:4,20
270:1,11 271:4,24
280:3,7 282:13,18
283:12,16,18
284:1 285:3,9
288:20,23 290:10
290:14 295:12,19
296:5,9,21 299:2,7
299:19 300:10,21
301:6,11,16,23
302:4,20 303:2,9
304:1,11
**accessed**   67:21
**accessible**   235:3
235:10
**accidentally**   37:6
**accomplish**   158:16
**accomplished**
153:16 158:8,14
**accomplishments**
39:3
**account**   21:17
22:4,8 23:8,12
37:1,4,4 54:24
180:5 233:21
**accounts**   21:24
23:3 24:6,17
**accurate**   21:7
119:24 130:13
131:1,12,24
132:23 168:21
309:11
**accurately**   224:23

**[achieve - amazon]**

**achieve** 39:22
45:12
**acknowledging**
176:3
**acquired** 60:22
**acquires** 210:25
**acquiring** 211:3
**acquisition** 60:7
60:15
**acronym** 34:1
288:3
**act** 91:16 93:20
**action** 11:25 210:2
279:9,12 299:1,6
309:17
**actions** 11:16 59:4
**active** 127:5
**actively** 157:25
158:19,22 206:10
**activity** 205:25
210:25
**actors** 38:4
**actual** 31:15
122:15 208:19
244:21 285:25
**acu** 139:18,21,24
**ad** 22:5,9,11,14,18
22:20 23:13,17,21
23:23 24:2
**adaniel** 3:13
**adavis** 3:23
**added** 82:10
116:20 174:25
209:18,20 285:16
**adding** 231:14
**addition** 74:8
**additional** 19:16
228:19 238:5
**additionally** 238:4
274:12

**address** 28:7
37:11 100:1 196:3
198:10 257:25
258:4,8 261:7
**adds** 211:11
231:14
**adele** 3:7 12:14
**adequate** 252:14
253:2
**aditya** 237:13
**admitted** 186:11
**adopt** 31:18
**adoption** 29:19,20
33:6,9 249:7
**ads** 147:24
**advertise** 24:1
**advertiser** 41:20
41:24 42:5 44:5
55:22
**advertisers** 37:20
37:21 38:8,24
40:6,16,17 41:3,3
41:14 44:9 45:4
57:20 292:10
**advertising** 22:4
22:10 23:10,15
29:10 40:13,14
41:11 56:2,20
62:10,22,23 63:4,9
63:13 144:8,25
145:20
**advisor** 126:16,21
127:1,21 128:4,7
**affiliations** 12:3
**affirmatively**
188:18
**africa** 28:4
**afternoon** 122:7
**agency** 22:5,9
291:5

**aggregate** 285:12
**aggregated** 246:16
**aggregating**
185:16 247:16
**aggregators**
156:19
**ago** 19:12 152:6
258:23 305:19
**agree** 11:11 97:20
132:9 134:22
135:7 144:1
210:14 237:24
261:11 286:3
**agreed** 209:7
246:11
**agreeing** 202:2
259:16
**agreement** 8:9
23:10 102:8
152:23 179:25
199:5,9,12,13,16
199:17,20 200:1,2
200:5 201:1,2,11
201:14 202:17
203:18 252:22
**agreements** 99:24
101:8 185:1 187:5
195:12 199:22,24
199:24 215:22
**ahead** 16:2 33:20
42:16 43:2 44:7
48:18 49:21 57:2
69:18 72:8 92:5
113:8 121:16
129:11 190:15
204:5 205:15,19
218:3 222:7 228:4
237:25 241:15
260:8 267:23
292:7

**aldo** 254:24
**aleksandr** 291:6
291:22
**aligned** 203:11
**allow** 14:8 32:11
50:12 66:9 105:3
105:24 111:24
175:23 177:2
178:3 180:6 193:9
227:11 229:4
238:16 260:24
288:19 290:9
300:21
**allowances** 203:19
**allowed** 178:15
193:17 227:24
244:15 301:15,21
302:3
**allowing** 51:19
224:19 241:13
288:23 290:13
305:20
**allows** 208:20
231:22 232:2
280:23
**alonso** 233:7
234:20
**alter** 251:17
**alvin** 20:11
**amazon** 8:8,12
51:10 73:3,24
74:7,19,24 75:3
77:4,6,8,25 78:6
79:14,21 80:12,21
81:3,21 82:2,21
83:9 84:2,2,6,20
85:4,10,10,25
185:3 199:4,9
200:4,25 201:10
201:22,22 202:16
202:23 203:6,22

**[amazon - appears]**

204:1,10,25 205:5
206:1,2,3,23
208:13 209:5,9,14
211:1 212:8,25
213:1,11,13,24
**amended**  6:4
201:10 202:17
**amendment**  8:9
199:5,14 200:2,4
201:3
**amit**  231:20,25
**amount**  20:20
95:22 220:11
239:14 254:13
296:3
**analysis**  100:3
103:8 285:14,17
**analyst**  138:17
**analytica**  291:1,5
291:13,17,23
292:13,21 293:3
295:23,25 296:1,2
296:16,19 297:1
298:18
**analyzed**  52:4
**analyzes**  52:1
**angeles**  4:19
**anne**  3:17 12:12
**announced**  190:8
194:16 288:17
**announcement**
190:12
**announcing**  7:25
181:24
**annual**  119:5
**answer**  13:22
14:12 22:23,23
23:16 77:12 78:1
105:15 116:3,5,12
116:14 128:11
136:23 149:11

152:3 180:22
205:16 207:6
256:11 272:23
305:17
**answered**  21:11
36:20 47:22 55:10
86:3 106:2 133:21
135:2 142:12
145:4 148:6
150:21 157:20
212:10 219:20
294:18 304:4,14
**answering**  62:20
**anxiety**  153:1
**anymore**  78:16
149:13
**api**  8:23 43:10,21
47:4,14 66:8 67:6
71:17 73:13,16,17
73:20 74:20 78:18
78:23 79:1,9,14,15
79:21,25 80:13
81:5 89:24,25
95:21 96:19
117:10,10 154:2
154:24,24 155:2
161:3,9 162:7,22
163:9 178:21
181:20 182:19,20
184:15,19 185:11
185:22 186:22,22
188:8 189:15
197:25 201:18,25
203:20 212:18
217:7 218:15,15
222:22 235:10
236:16,21 237:6,9
237:14,16,19,24
238:1 239:3 241:5
251:12 255:7,16
255:17 256:9,10

270:2 283:13,18
285:4,11,22
288:18,25
**apis**  25:14 29:9,13
29:14 32:10 33:15
33:16 41:12 42:7
42:10 43:15,19
44:1 46:24 48:10
48:13,13 49:1,1,9
64:6,7,11,14,16,19
64:21,25 65:3,12
65:16,20,22 66:1
66:11 67:13,20
68:8,16,24 69:3,7
69:16 70:24 71:2
71:5,11,18 74:12
75:20 79:3 97:1,5
100:16 117:17
127:13 162:8
175:22 176:1
178:2,11,12,15,20
179:6,7 182:9
184:5,10 185:7
186:18 187:17
193:9,11 196:18
197:8 199:18
215:23 235:14
238:1,12,14 239:9
240:5,11 246:22
254:24 255:5,18
255:22 264:14
**apologies**  98:20
**apologize**  137:22
260:1 306:25
**app**  44:12 45:4
57:16 64:5 65:3
65:17 69:15,15
70:17,19 71:18
91:8 93:16,18,23
94:6,21 116:21
123:24 124:11

125:11 126:18
139:19 140:4
141:18 163:25
164:3 165:13
182:4,10,12,15
184:4,9 191:19,22
194:21,23,25
195:11 196:17
197:14 202:24
217:20,25 218:22
219:7 222:1,2,4
224:12 225:5
226:24 227:4
228:15 232:23,25
235:22 243:13
245:1 259:6
260:10,11,18
261:24 262:7,7
264:4 265:1
274:13 278:18
291:9 292:22,22
293:8,19,19,21
294:2,4,11,14,14
295:2
**apparently**  77:22
**appear**  15:25
74:12 139:7
177:15 268:4
299:8 308:7
**appearance**  12:5
**appearances**  3:1
4:1 12:3
**appeared**  17:8
247:6
**appearing**  11:21
310:18 311:7
**appears**  101:14
102:23 103:3
138:22 153:12
177:7 179:11
181:2 200:24

[appears - assume]

216:5 238:24
239:19 254:13
257:4 268:11
287:13 298:8
**appetite** 163:25
164:2 279:18
280:4,6
**apple** 36:6 270:23
**application** 36:13
47:2 64:8 126:15
126:22,23 127:20
244:13,15
**applications** 126:4
**applied** 32:20
**apply** 33:13,14
79:5 235:19
**appreciate** 129:25
306:10,10,15
**approach** 152:21
156:9,22 185:11
**appropriate**
152:24 253:1,10
253:17
**appropriately**
208:1
**approval** 66:19
202:24 246:21
247:7 249:4
251:18 253:5,7
**approvals** 65:2
66:21
**approve** 82:14
**approved** 47:11
47:14 154:1,24
**apps** 9:18 36:2
64:1 90:14 94:1
96:1,20 98:7
107:6,8 110:3,6,8
110:11 114:4,12
114:14 115:2,11
115:15 116:19,21

116:22,24 117:4
122:11 123:14,17
123:18,22 124:6
124:10,11,15
125:4,9,12,17,20
125:21,22 126:3,7
126:10,13 140:11
140:15 142:6
156:16,18 161:13
163:4,10,14 164:6
164:8,12 165:1,8,8
170:1,16 182:6
192:2 195:8
197:17 215:3,14
216:10,16 220:4
220:12,18,23
221:12,19 222:14
224:19 227:11,16
227:25 228:15
239:22 241:4,12
241:18,22 242:4,6
242:12 247:8
252:19,20 259:4
260:23,25 263:20
273:7,14,17 274:4
274:7,18 275:13
276:3,6,9 277:21
278:3 279:8,10,13
280:3,7 288:19,23
290:10,14 299:2,7
299:19 300:10
301:6,15,22 302:3
303:1
**april** 21:6 137:20
138:9 191:2
192:19 193:19
194:15 195:11,17
196:3,16,23
288:17
**archibong** 6:8
7:21 8:12 58:3,5,6

58:15,19 97:25
99:9 136:14
152:13 159:4
171:5,13,24
180:10 206:22
**archibong's** 58:6
**area** 39:14 174:25
175:2 255:20
270:15
**argumentative**
108:18 118:4
137:17 148:6
258:19 303:19
**arrange** 223:7
**arrangement**
42:22
**arrangements**
56:4
**article** 9:13 270:9
270:12,15,20
271:10 272:1,10
293:2
**articles** 269:25
270:3,17,19
291:12 296:17
**aside** 159:1 190:4
**asked** 21:19 36:19
47:21 55:9 86:2
103:7 106:1
133:20 135:2
142:11 145:3
148:5 150:20
157:19 172:23
183:4,10,21 212:9
219:20 226:4
252:2 278:18
294:17 304:3,14
**asking** 14:6 38:5
46:20 51:15 63:22
67:22 75:25 76:23
76:24 82:9 112:13

112:14 118:24
129:23 131:7,8,22
131:23 133:11
134:12,13,18
139:5 145:8
148:13,14,23,24
150:4 223:16
230:15 250:25
255:25 256:1
268:1 278:1
293:23,24
**asks** 172:11
244:13
**aspect** 45:1
**aspects** 77:23
248:6
**assertion** 63:20
74:16 83:20 84:18
85:22 86:6 95:5
101:19 117:22
125:6 141:6 251:3
296:13
**assertions** 80:14
250:14,18 294:6
**assess** 115:18
**assessment** 103:19
183:25
**assigned** 77:17
248:14,19,20
268:4 269:6
**assigning** 248:16
**associated** 126:25
127:17
**association** 127:15
**assume** 13:22
35:23 128:20
130:25 131:4,5
133:9 134:19
144:20 174:17
183:23 188:13,13
220:5 223:2

Page 6

[assume - benefits]

232:12 233:12
247:9,10,14 248:4
248:7,12 252:7
254:9 261:15
**assuming** 244:21
**assumption**
132:16,18 133:17
134:21 222:21
265:6 293:5 294:8
**assumptions** 301:7
**asterisks** 267:10
**attach** 181:2
**attached** 110:9
114:14 115:2
122:23 160:10
181:11 207:20
221:13 238:2
246:18 308:8
**attaches** 221:18
**attaching** 224:4
**attachment** 88:6
88:14 98:7 116:18
117:3 122:9,15
160:5 181:4,7,9,22
224:3 225:1
245:12,16
**attachments**
236:16
**attend** 191:3
265:25 297:18,20
297:22 304:19
**attendance** 15:20
16:9 191:14
**attended** 198:15
291:16 298:1
**attending** 12:2
**attention** 272:2,11
**attorney** 12:6
309:16
**attributes** 204:13
204:20 205:11

206:12
**audio** 11:9 24:25
101:11 137:15,24
**audit** 115:17 161:2
161:9 170:3 224:4
**audits** 96:18 97:4
**august** 87:8 98:3
99:10 109:6
122:24 128:24
151:19 152:8,14
209:2 273:6,24
**auld** 3:15
**auto** 37:8 74:9,19
74:24 76:21 77:4
77:7,24
**autogrant** 82:11
**autogrants** 251:11
**available** 28:6
29:15 70:14 79:3
79:5,8,14,15,20
80:12 235:14,22
281:4 305:16
**avenue** 3:8 4:8
**aware** 41:1 43:15
61:15 69:13 70:17
90:23 117:9,13
132:10 133:5
229:9 243:12
244:12 292:12
300:2 301:14,20
302:2,6
**awareness** 28:4

**b**

**b** 6:1 7:1 8:1 9:1
10:1 203:20 285:7
311:1
**back** 18:3 31:11
48:21 50:7,14,23
51:14,19,20,23
52:4,16,17 53:19
54:19 62:6 78:4

78:15 83:17 86:14
121:17 122:5
128:23 135:17,23
136:20 145:10,13
162:20 166:24
171:2 183:3
186:14 193:1
200:8 201:23
202:4 204:7,12,19
205:8,10,13,14,22
205:23 206:16
207:15 208:5,9,20
208:22 209:17
210:6,15,18,19
211:3,14 212:17
213:2,7 214:8
219:24 221:5
233:16 234:8
253:21 258:7
259:20 265:21
268:13 277:18
279:24 289:12
296:20 305:4
306:3 307:9
**background** 11:7
143:6 234:19
**backward** 102:9
**backwards** 185:2
187:6
**bad** 211:19
**band** 43:22
**bank** 153:21
**baptista** 233:7
**based** 55:6 115:21
117:13 175:19
177:5,10 179:20
179:22 187:21
193:6 196:9
204:12 211:10,13
222:18 224:12
225:5 226:22

240:9 246:25
247:20 256:19
257:8 305:23
**basic** 85:16 293:24
**basics** 27:20
**bd** 6:9 59:1
**bear** 15:6
**becoming** 254:24
255:6
**beginning** 2:10
12:6 62:4 90:8
99:6 108:20 122:3
129:5 158:5
170:25 172:7
207:15 214:6
265:19 305:2
**begins** 112:25
**behalf** 2:9 12:12
12:18,18 234:21
**belief** 141:17
**believe** 18:6 19:4
34:8 37:6 46:25
58:9 72:11,19,24
88:2 96:8 97:10
102:3 103:7 110:5
111:9,19 119:12
129:18 175:25
178:19 193:10
204:6 209:18
228:11 230:9
232:14 233:3
234:7 240:16,20
247:3 263:24
280:10 285:23
286:2 291:4,8
**believed** 179:5
250:8
**belongs** 93:14
**benefit** 92:11
**benefits** 29:23

**[best - cambridge]**

**best** 26:4 107:18
  132:10,19 134:19
  285:17
**beta** 233:14 234:2
  234:13
**better** 51:4 138:4
  204:13 289:7,15
  304:21
**beyond** 81:7,25
  82:25 85:3 95:5
  112:3 238:12
  239:9,21 240:11
  263:6
**bfalaw.com** 3:22
  3:23,24
**bi** 6:9 9:10 59:1
  266:22
**big** 257:23 258:1,6
  277:11
**bit** 26:7 46:15
  83:14 117:25
  159:23 172:14
  175:12 220:17
  231:9,20 233:24
  234:23 269:21
  273:23 284:23
  289:4 305:25
**blank** 104:10
  108:2 301:3
**blanket** 188:13
**bleichmar** 3:15
  12:11
**blend** 246:5
  257:19
**blended** 249:13
**blogged** 260:10
**blurred** 189:18
  192:5
**board** 188:14
  255:23 256:1

**bob** 202:15
**bolded** 277:9
**book** 204:20
  205:11,24
**bother** 186:9
**bottom** 21:5 115:5
  115:8 122:25
  123:10 125:2
  152:11 172:9
  200:20 284:24
  290:7 298:19
**bought** 22:11
  210:22
**bowles** 20:11
**boxes** 143:25
**brands** 22:5,9
  25:22
**break** 14:5,8 61:19
  93:3 116:16
  121:16 170:20
  214:1 251:10
  265:13 304:17
**breaking** 92:20,22
  92:23,25 93:2,5
  99:23 168:7
  203:11
**breakout** 251:10
**breaks** 14:9 288:6
**brendan** 7:5
  137:20 138:8,13
**briefing** 10:5
  268:6,22 269:16
  297:15,17 298:4
  298:12 301:9
**briefings** 268:8,24
  291:15 297:19
**brina** 20:15
**bring** 27:11
**brings** 51:4
**broad** 39:21 68:2
  111:13 303:4

**broadly** 62:13
  85:22
**broke** 65:14 288:8
  296:17
**brokers** 44:14,18
  44:24 45:2 57:14
  57:16,19
**brought** 272:1
**bryan** 81:20 82:4
**bucket** 251:7
**buckets** 175:8
  249:21,24 250:2
  251:6
**build** 54:15 60:9
  75:13,18 170:3
**building** 75:22
  182:9 260:25
**built** 93:4 202:8
**bullet** 102:7,13,17
  103:20 104:24
  161:2 163:22
  164:11 168:16,17
  169:22 170:13
  173:22,25 182:3
  182:18 183:24
  184:12,14,18,22
  185:17 202:22
  238:9 251:8,8
  252:21 268:5,22
  280:1 298:25
  300:8
**bullets** 102:4
**bunch** 123:20
  194:12
**buongiorno** 4:7
**business** 9:21
  20:13 28:12,13
  30:9,21 31:9
  39:16 53:15 56:6
  56:21 62:10 63:5
  63:9,13 105:10

  106:23 200:23
  280:15,17 284:9,9
  284:15,17,20
**businesses** 28:24
  29:24 30:1 233:22
**button** 24:14 39:8
  42:3 43:4,17
  45:24 54:12
  206:11
**buy** 22:10 23:13
  40:14 55:18
**buys** 55:20

|  c  |
| --- |

**c** 4:6 13:12 285:7
**ca** 6:10,13,17,19
  6:23,24 7:6,10,13
  7:16,19,23,25 8:10
  8:14,18,21,24 9:7
  9:12,20,23,25 10:6
  310:9,12,20
**california** 1:2 2:9
  2:14 3:20 4:19
  11:17 309:19
**call** 35:7 86:24
  87:6 97:20 173:7
  175:17 193:4
  208:24 212:19
  282:12,18,24
  298:14
**called** 64:2 74:23
  166:8 167:24
  256:7
**calling** 35:6
**callout** 174:3
**calls** 238:1 251:13
**cambridge** 291:1
  291:5,13,16,23
  292:13,20 293:3
  295:23,24 296:1,1
  296:16,19 297:1
  298:18

Veritext Legal Solutions
866 299-5127

[campaign - chat]

campaign   22:11
  23:18,21,23,25
  292:14
campaigns   22:15
  22:18,20
capa   232:5
capabilities   8:16
  9:5 73:3,24 74:7
  74:18 75:15 76:5
  76:17,18 161:1
  170:4 224:2,13
  225:12 226:6
  228:14,16,20
  229:10,12 238:15
  246:3,12 249:20
  249:23 250:1
  251:6,9 252:5,18
  252:19 253:3
  254:6,8 255:4
  262:22 288:21,22
  289:22 290:4,13
capability   73:6,9
  74:23 75:1 224:4
  228:15 232:12,13
  232:16,17 234:2,4
  234:12 245:10,12
  245:16,23 246:20
  247:7 249:3,12
  252:25 253:10,16
  254:3 290:20
capacities   46:21
capacity   24:20
  41:23 54:11,18
  56:2 57:7
captioned   160:22
car   164:14
career   241:1
careful   119:14
carefully   177:24
carry   115:10

case   1:6 11:18
  18:17,20,23 19:8
  62:18 121:13
  154:8 155:5,19
  156:1 213:24
  231:14 260:11
  283:15,25 285:8
  290:24
cases   6:22 7:9
  64:22 98:4,11,14
  103:21,25 105:3
  105:24 111:24
  151:20,23 152:1
  152:17 153:10
  154:14,17 184:24
  185:8 187:1,18
catch   274:8
categories   26:16
  48:15 49:3,10
  99:25 101:9 125:3
  125:19 156:10,23
  156:23,24 157:2,9
  188:12 203:22
  204:1,25 205:5
  215:16,16,21,25
  216:3,6 220:2,24
  239:12
categorized
  271:23
category   38:1,10
  41:18,19 187:9,15
cause   103:22,25
caused   294:3
caveats   137:7
cc   72:1 152:13
cc'd   18:6 72:14
ccp   310:9,12
ccrr   1:24 2:12
  309:25
celebrate   298:8

ceo   8:5
certain   83:16
  100:16 102:25
  105:3,24 111:24
  215:3 218:22
  220:5,11 237:1
  255:21 305:24
certainly   187:24
  240:2 300:2
  301:14,20
certainty   189:19
  215:8
certified   2:12
  309:1
certify   309:2,15
chance   227:18
chang   1:15 2:8 5:4
  6:5,6 8:8 9:5,25
  11:13 13:1,10,12
  13:13 15:19 16:13
  18:9,16,19,21
  19:19 20:3,20
  21:3 25:7 27:4
  33:17 45:7 52:10
  54:2 55:13 62:1,5
  62:8,18 64:1 72:3
  72:10 81:9 84:12
  85:25 86:18 92:15
  113:13 117:2,9
  118:7 121:11,25
  122:4,7,22 130:5
  138:7 146:9 149:9
  151:19 159:4,9
  160:9 161:8
  163:18 166:1
  168:15 169:17
  170:12,22 171:1
  171:10 189:2
  195:2,4 198:14
  199:2 214:4,7,10
  216:9 224:7 230:2

236:13,25 245:7
  256:8 257:4
  258:17 260:5
  262:12 264:7
  265:16,20,23
  266:19 269:24
  270:8 273:4
  287:12 290:25
  297:5 298:7
  301:14,20 302:16
  303:6 304:8,19,24
  305:3,5,16 306:9
  307:5 308:5,17
  310:6 312:2
change   138:1
  191:19 203:11
  253:6 260:16
  261:19 264:1,8
  312:4,7,10,13,16
  312:19
changed   241:24
  253:20 264:10
changes   90:7
  91:15,22 92:16,20
  92:22,23,25 93:2,2
  93:5 100:15
changing   39:19
characteristic
  180:4
characteristics
  54:8
characterize
  248:10
characterized
  203:2
charlotte   9:17
  273:5,12
chart   180:12
chat   35:2,3,22
  36:1,7,9,10,12
  138:20,23 139:8

[chat - compatibility]

139:16 140:2
143:20 145:5,8
146:2 149:16
150:9 230:5,13
232:21 233:6
287:15,22 288:8
288:12 289:4
290:8
**chats** 139:12
**checkins** 127:22
128:2
**chen** 4:21 12:20
16:16,24 17:1
**cheryl** 298:5
**choose** 25:17
51:19 191:21
194:20 197:13,21
197:24 213:6
260:17 261:21,23
264:3 265:1
**choosing** 202:6
**chose** 205:22
**chris** 72:1 81:19
82:3 99:21 114:1
118:14 136:14
152:12 209:4
**christina** 20:15
**cinemasource**
60:15
**circulated** 59:6
**city** 2:13 308:13
**civil** 310:19,20
**ck** 87:6
**clarification**
231:23
**clarifications**
238:5
**clarify** 286:19
**clarity** 209:7
**classification**
250:6

