# EXHIBIT 116-B
## Redacted Version of
## Document Sought to be Sealed

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4   IN RE:  FACEBOOK, INC.,      MDL No. 2843

5   CONSUMER USER PROFILE        Case No.

6   LITIGATION                   18-md-02843-VC-JSC

    _____

7   This document relates to:

8   ALL ACTIONS

    _____

9

10    **CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER**

11

12        ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

13         CORPORATE REPRESENTATIVE - AMY LEE

14   (Reported Remotely via Video & Web Videoconference)

15       Alameda, California (Deponent's location)

16               Thursday, May 19, 2022

17                    Volume I

18

19   STENOGRAPHICALLY REPORTED BY:

20   REBECCA L. ROMANO, RPR, CSR, CCR

21   California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 5238557

25   PAGES 1 - 214

                                        Page 1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843

 5   CONSUMER USER PROFILE        Case No.

 6   LITIGATION                   18-md-02843-VC-JSC

 7   _____

 8   This document relates to:

 9   ALL ACTIONS

10   _____

11

12

13

14            DEPOSITION OF AMY LEE, taken on behalf of

15   the Plaintiffs, with the deponent located in

16   Alameda, California, commencing at

17   9:22 a.m., Thursday, May 19, 2022, remotely

18   reported via Video & Web videoconference before

19   REBECCA L. ROMANO, a Certified Shorthand Reporter,

20   Certified Court Reporter, Registered Professional

21   Reporter.

22

23

24

25
```

Page 2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                  APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4   For the Plaintiffs:

 5        BLEICHMAR FONTI & AULD LLP

 6        BY:  ANNE K. DAVIS

 7        BY:  LESLEY E. WEAVER

 8        BY:  MATTHEW MELAMED

 9        BY:  ANNE K. DAVIS

10        Attorneys at Law

11        555 12th Street

12        Suite 1600

13        Oakland, California 94607

14        (415) 445-4003

15        lweaver@bfalaw.com

16        mmelamed@bfalaw.com

17        adavis@bfalaw.com

18

19

20

21

22

23

24

25   /////
```

Page  3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                    APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4    For the Plaintiffs:

 5         KELLER ROHRBACK L.L.P.

 6         BY:  DAVID KO

 7         BY:  CARI CAMPEN LAUFENBERG

 8         BY:  DEREK W. LOESER

 9         Attorneys at Law

10         1201 Third Avenue

11         Suite 3200

12         Seattle, Washington 98101

13         (206) 623-1900

14         dko@kellerrohrback.com

15         claufenberg@kellerrohrback.com

16         dloeser@kellerrohrback.com

17

18

19

20

21

22

23

24

25    /////
```

Page  4

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                    APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5          GIBSON, DUNN & CRUTCHER LLP
 6          BY:  COLIN B. DAVIS
 7          Attorney at Law
 8          3161 Michelson Drive
 9          Irvine, California 92612-4412
10          (949) 451-3993
11          cdavis@gibsondunn.com
12    and
13          BY:  ROSEMARIE T. RING
14          BY:  AUSTIN SCHWING
15          Attorneys at Law
16          555 Mission Street
17          Suite 3000
18          San Francisco, California 94105-0921
19          (415) 393-8247
20          rring@gibsondunn.com
21          aschwing@gibsondunn.com
22
23
24
25    /////
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1              APPEARANCES OF COUNSEL(cont'd)

2     (All parties appearing via Web videoconference)

3

4     For Facebook, Inc.:

5          GIBSON, DUNN & CRUTCHER LLP

6          BY:  ROBERT C. BLUME

7          Attorney at Law

8          1801 California Street

9          Suite 4200

10         Denver, Colorado 80202-2642

11         (303) 298-5735

12         rblume@gibsondunn.com

13    and

14         BY:  SHAQUILLE GRANT

15         Attorney at Law

16         2001 Ross Avenue

17         Suite 2100

18         Dallas, Texas 75201

19         (214) 698-3204

20         sgrant@gibsondunn.com

21

22

23

24

25    /////

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4         JAMS

 5         BY:  DANIEL B. GARRIE

 6         Special Master

 7         555 W. 5th Street

 8         32nd Floor

 9         Los Angeles, California 90013

10         (213) 253-9706

11         dgarrie@jamsadr.com

12

13

14

15

16   ALSO PRESENT:

17         Ian Chen, Associate General Counsel,

18   Meta Platforms

19         John Macdonell, Videographer

20

21

22

23

24

25   /////
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1                       I N D E X

2     DEPONENT                           EXAMINATION

3     AMY LEE                                   PAGE

4     VOLUME I

5                   BY MS. WEAVER              15

6

7

8                    E X H I B I T S

9     NUMBER                                   PAGE

10                   DESCRIPTION

11    Exhibit 360  Facebook Inc Consolidated     17

12                 Revenue Streams;

13

14    Exhibit 361  PowerPoint Presentation -     30

15                 Guiding Principles for Ozone

16                 strategy, FB-CA-MDL-03252528;

17

18    Exhibit 362  Facebook MAU and DAU,         37

19                 2015-2021;

20

21    Exhibit 363  Chart - Excerpt re worldwide  46

22                 ARPU;

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                    DESCRIPTION

 4    Exhibit 364  facebook Q1 2018 Revenue       54

 5                 Review April 18, 2018,

 6                 EY-FB-00002851;

 7

 8    Exhibit 365  Key Issues in Privacy,        103

 9                 FB-CA-MDL-02950555 -

10                 FB-CA-MDL-02950559;

11

12    Exhibit 366  Email String Subject: 9th top 109

13                 domain for video clicks

14                 events, FB-CA-MDL-00165410 -

15                 FB-CA-MDL-00165493;

16

17    Exhibit 367  Memorandum of Understanding   120

18                 between L'Oreal and Facebook,

19                 FB-CA-MDL-01835372 -

20                 FB-CA-MDL-01835379;

21

22    Exhibit 368  Email string, Subject:        130

23                 Developers paying for special

24                 data, FB-CA-MDL-01994696 -

25                 FB-CA-MDL-01994698;
```

Page 9

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            E X H I B I T S(cont'd)

 2   NUMBER                                    PAGE

 3                   DESCRIPTION

 4   Exhibit 369  Email 9/8/2014, Subject:      138

 5                Change to Custom Audience

 6                Creation Flow - FYI re

 7                Revenue impact,

 8                FB-CA-MDL-02148187;

 9

10   Exhibit 370  Email string 3/27/2018,       142

11                Subject:  Need messaging for

12                board's call deck tomorrow

13                (by EoD), FB-CA-MDL-01191149

14                - FB-CA-MDL-01191153;

15

16   Exhibit 371  Slide deck titled "Addressing 149

17                Data Out / Data leaving the

18                platform";

19

20   Exhibit 372  Email string 3/27/2018,       158

21                Subject: Message summary,

22                FB-CA-MDL-01191351 -

23                FB-CA-MDL-01191381;

24

25   /////
```

Page 10

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                      PAGE

 3                   DESCRIPTION

 4    Exhibit 373  Email string 6/24/2018          183

 5                 Subject: A/C PRIV - RFI's to

 6                 apps/developers this week,

 7                 FB-CA-MDL-03055702 -

 8                 FB-CA-MDL-03055706;

 9

10    Exhibit 374  Document titled "Two            183

11                 Different Methodologies to

12                 assess potential impact"

13

14    Exhibit 375  Excel spreadsheet labeled       203

15                 "Monetization Metrics,"

16                 FB-CA-MDL-02936308.

17

18

19

20

21

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Alameda, California; Thursday, May 19, 2022 | 09:04:04 |
| 2 | 9:22 a.m. | |
| 3 | ---o0o--- | |
| 4 | | |
| 5 | SPECIAL MASTER GARRIE:  Good morning, | 09:21:08 |
| 6 | Ms. Lee.  My name is Special Master Daniel Garrie. | |
| 7 | Every time I say that it sounds weird to me 'cause | |
| 8 | at my own house, I'm a master of absolutely | |
| 9 | nothing.  But the point being is that hopefully | |
| 10 | today -- I'm here representing the Court. | 09:21:19 |
| 11 | Hopefully you don't hear from me and you don't see | |
| 12 | me.  If I do unmute myself or turn my video on, it | |
| 13 | is largely indicative of my desire to say | |
| 14 | something, and other than that, I do appreciate you | |
| 15 | taking the time today, and you are in more than -- | 09:21:34 |
| 16 | you are in very good hands, and I will turn it over | |
| 17 | to counsel to walk you through the rest of the | |
| 18 | rules and processes. | |
| 19 | My only two questions to you are:  Can | |
| 20 | you see the Exhibit Share? | 09:21:44 |
| 21 | THE DEPONENT:  Yes. | |
| 22 | SPECIAL MASTER GARRIE:  Okay.  And do | |
| 23 | you -- and your Internet seems more than | |
| 24 | functionally fine, so I think I will turn it over | |
| 25 | to counsel and let it all go.  But thank you very | 09:21:56 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    much.                                              09:22:00

2              THE VIDEOGRAPHER:  Okay.  Okay to do my

3    reading now?

4              Okay.  We are on the record.  It's

5    9:22 a.m. Pacific Time on May 19th, 2022.           09:22:08

6              This is the deposition of Amy Lee, and we

7    are here in the matter of Facebook Consumer Privacy

8    User Profile Litigation.

9              I'm John Macdonell, the videographer with

10   Veritext.                                          09:22:26

11             Before the reporter swears the witness,

12   would counsel please identify themselves, beginning

13   with the noticing attorney, please.

14             MS. WEAVER:  Good morning, everybody.

15   I'm Lesley Weaver with Bleichmar Fonti & Auld on    09:22:35

16   behalf of the plaintiffs.  With me today and

17   helping out is Matthew Melamed and also Anne Davis

18   of my firm.  My co-counsel, Derek Loeser, and his

19   partner, David Ko, are also in attendance.

20             MR. DAVIS:  Good morning.  This is        09:22:55

21   Colin Davis of Gibson, Dunn & Crutcher on behalf of

22   Meta Platforms.  Also appearing on behalf of Meta

23   are my colleagues Rose Ring, Austin Schwing,

24   Shaquille Grant, and Ian Chen of Meta Platforms.

25             SPECIAL MASTER GARRIE:  Good morning.     09:23:13

                                                        Page 13

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    For the record, my name is Special Master Garrie.        09:23:13

2    I'm here on behalf of the Court.

3              I will turn it back to the court reporter

4    to -- the videographer to move things forward.

5              THE COURT REPORTER:  Okay.  Ms. Ring, if       09:23:26

6    you could raise your -- oh, I'm sorry, Ms. Lee, if

7    you could raise your right hand for me, please.

8              THE DEPONENT:  (Complies.)

9              THE COURT REPORTER:  You do solemnly

10   state, under penalty of perjury, that the testimony      09:23:26

11   you are about to give in this deposition shall be

12   the truth, the whole truth and nothing but the

13   truth?

14             THE DEPONENT:  Yes.

15                                                            09:23:26

16

17

18

19

20                                                            09:23:26

21

22

23

24

25   /////                                                   09:23:43
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                     AMY LEE,                      09:23:43

 2   having been administered an oath, was examined and

 3   testified as follows:

 4

 5                   EXAMINATION                     09:23:43

 6   BY MS. WEAVER:

 7        Q.   Good morning, Ms. Lee.  How are you?

 8        A.   Good.

 9        Q.   Good.

10             You have testified as a witness in this   09:23:51

11   case before, correct?

12        A.   Yes.

13        Q.   Okay.  And I'm going to assume that you

14   understand the same rules apply as the last time

15   you were deposed; is that fair?                 09:23:58

16        A.   Yes.

17        Q.   Okay.  Meaning, we don't talk over each

18   other, et cetera.

19             You understand how a deposition is

20   conducted, correct?                            09:24:07

21        A.   Yes.

22        Q.   Is there any reason that you can't

23   testify to the best of your ability today?

24        A.   No.

25        Q.   Okay.  You understand that you're      09:24:14
```

Page 15

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | testifying as the corporate representative for | 09:24:19 |
| 2 | Facebook on a -- topic ten pursuant to the notice | |
| 3 | of deposition of Facebook under Rule 30(b)(6); is | |
| 4 | that correct? | |
| 5 | A.   I don't know the number of the topic. | 09:24:38 |
| 6 | Q.   Okay.  Do you understand that you are to | |
| 7 | testify today on behalf of Facebook regarding | |
| 8 | Facebook's calculation of revenues, gross profits | |
| 9 | and net profits recognized by Facebook relating to | |
| 10 | user's data or information, including, but not | 09:24:54 |
| 11 | limited to, how Facebook monetized user data or | |
| 12 | information, how Facebook quantified the value of | |
| 13 | sharing user data or information, and Facebook's | |
| 14 | business and marketing strategy regarding the | |
| 15 | monetization and quantification of user data or | 09:25:10 |
| 16 | information? | |
| 17 | A.   Yes, that's right. | |
| 18 | Q.   Okay.  Thank you. | |
| 19 | And we received an email from your | |
| 20 | counsel last night which attached a document. | 09:25:20 |
| 21 | Do you recall that document? | |
| 22 | MR. DAVIS:  Object to the form. | |
| 23 | THE DEPONENT:  I -- I don't recall an | |
| 24 | attachment. | |
| 25 | MS. WEAVER:  Okay.  Why don't we mark as | 09:25:39 |

Page 16

```
 1    exhibit --                                      09:25:41

 2            I'm sorry, Mr. Melamed, what exhibit

 3    number is it?  Three --

 4            MR. MELAMED:  360.

 5            MS. WEAVER:  -- sixty -- tab 100 as      09:25:46

 6    Exhibit 360.

 7            (Exhibit 360 was marked for

 8    identification by the court reporter and is

 9    attached hereto.)

10        Q.  (By Ms. Weaver)  And you recall how      09:25:56

11    Exhibit Share works; is that right, Ms. Lee?

12        A.   I believe so.

13            I have the window open now.

14        Q.   Great.

15            MR. DAVIS:  And, Ms. Lee, you may need to 09:26:06

16    refresh the window when a new exhibit is introduced

17    in order to see it.

18            MR. MELAMED:  I will tell you -- I'm

19    sorry.  It's just taking me a minute with the first

20    exhibit.  I'll tell you when it's marked.          09:26:21

21            MR. DAVIS:  Thank you, Mr. Melamed.

22            MR. MELAMED:  All right.  The exhibit has

23    been marked.

24        Q.  (By Ms. Weaver)  Let me know when you

25    have it, Ms. Lee.                                 09:27:02
```

                                                        Page 17

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          A.    Yes, I have it open.                    09:27:07

2          Q.    Okay.  And what is this document?

3          A.    This is a document that breaks down

4     Facebook revenue streams from the 2012-to-2017

5     period.                                            09:27:25

6          Q.    And would it be possible for Facebook to

7     create a document reflecting revenue streams from

8     2017 to today?

9          A.    20- --

10              MR. DAVIS:  Object to the form.          09:27:42

11              THE DEPONENT:  It should be possible,

12     yes.

13          Q.    (By Ms. Weaver)  And do you have any idea

14     why that wasn't prepared for today?

15              MR. DAVIS:  Object to the form.          09:27:51

16              THE DEPONENT:  No.

17          Q.    (By Ms. Weaver)  Okay.  And when you say

18     this reflects revenue streams, are there any

19     revenue streams that are excluded from presentation

20     of this document?                                 09:28:02

21              MR. DAVIS:  Object to the form.

22              THE DEPONENT:  Not for this time period.

23          Q.    (By Ms. Weaver)  And how did you decide

24     which revenue streams to include?

25              MR. DAVIS:  Object to the form.          09:28:22

                                                    Page 18

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              THE DEPONENT:  I wasn't the -- I didn't        09:28:30

 2    prepare this document, so I didn't make any

 3    decisions about what to include or not.

 4         Q.   (By Ms. Weaver)  I'm asking Facebook.

 5         A.   Uh-huh.                                        09:28:37

 6         Q.   What -- how did Facebook decide what

 7    information to put on this document?

 8              MR. DAVIS:  Object to the form.

 9              THE DEPONENT:  Is your question about how

10    we arrived on these categories --                       09:28:57

11              MS. WEAVER:  Yes.

12              THE DEPONENT:  -- for the revenue

13    streams?

14              Generally speaking, these are large and

15    distinct channels that -- where we were accruing        09:29:18

16    revenue, and so I think these are just kind of

17    relatively intuitive breakdown of -- of the

18    different places that -- where -- where we were --

19    where we were generating revenue over this period.

20         Q.   (By Ms. Weaver)  And do you know who          09:29:42

21    actually prepared the document?

22         A.   It was our finance team.

23         Q.   And who, specifically, on the finance

24    team?

25         A.   I believe her name is Laura --               09:29:52
```

Page 19

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1   Lori Keller.                                         09:29:54

 2        Q.   And is this net or gross revenues?

 3             MR. DAVIS:  Object to the form.

 4             THE DEPONENT:  This should be gross

 5   revenues.                                            09:30:16

 6        Q.   (By Ms. Weaver)  And what -- what are the

 7   source documents that were used to create this

 8   document?

 9             Strike that.  Let me reask the question.

10             What were the sources of information that  09:30:27

11   were used to create this document?

12        A.   This would have been produced using

13   sources from our finance team.

14        Q.   Okay.  But what sources in particular?

15   Are there data bases that track revenue for each of  09:30:46

16   these channels?

17             MR. DAVIS:  Object to the form.

18             THE DEPONENT:  Yes.  There would be ways

19   we would have tracked revenues for each of these

20   channels, in- -- in- -- including databases.        09:31:05

21        Q.   (By Ms. Weaver)  And what are the

22   databases that store that information?

23             MR. DAVIS:  Object to the form.

24             THE DEPONENT:  Are you looking for names

25   of databases or?                                     09:31:18
```

Page 20

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MS. WEAVER:  Yes.  Let -- and I'll -- I      09:31:22

 2   can be more specific.  I'm not trying to trap you.

 3   I'm literally trying understand where the data flow

 4   comes from.  Often, there are pipelines for

 5   different kinds of direct sales, or pipelines        09:31:31

 6   for -- I don't know -- ad networks.  Maybe,

 7   you know, in Oracle's Salesforce maintains revenues

 8   for specific kinds of partnerships.

 9              So I don't know -- this is a -- obviously

10   a roll-up, and I'm trying to understand where the    09:31:45

11   inputs that created this summary document exist --

12              THE DEPONENT:  Yeah.

13              MS. WEAVER:  -- and how this document was

14   created.

15              MR. DAVIS:  Objection to the form of the   09:32:00

16   question.

17       Q.   (By Ms. Weaver)  So I can ask the

18   question again that's clearly --

19       A.   I -- I -- I think I understand what your

20   question is.                                         09:32:11

21              The technology that our finance team has

22   used to track revenue from various sources over

23   time has evolved over time, to my understanding.

24              So I am not sure of the exact names of

25   databases or pipelines that were used to pull the    09:32:31
```

Page 21

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    information for this time period.              09:32:36

 2         Q.   Okay.  And it would be possible for

 3    Facebook to create a similar document from 2007 to

 4    2012 as well, wouldn't it?

 5              MR. DAVIS:  Object to the form.       09:32:48

 6              THE DEPONENT:  I would need to confirm

 7    that.

 8              MS. WEAVER:  Okay.

 9              THE DEPONENT:  Find out.

10              MS. WEAVER:  Yeah.                    09:33:01

11         Q.   (By Ms. Weaver)  Is there some reason you

12    think it might not be possible for Facebook to

13    produce a document reflecting consolidated revenue

14    streams from 2007 to 2012?

15         A.   It would depend on whether we -- we      09:33:14

16    retained data at this granularity going back this

17    number -- for -- going back further in time.

18         Q.   Okay.  And looking at the last two pages

19    of the document where it says "Product/Channel,"

20    "Also known as," and "Description," I be- -- you    09:33:36

21    may have answered this, but how were those

22    product/channels identified in order to create this

23    chart?

24              MR. DAVIS:  Object to the form.

25              THE DEPONENT:  Do you mean how did we get  09:34:01
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1     the information that -- that -- that's in the        09:34:03

 2     "Description" column?

 3               MS. WEAVER:  No.  I mean actually

 4     selecting the "Product/Channel" in the left-hand

 5     column.                                              09:34:10

 6         Q.   (By Ms. Weaver)  How did that occur?

 7               MR. DAVIS:  Object to the form.

 8               THE DEPONENT:  The products and channels

 9     in this table align with the row headers that you

10     see in the financial tables on the -- on the        09:34:27

11     earlier pages.

12               So -- so, again, these represent the

13     relatively large and distinct sources of revenue,

14     over -- over this time period, as tracked by our

15     finance team.                                        09:34:45

16         Q.   (By Ms. Weaver)  And -- I think we'll get

17     into this a little bit later.  Let's look at fiscal

18     year 2012.

19               What does "Marketplace Invoiced" mean?

20         A.   "Marketplace Invoiced" represents revenue  09:35:05

21     that came from ads that were purchased via our

22     self-server ads platform and paid for via monthly

23     invoice.

24         Q.   Purchased by whom?  Are these part- --

25     Facebook partners?                                  09:35:28
```

Page 23

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            MR. DAVIS:  Object to the form.          09:35:29

 2            THE DEPONENT:  Purchased by Facebook

 3   advertising partners.

 4      Q.   (By Ms. Weaver)  Does that revenue

 5   reflect only payments specifically for advertising,   09:35:37

 6   or does it also reflect payment for conversions,

 7   which are not necessarily advertising but could be

 8   some other result that is set forth in the contract

 9   with Facebook's partners?

10            MR. DAVIS:  Object to the form.          09:35:54

11            THE DEPONENT:  Did -- did -- did you say

12   it could -- did you ask if it could also represent

13   payment for con- -- conversions?

14            MS. WEAVER:  Yes.

15            THE DEPONENT:  It represents payments for   09:36:12

16   ads that ran on Facebook, and so I -- I -- I don't

17   quite understand the -- the question about

18   conversions.  Yeah.

19      Q.   (By Ms. Weaver)  Okay.  Does Facebook

20   receive payment from third parties who pay -- well,   09:36:35

21   strike that.

22            What is -- do you know what a

23   "conversion" is?

24            MR. DAVIS:  Object to the form.

25            THE DEPONENT:  I think it would depend on   09:36:47
```

Page 24

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    the context that the word is being used.          09:36:49

 2         Q.   (By Ms. Weaver)  Okay.  How about in the

 3    context of Facebook selling ad slots to third

 4    parties and third parties agreeing to pay only upon

 5    a conversion or a specific event defined in a        09:37:02

 6    contract; are you familiar with that?

 7              MR. DAVIS:  Object to the form.

 8              THE DEPONENT:  Are we still talking about

 9    conversions that happen as a result of ads?

10              MS. WEAVER:  It could be, or at all.       09:37:16

11         Q.   (By Ms. Weaver)  That's what I'm trying

12    to sort out, Ms. Lee, is:  What are these pay- --

13    when you say "payment for ads," what do you mean?

14         A.   I see.

15              So we make money based on ads and         09:37:25

16    specifically based on businesses running ads on our

17    platform, and the way -- and -- and -- and we have

18    many different ways that we may charge advertisers

19    to run these ads.

20         Q.   And what are the ways that you charge      09:37:52

21    advertisers?

22         A.   There are a few different ways, at a high

23    level, that -- that this -- this billing -- that we

24    do this billing.

25              One way is -- was referenced in this --    09:38:21
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    in this "Marketplace Invoiced" line item, so if an          09:38:23

2    ad -- if an advertiser is buying ads via our

3    self-serve ads-buying interfaces, they have the

4    option, as -- as they set up an ad, to either

5    indicate whether they want to be billed per              09:38:41

6    impression, ad impression, or be billed on a

7    specific event.

8            And options over time for being billed on

9    an event, other than impressions, have included

10   link clicks, like clicks on a link, on an ad, and       09:39:01

11   video views, for example.

12      Q.   Any other events that you can think of

13   for which Facebook has received payment?

14           MR. DAVIS:  Object to the form.

15           THE DEPONENT:  Another option over time       09:39:18

16   has been payment per app install.

17      Q.   (By Ms. Weaver)  Is there a name of a

18   specific program that you are aware of that was

19   payment per app install?

20           MR. DAVIS:  Object to the form.              09:39:39

21           THE DEPONENT:  When we talk about billing

22   for any event that is other than an impression or a

23   click, we sometimes use the term "CPA billing,"

24   which stands for "cost per action."  And when

25   talking about billing for an app install, we often    09:40:03

Page 26



```
 1    use the term "CPA billing."                              09:40:07

 2        Q.   (By Ms. Weaver)  Are you familiar with a

 3    program called ███████.

 4        A.   No.

 5        Q.   Are you aware that ████████████     ██████

 ▉    █████████████████████████████████████

 ▉    █████████████████████████████████████

 ▉    ███████████████████████████████

 ▉    ██████████████████████████████████████

 ▉    ██████████████████████████           09:40:31

11            MR. DAVIS:  Object to form and scope.

12            THE DEPONENT:  I think to -- I think I

13    heard you say there was the ███████████████

 ▉    ████████████████████████████

 ▉    ███████████████████████ but --           09:40:52

16        Q.   (By Ms. Weaver)  ████████████████    It

17    was just -- I was responding to your testimony that

18    sometimes Facebook was paid for apps, █████████

 ▉    ██████████████████████████

20            Are you familiar with that program?   09:41:07

21            MR. DAVIS:  Object to the form --

22            Just give me a moment to object, Ms. Lee.

23            Object to form and scope.

24            THE DEPONENT:  ████████████████████

 ▉    ██████████████████████████████           09:41:22
```

1    involving the -- the aspects you mentioned.                    09:41:29

2          Q.   (By Ms. Weaver) ████████████████████
     ████████████

4               MR. DAVIS:  Object to scope.

5               THE DEPONENT:  ████████████████    ███████
     ██████████████████████████████████
     ██████████████████████████

8          Q.   (By Ms. Weaver) ████████████████████
     ██████████████████████████████
     ██████████████████████████████    ███████
     ██████

12              MR. DAVIS:  Objection.  Form and scope.

13              THE DEPONENT:  I'm not able to confirm.

14         Q.   (By Ms. Weaver) Do you know what "Neko

15   impressions" are?                                              09:42:18

16         A.   "Neko" refers to ads that are meant to

17   drive mobile app installs, and "impressions" would

18   be referring to the number of times such ads were

19   shown to people using our platform.

20         Q.   ████████████████████████████    ███████
     ██████████████████████████████
     ██████████████████████████████████

23              MR. DAVIS:  Objection.  Form and scope.

24              THE DEPONENT:  ████████████████████
     ████████████████████████████████          09:43:00

                                                        Page 28

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    ████████████████████████████████████     ██████████

      ██████████████████████████████████

      ██████████████████████████████████

      ████████████████████████████████████

      ████████████████████████████████       ██████████

      ████████████████████████████████████

      ██████████

 8         Q.   (By Ms. Weaver)  And did Facebook

 9    calculate ██████████████████████  in connection

10    with those agreements?                        09:43:41

11              MR. DAVIS:  Objection.  Form.

12              THE DEPONENT:  Are you referring to -- is

13    your question about whether ████████████████

      ████████████████████████████████████

15              MS. WEAVER:  Yes.                    09:44:06

16              THE DEPONENT:  -- or -- okay.

17              MR. DAVIS:  Object to the form.

18              THE DEPONENT:  Not to my knowledge.

19         Q.   (By Ms. Weaver)  Did Facebook calculate

20    the ██████████████████████████████████?    09:44:14

21              MR. DAVIS:  Object to the form.

22              THE DEPONENT:  Not to my knowledge.

23              MS. WEAVER:  Could we mark tab 220 as

24    Exhibit 361, Matt.

25    /////                                          09:44:32

                                                    Page  29
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              (Exhibit 361 was marked for            09:44:32

 2      identification by the court reporter and is

 3      attached hereto.)

 4          Q.   (By Ms. Weaver)  And while we are waiting

 5      it for a -- for it to load, do you have any reason   09:44:40

 6      to think it's not ██████████████████████

        ██   ████████████████████████████████████

 8              MR. DAVIS:  Object to the form.

 9              THE DEPONENT:  Just to clarify, is your

10      question about ████████████████████████████       09:44:54

11              MS. WEAVER:  Yes.

12              MR. DAVIS:  Form.

13              MR. MELAMED:  Exhibit 361 has been

14      introduced.

15              THE DEPONENT:  I -- I don't know -- I      09:45:19

16      can't confirm whether it's possible, but I don't

17      think it's something we would be likely to do.

18          Q.   (By Ms. Weaver)  Okay.  Looking at

19      Exhibit 361 -- let me know when you have it up.

20          A.   Yes.                                      09:45:47

21          Q.   Do you recognize Exhibit 361?

22          A.   No.

23          Q.   It was just produced to us about five

24      days ago, so I haven't had very much time with the

25      document, but it is labeled ████████████           09:45:56
```

Page 30

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Are you familiar with ████              09:46:02

 2              MR. DAVIS:  Object to the form.

 3              THE DEPONENT:  No.

 4      Q.   (By Ms. Weaver)  And looking at the very

 5   first page of the document, do you see where it    09:46:12

 6   says, "... ██████████████████████████

     ██ ████████████████████████████████

     ██ ████████████

 9      A.   I see that.

10      Q.   Do you understand ██████████████    ███████

     ██ ████████████████████████████

12              MR. DAVIS:  Objection.  Form.

13              THE DEPONENT:  I haven't seen that

14   acronym before, but ████████████████████ is a

15   reasonable guess at what it stands for.           09:46:50

16      Q.   (By Ms. Weaver)  And looking at the

17   second page of the document, do you see where it

18   says "██████████████████████████

19      A.   I see that.

20      Q.   And, then, in that column, it says "███    ████████

     ██ ████████████  and in the second column, it says ███

     ██ ██████████████████████████████████

23   and three -- column 3 says ████████████████

     ██ ████████████████████

25              Do you see that?                        09:47:23
```

Page 31

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        A.   Yes.                                      09:47:25

2        Q.   Do you have an understanding of what that

3    row reflects?

4             MR. DAVIS:  Object to the form.

5             THE DEPONENT:  Well, it looks like it      09:48:00

6    specifically ████████████████████████████████

7    ██████████████████████████████     I would,

8    again, be guessing at what ██████ stands for.

9        Q.   (By Ms. Weaver)  Okay.  Could you turn to

10   slide 17, please?                                 09:48:18

11       A.   Yes.

12       Q.   In this instance, do you see where it

13   says, "████████████   ██████████████████████

14   ██████████████████████████████████

15   ██████████████████████████████        09:48:41

16            Do you see that?

17       A.   Yes.

18       Q.   Do you have an understanding as to what

19   that means?

20       A.   Not beyond sort of the content and the --  09:49:36

21   the takeaway that's directly on this slide.

22       Q.   Okay.  And what is your understanding of

23   the content and takeaway that is on this slide

24   based on your experience working at Facebook?

25       A.   The slide appears to be a breakdown of    09:50:06
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1   ███████████████████████████████    ████████
    █
    ███████████████████████████████████
    █
    ████████████████████████████████
    █
    ███████████████████
5       Q.   Okay.  And the partnerships with          09:50:41

6       ███████   did they have an internal -- is there an

7   internal way to refer to those at Facebook?

8            MR. DAVIS:  Ob- -- object to the form.

9   Scope.

10           THE DEPONENT:  I don't know if there was    09:51:03

11  any other name or -- or term used apart from

12  ███████

13      Q.   (By Ms. Weaver)  Okay.  And who was in

14  charge of ████████

15           MR. DAVIS:  Object to the form.  Scope.     09:51:13

16           THE DEPONENT:  I -- I don't know.

17      Q.   (By Ms. Weaver)  If I wanted to learn

18  more about ████████ who would I talk to or what

19  department should we look for people in?

20           MR. DAVIS:  Object to the form and scope.   09:51:25

21           THE DEPONENT:  The partnerships team may

22  have more information.

23      Q.   (By Ms. Weaver)  And who is on the

24  partnerships team?

25           MR. DAVIS:  Object to the form.  Scope.     09:51:42
```

Page 33

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          THE DEPONENT:  One person I have worked          09:51:49

2     with in the past is Stephanie Wang.

3          Q.  (By Ms. Weaver)  Is that W-A-N-G?

4          A.  Yes.

5          Q.  And she's still with Facebook?          09:52:00

6          A.  I believe so.

7          Q.  Is there anybody who would have knowledge

8     prior to 2018?

9          MR. DAVIS:  Object to the form.

10          THE DEPONENT:  Not that I know of          09:52:17

11     offhand.

12          Q.  (By Ms. Weaver)  Okay.  And looking at

13     this slide on slide 17 where it says "████████

14     ████████████████████████" do you have an -- do

15     you have an understanding as to how that is          09:52:29

16     calculated here?

17          A.  It seems to be calculated by taking

18     ███████████████████████████████████████████████

19     ████████████████.

20          Q.  And, in this instance, because we are          09:53:01

21     dealing with ███████ does it seem likely that

22     they are calculating ██████████████████████████

23     ██████████.

24          MR. DAVIS:  Object to the form and scope.

25          THE DEPONENT:  I wouldn't be able to          09:53:17

                                              Page 34

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    confirm that just from this slide.              09:53:19

 2         Q.   (By Ms. Weaver)  Okay.  Let's talk about

 3    average revenue per user.

 4              You are familiar with that calculation at

 5    Facebook; is that right?                        09:53:28

 6         A.   Yes.

 7              MS. WEAVER:  You can take the slide down,

 8    Matt.

 9         Q.   (By Ms. Weaver)  First of all, what is a

10    "user"?                                         09:53:36

11         A.   In this context, in the context of

12    Facebook's financials, it is a person who -- it --

13    is visiting Facebook or Messenger and also logged

14    in to those services.

15         Q.   So is a user someone who has agreed to    09:53:57

16    Facebook's terms of service?

17              MR. DAVIS:  Object to the form.  Scope.

18              THE DEPONENT:  In setting up an account,

19    I believe a person has to agree to terms, so yes.

20         Q.   (By Ms. Weaver)  And I'm asking because,   09:54:22

21    to understand the calculation of average revenue

22    per user, I need to know whether it's somebody who

23    just appeared on a Facebook-owned-and-operated

24    site, or whether it is somebody who actually has

25    agreed to the terms of service and agreed to the    09:54:35
```

Page 35

1    conduct, et cetera, that Facebook lays out in that        09:54:38

2    document.

3            So the question, again, is:  When average

4    revenue per user is calculated in Facebook's

5    publicly recorded documents, are they counting, as        09:54:50

6    users, the people who agreed to the terms of

7    service?

8            MR. DAVIS:  Objection.  Scope.

9            THE DEPONENT:  I'm hesitating because I

10   am trying to think about the -- how -- how terms          09:55:13

11   are presented to a person when they sign up for a

12   Facebook account.  And it may be that when a person

13   signs up for the account, they need to either

14   act- -- I don't know whether they need to actively

15   attest to reviewing and seeing terms, or if they          09:55:36

16   sort of implicitly do so when they create an

17   account.  That's why I'm hesitating.

18           But when -- when people sign up for an

19   account, they need to adhere to our terms of

20   service to be able to keep using the products, and        09:55:56

21   so users are based on logged-in people who are

22   using these services, so they are people who must

23   act in -- in -- in accordance with the terms.

24       Q.   (By Ms. Weaver)  And just inci- --

25   incidentally, do you know why Facebook refers to          09:56:14

                                                    Page 36

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    these people as "users" as opposed to "members"?        09:56:16

 2              MR. DAVIS:  Objection.  Scope.

 3              THE DEPONENT:  I do not.

 4         Q.   (By Ms. Weaver)  So how does Facebook

 5    calculate average revenue per user as reported in        09:56:32

 6    its public-facing -- sorry, publicly filed

 7    documents?  By that I mean filed with the SEC.

 8         A.   It is based on revenue over a given

 9    period divided by the average number of monthly

10    active users over that period.                           09:56:55

11              MS. WEAVER:  And can we mark as

12    Exhibit 20- -- or tab 201, please, as Exhibit 362.

13              (Exhibit 362 was marked for

14    identification by the court reporter and is

15    attached hereto.)                                        09:57:05

16         Q.   (By Ms. Weaver)  What are -- and while

17    it's loading, what are "monthly active users"?

18         A.   This refers to people who have, either

19    over the past 30 days or a month -- I think it's 30

20    days -- who have visited Facebook or Messenger on a      09:57:22

21    logged-in basis.

22         Q.   Visited the Facebook platform or Facebook

23    Messenger over the past 30 days?

24         A.   Yes.

25         Q.   And when you say "visited," what do you        09:57:38
```

Page 37

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    mean?                                              09:57:41

2         A.   Used the service.

3         Q.   I'm going to try to be a little -- even

4    more specific.

5              Could they have just landed on the site  09:57:52

6    and not engaged in any conduct at all, meaning not

7    clicked on anything or not sent a message?

8         A.   Yes.

9         Q.   Okay.  And what are "daily active users"?

10        A.   These are people who have visited         09:58:12

11   Facebook or Messenger in a given day on a logged-in

12   basis.

13        Q.   And it's the same definition for visited

14   that we just discussed for daily active users?

15        A.   Correct.                                  09:58:31

16        Q.   Is that right?

17             And why doesn't Facebook use the DAU

18   metric to calculate average revenue per user?

19             MR. DAVIS:  Object to the form.

20             THE DEPONENT:  We -- I don't -- we -- we   09:59:01

21   use DAU more as a metric to track overall

22   engagement with the platform.

23        Q.   (By Ms. Weaver)  And would you say -- oh,

24   I'm sorry --

25        A.   That -- that's all.                       09:59:30
```

                                                         Page 38

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   Would you say, in general, that daily        09:59:32

 2   active users are engaged more frequently than

 3   monthly active users on the platform?

 4        MR. DAVIS:  Object to the form.

 5        Q.   (By Ms. Weaver)  By definition?             09:59:49

 6        A.   Daily active users and monthly active

 7   users don't refer to different people necessarily.

 8   It -- they are just two different metrics that

 9   measure how many people use the platform over

10   different lengths of time.                           10:00:12

11        Q.   If you had one person -- if you take an

12   instance of two different people not being counted

13   twice and one person was only counted as a monthly

14   active user but not a daily active user and the

15   second person was a daily active user and, of       10:00:26

16   course, also a monthly active user, would it be

17   fair to say that the second person is engaging on

18   the platform more frequently than the person who is

19   only a monthly active user?

20        MR. DAVIS:  Object to the form.                 10:00:42

21        THE DEPONENT:  So we don't identify

22   individuals as daily and/or monthly ac- -- active

23   users.  The terms "daily active users" and "monthly

24   active users" are -- result from us counting the

25   total number of people who log on to the platform    10:01:04
```

Page 39

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    in a given monthly period or -- or in a -- in a --         10:01:08

2    or in a given day.

3         Q.   (By Ms. Weaver)  Does Facebook also track

4    metrics of user engagement?

5              MR. DAVIS:  Object to the form.                   10:01:19

6              THE DEPONENT:  Yes.

7         Q.   (By Ms. Weaver)  And what are those

8    metrics?

9         A.   The -- one of the most important ones --

10   one that we report on in our financials is daily           10:01:33

11   active users.

12        Q.   Right.

13             In addition to daily active and monthly

14   active users, does Facebook track other metrics

15   that reflect user engagement on the platform, such         10:01:45

16   as clicks or views, for example?

17             MR. DAVIS:  Object to the form.

18             THE DEPONENT:  Yes.

19        Q.   (By Ms. Weaver)  And what are some of

20   those other metrics, in addition to clicks and             10:01:57

21   views, that Facebook tracks about the engagement of

22   users on its platform?

23             MR. DAVIS:  Object to the form.

24             THE DEPONENT:  There is -- because --

25   because there are many -- many different ways that         10:02:14

Page 40

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | people can engage with content on the platform, | 10:02:16 |
| 2 | there are -- the list of -- of ways to engage is | |
| 3 | very long.  So it's difficult to describe the whole | |
| 4 | list. | |
| 5 | But even if you think of, you know, | 10:02:28 |
| 6 | what a typical person might engage with during a | |
| 7 | typical visit to -- to Facebook, they might, as you | |
| 8 | mentioned, click on content, like it, comment on | |
| 9 | it, share it. | |
| 10 | But, as I mentioned, there are many | 10:02:47 |
| 11 | different ways to -- to interact with -- with | |
| 12 | different content on the platform that we would | |
| 13 | measure separately, depending on the context. | |
| 14 | Q.  (By Ms. Weaver)  And you mentioned | |
| 15 | earlier that, for some of the activity you've | 10:02:59 |
| 16 | described in some contracts, Facebook actually | |
| 17 | generates specific revenue for actions like clicks | |
| 18 | and views; is that right? | |
| 19 | MR. DAVIS:  Object to the form. | |
| 20 | THE DEPONENT:  I believe I mentioned that | 10:03:17 |
| 21 | for ads specifically, for billing on ads.  There | |
| 22 | are a number of ways that advertisers can be | |
| 23 | charged. | |
| 24 | Q.  (By Ms. Weaver)  And why doesn't Facebook | |
| 25 | report click revenue or ad revenue as opposed to | 10:03:31 |

Page 41

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    averaging revenue across monthly active users?          10:03:34

 2             MR. DAVIS:  Object to the form.

 3             THE DEPONENT:  I imagine that, you know,

 4    in our -- in our SEC filings, we provide the

 5    information that we believe is most important for       10:04:10

 6    investors to understand about our business, and

 7    providing a breakdown of ads revenue specifically,

 8    that's, you know, so granular as to break it down

 9    by the source of the billing event.  I'm -- I'm not

10    sure that's important for most investors to know        10:04:31

11    with respect to future growth of our business.

12        Q.   (By Ms. Weaver)  So in Facebook's view,

13    it is a sufficient metric to report to investors

14    the average amount of revenue calculated per user

15    rather than providing individual granulated            10:04:51

16    information about the revenue generated from each

17    individual user; is that correct?

18             MR. DAVIS:  Object to the form.

19             THE DEPONENT:  Yes.  I think it's -- it's

20    more pertinent to disclose the total revenue arm we     10:05:12

21    are making and the total number of users we see

22    over time than it is to describe individual

23    revenue, new amounts for individual users.

24             MS. WEAVER:  Great.

25             And if -- can you take a look at              10:05:31
```

Page 42

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Exhibit 362.  I think it's been loaded now. | 10:05:33 |
| 2 | THE DEPONENT:  Yes. | |
| 3 | MS. WEAVER:  And while you're pulling it | |
| 4 | up, I will state for the record:  Counsel created | |
| 5 | this document based on the SEC filings reflecting | 10:05:40 |
| 6 | the DAU and MAU, and I'm not asking you to attest | |
| 7 | to the accuracy specifically. | |
| 8 | But looking at exhibit -- strike that. | |
| 9 | Let me know when you've had a moment to look at it. | |
| 10 | MR. DAVIS:  And while the witness is | 10:06:04 |
| 11 | looking at the document, I'm sure that counsel | |
| 12 | agreed to this in -- in good faith, and it is | |
| 13 | intended to be accurate, but we'll just state a | |
| 14 | standing objection to the accuracy of the document | |
| 15 | to the extent that we don't have the underlying SEC | 10:06:15 |
| 16 | filings as exhibits. | |
| 17 | MS. WEAVER:  No problem.  Fair enough. | |
| 18 | THE DEPONENT:  Okay.  I have reviewed it. | |
| 19 | Q.  (By Ms. Weaver)  Do you know whether or | |
| 20 | not Facebook reported MAU or DAU prior to 2009? | 10:06:55 |
| 21 | MR. DAVIS:  Object to the form. | |
| 22 | THE DEPONENT:  I can't say for certain. | |
| 23 | Q.  (By Ms. Weaver)  Does -- did Facebook | |
| 24 | track MAU and DAU prior to 2009? | |
| 25 | A.  Most likely, yes. | 10:07:26 |

Page 43

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   And Facebook possesses documents that        10:07:27

 2   reflect DAU and MAU prior to 2009, in your

 3   understanding?

 4             MR. DAVIS:  Object to the form.

 5             THE DEPONENT:  I am not sure if we have       10:07:42

 6   retained them.

 7        Q.   (By Ms. Weaver)  Okay.  Let's assume for

 8   a moment Facebook didn't retain them.

 9             Would you agree that a methodology for

10   extrapolating DAU and MAU for 2007 and 2008 might       10:07:52

11   better -- might then be appropriate?

12             MR. DAVIS:  Object to the form.  Scope.

13             THE DEPONENT:  It would be possible to

14   make assumptions to extrapolate the data.

15             MS. WEAVER:  Okay.  Thank you.              10:08:15

16             And we can put this down.

17        Q.   (By Ms. Weaver)  Does Facebook -- well,

18   strike that.

19             Are you familiar with an expression

20   called "churn"?                                        10:08:25

21        A.   Yes.

22        Q.   What is "churn," in general?

23        A.   In the -- in the context of Facebook

24   users, it would refer to people who once used the

25   platform but who longer use the platform.              10:08:40
```

Page 44

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   And does Facebook maintain records of        10:08:42

 2   churn?

 3        A.   We measure it.  I'm not sure how long we

 4   keep records.

 5        Q.   Why do you measure it?                        10:08:59

 6        A.   Because we measure how many users --

 7   people are using our platform in any given period,

 8   we can see differences in one period versus the

 9   next, so if there's a reduction, then we have a way

10   to measure churn.                                       10:09:21

11        Q.   And it would -- well, in calculating

12   ARPU, does Facebook account for churn?

13             MR. DAVIS:  Object to the form.

14             THE DEPONENT:  Can you clarify what you

15   mean by "account for"?                                 10:09:41

16             MS. WEAVER:  Yeah.

17        Q.   (By Ms. Weaver)  ARPU -- by the way, is

18   it -- do you say "A-R-P-U"?

19        A.   Yeah.

20        Q.   Okay.  It's not "ARPU," or something like    10:09:54

21   that?

22        A.   I have heard people say both.

23        Q.   Okay.  All right.  Just didn't want to be

24   the only one out there.

25             ARPU is calculated by looking at the         10:10:06
```

Page 45

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | |
|---|---|
| 1 | monthly average users and dividing that into annual       10:10:08 |
| 2 | revenue; isn't that right? |
| 3 | A.   It would be revenue over a given time |
| 4 | period -- so it could be a quarter -- divided by |
| 5 | average monthly active users over that time period.       10:10:24 |
| 6 | So for MAU, for example, if you had -- if you were |
| 7 | looking at a quarter of revenue, then you would |
| 8 | take an average of MAU for the three-quarters over |
| 9 | that period -- |
| 10 | Q.   The other --                                         10:10:39 |
| 11 | A.   -- the three months' period. |
| 12 | Q.   Apologies. |
| 13 | Are there documents that reflect those |
| 14 | actual granular calculations at Facebook? |
| 15 | A.   The finance team should have                         10:11:12 |
| 16 | documentation that backs up the calculation of |
| 17 | these reported numbers. |
| 18 | MS. WEAVER:  And let's take a look at -- |
| 19 | it should be up. |
| 20 | Matt, can you mark tab 202, or maybe you               10:11:41 |
| 21 | already did -- oh, yeah, it's there, Exhibit 363. |
| 22 | (Exhibit 363 was marked for |
| 23 | identification by the court reporter and is |
| 24 | attached hereto.) |
| 25 | THE DEPONENT:  Yes, I have it open.                    10:11:57 |

Page 46

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q.   (By Ms. Weaver)  And, again, 3- --          10:11:59

2   Exhibit 363, like Exhibit 362, was created by

3   counsel in this case and pulled from Facebook's SEC

4   filings.

5           Take a moment to review and just let me      10:12:11

6   know when you are ready to discuss.

7           MR. DAVIS:  And we'll just state the same

8   standing objection again:  Assume this was created

9   accurately, but given that we don't have the

10  underlying documents as exhibits, we'll object to    10:12:23

11  the accuracy of the document.

12          MS. WEAVER:  Understood.

13          THE DEPONENT:  Okay.  I've reviewed it.

14     Q.   (By Ms. Weaver)  And do you understand

15  that Facebook reports the ARPU not just by           10:13:54

16  worldwide but also by country?

17          MR. DAVIS:  Object to the form.

18          THE DEPONENT:  I think what I have seen

19  in the financials is the reporting on worldwide as

20  well as four regions.                                10:14:15

21     Q.   (By Ms. Weaver)  And what are those

22  regions?

23     A.   U- -- if I recall correctly US and

24  Canada, Europe, Asia, and rest of world.

25     Q.   And so just to be clear, in calculating      10:14:35

                                                    Page 47

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | ARPU for US and Canada, does Facebook perform that | 10:14:38 |
| 2 | calculation by adding MAU in Canada and US and | |
| 3 | dividing that into the revenues from those | |
| 4 | countries? | |
| 5 | MR. DAVIS:  Object to the form. | 10:14:52 |
| 6 | THE DEPONENT:  Right.  The calculation | |
| 7 | should be revenue from those countries divided by | |
| 8 | average MAU from those countries. | |
| 9 | Q.   (By Ms. Weaver)  This is -- I'm not | |
| 10 | asking a very good question. | 10:15:19 |
| 11 | One might imagine a world where ARPU, if | |
| 12 | you calculated it only in the United States, was | |
| 13 | higher per MAU than, for example, in Canada alone. | |
| 14 | So in reporting this combined number, are | |
| 15 | they first calculating ARPU for the US and then | 10:15:41 |
| 16 | calculating ARPU for Canada and then adding them? | |
| 17 | Or is it all ARPU that -- sorry, all MAU for Canada | |
| 18 | and the US together divided by the total amount of | |
| 19 | revenue? | |
| 20 | MR. DAVIS:  Object to the form. | 10:16:00 |
| 21 | THE DEPONENT:  I believe it's looking at | |
| 22 | the geography holistically, so average revenue for | |
| 23 | the entire geography divided by average MAU for the | |
| 24 | entire geography. | |
| 25 | Q.   (By Ms. Weaver)  And so if one wanted to | 10:16:18 |

Page 48

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    figure out ARPU for MAU in the US, what is the best      10:16:20

 2    way to do that?

 3              MR. DAVIS:  Object to the form.

 4              THE DEPONENT:  The best way to do that if

 5    we were -- wanted to look at it internally would be      10:16:42

 6    to take ad revenues in the US divided by average

 7    monthly active users in the US.

 8         Q.   (By Ms. Weaver)  And Facebook has records

 9    that reflects that information, correct?

10              MR. DAVIS:  Object to the form.               10:17:01

11              THE DEPONENT:  Yes.

12         Q.   (By Ms. Weaver)  And that's not publicly

13    reported, right?

14         A.   Not to my understanding.

15         Q.   When you say "ads revenue," has the           10:17:16

16    definition of the ads revenue used to calculate

17    ARPU changed over time?

18         A.   Let me -- actually, I'm sorry.  I should

19    revisit my statement.  I was referring to ads

20    revenue, but when we do these ARPU calculations         10:17:32

21    overall, it's total revenue.  It's not just -- it's

22    not only ads revenue.

23         Q.   Thank you.

24              And what are the components of total

25    revenue used to calculate ARPU?  And I would like       10:17:42
```

Page 49

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    you to answer, if you can, for -- from 2007 to the        10:17:46

2    present, understanding that you may have different

3    answers for different time periods?

4            MR. DAVIS:  Object to the form.

5            Go ahead.                                          10:17:57

6            THE DEPONENT:  For -- so -- so the -- the

7    numerator in -- in the calculation would be total

8    revenue, and so for 2012 through 2017, total

9    revenue was -- and -- and the sources compromising

10   total revenue were laid out in the exhibit we -- we    10:18:17

11   spoke about earlier.

12       Q.   (By Ms. Weaver)  In the -- Exhibit 360?

13       A.   Yes.

14       Q.   Okay.  And what about 2017 to the

15   present?                                                10:18:34

16       A.   From 2017 through present, there may have

17   been line items added and some -- some removed

18   versus the period before that, but across the whole

19   time, from 2012 onwards, the -- the large majority

20   of our revenue was -- was coming from ads -- has       10:18:59

21   been coming from ads, and -- and so that remains

22   consist throughout the present.

23       Q.   And what about the period for 2007 to

24   2012?

25       A.   The majority of our revenue would have        10:19:16

Page 50

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    come from ads over that time period as well.           10:19:19

2         Q.   And when you say "ads," just for the

3    record, what do you mean?

4         A.   Revenue that came from businesses paying

5    to show ads on Facebook.                                10:19:36

6         Q.   So looking at Exhibit 360, would you

7    please identify the revenue streams you were

8    referring to when you say "ads"?

9         A.   Yes.  360.

10         Okay.  So revenue streams that would           10:19:57

11   factor into advertising revenue would be -- would

12   encompass agency discount, audience network -

13   contra, credit card ads, insertion orders.  I think

14   marketing services - other is included here.

15   Marketplace invoiced and reseller rebates.  Those      10:20:39

16   should be the -- the main categories.  I think I --

17   I think I captured all of them.

18        Q.   Thank you.

19             What is "insert order"?

20        A.   "Insertion order."                           10:21:03

21        Q.   Sorry.

22        A.   Or "IO," it's sometime abbreviated here.

23   It's a contract that we enter into with a business

24   whose -- advertising partner where we agree to --

25   they agree to pay for a fixed number of ads for a      10:21:21
```

Page 51

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    certain price.                                   10:21:27

 2        Q.   And what is the difference between

 3    insertion orders, hyphen, direct orders, and

 4    insertion orders ISO?

 5        A.   Direct sales and ISO, over this time     10:21:41

 6    period, referred to different organizations within

 7    our sales org that were mapped to different

 8    advertising groups -- different groups of -- of

 9    advertising clients.

10        Q.   What is "direct sales"?                  10:22:00

11        A.   "Direct sales" would have represented our

12    sales team mapped to some of our largest

13    advertising partners.

14        Q.   Can you give an example of some of those

15    partners?                                         10:22:16

16             MR. DAVIS:  Object to the form.

17             THE DEPONENT:  You can think of the,

18    you know, largest advertising spenders globally,

19    like Procter & Gamble or Unilever.

20        Q.   (By Ms. Weaver)  And then "ISO,"         10:22:34

21    what's -- what is "ISO," and what does it stand

22    for?  Did you tell me?

23        A.   ISO stands for "inside sales

24    organization."  So, again, it is a different --

25    kind of a sister organization to direct -- the    10:22:48
```

Page 52

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    direct sales org in our larger sales team, and my        10:22:53

 2    understanding is that during this time period,

 3    ISO, that team supported advertisers kind of in

 4    that -- that next tier, so oftentimes smaller

 5    businesses with, you know, smaller levels of total       10:23:11

 6    advertising spend or advertising and marketing

 7    resources.

 8         Q.   And it was phased out after 2012; is that

 9    right?

10         A.   We continued to have -- we continued to        10:23:43

11    have teams in -- in some degree of segmentation

12    in our -- in our sales org, but after 2012,

13    according to this document, we were not tracking

14    insertion-order revenue separately for -- for

15    that -- that sales group.                                10:24:05

16         Q.   Okay.  I'm just going to -- so there

17    exists -- in order to create this document, there

18    are underlying supported documents that reflects

19    the revenues for all of these different revenue

20    streams, correct?                                        10:24:21

21              MR. DAVIS:  Object to the form.

22              THE DEPONENT:  Documents or databases

23    that track the revenue, yes.

24              MS. WEAVER:  Okay.  Well, we are going to

25    request production of those, and I won't waste your      10:24:35
```

Page 53

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    time asking you questions about things you don't         10:24:37

 2    know because I can't put the documents in front of

 3    me.

 4         Q.   (By Ms. Weaver)  But let me ask really

 5    quickly:  What is Karma --                               10:24:44

 6         A.   Yeah.

 7         Q.   -- generally, as reflected on this sheet?

 8         A.   It was a gift-giving service that we

 9    acquired and later sunset.

10         Q.   And what is "agency discount"?                 10:24:59

11         A.   "Agency discount" refers to rebates we

12    paid to some ads agencies to incentivize

13    advertising on Facebook.

14              MS. WEAVER:  Understood.  Okay.

15              Let's mark tab 673, please, and this will      10:25:28

16    be Exhibit 364.

17              (Exhibit 364 was marked for

18    identification by the court reporter and is

19    attached hereto.)

20              MR. DAVIS:  And, Ms. Weaver after the --       10:25:36

21    this exhibit, can we take a short break, please.

22              MS. WEAVER:  Yes.

23              MR. MELAMED:  The exhibit has been

24    introduced.

25              MS. WEAVER:  And for the record,               10:26:02
```

Page 54

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    Exhibit 63 [sic] bears Bates Nos. EY-FB-0002851          10:26:02

2    [sic] through -881.  And it was not produced by

3    Facebook.  It was produced by Ernst & Young.

4         Q.   (By Ms. Weaver)  Do you know who

5    Facebook's auditors are, Ms. Lee?                        10:26:19

6              MR. DAVIS:  Object to the form.

7              THE DEPONENT:  Not offhand.

8         Q.   (By Ms. Weaver)  Okay.  Well, I'll tell

9    you that they're Ernst & Young that has publicly

10   reported.  That's where we got this document.           10:26:29

11             Are you familiar with revenue review?

12        A.   No.

13        Q.   We didn't receive revenue doc- --

14   documents from Facebook yet, other than we

15   received, I think, one from 2013 five days ago.         10:26:45

16             Are you aware of a team that engages in a

17   revenue review?

18             MR. DAVIS:  Object to the form.

19             THE DEPONENT:  If this document was from

20   Ernst & Young, I assume they would engage with our      10:27:08

21   finance team in connection with this document.

22        Q.   (By Ms. Weaver)  Okay.  Have you seen a

23   document like this before?

24        A.   The -- I can't recall if I have seen a

25   specific document, but the -- the concepts in -- in     10:27:39

                                                     Page 55

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    this document are familiar to me.                    10:27:44

 2         Q.   And what specific contents -- concepts

 3    are you referring to when you say that?

 4         A.   This looks like a -- a summary of revenue

 5    over a given quarter, an assessment of drivers for    10:28:06

 6    some of the revenue results and projections for

 7    future revenue.  And so, as an ads business, this

 8    is something that leadership teams often --

 9    these -- these types of things are -- are -- are --

10    are things that leadership teams often look at        10:28:40

11    that.

12         Q.   And when they are looking at them, are

13    they circulated on a regular basis, weekly or

14    monthly?

15              MR. DAVIS:  Object to the form.            10:28:49

16              THE DEPONENT:  I think it would depend on

17    the specific document.  This -- this particular

18    document would be -- is a -- it seems to be a

19    quarterly look-back, so the discussion about it

20    would likely be quarterly.                            10:29:11

21         Q.   (By Ms. Weaver)  And is there a team, in

22    general, that's responsible for tracking Facebook's

23    revenues on a regular basis?

24              MR. DAVIS:  Object to the form.

25              THE DEPONENT:  Different teams would be    10:29:31
```

Page 56

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | responsible, depending on the context, the need for | 10:29:33 |
| 2 | the -- the -- the tracking. | |
| 3 | Q.  (By Ms. Weaver)  And what teams are you | |
| 4 | thinking of? | |
| 5 | A.   Sales teams need to track revenues to | 10:29:50 |
| 6 | understand sales quota achievements.  So spe- -- | |
| 7 | specific teams would work on that.  Finance teams | |
| 8 | would need to track progress for financial | |
| 9 | reporting.  So different -- different teams would | |
| 10 | need to work on that. | 10:30:09 |
| 11 | Q.   And in preparing for your deposition | |
| 12 | today, did you speak with any members of revenue | |
| 13 | teams or teams that are involved in Facebook's | |
| 14 | calculation of revenues? | |
| 15 | A.   Yes. | 10:30:21 |
| 16 | Q.   Who did you speak with? | |
| 17 | A.   Bonnie Ng, N-G, and | |
| 18 | Seethalakshmi Sethuraman. | |
| 19 | I can spell it if it's helpful. | |
| 20 | Q.   Yeah, that would be great for the court | 10:30:37 |
| 21 | reporter, and Rebecca is shaking her head. | |
| 22 | A.   First name is S-E-E-T-H-A-L-A-K-S-H-M-I. | |
| 23 | Last name is S-E-T-H-U-R-A-M-A-N. | |
| 24 | Q.   And what is her role? | |
| 25 | A.   Seetha's role is -- she works on | 10:31:08 |

Page 57

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    accounting policy.                              10:31:11

 2         Q.   And what is "accounting policy"?

 3         A.   I understand it is -- relates to what --

 4    how we are allowed to -- or what revenue we were

 5    actually allowed to book as -- as revenue in our   10:31:33

 6    systems.

 7         Q.   And what did she tell you about what

 8    revenue Facebook is allowed to book?

 9         A.   She shared a lot of quite technical

10    details and kind of decision points that inform    10:31:50

11    what our accounting team is -- is able to book.

12         Q.   And what, specifically, about what

13    revenue Facebook is able to book did you discuss

14    with her relevant to this deposition?

15         A.   I was looking to get an understanding --  10:32:15

16    just a deeper understanding of the process and --

17    because that is an area where I previously had less

18    context, and so hearing her walk through some of

19    the considerations was -- was helpful.

20         Q.   And what specific considerations?         10:32:40

21         A.   My main takeaway from -- from our

22    conversation was that there's a quite complex

23    process that leads to the final amount of revenue

24    that we are actually able to put on the books.

25         Q.   And how long did you speak with her?      10:33:21
```

Page 58

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      A.   I had about a half-hour conversation with    10:33:27

2  her and Bonnie.

3      Q.   So you spoke with them at the same time?

4      A.   That's right.

5      Q.   Okay.  And what is Bonnie's title?    10:33:35

6      A.   I can't recall her title, her exact

7  title --

8      Q.   Her role --

9      A.   -- offhand --

10     Q.   Sorry.    10:33:47

11     A.   Exactly, or -- or role.  But she also

12  works on our finance team -- on our accounting

13  team.

14     Q.   There's a difference between the finance

15  and accounting team; is that right?    10:33:57

16     A.   I understand that accounting is one part

17  of the broader finance team.

18     Q.   Who is on the finance team?

19      MR. DAVIS:  Object to the form.

20      THE DEPONENT:  It's quite a large team.    10:34:11

21  I don't know if you are looking for a -- can you --

22  I can't describe every person on the team.

23     Q.   (By Ms. Weaver)  That's fine.

24      When I ask you questions, I'm not asking

25  for the name -- like that, the name of everybody    10:34:27

Page 59

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    but, you know, who leads the team and, in general,      10:34:29

 2    how is it structured and who is on it?

 3              MR. DAVIS:  Object to the form.

 4              But go ahead.

 5              THE DEPONENT:  The -- our chief financial       10:34:38

 6    officer is David Wehner.  So he leads the team, and

 7    I -- I'm not closely familiar with the structure

 8    of -- the organizational structure of the finance

 9    team.

10         Q.   (By Ms. Weaver)  How many people are on        10:34:53

11    the team?

12              MR. DAVIS:  Object to the form.

13              THE DEPONENT:  I don't know offhand.

14         Q.   (By Ms. Weaver)  Can you name anybody

15    else on the finance team other than David Wehner?        10:35:02

16         A.   Yes.  Sam Mincer is someone I have worked

17    with.

18         Q.   What's his role?

19         A.   I'm not sure of his exact title or role,

20    but he has worked with us on ads product work in         10:35:28

21    the past.

22         Q.   Other than Seetha and Bonnie, did you

23    speak with anybody else to prepare for your

24    deposition today who is not a lawyer?

25         A.   Yes.                                           10:35:40
```

Page 60

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        Q.   Who?                                    10:35:41

2        A.   Justin Osofsky.

3        Q.   Is he on the finance team?

4        A.   No.

5        Q.   And how long did you speak with         10:35:49

6   Mr. Osofsky?

7        A.   About 10 or 15 minutes.

8        Q.   Okay.  And what did you discuss?

9        A.   We discussed some of his previous work on

10  Facebook platform.                               10:36:06

11       Q.   And what specific work did you discuss?

12       A.   It related to previous -- previous

13  discussions about options we were considering with

14  respect to developer APIs.

15       Q.   And what options was Facebook considering 10:36:39

16  with regard to developer APIs that you discussed

17  with Mr. Osofsky?

18       A.   We discussed the idea of ████████

    ████  ████████████████████████████████████

    ████  ████████████████████████████████████    ████████████

    ████  ██████

22       Q.   Anything else?

23       A.   Those are the specific examples that come

24  to mind.

25       Q.   And did Facebook execute on creating a   10:37:25
```

Page 61

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    ███████████                                    10:37:33

 2          MR. DAVIS:  Object to the form.  Scope.

 3          THE DEPONENT:  No.

 4    Q.    (By Ms. Weaver)  And why not?

 5          MR. DAVIS:  Object to the form.  Scope.    10:37:46

 6          THE DEPONENT:  The idea had come up in

 7    discussions around sustainable business models to

 8    help fuel the growth of our business, and we did

 9    not proceed with that option because there were

10    better options for us to pursue instead.         10:38:16

11    Q.    (By Ms. Weaver)  Was there a problem with

12    the ███████████████████  that you thought

13    would make it not sustainable?  And I mean

14    Facebook.

15          MR. DAVIS:  Object to the form.  Scope.    10:38:29

16          THE DEPONENT:  I don't know if it was

17    a -- a problem per se.  But we -- I think the

18    reason we didn't proceed with that is because there

19    were better options.

20    Q.    (By Ms. Weaver)  Why were other options     10:38:47

21    better?

22    A.    We felt there was more opportunity to be

23    had in the other options, and they would be more

24    aligned with our core business, which is

25    advertising.                                      10:39:14
```

                                              Page 62

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1          Q.    Okay.  We'll come back to that.  But I      10:39:16

 2    would just say, in general, I feel like I'm asking

 3    for facts and getting conclusions, and what I'm

 4    trying to understand is the reason that you

 5    concluded that there were better strategies or       10:39:25

 6    better options.

 7               What were the reasons -- what was the

 8    reason that ███████████ was not aligned and was not

 9    a good choice for Facebook?

10               MR. DAVIS:  Object to the form.           10:39:38

11               THE DEPONENT:  It's -- it's -- it's a bit

12    hard to answer that because I think everything we

13    do when we consider where to apply our resources,

14    you know, for the -- for a large percent of the

15    time, it comms to down to prioritization.  We have   10:40:10

16    a finite number resources and a finite number of

17    opportunities we can pursue, and we try to make

18    sure that things fall below the line so we are not

19    trying to do everything.

20               And so I think, you know, at the time, we  10:40:29

21    had a very robust ad -- ads business, and we had a

22    very promising avenue to grow our mobile app

23    install ads business and to also pursue other

24    options.  A lot of other options would have taken

25    away resources from the things that we felt would    10:40:49
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    be the most valuable avenues.  So it's not          10:40:52

 2    necessarily flaws of the options we didn't pursue.

 3    It is that we wanted to make sure we had the right

 4    investments in the things we wanted to pursue more.

 5         Q.   (By Ms. Weaver)  So, at the time, did      10:41:07

 6    Facebook decide to pursue mobile app installs

 7    instead of a ████████████?

 8              MR. DAVIS:  Object to the form.  Scope.

 9              THE DEPONENT:  We decided that continuing

10    to focus the majority of our investment on          10:41:25

11    advertising was the best path.

12         Q.   (By Ms. Weaver)  And you were

13    distinguishing advertising from a ██████████; is

14    that right?

15              MR. DAVIS:  Object to the form.           10:41:43

16              THE DEPONENT:  Yes.

17         Q.   (By Ms. Weaver)  And what would you

18    describe is the product inherent in a ██████████?

19              MR. DAVIS:  Object to the form.

20              THE DEPONENT:  I don't know if there are   10:42:11

21    things that are inherent in a ██████████ but I

22    know that some of things under discussion were

23    specifically █████████████████████████████

█    ██████████████████████████████████

█    ███████████████████████              10:42:31

                                          Page 64
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   (By Ms. Weaver)  And what kinds of            10:42:33

 2    information was that?

 3             MR. DAVIS:  Object to the form.  Scope.

 4             THE DEPONENT:  Some examples I recall

 5    were around ███████████████████████          ████████

      █ ███████████████████████████████

      █    ██████   Another thing under consideration was

 8    something we referred to as "██████████████████

      █ ███████████████████████████████

      █ ██████████████████████████████            10:43:12

11        Q.   (By Ms. Weaver)  The Kevin Bacon

12    standard?

13             MR. DAVIS:  Object to the form.

14        Q.   (By Ms. Weaver)  Okay.  Any other kinds

15    of information that were considered sharing in the    10:43:27

16    ████████████

17        A.   There was a long list of -- of ideas that

18    were considered.  Those are the two that come to

19    mind, but hard to be comprehensive about every idea

20    that was on the table.                                10:43:44

21        Q.   Okay.  And, then, you also mentioned

22    ████████   as a product that was not pursued; is that

23    correct?

24        A.   I understand there was some beta testing

25    done for a -- a product, but not -- not something     10:43:57
```

Page 65

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    that was ever broadly launched.                    10:44:00

 2         Q.   And what did the beta testing involve?

 3              MR. DAVIS:  Object to the form.  Scope.

 4              THE DEPONENT:  There was a test with some

 5    news and publishing partners that I understand that  10:44:21

 6    was -- re- -- related to ███████████████████

      ████████████████████████████████████.

 8         Q.   (By Ms. Weaver)  And, ultimately,

 9    Facebook decided not to pursue ███████████ is that

10    right?                                               10:44:43

11         A.   Yes.

12         Q.   Why?

13              MR. DAVIS:  Object to the form.  Scope.

14              THE DEPONENT:  I don't know for certain,

15    but I presume we concluded there wasn't enough       10:44:57

16    business opportunity in that area.

17         Q.   (By Ms. Weaver)  And were revenue

18    calculations or estimations performed as part of

19    the decision of whether or not to pursue ██████

      █████████████████████                               10:45:11

21              MR. DAVIS:  Object to the form.

22              THE DEPONENT:  It came up in the ████

      ████████████  I'm not sure if it came up in the

24    ████████████████.

25         Q.   (By Ms. Weaver)  And when you say "it     10:45:28
```

Page 66

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    came up," what do you mean?                         10:45:29

 2         A.   I believe there were some projections or

 3    estimates that our teams attempted to make to

 4    describe the revenue opportunity from offering

 5    different types of ██████████               10:45:48

 6         Q.   Do you know who prepared those

 7    presentations?

 8              MR. DAVIS:  Object to the form.

 9              THE DEPONENT:  I don't know specific

10    names of people who prepared the presentations.    10:46:03

11         Q.   (By Ms. Weaver)  Do you know the teams?

12              MR. DAVIS:  Object to the form.

13              THE DEPONENT:  It would have been a

14    platform team.

15         Q.   (By Ms. Weaver)  And who was on the       10:46:21

16    platform team?

17              MR. DAVIS:  Object to the form.

18              THE DEPONENT:  Justin Osofsky would have

19    been one person.

20         Q.   (By Ms. Weaver)  And you reviewed some of 10:46:30

21    those projections to prepare for your deposition

22    today; is that right?

23              MR. DAVIS:  Object to the form.

24              THE DEPONENT:  Yes.

25         Q.   (By Ms. Weaver)  And what do you recall   10:46:41
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    about those presentations?                         10:46:41

 2        A.   I recall seeing discussion of many

 3    options relating to opportunities -- potential

 4    opportunities with app developers, most of which we

 5    did not proceed with.                              10:47:12

 6        Q.   And did reviewing the document refresh

 7    your recollection about that topic?

 8             MR. DAVIS:  Object to the form.

 9        Q.   (By Ms. Weaver)  Or educate you?

10        A.   It both reflec- -- refreshed my           10:47:24

11    recollection and -- about some and educated me

12    about others.

13             MS. WEAVER:  Thank you.

14             To the extent that hasn't been identified

15    or produced, we would like to get that.            10:47:34

16             Okay.  I think we can take a break now if

17    you want.  We are in the middle of this document,

18    but I'm okay with that if you would like to break,

19    Ms. Lee, or we can continue?

20             MR. DAVIS:  I -- I can't speak for the     10:47:46

21    witness, but I would really like a break.

22             MS. WEAVER:  That's fine.  We can go off

23    the record.

24             THE VIDEOGRAPHER:  Okay.  We are off the

25    record.  It's 10:47 a.m.                           10:47:54
```

Page 68

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              (Recess taken.)                          10:47:57

 2              THE VIDEOGRAPHER:  We are back on the

 3      record.  It's 10:58 a.m.

 4         Q.   (By Ms. Weaver)  And looking at

 5      Exhibit 363, do you understand that it was -- it's   10:58:34

 6      an internal document prepared by Facebook?

 7         A.   I haven't seen the document before, but

 8      if -- I -- so I -- but I believe if you say it's

 9      been prepared by Facebook.

10         Q.   Do you have any reason to think it wasn't   10:59:05

11      prepared by Facebook?

12         A.   No.

13         Q.   Okay.  Looking -- well, let's turn to

14      page ending -- I think you know about Bates

15      numbers, right, the little numbers on the lower   10:59:15

16      right-hand corner of the page?

17         A.   Yes.

18         Q.   Okay.  So could you turn, please, to the

19      Bates number ending -856, and it says "Q1'18

20      Verticals and Objectives" on it.                  10:59:28

21         A.   Sorry.  We are talking about which

22      exhibit?

23         Q.   Still on Exhibit 363.

24         A.   Uh-huh.

25         Q.   And it's the page ending at -856, and now   10:59:36
```

Page 69

1    it's on the screen.                                    10:59:39

2         MR. DAVIS:  Ms. Weaver, I think the

3    witness's confusion may be that this is

4    Exhibit 364.

5         MS. WEAVER:  Oh, well, that would be the          10:59:46

6    source of confusion, and I apologize.

7         THE DEPONENT:  Could -- could you --

8         MS. WEAVER:  Yes.

9         THE DEPONENT:  Okay.  Could you read that

10   number?                                                10:59:57

11        MS. WEAVER:  Sure.  It's -856.

12        THE DEPONENT:  Yes, I have it.

13        MS. WEAVER:  Okay.  Great.

14     Q.   (By Ms. Weaver)  Do you know what a

15   "vertical" is?                                         11:00:08

16     A.   Yes.

17     Q.   What is "vertical"?

18     A.   Here, it represents a category of a given

19   advertising client -- the business category of a

20   advertising client.                                    11:00:23

21     Q.   Does "vertical" have another meaning at

22   Facebook?

23        MR. DAVIS:  Object to the form.

24        THE DEPONENT:  That, generally, is the

25   most common meaning we would use at Facebook within    11:00:42

                                                        Page 70

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | the ad's business. | 11:00:46 |
| 2 | Q.   (By Ms. Weaver)  Does Facebook sometimes | |
| 3 | refer to categories that users are put into for | |
| 4 | advertising purposes as "verticals"? | |
| 5 | MR. DAVIS:  Object to the form. | 11:00:54 |
| 6 | THE DEPONENT:  We -- we refer to the | |
| 7 | business type of a given advertiser -- we often | |
| 8 | refer to that as the vertical that an advertiser | |
| 9 | might be in. | |
| 10 | Q.   (By Ms. Weaver)  Okay.  Is that the same | 11:01:18 |
| 11 | as what's on this page? | |
| 12 | Let me ask a better question. | |
| 13 | So is that definition of "vertical" | |
| 14 | consistent with the use of the word "vertical" on | |
| 15 | this page, to the best of your understanding? | 11:01:32 |
| 16 | A.   Yes. | |
| 17 | Q.   Okay.  And turning to the next page, | |
| 18 | ending at -857 -- | |
| 19 | A.   Yes. | |
| 20 | Q.   -- do you see where it says, "Q1'18 Top | 11:01:46 |
| 21 | Advertisers"? | |
| 22 | A.   Yes. | |
| 23 | Q.   And do you see that, for example, | |
| 24 | Procter & Gamble and Unilever are listed there, | |
| 25 | correct? | 11:01:57 |

Page 71

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1      A.   Yes.                                    11:01:57

 2      Q.   And, earlier, you testified, I believe,

 3   that Unilever and Procter & Gamble have been

 4   referred to as part of the direct sales revenue; is

 5   that right?                                     11:02:14

 6           MR. DAVIS:  Object to the form.

 7           THE DEPONENT:  I believe I referred to

 8   one part of our sales organization as the direct

 9   sales organization, and that team supported

10   advertisers -- that team supported some of our     11:02:34

11   larger advertisers, like Procter & Gamble and

12   Unilever.

13      Q.   (By Ms. Weaver)  Okay.  So is it your

14   understanding that direct sales also supports

15   others of these top advertisers listed at page     11:02:46

16   -857?

17           MR. DAVIS:  Object to the form.

18           THE DEPONENT:  Direct sales was a label

19   used in our ads -- in our -- in our ads sales

20   organization in that 2012 time period.  I am not    11:03:05

21   sure if it was still in use in 2018.

22      Q.   (By Ms. Weaver)  Were there other phrases

23   in use after 2012 to refer to the team that dealt

24   with top advertisers?

25      A.   Yes.                                    11:03:21
```

Page 72

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              MR. DAVIS:  Object to the form.           11:03:22

2        Q.  (By Ms. Weaver)  What was that term?

3        A.   In 2018, I believe we referred to that

4   team as the "global sales organization."

5        Q.   Are you also familiar with the phrase     11:03:39

6   "strategic partners"?

7              MR. DAVIS:  Object to the form.

8              THE DEPONENT:  Can you clarify the

9   context for that phrase.

10       Q.  (By Ms. Weaver)  Are you familiar with      11:03:53

11   the use of the term "strategic partners" as a

12   category of partners at Facebook?

13             MR. DAVIS:  Object to the form.

14             THE DEPONENT:  I have heard the term

15   used.                                               11:04:11

16       Q.  (By Ms. Weaver)  And in what context?

17       A.   We have a team that works with Facebook

18   marketing partners, and these are businesses

19   whose -- who have built their business integrating

20   with Facebook's marketing API or ads API, and,      11:04:37

21   historically, we've had -- offered closer support

22   to a subset of these marketing partners, and I had

23   heard the term "strategic partners" used in that

24   context.

25       Q.   And what is the team that's in charge      11:04:56
```

Page 73

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    at -- at Facebook of dealing with the strategic        11:04:58

2    partners?

3              MR. DAVIS:  Object to the form.

4              THE DEPONENT:  In this particular

5    context, it was our Facebook marketing partners        11:05:10

6    team.

7         Q.  (By Ms. Weaver)  And who leads that team?

8              MR. DAVIS:  Object to the form.

9              THE DEPONENT:  I don't know offhand who

10   leads that team.                                        11:05:23

11        Q.  (By Ms. Weaver)  Okay.  Do you know

12   anybody on the team by name?

13             MR. DAVIS:  Object to the form.

14             THE DEPONENT:  Not anyone still at the

15   company.                                                11:05:38

16        Q.  (By Ms. Weaver)  Okay.  Turning back to

17   the page before you at -857, do you see -- well,

18   strike that.

19             Do you know who might have been involved

20   in the preparation of a slide like this?                11:06:02

21             MR. DAVIS:  Object to the form.

22             THE DEPONENT:  Yeah, it's -- it's hard to

23   say offhand who -- who would have prepared this

24   slide.

25        Q.  (By Ms. Weaver)  Do you know whether it        11:06:56
```

Page 74

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    would be the finance team?                        11:06:56

 2         A.   They may have been involved.

 3         Q.   Okay.  Anyone else you can think of?

 4         A.   The other team who comes to mind who

 5    often tracks advertiser revenue and               11:07:19

 6    advertiser-level revenue is a team called BP&O,

 7    which is an analytics team that works specifically

 8    with the sales organization.

 9         Q.   And what does BP&O stand for?

10         A.   I think it's Business Process &          11:07:37

11    Operations.  I'm not certainly certain about the

12    "P."

13         Q.   And do you know who is on the BP&O team

14    by name?

15         A.   Yes.                                     11:07:52

16         Q.   Who?

17         A.   Venkatesh Iyer is someone that I've

18    worked with recently.

19              V, as in "Victor," E-N-K-E-T-E-S-H.  Last

20    name I-Y-E-R.                                      11:08:04

21         Q.   And why do you think members of the BP&O

22    team might have been involved in the creation of

23    this slide?

24         A.   They -- they specifically work with the

25    sales org to track attainment against quarterly    11:08:27
```

Page 75

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    quotas, and so my -- my guess would be either they      11:08:32

2    were involved in this slide if the finance team

3    wasn't.

4         Q.   Thank you.  That's helpful.

5              Now, looking at the slide here, you see       11:08:52

6    that Beijing Bytedance had 1,072 percent growth

7    year over year, correct?

8         A.   Yes.

9         Q.   And then if you look, there's a bar chart

10   on the right labeled "Monthly Bytedance Spend % of      11:09:09

11   Spend from Policy-Violating Ads."

12             Do you see that?

13        A.   I see that, yes.

14        Q.   And then there -- it's a little hard to

15   tell with -- well, we'll have to request this in        11:09:32

16   color, but there are two lines, and under it, it

17   says, "Share of revenue from policy-violating ads,"

18   and then "Bytedance Spend."

19             Do you see that?

20        A.   Yes, I see that.                              11:09:51

21        Q.   And as you look at this slide, can you

22   tell which line reflects the share of revenue from

23   policy-violating ads?

24             MR. DAVIS:  Object to the form.

25             THE DEPONENT:  I -- I think it's the --       11:10:08
```

Page 76

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    the bars on the bar chart that reflect the share of        11:10:08

 2    revenue from policy-violating ads.

 3         Q.   (By Ms. Weaver)  And do you have an

 4    understanding as -- what it means to say

 5    "policy-violating ads"?                                     11:10:19

 6              MR. DAVIS:  Objection.  Form and scope.

 7              THE DEPONENT:  Yes.  We have a set of ad

 8    policies, and my understanding is here we are

 9    tracking revenue that comes from ads that violate

10    those policies.                                             11:10:47

11         Q.   (By Ms. Weaver)  And do you know if

12    Bytedance's continued, after 2018, to pay for

13    policy-violating ads?

14              MR. DAVIS:  Objection.  Form and scope.

15              THE DEPONENT:  Can -- can you clarify           11:11:18

16    what you mean by "pay for policy-violating ads"?

17              MS. WEAVER:  Sure.

18         Q.   (By Ms. Weaver)  Does this chart -- well,

19    let me ask you this:  When it says "Monthly

20    Bytedance Spend," what does that mean?                     11:11:27

21         A.   This should refer to advertising

22    revenue -- or monies spent by -- by Bytedance on

23    ads.

24         Q.   And Facebook received that revenue?

25         A.   Yes.                                             11:11:41
```

Page 77

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   Does Facebook still receive revenue from      11:11:43

 2   Bytedance's for policy-violating ads?

 3             MR. DAVIS:  Objection.  Form and scope.

 4             THE DEPONENT:  I'm not closely familiar

 5   with Bytedance's current ads spend or behavior.         11:11:57

 6        Q.   (By Ms. Weaver)  Is Bytedance's still one

 7   of Facebook's top advertisers?

 8             MR. DAVIS:  Objection.  Form.

 9             THE DEPONENT:  I don't know offhand.

10        Q.   (By Ms. Weaver)  Do you know, prior to        11:12:19

11   January of 2017, if Bytedance's was one of

12   Facebook's top advertisers?

13             MR. DAVIS:  Objection.  Form.

14             THE DEPONENT:  Sorry.  Could you just

15   clarify what you mean by "top advertisers"?             11:12:30

16        Q.   (By Ms. Weaver)  I'm just reading it from

17   the page of the document.

18        A.   So is your question -- is your question

19   about whether they would show up on a similar

20   document, or about something else?                      11:12:48

21        Q.   Do you know if -- prior to January of

22   2017, if Bytedance's was one of Facebook's top

23   advertisers?

24             MR. DAVIS:  Objection.  Form.

25             THE DEPONENT:  So my understanding of         11:13:04
```

Page 78

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    this slide that references top advertisers is it's      11:13:05

2    ranking advertisers specifically based on

3    revenue -- quarterly revenue.

4            I am not sure if, prior to 2017,

5    Bytedance appeared -- would have appeared at the          11:13:15

6    top of this list.

7        Q.  (By Ms. Weaver)  Okay.  Do you know if

8    Bytedance's was penalized by Facebook for its

9    policy-violating ads?

10           MR. DAVIS:  Objection.  Scope.  Form.           11:13:36

11           THE DEPONENT:  I'm not familiar of --

12   about specific actions that we might have taken

13   with Bytedance.

14       Q.  (By Ms. Weaver)  Do you know who might

15   be?                                                      11:13:47

16           MR. DAVIS:  Objection.  Scope.

17           THE DEPONENT:  The business integrity

18   team would be more familiar.

19       Q.  (By Ms. Weaver)  And can you name anyone

20   on the business integrity team at this time?            11:13:57

21           MR. DAVIS:  Objection.  Scope.

22           THE DEPONENT:  Natalie Kubitz is one

23   person.

24           K-U-B-I-T-Z, as in "zebra."

25           MS. WEAVER:  Thank you.                         11:14:16
```

Page 79

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1         Q.   (By Ms. Weaver)  Anyone else?              11:14:17

2         A.   That is the person that I would reach out

3    to to learn about this topic.

4         Q.   And do you have any recollection, as you

5    sit here, of whether or not Bytedance suffered any    11:14:35

6    consequences for privacy violations at all?

7              MR. DAVIS:  Objection.  Form.  Scope.

8              THE DEPONENT:  You mean policy

9    violations, or privacy?

10             MS. WEAVER:  How I -- either, actually.      11:14:51

11             MR. DAVIS:  Same objections.

12             THE DEPONENT:  So I have no knowledge

13   about any privacy violations.  With respect to ad

14   policy violations, I don't have any knowledge of

15   specific actions, but if there were                   11:15:11

16   policy-violating ads that were -- if -- if this was

17   an issue coming up very frequently and at high

18   volume, then I would assume that we were addressing

19   this with -- with Bytedance.

20        Q.   (By Ms. Weaver)  And when we tes- -- when   11:15:27

21   you testified earlier about Facebook's decision not

22   to pursue ███████████████████, you said that

23   was based on whether or not the business was

24   sustainable or really prioritizing other business

25   opportunities.                                        11:15:44
```

Page 80

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Did Facebook take into any -- into          11:15:45

 2     consideration any concerns about privacy with

 3     regard to prem- -- ███████████████ ?

 4              MR. DAVIS:  Objection.  Form.

 5              THE DEPONENT:  Just -- just to repeat,       11:16:07

 6     your question was, did we consider anything with

 7     respect to privacy in -- in making these decisions?

 8              MS. WEAVER:  Yes.

 9              THE DEPONENT:  Yes.

10              So I'm -- I'm not familiar with the --      11:16:21

11     with the exact details of these product

12     discussions.  But in any product decisions we make,

13     we do consider policy and privacy as one -- as one

14     of the dimensions of whether it makes sense to

15     proceed with -- with a decision or not.             11:16:42

16         Q.   (By Ms. Weaver)  And when you discussed

17     these topics with Mr. Osofsky in preparation for

18     your deposition, did you discuss privacy concerns

19     with regard to ███████████████ ?

20         A.   No.                                         11:16:56

21         Q.   Okay.  And looking at the bottom of the

22     page here, there are asterisks under the "Top

23     Advertisers" chart.

24              Do you see where it says, first, "Totals

25     are calculated without House Ads"?                   11:17:09
```

Page 81

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1        A.   Yes, I see that.                            11:17:17

2        Q.   What are "House Ads"?

3        A.   This refers to ads that we might run

4    internally.  For example -- and -- and not charge

5    an advertiser for.  An example is we -- we          11:17:35

6    sometimes run sort of public-service-announcement

7    ads.  We'll partner with nonprofits to run these,

8    and we are not billing any sort of revenue for

9    those ads.

10       Q.   And are there -- well, strike that.         11:17:48

11            Does Facebook track costs associated with

12   the running of house ads?

13            MR. DAVIS:  Objection.  Form.

14            THE DEPONENT:  The -- this -- this would

15   be something we -- we measure when we run those,     11:18:18

16   yes.

17       Q.   (By Ms. Weaver)  And looking at this

18   page, you see a reference to

19   "Post-Cambridge Analytica spend drop"?

20            Do you see that?                            11:18:32

21       A.   Yes.

22       Q.   And it refers to a 90-percent drop in

23   average daily spend for one category, and then a

24   50 percent drop in average daily spend for others.

25            Do you see that?                            11:18:43

                                              Page 82

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | MR. DAVIS:  Object to the form. | 11:18:45 |
| 2 | THE DEPONENT:  I see -- I see the | |
| 3 | greater-than-90-percent drop for one column of | |
| 4 | advertisers and greater-than-50-percent drop for -- | |
| 5 | for another column. | 11:18:59 |
| 6 | MS. WEAVER:  Fair enough. | |
| 7 | Q.   (By Ms. Weaver)  And what is "average | |
| 8 | daily spend"? | |
| 9 | A.   This should refer to their -- an | |
| 10 | advertiser's average daily spend on ads. | 11:19:11 |
| 11 | Q.   And is it your understanding that | |
| 12 | Facebook has the ability to calculate the drop in | |
| 13 | average daily spend, and it probably did so here | |
| 14 | based on internal tracking of -- of that average | |
| 15 | daily spend? | 11:19:29 |
| 16 | MR. DAVIS:  Object to the form. | |
| 17 | THE DEPONENT:  Yes. | |
| 18 | Q.   (By Ms. Weaver)  And so it would be | |
| 19 | possible for Facebook to identify the actual | |
| 20 | revenue amount that was the impact | 11:19:41 |
| 21 | post-Cambridge Analytica in this spend drop? | |
| 22 | MR. DAVIS:  Object to the form. | |
| 23 | THE DEPONENT:  Is your question about | |
| 24 | whether we could identify the actual booked revenue | |
| 25 | from these advertisers before and after | 11:20:04 |

Page 83

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    Cambridge Analytica, or?                           11:20:08

 2         Q.   (By Ms. Weaver)  If the daily spend is

 3    booked revenue, then, yes, I think that would be

 4    the -- the answer, right?

 5              MR. DAVIS:  Object to the form.          11:20:18

 6         Q.   (By Ms. Weaver)  Let me put it this way:

 7    This percentage was calculated on some numbers, not

 8    just a feeling, right?

 9         A.   That's correct.

10         Q.   Okay.  And those numbers exist at        11:20:25

11    Facebook somewhere, you would imagine, correct?

12         A.   Assuming we've retained the data for this

13    period, yes.

14         Q.   And so it would be possible, if asked,

15    for Facebook to provide the actual amount in        11:20:38

16    dollars of the spend drop that is set forth on this

17    chart for each of these entities, correct?

18              MR. DAVIS:  Object to the form.

19              THE DEPONENT:  If -- it -- it's not clear

20    from this chart which exact period the -- the --    11:20:58

21    the comparison is being made between, like which

22    date ranges.  But if that were clear, then it

23    should be possible for us to get to those numbers.

24              MS. WEAVER:  Fair enough.

25         Q.   (By Ms. Weaver)  Do you see at the lower  11:21:18
```

Page 84

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    left-hand corner the three asterisks that say --          11:21:19

 2         A.   Oh.

 3         Q.   -- "post-CA: 4/1 to 4/11 vs. pre-CA: 2/9

 4    [sic] to 3/16"?

 5         A.   Yes.  Yes.                                       11:21:29

 6         Q.   Do you think it's possible that refers to

 7    the time periods?

 8         A.   Yes.

 9         Q.   Okay.  Thank you.

10              Let's turn to the page ending at -861,          11:21:37

11    and Q2 -- it says there "Q2'18 Ads Revenue

12    Forecast."

13         A.   Yes.

14         Q.   And I just have a question here.

15              Do you see where it says, "Products -           11:21:59

16    Deprecation of Suggested Videos at the end of April

17    to drive 2pp deceleration in products"?

18              Do you see that?

19         A.   Yes.

20         Q.   Do you know what "2pp" means?                   11:22:11

21         A.   I would guess it stands for "2 percentage

22    points."

23         Q.   And do you a recollection that Facebook

24    deprecated suggested videos at the end of API 2018?

25              MR. DAVIS:  Objection.  Scope.                  11:22:39
```

Page 85

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              THE DEPONENT:  I was not and I'm not        11:22:40

2    familiar with this specific product decision.

3         Q.   (By Ms. Weaver)  Do you know who might

4    be?

5         A.   I don't believe he was at Facebook at the   11:23:11

6    time, but Beau Avril -- Avril might know where to

7    find an answer.

8              That's B-E-A-U.  Last name A-V, as in

9    "Victor," R-I-L.

10             MS. WEAVER:  Thank you very much.           11:23:26

11             I will ask you to turn, please, to the

12   page ending at -65 -- -865 [sic], and it says at

13   the top "CPMs - Decelerated and Lower Than

14   Forecast."

15             MR. DAVIS:  And, Ms. Weaver, did you say    11:23:46

16   -865?

17             MS. WEAVER:  I'm sorry, -864.  I

18   apologize.

19        Q.   (By Ms. Weaver)  What is "CPM"?

20        A.   It stands for "cost per milli," and that    11:24:00

21   means cost per thousand impressions.

22        Q.   And, again, what is an impression?

23        A.   It is, roughly, the number of -- when --

24   when an ad is shown.  We do have a -- a more

25   specific definition, which is, you know, when --    11:24:16
```

Page 86

1    like, that relates to when an ad actually loads on        11:24:18

2    someone's device.

3         Q.   And looking at "Worldwide CPMs" here, do

4    you see that there are initials in a column?

5         A.   Yes.                                            11:24:36

6         Q.   What are -- what do those initials

7    reflect?

8              MR. DAVIS:  Object to the form.

9              THE DEPONENT:  These initials relate to

10   places that ads can appear on our platforms.            11:24:53

11        Q.   (By Ms. Weaver)  And so can you decode

12   them for me?

13        A.   MF should stand for "mobile feed."  WF,

14   "Web Feed."  RHC, "Right-Hand Column."  SV I was

15   not previously familiar with, so I would be             11:25:20

16   guessing.  And AB I'm also not familiar with.  IA

17   should stand for "Instant Articles."  I think the

18   MGR should be "Messenger."  IGF should be

19   "Instagram Fee," and IGS should be "Instragram

20   Stories," and AN should be "Audience Network."          11:25:50

21        Q.   Thank you very much.

22             And then, at the next slide, which does

23   truly end in -865, do you see the header "CTR -

24   Declined" Year over Year "for 1st time Ever"?

25        A.   Yes.                                           11:26:10

                                                    Page 87

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q.   What is "CTR"?                                    11:26:10

2      A.   It stands for "click-through rate."

3      Q.   And this was tracked for North America;

4   is that right, on this page?

5           MR. DAVIS:  Object to the form.                   11:26:25

6           THE DEPONENT:  The table at the bottom

7   shows click-through rate broken down by each of

8   these major four regions globally, and NA stands

9   for "North America."

10     Q.   (By Ms. Weaver)  Great.  Thank you.               11:26:45

11          Turning to the next page -- I'm sorry,

12   two pages to end in Bates No. -869 [sic], do you

13   see where it lists revenue share, and it says "Ad

14   Break" there and "Suggested Videos"?

15          MR. DAVIS:  I'm sorry, Ms. Weaver, which          11:27:13

16   page are we talking about?

17          MS. WEAVER:  -868.

18          MR. DAVIS:  -868.  Okay.

19          THE DEPONENT:  Yes, I see that.

20     Q.   (By Ms. Weaver)  Okay.  So AB may be "Ad          11:27:24

21   Break."  SV is "Suggested Videos."  IA is "Instant

22   Articles," as you said; is that right?

23     A.   Yes.

24     Q.   Great.

25          Finally, please turn to the page ending           11:27:42

Page 88

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1   in -880.                                      11:27:44

 2        A.   Okay.

 3        Q.   Do you where it says, "Unblocking Ads in

 4   Q1 80% of Historical Trend"?

 5             Do you see that?                     11:28:11

 6        A.   Yes.

 7        Q.   Do you have an understanding as to what

 8   that's referring to?

 9        A.   No.

10        Q.   Do you know what it means to block ads?  11:28:53

11        A.   I haven't heard the term before, but my

12   guess would be it refers to some of our business

13   integrity work.

14        Q.   Okay.  Great.  Thank you.

15             So we've discussed a little bit clicks,  11:29:41

16   views, and impression.

17             Do you recall that?

18             Thanks, Matt.

19        A.   I'm sorry, the question was --

20        Q.   So Facebook --                       11:29:50

21        A.   -- do you --

22        Q.   Yeah.

23             Facebook receives revenue, in part, by

24   payment for clicks, impressions, and views; is that

25   correct?                                        11:29:58
```

Page 89

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | |
|---|---|
| 1 | MR. DAVIS:  Objection.  Form. | 11:30:01 |

1          MR. DAVIS:  Objection.  Form.                    11:30:01

2          THE DEPONENT:  We do receive payment for

3     ads based on impressions and for link clicks.  In

4     the past, we have also allowed advertisers to pay

5     for ads by number of video views, but I'm not       11:30:16

6     certain if we still offer that option.

7          Q.   (By Ms. Weaver)  And how does Facebook

8     track and report that activity; clicks,

9     impressions, views, or video -- I'm sorry.

10          Is -- are views different than video          11:30:34

11     views?

12          A.   We -- vid- -- videos are -- are what we

13     allowed previously as a billing option for ads.

14     "Views" could be used as a broader term of --

15     relating to views of different types of content.   11:30:50

16          Q.   Fine.  Then I'm going to separate it out

17     and say there are four categories:  Clicks,

18     impressions, views, and video views.

19          With -- sorry, go ahead.

20          A.   For -- for billing purposes, we           11:31:05

21     allowed -- we allow or have allowed advertisers to

22     pay per impression, link clicks, video views, and

23     app installs as kind of the major categories.

24          Q.   Links click, views video, and app

25     installs?                                           11:31:36

Page 90

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1          A.    And impressions, yes.                    11:31:37

 2          Q.    And impressions.

 3                And so for each of those -- and you can

 4    take them one by one -- how does Facebook track and

 5    then report to those third parties the results that  11:31:46

 6    would trigger payment?

 7                MR. DAVIS:  Objection.  Foundation.

 8                THE DEPONENT:  We log when these events

 9    happen.  There is some -- there are some steps

10    around verification on whether these events are      11:32:19

11    billable that are -- define -- the process is

12    defined and managed by our accounting team, and --

13    sorry.  Can you -- could you repeat your question.

14    I think I'm missing the end of it.

15          Q.    (By Ms. Weaver)  So how -- you're right,  11:32:40

16    because it's in multiple steps, so we can break it

17    down.

18                So, first, you say that Facebook logged

19    these events, and where does Facebook log these

20    events, and what team is responsible for that?       11:32:52

21                MR. DAVIS:  Objection.  Form and scope.

22          Q.    (By Ms. Weaver)  Well, let me just

23    rephrase it and explain why I'm asking.

24                I'm trying to figure out how Facebook

25    proves to third party that they should be paid for   11:33:04
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    these events, and so the first step would be:  They      11:33:07

 2    log it, and then somehow they present it to the

 3    third parties.  The third parties look at it and

 4    decide:  Okay.  You're right.  We're going to pay

 5    you for that.                                            11:33:17

 6              That is my rudimentary understanding, but

 7    I'm here to explore why.

 8              So the first step, just to repeat the

 9    question, is:  You said that for these events --

10    link clicks, impressions, video reviews, and app        11:33:26

11    installs -- Facebook logs the events; is that fair?

12              MR. DAVIS:  Objection.  Form.

13              THE DEPONENT:  For -- for these events

14    that we are using for billing, we -- we do do

15    logging for these events.                               11:33:46

16       Q.   (By Ms. Weaver)  And what teams are

17    responsible for the logging?

18       A.   Our data engineering teams would be the

19    first people responsible to set up the mechanisms

20    for logging.                                            11:34:03

21       Q.   And then the next -- does the logging

22    team then report to the team that interfaces with

23    Facebook's business partners and re- -- roll that

24    into a report that is then sent to the third

25    parties?                                                11:34:29
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MR. DAVIS:  Objection.  Form.                11:34:29

 2              THE DEPONENT:  I think that the data

 3      engineering team is responsible for setting up the

 4      mechanisms to track when these billable events

 5      happen; set up data pipelines to make sure that,    11:34:44

 6      you know, these event -- events are counted and

 7      aggregated in some databases.

 8              Our finance team then works with the same

 9      databases to understand, of the events that

10      happened, which we are actually able to bill for.   11:35:05

11      Again, there are complex policies that -- that have

12      been formed and that they use to kind of arrive at

13      the final number.

14              Once they arrive at the final number,

15      they will also -- they are also responsible for     11:35:23

16      producing the invoices that are sent to advertisers

17      that they are responsible for paying.

18         Q.   (By Ms. Weaver)  And so, for example, for

19      app installs, there should be invoices that were

20      sent on a monthly basis to the partners who are     11:35:43

21      paying Facebook for those app install events; is

22      that right?

23              MR. DAVIS:  Objection.  Form.

24              THE DEPONENT:  The frequency of the

25      invoices would depend on the advertiser's payment   11:36:01
```

Veritext Legal Solutions
866 299-5127

```
 1    method and, I believe, also on some billing           11:36:07

 2    settings that they are able to configure.

 3         Q.   (By Ms. Weaver)  And somewhere Facebook

 4    has an internal system that is reflecting when the

 5    invoice went out and whether it was paid; is that      11:36:21

 6    right?

 7              MR. DAVIS:  Objection.  Form.

 8              THE DEPONENT:  We do keep track of when

 9    invoices are sent out and -- and when they are

10    paid.                                                  11:36:39

11         Q.   (By Ms. Weaver)  Okay.  And those are

12    records that are regularly maintained at Facebook

13    and available, right?

14              MR. DAVIS:  Objection.  Form.

15              THE DEPONENT:  We should keep records of     11:36:54

16    this.  I'm not sure on, you know, retention

17    periods.  Yeah.

18         Q.   (By Ms. Weaver)  Are you familiar with

19    the term "custom audiences"?

20         A.   Yes.                                         11:37:22

21         Q.   What are "custom audiences"?

22         A.   They are one of the targeting products we

23    offer for advertising.

24         Q.   And what is a "targeting product"?

25         A.   These are ways advertisers can specify       11:37:40
```

Page 94

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    their -- the desire -- their desired audience for        11:37:45

 2    their ads.

 3         Q.   And just as a definitional question, when

 4    you say "advertisers," would that also, for

 5    example, include political organizations that          11:37:56

 6    aren't, per se, selling anything?

 7              MR. DAVIS:  Object to the form.

 8              THE DEPONENT:  When I say "advertisers,"

 9    I'm referring to anyone who is purchasing ads on

10    our platform.                                          11:38:15

11         Q.   (By Ms. Weaver)  Okay.  And how can

12    advertisers specify their desired audience for

13    their ads?

14              MR. DAVIS:  Object to form.

15              THE DEPONENT:  They -- they would do so       11:38:46

16    via our targeting products.

17         Q.   (By Ms. Weaver)  And how does -- which

18    targeting products in specific -- specifically are

19    you referring to?

20              MR. DAVIS:  Obj- -- object to the form.       11:38:54

21              THE DEPONENT:  We offer a number of

22    targeting products and targeting options to -- as

23    people set up ads using our interfaces, and they

24    can include things like demographics, age, gender,

25    location.  There are some behavioral options or        11:39:20
```

Page 95

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | things along the lines of interest, so I can target | 11:39:27 |
| 2 | people interested in sports.  I can target people | |
| 3 | interested in food and cooking, things along that | |
| 4 | line -- things along those lines, and we -- we | |
| 5 | als- -- also offer things like custom audience | 11:39:41 |
| 6 | where an advertiser can actually say, "Here is | |
| 7 | a" -- "I want to reach people like my current | |
| 8 | customers," and there's a way for an advertiser to | |
| 9 | take a list of their existing customers and convert | |
| 10 | that into an audience that they can use for their | 11:40:08 |
| 11 | Facebook-ads targeting. | |
| 12 | Q.  (By Ms. Weaver)  And how does Facebook | |
| 13 | report, then, the measurement of whatever metric | |
| 14 | those paying partners are seeking? | |
| 15 | MR. DAVIS:  Object to the form. | 11:40:31 |
| 16 | THE DEPONENT:  Sorry, could you clarify a | |
| 17 | bit more what -- what you are interested in? | |
| 18 | MS. WEAVER:  Sure. | |
| 19 | Q.  (By Ms. Weaver)  So if a -- let's say a | |
| 20 | company like Procter & Gamble wants to send ads and | 11:40:47 |
| 21 | says, "I want to target this audience with -- for | |
| 22 | impressions and clicks," what are the mechanisms by | |
| 23 | which Facebook then reports back -- I mean, we have | |
| 24 | talked about the reports, but does -- how does | |
| 25 | Facebook actually track the events? | 11:41:06 |

Page 96

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            MR. DAVIS:  Object to the form.              11:41:10

 2            THE DEPONENT:  Are -- are you asking how

 3     we track the events, like impressions and

 4     clicks that --

 5            MS. WEAVER:  Right.                           11:41:20

 6            THE DEPONENT:  -- the advertiser is

 7     interested in?

 8            MS. WEAVER:  Yes.

 9            THE DEPONENT:  Similar to the -- our

10     previous conversation, we do log events relating to  11:41:29

11     activity on ads, including impressions, clicks,

12     video views for ads that includes videos and a host

13     of other metrics.  And, you know, we have data

14     engineering teams who are responsible for building

15     the mechanisms to -- to log these events.            11:41:55

16        Q.   (By Ms. Weaver)  I'm sorry.  I'm going to

17     withdraw my question because I'm asking you the

18     wrong question.

19            Does Facebook allow third parties to

20     target users based on identifiers, such as device   11:42:07

21     identifiers, or did -- has it at any time during

22     the class period?

23            MR. DAVIS:  Objection.  Form and scope.

24            THE DEPONENT:  Two examples come to mind

25     where device identifiers have been involved in the   11:42:49
```

Page 97

```
 1    targeting options we have offered to advertisers --        11:42:59

 2    to some advertisers.

 3         Q.   (By Ms. Weaver)  And what are those?

 4         A.   So we spoke -- so for the first example,

 5    we spoke earlier about some partnerships we had            11:43:10

 6    with the ████████████████████████████████

      ██████████████████████████████████

      ████████████████████████████

      ████████████████████████████████████.

10         So we could see, for example, if someone            11:43:40

11    was accessing a ██████████████████████

      ██████████████████████████████████

      ████████████████████████████

      ██████████████████████████████████

      ████████████████████████████████          ██████████

      ██████████████████████████████████

      ████████████

18         Another important example of using device

19    identifiers in ads targeting is for mobile app

20    install apps, and, you know, for -- for advertisers        11:44:26

21    using ads to drive installs of a mobile app or

22    purchases that might occur within a mobile app, an

23    important thing for these advertisers is to know

24    who is installing their app and who is -- who is

25    actually then going on to pur- -- make purchases          11:44:50
```

Page 98

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1   in- -- inside -- inside an app.  And so we have          11:44:54

 2   offered targeting options relating to those aspects

 3   that leverage device identifier information.

 4        Q.   Okay.  I'll ask you to -- well, actually,

 5   really quickly, in both of those examples, the           11:45:11

 6   users were being targeted technically using their

 7   IDFA, but were they also being targeted based on

 8   certain characteristics that the advertiser was

 9   seeking to stimulate a response?

10             MR. DAVIS:  Objection --                        11:45:32

11        Q.   (By Ms. Weaver)  And let me -- let me ask

12   it this way, and then I will read the question

13   back.

14             So it wasn't just everybody who has an

15   iPhone.  It was women in Oakland who are over 50          11:45:38

16   who also had a iPhone, but there -- were there

17   other characteristics that are targeted by the

18   advertiser, and then the IDFA is a mechanism for

19   identifying whether or not they have a phone?

20             MR. DAVIS:  Object to the form and scope.       11:45:57

21             THE DEPONENT:  So -- I will try to break

22   that down to clarify how -- the different targeting

23   options we do offer.

24             MS. WEAVER:  Thank you.

25             THE DEPONENT:  So there is always,              11:46:20
```

Page 99

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    you know, regardless of whether any device          11:46:23

 2    identifiers are used, the ability for an advertiser

 3    to, you know, set many different targeting

 4    criteria -- to apply different targeting criteria

 5    to an ad, including location, you know, gender,      11:46:39

 6    et cetera, interest, that kind of thing.

 7           You actually brought up another example

 8    of where we do use -- we have, historically,

 9    offered targeting options that leverage device

10    identifiers, which is historically -- I'm not sure   11:46:54

11    if this is still the case, but, historically, we

12    did offer the option to target based on device

13    type, so based on -- on -- on device usage of an

14    individual.

15           The -- the -- the -- the use case that I      11:47:10

16    was actually trying to describe originally was

17    around activity with mobile apps and within mobile

18    apps.  And so for an advertiser -- for a mobile app

19    advertiser, they may specifically be interested in

20    knowing:  If I show an ad to a person, are they      11:47:33

21    likely to install my app, or if I show an ad to a

22    person, are they likely to make purchases within my

23    app.

24           And in order for us to show ads to people

25    more likely to install an app or make certain        11:47:51
```

Page 100

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    in-app events and also to provide reporting for        11:47:54

2    advertisers -- back to advertisers so they can

3    understand the connections between showing ads and

4    those events, that also requires the use of device

5    identifiers, and so that's one other way that          11:48:09

6    that's related -- that -- that device identifiers

7    have related to the targeting options we offer.

8         Q.   (By Ms. Weaver)  Is the reporting that

9    you are referring to sometimes call "analytics"?

10        A.   That wouldn't be an official term we use      11:48:29

11   for it internally, but others may call it that.

12        Q.   What is the term that you refer to it

13   internally?

14        A.   "Ads reporting."

15        Q.   Okay.  Are you also familiar with             11:48:40

16   lifetime value reports?

17             MR. DAVIS:  Object to the form.

18             THE DEPONENT:  I'm familiar with the

19   concept.

20        Q.   (By Ms. Weaver)  And what is the concept?     11:48:54

21        A.   Within the context of app ads

22   specifically, advertisers are often interested to

23   know -- well, within the context of apps

24   specifically, businesses with apps are interested

25   to know how much a customer is going to be worth to     11:49:19
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    that business over the lifetime of their being a          11:49:27

 2    customer for that business.

 3         Q.   And does Facebook help calculate lifetime

 4    value of users for some of its third-party

 5    partners?                                                  11:49:45

 6              MR. DAVIS:  Objection.  Form.

 7              THE DEPONENT:  Are you asking if we

 8    re- -- like, try to show these metrics in our ads

 9    reporting, or -- or are you asking about something

10    else specifically?                                         11:50:18

11              MS. WEAVER:  Well, I am trying just to

12    understand your testimony.

13              You said, "... within the context of

14    apps, businesses with apps are interested to know

15    how much a customer is going to be worth to that          11:50:25

16    business over the lifetime of their being a

17    customer for that business."

18         Q.   (By Ms. Weaver)  Does Facebook calculate

19    lifetime value for -- of customers, either for

20    itself or for its business partners?                      11:50:37

21              MR. DAVIS:  Objection.  Form.

22              THE DEPONENT:  It's not something we

23    calculate for ourselves, for our own business, and

24    with respect to apps businesses -- other apps

25    businesses, I don't -- I don't think we are in a          11:50:59
```

Page 102

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    great position to be able to calculate or make        11:51:01

 2    projections for other businesses.

 3              MS. WEAVER:  Okay.  I will show you -- if

 4    you turn to Exhibit 365.

 5              (Exhibit 365 was marked for                  11:51:16

 6    identification by the court reporter and is

 7    attached hereto.)

 8              MS. WEAVER:  Let me know when you have it

 9    up.

10              THE DEPONENT:  Yes, I have it.              11:51:36

11        Q.   (By Ms. Weaver)  And I will be asking

12    some questions about this doc, but specifically

13    turning to the page ending -556, do you see where

14    it says "Mobile Measurement Partners"?

15        A.   Yes.                                         11:51:54

16        Q.    And it says, "As part of Mobile Ads, we

17    send user data (keyed on IDFA) to select

18    measurement partners to generate lifetime value

19    reports on behalf of developers.  This allows

20    developers to determine the value of their users    11:52:07

21    without having direct access to the ad from which

22    the user originated."

23              Do you see that?

24        A.   Yes.

25        Q.    And that's what I'm referring to.          11:52:18
```

Page 103

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Are you aware of fas- -- Facebook helping      11:52:20

 2    measurement partners generate lifetime value

 3    reports?

 4         A.   I see.

 5              In -- in -- in the context of this             11:52:30

 6    document and generally, these -- these mobile

 7    measurement partners -- part of the value they

 8    provide to developers is that they offer

 9    measurement -- they offer developers ways to

10    measure things that are important to their --          11:52:56

11    their -- their mobile app business.

12              The -- what -- what I'm aware of with

13    respect to the information we share with mobile

14    measurement partners is that we do send information

15    to help these partners illustrate the effectiveness    11:53:21

16    of ad spend across different advertising channels

17    for these developers.

18         Q.   And who are mobile measurement partners?

19              MR. DAVIS:  Objection.  Form.

20              THE DEPONENT:  Are -- are you asking what      11:53:48

21    they do, or looking for names of partners?

22              MS. WEAVER:  Both.

23              THE DEPONENT:  So, again, I think,

24    you know, app -- app developers have a variety

25    of -- of different measurement needs as they -- as      11:53:59
```

Page 104

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    they -- as they evaluate their business, so these        11:54:04

2    are a set of businesses that help specifically

3    with those -- with those use cases.

4             Some examples of mobile measurement

5    partners are AppsFlyer, Adjust, and Kochava.  There       11:54:17

6    are many others.

7         Q.   (By Ms. Weaver)  I'm sorry.  I didn't

8    catch that, the names of the companies.

9         A.   Oh, AppsFlyer.

10        Q.   Right.                                           11:54:34

11        A.   Adjust and -- and Kochava are -- are --

12   are some that come to mind, but there are many

13   others.

14        Q.   And has Facebook engaged in this process

15   of sending user data keyed on IDFA to measurement         11:54:45

16   partners to generate lifetime value reports over

17   the course of the class period, or is there a time

18   period specifically when they engaged them at

19   practice?

20             MR. DAVIS:  Object to the form.                  11:55:01

21             THE DEPONENT:  I am not certain if there

22   was a specific time period where we have done this,

23   but -- yeah, not -- not sure on a specific time

24   period.

25        Q.   (By Ms. Weaver)  And IDFA, of course, is        11:55:21
```

Page 105

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    the unique identifier associated with Apple            11:55:23

 2    devices; is that right?

 3         A.   That's correct.

 4         Q.   And that -- strike that.

 5              And do you know if Facebook can generate       11:55:35

 6    records that reflect the -- its calculation of

 7    lifetime value sent to these measurement partners?

 8              MR. DAVIS:  Object to the form.

 9              THE DEPONENT:  So I don't believe we were

10    sending information on lifetime value to these          11:56:03

11    partners, but, rather, it's the measurement

12    partners who are generating these reports, and our

13    role is that we would share some information; for

14    example, how many in-app events happened as a

15    result of ads or app installs that happen as a          11:56:23

16    result of ads.  That might be inputs into these

17    lifetime value reports prepared by other parties.

18         Q.   (By Ms. Weaver)  And what is the

19    information that Facebook was sharing about users

20    so that they could generate lifetime value reports?     11:56:38

21              MR. DAVIS:  Objection.  Form.

22              THE DEPONENT:  I think some examples of

23    information we would share are:  The number of ads

24    shown to individuals, the number of installs that

25    happen as a result of these ads, and the number of      11:56:56
```

                                              Page 106

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    in-app purchases that happened as a result of these    11:56:59

 2    apps.

 3         Q.   (By Ms. Weaver)  Does Facebook share

 4    information about the users themselves, including

 5    user-generated content or categories that they fall    11:57:16

 6    in for which the third parties are targeting them

 7    for those ads?

 8              MR. DAVIS:  Object to the form.

 9              THE DEPONENT:  We would not share

10    user-generated content.  We may have shared in the     11:57:30

11    past data about the ads, which might include the

12    targeting parameters implemented for those ads.

13         Q.   (By Ms. Weaver)  And when you say "the

14    targeting parameters implemented for those ads,"

15    what do you mean?                                      11:58:09

16         A.   So -- and -- and this is what I -- I'm

17    not sure if this happened, but it's possible.  But,

18    like, if -- if we -- when -- when an advertiser

19    sets up an ad -- I think, actually, you could

20    probably, like, retract this because, actually, I     11:58:36

21    don't think there's any reason we would actually

22    share an ad setup with a mobile measurement

23    partner, but what I'm -- what -- what I was

24    referring to was when you set up an ad -- when a

25    person sets up an ad, they will -- they will be       11:58:49
```

Page 107

```
 1    able to set specific targeting options to associate      11:58:51

 2    with that ad to specify their desired target

 3    audience.  And I am not sure if that information

 4    was ever visible to mobile measurement partners.  I

 5    can't think of a reason why it would be.                  11:59:06

 6         Q.   So the mobile -- the advertiser comes to

 7    Facebook and says, "This is who I want to target.

 8    These are the parameters."  The ad is run, and then

 9    Facebook provides data back associated with the

10    IDFA about -- to allow those measurement partners        11:59:23

11    to calculate lifetime value reports; is that right?

12              MR. DAVIS:  Object to the form.

13              THE DEPONENT:  My understanding is we --

14    yes -- yes, an -- an app advertiser runs an ad,

15    and, then, if they are working with a measurement        11:59:43

16    partner, then we would provide that mobile

17    measurement partner with information on which

18    individual saw ads and which individuals took

19    actions after seeing those ads, and that

20    information would be used by the measurement             11:59:59

21    partners to provide some sort of measurement.

22              MS. WEAVER:  Okay.  I would like you to

23    take a look at Exhibit 366.

24              (Exhibit 366 was marked for

25    identification by the court reporter and is              12:00:09
```

Page 108

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    attached hereto.)                              12:00:09

 2            THE DEPONENT:  Okay.

 3       Q.   (By Ms. Weaver)  And have you seen

 4    Exhibit 366 before?

 5       A.   Yes.                                    12:00:33

 6       Q.   When did you last see it?

 7       A.   I think that I last saw this yesterday.

 8       Q.   And do you know what it is?

 9       A.   It appears to be a summary of statistics

10    relating to our platform products for over a period  12:00:57

11    of a couple weeks.

12       Q.   Okay.  And I would like to ask you to

13    turn to the page ending in -459.

14            And while we are getting you there,

15    actually, do you know who generated these        12:01:27

16    statistics, or how they were generated?

17            MR. DAVIS:  Object to the form.

18            THE DEPONENT:  Sorry.  I'm simultaneously

19    trying to get to -459.

20            MS. WEAVER:  Sorry.                       12:01:49

21            THE DEPONENT:  Okay.  I do not know who

22    generated this report, but it -- generally how we

23    would -- how -- how such a report would be -- would

24    be generated, we would be logging specific events

25    in -- in our systems for platform somewhat similar  12:02:06
```

Page 109

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    to what we do for ads.                              12:02:11

 2         Q.   (By Ms. Weaver)  And turning to the page

 3    ending at -459, which is what you're looking at

 4    right there, just for -- for some definitional

 5    purposes, what is "Canvas"?                         12:02:28

 6         A.   "Canvas" refers to desktop apps within

 7    the Facebook service.

 8         Q.   And this chart here says "Canvas DAU per

 9    FB DAU for Friend Count."

10         Do you see that?                               12:02:48

11         A.   Yes.

12         Q.   What is your understanding of what that

13    title seems to represent the chart underneath it

14    reflects?

15         MR. DAVIS:  Object to the form.                12:03:01

16         THE DEPONENT:  So I would interpret this

17    table to reflect -- you take daily users -- daily

18    active users of Canvas, divide by that Facebook

19    daily users, and then look at the distribution of

20    that by the number of friends a person has.        12:03:32

21         Q.   (By Ms. Weaver)  And so can Facebook

22    isolate the number of friends a person has at any

23    given point in time, or does it only maintain the

24    current count?

25         MR. DAVIS:  Objection.  Scope.                 12:03:51
```

Page 110

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              THE DEPONENT:  I'm not sure how -- how      12:03:55

 2     the logging for friend count is handled and how --

 3     how long of a look-back window we have on that

 4     information.

 5        Q.   (By Ms. Weaver)  Do you know who might       12:04:07

 6     know?

 7              MR. DAVIS:  Objection.  Scope.

 8              THE DEPONENT:  The -- the data

 9     engineering team would know, most likely.

10        Q.   (By Ms. Weaver)  Okay.  Looking at the       12:04:20

11     next page, which is ending at -460, do you see it

12     says "Top Apps by Expected 28d Lifetime Value"?

13        A.   Yes.

14        Q.   Does "28d" there refer to 28 days?

15        A.   Yes.                                         12:04:42

16        Q.   And what does "lifetime value" refer to?

17        A.   This should refer to lifetime value of a

18     person for the business whose app this is.

19        Q.   And do you specifically know how Facebook

20     calculated lifetime value for users, as in, what    12:05:05

21     are the components of the formula?

22              MR. DAVIS:  Objection.  Form.

23              THE DEPONENT:  I'm not aware of any

24     specific formulas, but I would expect that an

25     important component in projecting lifetime value is  12:05:29
```

Page 111

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    looking at the number of in-app purchases from           12:05:33

 2    people.

 3         Q.   (By Ms. Weaver)  Okay.  And turning to

 4    the page ending -473 -- this is page 64 -- and I

 5    will direct your attention to "Expected LTV 28          12:05:51

 6    (average L28 for users who installed 28 days ago)."

 7         A.   I see that line.

 8         Q.   Did Facebook also project lifetime value

 9    of users?

10              MR. DAVIS:  Object to the form.              12:06:25

11              THE DEPONENT:  It -- it seems that, per

12    this table, we did.

13         Q.   (By Ms. Weaver)  And do you know who we

14    might talk to to understand how lifetime value is

15    calculated?                                            12:06:35

16         A.   In the context of this table, someone who

17    worked on platform may know -- during this time

18    period of 2012, may know.

19         Q.   And how about today; who is involved in

20    the calculation of lifetime value today?               12:06:58

21              MR. DAVIS:  Objection.  Form.

22              THE DEPONENT:  I'm uncertain if we

23    calculate lifetime value today in a similar way.

24         Q.   (By Ms. Weaver)  Other than 2012, do you

25    know of anybody else who might -- well, strike         12:07:12
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    that.  Let me ask a better question.              12:07:16

 2            Can you identify anybody who was involved

 3    in the calculation of lifetime value at Facebook at

 4    any point in time?

 5        A.   I don't know of specific names of people   12:07:29

 6    who were.

 7        Q.   Do you know the names of teams?

 8        A.   I assume we also had a data engineering

 9    team back in 2012, and -- and they should be able

10    to at least point to who -- who has more details.   12:07:48

11            MS. WEAVER:  Okay.  Great.

12            Let's take a quick break.

13            THE VIDEOGRAPHER:  Okay.  We are off the

14    record.  It's 12:08 p.m.

15            (Recess taken.)                             12:09:19

16            THE VIDEOGRAPHER:  We are back on the

17    record.  It's 1:01 p.m.

18        Q.   (By Ms. Weaver)  Good afternoon, Ms. Lee.

19            You understand you are still under oath,

20    correct?                                            01:01:37

21        A.   Yes.

22        Q.   Okay.  Let's return to Exhibit 365, if we

23    could, and I will direct your attention to the

24    second page that begins with:  "Sharing User Data

25    with Advertisers."                                  01:02:01
```

Page 113

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            As you see where -- it says, "As part of       01:02:02

 2      ████████████████████████████████████

 ▮      ██████████████████████████████████████

 ▮      ████████████████████████████████████

 ▮      ████████████████████████████████████████    ██████████

 ▮      ██████████████████████████████████████████

 ▮      ██████████████████████████████████████████

 ▮      ██████████████████

 9            Do you see that?

10      A.    Yes.                                           01:02:25

11      Q.    Are -- are you familiar with

12      ██████████████████?

13      A.    I have --

14            MR. DAVIS:  Objection.  Scope.

15            THE DEPONENT:  I am not.                        01:02:31

16      Q.    (By Ms. Weaver)  Do you know if it was

17      launched?

18            MR. DAVIS:  Same objection.

19            THE DEPONENT:  I do not.

20      Q.    (By Ms. Weaver)  And if it were launched        01:02:40

21      and there was a barter exchange of data, what is

22      your understanding of how Facebook would have

23      booked revenue for that exchange, based on your

24      conversations, presumably, with Bonnie and Seetha?

25            MR. DAVIS:  Objection.  Form and scope.          01:02:57
```

Page 114

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              THE DEPONENT:  I don't have an any        01:03:03

 2    understanding if this did launch, so I wouldn't be

 3    able to speak to how revenue could have been

 4    booked, if it did.

 5        Q.   (By Ms. Weaver)  Did you discuss whether   01:03:13

 6    or not Facebook booked revenue for any data

 7    exchange at all?

 8        A.   No.

 9              MR. DAVIS:  Objection.  Form.

10        Q.   (By Ms. Weaver)  Do you know if Facebook   01:03:26

11    booked revenue when it provided data to data

12    brokers and data brokers provided data to Facebook?

13              MR. DAVIS:  Objection.  Form.

14              THE DEPONENT:  I'm not aware of any

15    instances where we booked revenue after giving data 01:03:51

16    to data brokers.

17        Q.   (By Ms. Weaver)  Are you aware of the

18    Customer Match program?

19        A.   I am aware of the concept of matching as

20    it relates to some ads use indications.            01:04:13

21        Q.   And what are you thinking of

22    specifically?

23        A.   It's -- I'm thinking of the context that

24    we discussed a bit previously where, in mobile app

25    advertising, we want to be able to connect when we  01:04:41
```

Page 115

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    show ads to people with -- when -- whether those         01:04:50

 2    same people install a mobile app or take -- make an

 3    in-app purchase after -- after being shown an ad.

 4            And, in the past, we have relied on

 5    different methods of -- different methods to             01:05:13

 6    identify individuals to be able to -- to make those

 7    connections between showing an ad and -- and

 8    understanding if a person installed an app or took

 9    an in-app event.

10        Q.   Does Facebook have a policy for recording       01:05:39

11    the value of identifiers or information it receives

12    from third parties?

13            MR. DAVIS:  Objection.  Form.

14            THE DEPONENT:  I'm not aware of any such

15    policies.                                                01:06:01

16        Q.   (By Ms. Weaver)  Okay.  And looking at --

17    back at Exhibit 365, back to mobile ads,

18    there's a -- I'm still on page -556, and there's a

19    bullet point "iOS 7," and do you see where it says,

20    "Apple announced that iOS 7 would no longer allow        01:06:19

21    applications to track user activity by using any

22    identifier other than its own Identifier for

23    Advertising (IDFA).  Apple's decision will prevent

24    apps from having access to the device UDID, MAC

25    address, or any other identifier stored within the       01:06:39
```

Page 116

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    phone's shared memory space (such as the Facebook        01:06:41

 2    attribution ID)."

 3            Do you see that?

 4        A.   Yes.

 5        Q.   What is an "attribution ID"?                     01:06:48

 6            MR. DAVIS:  Objection.  Scope.

 7            THE DEPONENT:  I'm not familiar with this

 8    exact concept.

 9        Q.   (By Ms. Weaver)  Do you know whether an

10    attribution ID is how Facebook determines whether       01:07:09

11    or not performance under a contract has been

12    achieved; i.e., clicks or impressions that is,

13    thus, attributed to an event?

14            MR. DAVIS:  Objection.  Scope.

15            THE DEPONENT:  Yeah, again, I'm not              01:07:25

16    familiar with this term specifically, but based on

17    the name, it's -- appears to be an idea that was

18    used for attribution in some way.

19        Q.   (By Ms. Weaver)  Okay.  And then you see

20    where it says, "As a result, Facebook and all other     01:07:39

21    apps are keying collected and shared data to IDFA"?

22            Do you see that?

23        A.   Yes.

24        Q.   Do you know what "shared data" is

25    referred to here?                                        01:08:01
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MR. DAVIS:  Objection.  Scope.          01:08:02

 2              THE DEPONENT:  I don't know what this

 3    refers to specifically.

 4         Q.   (By Ms. Weaver)  Okay.  We discussed

 5    custom audience a little bit earlier.            01:08:11

 6              Do you recall that?

 7         A.   Yes.

 8         Q.   And do you see here that, on the next

 9    page, it says, "Custom Audiences using IDFA - We

10    are expanding our ad targeting capabilities to   01:08:22

11    allow developers to target ads to lists of IDFAs

12    that they upload to us.  Our terms require

13    developers to respect all relevant opt-out

14    controls," et cetera.

15              Are you familiar with the pro- -- the --   01:08:37

16    strike that.

17              Are you aware of whether Facebook did

18    allow developers to target ads to lists of IDFAs

19    that the developers then shared with Facebook?

20              MR. DAVIS:  Objection.  Form and scope.   01:08:56

21              THE DEPONENT:  I'm -- sorry.  Can you

22    repeat the question.

23              MS. WEAVER:  Yeah.  No problem.

24         Q.   (By Ms. Weaver)  Are -- are you aware of

25    whether Facebook allowed developers to target ads   01:09:17
```

Page 118

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | to IDFAs that the del- -- developers shared with | 01:09:21 |
| 2 | Facebook? | |
| 3 | MR. DAVIS:  Same objections. | |
| 4 | THE DEPONENT:  I see. | |
| 5 | I am not aware of -- of this happening -- | 01:09:37 |
| 6 | whether or not this happened, but based on my | |
| 7 | knowledge of custom audiences, I think that that | |
| 8 | wouldn't be quite an accurate characterization of | |
| 9 | how custom audiences work.  I think custom | |
| 10 | audiences is a product that allows for the creation | 01:09:59 |
| 11 | of targeting segments based on an advertiser's | |
| 12 | customer information. | |
| 13 | Facebook isn't receiving the customer | |
| 14 | information in this process.  We've built | |
| 15 | technologies such that none of the personally | 01:10:24 |
| 16 | identifiable information from the advertiser gets | |
| 17 | to us, and we don't have -- have visibility into | |
| 18 | that raw customer data file.  The -- the data is | |
| 19 | hashed and encrypted before a custom -- before a | |
| 20 | custom audience is formed that is actually usable | 01:10:45 |
| 21 | for targeting. | |
| 22 | Q.   (By Ms. Weaver)  Are you aware of any | |
| 23 | revenue recognition policy that Facebook had that | |
| 24 | did account for occasions when Facebook was | |
| 25 | receiving information about users from third | 01:10:59 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    parties?                                              01:11:04

2           MR. DAVIS:  Objection.  Form.

3           THE DEPONENT:  Sorry.  Could you repeat

4    the question one more time.

5           MS. WEAVER:  Yes.                              01:11:21

6       Q.  (By Ms. Weaver)  Are you aware of any

7    revenue recognition policy that Facebook had at any

8    point in the class peri- -- period that accounted

9    for occasions when Facebook was receiving user data

10   from third parties?                                   01:11:34

11          MR. DAVIS:  Objection.  Form.

12          THE DEPONENT:  I'm not aware of any such

13   policies.

14          (Exhibit 367 was marked for

15   identification by the court reporter and is          01:11:43

16   attached hereto.)

17          MS. WEAVER:  I will have you look at

18   Exhibit 367.

19          And while you are pulling it up and for

20   the record, it bears Bates No. FB-CA-MDL-01835372    01:11:55

21   through -379.  And it bears the words "Memorandum

22   of Understanding between ████    and Facebook."

23          MS. WEAVER:  Yes.

24       Q.  (By Ms. Weaver)  Do you recall earlier

25   that we saw ████   as listed as one of the top       01:12:17
```

Page 120

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1   advertisers in 2018 with Facebook?                    01:12:23

 2        A.   I don't recall seeing ██████ there

 3   specifically.

 4        Q.   Okay.  We don't have to go back to it,

 5   but it's there.                                        01:12:35

 6             Are you familiar with this contract?

 7        A.   I believe I have seen this document

 8   before.

 9        Q.   And is it a contract between ██████ and

10   Facebook executed on or around 2018?                   01:12:55

11             MR. DAVIS:  Objection.  Form.

12             THE DEPONENT:  I -- I don't know if this

13   contract was actually executed.

14        Q.   (By Ms. Weaver)  How would I find out

15   whether it was?                                        01:13:10

16        A.   Our sales team managing the relationship

17   with ██████ should be able to confirm.

18        Q.   Okay.  And turn to the page ending in

19   -373 at the bottom?

20        A.   Yes.                                         01:13:36

21        Q.   I think we need to scroll down.

22             Okay.  Do you see where it says, "Use of

23   ██████ Consumer Data (and more generally consumer

24   eMail/identifiers and associated data on-boarded by

25   ██████ onto the Facebook platforms)"?                  01:13:54
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            Do you see that?                              01:13:57

 2       A.   Yes.

 3       Q.   And do you see where it says, "██████

 4  Consumer Data encompasses all Consumer data

 5  on-boarded by ██████ on the Facebook platforms,        01:14:06

 6  and matched with Facebook platform User

 7  Identifiers"?

 8            Do you see that?

 9       A.   Yes.

10       Q.   So what does it mean when it says the        01:14:20

11  data was on-boarded and matched with Facebook

12  platform user identifiers?

13            MR. DAVIS:  Objection.  Form.  Scope.

14            THE DEPONENT:  I assume that the

15  reference here could include things like the custom    01:15:28

16  audiences product we discussed previously where

17  ██████  would have the opportunity to take a file

18  with their customer information and use Facebook

19  tools to create audiences for targeting for ads.

20       Q.   (By Ms. Weaver)  Okay.  Let me walk you      01:15:49

21  through a couple of these paragraphs, and then I'll

22  ask some questions.

23            Looking at the top, do you see

24  subheading B is:  "Use of consumer data gathered

25  through the Facebook Pixel Data (and more             01:15:59
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    generally, consumer data originated from  ████          01:16:02

 2    properties and gathered through Facebook tools)"?

 3              Do you see that?

 4        A.   Yes.

 5        Q.   And then this contract provides:            01:16:09

 6    "████  Pixel Data encompasses all the mechanisms

 7    provided to  ████  by Facebook to gather consumer

 8    behaviors on its digital properties, and develop

 9    insights for analytics, as well as consumer

10    segmentation and targeting on Facebook platforms    01:16:25

11    (i.e. including and not exclusively Facebook,

12    Instagram, Messenger, Whatsapp)."

13              Do you see that?

14        A.   Yes.

15        Q.   So do you understand that Facebook          01:16:38

16    created a  ████  pixel which allowed  ████  to

17    gather data about consumer behaviors, not just on

18    ████  platforms but also on the Facebook

19    platform?

20              MR. DAVIS:  Objection.  Form and scope.    01:16:55

21              THE DEPONENT:  My understanding is that

22    the reference here is about the Facebook pixel,

23    which is a tool that we provide all advertisers

24    with to allow for different targeting and

25    measurement use cases.                              01:17:22
```

Page 123

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1          Q.   (By Ms. Weaver)  Is it true that the          01:17:23

 2    pixel gathers data for both analytics and targeting

 3    and segmentation?

 4               MR. DAVIS:  Objection.  Scope.

 5               THE DEPONENT:  I would describe it as          01:17:39

 6    providing targeting capabilities and measurement,

 7    and so I think that's what they referred to as

 8    "analytics" here -- "insight and analytics."

 9               MS. WEAVER:  Thank you.

10          Q.   (By Ms. Weaver)  What is "consumer            01:17:52

11    segmentation"?

12               MR. DAVIS:  I'm going to object to the

13    form.  Scope.

14               THE DEPONENT:  My interpretation of this

15    language is the act of treating different groups of      01:18:05

16    consumers differently.  And so perhaps the

17    reference here is showing different ads to

18    different people via targeting.

19          Q.   (By Ms. Weaver)  Okay.  And looking back,

20    then, to where we started, it references here           01:18:29

21    ██████  consumer data is being defined in the

22    contract to include consumer data that ██████

23    brought to place- -- Facebook platforms and matched

24    with user identifiers, and is it possible that

25    "user identifiers" refers to some kind of ID, like      01:18:52
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    a TPID, a third-party ID?                          01:18:57

 2            MR. DAVIS:  Objection.  Form and scope.

 3            THE DEPONENT:  I don't see any reference

 4    to matching in this pixel section.

 5        Q.  (By Ms. Weaver)  Oh, sorry.  That's my     01:19:14

 6    fault.  I'm back down at the paragraph that's two

 7    paragraphs -- yeah, so I'm back to the first

 8    sentence we read and looking at the clause "and

 9    matched with Facebook platform user identifiers,"

10    and the question is:  Do you have an understanding  01:19:28

11    what those identifiers are?

12            MR. DAVIS:  Same objections.

13            THE DEPONENT:  I'm -- I'm not sure the

14    specific identifiers that are -- are being

15    referenced in -- by this document.                 01:19:53

16        Q.  (By Ms. Weaver)  Okay.  And then below

17    it, it says, "█████████ Consumer Data includes both

18    eMail/identifiers and associated data, as an

19    example and not exclusively:  EMails collected on

20    ██████ digital properties, eMails collected        01:20:07

21    through paper-based Loyalty programs and in store,

22    consumer Cookies that can be matched with Facebook

23    platforms User Identifiers for other means of

24    identification, associated data (consumer

25    interests, consumer purchases, segment, etc)."     01:20:23
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Do you see that?                        01:20:33

 2        A.   I see that.

 3        Q.   And so do you understand that this is

 4   proposing that the consumer data that ███████ will

 5   be bringing will then be matched with Facebook     01:20:39

 6   platform user identifiers or another way of

 7   identification?

 8             MR. DAVIS:  Objection.  Form and scope.

 9             THE DEPONENT:  In -- it -- I -- I agree

10   that the document suggests that there is -- that   01:21:01

11   this data from ██████ exists that can be -- can be

12   matched with various Facebook platform user

13   identifiers, but I do not know what specific

14   identifiers this document refers to.

15        Q.   (By Ms. Weaver)  Okay.  And so backing up 01:21:26

16   for a second, in terms of revenue recognition, in a

17   contract like this, how did Facebook arrange for

18   whatever the events are for which it paid for

19   ██████     You've talked about clicks, impressions,

20   views, video views -- did I get that right? -- but  01:21:46

21   we never discussed whether Facebook received

22   revenue for this kind of data matching?

23             MR. DAVIS:  Object to the form.

24             THE DEPONENT:  Is your question whether

25   Facebook did receive revenue for this kind of       01:22:08
```

Veritext Legal Solutions
866 299-5127

1    matching?                                              01:22:10

2            MS. WEAVER:  Yes.

3            THE DEPONENT:  I -- I have no knowledge

4    of any instances where -- where we would have

5    received revenue for -- for this kind of matching.     01:22:21

6        Q.   (By Ms. Weaver)  And just in terms of how

7    Facebook's contracts are structured, this agreement

8    doesn't reflect any events that trigger payment.

9            How were -- how were the contracts

10   normally structured, or is there sort of a form way    01:22:37

11   in which how Facebook receives revenue is laid out

12   in written contracts?

13           Let me ask a bad question, and then I'll

14   ask good one.

15           Sometimes there are top-level contracts,       01:22:50

16   and then there's another layer, and then there's

17   another piece that gets negotiated, and depending

18   on the industry, it may have a different name for

19   those nested added -- you know, additives

20   agreements.                                            01:23:02

21           Is there a standard way at Facebook with

22   regard to this kind of a agreement where subsequent

23   editions set forth how Facebook recognizes revenue?

24           That's the bad question.  Let me ask the

25   good one.                                              01:23:17

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Do you have an understanding as to how,       01:23:19

 2    as a general matter, Facebook establishes the

 3    events for which it receives revenue in its

 4    relationships with advertisers?

 5              MR. DAVIS:  Object to the form.              01:23:36

 6              THE DEPONENT:  For the most part, our

 7    contract with advertisers that guides what we can

 8    bill for and what they are responsible for paying

 9    is reflected in our self-serve ad terms.  So

10    that -- those are something that all advertisers     01:24:02

11    buying ads through our self-serve interfaces agree

12    to.

13              I'm aware of specific cases, often with

14    larger advertising agencies, where may have

15    additional terms that -- for ads buying that --      01:24:20

16    that -- that are agreed to.

17        Q.   (By Ms. Weaver)  Does Facebook sometimes

18    enter into revenue-sharing agreements?

19              MR. DAVIS:  Objection.  Form.

20              THE DEPONENT:  Are you asking about         01:24:47

21    revenue-sharing agreements with any specific types

22    of --

23              MS. WEAVER:  Third party.

24              THE DEPONENT:  -- parties?  Any

25    specifics?                                            01:24:59
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            MS. WEAVER:  Yeah, any -- just in        01:24:59

 2    general.

 3            THE DEPONENT:  Yes.  There are some --

 4    sometimes we enter into rev- -- revenue-share

 5    agreements.                                      01:25:10

 6       Q.   (By Ms. Weaver)  And with whom does

 7    Facebook enter into revenue-sharing agreements?

 8            MR. DAVIS:  Objection.  Form.

 9            THE DEPONENT:  There are -- I'm -- I'm

10    aware of a couple of use cases, and there are    01:25:24

11    likely more, depending on the area of the business.

12            Today, one use case that comes to mind is

13    we -- for -- for advertising is that we have a --

14    something we call the "Facebook audience network,"

15    which is a network of publishers that we partner  01:25:47

16    with to help advertisers extend the reach of their

17    ads to websites and apps outside of Facebook.

18            So this -- the benefit of this is it --

19    advertisers gets extended reach for their ads with,

20    you know, the same powerful targeting capabilities 01:26:11

21    that we offer for Facebook ads.  The benefit for

22    publishers in our network is that they are able to

23    sell more of their ads inventory that -- at -- at

24    rates that they find attractive.

25            And so we have a revenue-sharing          01:26:28
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    agreement with the publishers who are in this            01:26:30

 2    network, and I think it's something like -- based

 3    on the amount of ad spend that goes to the

 4    publisher, they would get a percentage of -- of

 5    that total spend.                                         01:26:46

 6              MS. WEAVER:  Great.

 7              Let's look at what I hope has been marked

 8    as Exhibit 368.

 9              (Exhibit 368 was marked for

10    identification by the court reporter and is              01:27:04

11    attached hereto.)

12              MS. WEAVER:  And for the record, as you

13    look at it and pull it up, it bears Bates

14    Nos. FB-CA-MDL-01994696 through -698.  Bears the

15    name Sheryl Sandberg at top and the date of             01:27:19

16    April 12th, 2012.  It's to Dan Rose.

17         Q.   (By Ms. Weaver)  Do you recognize

18    Exhibit 368?

19         A.   Yes.

20         Q.   What is it?                                    01:27:37

21         A.   It is an email thread discussing some

22    monetization opportunities relating to developers.

23         Q.   And who is Chris Daniels?

24         A.   I understand that he was on our business

25    development team at the time.                            01:28:04
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    Q.   Do you know where he is now?                    01:28:05

2    A.   I do not.

3    Q.   Okay.  And do you have an understanding

4    as to the subject matter of the email?

5         MR. DAVIS:  Object to the form.                  01:28:16

6         THE DEPONENT:  It -- it is -- it relates

7    to an assessment of various opportunities around

8    developers.

9    Q.   (By Ms. Weaver)  And looking at -- the

10   subject is -- sorry.  Just for the record, the        01:28:37

11   subject says, ██████████████████████████

12   right?

13   A.   That is what the subject line is.

14   Q.   Okay.  And looking a little lower, you

15   see the email where Mr. Daniels emailed Sam Lessin     01:28:49

16   and Mark Zuckerberg, copying Sheryl Sandberg and

17   others, and he wrote:  "Mark, Sam - Dan asked that

18   I take a first cut at swagging opportunity size on

19   ████████████████████████████████████████████

     ██████████.  Below are initial thoughts for feedback  01:29:05

21   and to frame a future discussion."

22        Do you see that?

23   A.   Yes.

24   Q.   And so is it your understanding that his

25   email that follows is an analysis of several           01:29:15

Page 131

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    possibilities that Facebook might engage in?          01:29:18

2          MR. DAVIS:  Object to the form.

3          THE DEPONENT:  I agree that it is an

4    assessment of several opportunities that Facebook

5    might engage in.  I actually disagree with his        01:29:32

6    characterization that these opportunities are about

7    selling access to data.

8          Q.   (By Ms. Weaver)  And do you see the

9    paragraph at the bottom where he says, "Last

10   thought was that I talked to BlueKai who runs a       01:29:49

11   data exchange about who captures value in their

12   world.  The piece of interesting information was

13   that they don't use" revenue "share as a business

14   model for data as the people that consume the data

15   are incentivized to not attribute sales to it..."     01:30:01

16          Do you see that?

17          A.   I see that, yes.

18          Q.   Has that been an issue for Facebook in --

19   when it's engaging in revenue-sharing agreements?

20          MR. DAVIS:  Object to the form.             01:30:13

21          THE DEPONENT:  I -- I'm sorry.  Could you

22   repeat the question?

23          MS. WEAVER:  Sure.

24          Q.   (By Ms. Weaver)  Has that been an issue

25   for Facebook when it's engaging in revenue-sharing    01:30:54
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1   agreements?                                          01:30:57

2        A.   Has this issue that BlueKai called out

3   been an issue for Facebook in our revenue-sharing

4   agreements?

5        Q.   Yes.                                       01:31:08

6        A.   It hasn't been an issue, to my knowledge,

7   and I think that's likely because we don't have a

8   business model like BlueKai describes here.

9        Q.   What's different?

10       A.   BlueKai runs a data exchange, and we do    01:31:28

11   not.

12       Q.   And what is the basis for your statement

13   that Facebook doesn't run a data exchange?

14       A.   My -- my understanding of -- of -- of

15   BlueKai's business model is that they are a broker   01:31:43

16   that buys and sells data, and that is not what

17   Facebook does.

18       Q.   So your understanding of the definition

19   of a broker is an entity that buys and sells data?

20       A.   That --                                     01:32:04

21            MR. DAVIS:   Object to the form.

22            THE DEPONENT:   That is my understanding

23   of what a data broker does.

24       Q.   (By Ms. Weaver)   Turning to the next

25   page, do you see where it says, "Personal Data (Ad   01:32:13

                                                Page 133

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    Network):  Behavioral targeting is about a"        01:32:17

2    $5 billion "industry (gross revenues)."

3            And the question is:  What is "behavioral

4    targeting"?

5        A.   My -- my -- my understanding of          01:32:36

6    behavioral targeting is it is the targeting for ads

7    based on actions that people take.

8        Q.   Are you familiar with the phrase "OBA"

9    being used internally at Facebook?

10           MR. DAVIS:  Object to the form and scope.  01:32:53

11           THE DEPONENT:  I have heard the term

12    "OBA" used in the context of ads at Facebook.

13       Q.   (By Ms. Weaver)  And what does it stand

14    for?

15       A.   I believe it's stands for "online        01:33:04

16    behavioral advertising."

17       Q.   And so does Facebook engage in online

18    behavioral advertising?

19           MR. DAVIS:  Object to the form.  Scope.

20           THE DEPONENT:  If you understand online    01:33:18

21    behavioral advertising to be targeting ads or -- or

22    providing ability to target ads based on people's

23    online actions, we -- we do -- we do offer

24    targeting options that -- that align with that

25    definition.                                      01:33:42
```

Page 134

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   (By Ms. Weaver)  And do you see where        01:33:42

 2   Mr. Daniels wrote:  "By simply starting a" Facebook

 3   "ad network leveraging" Facebook "user information

 4   off of the site, it seems like we could capture a

 5   big amount of ad" dollars "that are today BT or        01:33:53

 6   just standard display/ROI inventory and not yet

 7   BT"?

 8             Do you see that?

 9        A.   Yes.

10        Q.   What does "BT" stand for, if you know?       01:34:04

11        A.   I think it references "behavioral

12   targeting."

13        Q.   And he wrote:  "Also feels safer than

14   selling data to a 3rd party as the data remains in

15   our control."                                          01:34:20

16             Do you see that?

17        A.   Yes.

18        Q.   And so did Facebook, in fact, pursue this

19   avenue of engaging in behavioral targeting?

20             MR. DAVIS:  Object to the form.              01:34:34

21             THE DEPONENT:  This bullet point is about

22   building an ad network, and this is something we

23   did do.

24        Q.   (By Ms. Weaver)  And then a little bit

25   lower, do you see where it says ██████████            01:34:45
```

Page 135

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



1    A.   Yes.                                                    01:34:52

2    Q.   What does "███ refer to?

3    A.   It stands for ████████████████

4    Q.   And what does that mean?

5    A.   I understand it refers to a ███████        ██████████

     █  ████████████████████████████████████

7    Q.   And it says "(████████████████

8         Do you see that?

9    A.   Yes.

10   Q.   Is that reference to the same ██████       01:35:18

11   entity we were discussing earlier?

12   A.   I believe so.

13   Q.   And here it says, "████████████████████

     ██  ███████████████████████████████████████

     ██  ██████████████████████████        ████████████

     ██  ███████████████████████████████

     ██  █████████████████████████

18        Do you see that?

19   A.   Yes.

20   Q.   And does ██████ pay Facebook for           01:35:39

21   validating the identity of users?

22        MR. DAVIS:  Objection.  Fou- -- form.

23        THE DEPONENT:  ██████ no longer exists.

24   We -- we -- we deprecated the product, and when it

25   did exist, I am not familiar if -- ███████████   01:36:04

                                              Page 136

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    ███████████████████████████.              01:36:08

 2        Q.   (By Ms. Weaver)  Why did Facebook

 3    deprecate the product?

 4        A.   I am not familiar with the specific

 5    decisions behind the deprecation.           01:36:20

 6        Q.   And what do you mean when you say

 7    "deprecate"?

 8        A.   We shut down the service.

 9        Q.   Does ██████ the company, still exist?

10             MR. DAVIS:  Objection.  Form.       01:36:31

11        Q.   (By Ms. Weaver)  Was █████ a Facebook

12    entity?

13        A.   I understand it was a company that we

14    acquired.

15        Q.   I see.  Okay.  Interesting.         01:36:41

16             Do you see where it says "██████

17    ███████  below?

18        A.   Yes.

19        Q.   And does that refer to the █████████

20    concept that we discussed earlier?          01:36:53

21        A.   Yes.

22             MS. WEAVER:  Okay.  How about tab 17.

23             (Exhibit 369 was marked for

24    identification by the court reporter and is

25    attached hereto.)                           01:37:12

                                        Page 137
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              MS. WEAVER:  We'll mark, as Exhibit 369,      01:37:15

2    a document bearing Bates No. FB-CA-MDL-02148187.

3              And for the record, it is an email from

4    Allison Hendrix dated September 8th.

5         Q.   (By Ms. Weaver)  And let me know when       01:37:42

6    you've had a chance to review it.

7         A.   Okay.  I have reviewed it.

8         Q.   What is Exhibit 369?

9         A.   It is a -- an internal email from

10   Allison Hendrix to other employees at Facebook.        01:38:45

11        Q.   Have you seen it before?

12        A.   Yes.

13        Q.   And do you see where Allison wrote:  "Hi

14   Deborah and Anil, We're getting close to making a

15   change to how advertisers can create custom            01:38:59

16   audiences using" Facebook "UIDs."

17             Do you see that?

18        A.   Yes.

19        Q.   What did she -- what do you understand

20   the sentence to mean where it says "...advertisers     01:39:09

21   can create custom audiences using" Facebook "UIDs"?

22             MR. DAVIS:  Objection.  Form and scope.

23             THE DEPONENT:  Could -- could you repeat

24   the question once more.

25             MS. WEAVER:  Sure.                           01:39:34
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   (By Ms. Weaver)  You know, I can even        01:39:36

 2   make it easier.  See where it says, "Issue:

 3   Advertisers are able to scrape" Facebook "IDs from

 4   the Graph API and create custom audiences today

 5   without consent or knowledge from the people         01:39:46

 6   included in that audience, which violates our

 7   policies."

 8            Do you see that?

 9        A.   Yes.

10        Q.   Do you have an understanding of how that    01:39:52

11   occurred or if this occurred?

12            MR. DAVIS:  Objection.  Scope.

13            THE DEPONENT:  My understanding of the

14   issue is only based on this email.  It sounds as if

15   there was some policy-violating way that people      01:40:10

16   could use our Graph API to procure Facebook IDs and

17   create custom audiences using those IDs.

18        Q.   (By Ms. Weaver)  And do you see at the

19   very bottom it says, "Revenue Risk: minimum

20   47" million to "maximum 300" million"?               01:40:31

21        A.   Yes.

22        Q.   Do you know how that was calculated?

23        A.   I do not.

24        Q.   Do you know the time period for which it

25   applied?                                             01:40:46
```

Page 139

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MR. DAVIS:  Objection.  Form.              01:40:51

 2              THE DEPONENT:  For which -- is your

 3     question about the time period for which these --

 4     this estimated revenue risk?

 5         Q.   (By Ms. Weaver)  Yeah, that's what I was   01:41:06

 6     asking.  It's a little bit -- so revenue risk is

 7     calculated here, and that would imply it's looking

 8     forward, correct?

 9              MR. DAVIS:  Objection.  Form.

10              THE DEPONENT:  Sorry.  Could you repeat    01:41:20

11     that last piece.

12              MS. WEAVER:  Well, let me ask again.

13         Q.   (By Ms. Weaver)  To what time period does

14     this revenue risk apply?

15         A.   My interpretation of this email is we      01:41:32

16     were proposing to put forth this -- push this

17     technical change that would alter the way custom

18     audiences could be created, and if we moved forward

19     with that change, the total revenue risk to the

20     company could be between 47 million to 300 million,  01:41:53

21     so it was sort of a one-time hit to revenue.

22         Q.   And do you understand that there was

23     likely an underlying analysis that supported the --

24     this revenue risk conclusion?

25         A.   That's a --                               01:42:18
```

                                               Page 140

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              MR. DAVIS:  Objection.  Form.              01:42:19

2              THE DEPONENT:  That -- that -- that would

3     be my assumption.

4         Q.   (By Ms. Weaver)  And do you know -- is

5     there somebody at Facebook who regularly performs   01:42:24

6     this kind of revenue risk analysis, or is that the

7     kind of thing Ms. Hendrix would do?

8         A.   The email is referencing a product

9     change, and typically when we are considering the

10    impact of a product change, we have data scientists 01:42:44

11    who work across each product area who would be

12    responsible for estimating the impact.

13        Q.   And so for this product, which would be

14    custom audiences, do you know who the data

15    scientist might be who engaged in this revenue risk 01:43:05

16    analysis?

17             MR. DAVIS:  Objection.  Form.

18             THE DEPONENT:  I don't know who would

19    have worked on it at the time, and -- but it --

20    custom audiences is a targeting product, so it      01:43:20

21    would have been most likely a data scientist

22    working in our targeting product area.

23        Q.   (By Ms. Weaver)  Do you know who

24    Deborah Crawford or Anil Gupta are -- is?

25        A.   I know that Deborah Crawford worked with   01:43:37
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    our investors relation team at the time.          01:43:40

 2         Q.   And do you know Anil Gupta?

 3         A.   I believe he also worked with our

 4    investor relations team.

 5         Q.   Okay.  If you wanted to find out who    01:43:51

 6    engaged in the revenue risk analysis, how would you

 7    find that out?

 8         A.   For this particular one, I believe

 9    Allison Hendrix may still work at Meta, so I might

10    reach out to her to understand more.               01:44:16

11         Q.   Okay.  And do you have an understanding

12    as to why this particular proposed change would

13    have a revenue impact at all?

14         A.   Based on this email, it sounds like there

15    were some policy-violating custom audiences that    01:44:42

16    were created.  It's possible that there were ads

17    set up with those custom audiences in the

18    targeting, and removing those custom audiences

19    would -- could have an impact to revenue.

20              MS. WEAVER:  Okay.  Thank you very much.  01:45:05

21              Please mark tab 24.

22              (Exhibit 370 was marked for

23    identification by the court reporter and is

24    attached hereto.)

25         Q.   (By Ms. Weaver)  Are you familiar with   01:45:21
```

Page 142

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | partner categories? | 01:45:22 |
| 2 | A.   Yes. | |
| 3 | Q.   And what are partner categories? | |
| 4 | A.   They were a targeting option we used to | |
| 5 | offer that was based on data from third-party data | 01:45:34 |
| 6 | partners. | |
| 7 | Q.   And when you say "third-party data | |
| 8 | partners," who do you mean? | |
| 9 | A.   There are a set of companies that have | |
| 10 | access to information about people that advertisers | 01:46:02 |
| 11 | have used for targeting for both offline | |
| 12 | advertising and online advertising. | |
| 13 | Q.   And what are the names of the companies? | |
| 14 | A.   There's a long list of companies, but | |
| 15 | some that come to mind are Acxiom, Epsilon, | 01:46:24 |
| 16 | Experian, and Datalogics. | |
| 17 | Q.   Were they all data brokers? | |
| 18 | MR. DAVIS:  Objection.  Form and scope. | |
| 19 | THE DEPONENT:  I think, internally, | |
| 20 | we would -- we've referred to them as -- as "data | 01:46:39 |
| 21 | partners," but, you know, I think earlier I -- I | |
| 22 | spoke about data brokers as companies who buy and | |
| 23 | sell data, and I believe some of these businesses | |
| 24 | had a similar business model. | |
| 25 | Q.   (By Ms. Weaver)  Is there a list | 01:46:58 |

Page 143

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    somewhere of all of the companies who had partner          01:46:59

 2    categories deprecated?

 3              MR. DAVIS:  Objection.  Form and scope.

 4              THE DEPONENT:  Well, we -- we deprecated

 5    partner categories altogether, so is your question,        01:47:23

 6    is there a list somewhere of the partners with whom

 7    we partnered with on -- on partner categories?

 8         Q.   (By Ms. Weaver)  How many times can you

 9    use the word "partner" in a sentence?  That was

10    very good.  But, yes, that's the question.                 01:47:36

11              MR. DAVIS:  Objection.  Form and scope.

12              MS. WEAVER:  Fair enough, Colin.  I will

13    restate it.

14         Q.   (By Ms. Weaver)  Is it possible to

15    identify all of the companies who, at one point in         01:47:45

16    time, used partner categories?

17              MR. DAVIS:  Objection.  Scope.

18              THE DEPONENT:  I would just clarify to

19    say it -- it should be possible to identify all of

20    the companies we worked with to provide partner            01:48:06

21    categories as a targeting option.

22         Q.   (By Ms. Weaver)  And did Facebook also

23    track revenue received from companies through

24    partner categories?

25              MR. DAVIS:  Objection.  Form.  It's --           01:48:26
```

Page 144

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    form.                                        01:48:27

 2            THE DEPONENT:  Would you mind repeating

 3    that question.

 4            MS. WEAVER:  No problem.

 5       Q.  (By Questioner)  Did Facebook also     01:48:37

 6    recognize revenue received from companies through

 7    partner categories?

 8       A.   So -- so I think the question, as

 9    phrased, does -- maybe doesn't make complete sense

10    because partner categories were one of many        01:49:12

11    ads-targeting options we offered in the past.

12            We make money via ads, and so, you know,

13    over -- over the years, we made money based on --

14    we made money from ads that included partner

15    categories in -- in -- as -- as one of their       01:49:37

16    targeting options.

17       Q.   How many companies used partner

18    categories?

19       A.   I don't know the total number offhand.

20       Q.   Do you know roughly how many?           01:49:54

21       A.   No.

22            MS. WEAVER:  It possible to -- well,

23    strike that.  Let's just move on.

24            Let's take a look at Exhibit 370, and for

25    the record, it's an email from Javier Olivan,      01:50:18
```

Page 145

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    Bate- -- with the Bates No. FB-CA-MDL-01191149 to        01:50:20

 2    -53.

 3              And while you're familiarizing yourself,

 4    I will just read into the record the

 5    earliest-in-time email from Javier Olivan to          01:50:35

 6    Elisabeth Diana, Elliott Schrage, and a copy to

 7    Sheryl Sandberg, and it says, "This is the

 8    messaging we had during Mark's meeting today in the

 9    deck (attached)."

10         Q.   (By Ms. Weaver)  Do you recognize           01:50:50

11    Exhibit 370?

12         A.   I don't -- I don't recall this specific

13    email exchange.

14         Q.   Okay.  What is Exhibit 370?

15         A.   It is an internal email about a             01:51:33

16    presentation deck.

17         Q.   And do you see that the re line is:

18    "Need messaging for board's call deck tomorrow (by"

19    end of day)?

20         A.   Yes.                                        01:51:55

21         Q.   And do you understand that to be the

22    board of directors at Facebook?

23              MR. DAVIS:  Object to the form.

24              THE DEPONENT:  I'm not certain, but

25    that's a good guess.                                  01:52:02
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   (By Ms. Weaver)  And do you see the        01:52:03

 2   attachment is labeled here, the email, as "Data

 3   out_FB BOD March 2018," and then the string for the

 4   PowerPoint?

 5        A.   Yes, I see that.                           01:52:20

 6        Q.   Do you recall when the

 7   Cambridge Analytica scandal broke?

 8             MR. DAVIS:  Object to the form.

 9             THE DEPONENT:  I recall news about

10   Cambridge Analytica in March of 2018.               01:52:35

11        Q.   (By Ms. Weaver)  ███████████████████████

     ███████████████████████████████████████████████████████

     █████████████

14             MR. DAVIS:  Objection.  Form and scope.

15             THE DEPONENT:  ██████████████████████  ████████

     ████████████████████████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████  ████████████████████████

     ████████████████████████████████████████████  ████████

     ████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████████

     ██████████████████████████████████████████

                                                  01:53:37
     ████████████████████████████████████████████████
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    ███████████                              ████████

2        ████████████████████

3    ███████████████    █████████████████████

4    █████████████████████████

5    ████████████████    ██████████    ████████

6    ██████████████████████████

7    ██████████████████████

8              MS. WEAVER:  Thank you.

9         Q.   (By Ms. Weaver)  And, then, let's go to

10    the slide deck at the back -- or following the        01:54:09

11    email.  It says, "Addressing Data Out/Data leaving

12    the platform."

13              Do you see that?

14              MR. DAVIS:  Ms. Weaver, where?

15              MS. WEAVER:  I am so sorry -- oh, you        01:54:25

16    know what?  This is my fault.  Is it?

17              Can we go off the record for just a

18    second?  We just have an exhibit issue here.

19              THE VIDEOGRAPHER:  We are off the record.

20    It's 1:54 p.m.                                        01:54:46

21              (Recess taken.)

22              THE VIDEOGRAPHER:  We are back on the

23    record.  It's 2:02 p.m.

24         (Exhibit 371 was marked for identification by

25    the court reporter and is attached hereto.)          02:02:05

                                                  Page 148

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        Q.   (By Ms. Weaver)  Ms. Lee, on the break,        02:02:07

2   we've marked Exhibit 371, which is the deck

3   attached to Exhibit 370 and referred to.

4            Do you recognize this deck?

5        A.   Yes.                                            02:02:43

6        Q.   What is it?

7        A.   It's a deck outlining proposals for

8   making changes to our products as it relates use of

9   certain data.

10       Q.   And turning to the second page of the           02:03:05

11  deck where it says "Agenda," it says, "This week

12  decision:  Partner categories & Measurement."

13           Do you see that?

14       A.   Yes.

15       Q.   Did Facebook, at this time, also decide         02:03:18

16  to make changes to measurement?

17           MR. DAVIS:  Objection.  Scope.

18           THE DEPONENT:  My understanding is that

19  we did.

20       Q.   (By Ms. Weaver)  And what changes did           02:03:31

21  Facebook make?

22           MR. DAVIS:  Same objection.

23           THE DEPONENT:  I -- I understand that we

24  looked at a number of measurement use cases and

25  made decisions to limit the kinds of data that were      02:03:47
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    leaving our platform to support these measurement        02:03:51

 2    use cases.

 3         Q.   (By Ms. Weaver)  And what specific

 4    measurement use cases did Facebook decide to limit?

 5              MR. DAVIS:  Objection.  Scope.              02:04:05

 6              THE DEPONENT:  I can't recall the

 7    specific use cases from memory.

 8         Q.   (By Ms. Weaver)  Do you have a general

 9    sense?

10              MR. DAVIS:  Objection.  Scope.              02:04:18

11              THE DEPONENT:  At a very high level, I

12    think, previously, we were sharing data on both

13    impressions and clicks with certain measurement

14    partners, and I think, around this time period, we

15    made decisions to limit the extent to which that --   02:04:53

16    that data was being a shared to our --

17         Q.   (By Ms. Weaver)  And which -- I'm sorry

18    about that.  I thought you were done.

19              Which measurement partners are you

20    referring to?                                          02:05:09

21              MR. DAVIS:  Objection.  Scope.

22              THE DEPONENT:  There were a number of

23    partners that advertisers were working with and

24    that they continued to work with that we were

25    sharing data with, so I don't know the full list of    02:05:34
```

Page 150

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1   partners.                                          02:05:39

 2        Q.  (By Ms. Weaver)  Can you identify any of

 3   them by name?

 4            MR. DAVIS:  Objection.  Scope.

 5            THE DEPONENT:  I remember that Nielsen     02:05:48

 6   Catalina was one of them.

 7        Q.  (By Ms. Weaver)  Was Comscore one of

 8   them?

 9            MR. DAVIS:  Same objection.

10            THE DEPONENT:  I don't recall.            02:06:00

11        Q.  (By Ms. Weaver)  Do you recall any of

12   them other than Nielsen?

13            MR. DAVIS:  Same objection.

14            THE DEPONENT:  I think that Oracle was

15   one.                                               02:06:11

16        Q.  (By Ms. Weaver)  Any others?

17            MR. DAVIS:  Same objection.

18            THE DEPONENT:  No more than -- that I can

19   remember right now.

20            MS. WEAVER:  Okay.  And to address your   02:06:22

21   scope objection, Mr. Davis, if we turn to page 6,

22   we see that this document presents revenue

23   implications for these changes, and so I was

24   establishing foundation to ask questions about that

25   revenue calculation.                               02:06:37
```

Page 151

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

 1        Q.   (By Ms. Weaver)  So turning to page 6, do        02:06:40

 2    you see where it says, "Revenue Implications,

 3    Eliminate Partner Categories"?

 4        A.   Yes.

 5        Q.   And it says, "Estimated annualized total        02:06:50

 6    risk of" $500 million.

 7             Do you see that?

 8        A.   Yes.

 9        Q.   And worse-case scenario is $2.8 billion.

10             Do you see that?                                02:07:02

11        A.   Yes.

12        Q.   Do you know how those revenue

13    calculations were performed?

14        A.   Can -- is -- is there a specific aspect

15    of -- of how we arrived at the numbers that you are     02:07:20

16    interested in, just...

17        Q.   I have no idea how it was calculated at

18    all, and so I'm trying to understand how that

19    revenue risk, ranging from $500 million to

20    $2.8 billion was estimated.                             02:07:36

21        A.   Uh-huh.  I mentioned before that when we

22    consider the impact of different changes we might

23    make to our ads products, we work with a data

24    science team for a given product area to help us

25    analyze that impact, so I think this team would        02:08:03

                                                    Page 152

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    have had had ownership over -- over these numbers.        02:08:04

 2            But in terms of, you know, the

 3    assumptions we may have made to get to this range,

 4    a certain amount of -- a number of ads in our

 5    system would have included partner categories in        02:08:23

 6    the targeting, and we would have needed to go

 7    through an exercise of figuring out how much

 8    revenue would be recoverable if we got rid of

 9    partner categories as an option and how much of

10    that revenue would go away entirely.                    02:08:44

11            So based on a -- different assumptions we

12    might make, that's how I understand we would have

13    got to this range.

14        Q.   And it says, "Revenue risk is

15    concentrated in specific countries..."                  02:08:59

16            Do you see that?

17        A.   Yes.

18        Q.   Does that mean -- does that refer to the

19    fact that the revenue is comp- -- coming from

20    companies who use partner categories in those          02:09:11

21    countries?

22            MR. DAVIS:  Object to the form.

23            THE DEPONENT:  Partner categories were

24    available for targeting ads to people in specific

25    countries only.                                        02:09:37
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MS. WEAVER:  Okay.                        02:09:38

 2              THE DEPONENT:  And it's the countries

 3    listed here.  So if we got rid of partner

 4    categories, then ad spend, based on showing ads to

 5    people in specific countries, would be -- the risk   02:09:48

 6    would be concentrated as -- as described.

 7         Q.   (By Ms. Weaver)  And do you understand

 8    that there was a -- a specific US revenue risk that

 9    was an input into calculating the total risk and

10    worse-case scenario?                                 02:10:06

11              MR. DAVIS:  Objection.  Form.

12              THE DEPONENT:  Could you clarify the

13    question.

14              MS. WEAVER:  Yes.  I will try it this

15    way.                                                 02:10:28

16         Q.   (By Ms. Weaver)  Would it be fair to

17    believe that the revenue risk was calculated by

18    adding revenue risk in the US, plus revenue risk in

19    the UK, plus revenue risk in the countries listed

20    here?                                                02:10:43

21              MR. DAVIS:  Objection.  Form.

22              THE DEPONENT:  Based on my understanding

23    of how our teams would typically look to identify

24    the total impact of -- of this kind of product

25    change, the first step would be looking at what are  02:11:09
```

Page 154

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    all the ads globally that use this type of           02:11:16

2    targeting, and we would first run a query of our --

3    all of our ads to identify those ads.  Only after

4    that kind of question was answered -- What are the

5    ads globally that exist with this targeting? --       02:11:41

6    would we then be able to see the country-level

7    breakdown.

8         Q.   (By Ms. Weaver)  Okay.  And it would be

9    possible to isolate the revenue risk for just the

10   United States; is the right?                          02:11:51

11             MR. DAVIS:  Objection.  Form.

12             THE DEPONENT:  At the time of this

13   analysis, that would have been possible.

14        Q.   (By Ms. Weaver)  And do you have any

15   reason to think it's not possible today to obtain     02:12:02

16   information that would allow us to engage in the

17   process of identifying just the US revenue risk?

18        A.   Well, in terms of identifying the risk, I

19   mean, we have now -- it's four years or so since we

20   deprecated the product, so the -- there's --          02:12:36

21   there's sort of no more risk we sort of accounted

22   for any impact.  Like, we've moved beyond the

23   impact of -- of the deprecation, so is there kind

24   of -- that being said, is there -- are there

25   specific related questions that you had?              02:12:57
```

Page 155

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   Well, I hear what you are saying.  You       02:12:59

 2   are not actually answering my question.

 3             A, the first question is:  Is there any

 4   reason to think Facebook does not possess documents

 5   that reflects how these numbers were calculated at     02:13:09

 6   the time?

 7             MR. DAVIS:  Objection.  Form.

 8             THE DEPONENT:  Is -- is your question

 9   whether we still have documents that explain how we

10   arrived at these numbers?                              02:13:39

11             MS. WEAVER:  Yes.

12             THE DEPONENT:  Okay.  I don't know if we

13   still have documents that -- that describe this.

14        Q.   (By Ms. Weaver)  Okay.  With regard to

15   fallout from measurement changes, the estimate was     02:13:47

16   that the total risk ranged from 250 million to

17   1.5 billion, correct?

18        A.   Yes.

19        Q.   Was that global or for the US?

20             MR. DAVIS:  Object to the form.              02:14:06

21             THE DEPONENT:  My understanding -- based

22   on this document, my understanding of this would

23   have been a global estimate.

24        Q.   (By Ms. Weaver)  And so a moment ago you

25   seemed to imply that we now know the actual impact     02:14:21
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    of the deprecation of partner categories and the      02:14:25

 2    fallout from these measurement changes; is that

 3    fair?

 4         A.   Yes.  I -- I -- I know that we do know

 5    the impact of partner categories, and I assume we      02:14:37

 6    know similar for the measurement changes.

 7         Q.   And what was the revenue impact of

 8    partner categories?

 9         A.   The -- there was a -- an assessment of

10    the impact of the partner dep- -- sorry, the           02:14:57

11    partner categories deprecation done towards the end

12    of 2018 that showed that there was no statistically

13    significant difference in a change in spend when

14    looking at advertisers who had previously used

15    partner categories versus advertisers who never        02:15:20

16    used partner categories.

17              So the conclusion from that analysis was

18    that we were able to mitigate the revenue risk from

19    the partner categories deprecation; for example, as

20    described here, moving advertisers to different        02:15:39

21    targeting options and building new products for

22    those advertisers.

23         Q.   And that was a mitigation effort,

24    correct?

25         A.   Correct.                                     02:15:50
```

Page 157

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    Q.   And what about an actual estimate of the          02:15:53

2    fallout from the measurement changes?

3    A.   I'm not familiar with any analysis

4    offhand, but I assume we would have done a

5    similar -- a -- a similar analysis.                     02:16:08

6    Q.   But you don't know, as you sit here

7    today, what that analysis yielded?

8    A.   That's right, if such an analysis had

9    been done.

10          MS. WEAVER:  Okay.  All right.  Let's             02:16:35

11    mark tab 25.

12          (Exhibit 372 was marked for

13    identification by the court reporter and is

14    attached hereto.)

15          MS. WEAVER:  And then also tab 26 when            02:16:46

16    you are done marking 25.

17          MR. MELAMED:  Tab 25 has been introduced

18    as Exhibit 372.

19          MS. WEAVER:  And Exhibit 372, for the

20    record, is an email from Charlotte Narvaez to          02:17:13

21    herself and James Barnes dated on or about

22    March 27th, 2018.

23    Q.   (By Ms. Weaver)  When you have a moment,

24    let me know if you had a chance to review it.

25    A.   Okay.  I have reviewed it.                         02:19:47

Page 158

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q.    What is Exhibit 372?                          02:19:49

2      A.    It seems to be a work-chat transcript

3   between two employees at Facebook.

4      Q.    And who is Charlotte Narvaez?

5      A.    She was a director on the signals product     02:20:07

6   team at that time, I believe.

7      Q.    And what is "signals"?

8      A.    It is one team within our ads product

9   organization.

10     Q.    And who is James Barnes?                       02:20:22

11     A.    I believe that, at the time, he was a

12  product manager on Charlotte's team.

13     Q.    And is she no longer with the company?

14     A.    I think that she's still with Meta.

15     Q.    And looking at the back of the document,       02:20:40

16  you see there's some attachments; is that right?

17     A.    Yes.

18     Q.    And do you recognize the deck that starts

19  at Bates No. -58 -- or, sorry, -59?

20     A.    Yes.                                           02:21:01

21     Q.    What is it?

22     A.    It describes changes that we are making

23  with our targeting and measurement products.

24     Q.    And do you know to whom this deck was

25  shown?                                                 02:21:31

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      A.   I do not.                                02:21:36

2      Q.   Okay.  Let's go back to the chat, and

3   it's a chat, right?  So it's moving consecutively

4   down.  If we wanted to read it consecutively, we'd

5   start at the top and read down; is that right?      02:21:47

6      A.   Yes.

7      Q.   Do you see where James Barnes writes

8   at -- on March 27th at 10:43:46, "we're killing

9   third party data onboarding"?

10      A.   I see that.                               02:22:03

11      Q.   What is he referring to there?

12           MR. DAVIS:  Objection.  Form and scope.

13           THE DEPONENT:  I don't know what James

14   specifically is referring to with -- with that

15   message.                                          02:22:46

16      Q.   (By Ms. Weaver)  Okay.  Is it possible

17   that he's referring to the deprecation of partner

18   categories?

19           MR. DAVIS:  Same objection.

20           THE DEPONENT:  It's possible.            02:22:57

21      Q.   (By Ms. Weaver)  Did -- have you ever

22   heard the phrase "third-party data onboarding"

23   before?

24      A.   I -- I may have heard the phrase, but not

25   something that I have heard commonly.              02:23:16

                                              Page 160

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1          Q.   Okay.  So here he writes, a little lower,      02:23:18

 2     "so ███████████████████" -- and if you go to

 3     the next page -- "are going to have to find new

 4     ways to send us data."

 5          Do you see that?                                    02:23:32

 6     A.   Yes.

 7          Q.   Do you know if ██████████████████

 8     were sending Facebook data on or around this time?

 9     A.   Do I know --

10          MR. DAVIS:  Objection.  Scope.                      02:23:43

11          THE DEPONENT:  Was the question, if I

12     know if they were sending us data?

13          MS. WEAVER:  Yes.

14          THE DEPONENT:  I'm -- I'm not familiar

15     with whether they were or not.                           02:23:52

16          MS. WEAVER:  Okay.  And just to address

17     the scope objections again, we are working toward

18     revenue impact of these changes.

19          Q.   (By Ms. Weaver)  Looking a little bit

20     lower, do you see where Barnes wrote, "i just            02:24:03

21     talked to jamie"?

22     A.   Yes.

23          Q.   Who is Jamie?

24          MR. DAVIS:  Objection.  Form.

25          THE DEPONENT:  I am not sure which Jamie            02:24:22
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    he is referring.                                      02:24:26

2         Q.   (By Ms. Weaver)  Okay.  A little bit

3    lower, do you see at 10:46:04, Charlotte emailed,

4    "shared: PC & Measurement Proposal - Updated" with

5    "MZ decisions" PowerPoint.                             02:24:35

6              Do you see that?

7         A.   Yes.

8         Q.   And then she wrote, "That is the Zuck

9    deck on third party data."  "Can u review?"

10             Do you see that?                             02:24:45

11        A.   Yes.

12        Q.   Do you know -- well, when it says,

13   "Updated with MZ decisions," does that mean the

14   deck was updated with decisions of Mark Zuckerberg?

15             MR. DAVIS:  Objection.  Form.               02:24:59

16             THE DEPONENT:  I am not sure of whether

17   the title of this doc meant that the deck was

18   actually updated with the decisions of

19   Mark Zuckerberg.

20        Q.   (By Ms. Weaver)  But do you understand MZ  02:25:18

21   to refer to Mark Zuckerberg?

22        A.   Yes.

23             MR. DAVIS:  Objection.  Form.

24        Q.   (By Ms. Weaver)  And let's turn now to

25   the page at the bottom there.  It says --           02:25:29
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    James Barnes says, "i'm with the data partnerships        02:25:41

2    team" -- "team," "there's some confusion," "a

3    meeting later today where they'll clarify," and

4    later he texted, "i just talked to kristy -

5    apparently the decision currently is to kill        02:25:52

6    managed ca's."

7            Does that refer to "custom audience"?

8       A.   Managed custom audiences, yes.

9       Q.   "For two reasons:"

10           "1." because custom audience "data was        02:26:04

11   uploaded via the acxiom onboarder (old acxiom tool

12   that existed before we did multi-key matching) - i

13   think this reasoning is weak; they could have

14   onboarded directly to us with hiher [sic] match

15   rates."        02:26:18

16           "2. because we want a more direct

17   representation from the client that they have the

18   right to use the data."

19           Do you see that?

20      A.   Yes.        02:26:26

21      Q.   And is this the same deprecation of

22   partner categories we were discussing earlier, or

23   is this different?

24           MR. DAVIS:  Objection.  Form.

25           THE DEPONENT:  This is different.        02:26:42

Page 163

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1          Q.   (By Ms. Weaver)  And turning to        02:26:42

 2    page ending in -- or looking at the page -- top of

 3    page 4, it says -- I'm sorry.  Mr. Barnes wrote,

 4    "so bruce's world isn't under consideration."

 5             Charlotte writes, "Aggregator?"           02:26:58

 6             And he writes, "acxiom, odc, experian,

 7    etc."

 8             Do you see that?

 9          A.   Yes.

10          Q.   And do you have an understanding as to  02:27:07

11    what they're communicating to each other in that

12    sequence?

13          A.   The -- the question is whether I have an

14    understanding about what they're communicating

15    about?                                             02:27:21

16          Q.   Yeah.

17             Do you know who Bruce is?  What does she

18    mean when she says "Aggregator," et cetera?

19          A.   I --

20             MR. DAVIS:  Object to form.               02:27:30

21             THE DEPONENT:  I do not know who Bruce is

22    or what "Aggregator" refers to here.

23          Q.   (By Ms. Weaver)  Okay.  And then

24    Charlotte writes, ██████████████████████

      ████████████████████████████████."  "Should       02:27:49
```

Page 164

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    stay."  "I can help push for that."              02:27:53

2              Do you see that?

3         A.   Yes.

4         Q.   Do you know if Facebook ███████

     ████████████████████████                         02:27:59

6              MR. DAVIS:  Objection.  Scope.

7              THE DEPONENT:  I -- your -- your question

8    was whether we aggregated ████████████████████

     ███████                                          

10        Q.   (By Ms. Weaver)  Sorry.  If Facebook     02:28:43

11   deprecated the practice she's describing, which is

12   ██████████████████████████████████

     ████████████████████                             

14             MR. DAVIS:  Objection.  Form and scope.

15             THE DEPONENT:  I am -- I -- I do not know  02:29:02

16   if we deprecated what she describes here.

17        Q.   (By Ms. Weaver)  Okay.  Let's move to the

18   deck, and looking at the page ending -359, it says,

19   "3rd Party Data Ecosystem Changes:  Partner

20   Categories & Measurement," right?                02:29:20

21        A.   Yes.

22        Q.   And the next slide says, "North star:

23   Facebook does not buy or sell your data.  Facebook

24   is leading the industry."

25             Do you see that?                        02:29:31

                                                 Page 165
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A.   Yes.                                      02:29:32

 2        Q.   What does "North star" mean?

 3             MR. DAVIS:  Object to the form.

 4             THE DEPONENT:  In the context of some of

 5   these -- when we -- when we use this term in        02:29:50

 6   business presentation, it refers to a vision that

 7   we wish to achieve.

 8        Q.   (By Ms. Weaver)  But not something that

 9   has occurred; is that right?

10        A.   It depends on the context.                02:30:08

11        Q.   Here, at the time, could Facebook

12   equivocally say it did not buy or sell data --

13   user's data?

14        A.   Sorry.  Your question was, could we

15   unequivocally say that we did not --               02:30:20

16        Q.   That -- yeah, let me ask the question

17   again.

18             At this point in time of this deck where

19   it is saying it is a north star that Facebook does

20   not buy or sell your data, was it unequivocally    02:30:30

21   true that Facebook was not buying or selling user

22   data?

23             MR. DAVIS:  Objection.  Form.

24             THE DEPONENT:  We weren't selling data.

25   We did have partnerships in place with companies   02:30:52
```

Page 166

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    like Experian and Acxiom where we were paying them        02:31:00

 2    to be able to offer targeting categories based on

 3    their user data.

 4            So one of the key reasons for us

 5    deprecating products like ████████████        ██████

      ████████████████████████████

      ████████████████████████████

      ████████████████████████████

 9    Q.   (By Ms. Weaver)  Looking to the next page

10    ending at -361, it says, "Actions we are taking.        02:31:41

11    Data in," and it lists "Partner Categories" and

12    "Lighthouse."

13            Do you see that?

14    A.   Yes.

15    Q.   What is "Lighthouse"?                               02:31:54

16            MR. DAVIS:  Objection.  Scope.

17            THE DEPONENT:  This was a program we had

18    in place where we were using data from similar

19    partners as we worked with on partner categories,

20    using this data in our ads delivery systems to show     02:32:14

21    ads to people.

22    Q.   (By Ms. Weaver)  When you say "similar

23    partners," what do you mean?

24    A.   So I don't know whether the Lighthouse

25    partners were exactly the same as the tar- --          02:32:35
```

Page 167

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    partner categories partners.  But, for example, if        02:32:37

 2    we were similar to how we were offering targeting

 3    options based on data from a partner like Acxiom,

 4    for example, the idea behind Lighthouse is we would

 5    use similar data and apply it to our ads delivery         02:33:01

 6    models to increase the relevance of -- of ads we

 7    showed to people.

 8         Q.   What companies were partners in

 9    Lighthouse?

10              MR. DAVIS:  Objection.  Scope.                  02:33:14

11              THE DEPONENT:  I don't know offhand the

12    list of companies.

13         Q.   (By Ms. Weaver)  How would I find out the

14    list of companies involved in Lighthouse?

15              MR. DAVIS:  Objection.  Scope.                  02:33:26

16              THE DEPONENT:  Fred Leach might know.

17         Q.   (By Ms. Weaver)  Who is Fred Leach?

18         A.   He was working with our data partnerships

19    team at this time.

20         Q.   Is he still at Facebook?                        02:33:43

21         A.   Yes.

22         Q.   And do you see next to "Lighthouse," it

23    says, ███████████████████████████████████

      ██   ████████████████████████████████," and then

25    it -- for "Actions We Agree On," it says, "██████     02:33:56
```

Page 168

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      ██████████████████████████████." 02:33:59

2          Do you see that?

3      A.   Yes.

4          MR. DAVIS:  Objection.  Scope.

5      Q.   (By Ms. Weaver)  And what is "█████████ 02:34:06

6          MR. DAVIS:  Objection.  Scope.

7          THE DEPONENT:  I'm not sure what this

8   refers to here.

9      Q.   (By Ms. Weaver)  Do you know what

10  █████████  means at Facebook? 02:34:30

11          MR. DAVIS:  Objection.  Scope.

12          THE DEPONENT:  It -- it could mean

13  different things, depending on the context.

14      Q.   (By Ms. Weaver)  Okay.  Why don't you

15  identify what -- any understanding of what 02:34:48

16  ████████████████████████████

  █   ███████████████  ████████████████

  █   █████████████████████████████████

  █   ███████████

20          MR. DAVIS:  Same objection.  And form. 02:35:03

21          THE DEPONENT:  That -- that wouldn't be

22  one of the first things that -- first things that

23  come to mind as I think about the ways --

24      Q.   (By Ms. Weaver)  What do you understand

25  "██████████  means in this sentence where it says, 02:35:32

Page 169

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1      "███████████████████████████████████       02:35:34

 2             MR. DAVIS:  Ms. Weaver, I don't mean to

 3      interrupt, but you need to let the witness finish

 4      her answer.  I think you stepped on the end of that

 5      answer.                                            02:35:45

 6             MS. WEAVER:  Oh, I'm sorry.

 7             THE DEPONENT:  I think the question was,

 8      what -- what do I understand the -- the use of

 9      the iden- -- the word "███████    to mean?

10             MS. WEAVER:  Let me restate the question.  02:35:57

11      Q.   (By Ms. Weaver)  What do you understand

12      the word "██████  to mean in the sentence where

13      it says, "███████████████████████

██      ████████

15             MR. DAVIS:  Objection.  Scope.  Form.     02:36:08

16             THE DEPONENT:  Based on this document and

17      some of the discuss- -- discussion of matching in

18      the chat thread earlier on in the document, I am

19      interpreting that ████████████████

██      ██████████████████████████████     ████████

██      ██████████████████████████

██      ███████████████████████████████████

██      ████████████████████████████████

██      ████████████████████

25      Q.   (By Ms. Weaver)  When you said the phrase   02:37:15
```

Page 170

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



1    ███████████████████████████████ what did          02:37:15

2    you mean when you said "████████████

3             MR. DAVIS:  Objection.  Scope.

4             THE DEPONENT:  █████████████

22        Q.   (By Ms. Weaver)  Would it almost be fair

23    to say "█████████████████████████

24             MR. DAVIS:  Objection.  Form.  Scope.

25             THE DEPONENT:  I'm hesitating because it   02:39:23

                                        Page 171

```
 1    feels like we are talking a bit about some abstract        02:39:25

 2    concepts, but I think the -- the important thing is

 3    ████████████████████████████████

 4    ████████████████████████████████████

 5    ████████████████████████████      ██████      ████████

 6    ████████████████████████████████

 7    ██████████████████████████████████

 8    ██████████████████████████████████

 9    ████████████████████████████

10    ██████████████████████████████████      ████████

11    ████████████████████████████████

12    ██████████████████████████████████

13             MS. WEAVER:  Got it.

14       Q.   (By Ms. Weaver)  Now, here it also says,

15    "Data Out - Measurement," and it lists "Sales             02:40:22

16    lift," "Multi-Touch Attribution," "Mobile

17    Measurement Partners," and "Order Level Reporting."

18             Do you see that?

19       A.   Yes.

20       Q.   Are those four different kinds of               02:40:35

21    measurement projects?

22             MR. DAVIS:  Objection.  Scope.

23             THE DEPONENT:  They are four different

24    kinds of measurement, yes.

25       Q.   (By Ms. Weaver)  So what is "Sales lift"?       02:40:55
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MR. DAVIS:  Objection.  Scope.              02:40:59

 2              THE DEPONENT:  My understanding of this

 3     is advertisers -- some advertisers want to connect

 4     their online ad spend with sales that actually

 5     happen in stores, and this is a method for them to    02:41:11

 6     do that.

 7         Q.   (By Ms. Weaver)  And it says provide --

 8     when it says "Data Out," does that mean Facebook

 9     was sending data out for measurement?

10              MR. DAVIS:  Objection.  Scope.  Form.        02:41:26

11              THE DEPONENT:  My -- my understanding,

12     which is mostly based on the second column on this

13     side, is that for these measurement products, we

14     were providing measurement partners with specific

15     types of ad data linked to people who saw ads.       02:41:45

16         Q.   (By Ms. Weaver)  And, then, turning to

17     the page ending at -363, do you see the "Revenue

18     Implications" at the top here?

19         A.   Yes.

20         Q.   And it -- at least my copy -- yeah, so       02:42:13

21     this copy is sort of printed over.  I would like to

22     just ask you to look at the page ending with Bates

23     No. -368 and also -369, but let's start with -368.

24     It says, "Impact analysis:  Eliminating PC Data

25     Broker Measurement."                                 02:42:40
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              Do you see that?                        02:42:41

 2        A.   Yes.

 3        Q.   Do you know what "PC" stands for?

 4        A.   I understand this refers to partner

 5   categories.                                        02:42:57

 6        Q.   And so here it identifies Oracle, Nielsen

 7   Catalina, and Acxiom; is that right?

 8        A.   Yes.

 9        Q.   And, then, turning to the next page, it

10   says, "Impact analysis:  Eliminating ALL Data      02:43:07

11   Broker Measurement."

12              Do you see that?

13        A.   Yes.

14        Q.   And, there, PC partners MTA, MMP, OLR are

15   identified on the left.                            02:43:22

16              Do you see that?

17        A.   Yes.

18        Q.   And do you know what "PC Partners" is?

19        A.   I would assume it refers to partners we

20   worked on partner categories.                      02:43:41

21        Q.   And then what does "MTA" refer to?

22        A.   "Multi-touch attribution."

23        Q.   And what does "MMP" refer to?

24        A.   "Mobile measurement partners."

25        Q.   And what does "OLR" refer to?            02:43:54
```

Page 174

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        A.   "Order-level reporting."               02:43:56

 2        Q.   And do you know if all of those were

 3   eliminated?

 4             MR. DAVIS:  Objection.  Scope.

 5             MS. WEAVER:  Let me ask a better         02:44:08

 6   question.

 7        Q.   (By Ms. Weaver)  Do you know if the

 8   practices for the entities identified here with

 9   regard to data broker measurement were all

10   deprecated, or was only a portion of them          02:44:18

11   deprecated?

12             MR. DAVIS:  Objection.  Scope and form.

13             THE DEPONENT:  My understanding is that

14   for multi-touch attribution, mobile measurement

15   partners, and order-level reporting, we did not    02:44:36

16   deprecate these measurement types entirely but,

17   instead, made some changes to the data we shared

18   with partners to support these types of

19   measurement.

20        Q.   (By Ms. Weaver)  And so only PC partners 02:44:57

21   were deprecated entirely; is that right?

22             MR. DAVIS:  Objection.  Scope.

23             THE DEPONENT:  On this slide, partner

24   categories, as a targeting option, was deprecated

25   entirely.  I believe that order-level reporting may 02:45:15
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    have been deprecated as well, but I'm not          02:45:22

 2    100 percent sure.

 3            MS. WEAVER:  So let me ask a better

 4    question.

 5        Q.  (By Ms. Weaver)  So for PC partners,        02:45:31

 6    reading across the row there, it says, "User level

 7    data shared," and it says "Impressions."

 8            That reflects that impressions were

 9    shared to partner category partners; is that right?

10            MR. DAVIS:  Objection.  Scope.  Form.       02:45:46

11            THE DEPONENT:  I believe that what

12    this -- that first row says is that, for partner

13    categories partners, we shared with them the number

14    of ad impressions that were run that use partner

15    categories in the targeting.                        02:46:23

16        Q.  (By Ms. Weaver)  And, then, there were

17    138 of those partner category partners; is that

18    right?

19            MR. DAVIS:  Objection.  Form.  Scope.

20            THE DEPONENT:  Just -- I guess before I     02:46:36

21    address that question, I should say that what I

22    just mentioned, that my interpretation of that

23    first row is just my interpretation.  I'm not

24    100 percent sure -- certain on what the first row

25    is definitely trying to say.                        02:46:57
```

Page 176

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1         Q.   (By Ms. Weaver)  Okay.  Do you see the        02:47:01

 2    column that says, number "of advertisers using"

 3    measurement?

 4         A.   Yes.

 5         Q.   What do you understand that column to          02:47:06

 6    mean?

 7              MR. DAVIS:  Objection.  Form and scope.

 8              THE DEPONENT:  So -- sorry.  I'm just

 9    looking at the previous slide as well.

10              So, in general, for this table, I             02:47:45

11    interpret that second column -- well, in -- in

12    general, for this table, three out of the four

13    things in the first column are types of

14    measurement -- MTA, MMP, and OLR -- and then that

15    column that says number "of advertisers using"         02:48:02

16    measurement should represent the number of

17    advertisers on Facebook using that type of

18    measurement.  I am confused about the first row

19    that says "PC Partners" because I -- I am not

20    familiar with PC partners as being a type of           02:48:16

21    measurement.  You may describe a type of

22    measurement that I'm just not familiar with.

23    That's why I was a little bit confused in the

24    previous --

25              MS. WEAVER:  Got it.  And I think I can       02:48:28
```

Page 177

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    help you.                                          02:48:30

 2        Q.   (By Ms. Weaver)  If you go to the page

 3    ending at -361, where it says, "Data Out -

 4    Measurement," do you see where it says, "Sales Lift

 5    (PC partners + some others)"?                       02:48:38

 6        A.   Yes.

 7        Q.   So is it possible that PC partners here

 8    means PC partners plus some others who are using

 9    sales lift?

10            MR. DAVIS:  Objection.  Form and scope.     02:48:54

11            THE DEPONENT:  Going back to that page --

12            MS. WEAVER:  -369?

13            THE DEPONENT:  Yes.  It is -- it is

14    possible that that first row represents, like,

15    the -- the first row that -- that -- that -- the    02:49:16

16    measurement product represented in that first row

17    is the sales lift.

18            MS. WEAVER:  Fabulous.

19            THE DEPONENT:  I would be guessing, but

20    that would make more sense --                       02:49:28

21            MS. WEAVER:  Okay.

22            THE DEPONENT:  -- PC partners.

23        Q.   (By Ms. Weaver)  And, then, do you see

24    the column that says "annual" revenue "directly

25    measured"?                                          02:49:34
```

Page 178

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        A.   Yes.                                02:49:36

2        Q.   And the "total annual" revenue "of

3   advertisers," and then "total" avenue -- "annual"

4   revenue "of advertisers (as" percentage "of"

5   Facebook "Revenue)."                          02:49:45

6             Do you see those three columns?

7        A.   Yes.

8        Q.   When it says "annual" revenue "directly

9   measured," is that the revenue of the advertisers

10  or of Facebook?                               02:49:53

11            You're the mathematician, but I guess

12  what I'm asking:  Is 469 million 8 percent of

13  3 billion?

14            Do you understand what I'm saying?

15            MR. DAVIS:  Ob- -- object to the form. 02:50:19

16            MS. WEAVER:  I'll do a colloquy, and then

17  I'll try to ask you a clean question.

18       Q.   (By Ms. Weaver)  It looks to me like

19  annual revenue directly measured is Facebook's

20  revenue.  The next column is the total annual of  02:50:28

21  advertiser revenue, and then a calculation was

22  performed to see the total annual revenue of

23  advertisers as a percentage of Facebook revenue and

24  so that if you wanted to look at Facebook's revenue

25  impact, you would take 28 percent of 13 billion.  02:50:43
```

Page 179

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MR. DAVIS:  Object to the form.          02:50:51

 2        Q.   (By Ms. Weaver)  So you can think about

 3   it.  Let me know when you're ready to talk, and

 4   I'll ask you a question.

 5        A.   I think I was confused by your            02:50:58

 6   description of those columns.

 7        Q.   Okay.

 8        A.   Would it help if I --

 9        Q.   Yes.

10        A.   -- describe my interpretations of the    02:51:06

11   columns?

12              MR. DAVIS:  Ms. Lee, there's -- there's

13   no pending question.  Why don't you --

14              THE DEPONENT:  Okay.

15              MR. DAVIS:  -- wait for Ms. Weaver to ask 02:51:10

16   you a question.

17              THE DEPONENT:  Could you rephrase the

18   question.

19        Q.   (By Ms. Weaver)  Will you please tell me

20   what you understand "annual revenue directly       02:51:15

21   measured" means?

22              MR. DAVIS:  Objection.  Form.

23              THE DEPONENT:  My interpretation of this

24   column is this is the amount of revenues from

25   advertisers using this measurement product that is 02:51:35
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    measured by these measurement products.              02:51:40

 2         Q.   (By Ms. Weaver)  Okay.  And, then, what

 3    does "total annual revenue of advertisers" mean?

 4              MR. DAVIS:  Object to the form.

 5              THE DEPONENT:  My interpretation of this    02:51:52

 6    table in that column is that this represents the

 7    total Facebook revenue from advertisers using these

 8    measurement products, so an advertiser could be

 9    spending -- spending money on Facebook ads, but

10    only a portion of those ads are actually running     02:52:21

11    through these specific measurement products, and

12    that is why the numbers in the "annual" revenue

13    "directly measured" column are smaller than the

14    "total annual" revenue "of advertisers" column.

15              MS. WEAVER:  Understood.                    02:52:37

16         Q.   (By Ms. Weaver)  And so the total annual

17    revenue of the advertisers attributable to these

18    measurement processes is 28 percent of 13 billion;

19    is that right?

20              MR. DAVIS:  Object to the form.             02:53:03

21              THE DEPONENT:  Did -- could you repeat

22    that.  I -- I don't think I quite understand.

23         Q.   (By Ms. Weaver)  Okay.  What do you

24    understand the 28 percent to reflect?

25         A.   I would assume that represents the total    02:53:21
```

Page 181

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    revenue from these advertise- -- the total revenue        02:53:32

 2    from these advertisers as a percentage of total

 3    Facebook revenue.  So it -- 13 billion should be

 4    28 percent of total Facebook revenue for this time

 5    period.                                                   02:53:51

 6         Q.   Thank you.

 7              Looking on the next page, do you have an

 8    understanding as to -- well, strike that.

 9              Do -- do you see that there's a slide

10    that says, "Regional Specific Risk re:                    02:54:08

11    Measurement" --

12         A.   Yes.

13         Q.   -- North America?

14         A.   Yes.

15         Q.   What's your understanding of what this          02:54:16

16    slide is referring to?

17              MR. DAVIS:  Objection.  Scope.  Form.

18              THE DEPONENT:  It seems to refer to risk

19    specific to North America as a result of moving

20    forward with these measurement product changes.          02:54:44

21              MS. WEAVER:  Okay.  Great.

22              I think we can take a break if you'd like

23    to, or we can continue if you would like to.

24              MR. DAVIS:  I would like to take a break,

25    if possible.                                              02:54:59
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1              MS. WEAVER:  Okay.  No problem.           02:55:01

2              (Discussion off the stenographic record.)

3              MS. WEAVER:  We can go off the record.

4              THE VIDEOGRAPHER:  Okay.  We are off the

5    record.  It's 2:55 p.m.                            02:55:11

6              (Recess taken.)

7              THE VIDEOGRAPHER:  We are back on the

8    record.  It's 3:12 p.m.

9              (Exhibit 373 was marked for

10   identification by the court reporter and is         03:12:35

11   attached hereto.)

12             (Exhibit 374 was marked for

13   identification by the court reporter and is

14   attached hereto.)

15             MS. WEAVER:  In the break, Ms. Lee, we    03:12:37

16   marked Exhibits 373 and 374.

17             374 is a native document attached to 373.

18   Why don't you take a look at Exhibit 373 first and

19   then we can pull up the native file, which is

20   rather large, afterwards.                           03:12:55

21             For the record, Exhibit 373 bears Bates

22   Nos. FB-CA-MDL-03055702 to -06.  It's a June 24,

23   2018 email from Kito Chen, and the subject is:

24   "A/C" privilege "RFI's to apps/developers this

25   week."                                              03:13:23
```

Page 183

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      Q.   (By Ms. Weaver)  And just let me know          03:13:28

2  when you have had a moment to review it, Ms. Lee.

3      A.   Okay.

4      Q.   Have you seen Exhibit 373 before?

5      A.   Yes.                                            03:14:59

6      Q.   And what is it -- I'm sorry.

7      A.   Sorry.  Could you repeat your -- your

8  question.

9      Q.   What is it?

10     A.   This is an internal email from Kito Chen.     03:15:12

11     Q.   And who is Kito Chen?

12     A.   I -- I don't know what her role was at

13 this -- at the time of this email.

14     Q.   What is her role now?

15     A.   Also not sure of her role right now.          03:15:33

16     Q.   She's somebody who works at Facebook; is

17 that fair?

18     A.   I know that she did work at Facebook

19 previously.  I -- I don't know if she still works

20 at -- at Facebook.                                      03:15:50

21     Q.   And you see that the subject matter of

22 this is "RFI's to apps/developers this week"?

23          Do you see that?

24     A.   Yes.

25     Q.   Does "RFI" refer to "request for           03:16:01

Page 184

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    information"?                                      03:16:03

 2              MR. DAVIS:  Objection.  Form.

 3              THE DEPONENT:  Based on this email, that

 4    is what it stands for.

 5         Q.   (By Ms. Weaver)  Did you review this     03:16:15

 6    email in preparation for your deposition today?

 7         A.   I -- I saw this email, but I did not

 8    review it in detail.

 9         Q.   And did you see that there was an

10    attachment to it as well?                          03:16:29

11         A.   I don't recall the attachment.

12         Q.   And did you discuss this email with

13    anybody?

14              MR. DAVIS:  Objection --

15              THE DEPONENT:  We were --                03:16:41

16              MR. DAVIS:  Just -- just --

17              MS. WEAVER:  Sorry.  Let me finish the

18    question, Colin.  I apologize.

19         Q.   (By Ms. Weaver)  Did you discuss this

20    email with anybody in preparation for your         03:16:46

21    deposition?

22              MR. DAVIS:  And, Ms. Lee, I just would

23    caution you not to disclose any

24    attorney-client-privileged communications in

25    response to the question.  It's fine to answer that 03:16:58
```

Page 185

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    question "yes" or "no."                                    03:17:01

2           THE DEPONENT:  Yes.

3       Q.  (By Ms. Weaver)  Who did you -- did you

4    discuss it with anyone other than a lawyer?

5       A.  No.                                                 03:17:11

6       Q.  Did you take any steps to speak to

7    anybody on this email or who might have knowledge

8    of the subject matter of the email?

9       A.  Yeah.

10          MR. DAVIS:  Objection.  Form.                       03:17:23

11      Q.  (By Ms. Weaver)  Are you aware of whether

12   or not Facebook engaged in a process of

13   investigating apps following the

14   Cambridge Analytica scandal?

15          MR. DAVIS:  Objection.  Scope.                      03:17:34

16          THE DEPONENT:  I'm -- I had a -- I have a

17   high-level awareness that it occurred, but I'm not

18   familiar with details.

19      Q.  (By Ms. Weaver)  And are you aware that

20   requests for information were sent to apps and       03:17:52

21   advertisers following the Cambridge Analytica

22   scandal?

23          MR. DAVIS:  Objection.  Scope.

24          THE DEPONENT:  I was not aware that this

25   happened.                                                 03:18:02

                                                    Page 186

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   (By Ms. Weaver)  Looking at the document,     03:18:05

 2   do you see where it says, "1.  Direct revenue

 3   attribution logged in GMS data (with these apps

 4   identified the 'source apps')"?

 5        A.   Yes.                                           03:18:19

 6        Q.   What is "GMS data," if you know?

 7        A.   I -- I don't know for certain, but I --

 8   my guess is that it refers to data that our sales

 9   team tracks for quota and revenue achievement

10   purposes.                                               03:18:46

11        Q.   And do you know what "GMS" stands for?

12        A.   My guess is that it would stand for

13   "global marketing solutions," which is the -- was

14   the name of our larger sales and marketing

15   organization.                                           03:19:02

16        Q.   And looking at the names of the people on

17   this email, are they in -- part of the global

18   marketing solutions organization?

19             MR. DAVIS:  Objection.  Form.

20             THE DEPONENT:  I don't know most of the       03:19:26

21   people on the email thread.

22        Q.   (By Ms. Weaver)  Do you know if any of

23   the people on the email thread -- thread were

24   tasked with the responsibility of investigating

25   apps and advertisers following the                      03:19:38
```

Page 187

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1   Cambridge Analytica scandal?                          03:19:43

 2            MR. DAVIS:  Objection.  Form and scope.

 3            THE DEPONENT:  I don't have any knowledge

 4   of that being done.

 5       Q.   (By Ms. Weaver)  Do you know -- do you       03:19:56

 6   recognize the name of anyone who was copied or --

 7   strike that.

 8            Other than Kito Chen, do you recognize

 9   the name of anyone on this email string?

10       A.   Yes.                                         03:20:08

11       Q.   Who?

12       A.   Thomas Horton and Jon Park.

13       Q.   Who is Thomas Horton?

14       A.   He -- I -- I know he used to work on the

15   BP&O team, the analytics team from our sales org.     03:20:25

16   I'm not sure if he's still in that role.

17       Q.   And how about Jon Park?

18       A.   I know he, in the past, had worked on our

19   partnerships team.

20       Q.   Okay.  And going back to the phrase "GMS     03:20:43

21   data," you said you thought that refer- -- referred

22   to the global marketing sales team.

23            What data for the global marketing sales

24   do you understand this might be referring to?

25            MR. DAVIS:  Objection.  Form.               03:21:10
```

Page 188

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              THE DEPONENT:  I -- I had said that I      03:21:11

 2     think GMS stands for "global marketing solutions."

 3              MS. WEAVER:  Sorry, solutions, yes.

 4              THE DEPONENT:  Which -- which was the

 5     name of our broader sales team, and could -- could   03:21:18

 6     you repeat the -- the latter part of your question?

 7              MS. WEAVER:  Sure.

 8        Q.   (By Ms. Weaver)  It says, "Direct revenue

 9     attribution logged in" global marketing solutions

10     "data..."                                            03:21:32

11              What does "data" mean there?

12              MR. DAVIS:  Objection.  Form.

13              THE DEPONENT:  So I understand the sales

14     org, and the BP&O team specifically tracks certain

15     information for the sales organizations purposes.    03:21:51

16     So they need to, for example, track ads revenue to

17     understand a sales team's achievement as revenue

18     achievement as compared to their quarterly quotas,

19     for example.  So GMS data would include metric

20     like -- metrics like those.                          03:22:17

21        Q.   (By Ms. Weaver)  So if I wanted to

22     identify revenue associated with all of the apps

23     and advertisers investigated following the

24     Cambridge Analytica scandal, would I find it in GMS

25     data?                                                03:22:31
```

Page 189

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MR. DAVIS:  Objection.  Form and scope.      03:22:33

 2              THE DEPONENT:  I don't know for -- for

 3     certain.

 4         Q.   (By Ms. Weaver)  And if I wanted to

 5     calculate the revenue impact of any deprecation      03:22:43

 6     arising out of the Cambridge Analytica scandal with

 7     regard to apps or advertisers following an inquiry

 8     and perhaps deprecation of access to certain data,

 9     would the revenue information I would need to do to

10     perform that calculation be in GMS data?            03:23:04

11              MR. DAVIS:  Objection.  Form and scope.

12              THE DEPONENT:  It was a bit of a long

13     question.  Could you repeat -- I think that -- what

14     you're -- what you're interested in?  I think I --

15              MS. WEAVER:  Sure.                          03:23:25

16              THE DEPONENT:  -- lost the --

17         Q.   (By Ms. Weaver)  If I wanted to calculate

18     the revenue impact of deprecating apps and

19     advertisers following the inquiry that came out of

20     Cambridge Analytica, could I identify the revenue   03:23:41

21     associated with deprecated apps and advertisers in

22     GMS data?

23              MR. DAVIS:  Objection.  Form and scope.

24              THE DEPONENT:  Could you clarify what you

25     mean by "deprecating apps and advertisers"?         03:23:56
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1        Q.    (By Ms. Weaver)  Do you have -- fair          03:24:02

2    enough.

3             Are you aware that following the

4    Cambridge Analytica scandal, access to certain data

5    to certain apps and advertisers was cut off?          03:24:13

6             MR. DAVIS:  Objection.  Form and scope.

7             THE DEPONENT:  I am not aware of any

8    specific cases where that happened.

9        Q.    (By Ms. Weaver)  Okay.  Do you see where

10   it says here, "Total revenue impact between          03:24:35

11   2017-01-01 till 2018-06-20 is about" 73 million?

12       A.    Yes.

13       Q.    And what do you understand "total revenue

14   impact" to mean here?

15             MR. DAVIS:  Objection.  Form.               03:24:56

16             THE DEPONENT:  It's hard to -- it's hard

17   for me to interpret the meaning of it just from

18   this meaning, what -- what the -- what this impact

19   refers to specifically.

20       Q.    (By Ms. Weaver)  Do you see where it says   03:26:07

21   "API" actions "data"?

22             Okay.  Let's try this:  See in Bullet

23   Point 2 where it says, "Connection to advertisers

24   via API actions between apps and pages (API action

25   data from all available" historical "data between    03:26:26
```

Page 191

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1   2017" to 2 -- sorry, it's February 7th, 2017 until          03:26:31

2   June 20th, 2018.  "If we were to take actions on

3   these apps (e.g. suspending their access), these

4   advertisers might lose some functionalities of

5   accessing, editing or managing their pages."          03:26:46

6           Do you see that?

7       A.   Yes.

8       Q.   So do you understand that one approach

9   here in calculating revenue impact is to look at

10  the impact of suspending their access to data?          03:26:58

11          MR. DAVIS:  Objection form.  Scope.

12          THE DEPONENT:  I guess I don't have much

13  context on this overall issue, apart from what is

14  in this email, so it would be possible for me to

15  make some guesses to what were the assumptions          03:27:30

16  behind the revenue impact analysis here, but they

17  would just be some -- it would just be conjecture

18  on my part.

19      Q.   (By Ms. Weaver)  Okay.  And then your

20  part -- Facebook's part it would be conjecture?          03:27:44

21          MR. DAVIS:  Objection.  Form.

22      Q.   (By Ms. Weaver)  And you -- you possess

23  this document, but you didn't speak to anybody

24  about it or attempt to understand what revenue

25  impact is being calculated here; is that right?          03:27:59

Page 192

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MR. DAVIS:  Objection.  Form.              03:28:03

 2              THE DEPONENT:  That's correct.

 3       Q.   (By Ms. Weaver)  Looking below, do you

 4   see where it says, in 2e, "The attached Excel file

 5   allows us to filter by either app or advertisers to   03:28:18

 6   see associated API connections"?

 7              Do you see that?

 8       A.   Yes.

 9       Q.   And it says, "Some of the impacted

10   advertisers are large GSO clients - e.g., Samsung,     03:28:30

11   Unilever, etc."

12              Do you see that?

13       A.   Yes.

14       Q.   And then it lists a couple of queries

15   there with junk sites.                                 03:28:41

16              Do you see that?

17       A.   Yes.

18              MS. WEAVER:  Let's take a look at what

19   has been marked as Exhibit 374.  And it may be too

20   large for you to look at.                              03:29:11

21              And if that's the case, Colin, we can

22   email it to the witness.

23              THE DEPONENT:  It does give me an option

24   to download it.

25              MS. WEAVER:  Okay.  Perfect.                03:29:18
```

Page 193

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1          THE DEPONENT:  I have the file open.          03:29:24

2      Q.   (By Ms. Weaver)  Okay.  And do you see

3  where it says, on the cover page tab, "Two

4  Different Methodologies to assess potential impact:

5  1 Direct revenue attribution (application is          03:29:34

6  identified as source app in GMS data)," and "2 API

7  actions between applications and pages) owned by

8  advertisers)..."

9          Do you see that?

10      A.   Yes.                                          03:29:52

11      Q.   And if you go to the second tab, you see

12  "List of Apps"; is that right?

13      A.   Yes.

14      Q.   And do you understand this to be the list

15  of apps that was identified as having received       03:30:02

16  RFIs?

17          MR. DAVIS:  Objection.  Form.  Scope.

18      Q.   (By Ms. Weaver)  And if it -- if you are

19  confused, you can go back to the last exhibit, and

20  on the page ending in -704 in Exhibit 373, it lists  03:30:32

21  the apps that it identified as seeing RFIs that are

22  a part of this analysis.

23      A.   I do see the list of -- I do see a list

24  of apps in the original email described as the apps

25  that someone was planning to send RFIs to.  This     03:31:03

                                              Page 194

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    list in the Excel file looks longer.  So I'm not        03:31:17

 2    sure what the list in the Excel file represents

 3    exactly.

 4         Q.   Okay.  Going back to the first page --

 5    well, just -- we'll just move on.                        03:31:33

 6              Going to the tab that says "Direct

 7    Revenue" Attribution "Summary," do you see that?

 8         A.   Yes.

 9         Q.   And it says, "Direct Revenue Attribution

10    via any developer app in the RFI list."                 03:31:47

11         A.   Yes.

12         Q.   Do you have an understanding as to what

13    this page reflects?

14         A.   I -- I don't have any knowledge of -- of

15    the content, apart from what I am reading in this       03:32:41

16    doc, but based on this document, it seems to be

17    attributing some revenue over a given time period

18    to each of five specific apps.

19              MS. WEAVER:  Okay.  Why don't we go to

20    tab -- just a second here -- the last tab, 2b?          03:33:01

21              MR. DAVIS:  The second-to-last, right?

22              MS. WEAVER:  Yes.

23              MR. DAVIS:  Number of -- number of

24    advertisers impacted?  Is that the right one?

25              MS. WEAVER:  Yes.                             03:33:36
```

Page 195

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1     Q.   (By Ms. Weaver)  And do you see where it          03:33:37

2  says "By Channel" and then "Global Sales"?

3     A.   Yes.

4     Q.   If I wanted -- well, what do you

5  understand "global sales" to reflect?                     03:33:44

6     A.   It would refer to one part of our sales

7  organization.

8     Q.   And what is "SMB"?

9     A.   It's -- my -- my understanding is that

10  this would refer to another part of our sales            03:34:02

11  organization.

12     Q.   What -- what part of the sales

13  organization does SMB refer to?

14     A.   It -- it -- it stands -- "SMB" stands for

15  "small- and medium-size businesses," so it's,            03:34:17

16  relative to global sales, smaller advertisers who

17  use our platform.

18     Q.   And where does revenue data for global --

19  well, for global sales and SMB exist?

20          MR. DAVIS:  Object to the form.                  03:34:34

21          THE DEPONENT:  Sorry.  Your question was,

22  where does revenue data for global sales and SMB

23  exist?

24          MS. WEAVER:  Yes.

25          THE DEPONENT:  And are -- I guess, yeah,         03:34:53

Page 196

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    I'm hesitating because it probably exists in many        03:35:09

 2    places, depending on the -- the context.

 3              Is there -- do you have -- is there a way

 4    you can clarify?

 5              MS. WEAVER:  Sure.                               03:35:20

 6              THE DEPONENT:  So I can -- yeah.

 7         Q.  (By Ms. Weaver)  If you were provided a

 8    list of apps or advertisers or partners who had

 9    access cut off and wanted to calculate the revenue

10    impact to Facebook of doing so, where would you          03:35:36

11    obtain the data that would allow you to perform

12    that calculation?

13              MR. DAVIS:  Object to the form.

14              THE DEPONENT:  I would reach out to the

15    BP&O team, I think, to help me access that data --       03:36:07

16              MS. WEAVER:  Okay.

17              THE DEPONENT:  -- to perform the

18    calculations.

19              MS. WEAVER:  Okay.  I think we'll just

20    move on, but Facebook -- we're going to want a           03:36:17

21    corporate representative to testify about this

22    document.

23         Q.  (By Ms. Weaver)  And let me ask this,

24    Ms. Lee:  Are you aware if any revenue impact

25    analysis was performed with regard to all of the         03:36:30
```

Page 197

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    apps, advertisers, and partners whose access was        03:36:35

 2    cut off following the Cambridge Analytica scandal?

 3              MR. DAVIS:  Objection.  Form and scope.

 4              THE DEPONENT:  Sorry.  Was the question

 5    whether -- am I aware of whether this analysis had       03:36:49

 6    been done?

 7              MS. WEAVER:  Would you read back the

 8    question, please, Rebecca.  I'm sorry.  I'm getting

 9    tired.

10              (Discussion off the stenographic record.)     03:37:29

11              (Record read as follows:

12              "QUESTION:  And let me ask this,

13              Ms. Lee:  Are you aware if any

14              revenue impact analysis was performed

15              with regard to all of the apps,               03:37:29

16              advertisers, and partners whose was

17              access cut off following the

18              Cambridge Analytica scandal?")

19              MS. WEAVER:  Thank you.

20              THE DEPONENT:  I am not aware of any           03:37:30

21    analysis.

22        Q.   (By Ms. Weaver)  Did you do anything to

23    find out whether such an analysis was performed?

24              MR. DAVIS:  Objection.  Scope.

25              THE DEPONENT:  No.                             03:37:42
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1                MS. WEAVER:  Okay.  You can set this        03:37:51

 2      document aside.

 3          Q.   (By Ms. Weaver)  Other than the -- can

 4      you identify by name the third parties that

 5      Facebook paid for their data?                        03:38:05

 6                MR. DAVIS:  Objection.  Form.

 7                THE DEPONENT:  Can -- can you clarify if

 8      you're referring to specific instances where you --

 9      you think that we paid for data?

10          Q.   (By Ms. Weaver)  You earlier testified      03:38:33

11      that Facebook bought data from third parties,

12      correct?

13                MR. DAVIS:  Objection.  Form.

14                THE DEPONENT:  I believe I testified that

15      we had arrangements with data partners for two use   03:38:51

16      cases.  One was partner categories, and one was for

17      the Lighthouse program.

18          Q.   (By Ms. Weaver)  So let's start with

19      that.

20                Can you identify all of the third parties  03:39:05

21      that Facebook paid for data?

22                MR. DAVIS:  Objection.  Form.

23                THE DEPONENT:  So clarify that we paid

24      for the ability to use data in specific ways, which

25      I think is different than paying for data outright,  03:39:31
```

Page 199

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1   and I'm not able to provide a full -- I don't -- I          03:39:34

2   don't know the full list of partners where -- where

3   we had arrangements like this.

4        Q.   (By Ms. Weaver)  Who would know?

5        A.   People working on our data partnerships          03:39:51

6   team at the time would know.

7        Q.   And who specifically by name?

8        A.   Fred Leach is one person that comes to

9   mind.

10       Q.   Anyone else?                                      03:40:01

11       A.   He is the main person that -- that comes

12  to mind for me.

13       Q.   Other than the two use cases that you

14  discussed, are you aware of Facebook paying any

15  other third parties for data?                              03:40:16

16           MR. DAVIS:  Object to the form.

17           THE DEPONENT:  I -- I don't recall any

18  other -- other instances right now.

19       Q.   (By Ms. Weaver)  Did Facebook ever pay

20  users for their data?                                      03:40:53

21           MR. DAVIS:  Object to the form.

22           THE DEPONENT:  Not to my knowledge.

23       Q.   (By Ms. Weaver)  Are you familiar with

24  the Onavo program?

25       A.   No.                                              03:41:16

                                                    Page 200

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1        Q.   Were you prepared, in your deposition         03:41:18

 2   testimony today, to discuss Onavo app?

 3             MR. DAVIS:  Object to the form.  Scope.

 4             THE DEPONENT:  No.

 5        Q.   (By Ms. Weaver)  Are you aware that            03:41:34

 6   Facebook paid users ages 13 to 35 for their mobile

 7   data through the Onavo app?

 8             MR. DAVIS:  Object- --

 9             MS. WEAVER:  Well, strike that.  Let me

10   ask a better question.                                  03:41:44

11        Q.   (By Ms. Weaver)  Are you aware that

12   Facebook paid Onavo for data for -- of users ages

13   13 to 35 to follow their mobile data?

14             MR. DAVIS:  Objection.  Scope.  Form.

15             THE DEPONENT:  I'm not aware of this.         03:42:02

16        Q.   (By Ms. Weaver)  What is

17   "Facebook Viewpoints"?

18        A.   I'm not familiar with the term.

19        Q.   Do you know a market research app that

20   Facebook launched in 2019 called                        03:42:14

21   Facebook Viewpoints?

22             MR. DAVIS:  Objection.  Scope.

23             THE DEPONENT:  No, it doesn't sound

24   familiar.

25        Q.   (By Ms. Weaver)  Do you know if Facebook      03:42:25
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1    Viewpoints set a maximum payment to a user at $599        03:42:25

 2    a year?

 3            MR. DAVIS:  Objection.  Scope.

 4            THE DEPONENT:  I'm not familiar with the

 5    program or product.                                       03:42:37

 6        Q.   (By Ms. Weaver)  Do you know whether

 7    Facebook paid Onavo users up to $20 a month for

 8    their data?

 9            MR. DAVIS:  Objection.  Scope.

10            THE DEPONENT:  No.  I'm actually not            03:42:52

11    familiar with Onavo.

12        Q.   (By Ms. Weaver)  You -- and you are not

13    familiar with Viewpoints either?

14        A.   That's correct.

15        Q.   And did you make any inquiry to find out        03:43:01

16    if there are any other programs for which Facebook

17    pays for user data which would set a market price

18    for it?

19            MR. DAVIS:  Objection.  Form and scope.

20            THE DEPONENT:  I did not make any               03:43:12

21    inquiries along those lines.

22            MS. WEAVER:  Okay.  Let's take one more

23    quick break, like three minutes? five minutes?

24            THE VIDEOGRAPHER:  Sure.  We are off the

25    record.  It's 3:43 p.m.                                  03:43:32
```

Page 202

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | (Recess taken.) | 03:44:51 |
| 2 | THE VIDEOGRAPHER:  We are back on the | |
| 3 | record.  It's 3:59 p.m. | |
| 4 | (Exhibit 375 was marked for | |
| 5 | identification by the court reporter and is | 03:59:29 |
| 6 | attached hereto.) | |
| 7 | MS. WEAVER:  Ms. Lee, we have marked in | |
| 8 | your absence what -- Exhibit 375, which is an Excel | |
| 9 | spreadsheet labeled "Monetization Metrics." | |
| 10 | THE DEPONENT:  Okay. | 03:59:46 |
| 11 | MS. WEAVER:  Let me when you have it up. | |
| 12 | THE DEPONENT:  I have it u. | |
| 13 | Q.   (By Ms. Weaver)  Do you know what this | |
| 14 | document is? | |
| 15 | A.   It looks like a report outlining some | 04:00:10 |
| 16 | trends in our revenue over time. | |
| 17 | Q.   I apologize.  Would you repeat your | |
| 18 | testimony, please? | |
| 19 | A.   I said that it seems to be a report that | |
| 20 | outlines trends in -- in our revenue over time. | 04:00:42 |
| 21 | Q.   Did you prepare this document? | |
| 22 | A.   No. | |
| 23 | Q.   Do you know who did? | |
| 24 | A.   No. | |
| 25 | Q.   Do you know its source? | 04:00:59 |

Page 203

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1            MR. DAVIS:  Objection to form.          04:01:01

 2            MS. WEAVER:  I'm sorry.  I didn't hear

 3    your testimony.

 4            THE DEPONENT:  I hadn't said anything.

 5    I'm just looking at the rest of the page.         04:01:15

 6            I do not know its source, but I assume

 7    it's -- it came from our finance team.

 8       Q.   (By Ms. Weaver)  And what does the word

 9    "monetization" mean on the first page?

10            MR. DAVIS:  Object to the form.          04:01:40

11            THE DEPONENT:  My interpretation is these

12    are metrics that reflect how we monetize our

13    business.

14       Q.   (By Ms. Weaver)  And what do you mean by

15    "monetize"?                                      04:02:04

16       A.   How we make money.

17       Q.   And did you review this document in

18    preparation for your deposition?

19       A.   Yes.

20       Q.   And did you discuss it with anyone?     04:02:19

21       A.   The --

22            MR. DAVIS:  Ms. Lee, just -- I am not

23    sure I heard the end of the question, but I'll just

24    caution you not to disclose any

25    attorney-client-privileged communications.  You can   04:02:34
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    otherwise answer the question.                    04:02:37

2            THE DEPONENT:  To confirm, was the

3    question whether I discussed this document with

4    anyone?

5            MS. WEAVER:  Yes.                          04:02:45

6            THE DEPONENT:  Yes, I did.

7        Q.   (By Ms. Weaver)  Anyone other than

8    counsel?

9        A.   No.

10       Q.   Okay.  What do you understand the first    04:02:54

11   page to reflect overall?

12           MR. DAVIS:  Object to the form.

13           THE DEPONENT:  I don't seem to have page

14   breaks on the Excel.  Are -- are you referring to

15   the first tab or first table or something else?     04:03:19

16           MS. WEAVER:  Sure.

17       Q.   (By Ms. Weaver)  Looking at "Total

18   Reported Revenue," what did you understand that to

19   reflect?

20       A.   I understand that this reflects our       04:03:44

21   revenue.  It's a breakdown of our revenue as

22   reported in our public financial statements.

23       Q.   Is there anything in this document that

24   is not publicly reported that you can see?

25           MR. DAVIS:  Object to the form.            04:04:03
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | THE DEPONENT:  So I'm gradually scrolling | 04:04:58 |
| 2 | through the first tab, and I will call out some | |
| 3 | things that I don't believe are publicly reported | |
| 4 | on. | |
| 5 | One is metrics broken down by surface. | 04:05:07 |
| 6 | Another is -- | |
| 7 | Q.   (By Ms. Weaver)  Ms. Lee, I'm sorry, | |
| 8 | could you -- could you tell me where you are so we | |
| 9 | can scroll down and get on the screen? | |
| 10 | A.   Sorry.  I guess to answer your question, | 04:05:20 |
| 11 | yes, there are things in this document that are not | |
| 12 | publicly reported. | |
| 13 | Q.   Please identify them. | |
| 14 | A.   So the first thing I had seen was | |
| 15 | reported -- I think this is where it first came up, | 04:05:37 |
| 16 | reported impressions by interface, so around row | |
| 17 | 722, and then the same is true of impressions by | |
| 18 | interface by region, around row 833, and any of | |
| 19 | these impression breakdowns I don't believe are | |
| 20 | publicly reported. | 04:06:17 |
| 21 | CPM breakdown by region, starting at 960 | |
| 22 | through 966, I don't believe we publicly report on | |
| 23 | these or on CPM by interface at row 1010 or CPM by | |
| 24 | interface by region. | |
| 25 | And I'm not sure if we report on ad load | 04:06:53 |

Page 206

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    by region, starting row 1153, and I don't believe      04:07:00

2    we report on ads revenue by user country, starting

3    row 1323, or by advertiser country, row 1421, or --

4    I think the breakdown of revenue per time spent,

5    starting on row 1519, is also more granular that we      04:07:47

6    would report publicly.

7            Shall I continue the --

8        Q.    Yes.   That's very helpful.   Thank you.

9        A.    I think I finished reviewing the first

10   tab.                                                    04:08:07

11       Q.    Great.   Let's look at the second tab.

12   Going to row 355, what is "Daily FB Blue Time

13   Spent," and how is it calculated?

14       A.    355.  Your question is, how is -- what is

15   "Daily FB Blue Time Spent," and how is it               04:08:25

16   calculated?

17       Q.    Yes.

18            MR. DAVIS:   Object to the form.

19            THE DEPONENT:   "FB Blue" refers to the

20   Facebook app, and so daily FB blue time spent would    04:08:35

21   be time spent within the Facebook app.

22       Q.    (By Ms. Weaver)  And do you see the

23   asterisk that says that it excludes VOIP call time?

24       A.    Yes.

25       Q.    What does that refer to?                      04:09:06

                                                    Page 207

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MR. DAVIS:  Objection.  Scope.              04:09:15

 2              THE DEPONENT:  I'm not sure what this

 3      refers to specifically.

 4         Q.   (By Ms. Weaver)  Okay.  Let's look at the

 5      third tab, Verticals.                              04:09:24

 6         A.   Okay.

 7         Q.   In general, what does the data on this

 8      tab relate to?

 9              MR. DAVIS:  Object to the form.

10              THE DEPONENT:  This -- the data on this     04:10:00

11      tab relates to revenue as broken down by advertiser

12      vertical and the ad objective.

13         Q.   (By Ms. Weaver)  Okay.  Are you aware

14      that this was one of the documents that your

15      counsel identified, at 9:30 last night, as one you   04:10:16

16      would be prepared to testify about?

17              MR. DAVIS:  Objection.  Form.

18              THE DEPONENT:  I am not aware of any

19      specifics of discussions that happened last night.

20              MS. WEAVER:  Thanks.                        04:10:36

21              We have no further questions at this time

22      from this witness.  We will hold the deposition

23      open and seek testimony on the topics on which she

24      was not prepared to testify.

25              MR. DAVIS:  Okay.                           04:10:49
```

                                                Page 208

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
 1              MS. WEAVER:  Thank you very much,        04:10:50

 2    Ms. Lee.

 3              MR. DAVIS:  For the -- thank you.

 4              We'll designate the transcript as

 5    "Confidential Pursuant to the Protective Order" --  04:10:55

 6    oh, actually, let us take a brief break before we

 7    close this out.

 8              THE VIDEOGRAPHER:  Okay.  Off the record.

 9    It's 4:11 p.m.

10              (Recess taken.)                           04:11:07

11              THE VIDEOGRAPHER:  We are back on the

12    record.  It's 4:20 p.m.

13              MR. DAVIS:  Sure.

14              Just -- just a very brief statement on

15    behalf of Meta.                                     04:21:03

16              So there was a request made at the

17    beginning of the deposition that the witness not

18    indicate -- following scope objections that

19    testimony was outside the scope that the witness

20    was prepared for are outside the scope of the       04:21:12

21    topic.  We have endeavored to abide by that

22    instruction throughout the deposition.

23              We've registered our scope objections for

24    the record, but it is Meta's position that there

25    were substantial number of questions that were      04:21:24
```

Page 209

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
1    outside the scope of Topic No. 10, which is a          04:21:26

2    relatively narrow topic.  We have designated other

3    witnesses to testify on topics that were covered by

4    the questions today, including targeted

5    advertising, and we'll be producing a witness on       04:21:36

6    those topics.

7            Beyond that, no further comment, but we

8    will designate the transcript as "Confidential

9    Pursuant to the Protective Order."

10           SPECIAL MASTER GARRIE:  Noted.                 04:21:48

11           Off the record.

12           THE VIDEOGRAPHER:  Okay.  We are off the

13   record.  It's 4:21 p.m.

14           (TIME NOTED:  4:21 p.m.)

15                                                           04:21:58

16

17

18

19                   ---o0o---

20                                                           04:21:58

21

22

23

24

25                                                           04:21:58

                                                            Page 210
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      I, AMY LEE, do hereby declare under penalty of

2  perjury that I have read the foregoing transcript;

3  that I have made any corrections as appear notes;

4  that my testimony as contained herein, as

5  corrected, is true and correct.

6      Executed this ____ day of _____,

7  2022, at  _____,_____.

8

9

10

11

12            _____

13                  AMY LEE

14

15

16

17

18

19

20

21

22

23

24

25

Page 211

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1      I, Rebecca L. Romano, a Registered

2  Professional Reporter, Certified Shorthand

3  Reporter, Certified Court Reporter, do hereby

4  certify:

5      That the foregoing proceedings were taken

6  before me remotely at the time and place herein set

7  forth; that any deponents in the foregoing

8  proceedings, prior to testifying, were administered

9  an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13      Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [ ] was [X] was not requested.

17      I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20      IN WITNESS WHEREOF, I have this date

21  subscribed my name this 24th day of May, 2022.

22

23

24      Rebecca L. Romano, RPR, CCR

25      CSR. No 12546

Page 212

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1    LESLEY E. WEAVER

2    lweaver@bfalaw.com

3                                          May 24, 2022

4    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

5    MAY 19, 2022, AMY LEE, JOB NO. 5238557

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

                                          Page 213

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

1   __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2   Transcript - The witness should review the transcript and

3   make any necessary corrections on the errata pages included

4   below, noting the page and line number of the corrections.

5   The witness should then sign and date the errata and penalty

6   of perjury pages and return the completed pages to all

7   appearing counsel within the period of time determined at

8   the deposition or provided by the Federal Rules.

9   xx Federal R&S Not Requested - Reading & Signature was not

10  requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**[& - 3000]**

| & |
|---|
| **&**   1:14 2:18 3:5 5:5 6:5 13:15,21 52:19 55:3,9,20 71:24 72:3,11 75:10 96:20 149:12 162:4 165:20 213:23 214:9 |

| 0 |
|---|
| **0.33.**   31:24 |
| **00002851**   9:6 |
| **0002851**   55:1 |
| **00165410**   9:14 |
| **00165493**   9:15 |
| **01191149**   10:13 146:1 |
| **01191153**   10:14 |
| **01191351**   10:22 |
| **01191381**   10:23 |
| **01835372**   9:19 120:20 |
| **01835379**   9:20 |
| **01994696**   9:24 130:14 |
| **01994698**   9:25 |
| **02148187**   10:8 138:2 |
| **02843**   1:6 2:6 |
| **02936308**   11:16 |
| **02950555**   9:9 |
| **02950559**   9:10 |
| **03055702**   11:7 183:22 |
| **03055706**   11:8 |
| **03252528**   8:16 |
| **06**   183:22 |

| 1 |
|---|
| **1**   1:25 31:7 163:10 187:2 194:5 214:1 |
| **1,072**   76:6 |
| **1.03**   31:22 |
| **1.5**   156:17 |
| **10**   31:21,22 61:7 210:1 |
| **100**   17:5 176:2,24 |
| **1010**   206:23 |
| **103**   9:8 |
| **109**   9:12 |
| **10:43:46**   160:8 |
| **10:46:04**   162:3 |
| **10:47**   68:25 |
| **10:58**   69:3 |
| **1153**   207:1 |
| **120**   9:17 |
| **1201**   4:10 |
| **12546**   1:21 212:25 |
| **12:08**   113:14 |
| **12th**   3:11 130:16 |
| **13**   179:25 181:18 182:3 201:6,13 |
| **130**   9:22 |
| **1323**   207:3 |
| **138**   10:4 176:17 |
| **142**   10:10 |
| **1421**   207:3 |
| **149**   10:16 |
| **15**   8:5 61:7 |
| **1519**   207:5 |
| **158**   10:20 |
| **1600**   3:12 |
| **17**   8:11 32:10 34:13 137:22 |
| **18**   1:6 2:6 9:5 |
| **1801**   6:8 |
| **183**   11:4,10 |
| **19**   1:16 2:17 12:1 213:5 |

| 19th   13:5 |
|---|
| **1:01**   113:17 |
| **1:54**   148:20 |
| **1st**   87:24 |

| 2 |
|---|
| **2**   31:7 85:21 163:16 191:23 192:1 194:6 |
| **2.8**   152:9,20 |
| **2/9**   85:3 |
| **20**   18:9 37:12 202:7 |
| **20-0466**   1:22 |
| **2001**   6:16 |
| **2007**   22:3,14 44:10 50:1,23 |
| **2008**   44:10 |
| **2009**   43:20,24 44:2 |
| **201**   37:12 |
| **2012**   18:4 22:4,14 23:18 50:8,19,24 53:8,12 72:20,23 112:18,24 113:9 130:16 |
| **2013**   55:15 |
| **2015-2021**   8:19 |
| **2017**   18:4,8 50:8 50:14,16 78:11,22 79:4 192:1,1 |
| **2017-01-01**   191:11 |
| **2018**   9:4,5 31:18 32:7 34:8 72:21 73:3 77:12 85:24 121:1,10 147:3,10 147:16 157:12 158:22 183:23 192:2 |
| **2018-06-20**   191:11 |
| **2019**   201:20 |
| **202**   46:20 |

| 2022   1:16 2:17 |
|---|
| 12:1 13:5 211:7 212:21 213:3,5 |
| **2025.520**   213:9,12 |
| **203**   11:14 |
| **206**   4:13 |
| **20th**   192:2 |
| **2100**   6:17 |
| **213**   7:10 |
| **214**   1:25 6:19 |
| **220**   29:23 |
| **24**   142:21 183:22 213:3 |
| **24th**   212:21 |
| **25**   158:11,16,17 |
| **250**   156:16 |
| **253-9706**   7:10 |
| **26**   158:15 |
| **27th**   158:22 160:8 |
| **28**   111:14 112:5,6 179:25 181:18,24 182:4 |
| **2843**   1:4 2:4 |
| **28d**   111:12,14 |
| **298-5735**   6:11 |
| **2:02**   148:23 |
| **2:55**   183:5 |
| **2b**   195:20 |
| **2e**   193:4 |
| **2pp**   85:17,20 |

| 3 |
|---|
| **3**   31:23 47:1 179:13 |
| **3/16**   85:4 |
| **3/27/2018**   10:10 10:20 |
| **30**   1:12 8:14 16:3 37:19,19,23 214:1 |
| **300**   139:20 140:20 |
| **3000**   5:17 |

**[303 - ac]**

**303**   6:11
**3161**   5:8
**3200**   4:11
**32nd**   7:8
**3491**   1:23
**35**   201:6,13
**355**   207:12,14
**359**   165:18
**360**   8:11 17:4,6,7
  50:12 51:6,9
**361**   8:14 29:24
  30:1,13,19,21
  167:10 178:3
**362**   8:18 37:12,13
  43:1 47:2
**363**   8:21 46:21,22
  47:2 69:5,23
  173:17
**364**   9:4 54:16,17
  70:4
**365**   9:8 103:4,5
  113:22 116:17
**366**   9:12 108:23,24
  109:4
**367**   9:17 120:14,18
**368**   9:22 130:8,9
  130:18 173:23,23
**369**   10:4 137:23
  138:1,8 173:23
  178:12
**37**   8:18
**370**   10:10 142:22
  145:24 146:11,14
  149:3
**371**   10:16 148:24
  149:2
**372**   10:20 158:12
  158:18,19 159:1
**373**   11:4 121:19
  183:9,16,17,18,21
  184:4 194:20

**374**   11:10 183:12
  183:16,17 193:19
**375**   11:14 203:4,8
**379**   120:21
**393-8247**   5:19
**3:12**   183:8
**3:43**   202:25
**3:59**   203:3
**3rd**   135:14 165:19

**4**

**4**   164:3
**4/1**   85:3
**4/11**   85:3
**415**   3:14 5:19
**4200**   6:9
**445-4003**   3:14
**451-3993**   5:10
**459**   109:13,19
  110:3
**46**   8:21
**460**   111:11
**469**   179:12
**47**   139:20 140:20
**473**   112:4
**4:11**   209:9
**4:20**   209:12
**4:21**   210:13,14

**5**

**5**   134:2
**50**   82:24 83:4
  99:15
**500**   152:6,19
**5238557**   1:24
  213:5
**53**   146:2
**54**   9:4
**555**   3:11 5:16 7:7
**556**   103:13 116:18
**58**   159:19

**59**   159:19
**599**   202:1
**5th**   7:7

**6**

**6**   1:12 16:3 151:21
  152:1
**6/24/2018**   11:4
**623-1900**   4:13
**63**   55:1
**64**   112:4
**65**   86:12
**673**   54:15
**698**   130:14
**698-3204**   6:19

**7**

**7**   116:19,20
**704**   194:20
**722**   206:17
**73**   191:11
**7321**   212:23
**75201**   6:18
**7th**   192:1

**8**

**8**   179:12
**80**   89:4
**80202-2642**   6:10
**827**   1:22
**833**   206:8
**856**   69:19,25 70:11
**857**   71:18 72:16
  74:17
**861**   85:10
**864**   86:17
**865**   86:12,16 87:23
**868**   88:17,18
**869**   88:12
**880**   89:1
**881**   55:2
**8th**   138:4

**9**

**9/8/2014**   10:4
**90**   82:22 83:3
**90013**   7:9
**92612-4412**   5:9
**94105-0921**   5:18
**94607**   3:13
**949**   5:10
**960**   206:21
**966**   206:22
**98101**   4:12
**9:22**   2:17 12:2
  13:5
**9:30**   208:15
**9th**   9:12

**a**

**a.m.**   2:17 12:2
  13:5 68:25 69:3
**ab**   87:16 88:20
**abbreviated**   51:22
**abide**   209:21
**ability**   15:23 83:12
  98:7 100:2 134:22
  199:24
**able**   28:13 29:1
  34:25 36:20 58:11
  58:13,24 93:10
  94:2 98:12,16
  103:1 108:1 113:9
  115:3,25 116:6
  121:17 129:22
  139:3 155:6
  157:18 167:2,6
  170:22 171:7
  172:8 200:1
**absence**   203:8
**absolutely**   12:8
**abstract**   172:1
**ac**   39:22

[accelerated - advertisers]

**accelerated** 148:7
**access** 61:19 64:23
  64:24 98:9 103:21
  114:4 116:24
  131:19,19 132:7
  143:10 190:8
  191:4 192:3,10
  197:9,15 198:1,17
**accessing** 98:11
  192:5
**account** 35:18
  36:12,13,17,19
  45:12,15 119:24
**accounted** 120:8
  155:21
**accounting** 58:1,2
  58:11 59:12,15,16
  91:12
**accruing** 19:15
**accuracy** 43:7,14
  47:11
**accurate** 43:13
  119:8
**accurately** 47:9
**achieve** 166:7
**achieved** 117:12
**achievement**
  187:9 189:17,18
**achievements** 57:6
**acquired** 54:9
  137:14
**acronym** 31:14
**act** 36:14,23
  124:15
**action** 26:24 172:9
  191:24 212:18,19
**actionable** 27:9
**actions** 1:8 2:9
  41:17 79:12 80:15
  108:19 134:7,23
  167:10 168:25

170:22 171:13,17
  172:4 191:21,24
  192:2 194:7
**active** 37:10,17
  38:9,14 39:2,3,6,6
  39:14,14,15,16,19
  39:22,23,24 40:11
  40:13,14 42:1
  46:5 49:7 110:18
  147:25
**actively** 36:14
**activity** 41:15 90:8
  97:11 100:17
  116:21
**actual** 34:18 46:14
  83:19,24 84:15
  156:25 158:1
**acxiom** 143:15
  163:11,11 164:6
  167:1 168:3 174:7
**ad** 21:6 25:3 26:2
  26:4,6,10 41:25
  49:6 63:21 77:7
  80:13 86:24 87:1
  88:13,20 100:5,20
  100:21 103:21
  104:16 107:19,22
  107:24,25 108:2,8
  108:14 116:3,7
  118:10 128:9
  130:3 133:25
  135:3,5,22 154:4
  171:6 172:9 173:4
  173:15 176:14
  206:25 208:12
**ad's** 71:1
**adavis** 3:17
**added** 50:17
  127:19
**adding** 48:2,16
  154:18

**addition** 40:13,20
**additional** 64:23
  64:24 128:15
**additives** 127:19
**address** 114:8
  116:25 151:20
  161:16 176:21
**addressing** 10:16
  80:18 148:11
**adhere** 36:19
**adjust** 105:5,11
**administered** 15:2
  212:8
**ads** 23:21,22 24:16
  25:9,13,15,16,19
  26:2,3 27:14
  28:16,18 41:21,21
  42:7 49:15,16,19
  49:22 50:20,21
  51:1,2,5,8,13,25
  54:12 56:7 60:20
  63:21,23 72:19,19
  73:20 76:11,17,23
  77:2,5,9,13,16,23
  78:2,5 79:9 80:16
  81:25 82:2,3,7,9
  82:12 83:10 85:11
  87:10 89:3,10
  90:3,5,13 95:2,9
  95:13,23 96:11,20
  97:11,12 98:17,19
  98:21 100:24
  101:3,14,21 102:8
  103:16 106:15,16
  106:23,25 107:7
  107:11,12,14
  108:18,19 110:1
  114:2 115:20
  116:1,17 118:11
  118:18,25 122:19
  124:17 128:11,15

129:17,19,21,23
  134:6,12,21,22
  142:16 145:11,12
  145:14 147:23
  148:5 152:23
  153:4,24 154:4
  155:1,3,3,5 159:8
  167:20,21 168:5,6
  170:20,22,24
  171:9,12,19,20
  172:5 173:15
  181:9,10 189:16
  207:2
**advertise** 182:1
**advertiser** 26:2
  71:7,8 75:5,6 82:5
  96:6,8 97:6 99:8
  99:18 100:2,18,19
  107:18 108:6,14
  114:5 119:16
  164:25 165:13
  172:3 179:21
  181:8 207:3
  208:11
**advertiser's** 83:10
  93:25 119:11
**advertisers** 25:18
  25:21 41:22 53:3
  71:21 72:10,11,15
  72:24 78:7,12,15
  78:23 79:1,2
  81:23 83:4,25
  90:4,21 93:16
  94:25 95:4,8,12
  98:1,2,20,23 101:2
  101:2,22 113:25
  114:3 121:1
  123:23 128:4,7,10
  129:16,19 138:15
  138:20 139:3
  143:10 147:19,21

**[advertisers - app]**

150:23 157:14,15
157:20,22 171:5
173:3,3 177:2,15
177:17 179:3,4,9
179:23 180:25
181:3,7,14,17
182:2 186:21
187:25 189:23
190:7,19,21,25
191:5,23 192:4
193:5,10 194:8
195:24 196:16
197:8 198:1,16
**advertising** 24:3,5
24:7 51:11,24
52:8,9,13,18 53:6
53:6 54:13 62:25
64:11,13 70:19,20
71:4 77:21 94:23
104:16 115:25
116:23 128:14
129:13 134:16,18
134:21 143:12,12
210:5
**affinity** 65:6,9
**afternoon** 113:18
**age** 95:24
**agencies** 54:12
128:14
**agency** 51:12
54:10,11
**agenda** 149:11
**ages** 201:6,12
**aggregate** 169:18
**aggregated** 93:7
165:4,8
**aggregator** 164:5
164:18,22
**ago** 30:24 55:15
112:6 156:24

**agree** 35:19 44:9
51:24,25 126:9
128:11 132:3
168:25
**agreed** 35:15,25
35:25 36:6 43:12
128:16
**agreeing** 25:4
**agreement** 127:7
127:22 130:1
**agreements** 28:21
29:10 127:20
128:18,21 129:5,7
132:19 133:1,4
**ahead** 50:5 60:4
90:19
**alameda** 1:15 2:16
12:1
**align** 23:9 134:24
**aligned** 62:24 63:8
**alliance** 167:7
**allison** 138:4,10,13
142:9
**allow** 90:21 97:19
108:10 116:20
118:11,18 123:24
155:16 197:11
**allowed** 58:4,5,8
90:4,13,21,21
118:25 123:16
**allows** 103:19
119:10 193:5
**als** 96:5
**alter** 140:17
**altogether** 144:5
**america** 88:3,9
182:13,19
**amount** 42:14
48:18 58:23 83:20
84:15 130:3 135:5
153:4 180:24

**amounts** 42:23
**amy** 1:13 2:14 8:3
13:6 15:1 211:1
211:13 213:5
**analysis** 131:25
140:23 141:6,16
142:6 155:13
157:17 158:3,5,7,8
173:24 174:10
192:16 194:22
197:25 198:5,14
198:21,23
**analytica** 82:19
83:21 84:1 147:7
147:10,12 148:2
186:14,21 188:1
189:24 190:6,20
191:4 198:2,18
**analytics** 75:7
101:9 123:9 124:2
124:8,8 188:15
**analyze** 152:25
**angeles** 7:9
**anil** 138:14 141:24
142:2
**anne** 3:6,9 13:17
**announced** 116:20
**announcement**
82:6
**annual** 46:1
178:24 179:2,3,8
179:19,20,22
180:20 181:3,12
181:14,16
**annualized** 152:5
**answer** 50:1 63:12
84:4 86:7 170:4,5
185:25 205:1
206:10
**answered** 22:21
155:4

**answering** 156:2
**answers** 50:3
**anybody** 34:7
60:14,23 74:12
112:25 113:2
185:13,20 186:7
192:23
**apart** 33:11
192:13 195:15
**api** 61:21 62:1,12
63:8 64:7,13,18,21
65:16 66:6,22
73:20,20 81:19
85:24 139:4,16
191:21,24,24
193:6 194:6
**apis** 61:14,16,19
66:20 67:5 80:22
81:3
**apollo** 114:2,12
**apologies** 46:12
**apologize** 70:6
86:18 185:18
203:17
**app** 26:16,19,25
27:19 28:17 63:22
64:6 65:5 68:4
90:23,24 92:10
93:19,21 98:19,21
98:22,24 99:1
100:18,21,23,25
101:1,21 104:11
104:24,24 106:14
106:15 107:1
108:14 111:18
112:1 115:24
116:2,3,8,9 193:5
194:6 195:10
201:2,7,19 207:20
207:21

**[apparently - avenue]**

**apparently** 163:5
**appear** 87:10
  211:3
**appearances** 3:1
  4:1 5:1 6:1 7:1
**appeared** 35:23
  79:5,5
**appearing** 3:2 4:2
  5:2 6:2 7:2 13:22
  213:18 214:7
**appears** 32:25
  109:9 117:17
**apple** 106:1
  116:20
**apple's** 116:23
**application** 194:5
**applications**
  116:21 194:7
**applied** 139:25
**apply** 15:14 63:13
  100:4 140:14
  168:5
**appreciate** 12:14
**approach** 192:8
**appropriate** 44:11
**apps** 11:6 27:7,14
  27:16,18 31:21
  65:7 98:20 100:17
  100:18 101:23,24
  102:14,14,24,24
  107:2 110:6
  111:12 116:24
  117:21 129:17
  183:24 184:22
  186:13,20 187:3,4
  187:25 189:22
  190:7,18,21,25
  191:5,24 192:3
  194:12,15,21,24
  194:24 195:18
  197:8 198:1,15

**appsflyer** 105:5,9
**april** 9:5 85:16
  130:16
**area** 58:17 66:16
  129:11 141:11,22
  152:24 171:20
**arising** 190:6
**arm** 42:20
**arpd** 31:7,10,18
  32:6,8,13
**arpu** 8:22 45:12
  45:17,20,25 47:15
  48:1,11,15,16,17
  49:1,17,20,25
**arrange** 126:17
**arrangements**
  199:15 200:3
**arrive** 93:12,14
**arrived** 19:10
  152:15 156:10
**articles** 87:17
  88:22
**aschwing** 5:21
**asia** 47:24
**aside** 199:2
**asked** 84:14
  131:17
**asking** 19:4 35:20
  43:6 48:10 54:1
  59:24 63:2 91:23
  97:2,17 102:7,9
  103:11 104:20
  128:20 140:6
  179:12
**aspect** 152:14
**aspects** 28:1 99:2
**assess** 11:12 194:4
**assessment** 33:3
  56:5 131:7 132:4
  157:9

**associate** 7:17
  108:1
**associated** 82:11
  106:1 108:9
  121:24 125:18,24
  137:1 189:22
  190:21 193:6
**assume** 15:13 33:1
  44:7 47:8 55:20
  80:18 113:8
  122:14 157:5
  158:4 174:19
  181:25 204:6
**assuming** 84:12
**assumption** 141:3
**assumptions** 44:14
  153:3,11 192:15
**asterisk** 207:23
**asterisks** 81:22
  85:1
**at&t** 31:18 32:7
**attached** 16:20
  17:9 30:3 37:15
  46:24 54:19 103:7
  109:1 120:16
  130:11 137:25
  142:24 146:9
  148:25 149:3
  158:14 183:11,14
  183:17 193:4
  203:6
**attachment** 16:24
  147:2 185:10,11
**attachments**
  159:16
**attainment** 75:25
**attempt** 192:24
**attempted** 67:3
**attendance** 13:19
**attention** 112:5
  113:23

**attest** 36:15 43:6
**attorney** 5:7 6:7
  6:15 13:13 185:24
  204:25 212:19
**attorneys** 3:10 4:9
  5:15
**attractive** 129:24
**attributable**
  181:17
**attribute** 132:15
  170:22 171:7
**attributed** 117:13
**attributing** 195:17
**attribution** 117:2
  117:5,10,18
  172:16 174:22
  175:14 187:3
  189:9 194:5 195:7
  195:9
**audience** 10:5
  51:12 87:20 95:1
  95:12 96:5,10,21
  108:3 118:5
  119:20 129:14
  139:6 163:7,10
**audiences** 94:19
  94:21 118:9 119:7
  119:9,10 122:16
  122:19 138:16,21
  139:4,17 140:18
  141:14,20 142:15
  142:17,18 163:8
  168:24
**auditors** 55:5
**auld** 3:5 13:15
**austin** 5:14 13:23
**available** 94:13
  153:24 191:25
**avenue** 4:10 6:16
  31:11 63:22
  135:19 179:3

**[avenues - bonnie's]**

**avenues** 64:1
**average** 29:14,20
30:7,10 31:11,14
34:13,18 35:3,21
36:3 37:5,9 38:18
42:14 46:1,5,8
48:8,22,23 49:6
82:23,24 83:7,10
83:13,14 112:6
**averaging** 42:1
**avril** 86:6,6
**aware** 26:18 27:5
27:24 28:3,8
55:16 104:1,12
111:23 115:14,17
115:19 116:14
118:17,24 119:5
119:22 120:6,12
128:13 129:10
186:11,19,24
191:3,7 197:24
198:5,13,20
200:14 201:5,11
201:15 208:13,18
**awareness** 186:17

**b**

**b** 1:12 5:6 7:5 8:8
9:1 10:1 11:1 16:3
79:24 86:8 122:24
214:1
**back** 14:3 22:16
22:17 56:19 63:1
69:2 74:16 96:23
99:13 101:2 108:9
111:3 113:9,16
116:17,17 121:4
124:19 125:6,7
148:10,22 159:15
160:2 170:23
171:9,18 178:11
183:7 188:20

194:19 195:4
198:7 203:2
209:11
**backing** 126:15
**backs** 46:16
**bacon** 65:11
**bad** 127:13,24
**bar** 76:9 77:1
**barnes** 158:21
159:10 160:7
161:20 163:1
164:3
**bars** 77:1
**barter** 114:21
**based** 25:15,16
32:24 33:1 36:21
37:8 43:5 79:2
80:23 83:14 90:3
97:20 98:14 99:7
100:12,13 114:23
117:16 119:6,11
125:21 130:2
134:7,22 139:14
142:14 143:5
145:13 153:11
154:4,22 156:21
167:2 168:3
170:16 173:12
185:3 195:16
**bases** 20:15
**basis** 37:21 38:12
56:13,23 93:20
133:12
**bate** 146:1
**bates** 55:1 69:14
69:19 88:12
120:20 130:13
138:2 146:1
159:19 173:22
183:21

**bearing** 138:2
**bears** 55:1 120:20
120:21 130:13,14
183:21
**beau** 86:6
**beginning** 13:12
209:17
**begins** 113:24
**behalf** 2:14 13:16
13:21,22 14:2
16:7 103:19
209:15
**behavior** 78:5
**behavioral** 95:25
134:1,3,6,16,18,21
135:11,19
**behaviors** 123:8
123:17
**beijing** 76:6
**believe** 17:12
19:25 28:5 34:6
35:19 41:20 42:5
48:21 67:2 69:8
72:2,7 73:3 86:5
94:1 106:9 121:7
134:15 136:12
142:3,8 143:23
154:17 159:6,11
175:25 176:11
199:14 206:3,19
206:22 207:1
**benefit** 129:18,21
**best** 15:23 49:1,4
64:11 71:15
**beta** 65:24 66:2
**better** 44:11 62:10
62:19,21 63:5,6
71:12 113:1 175:5
176:3 201:10
**beyond** 32:20
155:22 210:7

**bfalaw.com** 3:15
3:16,17 213:2
**big** 135:5
**bill** 93:10 128:8
**billable** 91:11 93:4
**billed** 26:5,6,8
**billing** 25:23,24
26:21,23,25 27:1
41:21 42:9 82:8
90:13,20 92:14
94:1
**billion** 134:2 152:9
152:20 156:17
179:13,25 181:18
182:3
**bit** 23:17 63:11
89:15 96:17
115:24 118:5
135:24 140:6
161:19 162:2
172:1 177:23
190:12
**bleichmar** 3:5
13:15
**block** 89:10
**blue** 207:12,15,19
207:20
**bluekai** 132:10
133:2,8,10
**bluekai's** 133:15
**blume** 6:6
**board** 146:22
**board's** 10:12
146:18
**boarded** 121:24
122:5,11
**bod** 147:3
**bonnie** 57:17 59:2
60:22 114:24
**bonnie's** 59:5

**[book - case]**

book  58:5,8,11,13
booked  83:24 84:3
    114:23 115:4,6,11
    115:15
books  58:24
bottom  81:21 88:6
    121:19 132:9
    139:19 162:25
    172:5
bought  199:11
bp&o  75:6,9,13,21
    188:15 189:14
    197:15
break  42:8 54:21
    68:16,18,21 88:14
    88:21 91:16 99:21
    113:12 149:1
    182:22,24 183:15
    202:23 209:6
breakdown  19:17
    32:25 42:7 155:7
    205:21 206:21
    207:4
breakdowns
    206:19
breaks  18:3
    205:14
brief  209:6,14
bringing  126:5
broader  59:17
    90:14 189:5
broadly  66:1
broke  147:7
broken  88:7 206:5
    208:11
broker  133:15,19
    133:23 173:25
    174:11 175:9
brokers  115:12,12
    115:16 143:17,22
    169:1 170:1,13

brought  100:7
    124:23
bruce  164:17,21
bruce's  164:4
bt  135:5,7,10
building  97:14
    135:22 157:21
built  73:19 119:14
bullet  116:19
    135:21 191:22
business  16:14
    42:6,11 51:23
    56:7 62:7,8,12,24
    63:21,23 66:16
    70:19 71:1,7
    73:19 75:10 79:17
    79:20 80:23,24
    89:12 92:23 102:1
    102:2,16,17,20,23
    104:11 105:1
    111:18 129:11
    130:24 132:13
    133:8,15 143:24
    166:6 171:6,7
    204:13
businesses  25:16
    51:4 53:5 73:18
    101:24 102:14,24
    102:25 103:2
    105:2 143:23
    196:15
buy  143:22 165:23
    166:12,20
buying  26:2,3
    128:11,15 166:21
buys  133:16,19
    168:23
bytedance  76:6,10
    76:18 77:20,22
    79:5,13 80:5,19

bytedance's  77:12
    78:2,5,6,11,22
    79:8

**c**

c  6:6 11:5 183:24
ca  8:16 9:9,10,14
    9:15,19,20,24,25
    10:8,13,14,22,23
    11:7,8,16 85:3,3
    120:20 130:14
    138:2 146:1
    183:22 213:9,12
    213:20
ca's  163:6
calc  30:6
calculate  29:9,19
    30:7 37:5 38:18
    49:16,25 83:12
    102:3,18,23 103:1
    108:11 112:23
    190:5,17 197:9
calculated  29:13
    34:16,17 36:4
    42:14 45:25 48:12
    81:25 84:7 111:20
    112:15 139:22
    140:7 152:17
    154:17 156:5
    192:25 207:13,16
calculating  34:22
    45:11 47:25 48:15
    48:16 154:9 192:9
calculation  16:8
    35:4,21 46:16
    48:2,6 50:7 57:14
    106:6 112:20
    113:3 151:25
    179:21 190:10
    197:12
calculations  46:14
    49:20 66:18

152:13 197:18
calibrate  168:24
california  1:2,15
    1:21 2:2,16 3:13
    5:9,18 6:8 7:9
    12:1
call  10:12 101:9,11
    129:14 146:18
    206:2 207:23
called  27:3,9 44:20
    75:6 133:2 201:20
cambridge  82:19
    83:21 84:1 147:7
    147:10,12 148:2
    186:14,21 188:1
    189:24 190:6,20
    191:4 198:2,18
campen  4:7
canada  47:24 48:1
    48:2,13,16,17
canvas  110:5,6,8
    110:18
capabilities
    118:10 124:6
    129:20
capture  135:4
captured  51:17
captures  132:11
card  51:13
care  172:4
cari  4:7
carrier  29:4 33:1
carriers  27:25
    28:2,7,25 33:6
    34:21 98:6,6,9
case  1:5 2:5 15:11
    47:3 100:11,15
    129:12 152:9
    154:10 170:21
    193:21 212:15

**[cases - comment]**

cases 105:3 123:25
128:13 129:10
149:24 150:2,4,7
191:8 199:16
200:13
catalina 151:6
174:7
catch 105:8
categories 19:10
51:16 71:3 90:17
90:23 107:5 143:1
143:3 144:2,5,7,16
144:21,24 145:7
145:10,15,18
147:16 148:7
149:12 152:3
153:5,9,20,23
154:4 157:1,5,8,11
157:15,16,19
160:18 163:22
165:20 167:2,5,8
167:11,19 168:1
174:5,20 175:24
176:13,15 199:16
category 70:18,19
73:12 82:23 176:9
176:17
cause 12:7
caution 185:23
204:24
ccp 213:9,12
ccr 1:20,22,23
212:24
cdavis 5:11
cellular 114:6
certain 43:22 52:1
66:14 75:11 90:6
99:8 100:25
105:21 146:24
149:9 150:13
153:4 176:24

187:7 189:14
190:3,8 191:4,5
certainly 75:11
certified 2:19,20
212:2,3
certify 212:4,17
cetera 15:18 36:1
100:6 118:14
164:18
chance 138:6
158:24
change 10:5
138:15 140:17,19
141:9,10 142:12
154:25 157:13
changed 49:17
changes 149:8,16
149:20 151:23
152:22 156:15
157:2,6 158:2
159:22 161:18
165:19 175:17
182:20
channel 22:19
23:4 196:2
channels 19:15
20:16,20 22:22
23:8 104:16
characteristics
99:8,17
characterization
119:8 132:6
charge 25:18,20
33:14 73:25 82:4
charged 41:23
charging 61:18
charlotte 158:20
159:4 162:3 164:5
164:24
charlotte's 159:12

chart 8:21 22:23
76:9 77:1,18
81:23 84:17,20
110:8,13
chat 159:2 160:2,3
170:18
chen 7:17 13:24
183:23 184:10,11
188:8
chief 60:5
choice 63:9
chris 130:23
churn 44:20,22
45:2,10,12
circulated 56:13
civil 213:19,20
clarify 30:9 45:14
73:8 77:15 78:15
96:16 99:22
144:18 154:12
163:3 190:24
197:4 199:7,23
class 97:22 105:17
120:8
claufenberg 4:15
clause 125:8
clean 179:17
clear 47:25 84:19
84:22
clearly 21:18
click 26:23 41:8,25
88:2,7 90:24
clicked 38:7
clicks 9:13 26:10
26:10 40:16,20
41:17 89:15,24
90:3,8,17,22 92:10
96:22 97:4,11
117:12 126:19
150:13

client 70:19,20
163:17 185:24
204:25
clients 52:9 193:10
close 138:14 209:7
closely 60:7 78:4
closer 73:21 148:4
code 213:9,12,19
213:20
coefficient 65:8
colin 5:6 13:21
144:12 185:18
193:21
colleagues 13:23
collected 117:21
125:19,20
colloquy 179:16
color 76:16
colorado 6:10
column 23:2,5
31:20,21,23 83:3,5
87:4,14 173:12
177:2,5,11,13,15
178:24 179:20
180:24 181:6,13
181:14
columns 179:6
180:6,11
combined 48:14
come 51:1 61:23
62:6 63:1 65:18
97:24 105:12
143:15 169:23
comes 21:4 75:4
77:9 108:6 129:12
171:21 200:8,11
coming 50:20,21
80:17 153:19
commencing 2:16
comment 41:8
210:7

[common - correct]

common  70:25
commonly  160:25
comms  63:15
communicating
    164:11,14
communications
    185:24 204:25
comp  153:19
companies  105:8
    143:9,13,14,22
    144:1,15,20,23
    145:6,17 153:20
    166:25 168:8,12
    168:14
company  74:15
    96:20 136:13
    137:9,13 140:20
    159:13
compared  189:18
comparison  84:21
complete  145:9
completed  213:7
    213:17 214:6
completion  212:15
    214:10
complex  58:22
    93:11
complies  14:8
component  111:25
components  49:24
    111:21
comprehensive
    65:19
compromising
    50:9
comscore  151:7
con  24:13
concentrated
    153:15 154:6
concept  101:19,20
    115:19 117:8

137:20
concepts  55:25
    56:2 172:2
concerns  81:2,18
concluded  63:5
    66:15
conclusion  140:24
    157:17
conclusions  63:3
conduct  36:1 38:6
conducted  15:20
confidence  136:16
confidential  1:10
    209:5 210:8
configure  94:2
confirm  22:6
    28:13 30:16 35:1
    121:17 205:2
confused  177:18
    177:23 180:5
    194:19
confusion  70:3,6
    163:2
conjecture  192:17
    192:20
connect  115:25
    173:3
connected  29:3
    136:15
connection  28:20
    29:9 55:21 172:8
    191:23
connections  65:5
    101:3 116:7 193:6
consecutively
    160:3,4
consent  139:5
consequences  80:6
consider  63:13
    81:6,13 152:22

consideration  65:7
    81:2 164:4
considerations
    58:19,20
considered  65:15
    65:18
considering  61:13
    61:15 141:9
consist  50:22
consistent  71:14
    136:17
consolidated  8:11
    22:13
consume  132:14
consumer  1:5 2:5
    13:7 121:23,23
    122:4,4,24 123:1,7
    123:9,17 124:10
    124:21,22 125:17
    125:22,24,25
    126:4 213:4
consumers  124:16
cont'd  6:1 7:1 9:1
    10:1 11:1
contact  213:9
contained  211:4
content  32:20,23
    41:1,8,12 90:15
    107:5,10 195:15
contents  56:2
context  25:1,3
    35:11,11 41:13
    44:23 57:1 58:18
    73:9,16,24 74:5
    101:21,23 102:13
    104:5 112:16
    115:23 134:12
    166:4,10 169:13
    192:13 197:2
continue  68:19
    147:18 182:23

207:7
continued  53:10
    53:10 77:12
    150:24
continuing  64:9
    147:22
contra  51:13
contract  24:8 25:6
    51:23 117:11
    121:6,9,13 123:5
    124:22 126:17
    128:7
contracts  41:16
    127:7,9,12,15
control  135:15
controls  118:14
conversation
    58:22 59:1 97:10
    148:1
conversations
    114:24 147:17
conversion  24:23
    25:5
conversions  24:6
    24:13,18 25:9
convert  96:9
cookies  125:22
cooking  96:3
copied  188:6
copy  146:6 173:20
    173:21
copying  131:16
core  62:24
corner  69:16 85:1
corporate  1:13
    16:1 197:21
correct  15:11,20
    16:4 38:15 42:17
    49:9 53:20 65:23
    71:25 76:7 84:9
    84:11,17 89:25

**[correct - date]**

106:3 113:20
140:8 156:17
157:24,25 193:2
199:12 202:14
211:5
**corrected** 211:5
**corrections** 211:3
213:14,15 214:3,4
**correctly** 47:23
**cost** 26:24 86:20
86:21 114:6
**costs** 82:11
**counsel** 3:1 4:1 5:1
6:1 7:1,17 12:17
12:25 13:12,18
16:20 43:4,11
47:3 205:8 208:15
213:18,21 214:7
**count** 110:9,24
111:2
**counted** 39:12,13
93:6
**counting** 36:5
39:24
**countries** 48:4,7,8
153:15,21,25
154:2,5,19
**country** 47:16
155:6 207:2,3
**couple** 109:11
122:21 129:10
193:14
**course** 39:16
105:17,25
**court** 1:1 2:1,20
12:10 14:2,3,5,9
17:8 30:2 37:14
46:23 54:18 57:20
103:6 108:25
120:15 130:10
137:24 142:23

148:25 158:13
183:10,13 203:5
212:3
**cover** 194:3
**covered** 210:3
**cpa** 26:23 27:1
**cpm** 86:19 206:21
206:23,23
**cpms** 86:13 87:3
**crawford** 141:24
141:25
**create** 18:7 20:7
20:11 22:3,22
36:16 53:17 98:12
122:19 138:15,21
139:4,17
**created** 21:11,14
43:4 47:2,8
123:16 140:18
142:16
**creating** 61:25
**creation** 10:6
75:22 119:10
**credit** 51:13
**criteria** 100:4,4
**crutcher** 5:5 6:5
13:21
**csr** 1:20,21,22
212:25
**ctr** 87:23 88:1
**current** 78:5 96:7
110:24
**currently** 163:5
**custom** 10:5 94:19
94:21 96:5 118:5
118:9 119:7,9,9,19
119:20 122:15
138:15,21 139:4
139:17 140:17
141:14,20 142:15
142:17,18 163:7,8

163:10
**customer** 101:25
102:2,15,17
115:18 119:12,13
119:18 122:18
**customers** 96:8,9
102:19
**cut** 131:18 191:5
197:9 198:2,17

**d**

**d** 8:1
**daily** 38:9,14 39:1
39:6,14,15,22,23
40:10,13 82:23,24
83:8,10,13,15 84:2
110:17,17,19
207:12,15,20
**dallas** 6:18
**dan** 130:16 131:17
**daniel** 7:5 12:6
**daniels** 130:23
131:15 135:2
**data** 9:24 10:17,17
16:10,11,13,15
20:15 21:3 22:16
27:9 44:14 84:12
92:18 93:2,5
97:13 103:17
105:15 107:11
108:9 111:8 113:8
113:24 114:6,21
115:6,11,11,12,12
115:15,16 117:21
117:24 119:18,18
120:9 121:23,24
122:4,4,11,24,25
123:1,6,17 124:2
124:21,22 125:17
125:18,24 126:4
126:11,22 131:11
131:19 132:7,11

132:14,14 133:10
133:13,16,19,23
133:25 135:14,14
136:15 141:10,14
141:21 143:5,5,7
143:17,20,22,23
147:2 148:5,11,11
149:9,25 150:12
150:16,25 152:23
160:9,22 161:4,8
161:12 162:9
163:1,10,18
164:25 165:13,19
165:23 166:12,13
166:20,22,24
167:3,7,11,18,20
168:3,5,18,23
169:1 170:1,13,20
172:15 173:8,9,15
173:24 174:10
175:9,17 176:7
178:3 187:3,6,8
188:21,23 189:10
189:11,19,25
190:8,10,22 191:4
191:21,25,25
192:10 194:6
196:18,22 197:11
197:15 199:5,9,11
199:15,21,24,25
200:5,15,20 201:7
201:12,13 202:8
202:17 208:7,10
**databases** 20:20
20:22,25 21:25
53:22 93:7,9
**datalogics** 143:16
**date** 84:22 130:15
212:20 213:16
214:5

**[dated - depends]**

**dated**  138:4
  158:21
**dau**  8:18 38:17,21
  43:6,20,24 44:2,10
  110:8,9
**david**  4:6 13:19
  60:6,15
**davis**  3:6,9 5:6
  13:17,20,21 16:22
  17:15,21 18:10,15
  18:21,25 19:8
  20:3,17,23 21:15
  22:5,24 23:7 24:1
  24:10,24 25:7
  26:14,20 27:11,21
  28:4,12,23 29:11
  29:17,21 30:8,12
  31:2,12 32:4 33:8
  33:15,20,25 34:9
  34:24 35:17 36:8
  37:2 38:19 39:4
  39:20 40:5,17,23
  41:19 42:2,18
  43:10,21 44:4,12
  45:13 47:7,17
  48:5,20 49:3,10
  50:4 52:16 53:21
  54:20 55:6,18
  56:15,24 59:19
  60:3,12 62:2,5,15
  63:10 64:8,15,19
  65:3,13 66:3,13,21
  67:8,12,17,23 68:8
  68:20 70:2,23
  71:5 72:6,17 73:1
  73:7,13 74:3,8,13
  74:21 76:24 77:6
  77:14 78:3,8,13,24
  79:10,16,21 80:7
  80:11 81:4 82:13
  83:1,16,22 84:5,18

  85:25 86:15 87:8
  88:5,15,18 90:1
  91:7,21 92:12
  93:1,23 94:7,14
  95:7,14,20 96:15
  97:1,23 99:10,20
  101:17 102:6,21
  104:19 105:20
  106:8,21 107:8
  108:12 109:17
  110:15,25 111:7
  111:22 112:10,21
  114:14,18,25
  115:9,13 116:13
  117:6,14 118:1,20
  119:3 120:2,11
  121:11 122:13
  123:20 124:4,12
  125:2,12 126:8,23
  128:5,19 129:8
  131:5 132:2,20
  133:21 134:10,19
  135:20 136:22
  137:10 138:22
  139:12 140:1,9
  141:1,17 143:18
  144:3,11,17,25
  146:23 147:8,14
  148:14 149:17,22
  150:5,10,21 151:4
  151:9,13,17,21
  153:22 154:11,21
  155:11 156:7,20
  160:12,19 161:10
  161:24 162:15,23
  163:24 164:20
  165:6,14 166:3,23
  167:16 168:10,15
  169:4,6,11,20
  170:2,15 171:3,24
  172:22 173:1,10

  175:4,12,22
  176:10,19 177:7
  178:10 179:15
  180:1,12,15,22
  181:4,20 182:17
  182:24 185:2,14
  185:16,22 186:10
  186:15,23 187:19
  188:2,25 189:12
  190:1,11,23 191:6
  191:15 192:11,21
  193:1 194:17
  195:21,23 196:20
  197:13 198:3,24
  199:6,13,22
  200:16,21 201:3,8
  201:14,22 202:3,9
  202:19 204:1,10
  204:22 205:12,25
  207:18 208:1,9,17
  208:25 209:3,13
**day**  38:11 40:2
  146:19 211:6
  212:21
**days**  30:24 37:19
  37:20,23 55:15
  111:14 112:6
**dealing**  34:21 74:1
**dealt**  72:23
**deborah**  138:14
  141:24,25
**decelerated**  86:13
**deceleration**  85:17
**decide**  18:23 19:6
  64:6 92:4 149:15
  150:4
**decided**  64:9 66:9
**decision**  58:10
  66:19 80:21 81:15
  86:2 116:23
  149:12 163:5

**decisions**  19:3
  81:7,12 137:5
  149:25 150:15
  162:5,13,14,18
**deck**  10:12,16
  146:9,16,18
  148:10 149:2,4,7
  149:11 159:18,24
  162:9,14,17
  165:18 166:18
**declare**  211:1
**declined**  87:24
**decode**  87:11
**deeper**  58:16
**define**  91:11
**defined**  25:5 91:12
  124:21
**definitely**  176:25
**definition**  38:13
  39:5 49:16 71:13
  86:25 133:18
  134:25 172:10
**definitional**  95:3
  110:4
**degree**  53:11 65:9
**del**  119:1
**delivery**  167:20
  168:5
**demographics**
  95:24
**denver**  6:10
**dep**  157:10
**department**  33:19
**depend**  22:15
  24:25 56:16 93:25
**depending**  41:13
  57:1 127:17
  129:11 169:13
  197:2
**depends**  166:10

**[deponent - developers]**

**deponent** 2:15 8:2
12:21 14:8,14
16:23 18:11,16,22
19:1,9,12 20:4,18
20:24 21:12 22:6
22:9,25 23:8 24:2
24:11,15,25 25:8
26:15,21 27:12,24
28:5,13,24 29:12
29:16,18,22 30:9
30:15 31:3,13
32:5 33:10,16,21
34:1,10,25 35:18
36:9 37:3 38:20
39:21 40:6,18,24
41:20 42:3,19
43:2,18,22 44:5,13
45:14 46:25 47:13
47:18 48:6,21
49:4,11 50:6
52:17 53:22 55:7
55:19 56:16,25
59:20 60:5,13
62:3,6,16 63:11
64:9,16,20 65:4
66:4,14,22 67:9,13
67:18,24 70:7,9,12
70:24 71:6 72:7
72:18 73:8,14
74:4,9,14,22 76:25
77:7,15 78:4,9,14
78:25 79:11,17,22
80:8,12 81:5,9
82:14 83:2,17,23
84:19 86:1 87:9
88:6,19 90:2 91:8
92:13 93:2,24
94:8,15 95:8,15,21
96:16 97:2,6,9,24
99:21,25 101:18
102:7,22 103:10

104:20,23 105:21
106:9,22 107:9
108:13 109:2,18
109:21 110:16
111:1,8,23 112:11
112:22 114:15,19
115:1,14 116:14
117:7,15 118:2,21
119:4 120:3,12
121:12 122:14
123:21 124:5,14
125:3,13 126:9,24
127:3 128:6,20,24
129:3,9 131:6
132:3,21 133:22
134:11,20 135:21
136:23 138:23
139:13 140:2,10
141:2,18 143:19
144:4,18 145:2
146:24 147:9,15
149:18,23 150:6
150:11,22 151:5
151:10,14,18
153:23 154:2,12
154:22 155:12
156:8,12,21
160:13,20 161:11
161:14,25 162:16
163:25 164:21
165:7,15 166:4,24
167:17 168:11,16
169:7,12,21 170:7
170:16 171:4,25
172:23 173:2,11
175:13,23 176:11
176:20 177:8
178:11,13,19,22
180:14,17,23
181:5,21 182:18
185:3,15 186:2,16

186:24 187:20
188:3 189:1,4,13
190:2,12,16,24
191:7,16 192:12
193:2,23 194:1
196:21,25 197:6
197:14,17 198:4
198:20,25 199:7
199:14,23 200:17
200:22 201:4,15
201:23 202:4,10
202:20 203:10,12
204:4,11 205:2,6
205:13 206:1
207:19 208:2,10
208:18
**deponent's** 1:15
**deponents** 212:7
**deposed** 15:15
**deposition** 1:12
2:14 13:6 14:11
15:19 16:3 57:11
58:14 60:24 67:21
81:18 185:6,21
201:1 204:18
208:22 209:17,22
212:14 213:19,22
213:24 214:8,10
**deprecate** 137:3,7
175:16
**deprecated** 85:24
136:24 144:2,4
155:20 165:11,16
175:10,11,21,24
176:1 190:21
**deprecating** 167:5
190:18,25
**deprecation** 85:16
137:5 155:23
157:1,11,19
160:17 163:21

190:5,8
**deprecations**
147:11
**derek** 4:8 13:18
**describe** 41:3
42:22 59:22 64:18
67:4 100:16 124:5
156:13 177:21
180:10
**described** 41:16
154:6 157:20
194:24
**describes** 133:8
159:22 165:16
**describing** 165:11
**description** 8:10
9:3 10:3 11:3
22:20 23:2 180:6
**designate** 209:4
210:8
**designated** 210:2
**desire** 12:13 95:1
**desired** 95:1,12
108:2
**desktop** 110:6
**detail** 185:8
**details** 58:10
81:11 113:10
186:18
**determine** 29:1
103:20
**determined**
213:18,22 214:7
**determines** 117:10
**develop** 123:8
**developer** 61:14
61:16 195:10
**developers** 9:23
11:6 61:19 64:24
68:4 103:19,20
104:8,9,17,24

**[developers - ecosystem]**

118:11,13,18,19
118:25 119:1
130:22 131:8,11
183:24 184:22
**development**
130:25
**device** 29:9,14,20
30:7,10 31:11,14
34:22 87:2 97:20
97:25 98:12,14,18
99:3 100:1,9,12,13
101:4,6 116:24
164:24 165:5,8,12
**devices** 27:7,15
28:22 29:2 32:14
98:8 106:2
**dgarrie** 7:11
**diana** 146:6
**dick's** 161:7
**dicks** 161:2
**difference** 52:2
59:14 157:13
**differences** 45:8
**different** 11:11
19:18 21:5 25:18
25:22 39:7,8,10,12
40:25 41:11,12
50:2,3 52:6,7,8,24
53:19 56:25 57:9
57:9 66:7 67:5
90:10,15 99:22
100:3,4 104:16,25
116:5,5 123:24
124:15,17,18
127:18 133:9
152:22 153:11
157:20 163:23,25
169:13 172:20,23
194:4 199:25
**differently** 124:16

**difficult** 41:3
**digital** 123:8
125:20
**dimensions** 81:14
**direct** 21:5 31:23
52:3,5,10,11,25
53:1 72:4,8,14,18
103:21 112:5
113:23 163:16
187:2 189:8 194:5
195:6,9
**direction** 212:11
**directly** 32:21
163:14 178:24
179:8,19 180:20
181:13
**director** 159:5
**directors** 146:22
**disagree** 132:5
**disclose** 42:20
185:23 204:24
**discount** 51:12
54:10,11
**discuss** 47:6 58:13
61:8,11 81:18
115:5 170:17
185:12,19 186:4
201:2 204:20
**discussed** 38:14
61:9,16,18,20,20
81:16 89:15
115:24 118:4
122:16 126:21
137:20 200:14
205:3
**discussing** 28:21
130:21 136:11
163:22
**discussion** 56:19
64:22 66:23,24
68:2 131:21

170:17 183:2
198:10
**discussions** 61:13
62:7 81:12 148:6
208:19
**display** 135:6
**distinct** 19:15
23:13
**distinguishing**
64:13
**distribution**
110:19
**district** 1:1,2 2:1,2
**divide** 110:18
**divided** 37:9 46:4
48:7,18,23 49:6
**dividing** 34:18
46:1 48:3
**dko** 4:14
**dloeser** 4:16
**doc** 55:13 103:12
162:17 195:16
**document** 1:7 2:8
11:10 16:20,21
18:2,3,7,20 19:2,7
19:21 20:8,11
21:11,13 22:3,13
22:19 30:25 31:5
31:17 36:2 43:5
43:11,14 47:11
53:13,17 55:10,19
55:21,23,25 56:1
56:17,18 68:6,17
69:6,7 78:17,20
104:6 121:7
125:15 126:10,14
138:2 151:22
156:22 159:15
170:16,18 172:12
183:17 187:1
192:23 195:16

197:22 199:2
203:14,21 204:17
205:3,23 206:11
**documentation**
46:16
**documents** 20:7
36:5 37:7 44:1
46:13 47:10 53:18
53:22 54:2 55:14
156:4,9,13 208:14
**doing** 197:10
**dollars** 84:16
135:5
**domain** 9:13
**download** 193:24
**drive** 5:8 28:17
85:17 98:21
**drivers** 56:5
**driving** 171:6
**drop** 82:19,22,24
83:3,4,12,21 84:16
**dunn** 5:5 6:5 13:21

**e**

**e** 3:7 8:1,8 9:1 10:1
11:1 57:22,22,23
75:19,19,19,20
86:8 213:1,9,12
214:1
**e.g.** 136:7 192:3
193:10
**earlier** 23:11
41:15 50:11 72:2
80:21 98:5 118:5
120:24 136:11
137:20 143:21
163:22 170:18
199:10
**earliest** 146:5
**easier** 139:2
**ecosystem** 165:19

[editing - exhibit]

editing  192:5
editions  127:23
educate  68:9
educated  68:11
effective  171:5
effectiveness
   104:15
effort  157:23
either  26:4 36:13
   37:18 76:1 80:10
   102:19 193:5
   202:13
eliminate  152:3
eliminated  175:3
eliminating
   173:24 174:10
elisabeth  146:6
elliott  146:6
email  9:12,22 10:4
   10:10,20 11:4
   16:19 121:24
   125:18 130:21
   131:4,15,25 138:3
   138:9 139:14
   140:15 141:8
   142:14 145:25
   146:5,13,15 147:2
   148:11 158:20
   183:23 184:10,13
   185:3,6,7,12,20
   186:7,8 187:17,21
   187:23 188:9
   192:14 193:22
   194:24
emailed  131:15
   162:3
emails  125:19,20
employee  212:18
employees  138:10
   159:3

encompass  51:12
encompassed  28:6
encompasses
   122:4 123:6
encrypted  119:19
endeavored
   209:21
engage  41:1,2,6
   55:20 132:1,5
   134:17 155:16
engaged  38:6 39:2
   105:14,18 141:15
   142:6 186:12
engagement  38:22
   40:4,15,21
engages  55:16
engaging  39:17
   132:19,25 135:19
engineering  92:18
   93:3 97:14 111:9
   113:8
enter  51:23 128:18
   129:4,7
entire  48:23,24
entirely  153:10
   175:16,21,25
entities  84:17
   175:8
entity  133:19
   136:11 137:12
eod  10:13
epsilon  143:15
equivocally
   166:12
ernst  55:3,9,20
errata  213:14,16
   214:3,5
essentially  65:9
establishes  128:2
establishing
   151:24

estimate  156:15
   156:23 158:1
estimated  31:18
   140:4 152:5,20
estimates  67:3
estimating  141:12
estimations  66:18
et  15:18 36:1
   100:6 118:14
   164:18
europe  47:24
evaluate  105:1
event  25:5 26:7,9
   26:22 42:9 93:6
   116:9 117:13
   164:24 165:5,8,12
events  9:14 26:12
   91:8,10,19,20 92:1
   92:9,11,13,15 93:4
   93:6,9,21 96:25
   97:3,10,15 101:1,4
   106:14 109:24
   126:18 127:8
   128:3
everybody  13:14
   59:25 99:14
evolved  21:23
exact  21:24 59:6
   60:19 81:11 84:20
   117:8
exactly  59:11
   167:25 195:3
examination  8:2
   15:5
examined  15:2
example  26:11
   40:16 46:6 48:13
   52:14 71:23 82:4
   82:5 93:18 95:5
   98:4,10,18 100:7
   106:14 125:19

147:20 157:19
   168:1,4 171:17
   189:16,19
examples  61:23
   65:4 97:24 99:5
   105:4 106:22
exceeding  32:15
excel  11:14 193:4
   195:1,2 203:8
   205:14
excerpt  8:21
exchange  114:6,21
   114:23 115:7
   132:11 133:10,13
   146:13
excluded  18:19
excludes  207:23
exclusively  123:11
   125:19
execute  61:25
executed  121:10
   121:13 211:6
exercise  153:7
exhibit  8:11,14,18
   8:21 9:4,8,12,17
   9:22 10:4,10,16,20
   11:4,10,14 12:20
   17:1,2,6,7,11,16
   17:20,22 29:24
   30:1,13,19,21
   37:12,12,13 43:1,8
   46:21,22 47:2,2
   50:10,12 51:6
   54:16,17,21,23
   55:1 69:5,22,23
   70:4 103:4,5
   108:23,24 109:4
   113:22 116:17
   120:14,18 130:8,9
   130:18 137:23
   138:1,8 142:22

[exhibit - familiarizing]

145:24 146:11,14
148:18,24 149:2,3
158:12,18,19
159:1 183:9,12,18
183:21 184:4
193:19 194:19,20
203:4,8
**exhibits** 43:16
47:10 183:16
**exist** 21:11 84:10
136:25 137:9
155:5 196:19,23
**existed** 163:12
**existing** 32:13
96:9
**exists** 53:17
126:11 136:23
197:1
**expanding** 118:10
**expect** 111:24
**expected** 111:12
112:5
**experian** 143:16
164:6 167:1
**experience** 32:24
**explain** 91:23
156:9
**explore** 92:7
**exploring** 114:3
**expression** 44:19
**extend** 129:16
**extended** 129:19
**extent** 43:15 68:14
150:15
**extrapolate** 44:14
**extrapolating**
44:10
**ey** 9:6 55:1

**f**

**fabulous** 178:18
**facebook** 1:4 2:4
5:4 6:4 8:11,18
9:4,18 13:7 16:2,3
16:7,9,11,12 18:4
18:6 19:4,6 22:3
22:12 23:25 24:2
24:16,19 25:3
26:13 27:6,18
28:22 29:2,8,13,19
30:6,10 32:24
33:7 34:5 35:5,13
35:23 36:1,12,25
37:4,20,22,22
38:11,17 40:3,14
40:21 41:7,16,24
43:20,23 44:1,8,17
44:23 45:1,12
46:14 47:15 48:1
49:8 51:5 54:13
55:3,14 58:8,13
61:10,15,25 62:14
63:9 64:6 66:9
69:6,9,11 70:22,25
71:2 73:12,17
74:1,5 77:24 78:1
79:8 81:1 82:11
83:12,19 84:11,15
85:23 86:5 89:20
89:23 90:7 91:4
91:18,19,24 92:11
93:21 94:3,12
96:11,12,23,25
97:19 98:9,11
102:3,18 104:1
105:14 106:5,19
107:3 108:7,9
110:7,18,21
111:19 112:8
113:3 114:5,22

115:6,10,12
116:10 117:1,10
117:20 118:17,19
118:25 119:2,13
119:23,24 120:7,9
120:22 121:1,10
121:25 122:5,6,11
122:18,25 123:2,7
123:10,11,15,18
123:22 124:23
125:9,22 126:5,12
126:17,21,25
127:11,21,23
128:2,17 129:7,14
129:17,21 132:1,4
132:18,25 133:3
133:13,17 134:9
134:12,17 135:2,3
135:18 136:20
137:2,11 138:10
138:16,21 139:3
139:16 141:5
144:22 145:5
146:22 149:15,21
150:4 156:4 159:3
161:8 165:4,10,23
165:23 166:11,19
166:21 168:20,23
169:10,16,17,18
170:24 171:11
173:8 177:17
179:5,10,23 181:7
181:9 182:3,4
184:16,18,20
186:12 197:10,20
199:5,11,21
200:14,19 201:6
201:12,17,20,21
201:25 202:7,16
207:20,21 213:4

**facebook's** 1:12
16:8,13 24:9
29:14 35:12,16
36:4 42:12 47:3
55:5 56:22 57:13
73:20 78:7,12,22
80:21 92:23 127:7
179:19,24 192:20
**facing** 37:6
**fact** 135:18 153:19
**factor** 51:11
**factory** 27:8
**facts** 63:3
**fair** 15:15 39:17
43:17 83:6 84:24
92:11 144:12
154:16 157:3
171:22 184:17
191:1
**faith** 43:12
**fall** 63:18 107:5
**fallout** 156:15
157:2 158:2
**familiar** 25:6 27:2
27:20 31:1 35:4
44:19 55:11 56:1
60:7 73:5,10 78:4
79:11,18 81:10
86:2 87:15,16
94:18 101:15,18
114:11 117:7,16
118:15 121:6
134:8 136:25
137:4 142:25
158:3 161:14
177:20,22 186:18
200:23 201:18,24
202:4,11,13
**familiarizing**
146:3

**[fas - form]**

**fas** 104:1
**fault** 125:6 148:16
**fb** 8:16 9:6,9,10,14
  9:15,19,20,24,25
  10:8,13,14,22,23
  11:7,8,16 55:1
  110:9 120:20
  130:14 138:2
  146:1 147:3
  183:22 207:12,15
  207:19,20
**february** 192:1
**federal** 212:14
  214:1,8,9
**fee** 87:19
**feed** 87:13,14
**feedback** 131:20
**feel** 63:2
**feeling** 84:8
**feels** 135:13 172:1
**felt** 62:22 63:25
**figure** 49:1 91:24
**figuring** 153:7
**file** 119:18 122:17
  183:19 193:4
  194:1 195:1,2
**filed** 37:6,7
**filings** 42:4 43:5
  43:16 47:4
**filter** 193:5
**final** 58:23 93:13
  93:14
**finally** 88:25
**finance** 19:22,23
  20:13 21:21 23:15
  46:15 55:21 57:7
  59:12,14,17,18
  60:8,15 61:3 75:1
  76:2 93:8 204:7
**financial** 23:10
  31:7 57:8 60:5

205:22
**financially** 212:17
**financials** 35:12
  40:10 47:19
**find** 22:9 86:7
  121:14 129:24
  142:5,7 161:3
  168:13 189:24
  198:23 202:15
**fine** 12:24 59:23
  68:22 90:16
  185:25
**finish** 170:3
  185:17
**finished** 207:9
**finite** 63:16,16
**firehose** 61:20
  65:22 66:9,20,24
  80:22 81:3,19
  137:17,19
**firm** 13:18
**first** 17:19 31:5
  35:9 48:15 57:22
  81:24 91:18 92:1
  92:8,19 98:4
  125:7 131:18
  154:25 155:2
  156:3 164:25
  165:13 169:22,22
  176:12,23,24
  177:13,18 178:14
  178:15,16 183:18
  195:4 204:9
  205:10,15,15
  206:2,14,15 207:9
**fiscal** 23:17
**five** 30:23 55:15
  195:18 202:23
**fixed** 51:25
**flaws** 64:2

**floor** 7:8
**flow** 10:6 21:3
**focus** 64:10
**follow** 201:13
**following** 148:10
  186:13,21 187:25
  189:23 190:7,19
  191:3 198:2,17
  209:18
**follows** 15:3
  131:25 198:11
  213:8
**fonti** 3:5 13:15
**food** 96:3
**forecast** 85:12
  86:14
**foregoing** 211:2
  212:5,7,11,13
**form** 16:22 18:10
  18:15,21,25 19:8
  20:3,17,23 21:15
  22:5,24 23:7 24:1
  24:10,24 25:7
  26:14,20 27:11,21
  27:23 28:12,23
  29:11,17,21 30:8
  30:12 31:2,12
  32:4 33:8,15,20,25
  34:9,24 35:17
  38:19 39:4,20
  40:5,17,23 41:19
  42:2,18 43:21
  44:4,12 45:13
  47:17 48:5,20
  49:3,10 50:4
  52:16 53:21 55:6
  55:18 56:15,24
  59:19 60:3,12
  62:2,5,15 63:10
  64:8,15,19 65:3,13
  66:3,13,21 67:8,12

67:17,23 68:8
  70:23 71:5 72:6
  72:17 73:1,7,13
  74:3,8,13,21 76:24
  77:6,14 78:3,8,13
  78:24 79:10 80:7
  81:4 82:13 83:1
  83:16,22 84:5,18
  87:8 88:5 90:1
  91:21 92:12 93:1
  93:23 94:7,14
  95:7,14,20 96:15
  97:1,23 99:20
  101:17 102:6,21
  104:19 105:20
  106:8,21 107:8
  108:12 109:17
  110:15 111:22
  112:10,21 114:25
  115:9,13 116:13
  118:20 120:2,11
  121:11 122:13
  123:20 124:13
  125:2 126:8,23
  127:10 128:5,19
  129:8 131:5 132:2
  132:20 133:21
  134:10,19 135:20
  136:22 137:10
  138:22 140:1,9
  141:1,17 143:18
  144:3,11,25 145:1
  146:23 147:8,14
  153:22 154:11,21
  155:11 156:7,20
  160:12 161:24
  162:15,23 163:24
  164:20 165:14
  166:3,23 169:20
  170:15 171:24
  173:10 175:12

Veritext Legal Solutions
866 299-5127

[form - growth]

176:10,19 177:7
178:10 179:15
180:1,22 181:4,20
182:17 185:2
186:10 187:19
188:2,25 189:12
190:1,11,23 191:6
191:15 192:11,21
193:1 194:17
196:20 197:13
198:3 199:6,13,22
200:16,21 201:3
201:14 202:19
204:1,10 205:12
205:25 207:18
208:9,17
**formed** 93:12
119:20
**formula** 111:21
**formulas** 111:24
**forth** 24:8 84:16
127:23 140:16
212:7
**forward** 14:4
140:8,18 182:20
**fou** 136:22
**foundation** 91:7
151:24
**four** 47:20 88:8
90:17 155:19
172:20,23 177:12
**frame** 131:21
**francisco** 5:18
**frcp** 214:1
**fred** 168:16,17
200:8
**free** 114:4
**frequency** 93:24
**frequently** 39:2,18
80:17

**friend** 110:9 111:2
**friends** 110:20,22
**front** 54:2
**fuel** 62:8
**full** 150:25 200:1,2
**functionalities**
192:4
**functionally** 12:24
**further** 22:17
208:21 210:7
212:13,17
**future** 42:11 56:7
131:21 148:7
171:13 172:9
**fyi** 10:6

**g**

**g** 34:3 57:17
**gamble** 52:19
71:24 72:3,11
96:20
**gap** 161:2,7
**garrie** 7:5 12:5,6
12:22 13:25 14:1
210:10
**gather** 123:7,17
**gathered** 122:24
123:2
**gathers** 124:2
**gender** 95:24
100:5
**general** 7:17 39:1
44:22 56:22 60:1
63:2 128:2 129:2
150:8 177:10,12
208:7
**generally** 19:14
54:7 70:24 104:6
109:22 121:23
123:1
**generate** 103:18
104:2 105:16

106:5,20
**generated** 42:16
107:5,10 109:15
109:16,22,24
**generates** 41:17
**generating** 19:19
106:12
**geography** 48:22
48:23,24
**getting** 63:3
109:14 138:14
198:8
**gibson** 5:5 6:5
13:21
**gibsondunn.com**
5:11,20,21 6:12,20
**gift** 54:8
**give** 14:11 27:22
52:14 193:23
**given** 37:8 38:11
40:1,2 45:7 46:3
47:9 56:5 70:18
71:7 110:23
152:24 195:17
212:12
**giving** 54:8 115:15
**global** 73:4 156:19
156:23 187:13,17
188:22,23 189:2,9
196:2,5,16,18,19
196:22
**globally** 52:18
88:8 155:1,5
**gms** 187:3,6,11
188:20 189:2,19
189:24 190:10,22
194:6
**go** 12:25 50:5 60:4
68:22 90:19 121:4
148:9,17 153:6,10
160:2 161:2 178:2

183:3 194:11,19
195:19
**goals** 33:4
**goes** 130:3
**going** 15:13 22:16
22:17 38:3 53:16
53:24 90:16 92:4
97:16 98:25
101:25 102:15
124:12 161:3
178:11 188:20
195:4,6 197:20
207:12
**good** 12:5,16
13:14,20,25 15:7,8
15:9 43:12 48:10
63:9 113:18
127:14,25 144:10
146:25
**gradually** 206:1
**grant** 6:14 13:24
**granular** 42:8
46:14 207:5
**granularity** 22:16
**granulated** 42:15
**graph** 139:4,16
**great** 17:14 42:24
57:20 70:13 88:10
88:24 89:14 103:1
113:11 130:6
182:21 207:11
**greater** 83:3,4
**gross** 16:8 20:2,4
134:2
**group** 53:15
**groups** 52:8,8
124:15
**grow** 63:22
**growth** 42:11 62:8
76:6 114:2

Page 17

**[gso - impact]**

gso  193:10
guess  31:15 76:1
    85:21 89:12
    146:25 176:20
    179:11 187:8,12
    192:12 196:25
    206:10
guesses  192:15
guessing  32:8
    87:16 178:19
guides  128:7
guiding  8:15
gupta  141:24
    142:2

**h**

h  8:8 9:1 10:1 11:1
    57:22,22,23 75:19
half  59:1
hand  14:7 23:4
    69:16 85:1 87:14
handled  111:2
    213:8
hands  12:16
happen  25:9 91:9
    93:5 106:15,25
    147:12 173:5
happened  93:10
    106:14 107:1,17
    119:6 186:25
    191:8 208:19
happening  119:5
hard  63:12 65:19
    74:22 76:14
    191:16,16
hashed  119:19
head  57:21
header  87:23
headers  23:9
hear  12:11 156:1
    204:2

heard  27:13 45:22
    73:14,23 89:11
    134:11 160:22,24
    160:25 204:23
hearing  58:18
help  62:8 102:3
    104:15 105:2
    129:16 152:24
    165:1 171:11
    178:1 180:8
    197:15
helpful  57:19
    58:19 76:4 207:8
helping  13:17
    104:1
hendrix  138:4,10
    141:7 142:9
hereto  17:9 30:3
    37:15 46:24 54:19
    103:7 109:1
    120:16 130:11
    137:25 142:24
    148:25 158:14
    183:11,14 203:6
hesitating  36:9,17
    171:25 197:1
hi  138:13
high  25:22 80:17
    150:11 186:17
higher  48:13
hiher  163:14
historical  89:4
    191:25
historically  73:21
    100:8,10,11
    171:15
hit  140:21
hold  208:22
holistically  48:22
hope  130:7

hopefully  12:9,11
horton  188:12,13
host  97:12
hour  59:1
hours  29:9
house  12:8 81:25
    82:2,12
huawei  28:10
huh  19:5 69:24
    152:21
hyphen  52:3

**i**

i.e.  114:5 117:12
    123:11
ia  87:16 88:21
ian  7:17 13:24
idea  18:13 61:18
    61:20 62:6 65:19
    117:17 152:17
    168:4
ideas  65:17
iden  170:9
identifiable
    119:16
identification  17:8
    30:2 37:14 46:23
    54:18 103:6
    108:25 120:15
    125:24 126:7
    130:10 137:24
    142:23 148:24
    158:13 171:23
    183:10,13 203:5
identified  22:22
    68:14 174:15
    175:8 187:4 194:6
    194:15,21 208:15
identifier  99:3
    106:1 116:22,22
    116:25

identifiers  97:20
    97:21,25 98:19
    100:2,10 101:5,6
    116:11 121:24
    122:7,12 124:24
    124:25 125:9,11
    125:14,18,23
    126:6,13,14
identifies  174:6
identify  13:12
    39:21 51:7 83:19
    83:24 113:2 116:6
    144:15,19 151:2
    154:23 155:3
    169:15 171:16
    172:11 189:22
    190:20 199:4,20
    206:13
identifying  99:19
    155:17,18
identity  136:6,14
    136:17,21,25
    169:1,5,10,16,17
    169:25 170:1,9,12
    170:14,21 171:1,2
    171:20,23 172:6,7
idfa  99:7,18
    103:17 105:15,25
    108:10 116:23
    117:21 118:9
idfas  118:11,18
    119:1
ids  139:3,16,17
igf  87:18
igs  87:19
illustrate  104:15
imagine  42:3
    48:11 84:11
impact  10:7 11:12
    83:20 141:10,12
    142:13,19 152:22

**[impact - interpretation]**

152:25 154:24
155:22,23 156:25
157:5,7,10 161:18
173:24 174:10
179:25 190:5,18
191:10,14,18
192:9,10,16,25
194:4 197:10,24
198:14
**impacted**  193:9
195:24
**implemented**
107:12,14
**implications**
151:23 152:2
173:18
**implicitly**  36:16
**imply**  140:7
156:25
**important**  40:9
42:5,10 98:18,23
104:10 111:25
171:4 172:2,6,7
**impression**  26:6,6
26:22 86:22 89:16
90:22 172:9
206:19
**impressions**  26:9
28:15,17 86:21
89:24 90:3,9,18
91:1,2 92:10
96:22 97:3,11
117:12 126:19
150:13 176:7,8,14
206:16,17
**improve**  169:1
170:1,13
**incentive**  31:7
**incentivize**  54:12
**incentivized**
132:15

**inci**  36:24
**incidentally**  36:25
**include**  18:24 19:3
95:5,24 107:11
122:15 124:22
189:19
**included**  26:9
28:10 51:14 139:6
145:14 153:5
213:14 214:3
**includes**  97:12
125:17
**including**  16:10
20:20 97:11 100:5
107:4 123:11
210:4
**increase**  168:6
**indicate**  26:5
209:18
**indications**  115:20
**indicative**  12:13
**individual**  42:15
42:17,22,23
100:14 108:18
**individuals**  39:22
65:10 106:24
108:18 116:6
170:23
**industry**  127:18
134:2 165:24
**infor**  64:23
**inform**  58:10
**information**  16:10
16:12,13,16 19:7
20:10,22 22:1
23:1 28:22 29:4
33:22 42:5,16
49:9 64:25 65:2
65:15 98:15 99:3
104:13,14 106:10
106:13,19,23

107:4 108:3,17,20
111:4 114:7
116:11 119:12,14
119:16,25 122:18
132:12 135:3
143:10 155:16
169:18 185:1
186:20 189:15
190:9
**inherent**  64:18,21
**initial**  131:20
**initials**  87:4,6,9
**input**  154:9
**inputs**  21:11
106:16
**inquiries**  202:21
**inquiry**  190:7,19
202:15
**insert**  51:19
**insertion**  51:13,20
52:3,4 53:14
**inside**  52:23 99:1,1
**insight**  124:8
**insights**  27:9
123:9
**instagram**  87:19
123:12
**install**  26:16,19,25
63:23 93:21 98:20
100:21,25 116:2
**installed**  112:6
116:8
**installing**  98:24
**installs**  27:19
28:17 31:23 64:6
90:23,25 92:11
93:19 98:21
106:15,24
**instance**  32:12
34:20 39:12

**instances**  115:15
127:4 199:8
200:18
**instant**  87:17
88:21
**instragram**  87:19
**instruction**  209:22
**integrating**  73:19
**integrity**  79:17,20
89:13 136:3
**intended**  43:13
**interact**  41:11
**interest**  96:1 100:6
**interested**  96:2,3
96:17 97:7 100:19
101:22,24 102:14
136:13 152:16
190:14 212:18
**interesting**  132:12
137:15
**interests**  125:25
**interface**  206:16
206:18,23,24
**interfaces**  26:3
92:22 95:23
128:11
**internal**  33:6,7
69:6 83:14 94:4
138:9 146:15
184:10
**internally**  49:5
82:4 101:11,13
134:9 143:19
168:23
**internet**  12:23
**interpret**  110:16
177:11 191:17
**interpretation**
124:14 140:15
176:22,23 180:23
181:5 204:11

**[interpretations - kubitz]**

**interpretations** 180:10

**interpreting** 170:19

**interrupt** 170:3

**introduced** 17:16 30:14 54:24 158:17

**intuitive** 19:17

**inventory** 129:23 135:6

**investigated** 189:23

**investigating** 186:13 187:24

**investment** 64:10

**investments** 64:4

**investor** 142:4

**investors** 42:6,10 42:13 142:1

**invoice** 23:23 94:5

**invoiced** 23:19,20 26:1 51:15

**invoices** 93:16,19 93:25 94:9

**involve** 66:2

**involved** 57:13 74:19 75:2,22 76:2 97:25 112:19 113:2 168:14

**involving** 28:1

**io** 51:22

**ios** 116:19,20

**iphone** 99:15,16

**irvine** 5:9

**iso** 52:4,5,20,21,23 53:3

**isolate** 32:13 110:22 155:9

**issue** 80:17 132:18 132:24 133:2,3,6

139:2,14 148:18 192:13

**issues** 9:8

**item** 26:1

**items** 50:17

**iyer** 75:17

**j**

**james** 158:21 159:10 160:7,13 163:1

**jamie** 161:21,23 161:25

**jams** 7:4

**jamsadr.com** 7:11

**january** 78:11,21

**javier** 145:25 146:5

**job** 1:24 213:5

**john** 7:19 13:9

**jon** 188:12,17

**jsc** 1:6 2:6

**june** 183:22 192:2

**junk** 193:15

**justin** 61:2 67:18

**k**

**k** 3:6,9 57:22 75:19 79:24

**karma** 54:5 136:7 136:10,20,23 137:9,11

**keep** 36:20 45:4 94:8,15

**keller** 4:5 20:1

**kellerrohrback.c...** 4:14,15,16

**kevin** 65:11

**key** 9:8 163:12 167:4 171:20

**keyed** 103:17 105:15

**keying** 117:21

**kill** 163:5

**killing** 160:8

**kind** 19:16 52:25 53:3 58:10 90:23 93:12 100:6 124:25 126:22,25 127:5,22 141:6,7 154:24 155:4,23 172:8,11

**kinds** 21:5,8 65:1 65:14 149:25 172:20,24

**kito** 183:23 184:10 184:11 188:8

**know** 16:5 17:24 19:20 21:6,7,9 24:22 28:14,20 30:15,19 33:10,16 34:10 35:22 36:14 36:25 41:5 42:3,8 42:10 43:9,19 47:6 52:18 53:5 54:2 55:4 59:21 60:1,13 62:16 63:14,20 64:20,22 65:6 66:14 67:6,9 67:11 69:14 70:14 74:9,11,19,25 75:13 77:11 78:9 78:10,21 79:7,14 85:20 86:3,6,25 89:10 93:6 94:16 97:13 98:20,23 100:1,3,5 101:23 101:25 102:14 103:8 104:24 106:5 109:8,15,21 111:5,6,9,19 112:13,17,18,25 113:5,7 114:16

115:10 117:9,24 118:2 121:12 126:13 127:19 129:20 131:1 135:10 138:5 139:1,22,24 141:4 141:14,18,23,25 142:2 143:21 145:12,19,20 148:3,16 150:25 152:12 153:2 156:12,25 157:4,4 157:6 158:6,24 159:24 160:13 161:7,9,12 162:12 164:17,21 165:4 165:15 167:24 168:11,16 169:9 174:3,18 175:2,7 180:3 184:1,12,18 184:19 187:6,7,11 187:20,22 188:5 188:14,18 190:2 200:2,4,6 201:19 201:25 202:6 203:13,23,25 204:6

**knowing** 100:20

**knowledge** 29:18 29:22 34:7 80:12 80:14 119:7 127:3 133:6 139:5 186:7 188:3 195:14 200:22

**known** 22:20

**ko** 4:6 13:19

**kochava** 105:5,11

**kristy** 163:4

**kubitz** 79:22

**[l - look]**

| l |
|---|

**l**  1:20 2:19 57:22
86:9 212:1,24
**l'oreal**  9:18 120:22
120:25 121:2,9,17
121:23,25 122:3,5
122:17 123:1,6,7
123:16,16,18
124:21,22 125:17
125:20 126:4,11
126:19
**l.l.p.**  4:5
**l28**  112:6
**label**  72:18
**labeled**  11:14
30:25 76:10 147:2
203:9
**laid**  50:10 127:11
**landed**  38:5
**language**  124:15
**large**  19:14 23:13
50:19 59:20 63:14
183:20 193:10,20
**largely**  12:13
**larger**  53:1 72:11
128:14 187:14
**largest**  52:12,18
**laufenberg**  4:7
**launch**  115:2
**launched**  66:1
114:17,20 201:20
**laura**  19:25
**law**  3:10 4:9 5:7
5:15 6:7,15
**lawyer**  60:24
186:4
**layer**  127:16
**lays**  36:1
**leach**  168:16,17
200:8

**leadership**  56:8,10
**leading**  165:24
**leads**  58:23 60:1,6
74:7,10
**learn**  33:17 80:3
**leaving**  10:17
148:11 150:1
**lee**  1:13 2:14 8:3
12:6 13:6 14:6
15:1,7 17:11,15,25
25:12 27:22 55:5
68:19 113:18
149:1 180:12
183:15 184:2
185:22 197:24
198:13 203:7
204:22 206:7
209:2 211:1,13
213:5
**left**  23:4 85:1
174:15
**legal**  213:7
**lengths**  39:10
**lesley**  3:7 13:15
213:1
**lessin**  131:15
**level**  25:23 75:6
127:15 150:11
155:6 164:24
165:5,8,12 172:17
175:1,15,25 176:6
186:17
**levels**  53:5
**leverage**  99:3
100:9
**leveraging**  135:3
**lifetime**  101:16
102:1,3,16,19
103:18 104:2
105:16 106:7,10
106:17,20 108:11

111:12,16,17,20
111:25 112:8,14
112:20,23 113:3
**lift**  172:16,25
178:4,9,17
**lighthouse**  167:12
167:15,24 168:4,9
168:14,22 199:17
**limit**  149:25 150:4
150:15
**limited**  16:11
**line**  26:1 50:17
63:18 76:22 96:4
112:7 131:13
146:17 172:5
213:15 214:4
**lines**  76:16 96:1,4
202:21
**link**  26:10,10 90:3
90:22 92:10
171:12 172:3
**linked**  173:15
**links**  90:24
**list**  41:2,4 65:17
79:6 96:9 143:14
143:25 144:6
150:25 168:12,14
194:12,14,23,23
195:1,2,10 197:8
200:2
**listed**  71:24 72:15
120:25 154:3,19
**lists**  88:13 118:11
118:18 167:11
172:15 193:14
194:20
**literally**  21:3
**litigation**  1:6 2:6
13:8 213:4
**little**  23:17 38:3
69:15 76:14 89:15

118:5 131:14
135:24 140:6
161:1,19 162:2
177:23
**llp**  3:5 5:5 6:5
**load**  30:5 206:25
**loaded**  43:1
**loading**  37:17
**loads**  87:1
**located**  2:15
**location**  1:15
95:25 100:5
**locked**  213:12
214:1
**loeser**  4:8 13:18
**log**  39:25 91:8,19
92:2 97:10,15
**logged**  35:13
36:21 37:21 38:11
91:18 187:3 189:9
**logging**  92:15,17
92:20,21 109:24
111:2
**logs**  92:11
**long**  41:3 45:3
58:25 61:5 65:17
111:3 143:14
190:12
**longer**  44:25
116:20 136:23
159:13 195:1
**look**  23:17 33:19
42:25 43:9 46:18
49:5 56:10,19
76:9,21 92:3
108:23 110:19
111:3 120:17
130:7,13 145:24
148:4 154:23
173:22 179:24
183:18 192:9

**[look - measured]**

193:18,20 207:11
208:4
**looked** 149:24
**looking** 20:24
22:18 30:18 31:4
31:16 34:12 43:8
43:11 45:25 46:7
48:21 51:6 56:12
58:15 59:21 69:4
69:13 76:5 81:21
82:17 87:3 104:21
110:3 111:10
112:1 116:16
122:23 124:19
125:8 131:9,14
140:7 154:25
157:14 159:15
161:19 164:2
165:18 167:9
177:9 182:7 187:1
187:16 193:3
204:5 205:17
**looks** 32:5 56:4
179:18 195:1
203:15
**lori** 20:1
**los** 7:9
**lose** 192:4
**lost** 190:16
**lot** 58:9 63:24
**lower** 69:15 84:25
86:13 131:14
135:25 161:1,20
162:3
**loyalty** 125:21
**ltv** 112:5
**lweaver** 3:15
213:2

**m**

**m** 57:22,23
**mac** 116:24
**macdonell** 7:19
13:9
**machine** 212:10
**main** 51:16 58:21
200:11
**maintain** 45:1
110:23
**maintained** 94:12
**maintains** 21:7
**major** 28:6 88:8
90:23
**majority** 50:19,25
64:10
**making** 42:21 81:7
138:14 149:8
159:22
**managed** 91:12
163:6,8
**manager** 159:12
**managing** 121:16
192:5
**manufacturers**
27:7
**map** 34:19
**mapped** 52:7,12
**march** 147:3,10
158:22 160:8
**mark** 16:25 29:23
37:11 46:20 54:15
131:16,17 138:1
142:21 158:11
162:14,19,21
**mark's** 146:8
**marked** 17:7,20
17:23 30:1 37:13
46:22 54:17 103:5
108:24 120:14
130:7,9 137:23

142:22 148:24
149:2 158:12
183:9,12,16
193:19 203:4,7
**market** 32:14
201:19 202:17
**marketing** 16:14
51:14 53:6 73:18
73:20,22 74:5
187:13,14,18
188:22,23 189:2,9
**marketplace**
23:19,20 26:1
51:15
**marking** 158:16
**master** 7:6 12:5,6
12:8,22 13:25
14:1 210:10
**match** 115:18
163:14 164:25
165:5,9,12 170:21
171:1
**matched** 122:6,11
124:23 125:9,22
126:5,12
**matching** 115:19
125:4 126:22
127:1,5 163:12
165:12 170:17,20
**mathematician**
179:11
**matt** 29:24 35:8
46:20 89:18
**matter** 13:7 128:2
131:4 172:4
184:21 186:8
**matthew** 3:8 13:17
**mau** 8:18 43:6,20
43:24 44:2,10
46:6,8 48:2,8,13
48:17,23 49:1

**maximum** 139:20
202:1
**md** 1:6 2:6
**mdl** 1:4 2:4 8:16
9:9,10,14,15,19,20
9:24,25 10:8,13,14
10:22,23 11:7,8,16
120:20 130:14
138:2 146:1
183:22
**mean** 22:25 23:3
23:19 25:13 37:7
38:1 45:15 51:3
62:13 67:1 77:16
77:20 78:15 80:8
96:23 107:15
122:10 136:4
137:6 138:20
143:8 153:18
155:19 162:13
164:18 166:2
167:23 169:12,18
170:2,9,12 171:2
173:8 177:6 181:3
189:11 190:25
191:14 204:9,14
**meaning** 15:17
38:6 70:21,25
191:17,18
**means** 32:19 77:4
85:20 86:21 89:10
125:23 169:10,16
169:25 171:23
178:8 180:21
**meant** 28:16
162:17
**measure** 39:9
41:13 45:3,5,6,10
82:15 104:10
**measured** 178:25
179:9,19 180:21

**[measured - name]**

181:1,13
**measurement**
96:13 103:14,18
104:2,7,9,14,18,25
105:4,15 106:7,11
107:22 108:4,10
108:15,17,20,21
123:25 124:6
149:12,16,24
150:1,4,13,19
156:15 157:2,6
158:2 159:23
162:4 165:20
172:15,17,21,24
173:9,13,14,25
174:11,24 175:9
175:14,16,19
177:3,14,16,18,21
177:22 178:4,16
180:25 181:1,8,11
181:18 182:11,20
**mechanism** 99:18
**mechanisms** 92:19
93:4 96:22 97:15
123:6
**medium** 196:15
**meeting** 146:8
163:3
**melamed** 3:8
13:17 17:2,4,18,21
17:22 30:13 54:23
158:17
**members** 37:1
57:12 75:21
**memorandum**
9:17 120:21
**memory** 117:1
150:7
**mentioned** 28:1
41:8,10,14,20
65:21 152:21

176:22
**message** 10:21
38:7 160:15
**messaging** 10:11
146:8,18
**messenger** 35:13
37:20,23 38:11
87:18 123:12
**meta** 7:18 13:22
13:22,24 142:9
159:14 209:15
**meta's** 209:24
**method** 94:1 173:5
**methodologies**
11:11 194:4
**methodology** 44:9
**methods** 116:5,5
**metric** 38:18,21
42:13 96:13
189:19
**metrics** 11:15 39:8
40:4,8,14,20 97:13
102:8 189:20
203:9 204:12
206:5
**mf** 87:13
**mgr** 87:18
**michelson** 5:8
**middle** 68:17
**milli** 86:20
**million** 139:20,20
140:20,20 152:6
152:19 156:16
179:12 191:11
**mincer** 60:16
**mind** 61:24 65:19
75:4 97:24 105:12
129:12 143:15
145:2 169:23
172:11 200:9,12

**minimum** 139:19
**minute** 17:19
**minutes** 61:7
202:23,23
**missing** 91:14
**mission** 5:16
**mitigate** 157:18
**mitigation** 157:23
**mmelamed** 3:16
**mmp** 174:14,23
177:14
**mobile** 28:7,17
63:22 64:6 87:13
98:6,19,21,22
100:17,17,18
103:14,16 104:6
104:11,13,18
105:4 107:22
108:4,6,16 114:4
115:24 116:2,17
172:16 174:24
175:14 201:6,13
**model** 62:12
132:14 133:8,15
143:24
**models** 62:7 114:3
168:6,24
**moment** 27:22
43:9 44:8 47:5
156:24 158:23
184:2
**monetization**
11:15 16:15 32:15
130:22 203:9
204:9
**monetize** 204:12
204:15
**monetized** 16:11
**money** 25:15
145:12,13,14
181:9 204:16

**monies** 77:22
**month** 37:19
202:7
**monthly** 23:22
34:14,18 37:9,17
39:3,6,13,16,19,22
39:23 40:1,13
42:1 46:1,5 49:7
56:14 76:10 77:19
93:20
**months** 46:11
**morning** 12:5
13:14,20,25 15:7
**move** 14:4 145:23
165:17 195:5
197:20
**moved** 140:18
155:22
**moving** 157:20
160:3 182:19
**mta** 174:14,21
177:14
**multi** 163:12
172:16 174:22
175:14
**multiple** 91:16
**mz** 162:5,13,20

| **n** |
|---|

**n** 8:1 34:3 57:17
57:23 75:19
**name** 12:6 14:1
19:25 26:17 33:11
57:22,23 59:25,25
60:14 74:12 75:14
75:20 79:19 86:8
114:7 117:17
127:18 130:15
151:3 187:14
188:6,9 189:5
199:4 200:7
212:21

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**[names - objection]**

**names** 20:24 21:24 67:10 104:21 105:8 113:5,7 143:13 187:16
**narrow** 210:2
**narvaez** 158:20 159:4
**natalie** 79:22
**native** 183:17,19
**necessarily** 24:7 39:7 64:2
**necessary** 213:14 214:3
**need** 10:11 17:15 22:6 35:22 36:13 36:14,19 57:1,5,8 57:10 121:21 146:18 170:3,21 171:1,12,15 189:16 190:9
**needed** 153:6 171:16
**needs** 104:25 172:3
**negotiated** 127:17
**neither** 212:17
**neko** 28:14,16
**nested** 127:19
**net** 16:9 20:2
**network** 51:12 87:20 129:14,15 129:22 130:2 134:1 135:3,22
**networks** 21:6 29:3
**nevada** 1:22
**never** 126:21 157:15
**new** 17:16 42:23 157:21 161:3

**news** 66:5 147:9 148:3
**ng** 57:17
**nielsen** 151:5,12 174:6
**night** 16:20 208:15 208:19
**nonprofits** 82:7
**nordstrom** 161:2 161:7
**normally** 127:10
**north** 88:3,9 165:22 166:2,19 182:13,19
**northern** 1:2 2:2
**nos** 55:1 130:14 183:22
**notating** 213:15 214:4
**noted** 210:10,14
**notes** 211:3
**notice** 16:2
**noticing** 13:13
**notion** 171:20
**number** 8:9 9:2 10:2 11:2 16:5 17:3 22:17 28:18 37:9 39:25 41:22 42:21 48:14 51:25 63:16,16 69:19 70:10 86:23 90:5 93:13,14 95:21 106:23,24,25 110:20,22 112:1 145:19 149:24 150:22 153:4 176:13 177:2,15 177:16 195:23,23 209:25 213:15 214:4

**numbers** 46:17 69:15,15 84:7,10 84:23 152:15 153:1 156:5,10 181:12
**numerator** 50:7

**o**

**o0o** 12:3 210:19
**oakland** 3:13 99:15
**oath** 15:2 113:19 212:9
**ob** 33:8 179:15
**oba** 134:8,12
**obj** 95:20
**object** 16:22 18:10 18:15,21,25 19:8 20:3,17,23 22:5,24 23:7 24:1,10,24 25:7 26:14,20 27:11,21,22,23 28:4 29:17,21 30:8 31:2 32:4 33:8,15,20,25 34:9 34:24 35:17 38:19 39:4,20 40:5,17,23 41:19 42:2,18 43:21 44:4,12 45:13 47:10,17 48:5,20 49:3,10 50:4 52:16 53:21 55:6,18 56:15,24 59:19 60:3,12 62:2,5,15 63:10 64:8,15,19 65:3,13 66:3,13,21 67:8,12 67:17,23 68:8 70:23 71:5 72:6 72:17 73:1,7,13 74:3,8,13,21 76:24 83:1,16,22 84:5,18

87:8 88:5 95:7,14 95:20 96:15 97:1 99:20 101:17 105:20 106:8 107:8 108:12 109:17 110:15 112:10 124:12 126:23 128:5 131:5 132:2,20 133:21 134:10,19 135:20 146:23 147:8 153:22 156:20 164:20 166:3 179:15 180:1 181:4,20 196:20 197:13 200:16,21 201:3,8 204:10 205:12,25 207:18 208:9
**objection** 21:15 28:12,23 29:11 31:12 36:8 37:2 43:14 47:8 77:6 77:14 78:3,8,13,24 79:10,16,21 80:7 81:4 82:13 85:25 90:1 91:7,21 92:12 93:1,23 94:7,14 97:23 99:10 102:6,21 104:19 106:21 110:25 111:7,22 112:21 114:14,18 114:25 115:9,13 116:13 117:6,14 118:1,20 120:2,11 121:11 122:13 123:20 124:4 125:2 126:8 128:19 129:8 136:22 137:10

Veritext Legal Solutions
866 299-5127

[objection - option]

138:22 139:12
140:1,9 141:1,17
143:18 144:3,11
144:17,25 147:14
149:17,22 150:5
150:10,21 151:4,9
151:13,17,21
154:11,21 155:11
156:7 160:12,19
161:10,24 162:15
162:23 163:24
165:6,14 166:23
167:16 168:10,15
169:4,6,11,20
170:15 171:3,24
172:22 173:1,10
175:4,12,22
176:10,19 177:7
178:10 180:22
182:17 185:2,14
186:10,15,23
187:19 188:2,25
189:12 190:1,11
190:23 191:6,15
192:11,21 193:1
194:17 198:3,24
199:6,13,22
201:14,22 202:3,9
202:19 204:1
208:1,17
**objections**  80:11
119:3 125:12
161:17 209:18,23
**objective**  208:12
**objectives**  69:20
**obtain**  155:15
197:11
**obviously**  21:9
**occasions**  119:24
120:9

**occur**  23:6 98:22
**occurred**  139:11
139:11 166:9
186:17
**odc**  164:6
**oem**  27:5
**offer**  90:6 94:23
95:21 96:5 99:23
100:12 101:7
104:8,9 129:21
134:23 143:5
167:2
**offered**  73:21 98:1
99:2 100:9 145:11
**offering**  67:4
147:19 168:2
**offhand**  34:11
55:7 59:9 60:13
74:9,23 78:9
145:19 158:4
168:11
**office**  213:11
**officer**  60:6
**official**  101:10
**offline**  143:11
**oftentimes**  53:4
**oh**  14:6 38:23
46:21 70:5 85:2
105:9 125:5
148:15 169:16
170:6 209:6
**okay**  12:22 13:2,2
13:4 14:5 15:13
15:17,25 16:6,18
16:25 18:2,17
20:14 22:2,8,18
24:19 25:2 29:16
30:18 32:9,22
33:5,13 34:12
35:2 38:9 43:18
44:7,15 45:20,23

47:13 50:14 51:10
53:16,24 54:14
55:8,22 59:5 61:8
63:1 65:14,21
68:16,18,24 69:13
69:18 70:9,13
71:10,17 72:13
74:11,16 75:3
79:7 81:21 84:10
85:9 88:18,20
89:2,14 92:4
94:11 95:11 99:4
101:15 103:3
108:22 109:2,12
109:21 111:10
112:3 113:11,13
113:22 116:16
117:19 118:4
121:4,18,22
122:20 124:19
125:16 126:15
131:3,14 137:15
137:22 138:7
142:5,11,20
146:14 151:20
154:1 155:8
156:12,14 158:10
158:25 160:2,16
161:1,16 162:2
164:23 165:17
169:14 177:1
178:21 180:7,14
181:2,23 182:21
183:1,4 184:3
188:20 191:9,22
192:19 193:25
194:2 195:4,19
197:16,19 199:1
202:22 203:10
205:10 208:4,6,13
208:25 209:8

210:12
**old**  163:11
**olivan**  145:25
146:5
**olr**  174:14,25
177:14
**onavo**  200:24
201:2,7,12 202:7
202:11
**onboarded**  163:14
**onboarder**  163:11
**onboarding**  160:9
160:22
**once**  44:24 93:14
138:24
**ones**  40:9
**online**  134:15,17
134:20,23 143:12
173:4
**onwards**  50:19
**open**  17:13 18:1
46:25 194:1
208:23
**operated**  35:23
**operations**  75:11
**operators**  31:6
**opportunities**
63:17 68:3,4
80:25 130:22
131:7 132:4,6
**opportunity**  62:22
66:16 67:4 122:17
131:18
**opposed**  34:22
37:1 41:25
**opt**  118:13
**option**  26:4,15
62:9 90:6,13
100:12 143:4
144:21 147:25
153:9 175:24

Veritext Legal Solutions
866 299-5127

[option - partners]

193:23
**options**  26:8 61:13
  61:15 62:10,19,20
  62:23 63:6,24,24
  64:2 68:3 95:22
  95:25 98:1 99:2
  99:23 100:9 101:7
  108:1 134:24
  145:11,16 157:21
  168:3
**oracle**  151:14
  174:6
**oracle's**  21:7
**order**  1:10 17:17
  22:22 51:19,20
  53:14,17 100:24
  171:11 172:17
  175:1,15,25 209:5
  210:9
**orders**  51:13 52:3
  52:3,4
**oregon**  1:22
**org**  52:7 53:1,12
  75:25 188:15
  189:14
**organization**
  52:24,25 72:8,9,20
  73:4 75:8 159:9
  187:15,18 196:7
  196:11,13
**organizational**
  60:8
**organizations**  52:6
  95:5 189:15
**original**  194:24
  212:14 213:10,21
**originally**  100:16
**originated**  103:22
  123:1
**osofsky**  61:2,6,17
  67:18 81:17

**outlines**  203:20
**outlining**  149:7
  203:15
**outright**  199:25
**outside**  129:17
  209:19,20 210:1
**overall**  38:21
  49:21 192:13
  205:11
**owned**  35:23
  194:7
**ownership**  153:1
**oxygen**  27:3,5,10
  27:18 28:9 32:14
  33:12,14,18 34:19
**ozone**  8:15 30:25
  31:1

**p**

**p**  45:18 75:12
**p.m.**  113:14,17
  148:20,23 183:5,8
  202:25 203:3
  209:9,12 210:13
  210:14
**pacific**  13:5
**page**  8:3,9 9:2
  10:2 11:2 31:5,17
  69:14,16,25 71:11
  71:15,17 72:15
  74:17 78:17 81:22
  82:18 85:10 86:12
  88:4,11,16,25
  103:13 109:13
  110:2 111:11
  112:4,4 113:24
  116:18 118:9
  121:18 133:25
  149:10 151:21
  152:1 161:3
  162:25 164:2,2,3
  165:18 167:9

173:17,22 174:9
  178:2,11 182:7
  194:3,20 195:4,13
  204:5,9 205:11,13
  213:15 214:4
**pages**  1:25 22:18
  23:11 88:12
  191:24 192:5
  194:7 213:14,17
  213:17 214:3,6,6
**paid**  23:22 27:18
  54:12 91:25 94:5
  94:10 126:18
  199:5,9,21,23
  201:6,12 202:7
**paired**  27:8
**paper**  125:21
**paragraph**  125:6
  132:9
**paragraphs**
  122:21 125:7
**parameters**
  107:12,14 108:8
**park**  188:12,17
**part**  23:24 27:13
  33:2 59:16 66:18
  72:4,8 89:23
  103:16 104:7
  114:1 128:6
  147:12 187:17
  189:6 192:18,20
  192:20 194:22
  196:6,10,12
**particular**  20:14
  29:6 56:17 74:4
  142:8,12
**parties**  3:2 4:2 5:2
  6:2 7:2 24:20 25:4
  25:4 29:20 91:5
  92:3,3,25 97:19
  106:17 107:6

116:12 120:1,10
  128:24 167:8
  199:4,11,20
  200:15
**partner**  13:19
  51:24 82:7 107:23
  108:16,17 129:15
  143:1,3 144:1,5,7
  144:9,16,20,24
  145:7,10,14,17
  147:11,15 148:7
  149:12 152:3
  153:5,9,20,23
  154:3 157:1,5,8,10
  157:11,15,16,19
  160:17 163:22
  165:19 167:5,8,11
  167:19 168:1,3
  174:4,20 175:23
  176:9,12,14,17
  199:16
**partnered**  27:6
  144:7 147:24
**partners**  23:25
  24:3,9 27:10 28:9
  28:25 52:13,15
  66:5 73:6,11,12,18
  73:22,23 74:2,5
  92:23 93:20 96:14
  102:5,20 103:14
  103:18 104:2,7,14
  104:15,18,21
  105:5,16 106:7,11
  106:12 108:4,10
  108:21 143:6,8,21
  144:6 147:24
  150:14,19,23
  151:1 167:19,23
  167:25 168:1,8
  172:17 173:14
  174:14,18,19,24

**[partners - platform]**

175:15,18,20
176:5,9,13,17
177:19,20 178:5,7
178:8,22 197:8
198:1,16 199:15
200:2
**partnership** 27:13
33:2
**partnerships** 21:8
27:25 29:1 33:5
33:21,24 98:5
163:1 166:25
168:18 188:19
200:5
**party** 91:25 102:4
125:1 128:23
135:14 143:5,7
160:9,22 162:9
164:25 165:13,19
170:19 212:19
**path** 64:11
**pay** 24:20 25:4,12
51:25 77:12,16
90:4,22 92:4
136:20 147:22
200:19
**paying** 9:23 51:4
93:17,21 96:14
128:8 131:11
167:1 199:25
200:14
**payment** 24:6,13
24:20 25:13 26:13
26:16,19 89:24
90:2 91:6 93:25
127:8 202:1
**payments** 24:5,15
31:24
**pays** 114:5 202:17
**pc** 162:4 173:24
174:3,14,18

175:20 176:5
177:19,20 178:5,7
178:8,22
**pdf** 213:12 214:1
**penalized** 79:8
**penalty** 14:10
211:1 213:16
214:5
**pending** 180:13
**people** 28:19 29:4
33:19 36:6,18,21
36:22 37:1,18
38:10 39:7,9,12,25
41:1 44:24 45:7
45:22 60:10 65:5
67:10 92:19 95:23
96:2,2,7 98:9,13
100:24 112:2
113:5 116:1,2
124:18 132:14
134:7 139:5,15
143:10 153:24
154:5 167:21
168:7 170:23
171:13,13,16,18
173:15 187:16,21
187:23 200:5
**people's** 65:6
134:22 148:5
172:6,7
**percent** 63:14 76:6
82:22,24 83:3,4
176:2,24 179:12
179:25 181:18,24
182:4
**percentage** 84:7
85:21 130:4 179:4
179:23 182:2
**perfect** 193:25
**perform** 48:1
190:10 197:11,17

**performance**
117:11
**performed** 66:18
152:13 179:22
197:25 198:14,23
**performs** 141:5
**peri** 120:8
**period** 18:5,22
19:19 22:1 23:14
37:9,10 40:1 45:7
45:8 46:4,5,9,11
50:18,23 51:1
52:6 53:2 72:20
84:13,20 97:22
105:17,18,22,24
109:10 112:18
120:8 139:24
140:3,13 150:14
182:5 195:17
213:18 214:7
**periods** 50:3 85:7
94:17
**perjury** 14:10
211:2 213:17
214:6
**person** 34:1,14,23
35:12,19 36:11,12
39:11,13,15,17,18
41:6 59:22 67:19
79:23 80:2 100:20
100:22 107:25
110:20,22 111:18
116:8 136:16
200:8,11
**person's** 136:6
**personal** 114:7
133:25
**personally** 119:15
**pertains** 212:13
**pertinent** 42:20

**phased** 53:8
**phone** 27:6 99:19
114:8
**phone's** 117:1
**phonetic** 28:10
**phrase** 73:5,9
134:8 160:22,24
170:25 188:20
**phrased** 145:9
**phrases** 72:22
**piece** 127:17
132:12 140:11
**pii** 164:24 165:5,8
165:12
**pipelines** 21:4,5,25
93:5
**pixel** 122:25 123:6
123:16,22 124:2
125:4
**place** 124:23
166:25 167:18
212:6
**places** 19:18 87:10
197:2
**plaintiffs** 2:15 3:4
4:4 13:16
**planning** 194:25
**platform** 10:18
23:22 25:17 28:19
29:5,5 37:22
38:22 39:3,9,18,25
40:15,22 41:1,12
44:25,25 45:7
61:10 65:10 67:14
67:16 95:10
109:10,25 112:17
122:6,12 123:19
125:9 126:6,12
148:12 150:1
196:17

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**[platforms - product]**

**platforms** 7:18
13:22,24 87:10
121:25 122:5
123:10,18 124:23
125:23 171:10
**please** 13:12,13
14:7 32:10 37:12
51:7 54:15,21
69:18 86:11 88:25
142:21 180:19
198:8 203:18
206:13
**plus** 154:18,19
178:8
**point** 12:9 110:23
113:4,10 116:19
120:8 135:21
144:15 166:18
191:23
**points** 58:10 85:22
**policies** 77:8,10
93:11 116:15
120:13 139:7
**policy** 58:1,2
76:11,17,23 77:2,5
77:13,16 78:2
79:9 80:8,14,16
81:13 116:10
119:23 120:7
139:15 142:15
**political** 95:5
**poll** 66:7
**portion** 175:10
181:10
**position** 103:1
209:24
**possess** 156:4
192:22
**possesses** 44:1
**possibilities** 132:1

**possible** 18:6,11
22:2,12 30:6,16
44:13 83:19 84:14
84:23 85:6 107:17
124:24 142:16
144:14,19 145:22
155:9,13,15
160:16,20 178:7
178:14 182:25
192:14
**post** 82:19 83:21
85:3
**posts** 66:7
**potential** 11:12
68:3 194:4
**powerful** 129:20
**powerpoint** 8:14
147:4 162:5
**practice** 105:19
165:11
**practices** 175:8
**pre** 27:14 85:3
**preload** 27:6
**preloaded** 27:7,15
**prem** 81:3
**premium** 61:19
62:1,12 63:8 64:7
64:13,18,21 65:16
67:5 80:22 81:3
81:19
**preparation** 74:20
81:17 185:6,20
204:18
**prepare** 19:2
60:23 67:21
203:21
**prepared** 18:14
19:21 67:6,10
69:6,9,11 74:23
106:17 201:1
208:16,24 209:20

**preparing** 57:11
**present** 7:16 50:2
50:15,16,22 92:2
**presentation** 8:14
18:19 146:16
166:6
**presentations** 67:7
67:10 68:1
**presented** 36:11
**presents** 151:22
**presumably**
114:24
**presume** 66:15
**prevent** 116:23
**previous** 61:9,12
61:12 97:10 177:9
177:24
**previously** 58:17
87:15 90:13
115:24 122:16
150:12 157:14
184:19
**price** 52:1 202:17
**principles** 8:15
**printed** 173:21
**prior** 34:8 43:20
43:24 44:2 78:10
78:21 79:4 212:8
**prioritization**
63:15
**prioritizing** 80:24
**priv** 11:5
**privacy** 9:8 13:7
80:6,9,13 81:2,7
81:13,18
**private** 66:19
**privilege** 183:24
**privileged** 185:24
204:25
**pro** 118:15

**probably** 83:13
107:20 197:1
**problem** 43:17
62:11,17 118:23
145:4 183:1
**procedure** 213:19
213:20
**proceed** 62:9,18
68:5 81:15
**proceedings** 212:5
212:8,9,15
**process** 58:16,23
75:10 91:11
105:14 119:14
155:17 170:20
186:12
**processes** 12:18
181:18
**procter** 52:19
71:24 72:3,11
96:20
**procure** 139:16
**produce** 22:13
**produced** 20:12
30:23 55:2,3
68:15
**producing** 93:16
210:5
**product** 22:19,22
23:4 60:20 64:18
65:22,25 81:11,12
86:2 94:24 119:10
122:16 136:24
137:3 141:8,10,11
141:13,20,22
147:18 152:24
154:24 155:20
159:5,8,12 178:16
180:25 182:20
202:5

Veritext Legal Solutions
866 299-5127

**[production - range]**

production 53:25
products 23:8
 36:20 85:15,17
 94:22 95:16,18,22
 109:10 148:5
 149:8 152:23
 157:21 159:23
 167:5 173:13
 181:1,8,11
professional 2:20
 212:2
profile 1:5 2:5
 13:8 213:4
profits 16:8,9
program 26:18
 27:3,6,19,20
 115:18 167:17
 199:17 200:24
 202:5
programs 125:21
 202:16
progress 57:8
project 112:8
 114:2,12
projecting 111:25
projection 32:6
projections 56:6
 67:2,21 103:2
projects 172:21
promising 63:22
properties 123:2,8
 125:20
proposal 32:7
 162:4
proposals 149:7
proposed 142:12
proposing 126:4
 140:16
protective 1:10
 209:5 210:9

proves 91:25
provide 31:6 42:4
 84:15 101:1 104:8
 108:16,21 114:4
 123:23 131:19
 144:20 173:7
 200:1
provided 27:10
 28:22 115:11,12
 123:7 197:7
 213:19 214:8
provides 108:9
 123:5
providing 42:7,15
 124:6 134:22
 173:14
public 37:6 66:7
 82:6 137:16
 205:22
publicly 36:5 37:6
 49:12 55:9 205:24
 206:3,12,20,22
 207:6
publisher 130:4
publishers 31:22
 129:15,22 130:1
publishing 66:5
pull 21:25 130:13
 183:19
pulled 47:3
pulling 43:3
 120:19
pur 98:25
purchase 116:3
purchased 23:21
 23:24 24:2
purchases 98:22
 98:25 100:22
 107:1 112:1
 125:25

purchasing 95:9
purposes 71:4
 90:20 110:5
 187:10 189:15
pursuant 1:10
 16:2 209:5 210:9
pursue 62:10
 63:17,23 64:2,4,6
 66:9,19 80:22
 135:18
pursued 65:22
push 140:16 165:1
put 19:7 44:16
 54:2 58:24 71:3
 84:6 140:16

**q**

q1 9:4 89:4
q1'18 69:19 71:20
q2 85:11
q2'18 85:11
quantification
 16:15
quantified 16:12
quarter 46:4,7
 56:5
quarterly 56:19
 56:20 75:25 79:3
 189:18
quarters 46:8
queries 193:14
query 155:2
question 19:9 20:9
 21:16,18,20 24:17
 29:13 30:10 36:3
 48:10 71:12 78:18
 78:18 81:6 83:23
 85:14 89:19 91:13
 92:9 95:3 97:17
 97:18 99:12 113:1
 118:22 120:4
 125:10 126:24

127:13,24 132:22
 134:3 138:24
 140:13 144:5,10
 145:3,8 154:13
 155:4 156:2,3,8
 161:11 164:13
 165:7 166:14,16
 170:7,10 175:6
 176:4,21 179:17
 180:4,13,16,18
 184:8 185:18,25
 186:1 189:6
 190:13 196:21
 198:4,8,12 201:10
 204:23 205:1,3
 206:10 207:14
questioner 145:5
questions 12:19
 54:1 59:24 103:12
 122:22 147:19
 151:24 155:25
 208:21 209:25
 210:4
quick 113:12
 202:23
quickly 54:5 99:5
quite 24:17 58:9
 58:22 59:20 119:8
 147:25 181:22
quota 57:6 187:9
quotas 76:1
 189:18

**r**

r 45:18 57:23
 75:20 86:9
r&s 214:1,9
raise 14:6,7
ramp 31:7
ran 24:16
range 153:3,13

**[ranged - regard]**

**ranged** 156:16
**ranges** 84:22
**ranging** 152:19
**ranking** 79:2
**rate** 88:2,7
**rates** 129:24
  163:15
**raw** 119:18
**rblume** 6:12
**reach** 80:2 96:7
  129:16,19 142:10
  197:14
**read** 70:9 99:12
  125:8 146:4 160:4
  160:5 172:12
  198:7,11 211:2
**reading** 13:3
  78:16 176:6
  195:15 213:23
  214:9
**ready** 47:6 180:3
**real** 136:6,16
**really** 54:4 68:21
  80:24 99:5 172:7
**reask** 20:9
**reason** 15:22
  22:11 30:5 62:18
  63:4,8 69:10
  107:21 108:5
  148:3,6 155:15
  156:4
**reasonable** 31:15
**reasoning** 163:13
**reasons** 63:7 163:9
  167:4
**rebates** 51:15
  54:11
**rebecca** 1:20 2:19
  57:21 198:8 212:1
  212:24

**recall** 16:21,23
  17:10 47:23 55:24
  59:6 65:4 67:25
  68:2 89:17 118:6
  120:24 121:2
  146:12 147:6,9
  150:6 151:10,11
  185:11 200:17
**receive** 24:20
  55:13 78:1 90:2
  126:25
**received** 16:19
  26:13 55:15 77:24
  126:21 127:5
  144:23 145:6
  194:15
**receives** 89:23
  116:11 127:11
  128:3
**receiving** 114:7
  119:13,25 120:9
**recess** 69:1 113:15
  148:21 183:6
  203:1 209:10
**recognition**
  119:23 120:7
  126:16
**recognize** 30:21
  130:17 145:6
  146:10 149:4
  159:18 188:6,8
**recognized** 16:9
**recognizes** 127:23
**recollection** 68:7
  68:11 80:4 85:23
**record** 13:4 14:1
  43:4 51:3 54:25
  68:23,25 69:3
  113:14,17 120:20
  130:12 131:10
  138:3 145:25

  146:4 148:17,19
  148:23 158:20
  183:2,3,5,8,21
  198:10,11 202:25
  203:3 209:8,12,24
  210:11,13 212:9
  212:12
**recorded** 36:5
**recording** 116:10
**records** 45:1,4
  49:8 94:12,15
  106:6
**recoverable** 153:8
**reduce** 167:7
**reduction** 45:9
**refer** 33:7 39:7
  44:24 71:3,6,8
  72:23 77:21 83:9
  101:12 111:14,16
  111:17 136:2
  137:19 153:18
  162:21 163:7
  174:21,23,25
  182:18 184:25
  188:21 196:6,10
  196:13 207:25
**reference** 82:18
  122:15 123:22
  124:17 125:3
  136:10
**referenced** 25:25
  125:15 213:6
**references** 79:1
  124:20 135:11
**referencing** 141:8
**referred** 52:6 65:8
  72:4,7 73:3
  117:25 124:7
  143:20 149:3
  188:21

**referring** 28:18
  29:12 49:19 51:8
  56:3 89:8 95:9,19
  101:9 103:25
  107:24 150:20
  160:11,14,17
  162:1 182:16
  188:24 199:8
  205:14
**refers** 28:16 36:25
  37:18 54:11 82:3
  82:22 85:6 89:12
  110:6 118:3
  124:25 126:14
  136:5 164:22
  166:6 169:8 174:4
  174:19 187:8
  191:19 207:19
  208:3
**reflec** 68:10
**reflect** 24:5,6
  40:15 44:2 46:13
  77:1 87:7 106:6
  110:17 127:8
  181:24 196:5
  204:12 205:11,19
**reflected** 54:7
  128:9
**reflecting** 18:7
  22:13 43:5 94:4
**reflects** 18:18 32:3
  32:6 49:9 53:18
  76:22 110:14
  156:5 176:8
  195:13 205:20
**refresh** 17:16 68:6
**refreshed** 68:10
**regard** 61:16 81:3
  81:19 127:22
  156:14 175:9
  190:7 197:25

**[regard - revenue]**

198:15
**regarding** 16:7,14
**regardless** 100:1
**region** 206:18,21
  206:24 207:1
**regional** 182:10
**regions** 47:20,22
  88:8
**registered** 2:20
  209:23 212:1
**regular** 56:13,23
**regularly** 94:12
  141:5
**relate** 87:9 208:8
**related** 61:12 66:6
  101:6,7 155:25
**relates** 1:7 2:8
  58:3 87:1 115:20
  131:6 149:8
  208:11
**relating** 16:9
  27:19 68:3 90:15
  97:10 99:2 109:10
  130:22
**relation** 142:1
**relations** 142:4
**relationship**
  121:16
**relationships**
  128:4
**relative** 196:16
  212:18
**relatively** 19:17
  23:13 210:2
**released** 213:21
**relevance** 168:6
**relevant** 58:14
  118:13
**relied** 116:4
**remains** 50:21
  135:14

**remember** 151:5
  151:19
**remotely** 1:14
  2:17 212:6
**removed** 50:17
**removing** 142:18
**repeat** 81:5 91:13
  92:8 118:22 120:3
  132:22 138:23
  140:10 181:21
  184:7 189:6
  190:13 203:17
**repeating** 145:2
**rephrase** 91:23
  180:17
**report** 40:10 41:25
  42:13 90:8 91:5
  92:22,24 96:13
  109:22,23 203:15
  203:19 206:22,25
  207:2,6
**reported** 1:14,19
  2:18 37:5 43:20
  46:17 49:13 55:10
  205:18,22,24
  206:3,12,15,16,20
**reporter** 2:19,20
  2:21 13:11 14:3,5
  14:9 17:8 30:2
  37:14 46:23 54:18
  57:21 103:6
  108:25 120:15
  130:10 137:24
  142:23 148:25
  158:13 183:10,13
  203:5 212:2,3,3
**reporting** 47:19
  48:14 57:9 101:1
  101:8,14 102:9
  172:17 175:1,15
  175:25

**reports** 47:15
  96:23,24 101:16
  103:19 104:3
  105:16 106:12,17
  106:20 108:11
**represent** 23:12
  24:12 110:13
  177:16
**representation**
  163:17
**representative**
  1:13 16:1 197:21
**represented** 52:11
  178:16
**representing**
  12:10
**represents** 23:20
  24:15 70:18
  178:14 181:6,25
  195:2
**request** 53:25
  76:15 184:25
  209:16
**requested** 212:16
  214:1,9,10
**requests** 186:20
**require** 118:12
**requires** 101:4
**research** 201:19
**reseller** 51:15
**resources** 53:7
  63:13,16,25
**respect** 42:11
  61:14 80:13 81:7
  102:24 104:13
  118:13 147:15
**responding** 27:17
**response** 99:9
  185:25
**responsibility**
  187:24

**responsible** 56:22
  57:1 91:20 92:17
  92:19 93:3,15,17
  97:14 128:8
  141:12
**rest** 12:17 47:24
  204:5
**restate** 144:13
  170:10
**result** 24:8 25:9
  32:7 39:24 106:15
  106:16,25 107:1
  117:20 182:19
**results** 56:6 91:5
  171:6,8
**retain** 44:8
**retained** 22:16
  44:6 84:12
**retention** 94:16
**retract** 107:20
**return** 113:22
  213:17 214:6
**rev** 31:22 129:4
**revenue** 8:12 9:4
  10:7 18:4,7,18,19
  18:24 19:12,16,19
  20:15 21:22 22:13
  23:13,20 24:4
  29:9,14,20 30:7,10
  31:11,14 33:1,3
  34:14,18 35:3,21
  36:4 37:5,8 38:18
  41:17,25,25 42:1,7
  42:14,16,20,23
  46:2,3,7 48:7,19
  48:22 49:15,16,20
  49:21,22,25 50:8,9
  50:10,20,25 51:4,7
  51:10,11 53:14,19
  53:23 55:11,13,17
  56:4,6,7 57:12

**[revenue - saw]**

58:4,5,8,13,23
66:17 67:4 72:4
75:5,6 76:17,22
77:2,9,22,24 78:1
79:3,3 82:8 83:20
83:24 84:3 85:11
88:13 89:23
114:23 115:3,6,11
115:19 119:23
120:7 126:16,22
126:25 127:5,11
127:23 128:3,18
128:21 129:4,7,25
132:13,19,25
133:3 139:19
140:4,6,14,19,21
140:24 141:6,15
142:6,13,19
144:23 145:6
147:22,23 151:22
151:25 152:2,12
152:19 153:8,10
153:14,19 154:8
154:17,18,18,19
155:9,17 157:7,18
161:18 173:17
178:24 179:2,4,5,8
179:9,19,20,21,22
179:23,24 180:20
181:3,7,12,14,17
182:1,1,3,4 187:2
187:9 189:8,16,17
189:22 190:5,9,18
190:20 191:10,13
192:9,16,24 194:5
195:7,9,17 196:18
196:22 197:9,24
198:14 203:16,20
205:18,21,21
207:2,4 208:11

**revenues**  16:8
20:2,5,19 21:7
48:3 49:6 53:19
56:23 57:5,14
134:2 180:24
**review**  9:5 30:25
47:5 55:11,17
138:6 158:24
162:9 184:2 185:5
185:8 204:17
212:15 213:8,10
213:13 214:2
**reviewed**  43:18
47:13 67:20 138:7
158:25
**reviewing**  36:15
68:6 207:9
**reviews**  92:10
**revisit**  49:19
**rfi**  184:25 195:10
**rfi's**  11:5 183:24
184:22
**rfis**  194:16,21,25
**rhc**  87:14
**rid**  153:8 154:3
**right**  14:7 16:17
17:11,22 35:5
38:16 40:12 41:18
45:23 46:2 48:6
49:13 53:9 59:4
59:15 64:3,14
66:10 67:22 69:15
69:16 72:5 76:10
84:4,8 87:14 88:4
88:22 91:15 92:4
93:22 94:6,13
97:5 105:10 106:2
108:11 110:4
126:20 131:12
151:19 155:10
158:8,10 159:16

160:3,5 163:18
165:20 166:9
174:7 175:21
176:9,18 181:19
184:15 192:25
194:12 195:21,24
200:18
**ring**  5:13 13:23
14:5
**risk**  139:19 140:4
140:6,14,19,24
141:6,15 142:6
152:6,19 153:14
154:5,8,9,17,18,18
154:19 155:9,17
155:18,21 156:16
157:18 182:10,18
**robert**  6:6
**robust**  63:21
**rohrback**  4:5
**roi**  135:6
**role**  57:24,25 59:8
59:11 60:18,19
106:13 184:12,14
184:15 188:16
**roll**  21:10 92:23
**romano**  1:20 2:19
212:1,24
**rose**  13:23 130:16
**rosemarie**  5:13
**ross**  6:16
**roughly**  86:23
145:20
**row**  23:9 32:3
176:6,12,23,24
177:18 178:14,15
178:16 206:16,18
206:23 207:1,3,3,5
207:12
**rpr**  1:20 212:24

**rring**  5:20
**rudimentary**  92:6
**rule**  16:3
**rules**  12:18 15:14
214:8
**run**  25:19 82:3,6,7
82:15 108:8
133:13 155:2
176:14
**running**  25:16
82:12 181:10
**runs**  108:14
132:10 133:10

**s**

**s**  8:8 9:1 10:1 11:1
57:22,22,23 75:19
**safer**  135:13
**sales**  21:5 52:5,7
52:10,11,12,23
53:1,1,12,15 57:5
57:6 72:4,8,9,14
72:18,19 73:4
75:8,25 121:16
132:15 170:22
171:1 172:15,25
173:4 178:4,9,17
187:8,14 188:15
188:22,23 189:5
189:13,15,17
196:2,5,6,10,12,16
196:19,22
**salesforce**  21:7
**sam**  60:16 131:15
131:17
**samsung**  193:10
**san**  5:18
**sandberg**  130:15
131:16 146:7
**saw**  108:18 109:7
120:25 173:15
185:7

[saying - segment]

**saying**  156:1
166:19 179:14
**says**  22:19 31:6,18
31:20,21,23 32:13
34:13 69:19 71:20
76:17 77:19 81:24
85:11,15 86:12
88:13 89:3 96:21
103:14,16 108:7
110:8 111:12
114:1 116:19
117:20 118:9
121:22 122:3,10
125:17 131:11
132:9 133:25
135:25 136:7,13
137:16 138:20
139:2,19 146:7
148:11 149:11,11
152:2,5 153:14
162:12,25 163:1
164:3,18 165:18
165:22 167:10
168:23,25 169:25
170:13 172:14
173:7,8,24 174:10
176:6,7,12 177:2
177:15,19 178:3,4
178:24 179:8
182:10 187:2
189:8 191:10,20
191:23 193:4,9
194:3 195:6,9
196:2 207:23
**scandal**  147:7,13
186:14,22 188:1
189:24 190:6
191:4 198:2,18
**scenario**  152:9
154:10

**schedule**  213:10
**schrage**  146:6
**schwing**  5:14
13:23
**science**  152:24
**scientist**  141:15,21
**scientists**  141:10
**scope**  27:11,23
28:4,12,23 33:9,15
33:20,25 34:24
35:17 36:8 37:2
44:12 62:2,5,15
64:8 65:3 66:3,13
77:6,14 78:3
79:10,16,21 80:7
85:25 91:21 97:23
99:20 110:25
111:7 114:14,25
117:6,14 118:1,20
122:13 123:20
124:4,13 125:2
126:8 134:10,19
138:22 139:12
143:18 144:3,11
144:17 147:14
149:17 150:5,10
150:21 151:4,21
160:12 161:10,17
165:6,14 167:16
168:10,15 169:4,6
169:11 170:15
171:3,24 172:22
173:1,10 175:4,12
175:22 176:10,19
177:7 178:10
182:17 186:15,23
188:2 190:1,11,23
191:6 192:11
194:17 198:3,24
201:3,14,22 202:3
202:9,19 208:1

209:18,19,20,23
210:1
**scrape**  139:3
**screen**  70:1 206:9
**scroll**  121:21
206:9
**scrolling**  206:1
**se**  62:17 95:6
**seattle**  4:12
**sec**  37:7 42:4 43:5
43:15 47:3
**second**  31:17,21
39:15,17 113:24
126:16 148:18
149:10 173:12
177:11 194:11
195:20,21 207:11
**section**  125:4
**see**  12:11,20 17:17
23:10 25:14 31:5
31:9,17,19,25
32:12,16 42:21
45:8 71:20,23
74:17 76:5,12,13
76:19,20 81:24
82:1,18,20,25 83:2
83:2 84:25 85:15
85:18 87:4,23
88:13,19 89:5
98:10 103:13,23
104:4 109:6
110:10 111:11
112:7 114:1,9
116:19 117:3,19
117:22 118:8
119:4 121:22
122:1,3,8,23 123:3
123:13 125:3
126:1,2 131:15,22
132:8,16,17
133:25 135:1,8,16

135:25 136:8,18
137:15,16 138:13
138:17 139:2,8,18
146:17 147:1,5
148:13 149:13
151:22 152:2,7,10
153:16 155:6
159:16 160:7,10
161:5,20 162:3,6
162:10 163:19
164:8 165:2,25
167:13 168:22
169:2 171:8
172:18 173:17
174:1,12,16 177:1
178:4,23 179:6,22
182:9 184:21,23
185:9 187:2 191:9
191:20,22 192:6
193:4,6,7,12,16
194:2,9,11,23,23
195:7 196:1
205:24 207:22
**seeing**  36:15 68:2
108:19 121:2
172:5 194:21
**seek**  208:23
**seeking**  96:14 99:9
**seen**  31:13 47:18
55:22,24 69:7
109:3 121:7
138:11 170:23
184:4 206:14
**seetha**  60:22
114:24
**seetha's**  57:25
**seethalakshmi**
57:18
**segment**  98:13,16
125:25

**[segmentation - sorry]**

**segmentation**
53:11 123:10
124:3,11
**segments** 119:11
**select** 103:17
**selecting** 23:4
**self** 23:22 26:3
128:9,11
**sell** 129:23 143:23
165:23 166:12,20
**selling** 25:3 95:6
131:19 132:7
135:14 166:21,24
**sells** 133:16,19
**send** 96:20 103:17
104:14 161:4
194:25
**sending** 105:15
106:10 161:8,12
173:9
**sense** 81:14 145:9
147:18 150:9
178:20
**sent** 38:7 92:24
93:16,20 94:9
106:7 186:20
**sentence** 125:8
138:20 144:9
169:25 170:12
**separate** 90:16
**separately** 41:13
53:14
**september** 138:4
**sequence** 164:12
**serve** 26:3 128:9
128:11
**server** 23:22
**service** 29:7 35:16
35:25 36:7,20
38:2 54:8 82:6
110:7 137:8

**services** 35:14
36:22 51:14
**set** 24:8 26:4 77:7
84:16 92:19 93:5
95:23 100:3 105:2
107:24 108:1
127:23 142:17
143:9 199:1 202:1
202:17 212:6
**sethuraman** 57:18
**sets** 107:19,25
**setting** 35:18 93:3
**settings** 94:2
**setup** 107:22
**sgrant** 6:20
**shaking** 57:21
**shaquille** 6:14
13:24
**share** 12:20 17:11
29:3 31:22,22
41:9 76:17,22
77:1 88:13 104:13
106:13,23 107:3,9
107:22 129:4
132:13 147:23
**shared** 58:9
107:10 117:1,21
117:24 118:19
119:1 150:16
162:4 175:17
176:7,9,13
**sharing** 16:13
64:23,24 65:15
106:19 113:24
128:18,21 129:7
129:25 132:19,25
133:3 150:12,25
**sheet** 54:7
**sheryl** 130:15
131:16 146:7

**short** 54:21
**shorthand** 2:19
212:2,10
**show** 51:5 78:19
100:20,21,24
102:8 103:3 116:1
167:20 171:9,12
**showed** 157:12
168:7
**showing** 101:3
116:7 124:17
154:4
**shown** 28:19 86:24
106:24 116:3
159:25 171:18
**shows** 88:7
**shut** 137:8
**si** 135:25 136:2,15
**sic** 55:1,2 85:4
86:12 88:12
163:14
**side** 173:13
**sign** 36:11,18
213:16 214:5
**signal** 136:3
**signals** 135:25
159:5,7
**signature** 212:23
213:21,23,23
214:9
**significant** 157:13
**signs** 36:13
**similar** 22:3 78:19
97:9 109:25
112:23 143:24
157:6 158:5,5
167:18,22 168:2,5
**simply** 135:2
**simultaneously**
109:18

**sister** 52:25
**sit** 80:5 158:6
**site** 35:24 38:5
135:4
**sites** 193:15
**sixty** 17:5
**size** 131:18 196:15
**slide** 10:16 32:10
32:21,23,25 34:13
34:13 35:1,7
74:20,24 75:23
76:2,5,21 79:1
87:22 148:10
165:22 175:23
177:9 182:9,16
**slots** 25:3
**small** 196:15
**smaller** 53:4,5
181:13 196:16
**smb** 196:8,13,14
196:19,22
**solemnly** 14:9
**solutions** 187:13
187:18 189:2,3,9
213:7
**somebody** 35:22
35:24 141:5
184:16
**someone's** 87:2
**somewhat** 109:25
**sorry** 14:6 17:2,19
37:6 38:24 48:17
49:18 51:21 59:10
69:21 78:14 86:17
88:11,15 89:19
90:9,19 91:13
96:16 97:16 105:7
109:18,20 118:21
120:3 125:5
131:10 132:21
140:10 148:15

Veritext Legal Solutions
866 299-5127

**[sorry - subheading]**

150:17 157:10
159:19 164:3
165:10 166:14
170:6 177:8 184:6
184:7 185:17
189:3 192:1
196:21 198:4,8
204:2 206:7,10
**sort** 25:12 32:20
36:16 82:6,8
108:21 127:10
140:21 155:21,21
172:10 173:21
**sound** 201:23
**sounds** 12:7
139:14 142:14
**source** 20:7 42:9
70:6 187:4 194:6
203:25 204:6
**sources** 20:10,13
20:14 21:22 23:13
50:9
**space** 117:1
**spe** 57:6
**speak** 57:12,16
58:25 60:23 61:5
68:20 115:3 186:6
192:23
**speaking** 19:14
**special** 7:6 9:23
12:5,6,22 13:25
14:1 131:11
210:10
**specific** 21:2,8
25:5 26:7,18 29:4
29:6 38:4 41:17
55:25 56:2,17
57:7 58:20 61:11
61:23 65:6 67:9
79:12 80:15 86:2
86:25 95:18

105:22,23 108:1
109:24 111:24
113:5 125:14
126:13 128:13,21
137:4 146:12
150:3,7 152:14
153:15,24 154:5,8
155:25 173:14
181:11 182:10,19
191:8 195:18
199:8,24
**specifically** 19:23
24:5 25:16 32:6
41:21 42:7 43:7
58:12 64:23 75:7
75:24 79:2 95:18
100:19 101:22,24
102:10 103:12
105:2,18 111:19
115:22 117:16
118:3 121:3
160:14 189:14
191:19 200:7
208:3
**specifics** 128:25
208:19
**specify** 94:25
95:12 108:2
**spell** 57:19
**spend** 53:6 76:10
76:11,18 77:20
78:5 82:19,23,24
83:8,10,13,15,21
84:2,16 104:16
130:3,5 154:4
157:13 171:6
173:4
**spenders** 52:18
**spending** 181:9,9
**spent** 77:22 207:4
207:13,15,20,21

**spoke** 50:11 59:3
98:4,5,7 143:22
**sports** 96:2
**spreadsheet** 11:14
203:9
**stand** 31:10 52:21
75:9 87:13,17
134:13 135:10
187:12
**standard** 65:12
127:21 135:6
**standing** 43:14
47:8
**stands** 26:24 31:15
32:8 52:23 85:21
86:20 88:2,8
134:15 136:3
174:3 185:4
187:11 189:2
196:14,14
**star** 165:22 166:2
166:19
**start** 160:5 173:23
199:18
**started** 124:20
**starting** 135:2
169:16 206:21
207:1,2,5
**starts** 159:18
**state** 14:10 43:4,13
47:7 213:9,12
**statement** 49:19
133:12 209:14
**statements** 205:22
**states** 1:1 2:1
48:12 155:10
**statistically**
157:12
**statistics** 109:9,16
**stay** 165:1

**stenographic**
183:2 198:10
**stenographically**
1:19
**step** 92:1,8 154:25
**stephanie** 34:2
**stepped** 170:4
**steps** 91:9,16
186:6
**stimulate** 99:9
**stipulation** 213:20
**store** 20:22 125:21
171:14
**stored** 116:25
**stores** 171:9 173:5
**stories** 87:20
**strategic** 73:6,11
73:23 74:1
**strategies** 63:5
**strategy** 8:16
16:14
**streams** 8:12 18:4
18:7,18,19,24
19:13 22:14 51:7
51:10 53:20
**street** 3:11 5:16
6:8 7:7
**strike** 20:9 24:21
43:8 44:18 74:18
82:10 106:4
112:25 118:16
145:23 182:8
188:7 201:9
**string** 9:12,22
10:10,20 11:4
147:3 188:9
**structure** 60:7,8
**structured** 60:2
127:7,10
**subheading**
122:24

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**[subject - teams]**

**subject** 9:12,22
10:4,11,21 11:5
131:4,10,11,13
183:23 184:21
186:8
**subscribed** 212:21
**subscribers** 29:6
98:14
**subsequent** 127:22
**subset** 73:22
**substantial** 31:6
209:25
**suffered** 80:5
**sufficient** 42:13
**suggested** 85:16
85:24 88:14,21
**suggests** 126:10
**suite** 3:12 4:11
5:17 6:9,17
**summary** 10:21
21:11 56:4 109:9
195:7
**sunset** 54:9
**support** 73:21
150:1 175:18
**supported** 53:3,18
72:9,10 140:23
**supports** 72:14
**sure** 21:24 42:10
43:11 44:5 45:3
60:19 63:18 64:3
66:23 70:11 72:21
77:17 79:4 93:5
94:16 96:18
100:10 105:23
107:17 108:3
111:1 125:13
132:23 138:25
161:25 162:16
169:7 176:2,24
184:15 188:16

189:7 190:15
195:2 197:5
202:24 204:23
205:16 206:25
208:2 209:13
**surface** 206:5
**suspending** 192:3
192:10
**sustainable** 62:7
62:13 80:24
**sv** 87:14 88:21
**swagging** 131:18
**swears** 13:11
**system** 94:4 153:5
**systems** 58:6
109:25 167:20

**t**

**t** 5:13 8:8 9:1 10:1
11:1 57:22,23
75:19 79:24
**tab** 17:5 29:23
37:12 46:20 54:15
137:22 142:21
158:11,15,17
194:3,11 195:6,20
195:20 205:15
206:2 207:10,11
208:5,8,11
**table** 23:9 65:20
88:6 110:17
112:12,16 177:10
177:12 181:6
205:15
**tables** 23:10
**take** 32:13 35:7
39:11 42:25 46:8
46:18 47:5 49:6
54:21 68:16 81:1
91:4 96:9 108:23
110:17 113:12
116:2 122:17

131:18 134:7
145:24 148:4
171:13,16 179:25
182:22,24 183:18
186:6 192:2
193:18 202:22
209:6
**takeaway** 32:21
32:23 58:21
**taken** 2:14 63:24
69:1 79:12 113:15
148:21 183:6
203:1 209:10
212:5
**talk** 15:17 26:21
33:18 35:2 112:14
180:3
**talked** 96:24
126:19 132:10
161:21 163:4
**talking** 25:8 26:25
69:21 88:16 172:1
**tar** 167:25
**target** 96:1,2,21
97:20 100:12
108:2,7 118:11,18
118:25 134:22
**targeted** 99:6,7,17
210:4
**targeting** 94:22,24
95:16,18,22,22
96:11 98:1,12,16
98:16,19 99:2,22
100:3,4,9 101:7
107:6,12,14 108:1
118:10 119:11,21
122:19 123:10,24
124:2,6,18 129:20
134:1,4,6,6,21,24
135:12,19 141:20
141:22 142:18

143:4,11 144:21
145:11,16 147:18
147:23,25 153:6
153:24 155:2,5
157:21 159:23
167:2 168:2
175:24 176:15
**targets** 32:15
**tasked** 187:24
**tcl** 28:11
**team** 19:22,24
20:13 21:21 23:15
33:21,24 46:15
52:12 53:1,3
55:16,21 56:21
58:11 59:12,13,15
59:17,18,20,22
60:1,6,9,11,15
61:3 67:14,16
72:9,10,23 73:4,17
73:25 74:6,7,10,12
75:1,4,6,7,13,22
76:2 79:18,20
91:12,20 92:22,22
93:3,8 111:9
113:9 121:16
130:25 142:1,4
152:24,25 159:6,8
159:12 163:2,2
168:19 187:9
188:15,15,19,22
189:5,14 197:15
200:6 204:7
**team's** 189:17
**teams** 53:11 56:8
56:10,25 57:3,5,7
57:7,9,13,13 67:3
67:11 92:16,18
97:14 113:7 114:2
154:23

Veritext Legal Solutions
866 299-5127

[technical - today]

**technical** 58:9
140:17
**technically** 99:6
**technologies**
119:15
**technology** 21:21
**tell** 17:18,20 52:22
55:8 58:7 76:15
76:22 180:19
206:8
**ten** 16:2
**term** 26:23 27:1
33:11 73:2,11,14
73:23 89:11 90:14
94:19 101:10,12
117:16 134:11
166:5 201:18
**terms** 35:16,19,25
36:6,10,15,19,23
39:23 118:12
126:16 127:6
128:9,15 153:2
155:18
**tes** 80:20
**test** 66:4
**testified** 15:3,10
72:2 80:21 199:10
199:14
**testify** 15:23 16:7
197:21 208:16,24
210:3
**testifying** 16:1
212:8
**testimony** 14:10
27:17 102:12
201:2 203:18
204:3 208:23
209:19 211:4
212:12
**testing** 65:24 66:2

**texas** 6:18
**texted** 163:4
**thank** 12:25 16:18
17:21 44:15 49:23
51:18 68:13 76:4
79:25 85:9 86:10
87:21 88:10 89:14
99:24 124:9
142:20 148:8
182:6 198:19
207:8 209:1,3
**thanks** 89:18
208:20
**thing** 65:7 98:23
100:6 141:7 172:2
206:14
**things** 14:4 54:1
56:9,10 63:18,25
64:4,21,22 95:24
96:1,3,4,5 104:10
122:15 169:13,22
169:22 177:13
206:3,11
**think** 12:24 19:16
21:19 22:12 23:16
24:25 26:12 27:12
27:12,14 30:6,17
36:10 37:19 41:5
42:19 43:1 47:18
51:13,16,17 52:17
55:15 56:16 62:17
63:12,20 68:16
69:10,14 70:2
75:3,10,21 76:25
84:3 85:6 87:17
91:14 93:2 102:25
104:23 106:22
107:19,21 108:5
109:7 119:7,9
121:21 124:7
130:2 133:7

135:11 143:19,21
145:8 150:12,14
151:14 152:25
155:15 156:4
159:14 163:13
169:23 170:4,7
171:19 172:2,9
177:25 180:2,5
181:22 182:22
189:2 190:13,14
197:15,19 199:9
199:25 206:15
207:4,9
**thinking** 57:4
115:21,23
**third** 4:10 24:20
25:3,4 29:20 91:5
91:25 92:3,3,24
97:19 102:4 107:6
116:12 119:25
120:10 125:1
128:23 143:5,7
160:9,22 162:9
167:8 170:19
199:4,11,20
200:15 208:5
**thomas** 188:12,13
**thought** 62:12
132:10 150:18
188:21
**thoughts** 131:20
**thousand** 86:21
**thread** 130:21
170:18 187:21,23
187:23
**three** 17:3 31:23
46:8,11 85:1
177:12 179:6
202:23
**thursday** 1:16
2:17 12:1

**tie** 171:18
**tier** 53:4
**till** 191:11
**time** 12:7,15 13:5
15:14 18:22 21:23
21:23 22:1,17
23:14 26:8,15
30:24 39:10 42:22
46:3,5 49:17 50:3
50:19 51:1 52:5
53:2 54:1 59:3
63:15,20 64:5
72:20 79:20 85:7
86:6 87:24 97:21
105:17,22,23
110:23 112:17
113:4 120:4
130:25 139:24
140:3,13,21
141:19 142:1
144:16 146:5
149:15 150:14
155:12 156:6
159:6,11 161:8
166:11,18 168:19
182:4 184:13
195:17 200:6
203:16,20 207:4
207:12,15,20,21
207:23 208:21
210:14 212:6
213:10,18,24
214:7
**times** 28:18 144:8
**tired** 198:9
**title** 59:5,6,7 60:19
110:13 162:17
**titled** 10:16 11:10
**today** 12:10,15
13:16 15:23 16:7
18:8,14 57:12

**[today - understanding]**

60:24 67:22
112:19,20,23
129:12 131:20
135:5 139:4 146:8
155:15 158:7
163:3 185:6 201:2
210:4
**tomorrow** 10:12
146:18
**tool** 123:23 163:11
**tools** 122:19 123:2
**top** 9:12 71:20
72:15,24 78:7,12
78:15,22 79:1,6
81:22 86:13
111:12 120:25
122:23 127:15
130:15 160:5
164:2 170:20
172:11 173:18
**topic** 16:2,5 68:7
80:3 209:21 210:1
210:2
**topics** 66:7 81:17
208:23 210:3,6
**total** 39:25 42:20
42:21 48:18 49:21
49:24 50:7,8,10
53:5 130:5 140:19
145:19 152:5
154:9,24 156:16
179:2,3,20,22
181:3,7,14,16,25
182:1,2,4 191:10
191:13 205:17
**totals** 81:24
**touch** 172:16
174:22 175:14
**tpid** 125:1
**track** 20:15 21:22
38:21 40:3,14

43:24 53:23 57:5
57:8 75:25 82:11
90:8 91:4 93:4
94:8 96:25 97:3
116:21 144:23
189:16
**tracked** 20:19
23:14 88:3
**tracking** 53:13
56:22 57:2 77:9
83:14
**tracks** 40:21 75:5
187:9 189:14
**transcribed**
212:11
**transcript** 159:2
209:4 210:8 211:2
212:12,14,16
213:6,8,10,13,13
213:21 214:2,2
**transhon** 28:10
**transmitting**
114:6
**trap** 21:2
**treating** 124:15
**trend** 89:4
**trends** 203:16,20
**trigger** 91:6 127:8
**true** 124:1 166:21
206:17 211:5
212:12
**truly** 87:23
**truth** 14:12,12,13
**try** 38:3 63:17
99:21 102:8
154:14 169:17
179:17 191:22
**trying** 21:2,3,10
25:11 36:10 63:4
63:19 91:24
100:16 102:11

109:19 152:18
176:25
**turn** 12:12,16,24
14:3 32:9 69:13
69:18 85:10 86:11
88:25 103:4
109:13 121:18
151:21 162:24
**turning** 71:17
74:16 88:11
103:13 110:2
112:3 133:24
149:10 152:1
164:1 173:16
174:9
**twice** 39:13
**two** 11:10 12:19
22:18 39:8,12
65:18 76:16 88:12
97:24 125:6 159:3
163:9 194:3
199:15 200:13
**type** 71:7 100:13
155:1 177:17,20
177:21
**types** 56:9 67:5
90:15 128:21
173:15 175:16,18
177:13
**typical** 41:6,7
**typically** 141:9
154:23

**u**

**u** 45:18 47:23
57:23 79:24 86:8
162:9 203:12
**udid** 116:24
**uh** 19:5 69:24
152:21
**uids** 138:16,21

**uk** 154:19
**ultimately** 66:8
**unblocking** 89:3
**uncertain** 112:22
**underlying** 43:15
47:10 53:18
140:23
**underneath**
110:13
**understand** 15:14
15:19,25 16:6
21:3,10,19 24:17
31:10 35:21 42:6
47:14 57:6 58:3
59:16 63:4 65:24
66:5 69:5 93:9
98:7,8 101:3
102:12 112:14
113:19 123:15
126:3 130:24
134:20 136:5
137:13 138:19
140:22 142:10
146:21 149:23
152:18 153:12
154:7 162:20
168:24 169:24
170:8,11 171:5
174:4 177:5
179:14 180:20
181:22,24 188:24
189:13,17 191:13
192:8,24 194:14
196:5 205:10,18
205:20
**understanding**
9:17 21:23 32:2
32:18,22 34:15
44:3 49:14 50:2
53:2 58:15,16
71:15 72:14 77:4

[understanding - visited]

77:8 78:25 83:11
89:7 92:6 108:13
110:12 114:22
115:2 116:8
120:22 123:21
125:10 128:1
131:3,24 133:14
133:18,22 134:5
139:10,13 142:11
149:18 154:22
156:21,22 164:10
164:14 169:15
173:2,11 175:13
182:8,15 195:12
196:9
**understood**  47:12
54:14 181:15
**unequivocally**
166:15,20
**unilever**  52:19
71:24 72:3,12
193:11
**unique**  106:1
**united**  1:1 2:1
48:12 155:10
**unmute**  12:12
**updated**  162:4,13
162:14,18
**upload**  118:12
**uploaded**  163:11
**usable**  119:20
**usage**  100:13
**use**  26:23 27:1
38:17,21 39:9
44:25 70:25 71:14
72:21,23 73:11
93:12 96:10 98:15
98:16 100:8,15
101:4,10 105:3
115:20 121:22
122:18,24 123:25

129:10,12 132:13
136:14 139:16
144:9 149:8,24
150:2,4,7 153:20
155:1 163:18
166:5 168:5,23,25
170:1,8,13,21
172:10 176:14
196:17 199:15,24
200:13
**useful**  147:20
**user**  1:5 2:5 13:8
16:11,13,15 29:14
35:3,10,15,22 36:4
37:5 38:18 39:14
39:14,15,16,19
40:4,15 42:14,17
103:17,22 105:15
107:5,10 113:24
116:21 120:9
122:6,12 124:24
124:25 125:9,23
126:6,12 135:3
136:14,15 166:21
167:3 176:6 202:1
202:17 207:2
213:4
**user's**  16:10
166:13
**users**  28:22 29:2
36:6,21 37:1,10,17
38:9,14 39:2,3,6,7
39:23,23,24 40:11
40:14,22 42:1,21
42:23 44:24 45:6
46:1,5 49:7 71:3
97:20 99:6 102:4
103:20 106:19
107:4 110:17,18
110:19 111:20
112:6,9 114:4

119:25 136:21
169:19 200:20
201:6,12 202:7

**v**

**v**  75:19 86:8
**valid**  136:17
**validating**  136:14
136:21
**valuable**  64:1
**value**  16:12
101:16 102:4,19
103:18,20 104:2,7
105:16 106:7,10
106:17,20 108:17
111:12,16,17,20
111:25 112:8,14
112:20,23 113:3
116:11 132:11
**variety**  104:24
**various**  21:22 33:2
126:12 131:7
171:9,17
**vc**  1:6 2:6
**venkatesh**  75:17
**ver**  136:5
**verification**  91:10
137:1
**verifying**  136:6
**veritext**  13:10
213:7,9,11
**verizon**  98:11,14
98:15
**versus**  33:4 45:8
50:18 157:15
**vertical**  70:15,17
70:21 71:8,13,14
208:12
**verticals**  69:20
71:4 208:5
**victor**  75:19 86:9

**vid**  90:12
**video**  1:14 2:18
9:13 12:12 26:11
90:5,9,10,18,22,24
92:10 97:12
126:20
**videoconference**
1:14 2:18 3:2 4:2
5:2 6:2 7:2
**videographer**  7:19
13:2,9 14:4 68:24
69:2 113:13,16
148:19,22 183:4,7
202:24 203:2
209:8,11 210:12
**videos**  85:16,24
88:14,21 90:12
97:12
**view**  42:12
**viewpoints**  201:17
201:21 202:1,13
**views**  26:11 40:16
40:21 41:18 89:16
89:24 90:5,9,10,11
90:14,15,18,18,22
90:24 97:12
126:20,20
**violate**  77:9
**violates**  139:6
**violating**  76:11,17
76:23 77:2,5,13,16
78:2 79:9 80:16
139:15 142:15
**violations**  80:6,9
80:13,14
**visibility**  119:17
**visible**  108:4
**vision**  166:6
**visit**  41:7
**visited**  37:20,22,25
38:10,13

**[visiting - weaver]**

**visiting** 35:13
**voip** 207:23
**volume** 1:17 8:4
  80:18
**vs** 85:3

**w**

**w** 4:8 7:7 34:3
**wait** 180:15
**waiting** 30:4
**waived** 213:23,23
**waiving** 213:20
**walk** 12:17 58:18
  122:20
**wang** 34:2
**want** 26:5 45:23
  68:17 96:7,21
  108:7 115:25
  163:16 171:5,7
  173:3 197:20
**wanted** 33:17
  48:25 49:5 64:3,4
  142:5 160:4 167:6
  167:7 179:24
  189:21 190:4,17
  196:4 197:9
**wants** 96:20
**washington** 1:23
  4:12
**waste** 53:25
**way** 25:17,25 33:7
  45:9,17 49:2,4
  84:6 96:8 99:12
  101:5 112:23
  117:18 126:6
  127:10,21 139:15
  140:17 154:15
  171:12 197:3
**ways** 20:18 25:18
  25:20,22 40:25
  41:2,11,22 94:25
  104:9 161:4

169:23 171:16
199:24
**we've** 73:21 84:12
  89:15 119:14
  143:20 149:2
  155:22 209:23
**weak** 163:13
**weaver** 3:7 8:5
  13:14,15 15:6
  16:25 17:5,10,24
  18:13,17,23 19:4
  19:11,20 20:6,21
  21:1,13,17 22:8,10
  22:11 23:3,6,16
  24:4,14,19 25:2,10
  25:11 26:17 27:2
  27:16 28:2,8,14
  29:8,15,19,23 30:4
  30:11,18 31:4,16
  32:9 33:13,17,23
  34:3,12 35:2,7,9
  35:20 36:24 37:4
  37:11,16 38:23
  39:5 40:3,7,19
  41:14,24 42:12,24
  43:3,17,19,23 44:7
  44:15,17 45:16,17
  46:18 47:1,12,14
  47:21 48:9,25
  49:8,12 50:12
  52:20 53:24 54:4
  54:14,20,22,25
  55:4,8,22 56:21
  57:3 59:23 60:10
  60:14 62:4,11,20
  64:5,12,17 65:1,11
  65:14 66:8,17,25
  67:11,15,20,25
  68:9,13,22 69:4
  70:2,5,8,11,13,14
  71:2,10 72:13,22

73:2,10,16 74:7,11
74:16,25 77:3,11
77:17,18 78:6,10
78:16 79:7,14,19
79:25 80:1,10,20
81:8,16 82:17
83:6,7,18 84:2,6
84:24,25 86:3,10
86:15,17,19 87:11
88:10,15,17,20
90:7 91:15,22
92:16 93:18 94:3
94:11,18 95:11,17
96:12,18,19 97:5,8
97:16 98:3 99:11
99:24 101:8,20
102:11,18 103:3,8
103:11 104:22
105:7,25 106:18
107:3,13 108:22
109:3,20 110:2,21
111:5,10 112:3,13
112:24 113:11,18
114:16,20 115:5
115:10,17 116:16
117:9,19 118:4,23
118:24 119:22
120:5,6,17,23,24
121:14 122:20
124:1,9,10,19
125:5,16 126:15
127:2,6 128:17,23
129:1,6 130:6,12
130:17 131:9
132:8,23,24
133:24 134:13
135:1,24 137:2,11
137:22 138:1,5,25
139:1,18 140:5,12
140:13 141:4,23
142:20,25 143:25

144:8,12,14,22
145:4,22 146:10
147:1,11 148:8,9
148:14,15 149:1
149:20 150:3,8,17
151:2,7,11,16,20
152:1 154:1,7,14
154:16 155:8,14
156:11,14,24
158:10,15,19,23
160:16,21 161:13
161:16,19 162:2
162:20,24 164:1
164:23 165:10,17
166:8 167:9,22
168:13,17 169:5,9
169:14,24 170:2,6
170:10,11,25
171:22 172:13,14
172:25 173:7,16
175:5,7,20 176:3,5
176:16 177:1,25
178:2,12,18,21,23
179:16,18 180:2
180:15,19 181:2
181:15,16,23
182:21 183:1,3,15
184:1 185:5,17,19
186:3,11,19 187:1
187:22 188:5
189:3,7,8,21 190:4
190:15,17 191:1,9
191:20 192:19,22
193:3,18,25 194:2
194:18 195:19,22
195:25 196:1,24
197:5,7,16,19,23
198:7,19,22 199:1
199:3,10,18 200:4
200:19,23 201:5,9
201:11,16,25

Veritext Legal Solutions
866 299-5127

**[weaver - zuckerberg]**

202:6,12,22 203:7
203:11,13 204:2,8
204:14 205:5,7,16
205:17 206:7
207:22 208:4,13
208:20 209:1
213:1
**web**   1:14 2:18 3:2
4:2 5:2 6:2 7:2
87:14
**website**   171:17
**websites**   129:17
171:8,14
**week**   11:6 149:11
183:25 184:22
**weekly**   56:13
**weeks**   109:11
**wehner**   60:6,15
**weird**   12:7
**went**   94:5
**wf**   87:13
**whatsapp**   123:12
**whereof**   212:20
**window**   17:13,16
111:3
**wireless**   27:25
28:2,7,25 98:6,8
98:11,14,15
**wish**   166:7
**withdraw**   97:17
**witness**   13:11
15:10 43:10 68:21
170:3 193:22
208:22 209:17,19
210:5 212:20
213:13,16 214:2,5
**witness's**   70:3
**witnesses**   210:3
**women**   99:15
**word**   25:1 71:14
144:9 170:9,12

204:8
**words**   120:21
**work**   57:7,10
60:20 61:9,11
75:24 89:13 119:9
141:11 142:9
150:24 152:23
159:2 184:18
188:14
**worked**   34:1 60:16
60:20 75:18
112:17 141:19,25
142:3 144:20
167:19 174:20
188:18
**working**   32:24
108:15 141:22
150:23 161:17
168:18 200:5
**works**   17:11 57:25
59:12 73:17 75:7
93:8 184:16,19
**world**   47:24 48:11
132:12 164:4
**worldwide**   8:21
47:16,19 87:3
**worse**   152:9
154:10
**worth**   101:25
102:15
**writes**   160:7 161:1
164:5,6,24
**written**   127:12
**wrong**   97:18
**wrote**   131:17
135:2,13 138:13
161:20 162:8
164:3

**x**

**x**   8:1,8 9:1 10:1
11:1 212:16
**xx**   214:9

**y**

**y**   75:20
**yeah**   21:12 22:10
24:18 45:16,19
46:21 54:6 57:20
74:22 89:22 94:17
105:23 117:15
118:23 125:7
129:1 140:5
164:16 166:16
173:20 186:9
196:25 197:6
**year**   23:18 76:7,7
87:24,24 202:2
**years**   31:8 145:13
155:19
**yesterday**   109:7
**yielded**   158:7
**young**   55:3,9,20

**z**

**z**   79:24
**zebra**   79:24
**zoom**   1:12
**zte**   28:10
**zuck**   162:8
**zuckerberg**
131:16 162:14,19
162:21

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.