**THE BECKAGE FIRM**
Jennifer A. Beckage, Esq. (*pro hac vice*)
(NYS Bar: 4550786)
403 Main Street, Suite 723
Buffalo, New York 14203
Telephone: (223) 253-4762
Email: jen@thebeckagefirm.com

*Attorneys for Defendant Aleksandr Kogan*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, | MDL No. 2843<br>CASE NO. 3:18-MD-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **NOTICE OF CHANGE OF ATTORNEY'S FIRM AND CONTACT INFORMATION** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jennifer A. Beckage, Lead Counsel and Counsel of Record for Defendant Aleksandr Kogan, has the following new firm and contact information:

**THE BECKAGE FIRM**
Jennifer A. Beckage, Esq.
403 Main Street, Suite 723
Buffalo, New York 14203
Telephone: (223) 253-4762
Email: jen@thebeckagefirm.com

| | |
|---|---|
| Dated: September 1, 2022 | Respectfully submitted:<br><br>**THE BECKAGE FIRM**<br><br>By: */s/ Jennifer A. Beckage*<br>Jennifer A. Beckage, Esq. (*pro hac vice*)<br>(NYS Bar: 4550786)<br>403 Main Street, Suite 723<br>Buffalo, New York 14203<br>Telephone: (223) 253-4762<br>Email: jen@thebeckagefirm.com<br>*Attorneys for Defendant Aleksandr Kogan* |