Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE FOR FACEBOOK, INC. TO FILE STATEMENT IN SUPPORT OF SEALING** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. On August 30, 2022, Plaintiffs filed four separate Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed pursuant to Civil Local Rule 79-5(f). Dkts. 1026, 1028, 1030, and 1032. These filings include over four hundred pages of material that Facebook must evaluate for confidentiality.

2. Pursuant to Civil Local Rule 79-5(f), the deadline for Facebook to file a statement and/or declaration in support of sealing these materials is September 6, 2022, seven days after the filing of Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed.

3. Given the large volume of new materials within Plaintiffs' Administrative Motions that must be evaluated for confidentiality, and the intervening federal holiday, Facebook has asked Plaintiffs whether they would agree that the deadline for Facebook to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed **shall be extended by 3 days, until September 9, 2022**. Plaintiffs have agreed to that extension, pending the Court's approval.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

1. The deadline for Facebook to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed (Dkts. 1026, 1028, 1030, and 1032) shall be extended until September 9, 2022.

| | |
|---|---|
| Dated: September 2, 2022 | Respectfully submitted, |
| **KELLER ROHRBACK LLP** | **BLEICHMAR FONTI & AULD LLP** |
| By: */s/ Derek W. Loeser* | By: */s/ Lesley E. Weaver* |
|         Derek W. Loeser |         Lesley E. Weaver |

| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| Lynn Lincoln Sarko (admitted *pro hac vice*) | Anne K. Davis (SBN 267909) |
| Gretchen Freeman Cappio (admitted *pro hac vice*) | Matthew P. Montgomery (SBN 180196) |
| Cari Campen Laufenberg (admitted *pro hac vice*) | Angelica M. Ornelas (SBN 285929) |
| David J. Ko (admitted *pro hac vice*) | Joshua D. Samra (SBN 313050) |
| Benjamin Gould (SBN 250630) | 555 12th Street, Suite 1600 |
| Adele Daniel (admitted *pro hac vice*) | Oakland, CA 94607 |
| 1201 Third Avenue, Suite 3200 | Tel.: (415) 445-4003 |
| Seattle, WA 98101 | Fax: (415) 445-4020 |
| Tel.: (206) 623-1900 | lweaver@bfalaw.com |
| Fax: (206) 623-3384 | adavis@bfalaw.com |
| dloeser@kellerrohrback.com | mmontgomery@bfalaw.com |
| lsarko@kellerrohrback.com | aornelas@bfalaw.com |
| gcappio@kellerrohrback.com | jsamra@bfalaw.com |
| claufenberg@kellerrohrback.com | |
| dko@kellerrohrback.com | |
| bgould@kellerrohrback.com | |
| adaniel@kellerrohrback.com | |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

*Co-Lead Counsel for Plaintiffs*

DATED: September 2, 2022

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:   */s/ Deborah Stein*

| | |
|---|---|
| Deborah Stein (SBN 224570) | Orin Snyder (*pro hac vice*) |
| dstein@gibsondunn.com | osnyder@gibsondunn.com |
| 333 South Grand Avenue | GIBSON, DUNN & CRUTCHER LLP |
| Los Angeles, CA 90071-3197 | 200 Park Avenue |
| Telephone: 213.229.7000 | New York, NY 10166-0193 |
| Facsimile: 213.229.7520 | Telephone: 212.351.4000 |
| | Facsimile: 212.351.4035 |
| Rosemarie T. Ring (SBN 220769) | |
| rring@gibsondunn.com | Joshua S. Lipshutz (SBN 242557) |
| Kristin A. Linsley (SBN 154148) | jlipshutz@gibsondunn.com |
| klinsley@gibsondunn.com | GIBSON, DUNN & CRUTCHER LLP |
| Martie Kutscher (SBN 302650) | 1050 Connecticut Avenue, N.W. |
| mkutscherclark@gibsondunn.com | Washington, DC 20036-5306 |
| GIBSON, DUNN & CRUTCHER LLP | Telephone: 202.955.8500 |
| 555 Mission Street, Suite 3000 | Facsimile: 202.467.0539 |
| San Francisco, CA 94105-0921 | |
| Telephone: 415.393.8200 | Russell H. Falconer (*pro hac vice*) |
| Facsimile: 415.393.8306 | rfalconer@gibsondunn.com |
| | 2100 McKinney Avenue, Suite 1100 |
| | Dallas, TX 75201 |
| | Telephone: 214.698.3170 |
| | Facsimile: 214.571.2958 |

*Attorneys for Defendant Facebook, Inc.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATE: _____          _____

VINCE CHHABRIA
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

DATED: September 2, 2022                    By: */s/ Deborah Stein*
                                                                    Deborah Stein

## **CERTIFICATE OF SERVICE**

I, Deborah Stein, hereby certify that on September 2, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Deborah Stein*
Deborah Stein
