GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
Heather Richardson
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, <br><br> This document relates to: <br><br> ALL ACTIONS | CASE NO. 3:18-MD-02843-VC <br><br> **[PROPOSED] SUPPLEMENTAL ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

**[PROPOSED] ORDER**

The Court has considered Facebook, Inc.'s ("Facebook") Supplemental Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, which proposes to redact limited portions of the following documents:

| Document | Dkt. No. | Description of Portions Sought to Be Kept Under Seal |
|----------|----------|------------------------------------------------------|
| Plaintiffs' Ex. 140 | 1008-5 | • Limited portions that reveal confidential information regarding Facebook's employees.  Ex. 140 at 6. |
| Plaintiffs' Ex. 141 | 1008-6 | • Limited portions that reveal confidential and competitively sensitive information regarding Facebook's business programs, strategies, decisions, and partners.  Ex. 141 at 6. |
| Plaintiffs' Ex. 142 | 1008-7 | • Limited portions that reveal confidential information regarding Facebook's employees.  Ex. 142 at 1. |

Good cause having been shown, the Court hereby ORDERS:

1. The redacted versions of the following documents shall be filed on the public docket:
   A. Plaintiffs' Exhibits 140, 141, and 142 attached with the same numbering and "-B" to the Supplemental Declaration of Deborah Stein in Support of Facebook's Supplemental Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Supplemental Stein Declaration");.

2. The unredacted versions of the following documents shall be sealed permanently:
   A. Plaintiffs' Exhibits 140, 141, and 142 attached with the same numbering and "-A" to the Supplemental Stein Declaration.

**IT IS SO ORDERED.**

DATE: _____          _____
                                      VINCE CHHABRIA
                                      United States District Judge

Gibson, Dunn &
Crutcher LLP