# EXHIBIT 142-B
## Redacted Version of
## Document Sought to be Sealed

| | |
|---|---|
| **From:** | Yul Kwon |
| **Sent:** | 4/26/2018 10:18:53 PM |
| **To:** | Deborah Liu |
| **Subject:** | Thanks |
| **Attachments:** | Backgrounder on Privacy for Zuck Review.docx; Zuck Review on Privacy (7-31-2015).pptx |

Hi Deb,

It was really good to catch up with you today. I had no idea you were going through so much over the last couple of months, and I'm grateful that you carved out time to see me despite your crazy workload. No matter what happens, I want you to know how much I've appreciated your friendship, mentorship, and support throughout my time at FB -- it's really meant a lot to me. Whether I stay here or not, I'd love to keep growing our friendship in the years ahead.

Btw, in case you're curious, I've attached a couple of docs I put together for Zuck in mid-2015 on the need to build a stronger and more centralized privacy & data use org. The Word doc gives more context, and the Powerpoint deck is what I presented to Zuck. He liked the proposal and gave his high-level approval, but then I transitioned out of privacy and there weren't any external fires to keep the momentum going. I'm really happy that this org is finally being created, though I wonder how much of a better place we'd be in today if the proposal had been implemented three years ago.

Thanks!

Yul