GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
  rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
  dstein@gibsondunn.com
Heather Richardson
  hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

# [PROPOSED] ORDER

The Court has considered Facebook, Inc.'s ("Facebook") Amended Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, which proposes to redact limited portions of the following documents:

| Document | Dkt. No. | Description of Portions Sought to Be Kept Under Seal |
|---|---|---|
| Special Master's Order Regarding Facebook's Objections to 30(b)(6) Written Questions | 1032-3 | <ul><li>Limited portions that reveal confidential information regarding Facebook's proprietary data systems and data storage and processing practices. Ex. 1 at 5.</li><li>Limited portions that reveal confidential information regarding Facebook's privacy and platform policy enforcement practices. Ex. 1 at 6.</li></ul> |

Good cause having been shown, Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed is GRANTED. The Court hereby ORDERS:

1. The redacted versions of the following documents shall be filed on the public docket:
   A. Special Master's Order Regarding Facebook's Objections to 30(b)(6) Written Questions, attached as Exhibit 2 to the Declaration of Russell H. Falconer in Support of Facebook's Statement in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Falconer Declaration");

2. The unredacted versions of the following documents shall be sealed permanently:
   A. Special Master's Order Regarding Facebook's Objections to 30(b)(6) Written Questions, attached as Exhibit 1 to the Falconer Declaration;

**IT IS SO ORDERED.**

DATE: _____    _____
VINCE CHHABRIA
United States District Judge