*In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-MD-02843-VC

**TIMELINE OF ISSUES RELATED TO ADI PRODUCTION**

| Date/Topic | Description |
|---|---|
| Nov. 25, 2019 | Plaintiffs' 2nd Set of Requests for Production to Facebook (No. 19). Joint Decl., Ex. 10. |
| Apr. 2020 | First raised to the Court (ECF No. 413, Joint Status Report at 4–5). |
| Feb. 2020 – Mar. 2021 | At least 17 Meet and Confers during this time.<br>1. Meet & Confer (Feb. 8, 2020)<br>2. Meet & Confer (Feb. 14 2020)<br>3. Meet & Confer (April 8, 2020)<br>4. Meet & Confer (July 2, 2020)<br>5. Plaintiffs provide Facebook with Proposed Stipulation (July 22, 2020)<br>6. Facebook provide Plaintiffs with Counterproposal Stipulation (Aug. 31, 2020)<br>7. Meet & Confer (Sept. 3, 2020)<br>8. Meet & Confer (Sept. 10, 2020)<br>9. Meet & Confer (Sept. 22, 2020)<br>10. Meet & Confer (Sept. 24, 2020)<br>11. Meet & Confer (Nov. 12, 2020)<br>12. Meet & Confer (Dec. 17, 2020)<br>13. Meet & Confer (Jan. 5, 2021) (re: briefing schedule)<br>14. Meet & Confer (Feb. 4, 2021)<br>15. Meet & Confer (Feb. 11, 2021)<br>16. Meet & Confer (Mar. 9, 2021)<br>17. Meet & Confer (Mar. 15, 2021) |
| Summer 2021 – Early 2022 | At least 4 more Meet and Confers during this time.<br>1. June 25, 2021<br>2. October 14, 2021 (one month after Plaintiffs first requested)<br>3. March 16, 2022<br>4. March 27, 2022 |
| **Total Meet and Confers = At least 21** | |
| Briefs | 8 Total Briefs<br>(7 briefs, one 10-page, 27-paragraph Southwell Declaration) |
| Orders | 1. Discovery Order No. 12 (Jan. 15, 2021)<br>2. Further Order Re: ADI Privilege Dispute (July 26, 2021)<br>3. Order Granting Mot. to Compel ADI Materials (Sept. 8, 2021)<br>4. Special Master Order re: Rolling Production of ADI Materials (Dec. 15, 2021)<br>5. Special Master Amended Order re: Production of ADI Materials (Dec. 22, 2021) |

**TIMELINE OF ISSUES RELATED TO ADI PRODUCTION**

| Date/Topic | Description |
|---|---|
| | 6.  Order on Appeal re: ADI Order (Jan. 12, 2022) |
| June 2022 | ADI production finally complete (~32 months after Plaintiffs first requested) |