| | |
|---|---|
| Derek W. Loeser (admitted *pro hac vice*) | Lesley E. Weaver (SBN 191305) |
| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
| 1201 Third Avenue, Suite 3200 | 555 12th Street, Suite 1600 |
| Seattle, WA 98101 | Oakland, CA 94607 |
| Tel.: (206) 623-1900 | Tel.: (415) 445-4003 |
| Fax: (206) 623-3384 | Fax: (415) 445-4020 |
| dloeser@kellerrohrback.com | lweaver@bfalaw.com |

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Judge:  Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom:  4, 17th Floor |

# [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (the "Motion") and all supporting papers. Having considered the supporting declaration of the designating party, Facebook, Inc., and GOOD CAUSE APPEARING, the Court GRANTS Plaintiffs' Administrative Motion and ORDERS that the following documents remain filed under seal:

|   | Documents | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| 1 | Full 30(b)(6) Deposition Transcript of Simon Cross (May 9, 2022) | Entire document (Plaintiffs to file a more targeted motion to seal) | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) | |
| 2 | Full 30(b)(6) Deposition Transcript of Simon Cross (May 12, 2022) | Entire document (Plaintiffs to file a more targeted motion to seal) | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; Defendant to provide evidence, per Local Rule 79-5(f) | |
| 3 | Full 30(b)(6) Deposition Transcript of Simon Cross (June 6, 2022) | Entire document (Plaintiffs to file a more targeted motion to seal) | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; Defendant to provide evidence, per Local Rule 79-5(f) | |
| 4 | Full 30(b)(6) Deposition Transcript | Entire document (Plaintiffs to file a | Pursuant to the Stipulated Protective | |

|   | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** | **Ruling** |
|---|---|---|---|---|
|   | of Simon Cross (June 20, 2022) | more targeted motion to seal) | Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; Defendant to provide evidence, per Local Rule 79-5(f) |   |
| 5 | Full 30(b)(6) Deposition Transcript of Simon Cross (June 21, 2022) | Entire document (Plaintiffs to file a more targeted motion to seal) | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; Defendant to provide evidence, per Local Rule 79-5(f) |   |
| 6 | Full 30(b)(6) Deposition Transcript of David Miller (July 22, 2022) | Entire document (Plaintiffs to file a more targeted motion to seal) | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; Defendant to provide evidence, per Local Rule 79-5(f) |   |
| 7 | Full 30(b)(6) Deposition Transcript of Michael Fahey (July 21, 2022) | Entire document (Plaintiffs to file a more targeted motion to seal) | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; |   |

| Documents | Portions Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|
| | | Defendant to provide evidence, per Local Rule 79-5(f) | |

IT IS SO ORDERED.

Date: _____             _____
                                          VINCE CHHABRIA
                                          United States District Judge