Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

By and through their respective undersigned counsel, the parties submit this joint request for a short extension of time to finalize a written class action settlement agreement and submit it to the Court for preliminary approval.

1. Whereas, on August 26, 2022, the parties notified the Court that they had reached a settlement in principle of the consolidated action *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (the "Action") and requested a stay of the Action for 60 days to allow them to finalize a written settlement agreement and present it to the Court for preliminary approval (Dkt. 1014);

2. Whereas, on August 26, 2022, the Court granted that request in part, staying all deadlines except for a hearing on Plaintiffs' sanctions motion (Dkt. 1015);

3. Whereas, the parties have been working diligently and have made significant progress, and have determined that they need additional time to finalize a written settlement agreement and submit it to the Court for preliminary approval;

NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, through their respective counsel, that the stay of the Action remain in effect and that they have until December 16, 2022, to finalize a written settlement agreement and present to the Court for preliminary approval.

Dated: October 19, 2022                                    Respectfully submitted,


KELLER ROHRBACK L.L.P.                                    BLEICHMAR FONTI & AULD LLP

By:   *Derek W. Loeser*                                    By:   *Lesley E. Weaver*
      Derek W. Loeser                                            Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                 Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)          Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                        Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)                 Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                               Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)                  555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                             Oakland, CA 94607
Seattle, WA 98101                                         Tel.: (415) 445-4003
Tel.: (206) 623-1900                                      Fax: (415) 445-4020
Fax: (206) 623-3384                                       lweaver@bfalaw.com

| | |
|---|---|
| dloeser@kellerrohrback.com | adavis@bfalaw.com |
| claufenberg@kellerrohrback.com | mmelamed@bfalaw.com |
| dko@kellerrohrback.com | aornelas@bfalaw.com |
| adaniel@kellerrohrback.com | jsamra@bfalaw.com |
| bgould@kellerrohrback.com | |
| ewright@kellerrohrback.com | |

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

| | |
|---|---|
| DATED: October 19, 2022 | Respectfully submitted, |
| | **GIBSON, DUNN & CRUTCHER, LLP** |
| | By:  *Rosemary T. Ring* |
| Deborah Stein (SBN 224570) | Orin Snyder (*pro hac vice*) |
| dstein@gibsondunn.com | osnyder@gibsondunn.com |
| 333 South Grand Avenue | GIBSON, DUNN & CRUTCHER LLP |
| Los Angeles, CA 90071-3197 | 200 Park Avenue |
| Telephone:  213.229.7000 | New York, NY 10166-0193 |
| Facsimile:  213.229.7520 | Telephone:  212.351.4000 |
| | Facsimile:  212.351.4035 |
| Rosemarie T. Ring (SBN 220769) | |
| rring@gibsondunn.com | Joshua S. Lipshutz (SBN 242557) |
| Kristin A. Linsley (SBN 154148) | jlipshutz@gibsondunn.com |
| klinsley@gibsondunn.com | GIBSON, DUNN & CRUTCHER LLP |
| Martie Kutscher (SBN 302650) | 1050 Connecticut Avenue, N.W. |
| mkutscherclark@gibsondunn.com | Washington, DC 20036-5306 |
| GIBSON, DUNN & CRUTCHER LLP | Telephone:  202.955.8500 |
| 555 Mission Street, Suite 3000 | Facsimile:  202.467.0539 |
| San Francisco, CA 94105-0921 | |
| Telephone:  415.393.8200 | Russell H. Falconer (*pro hac vice*) |
| Facsimile:  415.393.8306 | rfalconer@gibsondunn.com |
| | 2100 McKinney Avenue, Suite 1100 |

Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____    _____

VINCE CHHABRIA
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: October 19, 2022                              By:  *Derek Loeser*
                                                                          Derek Loeser

## **CERTIFICATE OF SERVICE**

I, Sarah Skaggs, hereby certify that on October 19, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: *Sarah Skaggs*
Sarah Skaggs
