Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*
*Additional counsel listed on signature page*

Orin Snyder (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202.955.8500
Fax: 202.467.0539
jlipshutz@gibsondunn.com

*Attorneys for Defendant Facebook, Inc.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

By and through their respective undersigned counsel, the parties submit this joint request for a short extension of time to finalize a written class action settlement agreement and submit it to the Court for preliminary approval.

1. Whereas, on August 26, 2022, the parties notified the Court that they had reached a settlement in principle of the consolidated action *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 3:18-md-02843-VC (the "Action") and requested a stay of the Action for 60 days to allow them to finalize a written settlement agreement and present it to the Court for preliminary approval (Dkt. 1014);

2. Whereas, on August 26, 2022, the Court granted that request in part, staying all deadlines except for a hearing on Plaintiffs' sanctions motion (Dkt. 1015);

3. Whereas, the parties have been working diligently and have made significant progress, and have determined that they need additional time to finalize a written settlement agreement and submit it to the Court for preliminary approval;

NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, through their respective counsel, that the stay of the Action remain in effect and that they have until December 16, 2022, to finalize a written settlement agreement and present to the Court for preliminary approval.

Dated: October 19, 2022                               Respectfully submitted,

KELLER ROHRBACK L.L.P.                                BLEICHMAR FONTI & AULD LLP

By:   *Derek W. Loeser*                               By:   *Lesley E. Weaver*
      Derek W. Loeser                                       Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)             Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)      Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                    Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice*)             Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                           Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice*)              555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                         Oakland, CA 94607
Seattle, WA 98101                                     Tel.: (415) 445-4003
Tel.: (206) 623-1900                                  Fax: (415) 445-4020
Fax: (206) 623-3384                                   lweaver@bfalaw.com

dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

DATED: October 19, 2022

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  *Rosemary T. Ring*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Russell H. Falconer (*pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100

                              Dallas, TX 75201
                              Telephone: 214.698.3170
                              Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATE:  October 20, 2022

                              VINCE CHHABRIA
                              United States District Judge

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: October 19, 2022　　　　　　　　　　　By:　*Derek Loeser*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　Derek Loeser

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on October 19, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: *Sarah Skaggs*
Sarah Skaggs