Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>**CIVIL L.R. 7-11 and 79-5(f)**<br><br>Judge: Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom: 4, 17th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Stipulated Protective Order entered by the Court on August 17, 2018 (ECF No. 122), Plaintiffs submit this Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed. The materials under consideration are the full transcripts of all depositions of Simon Cross, as well as the depositions of David Miller and Michael Fahey, that were taken in this case, which the Court ordered Plaintiffs to file. ECF No. 1066. This administrative motion is a more targeted motion of the filing submitted on October 18, 2022 (ECF No. 1067), as contemplated by the Court's prior order, ECF No. 1066.

|   | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
| 1 | Full 30(b)(6) Deposition Transcript of Simon Cross (May 9, 2022) | 26:15–21<br>29:8–14<br>43:18–23<br>50:10–16<br>56:13<br>56:16<br>56:20<br>56:24<br>57:16–21<br>60:7–16<br>62:15–63:3<br>74:6–11<br>76:3–11<br>77:10–78:20<br>78:22–79:3<br>80:5–81:3<br>81:19–82:1<br>93:13–18<br>94:9–19<br>95:10–25<br>96:10–21<br>96:24–97:1<br>100:5–9<br>113:18–21<br>116:18<br>117:4–6<br>117:10–16<br>117:19–118:8<br>118:15–18<br>119:9–12<br>120:18<br>126:8–12 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as Confidential Information; Defendant to provide evidence, per Local Rule 79-5(f) |

|   | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
|   |   | 128:9–15<br>128:25–129:1<br>129:17–130:11<br>130:18–20<br>131:2–9<br>132:4–9<br>132:16–25<br>136:5–7<br>170:9–10<br>170:13<br>170:16<br>170:20<br>174:15–21<br>177:8<br>183:9–15 |   |
| 2 | Full 30(b)(6) Deposition Transcript of Simon Cross (May 12, 2022) | 224:22–225:21<br>225:24–226:22<br>237:20–24<br>238:3–239:10<br>246:15–25<br>247:13–20<br>249:7–20<br>249:25–250:1<br>250:5–8<br>252:11–21<br>253:6–7<br>254:15–18<br>255:2–6<br>255:24–256:1<br>266:11–20<br>268:2–3<br>268:20–24<br>269:2–6<br>270:1–3<br>273:5–8<br>273:14–16<br>274:19–275:4<br>277:8–19<br>281:23–282:8<br>296:13–15<br>296:19–21<br>296:25–297:13<br>300:23–301:16<br>302:1–3 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; Defendant to provide evidence, per Local Rule 79-5(f) |

| | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
| | | 303:6–11<br>303:23–304:6<br>305:15–18<br>305:23–306:6<br>308:22–24<br>310:6–14<br>312:8–9<br>314:17–21<br>315:3–6<br>315:12–16<br>315:21–25<br>318:4<br>319:20–24<br>322:8–11<br>329:1–5<br>333:9–19<br>334:16–23<br>338:6–11<br>338:25–339:2<br>339:10–12<br>342:8–14<br>343:13–15<br>344:17–24<br>353:5–13<br>355:5–15<br>357:4–13<br>358:3–13<br>358:24–359:4<br>360:16<br>365:25–366:2<br>369:7–15<br>369:18–19<br>370:12–14<br><br>Errata at entries 1, 2, 3, 4, 5, 6, 7. | |
| 3 | Full 30(b)(6) Deposition Transcript of Simon Cross (June 6, 2022) | 545:20–548:13<br>550:13–17<br>558:21–560:9<br>560:23–567:5<br>568:2–569:9<br>570:4–573:1<br>573:9–574:3<br>576:15–577:21<br>579:16–580:16 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; |

