Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL No. 2843<br>Case No. 18-md-02843-VC |
| This document relates to:<br><br>ALL ACTIONS | **DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge:  Hon. Vince Chhabria<br>Special Master Daniel Garrie<br>Courtroom:  4, 17th Floor |

I, Lesley E. Weaver, declare and state as follows:

1. I am Partner-in-Charge the California office of Bleichmar Fonti & Auld LLP, head of its consumer and antitrust practice, and co-lead counsel to plaintiffs in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.). I am a member in good standing of the bar of the State of California and of the United States District Court for the Northern District of California.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. This declaration is made in support of the Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed.

4. True and correct copies of the following documents are attached as follows:

   (1) A true and correct **unredacted** copy of the full 30(b)(6) Deposition Transcript of Simon Cross, dated May 9, 2022, is attached hereto.

   (2) A true and correct **unredacted** copy of the full 30(b)(6) Deposition Transcript of Simon Cross, dated May 12, 2022, is attached hereto.

   (3) A true and correct **unredacted** copy of the full 30(b)(6) Deposition Transcript of Simon Cross, dated June 6, 2022, is attached hereto.

   (4) A true and correct **unredacted** copy of the full 30(b)(6) Deposition Transcript of Simon Cross, dated June 20, 2022, is attached hereto.

   (5) A true and correct **unredacted** copy of the full 30(b)(6) Deposition Transcript of Simon Cross, dated June 21, 2022, is attached hereto.

   (6) A true and correct **unredacted** copy of the full 30(b)(6) Deposition Transcript of David Miller, dated July 22, 2022, is attached hereto.

   (7) A true and correct **unredacted** copy of the full 30(b)(6) Deposition Transcript of Michael Fahey, dated July 21, 2022, is attached hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and to the best of my knowledge.

Dated October 28, 2022

By: */s/ Lesley E. Weaver*
Lesley E. Weaver