Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
dloeser@kellerrohrback.com

Lesley E. Weaver (SBN 191305)
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Plaintiffs' Co-Lead Counsel*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2843<br>Case No. 18-md-02843-VC<br><br>**PLAINTIFFS' NOTICE OF FILING OF DEPOSITION TRANSCRIPTS PURSUANT TO ECF NO. 1066**<br><br>Judge: Hon. Vince Chhabra<br>Courtroom: 4, 17th Floor |

Pursuant to the Court's Order (ECF No. 1066), Plaintiffs hereby submit the full deposition transcripts for the following witnesses:

1. Simon Cross, Facebook 30(b)(6) (May 9, 2022)
2. Simon Cross, Facebook 30(b)(6) (May 12, 2022)
3. Simon Cross, Facebook 30(b)(6) (June 6, 2022)
4. Simon Cross, Facebook 30(b)(6) (June 20, 2022)
5. Simon Cross, Facebook 30(b)(6) (June 21, 2022)
6. David Miller, Facebook 30(b)(6) (July 22, 2022)
7. Michael Fahey, Facebook 30(b)(6) (July 21, 2022)

Dated: October 28, 2022            Respectfully submitted,

| KELLER ROHRBACK L.L.P. | BLEICHMAR FONTI & AULD LLP |
|---|---|
| By:   */s/ Derek W. Loeser* <br>       Derek W. Loeser | By:   */s/ Lesley E. Weaver* <br>       Lesley E. Weaver |
| Derek W. Loeser (admitted *pro hac vice*) <br> Cari Campen Laufenberg (admitted *pro hac vice*) <br> David Ko (admitted *pro hac vice*) <br> Adele A. Daniel (admitted *pro hac vice)* <br> Benjamin Gould (SBN 250630) <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Tel.: (206) 623-1900 <br> Fax: (206) 623-3384 <br> dloeser@kellerrohrback.com <br> claufenberg@kellerrohrback.com <br> dko@kellerrohrback.com <br> adaniel@kellerrohrback.com <br> bgould@kellerrohrback.com | Lesley E. Weaver (SBN 191305) <br> Anne K. Davis (SBN 267909) <br> Matthew S. Melamed (SBN 260272) <br> Angelica M. Ornelas (SBN 285929) <br> Joshua D. Samra (SBN 313050) <br> 555 12th Street, Suite 1600 <br> Oakland, CA 94607 <br> Tel.: (415) 445-4003 <br> Fax: (415) 445-4020 <br> lweaver@bfalaw.com <br> adavis@bfalaw.com <br> mmelamed@bfalaw.com <br> aornelas@bfalaw.com <br> jsamra@bfalaw.com |
| Christopher Springer (SBN 291180) <br> 801 Garden Street, Suite 301 <br> Santa Barbara, CA 93101 <br> Tel.: (805) 456-1496 <br> Fax: (805) 456-1497 <br> cspringer@kellerrohrback.com | |

PLAINTIFFS' NOTICE OF FILING OF               1               MDL No. 2843
DEPOSITION TRANSCRIPTS PURSUANT                   CASE No. 18-MD-02843-VC
TO ECF No. 1066

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com
　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Lead Counsel*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of October 2022, at Philadelphia, Pennsylvania.

*/s/ Lesley E. Weaver*
Lesley E. Weaver