1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                  ---oOo---

4

5    IN RE: FACEBOOK, INC.,

     CONSUMER PRIVACY USER

6    PROFILE LITIGATION

     _____/

7                              MDL No. 2843

8                              Case No. 18-md-02843-VC-JSC

     This document relates to:

9

     ALL ACTIONS

10   _____/

11

12

13              ***CONFIDENTIAL***

14

15

16        REMOTE VIDEOTAPED DEPOSITION OF

17                SIMON CROSS

18        30(B)(6) DESIGNEE, FACEBOOK, INC.

19   _____

20            MONDAY, MAY 9, 2022

21

22   **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

23

24   REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

25   JOB NUMBER 5210141

                                          Page 1

```
 1                    --o0o--
 2        Remote videotaped deposition of SIMON CROSS, taken
 3    by the Plaintiffs, with the witness located in London,
 4    United Kingdom, commencing at 3:49 P.M. London Daylight
 5    Time, on MONDAY, MAY 9, 2022, before me, HOLLY THUMAN,
 6    CSR, RMR, CRR.
 7                    --o0o--
 8                  APPEARANCES
 9            (ALL APPEARANCES REMOTE)
10    FOR THE PLAINTIFFS:
11         KELLER ROHRBACK LLP
           1201 Third Avenue, Suite 3200
12         Seattle, Washington 98101
           By:  CARI LAUFENBERG, Attorney at Law
13              CLaufenberg@kellerrohrback.com
           By:  ADELE DANIEL, Attorney at Law
14              ADaniel@kellerrohrback.com
           By:  DEREK W. LOESER, Attorney at Law
15              DLoeser@kellerrohrback.com
           By:  EMMA WRIGHT
16              EWright@kellerrohrback.com
           By:  DAVID KO, Attorney at Law
17              DKo@kellerrohrback.com
18
           BLEICHMAR FONTI & AULD
19         555 12th Street, Suite 1600
           Oakland, California 94607
20         By:  LESLEY E. WEAVER, Attorney at Law
                lweaver@bfalaw.com
21         By:  MATTHEW MELAMED, Attorney at Law
                mmelamed@bfalaw.com
22
23
24
25                    (CONTINUED)
```

```
 1              APPEARANCES (Continued)
 2              (ALL APPEARANCES REMOTE)
 3
     FOR DEFENDANT FACEBOOK, INC.:
 4
             GIBSON, DUNN & CRUTCHER
 5           1801 California Street, Suite 4200
             Denver, Colorado 80220
 6           By:  ROBERT BLUME, Attorney at Law
                  RBlume@gibsondunn.com
 7
             GIBSON, DUNN & CRUTCHER
 8           1881 Page Mill Road
             Palo Alto, California
 9           By:  PHUNTSO WANGDRA, Attorney at Law
                  PWangdra@gibsondunn.com
10
             GIBSON DUNN & CRUTCHER LLP
11           2001 Ross Avenue, Suite 2100
             Dallas, Texas 75210-2911
12           By:  MATT BUONGIORNO, Attorney at Law
                  MBuongiorno@gibsondunn.com
13           By:  HANNAH REGAN-SMITH, Attorney at Law
                  HRegan-Smith@gibsondunn.com
14
             GIBSON DUNN & CRUTCHER LLP
15           811 Main Street, Suite 3000
             Houston, Texas 77002
16           By:  JOSIAH CLARKE, Attorney at Law
                  JClarke@gibsondunn.com
17
     ALSO PRESENT:
18
             IAN CHEN, In-House Counsel, Meta Platforms
19
             ROSE RING, In-House Counsel, Meta Platforms
20
             JOHN MACDONELL, Videographer
21
             DANIEL GARRIE, Special Master
22
23
24
25
```

```
 1                        I N D E X
 2                  INDEX OF EXAMINATIONS
 3     EXAMINATION BY:                              PAGE
 4     MR. LOESER                                    6
 5                       --o0o--
 6           EXHIBITS MARKED FOR IDENTIFICATION
 7     NO.                DESCRIPTION              PAGE
```

```
 8     Exhibit 332   September 27, 2013, email chain,    75
                     Konstantinos Papamiltiadis to Allison
 9                   Hendrix and others
                     (FB-CA-MDL-00198455 through -457)
10
       Exhibit 333   December 9, 2013, message summary,   92
11                   David Poll to Eddie O'Neil, David
                     Poll (FB-CA-MDL-02140404 to -414)
12
       Exhibit 334   Presentation deck, Login v4 (+PS12n)  125
13                   - 1/24/2014 update
                     (FB-CA-MDL-01685319.ppt)
14
       Exhibit 335   Document provided at deposition,     153
15                   "Simon's in-depo notes"
16     Exhibit 336   October 31, 2013, email Simon Cross  173
                     to Zhen Fang (FB-CA-MDL-00200051)
17
       Exhibit 337   Changes made to v2 at f8**User       176
18                   Trust** (FB-CA-MDL-02145706 through
                     -711)
19
20         PREVIOUSLY MARKED EXHIBITS REFERENCED
21     NO.                DESCRIPTION              PAGE
22     Exhibit 330   Previously marked                 18
       Exhibit 98    Previously marked                115
```

```
23
24                       --o0o--
25
```

Veritext Legal Solutions
866 299-5127

```
 1              MONDAY, MAY 9, 2022

 2                  3:49 P.M.

 3                  --o0o--

 4              PROCEEDINGS

 5                  --o0o--

 6          THE VIDEO OPERATOR:  We're on the record.     15:49:21

 7   It's 3:49 P.M. London time on May 9, 2022.  This is   15:49:22

 8   the deposition of Simon Cross, and we're here in      15:49:29

 9   the matter of Facebook Consumer Privacy User          15:49:32

10   Profile Litigation.                                   15:49:35

11          I'm John MacDonell, the videographer, with     15:49:39

12   Veritext.                                             15:49:42

13          Before the reporter swears the witness,        15:49:43

14   would Counsel please identify themselves, beginning   15:49:45

15   with the noticing party, please.                      15:49:48

16          MR. LOESER:  Good morning.  This is            15:49:51

17   Derek Loeser from Keller Rohrback for Plaintiffs.     15:49:52

18   With me is Adele Daniel and Cari Laufenberg and       15:49:56

19   Emma Wright, also from Keller Rohrback.               15:50:00

20          MR. BLUME:  This is Rob Blume from             15:50:03

21   Gibson Dunn on behalf of Facebook.  With me is        15:50:05

22   Hannah Regan-Smith, Ian Chen, Josiah Clarke,          15:50:08

23   Matt Buongiorno, and Phuntso Wangdra.                 15:50:17

24          MS. WEAVER:  And good morning.  It's           15:50:23

25   Lesley Weaver from Bleichmar Fonti & Auld, also on    15:50:24
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | behalf of the plaintiffs. | 15:50:30 |
| 2 | SPECIAL MASTER GARRIE:  This is Special | 15:50:31 |
| 3 | Master Garrie, here on behalf of the court. | 15:50:31 |
| 4 | --o0o-- | 15:50:52 |
| 5 | SIMON CROSS, | 15:50:52 |
| 6 | _____ | 15:50:52 |
| 7 | called as a witness, having been first duly | 15:50:52 |
| 8 | sworn, was examined and testified as follows: | 15:50:52 |
| 9 | ---o0o--- | 15:50:52 |
| 10 | EXAMINATION BY MR. LOESER | 15:50:52 |
| 11 | BY MR. LOESER: | 15:50:52 |
| 12 | Q.  Good morning, Mr. Cross.  We met before we | 15:50:56 |
| 13 | went on the record, but I'll introduce myself | 15:50:58 |
| 14 | again.  My name is Derek Loeser.  I'm from the firm | 15:51:00 |
| 15 | of Keller Rohrback for the plaintiffs in this | 15:51:03 |
| 16 | litigation, and with me is Cari Laufenberg, | 15:51:05 |
| 17 | Adele Daniel, Emma Wright, and Ms. Weaver from her | 15:51:07 |
| 18 | firm as well. | 15:51:12 |
| 19 | Have you had your deposition taken before? | 15:51:13 |
| 20 | A.  I -- I've been deposed previously, but I | 15:51:17 |
| 21 | don't think I've been deposed in this particular | 15:51:20 |
| 22 | case before. | 15:51:23 |
| 23 | Q.  Okay.  And how many times have you been | 15:51:24 |
| 24 | deposed previously? | 15:51:26 |
| 25 | A.  Twice. | 15:51:28 |

Veritext Legal Solutions
866 299-5127

1    Q.  And do you recall what those matters were    15:51:30

2    in which you were deposed?    15:51:32

3    A.  The first was some -- a matter relating to    15:51:34

4    '643, the '643 case, and then the second was a -- I    15:51:38

5    don't recall exactly, but it's the -- the    15:51:45

6    Washington District Attorney's -- Washington D.C.,    15:51:48

7    I think, case against -- against Meta relating to    15:51:52

8    some of the matters --    15:51:56

9        (Reporter requested clarification.)    15:52:04

10        THE WITNESS:  -- relating to the, I    15:52:04

11    recall, the Cambridge Analytica matter.    15:52:05

12    BY MR. LOESER:    15:52:08

13        Q.  And the '643 matter was against Facebook    15:52:10

14    as well.  Is that right?    15:52:13

15        A.  That's correct, yes.    15:52:16

16        Q.  Okay.  Well, you've been through this    15:52:18

17    before, so -- but I'll just remind you of the basic    15:52:20

18    rules, which are really designed to have a clear    15:52:23

19    record.    15:52:26

20        As the Special Master indicated, it's very    15:52:26

21    important that we're not talking at the same time    15:52:28

22    and that we let the court reporter take down what    15:52:30

23    we are saying.    15:52:32

24        If I ask a question and you don't    15:52:33

25    understand the question, could you please ask me to    15:52:35

| | | |
|---|---|---|
| 1 | restate it, and I'll attempt to do that. | 15:52:38 |
| 2 | And when you're answering questions, it's | 15:52:42 |
| 3 | important to answer verbally, so that would be a | 15:52:44 |
| 4 | good example.  Shaking your head doesn't make it | 15:52:47 |
| 5 | onto the record, but Yes/No does. | 15:52:50 |
| 6 | So could we make sure that you answer | 15:52:52 |
| 7 | verbally? | 15:52:54 |
| 8 | A.  I understand. | 15:52:55 |
| 9 | Q.  And if you do answer one of my questions, | 15:52:56 |
| 10 | I will assume you understood the question. | 15:52:59 |
| 11 | Is that a fair assumption? | 15:53:01 |
| 12 | A.  That's fine, yes. | 15:53:04 |
| 13 | Q.  And over the course of the day, your | 15:53:06 |
| 14 | attorney may object to questions that I ask.  And | 15:53:10 |
| 15 | when he does so, unless he instructs you not to | 15:53:12 |
| 16 | answer the question, please wait for him to finish | 15:53:15 |
| 17 | objecting and then go ahead and answer the | 15:53:17 |
| 18 | question. | 15:53:19 |
| 19 | Do you understand that? | 15:53:20 |
| 20 | A.  I understand that, yes. | 15:53:21 |
| 21 | Q.  And we'll be going for a while, and if at | 15:53:23 |
| 22 | any point you need a break, please just ask for | 15:53:26 |
| 23 | one, and I will accommodate that the best I can. | 15:53:28 |
| 24 | The only caveat is if there is a question | 15:53:31 |
| 25 | that is pending, I will ask you to finish the | 15:53:35 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | question before we take a break. | 15:53:37 |
| 2 | Is that understood? | 15:53:40 |
| 3 | A. Yeah. I understand. | 15:53:41 |
| 4 | Q. And sometimes if we're -- if there's a | 15:53:42 |
| 5 | series of questions and I'm almost through the | 15:53:44 |
| 6 | series, I'll ask if it's okay if we just finish the | 15:53:46 |
| 7 | series before taking a break. | 15:53:49 |
| 8 | Does that sound fair to you? | 15:53:51 |
| 9 | A. That sounds fair. | 15:53:53 |
| 10 | Q. Okay. And as the Special Master | 15:53:54 |
| 11 | indicated, he will be observing today, and so he | 15:53:55 |
| 12 | may come on camera at some point to discuss | 15:53:58 |
| 13 | matters. | 15:54:01 |
| 14 | And it's important there as well that we | 15:54:01 |
| 15 | make sure that he has the time and space to talk | 15:54:03 |
| 16 | and that the record is clear so that we're not | 15:54:06 |
| 17 | talking at the same time. | 15:54:08 |
| 18 | Is that fair? | 15:54:09 |
| 19 | A. Yep. That's fair. | 15:54:10 |
| 20 | Q. Okay. And, Mr. Cross, is there anything | 15:54:12 |
| 21 | that may impact your ability to testify honestly | 15:54:14 |
| 22 | and truthfully today? | 15:54:18 |
| 23 | A. Not that I'm aware of. | 15:54:20 |
| 24 | Q. Okay. No medications or anything of that | 15:54:22 |
| 25 | sort that may interfere with your recall or ability | 15:54:24 |

Veritext Legal Solutions
866 299-5127

1   to testify?                                                          15:54:29

2       A.  No.  I'm not on any medication, no.                          15:54:29

3       Q.  And, Mr. Cross, you're located in London?                    15:54:32

4       A.  That's correct.                                              15:54:36

5       Q.  And is that where you -- and I gather you                    15:54:37

6   work for -- for Meta.  Right?                                        15:54:40

7       A.  That's correct, yeah.  I still work for                      15:54:44

8   Meta and live in London.                                             15:54:46

9       Q.  Okay.  And so how often do you come to the                   15:54:52

10  United States as part of your work?                                  15:54:54

11      A.  In the last two years, not at all, sadly.                    15:54:56

12  Before that, I used to come several times a year.                    15:55:02

13      Q.  Okay.  And do you think that going forward                   15:55:06

14  you'll be coming stateside more often?                               15:55:08

15      A.  It's too early to say how much -- how much                   15:55:13

16  international we'll be doing.  I doubt I'll be                        15:55:15

17  doing it as much as we used to.                                      15:55:18

18      Q.  And, sir, if there were a trial in this                      15:55:20

19  case, would you be willing to fly across the ocean                   15:55:22

20  to attend the trial?                                                 15:55:25

21      A.  I have to consult with my counsel on                         15:55:29

22  whether or not that would be an appropriate thing                    15:55:32

23  to do.                                                               15:55:34

24      Q.  Okay.  And are you communicating -- and                      15:55:35

25  this is -- you know, we're in this new world of                      15:55:39

| | | |
|---|---|---|
| 1 | remote depositions, so there are some things we | 15:55:41 |
| 2 | need to sort out for that as well. | 15:55:43 |
| 3 | You are not actively communicating with | 15:55:46 |
| 4 | anybody during the time that I'm asking you these | 15:55:47 |
| 5 | questions, are you? | 15:55:50 |
| 6 | A.  No.  I am not communicating with anyone. | 15:55:51 |
| 7 | Q.  Okay.  No texting or messaging or anything | 15:55:54 |
| 8 | of that sort happening? | 15:55:57 |
| 9 | A.  No.  My phone is screen side down on the | 15:55:59 |
| 10 | desk, and I've cleared my computer. | 15:56:02 |
| 11 | Q.  Excellent.  Thank you. | 15:56:07 |
| 12 | And, Mr. Cross, did you prepare any notes | 15:56:09 |
| 13 | or other materials to assist you with your | 15:56:12 |
| 14 | testimony today? | 15:56:14 |
| 15 | A.  I have a document that I prepared that | 15:56:17 |
| 16 | includes some facts to help me answer -- I think | 15:56:20 |
| 17 | that might come up to help me answer your | 15:56:25 |
| 18 | questions, but that's all I've prepared. | 15:56:27 |
| 19 | Q.  And do you have that with you today, sir? | 15:56:31 |
| 20 | A.  I do, yes. | 15:56:33 |
| 21 | Q.  And do you intend to refer to that during | 15:56:35 |
| 22 | your testimony today? | 15:56:39 |
| 23 | A.  If -- if you ask me a question and I can't | 15:56:42 |
| 24 | remember a fact -- a specific fact I may have noted | 15:56:44 |
| 25 | down, then I was planning to refer to that, yes, as | 15:56:50 |

Veritext Legal Solutions
866 299-5127

1    to best answer your questions.                    15:56:54

2          MR. LOESER:  Thank you.                     15:56:57

3          And, Counsel, Mr. Blume, we would like a    15:56:57

4    copy of those notes.  And we don't need to go off 15:57:00

5    the record right now to get them, but we would like 15:57:03

6    them as soon as you can get them to us during the  15:57:06

7    deposition, not after.                            15:57:08

8          Could you accommodate that request,         15:57:10

9    please?                                           15:57:13

10         MR. BLUME:  Noted.                          15:57:14

11   BY MR. LOESER:                                    15:57:19

12      Q.  And since your counsel noted that request  15:57:19

13   but did not actually tell me he was going to do it, 15:57:21

14   this is something I'll bring up again in a little  15:57:24

15   bit just to make sure we actually get those notes  15:57:27

16   during the deposition today.  Okay?               15:57:30

17         And, Mr. Cross, you indicated that you      15:57:33

18   currently work for Meta.  Is that right?          15:57:35

19      A.  That's correct.  I work for Meta -- the    15:57:41

20   U.K. arm of Meta.  Meta Platforms, Inc., has a U.K. 15:57:44

21   arm.                                              15:57:50

22      Q.  Okay.  And over the course of the day,     15:57:51

23   I'll be referring to Facebook frequently.  And when 15:57:53

24   I refer to Facebook and ask you a question about   15:57:55

25   Facebook, will you be drawing any distinction      15:57:58

| | | |
|---|---|---|
| 1 | between Meta and Facebook when you answer? | 15:58:00 |
| 2 | A. Whether or not I need to do so may depend | 15:58:09 |
| 3 | on the context of the question. So I can ask for | 15:58:11 |
| 4 | clarification if needed. | 15:58:16 |
| 5 | Q. Okay. That would be helpful. I | 15:58:18 |
| 6 | appreciate that. | 15:58:20 |
| 7 | Mr. Cross, how long have you been employed | 15:58:21 |
| 8 | at -- and I'm going to say Facebook, and I mean | 15:58:23 |
| 9 | both Facebook and Meta. | 15:58:27 |
| 10 | A. I joined the company in September 2010. | 15:58:30 |
| 11 | Q. And I'm not going to take the time during | 15:58:38 |
| 12 | today's deposition to go through your LinkedIn | 15:58:40 |
| 13 | résumé in detail, but I would ask you to describe | 15:58:44 |
| 14 | the major responsibilities that you've had over | 15:58:47 |
| 15 | your time at Facebook and Meta. | 15:58:49 |
| 16 | A. Sure. The first part of my career was | 15:58:54 |
| 17 | working on the Platform Partnerships team, first as | 15:58:59 |
| 18 | a partner engineer, then as a -- for a short time | 15:59:04 |
| 19 | as a developer advocate, and then for a short time | 15:59:07 |
| 20 | as a strategic partnership manager. | 15:59:10 |
| 21 | In -- that was from September 2010 to | 15:59:12 |
| 22 | January 2014. | 15:59:18 |
| 23 | From January 2014 to the end of 2015, I | 15:59:21 |
| 24 | was a product manager on the Facebook Platform | 15:59:25 |
| 25 | team. | 15:59:28 |

Page 13

| | | |
|---|---|---|
| 1 | From 2016 to late 2018, I worked on the | 15:59:31 |
| 2 | Workplace by Facebook -- now just Workplace -- team | 15:59:33 |
| 3 | in London. | 15:59:38 |
| 4 | From late 2018 to mid-2021, I worked on | 15:59:41 |
| 5 | the Central Integrity team. | 15:59:47 |
| 6 | And since mid-2021, I've been working on a | 15:59:52 |
| 7 | team called "Central Customer Support." | 15:59:57 |
| 8 | Q. Okay. Thank you. | 16:00:01 |
| 9 | And what -- what is your degree? | 16:00:03 |
| 10 | Do you have a degree after high school? | 16:00:07 |
| 11 | A. My education, I have a master's in | 16:00:11 |
| 12 | engineering from the University of Nottingham. | 16:00:15 |
| 13 | Q. And was that -- | 16:00:18 |
| 14 | A. Specifically, it's in -- sorry. | 16:00:19 |
| 15 | Q. Sorry. Go ahead. | 16:00:21 |
| 16 | A. Sorry, it's a master's in electronic | 16:00:22 |
| 17 | engineering from the University of Nottingham. | 16:00:25 |
| 18 | Q. Thank you. Mr. Cross, have you spoken to | 16:00:30 |
| 19 | anyone other than your attorneys about your | 16:00:32 |
| 20 | deposition today? | 16:00:35 |
| 21 | A. I have. | 16:00:39 |
| 22 | I -- what kind of information are you | 16:00:41 |
| 23 | looking for there? | 16:00:45 |
| 24 | Q. Sure. I'll ask more specific questions. | 16:00:47 |
| 25 | Did you speak to colleagues of yours about | 16:00:50 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | your testimony today? | 16:00:53 |
| 2 | A. I spoke to some people currently employed | 16:00:55 |
| 3 | by Meta to understand their experiences relating to | 16:00:57 |
| 4 | this matter, yes. | 16:01:05 |
| 5 | Q. And who did you speak with? | 16:01:07 |
| 6 | A. I spoke with Eddie O'Neil, Ime Archibong, | 16:01:11 |
| 7 | Steven Elia, Dan Xu, Allison Hendrix, Eugene | 16:01:18 |
| 8 | Zarakhovsky, Francisco Varela, and Amit Sangani. | 16:01:25 |
| 9 | Q. And were those conversations all of | 16:01:34 |
| 10 | different amounts of time? | 16:01:37 |
| 11 | Were there some people you spoke to more | 16:01:38 |
| 12 | than others? | 16:01:40 |
| 13 | Describe in a little more detail, if you | 16:01:41 |
| 14 | can. | 16:01:43 |
| 15 | A. I spoke to each of those people once for | 16:01:45 |
| 16 | between 30 and 45 minutes each. The conversation | 16:01:51 |
| 17 | between Dan and Steven was one conversation with | 16:01:57 |
| 18 | both of them on the call. | 16:02:01 |
| 19 | Q. And were any attorneys present during any | 16:02:09 |
| 20 | of those conversations? | 16:02:11 |
| 21 | A. Yes. Attorneys for Facebook/Meta, were | 16:02:14 |
| 22 | present for all of those conversations, yes. | 16:02:18 |
| 23 | Q. Okay. And who were the attorneys that | 16:02:22 |
| 24 | were present, if you know their names? | 16:02:23 |
| 25 | A. There were a number of people on the call, | 16:02:29 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | so I probably can't give you everybody who was | 16:02:30 |
| 2 | there, but a combination of Rob -- Mr. Blume, | 16:02:34 |
| 3 | Ian Chen, and Matt -- I'm not sure I'm going to | 16:02:41 |
| 4 | pronounce this correctly -- Buongiorno. | 16:02:49 |
| 5 | Sorry, Matt, if you're listening.  I | 16:02:52 |
| 6 | apologize if I got that wrong. | 16:02:55 |
| 7 | Q.  Thank you.  Good enough to identify him. | 16:02:59 |
| 8 | And, sir, did you review any of the | 16:03:01 |
| 9 | pleadings or filings that have been made in this | 16:03:03 |
| 10 | case to prepare for your testimony today? | 16:03:06 |
| 11 | A.  I have, yes. | 16:03:09 |
| 12 | Q.  And do you recall what specifically you | 16:03:11 |
| 13 | reviewed? | 16:03:13 |
| 14 | A.  My attorneys sent over a -- a set of | 16:03:16 |
| 15 | documents for me to review in advance of this | 16:03:21 |
| 16 | testimony, and I also received a set of documents, | 16:03:25 |
| 17 | I think, from you folks; around 36 documents, I | 16:03:28 |
| 18 | think. | 16:03:34 |
| 19 | Q.  And were you sent a stack of documents | 16:03:34 |
| 20 | from your attorneys? | 16:03:36 |
| 21 | Were they assembled in a binder or | 16:03:38 |
| 22 | presented to you in some other manner like that? | 16:03:40 |
| 23 | A.  All of the documents I've reviewed to | 16:03:43 |
| 24 | prepare for today I've reviewed electronically. | 16:03:46 |
| 25 | Q.  Okay.  In a single folder? | 16:03:50 |

```
 1        Were they delivered in a single folder, or    16:03:53

 2   was it a series of separate files?                  16:03:55

 3        A.  I received a link to a Google Drive folder 16:03:58

 4   that contained a number of files.                   16:04:02

 5        Q.  Thank you.                                 16:04:04

 6        MR. LOESER:  And, Counsel, as you know,        16:04:08

 7   we've asked for Facebook to provide us with         16:04:09

 8   identification of the materials given to the        16:04:11

 9   witness to prepare for his testimony, and we would, 16:04:13

10   again, ask that you do that with respect to this    16:04:15

11   deposition.                                         16:04:18

12        (Reporter requested clarification.)            16:04:18

13        MR. BLUME:  I understood the request.          16:04:25

14   BY MR. LOESER:                                      16:04:28

15        Q.  And, Mr. Cross, you also indicated that    16:04:29

16   you reviewed some materials that you believe that   16:04:31

17   the plaintiffs sent over to you.  Is that correct?  16:04:33

18        A.  Yes.  That's my understanding.  There was  16:04:37

19   a set of documents that was sent over for me to     16:04:41

20   read in advance of today's testimony.              16:04:46

21        Q.  And did you review those documents?        16:04:49

22        A.  I did review those documents, yes.         16:04:54

23        Q.  And how long would you say you spent       16:05:00

24   reviewing the documents that were delivered to you  16:05:03

25   from the plaintiffs?                                16:05:05
```

Page 17

| | | |
|---|---|---|
| 1 | A.  On the order of eight to ten hours or so. | 16:05:12 |
| 2 | Q.  Good.  Thank you. | 16:05:20 |
| 3 | And were those all documents that you had | 16:05:21 |
| 4 | seen before, or were there some new things in there | 16:05:23 |
| 5 | for you? | 16:05:26 |
| 6 | A.  That list contained documents that I | 16:05:29 |
| 7 | hadn't seen before. | 16:05:30 |
| 8 | Q.  Including documents that were -- that were | 16:05:33 |
| 9 | produced by Facebook in this case. | 16:05:36 |
| 10 | Let me ask that slightly differently. | 16:05:40 |
| 11 | Including documents that were internal | 16:05:42 |
| 12 | correspondence and other materials that were | 16:05:43 |
| 13 | created by Facebook? | 16:05:45 |
| 14 | A.  That's my understanding, yes. | 16:05:48 |
| 15 | MR. LOESER:  So if we could mark -- | 16:05:55 |
| 16 | actually, we don't need to mark.  If we could show | 16:05:56 |
| 17 | Mr. Cross what has been previously marked | 16:06:00 |
| 18 | Exhibit 330, I believe. | 16:06:02 |
| 19 | (Previously marked Exhibit 330 was | 16:06:03 |
| 20 | presented to the witness.) | 16:06:03 |
| 21 | BY MR. LOESER: | 16:06:04 |
| 22 | Q.  This should come up on your screen. | 16:06:04 |
| 23 | Again, we're at the mercy of the great Internet | 16:06:07 |
| 24 | here, but you will see the deposition notice that's | 16:06:10 |
| 25 | been served in this case by the plaintiffs on | 16:06:13 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Facebook. | 16:06:16 |
| 2 | Let me know when you can see that | 16:06:17 |
| 3 | document. | 16:06:19 |
| 4 | MR. BLUME:  I believe that's Exhibit 332. | 16:06:26 |
| 5 | MR. LOESER:  We have it as Exhibit 330. | 16:06:29 |
| 6 | Prior Exhibit 330, yeah.  This isn't a new exhibit, | 16:06:34 |
| 7 | Rob, sorry.  This is -- it was marked during | 16:06:38 |
| 8 | Ms. Hendrix's deposition.  I'll try and make | 16:06:40 |
| 9 | that -- | 16:06:43 |
| 10 | MR. BLUME:  On the screen that I'm looking | 16:06:44 |
| 11 | at, it says "332" on the exhibit sticker. | 16:06:45 |
| 12 | MR. LOESER:  Refresh your screen.  My | 16:06:52 |
| 13 | technology expert tells me that you need to refresh | 16:06:55 |
| 14 | your screen. | 16:06:58 |
| 15 | It should be corrected now. | 16:07:05 |
| 16 | MR. BLUME:  Yes, with thanks to your | 16:07:08 |
| 17 | technology expert.  Appreciate it. | 16:07:09 |
| 18 | BY MR. LOESER: | 16:07:12 |
| 19 | Q.  So, Mr. Cross, you're looking at what's | 16:07:12 |
| 20 | called "Plaintiff's Second Amended Notice of | 16:07:16 |
| 21 | Deposition of Defendant Facebook, Inc., Pursuant to | 16:07:18 |
| 22 | Federal Rule of Civil Procedure 30(b)(6)." | 16:07:20 |
| 23 | Have you seen this notice before? | 16:07:25 |
| 24 | A.  Yes. | 16:07:29 |
| 25 | Q.  And you understand that you have been | 16:07:31 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | designated to testify as to certain topics in | 16:07:33 |
| 2 | response to this notice. | 16:07:36 |
| 3 | A.  That's my understanding, yes. | 16:07:40 |
| 4 | Q.  Okay.  And if you could turn -- attached | 16:07:42 |
| 5 | to the notice, there is an appendix.  And if you | 16:07:45 |
| 6 | turn all the way to page 13, or click through to | 16:07:48 |
| 7 | that page or whatever you would need to do on your | 16:07:51 |
| 8 | screen.  I'm turning to page 13, but ... | 16:07:54 |
| 9 | A.  I have page 13 in front of me. | 16:08:02 |
| 10 | Q.  Okay.  And on page 13, there are three | 16:08:04 |
| 11 | topics.  The bottom two, there's Topic 6 and | 16:08:07 |
| 12 | Topic 7. | 16:08:13 |
| 13 | Do you see that? | 16:08:14 |
| 14 | A.  I see that. | 16:08:14 |
| 15 | Q.  And is it your understanding that you have | 16:08:15 |
| 16 | been designated to testify on behalf of Facebook | 16:08:17 |
| 17 | with regard to Topics 6 and 7? | 16:08:23 |
| 18 | A.  That's correct. | 16:08:27 |
| 19 | Q.  Okay.  And as we get into these topics in | 16:08:28 |
| 20 | more detail, your counsel will probably want to | 16:08:31 |
| 21 | clarify the -- the particular matters within those | 16:08:34 |
| 22 | paragraphs that you are prepared to testify about, | 16:08:37 |
| 23 | but we can get to that later. | 16:08:40 |
| 24 | But for present purposes, what's important | 16:08:43 |
| 25 | is that these are the two topics that you | 16:08:46 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | understand that you are here to testify about. | 16:08:48 |
| 2 | A.  Those are the two topics I understand I'm | 16:08:53 |
| 3 | here to testify about. | 16:08:55 |
| 4 | Q.  And do you understand that by being | 16:08:58 |
| 5 | designated to testify about these topics, you are | 16:09:00 |
| 6 | authorized to speak for Meta/Facebook on the | 16:09:04 |
| 7 | specified matters? | 16:09:08 |
| 8 | A.  That's -- that's my understanding, yes. | 16:09:11 |
| 9 | Q.  And you understand that your testimony, | 16:09:14 |
| 10 | which is under oath, is binding on Meta. | 16:09:15 |
| 11 | A.  That's my understanding, yes. | 16:09:20 |
| 12 | Q.  Okay.  And I'm going to use Meta and | 16:09:22 |
| 13 | Facebook interchangeably here.  I mean the same | 16:09:24 |
| 14 | thing every time, and, like you said before, if | 16:09:26 |
| 15 | there's a distinction that needs to be drawn, you | 16:09:29 |
| 16 | are going to draw that for me. | 16:09:32 |
| 17 | A.  I will ask for clarification where I think | 16:09:33 |
| 18 | one is needed if the entities need to be | 16:09:36 |
| 19 | distinguished, yes. | 16:09:38 |
| 20 | Q.  And, sir, do you understand that the time | 16:09:40 |
| 21 | period at issue in this litigation is 2007 to the | 16:09:42 |
| 22 | present? | 16:09:46 |
| 23 | A.  That's my understanding, yes. | 16:09:48 |
| 24 | Q.  Okay.  So all of my questions will concern | 16:09:50 |
| 25 | that time period unless I specify something | 16:09:53 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | narrower. | 16:09:55 |
| 2 | Is that fair? | 16:09:56 |
| 3 | A.  That's fair. | 16:09:57 |
| 4 | Q.  So before we get into the specifics of | 16:10:06 |
| 5 | each of these topics, I think it would be important | 16:10:08 |
| 6 | to have a conversation about basic terminology to | 16:10:10 |
| 7 | make sure that when you testify, the record is | 16:10:13 |
| 8 | clear as to what you're saying. | 16:10:14 |
| 9 | Is that fair? | 16:10:16 |
| 10 | A.  I'm happy to make sure we can align on | 16:10:18 |
| 11 | terminology, yes. | 16:10:22 |
| 12 | Q.  Okay.  Some of it will seem very basic to | 16:10:23 |
| 13 | you, but trust me, it's important for the court and | 16:10:25 |
| 14 | for the record and, if there's a jury in this case, | 16:10:27 |
| 15 | for the jury to understand and hear from Facebook | 16:10:30 |
| 16 | what these terms mean. | 16:10:33 |
| 17 | So if you'll bear with me, I'll run | 16:10:34 |
| 18 | through some of these basic concepts. | 16:10:36 |
| 19 | To start, what is an "app"? | 16:10:39 |
| 20 | A.  An app is an entity in Facebook's systems | 16:10:43 |
| 21 | that has the ability to access information via the | 16:10:53 |
| 22 | Graph API. | 16:11:00 |
| 23 | There was a broader definition of "app" | 16:11:01 |
| 24 | that is pursuant to mobile applications and so on, | 16:11:05 |
| 25 | but an app in the Facebook ecosystem is a -- an | 16:11:08 |

| | | |
|---|---|---|
| 1 | entity that -- that has an app ID and can access | 16:11:13 |
| 2 | the Graph API in some way. | 16:11:18 |
| 3 | Q.  And there are third-party apps and | 16:11:22 |
| 4 | Facebook apps.  Correct? | 16:11:24 |
| 5 | A.  Can you help me understand what you mean | 16:11:28 |
| 6 | by "third-party apps"? | 16:11:29 |
| 7 | Q.  Yeah.  I'm glad you asked. | 16:11:31 |
| 8 | So Facebook creates apps itself for the | 16:11:34 |
| 9 | platform.  Right? | 16:11:36 |
| 10 | A.  There are some apps that Facebook | 16:11:41 |
| 11 | engineers, Facebook, Inc., would have built that | 16:11:45 |
| 12 | may call the Platform APIs, yes. | 16:11:49 |
| 13 | Q.  And then there are -- I'll call them | 16:11:54 |
| 14 | "third parties," but entities not owned or | 16:11:57 |
| 15 | affiliated with Facebook that also create apps. | 16:11:59 |
| 16 | A.  The Facebook Platform allowed developers | 16:12:04 |
| 17 | to create -- third parties to create applications | 16:12:07 |
| 18 | on the Facebook Platform, yes. | 16:12:10 |
| 19 | Q.  Okay.  And so over the course of our | 16:12:12 |
| 20 | conversation today, when I refer to "third-party | 16:12:14 |
| 21 | apps," that is what I will be referring to. | 16:12:16 |
| 22 | Is that fair? | 16:12:19 |
| 23 | A.  So to be clear, you're referring to a | 16:12:20 |
| 24 | third party that, in this context, is an | 16:12:23 |
| 25 | application developed by an entity other than | 16:12:28 |

Veritext Legal Solutions
866 299-5127

1    Facebook, Inc., or Meta Platforms?                16:12:31

2        Q.  Yes.  Thank you.  That's a good           16:12:36

3    clarification.                                    16:12:38

4            And you used some other terms in your     16:12:39

5    answer, and I guess we may as well define those as 16:12:42

6    well.                                             16:12:46

7            What is the "Facebook Platform"?          16:12:46

8        A.  The Facebook Platform is a collection of  16:12:50

9    technologies that enable developers to build      16:12:57

10   applications that could interact with the Facebook 16:13:01

11   product, Facebook.com or the Facebook product as  16:13:08

12   a -- as a regular user would think of it.         16:13:14

13       Q.  And help me understand:  What is the      16:13:19

14   "Facebook product"?                               16:13:21

15       A.  So the Facebook product, by that, I'm     16:13:25

16   referring to, you know, the website Facebook.com  16:13:28

17   and the Facebook iOS and Android apps, for example, 16:13:32

18   and the experience you have when using the        16:13:39

19   Facebook.com website or the Facebook mobile apps on 16:13:43

20   iOS and Android.                                  16:13:48

21       Q.  Thank you for that.                       16:13:52

22           And, sir, what is the "Facebook           16:13:54

23   Social Graph"?                                     16:13:55

24       A.  My understanding is that the Social Graph 16:13:57

25   would be a term used to explain the relationships 16:13:59

 1    between users of the Facebook product; who is          16:14:06

 2    friends with who.                                      16:14:11

 3         Q.  Okay.  And we'll have some more specific      16:14:13

 4    questions about how that functions later.              16:14:16

 5         What is an "API"?                                 16:14:18

 6         A.  An API, which stands for application          16:14:24

 7    programming interface, is a way for -- a technical     16:14:27

 8    means by which information can be exchanged between    16:14:34

 9    entities.                                              16:14:37

10         Q.  And are you familiar with the term           16:14:42

11    "high-signal APIs"?                                    16:14:44

12         A.  I'm not familiar with that term.             16:14:47

13         Q.  Are some APIs considered more sensitive in   16:14:51

14    terms of the information they provide than others?     16:14:53

15         A.  Can you help me understand in which          16:14:58

16    context you are referring to?  My answer with APIs     16:15:00

17    was a general concept.                                 16:15:03

18         Q.  Sure.  In the context of an app obtaining    16:15:06

19    information about Facebook users through APIs, are     16:15:10

20    there some APIs that are considered more sensitive     16:15:13

21    than others in terms of the information that's         16:15:17

22    being gathered?                                        16:15:22

23         A.  So I would -- yeah, I think it's fair to      16:15:27

24    say that there are some APIs which are considered      16:15:31

25    more sensitive than others, yes.                       16:15:37

Veritext Legal Solutions
866 299-5127

1    Q.  And why is that?  What is the type of          16:15:41

2  information that would be considered more sensitive   16:15:43

3  in that context?                                      16:15:46

4    A.  So it depends on the definition of             16:15:48

5  "sensitive."                                          16:15:52

6        Can you help me understand what you mean        16:15:52

7  by "sensitive"?                                       16:15:54

8    Q.  Yes.  I mean about the Facebook user data       16:15:55

9  and information that is accessed via an API.          16:15:57

10       Are there some APIs that have the ability       16:16:01

11 to access what Facebook has considered more           16:16:03

12 sensitive information about its users?                16:16:07

13   A.  So good example of a -- of an API that I        16:16:11

14 think is -- would be considered sensitive is an API   16:16:15

22   Q.  Okay.  And help me understand why that          16:16:46

23 would be considered sensitive.                        16:16:50

24       Would that be considered highly sensitive       16:16:52

25 in the Facebook terminology?                          16:16:55

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A. I'm not sure what you would be referring | 16:16:58 |
| 2 | to with -- by "highly sensitive." I'm not aware of | 16:16:59 |
| 3 | a specific set of things that would be classed as | 16:17:05 |
| 4 | "highly sensitive." | 16:17:09 |
| 5 | Q. Okay. How about friends permissions | 16:17:12 |
| 6 | and/or -- friend-related APIs? | 16:17:16 |
| 7 | Are you familiar with friend-related APIs? | 16:17:19 |
| 8 | A. Can you understand -- just represent -- | 16:17:23 |
| 9 | just for clarification, can you help me understand | 16:17:26 |
| 10 | what you mean by "friend-related APIs"? | 16:17:28 |
| 11 | Q. Sure. And we'll get into this more -- in | 16:17:30 |
| 12 | more detail later as well. | 16:17:33 |
| 13 | But APIs that provide access to the | 16:17:35 |
| 14 | information about a Facebook user's friends, are | 16:17:36 |
| 15 | those referred to by Facebook as "friends | 16:17:39 |
| 16 | permissions" or "friends APIs"? | 16:17:42 |
| 17 | A. There was a set of permissions that | 16:17:46 |
| 18 | were -- were referred to as the friend permissions, | 16:17:48 |
| 19 | yes. | 16:17:52 |
| 20 | Q. And did Facebook consider those | 16:17:54 |
| 21 | permissions to be sensitive? | 16:17:56 |
| 22 | A. I think -- I'm not sure -- I'm not sure if | 16:18:01 |
| 23 | there's a way to specifically answer that. Those | 16:18:08 |
| 24 | were a set of permissions that were available at | 16:18:14 |
| 25 | one time on the Platform and are no longer | 16:18:16 |

Veritext Legal Solutions
866 299-5127

1    generally available.                                  16:18:21

2        Q.  And, again, from the perspective of          16:18:24

3    Facebook, did Facebook discuss those permissions in  16:18:26

4    terms of them being sensitive or highly sensitive?   16:18:31

5        A.  They were certainly discussed in the         16:18:39

6    context of being a set of permissions worth          16:18:41

7    discussing.                                           16:18:47

8            They may have been discussed at times as     16:18:48

9    sensitive.  I'm not sure about whether or not they   16:18:51

10   were discussed as highly sensitive.  There's no      16:18:53

11   official designation for those permissions that was  16:18:55

12   consistent across the company.                       16:19:00

13       Q.  And we're about to move on to some other     16:19:03

14   topics, but can you give me an example of a          16:19:06

15   permission that Facebook did refer to as "highly     16:19:09

16   sensitive"?                                           16:19:11

17       A.  I can't give you an example here today of    16:19:14

18   a permission or a -- do you -- from reviewing the    16:19:16

19   documents I've reviewed, I don't recall a set of     16:19:21

20   APIs or permissions that would have been             16:19:24

21   considered -- referred to as "highly sensitive."     16:19:26

22           It's possible that they were referred to     16:19:29

23   using that term by some people, but I don't -- I     16:19:31

24   don't think there was an official designation in     16:19:35

25   any way.                                              16:19:38

1    Sorry.  Official -- I'm not aware of an            16:19:41

2    official designation of "highly sensitive."         16:19:44

3         Q.  And if you were asked to prepare a list of  16:19:47

4    everything that Facebook -- every API Facebook      16:19:50

5    considered sensitive or highly sensitive, who at    16:19:54

6    Facebook would you go talk to to get that           16:19:57

7    information?                                         16:19:59

15        Q.  And do you know -- do you recall who those  16:20:36

16   people -- who was in charge of that project?        16:20:38

17        A.  I think Konstantine -- Konstantinos -- I    16:20:41

18   really can't pronounce his last name.               16:20:47

19        "KP" as he is otherwise known --               16:20:50

20   Konstantinos Papamiltiadis -- I don't even want to  16:20:52

21   try -- was leading that project, as I understand    16:20:55

22   it.                                                 16:20:57

23        Q.  Okay.  And there are some documents that    16:20:57

24   have his name, and I can't begin to pronounce that  16:20:59

25   either, so we'll just refer to him as "KP" for the  16:21:02

Page 29

| | | |
|---|---|---|
| 1 | benefit of the court reporter. | 16:21:05 |
| 2 | Understood? | 16:21:07 |
| 3 | A.  That's good.  That's good with me. | 16:21:08 |
| 4 | Q.  So there was a few other terms that you | 16:21:10 |
| 5 | mentioned that I want to make sure we understand | 16:21:12 |
| 6 | and I've used as well. | 16:21:14 |
| 7 | One is a "permission." | 16:21:16 |
| 8 | In the context of an API, what is a | 16:21:18 |
| 9 | "permission"? | 16:21:20 |
| 10 | A.  In the context of -- can you help me | 16:21:23 |
| 11 | understand, "in the context of an API"? | 16:21:26 |
| 12 | Q.  Or APIs generally. | 16:21:32 |
| 13 | A.  So my understanding would be that in the | 16:21:35 |
| 14 | context of an API generally, a permission would | 16:21:38 |
| 15 | refer to a way for users -- users of the API or | 16:21:42 |
| 16 | consumers or integration -- integrators of the API | 16:21:48 |
| 17 | to determine what information was available over | 16:21:52 |
| 18 | that interface. | 16:21:59 |
| 19 | Q.  And speaking specifically about the -- the | 16:22:03 |
| 20 | entities that were accessing information on the | 16:22:07 |
| 21 | Facebook Platform, does "permission" refer to the | 16:22:10 |
| 22 | grant of access by Facebook to APIs? | 16:22:13 |
| 23 | A.  "Permissions" in the Facebook Platform | 16:22:17 |
| 24 | context refers to permissions that a user, a | 16:22:22 |
| 25 | Facebook user, would grant an application to which | 16:22:27 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | information the application would then have access | 16:22:34 |
| 2 | to after the user had given permission. | 16:22:36 |
| 3 | Q. And that brings me to my next question, | 16:22:41 |
| 4 | which is capability. | 16:22:44 |
| 5 | In the context of APIs, what is the | 16:22:46 |
| 6 | definition of "capabilities" or a "capability"? | 16:22:49 |
| 7 | A. Again, do you mean in the context of an | 16:22:54 |
| 8 | API generally, or -- | 16:22:56 |
| 9 | Q. Yes. | 16:22:59 |
| 10 | A. So in the context of an API generally, | 16:23:01 |
| 11 | "capability" doesn't have an industry-standard | 16:23:04 |
| 12 | meaning. | 16:23:07 |
| 13 | Q. How does Facebook generally use that term? | 16:23:13 |
| 14 | A. In the context -- in the context of the | 16:23:18 |
| 15 | Facebook Platform, "capability" refers to a set of | 16:23:21 |
| 16 | features that would be available to some apps on | 16:23:30 |
| 17 | the Facebook Platform, and that would have enabled | 16:23:37 |
| 18 | a range of functionality. | 16:23:41 |
| 19 | Q. And specifically, when talking about APIs, | 16:23:44 |
| 20 | would a "capability" relate to the entity's ability | 16:23:47 |
| 21 | to have access to certain APIs on the Platform? | 16:23:54 |
| 22 | A. Capabilities would -- would modify the -- | 16:24:00 |
| 23 | the behavior of the Facebook Platform in a number | 16:24:06 |
| 24 | of different ways. | 16:24:08 |
| 25 | Q. And, again, I'm trying to understand how | 16:24:11 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | the term is used in the context of Facebook's | 16:24:13 |
| 2 | discussions of what APIs a third party has access | 16:24:15 |
| 3 | to. | 16:24:19 |
| 4 | Does that help in any way to flesh out | 16:24:21 |
| 5 | what it means? | 16:24:25 |
| 6 | A. So a capability -- my previous answer, I | 16:24:27 |
| 7 | think, is accurate in that a capability is a way | 16:24:30 |
| 8 | for the standard behavior of the Facebook Platform | 16:24:34 |
| 9 | to be modified in some way. | 16:24:37 |
| 10 | Q. And I'm -- I apologize for struggling to | 16:24:42 |
| 11 | understand this, but -- so let's assume that an app | 16:24:44 |
| 12 | or a developer wants to have access to friend | 16:24:49 |
| 13 | data-related permissions. Okay? | 16:24:53 |
| 14 | Can we start with that premise? | 16:24:59 |
| 15 | And I'll ask a question based on that | 16:25:03 |
| 16 | premise: | 16:25:05 |
| 17 | Is there a capability that would be | 16:25:06 |
| 18 | provided to that developer that would enable access | 16:25:07 |
| 19 | to those permissions -- or to those APIs? | 16:25:10 |
| 20 | A. Can you help me understand what time frame | 16:25:15 |
| 21 | you're referring to? | 16:25:17 |
| 22 | Q. Sure. Any time between 2007 and the | 16:25:21 |
| 23 | present. | 16:25:24 |
| 24 | A. So I think the answer depends on the time. | 16:25:28 |
| 25 | In -- you know, the early part of that time period, | 16:25:34 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | let's say 2012, access to the friend permissions | 16:25:40 |
| 2 | was available to all applications on the Facebook | 16:25:47 |
| 3 | Platform. | 16:25:51 |
| 4 | Later on, the friend permissions were not | 16:25:53 |
| 5 | available to every app on the Platform, and access | 16:25:58 |
| 6 | to those would have required a modification to the | 16:26:03 |
| 7 | standard API behavior.  And that would have been | 16:26:06 |
| 8 | governed by capability. | 16:26:10 |
| 9 | Q.  Thank you.  You've helped me understand | 16:26:12 |
| 10 | any number of documents I have reviewed now. | 16:26:14 |
| 11 | That's helpful information. | 16:26:17 |
| 12 | We can move on. | 16:26:20 |
| 13 | Do you understand what "read permission | 16:26:22 |
| 14 | APIs" are? | 16:26:24 |
| 15 | A.  So there's two different concepts that are | 16:26:28 |
| 16 | worth picking apart:  There's the concept of | 16:26:31 |
| 17 | permissions, and there's a concept of APIs, and | 16:26:35 |
| 18 | those are separate concepts. | 16:26:38 |
| 19 | So I'm not sure how to answer the | 16:26:44 |
| 20 | question. | 16:26:46 |
| 21 | Q.  Let me break it down.  I've seen reference | 16:26:47 |
| 22 | to "read stream APIs," for example. | 16:26:50 |
| 23 | Are you familiar with those? | 16:26:52 |
| 24 | A.  I am familiar with the -- the concept of a | 16:26:56 |
| 25 | read stream API, yes. | 16:26:59 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q. Okay. What is that? | 16:27:02 |
| 2 | A. In the context of the Facebook Platform? | 16:27:07 |
| 3 | Is that what you're asking about? | 16:27:09 |
| 4 | Q. Yes. | 16:27:11 |
| 5 | A. My understanding is that the read stream | 16:27:13 |
| 6 | API would allow an application to access a -- | 16:27:16 |
| 7 | the -- an authorized -- a user who -- let me start | 16:27:20 |
| 8 | again to make sure I'm framing this correctly for | 16:27:24 |
| 9 | you. | 16:27:26 |
| 10 | The read stream API would allow an | 16:27:28 |
| 11 | application to access a user's Newsfeed. In order | 16:27:31 |
| 12 | to access that API, the user would have to give the | 16:27:35 |
| 13 | application permission to do so. | 16:27:41 |
| 14 | Q. And what about Social Context APIs? What | 16:27:45 |
| 15 | are those? | 16:27:50 |
| 16 | A. My understanding is a Social Context API | 16:27:54 |
| 17 | refers to an API that helped applications | 16:27:57 |
| 18 | understand the relationships between two users of | 16:28:02 |
| 19 | the application. | 16:28:06 |
| 20 | Q. Two users, or any number of users? | 16:28:10 |
| 21 | A. My understanding is the Social Context API | 16:28:15 |
| 22 | referred to social context between two app-using | 16:28:17 |
| 23 | users. | 16:28:22 |
| 24 | Q. And we'll get into this in more detail | 16:28:25 |
| 25 | later, but both with read stream and social context | 16:28:28 |

Page 34

1  APIs, the information that the app or developer        16:28:31

2  would access would include friend information for      16:28:36

3  the users that authorized the app or developer to      16:28:38

4  have access.  Right?                                   16:28:43

5      A.  Sorry.  Can you restate the question?  I       16:28:44

6  want to make sure I fully understand.                  16:28:46

7      Q.  Sure.  You described what a read stream        16:28:48

8  permission was, and you described what a social        16:28:50

9  context API was.                                       16:28:53

10      Both of those APIs, if authorized by a             16:28:55

11  user, would provide access to friends information      16:28:57

12  of that user.  Right?                                  16:28:59

13      A.  The read stream API would grant access to      16:29:04

14  an app using a person's Newsfeed.  A Newsfeed on       16:29:07

15  Facebook typically contains content posted by that     16:29:13

16  user's friends.                                        16:29:17

17      Q.  Okay.  And how about the social context        16:29:18

18  API?  Would that do the same?                          16:29:19

19      A.  I'd have to review the API documentation       16:29:24

20  for -- for the -- if there was a specific API          16:29:26

21  you're referring to, exactly how it behaved.           16:29:31

22      Q.  And that's a helpful qualification.            16:29:36

23      Is there a set of -- or a place where              16:29:40

24  documentation of APIs is stored so that if Facebook    16:29:43

25  wanted to understand the specific information that     16:29:46

1    that API made available, it could go to that set          16:29:49

2    and find the answer?                                       16:29:52

3         A.  The Facebook developer website is                 16:29:56

4    typically where API documentation is stored and            16:29:58

5    published.                                                 16:30:02

6         Q.  And that's true for any API that has ever          16:30:04

7    existed, or simply for the active APIs?                     16:30:08

8         A.  That -- the Facebook developer website is          16:30:16

9    typically for APIs that are available -- publicly           16:30:18

10   available.                                                  16:30:22

11        And so not every API that's ever existed               16:30:23

12   would necessarily have a documentation -- would             16:30:26

13   have a document on the Facebook developer website.          16:30:30

14        Q.  Okay.  So where would one go to find               16:30:33

15   information on every API that ever existed?                 16:30:35

16        A.  The -- I'm not sure every API that ever            16:30:42

17   existed necessarily had a -- a document -- an               16:30:46

18   associated document written about it.                       16:30:51

19        The source of truth for which APIs existed             16:30:53

20   and so on would have been the Facebook code base            16:30:57

21   itself.                                                     16:31:01

22        Q.  And how would one go about searching that          16:31:03

23   for information about a defunct API?                         16:31:06

24        A.  There are internal tools at Facebook that          16:31:10

25   allow user search for code which existed in the            16:31:13

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Facebook code base. | 16:31:19 |
| 2 | Q.  And what are those internal tools? | 16:31:21 |
| 3 | A.  I am not sure of the name of the internal | 16:31:27 |
| 4 | tools.  I'd have to get back to you on -- on the | 16:31:31 |
| 5 | specific name of the tool. | 16:31:35 |
| 6 | MR. LOESER:  And, Counsel, if you could | 16:31:39 |
| 7 | get back to us with that information, I'd | 16:31:40 |
| 8 | appreciate it. | 16:31:42 |
| 9 | MR. BLUME:  Noted. | 16:31:47 |
| 10 | BY MR. LOESER: | 16:31:48 |
| 11 | Q.  And, Mr. Cross, what is a "private API"? | 16:31:50 |
| 12 | A.  Can you help me understand the context in | 16:31:58 |
| 13 | which you're asking the question? | 16:32:01 |
| 14 | Q.  Sure.  In the context of email and other | 16:32:03 |
| 15 | materials reviewed -- that you reviewed to prepare | 16:32:05 |
| 16 | for this deposition, the term "private API" is | 16:32:09 |
| 17 | frequently used. | 16:32:14 |
| 18 | Do you have an understanding of what is | 16:32:15 |
| 19 | meant by that at Facebook? | 16:32:17 |
| 20 | A.  My understanding of the term "private API" | 16:32:19 |
| 21 | is that it would be an API that was not generally | 16:32:22 |
| 22 | available to most applications on the Facebook | 16:32:27 |
| 23 | Developer Platform. | 16:32:33 |
| 24 | Q.  Okay.  So explain to me what the | 16:32:36 |
| 25 | difference is between a private API and a | 16:32:38 |

Veritext Legal Solutions
866 299-5127

1    capability.                                          16:32:41

2          A.  So a "private API" would refer to a        16:32:42

3    specific API method, generally, that could be        16:32:47

4    accessed by developers.                              16:32:51

5          A "capability" is the means by which           16:32:53

6    access to that API is governed.                      16:32:56

7          Q.  We discussed how APIs function and how     16:33:07

8    APIs provide access to developers or other entities  16:33:09

9    about information about Facebook users.              16:33:16

10          Were there any other technical means by        16:33:21

11    which Facebook shared information about its users    16:33:24

12    with developers or other entities?                  16:33:25

13          A.  The Graph API was the -- was a primary way 16:33:31

14    that information would be exchanged with third       16:33:36

15    parties.  It's possible at the company there were    16:33:40

16    other ways for people to exchange information with   16:33:44

17    third parties; email, for example.  But the         16:33:49

18    Graph API would have been one of the common ways to  16:33:55

19    programmatically exchange information.               16:33:58

20          Q.  And can you identify any other ways to     16:34:01

21    programmatically exchange information?               16:34:04

22          A.  I don't have the ability to -- to know     16:34:11

23    every form of information interchange ever used      16:34:15

24    by -- by the company, so I -- I don't feel I can     16:34:20

25    specify other -- any specific other systems.  The    16:34:26

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Graph API would have been a common one. | 16:34:31 |
| 2 | There were other APIs in existence over | 16:34:34 |
| 3 | time.  Two examples would be the REST API and | 16:34:38 |
| 4 | something called FQL. | 16:34:45 |
| 5 | Q.  And explain, if you can, what those two | 16:34:49 |
| 6 | systems are. | 16:34:51 |
| 7 | A.  So the REST API was a -- a mechanism, a | 16:34:53 |
| 8 | form of API used by the Facebook Platform to | 16:34:59 |
| 9 | exchange information with third parties that | 16:35:03 |
| 10 | pre-existed the Graph API, and the two were in use | 16:35:05 |
| 11 | simultaneously for a period. | 16:35:12 |
| 12 | FQL -- | 16:35:14 |
| 13 | Q.  Let me pause you there.  Sorry to | 16:35:16 |
| 14 | interrupt, but what period did that exist, and when | 16:35:17 |
| 15 | was it overlapping? | 16:35:21 |
| 16 | A.  The REST API, my understanding, was the | 16:35:24 |
| 17 | original form of the Facebook Developer Platform. | 16:35:28 |
| 18 | So my understanding is that was launched in 2007. | 16:35:30 |
| 19 | And my understanding is the REST API was | 16:35:37 |
| 20 | deprecated in -- I'm not sure of the specific date, | 16:35:39 |
| 21 | but my understanding is around the time that | 16:35:43 |
| 22 | Graph API Version 1.1 or 1.2 was -- was announced. | 16:35:46 |
| 23 | But that -- we can follow up with a | 16:35:53 |
| 24 | specific because I want to make sure I don't give | 16:35:57 |
| 25 | you the wrong answer. | 16:36:00 |

Veritext Legal Solutions
866 299-5127

1    Q. Sure. And do you have a rough idea of        16:36:01

2    what year the Graph API came into being?        16:36:03

3    A. The Graph API was launched in April 2010.    16:36:07

4    Q. So we've touched on the Graph API            16:36:17

5    Version 1, and that's another important term. I  16:36:20

6    want to make sure I understand that.            16:36:23

7        So Graph API version, was it 1.0 or 1.1?    16:36:26

8        What was the very first version of that     16:36:31

9    system?                                          16:36:33

10   A. The Graph API was launched in April 2010.    16:36:35

11   At the time, it was just called the "Graph API." 16:36:39

12   Q. Okay. And I gather from your LinkedIn        16:36:42

13   résumé, you had something to do with the initial 16:36:45

14   development of the Graph API version zero, I guess, 16:36:47

15   whatever you call it. Is that right?            16:36:53

16   A. So the version of the API that was          16:36:55

17   originally launched in April 2010 is what later  16:36:57

18   became known as Version 1.                       16:37:00

19       I was actually not involved in the          16:37:03

20   development of that. It was launched in          16:37:05

21   April 2010. I joined the company in             16:37:07

22   September 2010.                                  16:37:11

23   Q. Okay. So let's -- let me make sure I        16:37:15

24   understand the different versions.               16:37:17

25       It starts with Graph API, period, and then 16:37:19

Page 40

1  it evolved into what?                                16:37:22

2        What were the different evolutions of          16:37:24

3  that, of the Graph API?                              16:37:26

4      A.  It was called just the "Graph API" from --   16:37:29

5  from launch in April 2010.  That -- that, kind of,   16:37:32

6  version later became known as "API Version 1" when   16:37:38

7  a new version that was referred to as                16:37:43

8  "API Version 2" was launched in April 2014.          16:37:45

9      Q.  And in the evolution from Version 1 and      16:37:52

10 Version 2, were there specific reasons why Facebook  16:37:55

11 made changes?                                         16:37:59

12     A.  The Graph API, the original version of the   16:38:02

13 Graph API, evolved constantly over time as well.     16:38:06

14 So there were changes being made to the -- to the    16:38:10

15 Graph API from launch for a wide range of reasons.   16:38:14

16     Q.  Okay.  And, specifically, in the changes     16:38:20

17 from Version 1 to Version 2, what were the           16:38:22

18 reasons -- what were the major changes that were     16:38:24

19 made?                                                16:38:27

20     A.  It was a large number of changes launched    16:38:29

21 as part of API Version 2.                            16:38:33

22        How much -- how much depth would you like     16:38:37

23 me to go into?                                        16:38:39

24     Q.  Well, let me ask it this way:  What were     16:38:41

25 the problems that Facebook was trying to solve in    16:38:44

| | | |
|---|---|---|
| 1 | the transition from Version 1 to Version 2? | 16:38:47 |
| 2 | A.  There was a -- also a whole -- also a | 16:38:51 |
| 3 | whole range of problems that -- that we were | 16:38:53 |
| 4 | attempting to solve. | 16:38:56 |
| 5 | Can you help me understand, like, what you | 16:38:58 |
| 6 | are looking for? | 16:39:00 |
| 7 | Q.  Well, let's start at the -- are you | 16:39:01 |
| 8 | familiar with the expression "the 30,000-foot | 16:39:03 |
| 9 | level"? | 16:39:07 |
| 10 | A.  I've heard of that term, yes. | 16:39:08 |
| 11 | Q.  Okay.  So let's think about it in terms of | 16:39:10 |
| 12 | at the 30,000-foot level if there were major issues | 16:39:13 |
| 13 | that Facebook was attempting to solve through that | 16:39:17 |
| 14 | transition, if any of those come to mind. | 16:39:19 |
| 15 | A.  I'll do my best to explain some. | 16:39:23 |
| 16 | One was that the original way that | 16:39:27 |
| 17 | breaking changes had been made in the Facebook | 16:39:32 |
| 18 | Developer Platform was in an app configuration. | 16:39:34 |
| 19 | So in your app, configuring your app | 16:39:39 |
| 20 | settings, that was a workable mechanism when the | 16:39:42 |
| 21 | Facebook Platform was primarily called by | 16:39:48 |
| 22 | server-side applications. | 16:39:52 |
| 23 | In the early 2010s, the developer | 16:39:55 |
| 24 | ecosystem moved more and more to mobile | 16:40:00 |
| 25 | applications, which meant developers' code running | 16:40:02 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | on devices, which meant that it was harder for them | 16:40:08 |
| 2 | to centrally control changes to the API. | 16:40:12 |
| 3 | And so one of the big problems that | 16:40:15 |
| 4 | Facebook was trying to solve with the launch of | 16:40:18 |
| 5 | API Version 2 was the introduction of versioning | 16:40:21 |
| 6 | itself; to allow developers to specify the API | 16:40:23 |
| 7 | behavior they wanted when calling the API. | 16:40:28 |
| 8 | Q. Okay. And can you think any of other | 16:40:32 |
| 9 | major problems Facebook was attempting to resolve | 16:40:34 |
| 10 | with Graph API Version 2? | 16:40:39 |
| 11 | A. Another thing that was being solved with | 16:40:45 |
| 12 | Version 2 is the limiting of the amount of data | 16:40:48 |
| 13 | that was available via the API. | 16:40:53 |
| 14 | Q. And why did Facebook want to do that? | 16:40:58 |
| 15 | A. It was a range of reasons why Facebook was | 16:41:02 |
| 16 | attempting to alter the amount of information that | 16:41:07 |
| 17 | was available via the API. | 16:41:10 |
| 24 | that decision. | 16:41:39 |
| 25 | Q. And when Facebook heard from users about | 16:41:40 |

Page 43

| | | |
|---|---|---|
| 1 | their concerns, were those concerns with respect to | 16:41:43 |
| 2 | any particular types of user information that was | 16:41:48 |
| 3 | being made available to third parties? | 16:41:51 |
| 4 | A.  There was a -- a range of concerns.  One | 16:41:55 |
| 5 | of them was the ability for apps to access friends | 16:41:59 |
| 6 | information. | 16:42:04 |
| 7 | Q.  And was another reason to limit the amount | 16:42:07 |
| 8 | of user information made available to developers a | 16:42:10 |
| 9 | desire by Facebook to better profit from the data | 16:42:17 |
| 10 | it collected about users by giving away less to | 16:42:20 |
| 11 | developers for free? | 16:42:23 |
| 12 | A.  Can you repeat the question? | 16:42:28 |
| 13 | Sorry, I want to make sure I understand. | 16:42:29 |
| 14 | Q.  Sure.  It took me great mental acuity to | 16:42:31 |
| 15 | say it in the first place, so how about if I | 16:42:36 |
| 16 | just -- if we read it back and see, if you heard it | 16:42:38 |
| 17 | a second time, it makes better sense.  It might | 16:42:41 |
| 18 | just be a bad question, but let me look and see. | 16:42:44 |
| 19 | And I can read it. | 16:42:47 |
| 20 | Was another reason to limit the amount of | 16:42:48 |
| 21 | user information made available to developers a | 16:42:50 |
| 22 | desire by Facebook to better profit from the data | 16:42:53 |
| 23 | it collected about users by giving away less of | 16:42:55 |
| 24 | that information for free? | 16:42:59 |
| 25 | A.  Having spoken to people and read | 16:43:05 |

Veritext Legal Solutions
866 299-5127

1    documents, that's -- that's not a concern that was,    16:43:08

2    as I understand it, front and center in the    16:43:11

3    decision-making.    16:43:14

4        Q.  Was that a concern that was discussed or    16:43:15

5    expressed at times, however?    16:43:17

6        A.  I have recalled seeing documents that    16:43:23

7    were -- there were a number of discussions about    16:43:28

8    how to balance the equities between users,    16:43:32

9    developers, and Facebook -- in this case, the    16:43:36

10   company Meta but also the application -- as to how    16:43:39

11   the Facebook Developer Platform was being used.    16:43:43

12       Q.  Thank you.  Do you know, when was the    16:43:50

13   first time or time period that Facebook heard    16:43:53

14   concerns expressed by users about the amount of    16:43:58

15   their information that was being made available to    16:44:01

16   third parties?    16:44:04

17       A.  I don't know -- I'm not able to sense    16:44:09

18   specifically when those concerns began to be heard.    16:44:14

19           I am aware that there was some -- some    16:44:18

20   research done, and there were some discussions    16:44:20

21   happening in -- in the 2012 and 2013 time period;    16:44:23

22   but exactly, you know, when this was -- was --    16:44:28

23   began to be discussed is hard for me to say with    16:44:36

24   specificity.    16:44:38

25       Q.  And then Graph API Version 2 became    16:44:39

| | | |
|---|---|---|
| 1 | operative when? | 16:44:43 |
| 2 | A. Graph API Version 2 was made broadly | 16:44:48 |
| 3 | available on April the 30th, 2015 -- sorry, | 16:44:53 |
| 4 | April the 30th, 2014. | 16:44:56 |
| 5 | Q. Okay. So during the time that Facebook | 16:44:58 |
| 6 | users expressed some concern -- you think sometime | 16:45:03 |
| 7 | starting in around 2012 -- and those concerns | 16:45:06 |
| 8 | were -- or were those concerns addressed in | 16:45:09 |
| 9 | Graph API Version 2? | 16:45:13 |
| 10 | A. API Version 2 contained a number of | 16:45:20 |
| 11 | changes designed to -- to satisfy some of those | 16:45:22 |
| 12 | concerns. | 16:45:26 |
| 13 | Q. And those changes were implemented in -- | 16:45:28 |
| 14 | in 2015. | 16:45:31 |
| 15 | A. The -- API Version 2, you know, was | 16:45:36 |
| 16 | launched in -- on April 30, 2014, and the previous | 16:45:41 |
| 17 | versions of the API began to be deprecated -- began | 16:45:44 |
| 18 | to be deprecated in -- on April 30, 2015. | 16:45:47 |
| 19 | Q. I'm confident that all these questions | 16:46:02 |
| 20 | will make the more specific testimony a lot faster | 16:46:05 |
| 21 | because we have a basic understanding now of these | 16:46:08 |
| 22 | terms, so I appreciate your patience as we go | 16:46:10 |
| 23 | through. I have a few more questions that are | 16:46:13 |
| 24 | general in nature like this before we get | 16:46:15 |
| 25 | specifically into the topics and subtopics of the | 16:46:19 |

Veritext Legal Solutions
866 299-5127

1     notice.                                              16:46:21

2         You testified that Facebook provided            16:46:22

3     access to Facebook user information to what we've    16:46:23

4     called "third parties" through APIs.  Right?         16:46:26

5         A.  The Facebook Developer Platform allowed      16:46:30

6     third parties to build applications that accessed    16:46:33

7     data on Facebook users via the Graph API or via a    16:46:38

8     set of APIs.                                         16:46:44

9         Q.  And apps are one category of the third       16:46:47

10    parties that could access APIs on the Facebook       16:46:50

11    Platform?                                            16:46:54

12        A.  Sorry.  Can you -- this is one of the        16:47:00

13    things that -- to make sure we get right and         16:47:01

14    understand, can you specify -- just repeat the       16:47:04

15    question again?                                      16:47:06

16        And -- if you're referring to one of the         16:47:07

17    categories, could you help me understand what, in    16:47:10

18    your mind, is the other categories?                  16:47:12

19        Q.  Sure.  I'm going to go through some          16:47:14

20    different categories.  I'm trying to understand the  16:47:16

21    different entities that were allowed to use the --   16:47:18

22    the -- use APIs to access information.               16:47:21

23        And one of those -- and I'm calling them          16:47:23

24    "categories."  If you have different terminology,    16:47:25

25    please tell me what it is.                           16:47:27

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | But one of the categories that could | 16:47:29 |
| 2 | access APIs was -- are referred to as "apps." | 16:47:30 |
| 3 | Right? | 16:47:34 |
| 4 | A.  So in the context of the Facebook | 16:47:36 |
| 5 | Developer Platform, to access any information via | 16:47:38 |
| 6 | the API had to be done through a Facebook app ID; | 16:47:43 |
| 7 | through a Facebook application with a specific | 16:47:47 |
| 8 | Facebook app ID. | 16:47:50 |
| 9 | Q.  Okay.  So that brings me to my next | 16:47:51 |
| 10 | question, which is partners. | 16:47:54 |
| 11 | Facebook has what it refers to as | 16:47:56 |
| 12 | "partners."  Correct? | 16:47:58 |
| 13 | A.  I've heard -- I've seen the term "partner" | 16:48:02 |
| 14 | used.  It refers to a wide range of relationships | 16:48:05 |
| 15 | between Facebook and its -- and various third | 16:48:08 |
| 16 | parties. | 16:48:13 |
| 17 | Q.  Okay.  And you were involved in the | 16:48:14 |
| 18 | partnerships group for four years or so at | 16:48:16 |
| 19 | Facebook? | 16:48:19 |
| 20 | A.  I was -- I was involved in the | 16:48:21 |
| 21 | partnerships organization from September 2010 until | 16:48:22 |
| 22 | around January 2014. | 16:48:25 |
| 23 | Q.  Okay.  And what did the term | 16:48:28 |
| 24 | "partnerships" mean in that context? | 16:48:30 |
| 25 | A.  In that context, "partnerships" refers to | 16:48:33 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | a range of relationships between Facebook and -- | 16:48:37 |
| 2 | and third parties, ranging from informal to more | 16:48:41 |
| 3 | structured relationships governed by contracts. | 16:48:48 |
| 4 | Q.  And with regard to those partnerships, was | 16:48:51 |
| 5 | Facebook providing access to user information | 16:48:55 |
| 6 | through APIs? | 16:48:57 |
| 7 | A.  In the context of the Platform | 16:49:00 |
| 8 | Partnerships team, we typically -- the people on | 16:49:02 |
| 9 | the Platform Partnerships team would typically be | 16:49:05 |
| 10 | working with third parties that were using the | 16:49:09 |
| 11 | Facebook Platform in some way. | 16:49:11 |
| 12 | Q.  Okay.  And I think this is what I'm trying | 16:49:13 |
| 13 | to get at. | 16:49:15 |
| 14 | Are there entities that Facebook calls | 16:49:16 |
| 15 | "partners" that have access to Facebook user | 16:49:17 |
| 16 | information but do not have apps on the Platform? | 16:49:21 |
| 17 | A.  In this specific -- in this context, I -- | 16:49:27 |
| 18 | I am not aware of -- of -- in this specific | 16:49:34 |
| 19 | context, when we're talking about platform | 16:49:39 |
| 20 | partnerships, it's typically referring to entities | 16:49:41 |
| 21 | that use the Facebook Developer Platform, which | 16:49:44 |
| 22 | would typically be done by -- through an app ID, | 16:49:47 |
| 23 | but there were other features of the Facebook | 16:49:51 |
| 24 | Developer Platform that did not require you to use | 16:49:53 |
| 25 | an app ID. | 16:49:56 |

Veritext Legal Solutions
866 299-5127

1    Q.   And, generally speaking, what were those          16:49:57

2    features?                                              16:49:59

3    A.   One common set of examples was the social         16:50:02

4    plug-ins, which a developer or an entity could          16:50:04

5    embed on their own website, that didn't access the     16:50:09

6    Facebook API -- sorry -- didn't access the             16:50:13

7    Graph API.                                             16:50:19

8    Q.   And how did those features provide access         16:50:20

9    to Facebook user information?                           16:50:24

17   Q.   And would Facebook obtain that               16:50:53

18   information?                                            16:50:54

19   A.   To render a social plug-in, it would be         16:50:57

20   rendered by Facebook servers.                           16:50:59

21   Q.   Okay.  So that was a mechanism by which        16:51:02

22   Facebook obtained information about Facebook users     16:51:04

23   while they were off-platform?                           16:51:07

24   A.   The way the "Like" button worked was to        16:51:12

25   render -- if you visited a website that had the        16:51:15

1  "Like" button embedded on it, then the Like button          16:51:17

2  would render.  And in order to render it, Facebook          16:51:21

3  would receive a request from the user's web                 16:51:24

4  browser.                                                    16:51:29

5       Q.  Okay.  And that was not through an API;            16:51:29

6  that was through this other product.                        16:51:31

7       A.  The social plug-ins are a different way of         16:51:36

8  Facebook integrating information into third-party           16:51:40

9  contexts that users could access.                           16:51:45

10      Q.  And what is the time period that social            16:51:49

11 plug-ins have existed?                                      16:51:52

12      A.  My understanding is that social plug-ins           16:51:55

13 were launched alongside the Graph API in                    16:51:58

14 April 2010.                                                 16:52:00

15      Q.  And are they still active today?                   16:52:03

16      A.  I think there are some social plug-ins             16:52:06

17 still active today, although I'm not certain, and           16:52:09

18 that's something we can follow up on.                       16:52:12

19      Q.  And is there a tool that allows Facebook           16:52:15

20 to identify what social plug-ins exist and the time         16:52:17

21 period in which they've been active?                        16:52:21

22      A.  The Facebook code base, similar to my              16:52:25

23 previous answer, would allow you to -- would allow          16:52:29

24 someone to understand which social plug-ins have            16:52:31

25 existed over what period of time.                           16:52:34

Veritext Legal Solutions
866 299-5127

1      Q.  Are you familiar with the term                16:52:39

2   "integration partners"?                               16:52:40

3      A.  I've heard the phrase "integration             16:52:43

4   partners," yes.                                       16:52:46

5      Q.  And what is an "integration partner"?          16:52:49

6      A.  Again, can you help me understand in the       16:52:52

7   context in which you're asking the question?          16:52:54

8      Q.  Sure.  All of my questions are around          16:52:57

9   trying to understand how Facebook shares              16:52:59

10  information with what I'm calling "third parties,"     16:53:00

11  and my understanding is that integration partners     16:53:02

12  are an entity with which Facebook shares user          16:53:06

13  information.                                           16:53:08

14         So in that context.                            16:53:08

15     A.  My understanding of the term -- of             16:53:12

16  integration partners in that context is a set of      16:53:14

17  entities, third parties, that Facebook had a          16:53:19

18  relationship with to enable them to build             16:53:24

19  Facebook-like or -- Facebook-branded or               16:53:28

20  Facebook-like or feedback-branded experiences on      16:53:33

21  the third party's platforms and services.             16:53:37

22     Q.  And so Facebook user information was           16:53:42

23  provided to integration partners.  Right?             16:53:46

24     A.  Typically, the way that an integration         16:53:52

25  partner application works is that the application     16:53:54

1    was offered to users on that platform.                    16:53:59

2         Users would choose to use that application        16:54:02

3    and, as a result of the user choosing to use the       16:54:05

4    application, information about -- information would    16:54:12

5    be shared -- that the user had granted access to      16:54:17

6    would be shared with the third party in order for      16:54:22

7    them to provide the experience for a user.             16:54:24

8         Q.  And do integration partners have apps on     16:54:28

9    the Facebook Platform?                                  16:54:31

10        A.  The way that you would -- a developer         16:54:34

11   would interact with the Facebook APIs would be         16:54:38

12   through an app ID, which is what I'm referring to      16:54:42

13   as an "application" in this specific context.          16:54:47

14        Q.  Okay.  And, again, I'm just -- I want to      16:54:50

15   make sure I understand.                                 16:54:53

16        So in order to create that Facebook               16:54:54

17   experience on a phone, would the information            16:54:56

18   necessary to create that experience be communicated    16:55:03

19   to that phone company via the Graph API or through     16:55:06

20   some other mechanism?                                   16:55:12

21        A.  To build one of these integration partner     16:55:16

22   experiences, the information would be made             16:55:19

23   available through the Graph API; but, typically,       16:55:22

24   the information would be accessed from the device      16:55:27

25   itself that the user was using.                         16:55:32

Veritext Legal Solutions
866 299-5127

1      Q.  Okay.  So not through an app on the          16:55:36

2   Facebook Platform.                                  16:55:38

3      A.  This is where we need to make sure we're     16:55:42

4   using the specific terms.                           16:55:44

5          The way you access the Facebook set of       16:55:47

6   APIs, the Facebook Platform, is through an entity   16:55:49

7   called a "Facebook app ID" or a "Facebook app,"     16:55:52

8   which has an app ID.  That identifies -- that       16:55:55

9   allows the owner of the app to make calls against   16:56:00

10  the Facebook APIs.                                  16:56:03

11         So, in that context, that's very            16:56:06

12  specifically what I'm referring to as a "Facebook   16:56:09

13  app."                                               16:56:10

14     Q.  Okay.  And is there anything -- And,         16:56:13

15  again, this clarification is really helpful.        16:56:16

16         In thinking about how integration partners  16:56:21

17  get information about Facebook users, is there      16:56:23

18  anything different about that system than the way a 16:56:26

19  normal app developer gets information about users?  16:56:28

20     A.  On a technical level, the way that the       16:56:34

21  information is exchanged would have been done       16:56:37

22  through the Graph API, which is the standard way to 16:56:39

23  access -- that users would give their information   16:56:44

24  to apps and third parties.                          16:56:50

25         So, at a technical level, the mechanism of  16:56:55

| | | |
|---|---|---|
| 1 | information interchange is the same, but an | 16:56:59 |
| 2 | integration partner would be -- would be billing, | 16:57:03 |
| 3 | typically, a different kind of experience than a | 16:57:06 |
| 4 | regular Facebook Platform developer. | 16:57:09 |
| 5 | Q.  And that experience was different because | 16:57:14 |
| 6 | one is on the Platform, the Facebook Platform, and | 16:57:17 |
| 7 | the other is on the integration partner's device? | 16:57:20 |
| 8 | A.  So this -- again, this is for me to get | 16:57:27 |
| 9 | very specific about. | 16:57:31 |
| 10 | In the context of the Facebook Platform, | 16:57:32 |
| 11 | there is a concept of a feedback app, which is the | 16:57:34 |
| 12 | entity that determines the -- how the information | 16:57:38 |
| 13 | is accessed, what permissions have been granted by | 16:57:42 |
| 14 | users, and so on. | 16:57:45 |
| 15 | What developers build are often also | 16:57:47 |
| 16 | called "apps," and, like, that's a -- that's a | 16:57:50 |
| 17 | different concept. | 16:57:56 |
| 18 | The application that a third-party | 16:57:58 |
| 19 | developer would build might run on their web | 16:58:01 |
| 20 | server.  It might run on their hardware.  It might | 16:58:05 |
| 21 | run on a user's physical device. | 16:58:08 |
| 22 | And so these are distinct concepts which | 16:58:12 |
| 23 | are important to -- to separate. | 16:58:15 |
| 24 | Q.  Does Facebook have a term for -- for users | 16:58:19 |
| 25 | that interact with integration partners, or are | 16:58:23 |

Veritext Legal Solutions
866 299-5127

1    they called "integration users," or is there some          16:58:27

2    terminology that applies to that?                          16:58:30

3         A.  I'm not aware of distinct terminology that        16:58:32

4    would be different.  These are just users.                 16:58:35

5         Q.  And before, you mentioned that a user             16:58:42

6    authorizes the integration partner to obtain               16:58:45

7    information when the user interacts with that --            16:58:47

8    let's call it -- again, let's call it a phone, a            16:58:52

9    mobile phone.  Is that right?                              16:58:57

10        A.  When a -- a good -- I think the easiest            16:59:00

11   way to answer this question is with an example.             16:59:04

12        So one good example here would be a                    16:59:07

█     ████████████████████████████████       ████████████

14   platform.                                                  16:59:15

15        The user -- a user would typically have a              16:59:17

█     ████████████████████████████████       ████████████

17   There would be a Facebook-branded app available on         16:59:24

18   that device.  The user would choose to log in to           16:59:29

19   the application and, as a result of doing that,            16:59:32

█     ████████████████████████████████       ████████████

21   device the ability to access that information that         16:59:40

22   that user would have had access to on Facebook on          16:59:46

23   the app built onto the -- the Facebook-branded             16:59:49

█     ████████████████████████████████       ████████████

25   were using.                                                16:59:59

Page 56

1   Q.  Okay.  And in that example, the user                    17:00:00

2   authorizes access to the Facebook user's                    17:00:03

3   information.  Correct?                                       17:00:06

4   A.  When I -- if a user chooses to use the                  17:00:09

5   Facebook-branded application on a BlackBerry                 17:00:14

6   device, they are logging in on -- to that                   17:00:17

7   application; and, as a result, the application has          17:00:22

8   access to some of the information that that user            17:00:24

9   would be able to see on Facebook.                           17:00:26

10  Q.  And that information that that company                  17:00:29

11  would have access to would include information             17:00:33

12  about the user's friends.  Right?                           17:00:36

13  A.  In the specific example I was just talking              17:00:40

14  about here, this would be a Facebook-branded               17:00:42

15  application; a Facebook-branded product running on          17:00:46

22  Q.  And that would -- among other types of                 17:01:08

23  information that would be made available in that           17:01:12

24  example, friends information would be made                 17:01:14

25  available.  Right?                                          17:01:17

Veritext Legal Solutions
866 299-5127

1       A.  Typically, a user would expect when            17:01:18

2    they're using a Facebook-branded experience to see     17:01:20

3    information about their friends and what their        17:01:26

4    friends had been doing.                                17:01:28

5       Q.  And so the answer is yes?                        17:01:30

6       A.  If I'm using a Facebook-branded                  17:01:34

7    application on a BlackBerry device, I would expect     17:01:37

8    to see information about my friend, yes.               17:01:40

9       Q.  And in that example, the friends are not        17:01:42

10   the ones who authorized BlackBerry to obtain that     17:01:45

11   information.  Right?                                   17:01:50

12      A.  The user is using a BlackBerry application      17:01:51

13   on the BlackBerry device, and the user has            17:01:54

14   authorized that application to access Facebook's       17:01:57

15   APIs in order to render a Facebook experience on       17:02:01

16   that device.                                          17:02:05

17      Q.  So the answer to my question is, correct,       17:02:06

18   the friends did not authorize BlackBerry's access     17:02:11

19   to their information?                                  17:02:14

20      A.  One of my friends may have also had a           17:02:16

21   BlackBerry device and may have logged in to the       17:02:19

22   Facebook-branded experience on that device.           17:02:22

23          Where I have -- I'm using Facebook -- the       17:02:27

24   Facebook-branded experience on my BlackBerry          17:02:31

25   device, then I am receiving -- I would be seeing       17:02:34

Veritext Legal Solutions
866 299-5127

1   data on my phone that was from my friends that may          17:02:37

2   not have been using BlackBerry.                             17:02:43

3        Q.  So, again, to answer the question, when           17:02:50

4   BlackBerry obtained friend information, that friend         17:02:52

5   information would include the information of people         17:02:56

6   who did not themselves use the BlackBerry device.          17:02:59

7        A.  I'm trying to -- I'm trying to                    17:03:04

8   understand --                                               17:03:05

9        Q.  I -- like --                                      17:03:06

10       A.  Sorry.                                            17:03:08

11       Q.  Sorry.  Go ahead.  I apologize for                17:03:09

12   interrupting.                                              17:03:10

13       A.  I -- I'm trying to work through the               17:03:12

14   specific example and explain the -- you know, how         17:03:16

15   these things, you know, worked from a user level          17:03:18

16   and a technical level.                                     17:03:22

17            In this case, you know, it's a -- it's a         17:03:24

18   set of code that happened to be written by                 17:03:27

19   engineers at BlackBerry that ran on a user's              17:03:31

20   device, and it was that code that would have been         17:03:36

21   accessing -- typically, in that case -- accessing         17:03:38

22   the Facebook API.                                          17:03:41

23       Q.  Right.  As you said, as you explained in          17:03:44

24   more detail, when a user authorizes BlackBerry to         17:03:46

25   obtain the information, some of those user's              17:03:49

Veritext Legal Solutions
866 299-5127

```
 1    friends may also have authorized BlackBerry.        17:03:53

 2            And in that situation, both of those        17:03:56

 3    people had authorized BlackBerry to obtain their    17:03:58

 4    information.  Right?                                17:04:01

 5        A.  It's possible that -- yes, I would have     17:04:03

 6    had -- I might have used -- I never actually had a  17:04:07
```

████████████████████████████████████                     ████████████

████████████████████████████████████                     ████████████

     ██████████████████████████████████                   ████████████

████████████████████████████████████ ███                 ████████████

█████████████████████████████████████                    ████████████

█████████████████████████████████████                    ████████████

████████████████████████████████████████                 ████████████

████████████████████████████████████████                 ████████████

███████████████████████████████                          ████████████

███████████████████████████████                          ████████████

```
17    application on their BlackBerry device.             17:04:39

18            MR. LOESER:  Okay.  Thank you.              17:04:41

19            Mr. Blume, we have been going for a bit,    17:04:43

20    and we're about to transition into another area.   17:04:46

21            If now would be a time you would want to    17:04:49

22    take a break, that would be fine with me, or we can 17:04:51

23    keep rolling.                                       17:04:54

24            MR. BLUME:  Now would be great.  Thank you  17:04:55

25    very much.                                          17:04:57
```

| | | |
|---|---|---|
| 1 | THE VIDEO OPERATOR:  Okay.  And we're off | 17:04:58 |
| 2 | the record.  It's 5:04 P.M. | 17:04:59 |
| 3 | (Recess from 5:04 P.M. to 5:22 P.M.) | 17:21:36 |
| 4 | (Mr. Melamed joined the deposition.) | 17:22:59 |
| 5 | THE VIDEO OPERATOR:  We're back on the | 17:23:01 |
| 6 | record.  It's 5:22 P.M. | 17:23:01 |
| 7 | BY MR. LOESER: | 17:23:03 |
| 8 | Q.  I'm not sure whether to say good morning | 17:23:05 |
| 9 | or good afternoon, but still morning here and late | 17:23:07 |
| 10 | afternoon for you, so whichever. | 17:23:10 |
| 11 | Welcome back. | 17:23:12 |
| 12 | And a few other questions I realized | 17:23:15 |
| 13 | before we get into the notice itself, and I'm going | 17:23:17 |
| 14 | to ask you about a term I've seen in some Facebook | 17:23:21 |
| 15 | documents called "nonapp user-sharing." | 17:23:24 |
| 16 | Is that a term that you're familiar with? | 17:23:28 |
| 17 | A.  I'm not familiar with the term "nonapp | 17:23:33 |
| 18 | user-sharing" specifically, no. | 17:23:36 |
| 19 | Q.  Okay.  Let me try and dig in a bit and see | 17:23:39 |
| 20 | if we can figure it out. | 17:23:42 |
| 21 | In addition to user information and users' | 17:23:44 |
| 22 | friends' information, Facebook at times provided | 17:23:50 |
| 23 | third parties access to information from people who | 17:23:53 |
| 24 | are not friends with the user.  Is that correct? | 17:23:55 |
| 25 | A.  I think my -- sorry. | 17:24:03 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Repeat that again.  The specifics matter, | 17:24:05 |
| 2 | yeah. | 17:24:07 |
| 3 | Q.  Yeah.  So let me give you an example, and | 17:24:09 |
| 4 | you can -- and maybe what I said makes more sense. | 17:24:12 |
| 5 | Are you familiar with the Events API? | 17:24:16 |
| 6 | A.  I am familiar with the Events API. | 17:24:21 |
| 7 | Q.  And what is the "Events API"? | 17:24:23 |
| 8 | A.  The Events API, as I understand it, refers | 17:24:26 |
| 9 | to a set of APIs that would be used by a Facebook | 17:24:29 |
| 10 | Platform application to access the events that a | 17:24:35 |
| 11 | user of the application was attending or had been | 17:24:40 |
| 12 | invited to attend, for example, or had attended in | 17:24:47 |
| 13 | the past, and -- yeah.  I think that's -- that's a | 17:24:52 |
| 14 | high-level explanation. | 17:25:00 |

Veritext Legal Solutions
866 299-5127

████████████████████████████      ██████████

████████████                      ██████████

███████      ██  ████████████████  ██████████

|    |                                                          |          |
|----|----------------------------------------------------------|----------|
| 4  | that described as "providing access to nonapp-user       | 17:25:41 |
| 5  | information"?                                             | 17:25:46 |
| 6  | A.  I don't recall seeing it described as                | 17:25:53 |
| 7  | that, but that -- that term seems like a reasonable      | 17:25:55 |
| 8  | one to use in that context.                              | 17:26:02 |
| 9  | Q.  Let's go back to Exhibit 330 and to                  | 17:26:09 |
| 10 | page 13, which was the -- and we're going to post        | 17:26:15 |
| 11 | all the exhibits on the screen so if it's easier         | 17:26:21 |
| 12 | for you to look that way, you can do that.               | 17:26:23 |
| 13 | And while we're getting there, I am going                | 17:26:38 |
| 14 | to read Topic 6, which is one of the topics for          | 17:26:40 |
| 15 | which you have been designated to testify.               | 17:26:43 |
| 16 | It is:                                                   | 17:26:46 |
| 17 | "The development of friend-sharing,                      | 17:26:46 |
| 18 | including but not limited to:  its purpose               | 17:26:48 |
| 19 | and identification of those involved in its              | 17:26:50 |
| 20 | development; how the technology functioned;              | 17:26:52 |
| 21 | the APIs and permissions associated with                 | 17:26:55 |
| 22 | friend-sharing; the communication of this                | 17:26:59 |
| 23 | technology to users, including the drafting              | 17:27:01 |
| 24 | of Facebook's Terms of Service, SRR, and Data            | 17:27:04 |
| 25 | and Privacy Policies relating to                         | 17:27:09 |

Page 63

| | | |
|---|---|---|
| 1 | friend-sharing; and the revenue impact and | 17:27:11 |
| 2 | net profits for Facebook relating to | 17:27:15 |
| 3 | friend-sharing throughout the Class Period." | 17:27:16 |
| 4 | Did I read that correctly? | 17:27:19 |
| 5 | A.  You read that correctly. | 17:27:21 |
| 6 | Q.  And my understanding from communications | 17:27:23 |
| 7 | from your counsel is that you have not prepared or | 17:27:26 |
| 8 | been prepared to testify about the following | 17:27:30 |
| 9 | clause: | 17:27:34 |
| 10 | "...the communication of this technology | 17:27:35 |
| 11 | to users, including the drafting of | 17:27:36 |
| 12 | Facebook's Terms of Service, SRR, and Data | 17:27:39 |
| 13 | and Privacy Policies relating to | 17:27:43 |
| 14 | friend-sharing." | 17:27:44 |
| 15 | Is that correct? | 17:27:46 |
| 16 | A.  That's correct with my understanding, yes. | 17:27:47 |
| 17 | Q.  And, sir, over the course of your | 17:27:50 |
| 18 | employment at Facebook, have you developed personal | 17:27:51 |
| 19 | knowledge of the topic I just read? | 17:27:54 |
| 20 | A.  My personal knowledge would cover that to | 17:28:03 |
| 21 | some degree, yes. | 17:28:05 |
| 22 | Q.  Mr. Cross, tell me what you did to prepare | 17:28:07 |
| 23 | to testify regarding Topic 6. | 17:28:11 |
| 24 | A.  I spoke to a number of people inside the | 17:28:16 |
| 25 | company.  I reviewed the documents that have been | 17:28:18 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | produced in this case, both some documents that my | 17:28:25 |
| 2 | legal team shared with me and the documents that | 17:28:30 |
| 3 | you have shared with me. | 17:28:34 |
| 4 | I also spent some time looking at the | 17:28:36 |
| 5 | Facebook developer website as it was in the past to | 17:28:39 |
| 6 | understand how -- how the platform originally | 17:28:45 |
| 7 | worked would refresh my memory. | 17:28:50 |
| 8 | Q.  And as to the statement you just made, | 17:28:54 |
| 9 | where did you go to find how the Developer Platform | 17:28:57 |
| 10 | existed in the past? | 17:29:02 |
| 11 | A.  I used the Wayback Machine, otherwise | 17:29:05 |
| 12 | known as archive.org, I think, is its address. | 17:29:12 |
| 13 | Q.  Okay.  So you didn't use any system or | 17:29:17 |
| 14 | tool within the Facebook structure. | 17:29:20 |
| 15 | A.  Not to access the previous versions of the | 17:29:24 |
| 16 | Facebook developer website, no. | 17:29:26 |
| 17 | Q.  And I asked you about whether you had | 17:29:30 |
| 18 | personal knowledge of the communication subtopic. | 17:29:32 |
| 19 | With regard to the remainder of the topics | 17:29:36 |
| 20 | covered by Topic 6, over the course of your | 17:29:38 |
| 21 | employment, did you develop personal knowledge of | 17:29:41 |
| 22 | those topics as well? | 17:29:43 |
| 23 | A.  Given my involvement in this product area, | 17:29:47 |
| 24 | I did develop personal knowledge of how these | 17:29:50 |
| 25 | things worked. | 17:29:54 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q.  And is there any component of this notice | 17:29:56 |
| 2 | that is a topic that the sole source of your | 17:29:58 |
| 3 | knowledge is the preparation you did for this | 17:30:03 |
| 4 | deposition? | 17:30:06 |
| 5 | A.  Give me a second just to read the terms | 17:30:10 |
| 6 | again. | 17:30:15 |
| 7 | (Reviewing document.) | 17:30:19 |
| 8 | THE WITNESS:  And your question was the -- | 17:30:26 |
| 9 | the -- in preparing -- sorry. | 17:30:29 |
| 10 | Just repeat your question again. | 17:30:31 |
| 11 | Is it the sole thing is my personal | 17:30:33 |
| 12 | experience, or the sole thing is not my personal | 17:30:36 |
| 13 | experience? | 17:30:38 |
| 14 | BY MR. LOESER: | 17:30:39 |
| 15 | Q.  Not your personal experience. | 17:30:39 |
| 16 | I'm trying to find out if there's any | 17:30:40 |
| 17 | aspect of this that you only know about because of | 17:30:43 |
| 18 | the preparations that you did for this deposition | 17:30:45 |
| 19 | today. | 17:30:47 |
| 20 | A.  Of those, the -- the revenue impact and | 17:30:49 |
| 21 | net profits is an area that I was not closely | 17:30:51 |
| 22 | involved in at the time.  And so in trying to | 17:30:54 |
| 23 | answer your forthcoming questions on that topic, | 17:30:59 |
| 24 | I'll be primarily, if not exclusively, relying on | 17:31:04 |
| 25 | the preparation I've done and the documents I've | 17:31:07 |

Page 66

1    read.                                              17:31:09

2        Q.  And for that particular issue, what        17:31:11

3    preparation did you do?                            17:31:15

4        A.  I reviewed a set of documents that had     17:31:18

5    been produced in this -- in this case, and I asked 17:31:21

6    some of the people that I spoke to in preparation  17:31:25

7    what their recollection was around assessments of  17:31:30

8    revenue impact and net profits.                    17:31:34

9        Q.  And who were the people that you spoke to  17:31:38

10   on that topic?                                     17:31:41

11       A.  I would have spoken to Eddie O'Neil,       17:31:45

12   Ime Archibong, and -- I'm trying to remember who I 17:31:52

13   spoke to about what -- and I think Francisco       17:32:01

14   Varela.                                            17:32:14

15       Q.  Mr. Cross, based on your preparation with  17:32:21

16   regard to Topic 6, do you believe you are          17:32:25

17   reasonably educated to testify on these matters,   17:32:28

18   with the one caveat of the communication piece?    17:32:31

19       A.  I've done my best to be prepared to        17:32:34

20   testify on these matters, yes.                     17:32:36

21       Q.  Okay.  So do you believe you are           17:32:37

22   reasonably educated to testify on these matters?   17:32:39

23       A.  I believe I'm reasonably educated to       17:32:43

24   testify on these matters.                          17:32:46

25       Q.  And do you agree that the notice concerns  17:32:47

```
 1    information that is known or reasonably available      17:32:50

 2    to Facebook?                                           17:32:53

 3         A.  That matches my understanding; yes, known     17:32:56

 4    or reasonably available to Facebook.                   17:33:02

 5         Q.  So let's look more at Topic 6.                 17:33:05

 6             And this topic, obviously, concerns            17:33:08

 7    friend-sharing.  Right?                                 17:33:16

 8         A.  The topic concerns the development of          17:33:19

 9    friend-sharing, as I understand it, yes.               17:33:22

10         Q.  And tell me:  What was the purpose of          17:33:24

11    friend-sharing for Facebook?                            17:33:26

12         A.  To help me answer that, can you define for     17:33:30

13    me what you think you mean by the phrase               17:33:32

14    "friend-sharing"?                                      17:33:34

15         Q.  That is an excellent question, and so let      17:33:35

16    me ask you:                                            17:33:38

17             How does Facebook -- what does Facebook        17:33:40

18    mean by the term "friend-sharing"?                     17:33:42

19         A.  In this context, my understanding of the      17:33:47

20    phrase "friend-sharing" is where a Facebook            17:33:51

21    application would be able to access some               17:33:54

22    information about an app user's friends that hadn't    17:33:58

23    necessarily explicitly used that application.          17:34:04

24         Q.  And can we expand the definition to also       17:34:11

25    cover the context in which private APIs are used to    17:34:14
```

```
1    give access to friend information, or would that be     17:34:19

2    covered by what you said?                               17:34:24

3         A.  It's hard to answer that question given        17:34:30

4    the -- the definition of "private API" being a wide     17:34:31

5    range of things would be classified or classifiable     17:34:37

6    as private APIs; many not limited -- or not             17:34:40

7    involving friend-sharing in any way.                    17:34:46

8         Q.  And I appreciate that, and so I'm asking       17:34:48

9    specifically about private APIs that provided           17:34:51

10   access to friend-sharing information.                   17:34:54

11        I mean, I guess I should ask:  Private             17:35:01

12   APIs did, in fact, for some partners provide access     17:35:03

13   to friend information.  Right?                           17:35:06

14        A.  There were some partners who had access to     17:35:12

15   information that users had authorized the               17:35:18

16   application to access that included friend              17:35:23

17   information.                                             17:35:29

18        Q.  Okay.  And so when I use the phrase            17:35:30

19   "friend-sharing" for purposes of this deposition, I     17:35:33

20   intend to mean any friend-sharing, when it was via      17:35:35

21   private APIs or otherwise via APIs on the Platform.     17:35:40

22        Is that fair?                                       17:35:46

23        A.  I think we should -- I'll try and call out     17:35:49

24   where that distinction is important because there's     17:35:52

25   a number of different ways in this -- that these        17:35:56
```

1    things worked.                                    17:36:00

2         I understand your -- your initial            17:36:01

3    understanding of -- I refer back to my definition 17:36:04

4    of "friend-sharing," and I will try and -- I will 17:36:08

5    try and call out where I see a distinction between 17:36:12

6    friend-sharing as it was available to regular,    17:36:16

7    nonwhitelisted developers and via private APIs.   17:36:21

8         Q.  I appreciate that.  And I have some      17:36:28

9    questions, too, that separate along those lines, so 17:36:29

10   I think that will work quite well.                17:36:32

11        And I asked you what the purpose of          17:36:34

12   "friend-sharing" was.                             17:36:35

13        So with that definition of                   17:36:37

14   "friend-sharing," can you describe what the purpose 17:36:37

15   was?                                              17:36:39

16        A.  Friend-sharing was an inherent part of the 17:36:42

17   Facebook Platform as it was built, starting in    17:36:47

18   2007, to allow app developers to build engaging   17:36:50

19   social experiences.                               17:36:55

20        In many cases, a user would be the first     17:37:02

21   person to -- they know to authorize an application, 17:37:05

22   and in order for that application to build an      17:37:12

23   engaging social experience, the application would 17:37:14

24   have access to a subset of the information that   17:37:18

25   that user could see on Facebook.                  17:37:23

Veritext Legal Solutions
866 299-5127

1    The original premise of the Facebook          17:37:26

2    Platform is the -- the app that a user was     17:37:28

3    authorizing would be able to see things that they   17:37:34

4    could also see on Facebook.                    17:37:39

5         Q.  And who came up with the idea of      17:37:43

6    friend-sharing?                                17:37:45

7         Is there a particular person?             17:37:46

8         A.  I don't know.  We -- I don't know the   17:37:49

9    specific name of the person who came up with   17:37:54

10   friend-sharing.                                17:37:56

11        The ability to access information about    17:37:57

12   the friends of a person using an application was,   17:38:04

13   as I understand it, part of the Facebook Developer   17:38:10

14   Platform from its inception; and so the people   17:38:12

15   involved in developing the Facebook Platform would   17:38:15

16   have been the people determining how it operated.   17:38:17

17        Q.  And was Mark Zuckerberg involved in the   17:38:23

18   development of the platform?                    17:38:27

19        A.  There were a number of people involved in   17:38:31

20   the development of the platform circa 2007, when it   17:38:33

21   was launched.  I imagine Mark was aware that this   17:38:36

22   platform was launching.  I don't know how much he   17:38:41

23   was involved in the development of the platform.   17:38:45

24        Q.  And do you know if Mark Zuckerberg had   17:38:49

25   anything to say one way or the other about whether   17:38:55

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | friend-sharing should be part of the platform at | 17:38:57 |
| 2 | its outset? | 17:38:59 |
| 3 | A.  I have not seen any documents or | 17:39:01 |
| 4 | communication that would indicate how the decisions | 17:39:04 |
| 5 | as to how the platform was designed were -- were | 17:39:11 |
| 6 | come to. | 17:39:14 |
| 7 | Q.  And would you agree that the | 17:39:17 |
| 8 | friend-sharing APIs provided a significant amount | 17:39:21 |
| 9 | of information about users to app developers? | 17:39:27 |
| 10 | A.  Can you help me understand what you mean | 17:39:33 |
| 11 | by the "friend-sharing APIs"? | 17:39:34 |
| 12 | That's not a term I'm familiar with. | 17:39:36 |
| 13 | Q.  Well, what is the term you use to describe | 17:39:38 |
| 14 | the different APIs that provided for access to | 17:39:40 |
| 15 | friend information? | 17:39:44 |
| 16 | A.  They would just be called the "APIs."  The | 17:39:48 |
| 17 | Likes API, for example, would be one.  And then | 17:39:52 |
| 18 | that API could be called in a number of different | 17:39:57 |
| 19 | contexts. | 17:40:00 |
| 20 | Q.  And weren't there a number of APIs that | 17:40:01 |
| 21 | had the word "friends" in them? | 17:40:04 |
| 22 | A.  There were a number of permissions that | 17:40:08 |
| 23 | had the words "friends" in them.  There may have | 17:40:10 |
| 24 | been some APIs with the word "friends" in, but I -- | 17:40:14 |
| 25 | again, the difference between APIs and permissions | 17:40:18 |

Veritext Legal Solutions
866 299-5127

1    is an important concept to draw.                    17:40:21

2        Q.  Okay.  Well, let's talk about permissions,  17:40:24

3    then.                                               17:40:26

4            So when I've seen lists of what I've been   17:40:27

5    referring to as "APIs" that say "friends video      17:40:30

6    watch" or "friends posts" or "friends whatever,"    17:40:33

7    I've been -- I think of those as APIs.              17:40:36

8            But you're telling me I should think of     17:40:39

9    those as permissions.                               17:40:42

10       A.  There's a -- in Graph API Version 1, there  17:40:44

11   was a specific set of permissions that were         17:40:47

12   referred to as the "friends permissions."           17:40:50

13           And I think that's the most proper way to   17:40:53

14   refer to them.                                      17:40:57

15       Q.  And were friends permissions widely used    17:40:59

16   permissions prior to the implementation of          17:41:03

17   Graph API Version 2?                                17:41:06

18       A.  Can you help me understand what you mean    17:41:09

19   by "widely used"?                                   17:41:10

20       Q.  Well, what does that term just naturally    17:41:13

21   mean to you?                                        17:41:17

22       A.  It could mean a number of different         17:41:18

23   things.  It could mean whether or not they were     17:41:20

24   frequently asked by applications; regularly granted 17:41:23

25   by users.                                           17:41:31

1          Hard to answer without the specifics.          17:41:32

2          Q.  Well, let's start with frequently called    17:41:34

3   by applications.                                       17:41:36

4          Were friends permissions frequently called     17:41:40

5   by applications?                                       17:41:42

██        ██    ████████████████████                       ████████

██        ████████████████████████████████                 ████████

██        ██████████████████████████                       ████████

██        ████████████████████████████████                 ████████

██        ██████████████████████████                       ████████

██        ████████████████████████████████                 ████████

12         Q.  And -- but a tremendous volume of user      17:42:04

13  data was made accessible through friends               17:42:08

14  permissions, wouldn't you say?                         17:42:11

15         A.  I am not sure what you mean by              17:42:14

16  "tremendous."                                          17:42:15

17         The friend permissions allowed                 17:42:17

18  applications on the Facebook Platform to access        17:42:20

19  information about an app user's friends.               17:42:22

20         Q.  And Facebook was concerned about the       17:42:25

21  amount of information that was made available via      17:42:27

22  the friends permissions.  Correct?                     17:42:30

23         A.  There were discussions internally about    17:42:34

24  how the friend permissions were being used by         17:42:38

25  applications.                                          17:42:42

Page 74

| | | |
|---|---|---|
| 1 | MR. LOESER: Why don't we put up an | 17:42:53 |
| 2 | exhibit. And -- Tab 4, which would be 331 now? | 17:42:54 |
| 3 | 332. All right. We're going to mark | 17:43:03 |
| 4 | Exhibit 332. | 17:43:06 |
| 5 | (Deposition Exhibit 332 was marked for | 17:43:07 |
| 6 | identification.) | 17:43:09 |
| 7 | BY MR. LOESER: | 17:43:12 |
| 8 | Q. And over the course of the day, I'm going | 17:43:12 |
| 9 | to be referring to "tabs." That's really just for | 17:43:15 |
| 10 | our benefit over here. A document will magically | 17:43:18 |
| 11 | appear on your screen that are tabs for me but are | 17:43:21 |
| 12 | Bates numbers for you. So -- and exhibit numbers. | 17:43:25 |
| 13 | This is a slipcover sheet which is not the | 17:43:34 |
| 14 | document itself that has the metadata for the | 17:43:37 |
| 15 | document. | 17:43:39 |
| 16 | So if we can go to the next page of the | 17:43:40 |
| 17 | document, I'm showing you an email from the name | 17:43:42 |
| 18 | that we can't say that we have agreed to call "KP" | 17:43:45 |
| 19 | to a number of people, including Allison Hendrix, | 17:43:50 |
| 20 | dated September 27, 2013. | 17:43:54 |
| 21 | Is that the document that's in front of | 17:43:57 |
| 22 | you? | 17:44:00 |
| 23 | A. That's the document I see, yes. | 17:44:01 |
| 24 | Q. And can you look at the first paragraph, | 17:44:09 |
| 25 | the first full paragraph of that document? | 17:44:11 |

1          A.  Yep.                                          17:44:16

2          Q.  And KP writes:                               17:44:17

          ████████████████████████████              ████████

          ████████████████████████████              ████████

          █████████████████████████████             ████████

          ████████████████████████████              ████████

          ████████     ████████████████             ████████

          █████████████████████████████             ████████

          ████████████████████████████              ████████

          ███████████████████████████               ████████

          ███████████████████████████               ████████

12         A.  You missed the word "data" between          17:44:44

13    "identity" and "required," I think, but other than     17:44:46

14    that, you got --                                       17:44:48

15         Q.  Thank you.                                    17:44:49

16             And do you understand what "identity data"    17:44:50

17    is?                                                    17:44:52

18         A.  It's hard for me here to be -- to know        17:44:56

19    specifically what he's referring to, but -- yeah,      17:44:59

20    so it's hard for me to know explicitly what he is      17:45:06

21    referring to.                                          17:45:09

22             In my personal capacity, I would             17:45:09

23    understand that to mean -- no, I'm not sure I could    17:45:13

24    conclusively say what he's referring to by            17:45:24

25    "identity data."                                       17:45:26

                                                  Page 76

| | | |
|---|---|---|
| 1 | Q. Could it be information about Facebook | 17:45:28 |
| 2 | users? | 17:45:30 |
| 3 | Does that seem like a reasonable | 17:45:31 |
| 4 | interpretation of that phrase? | 17:45:32 |
| 5 | A. Looking at the API call here, this | 17:45:35 |
| 6 | would -- my understanding is this is referring to | 17:45:40 |
| 7 | the number of requests to a user ID, like a user -- | 17:45:43 |
| 8 | the user -- what we would call the "user method" of | 17:45:49 |
| 9 | the Graph API. | 17:45:52 |

Page 77



21        A.  "MAUs" means monthly active users.      17:48:21

4       Is that what that says?                    17:48:47

5       A.  That's what I read from the document.   17:48:48

6       Q.  So there were 138 times more requests than  17:48:51

7   there were users in the last 30 days.           17:48:55

8       A.  I can't do the math in my head, but I    17:49:00

9   understand --                                    17:49:03

10      Q.  He has it -- yeah, sorry to interrupt, but  17:49:04

11  the math is there.  It says "138X."  Right?      17:49:07

12      A.  I see "138S" on the page, yeah.          17:49:10

13      Q.  You're saying that you're not sure his   17:49:13

14  math is right, but -- right?                     17:49:14

15      A.  Yeah, I'm not doing a -- I'm not doing the  17:49:17

16  math in my head.  I'm just reading the numbers off  17:49:19

17  the page.                                        17:49:22

18      Q.  And what does it suggest to Facebook if --  17:49:22

19  if there are 138 times as many requests for      17:49:26

20  identity data than there are monthly active users?  17:49:31

21      A.  It might suggest that the app was not very  17:49:37

22  efficiently developed.                           17:49:40

23      Q.  Might it also suggest that the app was    17:49:43

24  obtaining information in ways that weren't related  17:49:45

25  to the use case for the app?                     17:49:51

1          A.   It might mean that the app was making          17:49:56

2     requests for user data.  It doesn't necessarily          17:49:59

3     indicate that that's inappropriate given the use          17:50:02

4     case of the app.          17:50:08

Veritext Legal Solutions
866 299-5127

```
4          Q.  And for Facebook, is that considered          17:51:31

5     somewhat of a red flag?                                 17:51:33

6          A.  I think there's a number of reasons why        17:51:39

7     Facebook might be interested in how applications        17:51:41

8     are calling the API.                                    17:51:43

9          One example might be that if the app is            17:51:45

10    developed inefficiently, then there is an impact on     17:51:50

11    Facebook's ability to serve those requests 'cause       17:51:54

12    every time the API is called, a lot of code has to      17:51:57

13    be run.                                                 17:52:01

14         Q.  And do you think that's what KP was            17:52:04

15    sending this email about?                               17:52:08

16         A.  I'm not -- there's no reference here as to     17:52:13

17    exactly what -- whether or not that was a reason        17:52:15

18    that KP was sending this email.                         17:52:19
```

Veritext Legal Solutions
866 299-5127

2      A.  From this email, it's hard to know     17:52:58

3   specifically what the issue was.  I -- I was not on   17:53:00

4   this email thread in a personal capacity, and I was   17:53:05

5   unable to talk to KP about what he meant because   17:53:11

6   he's no longer at the company.   17:53:15

7      Q.  And in stepping away from this email, was   17:53:19

8   Facebook aware that friends permissions were often   17:53:23

9   called by apps in ways that exceeded the use case   17:53:29

10   for the app?   17:53:35

11      A.  At the time there was a number of   17:53:40

12   discussions about how apps were using the   17:53:41

13   information they got via the API.  One of those   17:53:46

14   reasons would have been that there were some   17:53:53

15   questions about how that information was being   17:53:58

16   used.   17:54:00

17      Q.  And what's the time frame you're referring   17:54:02

18   to in your answer?   17:54:04

19      A.  My answer here, I'm referring to around   17:54:08

20   2013, the -- roughly when I have reviewed documents   17:54:12

21   about this time, where there was a number of   17:54:15

22   discussions taking place about how apps were using   17:54:18

23   the Facebook Developer Platform and which   17:54:23

24   particular APIs and permissions they were using.   17:54:27

25      Q.  The way friend-sharing was set up, a   17:54:33

1    Facebook user decided whether an app or integration    17:54:35

2    partner got access to the user's friend data.    17:54:39

3    Right?    17:54:43

4        A.  The way the Facebook Platform worked is    17:54:44

5    that users would authorize an application to access    17:54:46

6    their information.  They could also, in API    17:54:49

7    Version 1 and before, grant the application access    17:54:56

8    to information about -- some information about that    17:54:58

9    user's friends who had not -- who were not    17:55:05

10   necessarily using the application.    17:55:07

11       Q.  Okay.  And on an app-by-app basis, the    17:55:09

12   friends themselves did not have a say in whether    17:55:16

13   their information was made available to the app    17:55:19

14   that their friend used.  Right?    17:55:20

15       A.  My understanding is that developers --    17:55:24

16   users could opt out of the Facebook Developer    17:55:27

17   Platform, and that would prevent their information    17:55:29

18   being shared with most third parties.    17:55:33

19       Q.  Okay.  And that -- and let me make sure I    17:55:37

20   understand your testimony.    17:55:41

21           The only way to stop your friends from    17:55:43

22   sharing your information with an app was to turn    17:55:45

23   off apps altogether on the Platform.  Is that    17:55:47

24   right?    17:55:49

25       A.  The controls available to users changed    17:55:54

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | over time. For a period, there was a way for users | 17:55:57 |
| 2 | to access a setting -- an area of settings called | 17:56:04 |
| 3 | "Apps Others Use" -- I think I'm getting that | 17:56:08 |
| 4 | right -- which allowed them to control which | 17:56:11 |
| 5 | subsets of their information were available to | 17:56:14 |
| 6 | applications via the friend permissions. | 17:56:19 |
| 7 | Q. And what period was that choice available? | 17:56:22 |
| 8 | A. I don't know specifically when that -- | 17:56:31 |
| 9 | those settings were made available or were removed. | 17:56:33 |
| 10 | It was certainly available, as I understand it, in | 17:56:37 |
| 11 | around 2014. | 17:56:40 |
| 12 | Q. And why was that choice taken away from | 17:56:48 |
| 13 | users? | 17:56:51 |
| 14 | A. My understanding is that that area of | 17:56:52 |
| 15 | settings was removed when there were no or few | 17:56:54 |
| 16 | third-party applications that had access to that | 17:57:04 |
| 17 | information via the APIs. | 17:57:08 |
| 18 | Q. And do you have an understanding -- or | 17:57:15 |
| 19 | what is Facebook -- well, strike that. | 17:57:16 |
| 20 | What was the time period for which the | 17:57:18 |
| 21 | only way to stop your friends from sharing | 17:57:20 |
| 22 | information was to turn off apps altogether on the | 17:57:23 |
| 23 | Platform? | 17:57:25 |
| 24 | A. To answer that question, I'd need to know | 17:57:29 |
| 25 | exactly when the Apps Others Use setting was | 17:57:31 |

Page 84

| 1 | introduced, which is a date I don't have, I'm | 17:57:36 |
| 2 | afraid. | 17:57:38 |
| 3 | Q.  Okay.  And will you follow up and provide | 17:57:39 |
| 4 | that information? | 17:57:41 |
| 5 | You would provide it to your counsel, who | 17:57:46 |
| 6 | can provide it to us. | 17:57:47 |
| 7 | A.  I'm sure we could try and attempt to | 17:57:49 |
| 8 | follow up on determining when those settings | 17:57:51 |
| 9 | were -- were introduced. | 17:57:54 |
| 10 | Q.  And where would you go to search for the | 17:57:57 |
| 11 | answer to that question? | 17:57:59 |
| 12 | A.  My immediate step would be to ask the | 17:58:08 |
| 13 | engineers who had worked on that feature or may | 17:58:10 |
| 14 | have worked on that feature to try and identify | 17:58:15 |
| 15 | when that feature was made available. | 17:58:20 |
| 16 | Q.  Thank you.  During the time that the only | 17:58:27 |
| 17 | way to turn off -- or to block your friend from | 17:58:29 |
| 18 | sharing your information was by turning off apps | 17:58:33 |
| 19 | altogether, can you explain why friend-sharing was | 17:58:37 |
| 20 | set up that way? | 17:58:41 |
| 21 | A.  The original design of the Facebook | 17:58:45 |
| 22 | Platform rested on a very simple premise, which is | 17:58:47 |
| 23 | that the user has access to information by using | 17:58:54 |
| 24 | Facebook, and the user could allow apps to access | 17:58:58 |
| 25 | the information that they could see on Facebook, | 17:59:04 |

Veritext Legal Solutions
866 299-5127

| 1 | and that would allow those applications to build | 17:59:06 |
| 2 | rich, engaging social experiences. | 17:59:11 |
| 3 | That was the simple, clear, founding | 17:59:14 |
| 4 | premise of the Facebook Developer Platform. | 17:59:18 |
| 5 | Q.  From your testimony, it sounds like, just | 17:59:22 |
| 6 | from a technical standpoint, it is possible for | 17:59:25 |
| 7 | Facebook to provide a setting through which, on an | 17:59:27 |
| 8 | app-by-app basis, Facebook users can determine | 17:59:32 |
| 9 | whether their friends share their information. | 17:59:37 |
| 10 | Right? | 17:59:44 |
| 11 | A.  The testimony I think you're referring to | 17:59:44 |
| 12 | from a few minutes ago refers to a set of settings | 17:59:46 |
| 13 | called "Apps Others Use," which allowed users to | 17:59:50 |
| 14 | opt out of certain types of their information being | 17:59:55 |
| 15 | shared with any apps their friend used. | 17:59:59 |
| 16 | My understanding is that was not an | 18:00:03 |
| 17 | app-by-app setting. | 18:00:05 |
| 18 | Q.  Okay.  I want to make sure I understand | 18:00:10 |
| 19 | that. | 18:00:13 |
| 20 | So was there any time when a Facebook user | 18:00:13 |
| 21 | could block a particular app that one of their | 18:00:18 |
| 22 | friends used? | 18:00:23 |
| 23 | Let's call the app "friend's app."  So was | 18:00:25 |
| 24 | there at any time a setting where a user would have | 18:00:30 |
| 25 | the option of saying no to a friend's app getting | 18:00:32 |

| | | |
|---|---|---|
| 1 | their information because their friend used that | 18:00:37 |
| 2 | app? | 18:00:40 |
| 3 |     A.  The feature that enables -- there was a | 18:00:42 |
| 4 | feature called "Blocks" which allows a user to | 18:00:47 |
| 5 | block a specific application. | 18:00:50 |
| 6 |       My understanding is that that would mean | 18:00:52 |
| 7 | the application would not have access to their | 18:00:55 |
| 8 | information by the -- | 18:00:58 |
| 9 |     Q.  So would the user get a notice, say, from | 18:01:04 |
| 10 | friend's app that said, "Your friend wants to share | 18:01:07 |
| 11 | your information.  Do you -- are you providing -- | 18:01:11 |
| 12 | like, will you authorize that?" | 18:01:13 |
| 13 |       Is that how it functioned? | 18:01:15 |
| 14 |     A.  The way friend-sharing worked was that a | 18:01:17 |
| 15 | user could authorize an application, grant | 18:01:20 |
| 16 | permissions to that application to access -- well, | 18:01:24 |
| 17 | actually, let me back up. | 18:01:28 |
| 18 |       The -- the permissions were introduced | 18:01:30 |
| 19 | into the API sometime after the Facebook Developer | 18:01:33 |
| 20 | Platform was first launched. | 18:01:39 |
| 21 |       When -- in the original version, when a | 18:01:44 |
| 22 | friend -- when a user authorized an application, | 18:01:46 |
| 23 | that application had access to information about | 18:01:48 |
| 24 | that user and some information about that user's | 18:01:52 |
| 25 | friends. | 18:01:55 |

Page 87

| | | |
|---|---|---|
| 1 | There were -- the user -- the user's | 18:01:57 |
| 2 | friends would not get notified that their friend | 18:02:00 |
| 3 | was using the application.  There would be no | 18:02:02 |
| 4 | placebo active notifications. | 18:02:05 |
| 5 | Q.  And what was that time period? | 18:02:08 |
| 6 | A.  The way the permissions -- the granular | 18:02:11 |
| 7 | permissions were launched in April 2010, and so the | 18:02:16 |
| 8 | specific feature I'm referring to there is prior to | 18:02:21 |
| 9 | April 2010, apps would access a range of | 18:02:27 |
| 10 | information without granular permissions needed to | 18:02:35 |
| 11 | be granted. | 18:02:38 |
| 12 | Starting in April 2010, users granted | 18:02:40 |
| 13 | specific permissions to an application determining | 18:02:43 |
| 14 | which data that application had access to. | 18:02:46 |
| 15 | Q.  Right. | 18:02:52 |
| 16 | A.  Through both of those periods, when a user | 18:02:52 |
| 17 | installed an application, their friends would not | 18:02:56 |
| 18 | be notified that they had done so. | 18:02:59 |
| 19 | Q.  Okay.  And was there a point in time when, | 18:03:03 |
| 20 | before a user could share the user's friends | 18:03:04 |
| 21 | information, the users got notice that the app was | 18:03:10 |
| 22 | seeking friends information? | 18:03:13 |
| 23 | A.  I'm not aware of any time where a | 18:03:16 |
| 24 | nonapp-user would be notified that one of their | 18:03:20 |
| 25 | friends was using an application. | 18:03:23 |

Veritext Legal Solutions
866 299-5127

1    Q.  Okay.  And why was Facebook set up that        18:03:26

2    way so that friends didn't receive notification    18:03:29

3    when their users -- when their friends were trying  18:03:33

4    to provide access to their information?             18:03:36

5    A.  The original premise of the Facebook           18:03:41

6    Platform was that when a user was using an          18:03:42

7    application, that application had access to, at the  18:03:48

8    limit, potentially, anything that that user would   18:03:52

9    be able to see on Facebook.                         18:03:55

10        It was the user taking the information         18:03:57

11   that had been shared with them and making that      18:03:59

12   available to an application.                         18:04:02

13   Q.  And have you seen in documents that             18:04:07

14   structure referred to as "authorization by proxy"?  18:04:10

15   A.  I don't recall seeing that phrase in            18:04:16

16   particular.                                          18:04:17

17   Q.  So, now, could Facebook have set up the         18:04:24

18   platform so that before an app could get access to  18:04:26

19   a person's information, where that person was the   18:04:30

20   friend of someone using the app, that they could    18:04:33

21   have received notice that this app is attempting to 18:04:36

22   gain the nonapp user's information?                 18:04:40

23   A.  It's technically possible that when a user      18:04:50

24   authorized an application and granted friends       18:04:52

25   permissions, that a notification could have been    18:04:58

Veritext Legal Solutions
866 299-5127

1    sent.  That's technically possible.                    18:05:03

2         It would have introduced a number of              18:05:07

3    unusual experiences, however.                          18:05:09

4         Q.  And what do you mean by that?                 18:05:15

5         A.  So sometimes I'm logging into an              18:05:21

6    application or I'm using an application for the        18:05:24

7    very first time.  I'm not necessarily, you know --     18:05:26

8    I'm using an application for the very first time.      18:05:30

9         It might be unexpected for Facebook to            18:05:33

10   broadcast -- to send a notification to some of my      18:05:39

11   friends that I was using the application.              18:05:46

12        Q.  Now, unexpected or not, it would have         18:05:49

13   given those friends the ability to choose not to       18:05:51

14   share information in that context.  Right?             18:05:54

15        A.  So, again, in this case, the -- the way       18:05:58

16   that the Facebook Developer Platform was originally    18:06:01

17   set up was that an app -- based on the simple          18:06:03

18   founding premise that when -- if there was             18:06:10

19   information that a user could see on Facebook          18:06:13

20   because it had been shared with them on Facebook,      18:06:15

21   the -- that information would also be available to     18:06:18

22   applications that user was using.                      18:06:23

23        Q.  And were there discussions at Facebook of     18:06:30

24   the pros and cons of that approach to treating         18:06:33

25   information about users' friends?                      18:06:37

1     A.  I've seen evidence of -- I've seen       18:06:42

2     evidence of discussions where the -- the impact of   18:06:45

3     that model was resulting in users being concerned  18:06:49

4     about the information that they could share with   18:06:55

5     applications and that their friends might be      18:07:01

6     sharing with applications, ultimately leading to   18:07:03

7     the changes made in 2014.                  18:07:06

8     Q.  And would it be fair to describe those    18:07:08

9     concerns as "privacy concerns"?            18:07:10

10    A.  I think there are a range of concerns as   18:07:13

11    to how information was being shared with       18:07:15

12    third-party apps through the Developer Platform.   18:07:21

13    Q.  And were privacy concerns included in that  18:07:25

14    range of concerns?                   18:07:27

15    A.  Privacy would have been -- information    18:07:31

16    expectation would have been one of the concerns   18:07:34

17    that was discussed.                  18:07:36

18    Q.  And by that, you mean people didn't     18:07:40

19    realize their information was being shared in that  18:07:42

20    way?                             18:07:44

21    A.  The -- there was discussion about the fact  18:07:47

22    that some people might not be aware that a friend  18:07:50

23    was using an application and that that friend's --  18:07:56

24    some of that user's friends' information had been  18:08:00

25    shared with the app.                18:08:05

Veritext Legal Solutions
866 299-5127

|   |   |   |
|---|---|---|
| 1 | MR. LOESER:  Okay.  If we could go to | 18:08:08 |
| 2 | Tab 5. | 18:08:10 |
| 3 | I'm going to introduce what will be marked | 18:08:15 |
| 4 | as Exhibit 333. | 18:08:17 |
| 5 | (Deposition Exhibit 333 was marked for | 18:08:29 |
| 6 | identification.) | 18:08:30 |
| 7 | BY MR. LOESER: | 18:08:31 |
| 8 | Q.  In a moment you'll see an email from | 18:08:32 |
| 9 | David Poll to Eddie O'Neil and also dated | 18:08:35 |
| 10 | December 9, 2013. | 18:08:39 |
| 11 | Do you see that on your screen? | 18:08:42 |
| 12 | A.  I do. | 18:08:44 |
| 13 | Q.  Do you know who David Poll is? | 18:08:44 |
| 14 | A.  David Poll was an employee of Facebook, | 18:08:50 |
| 15 | now Meta, in the past, and I recall him being one | 18:08:54 |
| 16 | of the cofounders of a company called Parse. | 18:08:58 |
| 17 | Q.  And from -- was there discussion at | 18:09:07 |
| 18 | Facebook about who owned friend information; | 18:09:11 |
| 19 | whether it was the user's information or the | 18:09:14 |
| 20 | friends' information? | 18:09:19 |
| 21 | A.  Let me just read the exhibit before I | 18:09:21 |
| 22 | answer your question. | 18:09:23 |
| 23 | Q.  Sure.  And I -- it's a long string, and | 18:09:25 |
| 24 | I'm going to be asking you about some statements | 18:09:29 |
| 25 | made by Eddie O'Neil and David Poll on the second | 18:09:32 |

Page 92

1   page of the email, if that helps, on the bottom.          18:09:37

2       A.  (Reviewing document.)                             18:09:54

3           Okay.  It just scrolled.                          18:09:55

4       Q.  Let me apologize.  Let me save some time          18:09:56

5   by just referring you to -- if you go to the second      18:09:59

6   page, this is a chat between Eddie O'Neil and            18:10:01

7   David Poll.  Is that right?                              18:10:04

8       A.  This to me represents a chat between Eddie        18:10:07

9   and David, yes.                                          18:10:10

10      Q.  Okay.  And if you go to the bottom of the         18:10:11

11  second page, about two thirds of the way down,           18:10:13

12  Eddie O'Neil says:                                       18:10:17

███  ███████████████████████████████     ███████

███  ████████████████████  ██████████     ███████

███  ████████████████████████████████     ███████

███  ███████████████████████  ████████     ███████

███  ████████████████████████████████     ███████

███  ██████████     ███████

19          Do you see that?                                 18:10:32

20      A.  I do see that.                                   18:10:33

21      Q.  And does this -- does this suggest that at       18:10:35

22  Facebook, there was discussion about who owned --        18:10:39

23  and I can put in air quotes -- who owned friend          18:10:43

24  information; whether it belonged to the user or          18:10:46

25  belonged to the friends?                                18:10:48

Veritext Legal Solutions
866 299-5127

1    A.  My understanding, this is a discussion                    18:10:54

2  about who -- who did or should have the ability to             18:10:55

3  choose how information was shared with third                   18:11:04

4  parties.                                                       18:11:09

5        It's -- I'm not sure I'd refer to it as                  18:11:10

6  "who owns," but it's certainly a discussion about              18:11:13

7  the model or the models for which information could            18:11:19

8  or should be shared with third parties.                        18:11:25

20   Q.  But Facebook, obviously, knows what                      18:12:08

21  regulatory and legal issues are -- were raised with           18:12:12

22  regard to friends permissions.  Right?                        18:12:22

23        MR. BLUME:  Excuse me.  I object.                       18:12:26

24  Privilege.  Potential privilege.  If I may --                 18:12:28

25        MR. LOESER:  And let me -- sorry.  Go                    18:12:32

| | | |
|---|---|---|
| 1 | ahead, Mr. Blume. | 18:12:34 |
| 2 | MR. BLUME:  I just was asking permission | 18:12:36 |
| 3 | to instruct the witness unless you want to | 18:12:38 |
| 4 | rephrase. | 18:12:40 |
| 5 | MR. LOESER:  Sure. | 18:12:42 |
| 6 | Q.  Really, the point of my question was, you | 18:12:42 |
| 7 | don't know the answer to this question what the | 18:12:44 |
| 8 | regulatory or legal issues were, but Facebook knows | 18:12:46 |
| 9 | the answer to that.  Right? | 18:12:49 |

1        But I -- I don't want to get into the --        18:14:01

2    that's what I remember.  I don't want to get into    18:14:03

3    the specifics.  I haven't read up on the -- exactly    18:14:06

4    the specifics of this, but I've heard reference to    18:14:10

5    Lulu and read references to Lulu in the documents    18:14:13

6    I've read in preparation for this testimony.        18:14:17

7        Q.  And that was -- that would be one of those    18:14:22

8    concerns that you would consider related to how    18:14:24

9    friend permissions were used by apps.  Right?    18:14:28

22        Q.  And if you look at the next line in    18:15:20

23    Mr. O'Neil's chat, it says:    18:15:23

2         And do you know what he is referring to    18:15:32

3    here?    18:15:34

4        A.  There's a couple of terms here.    18:15:38

5        Which one do you want me to focus on    18:15:40

6    first?    18:15:42

7        Q.  Well, is this a reference to the amount of    18:15:43

8    information that friends permissions was making    18:15:45

9    available to developers?    18:15:48

10        A.  Reading this, it seems relevant to the    18:15:55

11    friend permissions, but "huge amount of value" may    18:15:59

12    refer to a number of different ways that a    18:16:03

13    developer would perceive the -- the value of the    18:16:07

14    experience that they had got by integrating with    18:16:13

15    the Facebook Platform.    18:16:15

16        Q.  And what are -- what -- how can you    18:16:17

17    describe or what are the different ways that    18:16:21

18    developers obtained value from friends permission    18:16:23

19    information?    18:16:28

20        A.  So the friend permissions allowed    18:16:32

21    applications to build rich, engaging social    18:16:35

22    experiences even when, you know, one -- let me    18:16:38

23    start that again to make sure I frame this    18:16:45

24    correctly for you.    18:16:48

25        One of the benefits of the friend    18:16:49

Veritext Legal Solutions
866 299-5127

1    permissions for developers was that they could                18:16:51

2    build rich, engaging social experiences, including           18:16:54

3    those where not all of a user's friends were also            18:16:59

4    using the same application; also using the same              18:17:04

5    app.                                                          18:17:09

6            That could manifest value in different               18:17:09

7    ways.  It could enable applications to be more               18:17:12

8    retentive, so they were more frequently used a               18:17:19

9    whole number of different ways that the developers           18:17:23

10   might benefit from building social experiences.              18:17:26

11       Q.  And what are the ways that providing                 18:17:32

12   access to friends information was at "great expense          18:17:34

13   to Facebook as a business"?                                  18:17:39

14       A.  So one of the ways that this might be                18:17:47

15   considered an expense is in trust and reputation.            18:17:50

16   Because of the way the APIs functioned originally.           18:17:57

17           And, as I've testified previously, there            18:18:03

18   were some concerns that we'd heard from users about          18:18:06

19   how the Platform worked, and that confusion could            18:18:10

20   have impacted the trust in Facebook as a product.            18:18:17

21       Q.  And can you -- are there other types of             18:18:24

22   expense that Facebook recognized related to                  18:18:28

23   providing access to friends permissions to                   18:18:31

24   developers -- or partners, for that matter?                  18:18:34

25       A.  One way that you might classify that is             18:18:38

| | | |
|---|---|---|
| 1 | the computational energy it took to serve these | 18:18:45 |
| 2 | requests. | 18:18:50 |
| 3 | Actually serving an API call requires | 18:18:52 |
| 4 | compute, and so that's another way that providing | 18:18:56 |
| 5 | the platform in general and certain APIs would have | 18:19:02 |
| 6 | been an expense to Facebook. | 18:19:08 |
| 7 | Q. And what about the value of the -- of the | 18:19:12 |
| 8 | friend information itself? | 18:19:14 |
| 9 | Is that information valuable to Facebook | 18:19:17 |
| 10 | as a business, from a monetization standpoint? | 18:19:19 |
| 11 | A. Sorry. Can you help me understand the | 18:19:25 |
| 12 | context of your question? | 18:19:27 |
| 13 | That was a very general -- a general | 18:19:29 |
| 14 | question. I would like to get to the specifics. | 18:19:31 |
| 15 | Q. Sure. I'm just trying to understand from | 18:19:33 |
| 16 | Facebook's perspective what the great expense to | 18:19:36 |
| 17 | Facebook as a business was, and you've given me | 18:19:39 |
| 18 | some examples. | 18:19:42 |
| 19 | And I'm wondering if there's an economic | 18:19:42 |
| 20 | impact as well that would be covered by providing | 18:19:45 |
| 21 | thousands of apps with access to friend | 18:19:47 |
| 22 | permissions. | 18:19:50 |
| 23 | A. I'm not aware of any analysis that was | 18:19:53 |
| 24 | done that specifically determined -- or attempts to | 18:19:56 |
| 25 | determine the -- the financial value of friend | 18:20:01 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | permissions or the friend data as part of the | 18:20:08 |
| 2 | Developer Platform. | 18:20:11 |
| 3 | Q.  Okay.  Let's look at David Poll's text at | 18:20:15 |
| 4 | the bottom of the page.  And he states: | 18:20:18 |

| | |
|---|---|
| 10 | Do you see that? | 18:20:32 |
| 11 | A.  I see that on the screen, yes. | 18:20:33 |
| 12 | Q.  And as you testified earlier, that's the | 18:20:35 |
| 13 | type of setting that Facebook could have | 18:20:37 |
| 14 | technically implemented had it chosen to do so. | 18:20:40 |
| 15 | A.  Let me just read the statement to make | 18:20:44 |
| 16 | sure I can answer accurately for you. | 18:20:46 |
| 17 | (Reviewing document.) | 18:21:00 |
| 18 | THE WITNESS:  There's a lot of context | 18:21:19 |
| 19 | here to unpack.  So I'm just trying to understand | 18:21:21 |
| 20 | what David Poll is speaking about. | 18:21:24 |
| 21 | So my understanding is that the "apps | 18:21:38 |
| 22 | others use" setting was partly delivered on the | 18:21:41 |
| 23 | expectation that -- that David is referring to | 18:21:51 |
| 24 | here. | 18:21:54 |
| 25 | So it would have been technically possible | 18:21:59 |

| 1 | to allow a user to choose whether or not an | 18:22:01 |
| 2 | application had access to their data. | 18:22:10 |
| 3 | BY MR. LOESER: | 18:22:14 |
| 4 | Q. All right. We've talked a bit about | 18:22:20 |
| 5 | the -- I'm sorry, go ahead. | 18:22:22 |
| 6 | A. Sorry. Carry on. | 18:22:25 |
| 7 | Q. Okay. So moving on, the -- I've asked you | 18:22:26 |
| 8 | some questions about the different permissions, and | 18:22:28 |
| 9 | you've provided some helpful information about the | 18:22:31 |
| 10 | terminology used to discuss different permissions. | 18:22:33 |
| 11 | I do want to make sure I have a complete | 18:22:37 |
| 12 | understanding of all of the different permissions | 18:22:40 |
| 13 | that allowed access to friend information. | 18:22:44 |
| 14 | And I asked before if a number of the | 18:22:48 |
| 15 | permissions had the word "friends" in them, and you | 18:22:52 |
| 16 | said "Yes." | 18:22:56 |
| 17 | And it's also the case the number of | 18:22:57 |
| 18 | permissions that provided access to friend | 18:22:59 |
| 19 | information did not have the word "friend" in them. | 18:23:02 |
| 20 | Is that right? | 18:23:05 |
| 21 | A. There were permissions that allowed an app | 18:23:08 |
| 22 | to access information about a user and that user's | 18:23:11 |
| 23 | friends that didn't have "friend" in the title. | 18:23:17 |
| 24 | Q. Okay. And I'm going to run through some, | 18:23:22 |
| 25 | and then you can help me understand if there are | 18:23:24 |

Veritext Legal Solutions
866 299-5127

1    others.                                              18:23:26

2          User-posts APIs are a type of -- emit         18:23:27

3    friend information.  Right?                           18:23:37

4          A.  The user-posts API allowed an app to       18:23:38

5    access the posts of a user who had authorized the    18:23:42

6    application.                                          18:23:46

7          Q.  And did it also provide access to the      18:23:48

8    user's friends' posts?                                18:23:52

9          A.  My understanding is the user-posts         18:23:56

10   permission is no.  It would not have allowed an app  18:24:01

11   to access a user's friends' posts.                    18:24:04

12         Q.  And even where the friend responds to the  18:24:08

13   post or comments or indicates a like to a post?       18:24:10

14         A.  My understanding of the way the user posts 18:24:16

15   permission worked was that it would have emitted      18:24:19

16   the posts of the user who had authorized the          18:24:23

17   application.  It may have also included likes and     18:24:26

18   comments on that post.                                18:24:29

19         Q.  Okay.  And likes and comments from a       18:24:32

20   friend would be friend information.  Right?           18:24:34

21         A.  Some posts, if they had only been shared   18:24:43

22   with a friend and they had been liked or commented   18:24:47

23   on by a friend, then the -- the app would be able    18:24:50

24   to see the user ID and the comment and some other    18:24:57

25   information about the comment that you could          18:25:02

Veritext Legal Solutions
866 299-5127

1    construe as having been made by a friend.                18:25:05

2        Q.  Okay.  And the Event API, is that a             18:25:08

3    similar answer to that; that the Event API gives         18:25:13

4    access to events that the user attended, but any         18:25:18

5    comment or posts or other information from the           18:25:21

6    friend regarding that event, that also would be          18:25:24

7    accessible for the user's friends.  Right?               18:25:28

8        A.  So, again, the specifics really matter           18:25:35

9    here.                                                    18:25:37

10           The user events permission allowed an app        18:25:38

11   to access the events that a user, as I understand        18:25:41

12   it, had marked themselves as attending or not            18:25:45

13   attending or had responded to in some way.               18:25:48

14           Through that -- through the Events API,           18:25:56

15   the app could also access other information about        18:25:58

16   that event which may have included other attendees,      18:26:01

17   some of whom might be the user's friends, some of        18:26:05

18   whom might not be, depending on the privacy setting      18:26:09

19   of the event and who was attending.                      18:26:14

20       Q.  Okay.  And so the Events API also could          18:26:15

21   obtain some friends information for those reasons.        18:26:19

22       A.  The events API may have allowed an app to        18:26:23

23   access information about a user's friends who were       18:26:29

24   attending an event that the user was attending, for      18:26:33

25   example.                                                 18:26:39

Page 103

| | | |
|---|---|---|
| 1 | Q. What is the "Pages API"? | 18:26:42 |
| 2 | A. The Pages API refers to a collection of | 18:26:45 |
| 3 | APIs that would allow an application to access | 18:26:48 |
| 4 | content on or information about a Facebook page. | 18:26:52 |
| 5 | Q. And could that API also allow access to | 18:26:58 |
| 6 | friends information of the user who used the app | 18:27:03 |
| 7 | with access to that API? | 18:27:07 |
| 8 | A. So the Pages API allowed an application to | 18:27:12 |
| 9 | access information about the page. At times, it | 18:27:21 |
| 10 | also allowed the application to access posts on | 18:27:24 |
| 11 | that page's timeline, and those posts could also | 18:27:26 |
| 12 | have included comments on those posts. And those | 18:27:31 |
| 13 | comments were publicly available on Facebook and | 18:27:38 |
| 14 | may have been also available by the API. | 18:27:41 |
| 15 | Q. And so that would include friends | 18:27:44 |
| 16 | information as well. Right? | 18:27:46 |
| 17 | A. The Pages API could be called by an | 18:27:49 |
| 18 | application without a specific logged-in user, and | 18:27:52 |
| 19 | so the information available may have included | 18:28:00 |
| 20 | friend information. | 18:28:03 |
| 21 | Q. And what is the "Groups API"? | 18:28:06 |
| 22 | A. The Groups API refers to a collection of | 18:28:12 |
| 23 | APIs which allow an app to access the groups that a | 18:28:15 |
| 24 | user is a member of. | 18:28:21 |
| 25 | Q. And could the Groups APIs also provide | 18:28:26 |

1    access to information about friends of the app                    18:28:31

2    user?                                                             18:28:34

3        A.  The Groups API would have allowed the app                18:28:37

4    to access the member list of a -- that at the time               18:28:42

5    included the member list of the groups that the                  18:28:49

6    user was a member of and posts in the group that                 18:28:51

7    the user was a member of.                                        18:28:53

8            The member list could include people who                 18:28:57

9    were the app user's friends.                                     18:28:59

10       Q.  And it could also include people who were                18:29:02

11   not the app user's friends.  Right?                              18:29:04

12       A.  A group on Facebook can be open or closed                18:29:08

13   and secret and may contain people who are not the                18:29:14

14   user's friends, and the group's API would have                   18:29:16

15   allowed the app to see the members of the group.                 18:29:21

16       Q.  Are you familiar with the Taggable Friends              18:29:25

17   API?                                                             18:29:27

18       A.  I am familiar with the Taggable Friends                 18:29:31

19   API.                                                             18:29:33

20       Q.  And what information does that API provide              18:29:34

21   access to?                                                       18:29:37

22       A.  My understanding is that the Taggable                   18:29:39

23   Friends API retrieved -- allowed an app to retrieve             18:29:43

24   a very limited set of information about the app                  18:29:48

25   user's friends specifically to enable them to                    18:29:51

Veritext Legal Solutions
866 299-5127

```
 1    render a tagging type-ahead.                      18:29:55

 2        Q.  And what is a "tagging type-ahead"?       18:30:01

 3        A.  I think the best way to illustrate this is 18:30:04

 4    through an example.                                18:30:06

 5            Imagine that you are a runner and you use  18:30:07

 6    Strava, and you go on a run with me, but I am not a 18:30:13

 7    Strava user.  I track my runs using another app.  18:30:20

 8            After the run, you might choose to share   18:30:25

 9    your run back to Facebook, and you want to tag me,  18:30:29

10    one of your Facebook friends, in that story because 18:30:33

11    we went on the run together.                       18:30:36

12            If I don't use Strava, then there was the  18:30:39

13    desire to give the app away to render a way for you 18:30:46

14    to tag me in that story when it was published back  18:30:53

15    to Facebook.                                       18:30:56

16        Q.  Okay.  So in that context, it provides    18:30:59

17    friend information about the person who doesn't use 18:31:03

18    Strava.                                            18:31:06

19        A.  It provides a very, very limited set of   18:31:07

20    information about the person -- the user's friend  18:31:10

21    who doesn't use Strava.                            18:31:13

22        Q.  And we talked a bit about the Social      18:31:25

23    Context API.  And you described that as an API that 18:31:27

24    provided information about a user and one other    18:31:32

25    person.                                            18:31:34
```

Veritext Legal Solutions
866 299-5127

1      Do I recall that correctly?                18:31:36

2      A.  That's not the intent of my testimony.  18:31:37

3      It provided the social -- it provided       18:31:43

4  social context between two app users.          18:31:46

5      So when you called the Social Context API,  18:31:50

6  it was called on behalf of a user, and you would 18:31:53

7  also specify one of that user's friends who was  18:31:56

8  also -- or another user ID of somebody who was   18:32:01

9  using the application, and the API would return  18:32:04

10  social context between those two people.        18:32:07

11      Q.  And so could that API provide information 18:32:15

12  about people who are not using the app with access 18:32:18

13  to Social Context API?                          18:32:22

14      A.  My understanding is the information      18:32:24

15  returned by that API would be different whether or 18:32:26

16  not two users -- one of the users was using the   18:32:28

17  application and one of the users displayed in the 18:32:32

18  Social Context wasn't.                          18:32:36

19      Q.  And so walk me through what happens when  18:32:39

20  the -- the other person is not using the app.    18:32:44

21      What information about that person is        18:32:49

22  provided through the app?                        18:32:51

23      A.  I'd need to refer to the API documentation 18:32:53

24  at the time to give -- to give you specifics, but  18:32:56

25  my understanding is it would return a very limited 18:32:59

| | | |
|---|---|---|
| 1 | set of information about people that the two users | 18:33:04 |
| 2 | had in common that were not using the application. | 18:33:09 |
| 3 | Q.  Okay.  So let's -- let's -- let me provide | 18:33:12 |
| 4 | an example.  Maybe this would be helpful. | 18:33:15 |
| 5 | So if a Facebook user watches a movie, | 18:33:17 |
| 6 | let's say The Godfather, and the app that user | 18:33:21 |
| 7 | is -- authorizes an app that has a Social Context | 18:33:29 |
| 8 | API permission, what other information about people | 18:33:34 |
| 9 | watching The Godfather, and from whom, would that | 18:33:39 |
| 10 | API provide access? | 18:33:43 |
| 11 | A.  I can't -- I don't recall the specific | 18:33:47 |
| 12 | behavior of the API, and I think to do that, I'd | 18:33:49 |
| 13 | need to refer to the developer documentation that | 18:33:52 |
| 14 | was available at the time as to how -- how that | 18:33:54 |
| 15 | specific API behaved.  I don't want to speculate if | 18:33:57 |
| 16 | I don't have the -- the facts. | 18:34:01 |
| 17 | Q.  Well, let's try and create enough facts so | 18:34:04 |
| 18 | you can provide some helpful information. | 18:34:06 |
| 19 | Let's say a user did watch the movie | 18:34:08 |
| 20 | Godfather and posts on their Facebook page, "I love | 18:34:11 |
| 21 | the movie Godfather.  I just watched it." | 18:34:15 |
| 22 | Explain to me how the Social Context API | 18:34:20 |
| 23 | would use that information and with whom it would | 18:34:23 |
| 24 | use it if there's an app that has Social Context | 18:34:26 |
| 25 | API. | 18:34:29 |

Veritext Legal Solutions
866 299-5127

1      A.  So I need to refer to the specifics about        18:34:30

2    the -- how the social context API works.  You're      18:34:33

3    asking a very -- a question that requires, you         18:34:36

4    know, a detailed answer, and I don't have in my        18:34:40

5    mind the exact behavior of how the Social Context      18:34:42

6    API worked and the context in which it worked and     18:34:47

7    the specifics of the information that would have       18:34:51

8    been returned by the API.                             18:34:53

9      Q.  Okay.  Well, then, if you can, describe         18:34:56

10   more generally -- and I'm trying to understand from   18:34:58

11   where the Social Context API draws information.        18:35:02

12         So I know from what you said that it draws      18:35:05

13   information from the user who authorized the app.      18:35:07

14         And what other information does it draw         18:35:10

15   that pertains to that user?  Like -- or from who?     18:35:13

16   Who else would be sort of folded into the -- or who   18:35:17

17   else would be in the net that that API casts?         18:35:20

18     A.  The precise answer depends on the              18:35:25

19   specifics of the Social Context API.  It's one of    18:35:29

20   the APIs that I don't have the details of exactly     18:35:31

21   how it worked -- in my head today -- so it's hard     18:35:34

22   to give you a specific answer to that accurately.     18:35:38

23     Q.  Okay.  But there's -- as you mentioned,        18:35:43

24   there's a source -- there's a place you can go at     18:35:45

25   Facebook where you can see and learn exactly what     18:35:48

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | information that API provides access to? | 18:35:51 |
| 2 | A.  My understanding is that the code base of | 18:35:55 |
| 3 | Facebook may help understand which API specifically | 18:35:59 |
| 4 | you're referring to and its behavior over time. | 18:36:04 |
| 5 | Q.  And based upon what you know now, can you | 18:36:09 |
| 6 | say whether that API provides access to friends | 18:36:12 |
| 7 | information? | 18:36:16 |
| 8 | A.  I -- again, to answer that question | 18:36:19 |
| 9 | specifically, I'd need to go and look at the exact | 18:36:22 |
| 10 | behavior of the Social Context API.  There are | 18:36:25 |
| 11 | other APIs whose behavior I can describe.  The | 18:36:28 |
| 12 | Social Context API, I -- I don't have the | 18:36:31 |
| 13 | information as to, like, exactly which API you're | 18:36:34 |
| 14 | referring to, exactly how it behaved, and exactly | 18:36:37 |
| 15 | who it was available to and when. | 18:36:43 |
| 16 | So I just don't want to give you incorrect | 18:36:46 |
| 17 | information. | 18:36:49 |
| 18 | Q.  Well, that's fair, and I appreciate that | 18:36:50 |
| 19 | answer. | 18:36:51 |
| 20 | Do you know of or can you provide any | 18:36:52 |
| 21 | other APIs that provided access to friend | 18:36:54 |
| 22 | information? | 18:36:59 |
| 23 | And let me make your answer easier.  Other | 18:37:00 |
| 24 | than those that have the word "friends" in the -- | 18:37:03 |
| 25 | A.  When you're referring to friends | 18:37:07 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | information here, can you be more specific | 18:37:09 |
| 2 | precisely what information -- what would classify | 18:37:12 |
| 3 | as friends information in your question? | 18:37:15 |
| 4 | Q.  Yeah, and I'm trying to use the definition | 18:37:17 |
| 5 | we came up with before.  But it's really any | 18:37:19 |
| 6 | information about the friends -- any Facebook data | 18:37:22 |
| 7 | or information about the friends of the person who | 18:37:24 |
| 8 | authorized the app. | 18:37:26 |
| 9 | A.  Okay.  Cool. | 18:37:32 |
| 10 | Some other APIs that -- that would have | 18:37:36 |
| 11 | been -- that fit that description, there is an API | 18:37:38 |
| 12 | called a "Taggable Friends API" that you've | 18:37:46 |
| 13 | previously mentioned.  There was another one called | 18:37:51 |
| 14 | the "Invitable Friends API." | 18:37:54 |
| 15 | And then the -- several of the user | 18:38:01 |
| 16 | permissions, user_posts, user_photos, user_videos, | 18:38:08 |
| 17 | as per my previous testimony, would have allowed | 18:38:20 |
| 18 | the app to access the user's photos, but comments | 18:38:23 |
| 19 | and likes on those photos by my friends may also | 18:38:28 |
| 20 | have been returned by that API. | 18:38:33 |
| 21 | Q.  And you said "photos," but that would be | 18:38:36 |
| 22 | the same for videos as well? | 18:38:38 |
| 23 | A.  The user photos and user videos APIs | 18:38:41 |
| 24 | behaved the same way, to my knowledge -- or in a | 18:38:47 |
| 25 | similar way, to my knowledge. | 18:38:50 |

Veritext Legal Solutions
866 299-5127

1      Q.  And do you know, with regard to those user      18:38:52

2    permissions, what time period they were active on      18:38:56

3    the Platform?                                          18:38:58

4      A.  The permissions, as I understand it, were        18:39:00

5    added in April 2010, in terms of the permissions      18:39:03

6    themselves.                                            18:39:08

7         The behavior of the APIs that were gated          18:39:11

8    by those permissions changed over time.  So it's      18:39:16

9    hard to say exactly when the behavior changed, but    18:39:20

10   the permissions that those -- those specific          18:39:23

11   permissions were made available, as I understand      18:39:27

12   it, in April 2010.                                     18:39:29

13         MR. BLUME:  I'm sorry to -- when you're at       18:39:32

14   a breaking point, if we could break.                   18:39:34

15         MR. LOESER:  Yeah.  One more question.           18:39:36

16      Q.  Those permissions, the user permissions         18:39:38

17   you just described, are they still available on the    18:39:41

18   Platform today?                                        18:39:44

19      A.  My understanding is that some of those          18:39:47

20   permissions are still available today, but I would    18:39:49

21   want to review the public API documentation to be     18:39:54

22   sure.                                                  18:39:58

23         MR. LOESER:  And I apologize, Mr. Blume, I       18:39:59

24   just have two more questions that relate to this.      18:40:01

25   If that's okay, I'll ask --                            18:40:04

Veritext Legal Solutions
866 299-5127

```
1              MR. BLUME:  Okay.                    18:40:06

2    BY MR. LOESER:                                 18:40:06

3         Q.  Now, we've gone through a number of   18:40:07

4    different APIs, and I have attempted to elicit 18:40:08

5    information about all the APIs that provide access 18:40:11

6    to friend information as we've defined that.   18:40:13

7              Is there a tool or is there a list or a 18:40:16

8    database or something at Facebook that identifies 18:40:19

9    every single API that provides friend information 18:40:22

10   in any way?                                    18:40:28

11        A.  I'm not aware of a tool that identifies 18:40:33

12   the subset of the Facebook Developer Platform APIs 18:40:38

13   that would have returned information about a user's 18:40:42

14   friends.                                       18:40:47

15        Q.  And do you know if, at any point, Facebook 18:40:49

16   has undertaken the effort to identify every single 18:40:51

17   API that emitted friend information?           18:40:55
```

```
22        Q.  And do you know if that effort looked at 18:41:22

23   all of the different APIs that I just ran through 18:41:25

24   with you:  Taggable Friends, Invisible Friends, 18:41:29

25   User Permissions, Groups, Events, Posts, and the 18:41:33
```

| | | |
|---|---|---|
| 1 | like? | 18:41:36 |
| 2 | A.  My understanding is that effort would have | 18:41:38 |
| 3 | looked through all of the APIs that were commonly | 18:41:40 |
| 4 | available on the Facebook developer endpoint | 18:41:42 |
| 5 | platform at the time. | 18:41:45 |
| 6 | Q.  My last question, then we can take a | 18:41:47 |
| 7 | break: | 18:41:49 |
| 8 | Facebook can determine definitively with | 18:41:50 |
| 9 | respect to every API whether that API emitted any | 18:41:53 |
| 10 | friend information.  Right? | 18:41:57 |
| 11 | A.  My understanding is that for a given API | 18:42:02 |
| 12 | method, it is determinable what information would | 18:42:06 |
| 13 | have been emitted by that API. | 18:42:10 |
| 14 | MR. LOESER:  Okay.  We can take a break | 18:42:14 |
| 15 | now.  Thank you for continuing on until we finished | 18:42:16 |
| 16 | that topic. | 18:42:19 |
| 17 | THE VIDEO OPERATOR:  Okay.  Then we're off | 18:42:21 |
| 18 | the record at 6:42 P.M. | 18:42:23 |
| 19 | (Recess from 6:42 P.M. to 7:00 P.M.) | 18:42:25 |
| 20 | THE VIDEO OPERATOR:  We're back on the | 19:00:38 |
| 21 | record at 7:00 P.M. | 19:00:39 |
| 22 | MR. LOESER:  Mr. Cross, we're going to put | 19:00:44 |
| 23 | up another exhibit for you.  It's previously been | 19:00:45 |
| 24 | marked Exhibit 98. | 19:00:48 |
| 25 | And while it's being loaded, this appears | 19:00:55 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | to be a post from you on the internal group app | 19:00:58 |
| 2 | review and policy enforcement feedback and | 19:01:03 |
| 3 | questions on June 11, 2015.  Is that right? | 19:01:05 |
| 4 | A.  I'm not seeing anything on the screen just | 19:01:14 |
| 5 | yet.  Or in the Veritext Egnyte thing. | 19:01:16 |
| 6 | (Previously marked Exhibit 98 was | 19:01:21 |
| 7 | presented to the witness.) | 19:01:26 |
| 8 | MR. BLUME:  Do you have an exhibit number? | 19:01:28 |
| 9 | MR. LOESER:  Yeah, it's Exhibit Number 98. | 19:01:30 |
| 10 | THE WITNESS:  I'm just going to quickly | 19:01:39 |
| 11 | turn on the lights in my room.  It's getting dark | 19:01:41 |
| 12 | here. | 19:01:45 |
| 13 | Okay.  I'm seeing something now.  Thank | 19:01:50 |
| 14 | you. | 19:01:52 |
| 15 | BY MR. LOESER: | 19:01:54 |
| 16 | Q.  And do you see the exhibit stamp 98? | 19:01:54 |
| 17 | A.  I do. | 19:01:58 |
| 18 | Q.  Okay.  And then if you look at the top of | 19:01:59 |
| 19 | the next page, it says "App Review and Policy | 19:02:01 |
| 20 | Enforcement Feedback and Questions." | 19:02:04 |
| 21 | A.  I see that, yes. | 19:02:09 |
| 22 | Q.  And what -- is this a -- like, what is | 19:02:11 |
| 23 | this? | 19:02:13 |
| 24 | Where was this posted? | 19:02:15 |
| 25 | A.  I can't confirm where this was posted from | 19:02:20 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | what I'm seeing here.  It's -- yeah.  I -- from | 19:02:23 |
| 2 | what I'm seeing on the screen, I can't 100 percent | 19:02:27 |
| 3 | confirm where this -- where this was posted. | 19:02:30 |
| 4 | Q.  Okay.  And in June of 2015, what was your | 19:02:34 |
| 5 | position at Facebook? | 19:02:36 |
| 6 | A.  I was a product manager on the Facebook | 19:02:39 |
| 7 | Developer Platform. | 19:02:42 |
| 8 | Q.  Okay.  And was there a list serve or | 19:02:45 |
| 9 | something that was -- where people provided | 19:02:48 |
| 10 | feedback and questions for app review and policy | 19:02:52 |
| 11 | enforcement? | 19:02:55 |
| 12 | A.  There was likely a Facebook group.  We | 19:02:57 |
| 13 | used Facebook internally to discuss that.  That's | 19:02:59 |
| 14 | what this may be.  I just can't 100 percent confirm | 19:03:03 |
| 15 | it from what I'm looking at here. | 19:03:06 |
| 16 | Q.  Okay.  And if you look at just your post | 19:03:09 |
| 17 | starting at the top, it refers to something called | 19:03:13 |
| | ▮ ▬▬▬▬▬▬ ▬▬▬ | |
| 19 | But before I ask you questions about that, | 19:03:20 |
| 20 | there's a link below that. | 19:03:23 |
| 21 | Can you tell what that link is? | 19:03:25 |
| 22 | A.  That looks to me like a -- what, a URL to | 19:03:31 |
| 23 | an image of -- first of all, that's what it looks | 19:03:39 |
| 24 | like to me.  I can't confirm if that URL is the URL | 19:03:42 |
| 25 | for the image directly below it.  It's possible, | 19:03:47 |

Page 116

1    but I can't confirm that.                                    19:03:52

2         Q.  Okay.  Well, let's look at your -- your          19:03:54

3    post.  It says:                                             19:03:57

7         Do you see that?                                       19:04:09

8         A.  I see that on the screen, yeah.                    19:04:09

9         Q.  And below that, you write:                         19:04:11

17   the user who's authorized the application who have          19:04:36

18   not yet authorized the application themselves.              19:04:41

9       Did I read that correctly?       19:05:41

10     A.  You read that correctly.      19:05:43

11     Q.  And "V2," is that a reference to Graph API   19:05:45

12  Version 2?       19:05:47

13     A.  That would be a reference to Graph API   19:05:48

14  Version 2.       19:05:50

19     A.  So the intended use, as I understand it,   19:06:06

20  and user_posts and user_photos was to grant apps   19:06:08

21  the ability -- well, for users to be able to   19:06:12

22  authorize an application to access their user posts   19:06:15

23  and photos for some value that the application was   19:06:19

24  providing to users.       19:06:24

25     Q.  Okay.  And you thought that because user   19:06:29

Veritext Legal Solutions
866 299-5127

1    posts and user photos were emitting friend data and    19:06:31

2    Facebook had announced it had deprecated friend    19:06:34

3    data.  Right?    19:06:38

4         A.  So Facebook had announced it had -- it was    19:06:41

5    deprecating the friend permissions.  That's what    19:06:44

6    Facebook announced as part of the API V1 changes.    19:06:49

7    So that's important to clarify.    19:06:55

8         Q.  Okay.  And -- but when you say that it    19:06:59

█    ████████████████████████████████████    ████████

█    ████████████████████████████████████    ████████

█    ██████████████████████████████████    ████████

█    ███████████████████████████    ████████

13        A.  Several of the changes in API V2, or the    19:07:20

14    suite of things that were launched along with API    19:07:26

15    V2, were about limiting the ability of applications    19:07:29

16    to access a user's friends' content and    19:07:36

17    information.    19:07:45

18         In this case, what's still available to    19:07:46

19    this application is the likes and comments made by    19:07:50

20    a user's friends on a user's timeline posts.    19:07:54

21        Q.  Okay.  And how does that violate the    19:08:08

22    spirit of the V2 changes?    19:08:10

23        A.  The spirit of the V2 changes, as I    19:08:16

24    recall -- trying to remember what I wrote in this    19:08:19

25    post nearly seven or eight years ago -- is the apps    19:08:23

| | | |
|---|---|---|
| 1 | would have less access to information about a | 19:08:30 |
| 2 | user's friends who were not using the application. | 19:08:39 |
| 3 | That was indeed behind any of the changes | 19:08:45 |
| 4 | in API V2; but in this case, the application was | 19:08:51 |
| 5 | still accessing some information about the user's | 19:08:58 |
| 6 | friends who had commented or liked on the original | 19:09:02 |
| 7 | post -- on the app-using user's posts. | 19:09:05 |
| 8 | Q.  And so you expressed those concerns. | 19:09:22 |
| 9 | And do you recall whether this app | 19:09:27 |
| 10 | continued to have access to the user posts and user | 19:09:30 |
| 11 | photos after you expressed these concerns? | 19:09:35 |
| 12 | A.  From reading the thread that continues | 19:09:40 |
| 13 | below -- below this, it looks like the conclusion | 19:09:45 |
| 14 | was reached that this activity was not against | 19:09:48 |
| 15 | policy as defined at the time, and this access -- | 19:09:54 |
| 16 | this use case should continue. | 19:10:00 |
| 17 | I don't recall -- I do not know what | 19:10:05 |
| 18 | happened to the app CaptainQuizz over time. | 19:10:08 |
| 19 | Q.  Now, Mr. Cross, there were thousands of | 19:10:24 |
| 20 | ████████████████████████████ ██    ████████ | |
| 21 | that right? | 19:10:28 |
| 22 | A.  Over what time period are you referring | 19:10:35 |
| 23 | to? | 19:10:37 |
| 24 | Q.  Oh, that's a good question. | 19:10:38 |
| 25 | So prior to the introduction of Graph API | 19:10:40 |

Veritext Legal Solutions
866 299-5127

1  Version 2, there were thousands of apps that had      19:10:43

2  access to friend permissions.  Right?      19:10:46

3       A.  Prior to the introduction of API      19:10:49

4  Version 2, any application on the Facebook      19:10:51

5  Developer Platform could request the friend      19:10:53

6  permissions from users.      19:10:56

7       Q.  And Facebook evaluated the number of apps      19:10:59

8  that had access to friend permissions as part of      19:11:04

9  its preparation for the introduction of Graph API      19:11:08

10  Version 2.  Right?      19:11:12

11       A.  In preparation for the changes launched on      19:11:15

12  April 30, 2015, a number of initiatives were      19:11:18

13  undertook to understand the potential impact of      19:11:24

14  these changes on the developer ecosystem.      19:11:26

15       Q.  And included in those initiatives was      19:11:31

16  identifying the number of users who downloaded apps      19:11:34

17  with access to friend information.  Right?      19:11:37

18       A.  Can you help me understand what you mean      19:11:40

19  by "downloaded"?      19:11:41

20       Q.  I'm sorry.  Installed the apps.      19:11:43

21       A.  My understanding is that one of the things      19:11:50

22  that was looked at is the number of users who had      19:11:52

23  granted one or more friend permissions to one or      19:11:56

24  more applications.      19:11:59

25       Q.  And as part of those initiatives as well,      19:12:01

Veritext Legal Solutions
866 299-5127

1    Facebook identified the number of API calls on the          19:12:05

2    friend-sharing APIs.  Right?                                19:12:09

3         A.  I would need to see, like, specific               19:12:16

4    documentation there.                                        19:12:19

5         Like, recall there was no such thing as               19:12:21

6    the friend APIs.  There are friend permissions, and        19:12:25

7    there are APIs, and those APIs can be called by the        19:12:29

8    app-using user or on behalf of that app-using              19:12:32

9    user's friends.                                             19:12:38

10        So, again, I want to make sure I'm giving             19:12:39

11   you the right answer, given the specifics.                  19:12:41

12        Q.  I appreciate that.  So let's speak in             19:12:43

13   terms of friend permissions, then.                          19:12:45

14        One of the things that Facebook can                   19:12:47

15   identify is the number of API calls on any of the          19:12:49

16   permissions that are available on the Platform.            19:12:53

17   Right?                                                      19:12:56

18        A.  So, again, the --                                 19:13:00

19        Q.  Or did I mix up the terminology -- the            19:13:01

20   calls are referred to the APIs themselves, not the         19:13:03

21   permissions.  Is that right?                                19:13:06

22        A.  When you -- when you see a reference to           19:13:07

23   "API calls," that's referring to APIs.                      19:13:09

24        The permissions determine what information            19:13:12

25   is available via those APIs.                                19:13:15

Page 122

| | | |
|---|---|---|
| 1 | So, yeah, those concepts are separate, | 19:13:18 |
| 2 | yeah. | 19:13:21 |
| 3 | Q.  So Facebook can identify and did identify | 19:13:21 |
| 4 | the number of API calls on the APIs that provided | 19:13:24 |
| 5 | access to friend information. | 19:13:30 |
| 6 | A.  The -- the documents I've read show that | 19:13:41 |
| 7 | there was an effort done to determine how API calls | 19:13:45 |
| 8 | that were made by applications -- and some of the | 19:13:50 |
| 9 | API calls -- some of the APIs would -- would | 19:13:54 |
| 10 | specifically map to friend data; other API calls | 19:13:59 |
| 11 | would not be specific to friend data. | 19:14:03 |
| 12 | Q.  And I appreciate that.  And I'm trying to | 19:14:08 |
| 13 | make sure I understand what Facebook knew about the | 19:14:10 |
| 14 | use of APIs that provided access to friend | 19:14:13 |
| 15 | information. | 19:14:18 |
| 16 | And my understanding is that Facebook | 19:14:18 |
| 17 | identified that thousands of apps installed by | 19:14:20 |
| 18 | millions of users made millions of calls on | 19:14:24 |
| 19 | friend-sharing APIs.  Is that a fair statement? | 19:14:27 |
| 20 | A.  No.  The -- the friend-sharing API part of | 19:14:31 |
| 21 | that doesn't map with my understanding of how the | 19:14:36 |
| 22 | platform worked. | 19:14:39 |
| 23 | If you could show me a document that | 19:14:40 |
| 24 | states that, that might be helpful for me to | 19:14:42 |
| 25 | analyze. | 19:14:45 |

Veritext Legal Solutions
866 299-5127

1       Q.  Yeah.  And we'll get into a document          19:14:47

2   that -- 'cause as you say, there were various        19:14:49

3   initiatives that studied the extent to which friend  19:14:52

4   information was made available by apps via APIs       19:14:56

5   that provided access to that information.  Okay.      19:15:01

6   Right?                                                19:15:05

7       A.  There were a number of studies done to        19:15:05

8   analyze the use of the Platform by developers and     19:15:08

9   how they were using the Platform and which            19:15:12

10  permissions they were requesting and which APIs       19:15:15

11  they were -- they were calling.                       19:15:17

12      Q.  And deprecating -- and I hope I'm using       19:15:20

13  the terminology right -- but deprecating friend       19:15:24

14  permissions, that was a thing.  Right?                19:15:27

15      A.  In API Version 2, the friend permissions      19:15:31

16  were not readily grantable by a user using an         19:15:35

17  application that was using API Version 2.             19:15:40

18      Q.  And that was a big change at Facebook          19:15:44

19  because thousands of apps had access to the APIs      19:15:46

20  that allowed friend-sharing.  Right?                  19:15:52

21      A.  The way that the Facebook Developer           19:16:01

22  Platform worked before API Version 2 allowed any      19:16:03

23  application to request friend permissions, and a      19:16:08

24  number of applications did so.                        19:16:14

25          And so the removal of those permissions       19:16:17

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | from the public API surface area in API Version 2, | 19:16:21 |
| 2 | yes, was considered a significant change to the | 19:16:27 |
| 3 | Facebook Developer Platform. | 19:16:30 |
| 4 | MR. LOESER:  If we could go to Tab 8. | 19:16:35 |
| 5 | (Deposition Exhibit 334 was marked for | 19:17:10 |
| 6 | identification.) | 19:17:12 |
| 7 | MR. LOESER:  This is Exhibit 334.  The | 19:17:15 |
| 8 | Bates number on this is 01685319.ppt. | 19:17:20 |
| 9 | Q.  Is that right? | 19:17:26 |
| 10 | And, Mr. Cross, do you see what's on your | 19:17:28 |
| 11 | screen? | 19:17:30 |
| 12 | A.  I do. | 19:17:30 |
| 13 | Q.  And this is -- you can take a minute to | 19:17:32 |
| 14 | skim through it.  I just have a few questions about | 19:17:36 |
| 15 | this slide deck.  And the first page says: "Login | 19:17:39 |
| 16 | V4 (+PS12n) - 1/24/2014 update." | 19:17:42 |
| 17 | Can you describe what this refers to just | 19:17:49 |
| 18 | by looking at the title of it? | 19:17:55 |
| 19 | A.  "Login V4" refers to the update to the | 19:17:57 |
| 20 | Facebook Platform Login dialogue that were launched | 19:18:00 |
| 21 | in -- as part of the changes announced on | 19:18:06 |
| 22 | April 30, 2014.  So that's what "Login V4" refers | 19:18:10 |
| 23 | to. | 19:18:16 |
| 24 | And "PS12n" refers to a term called | 19:18:16 |
| 25 | "platform simplification," which was one of the | 19:18:20 |

1    terms used as part of the work that led up to the       19:18:23

2    changes that were announced in -- on April 30,          19:18:30

3    2014.                                                    19:18:34

4         Q.  Okay.  And if you -- if you turn to the        19:18:37

5    next page of that slide deck, there's an "Overview"      19:18:41

6    slide which describes the content of this                19:18:47

7    presentation.                                            19:18:51

█ ████████████████████████ ██████ █████    ███████

█ █████████████████████████████████████    ███████

█  ████████ ██████████████████████████████   ███████

█  ███████████ ███████████████████████   ███████

█  ████████████                          ███████

13        Did I read that correctly?                         19:19:05

14        A.  You read that correctly.                       19:19:06

15        Q.  And we've discussed user trust.                19:19:07

16        What does "developer trust" refer to?              19:19:10

17        A.  "Developer trust" refers to how Facebook       19:19:14

18   thought about its relationship with its platform        19:19:17

19   developers; whether or not those developers would       19:19:21

20   be keen to continue developing integrations with        19:19:27

21   the Facebook Developer Platform.                         19:19:31

22        Q.  And why did Facebook want developers to do     19:19:33

23   that?                                                    19:19:36

24        A.  If you're building a developer platform,       19:19:40

25   you typically want developers to build for your         19:19:43

Page 126

```
 1    developer platform.                               19:19:46

 2         Q.  And what does Facebook gain from that?   19:19:48

 3         A.  Facebook gained a number of things from  19:19:55

 4    its Developer Platform, various different types,   19:19:56

 5    depending on the functionality of the app provided. 19:20:03

 6         Q.  Okay.  Are there a couple of main        19:20:08

 7    priorities?                                        19:20:11

 8         A.  One example would be allowing apps that  19:20:15

 9    would -- users using applications where users would 19:20:22

10    share content or activity in their applications    19:20:26

11    back to Facebook so that it could be seen on       19:20:31

12    Facebook by that user's friends on that Newsfeed.  19:20:33

13         Q.  And did Facebook, then, have an appetite 19:20:38

14    for more information because it utilized that      19:20:42

15    information in its Advertising Platform?           19:20:44

16         A.  I haven't prepared to talk about how the 19:20:51

17    advertising systems work.  That's -- that's not my 19:20:54

18    area of expertise in general, and it's not         19:20:57

19    something I prepared in this -- to testify on.  I  19:21:01

20    understand there are other people doing that.      19:21:04

21              My understanding of the reason why we were 19:21:09

22    keen for apps to share contact back to Facebook is 19:21:13

23    that that would result in content on Facebook that 19:21:18

24    could be viewed in Newsfeed that people could like 19:21:21

25    and comment and reshare.                           19:21:24
```

1     Q.  And -- and you're not knowledgeable about        19:21:26

2   whether it was also -- that information was used       19:21:29

3   to -- for the benefit of the targeted advertising      19:21:32

4   systems?                                               19:21:36

5     A.  I am not an expert in how Facebook's            19:21:38

6   targeted advertising systems work or what              19:21:41

7   information is used to inform how ad-targeting          19:21:43

8   works.                                                 19:21:48

16    Q.  Okay.  If you could turn to page 6 of this       19:22:24

17  slide deck -- and it doesn't have page numbers on      19:22:28

18  it, so we'll flip to the sixth page and tell you,      19:22:31

19  "This is the sixth page."                              19:22:34

20        Do you see the slide on the screen now?          19:22:36

21    A.  I do.                                             19:22:40

22    Q.  And do you see the title of that slide?          19:22:41

23    A.  I do.                                             19:22:44

24    Q.  And what does it say?                            19:22:46

2      A.  I -- I don't know what high-value perms          19:22:57

3   are in a general context.  The slide includes a        19:23:04

4   number of permissions that were available on the       19:23:07

5   Facebook Developer Platform, and this slide is by      19:23:10

6   inference calling those "high-value perms."            19:23:15

7          But I can't say today exactly what              19:23:18

8   "high-value perms" means in general.                   19:23:20

9      Q.  And what is Facebook's definition of            19:23:24

10  "high-value perms"?                                    19:23:27

11         And I assume that's the permissions.  So        19:23:30

12  high-value permissions?                                19:23:32

13     A.  I'm not aware of Facebook having a               19:23:34

14  definition of "high-value perms" that's general and    19:23:35

15  commonly used.  This seems to be a set of              19:23:38

16  terminology created by the author of this deck.        19:23:43

Veritext Legal Solutions
866 299-5127

 12    A.  Well, I can see on the slide the number of    19:24:58

 13    permissions that the author of this deck has    19:25:01

 14    somehow categorized as "high-value perms."    19:25:04

 15         But, like I said, this isn't -- this    19:25:07

 16    doesn't resonate to me as a -- as a general    19:25:09

 17    classification that was widely used.    19:25:13

 21    right?    19:25:26

 22    A.  That's what I see in the column header,    19:25:28

 23    yeah.    19:25:30

 24    Q.  And so earlier, I was asking you questions    19:25:32

 25    to try and get a scope -- understand the scope of    19:25:34

1    friend-sharing use in particular.                    19:25:38

10         It's not clear from what I'm seeing here       19:26:16

11   whether or not that was an average or what           19:26:19

12   particular day or from what time period that data    19:26:21

13   was collected, to be clear.                          19:26:23

14        Q.  And earlier you talked about various        19:26:27

15   initiatives that Facebook undertook before           19:26:29

16   implementing the new version of the graph.           19:26:32

17         And does this appear to be one of the          19:26:35

18   evaluations that Facebook did of the extent of the   19:26:37

19   use of various permissions that were going to be     19:26:40

20   deprecated?                                          19:26:44

21        A.  Given my understanding of the -- of the     19:26:48

22   date of this slide deck, given it was before the     19:26:50

23   changes were announced and the data contained        19:26:54

24   within, it seems reasonable that this is an output   19:26:57

25   of some of the analysis that was done to understand  19:27:03

Page 131

1    the scale of the apps using to-be-deprecated          19:27:07

2    permissions, including the friend permissions.        19:27:14

3         Q.  And let's go to the next slide.              19:27:18

10        A.  I have -- I do not know which apps are        19:27:40

11   being referred to here, like, which apps are the      19:27:44

12   number -- which represent the 31, and I also don't    19:27:47

13   know how that number was derived.                     19:27:50

14        So I -- it's hard for me to -- I am unable        19:27:56

15   to -- to answer the question what -- what were        19:27:59

Page 132

1      A.  My first step would be to try and identify    19:28:40

2    the author of the deck and to see if they are    19:28:43

3    contactable and to attempt to determine if they    19:28:49

4    recall how this determination was made.    19:28:52

5      Q.  Is asking Mark perhaps one of the ways to    19:28:58

6    find the answer to that as well?    19:29:00

7      A.  I doubt Mark would know how this slide    19:29:02

8    deck was prepared or what went into determining    19:29:05

9    that number on the screen.    19:29:08

10      Q.  And without having any commentary on the    19:29:11

11    fact that Sheryl has more friends than Mark, where    19:29:14

12    would one go to find out what key apps are Sheryl's    19:29:17

13    friends?    19:29:21

14      A.  Well, so first of all, you said there that    19:29:22

15    Sheryl has more friends than Mark.    19:29:28

16      The numbers here refer to apps, not    19:29:31

17    friends, to be clear.    19:29:34

18      And the same answer applies here, which is    19:29:35

19    I -- I do not know how this slide deck was created    19:29:40

20    or who created it or how they came to this    19:29:45

21    determination.  There's no evidence here of how    19:29:49

22    that was determined.    19:29:54

23      Q.  So I can tell you from the metadata that    19:29:55

24    this is from Eddie O'Neil's custodial file.    19:29:57

25      So does that suggest to you that you would    19:30:02

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | ask -- if he's the author of this deck, you could | 19:30:04 |
| 2 | ask him how he came up with these numbers? | 19:30:07 |
| 3 | A.  If he is indeed the author of the deck, | 19:30:09 |
| 4 | it's -- he could be asked.  Whether or not he would | 19:30:15 |
| 5 | recall how these numbers were derived is a question | 19:30:17 |
| 6 | for him. | 19:30:21 |
| 7 | Q.  Okay.  And what is "Generating TPV"? | 19:30:23 |
| 8 | What is "TPV"? | 19:30:27 |
| 9 | A.  TPV in this context refers to total | 19:30:29 |
| 10 | payment volume, which is the payments happening in | 19:30:31 |
| 11 | the games, as I understand it, that are being | 19:30:39 |
| 12 | referred to here. | 19:30:44 |
| 13 | Q.  Okay.  So this appears that when | 19:30:47 |
| 14 | evaluating the deprecation of certain permissions, | 19:30:50 |
| 15 | Mr. O'Neil identified key apps that were generating | 19:30:55 |
| 16 | TPV.  Correct? | 19:30:59 |
| 17 | A.  Sorry.  Can you ask that again?  I want to | 19:31:02 |
| 18 | make sure I -- | 19:31:04 |
| 19 | Q.  Yeah, I'm just trying to understand -- | 19:31:05 |
| 20 | sorry, we're talking at the same time, which is my | 19:31:07 |
| 21 | fault. | 19:31:10 |
| 22 | But I'm trying to understand the -- this | 19:31:10 |
| 23 | appears to be an analysis of what APIs were going | 19:31:12 |
| 24 | to be deprecated, but also what apps would be | 19:31:16 |
| 25 | affected by those deprecations.  Right? | 19:31:20 |

Veritext Legal Solutions
866 299-5127

 1          And so one of the categories here that          19:31:23

 2   appears was -- that was being evaluated was whether   19:31:24

 3   the app that could be impacted by deprecation was     19:31:27

 4   generating TPV.                                       19:31:32

 5          Is that a fair read?                           19:31:34

 6      A.  My understanding is this deck has referred     19:31:36

 7   to a range of potentially to-be-deprecated APIs and   19:31:38

 8   permissions -- sorry -- specifically, the previous    19:31:46

 9   slide refers to permissions that were at this point   19:31:49

10   proposed to be deprecated, publicly -- not publicly   19:31:53

11   available to developers anymore, and the "Key apps"   19:31:59

12   slide is an attempt to quantify the number of apps    19:32:02

13   that the author estimated to be impacted by those     19:32:05

14   deprecations.                                         19:32:09

15      Q.  And what -- is it "Neko"?  Is that "Neko       19:32:12

16   spenders"?                                            19:32:17

17      A.  Neko or Neko, that refers to a product         19:32:18

18   that is -- that came to be known as "Mobile App       19:32:24

19   Install Ads."                                         19:32:27

20      Q.  Okay.  And what are "Neko spenders"?           19:32:31

21      A.  So my understanding is that would refer to     19:32:36

22   apps that were -- in some period of time had spent    19:32:38

23   some money on mobile app install ads.                 19:32:42

24      Q.  And when you say "spend some money," what      19:32:47

25   does that mean?                                       19:32:50

Veritext Legal Solutions
866 299-5127

1        A.   "Mobile App Install Ads" is an ads          19:32:52

2   product.  And so if a developer wanted to have ads    19:32:57

3   for their app, then they would buy those ads just     19:33:02

4   like any other ad on Facebook.                         19:33:06

█    ██  ██████████████████████████    ██████████

█        ████████████████████████████    ██████████

█    ████████████████                    ██████████

8        A.   I don't know what "Noisy" refers to.        19:33:22

9        Q.   And what about "T0/" -- or "T0/T1           19:33:24

10  partners?"                                             19:33:30

11       Do you know what that refers to?                  19:33:31

12       A.   That's referring to some kind of partner    19:33:33

13  categorization that would have been in use at the      19:33:35

14  time, but there are a number of different ways that    19:33:37

15  the partnership team would have classified and         19:33:40

16  categorized apps over time.                            19:33:46

17       Q.   Do you know what a "T0 partner" is?          19:33:48

18       A.   It would have been some categorization      19:33:51

19  that the platform partnerships team was using, but     19:33:53

20  I don't know exactly what T0 -- the criteria to be     19:33:57

21  classified as a T0 app was.                            19:34:05

22       Q.   And then T1, it -- my understanding is it   19:34:07

23  has to do with the importance of the partner to        19:34:11

24  Facebook.                                              19:34:14

25       Is that consistent with your                      19:34:14

Page 136

1    understanding?                                        19:34:16

2        A.  My understanding is there were various        19:34:17

3    tiers of partners, Tier 0 being the top, Tier 1       19:34:20

4    being one below.                                      19:34:25

5            But again, I -- it's unclear.  I am unable     19:34:27

6    to say what was -- why an app would be categorized     19:34:31

7    in Tier 0 versus Tier 1.                              19:34:35

8        Q.  And does Facebook classify its partners        19:34:38

9    differently based upon how much revenue Facebook       19:34:43

10   receives from the partner?                            19:34:47

11       A.  I don't know how the -- the tiering, as        19:34:53

12   represented here, was -- was determined.  My          19:34:56

13   understanding is there would have been a range of      19:34:59

14   factors that would have gone into that tiering        19:35:01

15   determination.                                        19:35:06

16       Q.  Now, my understanding of the -- of the         19:35:14

17   purpose of allowing an app to have access to friend    19:35:18

18   information was to use that information in the --      19:35:22

19   solely in the context of the person who authorized     19:35:28

20   the app to obtain the information.                    19:35:32

21           Is that your understanding?                   19:35:34

22       A.  My understanding is that the existence of      19:35:43

23   the ability for apps to access information about a     19:35:50

24   user who used the app and their friends was to        19:35:54

25   build an engaging social experience for that user.    19:35:59

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q.  And there were rules at Facebook, | 19:36:03 |
| 2 | developer rules, that limited the use of friend | 19:36:06 |
| 3 | information to the purpose you just described.  Is | 19:36:09 |
| 4 | that right? | 19:36:12 |
| 5 | A.  There was a range of platform policies | 19:36:15 |
| 6 | that developers -- it was a specific set of | 19:36:17 |
| 7 | platform policies that the -- that developers of | 19:36:20 |
| 8 | the Facebook app -- the developers of apps that | 19:36:25 |
| 9 | used the Facebook Developer Platform would have to | 19:36:27 |
| 10 | agree to. | 19:36:32 |
| 11 | Q.  And so if an app gets access to friend | 19:36:34 |
| 12 | data and then uses that information to target the | 19:36:39 |
| 13 | friends of the app users with advertisements, that | 19:36:41 |
| 14 | would be an example of an app using friend | 19:36:46 |
| 15 | information in a way that is -- that violates | 19:36:48 |
| 16 | Facebook's developer policies.  Is that right? | 19:36:52 |
| 17 | MR. BLUME:  Objection to scope. | 19:36:55 |
| 18 | THE WITNESS:  Sorry.  I haven't prepared | 19:37:00 |
| 19 | to speak to Facebook's developer policies and | 19:37:01 |
| 20 | precisely what they allowed or prohibited -- and | 19:37:04 |
| 21 | also how Facebook's advertising ecosystem worked. | 19:37:09 |
| 22 | BY MR. LOESER: | 19:37:15 |
| 23 | Q.  And based upon your knowledge of the | 19:37:19 |
| 24 | platform, was my statement correct? | 19:37:20 |
| 25 | A.  I -- I am not -- I'm not sure I can | 19:37:24 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | confirm exactly that -- that statement.  I am not | 19:37:33 |
| 2 | sure, as I sit here today, exactly what the | 19:37:37 |
| 3 | policies were at any given time in the past. | 19:37:39 |
| 4 | Q.  Okay.  Let me ask one more related | 19:37:46 |
| 5 | question.  Perhaps this is something that you are | 19:37:48 |
| 6 | familiar with. | 19:37:50 |
| 7 | If an app gets access to friend data and | 19:37:51 |
| 8 | then sells that friend information to another third | 19:37:53 |
| 9 | party, would that be an example of the app using | 19:37:56 |
| 10 | friend information in a way that is not solely | 19:37:59 |
| 11 | within the app user's experience? | 19:38:03 |
| 12 | A.  If an app developer is making data | 19:38:10 |
| 13 | available to another entity that isn't -- that -- | 19:38:16 |
| 14 | it's hard -- yeah. | 19:38:26 |
| 15 | It's hard for me to, like, give a specific | 19:38:27 |
| 16 | answer to that based on my understanding of how | 19:38:29 |
| 17 | the -- of what was and wasn't okay in terms of the | 19:38:33 |
| 18 | Facebook Developer Platform policies. | 19:38:37 |
| 19 | Q.  Okay.  But you described for me Facebook's | 19:38:39 |
| 20 | understanding of how friend information was to be | 19:38:43 |
| 21 | used, which was to create the experience between | 19:38:45 |
| 22 | the user of the app and the app.  Right? | 19:38:48 |
| 23 | A.  So my answer there was referring to my | 19:38:52 |
| 24 | understanding of the -- the primary reason why the | 19:38:56 |
| 25 | Facebook Platform existed, which was to primarily | 19:38:59 |

| | | |
|---|---|---|
| 1 | allow developers to build engaging social | 19:39:04 |
| 2 | experiences that users could interact with that was | 19:39:08 |
| 3 | valuable to them. | 19:39:11 |
| 4 | Q.  And Facebook did not intend in that | 19:39:12 |
| 5 | context for apps to use friend information it | 19:39:15 |
| 6 | obtained from a user outside of the context of the | 19:39:18 |
| 7 | user's experience with that app.  Right? | 19:39:25 |
| 8 | A.  So there were a number of users -- uses of | 19:39:29 |
| 9 | the Facebook Developer Platform where | 19:39:33 |
| 10 | information -- often publicly available information | 19:39:37 |
| 11 | about a user's activity would be available to an | 19:39:40 |
| 12 | app developer without the user explicitly | 19:39:43 |
| 13 | authorizing the application. | 19:39:47 |
| 14 | Q.  And let's confine our answer to | 19:39:53 |
| 15 | information obtained about a friend that was | 19:39:55 |
| 16 | intended for friends only; that wasn't public. | 19:39:57 |
| 17 | And I'm just trying to understand kind of | 19:40:01 |
| 18 | how friend-sharing works.  It's not a trick | 19:40:04 |
| 19 | question.  I'm just trying to understand if an app | 19:40:06 |
| 20 | obtains friend information but then uses that | 19:40:08 |
| 21 | information for purposes other than the experience | 19:40:10 |
| 22 | of the app user and the app, is that something that | 19:40:12 |
| 23 | is beyond what Facebook intended when it provided | 19:40:16 |
| 24 | access to the friend information? | 19:40:20 |
| 25 | A.  So limited to -- limited to the context of | 19:40:27 |

Veritext Legal Solutions
866 299-5127

1    a user having explicitly authorized an application          19:40:30

2    and then that application having access to the --           19:40:36

3    the data made available via the friend permissions,         19:40:39

4    my understanding is that the -- that that                   19:40:43

5    information was to be used within the context of            19:40:46

6    the application that the user was using.                    19:40:48

7        Q.  Did Facebook have any technology making it         19:40:51

8    impossible for apps to use friend data other than          19:40:54

9    in connection with the app user?                            19:40:58

10       A.  One piece of technology Facebook has, or           19:41:06

11   had, is the privacy settings available governing           19:41:11

12   visibility of content on Facebook.                          19:41:18

13           As a result, it's possible that, for                19:41:22

14   example, if we were friends and you posted a post,          19:41:26

15   you could make that post not visible to me, even            19:41:31

16   though we were friends using on-Facebook privacy            19:41:36

17   settings.                                                    19:41:40

18           If you had done that, then that piece of            19:41:41

19   content wouldn't be available via the API if it was         19:41:44

20   being called on my behalf.                                  19:41:50

21       Q.  Okay.  And if you have shared information           19:41:52

22   with your friend based upon your privacy setting            19:41:54

23   that allowed friends to have that information, was          19:41:59

24   there technology that prevented an app from --              19:42:01

25   could Facebook have utilized technology that would          19:42:07

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | prevent that app from getting the friend | 19:42:10 |
| 2 | information since the app is not the friend of the | 19:42:13 |
| 3 | person who posted it? | 19:42:15 |
| 4 | A.  So the -- again, which time frame are you | 19:42:17 |
| 5 | referring to here? | 19:42:20 |
| 6 | Q.  At any point since 2007. | 19:42:22 |
| 7 | A.  Okay.  So once a -- once an app makes an | 19:42:25 |
| 8 | API call on behalf of a user and the Facebook API | 19:42:32 |
| 9 | returns that information to the application, then | 19:42:38 |
| 10 | the application or the developer, whether or not | 19:42:44 |
| 11 | that's their servers or the code, technically has | 19:42:48 |
| 12 | access to that information. | 19:42:51 |
| 13 | And once they have that information, | 19:42:54 |
| 14 | the -- there's very little -- there's no technical | 19:42:57 |
| 15 | way for Facebook to prevent it being used outside | 19:43:01 |
| 16 | the use of the application itself. | 19:43:06 |
| 17 | Q.  Does Facebook perform financial analysis | 19:43:17 |
| 18 | of the different products it offers? | 19:43:20 |
| 19 | A.  That's a very -- | 19:43:25 |
| 20 | Sorry, Rob, it looks like you were going | 19:43:27 |
| 21 | to say something. | 19:43:30 |
| 22 | MR. BLUME:  I was just going to object to | 19:43:31 |
| 23 | the form. | 19:43:33 |
| 24 | THE WITNESS:  Facebook as a company does | 19:43:40 |
| 25 | look at its various products and how they are | 19:43:44 |

Veritext Legal Solutions
866 299-5127

1    performing.                                          19:43:47

2    BY MR. LOESER:                                       19:43:47

3        Q.  Okay.  And do the different products         19:43:48

4    engage in analysis of revenue and the income,        19:43:50

5    et cetera, of that product to -- to Facebook?        19:43:55

6        A.  Different products assess their              19:44:01

7    performance in different ways.  Ads products, for    19:44:02

8    example, typically would look at revenue as to       19:44:06

9    whether or not they were performing.                 19:44:10

10       Q.  And what about partnership-based products?   19:44:14

11           Are there partnership-based products?        19:44:18

12       A.  Help me understand what you mean by          19:44:21

13   "partnership-based products."                        19:44:23

14       Q.  Well, you were in the Partnership team.      19:44:25

15           Did it have a product?                       19:44:27

16       A.  The Partnership team doesn't have            19:44:29

17   products, no.                                        19:44:30

18       Q.  And does it report revenue or income?        19:44:33

19       A.  The Partnership -- the Platform              19:44:39

20   Partnerships team would typically assess the         19:44:41

21   utilization of the Facebook Developer Platform       19:44:49

22   product by Platform developers, and income from      19:44:52

23   Platform developers is one of the things that may    19:45:01

24   have been looked at in terms of understanding the    19:45:05

25   performance of the Platform products.                19:45:08

1   Q.  And what types of income did Facebook          19:45:11

2   receive from Platform developers?                   19:45:13

3   A.  The types of income that Facebook would         19:45:18

4   receive from Platform developers were, broadly:     19:45:21

5   One, ad spend related to the Platform developer's   19:45:25

6   products; and, two, in the case of games that used  19:45:35

7   in-game currency where that game was rendered       19:45:41

8   inside the Facebook Chrome on the web, Facebook      19:45:44

9   would take a cut of the total payment volume inside 19:45:54

10  of that game or app.                                19:45:59

11  Q.  And does Facebook consider the user data        19:46:07

12  it collects and infers about users valuable?        19:46:09

13  A.  Can you help me understand the -- the           19:46:15

14  context, as in -- yeah.                             19:46:17

15  Can you help me understand the context              19:46:20

16  you're asking in?                                   19:46:21

17  Q.  Sure.  I'll ask more specifically.              19:46:22

18  Did Facebook do any financial analysis of           19:46:24

19  the value of user data it collects and infers about 19:46:26

20  users?                                              19:46:30

21  A.  In -- let me understand.  In any way,           19:46:39

22  across any part of the company?  Is that what       19:46:41

23  you're asking?                                      19:46:43

24  Q.  Yes.  Yes.  We can start big and go small.      19:46:44

25  So, in any way.                                     19:46:47

Veritext Legal Solutions
866 299-5127

1      MR. BLUME:  Objection to scope.              19:46:50

2      THE WITNESS:  Yeah.  It's hard for me to     19:46:52

3  answer that question at the full company level.   19:46:54

4  That's not what I've prepared to testify on.      19:46:57

5      On a personal level, there -- I can say       19:47:00

6  that there are products that the -- where the --   19:47:04

7  where, like, the impact of the -- or the -- it's   19:47:18

8  hard for me to say.  I can't give you a very crisp 19:47:22

9  and clear and accurate answer to that -- to that   19:47:26

10  question.  It's not what I've testified on, and I'd 19:47:28

11  be giving you an inappropriate answer, I think.    19:47:31

12  BY MR. LOESER:                                     19:47:36

13      Q.  If I wanted to have Facebook answer the   19:47:36

14  question whether it does financial analysis of the 19:47:38

15  value of user data that it collects, where would I 19:47:40

16  go in the company to get information about that?    19:47:44

17      Is that the finance department or -- or       19:47:47

18  where would that get reported?                     19:47:50

19      MR. BLUME:  Objection.  Beyond the scope.     19:47:52

20      THE WITNESS:  Yeah, I think different         19:47:57

21  teams assess the performance of their products in  19:47:59

22  different ways, and those products involve          19:48:02

23  different kinds of information.                      19:48:05

24      So it's really hard to give you a specific    19:48:07

25  answer to that question.  I couldn't give you a    19:48:09

| 1 | specific answer to that question. | 19:48:11 |
| 2 | BY MR. LOESER: | 19:48:15 |
| 3 | Q.  Okay.  And has Facebook done any analysis | 19:48:15 |
| 4 | of the value of the data it makes available to | 19:48:17 |
| 5 | third parties through the Facebook Social Graph? | 19:48:20 |
| 6 | MR. BLUME:  Objection.  Scope. | 19:48:24 |
| 7 | THE WITNESS:  I've seen some analysis of | 19:48:33 |
| 8 | the impact of the Platform changes that were | 19:48:34 |
| 9 | proposed, and I've also seen and heard about | 19:48:37 |
| 10 | analysis done of the -- of the use of the Facebook | 19:48:43 |
| 11 | Developer Platform in terms of how people use it | 19:48:46 |
| 12 | and how that contributes revenue to Facebook.  But | 19:48:51 |
| 13 | I've -- I don't recall seeing analysis specific to, | 19:48:58 |
| 14 | like, the user data itself. | 19:49:01 |
| 15 | BY MR. LOESER: | 19:49:04 |
| 16 | Q.  Okay.  Well, walk me through the two types | 19:49:06 |
| 17 | of analyses you just mentioned. | 19:49:12 |
| 18 | MR. BLUME:  Objection to scope, but he can | 19:49:18 |
| 19 | in his personal capacity. | 19:49:21 |
| 20 | BY MR. LOESER: | 19:49:23 |
| 21 | Q.  Well, let me clarify. | 19:49:23 |
| 22 | Your answer was:  "I've seen some analysis | 19:49:25 |
| 23 | of the impact of the Platform changes that were | 19:49:26 |
| 24 | proposed." | 19:49:29 |
| 25 | So what's the analysis that you've seen of | 19:49:30 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | the impact of the Platform changes that were | 19:49:32 |
| 2 | proposed? | 19:49:34 |
| 3 | A. So one of the documents I reviewed in | 19:49:38 |
| 4 | preparation for the testimony today seems to -- | 19:49:40 |
| 5 | seems to make an assessment of the various changes | 19:49:45 |
| 6 | that were proposed to be launched and estimates the | 19:49:48 |
| 7 | impact that might have on Facebook's revenues from | 19:49:53 |
| 8 | developers. | 19:49:57 |
| 9 | So I recall reviewing a document of that | 19:50:00 |
| 10 | form. | 19:50:02 |
| 11 | Q. And can you tell me more about that | 19:50:03 |
| 12 | document; who created it and when it was created? | 19:50:05 |
| 13 | A. I don't know who created it or when it was | 19:50:10 |
| 14 | created, but I do know it was -- my understanding | 19:50:12 |
| 15 | is it was previously produced in -- in this | 19:50:15 |
| 16 | litigation. So it should be available to you. | 19:50:20 |
| 17 | Q. Okay. We'll follow up with Mr. Blume and | 19:50:28 |
| 18 | try and pin down that document. | 19:50:33 |
| 19 | And the second thing you said was an | 19:50:35 |
| 20 | assessment of the various changes that were | 19:50:39 |
| 21 | proposed and estimates of the impact they might | 19:50:46 |
| 22 | have on Facebook's revenue from developers. | 19:50:48 |
| 23 | So what was that analysis? | 19:50:51 |
| 24 | A. So I think that's the thing I've just -- | 19:50:52 |
| 25 | that's the thing I've just talked about. | 19:50:54 |

Veritext Legal Solutions
866 299-5127

1      Q.  Okay.  Was there -- I thought you          19:50:56

2  mentioned two different assessments that you saw.    19:50:58

3      A.  So that -- that document, I -- I saw in      19:51:03

4  preparation for this case, this testimony.          19:51:06

5         The other thing I recall mentioning is in    19:51:10

6  my personal capacity, I recall there being analysis  19:51:16

7  done of the -- the revenue that Facebook games       19:51:20

8  provided to the Facebook company.                    19:51:28

9         But I don't recall a specific document on     19:51:32

10  that, and I have not reviewed a document of that     19:51:36

11  form in reference -- in preparation for this         19:51:38

12  testimony.                                           19:51:41

13      Q.  And this may be covered by what you said    19:51:45

14  before, but has Facebook ever analyzed the           19:51:47

15  financial or other business benefits Facebook        19:51:49

16  obtained by allowing third-party access to Facebook  19:51:52

17  user friends data in particular?                     19:51:56

18         MR. BLUME:  Objection to scope.              19:52:00

19         THE WITNESS:  I don't recall seeing any      19:52:03

20  analysis that was specifically limited to friends    19:52:07

21  data, no.                                            19:52:12

22  BY MR. LOESER:                                       19:52:14

23      Q.  And what about analysis that was limited    19:52:16

24  to deprecated permissions more broadly?              19:52:19

25      A.  I have not seen analysis related to         19:52:24

| 1 | deprecated permissions specifically, no. | 19:52:27 |
| 2 | Q.  And has Facebook ever analyzed the | 19:52:35 |
| 3 | financial or other business impact of continuing to | 19:52:37 |
| 4 | allow certain apps and partners to have access to | 19:52:40 |
| 5 | friend-sharing after publicly deprecating | 19:52:46 |
| 6 | friend-sharing permissions? | 19:52:49 |
| 7 | A.  So here we need to be specific when we | 19:52:51 |
| 8 | talk about friend-sharing permissions versus your | 19:52:54 |
| 9 | broader definition of friends data. | 19:52:57 |
| 10 | No, I -- I have not seen and am not aware | 19:53:00 |
| 11 | of any analysis that was done relating to | 19:53:04 |
| 12 | extensions allowing apps to continue to have | 19:53:10 |
| 13 | access -- some apps to continue to have access to | 19:53:14 |
| 14 | the friend permissions after they were more | 19:53:17 |
| 15 | publicly deprecated. | 19:53:22 |
| 16 | Q.  And if the question is not friends | 19:53:24 |
| 17 | permissions specifically, but deprecated | 19:53:27 |
| 18 | permissions, does that change your answer? | 19:53:30 |
| 19 | A.  I am not aware of any analysis that was | 19:53:33 |
| 20 | done to understand the impact of deprecated | 19:53:36 |
| 21 | permissions in particular. | 19:53:40 |
| 22 | As I testified previously, I -- sorry. | 19:53:44 |
| 23 | Q.  Go ahead.  I'm sorry. | 19:53:46 |
| 24 | A.  As I testified previously, I have seen | 19:53:50 |
| 25 | analysis of the impact of the changes in general, | 19:53:53 |

Veritext Legal Solutions
866 299-5127

1    but not specifically I recall seeing anything            19:53:59

2    related to just the deprecation of permissions.          19:54:03

3        Q.  And did Facebook evaluate the loss of            19:54:08

4    revenue that could occur if a Facebook partner or        19:54:13

5    partners stopped doing business with Facebook            19:54:17

6    because Facebook deprecated permissions that the         19:54:20

7    partner used?                                            19:54:23

8        A.  I don't recall seeing any analysis of            19:54:29

9    the -- on an app-specific basis or a                     19:54:35

10   partner-specific basis.                                  19:54:40

11        It's possible that people that worked with          19:54:43

12   that partner might assert a potential loss of            19:54:45

13   revenue, but I don't recall any, you know, formal        19:54:52

14   analysis being done of -- of the financial impact        19:54:55

15   of deprecating something.                                19:54:58

16       Q.  And you say you don't recall, but I want         19:55:01

17   to make sure I understand what you're saying.            19:55:04

18        Did Facebook do that analysis, do you               19:55:06

19   know?                                                    19:55:10

20       A.  I do not know, and I have not seen any           19:55:11

21   evidence in preparation for this that they did.          19:55:13

22       Q.  And if you were to find -- to search for         19:55:16

23   the answer to that question, who would you ask?          19:55:19

24       A.  I would ask Ime, probably, who was               19:55:26

25   involved in -- who led the Partnerships team around      19:55:35

1    this time -- sorry, let me be clearer about around        19:55:39

2    this time.                                                19:55:42

3          In the period 2013 to 2018, I believe, he          19:55:45

4    may be aware of whether or not such analysis was          19:55:51

5    done.                                                     19:55:53

6          Q.  So -- sorry, I have to reach for a             19:56:02

7    document.                                                 19:56:05

8          Going back to the notice, on Topic 6, you          19:56:06

9    have -- the last part of that notice calls for            19:56:08

10   testimony about the revenue impact and net profits        19:56:15

11   for Facebook relating to friend-sharing throughout        19:56:19

12   the class period.  Correct?                               19:56:21

13         A.  I'll wait to see till it comes on the          19:56:26

14   screen.                                                   19:56:29

15         Q.  Sure.  And so I am going to ask you a          19:56:30

16   question -- yeah, I'm going to ask you a question          19:56:36

17   based on the notice, and you can tell me what             19:56:38

18   Facebook's answer is.                                     19:56:40

19         But what is the revenue impact and net             19:56:41

20   profits for Facebook related to friend-sharing            19:56:44

21   before Facebook publicly deprecated friend-sharing        19:56:46

22   APIs?                                                     19:56:49

23         A.  My understanding is that Facebook did          19:56:53

24   not -- has not done analysis as to the revenue            19:56:56

25   impact and net profits related to friend-sharing.         19:57:01

1    Q. And what is the revenue impact and net          19:57:07

2    profits for Facebook related to friend-sharing     19:57:09

3    after publicly deprecating friend-sharing APIs but 19:57:16

4    continuing to allow friend-sharing for certain apps 19:57:19

5    and partners?                                       19:57:21

6    A. In preparation for this -- this testimony,      19:57:24

7    I attempted to see whether or not any such analysis 19:57:28

8    has been done.                                      19:57:33

9    My understanding is that no analysis was            19:57:34

10   done. I am not aware of any analysis having been    19:57:36

11   done about the revenue impact to net profits        19:57:40

12   relating to friend-sharing before or after the      19:57:44

13   deprecation period.                                 19:57:47

14   Q. And who -- what did you do to educate           19:57:48

15   yourself on that question?                          19:57:52

16   A. I spoke to Ime, and I reviewed the              19:57:56

17   document -- several documents provided to me in     19:58:03

18   this case.                                          19:58:05

19   Q. So I'm about to move on to Topic 7, and         19:58:27

20   we've been going for about an hour, so it's         19:58:30

21   probably a good time to take a break. We also have  19:58:33

22   your notes, and I just need to quickly look at them 19:58:36

23   and see if I have any other questions about Topic 6 19:58:38

24   regarding your notes.                               19:58:39

25   If you don't want to take a break, I can            19:58:42

| | | |
|---|---|---|
| 1 | plow ahead, but it's been an hour, and if you want | 19:58:42 |
| 2 | to take a break, that's fine too. | 19:58:42 |
| 3 | A. Yeah, let's just take five minutes. That | 19:58:44 |
| 4 | would be good. I'll just stretch a bit; make sure | 19:58:48 |
| 5 | I'm fresh. | 19:58:51 |
| 6 | THE VIDEO OPERATOR: We're off the record | 19:58:52 |
| 7 | at 7:58 P.M. | 19:58:53 |
| 8 | (Recess from 7:58 P.M. to 8:12 P.M.) | 19:58:55 |
| 9 | THE VIDEO OPERATOR: We're back on the | 20:12:47 |
| 10 | record. It's 8:12 P.M. | 20:12:48 |
| 11 | MR. LOESER: Mr. Cross, we're going to | 20:12:56 |
| 12 | mark as an exhibit the notes that -- that you | 20:12:57 |
| 13 | provided to your counsel who then provided them to | 20:13:01 |
| 14 | us. | 20:13:03 |
| 15 | And if we have time today, we might come | 20:13:14 |
| 16 | back and ask a few questions about them, but for | 20:13:17 |
| 17 | now, I just wanted to mark them as an exhibit. So | 20:13:19 |
| 18 | we can just put them up, introduce them, and move | 20:13:22 |
| 19 | on. | 20:13:25 |
| 20 | (Deposition Exhibit 335 was marked for | 20:13:25 |
| 21 | identification.) | 20:13:29 |
| 22 | BY MR. LOESER: | 20:13:30 |
| 23 | Q. I do have, actually, one -- we don't need | 20:13:31 |
| 24 | to put the exhibit back up, but I had noticed in | 20:13:33 |
| 25 | your notes when I asked you earlier who had | 20:13:35 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | developed friend-sharing, you couldn't recall, but | 20:13:38 |
| 2 | your notes indicate it was Luke Shepherd, | 20:13:40 |
| 3 | Ari Steinberg, and Alex Himmel.  Is that correct? | 20:13:43 |
| 4 | A.  Those are three names of people that I | 20:13:49 |
| 5 | believe to have been involved in the early | 20:13:51 |
| 6 | development of the Facebook Developer Platform | 20:13:53 |
| 7 | which included sharing friends data as part of the | 20:13:55 |
| 8 | model. | 20:14:02 |
| 9 | Q.  And when you say "early development," | 20:14:02 |
| 10 | what's the time period that you're referring to? | 20:14:03 |
| 11 | A.  My understanding is that Ari Steinberg was | 20:14:11 |
| 12 | involved in the 2007/2008 time frame, although I | 20:14:14 |
| 13 | don't have the specifics. | 20:14:19 |
| 14 | Luke Shepherd was involved in the Platform | 20:14:21 |
| 15 | when I joined in September 2010.  I'm not sure when | 20:14:24 |
| 16 | his tenure in that space began or ended. | 20:14:29 |
| 17 | And Alex Himmel is another person that I | 20:14:36 |
| 18 | know was involved in the Facebook Developer | 20:14:39 |
| 19 | Platform. | 20:14:40 |
| 20 | Whether or not these folks were | 20:14:42 |
| 21 | specifically involved in the original design of the | 20:14:44 |
| 22 | platform, which included friend-sharing, it's hard | 20:14:49 |
| 23 | for me to know specifically. | 20:14:53 |
| 24 | Q.  Okay.  Thank you. | 20:14:57 |
| 25 | Let's go back to the notice.  We're going | 20:14:59 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | to move on to Topic 7. | 20:15:00 |
| 2 | It's a little longer, so I won't read the | 20:15:08 |
| 3 | whole thing into the record, but I gather you have | 20:15:10 |
| 4 | read all of Topic 7 and you are prepared to testify | 20:15:12 |
| 5 | about this topic. | 20:15:19 |
| 6 | And you've described what you did to | 20:15:34 |
| 7 | prepare for Topic 6. | 20:15:36 |
| 8 | When you prepared for Topic 6, were you | 20:15:38 |
| 9 | also at the same time preparing for Topic 7? | 20:15:40 |
| 10 | A.  That's correct.  I was preparing for the | 20:15:44 |
| 11 | two in parallel. | 20:15:45 |
| 12 | Q.  And is there anybody that you talked to at | 20:15:49 |
| 13 | Facebook to get information about Topic 7 that is | 20:15:51 |
| 14 | different than the folks that you talked to about | 20:15:54 |
| 15 | Topic 6? | 20:15:57 |
| 16 | A.  No.  The set of people I talked to, I | 20:15:59 |
| 17 | talked to about all of the matters I was preparing | 20:16:03 |
| 18 | to testify on. | 20:16:05 |
| 19 | Q.  And is there any component of Topic 7 that | 20:16:14 |
| 20 | you only have knowledge of based upon the | 20:16:17 |
| 21 | preparations that you did for this deposition? | 20:16:19 |
| 22 | A.  Yes.  I think 7-a, each whitelisted | 20:16:24 |
| 23 | entity; b, only -- so b, I have some personal | 20:16:33 |
| 24 | experience there; c, I also have some personal | 20:16:46 |
| 25 | experience. | 20:16:56 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | D -- could you scroll d onto the screen, | 20:17:02 |
| 2 | please?  There you go.  That was easy. | 20:17:05 |
| 3 | So I think I have some personal experience | 20:17:08 |
| 4 | in all, but with 7-a, primarily I'm relying on the | 20:17:11 |
| 5 | forensic work that was done after my involvement in | 20:17:19 |
| 6 | the Facebook Developer Platform to answer those | 20:17:25 |
| 7 | questions. | 20:17:29 |
| 8 | Q.  And based on your preparation with regard | 20:17:31 |
| 9 | to Topic 7, do you believe you are reasonably | 20:17:33 |
| 10 | educated to testify on these matters? | 20:17:37 |
| 11 | A.  I believe I am reasonably educated to | 20:17:39 |
| 12 | testify.  I've done as much as I could to prepare. | 20:17:41 |
| 13 | Q.  And last night, your counsel informed us | 20:17:53 |
| 14 | that you are not prepared to testify about call | 20:17:54 |
| 15 | logs, APIs, or permissions granted to any | 20:17:57 |
| 16 | particular entity. | 20:18:00 |
| 17 | And is that -- is that your understanding? | 20:18:03 |
| 18 | A.  Yeah.  We -- I want to make sure that I -- | 20:18:12 |
| 19 | in answering those questions, I want to make sure I | 20:18:15 |
| 20 | have done as much preparation as possible, and I | 20:18:17 |
| 21 | think a couple more -- a bit more time to make sure | 20:18:25 |
| 22 | I can speak to those topics would be valuable. | 20:18:28 |
| 23 | Q.  Okay.  And over the course of your | 20:18:33 |
| 24 | employment at Facebook, did you develop any | 20:18:34 |
| 25 | personal knowledge of call logs, APIs, or | 20:18:36 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | permissions granted to any particular entity? | 20:18:40 |
| 2 | A. I developed -- I was in -- I had access to | 20:18:44 |
| 3 | and would have used some of the tools that would | 20:18:48 |
| 4 | help analyze call logs and Platform API usage and, | 20:18:56 |
| 5 | in the course of doing that, would have seen | 20:19:03 |
| 6 | information to do with particular apps. | 20:19:05 |
| 7 | But that's a long time ago, and I wouldn't | 20:19:10 |
| 8 | remember the specifics, and I don't know what in | 20:19:13 |
| 9 | general Facebook would have access to today, many | 20:19:15 |
| 10 | years after -- many years after my time directly | 20:19:18 |
| 11 | involved in this stuff. | 20:19:23 |
| 12 | Q. Okay. Thank you. | 20:19:24 |
| 13 | Mr. Cross, please explain what it means to | 20:19:27 |
| 14 | "whitelist" an app or a partner in the context of | 20:19:29 |
| 15 | access to APIs. | 20:19:33 |
| 16 | A. The -- can you be specific? | 20:19:47 |
| 17 | Which APIs are we referring to here? | 20:19:49 |
| 18 | Q. Just generally, back to making sure we | 20:19:52 |
| 19 | have the terminology down and I'm using the right | 20:19:54 |
| 20 | words to talk about what we're discussing, there's, | 20:19:57 |
| 21 | obviously, a lot of documents that talk about, | 20:19:59 |
| 22 | refer to, and use the term "whitelist," and I | 20:20:01 |
| 23 | gather that's a term that can be applied in a | 20:20:05 |
| 24 | variety of contexts. | 20:20:07 |
| 25 | But when it's connected to granting access | 20:20:08 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | to particular APIs or -- I'm continually getting | 20:20:11 |
| 2 | this wrong -- permissions, does it have a | 20:20:17 |
| 3 | particular meaning? | 20:20:20 |
| 4 | A.  In the context -- we referred to in the | 20:20:21 |
| 5 | context of the Facebook Developer Platform again? | 20:20:23 |
| 6 | Q.  Yeah.  Yes. | 20:20:26 |
| 7 | A.  So in that context, I understand | 20:20:32 |
| 8 | "whitelisting" to refer to where a given | 20:20:33 |
| 9 | application is added to a list of applications | 20:20:38 |
| 10 | that -- whose behavior or whose -- the behavior of | 20:20:45 |
| 11 | the API, and the Facebook Developer Platform is | 20:20:50 |
| 12 | modified in some way for those applications. | 20:20:53 |
| 13 | Q.  And consistent with that definition, when | 20:21:05 |
| 14 | did Facebook first start whitelisting any app or | 20:21:07 |
| 15 | partner? | 20:21:10 |
| 16 | A.  So the -- given that the concept of | 20:21:14 |
| 17 | whitelisting in general applies to making -- you | 20:21:16 |
| 18 | know, modifying the changes to the -- modifying the | 20:21:21 |
| 19 | behavior of the Facebook Developer Platform, then | 20:21:24 |
| 20 | whitelisting in some form has been used | 20:21:27 |
| 21 | consistently throughout the development of the | 20:21:31 |
| 22 | Facebook Developer Platform in some way. | 20:21:35 |
| 23 | Q.  And, again, I want to make sure I have the | 20:21:46 |
| 24 | technology correct, but what does it mean to | 20:21:48 |
| 25 | whitelist friend-sharing APIs for an app? | 20:21:52 |

| | | |
|---|---|---|
| 1 | Or let me put it this way: What does it | 20:21:55 |
| 2 | mean to whitelist an app's ability to collect | 20:21:58 |
| 3 | friend-sharing data? | 20:22:00 |
| 4 | A. So this would refer to what we mean by | 20:22:06 |
| 5 | "friend-sharing data." In this context, one way | 20:22:11 |
| 6 | that that could have manifested is where an app has | 20:22:20 |
| 7 | access to APIs and permissions which were not | 20:22:28 |
| 8 | generally available to other Facebook developers | 20:22:33 |
| 9 | and applications at the time. | 20:22:38 |
| 10 | Q. Okay. And I've seen in Facebook's | 20:22:42 |
| 11 | documents "whitelisting" used in reference to apps, | 20:22:45 |
| 12 | but I've also seen it used in reference to | 20:22:50 |
| 13 | partners. | 20:22:52 |
| 14 | Is there a different definition that | 20:22:53 |
| 15 | Facebook uses when thinking of whitelisting | 20:22:55 |
| 16 | partners in the context of the Platform? | 20:22:59 |
| 17 | A. So back to my original definition of | 20:23:04 |
| 18 | "application" being a very specific entity in the | 20:23:06 |
| 19 | Facebook Developer Platform ecosystem, a partner | 20:23:08 |
| 20 | would refer to an entity, a -- for example, a | 20:23:14 |
| 21 | company. And that company may have several, one or | 20:23:17 |
| 22 | more, Facebook applications, and those applications | 20:23:24 |
| 23 | may or may not have been whitelisted for | 20:23:32 |
| 24 | alternative API behavior. | 20:23:35 |
| 25 | So in that context, you know, when a -- a | 20:23:38 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | partner is -- if you see the phrase "partner has | 20:23:41 |
| 2 | been whitelisted," what specifically happens in | 20:23:45 |
| 3 | the -- in the -- in the code base is that the | 20:23:48 |
| 4 | applications owned -- the Facebook applications | 20:23:54 |
| 5 | owned and maintained by that partner, the app IDs | 20:23:59 |
| 6 | have been granted some modification to the standard | 20:24:05 |
| 7 | API behavior. | 20:24:09 |
| 8 | Q.  And through those modifications, those | 20:24:12 |
| 9 | partners, vis-à-vis their apps or, if it's a | 20:24:15 |
| 10 | developer, the developer vis-à-vis its app would | 20:24:19 |
| 11 | gain access to friend data that would not otherwise | 20:24:23 |
| 12 | have been available to that app or partner. | 20:24:28 |
| 13 | Is that a fair description? | 20:24:33 |
| 14 | A.  Well, it's a wide range of whitelists and | 20:24:35 |
| 15 | capabilities that were in the system.  Many of | 20:24:39 |
| 16 | them, in fact, my understanding is the vast | 20:24:44 |
| 17 | majority of them were not related to friend data at | 20:24:47 |
| 18 | all. | 20:24:49 |
| 19 | Q.  Okay.  And, in fact, there's plenty of | 20:24:54 |
| 20 | discussion in Facebook documents about the other | 20:24:56 |
| 21 | permissions that were deprecated with Version 2 | 20:24:58 |
| 22 | that also were whitelisted for certain apps and | 20:25:03 |
| 23 | partners.  Right? | 20:25:07 |
| 24 | A.  There's -- when you say "whitelisted," | 20:25:09 |
| 25 | what time period are you referring to here? | 20:25:13 |

Page 160

| | | |
|---|---|---|
| 1 | It's very specific, given that | 20:25:15 |
| 2 | whitelisting as a concept is something that's very | 20:25:17 |
| 3 | common in the industry and will have been used in | 20:25:21 |
| 4 | this context for many years. | 20:25:24 |
| 5 | Q. Sure. Is the use of whitelisting | 20:25:26 |
| 6 | vis-à-vis the Facebook Platform, did that mean | 20:25:30 |
| 7 | something different at different times in | 20:25:35 |
| 8 | Facebook's lifespan? | 20:25:38 |
| 9 | A. Well, the general definition of | 20:25:42 |
| 10 | whitelisting in the context of the Facebook | 20:25:44 |
| 11 | Platform is that by being on a whitelist, you get | 20:25:46 |
| 12 | some kind of different behavior -- the Platform | 20:25:50 |
| 13 | behaves in some kind of different way to people not | 20:25:54 |
| 14 | on the whitelist. | 20:25:57 |
| 15 | Exactly what that behavior is depends on | 20:25:59 |
| 16 | specifically what the capability is. | 20:26:02 |
| 17 | And so, again, over time, the high -- at | 20:26:06 |
| 18 | the conceptual level, the concept of whitelisting | 20:26:11 |
| 19 | hasn't changed, but exactly which whitelists | 20:26:15 |
| 20 | existed, for what purpose they were used, and who | 20:26:18 |
| 21 | had access to them at any given time will have | 20:26:21 |
| 22 | changed considerably over time. | 20:26:23 |
| 23 | Q. Okay. And so we've talked about | 20:26:26 |
| 24 | whitelisting. | 20:26:28 |
| 25 | Let's talk about private APIs for a | 20:26:29 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | minute. | 20:26:32 |
| 2 | Does Facebook conceive of private APIs as | 20:26:32 |
| 3 | something different than whitelisting? | 20:26:36 |
| 4 | A.  I think we discussed the definition of | 20:26:42 |
| 5 | private APIs earlier in the -- in the testimony. | 20:26:44 |
| 6 | So that would be, in my -- in my determination, | 20:26:46 |
| 7 | APIs or behaviors which were not available -- in | 20:26:55 |
| 8 | this case, "private APIs" would typically refer to | 20:27:01 |
| 9 | APIs or permissions that were not generally | 20:27:04 |
| 10 | available. | 20:27:06 |
| 11 | Whitelisting is the concept of who has | 20:27:07 |
| 12 | access to the private APIs, but there is also | 20:27:10 |
| 13 | whitelisting which is nothing to do with private | 20:27:15 |
| 14 | APIs or permissions in any way. | 20:27:19 |
| 15 | Q.  And your answer probably helps to explain | 20:27:22 |
| 16 | why there is some confusion in the documents about | 20:27:25 |
| 17 | this because these terms do seem to get -- they | 20:27:27 |
| 18 | seem overlapping but also different; so I want to | 20:27:30 |
| 19 | make sure I understand. | 20:27:33 |
| 20 | The only way an app that is created by a | 20:27:34 |
| 21 | developer that is not a partner with Facebook can | 20:27:40 |
| 22 | get access to publicly deprecated APIs is through a | 20:27:43 |
| 23 | whitelist.  Right? | 20:27:47 |
| 24 | A.  That would depend on the precise time | 20:27:50 |
| 25 | we're talking about.  It would also depend on when | 20:27:53 |

Veritext Legal Solutions
866 299-5127

1    the application was created.                      20:27:56

2        Q.  Okay.  Well, let's talk about 2014 to the   20:27:59

3    present.                                          20:28:02

4            Is there a way other than a whitelist for   20:28:04

5    a developer or an app that is not considered a   20:28:07

6    partner of Facebook's to get access to publicly   20:28:10

7    deprecated permissions?                          20:28:13

8        A.  Via permission being publicly            20:28:21

9    deprecated -- let's take an example, I think, is   20:28:23

10   the easiest way to answer that question.         20:28:26

11           So the -- where permissions which were    20:28:28

12   publicly available to API Version 1 which were not   20:28:33

13   publicly available in API Version 2, for          20:28:37

14   applications that originally could call API       20:28:41

15   Version 1 that later could only call API Version 2,   20:28:45

16   when that public deprecation was complete, the only   20:28:52

17   way to access those publicly deprecated permissions   20:28:56

18   would have been to be on a whitelist; one or more   20:29:01

19   whitelists.                                       20:29:06

20       Q.  And so developers -- well, let's start   20:29:09

21   with apps.                                        20:29:12

22           Apps could be on that whitelist, right?   20:29:13

23       A.  In the context of the Facebook Developer   20:29:17

24   Platform and specifically referring to app-based   20:29:18

25   whitelisting -- there are other forms of          20:29:21

Veritext Legal Solutions
866 299-5127

1     whitelisting available -- then, yes, the                20:29:23

2     application ID would have been on a whitelist.          20:29:28

3          Q.  And partners could be on a whitelist too.      20:29:33

4     But in order for that to be functional, they had to     20:29:39

5     have a private API?                                     20:29:41

6          A.  Sorry.  I think we're getting our concepts     20:29:44

7     mixed up here, and it's getting hard to answer --       20:29:47

8     answer the questions.                                   20:29:50

9          So how do you want to proceed?  I feel            20:29:52

10    like we may need to reclarify some of these            20:29:56

11    definitions because you're mixing them up in your      20:29:59

12    questions.                                             20:30:02

13         Q.  All I'm trying to do is figure out what       20:30:03

14    the distinction is between a whitelist and a           20:30:05

15    private API, and specifically in the context of        20:30:08

16    giving a third-party access to deprecated              20:30:10

17    permissions after 2014.                                20:30:12

18         So is there a difference between, in that         20:30:14

19    context, a whitelist and a private API?                20:30:16

20         A.  Yes.  As I previously testified, a            20:30:20

21    whitelist is a -- a mechanism by which -- in the       20:30:22

22    context of the Facebook Platform, an app ID is         20:30:26

23    specified in some way as having alternative -- you     20:30:30

24    know, having a different API behavior than happens     20:30:33

25    that are not on the whit list.                         20:30:37

| | | |
|---|---|---|
| 1 | Private APIs are -- some of the things | 20:30:39 |
| 2 | that you could be whitelisted for, but there are | 20:30:43 |
| 3 | other things that you could also be whitelisted | 20:30:45 |
| 4 | for.  For example, rate limit behavior.  Different | 20:30:48 |
| 5 | rate limit behavior.  Right? | 20:30:51 |
| 6 | So whitelisting is the concept by which an | 20:30:53 |
| 7 | application ID, in the -- sorry. | 20:30:56 |
| 8 | Whitelisting is the concept by which an | 20:30:59 |
| 9 | application ID in the context of the Facebook | 20:31:02 |
| 10 | Platform is offered some deeper, nonstandard, or | 20:31:03 |
| 11 | nonpublic behavior, different behavior. | 20:31:09 |
| 12 | And then there are some whitelists, | 20:31:11 |
| 13 | specifically called "capabilities," that would | 20:31:16 |
| 14 | determine exactly what behavior those applications | 20:31:18 |
| 15 | had that was different to the standard. | 20:31:23 |
| 16 | Q.  Okay.  And are private APIs established | 20:31:28 |
| 17 | through a contract between Facebook and a Facebook | 20:31:30 |
| 18 | partner? | 20:31:32 |
| 19 | A.  Not always.  Not always.  There -- again, | 20:31:38 |
| 20 | there are a number of private APIs and a number of | 20:31:42 |
| 21 | different private behaviors -- different behaviors. | 20:31:45 |
| 22 | Some of those would be governed -- granted under a | 20:31:49 |
| 23 | contract; others would not. | 20:31:53 |
| 24 | For example, rate-limiting; you wouldn't | 20:31:56 |
| 25 | necessarily expect a developer to agree to a | 20:31:58 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | contract to be on the rate-limit whitelist. | 20:32:01 |
| 2 | Q.  What is a "rate-limit whitelist"? | 20:32:06 |
| 3 | A.  So "rate limits" refers to the number of | 20:32:09 |
| 4 | API calls that an application can make within a | 20:32:14 |
| 5 | given time period in a number of different, | 20:32:17 |
| 6 | complicated ways. | 20:32:20 |
| 7 | There's the standard set of how the rate | 20:32:22 |
| 8 | limits work. | 20:32:26 |
| 9 | And then, for some applications that | 20:32:27 |
| 10 | needed to operate differently, then there was a | 20:32:32 |
| 11 | whitelist that allowed those rate limits to be | 20:32:35 |
| 12 | changed for certain applications. | 20:32:39 |
| 13 | And so, again, that's an example of a | 20:32:43 |
| 14 | whitelist, which is a concept implemented by a | 20:32:45 |
| 15 | capability, which is a specific thing that modified | 20:32:49 |
| 16 | the behavior of the API for the people on the | 20:32:53 |
| 17 | whitelist that was not in any way related to | 20:32:56 |
| 18 | friends data. | 20:32:59 |
| 19 | Q.  And so one of the ways private APIs were | 20:33:01 |
| 20 | used at Facebook was to enable certain Facebook | 20:33:05 |
| 21 | partners to continue to have access to friends | 20:33:08 |
| 22 | data.  Right? | 20:33:11 |
| 23 | A.  Can you be specific as to what time period | 20:33:14 |
| 24 | you're talking about here?  Because this -- the | 20:33:16 |
| 25 | time periods here matter greatly in the specificity | 20:33:18 |

Page 166

| | | |
|---|---|---|
| 1 | of my answers. | 20:33:22 |
| 2 | Q. So when did private APIs first appear at | 20:33:24 |
| 3 | Facebook? | 20:33:29 |
| 4 | A. The -- the concept of private API, I -- | 20:33:33 |
| 5 | you're -- I'm referring to any API or permission | 20:33:37 |
| 6 | that was not generally available. | 20:33:41 |
| 7 | When the Facebook Developer Platform was | 20:33:47 |
| 8 | launched, it was launched with launch partners. | 20:33:49 |
| 9 | Actually, a better example is, let's say, | 20:33:52 |
| 10 | Facebook Connect in 2008. There were a number | 20:33:55 |
| 11 | of -- Facebook Connect as a product was -- before | 20:33:59 |
| 12 | it was launched -- not publicly available; and yet | 20:34:05 |
| 13 | on launch day, there were a number of partners that | 20:34:08 |
| 14 | had built integrations with it. | 20:34:11 |
| 15 | Before the launch, you could consider | 20:34:14 |
| 16 | Facebook Connect a private API; and, therefore, | 20:34:16 |
| 17 | access to it was governed by a whitelist. | 20:34:20 |
| 18 | After the launch, Facebook Connect was | 20:34:23 |
| 19 | generally available to all developers, and so you | 20:34:25 |
| 20 | didn't need to be on a whitelist to access it. | 20:34:28 |
| 21 | So whitelists are an industry-standard way | 20:34:31 |
| 22 | of modifying API behavior in certain circumstances, | 20:34:34 |
| 23 | launching new products, and offering them to your | 20:34:39 |
| 24 | launch partners in advance of them being generally | 20:34:43 |
| 25 | available. | 20:34:45 |

Page 167

| | | |
|---|---|---|
| 1 | And, in the context of the Facebook | 20:34:48 |
| 2 | Platform in this litigation, it's also possible to | 20:34:50 |
| 3 | use a whitelist to grant some developers and | 20:34:57 |
| 4 | partners access to permissions that had been | 20:35:01 |
| 5 | removed from other developers. | 20:35:04 |
| 6 | Q. Okay. And when was the first time that | 20:35:09 |
| 7 | partners obtained access to publicly deprecated | 20:35:11 |
| 8 | friend permissions via a private API? | 20:35:18 |
| 9 | (Rose Ring joined the deposition.) | 20:35:21 |
| 10 | THE WITNESS: The -- strange noise. | 20:35:25 |
| 11 | So, specifically, when it comes to friend | 20:35:28 |
| 12 | permissions, as a set of things that were | 20:35:32 |
| 13 | deprecated, then up until beginning April 30, 2015, | 20:35:35 |
| 14 | if your app had been created before April 30, 2014, | 20:35:44 |
| 15 | then you would have access to those permissions. | 20:35:50 |
| 16 | When the deprecation of API 1 -- the | 20:35:55 |
| 17 | public deprecation of API V1 began on April 30, | 20:36:00 |
| 18 | 2015, that's when the -- that's the beginning where | 20:36:03 |
| 19 | an application that would otherwise have lost | 20:36:07 |
| 20 | access to their friend permissions could have | 20:36:09 |
| 21 | continued to access them if they were on a | 20:36:13 |
| 22 | whitelist. | 20:36:18 |
| 23 | BY MR. LOESER: | 20:36:19 |
| 24 | Q. Through private APIs. | 20:36:19 |
| 25 | A. Well, via being on a whitelist. | 20:36:22 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | In this case, we're specifically referring | 20:36:25 |
| 2 | to friend permissions, which is, I think, what your | 20:36:27 |
| 3 | original question was. | 20:36:30 |
| 4 | Q. And what is the "Capability" tool at | 20:36:33 |
| 5 | Facebook? | 20:36:36 |
| 6 | A. The Capability tool is an internal tool | 20:36:39 |
| 7 | used at Facebook to manage which application -- to | 20:36:42 |
| 8 | manage applications and whitelists. | 20:36:47 |
| 9 | (Discussion off the record.) | 20:36:50 |
| 10 | MS. RING: I am very sorry. This is | 20:37:12 |
| 11 | Rose Ring, and I am counsel for Meta. I'm sorry | 20:37:12 |
| 12 | for not announcing myself. | 20:37:16 |
| 13 | BY MR. LOESER: | 20:37:26 |
| 14 | Q. And, Mr. Cross, you were starting to | 20:37:28 |
| 15 | describe the Capability tool, so keep going. | 20:37:31 |
| 16 | A. So the Capability tool is an internal tool | 20:37:35 |
| 17 | at Facebook Meta that's used to manage which | 20:37:39 |
| 18 | applications have access to which capabilities; a | 20:37:44 |
| 19 | "capability" being a -- a mechanism for changing | 20:37:51 |
| 20 | the -- modifying the behavior of the Facebook | 20:37:58 |
| 21 | Developer Platform. | 20:38:01 |
| 22 | So with an application having access to a | 20:38:02 |
| 23 | capability, you would say it had been | 20:38:05 |
| 24 | "whitelisted." | 20:38:07 |
| 25 | Q. And for what period of time has the | 20:38:09 |

Veritext Legal Solutions
866 299-5127

1    Capability tool been in existence?                    20:38:13

2       A.  My understanding is it was built in around     20:38:16

3    2011 and replaced a previous tool that did a          20:38:20

4    similar job.                                          20:38:30

5          But the development, as I understand it,        20:38:31

6    began in around 2011.                                 20:38:33

7       Q.  And do you know what the previous tool was     20:38:36

8    called?                                               20:38:38

■        ■   ██████████████████                            ████████

■    ███████████                                           ████████

11      Q.  Okay.  It seems like it had bold               20:38:47

12   ambitions.                                            20:38:49

■           ████████████████████████                       ████████

14   and replaced by the capability tool?                  20:39:01

15      A.  My understanding is that the Capabilities      20:39:04

■    ████████████████████████                              ████████

17   apps and which whitelists they had access -- which    20:39:12

18   capabilities they had access to.                      20:39:17

19      Q.  And do you know why it was called              20:39:19

■    ████████████                                          ████████

21      A.  I do not.                                      20:39:23

22      Q.  And what are "Gatekeepers"?                    20:39:26

23      A.  So a Gatekeeper is -- or Gatekeepers.          20:39:30

24   Gatekeeper is a tool at Meta which is widely used     20:39:34

25   to gate access to features within the Facebook apps   20:39:38

                                                 Page 170

| | | |
|---|---|---|
| 1 | and services, including the Facebook app itself and | 20:39:47 |
| 2 | a number of other services inside the company. | 20:39:56 |
| 3 | "Gatekeepers" refers to the set of checks | 20:39:59 |
| 4 | that exist in code to determine who and what has | 20:40:09 |
| 5 | access to which features. | 20:40:14 |
| 6 | I think the best way to explain it is with | 20:40:16 |
| 7 | an example. | 20:40:18 |
| 8 | Typically, when Facebook develops a new | 20:40:20 |
| 9 | feature, the engineers will -- will gate that | 20:40:22 |
| 10 | feature behind a Gatekeeper. | 20:40:29 |
| 11 | So let's imagine Facebook Dating.  So the | 20:40:31 |
| 12 | team working on Facebook Dating would be working on | 20:40:36 |
| 13 | that feature.  That feature would be gated by a | 20:40:39 |
| 14 | gatekeeper or multiple gatekeepers, and then the | 20:40:44 |
| 15 | Gatekeeper tool would be used to determine who had | 20:40:48 |
| 16 | access to Facebook Dating as a feature. | 20:40:50 |
| 17 | And so Gatekeeper is a mechanism by which | 20:40:54 |
| 18 | Meta typically controls who has access to which | 20:41:00 |
| 19 | features across many aspects of our business. | 20:41:04 |
| 20 | Q.  So the Capabilities tool is more or less a | 20:41:11 |
| 21 | tracking device, and the Gatekeeper is more or less | 20:41:13 |
| 22 | a functional system. | 20:41:17 |
| 23 | Is that a fair description? | 20:41:19 |
| 24 | A.  I wouldn't characterize them that way. | 20:41:20 |
| 25 | They both, in some ways, do a similar job. | 20:41:22 |

Veritext Legal Solutions
866 299-5127

1       The Gatekeeper tool is widely used at Meta                20:41:26

2   to manage all kinds of conditional access to                 20:41:32

3   things.                                                       20:41:37

4       The Capabilities tool is specifically just               20:41:38

5   used for the Facebook Developer Platform and how to          20:41:41

6   manage which applications have access to which               20:41:47

7   additional features.                                         20:41:51

8       Q.  Okay.  So if you wanted to identify every            20:41:52

9   single app that had been whitelisted and, because            20:41:54

10  of that, received deprecated permissions, would all          20:41:59

11  of your information be in the Capability tool, or            20:42:03

12  would you also need to look at the Gatekeeper tool?          20:42:06

13      A.  My understanding is that most of the                 20:42:11

14  whitelists -- most of the way in which publicly              20:42:16

15  deprecated permissions were made available to                20:42:23

16  applications was via the Capabilities tool.                  20:42:28

17      There was, as I understand it, some                      20:42:32

18  whitelists managed by Gatekeeper, and an effort was          20:42:36

19  undertaken to migrate that management from                   20:42:40

20  Gatekeeper to the Capabilities tool for                      20:42:42

21  consistency.                                                 20:42:45

22      Q.  And when was that done?                              20:42:46

23      A.  I don't have the information as to when              20:42:50

24  that was done.                                               20:42:52

25      Q.  So, today, is the Capability tool the more          20:42:54

| | | |
|---|---|---|
| 1 | complete set of information on whitelisted | 20:42:58 |
| 2 | entities? | 20:43:01 |
| 3 | A. When it comes to Facebook Developer | 20:43:02 |
| 4 | Platform and app IDs being whitelisted, my | 20:43:04 |
| 5 | understanding is that the Capabilities tool is the | 20:43:09 |
| 6 | primary and most complete system that tracks which | 20:43:11 |
| 7 | apps have access to which capabilities. | 20:43:17 |
| 8 | Q. And what is "Sitevars"? | 20:43:20 |
| 9 | A. Sitevars is another mechanism that is used | 20:43:25 |
| 10 | at Meta to control and modify the behavior of -- of | 20:43:30 |
| 11 | various products. It has a different set of | 20:43:36 |
| 12 | features the Gatekeeper and the Capabilities tool | 20:43:39 |
| 13 | do not have. | 20:43:45 |
| 14 | Q. And are there entities that have access to | 20:43:46 |
| 15 | publicly deprecated permissions tracked by Sitevars | 20:43:48 |
| 16 | that are not tracked by the Capabilities tool? | 20:43:52 |
| 17 | A. My understanding, but -- from talking to | 20:43:56 |
| 18 | the engineers involved in this is that no, Sitevars | 20:43:59 |
| 19 | would not be a way of determining whether or not an | 20:44:06 |
| 20 | application had access to publicly deprecated | 20:44:11 |
| 21 | permissions. | 20:44:14 |
| 22 | MR. LOESER: Okay. If we could have | 20:44:18 |
| 23 | Tab 9. | 20:44:26 |
| 24 | (Deposition Exhibit 336 was marked for | 20:44:26 |
| 25 | identification.) | 20:44:26 |

Veritext Legal Solutions
866 299-5127

1     MR. LOESER:  I'm going to mark the next          20:44:41

2   exhibit.  This is Exhibit 336.  The Bates number on   20:44:42

3   this is FB-CA-MDL-00200051.                           20:44:53

4        And you're looking at, Mr. Cross, an email       20:44:59

5   from you to Zhen Fang, cc to Jackie Chang and         20:45:02

6   Christopher Blizzard, October 31, 2013, "Subject:     20:45:09

7   Docs for Private Platform/Capabilities."              20:45:14

8        Do you see that?                                 20:45:17

9     A.  I do.                                           20:45:18

10    Q.  And do you recall writing this email?           20:45:20

11    A.  I do not recall writing it, but I have          20:45:24

12   seen this document as part of my preparation for my  20:45:28

13   testimony today.                                     20:45:31

14    Q.  Okay.  And you write:                           20:45:32

15

16

17

18

19

20

21

22    Q.  And do you recall -- or explain for me if       20:45:53

23   Facebook had a tough time figuring out what all of   20:45:56

24   the -- what all was supposed to be included on the   20:46:00

25   Capabilities tool or who all had been whitelisted    20:46:03

                                          Page 174

```
 1    at this time.                                      20:46:11

 2            MR. BLUME:  Objection.  Compound.          20:46:12

 3            THE WITNESS:  Yeah.  Could you separate    20:46:13

 4    the question into two parts because I think the    20:46:14

 5    answer -- the answer may be different depending on 20:46:17

 6    which part I'm answering.                          20:46:20

 7    BY MR. LOESER:                                     20:46:22

 8        Q.  Sure.  It looked like, based upon your     20:46:22

 9    email here, that tracking the capabilities that    20:46:24

10    apps had was at this time disorganized and         20:46:28

11    difficult.                                         20:46:31

12            Is that fair?                              20:46:34

13        A.  What I -- what's being referred to here is 20:46:35

14    to do with the capabilities themselves and what    20:46:39

15    their behavior was; what each individual capability 20:46:45

16    did or could do.                                   20:46:50

17            So that's what this is referring to.       20:46:55

18        Q.  And so you're proposing here creating a    20:46:59

19    tool that would allow Facebook to better understand 20:47:02

20    and organize the capabilities that the different   20:47:04

21    apps have.  Right?                                 20:47:08

22        A.  No.  What I'm referring to here is the --  20:47:12

23    the idea, or the request, to be able to gate       20:47:16

24    documents on the Facebook Developer website based  20:47:21

25    on whether or not the viewer of the website had -- 20:47:26
```

Veritext Legal Solutions
866 299-5127

1   was a developer of an app that had a specific      20:47:32

2   capability.                                         20:47:34

3      Q.  So what problem were you trying to solve     20:47:36

4   here?                                               20:47:38

5          Or let me ask it another way.                20:47:41

6          What problem was Facebook trying to solve    20:47:43

7   here?                                               20:47:45

8      A.  What Facebook is trying to solve here is a   20:47:46

9   way to automatically control whether or not a given 20:47:49

10  developer user -- so an individual person -- had    20:47:57

11  the ability to see a document on the Facebook       20:48:01

12  Developer website that was only visible to them if  20:48:04

13  they were the developer of an application that      20:48:08

14  had -- was granted a particular capability.         20:48:11

15          MR. LOESER:  Okay.  We can go to the next   20:48:30

16  exhibit, Tab 10.                                    20:48:32

17          (Deposition Exhibit 337 was marked for      20:48:36

18          identification.)                            20:48:40

19  BY MR. LOESER:                                      20:48:53

20      Q.  So as we're waiting for the document,       20:48:53

21  Mr. Cross, as we've discussed already today, with   20:48:55

22  the implementation of Graph API Version 2, Facebook 20:48:58

23  had decided to deprecate a number of permissions,   20:49:00

24  right, and had come up with a list of the           20:49:06

25  permissions that would be deprecated.               20:49:09

1    Is that an accurate description?                    20:49:11

2        A.  As part of API Version 2 launch, Version 2    20:49:14

3    contained -- there were a number of permissions     20:49:18

4    that were not available to API Version 2 in general 20:49:20

5    that were available in API Version 1.               20:49:24

6        Q.  And so if you look at Exhibit 337, which    20:49:30

7    is a -- which is a document that is captioned       20:49:32

█    ████████████████████████████████████              ████████

9        Do you see that?                                20:49:49

10       A.  I do see that.                               20:49:50

11       Q.  And this appears to be a document that was   20:49:50

12   describing the changes that would be made to the    20:49:52

13   platform in the transition from Version 1 to        20:49:58

14   Version 2.  Right?                                  20:50:01

15       A.  It seems to talk about those changes, but   20:50:04

16   it's not clear to me when this document was         20:50:06

17   authored or the audience of the document.           20:50:09

18       Q.  Okay.  At the very top of the document,     20:50:14

19   you can see that it was authored -- it's a little   20:50:15

20   faint, but it's June 5, 2014.                       20:50:18

21       Do you see that?                                20:50:22

22       A.  I see that there, but it's not clear to me  20:50:24

23   that this is when the document was authored.  That  20:50:26

24   may have been when the document was captured.  It's 20:50:31

25   hard to read from this exactly what this -- where   20:50:35

Page 177

1    this document was posted.  It seems to contain --    20:50:40

2         Q.  Okay.  And I'll just --    20:50:48

3         A.  Yeah, it -- I'm not clear -- I'm not clear    20:50:50

4    when this document was authored or whether or not    20:50:53

5    that date -- what that date at the top right    20:50:55

6    pertains to.    20:50:58

7              MR. LOESER:  Okay.  And just for the    20:50:59

8    record, I'll note that the metadata of this    20:51:00

9    document indicates that it was created June 5,    20:51:03

10   2014.  The author is Gillian Dunne, and the    20:51:06

11   custodian for the document was Bill Fusz.    20:51:12

12             But I'm just noting that for the record,    20:51:15

13   and perhaps it provides you some context.    20:51:18

14             But all I want to do with this document is    20:51:20

15   look at -- if you go down to the bottom of the    20:51:22

16   first page, there is a statement:  "Permissions no    20:51:24

17   longer available in V2.0."    20:51:29

18        Q.  And do you see there's a list that begins    20:51:33

19   there and goes onto the next page?    20:51:35

20        A.  I do see that.    20:51:37

21        Q.  And included in that there's the category    20:51:40

22   that says:  "All friends_* permissions have been    20:51:44

23   removed," and then it lists all of them?    20:51:48

24        A.  I see a list of permissions, yes.    20:51:51

25        Q.  And above that, there's also a number of    20:51:54

| | | |
|---|---|---|
| 1 | other permissions. | 20:51:58 |
| 2 | Now, does this list of deprecated | 20:52:02 |
| 3 | permissions include all permissions that provided | 20:52:05 |
| 4 | for the sharing of friend data? | 20:52:09 |
| 5 | A.  Can you -- in this context, can you help | 20:52:19 |
| 6 | me understand what you mean by "friends data"? | 20:52:21 |
| 7 | Q.  Yeah.  We earlier talked quite a bit about | 20:52:25 |
| 8 | different APIs that didn't have the word "friends" | 20:52:27 |
| 9 | in the permissions but, based on how they worked, | 20:52:33 |
| 10 | resulted in an app's ability to access information | 20:52:35 |
| 11 | about a user's friends. | 20:52:39 |
| 12 | Do you recall that testimony? | 20:52:41 |
| 13 | A.  Yes, I recall that testimony. | 20:52:42 |
| 14 | Q.  And so looking at this list here, does it | 20:52:45 |
| 15 | appear to you that this removes -- indicates that | 20:52:47 |
| 16 | the deprecated permissions will cover all of the | 20:52:54 |
| 17 | different permissions that existed at the time that | 20:52:57 |
| 18 | allowed access to friends data? | 20:53:00 |
| 19 | A.  No.  This looks relatively complete in | 20:53:06 |
| 20 | terms of the -- the friends permissions that | 20:53:10 |
| 21 | allowed an app access to a friend's data in terms | 20:53:15 |
| 22 | of the specific things listed here. | 20:53:22 |
| 23 | Your definition earlier was -- included | 20:53:25 |
| 24 | things like a friend's comments on my photos. | 20:53:32 |
| 25 | Through that definition, then other | 20:53:40 |

| | | |
|---|---|---|
| 1 | permissions, including, for example, user_photos, | 20:53:42 |
| 2 | would have also emitted some friends' data; | 20:53:46 |
| 3 | specifically, the comments that they had made on my | 20:53:55 |
| 4 | photos. | 20:53:57 |
| 5 | So that is not a set of things that was | 20:53:58 |
| 6 | removed in API Version 2. | 20:54:01 |
| 7 | What was removed is this list of | 20:54:03 |
| 8 | permissions which, for example, would have | 20:54:05 |
| 9 | allowed -- the friends_photos permission would have | 20:54:08 |
| 10 | allowed an app to access the photos of an app-using | 20:54:12 |
| 11 | user's friends. | 20:54:17 |
| 12 | Q. And at the time that Facebook was | 20:54:19 |
| 13 | analyzing and identifying all of the permissions | 20:54:20 |
| 14 | that provided access to friends data, did Facebook | 20:54:25 |
| 15 | make a list that included every single one of those | 20:54:30 |
| 16 | permissions so that it could identify whether there | 20:54:33 |
| 17 | was any friend-sharing that would be still | 20:54:37 |
| 18 | publicly -- still be a publicly available API? | 20:54:41 |
| 19 | A. No. The focus of the deprecations | 20:54:48 |
| 20 | announced in Version 2 was the removal of the | 20:54:50 |
| 21 | friend permissions and the other permissions that | 20:54:53 |
| 22 | are represented here. | 20:54:56 |
| 23 | Q. Okay. And when you say "friend | 20:54:59 |
| 24 | permissions," you mean the ones that had the word | 20:55:00 |
| 25 | "friends" in them? | 20:55:03 |

Page 180

1       A.  When I said "friend permission," that        20:55:05

2    specifically refers to the permissions that have     20:55:07

3    the word "friend" in them.                           20:55:10

4          And by "other permissions," I'm referring     20:55:12

5    to the ones listed above; for example -- I'm trying  20:55:14

6    to give an example -- like, manage_friend lists,     20:55:27

7    for example.                                         20:55:31

8       Q.  Now, if we move up this document back to      20:55:33

9    the first page, there's a heading:  "New features   20:55:36

10   available in Version 2.0."                           20:55:40

11         Do you see that?                               20:55:42

12      A.  I do.                                         20:55:43

13      Q.  And there is a list of APIs that we've        20:55:43

14   discussed:  "Taggable Friends, Invitable Friends,    20:55:47

15   Social Context."                                     20:55:51

16         And there's one, "Business Mapping API,"      20:55:51

17   which we haven't discussed, and another one that     20:55:53

18   looks like it says "Tagged Places API."              20:55:56

19         Do you see that?                               20:55:59

20      A.  I do see that.                                20:55:59

21      Q.  And for Taggable Friends, Invitable           20:56:01

22   Friends, Social Context, those are all permissions   20:56:06

23   that it appears did not exist prior to Version 2.0   20:56:09

24   but were going to be introduced at this time.        20:56:13

25         Is that a fair read?                           20:56:16

| | | |
|---|---|---|
| 1 | A.  These are specifically -- these are APIs | 20:56:18 |
| 2 | that were introduced in Version 2 that were not | 20:56:20 |
| 3 | previously available. | 20:56:26 |
| 4 | These are not permissions; these an APIs. | 20:56:27 |
| 5 | Q.  And a number of those APIs that we've | 20:56:29 |
| 6 | discussed did provide access to certain friend | 20:56:31 |
| 7 | information of users not using the apps that would | 20:56:33 |
| 8 | be -- that would have access to those APIs.  Right? | 20:56:36 |
| 9 | A.  So, yeah.  If we go back to the | 20:56:41 |
| 10 | previous -- the previous testimony I gave on this, | 20:56:43 |
| 11 | the Taggable Friend API returned a list of the | 20:56:47 |
| 12 | user's -- a list of the authorized user's friends | 20:56:51 |
| 13 | that were taggable in the application. | 20:56:58 |
| 14 | The amount of data that these APIs | 20:57:00 |
| 15 | returned was very, very limited.  In the case of | 20:57:03 |
| 16 | the Taggable Friend API, for example, the amount of | 20:57:09 |
| 17 | data emitted was the name, a URL to a person's | 20:57:13 |
| 18 | profile picture, and a token which could be passed | 20:57:17 |
| 19 | back to the API to tag them in a post. | 20:57:21 |
| 20 | That was the extent of the information | 20:57:24 |
| 21 | available via those APIs -- via the Taggable | 20:57:26 |
| 22 | Friends API, in my recollection. | 20:57:30 |
| 23 | Q.  And you say it's limited information, but | 20:57:33 |
| 24 | it is still fairly described as "friends data." | 20:57:36 |
| 25 | Right? | 20:57:39 |

Veritext Legal Solutions
866 299-5127

1     A.  It is some information about a friend or a          20:57:40

2  list of friends.                                           20:57:45

3        But I would draw a distinction between               20:57:47

4  that and the friend permissions, which gated a very        20:57:50

5  different set of information.                              20:57:55

6     Q.  And we might need to blow it up a bit, but          20:57:59

7  I'm interested in the Social Context API here, and         20:58:02

8  I'll read it:                                              20:58:07

16       Did I more or less read that sentence                20:58:32

17  accurately?                                               20:58:34

18     A.  You more or less read it accurately.               20:58:35

19     Q.  And what is an "endpoint"?                          20:58:37

20     A.  An "endpoint" is another word to describe           20:58:42

21  an API.  It's a -- it's a -- a term used to                20:58:47

22  describe an API that a developer could call.               20:58:54

23     Q.  And so using this example of the -- the             20:59:02

24  movie ID context endpoint, it says:                        20:59:07

25       "For example, you might be able to answer             20:59:12

Page 183

| | | |
|---|---|---|
| 1 | the question, 'Which of my friend have | 20:59:13 |
| 2 | watched this movie?'" | 20:59:16 |
| 3 | So, technically, how would that app be | 20:59:17 |
| 4 | able to answer that question with the Social | 20:59:20 |
| 5 | Context API? | 20:59:22 |
| 6 | A.  As I talked about earlier, the precise way | 20:59:26 |
| 7 | that the Social Context API worked is not something | 20:59:30 |
| 8 | I am very familiar with.  In fact, I am not even | 20:59:35 |
| 9 | sure exactly when it existed and how it behaved. | 20:59:41 |
| 10 | So, I think, like, details on exactly how | 20:59:48 |
| 11 | the Social Context API worked, like, I don't think | 20:59:50 |
| 12 | I can give a clear answer to. | 20:59:53 |
| 13 | MR. LOESER:  Mr. Cross, I'm noting for the | 21:00:00 |
| 14 | record that I believe it is now 9:00 P.M. your | 21:00:02 |
| 15 | time.  Is that correct? | 21:00:04 |
| 16 | THE WITNESS:  It is.  But I'm happy to do | 21:00:05 |
| 17 | 15 or 20 more minutes if that -- if that would help | 21:00:08 |
| 18 | us get through stuff. | 21:00:11 |
| 19 | If now is a convenient time to break for | 21:00:13 |
| 20 | you, let's break.  But if there was a convenient | 21:00:15 |
| 21 | time to break for you that's 10, 15-minutes away, | 21:00:17 |
| 22 | these -- let's do that.  I don't want to -- | 21:00:21 |
| 23 | MR. LOESER:  Okay.  I appreciate your | 21:00:24 |
| 24 | flexibility, and I'll keep going, and we'll pretty | 21:00:27 |
| 25 | quickly get through those 15 minutes.  And that | 21:00:31 |

Page 184

1    would probably be a good time in where I am to stop    21:00:34

2    anyway.  So --    21:00:37

3           THE WITNESS:  Cool.  Let's do that.    21:00:38

4    BY MR. LOESER:    21:00:39

5       Q.  And, I should say, in order to go further,    21:00:39

6    it would take a lot longer than 15 minutes.  So in    21:00:41

7    light of the schedule you have, I think that's a    21:00:44

8    good time to stop.    21:00:46

9       A.  Okay.  Great.    21:00:47

10      Q.  Okay.  This is a broad question, and we    21:00:48

11   can start big and go small.    21:00:52

12          But how did Facebook determine what apps    21:00:54

13   to whitelist for friend -- for providing access to    21:00:56

14   friend data?    21:01:03

15      A.  Again, to clarify, what do you mean by    21:01:07

16   "friend data"?    21:01:09

17          Do you mean the friends permissions?    21:01:11

18      Q.  I mean information about users who are not    21:01:14

19   the users of the app.    21:01:16

20          So whatever information made available via    21:01:19

21   the -- the permission to access the friends -- you    21:01:22

22   know, I'm going to garble the terminology every    21:01:30

23   time I try and do it.    21:01:33

24          But there's an API that grants -- that    21:01:35

25   provides, technically, access to friends    21:01:37

1    information about the app's users.                    21:01:39

2          And I'm interested in understanding when        21:01:41

3    Facebook put an app on a whitelist so that it         21:01:43

4    continued to access the data of a user's friends,     21:01:46

5    how it made that decision.                            21:01:48

6      A.  Okay.  So --                                    21:01:50

7      Q.  And let me make it even easier for you.         21:01:52

8          The time period I'm interested in is in         21:01:55

9    the transition from Graph API Version 1 to            21:01:58

10   Version 2.                                            21:02:00

11     A.  Okay.  So let me -- let me -- let me try        21:02:01

12   and play back some -- some context, I think, is       21:02:07

13   important to the answer here.                         21:02:10

14         So, first of all, as you have kind of           21:02:15

15   defined "friends data" and we've discussed it         21:02:20

16   earlier in this testimony, like, there are APIs       21:02:24

17   that were available publicly in Version 2 that        21:02:31

18   would have emitted some limited amount of             21:02:36

19   information about an app using users' friends.        21:02:40

20         For example, their comments on my photos        21:02:45

21   or limited information about them in order to         21:02:48

22   render a taggable -- a "tagging" user type ahead,     21:02:51

23   for example.                                          21:03:01

24         So, in this context, let me play back to        21:03:01

25   you -- I want to make sure I'm understanding your     21:03:04

1    question correctly.                                    21:03:06

2         You are specifically referring to               21:03:09

3    permissions or behaviors that were no longer          21:03:10

4    available in Version 2 of the API, and you're         21:03:14

5    interested in applications that continued to have     21:03:17

6    access to the behaviors in API Version 1 after they   21:03:22

7    were no longer available to a nonwhitelisted          21:03:28

8    developer.                                            21:03:31

9         Do I have that correct?                          21:03:32

10        Q.   Correct.                                     21:03:34

11        A.   Okay.   Cool.                                21:03:34

12             So having talked to people, the -- the --    21:03:42

13   my understanding of how these decisions were -- how   21:03:48

14   these discussions happened is that there were a       21:03:54

15   number of developers who had been unable to update    21:03:58

16   their apps in time for the public API deprecation,    21:04:05

17   or that they -- that their use case -- they           21:04:11

18   required more time to migrate than was available      21:04:14

19   to -- to regular developers.                          21:04:17

20             And so there were conversations had about    21:04:20

21   whether or not some of these applications should be   21:04:23

22   granted additional time to -- to migrate from the     21:04:27

23   API Version 1 behavior to the standard API            21:04:34

24   Version 2 behavior.                                   21:04:37

25             Q.   And were any other considerations relied  21:04:40

Veritext Legal Solutions
866 299-5127

1    on by Facebook when determining whether to            21:04:47

2    whitelist an app?                                     21:04:49

3        A.  Again, can we -- specifically for --          21:04:53

4    for -- continued access to the API of V1 behavior     21:04:56

5    and permissions associated with API V1?               21:05:02

6        Q.  Right.                                        21:05:06

7        A.  My understanding was that the rationale       21:05:12

8    was based on whether or not the user experience       21:05:15

9    would be broken if the deprecation timeline was       21:05:17

10   followed or whether or not there would be other       21:05:23

11   risks for the developer of the deprecation being      21:05:28

12   enforced on the general time frame.                   21:05:34

13       So those -- primarily, it was about               21:05:38

14   developers needing more time to migrate because, if   21:05:42

15   they -- if the enforcement and deprecations           21:05:45

16   happened on that publicly available timeline, there   21:05:49

17   would be negative impacts primarily for the user      21:05:52

18   experience of the people using the app --             21:05:54

19       Q.  And you -- sorry.  Go ahead.                  21:05:57

20       A.  No, go on.                                     21:05:59

21       Q.  You mentioned other risks for the             21:06:02

22   developer.                                            21:06:04

23       What were the other risks?                        21:06:04

24       A.  So one I recall was that there was an         21:06:07

25   application providing compliance services to people   21:06:17

Page 188

| | | |
|---|---|---|
| 1 | in the financial and insurance industry, and their | 21:06:21 |
| 2 | customers would -- were still using their | 21:06:25 |
| 3 | application in a certain way, and they needed more | 21:06:31 |
| 4 | time to train their customers to not use the | 21:06:34 |
| 5 | application in a certain way because the | 21:06:39 |
| 6 | functionality they were relying upon would become | 21:06:44 |
| 7 | unavailable when the API deprecations were applied | 21:06:47 |
| 8 | to them. | 21:06:54 |
| 9 | Q. And what you described were considerations | 21:06:56 |
| 10 | taken into account vis-à-vis developers. | 21:07:01 |
| 11 | But were there different considerations | 21:07:05 |
| 12 | taken into account on whether to grant Facebook | 21:07:06 |
| 13 | partners with continued access to publicly | 21:07:10 |
| 14 | deprecated permissions? | 21:07:13 |
| 15 | A. Sorry. Say that again? | 21:07:17 |
| 16 | Q. So you indicated that the -- the -- there | 21:07:20 |
| 17 | was extensions provided so apps could migrate to | 21:07:23 |
| 18 | the new platform, and you spoke about that for a | 21:07:26 |
| 19 | minute. | 21:07:31 |
| 20 | But I'm wondering if there were other | 21:07:31 |
| 21 | considerations that were taken into account when | 21:07:33 |
| 22 | discussing partners in particular and whether they | 21:07:35 |
| 23 | should be provided continued access to publicly | 21:07:39 |
| 24 | deprecated permissions. | 21:07:42 |
| 25 | A. My understanding is that there were some | 21:07:46 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | contractual agreements that specified a longer | 21:07:48 |
| 2 | deprecation window than was available to -- than | 21:07:54 |
| 3 | was offered to regular developers; and, as such, | 21:07:58 |
| 4 | it's possible that some of the extensions to the | 21:08:04 |
| 5 | deprecations were granted on that basis. | 21:08:11 |
| 6 | Q.  And were there any other bases that | 21:08:14 |
| 7 | Facebook had for providing continued access to | 21:08:17 |
| 8 | publicly deprecated permissions to partners? | 21:08:20 |
| 9 | A.  Can you define again what you mean by | 21:08:24 |
| 10 | "partners" here?  'Cause all partners are | 21:08:25 |
| 11 | developers in this context. | 21:08:28 |
| 12 | Q.  I mean the entities that have been | 21:08:31 |
| 13 | described by Facebook as "integration partners" | 21:08:33 |
| 14 | or -- there are a variety of other categories of | 21:08:36 |
| 15 | partner that Facebook uses.  In fact, looking at | 21:08:41 |
| 16 | your notes, you have "integration partners, | 21:08:44 |
| 17 | business integrations, media integrations, search | 21:08:47 |
| 18 | integrations." | 21:08:49 |
| 19 | So with regard to any of those categories, | 21:08:51 |
| 20 | were there other considerations taken into account | 21:08:54 |
| 21 | by Facebook when deciding whether to provide | 21:08:57 |
| 22 | continued access to the publicly deprecated | 21:09:00 |
| 23 | permissions? | 21:09:02 |
| 24 | A.  So I think what's important to understand | 21:09:04 |
| 25 | here is that -- let's take integration partners, | 21:09:06 |

Page 190

1    for example.                                          21:09:10

2          They had -- they had always had access to      21:09:11

3    some permission -- some APIs that were not            21:09:16

4    available to regular developers because they were     21:09:22

5    rebuilding a Facebook replacement client experience   21:09:24

6    on their devices.                                     21:09:28

7          So "integration partners" as has been, you     21:09:30

8    know, defined in the -- in the documents, were        21:09:35

9    already on several whitelists in order to provide     21:09:38

10   the experience that they offered to users.            21:09:46

11         So that's my understanding of how              21:09:54

12   integration partners continued to have access to      21:09:56

13   the -- the private APIs and behaviors they had        21:10:00

14   always had access to that were not available to       21:10:04

15   regular developers.                                   21:10:07

16      Q.  Okay.  And, again, I want to make sure I'm     21:10:09

17   using the right terminology, and I'm talking about    21:10:13

18   continued access to friend data.                      21:10:16

19         So you've just described the continued         21:10:17

20   access that integration partners had to friend        21:10:19

21   data.                                                 21:10:22

22         Were there considerations that Facebook        21:10:22

23   took into account when deciding whether the other     21:10:24

24   types of partners that we just went through had       21:10:26

25   continued access to friend data?                      21:10:29

1          A.  My understanding from talking to the          21:10:35

2     people involved in this at the time, plus my own          21:10:37

3     experience, is that the extensions granted to          21:10:40

4     applications to access API Version 1 and the friend          21:10:46

5     permissions was limited to cases where the user          21:10:51

6     experience would be significantly degraded if they          21:10:54

7     weren't given extra time or there was some form of          21:10:57

8     legal and regulatory risk to the partner if the          21:11:02

9     extension was not granted for a period of time.          21:11:05

10          But remember that there -- you know, there          21:11:09

11     were other reasons to -- there were other          21:11:11

12     deprecations and changes in the API behavior that          21:11:15

13     were not related to the deprecation of the friend          21:11:18

14     permissions.  I think that's really important to          21:11:20

15     understand.          21:11:22

16          Q.  Right.  And I perhaps led us astray with          21:11:23

17     the terminology I was using.          21:11:26

18          And, really, what I'm asking -- and you          21:11:28

19     can tell me if it changes any of your answers --          21:11:30

20     but I'm looking for the reasons Facebook had to          21:11:33

21     provide continued access to friend data by anyone          21:11:36

22     after the transition to Version 2.          21:11:39

23          And we've talked about apps, and we've          21:11:41

24     talked about business partner -- or integration          21:11:43

25     partners and business integrations.          21:11:47

| | | |
|---|---|---|
| 1 | And so just more broadly put, have you | 21:11:51 |
| 2 | given me the full list of reasons that Facebook | 21:11:53 |
| 3 | used when deciding whether to provide continued | 21:11:58 |
| 4 | access to friend data after the transition to | 21:12:00 |
| 5 | Version 2? | 21:12:06 |
| 6 | A.  So I provided -- friend data in | 21:12:08 |
| 7 | Version 2 -- like, again, I think it's important to | 21:12:13 |
| 8 | separate these things.  Right? | 21:12:20 |
| 9 | You're asking a compound question that's, | 21:12:23 |
| 10 | like, somewhat impossible to answer with -- given | 21:12:25 |
| 11 | your definition of "friend data" and given the | 21:12:30 |
| 12 | variety of different applications we're talking | 21:12:32 |
| 13 | about here and the complexity of the whitelists -- | 21:12:35 |
| 14 | the various whitelists that these apps were on. | 21:12:37 |
| 15 | So, like, I think your question is hard to | 21:12:41 |
| 16 | answer in -- in simple terms given your definition | 21:12:44 |
| 17 | of "friend data." | 21:12:49 |
| 18 | Q.  And you're saying that because my | 21:12:53 |
| 19 | definition includes the types of data that's | 21:12:54 |
| 20 | provided with regard to APIs other than the friends | 21:12:58 |
| 21 | permissions specifically and includes groups and | 21:13:02 |
| 22 | events and social context and all of that, or is | 21:13:04 |
| 23 | there some other complication? | 21:13:08 |
| 24 | A.  That's primarily the complication.  Like, | 21:13:10 |
| 25 | integration partners, the primary use case there is | 21:13:12 |

| | | |
|---|---|---|
| 1 | that these are experiences that are designed to | 21:13:21 |
| 2 | replicate the Facebook experience on another mobile | 21:13:29 |
| 3 | device platform, set-top box, or so on. | 21:13:33 |
| 4 | And those folks would have access to -- | 21:13:39 |
| 5 | always had access to information that wasn't | 21:13:45 |
| 6 | available via the -- via the standard APIs.  So | 21:13:46 |
| 7 | that's one class of things. | 21:13:51 |
| 8 | Then there is the general deprecation -- | 21:13:56 |
| 9 | the general changes -- the whole package of changes | 21:14:01 |
| 10 | from Version 1 to Version 2, which included the | 21:14:04 |
| 11 | deprecation of the friend permissions, a number of | 21:14:07 |
| 12 | other changes, including app-scoped user IDs and so | 21:14:10 |
| 13 | on. | 21:14:15 |
| 14 | So in terms of granting extensions to the | 21:14:15 |
| 15 | API Version 1 to Version 2 transition, from talking | 21:14:20 |
| 16 | about all of -- from talking to all of the people | 21:14:24 |
| 17 | involved to the -- as many people as I could that | 21:14:26 |
| 18 | were involved at the time, the rationale for | 21:14:29 |
| 19 | granting an extension is that it was a belief that | 21:14:33 |
| 20 | the user experience would be severely degraded if | 21:14:37 |
| 21 | the app wasn't given extra time to migrate from API | 21:14:44 |
| 22 | Version 1 to Version 2. | 21:14:48 |
| 23 | Regular developers had a year.  There were | 21:14:51 |
| 24 | some applications, it was determined, that would -- | 21:14:54 |
| 25 | would provide a broken user experience if they | 21:14:57 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | weren't given more time to upgrade. | 21:14:59 |
| 2 | And that was the determination based on, | 21:15:03 |
| 3 | again, speaking to the people involved, the | 21:15:06 |
| 4 | degradation in the user experience that would | 21:15:08 |
| 5 | result, or whether or not there was risk around, | 21:15:10 |
| 6 | like, legal and regulatory use of the Platform that | 21:15:17 |
| 7 | required extra time to unwind. | 21:15:23 |
| 8 | That's my understanding of the -- the | 21:15:27 |
| 9 | reasons why some applications were granted | 21:15:29 |
| 10 | additional time to migrate from Version 1 to | 21:15:33 |
| 11 | Version 2. | 21:15:36 |
| 12 | Q. And so those are all of the reasons that | 21:15:38 |
| 13 | Facebook had for providing continued access to | 21:15:40 |
| 14 | friend data for apps and partners after the | 21:15:45 |
| 15 | transition to Version 2. | 21:15:51 |
| 16 | MR. BLUME: Objection to form. | 21:15:54 |
| 17 | THE WITNESS: The answer I just gave was | 21:15:55 |
| 18 | in -- in two parts. | 21:15:58 |
| 19 | Part one is: Integration partners who had | 21:16:01 |
| 20 | built experiences that were on unusual devices, | 21:16:06 |
| 21 | operating systems, and set-top boxes and so on that | 21:16:13 |
| 22 | required, in order to function, always, permissions | 21:16:16 |
| 23 | which -- APIs that were not generally available. | 21:16:22 |
| 24 | The use of those APIs and permissions was | 21:16:31 |
| 25 | governed by contracts, typically. That's what | 21:16:34 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | determined an integration partner, and they were | 21:16:37 |
| 2 | considered as operating on a different set of | 21:16:40 |
| 3 | permissions and APIs than the public API surface | 21:16:46 |
| 4 | area. | 21:16:51 |
| 5 | The second part of your question was | 21:16:51 |
| 6 | determining extensions to Version-- the Version 1 | 21:16:53 |
| 7 | to Version 2 deprecation timeline where Version 1 | 21:16:57 |
| 8 | included friends permissions and Version 2 did not | 21:17:01 |
| 9 | include the friends permissions. | 21:17:06 |
| 10 | And my understanding from talking to the | 21:17:08 |
| 11 | people involved is that the reason for granting | 21:17:11 |
| 12 | extensions to the standard Version 1 deprecation | 21:17:14 |
| 13 | window was to do with degradation of the user | 21:17:17 |
| 14 | experience and/or a few cases where the use of the | 21:17:21 |
| 15 | API was involved in compliance use cases. | 21:17:30 |
| 16 | I -- it's possible that there are other | 21:17:35 |
| 17 | reasons, but having talked to people and reviewed | 21:17:38 |
| 18 | the documents in this case, it's consistent with | 21:17:43 |
| 19 | that understanding as -- as referring to the friend | 21:17:46 |
| 20 | permissions deprecations. | 21:17:48 |
| 21 | BY MR. LOESER: | 21:17:52 |
| 22 | Q.  And, again, I just want to -- trying to | 21:17:52 |
| 23 | make a record and make the record clear, and I'm | 21:17:54 |
| 24 | trying to understand every type of entity -- call | 21:17:57 |
| 25 | it a partner, call it a developer, call it an | 21:18:01 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | app -- that continued to have access to friend data | 21:18:04 |
| 2 | after the transition from Version 1 to Version 2. | 21:18:07 |
| 3 | And you have described a couple different | 21:18:10 |
| 4 | types of entities.  You've described apps and | 21:18:12 |
| 5 | business integrations, and you've described | 21:18:15 |
| 6 | extensions that were provided to some; and for | 21:18:19 |
| 7 | integrations, access that existed before and | 21:18:23 |
| 8 | existed after. | 21:18:26 |
| 9 | And what I'm trying to pin down is, is | 21:18:27 |
| 10 | there any other category of third party that | 21:18:30 |
| 11 | continued to have access to friend data after the | 21:18:36 |
| 12 | transition to Version 2? | 21:18:39 |
| 13 | Are there any other reasons that Facebook | 21:18:42 |
| 14 | had for providing continued access to those | 21:18:46 |
| 15 | categories? | 21:18:48 |
| 16 | MR. BLUME:  Objection.  Form. | 21:18:49 |
| 17 | THE WITNESS:  So I -- it -- I think | 21:18:53 |
| 18 | we're -- you're mixing up here the friend | 21:18:55 |
| 19 | permissions, right, and the permissions that were | 21:18:59 |
| 20 | used in the API to govern access to the data | 21:19:02 |
| 21 | exposed via those permissions from friends data in | 21:19:07 |
| 22 | the more general sense that you defined it earlier | 21:19:13 |
| 23 | in this -- when we discussed earlier in this | 21:19:17 |
| 24 | testimony. | 21:19:20 |
| 25 | Like, it's -- I'm -- | 21:19:20 |

Veritext Legal Solutions
866 299-5127

BY MR. LOESER:                                    21:19:23

Q.  Let's go back.  Let me make it easier.         21:19:23

Let's put that aside for a moment, the             21:19:25

other APIs that are not categorized as friend      21:19:27

permissions, and just talk about friends; the APIs 21:19:30

that were on that list that were deprecated.       21:19:34

Other than the -- the third parties you've         21:19:37

already described, are there any other categories   21:19:40

of partner or developer or third party at all that 21:19:42

had continued access to those permissions after the 21:19:48

transition?                                         21:19:52

And if so -- let's stop with that.  Let's           21:19:53

start with that half of the question.               21:19:58

A.  Okay.  So my understanding is that the          21:20:01

ability of applications to request the friend       21:20:04

permissions from users, which is, again, how this   21:20:08

works, right?  We're talking specifically about the 21:20:11

friend permissions.  These are things that apps     21:20:14

could request users to grant to the application.    21:20:17

My understanding is that the reasons for            21:20:22

continuing to allow apps to request the friend      21:20:26

permissions from users was limited to applications  21:20:31

that needed additional time to -- to migrate.       21:20:38

The -- and we've gone through the reasons for that. 21:20:42

Q.  Okay.  And there's -- and you also             21:20:50

| | | |
|---|---|---|
| 1 | described business integrations, and you gave the | 21:20:52 |
| 2 | reason for that. | 21:20:54 |
| 3 | And I just want to make sure that there's | 21:20:55 |
| 4 | not any other category of partner, according to | 21:20:58 |
| 5 | Facebook, that continued to have access to those | 21:21:00 |
| 6 | permissions that were whitelisted. | 21:21:03 |
| 7 | A. So when apps were whitelisted -- if an app | 21:21:08 |
| 8 | was whitelisted to continue to have access to | 21:21:12 |
| 9 | Version 1, then it could continue to request those | 21:21:15 |
| 10 | permissions from some users. | 21:21:18 |
| 11 | So by being granted an exception -- an | 21:21:21 |
| 12 | extension to the deprecation timeline window, | 21:21:25 |
| 13 | applications that were whitelisted to continue to | 21:21:30 |
| 14 | have access to Version 1 could continue to access | 21:21:33 |
| 15 | the friend -- could continue to request the friends | 21:21:37 |
| 16 | permissions from users until that access was -- was | 21:21:39 |
| 17 | removed. | 21:21:43 |
| 18 | And my understanding is that the reason | 21:21:45 |
| 19 | for that was to give those apps extra time to | 21:21:50 |
| 20 | migrate to prevent degradation to the user | 21:21:54 |
| 21 | experience. | 21:21:58 |
| 22 | There are apps on -- I've been through the | 21:22:00 |
| 23 | list of applications that were granted an | 21:22:03 |
| 24 | extension, and a good example of that -- an | 21:22:05 |
| 25 | application in that category was, like, the -- an | 21:22:14 |

Page 199

| | | |
|---|---|---|
| 1 | integration with car manufacturers and their head | 21:22:18 |
| 2 | unit so you could access some kind of Facebook | 21:22:22 |
| 3 | experience inside your car. | 21:22:25 |
| 4 | It's very hard to update the software on | 21:22:27 |
| 5 | those devices, and they needed more time. | 21:22:29 |
| 6 | So that's my understanding of, like, the | 21:22:37 |
| 7 | reason why extensions were granted; to give more -- | 21:22:40 |
| 8 | developers more time to upgrade, given the changes | 21:22:44 |
| 9 | in the API that would affect them -- not just the | 21:22:47 |
| 10 | friends permissions, but other changes between | 21:22:50 |
| 11 | Version 1 and Version 2, and that's why the | 21:22:53 |
| 12 | extensions were granted. | 21:22:57 |
| 13 | Q. I'm not trying to get you to repeat the | 21:23:04 |
| 14 | same testimony. I am simply trying to make sure | 21:23:06 |
| 15 | that we've exhausted Facebook's reasons for | 21:23:09 |
| 16 | whitelisting and the categories of apps or partners | 21:23:12 |
| 17 | that were whitelisted. | 21:23:16 |
| 18 | And so there's nothing else to add to that | 21:23:18 |
| 19 | from Facebook's perspective? | 21:23:20 |
| 20 | A. So the -- in terms of, like, whitelisting | 21:23:24 |
| 21 | extensions to Version 1, there are other reasons | 21:23:27 |
| 22 | why an app might be whitelisted, but that's | 21:23:33 |
| 23 | generally not to do with their use of the friend | 21:23:37 |
| 24 | permissions. | 21:23:39 |
| 25 | Q. Was it something to do with their use of | 21:23:42 |

Veritext Legal Solutions
866 299-5127

1    other deprecated permissions?                          21:23:44

2        A.  Other changes in behavior from Version 1       21:23:47

3    to Version 2.  For example, app-scoped user IDs.       21:23:49

4    Big change to how the Facebook Developer Platform      21:23:55

5    operated.  As I say, there's a whole number of         21:23:58

6    changes between Version 1 and Version 2.               21:24:02

7        Your question was about friends                    21:24:04

8    permissions, and there are other reasons why some      21:24:06

9    apps were granted an extension.  And my                21:24:09

10   understanding is that, you know, the reasons for       21:24:12

11   granting an extension to the friend permissions is     21:24:16

12   because of a user experience degradation and           21:24:19

13   striking a balance of giving more time -- those        21:24:23

14   developers more time to update their use of the        21:24:26

15   Platform or cases where the use of the Platform was    21:24:29

16   related to -- where the friend permissions were        21:24:33

17   used in the context of, like, regulated industries.    21:24:39

18       As I say, there are a number of developers         21:24:44

19   also whitelisted for continued access to Version 1     21:24:46

20   because of their use of other -- because of            21:24:50

21   their -- because of them being affected by other       21:24:53

22   changes in the API between Version 1 and Version 2.    21:24:55

23       MR. LOESER:  Okay.  Mr. Cross, we're at            21:25:07

24   now 9:25 your time, and I want to be sensitive to      21:25:09

25   your schedule.                                         21:25:12

                                                      Page 201

| | | |
|---|---|---|
| 1 | So we're more than happy to keep going, | 21:25:13 |
| 2 | but if you want to stop, it's getting late for you. | 21:25:16 |
| 3 | So -- | 21:25:19 |
| 4 | THE WITNESS:  Yeah, now is a good time.  I | 21:25:19 |
| 5 | can feel my voice going, and this stuff is | 21:25:21 |
| 6 | important to get right.  So I think it's a good | 21:25:24 |
| 7 | moment to pause and then come back and continue on | 21:25:27 |
| 8 | Thursday. | 21:25:30 |
| 9 | MR. LOESER:  Okay.  Well, thank you for | 21:25:31 |
| 10 | your time this evening, and we'll start again on | 21:25:33 |
| 11 | Thursday. | 21:25:35 |
| 12 | THE VIDEO OPERATOR:  And we're off the | 21:25:38 |
| 13 | record.  It's 9:25 P.M. | 21:25:39 |
| 14 | (Time noted, 9:25 P.M. London Daylight | 21:25:41 |
| 15 | Time) | 21:25:43 |
| 16 | | |
| 17 | --o0o-- | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 202

1      CERTIFICATE OF REPORTER

2          I, HOLLY THUMAN, a Certified Shorthand Reporter,

3      hereby certify that the witness in the foregoing

4      deposition was by me duly sworn to tell the truth, the

5      whole truth, and nothing but the truth in the

6      within-entitled cause; that said deposition was taken

7      down in shorthand by me, a disinterested person, at the

8      time and place therein stated; and that the testimony

9      of said witness was thereafter reduced to typewriting

10     by computer, to the best of my ability via remote

11     videoconferencing, under my direction and supervision;

12         That before completion of the deposition review of

13     the transcript [] was [X] was not requested/offered.

14     If requested, any changes made by the deponent (and

15     provided to the reporter) during the period allowed are

16     appended hereto.

17         I further certify that I am not of counsel or

18     attorney for either or any of the parties to the said

19     deposition, nor in any way interested in the event of

20     this cause, and that I am not related to any of the

21     parties thereto.

22

23     DATED: May 12, 2022

24                 *Holly Thuman*

25                 HOLLY THUMAN, CSR

Veritext Legal Solutions
866 299-5127

1  IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

2  SIMON CROSS, JOB NO. 5210141

3  E R R A T A   S H E E T

4  PAGE 10  LINE 16  CHANGE "international" to "international travel"

5  _____

6  REASON misspoke

7  PAGE 27  LINE 25  CHANGE "and are" to "and that are"

8  _____

9  REASON misspoke

10  PAGE 33  LINE 6  CHANGE "those" to "them"

11  _____

12  REASON misspoke

13  PAGE 36  LINE 12  CHANGE "a documentation" to "documentation"

14  _____

15  REASON transcription error

16  PAGE 43  LINE 15  CHANGE "It was" to "There were"

17  _____

18  REASON transcription error

19  PAGE 52  LINE 19  CHANGE _____

20  delete "Facebook-like or  - - Facebook-branded or"

21  REASON transcription error

22

23  _____        24th June 2022

24  WITNESS                        Date

25

Page 207

```
 1   IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

 2   SIMON CROSS, JOB NO. 5210141

 3                    E R R A T A   S H E E T

 4   PAGE 55    LINE 2      CHANGE "billing" to "building"

 5   _____

 6   REASON transcription error

 7   PAGE 65    LINE 7      CHANGE "would refresh" to "to refresh"

 8   _____

 9   REASON transcription error

10   PAGE 79    LINE 12     CHANGE "138S" to "138X"

11   _____

12   REASON transcription error

13   PAGE 86    LINE 15     CHANGE "friend" to "friends"

14   _____

15   REASON misspoke

16   PAGE 94    LINE 4      CHANGE delete "also using the same app"

17   _____

18   REASON transcription error

19   PAGE 102   LINE 9      CHANGE "is the" to "of the"

20   _____

21   REASON transcription error

22

23   _____        24th June 2022

24   WITNESS                                 Date

25
```

Page 207

```
1   IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

2   SIMON CROSS, JOB NO. 5210141

3                   E R R A T A   S H E E T

4   PAGE 127   LINE 5    CHANGE "functionality of the" to

5   "functionality the"

6   REASON transcription error

7   PAGE 146   LINE 18   CHANGE "he can" to "he can answer"

8   _____

9   REASON transcription error

10  PAGE 168   LINE 16   CHANGE "API 1" to "API V1"

11  _____

12  REASON transcription error

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____      24th June 2022

24  WITNESS                               Date

25
```

Page 207

## &

**&** 2:18 3:4,7,10,14
5:25 205:23 206:9

## 0

**0** 117:5 137:3,7
**00198455** 4:9
**00200051** 4:16
174:3
**01685319.ppt** 4:13
**01685319.ppt.**
125:8
**02140404** 4:11
**02145706** 4:18
**02843** 1:8

## 1

**1** 40:5,18 41:6,9,17
42:1 73:10 83:7
126:8 128:9 137:3
137:7 163:12,15
168:16 174:17,19
177:5,13 186:9
187:6,23 192:4
194:10,15,22
195:10 196:6,7,12
197:2 199:9,14
200:11,21 201:2,6
201:19,22 206:1
**1.0** 40:7
**1.1** 39:22 40:7
**1.2** 39:22
**1/24/2014** 4:13
125:16 131:3
**10** 176:16 184:21
**100** 116:2,14
**11** 115:3 117:19
**115** 4:22
**11978** 204:24
**12** 204:23 205:3
**1201** 2:11

**125** 4:12
**12th** 2:19
**13** 20:6,8,9,10
63:10
**13,000** 131:7
**13,350** 131:4
**138** 79:6,19
**138s** 79:12
**138x** 79:11
**15** 184:17,21,25
185:6
**153** 4:14
**1600** 2:19
**17** 117:6,6
**173** 4:16
**176** 4:17
**18** 1:8 4:22
**1801** 3:5
**1881** 3:8

## 2

**2** 41:8,10,17,21
42:1 43:5,10,12
45:25 46:2,9,10,15
73:17 118:12,14
121:1,4,10 124:15
124:17,22 125:1
126:10 160:21
163:13,15 176:22
177:2,2,4,14 180:6
180:20 182:2
186:10,17 187:4
187:24 192:22
193:5,7 194:10,15
194:22 195:11,15
196:7,8 197:2,12
200:11 201:3,6,22
**2.0** 181:23
**2.0.** 181:10
**20** 184:17
**2001** 3:11

**2007** 21:21 32:22
39:18 70:18 71:20
142:6
**2007/2008** 154:12
**2008** 167:10
**2010** 13:10,21 40:3
40:10,17,21,22
41:5 48:21 51:14
88:7,9,12 112:5,12
154:15
**2010s** 42:23
**2011** 170:3,6
**2012** 33:1 45:21
46:7
**2013** 4:8,10,16
45:21 75:20 82:20
92:10 151:3 174:6
**2014** 13:22,23 41:8
46:4,16 48:22
84:11 91:7 125:22
126:3 163:2
164:17 168:14
177:20 178:10
**2015** 13:23 46:3,14
46:18 115:3 116:4
117:19 121:12
168:13,18
**2016** 14:1
**2018** 14:1,4 29:9
29:14 113:18
151:3
**2021** 14:4,6
**2022** 1:20 2:5 5:1
5:7 203:5 204:23
205:3,5
**2025.520** 205:9,12
**2100** 3:11
**27** 4:8 75:20
**2843** 1:7

## 3

**3** 126:11
**30** 1:18 15:16
19:22 46:16,18
76:7 78:18 79:3,7
80:13 121:12
125:22 126:2
168:13,14,17
206:1
**30,000** 42:8,12
**3000** 3:15
**30th** 46:3,4
**31** 4:16 132:7,12
174:6
**3200** 2:11
**330** 4:22 18:18,19
19:5,6 63:9
**331** 75:2
**332** 4:8 19:4,11
75:3,4,5
**333** 4:10 92:4,5
**334** 4:12 125:5,7
**335** 4:14 153:20
**336** 4:16 173:24
174:2
**337** 4:17 176:17
177:6
**35,000** 78:19,22
79:1
**35k** 78:18
**36** 16:17
**3:49** 2:4 5:2,7

## 4

**4** 75:2
**4,000** 78:18
**4,82m** 78:18
**4.82** 79:3
**414** 4:11
**4200** 3:5

**45** 15:16
**457** 4:9

**5**

**5** 92:2 177:20
178:9
**5210141** 1:25
205:5 207:2
**555** 2:19
**5:04** 61:2,3
**5:22** 61:3,6

**6**

**6** 1:18 4:4 19:22
20:11,17 63:14
64:23 65:20 67:16
68:5 128:16 151:8
152:23 155:7,8,15
**643** 7:4,4,13
**6834** 1:24
**6:42** 114:18,19

**7**

**7** 20:12,17 152:19
155:1,4,9,13,19,22
156:4,9
**711** 4:18
**75** 4:8
**75210-2911** 3:11
**77002** 3:15
**7:00** 114:19,21
**7:58** 153:7,8

**8**

**8** 125:4
**80220** 3:5
**811** 3:15
**8:12** 153:8,10

**9**

**9** 1:20 2:5 4:10 5:1
5:7 92:10 173:23
205:5

**92** 4:10
**94607** 2:19
**98** 4:22 114:24
115:6,9,16
**98101** 2:12
**9:00** 184:14
**9:25** 201:24
202:13,14

**a**

**ability** 9:21,25
22:21 26:10 31:20
38:22 44:5 56:21
71:11 81:11 90:13
94:2 118:21
119:15 137:23
159:2 176:11
179:10 198:15
204:10
**able** 45:17 57:9
68:21 71:3 89:9
102:23 118:21
175:23 183:12,25
184:4
**access** 22:21 23:1
26:11 27:13 30:22
31:1,21 32:2,12,18
33:1,5 34:6,11,12
35:2,4,11,13 38:6
38:8 44:5 47:3,10
47:22 48:2,5 49:5
49:15 50:5,6,8
51:9 53:5 54:5,23
56:21,22 57:2,8,11
58:14,18 61:23
62:10,15 63:4
65:15 68:21 69:1
69:10,12,14,16
70:24 71:11 72:14
74:11,18 83:2,5,7
84:2,16 85:23,24
87:7,16,23 88:9,14

89:4,7,18 98:12,23
99:21 101:2,13,18
101:22 102:5,7,11
103:4,11,15,23
104:3,5,7,9,10,23
105:1,4,21 107:12
108:10 110:1,6,21
111:18 113:5
118:22 119:16
120:1,10,15,20
121:2,8,17 123:5
123:14 124:5,19
137:17,23 138:11
139:7 140:24
141:2 142:12
148:16 149:4,13
149:13 157:2,9,15
157:25 159:7
160:11 161:21
162:12,22 163:6
163:17 164:16
166:21 167:17,20
168:4,7,15,20,21
169:18,22 170:17
170:18,25 171:5
171:16,18 172:2,6
173:7,14,20
179:10,18,21
180:10,14 182:6,8
185:13,21,25
186:4 187:6 188:4
189:13,23 190:7
190:22 191:2,12
191:14,18,20,25
192:4,21 193:4
194:4,5 195:13
197:1,7,11,14,20
198:10 199:5,8,14
199:14,16 200:2
201:19

**accessed** 26:9 38:4
47:6 53:24 55:13
**accessible** 74:13
103:7
**accessing** 30:20
59:21,21 117:10
117:23 120:5
**accommodate**
8:23 12:8
**account** 189:10,12
189:21 190:20
191:23
**accrued** 96:24
**accurate** 32:7
145:9 177:1
**accurately** 100:16
109:22 183:17,18
**acquired** 77:12
**actions** 1:9 183:11
**active** 36:7 51:15
51:17,21 78:21,22
79:1,20 81:21
88:4 112:2
**actively** 11:3
**activity** 120:14
127:10 140:11
**acuity** 44:14
**ad** 128:7 136:4
144:5
**adaniel** 2:14
**add** 200:18
**added** 112:5 158:9
183:9
**addition** 61:21
**additional** 172:7
187:22 195:10
198:23
**address** 65:12
**addressed** 46:8
**adele** 2:13 5:18
6:17

admit   76:9
ads   135:19,23
  136:1,1,2,3 143:7
advance   16:15
  17:20 167:24
advertisements
  138:13
advertising   127:15
  127:17 128:3,6
  138:21
advocate   13:19
affect   200:9
affiliated   23:15
afraid   85:2
afternoon   61:9,10
ago   86:12 119:25
  157:7
agree   67:25 72:7
  138:10 165:25
agreed   75:18
agreements   190:1
ahead   8:17 14:15
  59:11 95:1 101:5
  106:1,2 149:23
  153:1 186:22
  188:19
air   93:23
alex   154:3,17
align   22:10
allison   4:8 15:7
  75:19
allow   26:15 34:6
  34:10 36:25 43:6
  51:23,23 70:18
  85:24 86:1 101:1
  104:3,5,23 140:1
  149:4 152:4
  175:19 183:10
  198:21
allowed   23:16
  47:5,21 62:18

74:17 84:4 86:13
95:22 97:20 100:9
101:13,21 102:4
102:10 103:10,22
104:8,10 105:3,15
105:23 111:17
124:20,22 138:20
141:23 166:11
179:18,21 180:9
180:10 204:15
allowing   127:8
  137:17 148:16
  149:12
allows   51:19 54:9
  87:4
alongside   51:13
alter   43:16
alternative   159:24
  164:23
alto   3:8
altogether   83:23
  84:22 85:19
ambitions   170:12
amended   19:20
amit   15:8
amount   43:12,16
  43:20 44:7,20
  45:14 72:8 74:21
  78:8,14 96:24
  97:7,11 128:13
  182:14,16 186:18
amounts   15:10
analyses   146:17
analysis   99:23
  131:25 134:23
  142:17 143:4
  144:18 145:14
  146:3,7,10,13,22
  146:25 147:23
  148:6,20,23,25
  149:11,19,25

150:8,14,18 151:4
151:24 152:7,9,10
analytica   7:11
analyze   123:25
  124:8 157:4
analyzed   148:14
  149:2
analyzing   180:13
android   24:17,20
announced   39:22
  119:2,4,6 125:21
  126:2 131:23
  180:20
announcing
  169:12
answer   8:3,6,9,16
  8:17 11:16,17
  12:1 13:1 24:5
  25:16 27:23 32:6
  32:24 33:19 36:2
  39:25 51:23 56:11
  58:5,17 59:3
  66:23 68:12 69:3
  74:1 82:18,19
  84:24 85:11 92:22
  95:7,9,13 100:16
  103:3 109:4,18,22
  110:8,19,23
  122:11 132:15,24
  132:25 133:6,18
  139:16,23 140:14
  145:3,9,11,13,25
  146:1,22 149:18
  150:23 151:18
  156:6 162:15
  163:10 164:7,8
  175:5,5 183:12,25
  184:4,12 186:13
  193:10,16 195:17
answering   8:2
  156:19 175:6

answers   167:1
  192:19
anybody   11:4
  155:12
anymore   135:11
anyway   185:2
apart   33:16
api   22:22 23:2
  25:5,6 26:9,13,14
  29:4 30:8,11,14,15
  30:16 31:8,10
  33:7,25 34:6,10,12
  34:16,17,21 35:9
  35:13,18,19,20
  36:1,4,6,11,15,16
  36:23 37:11,16,20
  37:21,25 38:2,3,6
  38:13,18 39:1,3,7
  39:8,10,16,19,22
  40:2,3,4,7,10,11
  40:14,16,25 41:3,4
  41:6,8,12,13,15,21
  43:2,5,6,7,10,13
  43:17,21 45:25
  46:2,9,10,15,17
  47:7 48:6 50:6,7
  51:5,13 53:19,23
  54:22 57:18 59:22
  60:13 62:5,6,7,8
  62:15,18,24,25
  69:4 72:17,18
  73:10,17 76:6
  77:5,9 78:6,7,11
  78:12,15 80:12,21
  81:2,8,12,20 82:13
  83:6 87:19 99:3
  102:4 103:2,3,14
  103:20,22 104:1,2
  104:5,7,8,14,17,21
  104:22 105:3,14
  105:17,19,20,23

106:23,23 107:5,9
107:11,13,15,23
108:8,10,12,15,22
108:25 109:2,6,8
109:11,17,19
110:1,3,6,10,12,13
111:11,12,14,20
112:21 113:9,17
114:9,9,11,13
118:11,13 119:6
119:13,14 120:4
120:25 121:3,9
122:1,15,23 123:4
123:7,9,10,20
124:15,17,22
125:1,1 141:19
142:8,8 157:4
158:11 159:24
160:7 163:12,13
163:14,15 164:5
164:15,19,24
166:4,16 167:4,5
167:16,22 168:8
168:16,17 176:22
177:2,4,5 180:6,18
181:16,18 182:11
182:16,19,22
183:7,21,22 184:5
184:7,11 185:24
186:9 187:4,6,16
187:23,23 188:4,5
189:7 192:4,12
194:15,21 196:3
196:15 197:20
200:9 201:22
**apis** 23:12 25:11
25:13,16,19,20,24
26:10 27:6,7,10,13
27:16 28:20 29:8
29:9 30:12,22
31:5,19,21 32:2,19

33:14,17,22 34:14
35:1,10,24 36:7,9
36:19 38:7,8 39:2
47:4,8,10,22 48:2
49:6 53:11 54:6
54:10 58:15 62:9
63:21 68:25 69:6
69:9,12,21,21 70:7
72:8,11,14,16,20
72:24,25 73:5,7
82:24 84:17 98:16
99:5 102:2 104:3
104:23,25 109:20
110:11,21 111:10
111:23 112:7
113:4,5,12,20,21
113:23 114:3
122:2,6,7,7,20,23
122:25 123:4,9,14
123:19 124:4,10
124:19 134:23
135:7 151:22
152:3 156:15,25
157:15,17 158:1
158:25 159:7
161:25 162:2,5,7,8
162:9,12,14,22
165:1,16,20
166:19 167:2
168:24 179:8
181:13 182:1,4,5,8
182:14,21 186:16
191:3,13 193:20
194:6 195:23,24
196:3 198:4,5
**apologize** 16:6
32:10 59:11 93:4
112:23
**app** 22:19,20,23
22:25 23:1 25:18
32:11 33:5 34:22

35:1,3,14 42:18,19
42:19 48:6,8
49:22,25 53:12
54:1,7,7,8,9,13,19
55:11 56:13,17,23
63:1 68:22 70:18
71:2 72:9 74:19
79:21,23,25 80:1,4
81:2,9,22 82:10
83:1,11,11,13,22
86:8,8,17,17,21,23
86:23,25 87:2,10
88:21 89:18,20,21
90:17 91:25 96:15
98:5 101:21 102:4
102:10,23 103:10
103:15,22 104:6
104:23 105:1,3,9
105:11,15,23,24
106:7,13 107:4,12
107:20,22 108:6,7
108:24 109:13
111:8,18 115:1,19
116:10 117:4,12
117:15,19 119:10
120:7,9,18 122:8,8
127:5 135:3,18,23
136:1,3,21 137:6
137:17,20,24
138:8,11,13,14
139:7,9,11,12,22
139:22 140:7,12
140:19,22,22
141:9,24 142:1,2,7
144:10 150:9
157:14 158:14,25
159:6 160:5,10,12
162:20 163:5,24
164:22 168:14
171:1 172:9 173:4
176:1 179:21

180:10,10 184:3
185:19 186:3,19
188:2,18 194:12
194:21 197:1
199:7 200:22
201:3
**app's** 159:2
179:10 186:1
**appear** 75:11
131:17 167:2
179:15
**appearances** 2:8,9
3:1,2
**appearing** 205:18
206:7
**appears** 79:2
114:25 134:13,23
135:2 177:11
181:23
**appended** 204:16
**appendix** 20:5
**appetite** 127:13
**application** 23:25
25:6 26:16 30:25
31:1 34:6,11,13,19
45:10 48:7 52:25
52:25 53:2,4,13
55:18 56:19,24
57:5,7,7,15 58:7
58:12,14 60:8,10
60:11,15,17 62:10
62:11,19 68:21,23
69:16 70:21,22,23
71:12 83:5,7,10
87:5,7,15,16,22,23
88:3,13,14,17,25
89:7,7,12,24 90:6
90:6,8,11 91:23
95:19,21 98:4
101:2 102:6,17
104:3,8,10,18

107:9,17 108:2
117:17,18 118:1
118:22,23 119:19
120:2,4 121:4
124:17,23 128:15
140:13 141:1,2,6
142:9,10,16 158:9
159:18 163:1
164:2 165:7,9
166:4 168:19
169:7,22 173:20
176:13 182:13
188:25 189:3,5
198:19 199:25
**applications** 22:24
23:17 24:10 33:2
34:17 37:22 42:22
42:25 47:6 73:24
74:3,5,7,8,9,18,25
81:7 84:6,16 86:1
90:22 91:5,6
97:21 98:7 119:15
121:24 123:8
124:24 127:9,10
158:9,12 159:9,22
159:22 160:4,4
163:14 165:14
166:9,12 169:8,18
172:6,16 187:5,21
192:4 193:12
194:24 195:9
198:15,22 199:13
199:23
**applied** 157:23
189:7
**applies** 56:2
133:18 158:17
**appreciate** 13:6
19:17 37:8 46:22
69:8 70:8 110:18
122:12 123:12

184:23
**approach** 90:24
**appropriate** 10:22
**apps** 23:3,4,6,8,10
23:15,21 24:17,19
31:16 44:5 47:9
48:2 49:16 53:8
54:24 55:16 76:4
76:6 78:15 82:9
82:12,22 83:23
84:3,22,25 85:18
85:24 86:13,15
88:9 91:12 96:9
99:21 100:8,21
118:20 119:25
120:20 121:1,7,16
121:20 123:17
124:4,19 127:8,22
130:19 131:4,7
132:1,4,5,7,9,10
132:11,16,19,19
132:24 133:12,16
134:15,24 135:11
135:12,22 136:7
136:16 137:23
138:8 140:5 141:8
149:4,12,13 152:4
157:6 159:11
160:9,22 163:21
163:22 170:17,25
173:7 175:10,21
182:7 183:10
185:12 187:16
189:17 192:23
193:14 195:14
197:4 198:18,21
199:7,19,22
200:16 201:9
**april** 40:3,10,17
40:21 41:5,8 46:3
46:4,16,18 51:14

88:7,9,12 112:5,12
121:12 125:22
126:2 168:13,14
168:17
**archibong** 15:6
67:12
**archive.org** 65:12
**area** 60:20 65:23
66:21 84:2,14
125:1 127:18
196:4
**ari** 154:3,11
**arm** 12:20,21
**aside** 198:3
**asked** 17:7 23:7
29:3 65:17 67:5
70:11 73:24 101:7
101:14 132:23
134:4 153:25
**asking** 11:4 34:3
37:13 52:7 69:8
92:24 95:2 109:3
130:24 133:5
144:16,23 192:18
193:9
**aspect** 66:17
**aspects** 171:19
**assembled** 16:21
**assert** 150:12
**assertion** 80:14
**assess** 113:19
143:6,20 145:21
**assessment** 147:5
147:20
**assessments** 67:7
148:2
**assist** 11:13
**associated** 36:18
63:21 188:5
**assume** 8:10 32:11
129:11

**assumption** 8:11
**astray** 192:16
**attached** 20:4
**attempt** 8:1 85:7
133:3 135:12
**attempted** 113:4
152:7
**attempting** 42:4
42:13 43:9,16
89:21
**attempts** 99:24
**attend** 10:20 62:12
**attendance** 62:16
62:17
**attended** 62:12
103:4
**attendees** 103:16
**attending** 62:11
62:19,25 103:12
103:13,19,24,24
**attorney** 2:12,13
2:14,16,20,21 3:6
3:9,12,13,16 8:14
204:18
**attorney's** 7:6
**attorneys** 14:19
15:19,21,23 16:14
16:20
**audience** 177:17
**audit** 76:5
**auld** 2:18 5:25
**auth.log** 26:15
**author** 129:16
130:13 133:2
134:1,3 135:13
178:10
**authored** 177:17
177:19,23 178:4
**authorization**
89:14

**authorize** 58:18
70:21 83:5 87:12
87:15 118:22
128:14
**authorized** 21:6
34:7 35:3,10
58:10,14 60:1,3
69:15 87:22 89:24
102:5,16 109:13
111:8 117:17,18
137:19 141:1
182:12
**authorizes** 56:6
57:2 59:24 108:7
**authorizing** 71:3
140:13
**automatically**
176:9
**available** 27:24
28:1 29:10 30:17
31:16 33:2,5 36:1
36:9,10 37:22
43:13,17,21 44:3,8
44:21 45:15 46:3
53:23 56:17 57:23
57:25 68:1,4 70:6
74:21 78:9 83:13
83:25 84:5,7,9,10
85:15 89:12 90:21
97:9 104:13,14,19
108:14 110:15
112:11,17,20
113:21 114:4
119:18 122:16,25
124:4 129:4
135:11 139:13
140:10,11 141:3
141:11,19 146:4
147:16 159:8
160:12 162:7,10
163:12,13 164:1

167:6,12,19,25
172:15 177:4,5
178:17 180:18
181:10 182:3,21
185:20 186:17
187:4,7,18 188:16
190:2 191:4,14
194:6 195:23
**avenue** 2:11 3:11
**average** 78:19
131:11
**aware** 9:23 27:2
29:1 45:19 49:18
56:3 71:21 82:8
88:23 91:22 99:23
113:11,18 129:13
149:10,19 151:4
152:10

**b**

**b** 1:18 19:22
155:23,23 206:1
**back** 37:4,7 44:16
61:5,11 63:9 70:3
87:17 106:9,14
114:20 127:11,22
151:8 153:9,16,24
154:25 157:18
159:17 181:8
182:9,19 186:12
186:24 198:2
202:7
**bad** 44:18
**balance** 45:8
201:13
**base** 36:20 37:1
51:22 110:2 160:3
**based** 32:15 67:15
90:17 110:5
129:17 137:9
138:23 139:16
141:22 143:10,11

143:13 151:17
155:20 156:8
163:24 175:8,24
179:9 188:8 195:2
**bases** 190:6
**basic** 7:17 22:6,12
22:18 46:21
**basis** 83:11 86:8
150:9,10 190:5
**bates** 75:12 125:8
174:2
**bear** 22:17
**began** 45:18,23
46:17,17 154:16
168:17 170:6
**beginning** 5:14
168:13,18
**begins** 178:18
**behalf** 5:21 6:1,3
20:16 95:13 107:6
122:8 141:20
142:8
**behaved** 35:21
108:15 110:14
111:24 184:9
**behaves** 161:13
**behavior** 31:23
32:8 33:7 43:7
95:20 108:12
109:5 110:4,10,11
112:7,9 158:10,10
158:19 159:24
160:7 161:12,15
164:24 165:4,5,11
165:11,14 166:16
167:22 169:20
173:10 175:15
187:23,24 188:4
192:12 201:2
**behaviors** 162:7
165:21,21 187:3,6

191:13
**belief** 194:19
**believe** 17:16
18:18 19:4 67:16
67:21,23 151:3
154:5 156:9,11
184:14
**belonged** 93:24,25
**benefit** 30:1 75:10
98:10 128:3
**benefits** 97:25
148:15
**best** 8:23 12:1
42:15 67:19 100:6
106:3 171:6
204:10
**better** 44:9,17,22
167:9 175:19
**beyond** 140:23
145:19
**bfalaw.com** 2:20
2:21
**big** 43:3 124:18
144:24 185:11
201:4
**bill** 178:11
**billing** 55:2
**binder** 16:21
**binding** 21:10
**birthdays** 93:13
**bit** 12:15 60:19
61:19 101:4
106:22 153:4
156:21 179:7
183:6
**blackberry** 56:13
56:16,16,20,24
57:5,16,17,20 58:7
58:10,12,13,21,24
59:2,4,6,19,24
60:1,3,7,8,10,12

60:15,16,17
**blackberry's**
58:18
**bleichmar** 2:18
5:25
**blizzard** 174:6
**block** 85:17 86:21
87:5
**blocks** 87:4
**blow** 183:6
**blowing** 117:5
**blume** 3:6 5:20,20
12:3,10 16:2
17:13 19:4,10,16
37:9 60:19,24
94:23 95:1,2
112:13,23 113:1
115:8 138:17
142:22 145:1,19
146:6,18 147:17
148:18 175:2
195:16 197:16
**bold** 170:11
**bottom** 20:11 93:1
93:10 100:4
178:15
**box** 194:3
**boxes** 195:21
**branded** 52:19,20
56:13,17,23 57:5
57:14,15 58:2,6,22
58:24 60:16
**break** 8:22 9:1,7
33:21 60:22
112:14 114:7,14
152:21,25 153:2
184:19,20,21
**breaking** 42:17
112:14
**bring** 12:14

**brings** 31:3 48:9
**broad** 185:10
**broadcast** 90:10
**broader** 22:23
149:9
**broadly** 46:2
144:4 148:24
193:1
**broken** 188:9
194:25
**browser** 51:4
**build** 24:9 47:6
52:18 53:21 55:15
55:19 70:18,22
86:1 97:21 98:2
126:25 137:25
140:1
**building** 98:10
126:24
**built** 23:11 56:23
56:24 70:17
167:14 170:2
195:20
**buongiorno** 3:12
5:23 16:4
**business** 97:1
98:13 99:10,17
148:15 149:3
150:5 171:19
181:16 190:17
192:24,25 197:5
199:1
**button** 50:24 51:1
51:1
**buy** 56:16 136:3

**c**

**c** 155:24
**ca** 4:9,11,13,16,18
174:3 205:9,12,20
**california** 1:2 2:19
3:5,8 203:4

**call** 15:18,25 23:12
23:13 40:15 56:8
56:8 69:23 70:5
75:18 77:5,8
81:20 82:1 86:23
99:3 142:8 156:14
156:25 157:4
163:14,15 183:22
196:24,25,25
**called** 6:7 14:7
19:20 26:15 39:4
40:11 41:4 42:21
47:4 54:7 55:16
56:1 61:15 72:16
72:18 74:2,4
81:12 82:9 84:2
86:13 87:4 92:16
104:17 107:5,6
111:12,13 116:17
117:20 122:7
125:24 132:4
141:20 165:13
170:8,9,19
**calling** 43:7 47:23
52:10 77:13 78:15
81:8 124:11 129:6
**calls** 49:14 54:9
57:18 76:6 78:6,7
78:11,12 80:12,21
122:1,15,20,23
123:4,7,9,10,18
151:9 166:4
**cambridge** 7:11
**camera** 9:12
**capabilities** 31:6
31:22 160:15
165:13 169:18
170:15,18 171:20
172:4,16,20 173:5
173:7,12,16 174:7
174:16,25 175:9

175:14,20
**capability** 31:4,6
31:11,15,20 32:6,7
32:17 33:8 38:1,5
161:16 166:15
169:4,6,15,16,19
169:23 170:1,14
172:11,25 175:15
176:2,14
**capacity** 76:22
82:4 146:19 148:6
**captainquizz**
116:18 117:4,20
120:18
**captioned** 177:7
**captured** 177:24
**car** 200:1,3
**career** 13:16
**cari** 2:12 5:18 6:16
**carry** 101:6
**case** 1:8 6:22 7:4,7
10:19 16:10 18:9
18:25 22:14 45:9
59:17,21 65:1
67:5 79:25 80:4
82:9 90:15 101:17
119:18 120:4,16
144:6 148:4
152:18 162:8
169:1 182:15
187:17 193:25
196:18
**cases** 70:20 192:5
196:14,15 201:15
**casts** 109:17
**categories** 47:17
47:18,20,24 48:1
132:5 135:1
190:14,19 197:15
198:8 200:16

Veritext Legal Solutions
866 299-5127

**[categorization - communication]**

categorization
29:8 136:13,18
categorize 29:9
categorized
130:14 132:16
136:16 137:6
198:4
category 47:9
178:21 197:10
199:4,25
cause 81:11 124:2
190:10 204:6,20
caveat 8:24 67:18
cc 174:5
ccp 205:9,12
center 45:2
central 14:5,7
centrally 43:2
certain 20:1 31:21
51:17 86:14 99:5
134:14 149:4
152:4 160:22
166:12,20 167:22
182:6 189:3,5
certainly 28:5
74:7 84:10 94:6
certificate 204:1
certified 204:2
certify 204:3,17
cetera 143:5
chain 4:8
chang 174:5
change 124:18
125:2 149:18
201:4 207:4,7,10
207:13,16,19
changed 83:25
112:8,9 161:19,22
166:12
changes 4:17
41:11,14,16,18,20

42:17 43:2 46:11
46:13 91:7 118:4
118:17 119:6,9,12
119:13,22,23
120:3 121:11,14
125:21 126:2,10
126:12 131:23
146:8,23 147:1,5
147:20 149:25
158:18 177:8,12
177:15 192:12,19
194:9,9,12 200:8
200:10 201:2,6,22
204:14
changing 169:19
characterize
171:24
characterized
132:19
charge 29:16
chat 93:6,8 96:23
checks 171:3
chen 3:18 5:22
16:3
choice 84:7,12
choose 53:2 56:18
90:13 94:3 101:1
106:8
chooses 57:4
choosing 53:3
chosen 100:14
christopher 174:6
chrome 144:8
circa 71:20
circumstances
167:22
civil 19:22 205:19
205:20
clarification 7:9
13:4 17:12 21:17
24:3 27:9 54:15

clarify 20:21
119:7 146:21
185:15
clarke 3:16 5:22
class 64:3 151:12
194:7
classed 27:3
classifiable 69:5
classification
130:17
classified 69:5
136:15,21
classify 98:25
111:2 137:8
claufenberg 2:13
clause 64:9
clear 7:18 9:16
22:8 23:23 86:3
131:10,13 133:17
145:9 174:16
177:16,22 178:3,3
184:12 196:23
cleared 11:10
clearer 151:1
click 20:6
client 191:5
closed 105:12
closely 66:21
code 36:20,25 37:1
42:25 51:22 56:20
59:18,20 81:12
110:2 142:11
160:3 171:4 205:9
205:12,19,20
cofounders 92:16
colleagues 14:25
collect 159:2
collected 44:10,23
131:13
collection 24:8
104:2,22

collects 144:12,19
145:15
colorado 3:5
column 130:9,18
130:22 132:6
combination 16:2
come 9:12 10:9,12
11:17 18:22 42:14
72:6 153:15
176:24 202:7
comes 43:18
151:13 168:11
173:3
coming 10:14
commencing 2:4
comment 102:24
102:25 103:5
117:12 118:8
127:25
commentary
133:10
commented
102:22 117:24
120:6
comments 102:13
102:18,19 104:12
104:13 111:18
119:19 179:24
180:3 186:20
common 38:18
39:1 50:3 108:2
161:3
commonly 114:3
129:15
communicated
53:18
communicating
10:24 11:3,6
communication
63:22 64:10 65:18
67:18 72:4

**[communications - continued]**

communications
64:6
company 13:10
28:12 38:15,24
40:21 45:10 53:19
57:10 64:25 82:6
92:16 95:14
142:24 144:22
145:3,16 148:8
159:21,21 171:2
complete 101:11
163:16 173:1,6
179:19
completed 205:7
205:17 206:6
completion 204:12
206:10
complexity 193:13
compliance
188:25 196:15
complicated 166:6
complication
193:23,24
component 66:1
155:19
compound 175:2
193:9
computational
99:1
compute 99:4
computer 11:10
204:10
conceive 162:2
concept 25:17
33:16,17,24 55:11
55:17 73:1 158:16
161:2,18 162:11
165:6,8 166:14
167:4
concepts 22:18
33:15,18 55:22

123:1 164:6
conceptual 161:18
concern 21:24
45:1,4 46:6 82:1
96:12,14
concerned 43:20
74:20 91:3
concerns 44:1,1,4
45:14,18 46:7,8,12
67:25 68:6,8 91:9
91:9,10,13,14,16
96:8,17 98:18
120:8,11
conclusion 120:13
conclusively 76:24
conditional 172:2
confident 46:19
confidential 1:13
configuration
42:18
configuring 42:19
confine 140:14
confirm 115:25
116:3,14,24 117:1
139:1
confusion 93:15
94:10,14 98:19
162:16
connect 167:10,11
167:16,18
connected 157:25
connection 141:9
cons 90:24
consider 27:20
96:8 144:11
167:15
considerably
161:22
considerations
187:25 189:9,11
189:21 190:20

191:22
considered 25:13
25:20,24 26:2,11
26:14,18,23,24
28:21 29:5 81:4
98:15 125:2 163:5
196:2
consistency
172:21
consistent 28:12
136:25 158:13
196:18
consistently
158:21
constantly 41:13
construe 103:1
consult 10:21
consumer 1:5 5:9
205:4 207:1
consumers 30:16
contact 127:22
205:9
contactable 133:3
contain 105:13
178:1
contained 17:4
18:6 46:10 131:23
177:3
contains 35:15
content 35:15
104:4 118:7,8
119:16 126:6
127:10,23 141:12
141:19
contents 50:15
context 13:3 23:24
25:16,18 26:3,21
28:6 30:8,10,11,14
30:24 31:5,7,10,14
31:14 32:1 34:2
34:14,16,21,22,25

35:9,17 37:12,14
48:4,24,25 49:7,17
49:19 52:7,14,16
53:13 54:11 55:10
63:8 68:19,25
81:23 90:14 99:12
100:18 106:16,23
107:4,5,10,13,18
108:7,22,24 109:2
109:5,6,11,19
110:10,12 129:3
134:9 137:19
140:5,6,25 141:5
144:14,15 157:14
158:4,5,7 159:5,16
159:25 161:4,10
163:23 164:15,19
164:22 165:9
168:1 178:13
179:5 181:15,22
183:7,15,24 184:5
184:7,11 186:12
186:24 190:11
193:22 201:17
contexts 51:9
72:19 96:21
157:24
continually 158:1
continue 120:16
126:20 149:12,13
166:21 199:8,9,13
199:14,15 202:7
continued 2:25 3:1
120:10 168:21
186:4 187:5 188:4
189:13,23 190:7
190:22 191:12,18
191:19,25 192:21
193:3 195:13
197:1,11,14
198:10 199:5

Veritext Legal Solutions
866 299-5127

[continued - daylight]

201:19

**continues** 119:10
120:12

**continuing** 114:15
149:3 152:4
198:21

**contract** 165:17
165:23 166:1

**contracts** 49:3
195:25

**contractual** 190:1

**contributes**
146:12

**control** 43:2 84:4
173:10 176:9

**controls** 83:25
171:18

**convenient** 184:19
184:20

**conversation**
15:16,17 22:6
23:20

**conversations**
15:9,20,22 187:20

**cool** 111:9 185:3
187:11

**copy** 12:4

**correct** 7:15 10:4
10:7 12:19 17:17
20:18 23:4 48:12
57:3 58:17 61:24
62:23 64:15,16
74:22 117:21
134:16 138:24
151:12 154:3
155:10 158:24
184:15 187:9,10
203:3

**corrected** 19:15

**corrections** 205:14
205:15 206:3,4

**correctly** 16:4
34:8 64:4,5 95:22
97:24 107:1 118:9
118:10 126:13,14
187:1

**correspondence**
18:12

**counsel** 3:18,19
5:14 10:21 12:3
12:12 17:6 20:20
37:6 64:7 85:5
153:13 156:13
169:11 204:17
205:18,21 206:7

**couple** 97:4 127:6
130:4,6 156:21
197:3

**course** 8:13 12:22
23:19 64:17 65:20
75:8 76:6 156:23
157:5

**court** 1:1 6:3 7:22
22:13 30:1

**cover** 64:20 68:25
179:16

**covered** 65:20
69:2 99:20 148:13

**create** 23:15,17,17
53:16,18 108:17
129:22 130:6
139:21

**created** 18:13
93:15 94:10,13
129:16 133:19,20
147:12,12,13,14
162:20 163:1
168:14 178:9

**creates** 23:8

**creating** 175:18

**crisp** 145:8

**criteria** 29:12
136:20

**cross** 1:17 2:2 4:16
5:8 6:5,12 9:20
10:3 11:12 12:17
13:7 14:18 17:15
18:17 19:19 37:11
64:22 67:15
114:22 120:19
125:10 153:11
157:13 169:14
174:4 176:21
184:13 201:23
203:8 205:5 207:2

**crr** 1:24 2:6

**crutcher** 3:4,7,10
3:14

**csr** 1:24 2:6
204:25

**curious** 81:20

**currency** 144:7

**currently** 12:18
15:2

**custodial** 133:24

**custodian** 178:11

**customer** 14:7

**customers** 189:2,4

**cut** 144:9

**d**

**d** 4:1 156:1,1

**d.c.** 7:6

**dallas** 3:11

**dan** 15:7,17

**daniel** 2:13 3:21
5:18 6:17

**dark** 115:11

**data** 26:8 32:13
43:12 44:9,22
47:7 59:1 63:24
64:12 74:13 76:12
76:16,25 77:12,12

77:18,25 78:8,17
78:24,25 79:20
80:2 83:2 88:14
100:1,6,8 101:2
111:6 119:1,3
123:10,11 126:10
131:12,23 138:12
139:7,12 141:3,8
144:11,19 145:15
146:4,14 148:17
148:21 149:9
154:7 159:3,5
160:11,17 166:18
166:22 179:4,6,18
179:21 180:2,14
182:14,17,24
185:14,16 186:4
186:15 191:18,21
191:25 192:21
193:4,6,11,17,19
195:14 197:1,11
197:20,21

**database** 113:8

**date** 39:20 85:1
131:22 178:5,5
205:16 206:5
207:24

**dated** 75:20 92:9
204:23

**dating** 171:11,12
171:16

**david** 2:16 4:11,11
92:9,13,14,25 93:7
93:9 100:3,20,23

**day** 8:13 12:22
75:8 80:13 130:20
131:5,9,9,12
167:13 203:4

**daylight** 2:4
202:14

days 76:7 78:18
79:3,7 117:6
december 4:10
92:10
decided 83:1
176:23
deciding 190:21
191:23 193:3
decision 43:24
45:3 186:5
decisions 72:4
187:13
deck 4:12 125:15
126:5 128:17
129:16 130:13
131:3,22 133:2,8
133:19 134:1,3
135:6
declare 203:2
deep 174:15
deeper 165:10
defendant 3:3
19:21
define 24:5 68:12
190:9
defined 113:6
120:15 186:15
191:8 197:22
definition 22:23
26:4 31:6 68:24
69:4 70:3,13
111:4 129:9,14
149:9 158:13
159:14,17 161:9
162:4 179:23,25
193:11,16,19
definitions 164:11
definitively 114:8
defunct 36:23
degradation 195:4
196:13 199:20

201:12
degraded 192:6
194:20
degree 14:9,10
64:21
delivered 17:1,24
100:22
denver 3:5
department
145:17
depend 13:2
162:24,25
depending 103:18
127:5 175:5
depends 26:4
32:24 109:18
161:15
depo 4:15
deponent 204:14
deposed 6:20,21
6:24 7:2
deposition 1:16
2:2 4:14 5:8 6:19
12:7,16 13:12
14:20 17:11 18:24
19:8,21 37:16
61:4 66:4,18
69:19 75:5 92:5
125:5 153:20
155:21 168:9
173:24 176:17
204:4,6,12,19
205:19,22,24
206:8,10
depositions 11:1
deprecate 176:23
deprecated 39:20
46:17,18 119:2
131:20 132:1
134:24 135:7,10
148:24 149:1,15

149:17,20 150:6
151:21 160:21
162:22 163:7,9,17
164:16 168:7,13
170:13 172:10,15
173:15,20 176:25
179:2,16 189:14
189:24 190:8,22
198:6 201:1
deprecating 119:5
124:12,13 149:5
150:15 152:3
deprecation
134:14 135:3
150:2 152:13
163:16 168:16,17
187:16 188:9,11
190:2 192:13
194:8,11 196:7,12
199:12
deprecations
134:25 135:14
180:19 188:15
189:7 190:5
192:12 196:20
depth 41:22
derek 2:14 5:17
6:14 205:1
derived 132:13,21
132:22,22 134:5
deriving 118:6
describe 13:13
15:13 70:14 72:13
91:8 97:17 109:9
110:11 125:17
169:15 183:20,22
described 35:7,8
63:4,6 106:23
112:17 130:10
138:3 139:19
155:6 182:24

189:9 190:13
191:19 197:3,4,5
198:8 199:1
describes 126:6
describing 177:12
description 4:7,21
111:11 160:13
171:23 177:1
design 85:21
154:21
designated 20:1
20:16 21:5 63:15
designation 28:11
28:24 29:2
designed 7:18
46:11 72:5 194:1
designee 1:18
desire 44:9,22
106:13
desk 11:10
detail 13:13 15:13
20:20 27:12 34:24
59:24 95:21
detailed 109:4
details 109:20
184:10
determinable
114:12
determination
133:4,21 137:15
162:6 195:2
determine 30:17
86:8 99:25 113:20
114:8 122:24
123:7 133:3
165:14 171:4,15
185:12
determined 99:24
133:22 137:12
194:24 196:1
205:18,22 206:7

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

**[determines - document]**

**determines** 55:12
**determining** 71:16
  85:8 88:13 133:8
  173:19 188:1
  196:6
**develop** 65:21,24
  156:24
**developed** 23:25
  64:18 79:22 81:10
  154:1 157:2
**developer** 13:19
  32:12,18 35:1,3
  36:3,8,13 37:23
  39:17 42:18,23
  43:22 45:11 47:5
  48:5 49:21,24
  50:4 53:10 54:19
  55:4,19 65:5,9,16
  71:13 74:9 82:23
  83:16 86:4 87:19
  90:16 91:12 97:13
  100:2 108:13
  113:12 114:4
  116:7 121:5,14
  124:21 125:3
  126:9,16,17,21,24
  127:1,4 129:5
  136:2 138:2,9,16
  138:19 139:12,18
  140:9,12 142:10
  143:21 146:11
  154:6,18 156:6
  158:5,11,19,22
  159:19 160:10,10
  162:21 163:5,23
  165:25 167:7
  169:21 172:5
  173:3 175:24
  176:1,10,12,13
  183:22 187:8
  188:11,22 196:25

198:9 201:4
**developer's** 144:5
**developers** 23:16
  24:9 38:4,8,12
  42:25 43:6 44:8
  44:11,21 45:9
  55:15 70:7,18
  72:9 83:15 96:25
  97:9,18 98:1,9,24
  124:8 126:19,19
  126:22,25 135:11
  138:6,7,8 140:1
  143:22,23 144:2,4
  147:8,22 159:8
  163:20 167:19
  168:3,5 187:15,19
  188:14 189:10
  190:3,11 191:4,15
  194:23 200:8
  201:14,18
**developing** 71:15
  126:20
**development**
  40:14,20 63:17,20
  68:8 71:18,20,23
  154:6,9 158:21
  170:5
**develops** 171:8
**device** 53:24 55:7
  55:21 56:16,16,18
  56:21,24 57:6,16
  57:17,21 58:7,13
  58:16,21,22,25
  59:6,20 60:8,10,12
  60:16,17 171:21
  194:3
**devices** 43:1 191:6
  195:20 200:5
**diagnosed** 80:23
**diagnosis** 80:14

**dialogue** 125:20
**difference** 37:25
  72:25 164:18
**different** 15:10
  31:24 33:15 40:24
  41:2 47:20,21,24
  51:7 54:18 55:3,5
  55:17 56:4 69:25
  72:14,18 73:22
  80:24 97:12,17
  98:6,9 101:8,10,12
  107:15 113:4,23
  127:4 132:5
  136:14 142:18
  143:3,6,7 145:20
  145:22,23 148:2
  155:14 159:14
  161:7,7,12,13
  162:3,18 164:24
  165:4,11,15,21,21
  166:5 173:11
  175:5,20 179:8,17
  183:5 189:11
  193:12 196:2
  197:3
**differently** 18:10
  137:9 166:10
**difficult** 175:11
**dig** 61:19
**direction** 204:11
**directly** 116:25
  157:10
**disagree** 93:13
**discuss** 9:12 28:3
  101:10 116:13
**discussed** 28:5,8
  28:10 38:7 45:4
  45:23 91:17
  126:15 162:4
  176:21 181:14,17
  182:6 186:15

197:23
**discussing** 28:7
  157:20 189:22
**discussion** 91:21
  92:17 93:22 94:1
  94:6 160:20 169:9
**discussions** 32:2
  45:7,20 74:23
  82:12,22 90:23
  91:2 187:14
**disinterested**
  204:7
**disorganized**
  175:10
**display** 183:10
**displayed** 107:17
**distinct** 55:22 56:3
**distinction** 12:25
  21:15 69:24 70:5
  164:14 183:3
**distinguished**
  21:19
**district** 1:1,2 7:6
**dko** 2:17
**dloeser** 2:15 205:2
**docs** 174:7
**document** 1:8 4:14
  11:15 19:3 36:13
  36:17,18 66:7
  75:10,14,15,17,21
  75:23,25 79:5
  93:2 100:17
  123:23 124:1
  147:9,12,18 148:3
  148:9,10 151:7
  152:17 174:12
  176:11,20 177:7
  177:11,16,17,18
  177:23,24 178:1,4
  178:9,11,14 181:8

Veritext Legal Solutions
866 299-5127

## documentation

35:19,24 36:4,12
107:23 108:13
112:21 122:4
174:20

**documents** 16:15
16:16,17,19,23
17:19,21,22,24
18:3,6,8,11 28:19
29:23 33:10 45:1
45:6 61:15 64:25
65:1,2 66:25 67:4
72:3 82:20 89:13
96:5 123:6 147:3
152:17 157:21
159:11 160:20
162:16 175:24
191:8 196:18

**doing** 10:16,17
56:19 58:4 79:15
79:15 127:20
150:5 157:5

**doubt** 10:16 133:7

**downloaded**
121:16,19

**drafting** 63:23
64:11

**draw** 21:16 73:1
109:14 183:3

**drawing** 12:25

**drawn** 21:15

**draws** 109:11,12

**drive** 17:3

**drivers** 43:23

**due** 76:6

**duly** 6:7 204:4

**dunn** 3:4,7,10,14
5:21

**dunne** 178:10

## e

**e** 2:20 4:1 205:9,12
206:1 207:3,3,3

**earlier** 100:12
130:24 131:14
153:25 162:5
179:7,23 184:6
186:16 197:22,23

**early** 10:15 32:25
42:23 154:5,9

**easier** 63:11
110:23 186:7
198:2

**easiest** 56:10
163:10

**easily** 78:12

**easy** 156:2

**economic** 99:19

**ecosystem** 22:25
42:24 121:14
138:21 159:19

**eddie** 4:11 15:6
67:11 92:9,25
93:6,8,12 95:10
133:24

**educate** 152:14

**educated** 67:17,22
67:23 156:10,11

**education** 14:11

**efficiently** 79:22

**effort** 113:16,18
113:22 114:2
123:7 172:18

**egnyte** 115:5

**eight** 18:1 119:25

**either** 29:25
129:25 204:18

**electronic** 14:16

**electronically**
16:24

**elia** 15:7

**elicit** 113:4

**email** 4:8,16 37:14
38:17 75:17 77:15
77:25 80:5 81:15
81:18,24 82:2,4,7
92:8 93:1 174:4
174:10 175:9

**embed** 50:5

**embedded** 50:10
50:11 51:1

**eminently** 81:1

**emit** 102:2

**emitted** 102:15
113:17 114:9,13
180:2 182:17
186:18

**emitting** 119:1

**emma** 2:15 5:19
6:17

**employed** 13:7
15:2

**employee** 92:14

**employment** 64:18
65:21 156:24

**enable** 24:9 32:18
52:18 98:7 105:25
166:20

**enabled** 31:17

**enables** 87:3

**ended** 154:16

**endpoint** 114:4
183:9,15,19,20,24

**energy** 99:1

**enforced** 188:12

**enforcement**
115:2,20 116:11
188:15

**engage** 143:4

**engaging** 70:18,23
86:2 97:21 98:2

137:25 140:1

**engineer** 13:18

**engineering** 14:12
14:17

**engineers** 23:11
59:19 85:13 171:9
173:18

**entering** 26:19

**entities** 21:18
23:14 25:9 30:20
38:8,12 47:21
49:14,20 52:17
173:2,14 190:12
197:4

**entitled** 204:6

**entity** 22:20 23:1
23:25 50:4,14
52:12 54:6 55:12
139:13 155:23
156:16 157:1
159:18,20 196:24

**entity's** 31:20

**equities** 45:8

**errata** 205:14,16
206:3,5

**esq** 205:1

**established** 165:16

**estimated** 135:13

**estimates** 147:6,21

**et** 143:5

**eugene** 15:7

**evaluate** 150:3

**evaluated** 121:7
135:2

**evaluating** 134:14

**evaluations**
131:18

**evening** 202:10

**event** 62:17,20
63:1 103:2,3,6,16
103:19,24 129:22

204:19
events 62:5,6,7,8
  62:10,15 103:4,10
  103:11,14,20,22
  113:25 129:25
  130:6 193:22
everybody 16:1
evidence 91:1,2
  133:21 150:21
evolution 41:9
evolutions 41:2
evolved 41:1,13
ewright 2:16
exact 109:5 110:9
exactly 7:5 35:21
  45:22 81:17 84:25
  93:17 96:3,21
  109:20,25 110:13
  110:14,14 112:9
  129:7 136:20
  139:1,2 161:15,19
  165:14 177:25
  184:9,10
examination 4:3
  6:10
examinations 4:2
examined 6:8
example 8:4 24:17
  26:13 28:14,17
  33:22 38:17 56:11
  56:12 57:1,13,24
  58:9 59:14 62:3
  62:12 72:17 78:16
  81:9 103:25 106:4
  108:4 127:8
  138:14 139:9
  141:14 143:8
  159:20 163:9
  165:4,24 166:13
  167:9 171:7 180:1
  180:8 181:5,6,7

182:16 183:11,23
  183:25 186:20,23
  191:1 199:24
  201:3
examples 39:3
  50:3 77:20,21
  99:18
exceeded 82:9
excellent 11:11
  68:15
exception 199:11
exchange 38:16,19
  38:21 39:9
exchanged 25:8
  38:14 54:21
exclusively 66:24
excuse 94:23
exhausted 200:15
exhibit 4:8,10,12
  4:14,16,17,22,22
  18:18,19 19:4,5,6
  19:6,11 63:9 75:2
  75:4,5,12 92:4,5
  92:21 114:23,24
  115:6,8,9,16 125:5
  125:7 153:12,17
  153:20,24 173:24
  174:2,2 176:16,17
  177:6
exhibits 4:6,20
  63:11
exist 39:14 51:20
  171:4 181:23
existed 36:7,11,15
  36:17,19,25 39:10
  51:11,25 65:10
  139:25 161:20
  179:17 184:9
  197:7,8
existence 29:11
  39:2 137:22 170:1

expand 68:24
expect 58:1,7
  165:25
expectation 91:16
  100:23
expense 96:25
  98:12,15,22 99:6
  99:16
experience 24:18
  53:7,17,18 55:3,5
  57:19,20 58:2,15
  58:22,24 60:12
  66:12,13,15 70:23
  97:14 137:25
  139:11,21 140:7
  140:21 155:24,25
  156:3 188:8,18
  191:5,10 192:3,6
  194:2,20,25 195:4
  196:14 199:21
  200:3 201:12
experiences 15:3
  52:20 53:22 70:19
  86:2 90:3 97:22
  98:2,10 140:2
  194:1 195:20
expert 19:13,17
  128:5
expertise 127:18
explain 24:25
  37:24 39:5 42:15
  59:14 85:19
  108:22 128:11
  157:13 162:15
  171:6 174:22
explained 59:23
explanation 62:14
explicitly 68:23
  76:20 140:12
  141:1

exposed 80:25
  197:21
expressed 45:5,14
  46:6 96:14 120:8
  120:11
expression 42:8
  117:14
extension 192:9
  194:19 199:12,24
  201:9,11
extensions 149:12
  189:17 190:4
  192:3 194:14
  196:6,12 197:6
  200:7,12,21
extent 124:3
  131:18 182:20
extra 192:7 194:21
  195:7 199:19

f

f8 4:17 177:8
facebook 1:5,18
  3:3 5:9,21 7:13
  12:23,24,25 13:1,8
  13:9,15,24 14:2
  15:21 17:7 18:9
  18:13 19:1,21
  20:16 21:6,13
  22:15,25 23:4,8,10
  23:11,15,16,18
  24:1,7,8,10,11,14
  24:15,17,19,22
  25:1,19 26:8,11,17
  26:20,25 27:14,15
  27:20 28:3,3,15
  29:4,4,6 30:21,22
  30:23,25 31:13,15
  31:17,23 32:8
  33:2 34:2 35:15
  35:24 36:3,8,13,20
  36:24 37:1,19,22

Veritext Legal Solutions
866 299-5127

38:9,11 39:8,17
41:10,25 42:13,17
42:21 43:4,9,14,15
43:22,25 44:9,22
45:9,11,13 46:5
47:2,3,5,7,10 48:4
48:6,7,8,11,15,19
49:1,5,11,14,15,21
49:23 50:6,9,17,20
50:22,22 51:2,8,19
51:22 52:9,12,17
52:19,19,20,22
53:9,11,16 54:2,5
54:6,7,7,10,12,17
55:4,6,10,24 56:13
56:17,22,23 57:2,5
57:9,14,15,19,20
58:2,6,15,22,23,24
59:22 60:8,10,11
60:13,16 61:14,22
62:9 64:2,18 65:5
65:14,16 68:2,4,11
68:17,17,20 70:17
70:25 71:1,4,13,15
74:9,18,20 77:1
78:2 79:18 81:4,7
82:8,23 83:1,4,16
84:19 85:21,24,25
86:4,7,8,20 87:19
89:1,5,9,17 90:9
90:16,19,20,23
92:14,18 93:22
94:20 95:8 96:25
97:15 98:13,20,22
99:6,9,17 100:13
104:4,13 105:12
106:9,10,15 108:5
108:20 109:25
110:3 111:6 113:8
113:12,15,19,20
114:4,8 116:5,6,12

116:13 119:2,4,6
121:4,7 122:1,14
123:3,13,16
124:18,21 125:3
125:20 126:17,21
126:22 127:2,3,11
127:12,13,22,23
129:5,13 131:15
131:18 132:18,23
132:25 136:4,24
137:8,9 138:1,8,9
139:18,25 140:4,9
140:23 141:7,10
141:12,16,25
142:8,15,17,24
143:5,21 144:1,3,8
144:8,11,18
145:13 146:3,5,10
146:12 148:7,8,14
148:15,16 149:2
150:3,4,5,6,18
151:11,20,21,23
152:2 154:6,18
155:13 156:6,24
157:9 158:5,11,14
158:19,22 159:8
159:15,19,22
160:4,20 161:6,10
162:2,21 163:23
164:22 165:9,17
165:17 166:20,20
167:3,7,10,11,16
167:18 168:1
169:5,7,17,20
170:25 171:1,8,11
171:12,16 172:5
173:3 174:23
175:19,24 176:6,8
176:11,22 180:12
180:14 185:12
186:3 188:1

189:12 190:7,13
190:15,21 191:5
191:22 192:20
193:2 194:2
195:13 197:13
199:5 200:2 201:4
205:4 207:1
**facebook's** 22:20
32:1 57:18 58:14
63:24 64:12 81:11
82:1 99:16 128:5
129:9 138:16,19
138:21 139:19
147:7,22 151:18
159:10 161:8
163:6 200:15,19
**facebook.com**
24:11,16,19
**fact** 11:24,24
69:12 91:21
133:11 160:16,19
184:8 190:15
**factors** 137:14
**facts** 11:16 108:16
108:17
**faint** 177:20
**fair** 8:11 9:8,9,18
9:19 22:2,3,9
23:22 25:23 69:22
77:10 91:8 110:18
123:19 135:5
160:13 171:23
175:12 181:25
**fairly** 182:24
**familiar** 25:10,12
27:7 33:23,24
42:8 52:1 61:16
61:17 62:5,6
72:12 105:16,18
139:6 184:8

**fang** 4:16 174:5
**faster** 46:20
**fault** 134:21
**fb** 4:9,11,13,16,18
174:3
**feature** 85:13,14
85:15 87:3,4 88:8
171:9,10,13,13,16
**features** 31:16
49:23 50:2,8
170:25 171:5,19
172:7 173:12
181:9
**federal** 19:22
206:1,8,9
**feed** 77:22
**feedback** 43:19
52:20 55:11 94:15
115:2,20 116:10
**feel** 38:24 164:9
202:5
**fields** 183:15
**figure** 61:20
164:13
**figures** 80:17
**figuring** 174:23
**file** 133:24
**files** 17:2,4
**filings** 16:9
**finance** 145:17
**financial** 99:25
142:17 144:18
145:14 148:15
149:3 150:14
189:1
**find** 36:2,14 65:9
66:16 76:9 78:3
80:6 133:6,12
150:22
**fine** 8:12 60:22
153:2

finish 8:16,25 9:6
finished 114:15
firm 6:14,18
first 6:7 7:3 13:16
  13:17 40:8 44:15
  45:13 70:20 75:24
  75:25 78:16 87:20
  90:7,8 97:6
  116:23 125:15
  130:9 132:6 133:1
  133:14 158:14
  167:2 168:6
  178:16 181:9
  186:14
fit 111:11
five 153:3
flag 81:5
flesh 32:4
flexibility 184:24
flip 128:18
fly 10:19
focus 97:5 180:19
folded 109:16
folder 16:25 17:1
  17:3
folks 16:17 154:20
  155:14 194:4
follow 39:23 51:18
  85:3,8 147:17
followed 188:10
following 64:8
  129:18
follows 6:8 205:8
fonti 2:18 5:25
foot 42:8,12
foregoing 203:3
  204:3
forensic 156:5
form 38:23 39:8
  39:17 142:23
  147:10 148:11

158:20 192:7
  195:16 197:16
formal 150:13
forms 163:25
forthcoming 66:23
forward 10:13
founding 86:3
  90:18
four 48:18
fql 39:4,12
frame 32:20 82:17
  97:23 142:4
  154:12 188:12
framing 34:8
francisco 15:8
  67:13
frcp 206:1
free 44:11,24
frequently 12:23
  37:17 73:24 74:2
  74:4 98:8
fresh 153:5
friend 27:6,7,10
  27:18 32:12 33:1
  33:4 35:2 58:8
  59:4,4 63:17,22
  64:1,3,14 68:7,9
  68:11,14,18,20
  69:1,7,10,13,16,19
  69:20 70:4,6,12,14
  70:16 71:6,10
  72:1,8,11,15 74:6
  74:17,24 82:25
  83:2,14 84:6
  85:17,19 86:15
  87:1,10,14,22 88:2
  89:20 91:22 92:18
  93:23 96:9,11
  97:11,20,25 99:8
  99:21,25 100:1
  101:13,18,19,23

102:3,12,20,20,22
  102:23 103:1,6
  104:20 106:17,20
  110:21 113:6,9,17
  114:10 117:20
  119:1,2,5,11
  120:20 121:2,5,8
  121:17,23 122:2,6
  122:6,13 123:5,10
  123:11,14,19,20
  124:3,13,15,20,23
  131:1,8 132:2
  137:17 138:2,11
  138:14 139:7,8,10
  139:20 140:5,15
  140:18,20,24
  141:3,8,22 142:1,2
  149:5,6,8,14
  151:11,20,21,25
  152:2,3,4,12 154:1
  154:22 158:25
  159:3,5 160:11,17
  168:8,11,20 169:2
  179:4 180:17,21
  180:23 181:1,3,6
  182:6,11,16 183:1
  183:4 184:1
  185:13,14,16
  191:18,20,25
  192:4,13,21 193:4
  193:6,11,17
  194:11 195:14
  196:19 197:1,11
  197:18 198:4,15
  198:18,21 199:15
  200:23 201:11,16
friend's 86:23,25
  87:10 91:23
  179:21,24 183:11
friendlists 129:20
  129:21 130:5

friends 25:2 27:5
  27:14,15,16 35:11
  35:16 44:5 57:12
  57:24 58:3,4,9,18
  58:20 59:1 60:1,7
  60:9 61:22,24
  62:22 63:2 68:22
  71:12 72:21,23,24
  73:5,6,6,12,15
  74:4,11,13,19,22
  77:13,21,25 82:8
  83:9,12,21 84:21
  86:9,22 87:25
  88:2,17,20,22,25
  89:2,3,24 90:11,13
  90:25 91:5,24
  92:20 93:13,25
  94:22 95:24 96:14
  96:18 97:8,18
  98:3,12,23 101:15
  101:23 102:8,11
  103:7,17,21,23
  104:6,15 105:1,9
  105:11,14,16,18
  105:23,25 106:10
  107:7 110:6,24,25
  111:3,6,7,12,14,19
  113:14,24,24
  117:12,15,16
  119:16,20 120:2,6
  122:9 127:12
  129:19 131:4
  132:6,8,17,20,24
  133:11,13,15,17
  137:24 138:13
  140:16 141:14,16
  141:23 148:17,20
  149:9,16 154:7
  166:18,21 178:22
  179:6,8,11,18,20
  180:2,9,11,14,25

Veritext Legal Solutions
866 299-5127

181:14,14,21,22
182:12,22,24
183:2,13 185:17
185:21,25 186:4
186:15,19 193:20
196:8,9 197:21
198:5 199:15
200:10 201:7
**front** 20:9 45:2
75:21
**full** 75:25 145:3
193:2
**fully** 35:6
**function** 38:7
195:22
**functional** 164:4
171:22
**functionality**
31:18 127:5 189:6
**functioned** 63:20
87:13 98:16
**functions** 25:4
**further** 185:5
204:17
**fusz** 178:11

**g**

**gain** 89:22 127:2
160:11
**gained** 127:3
**game** 144:7,7,10
**games** 134:11
144:6 148:7
**garble** 185:22
**garrie** 3:21 6:2,3
**gate** 170:25 171:9
175:23
**gated** 112:7
171:13 183:4
**gatekeeper** 170:23
170:24 171:10,14
171:15,17,21

172:1,12,18,20
173:12
**gatekeepers**
170:22,23 171:3
171:14
**gates** 170:10,13,16
170:20
**gather** 10:5 40:12
155:3 157:23
**gathered** 25:22
**general** 25:17
46:24 96:17 99:5
99:13,13 127:18
129:3,8,14 130:16
149:25 157:9
158:17 161:9
177:4 188:12
194:8,9 197:22
**generally** 28:1
29:10 30:12,14
31:8,10,13 37:21
38:3 50:1 109:10
157:18 159:8
162:9 167:6,19,24
195:23 200:23
**generating** 134:7
134:15 135:4
**getting** 63:13 84:3
86:25 115:11
142:1 158:1 164:6
164:7 202:2
**gibson** 3:4,7,10,14
5:21
**gibsondunn.com**
3:6,9,12,13,16
**gillian** 178:10
**give** 16:1 28:14,17
34:12 39:24 54:23
56:20 62:3 66:5
69:1 76:11 80:9
100:5,7 106:13

107:24,24 109:22
110:16 139:15
145:8,24,25 181:6
184:12 199:19
200:7
**given** 17:8 31:2
65:23 69:3 80:3
80:10 90:13 99:17
114:11 122:11
131:9,21,22 139:3
158:8,16 161:1,21
166:5 176:9 192:7
193:2,10,11,16
194:21 195:1
200:8
**gives** 103:3
**giving** 44:10,23
76:10 78:4 80:7,7
80:18,20 122:10
145:11 164:16
201:13
**glad** 23:7
**go** 8:17 12:4 13:12
14:15 29:6,13
36:1,14,22 41:23
46:22 47:19 59:11
63:9 65:9 75:16
85:10 92:1 93:5
93:10 94:25 101:5
106:6 109:24
110:9 125:4
130:18 132:3,18
133:12 144:24
145:16 149:23
154:25 156:2
176:15 178:15
182:9 185:5,11
188:19,20 198:2
**goals** 126:8
**godfather** 108:6,9
108:20,21

**goes** 178:19
**going** 8:21 10:13
12:13 13:8,11
16:3 21:12,16
47:19 60:19 61:13
63:10,13 75:3,8
92:3,24 101:24
114:22 115:10
131:19 134:23
142:20,22 151:8
151:15,16 152:20
153:11 154:25
169:15 174:1
181:24 184:24
185:22 202:1,5
**good** 5:16,24 6:12
8:4 16:7 18:2 24:2
26:13 30:3,3
56:10,12 61:8,9
120:24 152:21
153:4 185:1,8
199:24 202:4,6
**google** 17:3
**gotten** 93:17 95:17
**govern** 197:20
**governed** 33:8
38:6 49:3 165:22
167:17 195:25
**governing** 141:11
**grant** 30:22,25
35:13 83:7 87:15
118:20 168:3
189:12 198:19
**grantable** 124:16
**granted** 53:5
55:13 73:24 88:11
88:12 89:24
121:23 156:15
157:1 160:6
165:22 176:14
187:22 190:5

**[granted - implemented]**

192:3,9 195:9
199:11,23 200:7
200:12 201:9
**granting** 157:25
194:14,19 196:11
201:11
**grants** 185:24
**granular** 88:6,10
**graph** 22:22 23:2
24:23,24 38:13,18
39:1,10,22 40:2,3
40:4,7,10,11,14,25
41:3,4,12,13,15
43:10 45:25 46:2
46:9 47:7 50:7
51:13 53:19,23
54:22 73:10,17
77:9 118:11,13
120:25 121:9
126:9 128:10,12
131:16 146:5
176:22 186:9
**great** 18:23 44:14
60:24 96:25 98:12
99:16 185:9
**greatly** 166:25
**group** 48:18 105:6
105:12,15 115:1
116:12
**group's** 105:14
**groups** 104:21,22
104:23,25 105:3,5
113:25 193:21
**guess** 24:5 40:14
69:11

**h**

**h** 207:3
**half** 198:13
**handled** 205:8
**hannah** 3:13 5:22

**happened** 59:18
120:18 187:14
188:16
**happening** 11:8
45:21 119:12
134:10
**happens** 107:19
160:2 164:24
**happy** 22:10
184:16 202:1
**hard** 45:23 69:3
74:1 76:18,20
82:2 95:11,13
109:21 112:9
132:14 139:14,15
145:2,8,24 154:22
164:7 177:25
193:15 200:4
**harder** 43:1
**hardware** 55:20
**head** 8:4 79:8,16
109:21 200:1
**header** 130:22
**heading** 181:9
**hear** 22:15
**heard** 42:10 43:19
43:25 44:16 45:13
45:18 48:13 52:3
94:15 96:4 98:18
146:9
**hello** 76:3
**help** 11:16,17 23:5
24:13 25:15 26:6
26:22 27:9 30:10
32:4,20 37:12
42:5 47:17 52:6
68:12 72:10 73:18
99:11 101:25
110:3 121:18
143:12 144:13,15
157:4 179:5

184:17
**helped** 33:9 34:17
**helpful** 13:5 33:11
35:22 54:15 101:9
108:4,18 123:24
**helps** 93:1 162:15
**hendrix** 4:9 15:7
75:19
**hendrix's** 19:8
**hereto** 204:16
**hey** 174:15
**high** 14:10 25:11
62:14 128:25
129:1,2,6,8,10,12
129:14,18 130:11
130:14 161:17
**highly** 26:24 27:2
27:4 28:4,10,15,21
29:2,5
**himmel** 154:3,17
**holly** 1:24 2:5
204:2,25
**honestly** 9:21
**hope** 124:12
**hour** 152:20 153:1
**hours** 18:1
**house** 3:18,19
**houston** 3:15
**hregan** 3:13
**huge** 96:24 97:11

**i**

**ian** 3:18 5:22 16:3
**idea** 40:1 71:5
76:11 80:10
174:19 175:23
**identifiable** 78:13
**identification** 4:6
17:8 63:19 75:6
92:6 125:6 153:21
173:25 176:18

**identified** 122:1
123:17 129:18
134:15
**identifies** 54:8
113:8,11 130:10
**identify** 5:14 16:7
38:20 51:20 85:14
113:16 122:15
123:3,3 132:18
133:1 172:8
180:16
**identifying** 121:16
180:13
**identity** 76:8,13
76:16,25 77:11,12
77:17 78:17 79:20
**ids** 160:5 173:4
194:12 201:3
**illustrate** 106:3
**image** 116:23,25
**imagine** 71:21
106:5 171:11
**ime** 15:6 67:12
150:24 152:16
**immediate** 85:12
**impact** 9:21 64:1
66:20 67:8 81:10
91:2 99:20 121:13
145:7 146:8,23
147:1,7,21 149:3
149:20,25 150:14
151:10,19,25
152:1,11
**impacted** 98:20
135:3,13
**impacts** 188:17
**implementation**
73:16 176:22
**implemented**
46:13 100:14
166:14

**implementing**
131:16
**importance**
136:23
**important** 7:21
8:3 9:14 20:24
22:5,13 40:5
55:23 69:24 73:1
119:7 186:13
190:24 192:14
193:7 202:6
**impossible** 141:8
193:10
**inappropriate**
80:3 145:11
**inception** 71:14
**include** 35:2 57:11
59:5 104:15 105:8
105:10 130:5
179:3 196:9
**included** 60:13
69:16 91:13
102:17 103:16
104:12,19 105:5
121:15 154:7,22
174:24 178:21
179:23 180:15
194:10 196:8
205:14 206:3
**includes** 11:16
129:3 193:19,21
**including** 18:8,11
63:18,23 64:11
75:19 98:2 132:2
171:1 180:1
194:12
**income** 143:4,18
143:22 144:1,3
**incorrect** 110:16
**increase** 43:21

**index** 4:2
**indicate** 72:4 80:3
154:2
**indicated** 7:20
9:11 12:17 17:15
80:6 189:16
**indicates** 80:10
102:13 178:9
179:15
**indicating** 80:12
80:16
**indication** 76:7
**indicative** 78:14
**individual** 175:15
176:10
**industries** 201:17
**industry** 31:11
161:3 167:21
189:1
**inefficiently** 81:3
81:10
**inference** 129:6
**infers** 144:12,19
**inform** 128:7
**informal** 49:2
**information** 14:22
22:21 25:8,14,19
25:21 26:2,9,12
27:14 29:7 30:17
30:20 31:1 33:11
35:1,2,11,25 36:15
36:23 37:7 38:9
38:11,14,16,19,21
38:23 39:9 43:16
43:20 44:2,6,8,21
44:24 45:15 47:3
47:22 48:5 49:5
49:16 50:9,12,18
50:22 51:8 52:10
52:13,22 53:4,4,17
53:22,24 54:17,19

54:21,23 55:1,12
56:7,21 57:3,8,10
57:11,23,24 58:3,8
58:11,19 59:4,5,5
59:25 60:4,13
61:21,22,23 62:16
63:5 68:1,22 69:1
69:10,13,15,17
70:24 71:11 72:9
72:15 74:11,19,21
77:1 79:24 80:24
82:13,15 83:6,8,8
83:13,17,22 84:5
84:17,22 85:4,18
85:23,25 86:9,14
87:1,8,11,23,24
88:10,21,22 89:4
89:10,19,22 90:14
90:19,21,25 91:4
91:11,15,19,24
92:18,19,20 93:24
94:3,7,16 96:15,18
97:8,19 98:12
99:8,9 101:9,13,19
101:22 102:3,20
102:25 103:5,15
103:21,23 104:4,6
104:9,16,19,20
105:1,20,24
106:17,20,24
107:11,14,21
108:1,8,18,23
109:7,11,13,14
110:1,7,13,17,22
111:1,2,3,6,7
113:5,6,9,13,17,20
114:10,12 117:21
117:23 119:11,17
120:1,5,20 121:17
122:24 123:5,15
124:4,5 127:14,15

128:2,7,13 137:18
137:18,20,23
138:3,12,15 139:8
139:10,20 140:5
140:10,10,15,20
140:21,24 141:5
141:21,23 142:2,9
142:12,13 145:16
145:23 155:13
157:6 172:11,23
173:1 179:10
182:7,20,23 183:1
183:5 185:18,20
186:1,19,21 194:5
**informed** 156:13
**inherent** 70:16
**initial** 40:13 70:2
**initiatives** 121:12
121:15,25 124:3
131:15
**ins** 50:4 51:7,11,12
51:16,20,24
**inside** 64:24 144:8
144:9 171:2 200:3
**install** 135:19,23
136:1
**installed** 88:17
121:20 123:17
**instruct** 95:3
**instructs** 8:15
**insurance** 189:1
**integrating** 51:8
97:14
**integration** 30:16
52:2,3,5,11,16,23
52:24 53:8,21
54:16 55:2,7,25
56:1,6 83:1
190:13,16,25
191:7,12,20
192:24 193:25

Veritext Legal Solutions
866 299-5127

195:19 196:1
200:1
**integrations**
126:20 167:14
190:17,17,18
192:25 197:5,7
199:1
**integrators** 30:16
**integrity** 14:5
**intend** 11:21 69:20
140:4
**intended** 118:5,17
118:19 140:16,23
**intent** 107:2
**interact** 24:10
53:11 55:25 140:2
**interacts** 56:7
**interchange** 38:23
55:1
**interchangeably**
21:13
**interested** 81:7
183:7 186:2,8
187:5 204:19
**interface** 25:7
30:18
**interfere** 9:25
**internal** 18:11
36:24 37:2,3
115:1 169:6,16
**internally** 74:23
116:13
**international**
10:16
**internet** 18:23
**interpret** 77:15,16
78:2,19
**interpretation**
77:4,10 78:5
**interrupt** 39:14
79:10

**interrupting** 59:12
**introduce** 6:13
92:3 153:18
**introduced** 85:1,9
87:18 90:2 181:24
182:2
**introduction** 43:5
120:25 121:3,9
**invisible** 113:24
**invitable** 111:14
181:14,21
**invited** 62:12
**involve** 145:22
**involved** 29:14
40:19 48:17,20
63:19 66:22 71:15
71:17,19,23
150:25 154:5,12
154:14,18,21
157:11 173:18
192:2 194:17,18
195:3 196:11,15
**involvement** 65:23
156:5
**involving** 69:7
**ios** 24:17,20
**issue** 21:21 67:2
82:3
**issues** 42:12 93:16
94:11,19,21 95:8
95:12

**j**

**jackie** 174:5
**january** 13:22,23
48:22
**jclarke** 3:16
**job** 1:25 170:4
171:25 205:5
207:2
**john** 3:20 5:11

**joined** 13:10 40:21
61:4 154:15 168:9
**josiah** 3:16 5:22
**jsc** 1:8
**june** 115:3 116:4
117:19 177:20
178:9
**jury** 22:14,15

**k**

**keen** 126:20
127:22
**keep** 60:23 169:15
184:24 202:1
**keller** 2:11 5:17,19
6:15
**kellerrohrback.c...**
2:13,14,15,16,17
205:2
**key** 132:4,5,19
133:12 134:15
135:11 136:7
**kind** 14:22 41:5
55:3 136:12
140:17 161:12,13
186:14 200:2
**kinds** 145:23
172:2
**kingdom** 2:4
**knew** 123:13
**know** 10:25 15:24
17:6 19:2 24:16
29:15 32:25 38:22
45:12,17,22 46:15
59:14,15,17 66:17
70:21 71:8,8,22,24
76:18,20 80:24
82:2 84:8,24 90:7
92:13 94:12 95:7
95:11,17 97:2,22
109:4,12 110:5,20
112:1 113:15,22

120:17 129:2
132:10,13,21
133:7,19 136:6,8
136:11,17,20
137:11 147:13,14
150:13,19,20
154:18,23 157:8
158:18 159:25
164:24 170:7,19
185:22 191:8
192:10 201:10
**knowledge** 64:19
64:20 65:18,21,24
66:3 111:24,25
138:23 155:20
156:25
**knowledgeable**
128:1
**known** 29:19
40:18 41:6 65:12
68:1,3 135:18
**knows** 94:20 95:8
**ko** 2:16
**konstantine** 29:17
**konstantinos** 4:8
29:17,20
**kp** 29:19,25 75:18
76:2 77:11 80:5
81:14,18,20,25
82:5

**l**

**large** 41:20
**late** 14:1,4 61:9
202:2
**laufenberg** 2:12
5:18 6:16
**launch** 41:5,15
43:4 167:8,13,15
167:18,24 177:2
**launched** 39:18
40:3,10,17,20 41:8

**[launched – major]**

41:20 46:16 51:13
71:21 87:20 88:7
119:14 121:11
125:20 147:6
167:8,8,12
**launching**  71:22
167:23
**law**  2:12,13,14,16
2:20,21 3:6,9,12
3:13,16
**leading**  29:21 91:6
**learn**  109:25
**led**  126:1 150:25
192:16
**legal**  65:2 93:16
94:11,19,21 95:8
95:12 192:8 195:6
205:7
**lesley**  2:20 5:25
**level**  42:9,12 54:20
54:25 59:15,16
62:14 145:3,5
161:18
**lifespan**  161:8
**light**  185:7
**lights**  115:11
**liked**  102:22
117:24 120:6
**likes**  72:17 102:17
102:19 111:19
119:19
**limit**  44:7,20 89:8
165:4,5 166:1,2
**limited**  63:18 69:6
105:24 106:19
107:25 126:11
138:2 140:25,25
148:20,23 182:15
182:23 186:18,21
192:5 198:22

**limiting**  43:12
119:15 128:13
165:24
**limits**  166:3,8,11
**line**  96:22 205:15
206:4 207:4,7,10
207:13,16,19
**lines**  70:9
**link**  17:3 116:20
116:21
**linkedin**  13:12
40:12
**list**  18:6 29:3
62:25 77:22 105:4
105:5,8 113:7
116:8 132:21
136:5 158:9
164:25 176:24
178:18,24 179:2
179:14 180:7,15
181:13 182:11,12
183:2 193:2 198:6
199:23
**listed**  129:25
179:22 181:5
**listening**  16:5
**lists**  73:4 178:23
181:6
**litigation**  1:6 5:10
6:16 21:21 147:16
168:2 205:4 207:1
**little**  12:14 15:13
142:14 155:2
177:19
**live**  10:8
**llp**  2:11 3:10,14
**loaded**  114:25
**located**  2:3 10:3
**locked**  205:12
206:1

**loeser**  2:14 4:4
5:16,17 6:10,11,14
7:12 12:2,11 17:6
17:14 18:15,21
19:5,12,18 37:6,10
60:18 61:7 66:14
75:1,7 92:1,7
94:25 95:5 101:3
112:15,23 113:2
114:14,22 115:9
115:15 125:4,7
138:22 143:2
145:12 146:2,15
146:20 148:22
153:11,22 168:23
169:13 173:22
174:1 175:7
176:15,19 178:7
184:13,23 185:4
196:21 198:1
201:23 202:9
205:1
**log**  26:16 56:18
**logged**  58:21
104:18
**logging**  57:6 90:5
**login**  4:12 125:15
125:19,20,22
**logs**  156:15,25
157:4
**london**  2:3,4 5:7
10:3,8 14:3
202:14
**long**  13:7 17:23
92:23 157:7
**longer**  27:25 82:6
155:2 178:17
185:6 187:3,7
190:1
**look**  44:18 63:12
68:5 75:24 78:16

96:22 100:3 110:9
115:18 116:16
117:2 142:25
143:8 152:22
172:12 177:6
178:15
**looked**  113:22
114:3 121:22
143:24 175:8
**looking**  14:23
19:10,19 42:6
65:4 77:5 116:15
117:11 125:18
174:4,15 179:14
183:14 190:15
192:20
**looks**  116:22,23
120:13 131:3
142:20 179:19
181:18
**loss**  150:3,12
**lost**  168:19
**lot**  46:20 76:10
78:4 80:7,7,18,20
81:12 100:18
157:21 185:6
**love**  108:20
**luke**  154:2,14
**lulu**  93:18 95:17
95:19 96:5,5,10,20
**lweaver**  2:20

**m**

**macdonell**  3:20
5:11
**machine**  65:11
**magically**  75:10
**mailbox**  129:20
**main**  3:15 127:6
**maintained**  160:5
**major**  13:14 41:18
42:12 43:9

**majority** 74:8
160:17
**making** 45:3 57:18
80:1,13 89:11
97:8 139:12 141:7
157:18 158:17
**manage** 129:21,21
129:24,25 130:5
169:7,8,17 172:2,6
181:6
**managed** 172:18
**management**
172:19
**manager** 13:20,24
116:6
**managing** 170:16
**manifest** 98:6
**manifested** 159:6
**manner** 16:22
**manufacturers**
200:1
**map** 123:10,21
**mapping** 181:16
**mark** 18:15,16
71:17,21,24 75:3
133:5,7,11,15
153:12,17 174:1
**mark's** 132:6,8,16
132:19,24
**marked** 4:6,20,22
4:22 18:17,19
19:7 75:5 92:3,5
103:12 114:24
115:6 125:5
153:20 173:24
176:17
**master** 3:21 6:2,3
7:20 9:10
**master's** 14:11,16
**matches** 68:3

**materials** 11:13
17:8,16 18:12
37:15
**math** 79:8,11,14
79:16
**matt** 3:12 5:23
16:3,5
**matter** 5:9 7:3,11
7:13 15:4 62:1
78:11 98:24 103:8
166:25
**matters** 7:1,8 9:13
20:21 21:7 67:17
67:20,22,24
155:17 156:10
**matthew** 2:21
**mau** 117:6
**maus** 78:18,21
**mbuongiorno** 3:12
**md** 1:8
**mdl** 1:7 4:9,11,13
4:16,18 174:3
**mean** 13:8 21:13
22:16 23:5 26:6,8
27:10 31:7 48:24
68:13,18 69:11,20
72:10 73:18,21,22
73:23 74:15 76:23
78:19 80:1,23
87:6 90:4 91:18
118:15 121:18
135:25 143:12
158:24 159:2,4
161:6 179:6
180:24 185:15,17
185:18 190:9,12
**meaning** 31:12
80:18 158:3
**means** 25:8 32:5
38:5,10 78:1,21
128:11 129:8

157:13
**meant** 37:19 42:25
43:1 82:5
**mechanism** 39:7
42:20 50:21 53:20
54:25 164:21
169:19 171:17
173:9
**media** 190:17
**medication** 10:2
**medications** 9:24
**melamed** 2:21
61:4
**member** 104:24
105:4,5,6,7,8
**members** 105:15
**memory** 65:7
**mental** 44:14
**mentioned** 30:5
56:5 78:15 96:20
109:23 111:13
146:17 148:2
188:21
**mentioning** 148:5
**mercy** 18:23
**message** 4:10
**messaging** 11:7
**met** 6:12
**meta** 3:18,19 7:7
10:6,8 12:18,19,20
12:20 13:1,9,15
15:3,21 21:6,10,12
24:1 45:10 92:15
169:11,17 170:24
171:18 172:1
173:10
**metadata** 75:14
133:23 178:8
**method** 38:3 77:8
77:21 114:12

**mid** 14:4,6
**migrate** 172:19
187:18,22 188:14
189:17 194:21
195:10 198:23
199:20
**mill** 3:8
**million** 79:3 117:6
**millions** 123:18,18
**mind** 42:14 43:18
47:18 109:5
**mine** 130:1
**minute** 125:13
162:1 189:19
**minutes** 15:16
86:12 153:3
184:17,21,25
185:6
**missed** 76:12
**mix** 122:19
**mixed** 164:7
**mixing** 164:11
197:18
**mmelamed** 2:21
**mobile** 22:24
24:19 42:24 56:9
56:13 135:18,23
136:1 194:2
**model** 91:3 94:7
154:8
**models** 94:7
**modification** 33:6
160:6
**modifications**
160:8
**modified** 32:9
158:12 166:15
**modify** 31:22
173:10
**modifying** 158:18
158:18 167:22

**[modifying - observing]**

169:20
**moment** 92:8
198:3 202:7
**monday** 1:20 2:5
5:1
**monetization**
99:10
**money** 135:23,24
**monthly** 78:19,21
78:22 79:1,20
81:21
**morning** 5:16,24
6:12 61:8,9
**move** 28:13 33:12
152:19 153:18
155:1 181:8
**moved** 42:24
**movie** 108:5,19,21
183:14,15,24
184:2
**moving** 101:7
**multiple** 171:14

**n**

**n** 4:1
**name** 6:14 26:17
26:20 29:18,24
37:3,5 71:9 75:17
182:17
**names** 15:24 154:4
**narrower** 22:1
**naturally** 73:20
**nature** 46:24
**nearly** 119:25
**necessarily** 36:12
36:17 60:14 68:23
80:2,22,23 83:10
90:7 165:25
**necessary** 53:18
205:14 206:3
**need** 8:22 11:2
12:4 13:2 18:16

19:13 20:7 21:18
54:3 84:24 107:23
108:13 109:1
110:9 122:3 149:7
152:22 153:23
164:10 167:20
172:12 183:6
**needed** 13:4 21:18
88:10 166:10
189:3 198:23
200:5
**needing** 188:14
**needs** 21:15
**negative** 188:17
**neko** 135:15,15,17
135:17,20
**net** 64:2 66:21
67:8 109:17
151:10,19,25
152:1,11
**never** 60:6
**new** 10:25 18:4
19:6 41:7 131:16
167:23 171:8
181:9 183:9
189:18
**newsfeed** 34:11
35:14,14 127:12
127:24
**night** 156:13
**noise** 168:10
**noisy** 136:5,6,8
**non** 117:12,15
**nonapp** 61:15,17
63:4 88:24 89:22
96:13
**nonpublic** 165:11
**nonstandard**
165:10
**nonwhitelisted**
70:7 187:7

**normal** 54:19
**northern** 1:2
**notating** 205:15
206:4
**note** 178:8
**noted** 11:24 12:10
12:12 37:9 202:14
**notes** 4:15 11:12
12:4,15 152:22,24
153:12,25 154:2
190:16
**notice** 18:24 19:20
19:23 20:2,5 47:1
61:13 66:1 67:25
87:9 88:21 89:21
151:8,9,17 154:25
**noticed** 153:24
**noticing** 5:15
**notification** 89:2
89:25 90:10
**notifications** 88:4
129:21,24
**notified** 88:2,18,24
**noting** 178:12
184:13
**nottingham** 14:12
14:17
**number** 1:25
15:25 17:4 31:23
33:10 34:20 41:20
45:7 46:10 64:24
69:25 71:19 72:18
72:20,22 73:22
75:19 76:5 77:7
78:5,7,10,12,13
80:21 81:6,21
82:11,21 90:2
97:12 98:9 101:14
101:17 113:3
115:8,9 121:7,12
121:16,22 122:1

122:15 123:4
124:7,24 125:8
126:8,10,11 127:3
128:9 129:4
130:12,19 132:5
132:12,13 133:9
135:12 136:14
140:8 165:20,20
166:3,5 167:10,13
171:2 174:2,17,19
176:23 177:3
178:25 182:5
187:15 194:11
201:5,18 205:15
206:4
**numbers** 75:12,12
79:16 117:5
128:17 133:16
134:2,5

**o**

**o'neil** 4:11 15:6
67:11 92:9,25
93:6,12 94:9
134:15
**o'neil's** 96:23
133:24
**o0o** 2:1,7 4:5,24
5:3,5 6:4 202:17
203:1
**oakland** 2:19
**oath** 21:10
**object** 8:14 94:23
142:22 183:11
**objecting** 8:17
**objection** 138:17
145:1,19 146:6,18
148:18 175:2
195:16 197:16
**objects** 183:9
**observing** 9:11

Page 23

**obtain** 50:17 56:6
58:10 59:25 60:3
103:21 119:10
137:20
**obtained** 50:22
59:4 97:18 140:6
140:15 148:16
168:7
**obtaining** 25:18
79:24 117:20
**obtains** 140:20
**obvious** 76:11
78:4 80:8
**obviously** 68:6
94:20 157:21
**occur** 150:4
**ocean** 10:19
**october** 4:16 174:6
**offered** 53:1
165:10 190:3
191:10 204:13
**offering** 167:23
**offers** 142:18
**office** 205:11
**official** 28:11,24
29:1,2
**oh** 120:24
**okay** 6:23 7:16 9:6
9:10,20,24 10:9,13
10:24 11:7 12:16
12:22 13:5 14:8
15:23 16:25 20:4
20:10,19 21:12,24
22:12 23:19 25:3
26:22 27:5 29:23
32:13 34:1 35:17
36:14 37:24 40:12
40:23 41:16 42:11
43:8 46:5 48:9,17
48:23 49:12 50:21
51:5 53:14 54:1

54:14 57:1 60:18
61:1,19 65:13
67:21 69:18 73:2
77:10 79:2 80:5
83:11,19 85:3
86:18 88:19 89:1
92:1 93:3,10
100:3 101:7,24
102:19 103:2,20
106:16 108:3
109:9,23 111:9
112:25 113:1
114:14,17 115:13
115:18 116:4,8,16
117:2,19 118:2,25
119:8,21 124:5
126:4 127:6
128:16 129:17
134:7,13 135:20
139:4,17,19
141:21 142:7
143:3 146:3,16
147:17 148:1
154:24 156:23
157:12 159:10
160:19 161:23
163:2 165:16
168:6 170:11
172:8 173:22
174:14 176:15
177:18 178:2,7
180:23 184:23
185:9,10 186:6,11
187:11 191:16
198:14,25 201:23
202:9
**once** 15:15 142:7,7
142:13
**ones** 58:10 180:24
181:5

**ooo** 1:3 6:9
**open** 105:12
**operate** 166:10
**operated** 71:16
201:5
**operating** 195:21
196:2
**operative** 46:1
**operator** 5:6 61:1
61:5 114:17,20
153:6,9 202:12
**opt** 83:16 86:14
**option** 86:25
**order** 18:1 34:11
51:2 53:6,16
57:18 58:15 70:22
164:4 185:5
186:21 191:9
195:22
**organization**
48:21
**organize** 175:20
**original** 39:17
41:12 42:16 71:1
85:21 87:21 89:5
120:6 154:21
159:17 169:3
205:10,21
**originally** 40:17
65:6 90:16 98:16
163:14
**output** 131:24
**outset** 72:2
**outside** 140:6
142:15
**overlapping** 39:15
162:18
**overview** 126:5
**owned** 23:14
92:18 93:22,23
160:4,5

**owner** 54:9
**owns** 94:6

**p**

**p.m.** 2:4 5:2,7 61:2
61:3,3,6 114:18,19
114:19,21 153:7,8
153:8,10 184:14
202:13,14
**package** 194:9
**page** 3:8 4:3,7,21
20:6,7,8,9,10
50:13,14 63:10
75:16 79:12,17
93:1,6,11 100:4
104:4,9 108:20
115:19 125:15
126:5 128:16,17
128:18,19 178:16
178:19 181:9
205:15 206:4
207:4,7,10,13,16
207:19
**page's** 104:11
**pages** 104:1,2,8,17
205:14,17,17
206:3,6,6
**palo** 3:8
**papamiltiadis** 4:8
29:20
**paragraph** 75:24
75:25
**paragraphs** 20:22
**parallel** 155:11
**parse** 92:16
**part** 10:10 13:16
32:25 41:21 70:16
71:13 72:1 100:1
119:6 121:8,25
123:20 125:21
126:1 144:22
151:9 154:7

174:12 175:6
177:2 195:19
196:5
particular 6:21
20:21 44:2 67:2
71:7 82:24 86:21
89:16 94:19 95:23
131:1,12 148:17
149:21 156:16
157:1,6 158:1,3
176:14 189:22
parties 23:14,17
38:15,17 39:9
44:3 45:16 47:4,6
47:10 48:16 49:2
49:10 52:10,17
54:24 61:23 76:8
77:12 83:18 94:4
94:8,17 128:14
146:5 198:7
204:18,21
partly 100:22
partner 13:18
48:13 52:5,25
53:21 55:2 56:6
83:2 136:12,17,23
137:10 150:4,7,10
150:12 157:14
158:15 159:19
160:1,1,5,12
162:21 163:6
165:18 190:15
192:8,24 196:1,25
198:9 199:4
partner's 55:7
partners 48:10,12
49:15 52:2,4,11,16
52:23 53:8 54:16
55:25 69:12,14
98:24 136:10
137:3,8 149:4

150:5 152:5
159:13,16 160:9
160:23 164:3
166:21 167:8,13
167:24 168:4,7
189:13,22 190:8
190:10,10,13,16
190:25 191:7,12
191:20,24 192:25
193:25 195:14,19
200:16
partnership 13:20
136:15 143:10,11
143:13,14,16,19
partnerships
13:17 48:18,21,24
48:25 49:4,8,9,20
136:19 143:20
150:25
parts 175:4 195:18
party 5:15 23:3,6
23:20,24 26:16,20
32:2 50:11 51:8
53:6 55:18 84:16
91:12 139:9
148:16 164:16
197:10 198:9
party's 52:21
passed 182:18
password 26:17
26:20
patience 46:22
pause 39:13 202:7
payment 134:10
144:9
payments 134:10
pdf 205:12 206:1
pearly 170:10,13
170:16,20
penalty 203:2
205:16 206:5

pending 8:25
people 15:2,11,15
15:25 28:23 29:13
29:16 38:16 44:25
49:8 59:5 60:3,14
61:23 62:19,21,22
62:25 64:24 67:6
67:9 71:14,16,19
75:19 91:18,22
95:25 105:8,10,13
107:10,12 108:1,8
116:9 117:11,16
117:24,25 118:7
127:20,24 146:11
150:11 154:4
155:16 161:13
166:16 187:12
188:18,25 192:2
194:16,17 195:3
196:11,17
people's 62:17
117:10
perceive 97:13
percent 116:2,14
perform 142:17
performance
143:7,25 145:21
performing 143:1
143:9
period 21:21,25
32:25 39:11,14
40:25 45:13,21
51:10,21,25 64:3
80:13 84:1,7,20
88:5 112:2 120:22
131:12 135:22
151:3,12 152:13
154:10 160:25
166:5,23 169:25
186:8 192:9
204:15 205:18

206:7
periods 88:16
166:25
perjury 203:2
205:17 206:6
permission 28:15
28:18 30:7,9,14,21
31:2 33:13 34:13
35:8 95:2 97:18
102:10,15 103:10
108:8 163:8 167:5
180:9 181:1
185:21 191:3
permissions 27:5
27:16,17,18,21,24
28:3,6,11,20 30:23
30:24 32:13,19
33:1,4,17 55:13
63:21 72:22,25
73:2,9,11,12,15,16
74:4,6,14,17,22,24
77:13 81:25 82:8
82:24 84:6 87:16
87:18 88:6,7,10,13
89:25 94:22 96:9
96:11 97:8,11,20
98:1,23 99:22
100:1 101:8,10,12
101:15,18,21
111:16 112:2,4,5,8
112:10,11,16,16
112:20 113:25
119:5 121:2,6,8,23
122:6,13,16,21,24
124:10,14,15,23
124:25 129:4,11
129:12,18,19
130:11,13,20
131:4,8,19 132:2,2
134:14 135:8,9
141:3 148:24

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| 149:1,6,8,14,17,18 | personal 64:18,20 | platform 13:17,24 | 167:7 168:2 |
| 149:21 150:2,6 | 65:18,21,24 66:11 | 23:9,12,16,18 24:7 | 169:21 172:5 |
| 156:15 157:1 | 66:12,15 76:22 | 24:8 27:25 30:21 | 173:4 174:7 |
| 158:2 159:7 | 82:4 145:5 146:19 | 30:23 31:15,17,21 | 177:13 189:18 |
| 160:21 162:9,14 | 148:6 155:23,24 | 31:23 32:8 33:3,5 | 194:3 195:6 201:4 |
| 163:7,11,17 | 156:3,25 | 34:2 37:23 39:8 | 201:15,15 |
| 164:17 168:4,8,12 | perspective 28:2 | 39:17 42:18,21 | platforms 3:18,19 |
| 168:15,20 169:2 | 99:16 200:19 | 43:23 45:11 47:5 | 12:20 24:1 52:21 |
| 172:10,15 173:15 | pertains 109:15 | 47:11 48:5 49:7,9 | play 186:12,24 |
| 173:21 176:23,25 | 178:6 | 49:11,16,19,21,24 | pleadings 16:9 |
| 177:3 178:16,22 | phone 11:9 53:17 | 50:23 53:1,9 54:2 | please 5:14,15 |
| 178:24 179:1,3,3,9 | 53:19 56:8,9 59:1 | 54:6 55:4,6,6,10 | 7:25 8:16,22 12:9 |
| 179:16,17,20 | photos 111:16,18 | 56:14 62:10 65:6 | 47:25 156:2 |
| 180:1,8,13,16,21 | 111:19,21,23 | 65:9 69:21 70:17 | 157:13 |
| 180:21,24 181:2,4 | 117:11,25 118:6 | 71:2,14,15,18,20 | plenty 160:19 |
| 181:22 182:4 | 118:18,20,23 | 71:22,23 72:1,5 | plow 153:1 |
| 183:4 185:17 | 119:1 120:11 | 74:9,18 82:23 | plug 50:4,16,19 |
| 187:3 188:5 | 179:24 180:1,4,9 | 83:4,17,23 84:23 | 51:7,11,12,16,20 |
| 189:14,24 190:8 | 180:10 186:20 | 85:22 86:4 87:20 | 51:24 |
| 190:23 192:5,14 | phrase 52:3 68:13 | 89:6,18 90:16 | plus 192:2 |
| 193:21 194:11 | 68:20 69:18 77:4 | 91:12 97:15 98:19 | point 8:22 9:12 |
| 195:22,24 196:3,8 | 77:17 78:3 89:15 | 99:5 100:2 112:3 | 88:19 95:6 112:14 |
| 196:9,20 197:19 | 160:1 | 112:18 113:12,19 | 113:15 135:9 |
| 197:19,21 198:5 | phuntso 3:9 5:23 | 114:5 116:7 121:5 | 142:6 |
| 198:10,16,18,22 | physical 55:21 | 122:16 123:22 | policies 63:25 |
| 199:6,10,16 | picking 33:16 | 124:8,9,22 125:3 | 64:13 138:5,7,16 |
| 200:10,24 201:1,8 | picture 182:18 | 125:20,25 126:18 | 138:19 139:3,18 |
| 201:11,16 | piece 67:18 141:10 | 126:21,24 127:1,4 | policy 115:2,19 |
| perms 128:25 | 141:18 | 127:15 129:5 | 116:10 120:15 |
| 129:1,2,6,8,10,14 | pin 147:18 197:9 | 136:19 138:5,7,9 | poll 4:11,11 92:9 |
| 130:14 | place 35:23 44:15 | 138:24 139:18,25 | 92:13,14,25 93:7 |
| person 50:12 | 82:22 109:24 | 140:9 143:19,21 | 100:20 |
| 70:21 71:7,9,12 | 204:8 | 143:22,23,25 | poll's 100:3 |
| 89:19 106:17,20 | placebo 88:4 | 144:2,4,5 146:8,11 | position 116:5 |
| 106:25 107:20,21 | places 181:18 | 146:23 147:1 | possible 28:22 |
| 111:7 137:19 | plaintiff's 19:20 | 154:6,14,19,22 | 38:15 60:5 81:1 |
| 142:3 154:17 | plaintiffs 2:3,10 | 156:6 157:4 158:5 | 86:6 89:23 90:1 |
| 176:10 204:7 | 5:17 6:1,15 17:17 | 158:11,19,22 | 100:25 116:25 |
| person's 35:14 | 17:25 18:25 | 159:16,19 161:6 | 118:3 141:13 |
| 89:19 182:17 | planning 11:25 | 161:11,12 163:24 | 150:11 156:20 |
| 183:10 | | 164:22 165:10 | 168:2 190:4 |

Veritext Legal Solutions
866 299-5127

196:16
**post** 63:10 102:13
102:13,18 115:1
116:16 117:3
119:25 120:7
141:14,15 182:19
**posted** 35:15
115:24,25 116:3
141:14 142:3
178:1
**posts** 73:6 102:2,4
102:5,8,9,11,14,16
102:21 103:5
104:10,11,12
105:6 108:20
111:16 113:25
117:11,25 118:5
118:17,20,22
119:1,20 120:7,10
**potential** 94:24
121:13 150:12
**potentially** 26:18
78:13 89:8 135:7
**pre** 39:10
**precise** 109:18
162:24 184:6
**precisely** 111:2
138:20
**premise** 32:14,16
71:1 85:22 86:4
89:5 90:18
**preparation** 66:3
66:25 67:3,6,15
96:6 121:9,11
147:4 148:4,11
150:21 152:6
156:8,20 174:12
**preparations**
66:18 155:21
**prepare** 11:12
16:10,24 17:9

29:3 37:15 64:22
155:7 156:12
**prepared** 11:15,18
20:22 64:7,8
67:19 127:16,19
133:8 138:18
145:4 155:4,8
156:14
**preparing** 66:9
155:9,10,17
**present** 3:17 15:19
15:22,24 20:24
21:22 32:23 163:3
**presentation** 4:12
126:7
**presented** 16:22
18:20 115:7
**pretty** 184:24
**prevent** 83:17
142:1,15 199:20
**prevented** 141:24
**previous** 32:6
46:16 51:23 65:15
111:17 135:8
170:3,7,9 182:10
182:10
**previously** 4:20,22
4:22 6:20,24
18:17,19 98:17
111:13 114:23
115:6 147:15
149:22,24 164:20
182:3
**primarily** 42:21
66:24 139:25
156:4 188:13,17
193:24
**primary** 38:13
139:24 173:6
193:25

**prior** 19:6 73:16
88:8 120:25 121:3
181:23
**priorities** 127:7
**privacy** 1:5 5:9
63:25 64:13 91:9
91:13,15 103:18
141:11,16,22
205:4 207:1
**private** 37:11,16
37:20,25 38:2
68:25 69:4,6,9,11
69:21 70:7 161:25
162:2,5,8,12,13
164:5,15,19 165:1
165:16,20,21
166:19 167:2,4,16
168:8,24 174:7
191:13
**privilege** 94:24,24
**proactive** 81:24
**probably** 16:1
20:20 150:24
152:21 162:15
185:1
**problem** 176:3,6
**problems** 41:25
42:3 43:3,9
**procedure** 19:22
205:19,20
**proceed** 164:9
**proceedings** 5:4
**produced** 18:9
65:1 67:5 147:15
**product** 13:24
24:11,11,14,15
25:1 51:6 57:15
65:23 98:20 116:6
135:17 136:2
143:5,15,22
167:11

**products** 50:10
142:18,25 143:3,6
143:7,10,11,13,17
143:25 144:6
145:6,21,22
167:23 173:11
**profile** 1:6 5:10
182:18 205:4
207:1
**profit** 44:9,22
**profits** 64:2 66:21
67:8 151:10,20,25
152:2,11
**programmatically**
38:19,21
**programming**
25:7
**prohibited** 138:20
**project** 29:14,16
29:21
**pronounce** 16:4
29:18,24
**proper** 73:13
**proposed** 135:10
146:9,24 147:2,6
147:21
**proposing** 175:18
**pros** 90:24
**protect** 100:6
126:9 128:9,12
**protection** 126:10
**provide** 17:7
25:14 27:13 35:11
38:8 50:8 53:7
69:12 80:18 85:3
85:5,6 86:7 89:4
102:7 104:25
105:20 107:11
108:3,10,18
110:20 113:5
132:23 182:6

190:21 191:9
192:21 193:3
194:25
**provided** 4:14
32:18 47:2 52:23
60:13 61:22 62:15
69:9 72:8,14
80:17 101:9,18
106:24 107:3,3,22
110:21 116:9
123:4,14 124:5
127:5 140:23
148:8 152:17
153:13,13 179:3
180:14 189:17,23
193:6,20 197:6
204:15 205:19
206:8
**provides** 78:17
106:16,19 110:1,6
113:9 178:13
185:25
**providing** 49:5
63:4 87:11 98:11
98:23 99:4,20
118:24 185:13
188:25 190:7
195:13 197:14
**proxy** 89:14
**ps12n** 4:12 125:16
125:24
**public** 112:21
125:1 140:16
163:16 168:17
187:16 196:3
**publicly** 36:9
104:13 135:10,10
140:10 149:5,15
151:21 152:3
162:22 163:6,8,12
163:13,17 167:12

168:7 172:14
173:15,20 180:18
180:18 186:17
188:16 189:13,23
190:8,22
**published** 36:5
106:14
**pulled** 78:25,25
**purpose** 63:18
68:10 70:11,14
137:17 138:3
161:20
**purposes** 20:24
69:19 140:21
**pursuant** 19:21
22:24
**put** 75:1 93:23
114:22 153:18,24
159:1 186:3 193:1
198:3
**pwangdra** 3:9

## q

**qualification**
35:22
**quantify** 135:12
**queried** 81:2
**question** 7:24,25
8:10,16,18,24 9:1
11:23 12:24 13:3
31:3 32:15 33:20
35:5 37:13 44:12
44:18 47:15 48:10
52:7 56:11 58:17
59:3 66:8,10
68:15 69:3 84:24
85:11 92:22 95:6
95:7 99:12,14
109:3 110:8 111:3
112:15 114:6
120:24 132:15,25
134:5 139:5

140:19 145:3,10
145:14,25 146:1
149:16 150:23
151:16,16 152:15
163:10 169:3
175:4 183:12
184:1,4 185:10
187:1 193:9,15
196:5 198:13
201:7
**questions** 8:2,9,14
9:5 11:5,18 12:1
14:24 21:24 25:4
46:19,23 52:8
61:12 66:23 70:9
82:15 101:8
112:24 115:3,20
116:10,19 125:14
130:24 152:23
153:16 156:7,19
164:8,12
**quick** 76:3
**quickly** 115:10
152:22 184:25
**quite** 70:10 179:7
**quotes** 93:23

## r

**r** 207:3,3
**r&s** 206:1,9
**raised** 94:21
**ran** 50:14 59:19
113:23
**range** 31:18 41:15
42:3 43:15 44:4
48:14 49:1 69:5
88:9 91:10,14
135:7 137:13
138:5 160:14
**ranging** 49:2
**rate** 81:20 82:1
95:23,24 165:4,5

165:24 166:1,2,3,7
166:11
**rationale** 188:7
194:18
**rblume** 3:6
**reach** 151:6
**reached** 120:14
**reactive** 81:24
**read** 17:20 33:13
33:22,25 34:5,10
34:25 35:7,13
44:16,19,25 63:14
64:4,5,19 66:5
67:1 79:5 92:21
96:3,5,6 100:15
118:9,10 123:6
126:13,14 129:20
129:20,20 130:8
135:5 155:2,4
174:17 177:25
181:25 183:8,16
183:18
**readily** 124:16
**reading** 79:16
81:19 96:19 97:10
117:22 120:12
174:18 205:23
206:9
**realize** 91:19
**realized** 61:12
**really** 7:18 29:18
54:15 75:9 95:6
103:8 111:5
145:24 192:14,18
**reason** 43:18 44:7
44:20 76:11 78:4
80:8 81:17 127:21
139:24 196:11
199:2,18 200:7
207:6,9,12,15,18
207:21

Veritext Legal Solutions
866 299-5127

**[reasonable - render]**

**reasonable** 63:7
77:3 131:24
**reasonably** 67:17
67:22,23 68:1,4
156:9,11
**reasons** 41:10,15
41:18 43:15 81:6
82:14 103:21
192:11,20 193:2
195:9,12 196:17
197:13 198:20,24
200:15,21 201:8
201:10
**rebuilding** 191:5
**recall** 7:1,5,11
9:25 16:12 28:19
29:15 63:6 89:15
92:15 95:20 96:19
107:1 108:11
119:24 120:9,17
122:5 133:4 134:5
146:13 147:9
148:5,6,9,19 150:1
150:8,13,16 154:1
174:10,11,22
179:12,13 188:24
**recalled** 45:6
**receive** 51:3 89:2
144:2,4
**received** 16:16
17:3 89:21 172:10
**receives** 137:10
**receiving** 58:25
**recess** 61:3 114:19
153:8
**reclarify** 164:10
**recognized** 98:22
**recollection** 67:7
182:22
**record** 5:6 6:13
7:19 8:5 9:16 12:5

22:7,14 61:2,6
114:18,21 153:6
153:10 155:3
169:9 178:8,12
184:14 196:23,23
202:13
**red** 81:5
**reduced** 204:9
**refer** 11:21,25
12:24 23:20 28:15
29:25 30:15,21
38:2 70:3 73:14
77:24 78:7 80:22
94:5 97:12 107:23
108:13 109:1
126:16 133:16
135:21 157:22
158:8 159:4,20
162:8
**reference** 33:21
81:16 96:4 97:7
118:11,13 122:22
148:11 159:11,12
**referenced** 4:20
205:6
**references** 96:5
**referred** 27:15,18
28:21,22 34:22
41:7 48:2 73:12
89:14 122:20
132:11 134:12
135:6 158:4
175:13
**referring** 12:23
23:21,23 24:16
25:16 27:1 32:21
35:21 47:16 49:20
53:12 54:12 73:5
75:9 76:19,21,24
77:6 80:21 82:17
82:19 86:11 88:8

93:5 94:9,13,14,18
95:10,12,15,18
97:2 100:23 110:4
110:14,25 117:15
117:16 120:22
122:23 136:12
139:23 142:5
154:10 157:17
160:25 163:24
167:5 169:1
175:17,22 181:4
187:2 196:19
**refers** 30:24 31:15
34:17 48:11,14,25
62:8 86:12 95:16
95:16 104:2,22
116:17 125:17,19
125:22,24 126:17
134:9 135:9,17
136:6,8,11 166:3
171:3 181:2
**refresh** 19:12,13
65:7
**regan** 3:13 5:22
**regard** 20:17 49:4
65:19 67:16 94:22
112:1 136:7 156:8
190:19 193:20
**regarding** 64:23
103:6 152:24
**regular** 24:12 55:4
70:6 187:19 190:3
191:4,15 194:23
**regularly** 73:24
**regulated** 201:17
**regulatory** 93:16
94:11,19,21 95:8
95:11 192:8 195:6
**relate** 31:20
112:24

**related** 27:6,7,10
32:13 79:24 96:8
98:22 139:4 144:5
148:25 150:2
151:20,25 152:2
160:17 166:17
192:13 201:16
204:20
**relates** 1:8
**relating** 7:3,7,10
15:3 63:25 64:2
64:13 149:11
151:11 152:12
**relationship** 52:18
126:18
**relationships**
24:25 34:18 48:14
49:1,3 128:15
**relative** 81:21
**relatively** 179:19
**released** 205:21
**relevant** 97:10
**relied** 187:25
**relying** 66:24
156:4 189:6
**remainder** 65:19
**remember** 11:24
67:12 95:22 96:2
119:24 157:8
192:10
**remind** 7:17
**remote** 1:16 2:2,9
3:2 11:1 204:10
**removal** 81:24
124:25 180:20
**removed** 84:9,15
168:5 178:23
180:6,7 199:17
**removes** 179:15
**render** 50:12,19
50:25 51:2,2

57:19 58:15 106:1
106:13 186:22
**rendered** 50:20
144:7
**repeat** 44:12 47:14
62:1 66:10 200:13
**rephrase** 95:4
**replaced** 170:3,14
170:16
**replacement** 191:5
**replicate** 194:2
**report** 143:18
**reported** 1:24
145:18
**reporter** 5:13 7:9
7:22 17:12 30:1
204:1,2,15
**represent** 27:8
130:3 132:12
**representative**
57:19
**represented**
137:12 180:22
**represents** 93:8
**reputation** 98:15
**request** 12:8,12
17:13 51:3 121:5
124:23 175:23
198:15,19,21
199:9,15
**requested** 7:9
17:12 74:7,10,11
204:13,14 206:1,9
206:10
**requesting** 124:10
130:20 131:4,8
**requests** 77:7
78:18 79:3,6,19
80:2 81:11 99:2
129:20

**require** 49:24
**required** 33:6 76:8
76:13 187:18
195:7,22
**requires** 99:3
109:3
**research** 45:20
**reshare** 127:25
**resolve** 43:9
**resonate** 130:16
**respect** 17:10 44:1
114:9
**responded** 103:13
**responds** 102:12
**response** 20:2
**responsibilities**
13:14
**rest** 39:3,7,16,19
**restate** 8:1 35:5
**rested** 85:22
**result** 53:3 56:19
57:7 127:23
141:13 195:5
**resulted** 179:10
**resulting** 91:3
**retentive** 98:8
**retrievable** 78:13
**retrieve** 105:23
**retrieved** 105:23
**return** 62:25
107:9,25 205:17
206:6
**returned** 107:15
109:8 111:20
113:13 182:11,15
**returns** 142:9
**revenue** 64:1
66:20 67:8 137:9
143:4,8,18 146:12
147:22 148:7
150:4,13 151:10

151:19,24 152:1
152:11
**revenues** 147:7
**review** 16:8,15
17:21,22 35:19
112:21 115:2,19
116:10 204:12
205:8,10,13 206:2
**reviewed** 16:13,23
16:24 17:16 28:19
33:10 37:15,15
64:25 67:4 82:20
147:3 148:10
152:16 196:17
**reviewing** 17:24
28:18 66:7 93:2
100:17 147:9
**rich** 86:2 97:21
98:2
**right** 7:14 10:6
12:5,18 23:9 35:4
35:12 40:15 47:4
47:13 48:3 52:23
56:9 57:12,25
58:11 59:23 60:4
62:17 68:7 69:13
75:3 78:20,23
79:11,14,14 80:11
80:16 83:3,14,24
84:4 86:10 88:15
90:14 93:7 94:22
95:9 96:9,16
101:4,20 102:3,20
103:7 104:16
105:11 114:10
115:3 119:3
120:21 121:2,10
121:17 122:2,11
122:17,21 124:6
124:13,14,20
125:9 129:23

130:11,21 131:5
134:25 138:4,16
139:22 140:7
157:19 160:23
162:23 163:22
165:5 166:22
175:21 176:24
177:14 178:5
182:8,25 188:6
191:17 192:16
193:8 197:19
198:17 202:6
**ring** 3:19 168:9
169:10,11
**risk** 192:8 195:5
**risks** 188:11,21,23
**rmr** 1:24 2:6
**road** 3:8
**rob** 5:20 16:2 19:7
142:20
**robert** 3:6
**rohrback** 2:11
5:17,19 6:15
**rolling** 60:23
**room** 115:11
**rose** 3:19 168:9
169:11
**ross** 3:11
**rough** 40:1
**roughly** 82:20
**rows** 130:4
**rule** 19:22
**rules** 7:18 138:1,2
206:8
**run** 22:17 55:19
55:20,21 81:13
101:24 106:6,8,9
106:11
**runner** 106:5
**running** 42:25
56:20 57:15

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| **runs** 106:7 | **scrolled** 93:3 | 89:13 91:1,1 | **set** 16:14,16 17:19 |
| **résumé** 13:13 | **search** 36:25 | 96:20 127:11 | 27:3,17,24 28:6,19 |
| 40:13 | 85:10 150:22 | 146:7,9,22,25 | 29:11 31:15 35:23 |
| **s** | 190:17 | 148:25 149:10,24 | 36:1 47:8 50:3 |
| **s** 207:3 | **searching** 36:22 | 150:20 157:5 | 52:16 54:5 59:18 |
| **sadly** 10:11 | **seattle** 2:12 | 159:10,12 174:12 | 62:9 67:4 73:11 |
| **sangani** 15:8 | **second** 7:4 19:20 | **self** 170:13 | 82:25 85:20 86:12 |
| **satisfy** 46:11 80:17 | 44:17 66:5 92:25 | **sells** 139:8 | 89:1,17 90:17 |
| **save** 93:4 | 93:5,11 130:18 | **send** 90:10 | 105:24 106:19 |
| **saw** 148:2,3 | 147:19 196:5 | **sending** 81:15,18 | 108:1 129:15 |
| **saying** 7:23 22:8 | **secret** 105:13 | **sense** 44:17 45:17 | 138:6 155:16 |
| 79:13 86:25 | **see** 18:24 19:2 | 62:4 197:22 | 166:7 168:12 |
| 119:10 131:7 | 20:13,14 44:16,18 | **sensitive** 25:13,20 | 171:3 173:1,11 |
| 150:17 193:18 | 50:15 57:9 58:2,8 | 25:25 26:2,5,7,12 | 180:5 183:5 194:3 |
| **says** 19:11 78:2 | 61:19 62:19 70:5 | 26:14,19,23,24 | 195:21 196:2 |
| 79:4,11 80:9 | 70:25 71:3,4 | 27:2,4,21 28:4,4,9 | **setting** 84:2,25 |
| 93:12 94:10 96:23 | 75:23 79:12 85:25 | 28:10,16,21 29:2,5 | 86:7,17,24 100:7 |
| 115:19 117:3 | 89:9 90:19 92:8 | 29:5 201:24 | 100:13,22 103:18 |
| 125:15 128:25 | 92:11 93:19,20 | **sent** 16:14,19 | 141:22 |
| 130:19 178:22 | 100:8,10,11 | 17:17,19 90:1 | **settings** 42:20 84:2 |
| 181:18 183:24 | 102:24 105:15 | **sentence** 183:16 | 84:9,15 85:8 |
| **scale** 132:1 | 109:25 115:16,21 | **separate** 17:2 | 86:12 141:11,17 |
| **scattered** 174:20 | 117:7,8 122:3,22 | 33:18 55:23 70:9 | **seven** 119:25 |
| **schedule** 185:7 | 125:10 128:20,22 | 123:1 175:3 193:8 | **severely** 194:20 |
| 201:25 205:10 | 129:24,25 130:5,7 | **september** 4:8 | **shaking** 8:4 |
| **school** 14:10 | 130:12,22 133:2 | 13:10,21 40:22 | **share** 86:9 87:10 |
| **scope** 130:25,25 | 151:13 152:7,23 | 48:21 75:20 | 88:20 90:14 91:4 |
| 138:17 145:1,19 | 160:1 174:8 | 154:15 | 106:8 127:10,22 |
| 146:6,18 148:18 | 176:11 177:9,10 | **series** 9:5,6,7 17:2 | **shared** 38:11 53:5 |
| **scoped** 194:12 | 177:19,21,22 | **serve** 81:11 99:1 | 53:6 65:2,3 83:18 |
| 201:3 | 178:18,20,24 | 116:8 | 86:15 89:11 90:20 |
| **screen** 11:9 18:22 | 181:11,19,20 | **served** 18:25 | 91:11,19,25 94:3,8 |
| 19:10,12,14 20:8 | **seeing** 45:6 58:25 | **server** 42:22 55:20 | 94:16 102:21 |
| 63:11 75:11 92:11 | 63:6 89:15 115:4 | **servers** 50:20 | 141:21 |
| 100:11 115:4 | 115:13 116:1,2 | 142:11 | **shares** 52:9,12 |
| 116:2 117:8 | 131:10 146:13 | **service** 63:24 | **sharing** 61:15,18 |
| 125:11 128:20 | 148:19 150:1,8 | 64:12 | 63:17,22 64:1,3,14 |
| 133:9 151:14 | **seeking** 88:22 | **services** 52:21 | 68:7,9,11,14,18,20 |
| 156:1 | **seen** 18:4,7 19:23 | 171:1,2 188:25 | 69:7,10,19,20 70:4 |
| **scroll** 156:1 | 33:21 48:13 61:14 | **serving** 99:3 | 70:6,12,14,16 71:6 |
| | 63:3 72:3 73:4 | | 71:10 72:1,8,11 |

Veritext Legal Solutions
866 299-5127

82:25 83:22 84:21
85:18,19 87:14
91:6 122:2 123:19
123:20 124:20
131:1 140:18
149:5,6,8 151:11
151:20,21,25
152:2,3,4,12 154:1
154:7,22 158:25
159:3,5 179:4
180:17
**sheet** 75:13
**shepherd** 154:2,14
**sheryl** 133:11,15
**sheryl's** 133:12
**short** 13:18,19
**shorthand** 204:2,7
**show** 18:16 123:6
123:23
**showing** 75:17
**shows** 132:7
**shrink** 130:2
**side** 11:9 42:22
**sign** 205:16 206:5
**signal** 25:11
**signature** 204:24
205:21,23,23
206:9
**significant** 72:8
125:2
**significantly** 192:6
**similar** 51:22
103:3 111:25
170:4 171:25
**simon** 1:17 2:2
4:16 5:8 6:5 203:8
205:5 207:2
**simon's** 4:15
**simple** 85:22 86:3
90:17 193:16

**simplification**
125:25 126:11
**simply** 36:7
200:14
**simultaneously**
39:11
**single** 16:25 17:1
113:9,16 172:9
180:15
**sir** 10:18 11:19
16:8 21:20 24:22
64:17
**sit** 139:2
**sitevars** 173:8,9,15
173:18
**situation** 60:2 63:3
**sixth** 128:18,19
**skim** 125:14
**skipping** 117:5
**slide** 125:15 126:5
126:6 128:17,20
128:22 129:3,5,17
130:9,12 131:22
132:3,4 133:7,19
135:9,12
**slightly** 18:10
**slipcover** 75:13
**small** 144:24
185:11
**smith** 3:13,13 5:22
**social** 24:23,24
34:14,16,21,22,25
35:8,17 50:3,15,19
51:7,10,12,16,20
51:24 70:19,23
86:2 97:21 98:2
98:10 106:22
107:3,4,5,10,13,18
108:7,22,24 109:2
109:5,11,19
110:10,12 137:25

140:1 146:5
181:15,22 183:7
184:4,7,11 193:22
**software** 200:4
**sole** 66:2,11,12
**solely** 137:19
139:10
**solutions** 205:7
**solve** 41:25 42:4
42:13 43:4 176:3
176:6,8
**solved** 43:11
**somebody** 107:8
**somewhat** 81:5
193:10
**soon** 12:6
**sorry** 14:14,15,16
16:5 19:7 29:1
35:5 39:13 44:13
46:3 47:12 50:6
59:10,11 61:25
66:9 79:10 94:25
95:24 99:11 101:5
101:6 112:13
121:20 134:17,20
135:8 138:18
142:20 149:22,23
151:1,6 164:6
165:7 169:10,11
188:19 189:15
**sort** 9:25 11:2,8
109:16
**sound** 9:8
**sounds** 9:9 86:5
**source** 36:19 66:2
109:24
**space** 9:15 154:16
**speak** 14:25 15:5
21:6 29:13 122:12
138:19 156:22

**speaking** 30:19
50:1 100:20 195:3
**special** 3:21 6:2,2
7:20 9:10
**specific** 11:24
14:24 25:3 27:3
35:20,25 37:5
38:3,25 39:20,24
41:10 46:20 48:7
49:17,18 53:13
54:4 55:9 57:13
59:14 71:9 73:11
87:5 88:8,13
95:11 96:20
104:18 108:11,15
109:22 111:1
112:10 122:3
123:11 138:6
139:15 145:24
146:1,13 148:9
149:7 150:9,10
157:16 159:18
161:1 166:15,23
176:1 179:22
**specifically** 14:14
16:12 27:23 30:19
31:19 41:16 45:18
46:25 54:12 61:18
69:9 76:19 77:24
78:8 82:3 84:8
95:14,20,23 96:13
99:24 100:9
105:25 110:3,9
123:10 135:8
144:17 148:20
149:1,17 150:1
154:21,23 160:2
161:16 163:24
164:15 165:13
168:11 169:1
172:4 180:3 181:2

**[specifically - tab]**

182:1 187:2 188:3
193:21 198:17
**specificity** 45:24
166:25
**specifics** 22:4 62:1
74:1 96:3,4 99:14
103:8 107:24
109:1,7,19 122:11
154:13 157:8
**specified** 21:7
164:23 190:1
**specify** 21:25
38:25 43:6 47:14
107:7
**speculate** 108:15
**spend** 135:24
144:5
**spenders** 135:16
135:20
**spent** 17:23 65:4
135:22
**spirit** 118:4,16
119:9,11,22,23
**spoke** 15:2,6,11,15
64:24 67:6,9,13
152:16 189:18
**spoken** 14:18
44:25 67:11
**spreadsheet** 76:4
130:19
**srr** 63:24 64:12
**stack** 16:19
**stamp** 115:16
**standard** 31:11
32:8 33:7 54:22
160:6 165:15
166:7 167:21
187:23 194:6
196:12
**standpoint** 86:6
99:10

**stands** 25:6
**start** 22:19 32:14
34:7 42:7 74:2
97:23 144:24
158:14 163:20
185:11 198:13
202:10
**starting** 46:7
70:17 88:12
116:17 132:6
169:14
**starts** 40:25
**state** 205:9,12
**stated** 204:8
**statement** 65:8
80:18 100:15
123:19 138:24
139:1 178:16
**statements** 92:24
**states** 1:1 10:10
100:4 123:24
126:8
**stateside** 10:14
**steinberg** 154:3,11
**step** 85:12 133:1
**stepping** 82:7
**steven** 15:7,17
**sticker** 19:11
**stipulation** 205:20
**stop** 83:21 84:21
119:12 185:1,8
198:12 202:2
**stopped** 150:5
**stored** 35:24 36:4
**story** 106:10,14
**strange** 168:10
**strategic** 13:20
**strava** 106:6,7,12
106:18,21
**stream** 33:22,25
34:5,10,25 35:7,13

**street** 2:19 3:5,15
**stretch** 153:4
**strike** 84:19
**striking** 201:13
**string** 92:23
**structure** 65:14
89:14
**structured** 49:3
**struggling** 32:10
**studied** 124:3
**studies** 124:7
**stuff** 157:11
184:18 202:5
**subject** 81:23
174:6
**subscribed** 203:3
**subset** 70:24
113:12
**subsets** 84:5
**subtopic** 65:18
**subtopics** 46:25
**suggest** 79:18,21
79:23 93:21
133:25
**suggests** 78:25
**suite** 2:11,19 3:5
3:11,15 119:14
**summary** 4:10
**sunrise** 78:17,22
79:1 81:1
**supervision**
204:11
**support** 14:7
**supposed** 174:24
**sure** 8:6 9:15
12:15 13:16 14:24
16:3 22:7,10
25:18 27:1,11,22
27:22 28:9 30:5
32:22 33:19 34:8
35:6,7 36:16 37:3

37:14 39:20,24
40:1,6,23 44:13,14
47:13,19 52:8
53:15 54:3 61:8
74:15 76:23 79:13
83:19 85:7 86:18
92:23 94:5,18
95:5 96:21 97:23
99:15 100:16
101:11 112:22
122:10 123:13
134:18 138:25
139:2 144:17
150:17 151:15
153:4 154:15
156:18,19,21
157:18 158:23
161:5 162:19
175:8 184:9
186:25 191:16
199:3 200:14
**surface** 125:1
196:3
**surprised** 76:9
77:11,17 78:3,6
80:6
**swears** 5:13
**sworn** 6:8 204:4
**system** 40:9 54:18
65:13 160:15
171:22 173:6
**systems** 22:20
38:25 39:6 127:17
128:4,6 195:21

**t**

**t** 207:3,3
**t0** 136:9,9,17,20
136:21
**t1** 136:9,22
**tab** 75:2 92:2
125:4 173:23

176:16
**tabs** 75:9,11
**tag** 106:9,14
  182:19
**taggable** 105:16
  105:18,22 111:12
  113:24 181:14,21
  182:11,13,16,21
  186:22
**tagged** 181:18
**tagging** 106:1,2
  186:22
**take** 7:22 9:1
  13:11 60:22 93:14
  114:6,14 125:13
  144:9 152:21,25
  153:2,3 163:9
  185:6 190:25
**taken** 2:2 6:19
  84:12 189:10,12
  189:21 190:20
  204:6
**talk** 9:15 29:6 73:2
  82:5 127:16 149:8
  157:20,21 161:25
  163:2 177:15
  198:5
**talked** 101:4
  106:22 131:14
  147:25 155:12,14
  155:16,17 161:23
  179:7 184:6
  187:12 192:23,24
  196:17
**talking** 7:21 9:17
  31:19 49:19 57:13
  94:12 134:20
  162:25 166:24
  173:17 191:17
  192:1 193:12
  194:15,16 196:10

198:17
**talks** 77:23
**target** 138:12
**targeted** 128:3,6
**targeting** 128:7
**team** 13:17,25
  14:2,5,7 49:8,9
  65:2 136:15,19
  143:14,16,20
  150:25 171:12
**teams** 145:21
**technical** 25:7
  38:10 54:20,25
  59:16 86:6 142:14
**technically** 89:23
  90:1 100:14,25
  118:3 142:11
  184:3 185:25
**technologies** 24:9
**technology** 19:13
  19:17 63:20,23
  64:10 141:7,10,24
  141:25 158:24
**tell** 12:13 47:25
  64:22 68:10
  116:21 118:15
  128:18 133:23
  147:11 151:17
  192:19 204:4
**telling** 73:8
**tells** 19:13
**ten** 18:1
**tenure** 154:16
**term** 24:25 25:10
  25:12 28:23 31:13
  32:1 37:16,20
  40:5 42:10 48:13
  48:23 52:1,15
  55:24 61:14,16,17
  63:7 68:18 72:12
  72:13 73:20

125:24 157:22,23
  183:21
**terminology** 22:6
  22:11 26:25 47:24
  56:2,3 101:10
  122:19 124:13
  129:16 157:19
  185:22 191:17
  192:17
**terms** 22:16 24:4
  25:14,21 28:4
  30:4 42:11 46:22
  54:4 63:24 64:12
  66:5 94:19 95:14
  97:4 112:5 122:13
  126:1 139:17
  143:24 146:11
  162:17 179:20,21
  193:16 194:14
  200:20
**testified** 6:8 47:2
  98:17 100:12
  145:10 149:22,24
  164:20
**testify** 9:21 10:1
  20:1,16,22 21:1,3
  21:5 22:7 63:15
  64:8,23 67:17,20
  67:22,24 127:19
  145:4 155:4,18
  156:10,12,14
**testimony** 11:14
  11:22 15:1 16:10
  16:16 17:9,20
  21:9 46:20 83:20
  86:5,11 96:6
  107:2 111:17
  147:4 148:4,12
  151:10 152:6
  162:5 174:13
  179:12,13 182:10

186:16 197:24
  200:14 204:8
**texas** 3:11,15
**text** 100:3
**texting** 11:7
**thank** 11:11 12:2
  14:8,18 16:7 17:5
  18:2 24:2,21 33:9
  45:12 60:18,24
  76:15 85:16
  114:15 115:13
  154:24 157:12
  202:9
**thanks** 19:16
**thereto** 204:21
**thing** 10:22 21:14
  43:11 66:11,12
  115:5 122:5
  124:14 128:9
  147:19,24,25
  148:5 155:3
  166:15
**things** 11:1 18:4
  27:3 47:13 59:15
  65:25 69:5 70:1
  71:3 73:23 77:23
  119:14 121:21
  122:14 127:3
  143:23 165:1,3
  168:12 172:3
  179:22,24 180:5
  193:8 194:7
  198:18
**think** 6:21 7:7
  10:13 11:16 16:17
  16:18 21:17 22:5
  24:12 25:23 26:14
  27:22 28:24 29:9
  29:17 32:7,24
  42:11 43:8 46:6
  49:12 51:16 56:10

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| 61:25 62:13 65:12 | thread 82:4 | 175:1,10 179:17 | 170:1,3,7,9,14,16 |
| 67:13 68:13 69:23 | 120:12 | 180:12 181:24 | 170:24 171:15,20 |
| 70:10 73:7,8,13 | three 20:10 77:19 | 184:15,19,21 | 172:1,4,11,12,16 |
| 74:8 76:13 78:1 | 77:20,20,22 154:4 | 185:1,8,23 186:8 | 172:20,25 173:5 |
| 80:20 81:6,14,19 | thuman 1:24 2:5 | 187:16,18,22 | 173:12,16 174:25 |
| 81:25 84:3 86:11 | 204:2,25 | 188:12,14 189:4 | 175:19 |
| 91:10 95:22 106:3 | thursday 202:8,11 | 192:2,7,9 194:18 | tools 36:24 37:2,4 |
| 108:12 145:11,20 | tier 137:3,3,7,7 | 194:21 195:1,7,10 | 157:3 |
| 147:24 155:22 | tiering 137:11,14 | 198:23 199:19 | top 115:18 116:17 |
| 156:3,21 162:4 | tiers 137:3 | 200:5,8 201:13,14 | 137:3 177:18 |
| 163:9 164:6 169:2 | till 151:13 | 201:24 202:4,10 | 178:5 194:3 |
| 171:6 175:4 | time 2:5 5:7 7:21 | 202:14,15 204:8 | 195:21 |
| 184:10,11 185:7 | 9:15,17 11:4 | 205:10,18,24 | topic 20:11,12 |
| 186:12 190:24 | 13:11,15,18,19 | 206:7 | 63:14 64:19,23 |
| 192:14 193:7,15 | 15:10 21:14,20,25 | timeline 104:11 | 65:20 66:2,23 |
| 197:17 202:6 | 27:25 29:11 32:20 | 117:10,24 119:20 | 67:10,16 68:5,6,8 |
| thinking 54:16 | 32:22,24,25 39:3 | 188:9,16 196:7 | 114:16 151:8 |
| 159:15 | 39:21 40:11 41:13 | 199:12 | 152:19,23 155:1,4 |
| third 2:11 23:3,6 | 44:17 45:13,13,21 | times 6:23 10:12 | 155:5,7,8,9,13,15 |
| 23:14,17,20,24 | 46:5 51:10,20,25 | 28:8 45:5 61:22 | 155:19 156:9 |
| 26:16,20 32:2 | 60:21 65:4 66:22 | 79:6,19 104:9 | topics 20:1,11,17 |
| 38:14,17 39:9 | 81:12 82:11,17,21 | 161:7 | 20:19,25 21:2,5 |
| 44:3 45:16 47:4,6 | 84:1,20 85:16 | title 101:23 125:18 | 22:5 28:14 46:25 |
| 47:9 48:15 49:2 | 86:20,24 88:5,19 | 128:22 | 63:14 65:19,22 |
| 49:10 50:11 51:8 | 88:23 90:7,8 93:4 | today 9:11,22 | 156:22 |
| 52:10,17,21 53:6 | 96:12,17 105:4 | 11:14,19,22 12:16 | total 130:19 134:9 |
| 54:24 55:18 61:23 | 107:24 108:14 | 14:20 15:1 16:10 | 144:9 |
| 76:8 77:12 83:18 | 110:4 112:2,8 | 16:24 23:20 28:17 | touched 40:4 |
| 84:16 91:12 94:3 | 114:5 120:15,18 | 51:15,17 66:19 | tough 174:23 |
| 94:8,17 128:13 | 120:22 131:2,12 | 93:15 109:21 | tpv 134:7,8,9,16 |
| 139:8 146:5 | 134:20 135:22 | 112:18,20 129:7 | 135:4 |
| 148:16 164:16 | 136:14,16 139:3 | 139:2 147:4 | track 106:7 |
| 197:10 198:7,9 | 142:4 151:1,2 | 153:15 157:9 | tracked 173:15,16 |
| thirds 93:11 | 152:21 153:15 | 172:25 174:13 | tracking 171:21 |
| thought 117:23 | 154:10,12 155:9 | 176:21 | 175:9 |
| 118:25 126:18 | 156:21 157:7,10 | today's 13:12 | tracks 173:6 |
| 148:1 | 159:9 160:25 | 17:20 | train 189:4 |
| thousands 99:21 | 161:17,21,22 | token 182:18 | transcript 204:13 |
| 120:19 121:1 | 162:24 166:5,23 | tool 37:5 51:19 | 205:6,8,10,13,13 |
| 123:17 124:19 | 166:25 168:6 | 65:14 113:7,11 | 205:21 206:2,2 |
| | 169:25 174:23 | 169:4,6,6,15,16,16 | |

Veritext Legal Solutions
866 299-5127

**[transition - unusual]**

| | | | |
|---|---|---|---|
| **transition** 42:1,14 | 115:11 126:4 | 21:20 22:15 23:5 | 83:15 84:14,18 |
| 60:20 177:13 | 128:16 | 24:13 25:15 26:6 | 86:16 87:6 94:1 |
| 186:9 192:22 | **turning** 20:8 85:18 | 26:22 27:8,9 | 94:14 96:10 |
| 193:4 194:15 | **twice** 6:25 | 29:21 30:5,11 | 100:21 101:12 |
| 195:15 197:2,12 | **two** 10:11 20:11 | 31:25 32:11,20 | 102:9,14 105:22 |
| 198:11 | 20:25 21:2 33:15 | 33:9,13 34:18 | 107:14,25 110:2 |
| **treating** 90:24 | 34:18,20,22 39:3,5 | 35:6,25 37:12 | 112:19 114:2,11 |
| **tremendous** 74:12 | 39:10 77:19,22 | 40:6,24 42:5 | 117:22 121:21 |
| 74:16 | 93:11 107:4,10,16 | 44:13 45:2 47:14 | 123:16,21 127:21 |
| **trial** 10:18,20 | 108:1 112:24 | 47:17,20 51:24 | 128:12 131:6,21 |
| **trick** 140:18 | 144:6 146:16 | 52:6,9 53:15 59:8 | 135:6,21 136:22 |
| **trouble** 93:17 | 148:2 155:11 | 62:8 65:6 68:9 | 137:1,2,13,16,21 |
| 95:17 | 175:4 195:18 | 70:2 71:13 72:10 | 137:22 139:16,20 |
| **true** 36:6 203:3 | **type** 26:1 100:13 | 73:18 76:16,23 | 139:24 141:4 |
| **trust** 4:18 22:13 | 102:2 106:1,2 | 79:9 83:20 84:10 | 143:24 147:14 |
| 43:22,22 98:15,20 | 186:22 196:24 | 86:18 99:11,15 | 151:23 152:9 |
| 126:9,9,15,16,17 | **types** 44:2 57:22 | 100:19 101:25 | 154:11 156:17 |
| 177:8 | 86:14 98:21 127:4 | 103:11 109:10 | 160:16 170:2,15 |
| **truth** 36:19 204:4 | 144:1,3 146:16 | 110:3 112:4,11 | 172:13 173:5,17 |
| 204:5,5 | 191:24 193:19 | 118:19 121:13,18 | 186:2,25 187:13 |
| **truthfully** 9:22 | 197:4 | 123:13 127:20 | 188:7 189:25 |
| **try** 19:8 29:21 | **typewriting** 204:9 | 130:25 131:25 | 191:11 192:1 |
| 61:19 69:23 70:4 | **typically** 35:15 | 134:11,19,22 | 195:8 196:10,19 |
| 70:5 85:7,14 | 36:4,9 49:8,9,20 | 140:17,19 143:12 | 198:14,20 199:18 |
| 108:17 130:25 | 49:22 50:11 52:24 | 144:13,15,21 | 200:6 201:10 |
| 133:1 147:18 | 53:23 55:3 56:15 | 149:20 150:17 | **understood** 8:10 |
| 185:23 186:11 | 58:1 59:21 74:11 | 158:7 162:19 | 9:2 17:13 30:2 |
| **trying** 31:25 41:25 | 126:25 143:8,20 | 170:5 172:17 | **undertaken** |
| 43:4 47:20 49:12 | 162:8 171:8,18 | 175:19 179:6 | 113:16,19 172:19 |
| 52:9 59:7,7,13 | 195:25 | 190:24 192:15 | **undertook** 121:13 |
| 66:16,22 67:12 | | 196:24 | 131:15 |
| 89:3 99:15 100:19 | **u** | **understanding** | **unexpected** 90:9 |
| 109:10 111:4 | | 17:18 18:14 20:3 | 90:12 |
| 119:24 123:12 | **u.k.** 12:20,20 | 20:15 21:8,11,23 | **unit** 200:2 |
| 130:2 134:19,22 | **ultimately** 91:6 | 24:24 30:13 34:5 | **united** 1:1 2:4 |
| 140:17,19 164:13 | **unable** 82:5 | 34:16,21 37:18,20 | 10:10 |
| 176:3,6,8 181:5 | 132:14 137:5 | 39:16,18,19,21 | **university** 14:12 |
| 196:22,24 197:9 | 187:15 | 46:21 51:12 52:11 | 14:17 |
| 200:13,14 | **unavailable** 189:7 | 52:15 62:18,24 | **unpack** 100:19 |
| **turn** 20:4,6 83:22 | **unclear** 137:5 | 64:6,16 68:3,19 | **unusual** 90:3 |
| 84:22 85:17 | **understand** 7:25 | 70:3 77:6 81:19 | 95:20 195:20 |
| | 8:8,19,20 9:3 15:3 | | |
| | 19:25 21:1,2,4,9 | | |

Veritext Legal Solutions
866 299-5127

**[unwind - various]**

**unwind** 195:7
**update** 4:13 76:3
  125:16,19 187:15
  200:4 201:14
**updated** 76:5
**upgrade** 195:1
  200:8
**url** 116:22,24,24
  182:17
**usage** 157:4
**use** 21:12 31:13
  39:10 47:21,22
  49:21,24 53:2,3
  57:4 59:6 63:8
  65:13 69:18 72:13
  79:25 80:3 82:9
  84:3,25 86:13
  100:22 106:5,12
  106:17,21 108:23
  108:24 111:4
  117:14 118:5,17
  118:19 120:16
  123:14 124:8
  131:1,19 136:13
  137:18 138:2
  140:5 141:8
  142:16 146:10,11
  157:22 161:5
  168:3 187:17
  189:4 193:25
  195:6,24 196:14
  196:15 200:23,25
  201:14,15,20
**user** 1:5 4:17 5:9
  24:12 26:8,15,17
  26:19,20 30:24,25
  31:2 34:7,12
  35:11,12 36:25
  43:22 44:2,8,21
  47:3 49:5,15 50:9
  52:12,22 53:3,5,7

53:25 56:5,7,15,15
  56:18,22 57:1,4,8
  58:1,12,13 59:15
  59:24 61:15,18,21
  61:24 62:11,22
  63:4 70:20,25
  71:2 74:12 77:7,7
  77:8,8,21,22 78:17
  80:2 83:1 85:23
  85:24 86:20,24
  87:4,9,15,22,24
  88:1,16,20,24 89:6
  89:8,10,23 90:19
  90:22 93:24 96:14
  101:1,22 102:2,4,5
  102:9,14,16,24
  103:4,10,11,24
  104:6,18,24 105:2
  105:6,7 106:7,24
  107:6,8 108:5,6,19
  109:13,15 111:15
  111:16,16,16,23
  111:23 112:1,16
  113:25 117:17
  118:5,6,7,17,18,20
  118:20,22,25
  119:1 120:10,10
  122:8 124:16
  126:8,15 128:25
  137:24,25 139:22
  140:6,12,22 141:1
  141:6,9 142:8
  144:11,19 145:15
  146:14 148:17
  176:10 177:8
  180:1 186:22
  188:8,17 192:5
  194:12,20,25
  195:4 196:13
  199:20 201:3,12
  205:4 207:1

**user's** 27:14 34:11
  35:16 51:3 55:21
  57:2,12,16,17,20
  59:19,25 62:16
  63:1 68:22 74:19
  83:2,9 87:24 88:1
  88:20 89:22 91:24
  92:19 98:3 101:22
  102:8,11 103:7,17
  103:23 105:9,11
  105:14,25 106:20
  107:7 111:18
  113:13 119:16,20
  119:20 120:2,5,7
  122:9 127:12
  139:11 140:7,11
  179:11 180:11
  182:12,12 186:4
**users** 25:1,19
  26:12 30:15,15
  34:18,20,20,23
  35:3 38:9,11
  43:19,25 44:10,23
  45:8,14 46:6 47:7
  50:22 51:9 53:1,2
  54:17,19,23 55:14
  55:24 56:1,4
  61:21 63:23 64:11
  69:15 72:9 73:25
  77:2 78:20,21,23
  79:1,7,20 80:24
  81:2,21 83:5,16,25
  84:1,13 86:8,13
  88:12,21 89:3
  90:25 91:3 94:16
  96:13 98:18 100:5
  107:4,16,16,17
  108:1 118:21,24
  121:6,16,22
  123:18 127:9,9
  128:14 138:13

140:2,8 144:12,20
  182:7 185:18,19
  186:1,19 191:10
  198:16,19,22
  199:10,16
**uses** 77:16,17
  138:12 140:8,20
  159:15 190:15
**utilization** 78:14
  143:21
**utilized** 127:14
  141:25

**v**

**v1** 119:6 168:17
  188:4,5
**v2** 4:17 118:4,11
  118:16 119:9,11
  119:13,15,22,23
  120:4 177:8
**v2.0.** 178:17
**v4** 4:12 125:16,19
  125:22
**valuable** 99:9
  140:3 144:12
  156:22
**value** 96:24 97:11
  97:13,18 98:6
  99:7,25 118:7,23
  128:25 129:1,2,6,8
  129:10,12,14,18
  130:11,14 144:19
  145:15 146:4
**varela** 15:8 67:14
**variety** 157:24
  190:14 193:12
**various** 48:15
  124:2 127:4
  131:14,19 137:2
  142:25 147:5,20
  173:11 193:14

Veritext Legal Solutions
866 299-5127

**vast** 160:16
**vc** 1:8
**verbally** 8:3,7
**veritext** 5:12
　115:5 205:7,9,11
**version** 39:22 40:5
　40:7,8,14,16,18
　41:6,6,7,8,9,10,12
　41:17,17,21 42:1,1
　43:5,10,12 45:25
　46:2,9,10,15 73:10
　73:17 83:7 87:21
　118:12,14 121:1,4
　121:10 124:15,17
　124:22 125:1
　131:16 160:21
　163:12,13,15,15
　176:22 177:2,2,4,5
　177:13,14 180:6
　180:20 181:10,23
　182:2 186:9,10,17
　187:4,6,23,24
　192:4,22 193:5,7
　194:10,10,15,15
　194:22,22 195:10
　195:11,15 196:6,6
　196:7,7,8,12 197:2
　197:2,12 199:9,14
　200:11,11,21
　201:2,3,6,6,19,22
　201:22
**versioning** 43:5
**versions** 40:24
　46:17 65:15
**versus** 137:7 149:8
**video** 5:6 61:1,5
　73:5 114:17,20
　153:6,9 202:12
**videoconferenci...**
　204:11

**videographer** 3:20
　5:11
**videos** 111:16,22
　111:23
**videotaped** 1:16
　2:2
**viewed** 127:24
**viewer** 175:25
**viewing** 50:13
**violate** 119:21
**violates** 118:4,16
　119:9 138:15
**vis** 160:9,9,10,10
　161:6,6 189:10,10
**visibility** 141:12
**visible** 141:15
　176:12
**visited** 50:25
**voice** 202:5
**volume** 74:12 76:7
　77:11 134:10
　144:9

**w**

**w** 2:14 205:1
**wait** 8:16 151:13
**waiting** 176:20
**waived** 205:23,23
**waiving** 205:20
**walk** 107:19
　146:16
**wangdra** 3:9 5:23
**want** 20:20 29:20
　30:5 35:6 39:24
　40:6 43:14 44:13
　53:14 60:21 86:18
　95:3 96:1,2 97:5
　100:5 101:11
　106:9 108:15
　110:16 112:21
　122:10 126:22,25
　134:17 150:16

152:25 153:1
　156:18,19 158:23
　162:18 164:9
　178:14 184:22
　186:25 191:16
　196:22 199:3
　201:24 202:2
**wanted** 35:25 43:7
　43:21 136:2
　145:13 153:17
　172:8
**wants** 32:12 87:10
**washington** 2:12
　7:6,6
**watch** 73:6 108:19
**watched** 108:21
　183:13 184:2
**watches** 108:5
**watching** 108:9
**way** 20:6 23:2
　25:7 27:23 28:25
　30:15 32:4,7,9
　38:13 41:24 42:16
　49:11 50:24 51:7
　52:24 53:10 54:5
　54:18,20,22 56:11
　63:12 69:7 71:25
　73:13 80:15 82:25
　83:4,21 84:1,21
　85:17,20 87:14
　88:6 89:2 90:15
　91:20 93:11 95:24
　96:10 98:16,25
　99:4 100:5,7
　102:14 103:13
　106:3,13 111:24
　111:25 113:10
　124:21 138:15
　139:10 142:15
　144:21,25 158:12
　158:22 159:1,5

161:13 162:14,20
　163:4,10,17
　164:23 166:17
　167:21 170:16
　171:6,24 172:14
　173:19 176:5,9
　184:6 189:3,5
　204:19
**wayback** 65:11
**ways** 31:24 38:16
　38:18,20 69:25
　79:24 82:9 97:12
　97:17 98:7,9,11,14
　133:5 136:14
　143:7 145:22
　166:6,19 171:25
**we've** 17:7 40:4
　47:3 101:4 113:3
　113:6 126:15
　152:20 161:23
　176:21 181:13
　182:5 183:9
　186:15 192:23,23
　198:24 200:15
**weaver** 2:20 5:24
　5:25 6:17
**web** 50:13,14 51:3
　55:19 144:8
**website** 24:16,19
　36:3,8,13 50:5,11
　50:25 65:5,16
　175:24,25 176:12
**welcome** 61:11
**went** 6:13 106:11
　133:8 191:24
**whichever** 61:10
**whit** 164:25
**whitelist** 157:14
　157:22 158:25
　159:2 161:11,14
　162:23 163:4,18

**[whitelist - à]**

163:22 164:2,3,14
164:19,21 166:1,2
166:11,14,17
167:17,20 168:3
168:22,25 185:13
186:3 188:2
**whitelisted** 155:22
159:23 160:2,22
160:24 165:2,3
169:24 172:9
173:1,4 174:25
199:6,7,8,13
200:17,22 201:19
**whitelisting** 158:8
158:14,17,20
159:11,15 161:2,5
161:10,18,24
162:3,11,13
163:25 164:1
165:6,8 200:16,20
**whitelists** 160:14
161:19 163:19
165:12 167:21
169:8 170:17
172:14,18 191:9
193:13,14
**wide** 41:15 48:14
69:4 160:14
**widely** 73:15,19
130:17 170:24
172:1
**willing** 10:19
**window** 190:2
196:13 199:12
**witness** 2:3 5:13
6:7 7:10 17:9
18:20 66:8 95:3
100:18 115:7,10
138:18 142:24
145:2,20 146:7
148:19 168:10

175:3 184:16
185:3 195:17
197:17 202:4
204:3,9 205:13,16
206:2,5 207:24
**women** 95:22,23
**wondering** 99:19
189:20
**word** 72:21,24
76:12 77:16
101:15,19 110:24
179:8 180:24
181:3 183:20
**words** 72:23
157:20
**work** 10:6,7,10
12:18,19 59:13
70:10 126:1
127:17 128:6
156:5 166:8
**workable** 42:20
**worked** 14:1,4
50:24 59:15 65:7
65:25 70:1 83:4
85:13,14 87:14
98:19 102:15
109:6,6,21 123:22
124:22 138:21
150:11 179:9
184:7,11
**working** 13:17
14:6 49:10 130:3
171:12,12
**workplace** 14:2,2
**works** 52:25 109:2
128:8 140:18
198:17
**world** 10:25
**worth** 28:6 33:16
**wright** 2:15 5:19
6:17

**write** 117:9 118:2
174:14
**writes** 76:2
**writing** 174:10,11
**written** 36:18
59:18
**wrong** 16:6 39:25
158:2
**wrote** 119:24

**x**

**x** 4:1 204:13 206:9
**xu** 15:7

**y**

**yeah** 9:3 10:7 19:6
23:7 25:23 62:2,3
62:13 76:19 79:10
79:12,15 111:4
112:15 115:9
116:1 117:8 123:1
123:2 124:1 130:2
130:23 134:19
139:14 144:14
145:2,20 151:16
153:3 156:18
158:6 175:3 178:3
179:7 182:9 202:4
**year** 10:12 40:2
194:23
**years** 10:11 48:18
119:25 157:10,10
161:4
**yep** 9:19 76:1

**z**

**zarakhovsky** 15:8
**zero** 40:14
**zhen** 4:16 174:5,15
**zuckerberg** 71:17
71:24

**à**

**à** 160:9,10 161:6
189:10

Veritext Legal Solutions
866 299-5127

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.