**classifications**
204:14
**classified** 219:1
276:16
**classify** 35:21
74:14 113:24
125:23 201:24
202:5,9 204:11
268:18 272:18
282:21
**clause** 102:10
**clean** 32:19 274:13
275:4,14,19,24
**cleaned** 180:12
237:25 276:1,2,3
**cleaner** 161:4
**cleanup** 161:2
**clear** 13:18,20
84:3 114:3 115:23
116:9 148:16
180:11 186:3
213:3 214:12,21
214:21 286:22
**clearer** 138:2
**clearly** 38:17 86:1
184:14 188:17
193:13 306:13
**clicked** 129:15
206:10 278:23
**client** 23:3,11,17
75:3
**clients** 22:5 29:5,7
**clip** 185:25 258:22
**close** 154:11 155:7
155:22 156:3
305:13 306:17
**closely** 169:24
170:6,14
**closer** 137:24
**cloud** 8:12 206:24
207:20 211:21

**clout** 111:18
**clr** 1:24 2:12
309:25
**clue** 277:23
**clunkiness** 15:7
**code** 276:3 310:9
310:12,19,20
**codify** 229:3
**colin** 12:20
**collaborate** 40:3
158:1,19,22
**colleague** 138:14
159:11
**colleagues** 12:19
34:21,23 35:9
36:15,17,22 53:7
57:10 97:2 130:20
137:1,9 151:12
158:13 196:11
**collect** 46:14
**collected** 48:16
49:4,11 219:15
247:20
**collecting** 212:8
246:13
**collects** 62:8,23
63:15 116:21
211:8
**collins** 20:15
**column** 127:3,6
**come** 23:13 284:20
**comes** 63:9 81:22
**comfortable** 62:19
91:7 128:16
215:12 225:23
226:2 253:21
259:15 293:4
294:6
**coming** 103:10
117:14 118:8
185:10 246:3

**comments** 174:23
283:13 285:4,10
305:9 306:3
**commerce** 24:10
25:7,11,16,19,20
25:23,25 26:18
142:16
**commissions**
43:10
**commit** 83:2,10
84:8
**commitment**
130:2
**commits** 82:2 84:6
84:20 85:4,10
**committed** 85:10
**common** 261:18
**comms** 297:12
**communicate**
34:21,23 35:9
36:8 53:6 130:25
131:12,16,24
150:5 158:6,13
305:9
**communicated**
271:12
**communicating**
76:24 130:20
138:23 300:6
306:13
**communication**
35:16,18 136:13
138:24 152:25
**communications**
37:1 133:24
270:19 274:11
**company** 42:4
270:22
**compatibility**
102:9 185:3 187:6

**[complete - contributed]**

complete  279:7
completed  310:7
  310:17 311:6
completely  250:22
completeness
  141:10,12
completion  309:13
  311:10
compliance  274:5
  274:13,18 275:13
complied  242:5
comply  164:7,13
  220:6,12
concept  49:17
  52:23,24 63:23
  69:9 80:6,9,11
  92:23 93:1 94:20
  213:21
concepts  80:16
concerned  82:17
  227:3 270:16
concerns  21:20
  199:8 239:3
  270:25 278:11,14
concert  61:2,4
concludes  307:4
conclusion  156:7
  300:25
conclusions  228:6
concur  237:9
conducted  11:19
conference  190:24
  191:2,3,14 198:15
  265:24 268:15
  269:14
conferences  266:1
confidential  1:13
  207:25
confidentiality
  307:12

confirm  181:12
confirmation
  252:23 255:2
confirmations
  238:5
confusion  176:4
congratulating
  298:11
conjunction
  209:14
connect  27:7 29:2
  31:17,17 32:3
  46:6 64:9 106:18
  196:22 209:11
  247:25
connected  90:13
  104:8
connecting  197:4
  296:11
connection  73:20
  101:4 119:9
  120:21 189:13
  237:2 244:16
  265:2,6,9 269:22
  300:9
connectivity  27:7
consented  46:25
consider  39:3
consideration  6:22
  7:9 91:14 98:5,12
  151:20,23 152:17
  153:11 154:15
considered  23:9
  44:4,12,21 54:2,20
  55:13 218:17
considering
  157:17
consisted  27:24
consistent  185:20
constantin  6:15
  86:20 152:24

153:3
constituting
  298:23
consult  84:9 85:7
consulting  81:24
  82:24 84:5 85:2
consume  211:24
consumer  1:6
  11:15 310:4 312:1
contact  310:9
contain  206:12
  309:10
contained  46:2
  308:9
containing  204:13
contains  130:7,21
  230:5,16,23
content  21:21
  22:14,18 27:9,11
  27:15,18 28:2,6
  42:6,11 46:17,22
  47:5 53:18 54:20
  55:7 56:13,20
  62:8,24 63:14
  64:12,25 175:24
  203:20 259:4
  292:22 293:10
  295:2
context  29:22 48:8
  54:16 73:9,22
  77:21 100:14
  107:5 118:3 142:4
  142:5,6 144:14
  146:16,18,21
  147:1 148:11,20
  148:23 150:3,4
  154:22 157:5,14
  157:16 163:6
  164:19 212:21
  231:2 240:14
  242:21 255:11

267:2 275:18
  289:14,20 295:21
  301:7
continue  11:10
  96:11,15 103:12
  118:10,18 119:2
  119:20 178:7
  180:6 188:9
  193:16,23,25
  194:2,4,9 197:1
  198:11 218:10
  224:21 227:12,25
  234:14 262:17
  263:3 271:24
  295:12 296:5,8
  301:16 302:4
continued  193:16
  193:24 195:13,19
  196:5,13,18 197:6
  197:18 213:10
  215:3,15 216:10
  216:16,25 217:18
  217:22 218:22
  219:8 262:14
  270:1 295:19
  301:11 302:19
  303:1,9,25 304:11
continuing  272:7
  300:20
contra  2:14
contract  175:20
  177:5,11 179:21
  179:22 182:21,24
  182:25 193:7
  200:25
contracts  179:24
contribute  143:9
  143:12 213:2
contributed  210:5
  210:17

**[contributing - data]**

contributing
141:18 143:1,4,17
210:19 212:17
269:7
control 92:1,4
191:25 260:22
261:2
controversial
71:15
conversation
82:17 92:22 96:6
106:6 140:11
144:4,21 145:16
146:24 148:11,14
150:2 207:19
209:4 213:10,17
280:5 282:19
conversations
11:7 18:24,25
19:2 92:24 94:12
96:9,14 223:11
converting 210:3
210:20
coordination
174:4
correct 21:14,25
26:24,25 27:14
28:19,20 30:6,24
37:21,25 38:19
41:15 49:11 51:7
53:20 58:20,21
59:13 62:11 72:25
100:22 108:14
110:1 113:16
115:4 132:21
133:1 142:10
148:20 155:3
165:11 170:18
197:16 208:11
213:20 220:25
238:3 247:14

254:16 256:12
269:15 290:5
302:10 308:10
309:20
corrected 308:9
corrections 308:7
310:14,15 311:3,4
correctly 31:24
238:7
cory 207:16
costa 2:14
costs 211:22,23
212:1
counsel 11:13 12:2
13:6 14:10,13
16:15,24 17:1,17
18:7,12,24 19:2,5
19:11 101:12
121:10 129:18
186:4 221:6
259:22 305:10,18
306:13,18 310:18
310:21 311:7
count 121:19
141:10,20 236:6
counting 284:5
countries 27:13,16
county 2:13
couple 65:24 89:4
153:16 158:7
174:25 177:20
198:19 200:13
257:8,12 258:23
297:23 305:18
course 14:7 72:5
207:13 257:8
270:14
court 1:1 11:17,23
12:24 14:2
courtesy 305:20

cover 14:21 38:3
38:11 160:17
199:22
coverage 253:1,11
253:18
covered 15:1
34:13 35:17
covering 17:21
covers 38:13
116:23
create 31:23 38:25
64:1 91:4 153:1
183:5,10 285:13
285:19 286:5
created 33:4 47:10
120:4 126:22
288:19 290:9
creating 28:1
183:7,18 213:5,8
232:17 283:11
creation 246:20
247:7 249:3
creek 2:13
criteria 115:22
254:1 276:15
cross 7:12,18 8:16
8:23 152:13 159:3
159:10,19 160:10
165:23 166:11
169:10 171:5,13
172:1,10 223:25
224:9 236:15
237:13 245:9
266:21 291:22
crutcher 4:4 12:17
csr 1:24 309:1,24
current 20:3 31:6
33:18
currently 20:9,10
20:14 30:4 32:8
74:7 162:8

custodial 19:20
custodian 19:16
cycles 164:13

**d**

d 5:1
dallas 4:9
dan 172:13 175:3
daniel 3:7 4:16
12:14,21 81:19
200:20,22 202:15
203:3
daniels 72:1
136:14 152:12
209:5
dash 278:6
dashboard 139:18
139:21,25
data 9:15 32:12
44:14,18,20,23
45:2 47:1 57:14
57:16,19 60:5,7,9
60:16,18,22 61:5,8
61:12,15 93:14,18
94:21 95:22 100:3
105:1,17 106:8
107:8,10,15,20
110:9 113:19
138:17 143:24
144:2,7,12,24
145:19 146:7
147:17,18,22
148:2,9,15,18
149:10,13,19
150:7,18 151:12
154:10 155:6,10
155:21 156:2,5
175:23 176:10
177:8,22 178:3,7
178:15 179:8
180:6 182:6
191:18,22 192:1

**[data - deprecating]**

193:10,15,17,23
194:21,24 197:1,7
197:14,18 198:1,2
198:12 203:22
204:2,25 205:2,5
209:12,14,14
210:8 211:20
212:5,17 213:2
228:19 229:5,19
230:16,22,25
232:23,25 242:18
242:23 243:7
244:12 252:24
253:9,16 254:2
258:14 260:12,13
260:18,23 261:22
261:24 264:4
265:1 270:1,11,22
271:17 272:8
288:18,24 290:14
291:10 299:2,7,19
300:10 301:6
**datas**  60:24
**datasets**  33:16
**date**  169:13
189:17 193:18
220:19 240:2
310:16 311:5
312:24
**dated**  6:7,11,14,20
7:4,7,11,17,20 8:7
8:11,15,19,22 9:4
9:8,16,24 10:4
58:15,20 72:1
78:6 81:12 98:3
99:9 137:20 138:9
151:19 152:14
159:4 165:23
166:12 167:17
171:6 199:3
200:21 206:23

207:17 224:1
230:4 236:15
237:13 245:9
266:21 273:6
280:16 287:13
297:6 309:21
**dates**  191:7 194:5
195:20 284:19
**david**  3:6
**davis**  3:17 12:12
12:20
**day**  163:11 164:6
171:14 219:3
220:4,5 224:3
306:19 308:11
**days**  19:12 164:7
164:12 220:6,12
233:11
**deal**  60:18 105:12
117:14 257:23
258:1,6
**dealing**  31:7 46:21
101:7 113:18
118:1 185:11
291:3
**deals**  60:5,7,9
**dealt**  295:17
**deborah**  199:3
**dec**  7:19
**december**  1:16
2:11 11:1,5 19:12
165:24,25 270:9
310:3
**decide**  105:3,24
295:19
**decided**  91:15
205:20 211:13
233:25
**deciding**  111:23
180:5

**decision**  91:21
115:15,21 306:1
**deck**  159:19
160:12,16,21
183:8,13 219:25
**decks**  183:10
**declare**  308:5
309:18
**deep**  9:14 81:25
82:24 84:10 85:3
85:7 270:10
**def**  82:11
**defendant**  4:3
12:18
**define**  25:20
**definitely**  243:23
**definition**  38:15
76:14 135:5
217:19,24 297:8
**degree**  294:10
**delight**  51:4
**demo**  207:22
**department**
159:12
**depend**  149:5
157:14
**dependent**  47:10
50:25
**depending**  68:3
252:23 253:9
**depends**  34:25
41:21 45:8 47:8
48:7 54:4,10
64:21 66:13
111:14 121:2
136:7,7 142:3
149:3,6 199:20
266:7
**deponent**  19:15,17
19:21

**deposition**  1:15
2:8 6:5 11:13,19
13:5,14 15:6,19,25
16:8,14 18:10
30:16 45:19 62:1
62:5 92:3 101:10
116:12 121:25
122:4 170:22
171:1 186:4,12
214:3,7 221:6
259:22,25 265:16
265:20 284:10
287:1 301:18
304:24 305:3
306:18,22 307:1,9
310:19,22,24
311:8,10
**depositions**  306:12
**deprecate**  93:6
94:17 95:13
100:16 237:8
**deprecated**  106:13
117:17 162:9
182:5,20 186:19
186:23 187:4,11
187:17,23 188:9
188:19 189:25
192:9 214:15,24
215:4,11 217:18
217:23 218:11
234:15 239:22
240:4 257:7 271:4
280:7 288:20,24
290:11,15,20
300:3 301:16,23
302:4,18 303:8,24
304:10
**deprecating**  94:13
95:1,18 190:8
238:17,25 257:6
257:22 258:9

[deprecation - directly]

**deprecation** 95:7
100:20,24 102:24
103:5 106:7
162:24 164:23
189:5 236:16,21
237:6,14,16 295:7
299:9
**deprecations**
162:3,7,14,21
163:3,3,19 220:1
237:1 280:1
**depreciation** 8:23
**depth** 40:10 103:9
225:24
**derek** 3:5 12:7
61:18 116:15
137:22 139:11
221:1 265:11
**describe** 17:7 26:5
59:11 113:17
118:25 119:10
120:7,25 125:25
157:9 199:18
275:13
**described** 35:5
60:19 67:5,21
100:20 114:18
119:14 122:10
194:25 197:7
215:17
**describes** 32:5
173:16 176:21
186:21
**describing** 193:22
204:17 206:6
238:19 252:4
**description** 30:22
32:14 226:23
251:5 261:10
**design** 29:14,17
169:25 170:15

**designation**
307:12
**designed** 13:17
**despite** 255:20
**detail** 65:4 68:19
73:7 177:19 188:2
188:16 203:17
225:15 238:21,22
241:23 294:7
299:23
**detailed** 201:11
202:18 203:9
204:20 237:23
**details** 32:21 61:3
80:18 96:25 103:9
243:6 288:13
292:15,24
**determination**
118:8,9,13
**determine** 94:7
96:19 103:11
156:21 219:7
232:25 235:11
240:9 255:1
**determined**
310:18,22 311:7
**determining** 22:13
54:24 119:19
165:8 232:22
**dev** 235:1
**develop** 216:2,6
256:20 261:18
263:3
**developed** 32:10
110:22 115:7
**developer** 24:11
25:8,11,13 27:21
30:8,21 31:11
42:2 47:2,10 48:9
48:10 64:17,23
65:1 66:12,14,16

67:4 68:12 79:4
93:4 126:23
127:18 142:21
203:13 217:17,22
218:10 219:7
235:13,19,22
241:17 243:3,13
277:6
**developer.faceb...**
65:19 66:17
**developer.faceb...**
79:2 235:18
**developers** 41:3
44:12 45:5 57:17
64:2,4,5 65:17
67:22 71:18 82:1
83:1 85:4 90:15
91:5,23 92:12
95:19 96:21
188:20 195:11
196:17 197:17
218:22 219:12,18
226:25 227:5
229:6,19 233:10
233:17,20 241:2,4
241:12 251:15
253:3 260:23
274:11,15 276:18
302:19 303:9,25
304:11
**developing** 82:2
83:2,11 84:7 85:5
85:11 263:9
**development**
200:23
**device** 9:14 156:12
156:14 203:12
270:10,24 271:18
**devices** 164:14
271:21 272:4

**devs** 238:17 255:3
**dialogue** 197:23
208:7
**dialogues** 210:14
**difference** 67:12
157:7,12 165:13
165:17 176:21
181:19 235:8
256:9
**differences** 249:15
**different** 24:19
26:5,7,10 29:9
32:6 35:5,18
38:23 39:12 40:25
41:10 45:10,11,12
53:13 64:22 65:11
67:20,23 70:23
72:6 84:21 115:12
123:22,25 124:10
124:14 125:3,15
125:16,19,22
126:1,2 136:10
157:9 162:14
177:21 188:12
194:12 218:18
221:24 226:24
239:12 247:15
257:18 262:22
269:7 271:23
286:13 299:15
**differential** 32:20
**differently** 283:22
**digital** 293:8
294:11 295:2
**direct** 21:24 30:2
235:24
**directed** 19:18
173:23
**directing** 15:24
**directly** 26:1
37:15 40:21 65:24

**[directly - email]**

90:20 106:19
118:7 146:20
274:9
**director** 20:5 30:5
30:14,23 31:5
34:10 58:9 87:17
201:5 232:4,9
**discern** 252:3
**discovery** 139:13
**discretion** 94:9
**discuss** 68:15
121:12 175:3
**discussed** 57:9
97:2 103:6 119:22
120:2 132:7
134:15,24 135:9
196:10,25 288:9
288:12 291:17
**discusses** 73:24
**discussing** 52:16
79:8 154:12
252:15
**discussion** 100:14
122:12 176:8
199:8 200:17
223:5 235:24
305:24
**discussions** 89:13
117:20 200:4
**displaying** 273:11
**distinction** 176:12
176:17
**distortion** 24:25
**district** 1:1,2
11:17,17
**dive** 174:5
**dividing** 249:23
**dko** 3:12
**dl** 297:12
**dloeser** 3:11

**doc** 153:6
**docs** 279:4 280:22
281:20 282:3,4,6
**document** 15:8,11
35:16 61:19 89:2
89:6,10 90:9
92:19 95:12 97:16
97:18 99:1,8
100:19 106:12
114:19 128:22
129:16,19 137:14
137:19 139:6
159:1 160:9 166:1
168:9 171:4 181:2
181:7 207:7
214:18,19 215:1
221:13 222:9
224:7 245:21
254:11 267:6,15
278:22,25 279:1,4
279:22 280:21,24
282:24 286:1
**documentation**
120:4
**documents** 17:3,6
17:7,10,13,16
19:14,15,16,19,20
66:17 67:19
214:20,22 215:2
281:24
**dog** 143:22
**doing** 30:22 31:5
167:3 168:5 261:3
261:8 262:17
271:18 296:21
**douglas** 87:13
213:15
**download** 70:19
294:14
**downloaded** 69:14
293:9 294:11

**downloads** 262:6
**dozens** 270:24
**dramatically**
299:1,7 300:9
301:5
**draw** 156:7 176:12
264:25 265:2
**drive** 8:12 28:4
29:19,20 30:1
33:6,9 45:11
105:2 106:21
107:21 111:10
113:20 206:24
207:21
**drove** 111:18
**dry** 268:6,23
269:16,17
**due** 164:13 165:2
165:9
**duly** 309:5
**dunn** 4:4 12:17
306:19

**e**

**e** 3:16 5:1 6:1 7:1
8:1 9:1 10:1
309:12 310:9,12
311:1 312:3,3,3
**e.g.** 164:14 203:22
**earlier** 78:17
79:25 83:14
135:19,24 152:8
201:15 213:5
228:23 263:6,8
279:16 289:25
293:16
**easier** 93:9 236:10
**easily** 219:16
**echo** 190:19,23
**ecosystem** 20:13
92:10 274:14
275:5,15,19

**eddie** 88:1 171:5
232:4,8 236:15
245:9
**edelson** 9:17 273:5
273:12,24 274:1
276:22
**edited** 283:2 285:7
**educated** 128:10
**effectively** 306:13
**efficient** 78:13
**effort** 161:12
274:17 275:4
**efforts** 257:10
274:3
**egnyte** 86:24
**eight** 257:17
**either** 181:9
212:16 277:19
303:15
**eli** 230:14 287:23
**eliminated** 264:14
**eliminating** 261:9
265:3
**elimination**
157:17
**email** 6:7,11,14,20
7:7,11,17,20 8:7
8:11,15,22 9:4,8
9:16 10:4 35:4,21
36:25 37:7 58:2
58:14,17,19,23
59:10 68:20 71:25
72:7,14,15,18,22
72:25 73:2,23
74:3 76:16 77:21
78:5,9 79:10,18
80:7,20 81:3,7,9
81:14,18 83:23
84:3,13 85:13
86:1,20 87:1,8,19
88:9 97:20,25

**[email - event]**

98:25 99:7,9,15,16
99:19 100:13
101:6,14,22
102:21,22,25
103:3 104:15
105:16,18 106:6
107:3,15,25 108:2
108:5,10 109:2,7,8
109:14,18 111:4
112:3,5,16 113:1,6
113:9,13,14,17
114:3,9 115:6,8
117:3,25 118:15
122:24 128:24
129:2,3,6,14 130:9
130:12,12,13,15
130:21,24 131:8,8
131:12 132:4,7,9
132:19,20,25
133:3 134:5,5,13
134:15,23,24,25
135:8,10,10,14,22
135:24 136:6
137:1,2,9,10,20
138:7,19 151:18
152:2,6,7,8,10,12
153:13 154:18
156:8 157:24
158:6,7 159:3,9
160:10,17,19
165:23 166:6,14
166:24,24 167:11
171:4,10,12,13,16
171:21,23 172:2,4
172:9 173:5,12
175:12,14 176:7
179:11 180:9,17
180:24,25 181:8
181:11 183:2,4
185:18,23 188:4
189:6 192:8,20

193:2,21,22
195:21 199:2,8
200:19 202:14
206:21,21 207:16
207:17 208:4
209:3,22 211:16
213:14 215:17
216:5,7 220:16
221:17 223:25
224:8,9,25 226:24
230:3 236:14,20
236:25 237:3,12
238:10 239:6
240:2,17 245:8,15
245:18,20,22
246:1,7,24 247:6
247:11,22 248:13
250:4,7,10,17,23
252:4,9,10,14,15
256:18 257:4
263:11,12 266:20
267:24 268:12
271:2 273:5,24
274:24 275:1,11
275:16 276:21,25
277:4,6,13 278:9
278:21 279:15
287:8,12 297:5
300:6 301:24
**emailed**  21:11
77:23
**emails**  17:8 18:1,4
66:6 72:17,19,23
87:25 135:17,20
137:7 189:12
192:10 196:24
265:7 277:17
296:4 302:7
**emphasizing**  82:4
**employee**  299:25
309:16

**employees**  35:23
298:22
**empowered**  93:17
**empowering**
94:20
**enable**  15:16
27:19 28:23 32:10
39:14 262:17
**enabled**  15:17
27:10 80:11
**enabling**  29:23
39:11
**encourage**  53:25
**encouraging**
281:23
**endeavoring**  53:25
130:25
**ended**  293:20
**endorsing**  110:25
**ends**  84:25 113:4
207:14 278:9
**enforce**  163:24
220:3 279:18
280:2
**engaged**  146:6,10
146:15,19 147:3,5
147:6
**engagement**  92:9
211:23
**engaging**  25:22
**engineer**  77:14,15
290:5,23
**engineering**  76:2,9
77:16 201:5
224:11 233:4
238:4 249:7
299:22
**enhanced**  96:3
**enormous**  282:8
**ensure**  22:10
23:17 31:16 53:11

60:25 153:15
157:25 158:7,19
158:22 242:4
249:6
**ensuring**  31:21
32:1,18 50:8
274:12
**entails**  290:6
**entered**  255:22
**enterprise**  55:22
286:17
**entire**  274:14
275:5
**entirely**  162:10
**entities**  38:1 59:23
60:3,4
**entity**  44:19 45:9
**entry**  30:7 59:21
60:1,2 209:2,11
282:24
**environment**
33:12
**equitable**  161:4
**errata**  310:14,16
311:3,5
**especially**  294:22
**esq**  3:5,6,7,16,17
3:18 4:5,6,7,21
310:1
**essence**  175:18
179:19 193:5
**evaluated**  286:25
287:3
**evaluates**  66:20
**evaluating**  162:14
305:7
**evening**  304:20
305:14
**event**  61:1 95:9
258:2 291:20

[events - exposes]

events  17:20,23
   61:1 132:7 133:4
   236:17,21 237:6,9
eventsource  60:16
eventually  284:21
everybody  12:13
   24:2
evidence  132:10
   132:19 133:8,12
   133:15 135:8
evolution  89:14
evolved  35:3
evolving  39:19
exact  65:10 147:4
   191:7 259:7,7
   287:21 297:8
exactly  66:6 68:3
   95:25 104:8
   120:16 258:11,24
   259:16,18 266:13
   281:13 289:3,11
   290:6 293:6
examination  5:7
   13:8 309:8
example  25:16,23
   26:3,13,21 27:25
   29:1,21 31:10
   35:11 38:6 40:6
   41:5,11,17 45:23
   46:9 50:10 51:9
   51:10,12 52:19
   53:6 54:12 57:8
   60:24 61:5 65:25
   74:18 83:15
   126:16 136:12
   202:1 205:20
   206:10 217:1
   241:9
examples  53:24
   55:19 61:8

excel  6:24 17:8
   122:16 123:2,4,8
   221:9 224:5
exception  165:1
   165:14 220:3
exceptions  156:9
   156:22 157:4,17
   175:19 176:9,13
   176:17 177:4,9
   179:3,20 186:25
   193:6 220:16
   301:15,21 302:2
exchange  40:2,4,9
   40:11 45:1,2 50:3
   50:22 51:1,5,6,9
   51:11,13 82:21
   201:12,14,19,21
   202:19
exclamation
   277:11
excuse  30:16
   45:19 101:10
   135:11 186:4
   221:6 301:18
executed  308:11
execution  7:15
   160:13
executive  23:8
exemplify  54:14
exempt  176:25
   224:19 227:11
exemption  185:8
   187:18
exemptions  175:1
   175:21 176:9,22
   176:25 178:1,8
   179:3 184:23
   189:4 193:8
exercise  115:10
exhibit  6:3,4,6,7
   6:11,14,18,20,24