| Documents | Portions Sought to be Sealed | Evidence Offered in Support of Sealing |
|---|---|---|
| | 583:1–12<br>584:11–24<br>585:21–586:15<br>586:23–587:10<br>587:15–588:5<br>588:22–23<br>589:1–590:18<br>590:20–591:3<br>601:23–602:8<br>604:1–605:24<br>606:7–609:21<br>609:24–610:2<br>611:1–612:1<br>616:18–618:13<br>619:5–15<br>620:16–621:16<br>622:9–626:7<br>627:11–632:3<br>637:14–638:11<br>639:22–640:12<br>642:6–644:4<br>645:20–653:10<br>653:24–657:6<br>657:21–659:6<br>660:11–19<br>661:5–11<br>663:3–25<br>664:18–666:15<br>666:20–667:3<br>667:9–23<br>668:16–19<br>670:2–671:24<br>672:23–676:11<br>676:15–678:1<br>678:13–680:11<br>680:18–681:24<br>683:6–684:8<br>685:3–14<br>687:17–688:23<br>689:7–691:4<br>691:5–12<br>692:2–23<br>695:17–23<br>697:7–699:10<br>700:1–19 | Defendant to provide evidence, per Local Rule 79-5(f) |

| | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
| | | 701:1–704:13<br>709:4–13<br>710:25–714:18<br>716:1–718:18<br><br>Errata at entries 13, 14, 15, 19, 20, 22, 23. | |
| 4 | Full 30(b)(6) Deposition Transcript of Simon Cross (June 20, 2022) | 748:14–16<br>748:25–749:8<br>752:13–23<br>754:24–756:4<br>787:24–791:7<br>792:3–19<br>793:10–799:20<br>834:14–836:17<br>841:13–845:10<br>846:5–848:6<br>850:5–866:23<br>869:8–870:5<br>871:14–873:1<br>873:17–883:17<br>884:19–886:10<br>887:4–23<br>888:2–897:19<br>905:1–25<br>909:20–911:25<br>914:4–916:4<br>943:1–945:7<br>946:24–964:14<br>965:17–980:20<br><br>Errata at entries 7, 10, 11, 12, 14, 16, 17, 18, 20, 21, 24, 25. | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; Defendant to provide evidence, per Local Rule 79-5(f) |
| 5 | Full 30(b)(6) Deposition Transcript of Simon Cross (June 21, 2022) | 1000:3–1002:11<br>1002:16–1004:15<br>1004:19–1007:4<br>1007:11–18<br>1008:17–1028:24<br>1030:6–1040:13<br>1040:14–1046:8<br>1046:19–1074:23<br>1075:4–1096:25<br>1103:11–1106:25 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" Information; |

|   | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
|   |   | 1008:5–1110:22<br>1111:12–1114:9<br>1114:19–25<br>1116:14–1132:10<br>1132:15–1135:11<br>1135:24–1137:6<br>1147:14–1150:19<br>1152:4–1155:20<br>1158:5–24<br>1167:16–1169:18<br>1172:1–1174:1<br>1185:18–1193:8<br>1196:18–1197:10<br>1204:6–1205:9<br>1206:12–1207:4<br><br>Errata at entries 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 33. | Defendant to provide evidence, per Local Rule 79-5(f) |
| 6 | Full 30(b)(6) Deposition Transcript of David Miller (July 22, 2022) | 33:14–24<br>34:1–35:9<br>35:11–35:21<br>36:4–37:10<br>37:12–38:1<br>38:4–39:1<br>41:8–15<br>42:23–25<br>47:23–49:23<br>55:19–56:5<br>60:12–17<br>63:18–64:13<br>68:25–69:2<br>69:5–9<br>69:12–19<br>69:21–70:2<br>70:18–25<br>72:20–73:2<br>73:17–21<br>75:24–76:8<br>81:3–9<br>81:17–25<br>88:25–89:23<br>113:20–24 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential— Attorneys' Eyes Only" Information; Defendant to provide evidence, per Local Rule 79-5(f) |