7:3,4,7,11,14,17
   7:20,24 8:3,4,5,7
   8:11,15,19,22 9:3
   9:4,8,13,16,21,24
   10:3,4 15:5,13
   20:24 21:1 57:23
   57:25 58:14,18
   71:20,21,22,25
   86:8,16,19 88:16
   88:17,21 97:11,12
   97:15,19 116:18
   116:21 117:7
   122:8,10,10,15,19
   124:21 128:23
   137:18,19 138:5
   151:15,15,16,18
   159:2,7 160:5,6,9
   165:19,20,22
   171:3,8 181:15,16
   185:25 186:15
   189:8,9,9 193:2
   198:24,24,25
   206:18,19,21
   219:25 221:5,7,8
   221:12,17 223:21
   223:22 229:22,23
   229:24 230:2
   236:5,6,11,14
   245:5,8 259:20,21
   259:24 266:15,16
   266:17,20 270:5,6
   270:8 273:1,2,4
   279:25 280:9,11
   280:12 287:8,10
   297:2,3,5
exhibits  305:24
exist  26:2
existed  33:3
existing  102:14
   161:3,9 163:24
   164:3 170:4

246:22 247:8
   279:19 280:2,6
exists  66:24
   120:15 235:11
expand  35:17
expanse  133:2
expectation  81:19
expedite  306:19
experience  17:25
   21:5 38:17 41:22
   46:12 48:8 50:9
   51:3,3,4,16,20
   54:13 93:4 94:5
   127:20 201:17
   202:3,7 209:15
   211:25 251:17
experiences  75:22
   91:6 94:2
expert  32:21 76:12
   235:25 247:17
experts  76:8
explain  23:2 30:10
   31:4 32:13 49:23
   50:5 64:7 65:4
   68:18 80:17
   151:22 157:7,12
   175:7,17 193:4
   204:15 210:9,9
   232:24 238:19,22
   251:19 256:8
   257:12 268:21
   277:4 279:11
explained  221:14
explaining  140:25
explicitly  182:7
exploration  297:1
expose  228:17
exposed  23:20,25
   230:15,22,25
exposes  95:21

**[exposing - falconer]**

| | | | |
|---|---|---|---|
| **exposing** 212:18 229:5,18 | 257:25 258:1 265:24 266:1,7,7 | 107:21 108:22,24 111:11,18,25 | 302:17 303:7,23 304:9 307:11 |
| **expressed** 80:7 85:12 93:19,22 94:22,24 | 267:6 268:8,14,24 269:13,14,18,19 269:22 | 113:20 126:20,24 128:4,7 144:2,13 146:5,6,10,11,15 | 310:4 312:1 **facebook's** 8:5 63:8 212:25 242:5 |
| **expressing** 278:14 | **f8s** 190:13 | 147:3,5,12,14,15 | 242:23 243:3 |
| **expression** 45:25 275:19 | **face** 87:12 235:17 **facebook** 1:5 4:3 | 147:20 149:10 151:13 157:12 | **faceversary** 298:6 298:14 |
| **extend** 29:25 176:25 227:15 | 4:21 9:13 11:14 12:20 16:22 17:1 | 165:3,10 180:5 182:8 188:21 | **facilitate** 44:19 **fact** 47:19 52:3 |
| **extended** 239:13 239:13,15 271:4 | 19:13 20:4,21 21:5,13,16 23:9,20 | 190:7 194:24 201:21,23 202:4 | 183:3 194:19 209:1 269:25 |
| **extending** 296:21 **extension** 164:12 | 26:2,5 27:16 29:24,24 30:2 | 203:19 204:7,9,13 205:4 206:2,14,16 | 296:7 302:9 304:8 **fair** 84:1 100:13 |
| 164:18 165:14 176:24 185:5 | 32:8 33:11 34:13 34:20,24 35:2 | 206:24 208:9,14 210:23,25 211:2,4 | 104:21 123:21 124:4 125:17 |
| 187:12 220:3,10 **extensions** 164:17 | 37:14 38:2,4,21 39:4,16,24,25 | 211:5,7,8,11,14,25 212:8,25 213:2,12 | 130:11,24 133:3 134:3 150:8 151:2 |
| 164:22 175:19 176:13,18,21 | 40:15,18 42:6,10 42:24 43:15,19,23 | 213:13,22 218:21 219:11 222:4,18 | 154:13 177:12 222:21 234:11 |
| 177:5,10 179:20 179:22 184:14,15 | 44:22 45:2,7,9,18 45:20 46:1,4,7,8 | 222:24 227:1 229:17 230:8 | 252:13 254:13 **fairly** 237:15 |
| 184:18 185:11,21 193:6 | 46:13,17 48:4,4,15 49:4,11,18,23 | 231:21,22 232:1,2 233:18 235:15,24 | **falconer** 4:5 12:16 12:17 16:1,15 |
| **extent** 121:12 186:2 250:22 | 50:14,17,19,23 51:14,21,22 52:1,4 | 238:25 241:1,3,12 241:13 242:3,6,11 | 18:14,21 19:25 22:21 36:19 42:13 |
| **external** 252:19,20 274:10 | 52:17,17,24 53:18 53:19 54:3,9,21 | 242:18 243:7,11 243:13,20 255:22 | 42:15 43:1 44:6 46:23 47:7,16,21 |
| **externally** 249:22 251:5,7,9 252:4 | 55:7,20 56:1,5,14 56:19,23 57:10,13 | 256:10 257:23 258:13 259:3 | 48:17 49:7,20 50:1 52:13 54:22 |
| **extract** 51:18 203:21 204:1,24 | 57:17,20 60:12 61:6,9,12,16 62:8 | 264:7 269:25 270:10,16 271:16 | 55:1,9 56:8,15 57:1 61:18,21,24 |
| 205:4 | 62:21 63:5,15 64:2,11,14,16,19 | 271:19 272:7,11 273:18,19 278:20 | 62:12,25 63:17 67:1,8,16,25 68:10 |
| **extraordinary** 296:3 | 65:12 67:24 68:23 69:2,7,10,13 70:2 | 281:11,15,21 286:7,11,12,14,14 | 69:17 70:9,20 80:24 83:12,18 |
| **extremely** 95:21 | 73:4,9 77:13,19 78:6,12 85:17 | 291:1,16,20 292:3 292:12 293:11 | 84:15 85:20 86:2 98:20 101:2 104:6 |
| **f** | 90:13 91:16 100:15 105:2,5,7 | 294:3 295:3,18 298:9,12 299:4,25 | 104:11 106:1,15 107:11 108:18,23 |
| **f.r.c.p.** 309:12 **f8** 8:4,5 190:24 | 105:25 106:22 | 300:18,21 301:10 | 111:12 112:1,8,19 |
| 191:2 195:10 198:19 237:9 | | | |

Veritext Legal Solutions
866 299-5127

[falconer - first]

113:7,22 114:16
114:21 116:1,15
118:4 121:15
124:2,21 128:14
129:10,21 130:1
131:2 132:13
133:20 134:7
135:1,11 137:15
137:22 138:3
139:1,11 142:11
145:3,23 148:5,19
149:2 150:10,20
157:19 160:3
162:16 168:1,8
171:18 172:25
177:13,16 180:20
188:22 190:1,10
191:4 195:23
198:5 203:4 204:4
205:15 208:16
212:9 215:5,19
218:1,3 219:20
220:8 221:1,15
222:6,25 226:17
228:3 229:20,24
233:1 234:16
236:9 239:4 241:7
241:14 242:7,14
242:16 244:18
245:2 254:17
256:3,22 257:14
258:19 261:13
262:18 263:22
264:9,17 265:11
267:14 268:17
269:2 271:8
272:17,20 279:20
283:19 294:17
296:10,24 299:12
299:20 300:11,23
302:11,21 303:11

303:19 304:3,13
304:18 305:15
306:4 307:11
310:1
**fall** 125:19 249:20
250:1
**falling** 115:12,20
251:6
**falls** 146:4
**false** 130:16,21
131:16,23 166:20
251:1
**familiar** 49:17
59:4 65:11,21,25
69:9 71:1,4 87:19
123:1 141:6
212:23 230:20
242:18 252:1,7
280:16
**familiarize** 89:1,6
207:3 267:24
**family** 298:23
**fan** 20:15
**far** 18:3 63:14
133:24 201:11
202:18
**farther** 169:9
234:23 284:23
**fascinating** 128:22
**fast** 169:25 170:15
**fb** 6:10,13,17,19
6:23,24 7:6,10,13
7:16,19,23,25 8:10
8:13,14,18,21,24
9:7,12,20,23,25
10:6 209:13
**feature** 21:18 36:7
36:9,10 156:13
208:9,20,20
**features** 28:25
228:18 229:5,19

261:1 280:7
**february** 171:6,14
172:10 179:12
180:25 185:19
193:1 196:23
**federal** 311:1,8,9
**feed** 95:20 162:22
163:9 175:24
**feedback** 90:12,19
90:23 91:2,17
153:19,23 224:2
233:12 246:16
**feel** 39:15 62:19
90:13 91:7,8
128:13,15 131:18
215:12 225:23
226:1 253:20
259:15 287:4
293:4 294:6
**fell** 215:15 220:23
**fernandez** 233:7
**fetching** 78:13
**field** 78:16,21 79:7
80:22 81:4
**fields** 288:20
290:11
**fifth** 282:23
**figure** 115:11
134:4 161:12
194:8 216:24
295:18
**figured** 271:13
289:19
**figuring** 23:19,24
96:11 118:17
119:1 161:20
192:8 262:13
**file** 122:16 123:8
221:9
**filed** 11:16

**filings** 18:17
**fill** 120:7,24 121:3
278:2
**filled** 278:17
**filling** 278:4
**financially** 12:1
309:16
**find** 217:2,9,12
219:16 270:14
286:20
**finding** 249:10
**findings** 246:19,24
247:12,18 249:1
249:19 256:18
**fine** 61:20 99:2
121:23 168:10
170:19 207:3,13
265:14 304:22
**finish** 14:6 205:16
304:20
**finished** 205:16
**firm** 11:22,24 12:8
12:12
**first** 13:18 35:1
39:8,10 59:7,21
60:1,2 68:23 69:2
74:2 99:1,20
101:21 102:7
103:20 123:17
127:22 128:1
129:5 139:16
143:23 144:1
152:11,12,20
153:17 160:21
161:2 163:22
169:10,16,16,18
183:24 186:20
187:3 207:2 213:9
227:7,20 230:17
238:9 247:21
249:2 252:21

**[first - friends]**

261:2 267:16
272:5 278:1 280:1
298:16,18
**fitness** 126:6
**five** 17:15 116:16
**flag** 279:8
**flip** 78:4 99:1,7
166:6
**floor** 4:18
**flow** 65:8,8
**flush** 67:19
**focus** 27:5 28:1,23
90:10 96:3 108:9
226:19 270:18
**focused** 23:23
25:15 26:17,19
27:6,9 30:25 33:5
91:5 257:1 296:25
**focusing** 130:9
**folder** 126:14,14
**folders** 122:18
123:1,11,16,20,21
124:9,15
**folks** 136:14 269:7
**follow** 66:18
274:16
**following** 110:11
276:18 278:2
**follows** 13:3 48:23
116:8 145:14
310:8
**fonti** 3:15 12:11
**ford** 185:6
**foregoing** 308:6
309:3,10,19
**foreign** 28:9
**form** 22:21 38:20
42:13,15 43:1
44:6 46:23 47:7
47:16,21 48:17
49:20 52:13 54:22

55:9 56:8,15 57:1
62:12,25 63:17
67:1,8,16,25 68:10
69:17 70:20 83:18
84:15 85:20 86:2
98:21 101:2 104:6
104:11 106:15
107:11 108:23
111:12 112:1,8
113:7,22 114:16
116:1 124:2
129:10 131:2
132:13 134:7
135:1,12 145:3
177:13 188:22
190:1,10 191:4
195:24 198:5
203:4 208:16
215:5 218:1 220:8
221:15 222:6,25
226:17 228:3
229:20 233:1
234:16 239:4
241:7,14 242:7
244:18 245:2
254:17 256:3,22
257:14 262:18
263:22 264:9,17
267:14 268:17
269:2 271:8
272:20 279:20
283:19 296:10,24
299:12,20 300:11
302:11,21 304:3
304:13
**formally** 28:12
**format** 101:7
116:20 117:14,25
174:24 263:3,10
295:17

**formed** 270:22
**fort** 33:12
**forth** 208:22 213:7
309:4
**fortunately**
259:19
**forward** 153:25
171:6 176:6 210:2
224:13 233:24
236:16 273:7
**forwarded** 172:2,2
**forwards** 99:15,15
138:19 171:12
**found** 78:14 136:3
144:7,24 145:19
201:17 288:22
290:12
**foundation** 16:1
80:24 106:16
112:9 113:8,23
132:14 133:21
134:8 135:1 139:1
150:10 160:3
162:16 171:18
172:25 180:20
195:23 204:4
234:17 261:13
262:19 263:23
264:18 269:3
272:20 300:12
302:12,22
**four** 17:15
**fourth** 60:18 220:1
252:18 279:25
**fql** 6:12 72:2,10
78:11,22 81:12
**frames** 203:6,8
**framework**
110:22,24,25
111:3,21,23 112:6
112:7,11,14,15,16

112:21,24,25
113:4,5,11,18,21
113:25 115:7,18
118:9 129:4
196:10,25 197:3,6
**framing** 296:14
**frcp** 311:1
**free** 19:2 27:20
**frequently** 219:3
281:1
**friday** 87:8
**friend** 69:9,14,16
70:7,11 93:6 94:5
95:2,7 100:3,25
105:1,17 106:8
107:8,10,15,20
113:19 154:10
155:6,21 156:2,5
175:23 177:22
178:3,7,15 179:7
180:6 182:5 187:4
189:5 190:9 192:9
192:22 193:10,23
194:2 195:13
197:1,7,18 198:1,2
227:15 260:7,10
260:14 261:9
262:15 263:4,20
264:14 265:3
302:18,20 303:2,8
303:10,24 304:1
304:10,12
**friends** 9:15 66:1,8
69:16 70:14,18,23
71:11,17 74:19
77:24 78:12,14
90:16,18 91:10
93:15,22 94:4,13
96:16 97:5 98:8
100:16,21 101:16
103:12 104:3

Veritext Legal Solutions
866 299-5127

[friends - go]

110:7 114:5,13
115:3,17 116:19
116:22 117:16
118:10,18 119:2
119:20 122:11
127:22 128:2,6,11
155:10 157:17
162:25 163:13
164:22 176:10
177:8 182:4,9,10
182:11,15 187:10
187:16,23,25
188:10,18 189:24
191:18 192:12,14
192:18 193:15
194:9,11,13,16
195:7,19 196:5,13
196:18 198:12
214:15,23 215:11
216:11,17,25
217:5,10 218:16
218:23 219:9
221:12,19,21,24
222:2,3,3,3,13,15
222:22,23 223:8
223:12,14,16
224:22 227:13
228:1 257:7,22
258:9,14 259:5
260:13 262:8,8
270:1,11 271:24
272:7 279:19
291:10 292:23
294:25 295:7,12
295:20 296:2,2,5,9
296:18,22 298:23
299:10 301:12
**front** 82:8 259:17
272:10
**fuel** 43:22

**full** 8:6 38:15
40:10 138:18
189:19 193:25
240:14 289:13
309:10
**fully** 30:25 40:13
124:17 151:10
207:8
**functionality** 96:2
251:12 282:2
**further** 99:22
141:15 146:2
153:14 171:22
232:20 252:17
305:5 309:15
**future** 102:18

### g

**g** 13:12
**gaining** 143:23
144:2 223:18
**game** 124:5
125:21
**games** 123:18
126:10
**gaming** 26:3,13,21
**garrie** 4:16 12:21
12:21 168:6,11
170:20
**garrie's** 305:9
306:3
**gated** 249:4
**gatekeeper** 140:22
235:2,5 249:17
289:24 290:3
**gather** 125:14
129:14
**general** 41:18
63:23 73:8 76:3
76:12,15,17,20
77:18,20 89:16
96:24 115:9

127:16 130:19
131:11,15 151:2,7
154:2 156:9,22
189:20 293:17
**generalize** 45:9
47:9 55:3 255:23
255:25 257:15
**generalized** 43:12
287:5
**generally** 17:6
44:15,16 47:25
48:1 57:5 62:17
65:7 66:18 68:21
70:14 96:23 105:9
107:2,6 109:5
119:24 120:17
121:7,8 125:25
131:20,24 135:20
140:19,21 185:19
213:24 215:10
223:15 244:7
250:3 251:10
265:25 266:2,4
293:13
**generate** 197:23
**getting** 42:24
53:19 154:11
155:6,22 156:3
184:8 204:10
208:14 209:7
239:13 263:20
281:19 289:15
**gherman** 78:5
**gibson** 4:4 12:17
306:19
**gibsondunn.com**
4:11,12,13 310:2
**gifting** 156:19
**give** 38:6 51:9 57:7
83:10,16,16 84:2
86:10 107:18

153:6 241:9
267:20
**given** 84:16
164:12,22 195:13
195:18 196:4,12
196:18 215:15
216:10,16 220:12
237:6 307:5
**giving** 50:18 53:18
85:14,15 191:25
260:21 261:1
**gk** 140:17,18,19
140:21 141:9
249:6,12,16
288:20 289:21,24
**gks** 224:12 225:5
288:19 290:9
**glean** 288:14
**gleaned** 288:15
293:1
**global** 21:24 24:6
24:17 28:7 37:22
**go** 11:11 16:2
23:10 24:2 31:14
33:11,20 42:16
43:2 44:7 48:18
49:21 57:2 65:1,2
65:7 66:16,17
67:4,9,22 68:4,22
69:18 72:7,8,17,23
74:22 86:7,9
88:21 92:4,19
95:12 97:18 99:6
108:20 110:14
113:8 115:8
121:16,22 126:14
128:23 129:2,11
135:17 137:18
146:2 152:10
160:20 162:19,20
163:17 165:19

**[go - happening]**

166:23 167:10
169:8,20 172:8
183:13 185:24
186:14 189:7
190:15,22 192:22
193:1 198:23
200:8,18 204:5
205:15,19 207:15
209:24 211:15
212:13 213:9
217:1,11 218:3
219:24 221:5
222:7 223:21
228:4 229:22
234:23 235:15,17
236:5 241:15
245:4 246:7 251:7
253:4 259:20
260:8 267:1,23
268:13 270:5
272:25 273:23
280:9 282:23
283:7 290:22
292:7 297:2 298:3
298:16 304:17
**goal** 40:3 45:13
46:10 91:4 92:2,8
146:5,10 161:4
**goals** 39:23 45:11
45:12,14 59:12,15
59:16,23
**god** 306:24
**goes** 87:9 123:19
159:20 203:16
**going** 11:5 14:21
15:4,8 18:21
20:23 32:19 37:10
50:7,8 62:2 68:12
72:5,23 82:7,12,14
83:9 86:11 98:24
106:13 121:17

124:23 130:1
144:5 153:5 155:9
170:23 175:18
177:4,9,10 178:6
179:20 182:14
185:21 186:5
188:1 189:3,18
191:11,19,20
192:18,22 193:5
193:15,16 194:17
194:19 196:12
197:12 206:25
209:8 214:4
224:13,14 227:8
227:11,15 238:3
258:14 259:4
260:15,16,24
261:19,20 262:14
264:1,2 265:11,17
266:14,15,25
267:25 282:24
298:8 299:18
306:7
**good** 11:4 12:7,10
12:13,16 13:10
63:12 96:2 122:7
134:6,14,23 135:3
135:5 143:1,4,9,13
143:17 144:17
154:5 201:18
211:18 247:6,10
277:23 306:11
**google** 279:4
280:21 281:20
282:3,4,6
**governments** 28:9
**gracefully** 161:23
**grandfathered**
234:3
**grant** 80:16
175:18 177:4,9,10

179:20 193:5
220:17 225:21
**granted** 74:19,24
76:21 77:4,7,24
127:18 231:9
**granting** 184:23
186:25 241:4
255:3
**grants** 74:9 225:20
**graph** 78:18 79:25
82:3 83:3,11 84:7
85:5,11 89:24,25
117:9,10 189:15
189:22,22 190:4
205:3,5 206:4
210:6,18,19
212:17 213:2,12
213:13 222:18,24
233:19 241:5,13
242:6 270:2
**great** 19:25 91:6
94:1 99:4 121:15
260:25
**greater** 92:8
**ground** 13:16 32:2
**group** 23:12 25:15
27:9 48:8 57:13
158:23 187:3,24
189:3 196:11
297:9,10
**groups** 28:5 38:25
45:10 246:14,16
247:15 287:23,24
287:25 288:12,18
288:25
**growth** 142:21
**guess** 22:22 25:5
26:13 35:25 39:21
40:12 41:8 53:21
54:4,4 55:3 79:18
90:24 111:13

121:4 123:6
143:15 193:24
237:7 242:20
248:22 259:1
289:12
**guessing** 181:4
264:11
**guidance** 298:20
**guide** 134:6,14,23
**guiding** 158:23
**gupta** 78:18 80:1
87:1,10
**guys** 224:10

| h |
|---|

**h** 4:5 6:1 7:1 8:1
9:1 10:1 13:12
310:1 312:3
**h2'13** 59:22,24
**hagman** 6:12
71:25 74:3 245:9
**half** 59:25 172:13
**handed** 120:21
**handing** 100:12
**handle** 182:10
**handled** 297:19
310:8
**handling** 154:7
**hands** 251:15
**hang** 186:13
**happen** 105:19
158:24 185:21
243:24 305:21
**happened** 118:21
118:24 183:1
189:23 214:12
234:6 243:17
271:14 293:14
302:9,14
**happening** 21:21
182:23

**[happens - impact]**

happens 52:6
happy 261:3,8
hard 22:23 45:9
  53:22 55:3 137:23
  232:24 238:22
hardware 156:12
  156:14
hashed 224:20
  227:12
haynes 4:22 11:21
hazard 128:10
head 9:17 28:13
  78:3 217:14
  244:20 268:7,23
  273:7,14 274:4,6
  274:12,17 275:12
  276:6,8,10,14,16
  277:1,5 284:8,14
  284:17,20,22
header 281:9
heading 92:20
  95:13 161:1 162:2
  167:11,15 169:6
  181:23 183:15
  298:19
health 28:8 92:9
hear 143:6 180:22
  198:9,13
heard 66:5 69:11
  71:6 90:25 191:16
  225:14,16 243:17
  275:6,9,19,21
hearing 137:23
heart 295:1
heels 298:17
help 23:13,16 27:7
  28:2,7 29:2,18,20
  29:22 31:13,18
  32:3 33:14 39:22
  45:12 46:6 60:24
  81:19 139:13

142:25 146:7
  152:2 255:1
  274:13
helped 78:18 80:1
  216:2,6 233:18,19
  233:21
helpful 74:6
  139:13 173:16,17
  173:23
helping 29:14,25
  38:20,24 77:2
hereto 308:8
hesitate 278:10
hey 223:7 271:5
hi 78:10 201:9
  224:10 230:14
  274:2 278:6
  287:22
high 32:18 71:1
  80:15 171:7,17,19
  203:21 204:1,24
  205:4 250:20
highest 81:20
highlight 205:21
highlighted 51:14
  206:11,12 260:3
highly 207:25
  250:20
hillsborough 2:9
historical 289:20
history 33:7
  234:10,19
hit 121:15 265:12
hold 30:4
holistic 54:6
holistically 43:6
  53:13 125:11
home 37:4,11
honest 144:6,23
  145:18

honestly 14:17
  149:12
hope 51:17 274:6
hoping 231:8
  251:16
hour 121:17
  265:12
hours 16:21
  122:18 258:23
  299:18
house 17:1 123:17
huge 161:23,24
huh 79:19 81:11
hundred 25:5
  215:8 293:8
hundreds 24:22
hyperlink 129:15
  130:6 278:23