|   | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
|   |   | 114:23–118:4<br><br>Errata at entries 7, 10, 16, 17, 22. |   |
| 7 | Full 30(b)(6) Deposition Transcript of Michael Fahey (July 21, 2022) | 23:4, 22–25<br>24:1–8, 21–25<br>25:1–13<br>26:24–25<br>27:1–25<br>28:1–7<br>28:25<br>29:1–25<br>30:1–17<br>31:2–11, 18–19, 21–25<br>32:1–3, 5–7, 12–21, 25<br>33:1–5, 8, 10–25<br>34:1–4, 8–15, 17–21, 24–25<br>35:1–16, 18–25<br>36:1–7, 10–15, 19, 25<br>37:1–3, 11–15, 17–25<br>38:1–14, 26–22<br>39:4–6, 10–16<br>40:1–3<br>41:12–13, 16–17<br>46:2–25<br>47:1–6, 8–17, 20–25<br>48:1–10,17–20, 22–25<br>49:1–2, 5–6, 12–14, 17–24<br>50:4–8, 15–24<br>51:1–2, 3–9, 11–20, 24<br>52:1–3, 9–10, 17, 19–21<br>53:2–4, 14<br>54:11, 14, 17–25<br>55:1–17<br>56:16–24<br>57:1–25<br>58:1–2, 5,7–8, 10, 15–20<br>59:1–14, 16–17<br>60:1–4, 24–25<br>61:1–6, 18–25<br>62:1–11, 13–21, 23–25<br>63:1–4, 9–12<br>64:2–4, 6–17, 19–21, 23<br>65:2–7, 10–11, 21–25<br>66:1–10, 12–25 | Pursuant to the Stipulated Protective Order (Dkt. 122), Defendant designated portions as "Confidential" or "Highly Confidential— Attorneys' Eyes Only" Information; Defendant to provide evidence, per Local Rule 79-5(f) |

| | **Documents** | **Portions Sought to be Sealed** | **Evidence Offered in Support of Sealing** |
|---|---|---|---|
| | | 67:1, 3–5, 15–25<br>68:1–11, 21–22, 24–25<br>69:1–4, 9–15, 17, 20–25<br>70:1–5, 17–25<br>71:1–20, 23<br>72:1–4, 7–18,<br>73:3–14, 22–25<br>74:1–13, 15–16, 21–25<br>75:1–7, 10–19, 21–22, 24–25<br>76:1–4, 23–25<br>77:1, 4, 25<br>78:12–15<br>79:8–10, 12–13, 22–25<br>80:11–13, 18–25<br>81:3–6, 8–13, 16–22, 24<br>82:9–13, 16–24<br>83:1–5<br>84:25<br>85:1–2, 5–7, 9–21<br>86:1–9, 11–13, 16–25<br>87:1, 3–6, 8–16, 23–25<br>88:16–22<br>90:15–17, 20–25<br>91:1–8<br>93:15–22<br>97:11–17<br>98:1–2, 13–16, 19–25<br>99:1–3, 7–25<br>100:1–22<br>103:9–13, 15–25<br><br>Errata at entries 3, 4, 5, 6, 7, 8.<br><br>Certain words on pages 4, 9, 10, 20, and 23 of the index. | |

Because the above documents contain, reference, or summarize materials designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this action, Plaintiffs file the documents provisionally under seal. Pursuant to Local Rule 79-5(f)(3), Defendant, as the Designating Party, bears the responsibility to establish that its

designated materials are sealable.

Dated: October 28, 2022

Respectfully submitted,

KELLER ROHRBACK L.L.P.

By:  */s/ Derek W. Loeser*
     Derek W. Loeser

Derek W. Loeser (admitted *pro hac vice*)
Cari Campen Laufenberg (admitted *pro hac vice*)
David Ko (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice*)
Benjamin Gould (SBN 250630)
Emma M. Wright (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com
dko@kellerrohrback.com
adaniel@kellerrohrback.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

BLEICHMAR FONTI & AULD LLP

By:  */s/ Lesley E. Weaver*
     Lesley E. Weaver

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267909)
Matthew S. Melamed (SBN 260272)
Angelica M. Ornelas (SBN 285929)
Joshua D. Samra (SBN 313050)
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
adavis@bfalaw.com
mmelamed@bfalaw.com
aornelas@bfalaw.com
jsamra@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of October, 2022, at Philadelphia, Pennsylvania.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

## CERTIFICATE OF SERVICE

I, Julie Law, hereby certify that on October 28, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *Julie Law*
Julie Law