**i**

i.e. 153:21 156:12
  156:15,16,19
  238:11 251:11,12
ian 4:21 12:20
idea 63:11 71:10
  76:25 141:24
  142:8 143:18
  168:7 216:21
  219:6 239:21
  250:11 276:22
  282:25 290:16
identification
  15:13 21:1 57:25
  71:22 86:16 88:17
  97:12 122:19
  127:2 138:5
  140:15 151:16
  159:7 160:6
  165:20 171:8
  181:16 183:25
  184:15,19 185:12
  185:22 189:10

198:25 206:19
  223:22 229:23
  236:11 245:5
  266:17 270:6
  273:2 280:11
  287:10 297:3
identified 19:17
  115:14 123:11
  184:4 279:12
  282:9
identifies 126:21
identify 40:22
  132:22 187:22
identifying 58:18
ids 123:24 124:12
  139:19,24 140:4
  184:4,9
ignore 109:3,5
ii 285:12
iii 285:15
ilya 260:11
imagine 24:5
  40:20 47:17 77:1
ime 6:7 7:20 8:11
  58:3,5,6,6,14,19
  59:11 97:25 99:9
  99:21 114:1
  118:14 136:14
  152:13 159:3,18
  171:5,13,24,24,25
  172:1,1,9 173:11
  173:15,16 174:23
  180:10,16 184:14
  185:19 206:22
immediate 153:19
immediately
  202:19
impact 53:14
  99:23,25 102:23
  183:25

[impacted - integrations]

**impacted** 102:14
103:5
**implementation**
118:3 270:2
**implemented** 43:5
217:24 218:24
**implying** 240:15
295:14
**import** 208:11,13
**importance** 171:7
171:17,19
**important** 37:10
52:24 98:13 102:2
103:17 108:21
111:7 119:15,15
119:21 120:1
153:10 154:14
191:24,24 213:21
228:17 260:21
**importing** 8:13
206:24
**impression** 82:6
**improve** 209:15
274:9
**improvement** 8:17
224:2
**inaccuracy** 240:23
**inaccurate** 240:18
240:24
**inaudible** 59:8
**include** 31:9
**included** 19:15
113:20 117:25
155:10 162:22
261:7 310:14
311:3
**includes** 25:11
130:16 287:15
**including** 74:8
100:16 130:12
192:14 194:13

273:6 299:9
**inclusion** 26:23
27:22,24
**incognizant** 182:8
**incorporate**
205:11
**incorrectly** 140:25
**increased** 202:23
**indefinitely** 165:2
165:9 220:18
239:15
**independent** 19:1
95:6
**indicate** 156:21
179:4 216:5
220:11 226:6
**indicated** 122:9
124:15 185:18
**indicates** 86:1
170:13 173:12
179:12 186:18
187:17 193:13
220:2 236:20
**indicating** 227:14
239:19
**indication** 210:1
**indirectly** 90:21
**individual** 45:14
216:22 223:10
**industry** 285:13
285:16
**infer** 105:8 283:22
286:8
**inference** 179:18
**inferring** 253:13
295:22 303:5
**influence** 39:16
**info** 143:2,5,9,13
143:17 298:24
**inform** 302:25
303:23 304:9

**information** 21:21
22:14,18 32:2,19
42:6,11 46:14,17
46:22 47:5 48:5
48:15 49:3,10
50:16,18,20,23,24
51:2,7,10,11,18,23
52:1,3,16,18 53:18
53:20 54:20 55:7
56:5,13,20,24
57:11 60:12,23
61:1,4 62:9,10,24
63:15 64:12,25
66:8 70:13,18
74:25 77:6 79:20
80:12,21 83:16
85:12,18,19 90:14
91:7 93:21 94:7
94:25 95:24,25
116:23 128:3
130:13,16,21
131:1,12,16,19,21
131:23,25 132:2
136:17 137:2,11
154:19 155:9
166:20 184:8
185:16 201:20,22
201:23 202:6,10
202:23 203:3,5,17
204:9 206:3,15
208:14,15 210:24
211:6,8,11 212:8
213:1,11,12
219:15 223:5
226:15,22 237:15
240:17 244:15,16
246:14 250:11
251:1 254:7 259:5
262:4 267:13
278:3,5,17 285:9
285:12,15,18

286:4 291:4
292:22 293:10,16
293:20 294:4,13
295:3 296:19
**infrastructure**
211:22
**initial** 21:5
**initialed** 308:8
**initiative** 54:5
299:17
**initiatives** 27:7
299:15
**ink** 308:8
**innovating** 39:20
**innovative** 39:7
46:5
**inquiries** 75:9,10
**inquiry** 230:15
**installed** 93:15
94:6
**instance** 243:19
244:2
**instances** 210:13
**instruct** 18:22
**instructed** 14:13
**instructing** 158:23
**integrate** 24:15
25:17
**integrated** 42:3
**integrating** 50:11
**integration** 29:9
46:11 51:12 81:25
82:25 84:10 85:7
154:9 155:6,21
156:2 202:7 203:9
207:21 253:7
**integrations** 75:13
75:18,19,21 85:3
102:14,18 104:25
105:12 106:24,25
106:25 107:5,6,7

Veritext Legal Solutions
866 299-5127

[integrations - job]

107:20 113:19
153:21 185:5
187:12 203:12
**intend**  130:12
305:10
**intended**  94:19
251:16
**intent**  93:19,23
94:22,25 131:20
131:24 132:1
136:22 137:6
139:2,5 155:12
204:18 212:3
240:23
**intention**  130:23
301:1
**intentionally**  37:8
**intentioned**
274:15 276:18
**interact**  46:7
50:12 67:24 125:4
126:6,9 292:6,8
**interacted**  28:11
37:20,24 38:2,7,8
38:8,11 188:20
292:2
**interacting**  37:17
147:7,11,12,13
**interaction**  53:7
80:4 223:4
**interactions**  46:2
244:2
**interacts**  206:1
**interchangeably**
236:2 259:15
**interchanging**
228:7
**interest**  203:21
204:1,24 205:5
**interested**  12:1
203:23 223:6,18

292:18 309:17
**interesting**  110:9
154:8 155:5,19
156:1
**interestingly**
15:15
**interface**  64:8
**interference**  11:8
**intern**  138:18
**internal**  274:10
286:15 291:15
297:12 298:24
**internally**  249:21
**internet**  27:8
**internet.org**  26:23
27:5,20 28:22
39:11 100:10
234:8 284:14
**internet.org.**
109:12 118:21
266:10 284:6
**interpose**  14:11
**interpret**  204:23
251:23
**interpretation**
149:7,8
**interrupt**  205:13
**interrupting**
205:19
**interruption**
101:11
**intersected**  188:25
**introduce**  94:20
122:14,16 159:2
160:5 224:18
**introduced**  190:6
240:6 300:3
**introduction**  90:4
189:14 299:10
301:5

**inventory**  212:1
**investigate**  295:10
**investigating**
290:20 295:15
**invite**  94:4
**inviting**  182:11
**involve**  100:24
105:12
**involved**  22:13
23:19,24 27:15
38:20,24 45:16
46:20 53:2 61:13
68:7 69:23 76:9
76:10 81:13 89:13
92:16 103:4
111:23 117:20
118:7 126:2
158:12 161:9,19
163:18 167:24
176:8 188:5,6
192:8 194:8
198:16,19 200:3
239:2 248:2,5
257:5 269:17
271:3,6 272:15
**involvement**  75:4
92:21 96:10 100:8
103:10 118:17
153:9 161:16
164:21 237:18
240:25 263:9
306:11
**involving**  37:15
**iphone**  36:5,6,8,10
36:11,15,18,23
**issue**  78:14 209:5
288:5 289:8,11,16
**issues**  28:8,8 153:5
**it'll**  152:25
**item**  156:8 164:11

**items**  74:18
**iv**  285:18

**j**

**jack**  10:4
**jackie**  1:15 2:8 5:4
6:5,6 8:8 9:4,25
11:13 13:1 62:1,5
74:5 77:24 81:9
109:23,24 110:22
115:7,22 121:25
122:4 129:11
143:16 159:4
168:18 169:17,23
170:22 171:1
172:17 174:1
207:19 214:3,7
231:14 265:16,20
267:10 278:8
287:22 297:6
298:7 304:24
305:3 307:5 308:5
308:17 310:6
312:2
**jackie's**  110:23
111:21 112:15,24
115:18
**jams**  4:17 12:22
**janis**  1:24 2:11
11:23 309:1,24
**jenks**  78:6
**jennings**  1:24 2:11
11:23 48:22
145:12 309:1,24
**jessica**  78:6
**job**  1:22 25:10
30:3,4 58:6,11,13
87:16 97:9 136:18
137:12 138:15
228:10 284:2
292:3 295:10
310:6 312:2

Page 25

**[jobs - know]**

| | | | |
|---|---|---|---|
| **jobs** 20:17 34:12 | 257:25 258:3,8 | 62:14,17,20,21,23 | 143:7 144:15,18 |
| **joel** 287:15,16,17 | 261:7 | 63:1,8,18,20,25 | 146:20,21,25 |
| 287:18 | **kind** 36:3 39:9,10 | 64:5,9 66:2,2,4,8 | 148:11,21 149:6 |
| **jog** 190:16 | 41:18 55:3 124:6 | 68:2,23 69:2,5,6 | 149:12,13,19 |
| **join** 172:12 | 128:10 212:15 | 69:11 70:4,13,21 | 150:2,11,13,14,22 |
| **joshi** 283:1,9 | 287:5 294:15 | 70:23,25 71:7,9,10 | 151:5 154:16,21 |
| 284:24 286:9 | 297:17 | 71:13,15,16,17,19 | 155:11 156:7 |
| **jsc** 1:6 11:18 | **kindle** 51:12 52:19 | 72:12,12 73:15,18 | 157:1,6 163:6,7 |
| **jump** 98:25 | 82:3 83:3,11 | 74:14,15,21,25 | 164:18 165:18 |
| 289:12 | 202:2 204:22 | 77:9,10,12,15 78:2 | 166:21 169:18 |
| **jumped** 294:15 | 205:21 210:3 | 79:10,16 80:3,5,7 | 170:10 178:9 |
| **june** 270:10 | **kinds** 21:15 75:10 | 80:9,18,19 81:7 | 179:9,17,17 |
| 280:16 | 123:22,25 124:10 | 84:11,16 87:5,10 | 182:22,24 183:9 |
| **jury** 84:12 144:25 | **king** 254:25 | 87:11,12,14,21,24 | 186:9 188:11,16 |
| 145:21 148:1,16 | **klout** 110:17 | 89:18,23 90:1 | 188:23,24 189:2 |
| 170:13 262:15 | **knew** 105:16 | 91:1 94:17 95:4 | 190:24 191:6,8 |
| 302:16 303:22 | 131:16 132:11 | 97:23 98:14 | 193:25 194:4 |
| **justin** 213:15 | 149:16 150:9 | 102:11,15,19 | 196:6,7,20 197:4 |
| **k** | 165:16 187:24 | 105:15,22 106:10 | 198:18,20 199:24 |
| **k** 3:17 | 195:2,6,10,16 | 106:18 107:4,9 | 201:1,15,17 |
| **keep** 115:19 144:5 | 196:2,6,9,16 240:3 | 111:14 112:20,23 | 203:14 207:24 |
| 146:14 147:2,5,8 | 251:2 | 112:25 113:10 | 212:11 214:25 |
| 175:25 179:5 | **know** 14:6 18:11 | 114:7,22 117:12 | 215:8 216:9,15,18 |
| 193:11 203:16 | 18:12 19:5 23:10 | 118:5,21 119:23 | 216:19,20 217:13 |
| 233:18 260:24 | 24:5 25:18 27:10 | 120:3,10,14,14,15 | 217:13,14 218:2,4 |
| **keeping** 146:5,10 | 28:2,7 29:1,22 | 123:7 124:8 | 218:6,7,7,9,13,20 |
| 146:19 | 31:18 32:18,19,21 | 125:23 127:4,7,14 | 218:21 219:1,11 |
| **keeps** 219:11 | 33:13 35:1,20 | 127:22 128:16 | 219:13,22 220:7 |
| **keller** 3:4 12:8,15 | 38:14 39:6,6,7,9 | 129:12 130:17,22 | 220:21 221:2 |
| **kellerrohrback.c...** | 39:12 40:10,12,24 | 131:18,19,20 | 222:9,10 225:7,10 |
| 3:11,12,13 | 41:24 42:12,19 | 132:8,21 133:1,2,6 | 225:12,15,22 |
| **kelly** 34:5,6 | 43:3 44:9,14,23,25 | 133:7,9,10,11,13 | 226:3 227:2 228:7 |
| **kept** 216:15 | 45:1,3,10,24 46:2 | 133:14,16,16,17 | 230:21,24,25 |
| **key** 100:5 104:25 | 46:6,9,15,25 47:19 | 133:25 134:18,19 | 231:2 232:18,19 |
| 106:24,25 107:5 | 49:14 50:7 51:15 | 134:20,21 135:4,5 | 233:2 234:9,18,19 |
| 107:19 113:18 | 51:17,20,24,25 | 135:14,15 136:11 | 235:7,13,23 236:1 |
| 129:7 246:23 | 52:3,5,6,7,8 53:1,4 | 136:24,25 137:5 | 238:22 239:5 |
| 247:21 248:25 | 54:13 55:2,4,11 | 138:15,17 139:2,3 | 240:7,13,14,19,23 |
| 249:18 252:17 | 56:16,19,23 57:5,6 | 139:9 140:19,20 | 241:3,11,18,21,24 |
| **keynote** 8:4,6 | 57:13,16,18,19,21 | 140:24 141:5,12 | 242:2,3,11,13 |
| 196:3 198:10 | 58:4 60:18 61:10 | 141:21 142:2,6,17 | 243:1 244:2,10,11 |

244:19 248:22 249:9,12,13 250:3 250:5,5,5,9,13,21 251:22 252:16 253:21,24,25 254:5,10 255:19 255:24 256:12,13 256:15,16 257:24 258:7,11 259:8,13 259:16 261:14 262:10 263:17 264:21,23 265:4 266:15 270:3 271:15 273:12,14 273:16,16,19 275:9,17,21,23 276:3,4,4,5,7,20 276:24 277:3,8,17 277:19 279:14 280:18 281:11,13 282:20,22 283:9 284:16,19 285:25 286:8,10,16,17 287:6 288:2,13,25 289:2,3,23 290:6 290:22,23,25 291:2,11,14 292:15,16,24,25 293:5,12,22 294:7 294:20,20,23,23 295:4 296:12,20 297:8,12,20 298:2 298:5,13,15 299:13,21 300:5,8 300:13,24,25 301:8,8 302:13,13 302:23,25 303:3,4 303:13,16,17 304:18 305:12 306:19

**knowingly** 250:18 250:25
**knowledge** 38:16 43:20 61:17 134:1 227:24 231:17 247:16 292:11
**knowledgeable** 75:24
**knows** 231:14
**ko** 3:6
**kogan** 291:6,23
**konstantinos** 6:21 7:8 9:9
**koolwal** 237:13
**koumouzelis** 6:15 86:22
**kp** 86:25 87:1 97:20,21,23 99:22 100:2 108:21 109:8 110:25 113:5 115:24 116:10 136:14 151:19 152:6,13 159:4 221:18 266:20 267:10 268:5 269:6,11 289:18,18
**kp's** 111:20 115:5 122:24

**l**

**l.l.p.** 3:4
**la** 173:8
**labeled** 175:21 178:1,8 193:8
**labels** 41:8
**lack** 133:21
**lacks** 180:20
**laid** 155:12
**language** 31:22 174:24 218:6 251:25 264:24

265:8
**large** 95:22 96:20 124:14 293:19 294:3
**larger** 40:3 224:14
**late** 19:24 98:22
**lately** 123:6
**lateral** 24:8,17,18 27:1,2 28:16
**launch** 153:20 154:11 155:7,22 156:3 174:3,7,9,9 183:6 253:5
**launched** 25:14
**launches** 162:3
**launching** 27:6
**laura** 4:6 12:19
**laws** 309:19
**lawyers** 168:12
**lays** 129:3
**leadership** 297:9
**leading** 168:18,24
**leak** 298:24
**learn** 231:8
**learned** 18:24,25 248:21
**learning** 272:5 292:18
**leave** 128:21 305:19
**left** 122:7 284:21
**legal** 11:22,24 168:19,25 169:24 170:4,7,14 246:10 247:1 252:11 307:7 310:7
**legal&privacy** 245:12
**lenn** 207:22
**lesley** 3:16 12:10 306:24

**letters** 236:17
**letting** 156:5 259:4
**level** 32:18 80:15 81:20 153:6 203:21 204:1,24 205:4 285:9
**levi's** 24:13 25:17 25:23 39:8 41:17 42:5,5,9,10,20,23 42:23 43:14 44:4 45:23 50:10 54:14
**life** 293:8 294:11 295:2
**light** 252:23 305:8
**lightly** 91:22
**liked** 46:3
**likes** 74:19 77:24 110:18 283:14 285:5,10
**limit** 299:2,7
**limited** 231:7 239:14 301:6
**limiting** 299:19 300:10
**line** 30:19 58:22 60:6 88:3 99:12 139:16 140:2 143:1 151:20,21 159:5 169:17 171:6 244:19 245:20 264:25 273:7 277:24 310:15 311:4 312:4,7,10,13,16 312:19
**link** 129:8,9
**linkedin** 6:6 20:24 31:3 284:5,7
**list** 65:16,20 74:6 74:10,17,22,22 76:2 77:3 82:11

**[list - look]**

110:2 114:4,11,23
123:24 124:13
169:11 222:15
237:24,25 239:3
282:8 286:20
**listed** 34:17 41:2
74:13 111:17
**listen** 297:18
**listening** 91:4
**lists** 60:14 125:3
260:15
**litigation** 1:7
11:15 310:5 312:1
**little** 18:3 20:22
39:21 43:12 64:17
68:2 109:21
111:13 129:24
138:3 141:15
146:2 153:14
171:22 175:12
231:20 232:20
265:12 269:21
284:23
**liu** 199:3
**lives** 224:15
**llp** 3:15 4:4
**lmumm** 4:12
**load** 97:16
**loaded** 223:24
**local** 27:11 28:23
29:1 30:1
**localize** 28:6
**localized** 28:2,8
**located** 2:8,13
**location** 222:3,22
222:23
**locked** 21:17
310:12 311:1
**loeser** 3:5 5:7 12:7
12:8,14 13:9 15:4
15:14,18 16:5,11

16:12 18:7,15
19:6,11 20:2,23
21:2 23:1 30:12
30:18 36:21 42:17
43:8 44:11 45:21
47:3,12,18 48:3,20
49:8,22 50:4
52:14 54:23 55:5
55:12 56:11,18
57:4,22 58:1
61:20,22 62:7,16
63:3,21 67:3,11,17
68:6,13 69:20
70:12,22 71:20,23
81:2 83:13,21
84:19 85:23 86:7
86:17 88:13,20
92:6 97:11,13
98:23 101:5,13
104:9,14 106:5,20
107:13 108:19
109:1 111:15
112:4,12,22
113:12 114:2,17
115:1 116:2,7,14
116:17 117:1,6,8
118:6 121:10,19
121:23 122:6,14
122:20,21 124:3
125:1 128:18,21
129:1,13,18,23
130:4 131:6
132:17 133:22
134:11 135:6,16
137:18 138:1,6
139:4,14,15
142:13 145:7,12
146:1 148:7,22
149:4 150:12
151:1,15,17
157:23 159:1,8

160:4,7 162:18
165:19,21 168:3
168:10,14 170:19
171:3,9,20 173:2
177:14,23 180:21
181:6,17 185:24
186:6,13,16 189:1
189:7,11 190:2,15
190:18,21 191:10
196:1 198:8,23
199:1 203:7 204:8
205:18 206:18,20
208:21 212:12
213:25 214:9
215:9,20 218:8
219:23 220:9
221:3,4,8,10,16
222:11 223:3,21
223:23 224:6
226:21 228:9
229:22,25 230:1
231:24 233:5
234:22 236:5,12
239:7 241:10,20
242:10,17 244:23
245:4,6 254:21
256:6 257:3,21
258:20 259:24
260:2 261:16
263:1 264:6,12,19
265:14,22 266:14
266:18 267:17
268:20 269:9
270:5,7 271:9
272:22,25 273:3
279:23 280:9,12
280:14 283:23
284:12 287:3,7,11
294:24 296:15
297:2,4 299:16,24
300:15 301:2,22

302:1,15,24
303:14,21 304:7
304:16,22 305:5
305:18 306:9
307:14
**log** 233:20
**logged** 182:7
**login** 31:12 231:21
231:22 232:1,2
267:6
**long** 20:6 68:20
71:8 85:18 89:17
90:6 92:9 116:14
125:13 138:10
143:10 154:6
164:13 186:1
206:25 270:18
**longer** 108:24
300:22
**look** 59:21 72:8
74:2,17 79:18
81:9 84:8 88:13
89:19 90:8 99:3
99:19 101:20
103:19 104:24
108:21 109:18,19
109:19 115:5
122:17,20,25
123:10 124:22
125:2 126:1,13,14
127:24 129:21,24
130:3 139:16
140:14 144:21
145:15 152:2,19
152:20 153:13
159:9,23 162:6
163:22 164:5
167:10 168:4,15
171:21 174:13
177:24 180:9
181:15,22 182:17

Page 28

**[look - marketing]**

183:3 184:12
200:9,19 201:7
202:14 207:12
213:14 214:18,19
219:25 220:15
228:12 232:20
237:3 238:2
245:18 248:25
252:1 254:22
260:3 267:20,23
267:23 268:11
279:5,25 283:7
288:7 289:4 295:6
297:24
**looked**  65:16,19
100:20 124:9
135:22,23 136:13
176:13 248:13
286:19
**looking**  25:10 77:3
78:11 89:10
100:13 101:6,14
102:21 103:3
104:15 107:17,25
117:2 137:4 138:7
139:6 151:21
158:5 174:8 192:7
199:2 209:10
222:14 227:19,20
240:8 245:22
247:24 253:23
254:11 264:24
265:8 266:19
269:20 284:25
301:25
**looks**  74:1 81:15
101:6,23 105:16
113:25 124:13
138:8,19,21
159:22,24 160:2
166:15,18 173:4

176:11 180:19,23
183:20 187:20
189:6 194:12
196:14 197:9
208:10,12,13
225:17 237:22
239:1 284:13
**los**  4:19
**lose**  101:15
**lost**  45:19 212:1
287:1
**lot**  38:17 54:19
56:4 64:22 70:4
72:17 90:11 91:14
100:11 135:20
136:10 139:19
142:15,22 143:1,4
143:9,10,13,17
147:23 183:11
189:17 190:13
192:4,12 214:10
226:20 229:14
234:10 235:6
236:7 239:2 246:5
251:14 252:1,6
254:19 256:13,25
257:2,18,18
262:22 269:7
270:18 277:17
281:4 289:14
291:10 294:13
295:11,18 299:15
306:12,14
**lots**  125:15
**love**  289:7
**lunch**  121:16
122:2
**lweaver**  3:22

**m**

**magically**  206:7
**main**  26:16 257:1
**maintain**  176:5
238:15,16 268:9
268:25
**maintained**
126:20 219:15
**maintaining**
175:25 178:19
179:5 193:11
**major**  39:3 156:10
156:22,24 249:20
251:6
**majority**  164:8
224:16 226:7
**makers**  9:14
270:10,24 271:18
**making**  51:3 53:2
92:16 103:4
105:11 118:8
179:2 209:16,25
236:7 264:25
293:4 294:6 301:7
**malaria**  28:4
**man**  34:6
**manage**  48:1
161:23 229:2,4,18
277:21 278:3
**managed**  23:4
25:5 26:1 57:13
65:8 110:2 114:11
224:16 226:5,7,9
229:17 273:17,18
273:19 276:11,12
278:18
**manager**  21:24
22:4,8 24:6,10,17
24:20 26:22 75:9
77:14 88:2 97:10
109:11 159:14

228:11 229:9
232:8 284:21
**managers**  23:12
32:1 76:9 77:16
158:3,4
**manner**  181:10
**manually**  23:14
**mapped**  232:14
**march**  10:5 20:7
31:1 33:19,21
199:3 200:5,21
236:15 237:14
240:3 266:21
297:6,15 298:16
**marie**  6:11 71:25
74:3 78:10 81:10
169:24 170:7,9,10
170:14 245:9
**mark**  8:5 57:23
88:16 171:3 186:7
258:3 265:4
**marked**  15:5,13
20:24 21:1 57:25
71:21,22 86:16,19
88:17 97:12
122:19 137:19
138:5 151:16
159:7 160:6
165:20 171:8,16
181:16 189:9
198:25 206:19
223:22 229:23
236:11,14 245:5,8
259:23 266:17
270:6 273:2
280:11 287:10
297:3
**market**  31:14,16
31:24
**marketing**  31:22
34:3 158:3

**[marks - migrated]**

**marks** 61:25 62:4
121:24 122:3
170:21,25 214:2,2
214:6 265:15,19
304:23 305:2
**master** 4:16 12:21
12:22 168:6,11
170:20 305:9
306:2
**material** 18:8
184:21
**materialize** 287:8
**materially** 253:6
**materials** 18:12
31:17,20,21
214:14
**matt** 4:7 12:11
**matter** 11:14 76:3
161:16 189:20
275:2
**matters** 36:23
257:11
**matthew** 3:18
**maus** 127:3,4
**mbuongiorno** 4:13
**md** 1:6 11:18
**mdl** 1:5 6:10,13,17
6:19,23,24 7:6,10
7:13,16,19,23,25
8:10,14,18,21,24
9:7,12,20,23,25
10:6 11:18
**mean** 16:24 22:7
31:20 34:15 37:6
40:1,11 43:13
48:6 50:5,7 59:24
72:15 75:7,19
77:25 79:5,17
80:2 83:5 84:7,21
90:22 104:2 105:6
105:23 106:21

107:6 109:4
120:15 125:18
130:1 142:24
143:3 146:9,14,23
147:1,6,17,18,22
147:23 151:6,24
155:7,13,17,23
157:4,16 159:16
171:16 176:15,23
176:24,25 179:22
188:2 194:23
203:8,25 204:15
205:14 210:10,18
212:7 217:19,24
222:4 225:11,19
230:23 232:11,12
240:22 243:1,5,17
248:16,18 249:8
251:19 253:8
254:2,18 255:13
255:15 256:14,15
262:2 264:13
269:1 274:24
277:14 282:15
285:24 286:13
288:1 289:9,17,22
298:13 305:15
**meaning** 25:16
31:21,22 46:3
50:6 51:4 53:13
62:14 63:1 70:4
106:23 148:2,9
176:24 205:8,22
218:6 236:3 252:3
286:9
**meaningful** 70:8
94:2
**means** 30:10 50:17
72:13 73:9,13,20
75:22 76:21 94:17
98:13 101:24

102:2 105:9 107:9
107:15 110:4
135:5 142:6
146:21,24 147:4,4
147:10 148:18,21
150:8,14 151:13
151:23,25 155:25
166:21 178:21
179:24 180:3
182:22,25 203:14
212:4 219:4
220:19 232:9
235:4,10 248:19
251:25 253:24
255:10 256:21
261:25 262:3,6,10
267:3 275:23
276:17 290:3,6
**meant** 31:13 40:12
76:25 84:14,21
105:8 107:19
143:8,18 144:18
145:1,22 149:20
150:9,19 172:22
180:17 201:13
249:11 251:20
252:2,18,19
253:21 255:5
256:16
**measures** 32:11,15
32:16
**mechanics** 24:4
63:2
**media** 11:12 26:13
62:1,5 121:25
122:4 170:22
171:1 214:3,7
265:16,20 304:24
305:3 307:6
**meet** 16:18 29:21

**meeting** 153:2,15
158:9,11,15,17
159:24
**melamed** 3:18
12:12
**memorize** 258:18
**memory** 94:15
95:6 190:16
249:10
**mentioned** 41:5,16
42:20,21 44:25
64:6 91:1 152:5
201:15 213:5
244:25 275:15
276:11 280:19
287:23
**mersey** 20:16
**message** 7:4 8:19
9:24 138:9 146:16
146:22 230:5
287:15 298:21
**messages** 9:21
**messaging** 268:9
268:24 269:18
**met** 16:15,19
**metadata** 19:17
**metric** 141:11,12
**metrics** 144:17
**mic** 98:20 137:24
**microphones** 11:6
**microsoft** 110:16
111:17
**middle** 140:5
143:21 162:7
171:22
**midway** 152:11
**migrate** 234:1
290:3
**migrated** 288:21
289:21

**[mike - new]**

**mike**  200:20 201:4
201:9 202:15
203:2,2 211:16
**million**  293:10
**mind**  95:10 103:16
104:19,22 105:21
108:4 137:7
150:23 265:2
**mindset**  175:4
**mine**  138:14
**minus**  209:21
**minute**  88:23 89:1
89:3 99:3 144:22
145:17 152:2
207:2 213:25
219:25 245:18
280:13 288:7
297:24 304:16
**minutes**  61:22,23
86:10 116:16
305:18
**mischaracterize**
225:25
**missed**  191:8
**misstates**  272:21
**mistakes**  236:7
299:3 300:7,8,14
301:4,10
**misuse**  97:1
**misused**  71:18
285:19 286:4
**mmelamed**  3:24
**mobile**  26:23
27:22,24 81:25
82:25 84:10 85:3
85:7 123:17 124:4
125:8,11,12,20
156:16,18 164:15
175:24 185:9
231:5 233:9,15
238:11 239:20,20

**model**  264:11
**moment**  43:7
152:5 196:6,21
216:8 227:17
240:7 248:23,24
250:14 251:22
255:12
**momentarily**
287:9
**monday**  153:24
**monetary**  40:2,4,9
40:11 44:25 45:2
50:7
**monetizable**  146:7
147:16,18,21
148:2,8,15,18
149:10,13,19
150:7,18 151:12
**monetizes**  56:24
57:10
**money**  40:15,16
40:19 62:21
**month**  238:13
**monthly**  127:5
**months**  96:5 239:9
239:21,23 240:5
240:11
**moore**  7:5 137:20
138:8,13,23 139:8
140:16 141:9,16
143:21
**morning**  11:4 12:7
12:10,13,16 13:10
**move**  26:22 27:1,2
81:8 97:11 117:6
137:24 153:24
169:5 209:1 210:1
267:5 284:23
287:7
**moved**  28:22 42:2
109:11 118:20

168:12 224:12
**movement**  24:8
28:16
**movie**  60:10,24,25
**moving**  30:3
100:10 108:3,6
170:3 173:11
176:6 233:24
234:8
**mpk**  298:6
**mteam**  297:6,7
**mumm**  4:6 12:19
16:16
**music**  144:6,12,23
145:18 146:4
**mute**  221:1
**muted**  11:8 98:21
**mutually**  92:10
**myspace**  110:19
**mysteries**  203:24

**n**

**n**  5:1 13:12 164:7
164:12 220:6,12
**name**  11:21 12:7
13:11 58:3 66:2,5
86:21,24 87:4,5
126:15 232:14
269:10 286:21
291:8
**names**  268:2 282:9
282:17 286:20
**national**  21:24
37:22 41:24
**native**  7:25 116:20
122:16 129:14
**navigate**  123:7
**necessarily**  40:1
49:13 50:7 53:15
76:1,7 87:24
147:10

**necessary**  175:8
310:14 311:3
**need**  14:1,5 15:14
15:15 66:12 68:4
89:7 90:15 92:1,7
115:9 116:16
136:20 145:9
153:22 156:21
207:12,24 212:16
212:18 214:19
237:7 253:17
267:2 277:10
279:6 284:4 289:6
301:19 306:6,17
306:18
**needed**  68:22
75:24 275:14,25
277:15 305:19
**needs**  212:15
304:19
**negative**  103:22
104:1,4 233:12
**negotiate**  67:6
**netflix**  153:22
154:1,23
**never**  19:7 36:17
37:9 85:6,9
243:24 251:17
271:10,12 277:18
296:20
**new**  9:13 27:6
32:23 33:2 39:7
39:12 104:19
168:19,25 169:23
174:10 182:9
186:19 189:14,21
189:22 190:6,7,7
214:15 224:12
237:2 239:1 240:5
246:3,12 255:2
270:9,25 272:10

**[new - offerings]**

299:11 300:1,2
**newfeed** 115:16
**news** 95:20 271:16
**newsfeed** 182:19
**newspaper** 19:8
**nike** 22:6 23:3,3,6
41:5,7,18 43:18,18
43:22,25 44:4
126:8
**nods** 173:21 267:8
**noise** 11:7
**non** 27:25 99:24
101:8 102:8
156:14,18 157:8
157:13 182:4,10
182:15 185:1
187:5 203:12
251:11
**nonstandard**
195:12 215:22
**normal** 78:17
79:25 270:14
**northern** 1:2
11:17
**notating** 310:15
311:4
**note** 11:6 19:11,22
115:9 116:17
163:25 280:3
305:7
**noted** 279:17
308:8
**notice** 6:4 15:6,19
16:8 203:11 253:2
**noticed** 139:19
166:7 224:11
**noticing** 12:6
263:16
**notified** 164:6
220:4 302:17
303:7

**notion** 276:8
**notwithstanding**
257:11 295:6
**november** 167:17
169:9,14 245:10
**nuance** 236:1
256:13
**nuanced** 235:7
**number** 24:21
26:12 72:23 87:9
124:14 125:16
126:25 138:10
163:10,14 186:20
187:2 227:4,16
293:18,19 294:2,2
294:3,12 300:4
302:19 303:8,25
304:10 307:5
310:15 311:4
**numbers** 25:3
96:20 230:16,23
232:3
**numeral** 283:25

**o**

**o'neil** 88:1 171:5
232:4,8 236:15
245:9
**oakland** 3:20
**oath** 14:19 108:15
**object** 241:7
261:13
**objection** 16:1
22:21 36:19 42:13
42:15 43:1 44:6
46:23 47:7,16,21
48:17 49:7,20
50:1 52:13 54:22
55:1,9 56:8,15
57:1 62:12,25
63:17 67:1,8,16,25
68:10 69:17 70:9

70:20 80:24 83:12
83:18 84:15 85:20
86:2 98:21 101:2
104:6,11 106:1,15
107:11 108:18,23
111:12 112:1,8
113:7,7,22 114:16
114:21 116:1
118:4 124:2
128:14 129:10
131:2 132:13
133:20 134:7
135:1,11,12
137:16 139:1
142:11 145:3
148:5 149:2
150:10,20 157:19
160:3 162:16
168:1 171:18
172:25 177:13,16
188:22 190:1,10
191:4 195:23
198:5,5 203:4
204:4 208:16
212:9 215:5,19
218:1 220:8
221:15 222:6,25
226:17 228:3
229:20 233:1
234:16 239:4
241:14 242:7,14
242:16 244:18
245:2 254:17
256:3,22 257:14
258:19 262:18
263:22 264:9,17
267:14 268:17
269:2 271:8
272:17 279:20
283:19 294:17
296:10,24 299:12

299:20 300:11
302:11,21 303:19
304:3,13,13
**objections** 12:4
14:11 112:19
145:23 148:19
300:23 303:11
309:7
**objective** 40:3
**obligation** 14:16
**obligations** 304:19
**observe** 244:24
**obtain** 42:10 47:5
48:14 49:2,10
69:15 70:17 75:15
77:6 80:21 155:9
206:2 213:1
222:17,23 292:22
295:2
**obtained** 232:23
232:25 291:10
293:10,20
**obtaining** 50:19
178:23
**obtains** 55:7 56:5
56:13,24
**obvious** 110:18
**obviously** 18:8
200:3 298:17
**occasion** 68:15
**occur** 102:24
**occurred** 60:19
**occurrences** 17:23
**october** 207:17
224:1,4 228:10
287:13
**offer** 217:6
**offering** 85:3
210:21
**offerings** 28:25
29:8 82:1 83:1

[office - outline]

| | | | |
|---|---|---|---|
| **office** 310:11 | 124:9,20,23,24 | 218:9,21 222:12 | 179:6 191:7 |
| **og** 203:22 204:2,25 | 125:13 126:9,13 | 223:11,21 225:12 | 193:12,14 273:22 |
| 205:2 206:3 | 127:3,6,9,21 | 226:1,11 227:22 | **online** 19:8 25:22 |
| **oh** 35:25 36:24 | 128:21 138:15,22 | 230:12 232:15 | 29:3 235:15 |
| 42:25 44:8 87:2 | 139:10 140:21,23 | 235:21 236:24 | **open** 29:3,21 |
| 88:25 93:10 | 141:8,15 142:14 | 237:18,22 238:23 | 31:10 32:8 33:11 |
| 122:20 124:20 | 143:8 147:8,16 | 239:8,19 240:16 | 82:3 83:2,11 84:7 |
| 127:24 162:19 | 149:5,8,15 152:4,4 | 245:21 246:2,7,17 | 85:4,5,11 88:18 |
| 184:20 205:17 | 152:5 153:13 | 247:5,18 248:2,25 | 124:24 205:3,5 |
| 223:23 283:6,8 | 154:12,18,23 | 249:16,18 250:10 | 210:6,18,19 |
| 292:8 | 158:5,10,18 | 250:16 258:8,13 | 233:16,25 |
| **okay** 12:23 13:16 | 159:12,16,19,23 | 258:21,25 259:9 | **opened** 233:9 |
| 13:24 15:2 19:7 | 162:19 163:9,17 | 259:25 261:17 | **opening** 122:13 |
| 23:6,24 26:8 | 163:22 164:5,25 | 262:12 263:8 | **operate** 221:24 |
| 29:12 31:2 33:22 | 165:7 166:5,16 | 264:24 266:11 | **operated** 22:20 |
| 35:5,17 37:9 | 167:10 168:4 | 267:4,22 268:3,21 | 76:13 |
| 40:18 43:25 44:21 | 169:5,15 170:12 | 269:10,12 270:20 | **operation** 29:6 |
| 45:17 47:4,13 | 170:21 171:21 | 271:22 273:21 | 37:18 65:9 |
| 48:11,24 51:22 | 172:4,6,7,22 173:3 | 275:1,7,11,18 | **operations** 21:6,10 |
| 54:7 55:19 58:11 | 173:11,19 174:21 | 276:13,21 277:9 | 21:23 24:7 48:1 |
| 59:9,21 60:1,8,11 | 175:11 176:7,12 | 277:13,23 278:9 | 65:7 241:17 277:7 |
| 60:14,21 61:5 | 176:20 177:1,24 | 278:23 279:3,5 | **opportunities** |
| 65:11,21 68:18 | 178:11,14,18 | 280:15 282:1,14 | 213:8 |
| 71:7 72:9,14 73:2 | 179:11 180:3,9,24 | 283:8,24 285:1 | **opposed** 81:5 |
| 73:12,23 74:2,17 | 181:6,22 182:2,13 | 286:3 287:7,22 | **opt** 262:3,5,8 |
| 75:14 79:3 81:16 | 182:17,22 184:12 | 288:7,10,11,15,25 | **opted** 43:24 |
| 82:20 83:4 84:6 | 185:17,24 189:7 | 289:4,15 290:7 | **optimal** 249:7 |
| 85:6,24 86:7,11 | 191:11 192:17 | 293:7,17 295:5,16 | **options** 213:6 |
| 87:1,7,13 88:13,25 | 194:7,15 195:16 | 296:16 297:10,12 | **order** 54:14 66:11 |
| 89:9,21 90:21 | 196:15 197:6 | 298:16 303:22 | 75:23 306:20 |
| 91:3 92:25 93:10 | 198:23 199:15 | 306:9 307:3 | **orders** 306:19 |
| 93:11 97:17,25 | 200:10,16,16,24 | **old** 135:17 136:5 | **org** 174:5 |
| 98:19 99:5,6,19 | 201:4,7,20 202:9 | **older** 189:22 | **organization** 68:5 |
| 100:13 101:20 | 202:12,14 203:1 | **once** 25:6 94:5 | **original** 201:2 |
| 102:4,7,21 105:11 | 203:10,16 204:9 | 121:22 233:15 | 310:10,21 |
| 105:16 106:11,24 | 204:15,23 206:17 | 279:7 | **os's** 164:15 |
| 107:7,25 110:14 | 207:6,9,11,14 | **ones** 26:20,20 | **osofsky** 213:15 |
| 110:25 111:16 | 208:22 209:1,20 | 34:17 41:2 74:8 | **outcome** 12:1 |
| 113:3,17 115:5 | 209:24 211:11,15 | 96:15,16 101:17 | 178:9 |
| 117:6,24 119:24 | 212:7,13,24 213:9 | 111:10 124:11 | **outline** 283:11 |
| 120:20 121:19,24 | 215:2,14 216:21 | 176:2 178:19,20 | |

**[outlined - partners]**

**outlined** 115:22,24
116:11 237:25
238:1,13 239:10
240:11
**outlining** 256:18
**outside** 19:2 23:22
46:1,15 52:2,8
219:21
**overall** 201:12
202:19
**overlapped** 44:10
**overseeing** 29:6
**oversimplification**
202:13
**overview** 90:9
**owner** 32:17 232:5
232:11,13

**p**

**p** 164:6 220:4
**p.m.** 19:13 173:6
174:14 180:25
284:24 307:4,15
**p3** 6:22 7:9 98:4
98:12,14 99:23
100:19 151:20,23
152:17 153:10
154:14 159:20,24
**p3.0** 7:12 159:5
162:3
**pacific** 19:13
**packages** 285:19
286:5
**page** 5:3 6:3,6 7:3
8:3 9:3 10:3 29:4
60:24 74:2 78:5
92:20 99:8 137:4
140:2,5,6,7,7
142:20 143:20
152:11,12 155:14
159:23 160:20,21
160:21 167:11,14

167:15 169:5
171:22 172:8
183:9,13 200:9,18
200:20 201:7
211:16 213:9
220:1 233:7
272:10 279:25
282:23 284:25
298:3,4,16,19
310:15 311:4
312:4,7,10,13,16
312:19
**pages** 1:25 116:23
283:13,18 285:4
285:11,22 309:10
310:14,17,17
311:3,6,6
**paging** 117:3
141:15
**painful** 91:23
**pairs** 228:16
**papamiltiadis**
6:21 7:8 9:9
**paperwork** 120:20
120:23
**paragraph** 91:13
99:16,20 109:20
110:15 152:19,20
153:17 176:20
227:7,19,20
228:12 254:22
260:4
**paragraphs** 89:5
**parallel** 100:4
129:6
**parentheses**
267:10
**parse** 100:5 129:6
**part** 70:1 75:21
78:22 112:6
119:21 148:8

171:23 182:13
224:14 227:8
229:2,17 238:24
267:25 274:2
277:7
**participate** 94:4
**participating**
282:10,12,15
**particular** 29:5
37:5 39:2 44:1
55:25 70:7 73:2
77:17 110:20
113:18 140:11
154:12 185:17
199:25 248:14
282:18
**particularly** 49:24
70:8 223:16
292:18
**parties** 11:11,20
64:24 228:19
309:16
**partner** 9:18
23:16 24:10 32:1
34:2 39:24,25
40:7 41:7,9,13,20
43:25 45:12 47:4
50:17,18,19 52:18
53:8,11,12,19 54:8
54:19,20,25 55:6,8
55:25 56:2,4,5,12
73:10 75:3,9,23
76:1,9 77:14,15
97:10 103:12
109:10 127:1
139:19,24 143:12
143:17 158:3
159:14 175:20
177:5,11 178:22
179:21,22,25
180:3,7 182:21,24

183:24 185:4
187:11 193:7
197:25 198:2
199:19 201:22
216:25 217:10,18
217:20,22,25
218:10,14 219:7
223:4,6,12,17
228:11 229:9
231:17 232:16
233:4 243:14,20
244:4 245:1
256:10 268:7,23
273:7,14 274:4,7
274:12,18 275:12
276:6,8,10,11,12
276:14,14 283:18
284:9,21
**partner's** 56:6
283:16
**partners** 24:12,19
29:15,18 31:18
32:3 37:24 38:4,9
38:18,24 39:7,17
39:22 40:5,8,18,19
40:23,25 41:14
43:9 44:12,21
45:7,15 46:18,21
47:13,20,23 49:25
52:10,20 53:3
54:2,3,9 55:13
56:25 62:9 63:16
66:23 67:4,13,23
68:8,15,16,24 69:3
77:18 85:18 96:11
96:15 97:1 99:23
101:7,15 102:8
103:5,21,25
110:21 111:6,7,16
115:19 117:15
118:2,9,17 119:2

[partners - permissions]

119:19 124:1,4,5,5
124:6 125:5,8,10
125:14,15,21
126:6,9 141:3
143:10 153:20
154:4,7,13 156:17
157:13 161:13,20
164:21 176:9
177:9 178:6
186:22 187:3,9,15
187:22,25 188:8,9
188:20 189:3
192:9,22 193:15
193:22 194:1,8
195:12,18 196:4
196:12,17,25
198:11 213:22
215:3,14,23
216:10,16 217:9
219:12,17 220:18
220:23 222:14
226:25 227:4,16
227:24 231:8,22
232:3 233:14
234:2,13 238:11
239:9,12 240:4,10
243:12 244:8
255:21 257:6
262:14,17 263:3
270:1 271:23
272:8 277:2,5
284:1,3 285:9,20
286:6,23 291:24
292:1 295:12,19
296:5,8 300:1
301:12,16,22
302:3,19 303:1,9
303:25 304:11
**partnership**   42:22
59:15 68:4 85:24
85:25 143:12

152:22 155:8,10
172:24 174:19
176:4 183:20
199:21 200:5
201:14 203:18
268:7 284:20
**partnership's**
174:2 183:6
**partnerships**   6:8
9:10 20:5,13,18
26:23 27:23,24
28:14 30:5,8,14,20
30:23 31:1,6,7,15
34:10 45:18,22
50:8,9 54:18
58:10,25 59:23
85:22 100:5 129:7
142:23,25 143:4,9
156:11 172:16
174:15 183:15
216:24 230:9
234:9 266:22
268:23 270:23
271:3,17 284:9,15
284:18
**parts**   27:7 72:6
**party**   11:25 48:5
48:14 49:2,9
65:13 66:9 229:6
229:19 241:1,4
242:4,12
**passive**   204:18
208:18
**path**   110:17
111:17
**paths**   291:22
**paul**   8:20 230:3,10
230:13 231:13
**paying**   40:15
**pays**   40:19

**pdf**   310:12 311:1
**penalty**   308:6
309:18 310:16
311:5
**pending**   293:2
**people**   29:4 31:24
40:15,17 46:11,25
51:13 64:1 85:13
87:9,18,20,22
121:5 149:25
150:6 158:23
159:21 182:6
191:25 202:1
211:24 233:20
260:21 261:2
262:3 271:13
273:6,18,19
277:17 280:23
281:23 282:1,10
282:13,17,21
293:9,18,20
294:12,13 299:5
300:18
**people's**   167:7
**percent**   19:20
215:8
**perfectly**   44:10
**performance**
119:5,8,9,13,22
120:5,9,22 121:11
**performed**   30:13
34:13 119:25
**period**   14:22,25
17:20 21:6 24:24
69:14 90:6 100:9
143:10 250:24
262:13 287:21
310:18 311:7
**perjury**   308:6
309:18 310:17
311:6

**permanently**
211:21
**permission**   44:2
48:14 49:2 65:18
66:1 68:9 73:11
73:12,13,17 82:10
82:22 96:7 115:17
127:16,19,22
128:9 162:22
164:22 178:23
188:19 195:13
196:19 197:22,23
198:3 218:16
221:13 223:8,14
223:18 231:5,6,10
231:17,21 232:2
232:16 233:10
234:14 235:5,9,21
236:3 244:14,17
**permissioned**
202:1
**permissioning**
141:1,2,3 225:17
228:24 264:10
**permissions**   47:14
47:24 48:10 51:15
66:9 67:6 68:16
70:15,24 71:5,11
73:20 75:14 82:13
82:18 83:10 93:6
94:13 95:2,7,14
96:12,16,20 97:5
98:8 100:17,21,25
101:16 102:25
103:6,13 104:3
106:8,13 110:7
114:5,13 115:3
116:19,22 117:16
117:16 118:11,19
119:3,20 122:11
127:7,7,9,10,10

[permissions - plugin]

128:1 141:4
157:18 162:25
163:3,11,13,15,19
182:5,15 187:4,10
187:16,25 188:10
188:18 189:24
190:9 192:13,14
192:18 194:2,10
194:12,17 195:7
195:19 196:5,13
198:1 200:18
208:7 214:15,16
214:23,23 215:4
215:11,15 216:11
216:13,17 217:1,5
217:10,19,23
218:11,23 219:9
221:19,21,24
222:2,13,15,19
223:6,10,12,16
224:22 225:20,21
227:13,16 228:1
235:23 237:1
238:25 239:13,14
239:15,23 257:7
257:22 258:10
263:21 271:4,25
279:19 295:1,8,13
295:20 296:3,6,9
296:18,22 299:9
299:10 300:4,21
301:12,17,23
302:4,18,20 303:2
303:8,10,24 304:1
304:10,12
**person** 43:22
49:14 87:2,3
97:21 108:21
169:16,19 202:2,6
204:21 216:22
225:10 244:16

262:6 301:8
**person's** 69:15
70:18 87:4 259:5
262:7
**personal** 36:25
37:7 93:21 95:22
141:17 254:25
**personalized**
51:17 202:3
**personally** 81:13
272:15 302:6
303:12
**perspective**
172:16,17,23,24
**pertain** 254:3
**pertaining** 205:24
**philosophy** 93:16
**phone** 36:1,3
78:16,21 79:7,7
80:21,22 81:4
82:18,22 83:10
230:16,23 231:5
232:3 233:10,15
233:19,23
**phones** 156:13
**photo** 8:13 206:24
207:21
**photos** 208:10
209:5 222:3
260:14
**phrase** 84:20
148:1 204:23
**physically** 291:25
**pick** 11:6 23:2
126:5 250:23
**picture** 190:14
**pieces** 160:22
**pinterest** 110:17
111:17
**place** 11:10 179:25
219:16 226:4

309:4
**plaintiff** 11:14
**plaintiffs** 2:10 3:3
6:4 12:8,13
**plan** 152:25 159:6
176:5
**planning** 7:12,14
102:18 153:20
159:20,24,25
160:13 214:11,13
268:6,22
**platform** 6:15,18
7:14 8:8 15:7,9,12
22:12 24:2,3,11
25:8,12,13 27:17
27:21 28:14 29:8
29:16,25 30:5,8,9
30:9,14,20,21,21
30:23 31:5,9,12
34:10 42:2 48:9
58:9 64:20,23
65:2 66:14,16
67:5,22 68:12
69:10,13 87:17
88:4,6,10 89:11,14
89:22 90:4,5,10
91:5,16 93:3
94:19 98:16 100:8
100:15,24 106:11
106:14 117:16
118:3 119:18
126:24 127:18
142:21 147:8,25
153:20 160:12
161:5,24 167:12
167:16,20,24
168:15 169:6,20
174:10 185:1
186:19 187:5
189:14,21 190:5,6
190:7 195:12

199:4,9,12,13,15
199:17 201:6,10
202:17 206:1,2,3
214:11,15,23
215:22 217:23
218:23 220:5
224:17 226:11,14
226:16 227:8
229:2,18 235:20
237:2 239:1 240:5
242:25 243:1,3,3
243:21 244:3,7,10
247:25 248:3,6,14
267:9 274:14
275:5,20 284:9,15
284:17 289:13
299:11 300:2,3,3
301:5
**platforms** 32:6,7
208:23
**play** 182:11
185:25 186:11
190:15 259:1
**played** 162:13
165:7 190:17,20
**pleadings** 18:17
**please** 11:6 12:5
12:24 13:6,10,21
14:6 25:20 30:17
31:4 48:21 64:7
78:20 92:5 101:12
129:19,24 145:12
168:17 182:2
200:11 207:5
208:1 217:21
224:3 252:21
267:18 302:16
**plugin** 24:14,15
42:3 43:5,17,17
46:5 50:12

Veritext Legal Solutions
866 299-5127

**[plugins - proactive]**

**plugins** 25:15,18
**plus** 116:22 184:9
**pm** 232:4
**pmm** 152:24 158:1
158:2,3,20
**point** 14:5 83:6
149:14 168:7
209:4 210:4,16
240:25 247:21
249:18 265:13
277:11 287:20
289:5,18
**pointing** 247:25
**points** 110:10
209:11 212:19
246:23 249:1
252:17
**policies** 38:21
163:24 164:3
242:4,5,12,23
243:3,4,8,13
279:18 280:2,6
**policy** 9:18 38:25
242:19 243:21
244:3,12,25
246:10 247:2
252:11 273:8
274:3,5,18 279:8
279:11
**political** 291:5
292:9
**populated** 37:8
**population** 188:7
198:11
**portal** 9:21 280:16
280:17
**portion** 63:8,12
206:13
**portray** 130:12
**posing** 240:1

**position** 20:3,6,8
20:12 22:3 24:16
26:22 27:3 28:13
37:19 159:13
229:13 230:7
248:11 250:19
296:13
**positioning** 262:24
**positions** 34:16
37:23 77:18,20
**positive** 53:8
213:17
**possibility** 240:22
250:21
**possible** 40:10
46:1 109:16 151:9
198:21 217:3,4
243:23 244:10
**post** 9:6 210:3,21
245:11,17,23
246:21 247:7,23
**posts** 283:14 285:5
285:10
**potential** 103:21
103:25 211:23
**potentially** 93:3
**power** 94:1 191:25
260:21 261:2
**powerful** 95:21
**powerpoint** 7:14
239:16,18
**ppm** 34:1,2
**pr** 103:21,24 268:6
268:9,14,22,24
269:12,16
**practice** 130:15,19
131:11,15 149:23
151:3,7
**practices** 39:20,20
285:17

**pre** 163:24 209:13
220:2 280:2
**precise** 215:7
**predetermined**
220:19
**prefer** 65:7
**preparation** 7:15
160:13
**prepare** 16:13
17:3 18:9,17
174:13 183:21
**prepared** 118:13
215:17
**preparing** 163:19
220:1 280:1
**present** 4:15 164:1
247:11 251:1
280:4
**presentation**
195:10,17 196:16
198:16 263:14
279:16
**presently** 26:6,7
**presents** 246:24
**preserved** 32:11
**preserving** 32:16
33:1
**presidential**
292:13
**press** 103:22 104:1
104:4
**presumably**
235:15 248:20
250:7
**pretty** 114:3
115:23 116:9
143:25 193:13
213:3 237:22
250:16 257:22
277:23

**prevent** 283:12
285:3
**previously** 33:2,23
226:12 280:19
**primary** 229:1,17
**prior** 196:23 268:8
268:24 272:21
**priority** 98:13
102:3 143:23,24
144:1 151:25
**privacy** 1:6 11:15
21:20 32:11,14,15
32:16,20 33:1
242:3,11 246:10
247:1 252:11
270:25 310:5
312:1
**private** 11:7 161:3
161:9 175:22
176:1 178:2,11,14
178:18,20,22
179:6 181:19
184:15,18 185:7,8
185:11,21 187:17
187:18 193:9,12
193:14 196:17
197:8,25 215:23
218:15,15 229:2,5
229:17,19 239:20
255:7,8,14,16,18
255:22 256:9,10
**privatization** 9:7
236:17 245:11,17
245:24 246:22
247:8
**privatize** 238:14
239:21
**privatized** 254:24
255:6
**proactive** 9:18
274:2

[probably - publishing]

**probably** 26:19
61:10 65:23 87:24
143:19 166:7
200:14 212:22
289:18 297:23
**problem** 139:24
180:16 283:15,17
283:21,25 285:8
285:21,23,24,25
286:6,24 290:16
291:9 293:25
**problematic** 156:4
**problems** 275:15
**procedure** 310:19
310:20
**procedures** 38:21
**proceed** 154:4
**proceeding** 12:4
**proceedings** 309:3
309:11,13
**process** 65:2,4,10
67:10 68:18 91:25
92:4 117:21
158:12 168:19,25
169:23,25 170:15
202:25 209:13
219:6 235:20
238:24 239:2
241:21,24 242:1
246:3,12,21 247:7
278:12,15
**processes** 229:3
246:5 274:10
277:8
**produce** 210:14
**produced** 18:10
18:10,13 19:19
116:19 121:14
129:20,25 139:12
181:10

**product** 6:8 7:24
9:10 20:18 24:5
27:6 29:17 30:5
30:14,23 31:5,8,9
31:13 32:4,17
33:4,6,8,10 34:2
34:10 41:12 52:21
54:15 58:25 59:22
63:2 65:9 76:8
77:14,16 87:17
88:2 152:23 158:1
158:2,3,20 168:20
169:1 172:15
181:23 184:4
230:9 232:8 234:9
266:22 299:22
**production** 19:14
19:14,24
**products** 31:19
41:10 184:9
**profile** 1:7 11:15
286:10,12,14,15
286:17 310:5
312:1
**profiles** 285:13
**profits** 27:25
**programming**
64:8
**programs** 20:18
20:19
**progress** 53:8
59:12,15,18,23
60:19 170:2
**project** 54:5
187:22 194:8
**projects** 166:17
167:9 183:11
185:15 188:5
254:19 257:18
**promise** 203:13

**promised** 153:2
**promises** 209:17
209:25
**promotion** 24:7,16
27:2 28:14,15,17
**prompt** 94:3
**proposal** 197:10
**proposed** 113:4
**propounded** 309:7
**protections** 271:1
**protective** 273:8
**protocol** 306:6
**provide** 29:22
47:1 55:24,25
128:3,11 132:1
153:3,23 172:23
174:18 197:24
201:16 221:25
226:15 237:15
238:5 254:7
256:11 272:7
**provided** 25:14
50:11 52:17 59:11
59:18 74:25 137:2
203:1,17 221:22
232:15 245:15
295:17 300:22
310:19 311:8
**provides** 65:12
197:25 201:21,23
202:24 203:6,19
225:1
**providing** 50:23
82:21 91:25 92:4
137:11 165:13
234:20 242:6
254:12 271:3
**provision** 244:13
**provisional** 307:12
**proxy** 93:20

**ps12** 182:14
**ps12n** 7:22,24 9:6
171:7 172:11,15
172:20 174:10
181:23 238:13
239:10 240:12
245:11,17,23
246:21 247:7,23
**public** 46:24 67:14
67:14 78:22 79:1
79:8,15,21 80:13
81:5 117:17 162:7
162:8 175:24
178:13,21 188:8
234:1 235:16
241:16 255:7,14
255:16 256:9
283:12 285:3
**publication**
230:18,20
**publicly** 182:20
189:24 190:7
194:16 230:15,22
230:25 234:15
235:2,10,11,14,22
238:17
**publish** 43:23
50:13 51:14,19,20
202:4 204:7 205:8
205:13,14 262:4
**published** 15:9
27:16 51:23 52:4
52:16,17 205:8,22
205:23 206:16
**publishes** 54:19
204:19 205:10
206:9
**publishing** 43:21
204:12,21 209:17
210:2,13 211:3,10

[pull - reason]

pull   103:7 110:2
   114:1,11 206:7
   209:12 213:13
pulled   114:24
pulling   100:2
   211:20 212:4
   213:12 245:21
purchase   210:4,21
purchased   61:6,9
purchasing   60:12
purdy   87:13
   213:16
pure   208:11,12
purely   51:18
purpose   46:13
   71:13 221:2,3
pursuant   309:12
put   41:17 107:17
   109:23 159:1
   169:16 206:5
   249:4 253:2
putting   168:18,25
   190:4 251:14

**q**

q&a   10:5
q2   233:13
q4   233:13,25
question   6:12
   13:19,20,21,22,23
   14:12 16:4 30:17
   48:21,21 64:13
   69:4 72:2 78:1
   81:13 98:22
   101:12 103:2
   104:12 106:3
   116:6,7 124:16,25
   130:18 133:9
   136:20,22,23
   137:6,8,12,16
   139:18 145:9,13
   149:11 150:14,17

161:18 178:25
   227:22 240:1
   301:19 303:4
questions   14:7
   21:12,13,15,19
   23:16 29:12 72:6
   75:8,10,17 89:4
   98:24 129:4 152:3
   200:13 207:4,7
   278:11,14 305:6
   305:16,22 306:8
   309:7
quick   61:18 174:3
   202:20
quicker   304:20
quickly   21:3 186:8
quip   9:21 280:15
   280:17,18,20
   281:12 282:11
quite   117:24
   213:11 220:16
quote   204:21
   205:21 206:10,11

**r**

r   312:3,3
r&s   311:1,9
rachel   20:15
raised   223:17
   285:22
raising   270:25
ran   22:11 23:18
   176:9
rank   54:6
rant   146:8
rash   306:1
rationale   154:6
rb   153:23 154:1,23
rcp   175:24 185:9
reach   101:16
   274:8 278:10

reached   271:17
reaching   278:13
reaction   296:1
read   19:7 48:21,23
   59:7 60:2,6 71:4
   72:4 78:9 81:16
   81:22 83:23 84:13
   89:7,11 91:3
   93:11 95:13 96:7
   96:12 99:12,20
   102:21 104:3
   105:1,17 106:7,17
   107:8,9,14,20
   108:5,11 109:9,14
   109:18 110:14
   113:3,19 114:6
   116:7,8 117:16
   135:17 136:20
   145:9,13,14
   153:17 155:14,14
   155:16,24 156:8
   156:24 160:14
   162:22 163:10
   166:2,23 168:17
   169:21 172:4
   173:25 175:14,23
   176:10 177:8,17
   178:3 179:8 180:6
   182:2,17,19
   184:21 191:11
   193:10,17 200:10
   203:10 204:21
   207:8 209:21
   210:2 214:16,23
   215:11 216:13,17
   224:21,23 227:13
   227:15,17,18,25
   234:11 235:18
   236:22 238:7,9
   242:22 243:5
   246:23 249:22

251:4,8 252:17,20
   259:2 260:4
   261:17 266:24
   267:11,12,15
   271:10 277:14
   278:8 282:13
   290:7 291:2,13
   293:2,7 298:25
   302:7 306:7,8
   308:6
reading   58:17
   89:10 95:5 108:12
   136:5 167:5,7
   177:12 203:16
   243:9 244:21
   251:24 253:14
   259:8 263:6,8
   270:17 283:24
   294:16 310:23
   311:9
reads   111:2 257:7
ready   207:6 307:2
real   280:24
really   13:17 18:2
   52:9 62:19 89:17
   103:8 107:22
   111:7,7 130:17
   137:8 143:15,15
   144:3,4,10,20
   150:15 163:7
   166:13 167:4,6
   188:2 191:23,24
   196:20 212:14
   226:19 228:8
   242:1 256:5,24,25
   260:20 261:3,8
   306:15
reason   37:5 72:19
   72:24 100:23
   166:19 240:16,20
   312:6,9,12,15,18

**[reason - reflect]**

312:21
**recall** 17:12 18:2
19:23 26:4,20
34:2 35:10 53:24
57:12 60:23 66:10
71:8 76:22 86:5
88:10 89:11,13,16
89:24 90:1,3,25
92:15 94:12 96:10
96:13,14,17 97:4
98:18 100:11
103:8,10 104:7
109:10 117:2
120:12,13,17,20
122:12 132:3
139:21 140:10,13
140:18 144:4
151:11 159:13
161:8,11,12 164:2
164:9,20 165:7,12
166:11 167:3
174:8 176:14
181:18,21 182:13
182:23 183:18
184:8 185:10
191:2 192:3,25
198:14 200:22
219:10 223:20
224:25 225:2,3
226:22 227:3
237:21 239:11
243:8,18,19 244:5
245:19 247:22
249:14,23 255:5
256:25 257:2
266:11 269:17,24
270:12 274:17
275:4 278:4
279:16 280:5
283:17 289:15
291:18,19 298:11

301:9 305:10
**receive** 72:19,25
79:21,24 90:19
119:5
**received** 19:21
72:15 87:19 90:11
109:8 119:8
121:11 129:19
160:16
**receiving** 197:1
224:25
**recess** 122:2
**recipient** 18:5
72:18,22 88:9
169:10,16
**recipients** 158:6
**reciprocate**
212:19
**reciprocity** 49:18
49:24 50:3,17
52:11,21 53:3,9,16
53:25 83:14,15
208:24 209:8
212:16 213:18,21
**recognize** 126:4
164:19
**recollection** 17:19
24:23 26:19 82:16
88:15 96:18 97:7
100:7 102:22
108:1 130:6 132:6
133:4,8,12,15,19
135:24 136:4
139:23 155:1
168:24 170:16
176:16,22 183:7
191:13 217:11
219:14 220:22
225:8 226:8,20
255:21 256:20
257:10 263:16

269:21 275:2
278:13
**recommendation**
103:11 105:11
110:23 111:20
153:4 154:3
158:20,25 179:3
246:25 249:11
254:12
**recommendations**
103:4 246:19
247:12,19 249:1
249:19 252:12
256:19 295:17
**record** 11:5,9,11
12:4 13:11,18
19:12,22 48:23
58:19 62:2,3,6
86:9,12,13,15
116:8,17 121:22
122:1,5 145:14
151:18 159:3
160:8 170:23,24
171:2,4 181:12
214:4,5,8,12,22
223:24 265:17,18
265:21 286:19,22
304:25 305:1,4,7
306:14,17 307:4,8
307:10 309:11
**recorded** 11:12
133:23 309:8
**recording** 11:10
186:11
**records** 216:15
219:11
**refer** 68:21 84:9
98:16 107:1
124:10 221:17
234:12 275:7
279:24

**reference** 136:15
152:1 181:8
207:23 237:3
269:12 275:9,12
299:6,8 300:20
**referenced** 112:21
222:10 247:23
282:22 286:18
310:6
**references** 269:16
**referencing** 201:3
210:13 214:17
270:4 283:21
299:14,14
**referred** 89:21
92:17 108:13
122:24 154:14
174:9 233:4
275:18
**referring** 60:8,9
73:22 98:14 107:7
109:24 113:10
114:23 115:24
116:10 123:23
140:20 156:25
170:10 177:20
178:14 181:5
218:5 236:2,4
241:19 245:19
263:17,19 264:22
265:5 300:9,14
**refers** 102:11,15
102:19 112:15
141:22 161:22
164:9 172:20
174:10 178:22
179:7 180:24
245:25 276:17
**reflect** 180:12
213:23

[reflected - report]

**reflected** 160:17
215:1
**reflection** 132:24
**reflects** 185:18
252:10
**refresh** 17:19
82:16 88:14 100:7
108:1 132:6 133:4
133:8,12,15,19
135:24 136:4
176:16,22 226:8
256:20 269:21
275:1 284:5
**refreshes** 102:22
191:13
**regard** 64:11 68:8
70:6 132:4 177:8
248:14 284:2
301:11 306:2
**regarding** 36:15
59:3 96:6 132:6
132:11 245:16
247:12 272:7
**region** 28:3
**regions** 39:12
**regularly** 59:5,14
87:23,24 123:5
166:11,15
**regulate** 53:21,23
**relate** 253:17
**related** 11:16,25
27:21 36:23 37:1
45:11 121:13
199:17 261:15
299:19
**relates** 98:12
**relating** 170:17
248:3 268:14
269:13,18
**relations** 208:10

**relationship** 42:9
57:14 73:4 85:17
212:25
**relationships**
268:9,25
**relative** 294:5,7
309:15
**relatively** 293:18
294:2,3,11
**released** 24:13
310:21
**releasing** 96:1
**relevant** 27:11
136:8,12
**reliant** 154:10
155:6,21 156:2
**rely** 136:16 137:1
137:10
**remaining** 121:20
**remember** 11:8
16:16 21:22 24:21
25:3 26:12,14,15
60:20 66:6 68:19
69:19,21,25 77:2
78:2 82:19 83:6
83:19 84:17 90:6
92:21,23,24 96:6
96:22,23,24,25
97:3,6,9 100:18
101:3,18 102:12
102:16,20 103:14
104:16,20,23
105:14,20 106:9
106:18 107:12,14
107:24 109:15,16
112:2,10,13 113:2
117:18,19,23
118:12,16,20,23
119:1,4 120:10,16
126:12 128:5,8
130:8,10 131:4,7

132:22 135:13
136:11 142:1,7,19
143:14 144:3,11
144:14,19 145:5,8
145:25 146:12,24
147:19 148:10
150:1,8 151:14
154:16,25 155:11
156:6 157:1,5,10
157:21 161:14,15
161:19,21 162:1
162:13 163:21
164:4,24 165:4,6
165:11 166:13
167:4,22,23 168:2
168:22 169:2,3
170:6 172:21
174:12 175:4
177:19 179:10
180:1 182:16
183:1,12,19
184:11 185:13
188:2 189:13,16
189:20 190:12,14
191:6 192:4,5
195:20 198:22
203:15 210:12
215:7,13,24 216:1
216:4,8 218:19,25
219:3 220:14,25
223:2,9,11,13,15
227:6 228:5
229:14,15,16,21
230:11 238:21
239:18,25 240:13
242:24 243:5,10
243:22 244:1,1,7
245:3 246:2,4,6
247:4 248:11,23
249:25 250:13,15
251:21 253:12,12

254:19 255:12
256:4,17 257:17
257:19 258:16,21
262:23 263:2,5
266:5,13 269:4,8
272:3,9,12 273:13
274:20,23,25
275:8,21 276:15
276:25 277:19
278:16 280:8
281:18 282:7
287:20 293:5
301:13 302:7
303:20 304:6,15
306:5
**remembered**
17:24
**remind** 17:23
215:21
**reminder** 116:15
207:24
**remote** 1:15 2:8
3:1
**remotely** 1:23
2:11 4:15 11:21
12:2
**removal** 182:15
237:24 238:1
239:3
**removals** 237:19
**remove** 94:18
115:19 233:11
**removing** 93:13
96:4 182:4 288:18
**repeat** 16:3 25:9
30:17 48:20 58:16
101:11 124:25
227:22 284:10
**replaced** 117:10
**report** 20:8 59:18
121:6

**[reported - right]**

**reported** 1:23
186:5 287:19
**reporter** 2:12
11:23 12:24 13:5
14:3 30:16 45:19
92:3 101:10
116:12 186:4,12
221:6 231:23
259:22,25 284:10
287:1 301:18
306:18,22 307:1,9
309:2
**reporting** 159:16
159:17,18 186:10
**reports** 20:14
159:18
**repository** 60:10
**represent** 122:22
139:12 160:8
181:6
**represented** 46:7
**representing**
53:12
**reproduce** 139:7
**request** 95:19
110:6 127:19
174:18,18 224:2
232:3
**requested** 114:1
114:12 118:14
170:20 231:23
309:14 311:1,9,10
**requesting** 163:10
163:14
**requests** 8:17
75:12 307:11
**require** 134:16,17
238:12 239:9
240:4,10 252:7,22
252:25 253:10
254:9 255:2

**required** 119:10
233:22
**requirement**
203:12
**requirements** 9:6
245:11,17,23
249:5
**requires** 15:20
16:8,8 239:20
**requiring** 185:5
187:12
**reschedule** 159:25
**research** 20:18
30:8,20 32:5,7,9
33:12
**researcher** 32:10
217:4,7 291:3,6
292:2
**researchers** 32:11
33:5,9,14 39:13
291:24
**reservation** 29:3
29:25
**reservations** 29:4
30:2
**reserve** 19:23,25
306:1,4,8
**respect** 49:24
**respond** 142:14
175:11,13 276:21
**responded** 276:24
277:18
**response** 15:24
16:7 174:17
175:14
**responsible** 33:23
200:25 232:17
248:5 267:13
268:5,13 290:19
**rest** 60:6 141:9

**restate** 13:21
48:19
**restaurant** 29:2
**restricted** 231:7
**resume** 20:25 21:4
30:7,19 31:3
34:14
**retain** 288:19
290:10
**retained** 307:6
**return** 310:17
311:6
**rev** 6:16 88:4
**reveal** 18:24
**revenue** 63:9
212:1
**review** 9:19 17:3
17:14 18:16 119:8
119:10,22 120:2
246:9 247:1
252:10 255:1
273:8 274:3
275:24 279:8
305:23 309:13
310:8,10,13 311:2
**reviewed** 17:7,11
18:9 110:10
119:11 120:18
121:1,5 242:3,11
243:2 246:15
**reviewing** 241:22
247:22
**reviews** 119:5,13
120:5,22 121:11
241:18
**revisit** 296:22
**revoke** 96:19
163:25 164:3
280:3,7
**rfalconer** 4:11
310:2

**riana** 230:14
**rid** 263:20
**right** 14:11 19:23
26:21 30:4,15
31:3,16,20,21,22
32:2 35:23 37:15
37:20,24 38:18
40:16 41:14 43:11
44:2,5 46:18 47:6
47:15 48:16 49:5
49:16 50:20 52:11
52:22,25 56:7
58:3,15 59:1
60:15 61:6,21
72:20 73:4,14,25
75:25 79:4,9,22
80:23 81:14 83:24
85:1,7,10,15,19
87:14,20 93:6
94:22 97:19,21
98:1,5,25 100:17
100:21 101:9,17
101:22 102:5,25
105:13 106:8
107:4 108:5,5,6,9
108:10,12,16
109:9,25 110:4
111:1,4,8,21,25
112:5,7,16 113:14
113:21 114:5,9,15
115:2 116:5
117:11,17,21
118:3,11 121:22
123:12 124:15
125:22 126:18
127:13 131:9,13
131:17,22 136:18
138:20,25 140:14
141:4,8 144:5
147:2,9,21 148:13
151:4 152:17

**[right - says]**

153:11 154:20
155:23 156:5
158:8,14 159:21
160:1,4,14,18
161:22 165:5
166:17,23 169:17
169:20 171:24
172:3,24 173:17
173:20,23 174:23
176:10 177:3
178:8,16,24 179:8
179:13,16 180:18
181:3,13 183:22
184:1 185:19
187:19 188:1,7,10
188:21 189:5,25
190:9 192:10,15
192:23 193:13,17
193:23 194:3,10
194:13,17,21
195:8,13,19 196:5
196:9,13,19 197:2
197:8,15,19 198:1
198:3 199:10
200:6,25 201:23
203:3 204:10
208:15,24 209:22
210:16 211:1,5,6,9
211:19 213:3,19
213:22 214:16,24
215:4,18 216:2,3,6
217:17 220:6,12
220:13,18,20
221:13 229:24
230:5 231:14,18
233:6 234:23
237:16,20 239:1,3
239:15,17,24
240:6 246:14
247:2,8,19 248:3,6
248:15 250:8,25

251:1 256:16
258:4,6,10,14,18
259:6 260:1
261:10 262:9
263:10,21 264:13
264:20 268:15
269:10,13 271:18
272:6,25 273:23
289:25 291:7,10
292:23 295:13,20
298:17 300:4
301:17
**rights**   20:1 306:1,5
**risk**   103:19,21,25
170:5 229:4,18
**riskier**   251:13
**rob**   200:20,22
203:2
**robust**   60:25 61:1
**rohrback**   3:4 12:9
12:15
**role**   28:10,21 32:5
33:18 46:16,20
68:14 104:19
108:3,6 119:1,19
125:5 162:13
165:7 246:2 266:5
269:22 284:22
286:23
**roles**   34:12
**rollout**   7:12 159:5
159:20,25 161:24
214:11,13
**roman**   283:25
**room**   32:20
168:12
**rooney**   10:4 297:6
**ross**   4:8
**rotating**   281:5
**rough**   306:20

**royal**   153:21
**rude**   167:2
**rules**   13:16 232:18
311:8
**run**   23:15 43:22
233:6 254:25
**runs**   34:4 166:16
268:6,23 269:16
269:17
**russ**   12:16 181:13
306:10
**russell**   4:5 310:1

**s**

**s**   3:18 6:1 7:1 8:1
9:1 10:1 312:3
**safe**   91:8 169:25
170:15
**sales**   21:24 29:10
37:22 41:24
152:22 153:19
154:9 155:5,7,20
156:1
**salesforce**   55:21
276:4
**samsung**   270:23
**sangani**   231:20,25
**save**   37:4 200:14
**saved**   278:19
**saving**   37:10
**saw**   17:24 18:1
122:9 207:22
214:14 226:12
243:24 258:5
271:2
**saying**   50:15 58:3
79:22 82:20 83:4
83:9 103:23,24
109:13 112:24
113:5 142:9 144:9
148:16 157:3
166:25 171:24

177:7 179:4 192:3
192:19 196:7
197:21 204:19
208:13 209:19
212:2,22,24 224:9
226:2 243:25
253:21 264:15
294:9 303:22
304:5
**says**   58:25 59:22
74:4 77:4,10 78:9
79:10 81:7,18
82:23 84:4 85:2,8
85:9 86:5 88:3
90:9 91:13,20
93:5,11,12 95:13
95:17 98:7 102:13
103:20 108:10
111:22 112:3,5,14
112:24 114:9,10
115:6 123:14
127:3,6 131:10
139:17 140:16
141:8,9,16 143:1
146:20 147:5
155:25 158:15
160:19 161:2
163:10,11,14,15
163:23 166:14
168:4 173:15
178:17,18 180:10
183:24 184:3,15
186:24 188:3
195:21 199:13
202:15 207:18
212:13 216:7
227:9,21 228:13
228:25 231:20
232:21 234:24
237:4 246:17
250:4,4 259:3

[says - set]

261:8 268:22
277:10,25 278:6,9
278:21 283:2,11
284:8 285:2,6,24
286:4 287:22
288:16 298:4,7
300:7,16 306:6
**scandal**   271:13
272:6,14 291:1,13
291:17 292:21
293:3 294:16
296:17 298:18
**scandals**   272:14
**scenario**   80:10,15
136:9
**scenarios**   100:5
129:7
**schedule**   23:15
310:10
**scope**   23:23 52:2,8
53:15 219:21
**screen**   15:10,10,16
20:25 57:23 86:19
93:8 97:14 122:17
124:18
**screened**   241:3
**screening**   241:1
**screens**   241:12
**screenshot**   208:6
**screenshots**
207:20
**search**   281:9,10
**searchable**   281:6
**seattle**   3:9
**second**   59:25
86:10 99:8 102:13
109:20 123:17
140:5 143:24
152:19 160:20
169:21 172:8,13
173:22 184:12

186:13 187:9
202:22 227:19
249:18 251:7
260:3 267:21
268:5,22 298:19
**section**   175:2
267:19 268:14
288:14
**section.mp4**   8:4
**see**   15:8 58:22
59:12 72:3 74:10
74:22,23 77:10
78:5,7,24 79:23
83:7 86:4 87:11
88:3,5,7,22 91:11
91:18 92:13 93:5
93:24 94:10 95:15
97:17 98:9 99:10
99:17 102:22
110:8,12 114:14
115:3 116:4
123:14 124:16
126:11,15 128:1
136:15 138:11
140:8 152:14
153:5,7 158:14
160:24 161:6
162:4,11,21,23,24
163:1,2,9,12,13,16
166:1,9 167:13,18
168:16 169:8,12
171:10,12 172:18
173:9 175:9 178:4
178:10 180:14
181:4,8,25 183:15
184:6,16,18 187:7
187:13 199:6
202:22 208:2,8
209:9,19 224:7,8
227:7,9 229:7,8
230:6 231:11,13

232:6 236:18
237:2,10 239:6
245:13 246:1
261:17 266:23
267:7,23 268:2
273:9,10,25
274:24 277:9
283:3 302:9
**seen**   15:20 66:5
151:22 286:1
287:6
**selected**   17:16
**self**   284:5
**sell**   39:10
**seller**   23:9
**selling**   291:4
**send**   37:3,10
130:15,20 208:4
298:22
**sender**   18:5
**sending**   131:12
166:19,25
**sends**   159:19
166:15 173:11
**sense**   17:22 22:19
22:24 27:19 34:15
38:22 39:18,19,22
39:23 40:14 41:4
41:12 46:19 51:2
52:12,15,20 53:4
202:4 228:21,22
233:17 243:15,16
259:11
**sensitive**   185:4
187:11 195:18
196:4,11 208:1
215:22 228:18
252:24 253:9,16
254:3,7
**sensitivity**   175:20
177:6,11 179:21

179:23,25 180:4
193:7
**sent**   37:6 87:8
99:16,17 109:2
113:15,17 131:8
134:25 135:10
137:9 138:24
166:12 169:10
175:12 226:23
271:5 277:13,16
277:18 287:14,14
**sentence**   84:23
107:18 246:17
251:20 261:17
267:1
**separate**   82:12
114:23 160:22
**september**   21:7
28:18 58:15,20
159:4 160:17
206:23 207:14
211:16 213:14
230:4,12 233:7
284:8
**series**   123:1,11,16
166:8,17
**serve**   25:18
**served**   71:13
**service**   27:20
29:23 31:12 55:24
55:25 123:3 279:2
279:3,4 280:18,20
280:21 281:4,6,9
281:12 282:11,20
286:14 299:5
300:19
**services**   55:18,20
64:9 281:5 285:16
**serving**   25:15
**set**   33:15 81:19
126:23 230:16,22

**[set - sorry]**

231:1,7 309:4
**setting** 85:13
**settled** 201:9
202:16
**sev** 287:23,24,25
288:12
**seven** 307:6
**severe** 288:2,2,4
**share** 15:10 19:3
20:25 57:23 71:24
86:19 93:8,14,17
94:8,21 97:15
122:17 124:21
191:22 192:1
194:20 197:13
205:21,22 206:11
208:20 209:13,18
210:21,22 211:14
213:7,7,8 260:12
260:18,22 261:23
262:3 264:3 265:1
294:4
**shared** 46:17
77:11 90:14 92:2
92:8 94:25 206:13
260:13 294:13
**shares** 48:4,5
191:18
**sharing** 15:16
16:11 46:22 69:10
69:16 70:7,11
85:18 91:9 124:19
189:5 192:9,22
208:9,15,22 210:4
210:15 213:6
258:14 261:9
262:9,15 263:4
264:14 265:3
270:22 271:17
280:21 285:20
286:5 296:2 302:8

**shawna** 4:22 11:21
**shifting** 28:22
**ship** 54:16
**shopping** 209:15
**short** 91:24 222:2
**shorthand** 2:12
309:2
**shortly** 97:14
192:20
**shots** 207:23
**show** 15:4 20:23
45:25 46:10,10
57:22 71:20 97:14
140:4,15 215:2
266:14 296:4
**showed** 97:4 188:6
188:7 191:1
192:11 214:22
215:24 258:22
263:9
**showing** 86:18
97:19 139:20,24
140:11 230:2
236:13 245:7
273:4 280:15
287:12
**shows** 106:7 153:9
169:19 176:7
192:24 237:18
**side** 22:5 65:7,9
144:8,25 145:20
161:22 201:18
**sides** 213:6
**sign** 306:7,8
310:16 311:5
**signal** 71:1
**signature** 309:23
310:21,23,23
311:9
**significant** 70:1
95:9 291:20

**simon** 7:11,18
8:15,22 110:2
114:11,23 152:13
159:3,10,19
165:23 166:11,25
169:10,16 171:5
171:13 172:1,10
172:16 223:25
236:14 237:13,24
238:3 245:9
266:20
**simon's** 7:18
165:24 166:8
**simple** 137:8
**simplification**
167:12,16,21,25
168:16 169:7,21
224:17 226:12,14
226:16 227:8
247:25 248:3,6,15
**simultaneous**
30:11
**single** 167:16
299:23
**sit** 146:13 147:2,21
157:11 165:12
168:23 251:24
253:14
**sitting** 254:14
**situation** 136:8
244:24
**situations** 186:21
**skim** 200:14
**slack** 35:11,12
**slate** 104:10 108:2
301:3
**slide** 159:19
160:12,16,20,22
161:22 162:2,19
163:17 174:1,13
174:18 176:14

181:25 183:3,5,5,8
183:10,18 186:18
215:17,24 216:1
219:24 239:16,18
**slides** 246:18
**small** 28:24 29:23
293:18 294:2,2,12
**smarttv** 164:14
**social** 24:10,13
25:7,11,15 26:13
26:17 94:2 156:15
203:20 261:1
**socialcam** 222:1
222:14,16,17,22
**software** 34:20
55:23 286:17
**sold** 61:12,15
154:9 155:5,20
156:1 293:16
**solutions** 11:22,24
307:7 310:7
**solve** 283:15,21,25
285:8,24
**solved** 290:17
**solving** 100:6
129:7
**someone's** 222:23
**sorin** 78:5
**sorry** 16:3 17:22
17:22 22:19,22
23:17 24:24 25:1
25:2,9 26:14
33:16,20 34:15,22
36:9,22 38:14
42:12,14 43:1,12
48:19 55:17 56:9
57:7 58:16 59:9
64:17 65:14 67:15
68:11,25 70:3
72:21 80:25 86:23
87:2 88:18 89:20

**[sorry - spend]**

93:7,10 98:22
103:2 104:12
106:3 116:3
122:13 124:16,25
125:18 127:24,25
128:15 137:15
140:7 143:6 146:8
161:18 162:20
168:6 169:13
172:4 173:14
177:18 178:25
180:22 184:17
190:3,13 193:18
193:24 195:3,4,9
205:13,17,19
214:17 218:4
219:24 221:20
222:8 227:17,22
239:16 241:8
242:8,15 243:15
245:21 260:8
261:22 272:23
273:10 279:21
283:4,8 284:4,4
286:11 287:1
288:16,17 291:25
292:6,7 301:18
306:23
**sort**  70:13 141:1
225:17 305:25
**sorted**  295:14,16
**sorting**  101:15
164:21 237:19
295:11 296:4,8
**sorts**  65:12
**sought**  68:9
**sound**  206:7
**sounded**  262:21
**sounds**  28:15
37:14 49:16
114:22 143:6

158:25 177:20
180:8 188:12
195:14 204:17
208:18 246:15
257:9
**source**  60:14
**sources**  235:16
**space**  88:24
**spamming**  90:16
90:17 91:9
**spanned**  90:5
**speak**  11:9 14:1
16:22 33:7 35:13
43:5 45:13 47:25
52:9 54:17 62:13
64:10 65:9 199:23
228:8 234:20
242:1 256:5
**speaking**  64:22
186:7,8
**spec**  170:1
**special**  4:16 6:22
7:9 12:21,22 41:8
98:4,11,14 151:20
151:23 152:1,16
154:14,17 168:6
168:11 170:20
276:13 305:8
306:2
**specific**  24:21
26:12,18 28:3
46:9,16 47:23,24
48:7,8 54:5,12
56:17 64:18 68:3
72:6 80:9 89:20
90:7,25 91:1
92:24 96:8 99:25
101:8 112:11,14
113:11 121:4
134:22 136:9,11
136:12 177:21

192:5,12 194:5,11
196:7 198:20,22
207:4 216:8
237:15 243:18,19
244:25 251:21
272:13 278:7
284:19 288:3,13
290:23 298:15
300:13
**specifically**  15:1
19:10 21:22 23:7
25:4 27:9 40:24
43:10,17 57:3
60:21 61:10 63:10
66:10 68:8 77:25
79:11 88:12 89:12
89:15 90:2 94:16
95:4 96:13,17,22
98:18 105:14
107:5 109:17
114:7 117:12
120:14 129:12
137:13 145:6,9
154:17 155:12
166:14 169:2
174:6 177:3 180:1
183:4,12 184:11
188:11 189:23
190:12 192:25
203:15 210:12
214:25 216:4
217:13 222:10,20
223:9,13 225:2,14
229:15 230:11
233:2 234:7
237:21 239:25
242:20,24 243:8
243:22 244:5,6,11
244:20 245:16
246:1,6 247:4
253:25 257:20

258:16 259:13
261:15 262:10,23
263:17,19 264:21
265:5 268:13
269:5,8,19 271:20
273:16,20 274:19
274:21,22 275:8
276:7 277:20
282:7 286:18
290:18,22 293:12
293:22,23 294:23
295:9 298:13
299:13 300:5
301:13 302:5
**specificity**  125:24
127:15 128:9
179:10 185:14
189:16 218:5
240:14 254:20
293:15 294:21
**specifics**  33:7
62:14 63:19,23
66:3,7 73:15
74:15 100:11
128:17 225:23
291:11
**specify**  32:17
104:8
**specifying**  185:2
187:5
**speculate**  107:22
119:23 134:9,12
134:16,17 135:15
144:10 149:17
150:23 157:22
196:20 252:8
**speed**  267:21
**spell**  13:11
**spend**  167:6
297:24

[spending - subject]

spending  40:15
spent  117:24
  299:18
spoken  266:7,9
sports  60:16
spreadsheet  6:24
  17:9 103:8 113:10
  113:25 114:4,8,15
  118:14,22 122:16
  122:23,25 221:19
  224:5
sql  72:11
sso  81:25 82:25
  85:3
stack  54:6
stage  170:3
stand  70:7 272:16
  294:21
standard  99:24
  101:8 102:8 164:6
  185:1 187:5
  203:13 220:3,4
stands  34:2
starbucks  153:22
  153:23 154:7
  155:4,8,9,19,25
start  15:15 21:4
  66:15 81:17 172:7
  206:25 246:8
  282:6 306:11
started  35:1 37:16
  68:23 69:2 111:3
  120:16 233:14
  281:11 284:13
  291:9 293:7
starting  289:12
starts  30:7,20
  81:17 84:24 113:4
  113:14 152:6
  200:19 224:9
  230:13

state  2:14 12:3,5
  13:11 15:1 27:18
  68:25 105:21
  150:22 161:18
  178:25 188:17
  208:5 213:4
  249:19 272:24
  289:5 306:7
  308:13 310:9,12
stated  94:23
  288:24 290:15
  294:20 300:21
statement  62:15
  119:25
statements  309:7
states  1:1 11:16
  27:13 103:24
  162:7 174:24
  180:25 201:8
  203:18 244:13
  267:9 279:6 285:8
stating  208:18
stay  233:21
staying  127:21
stenographically
  1:23 309:9
step  191:24 260:21
  278:1 279:7
stepnowsky  8:20
  230:3,10,13 231:3
  231:13,16 232:21
  234:24
steps  7:22 171:7
  172:11
stipulation  310:20
stonelake  34:5
stood  263:13
stop  16:11 82:15
  156:4,20 166:25
  258:14 259:4
  263:4 281:23

stopped  281:21
stopping  265:13
store  211:21
  278:24
stories  50:13
  213:7
storing  279:1
story  43:23 298:6
strategic  24:10
  104:25 105:4,7,9
  105:13,25 110:16
  110:21 111:6,16
  111:24 115:20
  117:15 118:2
  123:19 124:5
  126:13 156:12,14
  156:16,18 157:8,8
  157:13,13 165:2
  165:10 176:1
  178:18,20,22
  179:6 185:4
  187:11 193:12,14
  195:18 196:4,12
  215:23 252:24
  253:9,16,24,24
  268:7,23
strategically
  209:10
strategy  31:14
  154:6
stream  71:4 95:13
  96:7,12 105:1,17
  106:7 107:8,10,14
  107:20 113:19
  162:22 163:10
  182:19 224:21
  227:13,25 248:10
street  3:19 4:18
strictly  211:18
strike  241:2

string  59:10 72:7
  73:2,23 76:16
  78:4,7 81:8,14
  98:25 99:7,15
  106:6 108:20
  111:4 113:1,3,14
  129:2 136:16
  152:2,7 166:6,7
  167:11 169:5,6,9
  171:23 172:8,9
  174:14 175:15
  180:10 199:8
  200:8 206:22,25
  207:14,16 209:2
  211:15 213:10
  273:23
structure  33:1
  59:12 85:14,16
structured  84:23
struggling  68:2
studied  52:4
studies  32:12
  51:25 52:1
stuff  189:18 237:7
  250:20 289:13
subheading
  270:21
subject  7:21 8:16
  8:23 9:5,17 10:5
  58:22 72:2 81:12
  88:3 98:4 99:12
  136:1 138:9
  151:19,21 152:7,8
  152:16 153:10
  154:18,20,21
  159:5 161:16
  165:24 171:6
  172:10 199:4
  206:23 224:1
  236:16 237:14
  245:10,20,22

[subject - techcrunch]

254:13 266:21
273:7 275:2
296:23 297:15
**subjects** 135:9
**submitted** 127:17
**submitting** 65:3
**subpoena** 15:24
16:7
**subset** 288:19
290:10
**suggest** 60:11
254:6 267:12
**suggested** 298:20
**suggesting** 180:5
**suggestions**
174:24
**suggests** 239:8
**suit** 274:16 276:19
**suite** 3:8,19 4:8
**sum** 118:25
**summarizes** 174:1
174:19 183:5
**summary** 7:4 8:19
9:24 138:10
202:20
**sunday** 224:3
**support** 22:9 23:8
23:13 31:11 56:6
62:15 75:23 77:2
142:15 252:18,20
**supportable** 161:5
**supported** 22:24
75:6,8 248:9,9
**supporting** 23:23
246:18
**supposed** 88:18
214:18 294:22
**sure** 14:8 16:6
18:8 22:22 24:4
25:22 28:22 32:25
42:8 48:11,24

53:2,5,10,17 54:1
58:2 61:20 64:13
66:16 67:2 69:4
84:22 86:21
119:14 120:3,6
121:14,21 129:19
129:25 130:14
138:21 140:25
148:15 149:21
166:4,21 173:7
177:21 179:1
181:9,13 186:17
207:8 209:20
214:12,21 217:16
221:11,22 227:23
229:11 236:8,23
241:11 261:5
265:24 277:22
302:17 303:7
304:22 306:4
**surfaced** 271:13
**surprised** 191:17
**suvrat** 283:1,9
284:24 286:9
**swear** 12:25
**sworn** 2:11 13:2
309:5
**sync** 78:11
**synced** 237:23
**synonymous**
124:7
**synthesize** 99:22
**system** 29:3 66:24
141:2 211:20
212:5 228:16
**systems** 30:1
34:20 35:7,8

---
**t**
---

**t** 6:1 7:1 8:1 9:1
10:1 312:3,3

**t0** 6:21 7:8 98:4,11
98:13 99:23 101:7
101:24,24 102:1,2
151:20,23,25
152:16 156:11
**tab** 86:8 101:21,24
103:19 125:7
245:4
**table** 29:3,21
31:11 78:21 162:6
163:4
**tabs** 101:21
115:20 123:23,23
126:1 236:6
**tagging** 182:10
**tail** 143:22 287:2
**take** 11:10 14:3,5
14:7,8 33:22
61:18 72:8 89:1
98:19 104:2
121:16 122:18
129:15 152:1
170:19 180:5
188:19 207:2
213:25 222:1
245:18 265:13
267:3 278:24
288:7 304:16
305:24
**taken** 2:9 11:13
13:14 15:25 16:7
91:21 95:1 188:1
210:7 279:10,12
306:12 309:3
**takes** 88:23
**talk** 13:19 31:2,23
35:23 105:18
172:14 199:25
272:6
**talked** 83:14 132:4
152:9 214:10

220:16 258:9
301:10
**talking** 14:4 30:11
51:1 66:13 97:23
102:23 122:8
142:17 151:11
192:17,21 205:25
225:24 242:25
265:23 276:23
**targeting** 144:17
**task** 32:23 33:22
167:23 168:16
170:17 237:19
238:4 248:14,16
248:19,20 268:3
**tasked** 168:24
226:13 269:5
**tasks** 30:13 119:25
120:1 248:2
**team** 23:11,12
24:5 27:6 29:18
31:13 32:9 33:4,5
33:24,25 34:4
48:1 66:20 152:22
153:4 154:9 155:5
155:8,20 156:1
174:2,7 183:6
241:17 246:10
247:2 252:11
270:19 277:7
287:19
**team's** 45:14
274:2
**teams** 7:21 31:8,9
31:15 171:7
172:11 174:5
176:4 299:22,22
**teamwork** 174:19
**techcrunch** 230:15
230:17

Veritext Legal Solutions
866 299-5127

[technical - third]

| | | | |
|---|---|---|---|
| **technical**  24:4 | **term**  39:24 49:24 | 186:12 200:12 | 149:1,3,6 151:9,24 |
| 32:17 49:14 62:14 | 71:1 72:13 91:24 | 236:24 306:9,22 | 152:21 157:14 |
| 63:19,22 66:7 | 92:9 141:24 150:7 | 307:1 | 159:14 165:16 |
| 72:12 73:7,15 | 154:6 202:21 | **thanks**  74:5 | 166:19 173:15 |
| 74:15 76:2,8,11 | 219:2 226:11 | 180:11 | 176:24 178:17 |
| 77:23 80:18 | 256:21 275:10,22 | **thing**  89:7 147:4 | 179:9 181:10 |
| 127:14 128:16 | 275:23 286:12 | 173:7 244:21 | 182:24 185:14,15 |
| 141:6 205:9 | **terminology**  48:12 | 257:1 264:22 | 186:6 190:11,13 |
| 212:22 218:6 | 48:25 179:2 190:4 | 277:10 299:23 | 191:23 192:12 |
| 225:9,23 228:7,21 | 217:17 282:25 | **things**  15:15 17:24 | 197:3,20,20 |
| 233:3 235:25 | **terms**  39:10 40:13 | 35:6 39:2,7 50:14 | 199:20 204:17,18 |
| 250:20 256:13 | 45:8,15 67:20 | 51:14 53:14 70:4 | 205:9 206:6 207:9 |
| **technically**  49:15 | 146:19 148:25 | 76:23 119:15 | 208:17,18 210:11 |
| 56:22 69:5 77:9 | 149:18,24 157:15 | 136:10 153:16 | 210:12 212:14 |
| 77:11 141:10 | 176:14,23 196:21 | 158:8 177:21 | 222:8 234:25 |
| 225:10 227:2 | 197:9 201:9,12,25 | 188:25 189:17,23 | 247:24 250:17,20 |
| 235:7 | 202:16,18 210:11 | 199:21 212:14 | 259:14,22,24 |
| **technicals**  140:24 | 218:5 228:7 243:1 | 226:13 227:10 | 260:20 264:7,8,22 |
| **technology**  11:20 | 276:3 306:12 | 252:6,8 253:20 | 266:16 270:17 |
| **tell**  24:11 25:12 | **terribly**  186:8 | 258:9 259:14 | 276:17 277:22 |
| 28:21 60:21 78:20 | **test**  268:8,24 | 275:24 286:13 | 278:21 281:24 |
| 80:20 81:3 98:11 | **testified**  13:3 | 289:14 | 283:5,20,22 284:6 |
| 118:16 129:9 | 132:3 289:24 | **think**  17:2 34:25 | 289:11,17 295:14 |
| 136:21 137:8 | **testify**  14:17 294:9 | 35:15 38:12,13 | 295:21 296:11 |
| 149:10 155:16 | 294:22 | 41:16,21 45:8,15 | 299:17 303:3,4,12 |
| 167:20 172:20 | **testifying**  15:23 | 47:8 48:7 50:25 | 305:16 |
| 191:12 199:15 | **testimony**  14:3,10 | 54:7,10 55:19 | **thinking**  97:15 |
| 201:13 205:23 | 14:21 16:6,23 | 61:8 63:12 64:21 | 107:23 132:11,19 |
| 225:5 235:4 237:7 | 17:4 77:5 257:9 | 66:13 68:1 69:11 | 132:24 134:4,6,14 |
| 245:19 268:21 | 265:25 272:21 | 70:10 73:1,21 | 134:23 135:9,15 |
| 276:22 280:19 | 305:8,23 307:5 | 82:13 87:11,11,17 | 135:18,25 136:5 |
| 282:21 284:7 | 308:9 309:6,11 | 98:16 100:23 | 168:8 |
| 288:8 297:25 | **testing**  234:2 | 109:15,22 111:14 | **thinks**  173:22 |
| 298:5 302:16 | **texas**  4:9 | 113:6,9 114:3 | **third**  3:8 48:5,14 |
| **telling**  84:12 | **text**  19:18 36:14 | 115:9 120:19 | 49:2,9 64:24 |
| 144:25 145:20 | 36:22 | 121:2,10 128:7 | 65:13 66:9 102:17 |
| 148:1 170:12 | **texted**  36:17 | 132:5 134:1,13 | 140:6,7 167:11 |
| 240:8 262:15 | **texting**  36:14 | 136:19 137:6,15 | 182:2 183:13 |
| **tells**  128:7 136:16 | **thank**  12:24 13:5 | 140:6 142:3 143:8 | 187:15 200:9 |
| **tend**  199:22 | 89:3 99:4 138:4 | 144:6,12,22,23 | 228:19 229:6,19 |
| 298:14 | 139:14 168:13 | 145:16,18 146:4 | 241:1,4 242:4,12 |

**[third - transitioning]**

298:25
**thought** 37:9
47:24 231:16
295:6 296:20
**thousand** 293:9
**thousands** 226:24
**thread** 6:7,11,14
6:20 7:7,11,17,20
8:7,11,22 9:8,16
236:21,25 237:5
289:6
**three** 16:19,21
35:5 86:10 102:4
175:7 215:16
306:19
**thrillers** 203:23
**thursday** 1:16
2:10 11:1
**ticketmaster** 39:9
61:2
**tickets** 21:11
39:11
**tie** 109:22
**tied** 125:7 136:9
**time** 12:5 14:2,22
14:25 16:20,20
17:20 19:13 20:20
21:6 23:14 24:12
24:24 25:5 26:10
26:16 34:19 37:13
39:5 41:25 43:7
43:16 45:25 46:2
46:6 53:22 58:7
62:2,6 68:20
69:14 75:9 77:1
78:14 86:5,12,15
87:23 89:6,18
90:6 100:12 104:7
104:23 105:8,21
107:23 109:10
117:25 119:17

121:20 122:1,5
125:13 132:11,20
132:24 133:4
134:5,24 135:7,10
135:19,25 136:8
137:23 138:16,18
138:18 143:11
150:23 159:15
166:2 167:6
170:19,23 171:2
177:17 192:19
195:2,6,10,16
196:2,15,21
200:15 214:4,8
216:8 220:12
229:13 234:7
239:14 240:7
243:11 247:5,20
248:23,24 250:15
250:23 252:9
253:4,13,19
255:11 265:17,21
267:3 270:18
272:6 280:24
281:3,19 282:10
284:2 287:20,21
289:12 304:25
305:4,6 306:10,14
307:15 309:4,5,8
310:10,18,24
311:7
**timeframe** 21:10
196:24
**timeline** 182:19
**times** 9:13 16:18
16:19 270:9
272:10 285:18
286:4
**timing** 188:24
**titan** 154:2,24,24
155:2 156:17

**title** 25:10 160:21
204:20 205:11
**titled** 160:12
**titles** 60:10,24,25
**tldr** 288:14 289:7
**today** 14:17,21
15:24 16:7,13,23
17:4,21 18:17
142:16 143:16
146:13 147:2,21
149:9 157:11
163:15 165:12
168:23 175:22
178:2 193:9
228:14 251:24
253:14 254:14
255:13 256:7,14
256:15 257:9
263:7,9 306:10
307:13
**today's** 307:4
**toedebus** 207:16
208:5
**told** 305:19
**tomorrow** 158:11
158:16 172:14
**tomorrow's** 153:2
**tonight** 305:13
**tool** 8:16 35:16,16
120:9,9 121:3
224:2,13,14
225:13,18 226:6
228:24 229:1,12
229:16
**tools** 35:18 170:2
229:14 286:16
**top** 78:2 81:18
98:13 102:3
103:15 104:19,21
108:4 110:10
126:15 151:25

153:6 201:7
217:14 226:19
237:4 244:20
268:12 298:4
**topic** 184:13
215:18 237:16
263:14
**topics** 121:13
132:12 134:4,15
134:24 246:25
247:13 252:15
266:9 281:10
**tortures** 14:2
**total** 17:14 20:20
118:25 216:9
307:5
**touch** 233:22
**touched** 263:14
**track** 299:23
**trade** 44:20
**transcribed** 309:9
**transcript** 8:6
186:2,9,10 190:22
258:25 259:2,3,17
259:19,23 305:8
307:13 308:7
309:13 310:6,8,10
310:13,13,21
311:2,2
**transcripts** 133:24
**transferred** 33:24
**transition** 31:6
33:17 89:24 90:1
117:15 119:18
161:23,25 189:14
189:22 224:20
227:11 300:1
**transitioned**
238:25 284:14,17
**transitioning**
103:15 104:18

[transitioning - updates]

136:18 137:11
**translate** 238:3
**transparency** 32:9
  33:12
**traveling** 88:23
**treat** 208:1
**trip** 126:16,21
  127:1,21 128:4,7
**trouble** 232:22
**troubleshooting**
  75:12
**true** 139:3 195:6
  197:19 250:6,8,12
  250:22 296:7
  308:9 309:10,19
**trust** 90:11 96:4
  249:5 251:14
  299:4 300:17
**truthfully** 14:17
**try** 13:18,20 14:1
  53:11 109:5 135:7
  135:18 138:1
  190:18 275:4
**trying** 34:1 38:15
  39:13 45:10 47:25
  54:15 67:18 86:23
  139:6 150:5 179:1
  196:21 208:19
  227:23 231:4
  283:22 295:25
  305:20
**tuesday** 19:12
**turn** 137:24
  143:20 160:4
  162:2
**tv** 156:15
**twitter** 110:19
**two** 19:12 64:9,9
  106:18 122:18
  163:2 189:23
  196:22 208:23

212:14 246:25
248:1 249:14,20
249:24 250:2
251:6 267:9
296:12
**type** 41:7,20 55:25
  136:12 282:2
**types** 17:10 25:24
  35:21 38:4,23
  40:8,22,25 64:4
  124:15 125:3,4,15
  125:17,22 126:3
  196:25 199:18
  217:8 271:23
**typically** 75:22
  251:13

## u

**uh** 79:19 81:11
**uids** 224:20
  227:12
**unaware** 95:24
**unclear** 95:23
**underline** 277:9
**understand** 13:21
  14:14,16,23 15:23
  16:6 31:25 32:3
  32:25 34:22 38:5
  38:15 42:8 48:12
  48:25 53:5,10
  54:1 56:9 63:2,4
  63:14,24 64:13,14
  67:2,18 68:11
  69:4 70:3 73:6,21
  76:5,11,14 77:22
  79:16 83:22,24
  84:22 106:11
  108:15 109:4
  120:6 125:18
  130:14,18 135:18
  136:19,21 139:7
  141:1 146:25

149:21 150:5,17
151:3,8,10 154:5
179:1 186:17
212:2,3,4,20,21
217:16 221:11
222:17 227:23
228:20,22 229:11
231:4,6 235:9
241:8 245:25
251:16 253:15
261:5,25 265:25
267:2 269:13
289:7 292:20
294:25 295:24,25
**understanding**
  18:19,22 19:1
  22:17 35:20 40:13
  49:15 50:2,21,22
  53:22 56:12 62:22
  73:8,19 74:20
  76:12,15,17,20
  77:5 82:5 84:14
  95:3 107:19
  108:13 127:16
  128:3 129:17
  141:25 143:11
  145:1,22 146:14
  146:17 148:17,24
  149:24 163:5
  164:16 178:12
  180:16 181:14
  197:22 198:4,6
  205:10 206:9
  218:14 221:23
  222:12 226:16
  234:5 247:6,11
  252:14 253:20
  254:15 255:10
  256:1 261:18
  262:16 277:1
  288:11 289:10,16

290:2 293:13,17
  293:25 294:1
**understood** 13:23
  150:18 307:14
**underway** 170:5
**unfortunately**
  65:6 124:18
  288:22 290:12
**unique** 185:2
  187:5
**unit** 11:12
**united** 1:1 11:16
  27:13
**units** 307:6
**unlimited** 251:12
**unmute** 11:9
**unmuted** 11:8
**unnecessary** 153:1
**untrue** 166:23
  167:1 250:18
**unusual** 250:16
  282:9
**upcoming** 96:5
**update** 6:9 7:18,24
  9:11 59:1,3 60:2
  86:23 109:21
  166:16 169:8
  172:13 174:16
  181:23 182:14
  183:16,21 213:17
  266:22 267:5,6
  273:10
**updated** 30:24
  59:11,22 175:16
  181:1 233:19
**updates** 59:5,22
  165:25 166:8,8,12
  166:13,22,25
  167:5,6,7,8,17
  170:2

Veritext Legal Solutions
866 299-5127

**[updating - videographer]**

updating  59:15
upgrade  164:13
upload  122:18
uploading  280:12
upstream  274:8
usage  243:1
use  21:18 32:12
  35:2,11,14 36:7
  46:14 47:11 48:12
  48:25 55:22 64:11
  64:16 65:17 67:13
  73:13,16,17 105:1
  105:3,18,24 107:8
  107:9 110:7,21
  111:20,24 112:6
  112:15,24 113:5
  113:19 114:13
  115:6,18 123:4
  144:8,24 145:19
  149:23 151:3,8,9
  163:24 164:2
  182:11 185:8
  187:18 199:17
  217:17 229:10,12
  232:16 242:18,23
  243:7 244:12,15
  251:17 259:5
  278:22 279:19
  280:2,6 281:2
  282:4 283:15,24
  285:7 286:12
  299:5 300:18
user  1:6 11:15
  21:6,9,11,19,23
  22:14 24:7 37:17
  42:6,10 46:14,17
  46:22 47:5 48:5
  48:16 49:4,11
  51:3,5,16 55:7
  56:13,20 62:24
  64:12,25 74:24

77:4,7 78:21
90:11 91:6 94:3
94:24 96:3 110:23
194:25 197:24
198:7 201:17
203:23 204:12,19
205:20 206:1,9
208:7 210:21
211:3,9,10,12,13
228:19 230:16,23
231:5 233:9,15
251:11,11 283:13
285:3,9,12,19
286:5 288:18,23
290:14 310:5
312:1
user's  182:8
  210:25 292:23
users  9:15 21:13
  21:16,20 23:20,25
  37:15,17 38:7,23
  47:5 50:12,18,20
  51:19 61:3 62:9
  77:7 90:12 91:6
  91:25 92:4,11
  93:14,17,19 94:3
  94:20 95:20,23
  127:5,19 128:4,7
  143:24 144:2
  146:5,10,14,19
  147:2,8 197:21
  204:10 208:20
  209:11 210:14
  212:8 213:1,6,8
  232:4 233:21
  270:11 293:11
  294:2,3 295:3
  302:17,25 303:7
  303:24 304:9
uses  49:23 56:19
  62:10,24 64:14

226:11
usually  130:22
  247:15
utilize  36:25 38:2
  63:13 68:9
utterly  145:1,21
  146:13 148:2
  155:1 170:16
  254:14

**v**

v4  267:6
valuable  54:3,9,13
  54:16,20,25
  141:19,21 142:15
  142:22,24 143:3
  143:23 144:2,7,12
  144:24 145:18
value  46:11 50:3,6
  50:9,11,15,16 51:1
  51:2,5 55:6
  104:25 105:2,4,7,9
  105:10,13,25
  106:21,23 107:21
  111:10,18,24
  113:20 165:3,10
  201:12,13,16,17
  201:19,21 202:19
  210:6,7,18,19
  253:25 285:16
variety  59:4,15
various  43:9 47:14
  48:14 49:3,10
  69:6 188:4 226:13
  272:8 299:9
vast  164:7 224:15
  226:7
vc  1:6 11:18 173:7
vehicle  49:12
vendor  55:16,17
  55:17 56:3

vendors  55:14
verbal  35:25
verbatim  192:20
verify  238:2
veritext  11:20,22
  11:24 15:9,12
  307:7 310:7,9,11
vernal  152:23
  200:20 201:4
  211:16
version  89:25,25
  117:10,10 175:16
  181:1 189:15,15
  190:5 242:22
  270:2
versus  165:14
  204:18
vertical  25:16,19
  25:21 26:18
  115:16 141:19,21
  142:2,3
verticals  25:24,25
  26:5,10,16 115:12
  142:16
vet  274:17 277:4
vetted  277:2
vetting  274:4,6
  275:12
video  11:9,12
  185:25 190:17,20
  193:18,19,21
  194:6,7,18 223:8
  258:12,13,15,17
  258:22
videographer  4:22
  11:4,23 12:23
  15:17 61:25 62:4
  86:11,14 121:21
  121:24 122:3
  170:21,25 214:2,6
  265:15,19 304:23

Page 52

**[videographer - witness]**

305:2 306:16
 307:3
**videos**  74:24 77:4
 77:7 128:6,11,19
 222:3
**view**  26:15 173:17
**viewed**  176:17
**vikas**  78:18 80:1
**violated**  244:25
**violating**  243:20
**violation**  243:12
 244:3 299:4
 300:17
**violations**  244:8
 244:10 274:8
 279:9,12
**virtual**  11:20
 32:19
**visha**  87:1,10
**visible**  137:4
**visit**  209:16
**visitor**  283:14
 285:4,10
**voice**  53:12
**vp**  20:13

**w**

**w**  3:5 4:18
**wag**  143:22
**wait**  127:24
**waiting**  97:16
**waived**  310:23,23
**waiving**  310:20
**walk**  21:3
**walmart**  25:17,23
**walnut**  2:13
**want**  21:3 48:11
 48:24 53:17 61:22
 72:8 76:4 82:21
 84:1 92:1,7 98:19
 99:1 124:22
 128:20 131:4,5

135:14 143:22
 148:15 155:14
 158:16,21,21
 175:3 185:25
 186:5,17 188:13
 200:14 207:2
 210:1 214:11,21
 217:16 221:11,22
 223:7 238:14
 250:14 261:5
 265:24 267:19,20
 282:18 286:21
 305:25
**wanted**  45:25
 68:16 73:3 75:15
 75:18 134:3
 216:24 217:9
 233:16,17 289:10
**wanting**  75:13
**wants**  212:25
 213:13 235:13
**washington**  3:9
**wasting**  306:14
**watched**  258:17
**way**  27:18 48:13
 49:1,9 50:15
 56:10 63:14 64:9
 67:5,21,23 79:13
 79:24 81:15 84:23
 85:11 96:2 123:7
 137:23 161:19
 164:20 166:18
 180:8 201:20
 204:11 206:5
 207:10,15 213:4
 218:10 229:1,17
 247:21 250:19
 256:21 272:19,24
 275:2 294:10
**ways**  41:11 53:13
 67:20 89:21

218:12 239:2
 276:5
**we've**  91:14,21
 151:22 191:16
 201:9 202:16
 214:10 286:19
**weaver**  3:16 12:10
 12:11 306:21,24
 306:25
**web**  6:6 156:16,18
**website**  23:18
 24:15 46:3 50:13
 235:1
**websites**  27:19
 46:6
**week**  246:11
 288:21 290:12
**weekly**  6:9 9:10
 59:1 266:22
**weeks**  224:10
**weight**  252:23
**went**  34:14 37:13
 43:22 87:13 98:17
 100:19 106:12
 113:13 117:24
 160:10 180:17
 192:7,21 196:24
 214:14 237:25
 239:11 246:9
 252:10 257:5
 258:25 265:8
 271:22 279:17
 296:20
**whatsoever**  77:6
 97:7 120:21
 141:25 148:17
 155:1 220:22
 225:8 249:10
 255:21 259:12
**whitelist**  162:9
 168:19,25 175:5

181:19 218:7,17
 219:1,2
**whitelisted**  80:22
 161:13,20 165:1,8
 165:9 217:20,25
 218:21 219:8,12
 219:17 220:17
 221:12 226:25
 227:4 234:3,12
**whitelisting**  78:19
 80:1,5,8,16 81:4
 169:23 170:1,15
 218:9 227:24
 233:14
**whitelists**  161:3,10
 161:17 224:16,18
 226:5,7,9 227:9,10
 227:15
**who've**  182:7
**widely**  97:5 163:4
 281:14,17
**willing**  94:8
**wind**  94:18 156:10
 184:25 186:21,24
 187:2
**wip**  35:14,14
**wire**  203:6,8
**witness**  5:3 12:19
 12:25 13:2 16:3
 19:4,23 22:22
 42:14 43:3 44:8
 46:24 47:8,17,23
 48:19 49:6 50:2
 55:2,11 56:9,16
 57:3 62:13 63:1
 63:18 67:2,9 68:1
 68:11 69:19 70:10
 70:21 80:25 83:19
 84:16 85:21 86:4
 88:18 101:3 104:7
 104:12 106:3,17

Veritext Legal Solutions
866 299-5127

[witness - wrote]

| | | | |
|---|---|---|---|
| 107:12 108:24 | **wondering**  149:22 | 295:7,9,11,18,22 | **workplace**  35:3 |
| 111:13 112:2,10 | **word**  45:20 209:18 | 295:24 296:4,7,21 | 36:2,12 |
| 112:20 113:9,24 | 209:21,21 | **worked**  20:21 34:6 | **works**  32:22 |
| 114:22 118:5 | **words**  25:11 83:7 | 34:9,19 41:4,23 | 129:16 175:1 |
| 124:23 128:15 | 101:22 105:18 | 42:1 43:4,6,9,16 | 181:9 280:17 |
| 129:12 131:3 | 107:3,17 108:12 | 43:16,20 45:23 | **world**  15:14 27:8 |
| 132:15 134:9 | 124:6 144:18,23 | 52:10,19 53:3 | 39:12 |
| 135:3,13 139:2 | 145:17 148:14 | 54:11 63:6 65:24 | **worth**  37:9 |
| 145:5,24 148:20 | 150:18 151:3,8,9 | 70:3,10 76:1 | **worthwhile**  176:2 |
| 149:3 150:11,22 | 155:13,17,17,23 | 87:22 119:16 | **wow**  166:23 |
| 157:21 162:17 | 209:13 253:14 | 125:10,15 126:8 | **write**  120:25 121:6 |
| 168:2 171:19 | 255:9 258:11 | 126:11 143:10 | 130:11 137:5,7,10 |
| 173:1,21 177:17 | 293:6 294:19 | 155:8 183:2 | 137:13 149:24 |
| 188:23 190:11 | **work**  15:6 24:1,12 | 223:17 243:20 | 152:20 167:6,8 |
| 191:5 198:6 203:5 | 24:14,19 25:19 | 244:4,9 254:19 | 209:6 213:16 |
| 204:6 205:17 | 27:5 28:1,5,9 29:7 | 257:18 292:9,12 | 250:17 252:19 |
| 208:17 212:11 | 31:8,15 32:8 | **workflow**  66:14 | 254:23 279:14 |
| 215:6 218:2,4 | 33:13 35:21 36:15 | 66:18 203:9 | **writes**  109:20 |
| 219:21 222:8 | 36:23,24 37:1,3,13 | 241:17 | 115:8 143:21 |
| 223:1 226:18 | 37:15 40:20 41:9 | **working**  27:25 | 211:17 231:3,25 |
| 228:5 229:21 | 44:23 47:20 53:11 | 29:18 31:13 33:5 | 233:8 274:1 |
| 233:2 234:18 | 64:19 65:6 70:1,6 | 37:21 38:18 39:6 | **writing**  230:14 |
| 239:5 241:8,16 | 82:7 96:3 117:13 | 39:6,9,11,13,25 | **written**  162:23 |
| 242:8,15 244:19 | 120:8,25 125:8,11 | 41:22,22 42:4 | 179:24 250:10 |
| 245:3 254:18 | 125:20,21 147:20 | 50:10 53:14 54:14 | 251:4 269:25 |
| 256:4,23 257:15 | 147:23,24,24 | 68:7,14 75:4 | 270:15 296:17 |
| 261:14 262:20 | 149:12 160:23 | 81:21 92:2,7 | **wrong**  86:21 87:2 |
| 263:24 264:10 | 174:2,2,4,6,15 | 99:22 100:2,4,10 | 250:24 266:16 |
| 267:8,15 268:18 | 183:6 187:21 | 109:11 125:14 | **wrote**  81:16 83:23 |
| 269:4 272:18 | 189:2 194:1 196:9 | 126:2 129:6 | 83:24 84:13 85:12 |
| 279:21 283:20 | 205:6 207:1,10 | 136:10 157:12,15 | 99:20 101:22 |
| 287:4 294:19 | 216:23 222:13 | 167:9 169:24 | 104:16,22 107:15 |
| 296:11,25 299:13 | 237:23 246:13 | 170:6,14 173:8 | 107:25 116:4 |
| 299:21 300:13,24 | 248:9 254:14 | 183:11 185:15 | 129:3 130:10,24 |
| 301:24 302:13,23 | 255:20 256:19 | 187:22 217:8 | 132:20,25 135:8 |
| 303:12,20 304:5 | 262:12 270:16 | 230:14 243:11 | 135:24 136:17 |
| 304:15 309:5,6 | 271:18,20,25 | 247:15 257:6,11 | 144:22 145:17 |
| 310:13,16 311:2,5 | 272:3 280:23 | 262:21,22 263:2 | 149:16,22,23 |
| 312:24 | 281:8 282:19 | 263:15,18 284:6 | 150:9,18,19 |
| **woman**  34:7 | 283:1 284:24 | 289:19 290:21 | 155:18 176:7 |
| | 291:23 292:1 | 299:25 300:1 | 177:15,25 178:10 |

Page 54

CONFIDENTIAL

**[wrote - zuckerberg's]**

179:12,16,17
184:13 185:18,20
193:3 209:22
240:8,9,13,17
245:15,23 247:5
250:7 252:3,4,9,13
253:15 254:15
255:9 286:9 301:1
301:8
**wsuaaaha3pe** 9:22
**wt** 90:10

**x**

**x** 5:1 6:1 7:1 8:1
9:1 10:1 164:12
220:12 309:14
311:1
**xfn** 246:10 247:1
252:11

**y**

**yahoo** 110:17
111:17
**yawili** 287:15,16
**yeah** 18:14 25:2
25:10 26:9 31:10
35:25 38:16 40:17
41:6 42:20 55:15
60:4 61:24 64:19
66:15 74:21
101:14 103:3
104:15,15 111:9
121:23 123:3,6
125:2,20 129:21
130:1 131:5 138:3
158:11,11 163:6
164:20 172:5
174:22 178:17
183:14 188:4,17
190:15 195:5
200:11 205:7,15
212:11 217:15

219:10 223:23
227:23 229:25
239:5 242:16
243:23 244:22
251:2 255:9 258:3
263:12 283:7
305:15
**year** 34:25 119:6,7
119:11,21 120:11
120:15,16,18
121:2 198:18
258:1 262:13
263:15 266:11,12
266:13 275:9,11
282:7 284:16
288:24 290:15
298:5
**years** 20:22 34:24
35:19 36:4 65:24
120:12 198:19
202:21 246:5
257:8,12,17
281:18 298:7,9,12
**yep** 183:17
**york** 9:13 270:9
272:10
**youtube** 110:20

**z**

**zero** 168:23
**zoho** 278:2 279:2,3
**zoom** 11:20 15:15
**zuckerberg** 8:5
186:7 191:12,15
192:3,17 194:16
197:11 198:9
258:3,22 259:3
261:7 263:13
**zuckerberg's**
195:17 196:3,15

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.