CONFIDENTIAL

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3

   IN RE:  FACEBOOK, INC.,      MDL No. 2843
4  CONSUMER USER PROFILE        Case No.
   LITIGATION                   18-md-02843-VC-JSC
5  _____
6  This document relates to:
7  ALL ACTIONS
8

   _____
9
10
11              **CONFIDENTIAL**
12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13      CORPORATE REPRESENTATIVE - SIMON CROSS
14  (Reported Remotely via Video & Web Videoconference)
15      London, England (Deponent's location)
16             Thursday, May 12, 2022
17                  Volume II
18
19   REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
20
   STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
   California CSR No. 12546
22  Nevada CCR No. 827
   Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5219195
25  PAGES 208 - 495
```

Page 208

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

    IN RE:  FACEBOOK, INC.,       MDL No. 2843

4   CONSUMER USER PROFILE          Case No.

    LITIGATION                     18-md-02843-VC-JSC

5   _____

6   This document relates to:

7   ALL ACTIONS

8

    _____

9

10

11

12

13

14

15          DEPOSITION OF SIMON CROSS, taken on

16   behalf of the Plaintiffs, with the deponent located

17   in London, England, commencing at

18   2:36 p.m., Thursday, May 12, 2022, remotely

19   reported via Video & Web videoconference before

20   REBECCA L. ROMANO, a Certified Shorthand Reporter,

21   Certified Court Reporter, Registered Professional

22   Reporter.

23

24

25

                                         Page 209

```
 1              APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4   For the Plaintiffs:

 5        KELLER ROHRBACK L.L.P.

 6        BY:  DEREK W. LOESER

 7        BY:  CARI CAMPEN LAUFENBERG

 8        BY:  ADELE A. DANIEL

 9        BY:  EMMA WRIGHT

10        Attorneys at Law

11        1201 Third Avenue

12        Suite 3200

13        Seattle, Washington 98101

14        (206) 623-1900

15        dloeser@kellerrohrback.com

16        claufenberg@kellerrohrback.com

17        adaniel@kellerrohrback.com

18        ewright@kellerrohrback.com

19

20

21

22

23

24

25   /////
```

Page 210

CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL

2    (All parties appearing via Web videoconference)

3

4    For the Plaintiffs:

5         BLEICHMAR FONTI & AULD LLP

6         BY:  ANNE K. DAVIS

7         BY:  LESLEY E. WEAVER

8         Attorneys at Law

9         555 12th Street

10        Suite 1600

11        Oakland, California 94607

12        (415) 445-4003

13        adavis@bfalaw.com

14        lweaver@bfalaw.com

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page 211

CONFIDENTIAL

```
1            APPEARANCES OF COUNSEL(cont'd)

2    (All parties appearing via Web videoconference)

3

4    For Facebook, Inc.:

5         GIBSON, DUNN & CRUTCHER LLP

6         BY:  ROBERT C. BLUME

7         BY:  HANNAH REGAN-SMITH

8         Attorneys at Law

9         1801 California Street

10        Suite 4200

11        Denver, Colorado 80202-2642

12        (303) 298-5735

13        rblume@gibsondunn.com

14        hregan-smith@gibsondunn.com

15   and

16        COLIN B. DAVIS

17        Attorney at Law

18        3161 Michelson Drive

19        Irvine, California 92612-4412

20        (949) 451-3993

21        cdavis@gibsondunn.com

22

23

24

25   /////
```

Page  212

```
1              APPEARANCES OF COUNSEL(cont'd)
2     (All parties appearing via Web videoconference)
3
4    For Facebook, Inc.:
5          GIBSON DUNN & CRUTCHER LLP
6          BY:  MATT BUONGIORNO
7          Attorney at Law
8          2001 Ross Avenue
9          Suite 2100
10         Dallas, Texas 75201
11         (214) 698-3204
12         mbuongiorno@gibsondunn.com
13   and
14         BY:  PHUNTSO WANGDRA
15         Attorney at Law
16         1881 Page Mill Road
17         Palo Alto, California 94304-1211
18         (650) 849-5206
19         pwangdra@gibsondunn.com
20
21
22
23
24
25   /////
```

Page 213

CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL(cont'd)
2     (All parties appearing via Web videoconference)
3
4         JAMS
5         BY:  DANIEL B. GARRIE
6         Special Master
7         555 W. 5th Street
8         32nd Floor
9         Los Angeles, California 90013
10        (213) 253-9706
11        dgarrie@jamsadr.com
12
13
14
15    ALSO PRESENT:
16        Ian Chen, Associate General Counsel, Facebook
17    Inc.
18        John Macdonell, Videographer
19
20
21
22
23
24
25    /////
```

Page 214

CONFIDENTIAL

```
 1                    I N D E X

 2    DEPONENT                              EXAMINATION

 3    SIMON CROSS                                PAGE

      VOLUME II

 4

 5                    BY MR. LOESER              221

 6

 7

 8                  E X H I B I T S

 9    NUMBER                                    PAGE

10                   DESCRIPTION

11    Exhibit 338  Email String Subject:  PS12n    350

12                 Criteria Review,

13                 FB-CA-MDL-02951293 -

14                 FB-CA-MDL-02951294;

15

16    Exhibit 339  PowerPoint Presentation -      361

17                 facebook Criteria for

18                 granting Exemptions and

19                 Extensions Drat 12/5/13

20                 Monica Mosseri,

21                 FB-CA-MDL-02951295;

22

23

24

25    /////
```

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                              PAGE

 3                 DESCRIPTION

 4    Exhibit 340  PowerPoint - facebook       363

 5                 Criteria for granting

 6                 Exemptions and Extensions

 7                 Draft 12/5/13 Monica Mosseri,

 8                 META-CA-MDL-000041190 -

 9                 META-CA-MDL-0000412003;

10

11    Exhibit 341  Deprecated f8 2014          393

12                 Partnerships/Ops XFN,

13                 FB-CA-MDL-02978561 -

14                 FB-CA-MDL-02978571;

15

16    Exhibit 342  Email dated January 27, 2014   433

17                 Subject:  platform model

18                 changes, FB-CA-MDL-00202269;

19

20    Exhibit 343  Email String Subject:        472

21                 Changing App Settings//Friend

22                 Permissions,

23                 FB-CA-MDL-01462921 -

24                 FB-CA-MDL-01462921;

25    /////
```

Page 216

1                    E X H I B I T S(cont'd)

2      NUMBER                                              PAGE

3                            DESCRIPTION

4      Exhibit 344   Email String Subject:  [a/c        483

5                    priv Re:  WSJ story on API

6                    migration, FB-CA-MDL-01169155

7                    - FB-CA-MDL-01169173;

8

9

10                    PREVIOUSLY MARKED EXHIBITS

11     NUMBER                                              PAGE

12     Exhibit 5                                          243

13

14     Exhibit 6                                          244

15

16     Exhibit 7                                          256

17

18     Exhibit 11                                         293

19

20     Exhibit 12                                         294

21

22     Exhibit 13                                         331

23

24     Exhibit 14                                         410

25     /////

                                        Page  217

```
 1              PREVIOUSLY MARKED EXHIBITS(cont'd)

 2    NUMBER                                        PAGE

 3    Exhibit 15                                     413

 4

 5    Exhibit 16                                     440

 6

 7    Exhibit 17                                     441

 8

 9    Exhibit 20                                     327

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | London, England; May 12, 2022 | |
| 2 | 2:36 p.m. | |
| 3 | ---oOo--- | |
| 4 | THE VIDEOGRAPHER:  Okay.  We're on the | |
| 5 | record.  It's 2:36 p.m., the time in London, on | 02:36:47 |
| 6 | May 12th, 2022.  This is the deposition of | |
| 7 | Simon Cross, Volume II. | |
| 8 | We're here in the matter of In Re: | |
| 9 | Facebook, Inc. Consumer Privacy User Profile | |
| 10 | Litigation. | 02:37:00 |
| 11 | I'm John Macdonell, the videographer with | |
| 12 | Veritext.  Before the reporter swears the witness, | |
| 13 | would counsel please identify themselves, beginning | |
| 14 | with the noticing attorney, please. | |
| 15 | MR. LOESER:  Good morning.  This is | 02:37:16 |
| 16 | Derek Loeser from Keller Rohrback, and with me is | |
| 17 | Adele Daniel and Cari Laufenberg, also from | |
| 18 | Keller Rohrback. | |
| 19 | MR. BLUME:  Rob Blume with Gibson Dunn on | |
| 20 | behalf of Facebook.  And with me is Ian Chen, | 02:37:28 |
| 21 | client representative, as well, as Phuntso Wangdra, | |
| 22 | Hannah Regan-Smith, Colin Davis.  And I believe | |
| 23 | that's all at the moment. | |
| 24 | SPECIAL MASTER GARRIE:  And you have | |
| 25 | Special Master Garrie as a representative of the | 02:37:45 |

Page 219

CONFIDENTIAL

```
 1   court.                                              02:37:47

 2          Good morning, Counsel Chen.  Good

 3   morning, Counsel Davis.

 4          It's been a while since I've seen you,

 5   Counsel Davis.                                      02:37:53

 6          I will turn it over to the parties

 7   without further adieu.

 8          THE COURT REPORTER:  At this time, I will

 9   ask counsel to agree on the record that there is no

10   objection to this deposition officer administering  02:38:01

11   a binding oath to the deponent via remote

12   videoconference, starting with the noticing

13   attorney, please.

14          MR. LOESER:  No objection.  Thank you.

15          MR. BLUME:  No objection from Facebook.      02:38:18

16          THE COURT REPORTER:  Mr. Cross, if you

17   could raise your right hand for me, please.

18          THE DEPONENT:  (Complies.)

19          THE COURT REPORTER:  You do solemnly

20   state, under penalty of perjury, that the testimony 02:38:19

21   you are about to give in this deposition shall be

22   the truth, the whole truth and nothing but the

23   truth?

24          THE DEPONENT:  I do.

25   /////                                               02:38:35
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1                    SIMON CROSS,,                    02:38:35

2    having been re-administered an oath, was examined

3    and testified as follows:

4

5                    EXAMINATION(resumed)             02:38:36

6    BY MR. LOESER:

7        Q.   Good afternoon, Mr. Cross.

8             Derek Loeser, as you know, from

9    Keller Rohrback and -- and good morning to me.

10            I -- just a couple of questions before we    02:38:48

11   dive back into where we were.  Your counsel has

12   provided us with the notes that -- that you

13   identified on Monday.

14            Do you have any additional notes that

15   you'll be using for your testimony today?            02:38:59

16       A.   No.

17       Q.   And did you bring any materials with you,

18   other than notes, for the purpose of this

19   deposition today?

20       A.   Nope.                                        02:39:10

21       Q.   And did you review any other documents,

22   other than those that you identified or indicated

23   you reviewed on Monday?

24       A.   Yes.  There were a number of documents

25   that I understand you sent over to us and I -- I      02:39:22
```

Veritext Legal Solutions
866 299-5127

```
1    reviewed as many of them as I could.              02:39:26

2         Q.   Okay.  And that's the same set that -- I

3    didn't send any new ones so those are the same

4    documents that -- that were provided in advance of

5    your testimony on Monday.                          02:39:36

6              So had you seen -- your review this time,

7    was that the first time you had seen some of those

8    documents?

9         A.   I think so, yeah.  Maybe I'll ask my --

10   my counsel to -- to confirm.                       02:39:48

11             MR. BLUME:  Yeah.  And -- and this is --

12   this is Mr. Blume.

13             I actually think you did send an

14   additional set over, but we can check that.

15             MR. LOESER:  Okay.  Well, we can talk     02:40:00

16   about that later because if we did; it's news to

17   us.  But that's okay, we'll figure that out.

18        Q.   (By Mr. Loeser)  All right.  Mr. Cross,

19   you'll recall on Monday we spent a good deal of

20   time with my questions about the reason Facebook    02:40:17

21   decided to whitelist certain apps from partners so

22   that those partners would be able to access

23   publicly deprecated permissions after Graph API

24   version 2 became operative.

25             Do you -- do you recall those questions   02:40:30
```

Page 222

1    and -- and your testimony?                              02:40:31

2         A.   I recall the discussion, generally.

3         Q.   And you recall that -- that I

4    specifically asked about friend permissions, right?

5         A.   We had a number of discussions about        02:40:42

6    friend permissions, yes.

7         Q.   And I asked you to tell me all the

8    reasons that Facebook decided to allow certain apps

9    and partners to have access to friend permissions

10   after the transition to Graph API version 2, right?   02:40:51

11        Do you recall that?

12        A.   I recall a question of that nature.

13        Q.   Okay.  And you recall that you answered

14   that question?

15        A.   I recall answering a question of that        02:41:02

16   nature.

17        Q.   And at the end of the day -- and this --

18   and this is why I'm bringing this up -- you said

19   something -- and I just wanted to read to you what

20   you said and make sure I understand your testimony.   02:41:11

21        You explained that -- and I'm going to

22   quote here for -- for a minute.

23        "As I say, there are a number of

24   developers also whitelisted for continued access to

25   version 1 because of their use of other -- because    02:41:24

                                              Page 223

CONFIDENTIAL

```
 1    of their -- because of them being affected by other        02:41:27

 2    changes in the API between version 1 and

 3    version 2."

 4            Do you recall that testimony?

 5        A.   That sounds reasonable, yes.                       02:41:36

 6        Q.   And -- and before moving on, I just want

 7    to make sure I -- I understand what you meant by

 8    that.  So I'll give it a try and you can tell me if

 9    I've got it right.

10            Some apps and partners were given               02:41:48

11    whitelist access to friend permissions.  And we

12    talked about the reasons for that.  And others were

13    given whitelist access to other permissions that

14    were being deprecated, right?

15        A.   Not necessarily other permissions that          02:42:02

16    were being deprecated.

17        Q.   Okay.  Explain -- explain what -- what

18    you mean there.

19        A.   There were some other features of

20    Graph API version 2, where API version 2 differed      02:42:17

21    from version 1.

22    ████████████████████████

      ████████████████████████████

      ████████████████    ████████████

      ██████████████████████████        ██████████
```

Page 224



22        Q.    Okay.   And what was the purpose of that

23     change?

24

Page 225



23    Q.   And was misuse of information, based upon

24  the aggregation of user IDs, a problem that

25  Facebook had identified with Graph API version 1?    02:45:38

Page 226

```
 1        A.    One of the --                          02:45:45

 2              MR. BLUME:  Sorry.  I missed my mute

 3   button.

 4              I just object to scope.

 5              THE DEPONENT:  Yeah, I'm not aware of   02:45:56

 6   exactly what the -- the company's position on that

 7   is.

 8              From a personal capacity, I recall that

 9   the aggregation of user data or cross-applications

10   being a concern that was raised at the time.       02:46:12

11        Q.    (By Mr. Loeser)  One last thing to make

12   clear from your testimony on Monday.

13              I asked you -- and we had a obviously

14   lengthy discussion about whitelisting as a means of

15   providing access to publicly deprecated            02:46:26

16   permissions, right?

17        A.    We had a conversation about permissions

18   for sure.

19        Q.    And you'll also recall that I asked you

20   about private APIs with partners.                  02:46:35

21              Do you recall that?

22        A.    We had a number of discussions about

23   private APIs.

24        Q.    Okay.  And private APIs are APIs that are

25   made available to certain partners, but are not    02:46:46
```

Page 227

1    publicly available; is that right?                    02:46:49

2         A.   I think a reasonable description of a

3    private API is an API that's not available to -- to

4    all developers and only available to some.

5         Q.   And -- and some of the partners -- some    02:47:01

6    of Facebook's partners, prior to the transition to

7    Graph API version 2, already had private APIs with

8    Facebook; is that right?

9         A.   There are a number of partners that had

10   built experiences that would only be possible if      02:47:18

11   they had been granted access to -- to private APIs.

12        Q.   So your answer is "yes"?

13        A.   I -- I think it's -- there -- there were

14   entities -- third parties that had built

15   applications that re- -- would -- would have          02:47:39

16   required access to private APIs.

17        Q.   And -- and I don't mean to belabor the

18   point, but I'm trying to get to a "yes."

19             So I think you just answered

20   affirmatively.  Am I interpreting your question --    02:47:48

21   your answer correctly?

22        A.   Ask your question again so I can make

23   sure I am like -- I want to make sure I -- I --

24   I -- when I give a yes, I want to make sure I fully

25   agree with what you're -- you're asking me about.     02:48:00

Page 228

```
 1        Q.   Sure.                                    02:48:02

 2             I asked you, some of Facebook's partners,

 3    prior to the transition to Graph API version 2,

 4    already had private APIs with Facebook; is that

 5    right?                                            02:48:12

 6        A.   That's right.

 7        Q.   However, some partners that entered into

 8    or were provided access to private APIs, after the

 9    transition to Graph API version 2, did not

10    previously have access to private APIs, right?    02:48:24

11             MR. BLUME:  Objection.  Scope.

12             THE DEPONENT:  Yeah.  I -- I'm not sure

13    I -- how -- how to answer that -- how to answer

14    that question.

15             It's unclear as to the exact form of      02:48:39

16    scope you mean.

17             Can you -- can you ask it again so I can

18    try and understand.

19        Q.   (By Mr. Loeser)  Sure.  Sure.

20             I'm just trying to understand how private  02:48:51

21    APIs were used.

22             So you had some partners that already had

23    them before the transition.  And you had some

24    partners that, for the first time with the

25    transition, were provided access to private APIs,  02:48:59
```

Page 229

CONFIDENTIAL

```
1    right?                                            02:49:03

2        A.    One of the challenges in answering the --

3    the question is that part of the transition from

4    version 1 to version 2 is when something is

5    publicly deprecated it becomes -- you might        02:49:16

6    consider that to be a private API.

7            And in order to continue accessing --

8    accessing that feature for some time, they would be

9    added to a whitelist that would give them access to

10   what would then be considered a private API.       02:49:36

11       Q.    Okay.  And that's exactly what I'm trying

12   to make sure the record is clear on.

13           So there were some partners that had

14   access to friend permissions, for example, under a

15   Graph API version 1 through the -- the permissions  02:49:51

16   that were publicly available, right?

17       A.    That's correct.

18       Q.    And then in the transition, those

19   publicly available -- publicly available

20   permissions were deprecated.  And in order for them 02:50:02

21   to continue having access to friend permissions,

22   they were able to obtain that access through --

23   through private APIs after the transition; is that

24   right?

25       A.    To be -- to be clear, there's a           02:50:19
```

Page 230

1   difference between private API and permissions          02:50:21

2   different -- slightly different concepts.

3          So in -- in the case that if an app

4   wanted to continue to have access to a permission

5   that had been publicly deprecated from -- or            02:50:39

6   publicly removed from most other applications in

7   order to continue accessing data under that

8   permission or requesting that permission from

9   users, after some time it would have had to be on

10  the whitelist.                                          02:50:58

11     Q.   Okay.  And so when you use the phrase

12  "whitelist," now, you're -- you're -- you're

13  referring to whitelist via a private API as well,

14  right?

15     A.   No.  I'm referring in this case in -- in     02:51:10

16  my definition of whitelisting -- my use of

17  whitelisting in this case refers to an application

18  being added to a whitelist in the form of a

19  capability or some other internal gating system.

20     Q.   Okay.  So if you were going to create a      02:51:28

21  list of all of the partners -- Facebook partners

22  that had private APIs, would you consider all of

23  the partners who obtained access to publicly

24  deprecated permissions as having been whitelisted?

25     A.   In order to access publicly deprecated       02:51:52

Page 231

CONFIDENTIAL

```
 1    APIs or permissions, once they had been publicly      02:51:55

 2    deprecated, a developer would need to be on a

 3    whitelist.

 4         Q.   And -- and I don't want you to repeat

 5    your earlier testimony.  I just want you to confirm    02:52:10

 6    that you have told me all the reasons that Facebook

 7    decided to allow certain partners to obtain friend

 8    data after the transition to Graph API version 2,

 9    via private APIs.

10         A.   Sorry.  Can you just repeat the question     02:52:24

11    again.

12         Q.   Sure.

13              I just want to make sure the record's

14    clear.  I asked you a lot of questions about the

15    reasons why Facebook decided to continue allowing      02:52:30

16    access to deprecated permissions, including friend

17    sharing.

18              And -- and now we've established that one

19    of the ways that partners obtained access to

20    previously publicly available permissions was         02:52:45

21    through private APIs, right?

22         A.   No.  The way that the developers'

23    applications would have retained access to

24    previously publicly available permissions would

25    have been to be on a whitelist.                        02:53:03
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1        Q.   Okay.  And those -- and some of those      02:53:05

2    partners obtained those permissions via private

3    APIs, right?

4        A.   Developers obtained permissions from

5    users.  Users get the ability to grant permissions   02:53:16

6    to an app.

7        Q.   Right.

8             Well, frequently Facebook refers to

9    permissions as the -- the access to certain types

10   of information made available by Facebook to third    02:53:28

11   parties, right?

12       A.   The way permissions were --

13            (Simultaneously speaking.)

14       Q.   (By Mr. Loeser)  The friend permissions.

15            Yeah, I understand, but...                   02:53:37

16       A.   So friend permi- -- permissions are a

17   concept in the Facebook developer platform.  And

18   the way that permissions work is that users grant

19   those permissions to applications.  Face- --

20   Facebook does not grant those permissions to          02:53:48

21   applications on a user basis.  Users grant those

22   permissions.

23       Q.   Facebook makes available -- it's up to

24   Facebook what APIs are available to third parties,

25   right?                                                02:54:00
```

Veritext Legal Solutions
866 299-5127

1              Before the third party can ask for the      02:54:00

2    permission from the user, Facebook decides what

3    APIs are potentially available to the developer,

4    right?

5        A.   Facebook builds the -- the discussion in    02:54:11

6    this matter is that Facebook developer platform is

7    built by Facebook and, therefore, Facebook would

8    decide how that platform functioned.

9        Q.   Okay.  And, again, I'm just trying to

10   make sure the record is complete on the reasons why   02:54:23

11   Facebook provided access to publicly deprecated

12   permissions to partners.

13            You understand that, right?

14       A.   I understand.

15       Q.   And we're having a struggle -- sorry.        02:54:34

16            Go ahead.

17       A.   No, go.

18       Q.   We're having a bit of a struggle over how

19   to properly use the phrase "private APIs" in a

20   sentence.  And -- and I just want to make sure that   02:54:44

21   with respect to private APIs, you have told me all

22   the reasons why a private API would be made

23   available to any Facebook partner in the

24   transition.

25       A.   I'm not -- the -- the question -- the --     02:55:05

```
 1    my recollection of the question you asked me          02:55:08

 2    previously was around the reasons for apps to

 3    access the friend permissions after the friend

 4    permissions had been deprecated publicly.

 5           And my understanding, having read many          02:55:23

 6    documents on this topic and spoken to the people

 7    involved at the time, and my own recollection, is

 8    that nobody has been able to explain to me any

 9    other reason why an app would have been given an

10    extension to request a friend permissions.            02:55:46

11       Q.   Just for a minute I'm -- I'm going to

12    look at your notes.  And, again, your -- your

13    counsel provided us with the notes that you

14    prepared and they've been marked as an exhibit.

15           Did you personally draft these notes?          02:56:08

16       A.   Which exhibit are we referring to

17    specifically?

18       Q.   Exhibit 335.

19       A.   Yeah, I personally drafted these notes.

20       Q.   And one of the topics in your notes, on       02:56:30

21    the first page you have "Evolution of platform

22    timeline."

23           Do you see that?

24       A.   I see that.

25       Q.   And you refer to -- you have a bullet for      02:56:53
```

Page 235

1    "Granular permissions."                                    02:56:54

2          Do you see that?

3      A.   I do see that.

4      Q.   And so according to your notes, these

5    granular permissions started in 2010, correct?           02:57:01

6      A.   That's my understanding of when the

7    granular permissions were launched.

8      Q.   And so before granular permissions, did

9    app users -- or did apps get access to friend data

10   without needing to obtain authorization from the         02:57:17

11   user via the granular permissions?

12     A.   The way the original authentication model

13   worked was that a user still had to make a decision

14   to grant an app access to their information.  But

15   after doing so, the app had access to many of the        02:57:43

16   things that the Facebook user could have seen on

17   Facebook which may have included friends

18   information.

19     Q.   Okay.  And so what granular permissions

20   introduced was the requirement that the -- that the      02:57:58

21   app request express permission for the different

22   types of data that the app could access from the

23   user, including friend data, right?

24     A.   Granular permissions was -- was seen as a

25   significant step forward in privacy by requiring         02:58:15

                                                              Page 236

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | developers to specify which subset of a user's | 02:58:20 |
| 2 | Facebook information the user would grant to the | |
| 3 | application. | |
| 4 | Q.    Okay.  And, again, so the record is | |
| 5 | clear, prior to the introduction of granular | 02:58:33 |
| 6 | permissions, apps did not have to ask users for | |
| 7 | express permission to access friend data, correct? | |
| 8 | A.    Apps had to access -- ask users for | |
| 9 | express permission to access any of the user or | |
| 10 | their friends' information. | 02:58:51 |
| 11 | So I want to be super clear.  That is | |
| 12 | always and always was a user opt-in step. | |
| 13 | Q.    However, prior to granular permissions, | |
| 14 | there was not a requirement for the app to ask | |
| 15 | expressly for permissions to access friend data, in | 02:59:05 |
| 16 | particular, right? | |
| 17 | A.    There was not a permission model in place | |
| 18 | at that time that required an app developer to | |
| 19 | explicitly request access to friend data. | |
| 20 | ██  ████████████████████  ████████ | |
| ██ | ████████████████████ | |
| ██ | ██████████████████████ | |
| ██ | ██████████████████ | |
| ██ | ██████████████████ | |
| 25 | Can you -- did I read that correctly? | 02:59:40 |

Page 237



1        A.    I think you read that correctly, yeah.        02:59:42

2        Q.    Okay.  Can you explain what that means?

3

Page 238



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11        Q.    Okay.  Understood.

12              And so are there -- is there variation,

13     depending upon what specific permission is being

14     requested?

15        A.    I haven't prepared a company response to        03:02:18

16     that.

17              From a personal recollection level, I can

18     recall seeing analysis that analyzed conversion

19     rate by permission, based on different types of

20     permission.                                              03:02:37

21        Q.    And have you seen an analysis of the

22     conversion rate when the permission being requested

23     is friend permission?

24        A.    Again, on -- on a personal capacity, I --

25     I don't recall the details of -- of what that           03:02:50
```

Page 239

1    analysis was.  I wouldn't want to speculate what it    03:02:56

2    is from my memory.  Like that -- that would have

3    been a document that I haven't seen for many years.

4        Q.   And -- and does Facebook believe that,

5    depending upon on how the permission is phrased,    03:03:07

6    meaning what words are used, the conversion rate

7    would be affected?

8           MR. BLUME:  Objection.  Scope.

9           THE DEPONENT:  I haven't prepared a -- a

10    company answer on that.  And I -- I haven't    03:03:23

11    reviewed documents that -- in preparation for this

12    that would allow me -- allow me to answer that

13    question on behalf of the company.

14           Again, on a -- on a personal level, I

15    can't -- I can't recall analysis about the --    03:03:39

16    the -- the wording or the framing of the -- the

17    permissions in the dialogue.

18           So I -- I don't -- I don't recall seeing

19    analysis like that.  It's possible it was done, but

20    I -- I wouldn't want to confirm something I don't    03:03:58

21    recall specifically.

22        Q.   (By Mr. Loeser)  Now, just the last

23    question on your notes here.

24           If you turn to the next page, there's a

25    heading "Wind-down timeline."    03:04:13

| | | |
|---|---|---|
| 1 | And can you read the second bullet that | 03:04:17 |
| 2 | you have under that heading? | |
| 3 | A.   "There was an effort from Oct 2019 to | |
| 4 | Jan 2020 to ensure all access was removed for | |
| 5 | integrated partners and other | 03:04:31 |
| 6 | previously-whitelisted apps." | |
| 7 | Q.   And -- and what was the -- what prompted | |
| 8 | this effort? | |
| 9 | A.   I actually think I might be -- I may have | |
| 10 | been confused when I -- when I wrote this. | 03:04:48 |
| 11 | I -- I don't -- I -- I don't think there | |
| 12 | was an effort from October 29 [sic] to January 2020 | |
| 13 | to ensure all access was removed for integration | |
| 14 | partners and other previously whitelisted apps. | |
| 15 | So I think I -- I was mistaken with this | 03:05:03 |
| 16 | bullet. | |
| 17 | Q.   And are you mistaken -- mistaken about | |
| 18 | the time frame or you believe there never was an | |
| 19 | effort to remove -- to remove access for | |
| 20 | integration partners and previously whitelisted | 03:05:18 |
| 21 | apps? | |
| 22 | A.   There was an effort to ensure all access | |
| 23 | was removed for integration partners and other | |
| 24 | previously whitelisted apps.  My understanding is | |
| 25 | that process happened in 2018. | 03:05:31 |

Page 241

| | | |
|---|---|---|
| 1 | Q.   And when did that process complete? | 03:05:35 |
| 2 | A.   The -- the -- I think -- my understanding | |
| 3 | is that the -- the majority of that process -- | |
| 4 | the -- the bulk of that process completed in | |
| 5 | June 2018. | 03:05:51 |
| 6 | Q.   And was there some part of that process | |
| 7 | that continued after that? | |
| 8 | A.   There's a developer blog post on July -- | |
| 9 | in July 2019, which refers to another few | |
| 10 | applications that were later discovered and then | 03:06:15 |
| 11 | removed. | |
| 12 | Q.   So you educated yourself on this topic | |
| 13 | through a publicly available developer's post; is | |
| 14 | that what you're saying? | |
| 15 | A.   That's one of the ways I educated | 03:06:30 |
| 16 | yourself. | |
| 17 | Q.   Okay.  And there were other ways as well, | |
| 18 | right? | |
| 19 | A.   As we discussed, I have spoken to many of | |
| 20 | the people involved at the time and -- and read | 03:06:38 |
| 21 | many internal documents on the matter. | |
| 22 | MR. LOESER:  Okay.  And -- all right. | |
| 23 | Well, we can move on.  Thank you for that.  And -- | |
| 24 | and start going through some more exhibits. | |
| 25 | ///// | |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | MR. LOESER:  We're going to put up what | 03:06:55 |
| 2 | has been previously marked as Exhibit 5.  It's tab | |
| 3 | 11 in our binder, Mr. Cross. | |
| 4 | Q.   (By Mr. Loeser)  Let me know when you see | |
| 5 | the document. | 03:07:42 |
| 6 | A.   Would you mind -- I can see the document, | |
| 7 | but it's -- it's very small. | |
| 8 | Would you -- would you -- would you mind | |
| 9 | blowing it up. | |
| 10 | (Discussion off the stenographic record.) | 03:08:01 |
| 11 | MR. LOESER:  Okay. | |
| 12 | THE DEPONENT:  Thank you, Adele. | |
| 13 | Q.   (By Mr. Loeser)  You should be looking at | |
| 14 | what's previously been marked as Exhibit 5, which | |
| 15 | is an email -- I'm not going to try and say this | 03:08:14 |
| 16 | name -- let's just -- can you say that name of the | |
| 17 | author? | |
| 18 | A.   Constantin Koukouzelis. | |
| 19 | Q.   Okay.  We'll call him CK.  Not to be | |
| 20 | confused with -- with KP, if that's okay with you. | 03:08:26 |
| 21 | A.   That's fine with me. | |
| 22 | Q.   Is that okay? | |
| 23 | Okay.  And this is an email from CK to | |
| 24 | Vishu Gupta and Doug Purdy, George Lee, | |
| 25 | Vladimir Fedorov, and the subject is "Re: platform | 03:08:41 |

Page 243

CONFIDENTIAL

1    3.0 2nd rev."                                          03:08:47

2           Do you see that?

3      A.   I see that.

4      Q.   And this is dated August 16th, 2013.

5           Do you see that?                                03:08:59

6      A.   I see that.

7      Q.   And the attachment to this doc indicates

8    "Platform 3.0.docx."

9           Do you see that?

10     A.   I see that.                                     03:09:11

11     Q.   So CK is circulating a document that is a

12   platform 3.0 -- it looks like Word file, right?

13     A.    Docx typically refers to a Word file,

14   yes.

15          MR. LOESER:   Okay.   We can put that           03:09:46

16   aside, and we're going to look at the attachment to

17   that document which has previously been marked

18   Exhibit 6.

19          MR. BLUME:   Derek, are these marked as

20   exhibits to Mr. Cross's deposition numbers?           03:10:12

21          I'm -- I'm just not seeing them in the

22   Veritext Exhibit Share.

23          MR. LOESER:   These are -- we're just

24   numbering in sequence through the case.   And so

25   this was the -- just Exhibit 6.   It was in the        03:10:26

                                                      Page 244

1    Chang deposition, but I don't think that has          03:10:32

2    anything to do with how they're being marked.

3             MR. BLUME:  Okay.  And so it will go in

4    as the same exhibit number here.

5             MR. LOESER:  Right.                           03:10:42

6        Q.   (By Mr. Loeser)  So Mr. Cross, can you

7    see Exhibit 6 yet?

8        A.   Not yet.

9        Q.   And while we're waiting for that to load,

10   you're not communicating with anyone via text or       03:11:04

11   email, or anything, during the course of this

12   deposition, are you?

13       A.   I am not.

14       Q.   Okay.  Thank you.

15            All right.  So now do you see Exhibit 6?       03:11:17

16       A.   I do.

17       Q.   And this -- does this appear to be a Word

18   document with the heading "Platform 3.0"?

19       A.   It does.

20       Q.   Okay.  And I'll just state for the            03:11:26

21   record, this is the document that was attached to

22   the prior exhibit email that we identified.

23            And what is platform 3.0?

24       A.   Platform 3.0 refers -- is one of the

25   internal working titles for the set of changes that    03:11:47

CONFIDENTIAL

```
 1    were ultimately announced on April the 30th, 2014.        03:11:50

 2        Q.   And can you read the third paragraph

 3    of -- of this -- this document for the record?

 4        A.   I can.

 5             "After a lot of consideration we've" --          03:12:07

 6    and before I do, I assume it will be marked in the

 7    record that I'm reading something rather than

 8    saying something.

 9             Can I just get a nod from the court

10    reporter?                                                 03:12:21

11             THE COURT REPORTER:  (Nod.)

12        Q.   (By Mr. Loeser)  Yes.  It'll say "witness

13    reading."

14        A.   Thank you.  Okay.  Good.  Thank you.

15    ████████████████████████████████████      ████████████
```

Page 246

CONFIDENTIAL

```
 1        Q.   And -- and Mr. Cross, is that an accurate      03:12:56

 2   statement of the reasons for the introduction of

 3   platform 3.0?

 4        A.   This is a document, as I understand it,

 5   prepared nearly -- nearly nine months before the        03:13:09

 6   changes were ultimately announced.  I don't think

 7   I -- it's appropriate to confirm that this is an

 8   accurate representation of the reasons.

 9        Q.   Okay.  And was it Facebook's position

10   and -- well, let me read one part of this and you        03:13:36

11   tell me if this is, in fact, what Facebook's

12   motivation was.

13                ███████████████████████

     ███████████████████████████████████████████

     █████████████████████████████████████   ███████

     ██████████████████████████████████████

     ████████████████████████████████████

     ███████████████

     ████████████████████████████████████████████

     █████████████████████████████████   █████████████

21                Do you know what that refers to and how

22   the changes provided that control?

23        A.   My understanding --

24                MR. BLUME:  Where -- I'm sorry.  Is

25   that -- I'm not seeing that on my screen, what          03:14:14
```

Page 247

1    you're reading, Derek.                              03:14:17

2            MR. LOESER:  It was in the paragraph that

3    Mr. Cross read.  Third paragraph.

4            MR. BLUME:  Okay.  Thank you.

5            THE DEPONENT:  My understanding is that     03:14:28

6    that refers to the changes that were made to the

7    Facebook platform login dialogue as -- as of

8    April 30th, 2015, for new apps that allowed users

9    to decline to grant certain permissions that the

10   app had requested from them.                        03:14:51

11      Q.   (By Mr. Loeser)  Okay.  Let's go to the

12   next page of this memo.  There's a heading

13   "Breaking Changes."

14           And before getting into the substance of

15   this, can you explain what breaking changes are?    03:15:11

16      A.   Typically, breaking changes means when

17   some behavior of the platform is changed that would

18   require developers to write code to prevent broken

19   experiences or integrations.

20      Q.   And then underneath the "Breaking          03:15:36

21   Changes" heading, you see a subheading, "Deprecate

22   friend permissions."

23           Do you see that?

24      A.   I do see that.

25      Q.   And could you read the paragraph under     03:15:45

                                                 Page 248

CONFIDENTIAL

1     that heading, for the record.                          03:15:46

2              And I'll note so -- so the court reporter

3     doesn't even have to, that you are going to now be

4     reading a paragraph that is in this presentation

5     prepared by Facebook.                                   03:15:55

6        A.    Thank you.

7



21       Q.    Thank you.

22              So based upon this explanation, fair to

23     say that the idea behind removing friend

24     permissions was to make sure that users are

25

Page 249

CONFIDENTIAL

```
 1  ████████████████████████████████        ████████

 2      A.    That was one of the -- that was seen at

 3  the time to be one of the -- the reasons for

 4  deprecating the friend permissions, yes.

 5      ██    ████████████████████████        ████████

    █  ██████████████████████████████

    █  ██████████████████████████████

    █  ████████████████████████████

 9      A.    I think it's important to remind

10  ourselves of the context of this document.            03:17:22

11          This document is being written by a

12  product manager as a -- in my understanding, a

13  potential narrative to explain some of the changes,

14  which at that time were being proposed.

15      Q.    And, sir, as we saw in this document, was   03:17:50

16  it not the case that Facebook decided that users

17  should not be able to act as a proxy to access

18  personal information about friends that have not

19  expressed an intent in using the app?

20      A.    This is not Facebook's language.  This is   03:18:05

21  language written by a product manager on the team,

22  who was involved in preparing and planning these

23  changes.

24      Q.    So are you saying that this product

25  manager was intending to misrepresent the reason      03:18:21
```

1   for the changes?                                    03:18:23

2          THE COURT REPORTER:  Wait, Mr. Blume.  I

3   didn't hear you.

4          MR. BLUME:  Sorry.  Objection to form.

5          THE DEPONENT:  I'm not suggesting that      03:18:33

6   this product manager was -- was misrepresenting

7   Facebook's opinion, just that this represents a --

8   the view, as held by that product's manager at the

9   time, as they wrote this document.

10      Q.   (By Mr. Loeser)  And did Facebook have a    03:18:50

11  different view?

12         MR. BLUME:  Objection.  Scope.

13         THE DEPONENT:  It's hard for me to --

14  yeah -- answer that, like does Facebook -- yeah, at

15  the Facebook level.                                 03:19:05

16         My personal understanding is that this is

17  broadly aligned with the direction as evidenced by

18  the friend permissions being deprecated some nine

19  months later.

20      Q.   (By Mr. Loeser)  Okay.  And so the way to   03:19:20

21  stop users from -- from providing access to their

22  friend's personal information to apps the friends

23  did not want to share was to deprecate friend

24  permissions, right?

25      A.   It was seen that deprecating the friend     03:19:34

                                            Page 251

CONFIDENTIAL

```
 1    permissions would give users -- would -- would give        03:19:36

 2    people -- would make it less likely that users

 3    would share friends information -- friends content

 4    with a third-party application.

 5         Q.   Okay.  If we can move down to the heading        03:20:00

 6    on the next page that says "Deprecate read_stream

 7    permissions."

 8              And to give you a break on your reading,

 9    I'll read this one myself and -- and note that I'm

10    reading from this document.                                03:20:21

11    ████████████████████████████████████████████

      ████████████████████████████████████████████

      ████████████████████████████████████████████

      █████████████████████████████████   ████████

      ██████████████████████████████████      ██████

      █████████████   ███████████████████████

      ████████████████████████████████████████

      ███████████████████████████   ██████████

      ████████████████████████████████████

      ██████████████████████████████████      ██████

      ██████████████████████████

22              Did I read that correctly?

23         A.   Yeah, I think you read that correctly.

24         Q.   And we talked a bit about read stream

25    permission, but -- but -- so the record is clear,          03:20:59
```

Page 252

CONFIDENTIAL

```
 1    what -- what is read stream permission?              03:21:02

 2         A.   The read stream permission allowed --

 3    when a user granted it to an application, allowed

 4    an app to read that user's newsfeed.

 5         Q.   And this states that this is an            03:21:24

 6    ████████████████████████████████████████████

      █ ███████████████████████████████

 8              Does Facebook agree with that statement?

 9              MR. BLUME:  Objection.  Scope.

10              THE DEPONENT:  I don't -- I don't feel     03:21:38

11    qualified to -- to give Facebook's position on it.

12              My personal view is that it was an API

13    that allowed apps -- apps to access a user's

14    friends information, the posts and comments -- the

15    posts on their newsfeed and -- and that was         03:21:59

16    considered similarly to the friend permissions we

17    discussed above.

18         Q.   (By Mr. Loeser)  And so in the transition

19    to platform 3.0, the decision was made by Facebook

20    to deprecate read permissions as well, right?       03:22:19

21         A.   My understanding is that the read stream

22    permission was not deprecated in version 2, and it

23    was instead gated by app review.

24         Q.   And that means that when an app wanted to

25    access the read stream permission, they asked       03:22:43
```

1    Facebook if they could have access to that           03:22:47

2    permission?

3        A.    The way app review worked was developers

4    had to request permission from Facebook to request

5    the permission from users.                            03:22:59

6        Q.    And how does that provide the user with

7    information on how the read stream permission data

8    is used?

9            MR. BLUME:  Objection.  Scope.

10           THE DEPONENT:  Sorry.  Yeah.  I'm not         03:23:15

11   sure how to -- how to answer that question.

12           How -- how does what provide the

13   information to the user?

14       Q.    (By Mr. Loeser)  Well, that -- the

15   ███████████████     ███████████████████████████      █████████

     ███  ████████████████████████████████████████

     ███  ██████████████████████████████████████

     ███  ████████████████████████████████

19           MR. BLUME:  Objection.  Beyond the scope.

20           THE DEPONENT:  I think -- again, like        03:23:40

21   what we're reading here is a product manager's view

22   at a time.  And Facebook's ultimate decision was

23   that the read stream would remain available behind

24   app review and the experience of granting read

25   stream in an application would remain unchanged.     03:24:03

Veritext Legal Solutions
866 299-5127

```
 1        Q.   (By Mr. Loeser)  Okay.  So when this        03:24:06

 2     ████████████████████████████████████████

 ▊     ████████████████████████████████████████

 ▊     ████████████████████████████████████████

 ▊     ████████████████████████████████████        ████████

 ▊        ████████████████████████

 7             MR. BLUME:  Objection.  Form.  And scope.

 8             THE DEPONENT:  Yeah.  Not with a -- a

 9     gatekeeper, if we're referring to the specific

10     internal tool.                                      03:24:34

11        I got to go back to what my -- my

12     understanding of what was ultimately launched in

13     April 2014, is that permission remained technically

14     publicly available but was gated behind app review.

15        That's -- that's -- that's my                   03:24:55

16     understanding from -- as what happened.

17        In a personal capacity, my understanding

18     is that -- actually, I -- I don't want to

19     speculate.  Because like I -- I'm not -- I -- yeah,

20     I don't want to speculate as to exactly how that   03:25:12

21     permission was subsequently granted to

22     applications.

23        Q.   (By Mr. Loeser)  Okay.  So even though

24     ████████████████████████████████████████

 ▊     ████████████████████████████████████████        ████████
```

Page 255

CONFIDENTIAL

```
1    ████████████████████████████████████      ██████████

2    the decision to continue to allow use by the

3    developers of read stream permission, correct?

4        A.   No.  First of all, it's a product manager

5    writing this, not -- not a developer.  It's              03:25:44

6    important to clarify.

7             And my -- my point is that the -- the

8    permission remained publicly available as it was

9    documented on the developer website in version 2,

10   but only approved applications could request that        03:25:58

11   permission from users.

12       Q.   And the product manager that wrote this

13   memo, according to the cover email, is CK, right?

14       A.   Constantin Koukouzelis, yes.  CK.

15       Q.   And is Constantin -- sorry.                      03:26:20

16            Is Constantin still employed by Facebook?

17       A.   I do not know if Constantin is still

18   employed by Facebook.

19            MR. LOESER:  Okay.  We can go to the next

20   exhibit, which has previously been marked              03:26:44

21   Exhibit 7.

22            THE DEPONENT:  Actually, I want -- while

23   we're there, I do want to add something.

24            My understanding is that the read stream

25   permission was then deprecated in a subsequent        03:27:05
```

Page 256

1    version of the Graph API after version 2.                03:27:10

2        Q.   (By Mr. Loeser)  And -- and when did that

3    occur, Mr. Cross?

4        A.   I don't have the date at hand.  But it

5    would have been publicly documented on the Facebook      03:27:26

6    developer website.

7        Q.   And is that something that just came to

8    your mind, or did you -- did you just read

9    something?

10           How did you recall that?                          03:27:35

11       A.   I recalled it as we were talking.  You

12   didn't ask me specifically about what happened next

13   with read stream.  So I didn't consider it in my

14   answers at the time.

15           But on balance, I think important to note          03:27:51

16   that that permission was removed very soon after

17   the launch of API version 2.

18       Q.   And -- and why did Facebook remove that

19   permission?

20       A.   My understanding is that very few apps,           03:28:09

21   if any, had met the criteria to be granted it.

22       Q.   And -- and why would that be?

23           MR. BLUME:  Objection.  Scope.

24           THE DEPONENT:  I can't specify exactly

25   why no applications met the criteria.                     03:28:33

                                                     Page 257

```
 1        Q.   (By Mr. Loeser)  And Mr. Cross, didn't        03:28:45

 2   user posts and user photos provide similar

 3   information as read stream?

 4        A.   No.

 5        Q.   And why not?                                  03:29:00

 6             MR. BLUME:  Objection.  Scope.

 7             THE DEPONENT:  Why not or how not?

 8             Sorry, Rob, go -- I didn't hear your

 9   objection.

10             MR. BLUME:  Scope objection.                  03:29:11

11        Q.   (By Mr. Loeser)  Yeah.  How -- how not is

12   a better question.

13             Thank you for posing it.

14        A.   The user -- I think the -- the two ones

15   you gave were user photos and user likes; is that       03:29:22

16   right?

17        Q.   User posts.

18        A.   User posts.

19             User posts and user likes allowed an app,

20   with permission, to access the authenticating           03:29:30

21   user's likes and their posts.

22             Read stream allowed an application, if

23   granted, to access the authenticating user's

24   newsfeed, which is typically made up of posts,

25   videos, photos, et cetera, made by that user's          03:29:52
```

Page 258

CONFIDENTIAL

```
 1    friends or pages they have liked.                03:29:58

 2        Q.   Okay.  So back to our exhibit,

 3    Exhibit 7 -- previously marked Exhibit 7.

 4             Do you see that in front of you?

 5        A.   I do.                                    03:30:12

 6        Q.   And for the record, this is an email from

 7    KP to Ime Archibong, Jackie Chang, with cc to

 8    Chris Daniels and to yourself.

 9             "Subject: Re: T0/Special Cases for P3

10    consideration," and attachment is noted, "All apps   03:30:30

11    with friend permissions.xlsx."

12             Do you see that?

13        A.   I do see that.

14        Q.   This is a string that goes on for a

15    couple of pages.                                  03:30:43

16             And why don't you take a minute just

17    to -- to review it.  I do have some questions that

18    walk through the string.  So it's worth having you

19    take a look for context.

20        A.   Yeah, of course.                         03:30:56

21             Would you mind popping it into the

22    Veritext system so I can scroll on my own?

23    Otherwise we can do it on the Zoom.  It just made

24    be more efficient.

25        Q.   It -- it should be there in the folder.  03:31:13
```

Page 259

1      A.   I'm looking at the marked exclamation --        03:31:14

2   bang bang -- marked exhibits folder, which is, I

3   think, where I'm supposed to be.  I don't see the

4   exhibit there.

5           Maybe I'm supposed to be somewhere else?       03:31:24

6      Q.   Yeah.  Is there a Day 2 folder that

7   you're looking at?

8      A.   I don't see a Day 2 folder.

9           MR. LOESER:  Why don't we go off the

10  record for a second.                                    03:31:33

11          THE VIDEOGRAPHER:  Okay.  We're off the

12  record.  It's 3:31 p.m.

13          (Recess taken.)

14          THE VIDEOGRAPHER:  We're back on the

15  record.  It's 3:46 p.m.                                 03:46:21

16     Q.   (By Mr. Loeser)  Mr. Cross, did you have

17  a chance to look through the email string that is

18  identified as Exhibit 7?

19     A.   I didn't look through it, no.

20          Let me -- let me do it now.                     03:46:39

21          I have it in the document now.

22     Q.   Okay.  And just to maybe orient you, the

23  string starts with an email from Jackie Chang on

24  August 21st, 2013, at the end of the string.

25     A.   Okay.  I've scanned through the document.       03:47:31

                                                   Page 260

CONFIDENTIAL

```
 1        Q.    Okay.  And so if you go back to the first      03:47:33

 2   page of the document, there's a number of people

 3   identified here.  One is KP, and we've talked a bit

 4   about him.

 5            But -- but what his -- what was his          03:47:46

 6   position, if you know, at this time at Facebook?

 7        A.   I wouldn't want to give like a perfectly

 8   authoritative answer.

 9            My understanding is he was a strategic

10   partner manager.                                      03:47:59

11        Q.    Okay.  And what -- and what about

12   Ime Archibong?

13        A.   Again, I don't want to be -- don't have

14   an authoritative answer to his job title at the

15   time.  But my understanding is he was the manager     03:48:09

16   of the strategic partnerships team.

17        Q.    Okay.  And Jackie Chang?

18        A.   Similarly, I'm sure I have the

19   authoritative answer, but my understanding is she

20   was a strategic partner manager on the strategic --   03:48:26

21   on the platform partnerships team.

22        Q.    And Chris Daniels?

23        A.   Chris Daniels, again, don't want to give

24   an authoritative answer.

25            My recollection, though, is that he was      03:48:40
```

Page 261

```
 1    the head of business development.                    03:48:41

 2         Q.    Okay.  So now if we go to the -- the

 3    beginning of the string, if you look at the email

 4    that Jackie Chang wrote to Ime and Chris.

 5            Do you see that towards the bottom of the     03:48:58

 6    string?

 7         A.    I do.

 8         Q.    And the -- the subject line isn't evident

 9    on that.  But if you go up to the email above that

10    from Ime, the subject is "Re: T0/Special Cases for    03:49:12

11    P3 consideration."

12            What is -- do you know what T0 refers to

13    here?

14         A.    T0 refers to some partner classification

15    that -- that seems to have been in use at the time.   03:49:29

16         Q.    Okay.  And having looked through this

17    email, this is a discussion of the changes to the

18    Facebook platform that would deprecate certain

19    APIs, including friend permissions; is that right?

20            MR. DAVIS:  Objection.  Form.                 03:49:53

21            THE DEPONENT:  My understanding is this

22    is an email thread discussing potential impact of

23    the -- several changes to the API that were being

24    considered at the -- at the time of this email

25    being written.                                        03:50:12
```

Page 262

1    Q.   (By Mr. Loeser)  Okay.  And looking at        03:50:13

2    the Jackie Chang's message, at the beginning of

3    this thread, she states "Working with KP to further

4    synthesize P3 impact by breaking out T0 partners

5    with non-standard agreements and specific            03:50:26

6    categories of impact that we should address.  KP is

7    working on the pulling the same analysis of the

8    friend data, but we're also working in parallel to

9    parse out key partnerships/scenarios that we should

10   be solving for."                                     03:50:38

11        Do you see that?

12   A.   I see that.

13   Q.   So what Jackie Chang is sorting out here

14   is, among other things, which partners would lose

15   access to friend permissions and which ones would    03:50:50

16   not, right?

17   A.   Jackie Chang is not making any decisions

18   in this email.  What you see here is a conversation

19   between a number of people on the partnerships team

20   attempting to react to a set of potential changes    03:51:09

21   and how they might impact the partner ecosystem.

22   Q.   Okay.  And Jackie Chang is -- is helping

23   to develop a format for how to decide which

24   partners would have access to friend data, for

25   example, and which ones would not, right?            03:51:28

Page 263

```
1            MR. DAVIS:  Objection.  Form.              03:51:36

2            THE DEPONENT:  This is a group of people

3    attempting to put together their -- their best

4    guess at a framework.  But there's nothing that

5    indicates that this was what was ultimately        03:51:49

6    implemented.

7        Q.   (By Mr. Loeser)  Okay.  And -- by the

8    way, if you -- in this document, did you see that

9    link there, https, and then there's a long URL?

10       A.   I do.                                      03:52:06

11       Q.   Okay.  How -- how would that work?  If

12   someone sent you this email at Facebook, is -- is

13   that -- if there's a link in a document, it would

14   be something you could click on and you'd then see

15   the document?                                       03:52:18

16       A.   My understanding is that this is a --

17   some form of online document system, yes.

18       Q.   So in -- in Ms. Chang's email to Ime and

19   Chris, she provides a -- some recommendations for

20   how to bucket different partners in this analysis;  03:52:41

21   is that right?

22       A.   It's hard to confirm what she -- what

23   she's doing here without seeing the original

24   document.

25            She's referring to -- to tabs, for sure.   03:53:00
```

Page 264

```
 1   But hard to know what -- what was on those tabs and        03:53:03

 2   how that relates to what's in the email.

 3       Q.   So to fully understand this document, you

 4   would need the document that is hyperlinked in this

 5   email; is that what you're saying?                         03:53:14

 6           MR. DAVIS:  Object to the form.

 7           THE DEPONENT:  There's references in the

 8   email to information in -- in -- in a document,

 9   which I don't have the ability to see as of now.

10       Q.   (By Mr. Loeser)  And would it help you           03:53:31

11   understand the context of this email, if you had

12   the ability to see that document?

13           MR. DAVIS:  Object to the form.

14           THE DEPONENT:  Potentially --

15   potentially.  It would depend on the contents of --       03:53:42

16   of the -- the document.  But it also depends on

17   the -- the question you're asking.

18       Q.   (By Mr. Loeser)  And do you recall

19   Ms. Chang being involved in this process of coming

20   up with a format to bucket different groups of            03:53:59

21   partners?

22       A.   Jackie Chang was on the partnerships

23   team, as was I.  And I, yes, recall that a number

24   of people were involved in attempting to assess the

25   proposed changes.                                         03:54:18
```

Page 265

1          Q.   And if you go to the first heading in --          03:54:21

2     in her email, under the hyperlink, it says "T0

3     Tab."

4               And you're saying you don't recall what

5     category of partners would fall under the T0 tab?          03:54:34

6          A.   I don't recall what category of partners

7     would fall under -- under T0.

8          Q.   Okay.  Now, it looks like that under this

9     category, T0, there are three different

10    considerations that she -- that Jackie Chang          03:54:56

11    ████████████    ████████████████████

      ████████████████████

      ████████████

            ████████████████

      ████   ██   ███████████████████████      ████████

      █████████████████   █████████████████

      █████████

            ███████████████

      ██████████████████████████

      ████████████████████      ████████

21         Q.   And then the next bullet is "Existing

22    integrations impacted."

23              How did the proposed changes to the

24    platform impact existing integrations?

25         A.   Integrations would have been impacted by          03:55:48

                                                   Page 266

```
 1    the proposed changes in a number of different ways,        03:55:49

 2    depending on the precise purpose and design of the

 3    integration.

 4         Q.   Okay.  So it appears that when coming up

 5    with this format, Facebook recognized that there          03:56:00

 6    were existing integrations and they could be

 7    impacted by the changes to the platform; is that a

 8    fair read of that bullet?

 9              MR. DAVIS:  Object to the form.

10              THE DEPONENT:  The -- there was               03:56:13

11    expectation at the time that the proposed changes

12    would impact some existing integrations.

13         Q.   (By Mr. Loeser)  And then the next bullet

14    is "Future integrations in planning."

15              That would refer to integrations that had     03:56:30

16    not yet happened, but that Facebook was perhaps

17    considering doing in the future?

18         A.   I don't want to speculate as to exactly

19    what Jackie meant.  Maybe -- maybe -- maybe ask

20    her.  But -- so, yeah, I think maybe ask her.           03:56:46

21         Q.   Okay.  She'd probably be the best person

22    to ask about what she wrote in an email?

23         A.   I think she'd be the best person to ask

24    about what she wrote in an email.

25         Q.   If you look at the next -- next heading,      03:57:02
```

Page 267

```
1    it's "Risk Assessment Tab."  And the first item on        03:57:04

2    ████████████████████████████████████████████

     ████████████████████████████████

4              And can you tell me, from Facebook's

5    perspective, what this refers to in the context of        03:57:17

6    a discussion of the introduction of platform 3?

7              MR. DAVIS:  Object to the form.

8              THE DEPONENT:  It's hard to answer that

9    from Facebook's perspective.  I can answer it from

10   a personal perspective.                                   03:57:37

11             My understanding of that is that there

12   may have been a number of companies, developers

13   that, when impacted by these changes would --

14   which --

15             (Brief interruption.)                           03:57:55

16             THE DEPONENT:  -- potentially be publicly

17   vocal about the impact on their integration.

18        Q.  (By Mr. Loeser)  Okay.  And then let's

19   look at the next bullet.

20               ████████████████████████████        ██████████████

     ██████████████████████████████████████

     ████████████████████████  ████████████████████████

     ██████████████████████████████████████

     ██████████

25             Did I read that correctly?                      03:58:24

                                                  Page 268
```

```
 1        A.    I think you read that correctly, yeah.        03:58:25
 2
```

```
 7              MR. DAVIS:  Objection.  Form.  And scope.
 8              THE DEPONENT:  I wouldn't say that's
 9    correct.  This is a document containing the
10    opinions and ideas of a specific partner manager     03:59:01
11    around nine months before the -- the changes
12    were -- were introduced.  This doesn't, I think,
13    reflect on ultimately how decisions were made.
14        Q.    (By Mr. Loeser)  What -- what is -- what
15    is strategic value?                                  03:59:19
16              What is meant by that?
17        A.    I don't think I can answer what -- what
18    Jackie meant by strategic value in -- in her email.
19    I think that would be a question for her.
20        Q.    And -- and what does Facebook mean by      03:59:32
21    strategic value?
22        A.    I think strategic value could be
23    construed to mean many different things.  I don't
24    think this is specific -- Facebook does not have a
25    specific definition of what strategic value means.   03:59:46
```

Page 269

CONFIDENTIAL

1

2

3

4          And so can you tell me, from Facebook's

5     perspective, what does it mean for a use case to be          03:59:59

6     of strategic value to Facebook?

7          MR. DAVIS:  Objection.  Form.  And scope.

8          THE DEPONENT:  I can't give a -- a

9     company answer to -- to -- to that question.

10          As -- as I testified earlier, I think          04:00:10

11     there's a wide range of things that may be or could

12     be considered strategic value.

13     Q.   (By Mr. Loeser)  Okay.  So what are some

14     of the things that may make sense in -- in the

15     context of this email string?          04:00:21

16          MR. DAVIS:  Objection.  Form.  And scope.

17          THE DEPONENT:  I -- I can't answer on

18     behalf of the company relative -- relative to what

19     a partner manager was writing in an email nine

20     years ago.  So I think it's hard to answer that          04:00:38

21     question.

22     Q.   (By Mr. Loeser)  So Facebook does not

23     have an understanding of what it means for a

24     partner to have strategic value to Facebook?

25          MR. DAVIS:  Objection.  Form.  And scope.          04:00:50

Page 270

CONFIDENTIAL

```
 1              THE DEPONENT:  There's not a standard       04:00:53

 2    company definition for what construes strategic

 3    value.

 4         Q.   (By Mr. Loeser)  And -- and you're not

 5    prepared to testify as Facebook's -- as Facebook's    04:01:00

 6    representative or designee to testify about what

 7    strategic value means to Facebook in the context of

 8    its partners?

 9              MR. DAVIS:  Objection.  Form.

10              THE DEPONENT:  I could give some            04:01:19

11    examples, per se, that might be considered

12    valuable.  But I can't give you, as you're asking,

13    some kind of universal definition of what strategic

14    value is to -- to Facebook.

15         Q.   (By Mr. Loeser)  What are the examples      04:01:37

16    that you're thinking about?

17         A.   So one example might be a mobile device

18    integration to enable a Facebook-branded

19    application to exist on a mobile operating system.

20         Q.   Are there other examples?                  04:01:59

21         A.   There are probably other examples.  I

22    don't have any in my head immediately to mind.

23         Q.   So you're not prepared to testify, on

24    behalf of Facebook, as to other examples of what

25    strategic value means to Facebook in this context?   04:02:21
```

| | |
|---|---|
| 1 | MR. DAVIS:  Objection.  Form.  And scope.   04:02:24 |
| 2 | THE DEPONENT:  Well, I mean, be prepared |
| 3 | to testify, I -- you know, I think I could give |
| 4 | some more examples -- another example if I had a |
| 5 | bit more time to think of one.   04:02:39 |
| 6 | Q.   (By Mr. Loeser)  What -- what does it |
| 7 | mean to drive value to Facebook -- for a partner to |
| 8 | drive value to Facebook? |
| 9 | MR. DAVIS:  Objection.  Form.  And scope. |
| 10 | THE DEPONENT:  In the context of -- can   04:02:51 |
| 11 | you help me understand the context in which you're |
| 12 | asking. |
| 13 | Q.   (By Mr. Loeser)  Sure. |
| 14 | In the context of Jackie Chang's proposed |
| 15 | format for how to decide which partners should   04:02:59 |
| 16 | receive continued access to friend permissions. |
| 17 | MR. DAVIS:  Same objections. |
| 18 | THE DEPONENT:  Yeah.  I think drive value |
| 19 | to Facebook -- I mean, I think if you want to |
| 20 | understand what she meant by that phrase in an   04:03:12 |
| 21 | email, you should ask Jackie. |
| 22 | Q.   (By Mr. Loeser)  But Facebook doesn't |
| 23 | have an answer to that question? |
| 24 | MR. DAVIS:  Objection.  Form.  Scope. |
| 25 | THE DEPONENT:  As I've said, there's a   04:03:28 |

Page 272

```
 1    number of different ways which might be considered        04:03:29

 2    drive -- drive value in this -- in this context.

 3         Q.   (By Mr. Loeser)  If you look at the next

 4    bullet in Ms. Chang's email, she writes

 5    ████████████████████  █████████████    ███████████

      █████████████████████████████████

      ████████████████████████████

      ██████████████████████████████

 9         Do you understand what she's referring to

10    here?                                                    04:04:08

11         A.   I don't understand what she's -- well, I

12    don't understand -- I can't be sure what she's

13    referring to here.

14         ███  █████████████████████████████

      █████████████████████████████    ███████████

      ████████████

17              MR. DAVIS:  Objection.  Form.  Scope.

18              THE DEPONENT:  So hard to give a company

19    answer to that question.

20              On a personal level, one example that        04:04:34

21    might come to mind is where a user might be able to

22    browse their newsfeed in another -- on another

23    platform or -- or app in another application,

24    which -- which meant the user would be browsing

25    their newsfeed in a non-Facebook app.                   04:05:05
```

Page 273

CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  And that would be           04:05:10

 2   competitive because that would then cause people to

 3   use that other app instead of Facebook, or that

 4   other platform instead of Facebook?

 5        A.   It might allow a user to browse their         04:05:25

 6   newsfeed in -- in an app that wasn't provided by

 7   Facebook.

 8        Q.   Now, let's turn to the beginning of the

 9   email string and look at the email from KP.

10        And it looks like that -- that the first          04:05:42

11   thing he does is he adds you to this conversation;

12   is that right?

13        A.   It looks like he added me to the

14   conversation, yes.

15        Q.   That's what the "+ Simon" means at the       04:05:52

16   top of this email?

17        A.   That would be my interpretation, yes.

18        Q.   Okay.  So if we look at the second
```

19  ████████████████████████████████████████

██  ████████████████████████████████████████  ███████████

██  ██████████████████████████████  ███████

██  ███████████████████████████████████████

██  █████████████████████████████  █████████

██  ████████████████████████████  ██████████

██  ████████████████████████████████████  ███████████

Page 274

CONFIDENTIAL

```
1      ████████████████████████████████    ████████
       ████████████████████████████████████
       ████████████████████████████████
       ████████████████████████
5              Do you see that?                        04:06:38
6         A.   I do see that.
7         Q.   And so KP refers to a list that you put
8      together that had a full list of all the "apps that
9      request and make use of the friends_permissions";
10     is that right?                                   04:06:59
11        A.   I'm not sure it is a full list.  It's a
12     list of 40K-plus apps as -- well, as per -- as per
13     the copy here.  Again, I don't see the -- the
14     document attached.
15        Q.   Okay.  And so -- and 40K apps mean        04:07:14
16     40,000 -- more than 40,000 apps that allowed access
17     to friend permissions?
18        A.   Well, this mean 40,000 applications that
19     were in some way requesting friend permissions from
20     users.                                            04:07:32
21        Q.   And attached to this document is a
22     spreadsheet that -- that, based on this email,
23     appears to be the list that you put together,
24     correct?
25        A.   That would make sense, yes.               04:07:44
```

Page 275

CONFIDENTIAL

```
 1        Q.   And do you recall how you put together        04:07:46
 2   that list?
 3        A.   I -- answering in a -- again, on -- on a
 4   personal recollection here, I would have used one
 5   of Facebook's internal data analysis tools to pull   04:07:57
 6   this list together.
 7        Q.   Okay.  Which tool would you have used?
 8        A.   My recollection is, I would have used
 9   HiPal.
10        Q.   And is that a tool that could still be      04:08:16
11   used to identify any app that had access to friend
12   permissions?
13             MR. DAVIS:  Objection.  Form.
14             THE DEPONENT:  I don't know.  I don't
15   think HiPal as a -- as a -- as a tool exists         04:08:30
16   anymore.  And I don't know what information it
17   would grant access to today.
18        Q.   (By Mr. Loeser)  Let's -- I'm sorry.  I
19   didn't mean to interrupt you.
20             Let's work down KP's email a little bit     04:08:44
21   and go to the -- the -- the No. 3 on here.  And
22   this -- am I reading this correctly, that -- that
23   KP went through the list and reviewed the top 250
24   apps and -- do you know what he means by the "top
25   250 apps"?                                           04:09:08
```

Page 276

```
1          MR. DAVIS:  Objection.  Form.                    04:09:10

2          THE DEPONENT:  I do not know what he

3     means by the "top 250 apps."

4     Q.   (By Mr. Loeser)  And nonetheless, he

5     breaks the apps into -- it looks like nine          04:09:19

6     different categories; is that right?

7     A.   I see nine bullets on this email, yeah.

8     ████   ███████████████████████

      ███████████

      ████   ██████████                          ████████

      ████   ████████████████████

      ██████████████████████

      ████   █████████████████████████

      ████   ███████████████████

      █████████████████████████   █████████   ████████

      ████████████████████████████████

      ███████████████████   ██████████████████

      ████████████████████████████████

      ███████   █████████████   ███████████████

20         Do you see that?                               04:10:11

21    A.   I do see that.

22    Q.   So does this suggest to you that KP

23    believed that the framework for sorting partners

24    into buckets or deciding whether they have

25    continued access to friend permissions, was the one 04:10:20
```

Page 277

```
 1    that had been proposed by Jackie Chang?              04:10:22

 2              MR. DAVIS:  Objection.  Form.

 3              THE DEPONENT:  I think the context,

 4    again, of this email is important.  This is a -- a

 5    team of people, nine months before changes were     04:10:32

 6    announced, attempting to find some way to structure

 7    their thinking.

 8              In this email, he's referring to,

 9    you know, Jackie's framework.  But it's not clear

10    to me what Jackie's framework is.  And it's also    04:10:52

11    not clear whether or not any of this was ultimately

12    used.

13        Q.   (By Mr. Loeser)  Okay.  Well, let's go up

14    to the top of KP's email.

15              He says "Thanks a lot, Jackie.  This is   04:11:05

16    great - I have included the additional info for the

17    strategic partners in the attached spreadsheet as

18    well (for completeness)."

19              Do you see that?

20        A.   I do see that.                              04:11:19

21        Q.   So he received a format from Jackie,

22    right?

23              MR. DAVIS:  Objection.  Form.

24              THE DEPONENT:  I mean, all I have to go

25    on to answer your questions is what -- what's on    04:11:28
```

Page 278

1    the screen here.                                      04:11:30

2            I think Jackie or KP need to answer the

3    specifics.

4        Q.   (By Mr. Loeser)  And you can confirm, on

5    behalf of Facebook, that in this email KP           04:11:41

6    recommended using Jackie's framework for the

7    category described in KP's email as strategic,

8    right?

9            MR. DAVIS:  Objection.  Form.

10           THE DEPONENT:  I can confirm this email      04:11:54

11   exists.  Sorry.  I can confirm that this document

12   exist.

13           But like I can't confirm anything about

14   the precise nature of a framework or if that was

15   used in any way.                                     04:12:10

16       Q.   (By Mr. Loeser)  Right.

17           And I asked you a slightly different

18   question.

19           It was, can you confirm that KP

20   recommended the use of Jackie's framework?          04:12:17

21           MR. DAVIS:  Objection.  Form.

22           THE DEPONENT:  Again, all I have to go on

23   is what's on the page here.  So I would be

24   confirming -- confirming what we all can read with

25   our own eyes.  I can't confirm, on behalf of        04:12:33

1    Facebook, anything more than that.                    04:12:37

2        Q.   (By Mr. Loeser)  And so if Facebook

3    wanted to figure out if Jackie's framework was

4    used, what would Facebook do to identify the answer

5    to that?                                              04:12:45

6            MR. DAVIS:  Objection.  Form.

7            THE DEPONENT:  You want me to stand by

8    what you mean by Jackie's framework was used.

9        Q.   (By Mr. Loeser)  Well, is there something

10   confusing about that statement?                       04:12:55

11       A.   Yes.

12       Q.   Okay.  Well, let's break it down.

13           There's a framework discussed in this

14   email, right?

15       A.   There's the -- there's a framework          04:13:11

16   discussed.  But it's not clear to me exactly what

17   that framework is.

18       Q.   Okay.  But there is a framework that's

19   indicated in Jackie's email to Ime Archibong,

20   right?                                                04:13:27

21           MS. DAVIS:  Objection.  Form.

22           THE DEPONENT:  She doesn't make a

23   reference to a framework.

24       Q.   (By Mr. Loeser)  If you go back to the

25   heading we were looking at, No. 3, KP refers to      04:13:52

                                           Page 280

1    "Jackie's framework," right?                          04:13:56

2        A.   I can see the term here use -- "User

3    Jackie's framework."  I can read that on the page.

4        Q.   Okay.  And at the beginning of this

5    string is a -- is a description of how to bucket       04:14:06

6    different partners, based upon the types of

7    agreement they had, the impact and the risk

8    assessment; is that right?

9            MR. DAVIS:  Objection.  Form.

10            THE DEPONENT:  As we've discussed,           04:14:28

11    there's a set of bullets on this page and a link to

12    a document.  I'm not sure I construe that as a

13    framework.

14        Q.   (By Mr. Loeser)  Okay.  It appears that

15    KP referred to it as a framework, right?             04:14:39

16        A.   When he's referring to Jackie's

17    framework, technically he could be referring to

18    something else.  He could be referring to this.

19            It's hard to know.  This is an email

20    thread from nine years ago.  And if you want to      04:14:51

21    know what these people meant, I would ask them.

22        Q.   Well, why don't we look at the end of

23    ███████████████████████████████████████

██  ███████████████████████████████████████

██  ███████████████████████████████████████        ███████████████

                                                        Page 281

1    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

       ▓▓▓▓

9              Do you see that?

10     A.   I read -- I see it on the page.          04:15:44

11     Q.   So it seems pretty clear that KP is

12   referring to the framework that Jackie presented

13   below, right?

14             MR. DAVIS:  Objection.  Form.

15             THE DEPONENT:  Again, Jackie doesn't    04:15:55

16   refer to anything about her work as a -- as a

17   framework.

18     Q.   (By Mr. Loeser)  KP refers to her work as

19   a framework; is that right?

20     A.   KP refers to a framework.  It's not       04:16:07

21   abundantly clear if he means Jackie's work as -- as

22   evidenced below.

23     Q.   Okay.  So let's look again.

24             "We can use Jackie's framework to assess

25   KEEP/REMOVE for those partner falling under the    04:16:23

Page 282

Veritext Legal Solutions
866 299-5127

1    Strategic tabs and then make up a decision based on        04:16:26

2    the criteria outlined by Jackie below."

3            Do you see that?

4        A.   I see that.

5        Q.   And are there criteria outlined by Jackie        04:16:35

6    below?

7            MR. DAVIS:  Objection.  Form.

8            THE DEPONENT:  Again, like -- I can read

9    an email.  If you want to understand precisely what

10   the people in it meant, I would speak to them.        04:16:50

11       Q.   (By Mr. Loeser)  Yeah.

12           I'm more interested in what Facebook

13   understands, based upon the work of the employees

14   tasked with trying to decide which partners would

15   continue to have access to friends permissions and        04:17:02

16   which would not.

17           So are you not prepared to testify about

18   Facebook's understanding of how those partners were

19   sorted?

20           MR. DAVIS:  Objection.  Form.  And scope.        04:17:11

21           THE DEPONENT:  I'm prepared to testify

22   that there's a group of people in a partnerships

23   team attempting to put together a way of

24   understanding how these proposed -- the -- the

25   changes proposed at the time might impact the        04:17:25

                                                        Page 283

1    partner ecosystem.                                          04:17:28

2         Q.   (By Mr. Loeser)  And so did -- did --

3         A.   There's no --

4         Q.   Sorry.  Go ahead.

5         A.   Sorry.  Go on.                                    04:17:35

6         Q.   Did Facebook use Jackie Chang's framework

7    for deciding which strategic partners would have

8    access to friend and newsfeed permissions?

9         A.   No.

10             MR. DAVIS:  Objection.  Form.                     04:17:49

11             THE DEPONENT:  Sorry.

12             I don't recall -- again, hard -- hard to

13   answer fully on behalf of the company here.

14             My understanding is that this was not

15   used in any way to make decisions.                          04:17:59

16             I think one of the things that's

17   important to know here is that, again, this email

18   is from August 2013, which is around, you know,

19   nine or more months before the changes were

20   announced.                                                  04:18:19

21             At this time the -- the -- the changes

22   that were proposed were somewhat different in how

23   they were ultimately rolled out.  Much, much

24   changed between this time and April 30th, 2015.

25        Q.   (By Mr. Loeser)  Okay.  Well, let's make          04:18:48

                                                         Page 284

CONFIDENTIAL

```
 1    sure we understand what's going on here at this        04:18:49

 2    stage.

 3              Would you consider this a planning stage

 4    for platform 3?

 5              MR. DAVIS:  Objection.  Form.               04:18:58

 6              THE DEPONENT:  Again, I don't know if the

 7    company has a view on that.

 8              On a personal level, I would -- I -- my

 9    understanding of the conversations at the time is

10    that this is part of the preparation for             04:19:15

11    understanding what the impact those changes might

12    have on the developer ecosystem.

13              So it's certainly before the changes were

14    ultimately announced and before many of the

15    important details of how they would be implemented   04:19:41

16    had been decided.

17       Q.   (By Mr. Loeser)  Okay.  And so Ms. Chang

18    developed what KP refers to as a framework for

19    sorting out which partners and apps would continue

20    to have access to friend permissions and -- is       04:19:52

21    that -- is that right?

22              MR. DAVIS:  Objection.  Form.

23              THE DEPONENT:  As I previously testified,

24    Jackie seems to have put together a document with

25    some categorization in it.  She doesn't refer to     04:20:09
```

Page 285

| | | |
|---|---|---|
| 1 | that as a framework.  KP refers to "a" framework. | 04:20:12 |
| 2 | It could be that he's talking about Jackie's work. | |
| 3 | But to confirm that you'd need to speak | |
| 4 | to KP or Jackie. | |
| 5 | Q.   (By Mr. Loeser)  Okay.  And the -- and | 04:20:25 |
| 6 | the people that were involved in the development of | |
| 7 | the criteria used to sort partners for deciding who | |
| 8 | would have access to friend permissions were | |
| 9 | Chris Daniels, Ime Archibong, KP, Jackie Chang and | |
| 10 | yourself? | 04:20:43 |
| 11 | MR. DAVIS:  Objection.  Form. | |
| 12 | THE DEPONENT:  This document represents | |
| 13 | an email thread with some people on it having | |
| 14 | that -- having a discussion about how to | |
| 15 | potentially categorize apps that might be affected | 04:20:55 |
| 16 | by the deprecation. | |
| 17 | Q.   (By Mr. Loeser)  And, sir, who made the | |
| 18 | final decision on the framework for -- to be used | |
| 19 | for determining which apps or partners would | |
| 20 | continue to have access to deprecated permission, | 04:21:09 |
| 21 | such as friend sharing? | |
| 22 | MR. DAVIS:  Objection.  Form. | |
| 23 | THE DEPONENT:  I'm not sure how to answer | |
| 24 | that question.  Yeah.  I'm not sure how to answer | |
| 25 | that question on behalf of the company. | 04:21:25 |

Page 286

| | | |
|---|---|---|
| 1 | In a -- in a personal capacity I -- | 04:21:30 |
| 2 | you know, this -- this -- I don't recall specific | |
| 3 | framework being used. | |
| 4 | Q.   (By Mr. Loeser)  And my question was a | |
| 5 | little different.  And it is in your capacity as | 04:21:43 |
| 6 | Facebook's designee. | |
| 7 | I would like to know who made the final | |
| 8 | decision on the framework to be used for | |
| 9 | determining which apps or partners would continue | |
| 10 | to have access to deprecated permissions? | 04:21:58 |
| 11 | MS. DAVIS:  Objection -- | |
| 12 | Q.   (By Mr. Loeser)  I assume they're -- | |
| 13 | well, let me ask it this way. | |
| 14 | Was there a framework used by Facebook | |
| 15 | for determining which app -- apps and partners | 04:22:03 |
| 16 | would continue having access to deprecated | |
| 17 | permission? | |
| 18 | MR. DAVIS:  Objection.  Form. | |
| 19 | THE DEPONENT:  I don't -- I don't recall | |
| 20 | a specific framework being used to make those | 04:22:14 |
| 21 | decisions. | |
| 22 | Q.   (By Mr. Loeser)  So is it Facebook's | |
| 23 | testimony that the determination was ad hoc? | |
| 24 | MR. DAVIS:  Objection.  Form. | |
| 25 | THE DEPONENT:  In the end, the -- there | 04:22:29 |

Page 287

CONFIDENTIAL

```
 1    were -- the -- the way the decisions were made were     04:22:33

 2    a bunch of conversations between the partnerships

 3    team and the platform leadership team to determine

 4    what made sense.

 5        Q.   (By Mr. Loeser)  Okay.  And based upon         04:22:47

 6    the string that we've gone through, the -- the

 7    recommendation from Jackie Chang and the

 8    recommendation from KP was to take into account the

 9    strategic value of the partner to Facebook when

10    deciding whether to grant continued access to          04:23:10

11    deprecated permissions; is that right?

12             MR. DAVIS:  Objection.  Form.

13             THE DEPONENT:  No.

14        Q.   (By Mr. Loeser)  You don't see that

15    discussion of strategic value in the email string      04:23:22

16    we just went through?

17        A.   I see the discussion in the email thread.

18    But as I testified earlier, my understanding is

19    that this is a group of people attempting to put

20    together a way to think about the impact of these      04:23:41

21    changes on the developer ecosystem.

22             The result of this work, nine months

23    before the changes went into effect, were based on

24    their first pass understanding of the proposed

25    changes, many of which were different in form when     04:24:05
```

Page 288

```
 1    ultimately implemented.                          04:24:07

 2        Q.   And so is it Facebook's testimony that

 3    strategic value was not a consideration taken into

 4    account when deciding whether to provide continued

 5    access to deprecated permissions?                04:24:18

 6            MR. DAVIS:  Objection.  Form.

 7            THE DEPONENT:  As we discussed

 8    previously, the -- from my discussions with all of

 9    the people involved -- well, many of the people

10    involved at the time and reading other internal   04:24:33

11    documents, is that a very, very small number of

12    applications were ultimately granted an extension.

13            And there were, to my understanding, only

14    two reasons.  The -- I have heard as to the reasons

15    why those extensions were granted.  We've discussed 04:24:53

16    them previously.

17            MR. LOESER:  Okay.  And I'm going to have

18    the court reporter read back my question to you,

19    and if you could just answer the question directly,

20    please do.                                        04:25:06

21            MR. DAVIS:  And my objection, please.

22            (Record read as follows:

23            "QUESTION:  And so is it Facebook's

24            testimony that strategic value was

25            not a consideration taken into            04:24:12
```

Page 289

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | account when deciding whether to | 04:24:15 |
| 2 | provide continued access to | |
| 3 | deprecated permissions? | |
| 4 | MR. DAVIS:  Objection.  Form.") | |
| 5 | THE DEPONENT:  It's hard to answer. | 04:25:36 |
| 6 | I'm -- I'm not sure I -- I can't answer a question | |
| 7 | with -- with -- can you please -- given the | |
| 8 | objection, could you ask the question in a way that | |
| 9 | doesn't generate an objection? | |
| 10 | Q.   (By Mr. Loeser)  Would that -- if I had a | 04:25:51 |
| 11 | magic wand, but I don't. | |
| 12 | SPECIAL MASTER GARRIE:  Actually -- | |
| 13 | MR. LOESER:  No, there's nothing -- | |
| 14 | SPECIAL MASTER GARRIE:  No.  Actually, | |
| 15 | just answer the question. | 04:25:58 |
| 16 | THE DEPONENT:  Okay.  Sorry. | |
| 17 | Could you ask the question again then. | |
| 18 | THE COURT REPORTER:  Do you want me to | |
| 19 | read it back? | |
| 20 | MR. LOESER:  Sure.  Go ahead. | 04:26:11 |
| 21 | Thank you. | |
| 22 | SPECIAL MASTER GARRIE:  And -- and in | |
| 23 | your capacity as a 30(b)(6). | |
| 24 | Go ahead.  Read the question. | |
| 25 | (Record read as follows: | 04:26:43 |

Page 290

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | "QUESTION:  And so is it Facebook's | 04:27:09 |
| 2 | testimony that strategic value was | |
| 3 | not a consideration taken into | |
| 4 | account when deciding whether to | |
| 5 | provide continued access to | 04:24:17 |
| 6 | deprecated permissions?") | |
| 7 | MR. DAVIS:  Object to the form. | |
| 8 | SPECIAL MASTER GARRIE:  Overruled.  Ask | |
| 9 | the question again. | |
| 10 | (Record read as follows: | 04:24:21 |
| 11 | "QUESTION:  And so is it Facebook's | |
| 12 | testimony that strategic value was | |
| 13 | not a consideration taken into | |
| 14 | account when deciding whether to | |
| 15 | provide continued access to | 04:24:17 |
| 16 | deprecated permissions?") | |
| 17 | THE DEPONENT:  I don't -- how do I want | |
| 18 | to say this. | |
| 19 | I don't think I can answer -- can confirm | |
| 20 | the strategic value is not in any way taken into | 04:27:19 |
| 21 | account.  Strategic value has not been defined or | |
| 22 | determined specifically, as we discussed earlier. | |
| 23 | Q.   (By Mr. Loeser)  And how does Facebook | |
| 24 | define strategic value in the context of deciding | |
| 25 | whether to grant continued access to deprecated | 04:27:39 |

Page 291

1    permissions to partners?                              04:27:42

2            MR. DAVIS:  Object to the form.

3            THE DEPONENT:  I don't know how to define

4    strategic value in determining how to -- how these

5    decisions were made.                                  04:27:59

6        Q.   (By Mr. Loeser)  And when you say "I

7    don't know," you mean Facebook doesn't know?

8        A.   To the best -- I -- I have spoken to a

9    number of people involved in -- in this initiative

10   and -- and read -- read documents.                    04:28:22

11           And my understanding as to why extensions

12   to the deprecations were granted is because there

13   would be an impact on -- for the friend

14   permissions, an impact on the user experience if

15   there was no extension granted or where the partner  04:28:40

16   was making use of them for a -- a use case that

17   involved compliance or legal considerations.

18       Q.   And those reasons you just mentioned did

19   not include strategic value to Facebook, right?

20       A.   Again, I -- I don't -- there's no single    04:29:08

21   definition for what strategic value meant.  I mean,

22   you're asking me a question that -- that's very

23   hard to answer.

24           I mean, if you could ask a more specific

25   question, maybe I'll be able to give you a better    04:29:22

                                                Page 292

CONFIDENTIAL

1    answer.                                                04:29:25

2         Q.   Well, you just gave two reasons.  Neither

3    one of those is of strategic value to Facebook,

4    right?

5         A.   I'm not sure I agree.  One of the           04:29:32

6    benefits of allowing user experiences not to be

7    broken by the migration is that users don't have

8    broken user experiences, and those developers have

9    the time to wind down their integrations

10   gracefully, maintaining strong relationships with     04:29:54

11   developers.  That might be considered strategic

12   value.

13        Q.   And was that considered strategic value

14   by Facebook in the context of deciding which apps

15   would have access to deprecated permissions?          04:30:09

16             MR. DAVIS:  Objection.

17             THE DEPONENT:  Again, I don't -- I don't

18   feel I have -- I don't feel that I can answer with

19   a definition of what strategic value is on behalf

20   of the company.  As we discussed earlier, that        04:30:20

21   frame -- that framing could mean many things in

22   many different contexts.

23             MR. LOESER:  Okay.  Well, let's move on

24   to the next exhibit, which is Exhibit 11.

25   /////

                                                           Page 293

CONFIDENTIAL

```
1        Q.   (By Mr. Loeser)  And Mr. Cross, you        04:31:00

2   should be looking at what's previously been marked

3   as Exhibit 11, which is an email from you to

4   Ime Archibong, Jackie Chang and KP, dated

5   September 3rd, 2013, "Subject: Re: P3.0 Rollout      04:31:07

6   Planning."

7            Do you see that?

8        A.   I see that.

9        Q.   In your email you state "Here's my draft

10  deck for review tomorrow.  Yes, it's a little        04:31:20

11  longer than hoped, but I feel it needs to

12  standalone when passed around beyond Chris,

13  assuming he's OK with this strategy.  Feedback

14  welcome, will try and incorporate ASAP."

15           Do you see that?                            04:31:34

16       A.   I see that.

17       Q.   Okay.  So this is an email that you sent

18  with a draft deck regarding the rollout of

19  platform 3; is that right?

20       A.   That is correct, yes.                      04:31:47

21       Q.   Okay.  And why don't we turn to the deck

22  itself, which has previously been marked

23  Exhibit 12.

24  /////

25  /////
```

Page 294

```
 1              MR. DAVIS:  And Mr. Loeser and        04:32:03

 2   Ms. Daniel, could I get these in Exhibit Share,

 3   please.

 4              MS. DANIEL:  Yes, they're there.

 5              MR. LOESER:  Yeah, they're there.     04:32:16

 6              You need to look in Day 1 folder because

 7   for some reason --

 8              SPECIAL MASTER GARRIE:  Before we --

 9   yeah.  Before we move forward, Counsel Davis,

10   just -- can you confirm that you have access      04:32:29

11   because that's pretty critical for you to do your

12   job.

13              MR. BLUME:  Okay.  I -- I have them now

14   in the Day 1 folder.

15              Apologies.  Thank you.                 04:32:40

16              SPECIAL MASTER GARRIE:  Don't apologize.

17   You got to work.

18      Q.   (By Mr. Loeser)  Okay.  So we're -- we're

19   going to bring up Exhibit 12, which is the -- the

20   deck that you prepared, Mr. Cross.                04:32:47

21              And if we look at the first page, it

22   states "Platform 3.0, Planning, Preparation &

23   Execution"; is that right?

24      A.   That's what I see.

25      Q.   And do you recall preparing this slide    04:33:04
```

Page 295

CONFIDENTIAL

```
1   deck?                                            04:33:06

2       A.   I don't recall preparing it.  But I've

3   seen it recently.

4       Q.   And you saw it for your -- preparing for

5   your testimony today?                            04:33:15

6       A.   That's correct.

7       Q.   So on -- if you go to slide -- the second

8   page, which I think is probably considered

9   slide 1 of the deck, one of the headings is

10  "Capabilities Cleanup."                          04:33:34

11          Do you see that?

12      A.   I see that.

13      ████ ████████████████████████████████

    ███ ██████████  ████████████  █████████

    ███ ████████████████████████████    █████████

16          Do you see that?

17      A.   I see that.

18      Q.   And the first bullet below that says

19  ██████████████████████████████████

    ███ ███ ███████  █████████

    ███ ███ ███████████████  █████████

22      A.   I think I need to answer this in a

23  personal capacity, rather than Facebook.  I don't

24  think Facebook has a view on that.

25          ██████████████████████  █████████
```

Page 296

CONFIDENTIAL



14      Q.    And did the audit occur?

15            MR. DAVIS:  Objection.  Form.              04:35:17

16            THE DEPONENT:  Some work was done to

17    improve the capability tool and remove some

18    capabilities from apps that weren't using them.

19      Q.    (By Mr. Loeser)  Let's look at the next

20    slide which has the header "P3.0                    04:35:32

21    Launches/Deprecations."

22            Do you see that?

23      A.    Yes.

24      Q.    And there's a list here, in the middle of

25    the slide, "Public API Deprecations," and it states  04:35:42

Page 297

| | | |
|---|---|---|
| 1 | "i.e. Currently public APIs which will become | 04:35:46 |
| 2 | whitelist only or deprecated entirely," right? | |
| 3 |     A.   I see that. | |
| 4 |     Q.   So in the planning phase for the rollout | |
| 5 | here, Facebook had identified that there would be | 04:35:58 |
| 6 | APIs that were deprecated entirely, right? | |
| 7 |     A.   At this time, the changes to the platform | |
| 8 | were in a proposed state.  They -- well, | |
| 9 | ultimately -- was announced and launched changed | |
| 10 | significantly over time.  And certainly between the | 04:36:24 |
| 11 | time that this deck was created and the ultimate | |
| 12 | announcements. | |
| 13 |     Q.   Okay.  And my question was simpler | |
| 14 | really.  I'm just -- I want to make sure that -- in | |
| 15 | the planning phase, Facebook identified that -- | 04:36:39 |
| 16 | that some apps would become whitelist only or | |
| 17 | some -- some -- some APIs would become whitelist | |
| 18 | only and others would be deprecated entirely.  That | |
| 19 | was the structure that Facebook came up with, | |
| 20 | right? | 04:36:53 |
| 21 |       MR. DAVIS:  Objection.  Form. | |
| 22 |       THE DEPONENT:  Again, in -- I don't think | |
| 23 | Facebook came up with that structure. | |
| 24 |       And, again, in personal capacity, my | |
| 25 | understanding at the time is that it was proposed | 04:37:05 |

1    that some permissions would be privatized or          04:37:07

2    deprecated and some APIs were proposed to be

3    privatized or -- or deprecated.

4         Q.   (By Mr. Loeser)  Okay.  So there was a

5    decision being made as to which APIs would be         04:37:24

6    publicly deprecated.  And while that decision

7    was -- was being made, Facebook was also evaluating

8    which ones would be still available but whitelisted

9    or privatized?

10            MR. DAVIS:  Objection.  Form.               04:37:41

11            THE DEPONENT:  Can you be specific as

12   to -- to the time you're -- you're talking about.

13        Q.   (By Mr. Loeser)  Yes.

14            I'm talking about the planning phases for

15   the introduction of Graph API version 2.  And it's    04:37:52

16   a pretty -- I -- I -- I hope it's a simple question

17   because I'm hoping -- I'm trying to have it be a

18   simple question.

19            But my question is simply, in the

20   planning phase, Facebook was -- identified a number    04:38:02

21   of APIs that it intended to pub- -- to deprecate,

22   right?

23        A.   There was a team working on coming up

24   with the proposals for how to simplify the

25   platform.  And as part of that, there were            04:38:21

Page 299

CONFIDENTIAL

```
 1    proposals about APIs and permissions that -- that       04:38:23

 2    would be privatized or deprecated.  At the time

 3    this deck was written, no decisions had been made.

 4         Q.   Okay.  And when you say "privatized" or

 5    "deprecated," is that an expression you're using        04:38:36

 6    that's synonymous with whitelisted?

 7              MR. DAVIS:  Objection.  Form.

 8              THE DEPONENT:  In -- when -- in this

 9    context, when I refer to "privatized," I'm

10    referring to something that would be available only     04:38:49

11    to apps that had been -- only to apps developers

12    that had been whitelisted in some way.

13         Q.   (By Mr. Loeser)  And then this -- this

14    table below the "Public API Deprecations" list --

15    under the heading "Public API deprecations," it         04:39:10

16    lists through a variety of permissions that, at

17    this stage anyway, Facebook was intending to -- to

18    deprecate; is that right?

19              MR. DAVIS:  Objection.  Form.

20              THE DEPONENT:  This is a list of              04:39:25

21    permissions and APIs that at the time were being

22    considered for deprecation or privatization.

23
```

Page 300



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17       Q.   And when you say "GDP," is that -- what

18   is that?

19       A.   Sorry.  Yeah.  Good -- good

20   clarification.                                    04:40:30

21            That's jargon.  That's the -- what's

22   otherwise known as the Facebook login dialogue.

23   It's the log -- it's the dialogue that a user sees

24   before -- when they grant permissions to

25   applications.                                     04:40:43
```

Page 301

1    ▆▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆    ▆▆▆▆▆

▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

4            Explain what that column represents and

5    how you were able to identify the number.              04:40:59

6         A.   Give me a few seconds to -- to read this

7    and see if I can remember exactly how this was

8    pulled together.

9            Unlike the first column, I don't

10   immediately recall how this was computed.              04:41:15

11           So this refers to -- reading this has

12   jogged my memory.  Reading this refers to the

13   number of distinct users for an application, across

14   all of the applications that requested that -- that

15   group of permissions from users on -- when the       04:41:55

16   analysis was done.

17        Q.   Okay.  And what was the tool that you

18   used to determine that?

19        A.   I would have used the HiPal tool to query

20   this data.                                             04:42:19

21        Q.   And if you wanted to find that

22   information today at Facebook, what would you do?

23        A.   I would ask one of the engineers on the

24   platform team if they could do the analysis or find

25   someone who could do the analysis.                     04:42:34



1      Q.   And who's the one that you think would be          04:42:36

2   the most knowledgeable?

3      A.   The engineer I would immediately go speak

4   to is Steven Elia.  But he would almost certainly

5   direct me to someone more knowledgeable than him.        04:42:46

6

12              Did I read that correctly?

13      A.   You read that correctly.

14      Q.   And so then you come up with a -- or you

15   present here a classification of -- of the apps         04:43:17

16   that are currently using to-be-deprecated features;

17   is that right?

18      A.   Yeah.  Again, in a personal capacity,

19   my -- my recollection is that I was proposing a

20   potential way to -- to categorize the apps using        04:43:38

21   to-be-deprecated features.

22      Q.   Okay.  And the first bullet is

23

Page 303

CONFIDENTIAL

1 ████████████████████████         ██████████

█ ██     █████████████████████

█ ████████████████████████████

█ ███████████████████████████████

█ ███████████████████████         ██████████

█ ███████████  ███████████████████

7          What I think is important to remember is

8   that, again, this deck, as I understand it, from

9   the time stamp -- the date stamp in the bottom left

10  is, you know, eight months in advance of ultimately      04:44:33

11  how the deprecations were announced.

12          And at the time, my recollection is that

13  the ways in which those changes would be rolled out

14  was very different to how it ultimately was rolled

15  out.  And at this point, therefore, some different      04:44:54

16  options were being considered.

17     Q.   Fair to say that the introduction of the

18  new platform was an extremely important event for

19  Facebook, right?

20          MR. DAVIS:  Objection.  Form.                    04:45:11

21          THE DEPONENT:  The updates that were

22  announced on April the 30th, 2015, were -- were

23  certainly seen as a significant change to the

24  developer platform and a significant step forward

25  for -- for users.                                        04:45:28

Page 304

CONFIDENTIAL

```
 1        Q.    (By Mr. Loeser)  And Facebook did a          04:45:31

 2   significant amount of planning and preparation in

 3   advance of rolling out that platform, right?

 4        A.    Given the nature of the changes, a good

 5   number of people were involved in determining what      04:45:48

 6   they were.  How to roll them out.  And -- and how

 7   to manage the developer ecosystem's transition to

 8   the new world.

 9        Q.    And this deck that you prepared was part

10   of that planning and preparation for the rollout of     04:46:04

11   the new platform, right?

12        A.    This deck represents a very, very early

13   version of the thinking as to how these changes

14   might be rolled out.

15        ████      ███████████████████████████    ████████

     ██  █████████████████████████████████████

     ██  █████████████████████████████████

     ██  ████████████████████████████████

19             MR. DAVIS:  Objection.  Form.

20             THE DEPONENT:  Facebook doesn't have a        04:46:40

21   view on what is meant here.  And I don't recall

22   what I meant when I was -- I was writing this.

23                  █████████████████████████

     ██  ███████████████████████  █████████████

     ██  █████████████████████████████    █████████
```

Page 305

1 ███████  ████████████████  ███████

2 ██  █████████████████

3 ██  ██ █████████  █████████

4 ██  █████████████████

5 ██  ██████████████████████  ████████

6 ██  █████████

7          MR. DAVIS:  Objection.  Form.

8          THE DEPONENT:  I think typically

9    revoking, changing what an app can do outside of a

10   policy would be certainly an usual thing to do.          04:47:27

11       Q.   (By Mr. Loeser)  So your next bullet is

12   "Standard," and then it says "(default)."

13          "Apps are notified on P-day and have

14   n-days to comply (vast majority of apps)."

15          And I'm going to interpret this for you          04:47:43

16   and you tell me if I'm right or wrong.

17          What you're suggesting here is that on

18   the day that the new platform is introduced,

19   telling apps that they have a number of days to

20   comply with the requirements of the new platform;          04:47:54

21   is that right?

22       A.   That's right.  And ultimately,

23   essentially, what occurred for most developers.

24       Q.   Okay.  And then your next bullet is

25   "Extension."          04:48:10

```
 1            And you write "Apps given n+x days to        04:48:10

 2   comply due to long upgrade cycles e.g. devices

 3   (Smart TV, in car, mobile OS's)."

 4            Now, is this the -- the category that

 5   you've provided testimony about already that      04:48:25

 6   explains why extensions were given to certain apps

 7   and developers?

 8            MR. DAVIS:  Objection.  Form.

 9            THE DEPONENT:  The -- this -- this deck

10   was written a long time before the changes were   04:48:38

11   announced, and then a long time before decisions

12   were ultimately made about whether or not someone

13   should be given an extension.

14            So I don't want to connect the two

15   specifically because at this point those -- the    04:48:55

16   exact determination had not been made.  So this is

17   proposing a model where some apps might be given

18   additional time.

19            The thing I will also point out here is

20   my recollection is at the time that this deck was  04:49:15

21   written, the proposal was to implement the changes

22   in 90 days.  And when changes of this nature are

23   introduced in -- in a 90-day time period, not all

24   developers can react at that speed.  It takes many

25   companies often longer than that to write code and 04:49:42
```

Page 307

1   ship it to production or to their users.                      04:49:46

2        And so this -- this category is on this

3   deck here, again, in my personal recollection,

4   given the expectation at the time that the changes

5   would be rolled out in a 90-day time period.                  04:50:02

6        Q.   (By Mr. Loeser)  And -- and so just --

7   you know, I asked you on Monday, and a little bit

8   this morning, to explain all the reasons why -- why

9   apps or partners were given access to deprecated

10  permissions.                                                  04:50:20

11       And -- and one of the categories you

12  described was an extension and -- and -- and this

13  bullet is consistent with your earlier testimony.

14       Perhaps the length of time changed, but

15  the notion of providing an extension for those               04:50:33

16  reasons is what you indicated previously; is that

17  right?

18       A.   The suggestion on the slide here is -- is

19  broadly consistent with -- ultimately, one of the

20  reasons why several extensions were granted.                  04:50:46

21       Q.   Okay.  Let's -- let's look at the next

22  ████████████████████████████████████

    ██████████████████████████████████

    ████████████████████████

25       Do you see that?                                         04:51:04

Page 308

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   I do see that. | 04:51:05 |
| 2 | Q.   And we had a conversation a few minutes | |
| 3 | ago about strategic value to Facebook and you were | |
| 4 | unable to describe what that meant to Facebook and | |
| 5 | expressed some lack of familiarity -- familiarity | 04:51:15 |
| 6 | with the term "strategic value." | |
| 7 | Does this provide you with better context | |
| 8 | to understand what Facebook has in mind with the | |
| 9 | expression "strategic value" to Facebook? | |
| 10 | MR. DAVIS:  Object to the form. | 04:51:27 |
| 11 | THE DEPONENT:  Again, back to my earlier | |
| 12 | testimony of -- strategic value, as a phrase, is | |
| 13 | not a defined term at the company and could mean | |
| 14 | many different things in many different contexts. | |
| 15 | In a personal capacity, my -- my | 04:51:43 |
| 16 | recollection, when writing this deck, is that it | |
| 17 | was -- I thought there would be some apps that the | |
| 18 | business -- the -- the leadership team might | |
| 19 | consider for continued access. | |
| 20 | But in this deck, I'm not specific as to | 04:52:10 |
| 21 | what that is.  And I don't recall having a clear | |
| 22 | understanding or defined understanding of -- of -- | |
| 23 | of what that meant. | |
| 24 | Q.   (By Mr. Loeser)  Who was the intended | |
| 25 | audience of this slide deck? | 04:52:35 |

1        A.   Again, in my personal capacity, my          04:52:43

2   understanding is that the -- the audience of this

3   deck was Dan Rose, who was the director of platform

4   partnerships at the time.

5        Q.   And fair to say that when you wrote this    04:52:55

6   ████████████████████████████████████████

    ██  █████████████████████████████████████

    ██  ████████████████████████████████████████████████

    ██  ██████

    ██    ██   █████████████████████████████████████      ████████

    ██  ████████████████████████████████████

    ██  ██████████████████████████████████████

    ██  ████████████████████████████████████████

    ██  ████████████████████████

15        But, again, at this -- at this time, I          04:53:35

16   didn't have a clear understanding of what those

17   reasons would be, merely that there might be the

18   need for a category into which they could be

19   sorted.

20        Q.   Let's move forward to what is the eighth    04:53:53

21   slide in the deck that has the heading "Open

22   Questions."

23        And you'll see the second question is,

24   "Who needs to be on the Review Board to classify

25   apps using to-be-deprecated features?  Chris?"      04:54:07

```
 1    Doug?  Vernal?  What about mobile apps, companies      04:54:10

 2    with sales-led relationships."

 3            Do you see that?

 4        A.   I see that.

 5        Q.   And how is that question answered?          04:54:20

 6        A.   I do not recall that question being

 7    answered.

 8        Q.   So does Facebook -- can Facebook tell the

 9    Court who it put on the review board -- well, first

10    of all, was there a review -- a review board to      04:54:35

11    classify apps using to-be-deprecated features?

12        A.   No.  No review board was set up.

13        Q.   And -- and I asked you before and I'll

14    ask you again, do you know who made the final

15    decisions on how to classify apps using             04:54:55

16    to-be-deprecated features?

17            MR. DAVIS:  Objection.  Form.

18            THE DEPONENT:  Can you ask me the

19    question again.  I think it's important to --

20            MR. LOESER:  Sure.  Sure.                    04:55:10

21            THE DEPONENT:  -- to understand.

22        Q.   (By Mr. Loeser)  Yeah.  I see that the

23    question is slightly different than I asked before.

24    So that's a fair clarification.

25            Who made the decision on how to classify     04:55:17
```

Page 311

```
 1    apps using to-be-deprecated features?          04:55:19

 2           MR. DAVIS:  Object to the form.

 3           THE DEPONENT:  I don't think any -- I

 4    don't think any, in parti- -- single person de- --

 5    decided that it was a classification of apps for    04:55:34

 6    using to-be-deprecated features.

 7        Q.   (By Mr. Loeser)  And then if you look at

 8    ██████████████████████████████████████████

      ██████████████████████████████████████████

10           Do you know how that question was          04:55:52

11    answered?

12        A.   I don't know how that question was

13    answered.

14        Q.   So let's go to the -- there's an appendix

15    to this -- to this deck, and we can go to the first  04:56:07

16    slide of the appendix.

17           And you see there's two columns,

18    "NewsFeed API."

19           Is -- is that a reference to read stream

20    permission?                                         04:56:33

21        A.   Yes, the first column refers to the --

22    the read stream permission.

23        Q.   And the second column is "Non-App-Friends

24    data."

25           And from this, it appears that's a          04:56:43
```

Page 312

CONFIDENTIAL

1    reference to the permissions -- for the friends          04:56:48

2    permissions?

3         A.   That's correct.

4         Q.   And if you look there, there's a list of

5    different types of app below on each column; is          04:56:59

6    that right?

7         A.   There are some -- there are some apps,

8    yes.

9         Q.   And then with regard to each of the

10   categories of app, there's a recommendation as to        04:57:16

11   whether to keep access or remove access to the --

12   in the first column, the "NewsFeed API," and the

13   second column, the "Non-App-Friends data"; is that

14   right?

15        A.   Yeah.                                           04:57:33

16        Q.   And who -- who's making that

17   recommendations that's identified there?

18        A.   The recommendation is in a -- in a deck

19   that I was involved in producing.  But I don't

20   recall if there were other people involved in that       04:57:46

21   recommendation.

22        Q.   And if you look at the first header on

23   the newsfeed API, so the read stream, it says -- or

24   I'm sorry -- the first type of app identified,

25   "Strategic mobile & replica apps."                       04:58:06

Page 313

CONFIDENTIAL

```
1              Do you see that?                        04:58:09

2         A.   I do.

3         Q.   And the "Recommendation" is "keep

4    access"?

5         A.   I see that.                             04:58:14

6         Q.   Was that recommendation followed by

7    Facebook?

8         A.   The -- the -- the apps listed here, to

9    me, look like mobile device integration partners,

10   which is a program that continued after the       04:58:33

11   announcement of API v2.

12        Q.   So it appears that the recommendation was

13   followed?

14        A.   Well, what I understand happening is

15   consistent -- ultimately is consistent with our   04:58:49

16   recommendation.

17   ██   ███████████████████████████████

██  ████████████████████████████████████████

██  ████████████████████████████████████

██  ████████████████████████████████████  █████████████

██  ████████████████████

22             Was that recommendation followed?

23        A.   I don't know the specifics of -- of -- of

24   whether or not that recommendation was followed.

25   It would require me to know on an individual app  04:59:13
```

Page 314



1   basis, which is -- is not something I have prepared                    04:59:18

2   to testify on.

3

7                  MR. DAVIS:  Objection.  Form.

8                  THE DEPONENT:  Those apps are -- are

9   listed in that category, but I -- I'm not a

10  determiner of what was considered strategic or not.    04:59:44

11  They are listed here under -- under that framing.

12

17                 MR. DAVIS:  Objection.  Form.

18                 THE DEPONENT:  On a specific app-by-app

19  basis, I have not revised exactly what happened

20  with each of the apps listed here.                     05:00:16

21

Page 315

1          Do you see that?                                      05:00:32

2      A.    Yeah.

3      Q.    And then it says "Apps recently accessing

4   the API," and then it says "Unknown due to

5   instrumentation issues."                                     05:00:40

6          What -- what -- what does that refer to?

7      A.    I don't recall exactly what those --

8   what that -- what that means.  So hard for me to

9   say today, nine years later.

10     Q.    And if you wanted to -- if Facebook        05:00:55

11  wanted to answer that question, where would it go

12  to get the answer?

13     A.    Sorry.

14         Today?  You're asking me today where

15  would I go to answer the --                                  05:01:09

16     Q.    Yeah.

17     A.    Where would I go to answer the question

18  to -- as in using the API today, or where would I

19  go to answer the question who was using the API in

20  2013?                                                        05:01:19

21     Q.    I -- I'm asking where you would go to

22  develop an understanding of what you meant when you

23  said "Unknown due to instrumentation issues."

24     A.    I -- as the author of the deck speaking

25  there, I -- the only person that would know likely          05:01:35

                                                    Page 316

| | | |
|---|---|---|
| 1 | is me.  And I do not recall what those | 05:01:40 |
| 2 | instrumentation issues were. | |
| 3 | Q.    So for the newsfeed API, you were able to | |
| 4 | identify the apps recently accessing the API. | |
| 5 | How did you do that? | 05:01:51 |
| 6 | A.    I would have used the HiPal tool. | |
| 7 | Q.    And would you have attempted to do the | |
| 8 | same thing for identifying apps that recently | |
| 9 | accessed the non-app-friends data APIs? | |
| 10 | A.    I would have attempted to do the same | 05:02:11 |
| 11 | thing.  But I am not a data scientist.  And so | |
| 12 | my -- my skills of data are not the -- of a | |
| 13 | professional -- of a highly professional standard. | |
| 14 | I'm competent, but not a professional data | |
| 15 | scientist. | 05:02:30 |
| 16 | Q.    Well -- okay.  So if you look at the | |
| 17 | first category of apps on the "Non-App-Friends | |
| 18 | data" column, the first one is also "Strategic | |
| 19 | mobile & replica apps," and the "Recommendation" is | |
| 20 | "keep access." | 05:02:45 |
| 21 | Is it your -- did Facebook follow that | |
| 22 | recommendation? | |
| 23 | MR. DAVIS:  Object to the form. | |
| 24 | THE DEPONENT:  I cannot say if Facebook | |
| 25 | followed the recommendation.  That would suggest | 05:02:54 |

Page 317

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that the recommendation was in itself listened to. | 05:02:56 |
| 2 | But as with my previous testimony on the | |
| 3 | first column, my understanding from this is that | |
| 4 | ███████████████████████████████████████████ | |
| 5 | integration partners, which was a separate program | 05:03:14 |
| 6 | that continued after the announcement of API v2. | |
| 7 | And so my understanding is that is consistent with | |
| 8 | what ultimately happened. | |
| 9 | Q.   (By Mr. Loeser)  And so for that | |
| 10 | category, "Strategic, mobile and replica apps," | 05:03:33 |
| 11 | those companies continued to have access to friend | |
| 12 | permissions; is that right? | |
| 13 | MR. DAVIS:  Object to the form. | |
| 14 | THE DEPONENT:  As we've discussed | |
| 15 | previously, the device integration partners had | 05:03:49 |
| 16 | access to a number of private APIs to allow them to | |
| 17 | build Facebook replacement clients on third-party | |
| 18 | devices. | |
| 19 | Q.   (By Mr. Loeser)  And those private APIs | |
| 20 | allowed access to -- to friends data, right? | 05:04:05 |
| 21 | A.   Those private APIs allowed the third | |
| 22 | parties to build experiences that replicate the | |
| 23 | Facebook experience on those devices, which would | |
| 24 | have allowed them to include things like the | |
| 25 | newsfeed, which would have included friends data. | 05:04:24 |

Page 318

CONFIDENTIAL

```
 1        Q.   And also they had access to the -- to the      05:04:26

 2   friends permissions as well, right?

 3        A.   The way these -- the way that the

 4   Facebook replacement clients were implemented, they

 5   had access to the information.  But the way that      05:04:40

 6   that information was granted was not through the

 7   standard Facebook login dialogue.

 8        Q.   Right.  I understand that.  But I'm

 9   just -- this is in a column for "Non-App-Friends

10   data," and I just wanted to be clear that the      05:04:50

11   "Strategic, mobile & replica apps" continued to

12   have access to "Non-App-Friends data," right?

13        A.   The apps listed here, yes, as I

14   understand it, continue to have access to friends

15   data after -- yes, continue to have access to      05:05:04

16   friends data until -- until later.

17        Q.   And -- and when you say "later," you mean

18   after the API Graph version 2 was implemented?

19        A.   After API version 2 is implemented, yes.

20   ███  ██████████████████████████        ████████

██   ██████████████████████████████████

██   ████████████████████████████

██   ██████████████████████████████████

██   ████████████████████

25             Do you see that?                          05:05:37
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1          A.   I see that.                             05:05:37

2          Q.   And what were the special considerations

3     that Facebook applied for dating apps?

4          A.   Dating apps were seen as a good use case

5     of the Facebook developer platform.  And there was   05:05:52

6     discussion about how to enable them to continue to

7     provide a great user experience while minimizing

8     the amount of information they needed to perform

9     that function.

10         Q.   So after the transition to Graph API     05:06:11

11    version 2, or as it referred in this deck,

12    platform 3, dating apps continued to have access to

13    "Non-App-Friends data"?

14              MR. DAVIS:  Objection.  Form.

15              THE DEPONENT:  That's -- dating           05:06:24

16    apps were -- there was a new API built for dating

17    apps that allowed them to continue to build

18    recommendations without having any personally

19    identifiable information available to them.

20         Q.   (By Mr. Loeser)  And so did those dating  05:06:43

21    apps -- dating apps continue to have access to what

22    is referred to on this slide as "Non-Apps-Friends

23    data?

24              MR. DAVIS:  Objection.  Form.

25              THE DEPONENT:  They had access to an API   05:06:56
```

Page 320

| | | |
|---|---|---|
| 1 | that gave them the ability to understand the number | 05:06:58 |
| 2 | of mutual friends that people have in common | |
| 3 | without any personally identifiable information | |
| 4 | about those people being emitted. | |
| 5 |     Q.  (By Mr. Loeser)  And did it provide them | 05:07:10 |
| 6 | with access to "Non-App-Friends data"? | |
| 7 |        MR. DAVIS:  Objection.  Form. | |
| 8 |        THE DEPONENT:  Can you define for me in | |
| 9 | this context what you mean by "Non-App-Friends | |
| 10 | data"? | 05:07:20 |
| 11 |     Q.  (By Mr. Loeser)  Well, what did you mean | |
| 12 | when you wrote that on the top of this slide? | |
| 13 |     A.  Well, in this case, I'm referring | |
| 14 | specifically to a set of permissions and | |
| 15 | specifically to a set of example methods. | 05:07:31 |
| 16 |        Dating apps did not have access -- my | |
| 17 | understanding is dating apps did not have access -- | |
| 18 | in general, dating apps did not have access to | |
| 19 | those permissions or those -- and, therefore, able | |
| 20 | to use those methods to access friend data after | 05:07:52 |
| 21 | the transition. | |
| 22 |     Q.  But they did have access to some friends | |
| 23 | data after the transition? | |
| 24 |        MR. DAVIS:  Objection.  Form. | |
| 25 |        THE DEPONENT:  As I've testified, my | 05:08:04 |

Page 321

1    understanding is they had access to a new API that            05:08:05

2    granted them the ability to understand mutual

3    friends in common of two app users without having

4    any personally identifiable information emitted.

5            That's very different in form to the rest         05:08:21

6    of how the friends data and friends permissions

7    worked.

8    ██      ████████    ████████████

██ ██████████████████████

██ ███████████████████████      ████████

██ ██████████████████

12           Is that -- is that how Facebook proceeded

13   with regard to the apps identified on your slide

14   here as "Other Strategic"?

15       A.   Again, on -- on a -- on a specific             05:08:57

16   app-by-app basis, I don't -- I don't know here

17   today, in my head, what happened to each of the --

18   the apps listed here.

19       Q.   And then if you look at the next slide,

20   there's a whole slide devoted to the topic of           05:09:12

21   "Strategic Partners & Exceptions."

22           Does this help you understand what

23   Facebook means by strategic partners?

24       A.   There are certainly some examples here

25   that are -- that seem to be classified as the           05:09:26

Page 322

1   strategic partners.                                    05:09:29

2        But, again, to determine whether or

3   not -- I was not at this time the person

4   determining whether or not these were seen as

5   strategic partners.                                    05:09:37

6        Q.   And -- and Facebook -- having looked at

7   this slide on behalf -- you cannot testify on

8   behalf of Facebook, as its designee, what Facebook

9   means by strategic partners?

10       A.   This slide is written by a person in the    05:09:57

11  partnerships team and -- and representative of the

12  partnerships team's opinions, so I think it's

13  consistent with what the partnerships team would

14  have defined as a strategic partner.

15       Q.   Okay.  Why don't we look at the next         05:10:13

16  slide.

17            Here's another entire slide devoted to

18  identification of strategic partners and

19  exceptions.

20            Do you see that?                             05:10:20

21       A.   I do.

22       Q.   And does that help you, as Facebook's

23  designee, to describe for me what Facebook means by

24  strategic partners?

25       A.   Again, this is what I think the strategic    05:10:29

Page 323

CONFIDENTIAL

1    partnerships team were to classify as strategic        05:10:31

2    partners.

3         Q.   Okay.  Let's look at the next slide.

4              This is another entire slide devoted to

5    the topic of strategic partners and exceptions.        05:10:40

6              Does this help you, as Facebook's

7    designee, to testify as to what Facebook means by

8    strategic partners?

9         A.   This helps me identify that these are

10   partners that the platform partnerships team would     05:10:54

11   have designated as strategic partners.

12        Q.   And is there some other organization at

13   Facebook that would -- that would also weigh in on

14   how Facebook classifies partners as strategic?

15             MR. DAVIS:  Objection.  Form.              05:11:13

16             THE DEPONENT:  There are several

17   partnerships teams at Facebook working on different

18   types of things.  Each of them would maybe have had

19   their own designation of what partners meant and

20   which would -- and -- and how to categorize them.      05:11:30

21   There wasn't just one partnerships team at

22   Facebook.

23        Q.   (By Mr. Loeser)  And so if you, as

24   Facebook's corporate designee, wanted to develop a

25   complete understanding of what Facebook means by       05:11:39

Page 324

CONFIDENTIAL

```
 1    strategic partners, where are all the places that        05:11:42

 2    you would go for that answer?

 3            MR. DAVIS:  Object to the form.

 4            THE DEPONENT:  I'm not sure.  It would be

 5    possible to develop a full understanding -- a full        05:11:53

 6    list of different teams of the company that may or

 7    may not classify -- that work -- classify partners

 8    and may or may not classify them as strategic.

 9            MR. LOESER:  Okay.  We can go to the next

10    exhibit.                                                  05:12:17

11            MR. DAVIS:  Mr. Loeser, we've been going

12    about an hour and a half.  Would this be an

13    opportune time for a short break?

14            MR. LOESER:  Sure.  That's fine.

15            Ten minutes.                                      05:12:23

16            SPECIAL MASTER GARRIE:  Wait.  Before

17    we -- we do that, Mr. -- Mr. Cross, how long would

18    you like?

19            MR. LOESER:  Rebecca --

20            THE DEPONENT:  Ten minutes is good for            05:12:35

21    me.

22            SPECIAL MASTER GARRIE:  And Rebecca, does

23    ten minutes work for you?

24            THE COURT REPORTER:  Yes.

25            SPECIAL MASTER GARRIE:  You're very               05:12:39
```

Page 325

CONFIDENTIAL

```
 1    important to this whole process.  Your happiness is      05:12:39

 2    critical to the entire transaction.

 3                MS. DAVIS:  Off the record.

 4                (Discussion off the stenographic record.)

 5                THE VIDEOGRAPHER:  Okay.  We're off the      05:13:00

 6    record.  It's 5:13 p.m.

 7                (Recess taken.)

 8                THE VIDEOGRAPHER:  We're back on the

 9    record.  It's 5:36 p.m.

10        Q.   (By Mr. Loeser)  Mr. Cross, previously,         05:36:19

11    when I was asking you about who made the decision

12    about how to decide which partners would continue

13    to have access to friend data, you mentioned the --

14    the platform leadership team, in addition to the

15    platform partnership group; is that right?            05:36:36

16        A.   The platform leadership team -- the

17    platform product leadership team would have been

18    involved in those conversations.

19        Q.   And who at the platform -- I'm sorry.

20                What is the full name of that group, the    05:36:53

21    platform -- platform leadership...

22        A.   So just the Facebook platform team, that

23    would have been the name of it.  And then the kind

24    of -- the leadership team would have been -- the --

25    the senior product and engineering people as part    05:37:08
```

Page 326

CONFIDENTIAL

```
 1    of that group.                                      05:37:11

 2         Q.   And who were those people?

 3         A.   Some names that come to mind, I can't --

 4    well, I -- can't be specific as to time.  But some

 5    names that come to mind around the time of this     05:37:29

 6    period, 2013 to 2015, Mike Vernal, Doug Purdy,

 7    Ilya Sukhar and Vladimir Fedorov.

 8              MR. LOESER:  Okay.  Thank you.

 9              If we can put up what's previously been

10    marked as Exhibit 20.                               05:37:49

11         Q.   (By Mr. Loeser)  And Mr. Cross, you

12    should be looking at Exhibit 20, which is an email

13    from you to a number of people.

14              First in the list is Quinn Duffy and also

15    Namita Gupta and Amir Naor and KP, among others,    05:38:37

16    with a cc to Eddie O'Neil.

17              The subject is "Capabilities Tool,

18    improvement requests - feedback by EOD Sunday,

19    please" with the attachment "Capability Audit

20    24 Oct 2013.xlsx."                                  05:38:51

21              Do you see that?

22         A.   I do.

23         Q.   And the date of your email is

24    October 24th, 2013; is that correct?

25         A.   That's correct.                           05:39:02
```

Page 327

1      Q.   And I'll read -- the first paragraph of        05:39:02

2    your email states "Over the last few weeks, you'll

3    have noticed Engineering have moved many app-based

4    GKs over to the new Capabilities tool."

5           What are app-based GKs?                         05:39:15

6      A.   So as we previously talked about, GK

7    refers to gatekeeper, which is a tool inside

8    Facebook.  And app-based GK is a gatekeeper that

9    takes an app ID as an input rather than a user ID,

10   for example.                                           05:39:34

11     Q.   And you write "Going" -- thank you.

12          "Going forward, this tool is going to be

13   a much" part much -- I'm sorry -- "to be a much

14   larger part of our lives - its where the vast

15   majority of whitelists will be managed."               05:39:45

16          Is that, in fact, what -- what happened,

17   is that -- and I think you testified about this on

18   Monday -- the capabilities tool became the place

19   where the vast majority of whitelists were managed,

20   right?                                                 05:40:00

21     A.   Our intention at the time was to make the

22   capability tool the -- the way the -- what platform

23   application whitelists were managed.  That was

24   the -- that -- that was the plan for the

25   capabilities tool over time.                           05:40:14

                                                            Page 328

CONFIDENTIAL

1   ███  ███  ██████████████████████      ████████

    ██████████████████████████████████

    ████████████████████████████████████

    █████████████████████████████████████

    █████████████████████████████████      ████████

6           Did I read that correctly?

7       A.   You did read that correctly.

8       Q.   And is platform simplification there a

9   team or an event?

10      A.   Neither.  Platform simplification refers        05:40:41

11  to the program of work, I guess you would call it,

12  that ultimately came to be the changes we launched

13  on April 30th, 2014, otherwise as known as

14  platform 3.0.

15      Q.   Okay.  And did platform simpli- --            05:41:02

16  simplification, in fact, introduce even more

17  whitelists?

18      A.    It introduced -- as a result, there were

19  a small number of additional whitelists added, but

20  not a large number.                                     05:41:18

21          My recollection at the time, in my

22  personal capacity here, is that the expectation was

23  that there would be -- the expectation I had is

24  that we might need a -- a number of new whitelists.

25          In actual fact, a very small number were        05:41:40

                                        Page 329

1   ultimately needed due to the decisions taken as to       05:41:43

2   how the changes would be rolled out.

3       Q.   And how many whitelists were introduced

4   to continue -- to enable apps to continue using

5   read stream or friends permission?                        05:41:56

6       A.   I couldn't tell you today exactly how

7   many new capabilities were added to the capability

8   tool.

9       Q.   And where would Facebook go to get an

10  answer to that question?                                  05:42:09

11      A.   I would go and ask the platform

12  engineering team to see if they could determine

13  which capabilities were added and when.

14      Q.   And that's not something that you did to

15  prepare for your testimony today?                         05:42:26

16      A.   I talked to the platform engineering team

17  about a number of issues, but not the specific

18  question of exactly how many new capabilities were

19  added back in 2013, '14.

20          MR. LOESER:  And I'm going to ask really        05:42:44

21  you, but through your counsel, since we'll be back

22  on Monday, if that's a question that you could

23  obtain an answer for, since it's clearly under the

24  heading of the whitelisting topic that is indicated

25  in your notice.                                           05:42:59

Page 330

CONFIDENTIAL

```
 1              MR. BLUME:  Noted.  And we can discuss it        05:43:02

 2    offline.

 3              MR. LOESER:  So let's go to the next

 4    exhibit, which is previously been marked

 5    Exhibit 13.                                                05:43:12

 6         Q.   (By Mr. Loeser)  And Mr. Cross, we are

 7    showing you what's previously been marked

 8    Exhibit 13, which is an email from you to

 9    Jackie Chang, Ime Archibong, KP, Bryan Hurren and

10    Monica Mosseri.                                            05:43:56

11              Do you see that?

12         A.   I do.

13         Q.   And the date of the email is

14    December 10th, 2013.  And the subject is "Re:

15    Simon's Updates - 6th Dec."                                05:44:02

16              Do you see that?

17         A.   I do.

18         Q.   Who is Bryan Hurren?

19         A.   Bryan Hurren was, if I recall correctly,

20    a strategic partner manager on the platform                05:44:16

21    partnerships team.

22         Q.   So there's a group at Facebook that is

23    referred to as the strategic partner group?

24         A.   The job title I recall having -- that

25    these folks had at the time -- including I had at          05:44:31
```

                                                        Page 331

1    the time -- was strategic partner manager and --        05:44:35

2    and the platform partnerships team was the team you

3    were part of.

4         Q.   And I'm sorry, did you say that you were

5    part of the strategic -- strategic partner group as      05:44:44

6    well?

7         A.   At this time I was a partner manager on

8    the platform partnerships team, yes.

9         Q.   The strategic partnership team?

10        A.   The name of the team was the -- I -- I         05:44:58

11   recall the name of the team being the platform

12   partnerships team.

13        Q.   Okay.  And is that the same team that

14   Bryan Hurren was on?

15        A.   Yes.                                           05:45:11

16        Q.   Who is Monica Mosseri?

17        A.   She was another partner manager on the

18   team.

19        Q.   So now this -- the subject of this email

20   is indicated "Simon's Updates."                         05:45:28

21             Were -- were you creating regular updates

22   regarding platform simplification?

23        A.   I -- I was involved in updating my team

24   about the things I was working on, and platform

25   simplification was one of the things I was working      05:45:50

Page 332

CONFIDENTIAL

```
1    on at the time.                                          05:45:55

2        Q.    Okay.  So let's go to the -- the third

3    page of this email string.  The Bates on this page

4    is FB-CA-MDL-00200698.  And the heading I'm looking

5    at is "Platform Simplification."                        05:46:09

6            And if you look under that heading, can

7    you read the third bullet in that -- under that

8    heading?

9        ▆    ▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆    ▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆

▆   ▆    ▆▆    ▆▆▆▆▆▆▆▆▆▆▆▆    ▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆   ▆▆▆▆▆

20       A.    Well, first of all, the -- it doesn't --   05:47:04

21   the new whitelist doesn't necessarily mean friend

22   data, right.  You need to be specific about that.

23   Whitelist and friends data are not synonyms.

24           The -- what's on the slide deck here is,

25   again, in a personal capacity, me talking about an    05:47:21
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    initiative that was proposed to be done in the        05:47:27

 2    coming week.

 3         Q.   Okay.  And -- and thank you for

 4    clarification on -- on friends data.  The project

 5    was broader than that.                                05:47:37

 6              This was looking at the -- the -- the

 7    permissions that would be deprecated more broadly

 8    in the platform simplifications process, right?

 9         A.   The platform simplification at this time,

10    which again is several months before it happened,    05:47:55

11    and a lot changed between then and the

12    announcement.

13              What I'm referring to here is -- is the

14    broader package of work, which included a large

15    number of other changes to the API as well.          05:48:08

16    ████  ████  ███████████████████████████

      ████████████████████████████████████████

      ██████████████████████████████████████

      ██████████████████████████████████

      ███  ████████████████████████████       ██████████

      ████  ███████████████████████████

      ████████████████████████████████████████

      ██████████████████

24         Q.   And if Facebook wanted to be able to

25    testify as to whether there was work done to         05:48:48
```

Page 334

CONFIDENTIAL

```
 1    preapprove apps for the new whitelist, how would        05:48:50

 2    Facebook go about getting that information?

 3              MR. BLUME:  Objection.  Form.

 4              THE DEPONENT:  I would try and see if any

 5    documents existed from the time that would pertain      05:49:09

 6    to such an effort.  I -- again, like -- I don't

 7    think the -- what -- what you're seeing in this

 8    email and the previous slide deck is a bunch of

 9    people trying to figure this out, very differently

10    from what ultimately happened and transpiring.          05:49:33

11              So to answer your question, where would I

12    go.  I would go and speak to the -- the other

13    people on this thread, if they still exist, and see

14    if they recall any documents that were produced

15    around this time that might pertain to this bullet.     05:49:50

16              I do not recall --

17         Q.   (By Mr. Loeser)  And you haven't --

18         A.   Sorry.  Go on.

19         Q.   No, go ahead.  I'm sorry.

20         A.   I -- I do not recall pre-approving or         05:50:01

21    being involved in pre-approving apps for -- for the

22    new whitelists at this time.

23         Q.   And you did not go talk to any of the

24    persons on this thread in order to identify whether

25    any apps were pre-approved for the new whitelists?      05:50:23
```

1       A.   I don't recall.  Again, nine years ago,          05:50:28

2   in a personal capacity, I don't recall what I did

3   here.

4           Specifically, as the next step, I'm not

5   sure I've seen a bullet that -- that talks about       05:50:39

6   what happened after this.  And I don't -- I don't

7   recall what my next -- what my next actions were.

8       Q.   And to prepare for your testimony today,

9   you did not ask any of the people on this thread

10  what they knew about pre-approving apps for the new    05:50:54

11  whitelist?

12      A.   We didn't -- I didn't talk about

13  pre-approving because that's not -- doesn't

14  resonate with me as a concept at the time.

15          I did talk with the people that were -- I      05:51:09

16  was working with at the time as to their

17  recollection as to why we granted extensions to

18  certain app developers.

19      Q.   And can you read the last bullet on your

20  list here.                                             05:51:32

21      A.   "Jackie leading on putting together a new

22  whitelist process with Legal and Product."

23      Q.   And did Jackie lead on putting together a

24  new whitelist process with legal and product?

25      A.   I do not recall what Jackie did.  You         05:51:45

Page 336

1   might want to ask her.                                    05:51:49

2       Q.   And that would be the natural way to find

3   out what Jackie did, right?

4       A.   That would be a reasonable thing to do.

5       Q.   And -- and is that what Facebook would         05:52:01

6   do, if Facebook wanted to answer the question

7   whether Jackie led on putting together a new

8   whitelist process with legal and product?

9            MR. BLUME:  Objection.  Form.

10           THE DEPONENT:  To that very specific            05:52:14

11  question, it might -- if Jackie was -- if I -- if

12  Jackie was available, then speaking to her about

13  that might -- might be a way to get clarity.  But

14  it's not certain, given it would be relying on her

15  recommendation -- her recollection.                      05:52:32

16      Q.   (By Mr. Loeser)  Let's go to the next --

17  go up the string to the email from you dated

18  November 25th, 2013.  "Subject: Re: Simon's

19  Updates - 22nd Nov."

20           So this is another update you provided          05:52:53

21  about the work that you were doing at the time,

22  right?

23      A.   Yes.

24      Q.   Okay.  And if you go down to the portion

25  of that -- it's on the next page of your update --       05:53:08

CONFIDENTIAL

```
1    there's, again, a heading "Platform           05:53:12

2    Simplification."

3            Do you see that?

4    A.   Uh-huh.

5    Q.   And I'll read the second bullet.        05:53:23

6    ███████████████████████

█    ███████████████████████████

█    ████████████████████████████

█    ██████   ████████████████████████

█    █████████████████████   █████████████        ████████

█    ████████████████████

12           Do you see that?

13   A.   I do see that.

14   Q.   So your earlier email we went through was

15   on October 28th -- I'm sorry -- went through the   05:53:46

16   8th of November email, in which you indicate

17   "Jackie is leading on putting together a new

18   whitelist process for Legal and Product," right?

19   A.   Yeah.

20   Q.   All right.  And this email, a little bit    05:53:57

21   later in time, you provide an update on what Jackie

22   was doing, right?

23   A.   It looks that way.

24           Thank you for scrolling up.

25   ██   ██████████████████████        ███████████
```

CONFIDENTIAL

1 ████████████████████████████████████   ████████████

2 ██ ████████████████████

3      A.   I honestly don't recall what Jackie did.

4 And I think, again, the best -- the best way to

5 understand -- understand that would be to ask her.      05:54:27

6           I do not recall what -- what she did or

7 what the outcome was.  And I don't recall anything

8 that -- outputting from this being ultimately used

9 a year and a half later.

10      ██   ████   ██████████████████████   ████████████

11 ██ ██████████████████████████████████

12 ██ ██████████████████████████████████

13           MR. BLUME:  Objection.  Scope.  Form.

14           THE DEPONENT:  Yeah.  I'm not sure I can

15 answer that in -- in Facebook's capacity.  I'm not   05:55:05

16 sure there was a -- a single process for

17 whitelisting apps.

18           I can talk in a personal capacity about

19 my involvement at the time, which was to improve

20 the capability tool as to how whitelists were      05:55:27

21 requested and granted.

22      Q.   (By Mr. Loeser)  And other than what

23 you've previously -- previously testified to, is

24 there a -- was there a process for whitelisting

25 apps that -- that was adopted by Facebook?      05:55:57

CONFIDENTIAL

```
 1              MR. BLUME:  Objection.  Scope and form.    05:56:01

 2              THE DEPONENT:  There was a -- a technical

 3      process for whitelisting apps which allowed --

 4      which enabled a -- which was implemented through

 5      the capabilities tool.                            05:56:16

 6         Q.   (By Mr. Loeser)  And was there a formal

 7      document or protocol to be used when deciding what

 8      apps to whitelist?

 9         A.   I do not recall a -- a formal document or

10      protocol.  And it did -- deciding -- well, let    05:56:32

11      me -- let me wind back.

12              Deciding to whitelist for what?

13         Q.   For permissions that were going to be

14      deprecated with the transition to platform 3.

15         A.   So the -- the -- so specifically,         05:56:56

16      extensions to the Graph API -- API v1 deprecation?

17         Q.   Yes.

18         A.   The -- and so what was your original

19      question?

20              I'm sorry.  I want to make sure I answer  05:57:15

21      it.

22         Q.   Sure.

23              Was there a formal document or protocol

24      to be used when deciding what apps to whitelist?

25         A.   I don't recall there being a formal       05:57:28
```

Page 340

```
1    document or protocol.                               05:57:29

2         Q.   And if Facebook were to answer that

3    question, where would Facebook go to identify an

4    answer?

5              MR. BLUME:  Objection.  Form.              05:57:45

6              THE DEPONENT:  I would attempt to speak

7    to -- to Jackie potentially and -- and maybe Eddie

8    as if to -- their recollection as -- as to how this

9    process was -- was managed.

10        Q.   (By Mr. Loeser)  And -- and you did not    05:58:02

11   do that to testify -- to prepare yourself to

12   testify today, is that right, about this particular

13   topic?

14        A.   I talked to Eddie, Ime and a few other

15   people to ask on their recollection of -- of -- of   05:58:17

16   how -- specifically why we decided -- why

17   partners -- their recollection as to why certain

18   entities were granted extensions, and I reviewed

19   some internal documents on the topic.

20        Q.   But you didn't ask them if there was a     05:58:42

21   formal document or protocol to be used when making

22   whitelisting decisions?

23        A.   I did not ask them that specific

24   question.

25             MR. LOESER:  And similar to what I said    05:58:51
```

Page 341

CONFIDENTIAL

```
 1    before, and via your counsel, if that's a question      05:58:53

 2    you could be prepared to answer when we come back

 3    on Monday, that would be useful for this process.

 4         MR. BLUME:  Noted.

 5         Q.   (By Mr. Loeser)  Okay.  So let's look at      05:59:09

 6    the -- let's look at the next bullet on your update

 7    here.

 8

15         Do you see that?                                    05:59:32

16         A.   I do see that.

17         Q.   And so these 54 new capabilities were

18    necessary to allow Facebook to whitelist partners

19    past the public deprecations; is that right?

20         A.   I -- the -- the email references 54 new       05:59:47

21    capabilities.  I do not recall, again, personal

22    veracity, that those were created.

23         Q.   And so in order to allow Facebook to

24    whitelist partners past the public deprecations,

25    Facebook obviously had to do some advance work         06:00:14
```

Page 342

CONFIDENTIAL

```
 1    before the new platform was introduced; is that        06:00:18

 2    right?

 3         A.   There was work done to ensure that as the

 4    platform announcements were made, that we had tools

 5    to control the rollout.                                 06:00:35

 6         Q.   And it took some time to develop the

 7    tools that would enable certain apps and partners

 8    to have access to the publicly deprecated

 9    permissions after the rollout of the new platform;

10    is that right?                                          06:00:51

11         A.   It would have taken an engineer some time

12    to write some code, yes.

13    ██   ████████████████████████████████████████

     ██  ████████████████████████████████████

     ██  ████████████████████████████████           ████████

16              And those were decisions that needed to

17    be made in advance of the rollout of the platform

18    as well; is that right?

19         A.   No.

20         Q.   Okay.  Did Facebook make decisions about   06:01:15

21    no extension and -- no/extension/exemption

22    decisions in advance of the rollout of

23    platform 3.0?

24         A.   I do not recall extension, exemptions

25    decisions being made before the rollout of the       06:01:36
```

Page 343

```
 1   platform.  It's possible that there was some          06:01:39

 2   opinions about what would be done.  But remember,

 3   the rollout took a year and the discussions about

 4   extensions were towards the end of that period.

 5        Q.   And what about exemptions, when did those    06:02:04

 6   discussions start?

 7        A.   The -- you're talking there really about

 8   the integration partners, which was considered

 9   separate from this process.

10        Q.   And so Facebook interprets exemption to      06:02:23

11   refer solely and specifically to integration

12   partners?

13             MR. BLUME:  Objection.

14             THE DEPONENT:  In this case -- sorry.  Go

15   on, Rob.                                               06:02:35

16             MR. BLUME:  Objection.  Form.

17

25   separate process.  This is referring to the public    06:03:12
```

CONFIDENTIAL

```
 1    platform.                                          06:03:16

 2         Q.   (By Mr. Loeser)  And so did Facebook give

 3    integration partners extensions or exceptions?

 4         A.    Inte- -- integration partners had access

 5    to private APIs and permissions on top of what the    06:03:27

 6    standard API offered regular developers.  And that

 7    was considered access to continue, separate to the

 8    API changes that were being made for the public

 9    developer platform.

10         Q.   And -- and other than integration          06:03:54

11    partners, were there partners that -- that fell

12    into that -- that category?

13         A.   My understanding is that the -- the

14    integration partners, the -- the apps that were

15    intended to have longer term access to this          06:04:13

16    information.

17         Q.   Okay.  And -- and Facebook's testimony is

18    that there were not other types of partners that

19    had longer term access to the publicly deprecated

20    permission?                                          06:04:28

21             MR. BLUME:  Object to form.

22             THE DEPONENT:  My understanding is that

23    outside of the integration partners only --

24    ultimately, only temporary extensions were -- were

25    granted.                                             06:04:43
```

Page 345

CONFIDENTIAL

1    Q.   (By Mr. Loeser)  And integration partners    06:04:44

2  weren't the only type of partners with private

3  APIs, were they?

4          MR. BLUME:  Objection.  Scope and form.

5          THE DEPONENT:  Yeah.  I'm -- I'm not    06:04:55

6  sure -- I'm not -- not sure what you mean.

7          Sorry.  Can you ask a more precise

8  question.

9    Q.   (By Mr. Loeser)  Well, you said -- you

10  testified integration partners had access to    06:05:01

11  private APIs and permissions.

12          And what did you mean by that?

13    A.   So many of the -- many of the -- there

14  were a number of developers that had integrations

15  with the Facebook developer platform that were    06:05:37

16  nonstandard, not things that public developers

17  could build.  To enable those integrations, they

18  would have had some additional capabilities.  And

19  that -- those developers and those integrations

20  were seen as separate to the deprecations of API v1    06:06:00

21  and v2, and rollout to v2.

22    Q.   Yeah.  I just want to make sure the

23  record is clear.

24          You said that integration partners had

25  that -- went through that process.  And I'm asking    06:06:15

                                          Page 346

CONFIDENTIAL

```
 1    you are there other types of partners that had          06:06:18

 2    access to -- to private APIs that enabled something

 3    similar for them?

 4         A.   My understanding that integration

 5    partners refers to any partner at the limit who had     06:06:30

 6    some kind of private API access.

 7         Q.   If we go to page 3 of this string, back

 8    to your November 8th update -- I'm sorry.  We're

 9    going to go to page 5 of the string.  And we're

10    moving back to an October 11th, 2013, update on         06:06:57

11    "Platform Simplification."

12              There's a bullet here, "Dev Chakravarti

13    joined the team as a data analyst - helped him ramp

14    up on how to analyze the effects of PS12n on the

15    whole ecosystem."                                       06:07:14

16              Explain who he is and what you asked him

17    to do.

18         A.   I do not recall Dev Chakravarti, and I do

19    not recall what I asked him to do.

20         Q.   I gather Facebook evaluated the effects       06:07:34

21    of PS12 and on the whole ecosystem.

22              And for the record, PS12n is another way

23    of describing the transition to Graph API

24    version 2, right?

25         A.   PS12n refers to platform simplification,      06:07:47
```

Page 347

1    which refers to the package of work that ultimately         06:07:49

2    resulted in what was announced on April 30th, 2014,

3    yes.

4         Q.   Okay.  So Facebook evaluated the effects

5    of PS12n on the whole ecosystem?                            06:08:01

6              MR. BLUME:  Objection.  Beyond the scope.

7    And form.

8              THE DEPONENT:  I can't confirm what did

9    or did not happen.  There's an email that says that

10   I helped this person ramp up.  But it doesn't              06:08:16

11   confirm if any analysis or -- was done or what was

12   found.

13        Q.   (By Mr. Loeser)  So if Facebook wanted to

14   answer the question, "Did you analyze the effects

15   of PS12n on the whole ecosystem," what would              06:08:29

16   Facebook do to find an answer to that question?

17             MR. BLUME:  Objection.  Scope.  Form.

18             THE DEPONENT:  I would attempt to see if

19   Dev Chakravarti was still at the company.  And I

20   would look for documents around this time that were       06:08:46

21   analysis or -- or pertained to be analysis of the

22   potential impacts of PS12n.

23             But you asked me a specific question as

24   to whether or not he did an analysis, and I cannot

25   confirm if he did any analysis.                           06:09:06

1       Q.   (By Mr. Loeser)  Okay.  Going -- going          06:09:08

2    back to your answer right before that statement, to

3    prepare for your testimony today, did you ask

4    anyone whether Facebook analyzed the effects of

5    PS12 on the whole ecosystem?                             06:09:21

6       A.   I asked people as to if they recall

7    impact sizing being done.  I didn't -- this --

8    your -- your specific question about the whole

9    ecosystem is a very specific one.

10             I spoke to people about their                  06:09:38

11   recollections as to what analysis was done in

12   advance of the changes.  And I reviewed several

13   documents that could be construed as impact

14   analysis.

15             MR. LOESER:  Okay.  Thank you.                 06:09:53

16             And -- and I saw that in your notes and

17   we'll come -- we'll get to that in -- in a little

18   bit.

19             So thank you for that answer.

20             Let's go to the next exhibit which is a        06:10:01

21   new exhibit, which you'll see in a moment.

22             It's marked -- we're going to mark it

23   with a new number, 338.

24

25   /////                                                    06:10:29

```
 1              (Exhibit 338 was marked for              06:10:29

 2      identification by the court reporter and is

 3      attached hereto.)

 4          Q.   (By Mr. Loeser)  And momentarily,

 5      Mr. Cross, you'll see an email from KP to         06:10:40

 6      Monica Mosseri, dated 12/10/2013.  "Subject:

 7      Re: PS12n Criteria Review," with an attachment

 8      "Criteria for whitelist MWv1_kp edits.pptx."

 9              You let me know when you can see that.

10          A.   Yeah, I see it.                          06:11:10

11          Q.   And you'll see that KP starts his email,

12      "Hello Monica, This is awesome!  Great framework."

13              Do you see that?

14          A.   I do see that.

15          Q.   And then he -- based on this, it appears 06:11:24

16      that he reviewed slides that she prepared and

17      provided some edits and comments; is that right?

18          A.   That's a reasonable interpretation of

19      what KP said.

20          Q.   And if we move down this email string,   06:11:36

21      you'll see at the beginning there's an email from

22      Monica Mosseri to KP, dated December 10th, 2013,

23      with the "Subject: PS12n Criteria Review."

24              Do you see that?

25          A.   I do see that.                           06:11:53
```

Page 350

1       Q.   She writes, "Hey KP, I am in the final          06:11:54

2   stages of the Whitelist Criteria Review (1a in

3   Simon's graphic) and need your help.  I can set up

4   time over VC if that is easier let me know."

5       Did I read that correctly?                           06:12:09

6       A.   You read that correctly.

7       Q.   So based on this, Monica Mosseri was

8   involved in a whitelist criteria review as part of

9   the introduction of PS12n or platform 3; is that

10  right?                                                   06:12:25

11      MR. BLUME:  Objection.  Form.

12      THE DEPONENT:  It says what she was

13  involved in here.  I don't want to answer on behalf

14  of the company.  We should just read what she has.

15      Q.   (By Mr. Loeser)  Okay.  And so Facebook         06:12:37

16  did a whitelist criteria review as part of the

17  introduction of platform 3.0?

18      A.   I don't think it's appropriate to say

19  Facebook did.  Monica seems to have done a piece of

20  work of that nature.  But I don't recall what it        06:12:56

21  is.

22      Q.   And she worked for Facebook at the time,

23  right?

24      A.   She worked for Facebook at the time.

25      Q.   So you've said a lot that -- something          06:13:09

Page 351

```
 1    along the lines of "I'm not sure that Facebook did        06:13:12

 2    this.  But this is what this person did."

 3            Are you -- are you saying to me that when

 4    a Facebook employee engages in a project in

 5    connection with her work, that that's not something        06:13:21

 6    that Facebook did?

 7        A.   Perhaps I'm --

 8            MR. BLUME:  Objection to form.

 9            THE DEPONENT:  Perhaps I'm just

10    misrepresenting how that question should be               06:13:35

11    answered.  My apologies.

12        Q.   (By Mr. Loeser)  Okay.  And -- and I'm

13    not -- I'm not trying to make you uncomfortable.

14    I'm just -- I want to be clear that we're talking

15    about a Facebook employee doing work for Facebook.         06:13:48

16            And you're not saying something other

17    than that, right?

18        A.   No, this is a Facebook employee --

19    sorry, Rob.  You were going to say something?

20            MR. BLUME:  I was going to say,               06:13:57

21    objection, to the extent it calls for a legal

22    conclusion.

23            THE DEPONENT:  Okay.  Yeah, I -- I -- I

24    can say that Monica was a Facebook employee and

25    it -- it appears by this email that she's --              06:14:07
```

Page 352

CONFIDENTIAL

```
 1    she's -- she's doing some work, and it would be          06:14:10

 2    reasonable to say it's in con- -- coherent with her

 3    duties.

 4         Q.   (By Mr. Loeser)  And if you look at No. 1

 5    ████████████████████████████████████    ████████████

      ████████████████████████████████████

      ██████████████████████████████████████

      █████████████████████████████████

      ████████████████████████████████████████

      █████████████████████████████████████████████    ████████████

      ████████████████████████████████████████

      ████████████████████████████████████

      ████████████████████████████████████████

14         Did I -- did I read that accurately?

15         A.   I think you read that accurately.           06:14:59

16         Q.   So based upon this, it appears that a

17    whitelist criteria review was done to determine

18    which apps should be whitelisted, right?

19         A.   No, that doesn't -- that's not a

20    conclusion you can directly draw from this.          06:15:16

21         She's saying she's in the final stages of

22    a whitelist criteria review.  I don't know what --

23    I don't recall what she meant by that.  And it

24    doesn't mean that necessarily apps were categorized

25    against that criteria.  I just don't know what this     06:15:35
```

```
 1    work was, sitting here today.                      06:15:40

 2        Q.   So fair to say that a whitelist criteria

 3    review was a review of whitelist criteria?

 4            MR. BLUME:  Objection.  Form.

 5            THE DEPONENT:  She's -- it's hard to know    06:15:54

 6    what she means.  She's in the final state -- she

 7    says here she's in the final stages of something.

 8    But I -- again, I don't know what that means.

 9    There was some process underway, but I'm -- I'm not

10    aware, sitting here today, of what that was.         06:16:12

11        Q.   (By Mr. Loeser)  And -- and Mr. Cross,

12    what relationship does the whitelist criteria

13    review have to the work that KP referred as

14    Jackie Chang's format for partnership positions?

15            MR. BLUME:  Objection.  Form.  Scope.        06:16:33

16            THE DEPONENT:  Sorry.  Can you frame that

17    a bit again?  I'm not sure I make the connection

18    you're making.

19        Q.   (By Mr. Loeser)  Sure.

20            We went through some email that discussed   06:16:44

21    Jackie Chang's recommendations regarding a format

22    for how to treat different types of partners in the

23    transition to the new platform.  KP referred to

24    that as Jackie's format.

25            And I'm asking you what the relationship     06:17:02
```

Page 354

```
 1    is between that and this whitelist criteria review        06:17:05

 2    that is referenced here?

 3         A.   I don't know the relationship between

 4    those two things.
```



```
16              MR. BLUME:  Objection.  Scope.  And form.

17              THE DEPONENT:  There's no standard

18    definition at the company of what "significant

19    impact" would mean.

20              Significant is subjective.  And impact        06:18:01

21    could mean many different things in many different

22    contexts.

23              Oh, I can say in a -- in a personal

24    capacity here, having been involved to some degree,

25    is the types of things that would be considered        06:18:18
```

Page 355

```
 1    here might be reputational concerns and platform --      06:18:22

 2    like user significant -- user -- user experience

 3    concerns by developers removing integrations that

 4    users found valuable.

 5         Q.   (By Mr. Loeser)  And any other --            06:18:43

 6    anything else that Facebook would consider a

 7    significant impact to Facebook if particular apps

 8    were shut down as a result of the introduction of

 9    platform 3.0?

10              MR. BLUME:  Objection.  Scope.  And form.    06:19:05

11              THE DEPONENT:  Again, I don't feel I can

12    answer on Facebook's behalf.  There's no standard

13    definition for significant.  And there's no

14    significant -- there's no standard definition

15    for -- for impact.  So I -- I -- I don't feel I can   06:19:17

16    define that on Facebook's behalf.

17         Q.   (By Mr. Loeser)  Okay.  But nonetheless,

18    you gave one example, which was reputational

19    concern.

20              That could be a significant impact for       06:19:29

21    Facebook?

22         A.   In my personal capacity, having worked on

23    this stuff, that might be considered impact because

24    of these changes.

25              I gave a second example as well, which is    06:19:41
```

Page 356

1    user experience changes as a result of the changes          06:19:46

2    and how the API worked and the experiences that

3    developers would be able to build.



14        Q.    And do you know who's on that team -- who

15   was on at this time?                                         06:20:27

16        A.    I know some of the people that are on it

17   at this time.  But the -- the people on that team

18   has changed over -- over the years, as you may

19   expect.

20        Q.    Okay.  Who were some of the people that           06:20:37

21   were on at this time?

22        A.    On it at this time?

23        Q.    Yeah.

24        A.    Sorry.

25              I know who's on it -- I know some of the          06:20:44

1      people on it today.  But I'm not sure who would          06:20:47

2      have been on it at this time.



14             MR. BLUME:  Objection.  Form.  Scope.

15             THE DEPONENT:  I don't know what it means          06:21:28

16     specifically to have a strategic relationship

17     with -- with Zuck and M Team.

18             There's no company definition for -- for

19     what that would mean.  So I -- I cannot -- I don't

20     feel I can accurately answer that question on          06:21:43

21     behalf of the company.

22         Q.   (By Mr. Loeser)  And if you move down

23     Ms. Mosseri's email a little bit under No. 2, it

24

CONFIDENTIAL

```
 1  ████████████████████████████████      ███████

 ▪  █████████████

 ▪           ████████████████████████

 ▪  ████████████

 5          MR. BLUME:  Objection.  Scope.  Form.        06:22:12

 6          THE DEPONENT:  I don't know what Face- --

 7  I don't know what Monica means by -- by top

 8  partners.  That could mean a whole bunch of

 9  different things, depending on the context.

10      Q.   (By Mr. Loeser)  And the reference to          06:22:25

11  exemptions or extensions, that -- that is with

12  regard to the -- to changes that would occur with

13  the introduction of platform 3.0?

14      A.   Given the timeline of the -- of the

15  email, I think it's reasonable to -- to -- to        06:22:39

16  conclude that's what she meant.

17          But, again, as I've said multiple times

18  here, I think the -- the frame of mind of the team

19  in 2013, when the nature of the changes was still

20  in flux and the expected exact -- exact -- exact     06:23:04

21  set of changes and the way in they were rolled out

22  drastically differed from what ultimately ended up

23  happening.

24          So you're seeing a bunch of people here

25  as -- as I mentioned before, attempting to -- to     06:23:22
```

Page 359

```
 1    prepare for -- for something where the actuality        06:23:25

 2    was quite different.

 3         Q.   Okay.  And so on that same No. 2,

 4    Ms. Mosseri writes -- and this is to KP -- "Can you

 5    help me assess the losses (rev and data)" -- "rev"     06:23:42

 6    refers to revenue there; is that right?

 7              MR. BLUME:  Objection.  Form.  Scope.

 8              THE DEPONENT:  I can't confirm what

 9    revenue means in this context.

10         Q.   (By Mr. Loeser)  Okay.  Well, let's just     06:23:57

11    read it into the record.

12              "Can you help me assess the losses (rev

13    and data) and whether we will make an

14    exemption/extension for the following apps?"

15              And then the following apps it appears       06:24:09

16    ████████████████████████████████████████████████

17    that -- did I read that correctly?

18         A.   The formatting is a little messed up.  So

19    it's not 100 percent clear that that's -- that --

20    that's what naturally follows.  But it's not          06:24:24

21    unreasonable to -- to think that's the case.

22         Q.   Okay.  And so it looks like Ms. Mosseri

23    was asking KP if he can help her assess the losses

24    and -- whether Facebook will make an exemption or

25    extension for particular apps.                        06:24:40
```

Page 360

```
 1              And this, again, is in connection with        06:24:42

 2    the implementation of platform 3.0, right?

 3              MR. BLUME:  Objection.  Form.  Scope.

 4              THE DEPONENT:  I can't confirm exactly

 5    what these folks meant.  We should speak to them.     06:24:53

 6    But it looks like that's the discussion they're

 7    having given the subject of the email.

 8              MR. LOESER:  Let's go to the next

 9    exhibit, which is the slide deck that -- that

10    Ms. Mosseri sent to KP, attached to the email that   06:25:12

11    we just went through on December 10th, 2013.  And

12    this will be another new exhibit.

13              (Exhibit 339 was marked for

14    identification by the court reporter and is

15    attached hereto.)                                    06:25:27

16       Q.   (By Mr. Loeser)  And I represent to you,

17    Mr. Cross, that this is the attachment to

18    Ms. Mosseri's email.

19              And you'll remember in KP's response he

20    indicated that he made some notes and provided some  06:25:56

21    comments on her slide deck.

22              Do you recall that?

23       A.   Yes, I do.

24       Q.   Okay.  So if we go to the -- it looks

25    like the seventh slide, and then go to the next      06:26:14
```

CONFIDENTIAL

```
 1    page.  The -- the notes are not visible -- visible        06:26:20

 2    on the view that we're looking at.

 3              I will note for the record that the

 4    version that we're introducing as an exhibit has

 5    notes in -- in the document that appear to be the        06:26:35

 6    notes that -- that KP made on the slide deck.

 7              We can put this exhibit aside.  We're

 8    going to go to another version of this deck.

 9              Let's -- actually, before we do that, go

10    to the first page of the deck.                           06:26:48

11              Do you see the title of this slide deck,

12    Mr. Cross?

13        A.   I do.

14        Q.   And could you read that title for the

15    record.                                                  06:27:05

16        A.   "Criteria for granting Exemptions and

17    Extensions."

18        Q.   And the date of this document is 12/5/13;

19    is that right?

20        A.   I assume that's the American format,           06:27:18

21    so...

22        Q.   Fair -- fair point.

23              I interpret that as December 5th, 2013;

24    is that how you interpret it as well?

25        A.   Annoyingly, yes, it is, how I interpret        06:27:30
```

Page 362

CONFIDENTIAL

```
 1    it.                                                    06:27:33

 2         Q.   And -- and the author is Monica Mosseri;

 3    is that right?

 4         A.   It is.  And the critical piece of

 5    information on this is the word "Draft."              06:27:39

 6              MR. LOESER:  Right.  Right.

 7              Okay.  So let's go -- you can put that

 8    exhibit aside and we're going to go to another

 9    version of this presentation.

10              This will be marked as Exhibit 340.         06:27:50

11              (Exhibit 340 was marked for

12    identification by the court reporter and is

13    attached hereto.)

14              MR. LOESER:  And when you -- when it

15    comes up, we'll look at the first page of this        06:28:17

16    slide deck as well.

17         Q.   (By Mr. Loeser)  And fair to say that

18    this is another -- this also is a slide deck, and

19    if you could read the title into the record.

20         A.   "Criteria for granting Exemptions and       06:28:44

21    Extensions, Draft, 12/5/13".

22         Q.   Okay.  And if we could go back to the

23    metadata.

24              So I'll -- I'll state for the record that

25    this was a version of this document that was also     06:29:06
```

Page 363

1    produced by Facebook.  And -- and this is the                06:29:09

2    metadata associated -- metadata associated with

3    that document.  We can move on to the document

4    itself.

5            So let's go to the -- the second --                  06:29:28

6    the -- it looks like the second slide in the -- in

7    the deck which has the heading decision -- well --

8    yeah, let's look at this agenda.  This is page 2 of

9    the deck, I believe.

10           And you see there's "Agenda," and it says            06:29:47

11   "Decision Buckets," right?

12       A.   Yeah.

13       Q.   And then there's a list of different

14   categories of apps, right, "Non-Games, Games,

15   PMD's, Mobile/TV/Devices"?                                   06:29:59

16       A.   I see.

17       Q.   And what -- what are PMDs?

18       A.   PMDs, I think, refers to page management

19   developers.  I'm not 100 percent sure of that -- of

20   the acronym.                                                 06:30:20

21       Q.   So the first item on the agenda is

22   "Decision Buckets"; is that right?

23       A.   That's the first item on the agenda.

24       Q.   Okay.  And if we go to the next page of

25   the slide deck, you see there's a slide that says           06:30:32

                                                          Page 364

1   "Decisions Buckets."                                    06:30:37

2           Do you see that?

3       A.   I see that.

4       Q.   And, again, this is a presentation on the

5   criteria for granting exemptions and extensions,        06:30:42

6   right?

7       A.   No.  This is a proposed -- a set of

8   proposals for potentially how to think about this.

9       Q.   Okay.  So under the "Decision Buckets"

10  listed in this slide, in this presentation on the       06:31:05

11  criteria for granting exemptions and extensions,

12  the first bucket is "Exemption."

13          Do you see that?

14      A.   I do see that.

15      Q.   And why don't you read for the record          06:31:16

16  what -- how that bucket is described.

17      A.   On the document it says "Strategic value

18  for both companies long term."

19      Q.   Okay.  And then let's look at the second

20  bucket identified.                                       06:31:29

21          That's "Extension"; is that right?

22      A.   That's correct.

23      Q.   And why don't you read for the record

24  what that -- how that bucket is described.

25  ███      ████████████████████████████      ███████

                                                    Page 365

CONFIDENTIAL

1

2

3      Q.   And the third bucket identified here is

4  "Standard"; is that right?

5      A.   That's what's on the slide.                06:31:53

6      Q.   Okay.  And what's the descriptions of

7  that bucket?

8      A.   "No access to private capabilities."

9      Q.   So if we go back to the "Agenda" slide.

10         Again, after the "Decision Buckets,"        06:32:10

11  there are these -- these four categories.

12         The first "Non-Games."  The second,

13  "Games."  The third "PMD's."  And the fourth

14  "Mobile/TV/Devices"; is that right?

15     A.   That's right.                              06:32:31

16     Q.   Okay.  So now let's go to the fourth page

17  of the presentation and you see the cover slide,

18  "Non Games."

19     A.   Yup.

20     Q.   Waiting for it here.  "Non Games."  There  06:32:50

21  it is.

22         And then the slide that comes after that

23  is a description of apps that are within the

24  "Non Games" category, and there's more detail on

25  those different apps.                              06:33:11

Page 366

```
 1              If you look at that slide, it's captioned    06:33:13

 2      "Categories of apps and impact."

 3              Is that a fair read of this presentation,

 4      that there's a title slide that says "Non Games,"

 5      and the next page has more detailed information.     06:33:20

 6              Would you read that to -- for -- for

 7      the -- the next slide to be related to the title

 8      slide?

 9         A.   I think that's a fair read, yes.

10         Q.   And are all of these apps identified here    06:33:31

11      nongames?

12         A.   I would --

13              MR. BLUME:  Objection.  Form.

14              THE DEPONENT:  -- consider all of the

15      categories listed here as nongames.                 06:33:41

16         Q.   (By Mr. Loeser)  And then within this

17      category of nongames, you'll see that the slide has

18      a category, "Sub Categories that require further

19      assessment."

20              Do you see that?                             06:33:55

21         A.   I do.

22         Q.   And there are five different

23      subcategories that are identified; is that right?

24         A.   I do.

25         Q.   And they are -- "Social network            06:34:06
```

Page 367

CONFIDENTIAL

```
 1    influencing," that's the first one, right?          06:34:09

 2         A.   Yeah.

 3         Q.   "Media Aggregators" is the second; is

 4    that right?

 5         A.   Correct.                                   06:34:17

 6         Q.   "Social Apps" is the third; is that

 7    right?

 8         A.   Correct.

 9         Q.   "TV" is the fourth, correct?

10         A.   Correct.                                   06:34:25

11         Q.   And what's the fifth one identified

12    there?

13         A.   The word on the slide is "Strategic."

14         Q.   So let's go to next page of this slide

15    deck.                                                06:34:41

16              And can you read for the record what the

17    title of this slide is.

18         A.   The title of the slide is "What do we

19    have to lose?"

20         Q.   Okay.  And this is a -- is a slide that    06:34:53

21    is in the presentation called "Criteria for

22    granting Exemptions and Extensions"; is that right?

23         A.   It's in a slide which is a draft of how

24    to think about that potentially.

25         Q.   So let's go through each of these items    06:35:11
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    on here.                                              06:35:13

 2           The first one is "Revenue"; is that

 3    right?

 4       A.    That's what's on the slide.

 5       Q.    And then what are the questions asked in     06:35:18

 6    connection with "Revenue"?

 7    ████   ██████████████   ███████████████

      ███████████████

      ██   ████   ████████████████

      ██   ██████████████████████   ████████

      ███████████████

      ██   █████████████████████

      ████████████████████████████████

      ████████████████████████████████████

      ██████████████████████   ████████

16           MR. BLUME:  Objection.  Form.  Scope.

17           THE DEPONENT:  What's on the slide is --

18    ███████████████████████████████████

      █████████████████████

20       Q.    (By Mr. Loeser)  For revenue, right?         06:35:59

21       A.    It's next to "Revenue" on the slide.

22       Q.    Okay.  And the next item there is "Will

23    access to Graph increase spend?"  And that's also a

24    question related to what do we have to lose with

25    regard to revenue; is that right?                     06:36:13

                                              Page 369
```

```
 1              MR. BLUME:  Objection.  Form.            06:36:15

 2              THE DEPONENT:  It's a question, as

 3     written on the slide.

 4         Q.   (By Mr. Loeser)  Question relating to

 5     "What do we have to lose?" related to revenue,       06:36:22

 6     right?

 7              MR. BLUME:  Same objection.

 8              THE DEPONENT:  I mean, if -- if I'm just

 9     reading a slide now.

10         Q.   (By Mr. Loeser)  Well, actually, you're   06:36:34

11     testifying on behalf of Facebook.

12     ████████████████████████████████████

       ██████████████████████████████████████

       ██████████████

15              MR. BLUME:  Objection.  Form.  And scope.  06:36:48

16              THE DEPONENT:  So the slide here

17     indicates that when thinking about the potential

18     impact of these changes, along with several other

19     accesses, it was a question being asked.

20         Q.   (By Mr. Loeser)  Okay.  And another        06:37:05

21     question being asked in that context was "Will

22     access to graph increase spend?"; is that right?

23              MR. BLUME:  Objection.  Form.  And scope.

24              THE DEPONENT:  The slide suggests that

25     the author was asking that question.              06:37:16
```

Page 370

CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  The author is a person      06:37:19

 2   who works for Facebook, who developed a PowerPoint

 3   called "Criteria for granting Exemptions and

 4   Extensions," right?

 5        THE COURT REPORTER:  Wait.  Mr. Blume,            06:37:29

 6   you were muffled.  What --

 7        MR. BLUME:  Sorry.  I -- my objection was

 8   asked and answered.

 9        Q.   (By Mr. Loeser)  You can answer,

10   Mr. Cross.                                             06:37:43

11        A.   This is a slide deck with that title,

12   with this slide on it, produced by an employee of

13   Facebook.

14        Q.   (By Mr. Loeser)  And then if we move down

15   the -- the column on "What do we have to lose," the    06:37:56

16   second item is "Visibility/Influence."

17        Do you see that?

18        A.   I do see that.

19        Q.   And what were the questions that Facebook

20   posed with regard to visibility and influence?         06:38:10

21        MR. BLUME:  Objection.  Form.  Scope.

22        THE DEPONENT:  What's on the slide

23   written by Monica is "Risk of bad press?"  And "Is

24   there user value and will they be upset?"

25        Q.   (By Mr. Loeser)  And so the risk of bad      06:38:26
```

Veritext Legal Solutions
866 299-5127

1    press, in the context of this transition to the new          06:38:29

2    platform, why would there be a risk of bad press

3    relating to that transition in which certain

4    permissions were deprecated?

5             MR. BLUME:  Objection.  Form.  And scope.          06:38:43

6             THE DEPONENT:  It's hard to answer that

7    on behalf of the company.

8             But what I can say in a personal

9    capacity, having worked in this area, is that the

10   changes that were being proposed at the time would          06:38:55

11   have had an impact on several -- many applications

12   built on the Facebook developer platform, and there

13   was a concern that they might be vocal about their

14   displeasure.

15        Q.   (By Mr. Loeser)  And now the next item is          06:39:13

16   "Users/Engagement," and the question is "Will they

17   remove login resulting in a MAU drop?"

18             Tell me what that means.

19             MR. BLUME:  Objection.  Form.  Scope.

20             THE DEPONENT:  Well, what they mean is --          06:39:29

21   by remove login is that the -- an app might choose

22   to remove a Facebook login integration, and that

23   might result in a monthly activity user drop.

24        Q.   (By Mr. Loeser)  And so you're -- what

25   this is suggesting is that because of the changes          06:39:48

                                                        Page 372

```
 1    to the platform, an app may decide not to              06:39:50

 2    participate on the platform anymore causing a drop

 3    in monthly average users of the platform; is that

 4    right?

 5              MR. BLUME:  Objection.  Form and scope.      06:40:02

 6              THE DEPONENT:  This is -- MAU is monthly

 7    active, rather than average users.

 8              One of the -- one of the concerns

 9    discussed at the time is that these changes might

10    require developers to deprecate or that developers     06:40:20

11    would choose to deprecate their applications and,

12    therefore, no longer participate in the Facebook

13    developer platform resulting in worse outcomes for

14    users.

15       Q.   (By Mr. Loeser)  And why does Facebook          06:40:35

16    care about monthly active users?

17              MR. BLUME:  Objection.  Beyond the scope.

18              THE DEPONENT:  Yeah.  I -- this is beyond

19    the scope of like what I've been prepared to

20    testify on.                                             06:40:47

21              Sorry.  I don't feel I can answer that

22    question.

23       Q.   (By Mr. Loeser)  So in connection with

24    the -- the impact of the transition to the new

25    platform, Facebook is not prepared to testify about     06:40:59
```

1    why it cares about an impact relating to a drop in          06:41:02

2    monthly active users?

3              MR. BLUME:  Objection to form.  And

4    scope.

5              THE DEPONENT:  It's unclear what MAU            06:41:12

6    means in this context.  It could be -- MAU is a

7    metrics used to define many different things at

8    Facebook.

9        Q.   (By Mr. Loeser)  All related to monthly

10   active users, right?                                    06:41:25

11       A.   In different context, though.  There are

12   different products that calculate monthly active

13   users for their product.

14       Q.   Okay.  So looking at the next item on

15   here, it says "Data Exchange."                          06:41:38

16              Do you see -- see that?

17       A.   I do.

18       Q.   What does data exchange mean for

19   Facebook?

20              MR. BLUME:  Objection.  Form.  And scope.     06:41:48

21              THE DEPONENT:  I can't answer what does

22   data exchange mean for Facebook, in general.  That

23   would be beyond the scope.

24              Well, I can say there in this context --

25   again, given my personal experience -- is one of       06:42:01

Page 374

```
 1    the benefits of the Facebook developer platform was        06:42:05

 2    that users would share their activity in apps back

 3    to Facebook.  And that was seen as a good thing

 4    because it would be more content on their timeline

 5    and in newsfeed for their friends.                         06:42:22

 6         Q.   (By Mr. Loeser)  And the data was also

 7    beneficial for Facebook's business, right?

 8              MR. BLUME:  Objection.  Form.  And beyond

 9    the scope.

10              THE DEPONENT:  I'm not able to answer the        06:42:35

11    question on -- on the business, on the advertising

12    side.  That's not my area of expertise.

13              Again, what I can say is that one of the

14    values of the Facebook developer platform is that

15    information about users' activity and apps, users          06:42:52

16    would decide to share that back to Facebook, and

17    that would be content on their timeline, in their

18    newsfeed.

19              And that would be a reason for their

20    friends to come back and look at newsfeed.  So good        06:43:04

21    for -- good for users and ultimately good for

22    Facebook.

23         Q.   (By Mr. Loeser)  Okay.  And so the

24    question being asked with regard to "Data Exchange"

25    is "Will we lose access to OG data?"                       06:43:16
```

Page 375

```
 1               What is OG data?                          06:43:19

 2               MR. BLUME:  Objection.  Form.

 3               THE DEPONENT:  OG data, in this context,

 4     refers to Open Graph data, which in this context,

 5     again, specifically refers to users choosing to      06:43:30

 6     share their activity in apps back to their Facebook

 7     timeline.

 8          Q.   (By Mr. Loeser)  And OG data would also

 9     include data about users' friends, right?

10               MR. BLUME:  Objection.  Form.            06:43:44

11               THE DEPONENT:  No.

12          Q.   (By Mr. Loeser)  Why not?

13          A.   So in this context, it's about a user

14     sharing their activity back to Facebook.

15          Q.   Can their activity also involve           06:44:01

16     information about their friends?

17          A.   No.  A user in -- in this context, is

18     about a user sharing their activity in an app back

19     to Facebook.

20          Q.   So if their activity was "Went to the     06:44:16

21     restaurant with my friend," that's not information

22     about the user's friend?

23               MR. BLUME:  Objection.  Form.

24               THE DEPONENT:  I mean, in this context,

25     that's what it means.  It's -- there was a          06:44:27
```

Page 376

1    mechanism for a user to tag their friend in a          06:44:32

2    story.  But in this case, it's about a user

3    choosing to share activity in their -- in an app

4    with their friends on Facebook.  And that's --

5    that's specifically what this is referring to, in      06:44:46

6    my understanding.

7         Q.   (By Mr. Loeser)  Okay.  And then the next

8    question is "Do certain products depend on this

9    data?"

10         What -- what data is this referring to?          06:44:52

11         A.   I'm not sure exactly what data is -- is

12    this data.  I'm inferring that it means OG data.

13         But, you know, that -- that's -- that's

14    my inference.  It's not entirely clear from this

15    slide what -- what this data means.                    06:45:13

16         Q.   So Ms. Mosseri -- Mosseri -- or Mosseri

17    here was evaluating -- when answering the question

18    "What do we have to lose," one of the categories

19    she identified was data exchange, right?

20         MR. BLUME:  Objection.  Form.                    06:45:26

21         THE DEPONENT:  Data exchange is on -- on

22    the slide.

23         Q.   (By Mr. Loeser)  So let's go to the next

24    page of the slide.

25         Do you see that the header or the title          06:45:42

                                                    Page 377

| | |
|---|---|
| 1 | of that slide is "Loss Assessment"? | 06:45:46 |

 1    of that slide is "Loss Assessment"?                    06:45:46

 2         A.   I do.

 3         Q.   So based on this slide, it appears that

 4    Facebook did a loss assessment using the different

 5    categories of apps that were earlier identified in      06:46:00

 6    this presentation; is that right?

 7              MR. BLUME:  Objection.  Form.  And scope.

 8              THE DEPONENT:  I mean, it's hard to --

 9    it's hard to read this slide.

10              The title "Loss Assessment" is there, but    06:46:12

11    everything else is -- is kind of squiffy.

12         Q.   (By Mr. Loeser)  Okay.  So if you go back

13    to the slide, "Categories of apps and impact" --

14    and -- and I can clarify this with -- with some

15    questions.  I can see why you were confused.          06:46:28

16              The subcategories that required further

17    assessment were "Social Network Influencing, Media

18    Aggregators, Social Apps, TV" and "Strategic"; is

19    that right?

20         A.   That's what I see on the slide, yeah.        06:46:41

21         Q.   Okay.  So now when you go forward to the

22    "Loss assessment" slide, the categories of apps for

23    which there was further assessment were "Media

24    Aggregator, Social Network Influencing, Social

25    Apps, TV" and "Other strategic."                      06:46:50

```
1              Do you see that?                          06:46:54

2         A.   That's what I see on the slide.

3         Q.   Okay.  So this is a further loss

4    assessment pertaining to those specific categories

5    that were subcategories of the nongames category.   06:47:03

6              Do I have that right?

7              MR. BLUME:  Objection.  Form.  And scope.

8              THE DEPONENT:  I -- I think you -- I

9    think you probably have these right.  These are --

10   these are five categories that are mentioned on the 06:47:18

11   previous slide.

12        Q.   (By Mr. Loeser)  Okay.  And then if you

13   look at the "Loss assessment," it's broken down

14   into four different categories.  And they are

15   "Revenue, Visibility Influence, Users/Engagement"   06:47:28

16   and "Data Exchange."

17             Do you see that?

18        A.   I do see that.

19        Q.   And those were the four different

20   categories that was identified on the slide "What   06:47:39

21   do we have to lose"; is that right?

22        A.   That matches the previous slide.

23        Q.   So let's look down the other strategic

24   column of this loss assessment.  And if you look at

25   the -- across from the "Revenue (Q4 '13)" line --   06:47:59
```

Page 379

1    do you see that in the middle of the page, "Revenue          06:48:04

2    (Q4 '13)"?

3         A.   I see it in the middle of the page, yeah.

4         Q.   And so for the purpose of this analysis,

5    Facebook was able to identify the revenue for              06:48:14

6    specific apps that were taken into account when

7    evaluating loss assessment rating -- relating to

8    revenue for Q4 '13; is that right?

9              MR. BLUME:  Objection.  Form.  And scope.

10             THE DEPONENT:  I -- I am not -- I              06:48:37

11   can see -- I can see on the slide, but --

12   discussing exactly how revenue was calculated or --

13   is -- is not something I've been prepared to

14   testify about -- I'm prepared to testify about.

15        Q.   (By Mr. Loeser)  Okay.  So one of the          06:48:54

16   topics here was the revenue impact of -- of

17   whitelisting, for example, right?

18        A.   I think that -- I think that's right,

19   yes.

20        Q.   And so this is a slide that -- that shows      06:49:11

21   that Facebook evaluated loss assessment, and one of

22   the categories of loss assessment that was

23   evaluated was revenue, right?

24             MR. BLUME:  Objection.  Form.  And scope.

25             THE DEPONENT:  Again, in this slide deck       06:49:30

Page 380

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that -- that Monica prepared, she has done some | 06:49:35 |
| 2 | analysis or pulled some data, and one of those data | |
| 3 | is some revenue numbers. | |
| 4 | Q.   (By Mr. Loeser)  And so it appears from | |
| 5 | this slide deck that when considering the other | 06:49:50 |
| 6 | strategic partners, and these other subcategories, | |
| 7 | and the impact of the transition to the new | |
| 8 | platform, Facebook was able to evaluate the revenue | |
| 9 | associated with other strategic partners; is that | |
| 10 | right? | 06:50:08 |
| 11 | MR. BLUME:  Objection.  Form.  And beyond | |
| 12 | the scope. | |
| 13 | THE DEPONENT:  Yeah.  As I say, I think | |
| 14 | it's beyond the scope of what I've been prepared to | |
| 15 | testify on. | 06:50:19 |
| 16 | Q.   (By Mr. Loeser)  Okay.  Can you answer | |
| 17 | the question? | |
| 18 | A.   From looking at the slide here, there is | |
| 19 | some revenue numbers for some developers and | |
| 20 | partners, but it's unclear to me exactly what | 06:50:37 |
| 21 | that -- what -- where that -- where that data came | |
| 22 | from or exactly what it refers to.  But there's | |
| 23 | some revenue numbers on the slide. | |
| 24 | Q.   So the revenue numbers on the slide | |
| 25 | include -- and you tell me if I'm reading the slide | 06:50:51 |

CONFIDENTIAL

```
 1    wrong -- but for Q4 '13, so fourth quarter of 2013,    06:50:55

 2    eBay has $639,342 of revenue.  That was revenue for

 3    Facebook.

 4            Is that -- is that a fair way to read

 5    this slide?                                            06:51:11

 6            MR. BLUME:  Objection.  Form.  And scope.

 7            THE DEPONENT:  I can't confirm exactly

 8    what was meant by the author.  But I'm reading that

 9    there is those numbers on the slide, yes.

10    Q.   (By Mr. Loeser)  So based upon this              06:51:26

11    slide, it appears that Facebook evaluated the

12    revenue paid by certain partners when looking at

13    the impact of the introduction of the new platform

14    would have on those partners if they were to stop

15    using the platform?                                   06:51:40

16            MR. BLUME:  Objection to form.

17    Q.   (By Mr. Loeser)  Do you think that's --

18            MR. BLUME:  Sorry.

19            THE DEPONENT:  No.

20            MR. BLUME:  Hold on.  Did you finish your     06:51:49

21    question, Derek?

22            MR. LOESER:  Yes.

23            MR. BLUME:  Oh, then objection.  Form.

24    And scope.

25            THE DEPONENT:  So my understanding of --      06:52:04
```

Page 382

1    of reading this is that there is some data on          06:52:06

2    revenue from some partners, but it's not clear to

3    me that this is directly related to whether or not

4    they would stop using the platform.

5          It indicates that they -- again, seeing        06:52:27

6    what I see on the slide -- that that was the

7    revenue in the quarter.  It does not make a

8    specific connection to whether or not they would be

9    impacted by the changes and how.

10       Q.   (By Mr. Loeser)  But does Facebook track     06:52:44

11   the revenue of -- that it receives from its

12   strategic partners?

13          MR. BLUME:  Form.  Scope.

14          THE DEPONENT:  I'm not well up on the

15   advertising side of Facebook's business.  And I     06:53:03

16   haven't worked in the strategic partnership team

17   for a long time.  So I don't feel I can clearly

18   answer that question.

19       Q.   (By Mr. Loeser)  So where would Facebook

20   go if it wanted to answer the question of the       06:53:16

21   amount of revenue paid to Facebook in the Q -- in

22   Q4 '13 for Amazon, Apple, Spotify, Bing, Windows,

23   Skype, eBay and Ticketmaster?

24          MR. BLUME:  Objection.  Form.  And scope.

25          THE DEPONENT:  I would probably go and       06:53:33

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ask someone on the advertising side of the | 06:53:35 |
| 2 | business. | |
| 3 | Q.   (By Mr. Loeser)  And if Facebook wanted | |
| 4 | to evaluate the loss of revenue to Facebook, if all | |
| 5 | of the partners I just listed stopped using the | 06:53:46 |
| 6 | platform, how would Facebook do that? | |
| 7 | MR. BLUME:  Objection.  Form.  And scope. | |
| 8 | THE DEPONENT:  I'm -- I'm not sure -- | |
| 9 | I -- I -- I don't know.  I'm not an expert in | |
| 10 | analyzing spend and what the impact is. | 06:54:01 |
| 11 | Remember, the -- we're talking here about | |
| 12 | a bunch of platform changes.  Revenue could come | |
| 13 | from -- from a number of different reasons.  This | |
| 14 | revenue is not necessarily directly connected to | |
| 15 | their integration. | 06:54:22 |
| 16 | So I -- I actually -- again, I don't | |
| 17 | know -- and I want to be clear -- I'd be | |
| 18 | speculating.  I -- I do not know.  And I -- I'm not | |
| 19 | an expert in how you would assess the potential | |
| 20 | loss in revenue if the integrations were stopped. | 06:54:37 |
| 21 | Q.   (By Mr. Loeser)  So fair to say when | |
| 22 | Ms. Mosseri was evaluating "What do we have to | |
| 23 | lose," one of the topics that she evaluated was | |
| 24 | revenue, right? | |
| 25 | MR. BLUME:  Objection.  Asked and | 06:54:52 |

Page 384

```
1    answered.                                             06:54:52

2           THE DEPONENT:  I feel like I've answered

3    that question.

4       Q.   (By Mr. Loeser)  So that's a "yes"?

5       A.   I feel like I've answered that question.      06:55:02

6           MR. BLUME:  You can answer.

7       Q.   (By Mr. Loeser)  You can answer.

8           MR. BLUME:  You -- you can answer again,

9    Simon, if you remember.

10          THE DEPONENT:  Okay.  Revenue -- there          06:55:09

11   are -- there are some revenue stats on here, but

12   it's not necessarily making a connection with --

13   with impact.  It's just -- my understanding is

14   this is -- this is statements of revenue in a

15   quarter by these companies and that's it.             06:55:27

16      Q.   (By Mr. Loeser)  Okay.  On a page with

17   the title "Loss assessment"; is that right?

18      A.   The numbers are on a page with the title

19   "Loss assessment."  But that doesn't mean that

20   this would be the loss if -- this would be an         06:55:41

21   assessed loss based on the proposed changes.

22      Q.   Fair to say, however, that Ms. Mosseri

23   was identifying the revenue received from certain

24   partners in connection with her evaluation of

25   potential losses that Facebook would experience as    06:55:59
```

Page 385

1    a result of the transition?                          06:56:01

2            MR. BLUME:  Objection.  Form.  And scope.

3            THE DEPONENT:  Again, reading -- reading

4    from the slide here, there's a slide with "Loss

5    assessment" in the title, and there are some        06:56:14

6    revenue numbers, very small number of companies.

7        Q.  (By Mr. Loeser)  And fair to say if -- if

8    Facebook could identify those revenue numbers for

9    eBay and Spotify, it could also identify them for

10   all of its other strategic partners?                06:56:30

11           MR. BLUME:  Objection.  Form.  Scope.

12           THE DEPONENT:  I do not know how -- I --

13   I do not know if that's possible.  It's -- as we've

14   discussed previously, definition of strategic

15   partner is not like clearly defined and/or          06:56:45

16   universal.

17           And I'm not an expert and would not know

18   and was not -- did not prepare to answer questions

19   on how revenue would be assessed for a given

20   company.  It's -- it's not something I know how to  06:57:10

21   do.

22       Q.  (By Mr. Loeser)  You can't answer the

23   question, but it's an answerable question by

24   Facebook, right?

25           MR. BLUME:  Objection.  Form.  Scope.       06:57:20

                                                  Page 386

```
 1              THE DEPONENT:  It's -- it -- again, it's        06:57:24

 2     potentially an answerable question by Facebook.

 3     But I'd be speculating.  As I say, I -- I am not

 4     aware of how this would be done.

 5         Q.   (By Mr. Loeser)  So let's move to the           06:57:38

 6     next type of loss that -- that was identified here,

 7     and it's "Visibility" and "Influence."

 8              Do you see -- see that?

 9         A.   I see that.

10         Q.   And you'll see for the "Other Strategic"        06:57:49

11     category of partners, it notes "High"?

12         A.   It seems to note "High," yes.

13         Q.   And so what does that indicate with

14     regard to those partners?

15              MR. BLUME:  Objection.  Scope.                  06:58:05

16              THE DEPONENT:  Impossible for me to say

17     here from the company's perspective.  This is a

18     slide deck written by somebody.  There's no

19     criteria defined for visibility and influence or

20     what high, medium or low would be in that context.     06:58:22

21              I think if you want to know that --

22         Q.   (By Mr. Loeser)  Do you --

23         A.   -- it might be worth asking Monica.

24         Q.   Sorry.  I don't mean to talk at the same

25     time.                                                   06:58:31
```

CONFIDENTIAL

```
 1        A.    Sorry.                                    06:58:32

 2        Q.    Does Amazon have a high visibility and

 3   influence with -- with Facebook?

 4              MR. BLUME:  Objection.  Form.  Scope.

 5              THE DEPONENT:  I don't -- I -- I -- I      06:58:48

 6   couldn't answer on the company's perspective about

 7   like whether or not Amazon has -- has influence.

 8   It's -- it's certainly a large organization.  But

 9   assessing its influence within Facebook is not

10   something I could testify to.                         06:59:06

11        Q.    (By Mr. Loeser)  Okay.  And then if we go

12   to the next category "Users/Engagement."

13              Do you see that?

14        A.    I do see that.

15        Q.    And you'll see that for each of these      06:59:15

16   subcategories there's a monthly active user number.

17              Do you see that?

18              MR. BLUME:  Objection.  Form.

19              THE DEPONENT:  I do.

20        Q.    (By Mr. Loeser)  And the highest monthly   06:59:23

21   active user category in here is to "Other

22   Strategic"; is that right?

23        A.    Of the five listed here, that's the

24   largest number.

25        Q.    And "Other Strategic," it shows that       06:59:33
```

Page 388

```
 1    65,996,118 monthly active users.                    06:59:36

 2           So what does that mean with regard to the

 3    "Other Strategic" category?

 4           MR. BLUME:  Objection.  Form.  And beyond

 5    the scope.                                           06:59:49

 6           THE DEPONENT:  So in -- and this is one

 7    of the things I was referring to earlier.

 8           Different products measure their own MAU.

 9    My understanding is in this context it refers to

10    whether or not the Facebook platform apps           07:00:06

11    associated with these entities and how many people

12    were actively using those Facebook platform apps.

13       Q.   (By Mr. Loeser)  And -- so if Facebook

14    wanted to isolate and identify the monthly active

15    users for all partners apps that were whitelisted    07:00:29

16    for the time period they were whitelisted, is that

17    something Facebook could do?

18       A.   Can you help me understand, monthly

19    active users in what context?

20       Q.   In -- in the context that you just used      07:00:47

21    when answering my prior question.

22       A.   So whether or not the app IDs that were

23    associated with these entities, what their monthly

24    active user based off the application was?

25       Q.   Right.                                       07:01:02
```

Page 389

1      A.   And help me understand -- remind for me          07:01:03

2    the rest of your question so I can make sure I

3    answer it as accurate as I can.

4      Q.   Sure.  I -- it's really -- it's a

5    question about Facebook's ability to track its --      07:01:10

6    its users.

7           And so can Facebook identify monthly

8    active users for all partner apps that were

9    whitelisted?

10          MR. BLUME:  Objection.  Form.                   07:01:32

11     Q.   (By Mr. Loeser)  For the time period that

12   they were whitelisted?

13     A.   I don't know if Facebook can -- can

14   determine that.  The answer is relatively hard to

15   compute, as I understand it and would -- would --     07:01:45

16   would depend on data retention policies.

17          I do not know whether or not that's an

18   answerable question.

19     Q.   Okay.  And what about if Facebook wanted

20   to isolate revenue from all partners that were        07:02:00

21   whitelisted for the time period that they were

22   whitelisted; is that something Facebook can do?

23     A.   Again, I don't know if that's something

24   that Facebook could do.

25     Q.   And where would Facebook go to answer the      07:02:14

Page 390

CONFIDENTIAL

```
 1    question of whether it could do that?              07:02:16

 2              MR. BLUME:  Objection.  Form.

 3              THE DEPONENT:  I would have to -- I -- I

 4    don't know.  I would have to speak to the folks on

 5    the platform team to see if they knew if they could   07:02:33

 6    provide some of the information.

 7              And I think the -- the sales and

 8    marketing and advertising part of the business

 9    would -- somebody there would -- would be able to

10    answer whether or not that was answerable.          07:02:50

11        Q.   (By Mr. Loeser)  So let's look at the

12    last category of -- of -- of what Facebook has to

13    lose in the transition to the new platform, and

14    that's "Data Exchange."

15              And, again, under the "Other Strategic"    07:03:06

16    column, it lists a number of -- of apps.  It says

17    "Bing/Win" -- which I assume is Windows -- "Skype:

18    Maps, Search, Video Message, Ticketmaster: Events

19    data."

20              What is that -- explain to what data       07:03:24

21    exchange occurs with regard to those particular

22    apps.

23              MR. BLUME:  Objection.  Form.  And scope.

24              THE DEPONENT:  I'm not able to answer

25    the apps with -- with that specificity.  That would   07:03:35
```

Page 391

1    require me to know the details of those                  07:03:40

2    integrations a long time in the past.

3             So I'm -- I'm not able to -- to

4    explain -- to answer the question as -- as to

5    exactly what data -- how those integrations       07:03:51

6    functioned.

7        Q.   (By Mr. Loeser)  And can you answer more

8    broadly, or do you have anything other than what

9    you've already said about data exchange to -- to

10   say with regard to why it was taken into account  07:04:02

11   when evaluating what Facebook has to lose in the

12   transition to the new platform?

13            MR. BLUME:  Objection.  Form.  And beyond

14   the scope.

15            THE DEPONENT:  Related to these, I --     07:04:13

16   I -- I -- I couldn't give a specific answer.

17            We talked about a previous category here

18   which is apps that people used that allowed them to

19   share their activity back to their friends on

20   Facebook, and that being a form of data exchange   07:04:30

21   that was the core -- one of the core value

22   propositions of the Facebook developer platform for

23   users and for developers.

24            MR. LOESER:  We can move on to a new

25   exhibit.                                           07:04:48

                                               Page 392

CONFIDENTIAL

```
 1              MR. BLUME:  Is this a -- is this a good      07:04:50

 2     time for a break, Derek?

 3              THE DEPONENT:  Yeah, I would love a

 4     break, if that's all right.  A bio break.

 5              MR. LOESER:  Sure.  Absolutely.             07:04:58

 6              SPECIAL MASTER GARRIE:  How long -- how

 7     long of a break are we talking about, Counsel?

 8     Maybe 20 -- how long do you need Mr. Cross?  Do you

 9     want to grab dinner?

10              THE DEPONENT:  Well, what time are we        07:05:06

11     planning to go to?  I have on my calendar until I

12     think --

13              SPECIAL MASTER GARRIE:  These people --

14     oh, let's go off the -- off the record.

15              THE DEPONENT:  Okay.                         07:05:14

16              THE VIDEOGRAPHER:  Okay.  We're off the

17     record at 7:05 p.m.

18              (Recess taken.)

19              THE VIDEOGRAPHER:  We are back on the

20     record at 7:39 p.m.                                   07:39:07

21              MR. LOESER:  Okay.  Mr. Cross, we're

22     going to introduce a new exhibit which will be

23     marked Exhibit 341.

24              (Exhibit 341 was marked for

25     identification by the court reporter and is          07:39:16
```

Page 393

CONFIDENTIAL

```
 1    attached hereto.)                                07:39:16

 2         MR. LOESER:  And so you should be looking

 3    at now a document that has the header "Deprecated

 4    f8 2014 Partnerships/Ops XFN."

 5         Do you see that?                            07:39:51

 6    A.   Yeah, I see that.

 7    Q.   And what does the title of that document

 8    refer to?

 9    A.   I can't be 100 percent sure.  But reading

10    the document, it seems to refer to a -- a Facebook   07:40:09

11    group or a Workplace group.  Some -- some kind of

12    internal message board.  It's -- it's hard to read

13    the exact structure.

14    Q.   And -- and what does "Partnership/Ops

15    XFN" mean?                                       07:40:28

16    A.   Partnerships would mean the --

17    partnerships team ops means the ops team.  And XFN,

18    in Facebook parlance, stands for cross-functional,

19    i.e., people from different teams working together.

20    Q.   And -- and what is the ops team?           07:40:47

21         That's developer operations; is that what

22    that means?

23    A.   In this case, it would mean developers

24    operations, yeah.

25    Q.   And just looking at this document,         07:40:57
```

Page 394

CONFIDENTIAL

```
 1    what -- is this a -- a Quip or -- you know, what is      07:40:59

 2    the -- what is the -- how is this document

 3    generated?

 4            Do you know?

 5        A.   I think this is a -- this is contents in        07:41:08

 6    a Workplace group, which is a kind of internal

 7    version of -- of Facebook.  But I can't be

 8    100 percent certain of that.  And the formatting

 9    makes it hard to -- to follow.  But I -- I think

10    it's a Facebook group or a Workplace group.             07:41:26

11        Q.   And so Facebook used its platform

12    internally for employees to communicate with each

13    other?

14        A.   That's correct.  Today that's a tool

15    called Workplace.  But in the past, it was groups       07:41:43

16    on -- on Facebook that were only available to

17    employees.

18        Q.   And is that a -- is that a product that

19    you can search?

20            So for example, if you wanted to search         07:41:59

21    on the word developer operations, could you -- is

22    that a searchable -- the tool allow for searches

23    like that?

24            MR. BLUME:  Objection.  Form.  And scope.

25            THE DEPONENT:  I can't -- I can't give a         07:42:16
```

Page 395

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | canonical Facebook answer.  But as a -- but as a | 07:42:19 |
| 2 | user of the tool, you -- you can search for things. | |
| 3 | But I'm unclear on the -- the -- how -- how far the | |
| 4 | index goes back or -- or how the -- the search | |
| 5 | function works. | 07:42:33 |
| 6 | Q.   (By Mr. Loeser)  Okay.  And it's a little | |
| 7 | hard to read on this, but the last entry in this | |
| 8 | series of messages is by you and it's -- it looks | |
| 9 | like July 24th, 2014. | |
| 10 | Do you see that at the very top of the | 07:42:47 |
| 11 | document? | |
| 12 | A.   I do. | |
| 13 | Q.   Okay.  And is what I stated accurate? | |
| 14 | A.   Yeah.  This is a message from me and I -- | |
| 15 | on July 24th, 2014. | 07:43:01 |
| 16 | Q.   Okay.  So it is a long string and the -- | |
| 17 | and the -- the font is small.  And I'm going to ask | |
| 18 | you to turn a few pages into this string to the | |
| 19 | Bates number FB-CA-MDL-02978566. | |
| 20 | A.   I have it. | 07:43:33 |
| 21 | Q.   Okay.  And so -- yeah, there's the Bates. | |
| 22 | And so if we go up and -- and -- to read, | |
| 23 | we'll try to make this bigger if necessary. | |
| 24 | But in the middle of that page there is a | |
| 25 | post -- is that the right way to describe it, a | 07:43:41 |

Page 396

1  post?                                                        07:43:44

2      A.   I -- I think -- I think this is a post

3  if -- if I'm right in identifying where this is

4  from.  We -- we can call it a post for the purposes

5  of this conversation.                                        07:43:54

6      Q.   Okay.  And there's a post from

7  Monica Mosseri, and it's dated February 10th, 2014;

8  is that right?

9      A.   That's right.

10      Q.   And I'll just, for the record, read part   07:44:05

11  of this post and -- and I have some questions for

12  you.

13          Monica Mosseri writes "I just wanted to

14  follow up on Jackie's post regarding the asks of

15  the partnership team.  The POC's for each group" --  07:44:23

16  what are POCs?

17      A.   That would refer to points of contact.

18      Q.   The points of contact "for each group

19  (listed below) are responsible for completing these

20  three buckets for" the "entire team.  Please         07:44:37

21  complete this by end of day Wed Feb 12th.  If you

22  have any questions please reach out to me and cc

23  Simon Cross."

24          Do you see that?

25      A.   I do.                                       07:44:47

                                                         Page 397

1      Q.   And so Monica is informing the              07:44:51

2   partnership teams that they have to fill out a

3   spreadsheet that has three buckets; is that right?

4          MR. BLUME:  Objection.  Form.

5          Derek, does he have the -- does he have      07:45:02

6   scrolling ability to see the context?

7          THE DEPONENT:  I -- I do.

8          So sorry, Derek.  Could you ask your

9   question again.

10     Q.   (By Mr. Loeser)  Sure.                       07:45:30

11         I just read a -- the beginning of the

12   post and -- and asked you that, based upon this,

13   Monica Mosseri notes, "I just wanted to follow up

14   on Jackie's post regarding the asks of the

15   partnership team.  The Points of Contact for each   07:45:42

16   group are responsible for completing these three

17   buckets for" the "entire team."

18         And if you -- if you read through this,

19   she's asking the partnership teams to classify the

20   partners into one of three buckets; is that right?  07:45:52

21         MR. BLUME:  Objection to form.  And

22   scope.

23         THE DEPONENT:  I think that's what she's

24   asking on the post, yes.

25     Q.   (By Mr. Loeser)  And if you move down        07:46:04

                                                    Page 398

1   the -- the -- her post a little bit, there's a          07:46:05

2   No. 2.  It says "Extension/Exemption."

3           Do you see that?

4       A.   I do see that.

5       Q.   And she states "Identify your Partners         07:46:16

6   with Platform Agreements or non-standard Platform

7   Agreements & identify 'Backward Compatibility.'"

8           Do you see that?

9       A.   I do.

10          I do --                                          07:46:25

11      Q.   And I'm going to read another part of

12  this post.

13          She writes "The capabilities that are in

14  this spreadsheet columns U-BO are capabilities that

15  are now public but soon won't be as they are tied      07:46:52

16  to a perm/API that we are deprecating in PS12n."

17          Do you see that?

18      A.   I see that.

19      Q.   So she's asking the partner points of

20  contact for each of these groups to put the            07:47:07

21  partners into three buckets, and this is in the

22  context of the permissions and the APIs that are

23  being deprecated in connection with PS12n, right?

24          MR. BLUME:  Objection.  Form.  And scope.

25          THE DEPONENT:  That's what's on the page.       07:47:25

                                                            Page 399

```
 1        Q.    (By Mr. Loeser)  So there's another line      07:47:35
 2   in this post in which she says "The existing
 3   Private API" -- or I'll start that again.
 4            "The existing Private API's partners have
 5   access to are not listed in this doc and will go       07:47:52
 6   through a different review process."
 7            Do you see that?
 8        A.    Yeah, I see that.
 9        Q.    And so she's identified, in addition to
10   partners that will have private APIs going forward     07:48:07
11   that didn't have them before, existing private API
12   partners, and she's indicating that that will go
13   through a different review process.
14            Do you recall that -- that different
15   review process for partners that already had access   07:48:22
16   to private APIs before the transition to the new
17   platform?
18        A.    I do not recall a different -- that
19   different review process.
20        Q.    And so did Facebook have a different       07:48:34
21   review process for partners that already had access
22   to private APIs before the transition to the new
23   platform, when deciding whether they would continue
24   to have access to information that partners would
25   no longer have access to after the transition to      07:48:52
```

Page 400

| | | |
|---|---|---|
| 1 | the new platform? | 07:48:55 |
| 2 | MR. BLUME:  Objection.  Form.  And scope. | |
| 3 | THE DEPONENT:  I -- I -- I can't -- I | |
| 4 | can't say for certain if there was another process | |
| 5 | or, if so, what that process was. | 07:49:08 |
| 6 | I don't -- I don't recall and it -- and | |
| 7 | it hasn't come up in my conversations with people | |
| 8 | or the documents I've reviewed. | |
| 9 | Q.   (By Mr. Loeser)  So has Facebook | |
| 10 | identified a group of partners that already had | 07:49:21 |
| 11 | private APIs at the time of the transition to the | |
| 12 | new platform through which those partners were able | |
| 13 | to obtain access to friend data? | |
| 14 | MR. BLUME:  Objection.  Form.  And scope. | |
| 15 | THE DEPONENT:  Sorry.  Can you ask the | 07:49:38 |
| 16 | question again, please. | |
| 17 | MR. LOESER:  Sure.  We can just read it | |
| 18 | back. | |
| 19 | THE DEPONENT:  Sure. | |
| 20 | MR. BLUME:  I'll read it back.  It's | 07:49:43 |
| 21 | fine. | |
| 22 | Q.   (By Mr. Loeser)  So has Facebook | |
| 23 | identified a group of partners that already had | |
| 24 | private APIs at the time of the transition to the | |
| 25 | new platform through which those partners were able | 07:49:51 |

Page 401

CONFIDENTIAL

```
 1    to obtain access to friend data?                    07:49:53

 2         A.   Has -- has Facebook?  I mean, sorry.

 3              At what time period are you asking had

 4    Facebook done that?

 5         Q.   At any point to the present.              07:50:05

 6              MR. BLUME:  Object to form.

 7              THE DEPONENT:  The -- the capabilities

 8    tool and the other tools would have identified

 9    which apps had access to -- to private APIs both

10    before and after the advent of API v2.             07:50:29

11         Q.   (By Mr. Loeser)  Thank you.

12              All right.  If we can turn to -- and I'll

13    tell you the last four digits of the Bates -- Bates

14    number.  But it's -8568, which is two pages where

15    we were before.                                     07:50:49

16         A.   Yup.  I see it.

17         Q.   And there's a post by you in the middle

18    of the page dated -- it looks like January 20 --

19    I'm looking at the January 20 -- I can't see it on

20    my page, but right down -- January 22nd, 200- --    07:51:12

21    okay.  January 23rd, 2014.  So top of the page

22    you're looking at now.

23              Do you see that?

24         A.   "Game Face Time," is that the -- the one

25    you're referring to --                              07:51:31
```

Page 402

CONFIDENTIAL

1       Q.    Yeah.                                        07:51:32

2       A.    -- or the one below?

3       Q.    No, that -- the -- the "Game Face Time."

4       A.    Okay.

5       Q.    And -- and you write at the beginning of    07:51:39

6    this, "Game Face Time.  Notes from today's XFN:

7    1/ We have 6 weeks to go."

8           And what you're talking about here is

9    until the new platform becomes live, right?

10      A.    At this time we were working to a launch     07:51:52

11   date that was -- ended up being significantly

12   sooner than -- than the launch date.  This is just

13   another example of how much changed in -- in terms

14   of preparation versus what actual happened.

15          So this point, "6 weeks to go," that's       07:52:10

16   for a launch date that was being prepared for but

17   didn't happen.

18      Q.    Okay.  And then you have No. 2, and it

19   states "We will have a Partnerships/Ops all hands

20   on the Login v4/PS12n launch in early Feb."          07:52:25

21          Do you see that?

22      A.    I see that.

23      Q.    And then you have an item 3 -- and if we

24   could highlight it, we would.

25          In the middle of that page you state "The     07:52:37

                                                          Page 403

CONFIDENTIAL

```
 1    next main job is to audit the 26" thousand -- and        07:52:41

 2    it says k, but I'm reading thousand -- "The next

 3    main job is to audit the 26,000 affected apps and

 4    determine which apps must be whitelisted for which

 5    features."                                                07:52:54

 6              Do you see that?

 7         A.   I see that.

 8         Q.   Can you read the next sentence of your

 9    post for the record.

10         A.   What's on the page is "The bar is very         07:53:03

11    high:  Contract commitment, inability to move fast

12    (physical devices etc) or super-strategic use

13    cases."

14         Q.   So you put, at this time, six weeks

15    before the launch of the new platform, you              07:53:20

16    identified three different categories of -- of

17    apps; is that right?

18         A.    Where am I identifying the three

19    different categories of apps?

20         Q.   Well, one is -- you say -- I'll read it        07:53:38

21    again.

22              "The next main job is to audit the 26,000

23    affected apps and determine which apps must be

24    whitelisted for which features.  The bar is very

25    high," and then you -- you identify "contract            07:53:50
```

Page 404

| | |
|---|---|
| 1 | commitment." | 07:53:54 |
| 2 | So that's one of the categories that |
| 3 | you're indicating should be whitelisted, right? |
| 4 | A.   That's not a category I'm indicating |
| 5 | should be whitelisted.  I'm indicating -- well, I | 07:54:03 |
| 6 | don't recall exactly what I meant.  This is a long |
| 7 | time ago. |
| 8 | But on the page, it's indicating the |
| 9 | kinds of considerations that -- that may be |
| 10 | appropriate.  But these are not -- | 07:54:19 |
| 11 | Q.   Okay. |
| 12 | A.   These are not a categorization or |
| 13 | taxonomy. |
| 14 | Q.   All right.  Well, let's try and |
| 15 | understand what it is. | 07:54:29 |
| 16 | There's 26,000 apps you're referring to; |
| 17 | is that right? |
| 18 | A.   It says 26,000 affected apps on the -- on |
| 19 | this -- on the page, yes. |
| 20 | Q.   And then you indicate that you're seeking | 07:54:40 |
| 21 | to determine -- Facebook is seeking to determining |
| 22 | which apps must be whitelisted for which features; |
| 23 | is that right? |
| 24 | MR. BLUME:  Objection.  Form. |
| 25 | And scope -- and scope. | 07:54:51 |

Page 405

```
1              THE DEPONENT:  Again, what -- that's --        07:54:56

2    that's what's on the page.

3         Q.   (By Mr. Loeser)  That's what you wrote on

4    this post?

5         A.   Those are the words on this post that it     07:55:03

6    looks like I wrote.

7         Q.   And then you say that "The bar is very

8    high."

9              You mean the bar for whitelisting is very

10   high?                                                  07:55:11

11        A.   I would assume that's what I meant.

12        Q.   And then you said that -- the first thing

13   you identify after saying the bar is very high is

14   contract commitment.

15             And does that refer to apps for which       07:55:24

16   there was a contract commitment to continue to

17   allow access to something that's being taken away

18   in the transition to the new partnership -- or the

19   new platform?

20             MR. BLUME:  Objection.  Form.  And scope.    07:55:38

21             THE DEPONENT:  I can't be 100 percent

22   certain what I mean in this.  Again, this is in a

23   personal capacity.

24             But my reading of that is that if we want

25   to whitelist them, if -- if they -- if there's a      07:55:51
```

Page 406

```
 1    whitelisting requirement, that we would need a          07:55:54

 2    contract commitment to cover that -- to cover that.

 3        Q.   (By Mr. Loeser)  And then you have

 4    another description here of something different,

 5    which is "inability to move fast (physical devices     07:56:03

 6    etc)," and that's another group or type or

 7    category -- and use the term that you want -- of

 8    apps that -- that you thought -- or Facebook

 9    thought needed to be whitelisted, right?

10            MR. BLUME:  Objection.  Beyond the scope.     07:56:19

11    And form.

12            (Brief interruption.)

13            (Discussion off the stenographic record.)

14        Q.   (By Mr. Loeser)  Okay.  So we discussed

15    contract commitment, and the next thing you note --   07:56:39

16    you note after noting "The bar is very high" is

17    "inability to move fast (physical devices)."

18            And are you saying there that another

19    group to be whitelisted are those that have an

20    inability to move fast?                               07:56:48

21        A.   I'm indicating that that might be one of

22    the criteria that maybe is for consideration.

23        Q.   Okay.  And what's the last criteria that

24    may be for consideration that you identify in this

25    post?                                                 07:57:10
```

Page 407

```
 1        A.   Again, I wouldn't frame it as -- as      07:57:11

 2    criteria.  This is just a list of statements.  But

 3    the last one says "super-strategetic use cases."

 4        Q.   And what were the super-strategic use

 5    cases that you're referring to here in this post to   07:57:35

 6    the teams involved in bucketing apps for the

 7    purpose of determining which should have continued

 8    access to -- to deprecated permissions?

 9             MR. BLUME:  Objection.  Form.

10             THE DEPONENT:  I do not know what           07:57:56

11    super-strategetic use cases I'm -- I'm referring to

12    here mean.  I certainly can't remember what I'm

13    referring to.

14        Q.   (By Mr. Loeser)  So we're six weeks away

15    from launch and you used the phrase                  07:58:11

16    "super-strategic use cases."

17             And can Facebook tell me now, through

18    you, as its corporate designee, what was meant by

19    "super-strategic use cases"?

20             MR. BLUME:  Objection.  Form.  And scope.   07:58:27

21             THE DEPONENT:  I can't confirm what

22    super-strategic use cases mean, either as a

23    corporate representative and even in my personal

24    capacity, I don't recall what -- what that's

25    referring to.                                        07:58:43
```

```
 1              I think what's also important to note is      07:58:44

 2     your mentioning six weeks to launch here.  A, that

 3     wasn't the case in the end.  And B, no deprecations

 4     were going to take a place for a year after launch.

 5     And so there was no impending impact to existing       07:59:01

 6     apps and integrations for a considerable time to

 7     come.  Much changed between then and later.

 8          Q.   (By Mr. Loeser)  And this is a long

 9     string and -- and I don't want to ask you to go

10     through all of it now.  But perhaps on your next       07:59:20

11     break, you can take a spin.

12              I don't see any post from anyone saying

13     to you, leading right up until the launch date --

14     by July 24th, 2014, had the platform actually been

15     launched?                                              07:59:35

16          A.   Sorry.  Can you give that date again.

17          Q.   Yeah.

18              When -- when did -- when did platform 3.0

19     launch?

20          A.   The -- several changes were announced,       07:59:47

21     including API version 2 were launched on

22     April the 30th, 2014.  But they only came into

23     force for new apps that were created after that

24     date.  Any app that was created before that date

25     had no impact for another 12 months after that        08:00:07
```

Page 409

1    date.                                                    08:00:09

2        Q.   Okay.  And so -- and this -- this post,

3    the messages go up through July 24th, 2014, right?

4             That's what we are saw at the beginning

5    of the -- of the document?                               08:00:22

6        A.   It looks like that's the first post in

7    the thread.

8        Q.   And I -- I've gone through the thread and

9    I don't see any question from any person of any one

10   of these teams saying to you, "Mr. Cross, what do        08:00:33

11   you mean by super-strategic?"

12            And I don't -- you don't need to take the

13   time right now, but perhaps on a break or

14   otherwise, you should review this document.  And if

15   you find a question back to you stating some             08:00:45

16   confusion about what that means, if you'll please

17   let me know.  I'd appreciate it.

18            MR. BLUME:  We'll note your question,

19   but...

20            MR. LOESER:  Okay.  So we can move on to         08:01:01

21   the next exhibit, which has previously been marked

22   Exhibit 14.

23            THE DEPONENT:  I have it.

24        Q.   (By Mr. Loeser)  So this is an email

25   dated February 9th, 2014, from Ime Archibong to          08:01:52

                                                    Page 410

```
 1    Eddie O'Neil and to you.  "Importance," it states        08:01:56

 2     "High."

 3            "Subject:  FW:  Our teams next steps for

 4     PS12n"; is that right?

 5        A.   I see that.                                      08:02:07

 6        Q.   And if you look down to Jackie Chang's

 7     email to you and to Ime Archibong, she writes

 8     "Actually - here's an updated version."

 9            And that's a reference, I assume, to the

10     attachment to this -- this document; is that your      08:02:26

11     understanding?

12            MR. BLUME:  Objection.  Form.

13            THE DEPONENT:  It's -- it's reasonable,

14     but I couldn't confirm it.

15        Q.   (By Mr. Loeser)  Okay.  And she writes,         08:02:33

16     "I'll explain on the call, but in essence we're not

17     going to grant any exceptions, only extensions

18     based on contract and partner sensitivity."

19            Do you see that?

20        A.   I do see that.                                  08:02:43

21        Q.   And she writes, "Where I've

22     labeled 'exemptions' are actually private apis

23     today that allow for friend data to be read."

24            Do you see that?

25        A.   I see that.                                     08:02:53
```

Page 411

```
1        Q.   She writes "I believe we should keep      08:02:55

2    maintaining these apis as private strategic ones -

3    however, it's worthwhile acknowledging this as

4    there's been some confusion by partnership teams on

5    how we plan to maintain these moving forward."        08:03:03

6            Do you see that?

7        A.   I do see that.

8        Q.   So tell me, what did Facebook mean in

9    this context by "private strategic ones"?

10           MR. BLUME:  Objection.  Form.  And beyond    08:03:18

11   the scope.

12           THE DEPONENT:  I can't answer that on

13   what does Facebook mean.  Again, this is an email

14   thread between three people.  So I don't think

15   Facebook has a view on what that means.               08:03:29

16           I can answer based on my understanding

17   and participation in this thread.  But I don't

18   think it would be right to characterize that as --

19   as Facebook's opinion.

20           So with that, what this means is -- my        08:03:41

21   understanding is this means maintaining the

22   existing integrations that existed and had been

23   built to date -- we talked about these earlier --

24   that rely on private APIs to function.

25       Q.   (By Mr. Loeser)  Okay.  And those are       08:04:06
```

1   referred to here as private strategic ones?          08:04:06

2        A.   In the document, they're referred to as

3   private strategic ones.

4        Q.   And she also references in her email

5   "partner sensitivity."                               08:04:18

6             What -- what is partner sensitivity?

7        A.   Again, I don't think there's a corporate

8   Facebook answer to that.  And I wouldn't want to

9   take [sic] a speculation.  I wouldn't want to

10  speculate as to what Jackie meant -- meant by that.  08:04:36

11       Q.   And what does it mean to grant an

12  extension based on partner sensitivity?

13       A.   Again, I don't know what -- there's no --

14  there's no corporate position on that.  What Jackie

15  means by that, I think you would have to ask her.    08:05:06

16            MR. LOESER:  So why don't we turn to the

17  presentation, which I will note for you is attached

18  to the email that we just went through from

19  Ime Archibong to you and Eddie O'Neil.

20            And this has been previously marked as     08:05:29

21  Exhibit 15.

22            And for the record, the email was sent on

23  February 9th, 2014, with this attachment.

24            THE DEPONENT:  I have it.

25       Q.   (By Mr. Loeser)  Do you see the title of   08:05:54

1    this document -- or the first heading on -- on the          08:05:58

2    document is "[PS12n] Product Update - What -- "What

3    Are We Announcing"?

4              Do you see that?

5         A.   I see that.                                       08:06:12

6         Q.   And who -- who is the intended audience

7    of this -- of this presentation?

8              MR. BLUME:  Objection.  Form.  And scope.

9              THE DEPONENT:  I do not know who the

10   intended audience of this was.                              08:06:27

11        Q.   (By Mr. Loeser)  So let's look at the --

12   the first page of this.

13             On the third bullet it states "Removing

14   access to non-app friends. friend_* permissions

15   being deprecated - apps will only get data about            08:06:52

16   people who've explicitly logged-in with Facebook,

17   not that user's incognizant friends."

18             What does "incognizant friends" refer to?

19             MR. BLUME:  Objection.  Form.  And scope.

20             THE DEPONENT:  I don't want to make a              08:07:13

21   determination of a -- of -- of -- there's no

22   corporate answer to what -- what that means.  It

23   would be a -- a dictionary definition to look it

24   up.

25        Q.   (By Mr. Loeser)  Okay.  What -- and --            08:07:25

                                                  Page 414

| | | |
|---|---|---|
| 1 | and what -- how would Facebook use the term | 08:07:26 |
| 2 | "incognizant friends" in this context? | |
| 3 | MR. BLUME:  Scope -- | |
| 4 | THE COURT REPORTER:  Wait.  Mr. Blume, | |
| 5 | you were muffled. | 08:07:32 |
| 6 | MR. BLUME:  Asked and answered.  And | |
| 7 | beyond the scope. | |
| 8 | THE DEPONENT:  Yeah.  I -- I don't think | |
| 9 | Facebook has a -- a definition of what that means. | |
| 10 | Again, the author of this deck chose to use that | 08:07:47 |
| 11 | word.  It's not used -- | |
| 12 | (Simultaneously speaking.) | |
| 13 | Q.  (By Mr. Loeser)  And next -- | |
| 14 | A.  -- in any other context. | |
| 15 | Q.  And then the next bullet states | 08:07:59 |
| 16 | "read_stream (timeline API, Newsfeed API) being | |
| 17 | publicly deprecated.  Partner/contract only." | |
| 18 | Does that suggest to you that the | |
| 19 | decision at this point was to deprecate read stream | |
| 20 | and make it available to partners by contract only? | 08:08:16 |
| 21 | MR. BLUME:  Objection.  Form.  And scope. | |
| 22 | THE DEPONENT:  I -- I think it's wrong to | |
| 23 | characterize anything as a -- as a decision.  All | |
| 24 | we can say is that this deck had been produced by | |
| 25 | somebody and that was their belief or understanding | 08:08:34 |

Page 415

```
 1    at the time.  I don't think this is representative        08:08:39

 2    of a -- of a decision.

 3         Q.   (By Mr. Loeser)  Okay.  And when you say

 4    "somebody," we know from the prior email that this

 5    deck was prepared by Jackie Chang, right?                  08:08:48

 6              MR. BLUME:  Objection.

 7              Is there a Bates-stamped version, Derek?

 8    Oh, forget it.  That's a native.  Got it.

 9         Q.   (By Mr. Loeser)  Right.

10              Mr. Cross, if you go back to Exhibit 14,          08:09:08

11    you'll see that this is a presentation that was

12    sent by Jackie Chang to Ime Archibong and to you,

13    right?

14         A.   Yes.

15         Q.   Can you put up the prior -- sorry.  I            08:09:29

16    talked at the same time as you, which I -- I

17    apologize for.

18         A.   Apologies.

19              Yes, it looks like this deck was authored

20    by Jackie.                                                  08:09:41

21         Q.   Okay.  So let's go back to the deck.

22              And if we look at the last slide of the

23    deck, it says "Partnerships Update."

24              And do you see "Partner Identification &

25    Impact Assessment"?                                        08:10:05
```

Page 416

1        A.    I do.                                                08:10:06

2        Q.    And the first bullet says "Product

3    identified the 26,000 App IDs & 45+ affected APIs."

4              Do you say that -- see that?

5        A.    I see that.                                          08:10:18

6        Q.    And you recall you were involved in

7    that -- in that bit of work, right?

8        A.    I certainly was involved in pulling some

9    data at various time.  It's not clear that I was

10    the source of those numbers.                                 08:10:28

11        Q.    And then the next bullet says "XFN

12    coordination," and then it lists a series of

13    different types of -- of apps that should look

14    familiar at this point because we've seen the same

15    categorization in some of the documents that we've          08:10:41

16    gone through, right?

17        A.    Some of these are the same as categories

18    in other documents.

19        Q.    Okay.  And it notes that Facebook was

20    "deploying a top down and bottoms up T0 partner             08:10:55

21    identification," right?

22        A.    That's what it says on the slide.

23        Q.    Okay.  And you still don't recall what T0

24    refers to?

25        A.    As per my previous testimony, it's a             08:11:08

                                                       Page 417

```
 1    categorization that was in use at the            08:11:11

 2    partnerships -- in the partnerships team at this

 3    time.  But I don't recall what was categorized

 4    within T0, nor the criteria for that.

 5         Q.   And the next bullet says "Extensions &   08:11:25

 6    Private API Identification."

 7              Do you see that?

 8         A.   I see that.

 9         Q.   And then it says "Granting no exemptions,

10    except in the cases where we have:"              08:11:35

11              Do you see that?

12         A.   I see that.

13         Q.   And the first one to where there would be

14    an exemption granted is "Wind-down"; is that right?

15         A.   I don't think it's right to characterize  08:11:52

16    this as deterministic as to why an exemption or

17    extension would be granted.  It's just a slide deck

18    written by a person at a time.  So that's what's on

19    the slide.

20         Q.   Okay.  And this slide identifies          08:12:07

21    circumstances where an exemption would be granted

22    that would allow an app to continue to have access

23    to data that would no longer be available after

24    the transition to the new platform, right?

25         A.   No.                                       08:12:28
```

Page 418

1          MR. BLUME:  Form.  And scope.                08:12:29

2          THE DEPONENT:  No.

3      Q.   (By Mr. Loeser)  You're saying "no"

4  because my statement is untrue?

5      A.   That's correct.  I don't think it          08:12:40

6  specifies -- sorry.

7          Read me your question again, and I'll be

8  able to point out the bit I was not able to agree

9  with.

10     Q.   Sure.  I'll just ask another question.     08:12:48

11         This says that Facebook's going to be

12  granting no exemptions, but then it lists some

13  situations where it would be granting exemptions,

14  right?

15         MR. BLUME:  Objection to form.  Scope.       08:12:58

16         THE DEPONENT:  This does not -- sorry,

17  Rob.  Say it again.

18         MR. BLUME:  Objection.  Form.  And scope.

19         THE DEPONENT:  This doesn't represent

20  Facebook's position on -- on -- on anything in      08:13:09

21  particular.  This is the -- what this person who

22  authored the deck understood at the time.

23     Q.   (By Mr. Loeser)  Okay.  So this person,

24  Jackie Chang, who authored this deck at the time,

25  February 14th, 2014 -- I'm sorry --               08:13:24

                                        Page 419

CONFIDENTIAL

```
 1    February 9th, 2014, believed that Facebook would be      08:13:30

 2    granting no exemptions except in the cases where we

 3    have "1. Wind-down" and "2. Private APIs"; is that

 4    right?

 5           MR. BLUME:  Objection.  Form.  And scope.      08:13:44

 6           THE DEPONENT:  That's what's on the

 7    slide.

 8       Q.   (By Mr. Loeser)  And let's look at

 9    wind-down.

10           Do you know what wind-down means?      08:13:52

11           MR. BLUME:  Objection.  Scope.

12           THE DEPONENT:  I wouldn't want to give

13    like a Facebook answer to that.  I think there's no

14    standard definition for that.

15           In my personal capacity and having been      08:14:03

16    involved in this, to me, that means that there

17    would be a period by which those integrations would

18    be deprecated or turned off over time.

19       Q.   (By Mr. Loeser)  And with regard to

20    "Non-standard Platform Agreements specifying unique      08:14:22

21    Backwards Compatibility"; is that what happened?

22           MR. BLUME:  Objection.  Form.

23           THE DEPONENT:  I can't give answers in

24    specific cases because I haven't investigated

25    everything and memorized everything.      08:14:41
```

Veritext Legal Solutions
866 299-5127

```
 1              But what I can say is that one thing          08:14:43

 2     you'll notice from this slide deck further up is

 3     that the plan of record in how to launch this

 4     differed relatively -- relatively drastically from

 5     what actually happened.                               08:15:08

 6              One of the big changes was the length of

 7     the deprecation window, a year.  And one of the

 8     considerations would have been if there was a

 9     partner with a contract, we specified a notice

10     period.  And that notice period was less than the    08:15:28

11     notice given than there would be a contractual need

12     to comply.  That's what it means by backwards

13     compatibility.

14        Q.   (By Mr. Loeser)  Okay.  So that was one

15     of the situations where an exception would be        08:15:48

16     provided to the deprecations from occurring on the

17     time frame indicated in -- by Facebook, when it

18     implemented the platform, right?

19        A.   Not necessarily.  The -- my -- my

20     previous testimony is that if there was a            08:16:08

21     relationship with a partner that had a notice

22     period in the contract, then that might need to be

23     considered in the -- the migration, although most

24     of the entities that had private APIs had -- had

25     contracts with us, had some form of private API.     08:16:35
```

Page 421

```
 1        Q.   Okay.  And private API is another        08:16:38

 2   category.

 3            But you describe a circumstance in which

 4   an exemption, as the -- as the format is presented

 5   here would -- would be granted.  And that would be   08:16:45

 6   the backward compatibility-type contracts.

 7            Facebook recognized there would need to

 8   be an exemption for that -- for that group?

 9        A.   It's -- it's -- it's possible -- the --

10   the author of this deck suggests that that might be  08:16:59

11   a possible reason to grant an extension or an

12   exemption.

13        Q.   Okay.  So the author of this deck,

14   Jackie Chang, thought that another possible reason

15   was "Sensitive/strategic partner integrations        08:17:13

16   requiring extension"; is that right?

17            MR. BLUME:  Objection.  Form.  And scope.

18            THE DEPONENT:  I can read what's on here,

19   but this doesn't represent Facebook's position.

20   This is what Jackie wrote in the slide.             08:17:26

21        Q.   (By Mr. Loeser)  Okay.  And I -- I didn't

22   see in the cover email -- it is -- does Jackie

23   report to Ime Archibong, or did she at this time?

24        A.   I don't know for -- for certain.  But my

25   understanding is that Jackie reported to Ime at      08:17:45
```

Page 422

```
 1   this time.                                         08:17:49

 2      Q.   Okay.  And did you see in that cover

 3   email any indication by Ime that he thought Jackie

 4   got it wrong when she described the circumstances

 5   for exemptions?                                     08:17:58

 6           MR. BLUME:  Objection.  Form.

 7           THE DEPONENT:  I didn't see anything in

 8   the email thread, but that doesn't mean it -- there

 9   was -- there was disagreement or uncertainty at

10   all.                                               08:18:13

11           I think -- remember, you're reading

12   documents here about -- that -- that -- that are a

13   team making progress as things shift around them.

14   Nothing in here necessarily is -- is what happened

15   or should have happened.                           08:18:28

16      Q.   (By Mr. Loeser)  Okay.  And then if we

17   look at the next bullet in this presentation

18   providing an update on -- what Facebook was going

19   to be announcing about its platform change.

20           No. 2 is "Private APIs."                   08:18:42

21           Do you see that?

22      A.   I see it on the slide.

23      Q.   And the bullet says --

24           MR. BLUME:  Objection.  Hold --

25   objection.  Sorry.                                 08:18:47
```

Page 423

CONFIDENTIAL

```
 1              Objection to the initial             08:18:50

 2    characterization.  And form to the question.

 3        Q.   (By Mr. Loeser)  And you'll see the

 4    bullet then says "Private use-cases for exemption

 5    (i.e. Mobile RCP)."                             08:18:58

 6              What does that refer to?  What is --

 7    what -- what are private use cases for exemption?

 8        A.   My understanding is that this refers to

 9    the existing integrations that had access to

10    private APIs, both before the change in the public  08:19:21

11    API service area and would be considered unaffected

12    by the changes to the public service area.

13        Q.   And are you aware of -- of any other

14    update or communication within the teams involved

15    in -- in the creation of this update of a different  08:19:57

16    format for determining when exemptions would be

17    granted?

18              MR. BLUME:  Objection.  Scope.  Form.

19              THE DEPONENT:  We've seen several

20    documents in this testimony that have very        08:20:11

21    different framings of what was launched, when --

22    what might be happening and why.  So we've already

23    looked at some alternatives I would suggest.

24        Q.   (By Mr. Loeser)  Okay.  And -- and we

25    went through a number of descriptions that referred  08:20:32
```

Veritext Legal Solutions
866 299-5127

1    to strategic partners; is that right?                08:20:34

2         MR. BLUME:  Objection.  Form.

3         THE DEPONENT:  We went through a number

4    of documents which associated some entities with

5    the word "strategic."                                08:20:44

6         Q.   (By Mr. Loeser)  When discussing whether

7    those partners would continue to have access to

8    publicly deprecated permissions, right?

9         MR. BLUME:  Objection.  Form.

10        THE DEPONENT:  Generally, when we were        08:20:57

11   discussing the broad set of changes to the public

12   platform surface area.

13        Q.   (By Mr. Loeser)  So I want to make sure

14   we're clear so far on the record and the transition

15   to the new platform.                                 08:21:22

16        We've gone through a number of documents

17   in which the platform team and the developer

18   operations team discussed the changes that we

19   made -- that we made to the social Graph when Graph

20   API version 2 was implemented, right?                08:21:35

21        MR. BLUME:  Objection.  Form.

22        THE DEPONENT:  Sorry.  Yeah, I'm -- I'm

23   not -- I'm not what -- what specifically I'd be

24   agreeing to the affirmative there.

25        Q.   (By Mr. Loeser)  Well, I guess we can      08:21:50

                                                  Page 425

CONFIDENTIAL

1    read the question back and see if there's anything          08:21:51

2    unclear about it.

3                So I want to make sure we are clear so

4    far on the record and the transition to the new

5    platform.  We've gone through a number of documents        08:22:02

6    in which the platform team and the developer

7    operations team discussed the changes that would be

8    made to the social Graph when Graph API version 2

9    was implemented, right?

10               MR. BLUME:  Objection.  Form.                    08:22:18

11               THE DEPONENT:  So we've looked at a

12   number of documents that refer to the changes that

13   were ultimately launched on April the 30th, 2014.

14        Q.   (By Mr. Loeser)  And these changes

15   included publicly deprecating certain APIs that          08:22:31

16   were considered sensitive, including friend and

17   read stream permissions, right?

18               MR. BLUME:  Objection.  Form.

19               THE DEPONENT:  API version 2 removed the

20   friend permissions.  That was one of the changes        08:22:46

21   launched at the time.

22        Q.   (By Mr. Loeser)  And we've seen a variety

23   of discussions of the fact that certain apps and

24   partners would continue having access to certain of

25   the publicly deprecated APIs, right?                    08:23:00

                                                      Page 426

1     A.   There are a number of integrations that   08:23:06

2  had access to private APIs before the change and

3  would go on to have access to private APIs after

4  the change.

5     Q.   And in -- in addition to integrations,   08:23:21

6  there were other apps that were considered for

7  whitelist access to the publicly deprecated

8  permissions, right?

9     A.   There was a number of discussions about

10  whether or not apps should be granted additional   08:23:35

11  time to migrate or discussions about exemptions.

12  We've seen those discussions.

13     Q.   Okay.  And Facebook management also

14  discussed how to choose which apps and partners

15  would continue having access to publicly deprecated   08:23:52

16  APIs, right?

17        MR. BLUME:  Objection.  Form.

18        THE DEPONENT:  Can you describe what you

19  mean by "Facebook management"?

20     Q.   (By Mr. Loeser)  Sure.   08:24:04

21        The -- the Facebook managers whose email

22  we reviewed over the course of the last several

23  hours.

24     A.   Can you be specific?  "Facebook

25  managers," I'm not -- not sure I understand that   08:24:15

Page 427

CONFIDENTIAL

```
 1    term.                                                08:24:16

 2        Q.    Sure.

 3             Let's -- Ime Archibong, for example.  KP.

 4    Eddie O'Neil.

 5             The people on these various emails we've    08:24:24

 6    looked at are people who discussed and evaluated

 7    how to choose which apps and partners would

 8    continue having access to publicly -- publicly

 9    deprecated APIs, right?

10             MR. BLUME:  Objection.  Form.              08:24:39

11             THE DEPONENT:  We've seen a number of

12    email threads and documents where a number of

13    Facebook employees are discussing whether or not to

14    offer extensions or exemptions to the changes and

15    how that might be framed.                           08:24:56

16        Q.    (By Mr. Loeser)  And sometimes how that

17    might be framed was referred to by KP, for example,

18    as a format, right?

19             MR. BLUME:  Objection.  Form.

20             THE DEPONENT:  I -- KP may refer to that.   08:25:15

21    You can bring that up in a document again, if you

22    want me to agree to it.  But what KP referred to it

23    is what KP referred to it.

24        Q.    (By Mr. Loeser)  Okay.  And sometimes it

25    was referred to as a framework; is that right?      08:25:27
```

Page 428

1          MR. BLUME:  Objection.  Form.                08:25:30

2          THE DEPONENT:  I don't know what you're

3     referring to with the -- with the phrase "it."

4       Q.   (By Mr. Loeser)  Oh.  The discussion as

5     to which apps and partners would continue to have    08:25:38

6     access to deprecated permissions.

7          MR. BLUME:  Objection.  Form.

8          THE DEPONENT:  So again, I think you're

9     mixing a few concepts up there.  You're suggesting

10    there's a specific framework and then you're         08:25:51

11    talking about a number of -- there's a wide range

12    of discussions that happened on this topic

13    involving different people at different times.

14      Q.   (By Mr. Loeser)  Nonetheless, there was a

15    discussion of -- of a framework that could be or     08:26:04

16    would be developed to determine which apps and

17    partners would continue to have access to

18    deprecated permissions and which would not, right?

19         MR. BLUME:  Objection.  Form.  And scope.

20         THE DEPONENT:  What we've reviewed today        08:26:17

21    is there's a number of people attempting to put

22    together some suggestions or ways to think about

23    whether or not certain entities should or should

24    not be given additional access.  But we have not

25    reviewed anything that necessarily ever got          08:26:42

                                             Page 429

CONFIDENTIAL

```
 1    implemented.                                    08:26:46

 2        Q.   (By Mr. Loeser)  Okay.  And it's fair to

 3    say that deciding what apps and partners would

 4    retain access to publicly deprecated permissions

 5    was an important decision for Facebook, right?    08:26:53

 6            MR. BLUME:  Objection.  Form.

 7            THE DEPONENT:  I think when we're making

 8    changes to the platform, we wanted to be

 9    considerate about how those changes would be

10    implemented and the impact they would have on users  08:27:12

11    and developers.

12        Q.   (By Mr. Loeser)  Losing access to

13    friend-sharing permissions, for example, could

14    damage relationships that Facebook have with app

15    develop- -- developers and strategic partners,    08:27:25

16    right?

17            MR. BLUME:  Objection.  Form.

18            THE DEPONENT:  Any change to the Facebook

19    development --

20            MR. BLUME:  Form and scope.           08:27:33

21            THE DEPONENT:  Sorry.  Can you repeat the

22    question again.

23        Q.   (By Mr. Loeser)  Losing access to

24    friend-sharing permissions, for example, could

25    damage relationships that Facebook had with app    08:27:50
```

Page 430

| | | |
|---|---|---|
| 1 | developers and strategic partners, right? | 08:27:53 |
| 2 | MR. BLUME:  Same objection. | |
| 3 | THE DEPONENT:  As a platform, when you | |
| 4 | make changes of -- of any type, they can have | |
| 5 | impact on the developers and users of your | 08:28:06 |
| 6 | platform, and this set of changes was -- was no | |
| 7 | exception. | |
| 8 | Q.   (By Mr. Loeser)  And granting exemptions | |
| 9 | was also a big deal for Facebook because it | |
| 10 | protected important relationships it had with | 08:28:19 |
| 11 | developers and partners, right? | |
| 12 | MR. BLUME:  Objection.  Form. | |
| 13 | THE DEPONENT:  There were integrations | |
| 14 | that were valuable to users and to developers and | |
| 15 | to Facebook.  And it was -- it was valuing | 08:28:34 |
| 16 | continuing those -- sorry. | |
| 17 | Can you repeat the question again?  I | |
| 18 | want to make sure I'm answering. | |
| 19 | Q.   (By Mr. Loeser)  And granting exemptions | |
| 20 | was also a big deal for Facebook because it | 08:28:57 |
| 21 | protected important relationships it had with | |
| 22 | developers and partners, right? | |
| 23 | A.   I don't feel I can represent like whether | |
| 24 | or not this was important to Facebook. | |
| 25 | I can -- I can say that when you're | 08:29:13 |

Page 431

```
 1    making changes to your developer platform and          08:29:15

 2    there's integrations which are existing and

 3    valuable to people and developers and Facebook,

 4    that some of those might -- you may want to

 5    continue and changing -- but because of their value    08:29:36

 6    to people, developers and Facebook.

 7         Q.   The Facebook management team was aware

 8    that some developers and partners would retain

 9    access to deprecated permissions, like friend

10    sharing, after the implementation of Graph API         08:29:51

11    version 2, right?

12         A.   Can you repeat the question, please.

13              MR. LOESER:  Rebecca, do you mind reading

14    the question back.

15              (Record read as follows:                     08:30:00

16              "QUESTION:  The Facebook management

17              team was aware that some developers

18              and partners would retain access to

19              deprecated permissions, like friend

20              sharing, after the implementation of          08:30:00

21              Graph API version 2, right?")

22              MR. BLUME:  Objection.  Form.

23              THE DEPONENT:  The changes to the public

24    API surface area, there were -- there were -- there

25    were no plans, I'm aware of, to, at the time,          08:30:27
```

Page 432

```
 1    deprecate the device integrations or other          08:30:30

 2    integration partners.

 3         Q.   (By Mr. Loeser)  And Mr. Cross, Facebook

 4    management was aware of that, right?

 5              MR. BLUME:  Objection.  Form.              08:30:41

 6              THE DEPONENT:  I can't say if Facebook

 7    management was aware.  There's a number of threads

 8    on this topic.

 9         Q.   (By Mr. Loeser)  Was Mark Zuckerberg

10    aware of that?                                       08:30:54

11              MR. BLUME:  Objection.  Form.

12              THE DEPONENT:  I don't know if

13    Mark Zuckerberg was aware of that.

14              MR. LOESER:  Let's look at -- introduce a

15    new exhibit.                                         08:31:06

16              (Exhibit 342 was marked for

17    identification by the court reporter and is

18    attached hereto.)

19              MR. LOESER:  We'll mark Exhibit 342.

20         Q.   (By Mr. Loeser)  This is an email from    08:31:30

21    Eddie O'Neil to Mark Zuckerberg with a cc to Mike

22    Vernal, Douglas Purdy and Ilya Sukhar, dated

23    January 27th, 2014, "Subject: platform model

24    changes."

25              Do you see that?                           08:31:44
```

Page 433

```
 1          A.   I see that.                              08:31:45

 2          Q.   And who, of the recipients of this email,

 3     was on the Facebook management team at this time?

 4          A.   Can you help me understand what you mean

 5     by the "Facebook management team"?              08:31:58

 6          Q.   Sure.

 7               There was the document earlier that was

 8     the M Team, and I'm referring to the M Team.

 9               Is that the management team?

10          A.   Well, there's -- there's a thing called  08:32:09

11     the M Team, which is Mark's -- Mark's leadership

12     group.

13          Q.   So -- so who -- who, on this list, would

14     be considered Facebook leadership?

15               MR. BLUME:  Objection.  Form.  And scope.  08:32:23

16               THE DEPONENT:  I mean, I think it's

17     reasonable to assume Mark would be considered

18     Facebook leadership.  But I couldn't answer the

19     question as to which other people on the thread

20     were on the M Team at the time.                 08:32:37

21          Q.   (By Mr. Loeser)  What was Eddie O'Neil's

22     position at the time?

23          A.   Again, I don't want to give a canonical

24     answer, but my understanding is he was a product

25     manager on the Facebook platform team.          08:32:54
```

Page 434

1          Q.    And if you look at the first line of          08:32:58

2     Mr. O'Neil's email to Mark Zuckerberg, he states

3     "Hi Mark - attached are the slides we reviewed and

4     a list of key apps affected by the API

5     deprecations/privatizations."                           08:33:10

6               Do you see that?

7          A.    I see that.

8          Q.    And do you see that he writes "To clarify

9     my perspective: I feel strongly that we should make

10    these changes - want to be sure we've considered       08:33:23

11    alternative viewpoints, but my opinion is solid.

12    We need to realign our relationship with developer

13    in order to put the ecosystem in a sustainable

14    place and to improve user trust."

15              Do you see that?                              08:33:34

16         A.    I do see that.

17         Q.    So does this indicate to you, as

18    Facebook's corporate designee, that Mr. Zuckerberg

19    was made aware of the platform model changes that

20    would occur when the platform 3.0 was implemented?      08:33:46

21              MR. BLUME:  Objection.  Form.  Scope.

22              THE DEPONENT:  I -- it -- it would

23    indicate to me that Mark had received this email.

24    I don't know whether or not he was aware of it.  It

25    doesn't mean he necessarily read the email.  So I       08:34:07

```
 1    couldn't answer on behalf of Mark.  But it would        08:34:10

 2    make sense that he was aware that these changes

 3    were being made.

 4          Q.    (By Mr. Loeser)  Okay.  So Mr. Cross,

 5    the -- the changes that -- that occurred when the       08:34:45

 6    platform -- the new platform was installed were

 7    something that Facebook informed the developer

 8    community of; is that right?

 9          A.    We announced the changes to the Facebook

10    developer platform at F8 on April the 30th, 2014.       08:35:08

11          Q.    And tell the jury, if you will, what the

12    F8 is?

13          A.    F8 is a developer conference run by

14    Facebook.

15          Q.    And is it an important event for            08:35:28

16    Facebook?

17                MR. BLUME:  Objection.  Form.

18                THE DEPONENT:  It's an event.

19          Q.    (By Mr. Loeser)  So it's like a birthday

20    party, or is it something that's significant for        08:35:44

21    Facebook?

22                MR. BLUME:  Objection.  Scope.  And form.

23                THE DEPONENT:  F8 is a little bit bigger

24    than a birthday party.

25          Q.    (By Mr. Loeser)  Is it fair to describe     08:35:53
```

Page 436

1    it as a significant event for Facebook?                08:35:54

2         MR. BLUME:  Objection.  Scope.

3         THE DEPONENT:  I -- I wouldn't want to --

4    it's -- it's an event.  There are many events.  I

5    don't think it necessarily needs to be pegged as      08:36:06

6    significant.

7    Q.   (By Mr. Loeser)  Is it something that

8    people who present at the event do some preparation

9    in advance or do they just wing it?

10        MR. BLUME:  Objection.  Form.  Scope.           08:36:20

11        THE DEPONENT:  Typically, when you speak

12   at F8, you've done a little prep.

13   Q.   (By Mr. Loeser)  And the reason for the

14   prep is so that you can speak accurately?

15        MR. BLUME:  Objection.  Form.                   08:36:37

16        THE DEPONENT:  So you can deliver -- in

17   general, preparation helps you deliver a good

18   presentation.

19   Q.   (By Mr. Loeser)  And is a good

20   presentation also a presentation that is accurate?    08:36:49

21   A.   Again, I'm not going to offer a Facebook

22   answer to that.

23        In my personal capacity, when presenting,

24   I would generally like to be accurate.

25        MR. BLUME:  Is this a good time for a           08:37:16

Page 437

CONFIDENTIAL

```
 1    break, Derek?  We've been going about an hour.        08:37:17

 2              MR. LOESER:  Sure.  Sure.  Let's try and

 3    keep it a little shorter than some of the other

 4    ones.  But if we actually can get back on in ten

 5    minutes, that would be great.                         08:37:28

 6              We can go off the record.

 7              THE VIDEOGRAPHER:  Okay.  We're off the

 8    record.  It's 8:37 p.m.

 9              (Recess taken.)

10              THE VIDEOGRAPHER:  We're back on the         08:37:34

11    record.  It's 8:50 p.m.

12         Q.   (By Mr. Loeser)  Mr. Cross, you mentioned

13    the April 30th, 2018, F8 conference; is that right?

14         A.   April the 30th, 2014.

15         Q.   2014.  I'm sorry.                            08:50:31

16              And -- and that is the F8 where Facebook

17    announced the changes that were being made to the

18    platform with the introduction of Graph API

19    version 2, right?

20         A.   That's the event where Graph API            08:50:44

21    version 2 and the new login were -- were announced

22    publicly.

23         Q.   And were you at the April 30th, 2014, F8?

24         A.   I was at the event.

25         Q.   And was -- was Ime Archibong at that         08:51:04
```

Page 438

```
1    event?                                              08:51:06

2         A.   I couldn't say for certain.  I -- I

3    would -- he may -- he may well have been, but I

4    couldn't say for certain.

5         Q.   And do you know -- and I'll just list the   08:51:17

6    names and you tell me if you know if they were

7    there.

8              Was Eddie O'Neil at that event?

9         A.   Eddie O'Neil was there.

10        Q.   And was Jackie Chang at that event?       08:51:25

11        A.   I don't know if Jackie Chang was there.

12        Q.   Was KP at that event?

13        A.   I don't know for certain if KP was there.

14        Q.   Now, the keynote at the F8 was -- was

15   delivered by Mark Zuckerberg; is that right?        08:51:41

16        A.   That's correct.

17        Q.   And was that normally what happened at

18   the F8?

19        A.   Mark has historically given the keynote

20   at F8s.                                             08:51:59

21        Q.   And -- and that's so he can deliver

22   important news or information about Facebook for

23   that year?

24             MR. BLUME:  Objection.  Form.

25             THE DEPONENT:  Yes.  So that Mark can     08:52:09
```

Page 439

```
 1    update our developer community on what he -- what       08:52:12

 2    we're going to launch and what he thinks is coming

 3    next.

 4         Q.   (By Mr. Loeser)  We have a video clip of

 5    that portion of Mr. Zuckerberg's keynote address        08:52:24

 6    and we're going to play it.  And then I'll have a

 7    few follow-up questions for you about what he said.

 8            Okay?

 9         A.   Okay.

10            (Video playing.)                               08:52:34

11         Q.   (By Mr. Loeser)  Were you able to hear

12    that, Mr. Cross?

13         A.   I could hear that, yeah.

14         Q.   Okay.  So during that keynote

15    presentation, Mr. Zuckerberg described the changes      08:53:50

16    that were going to be made with regard to the

17    sharing of friend information, in particular; is

18    that right?

19         A.   He talked about how the -- the API for

20    most developers was going to change.                    08:54:07

21         Q.   And he -- he didn't actually use the

22    phrase "most developers," did he?

23         A.   I don't recall exactly.

24            MR. LOESER:  Well, we have a copy of the

25    transcript and we can mark this as the next             08:54:24
```

Page 440

| | | |
|---|---|---|
| 1 | exhibit, which has previously been marked as | 08:54:26 |
| 2 | Exhibit 17. | |
| 3 | Q.  (By Mr. Loeser)  And I'll represent to | |
| 4 | you that this is a transcript of Mr. Zuckerberg's | |
| 5 | April 30th, 2014, keynote address at the F8. | 08:54:40 |
| 6 | And if we go to the fifth page -- do you | |
| 7 | see the paragraph in the middle, "And in the past, | |
| 8 | when one of your friends logged into an app, in | |
| 9 | this case Ilya, the app could ask him not only to | |
| 10 | share his data but also data that his friends had | 08:55:07 |
| 11 | shared with him." | |
| 12 | Do you see that? | |
| 13 | A.  I see that. | |
| 14 | Q.  And having just listened to the -- the | |
| 15 | recording of the presentation, do those words look | 08:55:14 |
| 16 | familiar to you? | |
| 17 | A.  They do. | |
| 18 | Q.  And so what Mr. Zuckerberg said is, "So | |
| 19 | now we're going to change this and we're going to | |
| 20 | make it so that now everyone has to choose to share | 08:55:28 |
| 21 | their own data with an app themselves"; is that | |
| 22 | right? | |
| 23 | A.  That's what he said. | |
| 24 | Q.  So -- and for that to occur, that would | |
| 25 | mean that -- that no app would get access to data | 08:55:41 |

Page 441

```
 1    about anyone other than the Facebook user using the      08:55:45

 2    app, correct?

 3         A.   I'm not sure that is -- has to be true

 4    for -- for this to make sense.

 5         Q.   Okay.  So tell me what -- when -- when he      08:55:58

 6    says so -- "So now we're going to change this and

 7    we're going to make it so that now everyone has to

 8    choose to share their own data with an" apps

 9    themselves -- "with an app themselves," in that

10    statement, is there some indication that -- that      08:56:11

11    not everyone has to choose to share their own data

12    with an app themselves?

13              MR. BLUME:   Objection.  Form.  Scope.

14              THE DEPONENT:   So -- sorry.  Ask the

15    question again, please.      08:56:29

16         Q.   (By Mr. Loeser)  Mr. Zuckerberg stated

17    "So now we're going to change this and we're going

18    to make it so that now everyone has to choose to

19    share their own data with an app themselves,"

20    right?      08:56:38

21         A.   That's what he said.

22         Q.   Okay.  He didn't say "We're going to make

23    it so that now some people have to choose to share

24    their own data with an app themselves," did he?

25         A.   He didn't say that.  Assuming this is his      08:56:51
```

Page 442

CONFIDENTIAL

```
1    transcript.                                      08:56:57

2         Q.   Okay.   And now, Mr. Cross, it's true, is

3    it not, that after the transition to Graph API

4    version 2 -- strike that.

5              It is not true that after the transition   08:57:17

6    to Graph API version 2, "No app would get access to

7    data about anyone other than the Facebook user

8    using the app", correct?

9         A.   Mark is speaking here to the broad

10   develop community and referring to the generally   08:57:34

11   publicly available Facebook developer platform.

12   And over time, we transitioned all applications

13   to -- we transitioned most applications to

14   version 2 and ultimately deprecated the friend

15   permissions for everyone.                         08:58:00

16        Q.   Okay.   Mr. Cross, show me where in this

17   statement that Mr. Zuckerberg made at the --

18   April 30th, 2018, he suggests that -- that some

19   people would have to choose to share their own data

20   but others would not have that ability.           08:58:13

21        A.   Well, so an application that had been

22   upgraded or migrated to version 2, it was part of

23   the public API surface area.   The behavior is the

24   same for all users.

25        Q.   Yeah.   Mr. Cross, let's go back to the   08:58:32
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | transcript because I really -- I'm trying to | 08:58:33 |
| 2 | understand what words were said and what were not. | |
| 3 | And when Mr. Zuckerberg said "So now | |
| 4 | we're going to change this and we're going to make | |
| 5 | it so that now everyone has to choose to share | 08:58:44 |
| 6 | their own data with an app themselves," that was | |
| 7 | not a true statement, was it? | |
| 8 | MR. BLUME:  Objection.  Form.  And scope. | |
| 9 | THE DEPONENT:  So I -- I can't like give | |
| 10 | the, you know -- like I can't be sure exactly what | 08:59:01 |
| 11 | Mark had in his head when he said this.  Only he | |
| 12 | can -- this is his transcript. | |
| 13 | So what was the question again?  Sorry. | |
| 14 | MR. LOESER:  If we could read the | |
| 15 | question back, please, Rebecca. | 08:59:28 |
| 16 | (Court Reporter initiates discussion off | |
| 17 | the record.) | |
| 18 | MR. LOESER:  I can -- I can restate the | |
| 19 | question. | |
| 20 | Q.  (By Mr. Loeser)  When Mr. Zuckerberg | 09:00:03 |
| 21 | stated at the F8, "So now we're going to change | |
| 22 | this and we're going to make it so that now | |
| 23 | everyone has to choose to share their own data with | |
| 24 | an app themselves," that was not a true statement | |
| 25 | at time, was it? | 09:00:15 |

Page 444

```
1              MR. BLUME:  Objection.  Form.  And scope.    09:00:17

2              THE DEPONENT:  That is -- that is true

3    for the public API surface area, once all apps had

4    been transitioned to API version 2 and the friend

5    permissions have been deprecated for everyone.        09:00:37

6         Q.   (By Mr. Loeser)  It was never the case,

7    Mr. Cross, that everyone was given the opportunity

8    to choose to share their own data with an app

9    themselves because of the exemptions that were made

10   to the deprecations of friend-sharing APIs; isn't     09:00:53

11   that right?

12        A.   The friend permissions were deprecated

13   and removed for everybody over time.  The migration

14   here is a process, and it took time.  But as of

15   now, there are no friend permissions and that is      09:01:14

16   the case for everyone.

17        Q.   And you're talking about as of now, as of

18   2022?

19        A.   I am talking about as of now, as of 2022.

20        Q.   So this was announced in 2014; is that      09:01:33

21   right?

22        A.   He's making this announcement in 2014.

23        Q.   Okay.  So in 2015, it was not true that

24   everyone has to choose to share their own data with

25   an app themselves, right?                             09:01:47
```

Page 445

```
 1              MR. BLUME:  Objection.  Form.  And scope.      09:01:49

 2              THE DEPONENT:  The migration to -- from

 3      API v1 to v2 took a long period of time.  And

 4      continued into 2016 -- into 2015, and continued on.

 5          Q.   (By Mr. Loeser)  And so the answer to my      09:02:11

 6      question is correct?

 7              MR. BLUME:  Objection.  Form.

 8              THE DEPONENT:  Sorry.  I'm not sure what

 9      I'm agreeing to there.

10          Q.   (By Mr. Loeser)  My question is, in 2015,     09:02:25

11      it was not true that everyone had to choose to

12      share their own data with an app themselves, right?

13              MR. BLUME:  Same objection.

14              THE DEPONENT:  In 2015 -- in 2015, API

15      version 1 was still available to any application     09:02:41

16      that had been created before F8 2014.

17          Q.   (By Mr. Loeser)  Okay.  And after the new

18      platform became operative in 2015, it was still not

19      true that everyone has to choose to share their own

20      data with an app themselves, right?                   09:02:57

21              MR. BLUME:  Objection.  Form.

22              THE DEPONENT:  The deprecation of API v1

23      and the friend permissions was a process that took

24      some time.

25          Q.   (By Mr. Loeser)  Okay.  So can you answer     09:03:08
```

Page 446

```
 1    my question?                                    09:03:10

 2        A.   Sorry.  In -- repeat the question,

 3    please.

 4        Q.   After the new platform became operative

 5    in 2015, it was still not true that everyone has to   09:03:23

 6    choose to share their own data with an app

 7    themselves, right?

 8        A.   Well, the -- the -- after the new

 9    platform version became operative, there was still

10    a migration process underway that took some more    09:03:42

11    time and that continued into -- into 2015.

12        Q.   Okay.  So can you answer my question,

13    please.

14             MR. BLUME:  Objection.  Form.

15             THE DEPONENT:  So in API version 2, there   09:03:58

16    were -- in 2015, there were still apps in the

17    process of migrating from one to the other and that

18    process continued.  And while that process

19    continued, then some applications had access to

20    friends information.                               09:04:24

21        Q.   (By Mr. Loeser)  So the answer to my

22    question is correct?

23             MR. BLUME:  Objection.  Form.

24             THE DEPONENT:  I feel like I've answered

25    the question.  I'll restate my testimony again.    09:04:36
```

Page 447

| | | |
|---|---|---|
| 1 | The migration from version 1 to version 2 | 09:04:38 |
| 2 | took a period of time.  And while that took place | |
| 3 | there were some applications that retained the | |
| 4 | ability to access friends information. | |
| 5 | Q.   (By Mr. Loeser)  And because the | 09:04:57 |
| 6 | migration took, as you say, a long period of time, | |
| 7 | it was not true that everyone could choose to share | |
| 8 | data with an app themselves in 2015, after the new | |
| 9 | platform was introduced, correct? | |
| 10 | MR. BLUME:  Objection.  Form.  Scope. | 09:05:07 |
| 11 | THE DEPONENT:  As I've explained, the way | |
| 12 | the platform migration worked is it took a period | |
| 13 | of time and during that migration period some apps | |
| 14 | had the ability to access friends information until | |
| 15 | the friend permissions were finally removed for | 09:05:24 |
| 16 | everyone. | |
| 17 | Q.   (By Mr. Loeser)  And, sir, I'm going to | |
| 18 | ask you to answer my question again.  And we can | |
| 19 | read the question back.  And I understand your | |
| 20 | reference to the migration taking a long period of | 09:05:35 |
| 21 | time, but my question is very specific. | |
| 22 | Because the migration took a long period | |
| 23 | of time, as you say, it was not true that everyone | |
| 24 | could choose to share data with an app themselves | |
| 25 | in 2015, after the platform became operative, | 09:05:48 |

Page 448

Veritext Legal Solutions
866 299-5127

```
 1   correct?                                          09:05:52

 2           MR. BLUME:  Objection.  Form.

 3           THE DEPONENT:  The platform -- the

 4   platform became operative for -- for new

 5   applications in 2014, so -- I mean, again, in 2015,   09:05:57

 6   while the process of migration was still underway,

 7   apps -- some apps retained the ability to access

 8   friends information until the friend permissions

 9   were ultimately deprecated.

10       Q.   (By Mr. Loeser)  And that was also true    09:06:23

11   in 2016, correct?

12       A.   In 2016, there were still some

13   applications that had access to friends

14   information.

15       Q.   And that was also true in 2017, correct?   09:06:33

16       A.   In 2017, there were some integrations

17   that still retained access to friends information.

18       Q.   And that is still true in 2017, correct?

19       A.   In 2017, there were some applications

20   that had access to friends information due to being   09:06:55

21   integration partners.

22       Q.   And that's -- that was true in 2018 also,

23   correct?

24       A.   The friend permissions were ultimately

25   deprecated for all apps for all users in 2018.       09:07:08
```

Page 449

CONFIDENTIAL

```
 1         Q.   And in 2019, there were still some apps        09:07:14

 2    that emitted friend data; isn't that right?

 3         A.   The friend permissions were deprecated

 4    for -- removed for everybody, for all apps, in

 5    March 2018.                                              09:07:25

 6         Q.   Right.  But as we talked about on Monday,

 7    there are other APIs that emit friend data even

 8    though they're not friend permissions; isn't that

 9    right?

10            MR. BLUME:  Objection.  Form.                    09:07:36

11            THE DEPONENT:  Can you remind me what you

12    define as friends data?

13         Q.   (By Mr. Loeser)  Well, we went through

14    this in some detail on Monday.  But the post APIs

15    and the groups APIs and the events APIs and the          09:07:51

16    tagable friends APIs, the inviteable friends API,

17    those were all APIs that you testified did emit

18    friend data, right?

19         A.   Those APIs -- some of them emitted very

20    limited amounts of information.  But those APIs, as      09:08:08

21    I understand it, were still operational in 2018.

22         Q.   And those were still operational in 2019,

23    too, right?

24         A.   I -- many updates to the platform

25    happened in 2018, including a new API version which      09:08:27
```

1    dramatically limited the amount of information          09:08:31

2    available to applications even further.

3         Q.   Nonetheless, there were still apps

4    emitting friend data in 2019, right?

5         A.   In 20- -- in 2019, there were some apps       09:08:44

6    discovered that still had access to friends

7    information.

8         Q.   And that's true in 2020, as well, right?

9         A.   My understanding is that all of the apps

10   that were discovered that had access to friends         09:09:03

11   information were removed in 2018.

12        Q.   Except for the apps that you talked about

13   on Monday that weren't friends permissions but

14   emitted friend data, right?

15        A.   I'm not sure exactly the state of the          09:09:27

16   APIs in 2019.

17        Q.   And what about in 2020?

18             MR. BLUME:  Objection.  Form.

19             THE DEPONENT:  Again, the APIs, as they

20   exist in 2019 and -- and 2020, I count -- I do not      09:09:41

21   know exactly the details of how those APIs

22   function.

23        Q.   (By Mr. Loeser)  So you can't testify

24   today as to whether Facebook continues to allow

25   apps to emit friend data in 2020?                       09:09:58

                                               Page 451

```
 1              MR. BLUME:  Objection.  Form.            09:10:03

 2              THE DEPONENT:  The friend permissions

 3     were deprecated in 2018.  And the API was updated

 4     also in 2018 to significantly reduce the amount of

 5     information that was available to applications.     09:10:16

 6     And there was -- those were major steps forwards

 7     [sic] in reducing the amount of data available to

 8     apps.

 9         Q.   (By Mr. Loeser)  Understood.

10              But as you said, in 2019, there were       09:10:31

11     still APIs that emitted some friend data, right?

12         A.   I'm not confident in understanding how

13     the API worked in 2019.

14         Q.   So can you, as Facebook's corporate

15     designee today, testify as to whether there are     09:10:51

16     APIs in use in 2019, 2020, 2021 and 2022 that still

17     emit some friend data?

18              MR. BLUME:  Objection.  Form.

19              THE DEPONENT:  I do not know how -- in

20     detail how the APIs work today or worked in 2018,   09:11:09

21     '19 and '20.

22         Q.   (By Mr. Loeser)  So the answer to my

23     question is no, as the corporate designee, you

24     cannot testify and provide an answer to that

25     question?                                           09:11:24
```

Page 452

```
 1              MR. BLUME:  Objection.  Form.              09:11:26

 2              THE DEPONENT:  I can't say for certain

 3      how the API functions today or in the last three

 4      years.

 5          Q.   (By Mr. Loeser)  But on Monday you were    09:11:34

 6      able to testify about the friend data that these

 7      other APIs that we talked about did emit some

 8      friend information; is this right?

 9          A.   Which other APIs are you referring to?

10              I think that probably matters.             09:11:46

11          Q.   The ones that we just went through; the

12      groups, events, posts, tagable friends, inviteable

13      friends, the whole list.

14          A.   Those APIs were deprecated in the past.

15      I think most of those APIs were deprecated in 2018.  09:12:03

16          Q.   You think.  But who -- who knows for

17      sure?

18          A.   The tagable friends and the inviteable

19      friends API were certainly deprecated in 2018, and

20      these APIs -- the -- the change log of which APIs    09:12:17

21      were deprecated and when is available on Facebook's

22      developer website.

23              I just haven't memorized all of that

24      information for you.

25          Q.   So perhaps on Monday you could testify as   09:12:29
```

```
 1    to when those other APIs that emitted friend data       09:12:31

 2    were deprecated, if they were.

 3              Is that something you can investigate?

 4              MR. BLUME:  Objection.  Form.

 5              Noted.                                         09:12:48

 6        Q.   (By Mr. Loeser)  Now, Mr. Cross, it is

 7    not true that after the transition to Graph API

 8    version 2 no app would get access to data about

 9    anyone other than the Facebook user using the app,

10    right?                                                   09:13:01

11              MR. BLUME:  Objection.  Form.

12              THE DEPONENT:  Sorry.  Can you repeat --

13    can you repeat the question.

14              MR. LOESER:  Sure.  If we could read it

15    back, please.                                            09:13:06

16              THE COURT REPORTER:  Wait.  Could you

17    slow down a little bit, Mr. Loeser.

18              MR. LOESER:  Sure.  I'm sorry.  And I can

19    just read the question again.

20              THE COURT REPORTER:  Thank you.                09:13:06

21        Q.   (By Mr. Loeser)  Mr. Cross, it is not

22    true that after the transition to Graph API

23    version 2, no app would get access to data about

24    anyone other than the Facebook user using the app,

25    correct?                                                 09:13:28
```

1          MR. BLUME:  Objection.  Form.                09:13:31

2          THE DEPONENT:  The way the APIs

3     functioned was that the -- even after the

4     deprecation of the -- the friend permissions, there

5     were still cases where an app would emit some        09:13:41

6     information about people who had interacted with

7     the content that the app user had posted.

8          Q.   (By Mr. Loeser)  So the answer to my

9     question is, correct, it is not true that no app

10    would get access to data about anyone other than     09:14:01

11    the Facebook user using the app after Graph AP one

12    [sic] version 2 was implemented?

13         A.   Graph API version 2 removed the friend

14    permissions from the public surface area of the

15    API.  But there were no guarantees made about other  09:14:16

16    information that the API would emit.

17         Q.   And Mr. Zuckerberg didn't say in his

18    keynote address that they were deprecating friend

19    permissions for most apps, but they were going to

20    continue to allow access to those apps after         09:14:34

21    Graph -- Graph API version 2 was implemented for

22    certain partners chosen by Facebook, right?

23              That's not in his keynote address, is it?

24              MR. BLUME:  Objection.  Form.  Scope.

25              THE DEPONENT:  You have the transcript of   09:14:51

Page 455

CONFIDENTIAL

```
 1    what he said in the keynote.                    09:14:52

 2         Q.   (By Mr. Loeser)  And -- and when I played

 3    the portion of the transcript, you didn't hear him

 4    say those words; is that right?

 5              MR. BLUME:  Objection.  Form.  Scope.  09:15:01

 6              THE DEPONENT:  I didn't hear Mark say the

 7    words that you just said.

 8         Q.   (By Mr. Loeser)  And at the time that

 9    Mr. Zuckerberg made these statements, Facebook knew

10    that certain app developers and partners with,    09:15:10

11    quote, nonstandard platform agreements, unquote,

12    would be given continued access to friend data

13    after Graph AP one -- API version 2 was

14    implemented, right?

15              MR. BLUME:  Objection.  Asked and       09:15:23

16    answered.

17              THE DEPONENT:  The -- at the time there

18    were -- the -- there were a number of integrations

19    that existed through -- device integrations and

20    integration partners.  And there was, as I         09:15:38

21    understand it, no plans to deprecate those.

22              Mark is speaking to a public developer

23    audience and referring to the public developer

24    platform.

25         Q.   (By Mr. Loeser)  And just to be clear,   09:15:55
```

Page 456

| | | |
|---|---|---|
| 1 | Mr. Zuckerberg knew that certain app developers and | 09:15:55 |
| 2 | partners with nonstandard platform agreements would | |
| 3 | be given continued -- continued access to friend | |
| 4 | data after Graph API version 2 was implemented, | |
| 5 | right? | 09:16:09 |
| 6 |      MR. BLUME:  Objection.  Asked and | |
| 7 | answered.  Form and scope. | |
| 8 |      THE DEPONENT:  Sorry, Rob.  Can you | |
| 9 | say -- | |
| 10 |   Q.   (By Mr. Loeser)  Sure. | 09:16:18 |
| 11 |      MR. BLUME:  Sure.  I objected that -- | |
| 12 | that it was asked and answered.  And I objected to | |
| 13 | form and scope. | |
| 14 |   Q.   (By Mr. Loeser)  At the time | |
| 15 | Mr. Zuckerberg gave his keynote address on | 09:16:25 |
| 16 | April 30th, 2014, at the F8, Facebook knew that | |
| 17 | certain app developers and partners with | |
| 18 | nonstandard platform agreements would be given | |
| 19 | continued access to friend data after Graph AP one | |
| 20 | version 2 was implemented, right? | 09:16:42 |
| 21 |      MR. BLUME:  Objection.  Scope.  Form. | |
| 22 |      THE DEPONENT:  Sorry.  Say that again, | |
| 23 | Rob. | |
| 24 |      MR. BLUME:  Yeah.  Objection to form. | |
| 25 |      THE DEPONENT:  There were apps still on | 09:17:00 |

Veritext Legal Solutions
866 299-5127

```
 1    whitelists and there were no plans that I was aware        09:17:04

 2    of to -- to deprecate the integration partners that

 3    were already in existence.

 4         Q.   (By Mr. Loeser)  So the answer to my

 5    question is "yes"?                                          09:17:22

 6              MR. BLUME:  Objection.  Form.

 7              THE DEPONENT:  Sorry.  I feel

 8    like I've -- I feel like I've answered the

 9    question.

10              I don't -- I don't know what              09:17:31

11    Mark Zuckerberg knew.  He was aware that the -- he

12    would have been aware.  And we've seen the email

13    sent to him, that made him aware of what the

14    changes were.  But I don't know what he would have

15    known about the plans to continue with integration    09:17:49

16    partners and so on.

17         Q.   (By Mr. Loeser)  And as Facebook's

18    corporate -- sorry.  Go ahead.

19         A.   Sorry.  Go ahead.

20         Q.   As Facebook's corporate designee today,    09:18:02

21    tell the jury -- isn't it true that Facebook knew

22    that certain app developers and partners with

23    nonstandard platform agreements would be given

24    continued access to user friends data after

25    Graph API version 2 was implemented?                  09:18:19
```

Page 458

CONFIDENTIAL

```
 1            MR. BLUME:  Objection.  Form.           09:18:21

 2            THE DEPONENT:  The changes announced at

 3   F8 2014 reflected major changes to the Facebook

 4   developer platform for most apps and most

 5   developers a significant change to the way the    09:18:37

 6   platform worked.

 7            Facebook had relationships with entities

 8   that built integrations into devices, mobile phones

 9   and operating systems that provided great value to

10   users and those were planned to continue.          09:18:59

11       Q.   (By Mr. Loeser)  And Mr. Cross, I'd

12   appreciate it if you could answer the question.

13   I've asked you a yes-or-no question about what

14   Facebook knew.  And I can have the question read

15   back, if you want.  But I would like you to answer 09:19:14

16   the question I asked.

17            And that question is, as Facebook's

18   corporate designee today, tell the jury, isn't it

19   true that Facebook knew that certain app developers

20   and partner with nonstandard platform agreements    09:19:26

21   would be given continued access to user friend data

22   after Graph API version 2 was implemented?

23            MR. BLUME:  Objection.  Form.

24            THE DEPONENT:  There were -- it was -- it

25   was expected that, as with many cases and many      09:19:47
```

Page 459

CONFIDENTIAL

```
 1    companies, that there would be experiences that we      09:19:54

 2    wanted certain developers to build that would not

 3    be possible via the standard public platform, and

 4    we wanted those integrations to -- to continue

 5    providing value to users, developers and Facebook.      09:20:11

 6         Q.   (By Mr. Loeser)  And I appreciate that

 7    explanation, but that was not the question I asked

 8    you.

 9              I'm asking you about what Facebook knew.

10    And I would like you to answer my question about        09:20:21

11    what Facebook knew at the time Mr. Zuckerberg made

12    his statements at the F8.

13              Would you like me to read the question

14    again?

15         A.   Yes.  Please read the question again.         09:20:34

16         Q.   As Facebook's corporate designee, tell

17    the jury, isn't it true that Facebook knew that

18    certain app developers and partners with

19    nonstandard platform agreements would be given

20    continued access to user friend data after             09:21:04

21    Graph API version 2 was implemented?

22         A.   Facebook had agreements with certain

23    developers that allowed them to build experiences

24    that had continued access to friend information for

25    a period of time and that was planned to continue.      09:21:31
```

Page 460

CONFIDENTIAL

```
 1          Q.   So the answer to my question is, yes, at      09:21:38

 2     the time Mr. Zuckerberg made his statements,

 3     Facebook knew that certain partners would continue

 4     having access to friend data after Graph API

 5     version 2 was implemented, correct?                     09:21:52

 6               MR. BLUME:  Objection.  Form.

 7               THE DEPONENT:  Certain appli- -- sorry.

 8     Say again, Rob.

 9               MR. BLUME:  I objected to the form of the

10     question.                                               09:22:03

11               THE DEPONENT:  And I feel like I'm

12     answering your question -- I feel like I've

13     answered your question a few times now.

14               SPECIAL MASTER GARRIE:  No.  Answer the

15     question yes or no.  He's asking you a yes-or-no        09:22:10

16     question.

17               It's not that complicated.  He's saying,

18     here the question, as a corporate designee, is the

19     answer yes or no.  If you can't answer it as yes or

20     no, state such.                                         09:22:23

21               THE DEPONENT:  I think I'm confused by

22     like what -- what does he mean by "Facebook knew"?

23               SPECIAL MASTER GARRIE:  Counsel.

24               MR. LOESER:  Mr. Cross, you're testifying

25     on behalf of Facebook.  So I'm asking you what         09:22:38
```

Page 461

CONFIDENTIAL

```
 1    Facebook knew.  So what Facebook employees informed      09:22:43

 2    management and what management knew.

 3            THE DEPONENT:  There were people inside

 4    the company that knew that --

 5            SPECIAL MASTER GARRIE:  He gave the             09:23:00

 6    explanation of "knew."  So the question is -- he

 7    asked you a question.  He's told you what "knew"

 8    means.

 9            Is the answer yes or no, or you don't

10    know.  But you can answer it.                          09:23:08

11            THE DEPONENT:  I mean, I -- I -- I don't

12    know what "did Facebook knew" means, right.  Did --

13    did -- how did the -- the -- the company know.

14            SPECIAL MASTER GARRIE:  Well, you're

15    representing the company today as a designee of the    09:23:22

16    company.

17            THE DEPONENT:  Right.

18            SPECIAL MASTER GARRIE:  Did the company

19    have knowledge -- Counsel Loeser is asking did

20    Facebook itself have knowledge or individuals          09:23:31

21    therein have knowledge.

22            I think its confusion is around what you

23    mean by "Facebook knew."  So maybe you can explain

24    to him, if that's not clear.

25        Q.   (By Mr. Loeser)  Facebook operates           09:23:44
```

Page 462

```
1    through its employees, right?                    09:23:46

2         A.   Facebook has employees, yes.

3         Q.   And employees are assigned certain

4    responsibilities as employees?

5         A.   Employees tend to have job titles.     09:24:01

6         Q.   Okay.  And some employees were

7    responsible for determining which apps and partners

8    would continue to have access to friend data after

9    Graph AP one version 2 was implemented, right?

10        A.   There were people working on the platform  09:24:16

11   partnership team who were responsible for the

12   device integration partners and the integration

13   partners.

14        Q.   And the -- the knowledge that they

15   developed was communicated to people with         09:24:28

16   management level authority; isn't that right?

17             MR. BLUME:  Objection.  Form.

18             THE DEPONENT:  There are emails with

19   conversations on about what was going to happen and

20   what could happen.  And there were various levels   09:24:44

21   of management on these email threads.

22        Q.   (By Mr. Loeser)  And we talked about some

23   of those people.  Eddie O'Neil, for example.  KP,

24   for example.

25             Those were people who were aware of which  09:24:56
```

| | | |
|---|---|---|
| 1 | apps and partners would continue to have access to | 09:24:58 |
| 2 | deprecated permissions after Graph API one -- API | |
| 3 | version 2 was implemented, right? | |
| 4 | A.   The integration -- so they were aware of | |
| 5 | the integration partners.  And -- | 09:25:13 |
| 6 | SPECIAL MASTER GARRIE:  The answer is | |
| 7 | yes.  We looked at the emails.  You can just answer | |
| 8 | the question asked.  We all looked at the emails. | |
| 9 | THE DEPONENT:  Yes, we looked at emails. | |
| 10 | SPECIAL MASTER GARRIE:  So they knew -- | 09:25:23 |
| 11 | Q.   (By Mr. Loeser)  And we looked at an | |
| 12 | email -- | |
| 13 | SPECIAL MASTER GARRIE:  -- right? | |
| 14 | Keep going, Counsel. | |
| 15 | Q.   (By Mr. Loeser)  We looked at an email as | 09:25:30 |
| 16 | well in which Eddie O'Neil communicated with | |
| 17 | Mark Zuckerberg directly on this topic; is that | |
| 18 | right? | |
| 19 | A.   We looked at an email that Eddie sent to | |
| 20 | Mark which talked about the changes.  But that | 09:25:39 |
| 21 | email didn't contain anything about apps that would | |
| 22 | continue to have access. | |
| 23 | Q.   It refers to the privatization of APIs, | |
| 24 | right? | |
| 25 | A.   That email does use the term | 09:25:53 |

Page 464

CONFIDENTIAL

1    "privatization."                                          09:25:55

2         Q.   And that was a term used to describe

3    certain partners that would continue to have access

4    to information that was otherwise deprecated on the

5    new platform, right?                                      09:26:05

6         A.   Privatization could be used to suggest an

7    API that was no longer available to public

8    developers.

9         Q.   So Mr. Cross, in light of all of the

10   materials we went through that show discussion of         09:26:19

11   which partners would continue to have access to

12   friends data after the implementation of Graph API

13   version 2, it is true, is it not, that Facebook

14   knew that certain apps and partners would continue

15   to have access to friend data after the                   09:26:35

16   implementation of Graph API version 2, correct?

17             MR. BLUME:  Objection.  Form.

18             THE DEPONENT:  There were people at

19   Facebook who knew that there would be apps that

20   continued to have access -- to some apps that had         09:26:53

21   continued access to some information about friends

22   after the public surface area apps had been

23   migrated to API version 2.

24        Q.   (By Mr. Loeser)  And Facebook knew that

25   some sensitive and strategic partners would be            09:27:09

                                                    Page 465

1   given continued access to user friend information          09:27:12

2   after Graph API -- after Graph API version 2 was

3   implemented, correct?

4          MR. BLUME:  Objection.  Form and scope.

5          THE DEPONENT:  There were a number of            09:27:24

6   integration partners and device integrations, and

7   they were going to continue to have access to

8   friend information in order to build Facebook

9   replacement clients and other experiences after API

10  version 2 had been adopted by the public developer        09:27:44

11  platform.

12     Q.   (By Mr. Loeser)  And Facebook knew that

13  at the time that Mr. Zuckerberg made his comments

14  about the deprecation of friend permissions at the

15  April 30th, 2014, F8, right?                              09:27:59

16         THE DEPONENT:  Sorry, Rob.  Did you say

17  something?

18         MR. BLUME:  Objection to form.

19         THE DEPONENT:  In April 2014, there were

20  no plans to deprecate the device integration or          09:28:14

21  integration partners that were already in

22  existence.

23     Q.   (By Mr. Loeser)  And Facebook knew that

24  at the time Mr. Zuckerberg made his statements,

25  correct?                                                 09:28:26

                                                        Page 466

1      A.   The people in the platform partnerships        09:28:27

2   team did not have plans to deprecate the

3   integration partners or partner inte- -- or device

4   integrations that already existed.

5      Q.   And they knew that at the time               09:28:38

6   Mr. Zuckerberg made his public statements on

7   April 30th, 2014, correct?

8      A.   So in -- when the announcements were made

9   in 2014, the partnerships team had no plans to

10   deprecate, as I'm aware, the device integration or    09:28:55

11   integration partnerships that existed to date.

12      Q.   And Mr. Cross, you are avoiding answering

13   my question about knowledge.  And I am asking you

14   the same question about knowledge because you're

15   not answering it.                                      09:29:07

16        And I would like you answer the question

17   about what Facebook knew at the time Mr. Zuckerberg

18   made those statements.  And we went through a few

19   minutes of explaining what I meant by what Facebook

20   knew, so there's no confusion about that now.  So     09:29:17

21   if you could please answer my question.

22        Facebook knew that app developers and

23   partners, who were considered sensitive and

24   strategic partners, would be given continued access

25   to user friend data after Graph API version 2 was     09:29:31

Page 467

CONFIDENTIAL

```
 1    implemented, correct?                              09:29:36

 2              MR. BLUME:  Objection.  Form and scope.

 3              SPECIAL MASTER GARRIE:  Answer the

 4    question.

 5              Sorry.  Go ahead, Counsel Blume.         09:29:39

 6              MR. BLUME:  I'm sorry.  Objection to form

 7    and scope to that question.

 8              SPECIAL MASTER GARRIE:  Noted for the

 9    record.  Overruled.

10              Answer the question.                     09:29:47

11              THE DEPONENT:  There were partners --

12              SPECIAL MASTER GARRIE:  "No," or

13    "Correct," or "I don't know."  Those are your

14    choices.  Or "I cannot answer the question as

15    asked."  However you want to say it, those are your 09:30:00

16    choices.

17              THE DEPONENT:  I cannot answer the

18    question as asked because of the -- the definition

19    used in it around sensitive and strategic, which is

20    not established or defined.                         09:30:14

21              SPECIAL MASTER GARRIE:  Okay.  Fair

22    enough.

23              There you go, Counselor.

24         Q.   (By Mr. Loeser)  And Facebook knew, at

25    the time Mr. Zuckerberg made -- gave his keynote    09:30:27
```

Page 468

1    address at the April 30th, 2014, F8, that app          09:30:32

2    developers and partners with private APIs would be

3    given continued access to user friend data after

4    Graph API version 2 was implemented, correct?

5         A.   Can you ask the top of that question        09:30:49

6    again.  It was quite a long one.

7         Q.   Mr. Cross, Facebook knew that app

8    developers and partners with private APIs would be

9    given continued access to friend user data after

10   Graph API version 2 was implemented, correct?         09:31:05

11             MR. BLUME:  Objection.  Form.

12             THE DEPONENT:  Facebook knew that there

13   were integration partners and device integrations

14   that would continue to have access to friends

15   information after the public API surface area had     09:31:20

16   been migrated to version 2.

17        Q.   (By Mr. Loeser)  Mr. Zuckerberg said

18   "we're going to make it so that now everyone has to

19   choose to share their own data with an app

20   themselves" right?                                     09:31:34

21        A.   You're reading from his transcript.  That

22   seems to be what he said.

23        Q.   And I'm -- I'm going to try and ask this

24   question really clearly so you can answer very

25   clearly.  And this is a question for you that I        09:31:47

Page 469

CONFIDENTIAL

```
 1    would like you to explain to the jury.  Okay.        09:31:50

 2          Considering all the apps and partners

 3    that would continue to have access to user friend

 4    data after Graph API version 2 was implemented,

 5    Facebook knew that Mr. Zuckerberg's statement that   09:32:03

 6    "we're going to make it so that now everyone has to

 7    choose to share their own data with an app

 8    themselves" was an untrue statement, correct?

 9          MR. BLUME:  Objection to scope.  Form.

10    Asked and answered.                                  09:32:18

11          THE DEPONENT:  I -- I -- Mark is talking

12    about the public surface area of the platform, and

13    over time this statement that he made about that

14    became true.  The friend permissions were

15    deprecated for all apps, for all people, in          09:32:37

16    March 2018.

17        Q.   (By Mr. Loeser)  And Mr. Zuckerberg did

18    not say in his statement that over the course of

19    several years we're going to make it so that

20    everyone has to choose to share their own data with  09:32:54

21    an app themselves, right?

22          MR. BLUME:  Objection.  Form.

23          THE DEPONENT:  We've looked at the

24    transcript of what Mark said.

25        Q.   (By Mr. Loeser)  And he didn't say that,     09:33:04
```

Page 470

CONFIDENTIAL

```
 1    did he?                                          09:33:06

 2            MR. BLUME:  Objection.  Form.

 3            THE DEPONENT:  He didn't say the words

 4    that you just said.

 5            MR. LOESER:  We're going to go to a new   09:33:11

 6    exhibit.

 7            MR. BLUME:  Is this a good time for a

 8    break, Derek?

 9            MR. LOESER:  You know, if we could

10    just -- if it's okay, I wouldn't mind powering    09:33:58

11    through, if it's okay with Mr. Cross, because I

12    don't have a lot of time on -- on my end.  And I'd

13    like to try and cover as much as we can this

14    evening.  But really, it's up to Mr. Cross, if he

15    needs a couple minutes.                           09:34:09

16            THE DEPONENT:  Can I take a three-minute

17    quick bio break?

18            MR. LOESER:  Sure.  No problem.  Make it

19    five.

20            THE DEPONENT:  Thank you.                  09:34:17

21            MR. LOESER:  Yeah.

22            THE VIDEOGRAPHER:  Okay.  We're off the

23    record.  It's 9:34 p.m.

24            (Recess taken.)

25            THE VIDEOGRAPHER:  We're back on the       09:34:22
```

Veritext Legal Solutions
866 299-5127

```
1    record.  It's 9:47 p.m.                           09:47:24

2            MR. LOESER:  Before we took a break,

3    Mr. Cross, I believe we introduced the next

4    exhibit, which we'll put up on the screen.

5            (Exhibit 343 was marked for              09:47:36

6    identification by the court reporter and is

7    attached hereto.)

8            MR. LOESER:  And this is an email string,

9    a fairly long one.  The top email is from

10   Steven Elia, dated 3/24/2016.  "Subject: Re:      09:47:48

11   Changing App Settings // Friend Permissions."

12       Q.   (By Mr. Loeser)  Do you see that?

13       A.   I do.

14            Can I -- can I make sure I've got my -- a

15   copy here so I can -- I have it.  Okay.  I have it. 09:48:09

16       Q.   And -- and there's a number of

17   recipients --

18       A.   Sorry.  I -- I don't -- 343.

19            My 343 is a -- is the keynote video from

20   Mark.                                             09:48:22

21       Q.   So let's see what number this is.  This

22   would be the next exhibit after --

23       A.   I just want to make sure --

24            343.  Okay.  Yeah, I have it.  I have it.

25       Q.   Okay.  And so we're looking at the -- the 09:48:37
```

Page 472

1  "To" line and there's -- it's from Steven Elia.        09:48:39

2        Who is Steven Elia?

3     A.   Steven Elia is an engineering manager on

4  the Facebook platform team.

5     Q.   Okay.  And one of the recipients --        09:48:50

6  there's some names on here like Eddie O'Neil and KP

7  that were -- that we've already talked about.

8  There's another person on here, Johanna Peace.

9        Do you know who she is?

10     A.   Johanna Peace was somebody who worked in        09:49:02

11  the communications department.

12     Q.   And so if we go to the end of this

13  string, it is an email from Johanna Peace to

14  Eddie O'Neil, Monica Tsang, Amee Kamdar,

15  Jonathan Coleman, Steve Elia and Shirine Sajjadi,        09:49:16

16  dated March 24th, 2016.

17        Do you see that?

18     A.   That's right.

19     Q.   And Ms. Peace says, at the beginning of

20  her email, "Hi all, You may have seen this article        09:49:33

21  in US Today which takes a pretty negative stance

22  toward Login, partly based on a wrong assumption

23  from looking at App Settings that friends can share

24  all your info with apps."

25        Do you see that?        09:49:47

```
 1        A.   I see that.                              09:49:48

 2        Q.   And at the time was it, in fact,

 3   incorrect that friends could share all your info

 4   with apps?

 5             MR. BLUME:  Objection.  Form.            09:49:59

 6             THE DEPONENT:  Sorry.  Was it incorrect

 7   that friends -- like -- I just want to get that

 8   double negative right.

 9        Q.   (By Mr. Loeser)  Well, let me -- let me

10   clean that up.                                     09:50:11

11             So as we've spent a lot of time talking

12   about, there were a number of apps and partners

13   that were whitelisted and continued to have access

14   to friend data as of March 24th, 2016; is that

15   right?                                             09:50:23

16        A.   There were apps that still had access

17   to -- to friend permissions and some friend

18   information in 2016, yes.

19        Q.   Okay.  So -- so at the time that this was

20   written, there were -- friends could share all of  09:50:39

21   their friends info with some apps, right?

22        A.   There were some apps that still had

23   access to the friend permissions and APIs that

24   allowed the apps to access some friend information.

25        Q.   Okay.  And then in the second paragraph  09:50:57
```

```
 1    of her email, she writes "Matt (copied) has been        09:51:00

 2    working to push back against US Today's negative

 3    claims and we've been emphasizing that friends

 4    cannot actually share all your info with apps, but

 5    the editors are having a hard time believing us,        09:51:13

 6    since they noticed that App Settings appear to

 7    contradict this."

 8            Do you see that?

 9        A.   I see that.

10        Q.   And she then writes "Given that this has        09:51:28

11    been a persistent issue confusing press and people,

12    I wanted to raise a few questions."

13            Do you see that?

14        A.   I see that.

15        Q.   And in her second paragraph below that        09:51:38

16    she writes, "In the meantime, Matt and I are

17    looking for a way to explain to USAT why the App

18    Settings appear this way, so I wanted to see what"

19    the "group is comfortable saying."

20            And I want you to look at and could you        09:51:54

21    read the next sentence that she writes.

22        A.   She says "I know we have not been

23    publicly forthcoming that we have whitelisted

24    certain apps."

25        Q.   And so at the time was it true that        09:52:06
```

                                                        Page 475

```
 1    Facebook had not been publicly forthcoming with the      09:52:08

 2    fact that it had whitelisted certain apps?

 3              MR. BLUME:  Objection.  Form and scope.

 4              THE DEPONENT:  It -- I can't answer -- I

 5    can't answer what Facebook -- all of Facebook's         09:52:22

 6    statements were about that.  It's hard for me to

 7    answer that question.

 8              But at the time there were still

 9    applications that -- that had access to some friend

10    information.                                            09:52:36

11         Q.   (By Mr. Loeser)  And that hadn't been

12    communicated publicly; is that right?

13              MR. BLUME:  Objection.  Form.  Scope.

14              THE DEPONENT:  I don't -- I -- I don't

15    know if there had been -- if there had been            09:52:45

16    communications about that or -- or not.

17         Q.   (By Mr. Loeser)  And then she writes "But

18    could we say something like:  'Only a few apps have

19    access to this information, for example, to provide

20    a Facebook experience on platforms where there is      09:52:57

21    no Facebook app.'  I believe that's one of a few

22    reasons apps are whitelisted, but can this group

23    let me know thoughts / additional context?"

24              Do you see that?

25         A.   I do see that.                                09:53:11
```

Page 476

```
 1          Q.   And if we move up the string to an email        09:53:12

 2   from Reagan Williams to Eddie O'Neil and

 3   Johanna Peace, among others -- Johanna Peace -- she

 4   writes on March 24th, 2016, "I found there are

 5   approx 80 apps still accessing v1.0 of the API,          09:53:40

 6   with the largest bulk of them being from phone

 7   manufacturers & Apple, both of which we are under

 8   contract to continue supporting.  Outside of these

 9   apps, nobody appears to have accessed v1.0 friends

10   data edges in the last 30 days."                         09:53:52

11          Do you see that?

12          A.   I do see that.

13          Q.   And then she also writes "However, I did

14   uncover a few apps that were not part of our

15   original Capability whitelists, but still               09:54:01

16   maintained access to v1.0 (such as: Socialist), but

17   I've confirmed" that "these apps are only accessing

18   Page feeds and not friends data."

19          Do you see that?

20          A.   I see that.                                  09:54:16

21          Q.   And page feeds did communicate some

22   friends data; isn't that right?

23          MR. BLUME:  Objection.  Form.

24          THE DEPONENT:  Page feeds allowed apps to

25   access the information about posts on a page, which      09:54:28
```

Page 477

1    may have included the people who commented or liked        09:54:33

2    the posts on that page.

3         Q.   (By Mr. Loeser)  Okay.  And then if we

4    move up the string a bit, Johanna Peace says, on

5    March 24, 2016, in her email to Steven Elia,             09:54:42

6    Reagan Williams, Eddie O'Neil and others, "Thanks

7    both.  So given these findings, does the response I

8    shared below in #2 seem true/fair to share with a

9    reporter?  'Only a few apps have access to this

10   information, for example, to provide a Facebook          09:55:00

11   experience on platforms where there is no Facebook

12   app.'"

13           Do you see that?

14        A.   I see that.

15        Q.   And then if you move up the string above       09:55:11

16   that, KP says, on March 24th, 2016 -- why don't you

17   read what -- what KP said.

18        A.   So what's there is, "In the spirit of

19   fairness," I would not say anything around the

20   lines that 'only a few apps have access to this          09:55:34

21   information.'  Instead I would suggest that this

22   option under the App Settings is an artifact of

23   what used to be true and enforce our messaging that

24   apps can no longer access friend_*permissions."

25        Q.   Now, this statement -- this messaging          09:55:49

                                                      Page 478

1    that apps can no longer access friend_*permissions,        09:55:53

2    that wasn't actually true at the time that he wrote

3    that, right?

4            MR. BLUME:  Objection.  Form.  And scope.

5            THE DEPONENT:  In 2016, there were some        09:56:06

6    apps that still had access to -- to friends

7    information and friend permissions.

8        Q.   (By Mr. Loeser)  Okay.  So this

9    statement, no apps can no longer access friend

10   permissions, is not a true statement, is it -- or        09:56:20

11   let me put it a different way.

12           This statements, no acts -- no -- this

13   statement that apps can no longer access friend

14   permissions is not an accurate statement; is that

15   right?        09:56:31

16           MR. BLUME:  Objection.  Form.  Scope.

17           THE DEPONENT:  In 2016, there were apps

18   that still had access to some friend permissions

19   and information.

20       Q.   (By Mr. Loeser)  Mr. Cross, I -- I'm        09:56:43

21   hoping to avoid a long time getting a yes or no to

22   a yes-or-no question here.

23           So if -- if we could read the question

24   back, and if you could answer the question yes or

25   no, I'd appreciate it.        09:56:54

Page 479

```
 1          SPECIAL MASTER GARRIE:  Instructing the        09:57:00

 2    witness to answer the question yes or no.

 3          THE DEPONENT:  Can you read the question

 4    back for me, please.

 5          (Record read as follows:                       09:57:12

 6          "QUESTION: this statements, no

 7          acts -- no -- this statement that

 8          apps can no longer access friend

 9          permissions is not an accurate

10          statement; is that right?")                     09:57:12

11          THE DEPONENT:  Where -- where is the

12    statement -- where is the statement that -- sorry.

13          MR. LOESER:  And I'm sorry, Rebecca, let

14    me -- I -- it's been a long day and I'm sure it's

15    no fun to try and recreate my speaking as quickly     09:57:38

16    as I am.

17          So let me ask the question again.  And

18    Mr. Cross, if you could please answer it yes or

19    not, I'd appreciate it.

20       Q.   (By Mr. Loeser)  The question is, the         09:57:47

21    statement in the email from KP on March 24th, 2016,

22    that apps can no longer access friend permissions

23    is not an accurate statement, is it?

24          MR. BLUME:  Objection.  Form.  Scope.

25          SPECIAL MASTER GARRIE:  Yes or no.              09:58:08
```

Page 480

```
 1              THE DEPONENT:  There were some apps that        09:58:17
 2    could access --
 3              SPECIAL MASTER GARRIE:  I'm instructing
 4    the witness to answer the question yes or no.
 5              MR. BLUME:  Mr. Garrie, if there's no yes      09:58:26
 6    or no, can he answer that way as well?
 7              SPECIAL MASTER GARRIE:  If he -- if he's
 8    not able to answer the question, he can say "I'm
 9    not able to answer the question" certainly.  But
10    either "Yes," "No," or "I can't answer the            09:58:34
11    question."
12              Any time you can't answer a question, say
13    "I can't answer."  But he's asking you yes or no,
14    so -- or you can't answer.
15              THE DEPONENT:  It -- it doesn't make --       09:59:00
16    it doesn't make a statement here about like all
17    apps or any apps or some apps.  It just says apps.
18    And at this point, you know, the vast majority of
19    apps could no longer access friend permissions.
20              So it doesn't -- it doesn't -- the           09:59:14
21    statement isn't qualified enough for me to give a
22    yes-or-no answer.
23              SPECIAL MASTER GARRIE:  Okay.
24         Q.   (By Mr. Loeser)  Mr. Cross -- sorry,
25    Special Master Garrie.                                09:59:25
```

Page 481

CONFIDENTIAL

```
 1              SPECIAL MASTER GARRIE:  No.  Go ahead,          09:59:27

 2     Counsel.

 3        Q.   (By Mr. Loeser)  On March 14th, 2016, it

 4     was not true that apps can no longer access friend

 5     permissions, right?                                      09:59:38

 6              MR. BLUME:  Asked and answered.  Scope.

 7     And form.

 8              THE DEPONENT:  There were some apps in

 9     2016 that could still access friend permissions.

10        Q.   (By Mr. Loeser)  And that is not what KP         10:00:01

11     was indicating Ms. Peace should report to

12     USA Today; is that right?

13              MR. BLUME:  Objection.  Form.  Scope.

14              THE DEPONENT:  I can't -- I can't confirm

15     what KP's statement of intent was here.  This is         10:00:16

16     him writing not the -- this is him writing.

17        Q.   (By Mr. Loeser)  So Mr. Cross, he's

18     responding to an email in which Ms. Peace is asking

19     if she should say only a few apps have access to

20     this information, is he not?                             10:00:35

21              MR. BLUME:  Objection.  Form.  Scope.

22     Argumentative.

23              THE DEPONENT:  He's certainly replying to

24     an email from Johanna.

25        Q.   (By Mr. Loeser)  Okay.  And does he not          10:00:47
```

                                                    Page 482

| | | |
|---|---|---|
| 1 | say "In the spirit of fairness I would not | 10:00:48 |
| 2 | say anything around the lines that 'only a few apps | |
| 3 | have access to this information'"? | |
| 4 | A.   That's what's on the page. | |
| 5 | Q.   And does he not say that he would | 10:00:59 |
| 6 | "suggest that this option under the App Settings is | |
| 7 | an artifact of what used to be true and enforce our | |
| 8 | messaging that apps can no longer access | |
| 9 | friend_*permissions"? | |
| 10 | A.   Again, those words are written on the | 10:01:14 |
| 11 | page. | |
| 12 | MR. LOESER:  We can go to the next | |
| 13 | exhibit.  And I think this will be the last thing | |
| 14 | that we do today to abide by your request that we | |
| 15 | stop at the -- the late hour that it is now for | 10:01:34 |
| 16 | you. | |
| 17 | THE DEPONENT:  I'd appreciate that. | |
| 18 | Thank you. | |
| 19 | (Exhibit 344 was marked for | |
| 20 | identification by the court reporter and is | 10:01:38 |
| 21 | attached hereto.) | |
| 22 | MR. LOESER:  So this as -- okay.  This | |
| 23 | will be marked Exhibit 344. | |
| 24 | Q.   (By Mr. Loeser)  And Mr. Cross, I'm | |
| 25 | showing you what's been marked as Exhibit 344.  And | 10:02:21 |

Page 483

```
 1    it's quite a long email string and -- and not to        10:02:23

 2    worry because I don't have questions about the

 3    whole thing.

 4            I will note for the record that a number

 5    of the pages are -- nothing can be read because of      10:02:29

 6    the redactions that are on the pages.

 7            And -- but if we go to the top email in

 8    the thread, it's an email from Johanna Peace

 9    to Joshua Smith, yourself, and Eddie O'Neil.

10            Do you see that?                                 10:02:51

11        A.   I see that.

12        Q.   And the date on the email is

13    September 11, 2015, and the subject is "Re:

14    [a/c priv] Re: WSJ story on API migration."

15            Do you see that?                                 10:03:14

16        A.   I see that.

17        Q.   And is there a lawyer among the -- to

18    your knowledge, or any of the persons from or to

19    whom this email sent, a lawyer?

20            THE DEPONENT:  Sorry.  Say that -- say           10:03:35

21    that again, Rob.  You're --

22            MR. BLUME:  Sorry.  Objection.  Scope.

23        Q.   (By Mr. Loeser)  Yeah.  The recipients

24    are Joshua Smith.

25            Do you know who he is?                           10:03:42
```

                                                         Page 484

```
1            A.   He is a lawyer at Facebook, as I          10:03:45

2    understand it.

3            Q.   Okay.  And that -- that's helpful.

4            If we go to page 7 of this lengthy

5    string, to the page where -- the Bates          10:03:57

6    FB-CA-MDL-01169161.

7            At the bottom of the page, there's an

8    email from Johanna Peace to you and to Mr. O'Neil,

9    "Re: WSJ story on API migration."

10           Do you see that?                         10:04:23

11           A.   I see that.

12           Q.   And that's September 11th, 2015, when

13   Ms. Peace sent that email?

14           A.   It looks to be that way, yeah.

15           Q.   And she writes "You rock, Simon!      10:04:31

16   Thanks."

17           Do you see that?

18           A.   I do.

19           Q.   And she states "Revised the information

20   below to reflect the corrections and clarifications  10:04:42

21   I'll make based on your feedback."

22           And then "Eddie - can you please give

23   this a once-over before I send?"

24           Do you see that?

25           A.   I see that.                          10:04:52
```

Page 485

```
 1          Q.    And so this appears to be information        10:04:54

 2    that -- that she was developing with regard to a

 3    Wall Street Journal story on API migration, right?

 4          A.    That's correct.

 5          Q.    And API migration is a reference to the      10:05:04

 6    changes to the APIs with the new platform?

 7          A.    That's correct.

 8          Q.    Okay.  And so in -- in her email, she

 9    presents the information that it appears that she

10    had prepared for the Wall Street Journal.             10:05:20

11          She states "Under API 2.0, app developers

12    can get the following info about a user who logs in

13    with their Facebook account.  Some caveats apply."

14          Do you see that?

15          A.    I do.                                        10:05:33

16          Q.    And she has a couple different

17    categories.  One is, "This is data that used to be

18    available by default and now can only be accessed

19    with Facebook's approval."

20          Do you see that?                                   10:05:45

21          A.    I see that.

22          Q.    And then she has a heading that says

23    "This data used to be available through Facebook's

24    API and is no longer available, period.  This

25    includes 30 different data points about your          10:05:56
```

Page 486

CONFIDENTIAL

```
 1    friends."                                          10:05:58

 2         A.   I see that.

 3         Q.   Now, if you look at the bolded text that

 4    I just read, at the time that statement -- at the

 5    time this email was sent on September 11th, 2015,   10:06:13

 6    was it true that this data used to be available

 7    through Facebook's APIs and is no longer available,

 8    period?

 9         A.   No, this information was still available

10    to some -- some whitelisted applications at the     10:06:27

11    time.

12         Q.   So if we go to page 10 in this string,

13    which is further back in time, there's an earlier

14    version of the information that Ms. Peace had put

15    together.  And this is dated September 11th, 2015,  10:06:50

16    but earlier in that day.  This is at 12:39, and the

17    other message we just went through was at 2:10.

18              We see that same heading towards the

19    bottom of the page --

20         A.   I'm sorry.  Could you give me the Bates   10:07:04

21    number of the page you're looking at?

22         Q.   Yeah.  Yeah.

23              FB-CA-MDL-01169164.

24         A.   Got it.  Thank you.

25         Q.   And you'll see the same bolded heading,   10:07:16
```

Page 487

1    "This data used to be available through Facebook's     10:07:18

2    API and is no longer available.  This includes 30

3    different data points about your friends." [as

4    read]

5            And -- and there's a -- appears to be a     10:07:25

6    comment and the initials for the comments are SC.

7            Is that you?

8        A.   I think that would have been me.

9        Q.   Okay.  And you write "we may need to be

10   careful about the finality here.  There are still     10:07:37

11   apps on v1 (extended deprecation window) and we may

12   have apps under contract which retain access to

13   this information.  Don't know if we need to explain

14   that in this context."

15           Do you see that?     10:07:55

16       A.   I see that.

17       Q.   So that's consistent with the answer you

18   just gave about that bolded heading not being

19   accurate at the time, right?

20           MR. BLUME:  Objection.  Form.     10:08:06

21           THE DEPONENT:  It's consistent with my

22   previous statement that at this time there were

23   still apps that had access to some friends

24   information via the API.

25       Q.   (By Mr. Loeser)  And you write "Don't     10:08:24

```
 1    know if we need to explain that in this context."        10:08:24

 2            And it is true, is it not, that -- that

 3    that additional information that you indicate in

 4    that parenthetical was not communicated to the

 5    Wall Street Journal in connection with this story?       10:08:39

 6            MR. BLUME:  Objection.  Form.  And scope.

 7            THE DEPONENT:  I can't say for certain

 8    what information was shared with -- with the

 9    Wall Street Journal.

10       Q.   (By Mr. Loeser)  Now, in that same             10:09:05

11    comment from you, there is another comment from JP,

12    and that -- those are the initials of

13    Johanna Peace, right?

14       A.   That's correct.

15       Q.   And do you see that she says "Don't think       10:09:19

16    we need to go into that detail here; we can always

17    clarify if asked."

18            Do you see that?

19       A.   I see that.

20       Q.   And then you respond to that with another       10:09:27

21    comment, and it just says, "[SC: sgtm!]"

22            What does "sgtm" mean?

23       A.   It sounds good to me.

24            MR. LOESER:  I think we can conclude for

25    the day, Mr. Cross.                                      10:09:44
```

Page 489

CONFIDENTIAL

```
1              And, again, I do want to -- I do          10:09:45

2    appreciate the time you've spent.

3              And we can go off the record.

4              THE VIDEOGRAPHER:  Off the record.  It's

5    10:09 p.m.                                           10:09:53

6              (TIME NOTED:  10:09 p.m.)

7

8

9

10                       ---o0o---

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                             Page 490
```

CONFIDENTIAL

1      I, Rebecca L. Romano, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4      That the foregoing proceedings were taken

5  before me remotely at the time and place herein set

6  forth; that any deponents in the foregoing

7  proceedings, prior to testifying, were administered

8  an oath; that a record of the proceedings was made

9  by me using machine shorthand which was thereafter

10 transcribed under my direction; that the foregoing

11 transcript is true record of the testimony given.

12     Further, that if the foregoing pertains to the

13 original transcript of a deposition in a Federal

14 Case, before completion of the proceedings, review

15 of the transcript [ ] was [X] was not requested.

16     I further certify I am neither financially

17 interested in the action nor a relative or employee

18 of any attorney or any party to this action.

19     IN WITNESS WHEREOF, I have this date

20 subscribed my name.

21

22 Dated: May 17, 2022

23

24

    Rebecca L. Romano, RPR, CCR

25     CSR. No 12546

Page 492

CONFIDENTIAL

1  IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2  SIMON CROSS, VOLUME II, JOB NO. 5219195

3                    E R R A T A   S H E E T

4  PAGE 225     LINE 9     CHANGE ███████████ _____

5  _____

6  REASON transcription error

7  PAGE 225     LINE 13     CHANGE ███████████ _____

8  _____

9  REASON transcription error

10  PAGE 225     LINE 14     CHANGE ███████████ _____

11  _____

12  REASON transcription error

13  PAGE 225     LINE 19     CHANGE █████████ _____

14  transcription error

15  REASON transcription error

16  PAGE 226     LINE 2     CHANGE ███████████ _____

17  _____

18  REASON transcription error

19  PAGE 226     LINE 3     CHANGE ███████████ _____

20  _____

21  REASON transcription error

22

23  _____       1st July 2022

24  WITNESS                               Date

25

                                        Page 495

CONFIDENTIAL

IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

SIMON CROSS, VOLUME II, JOB NO. 5219195

E R R A T A   S H E E T

PAGE 226    LINE 19    CHANGE ██████████████ _____

_____

REASON transcription error _____

PAGE 235    LINE 10    CHANGE "a friend" to "the friend"

_____

REASON misspoke _____

PAGE 237    LINE 11    CHANGE "that is" to "there is"

_____

REASON transcription error _____

PAGE 241    LINE 5    CHANGE "integrated" to "integration"

_____

REASON transcription error _____

PAGE 243    LINE 18    CHANGE "Koukouzelis" to "Koumouzelis"

_____

REASON transcription error _____

PAGE 255    LINE 11    CHANGE "I got to go" to "Again, to go"

_____

REASON transcription error _____

_____    _____
WITNESS                              Date

*Simon Cross* (signature)            1st July 2022

Page 495

CONFIDENTIAL

```
1    IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2    SIMON CROSS, VOLUME II, JOB NO. 5219195

3                       E R R A T A   S H E E T

4    PAGE 256    LINE 11    CHANGE "Koukouzelis" to "Koumouzelis"

5    _____

6    REASON transcription error

7    PAGE 271    LINE 2     CHANGE "construes" to "constitutes"

8    _____

9    REASON misspoke

10   PAGE 284    LINE 22    CHANGE "in" to "than"

11   _____

12   REASON misspoke

13   PAGE 287    LINE 2     CHANGE "recall specific" to "recall a specific"

14   _____

15   REASON transcription error

16   PAGE 298    LINE 9     CHANGE "ultimately" to "what ultimately"

17   _____

18   REASON misspoke

19   PAGE 306    LINE 10    CHANGE "usual" to "unusual"

20   _____

21   REASON transcription error

22

23   _____          1st July 2022

24   WITNESS                               Date

25
```

Page 495

CONFIDENTIAL

```
 1    IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

 2    SIMON CROSS, VOLUME II, JOB NO. 5219195

 3                    E R R A T A   S H E E T

 4    PAGE 319    LINE 15    CHANGE "continue" to "continued"

 5    _____

 6    REASON transcription error

 7    PAGE 321    LINE 19    CHANGE "able" to "were not able"

 8    _____

 9    REASON misspoke

10    PAGE 325    LINE 4     CHANGE ""sure. It" to "sure it"

11    _____

12    REASON transcription error

13    PAGE 325    LINE 6     CHANGE "of the company" to "at the company"

14    _____

15    REASON transcription error

16    PAGE 328    LINE 23    CHANGE "what platform" to "that platform"

17    _____

18    REASON misspoke

19    PAGE 342    LINE 22    CHANGE "veracity" to "capacity"

20    _____

21    REASON transcription error

22

23    _____          1st July 2022

24    WITNESS                               Date

25
```

Page 495

CONFIDENTIAL

1   IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   SIMON CROSS, VOLUME II, JOB NO. 5219195

3                    E R R A T A   S H E E T

4   PAGE 354    LINE 6    CHANGE "state" to "stage"

5   _____

6   REASON transcription error

7   PAGE 370    LINE 19    CHANGE "accesses" to "axes"

8   _____

9   REASON transcription error

10  PAGE 394    LINE 23    CHANGE "developers" to "developer"

11  _____

12  REASON transcription error

13  PAGE 408    LINE 3    CHANGE "super-strategetic" to "super-strategic"

14  _____

15  REASON transcription error

16  PAGE 408    LINE 11    CHANGE "super-strategetic" to "super-strategic"

17  _____

18  REASON transcription error

19  PAGE 423    LINE 9    CHANGE "there was" to "there was no"

20  _____

21  REASON misspoke

22

23  _____        1st July 2022

24  WITNESS                              Date

25

                                    Page 495

CONFIDENTIAL

```
1   IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   SIMON CROSS, VOLUME II, JOB NO. 5219195

3                   E R R A T A   S H E E T

4   PAGE 432    LINE 5      CHANGE "continue and changing" to "continue"

5   _____

6   REASON misspoke

7   PAGE 443    LINE 10     CHANGE "develop" to "developer"

8   _____

9   REASON transcription error

10  PAGE_____  LINE_____  CHANGE_____

11  _____

12  REASON_____

13  PAGE_____  LINE_____  CHANGE_____

14  _____

15  REASON_____

16  PAGE_____  LINE_____  CHANGE_____

17  _____

18  REASON_____

19  PAGE_____  LINE_____  CHANGE_____

20  _____

21  REASON_____

22

23  _____      1st July 2022

24  WITNESS                                Date

25
```

Page 495

**[& - 2019]**

| & | | | |
|---|---|---|---|
| **&** 208:14 209:19 211:5 212:5 213:5 295:22 313:25 317:19 319:11,21 322:21 399:7 416:24 417:3 418:5 477:7 493:23 494:9 | **10th** 331:14 350:22 361:11 397:7 **11** 217:18 243:3 293:24 294:3 484:13 **11th** 347:10 485:12 487:5,15 **12** 208:16 209:18 217:20 219:1 294:23 295:19 409:25 493:5 **12/10/2013** 350:6 **12/5/13** 215:19 216:7 362:18 363:21 **1201** 210:11 **12546** 208:21 492:25 **12:39** 487:16 **12th** 211:9 219:6 397:21 **13** 217:22 331:5,8 379:25 380:2,8 382:1 383:22 **14** 217:24 330:19 410:22 416:10 **14th** 419:25 482:3 **15** 218:3 413:21 **16** 218:5 **1600** 211:10 **16th** 244:4 **17** 218:7 441:2 492:22 493:3 **18** 208:4 209:4 **18,067** 301:1 **1801** 212:9 **1881** 213:16 **19** 452:21 **1a** 351:2 | **2** | **361:11 362:23 382:1** **2013.xlsx.** 327:20 **2014** 216:11,16 246:1 255:13 329:13 348:2 394:4 396:9,15 397:7 402:21 409:14,22 410:3 410:25 413:23 419:25 420:1 426:13 433:23 436:10 438:14,15 438:23 441:5 445:20,22 446:16 449:5 457:16 459:3 466:15,19 467:7,9 469:1 **2015** 248:8 284:24 304:22 327:6 445:23 446:4,10 446:14,14,18 447:5,11,16 448:8 448:25 449:5 484:13 485:12 487:5,15 **2016** 446:4 449:11 449:12 473:16 474:14,18 477:4 478:5,16 479:5,17 480:21 482:3,9 **2017** 449:15,16,18 449:19 **2018** 241:25 242:5 438:13 443:18 449:22,25 450:5 450:21,25 451:11 452:3,4,20 453:15 453:19 470:16 **2019** 241:3 242:9 450:1,22 451:4,5 |
| | | **2** 222:24 223:10 224:3,20,20 225:12,18 228:7 229:3,9 230:4 232:8 253:22 256:9 257:1,17 260:6,8 299:15 319:18,19 320:11 347:24 358:23 360:3 364:8 399:2 403:18 409:21 420:3 423:20 425:20 426:8,19 432:11,21 438:19 438:21 443:4,6,14 443:22 445:4 447:15 448:1 454:8,23 455:12 455:13,21 456:13 457:4,20 458:25 459:22 460:21 461:5 463:9 464:3 465:13,16,23 466:2,10 467:25 469:4,10,16 470:4 478:8 **2.0** 486:11 **20** 218:9 327:10,12 393:8 402:18,19 451:5 452:21 **20-0466** 208:22 **200** 402:20 **2001** 213:8 **2010** 236:5 **2013** 244:4 260:24 284:18 294:5 316:20 327:6,24 330:19 331:14 337:18 347:10 350:22 359:19 | |

| 0 | | | |
|---|---|---|---|
| **000041190** 216:8 **0000412003** 216:9 **00200698** 333:4 **00202269** 216:18 **01169155** 217:6 **01169161** 485:6 **01169164** 487:23 **01169173** 217:7 **01462921** 216:23 216:24 **02843** 208:4 209:4 **02951293** 215:13 **02951294** 215:14 **02951295** 215:21 **02978561** 216:13 **02978566** 396:19 **02978571** 216:14 | | | |

| 1 | | | |
|---|---|---|---|
| **1** 223:25 224:2,21 226:25 230:4,15 295:6,14 296:9 353:4 403:7 420:3 446:15 448:1 494:1 **10** 487:12 **100** 358:10 360:19 364:19 394:9 395:8 406:21 **10:09** 490:5,6 | | | |

**[2019 – 7321]**

451:16,20 452:10
452:13,16
**2020** 241:4,12
451:8,17,20,25
452:16
**2021** 452:16
**2022** 208:16
209:18 219:1,6
445:18,19 452:16
491:7 492:22
493:3,5
**2025.520** 493:9,12
**206** 210:14
**208** 208:25
**2100** 213:9
**213** 214:10
**214** 213:11
**21st** 260:24
**221** 215:5
**22nd** 337:19
402:20
**23rd** 402:21
**24** 327:20 478:5
**243** 217:12
**244** 217:14
**24th** 327:24 396:9
396:15 409:14
410:3 473:16
474:14 477:4
478:16 480:21
**250** 274:25 276:23
276:25 277:3
**253-9706** 214:10
**256** 217:16
**25th** 337:18
**26** 404:1
**26,000** 404:3,22
405:16,18 417:3
**27** 216:16
**27th** 433:23

**2843** 208:3 209:3
**28th** 338:15
**29** 241:12
**293** 217:18
**294** 217:20
**298-5735** 212:12
**2:10** 487:17
**2:36** 209:18 219:2
219:5
**2nd** 244:1

### 3

**3** 237:24 238:18
268:6 276:21
280:25 285:4
294:19 320:12
334:19 340:14
347:7 351:9
403:23
**3.0** 244:1,12
245:18,23,24
247:3 253:19
295:22 343:23
351:17 356:9
359:13 361:2
409:18 435:20
**3.0.** 329:14
**3.0.docx.** 244:8
**3/24/2016** 472:10
**30** 208:12 290:23
477:10 486:25
488:2 494:1
**30,000** 303:9
**303** 212:12
**30k** 303:8
**30th** 246:1 248:8
284:24 304:22
329:13 348:2
409:22 426:13
436:10 438:13,14
438:23 441:5
443:18 457:16

466:15 467:7
469:1
**3161** 212:18
**3200** 210:12
**327** 218:9
**32nd** 214:8
**331** 217:22
**335** 235:18
**338** 215:11 349:23
350:1
**339** 215:16 361:13
**340** 216:4 363:10
363:11
**341** 216:11 393:23
393:24
**342** 216:16 433:16
433:19
**343** 216:20 472:5
472:18,19,24
**344** 217:4 483:19
483:23,25
**3491** 208:23
**350** 215:11
**361** 215:16
**363** 216:4
**393** 216:11
**3:31** 260:12
**3:46** 260:15
**3rd** 294:5

### 4

**4** 333:11
**40,000** 275:16,16
275:18
**40k** 274:22 275:12
275:15
**410** 217:24
**413** 218:3
**415** 211:12
**42,223** 315:25
**4200** 212:10

**433** 216:16
**440** 218:5
**441** 218:7
**445-4003** 211:12
**45** 417:3
**451-3993** 212:20
**472** 216:20
**483** 217:4
**495** 208:25

### 5

**5** 217:12 243:2,14
347:9
**5219195** 208:24
493:5 495:2
**54** 342:10,17,20
**555** 211:9 214:7
**5:13** 326:6
**5:36** 326:9
**5th** 214:7 362:23

### 6

**6** 208:12 217:14
244:18,25 245:7
245:15 290:23
403:7,15
**6,475,108** 302:3
**623-1900** 210:14
**639,342** 382:2
**65,996,118** 389:1
**650** 213:18
**67** 239:10
**698-3204** 213:11
**6th** 331:15

### 7

**7** 217:16 256:21
259:3,3 260:18
353:7 358:24
485:4
**70** 239:7
**7321** 492:24

Page 2

**[75201 - actual]**

**75201**   213:10
**7:05**   393:17
**7:39**   393:20

**8**

**8**   358:24
**80**   477:5
**80202-2642**
    212:11
**827**   208:22
**849-5206**   213:18
**8568**   402:14
**8:37**   438:8
**8:50**   438:11
**8th**   338:16 347:8

**9**

**90**   307:22,23 308:5
**90013**   214:9
**92612-4412**
    212:19
**94304-1211**
    213:17
**94607**   211:11
**949**   212:20
**98101**   210:13
**9:34**   471:23
**9:47**   472:1
**9th**   410:25 413:23
    420:1

**a**

**abide**   483:14
**ability**   233:5 249:7
    252:13 265:9,12
    321:1 322:2 390:5
    398:6 443:20
    448:4,14 449:7
**able**   222:22
    226:10 230:22
    235:8 249:12
    250:6,17 273:21
    292:25 301:4

302:5 317:3
321:19 329:4
334:24 357:3
375:10 380:5
381:8 391:9,24
392:3 401:12,25
419:8,8 440:11
453:6 481:8,9
**absolutely**   393:5
**abundantly**
    282:21
**access**   222:22
    223:9,24 224:11
    224:13 227:15
    228:11,16 229:8
    229:10,25 230:9
    230:14,21,22
    231:4,23,25
    232:16,19,23
    233:9 234:11
    235:3 236:9,14,15
    236:22 237:7,8,9
    237:15,19 238:25
    239:1 241:4,13,19
    241:22 249:12
    250:6,17 251:21
    252:14 253:13,25
    254:1 258:20,23
    263:15,24 269:4
    272:16 275:16
    276:11,17 277:16
    277:25 283:15
    284:8 285:20
    286:8,20 287:10
    287:16 288:10
    289:5 290:2 291:5
    291:15,25 293:15
    295:10 303:24
    305:16,16 306:4
    308:9 309:19
    310:13 313:11,11

314:4 315:14
317:20 318:11,16
318:20 319:1,5,12
319:14,15 320:12
320:21,25 321:6
321:16,17,18,20
321:22 322:1
326:13 333:18
343:8 345:4,7,15
345:19 346:10
347:2,6 358:25
366:8 369:7,23
370:22 375:25
400:5,15,21,24,25
401:13 402:1,9
406:17 408:8
414:14 418:22
424:9 425:7
426:24 427:2,3,7
427:15 428:8
429:6,17,24 430:4
430:12,23 432:9
432:18 441:25
443:6 447:19
448:4,14 449:7,13
449:17,20 451:6
451:10 454:8,23
455:10,20 456:12
457:3,19 458:24
459:21 460:20,24
461:4 463:8 464:1
464:22 465:3,11
465:15,20,21
466:1,7 467:24
469:3,9,14 470:3
474:13,16,23,24
476:9,19 477:16
477:25 478:9,20
478:24 479:1,6,9
479:13,18 480:8
480:22 481:2,19

482:4,9,19 483:3,8
488:12,23
**accessed**   317:9
    477:9 486:18
**accesses**   370:19
**accessing**   230:7,8
    231:7 316:3 317:4
    477:5,17
**account**   288:8
    289:4 290:1 291:4
    291:14,21 380:6
    392:10 486:13
**accurate**   247:1,8
    390:3 396:13
    437:20,24 479:14
    480:9,23 488:19
**accurately**   353:14
    353:15 358:20
    437:14
**acknowledging**
    412:3
**acronym**   364:20
**act**   246:17 249:12
    250:6,17
**action**   492:17,18
**actions**   208:7
    209:7 336:7
**active**   373:7,16
    374:2,10,12
    388:16,21 389:1
    389:14,19,24
    390:8
**actively**   301:15
    389:12
**activity**   372:23
    375:2,15 376:6,14
    376:15,18,20
    377:3 392:19
**acts**   479:12 480:7
**actual**   329:25
    403:14

[actuality - answer]

actuality 360:1
ad 287:23
adaniel 210:17
adavis 211:13
add 256:23 306:1
  342:11
added 230:9
  231:18 255:6
  274:13 329:19
  330:7,13,19
addition 326:14
  400:9 427:5
additional 221:14
  222:14 237:22
  273:8 278:16
  307:18 329:19
  333:10 346:18
  427:10 429:24
  476:23 489:3
address 263:6
  440:5 441:5
  455:18,23 457:15
  469:1
adds 274:11
adele 210:8 219:17
  243:12
adieu 220:7
administered
  221:2 492:7
administering
  220:10
admit 225:19
admitted 225:9
  226:2,3,19,20
admitting 225:13
  225:14
adopted 339:25
  466:10
ads 369:11
advance 222:4
  304:5,10 305:3

342:25 343:17,22
  349:12 437:9
advantages 226:18
advent 402:10
advertising 375:11
  383:15 384:1
  391:8
affirmative 425:24
affirmatively
  228:20
afternoon 221:7
agenda 364:8,10
  364:21,23 366:9
aggregate 225:25
  226:8
aggregation
  226:24 227:9
aggregator 378:24
aggregators 368:3
  378:18
ago 270:20 281:20
  309:3 336:1 405:7
agree 220:9
  228:25 253:8
  293:5 419:8
  428:22
agreed 266:19
agreeing 425:24
  446:9
agreement 266:12
  281:7
agreements 263:5
  399:6,7 420:20
  456:11 457:2,18
  458:23 459:20
  460:19,22
ahead 234:16
  284:4 290:20,24
  335:19 353:7
  355:7 458:18,19
  468:5 482:1

aligned 251:17
allow 223:8 232:7
  240:12,12 256:2
  268:22 269:4
  270:2 274:5
  318:16 333:10
  342:11,18,23
  395:22 406:17
  411:23 418:22
  451:24 455:20
allowed 248:8
  253:2,3,13 258:19
  258:22 275:16
  318:20,21,24
  320:17 340:3
  392:18 460:23
  474:24 477:24
allowing 232:15
  293:6 329:3
alternative 435:11
alternatives
  424:23
alto 213:17
amazon 383:22
  388:2,7
amee 473:14
american 362:20
amir 327:15
amount 252:15
  253:6 297:4 305:2
  320:8 383:21
  451:1 452:4,7
amounts 450:20
analysis 239:18,21
  240:1,15,19 263:7
  264:20 276:5
  301:7 302:16,24
  302:25 348:11,21
  348:21,24,25
  349:11,14 380:4
  381:2

analyst 347:13
analyze 347:14
  348:14
analyzed 239:18
  349:4
analyzing 384:10
angeles 214:9
anne 211:6
announced 246:1
  247:6 278:6
  284:20 285:14
  298:9 304:11,22
  307:11 348:2
  409:20 436:9
  438:17,21 445:20
  459:2
announcement
  304:6 314:11
  318:6 334:12
  445:22
announcements
  298:12 343:4
  467:8
announcing 414:3
  423:19
annoyingly 362:25
answer 228:12,21
  229:13,13 240:10
  240:12 251:14
  254:11 261:8,14
  261:19,24 268:8,9
  269:17 270:9,17
  270:20 272:23
  273:19 278:25
  279:2 280:4
  284:13 286:23,24
  289:19 290:5,6,15
  291:19 292:23
  293:1,18 296:22
  301:8 316:11,12
  316:15,17,19

Veritext Legal Solutions
866 299-5127

**[answer - app]**

325:2 330:10,23
335:11 337:6
339:15 340:20
341:2,4 342:2
348:14,16 349:2
349:19 351:13
356:12 358:20
371:9 372:6
373:21 374:21
375:10 381:16
383:18,20 385:6,7
385:8 386:18,22
388:6 390:3,14,25
391:10,24 392:4,7
392:16 396:1
412:12,16 413:8
414:22 420:13
434:18,24 436:1
437:22 446:5,25
447:12,21 448:18
452:22,24 455:8
458:4 459:12,15
460:10 461:1,14
461:19,19 462:9
462:10 464:6,7
467:16,21 468:3
468:10,14,17
469:24 476:4,5,7
479:24 480:2,18
481:4,6,8,9,10,12
481:13,14,22
488:17
**answerable**
386:23 387:2
390:18 391:10
**answered**  223:13
228:19 311:5,7
312:11,13 352:11
371:8 385:1,2,5
415:6 447:24
456:16 457:7,12

458:8 461:13
470:10 482:6
**answering**  223:15
230:2 276:3
377:17 389:21
431:18 461:12
467:12,15
**answers**  257:14
420:23
**anymore**  276:16
373:2
**anyway**  300:17
**ap**  455:11 456:13
457:19 463:9
**api**  217:5 222:23
223:10 224:2,20
224:20 225:9,21
226:11,25 228:3,3
228:7 229:3,9
230:6,10,15 231:1
231:13 232:8
234:22 252:15
253:6,12 257:1,17
262:23 296:13
297:25 299:15
300:14,15 312:18
313:12,23 314:11
314:18 316:4,18
316:19 317:3,4
318:6 319:18,19
320:10,16,25
322:1 334:15
340:16,16 345:6,8
346:20 347:6,23
357:2 399:16
400:3,11 402:10
409:21 415:16,16
418:6 421:25
422:1 424:11
425:20 426:8,19
432:10,21,24

435:4 438:18,20
440:19 443:3,6,23
445:3,4 446:3,14
446:22 447:15
450:16,25 452:3
452:13 453:3,19
454:7,22 455:13
455:15,16,21
456:13 457:4
458:25 459:22
460:21 461:4
464:2,2 465:7,12
465:16,23 466:2,2
466:9 467:25
469:4,10,15 470:4
477:5 484:14
485:9 486:3,5,11
486:24 488:2,24
**api's**  400:4
**apis**  227:20,23,24
227:24 228:7,11
228:16 229:4,8,10
229:21,25 230:23
231:22 232:1,9,21
233:3,24 234:3,19
234:21 262:19
298:1,6,17 299:2,5
299:21 300:1,21
315:15 317:9
318:16,19,21
345:5 346:3,11
347:2 399:22
400:10,16,22
401:11,24 402:9
411:22 412:2,24
417:3 420:3
421:24 423:20
424:10 426:15,25
427:2,3,16 428:9
445:10 450:7,14
450:15,15,16,17

450:19,20 451:16
451:19,21 452:11
452:16,20 453:7,9
453:14,15,20,20
454:1 455:2
464:23 469:2,8
474:23 486:6
487:7
**apologies**  295:15
352:11 416:18
**apologize**  295:16
416:17
**app**  216:21 224:24
225:14 226:11,13
226:18 231:3
233:6 235:9 236:9
236:14,15,21,22
237:14,18 238:12
238:17,24,24
239:4,8 248:10
249:9,11,14,18,25
250:8,19 253:4,23
253:24 254:3,24
255:14 258:19
273:23,25 274:3,6
276:11 287:15
297:2 301:15
302:2 305:18
306:4,9 312:9,23
313:5,10,13,24
314:25 315:18,18
315:22 317:9,17
319:9,12 320:13
321:6,9 322:3,16
322:16 328:3,5,8,9
336:18 353:5
369:10 372:21
373:1 376:18
377:3 389:22
409:24 414:14
417:3 418:22

Veritext Legal Solutions
866 299-5127

[app - april]

430:14,25 441:8,9
441:21,25 442:2,9
442:12,19,24
443:6,8 444:6,24
445:8,25 446:12
446:20 447:6
448:8,24 454:8,9
454:23,24 455:5,7
455:9,11 456:10
457:1,17 458:22
459:19 460:18
467:22 469:1,7,19
470:7,21 472:11
473:23 475:6,17
476:21 478:12,22
483:6 486:11
**appear** 245:17
362:5 475:6,18
491:4
**appearances**
210:1 211:1 212:1
213:1 214:1
**appearing** 210:2
211:2 212:2 213:2
214:2 493:18
494:7
**appears** 267:4
269:2 275:23
281:14 312:25
314:12 350:15
352:25 353:16
360:15 378:3
381:4 382:11
477:9 486:1,9
488:5
**appendix** 312:14
312:16
**appetite** 303:24
**apple** 383:22
477:7

**appli** 461:7
**application** 225:20
226:1,3,20 231:17
237:3 238:6,14,23
252:4 253:3
254:25 258:22
271:19 273:23
302:13 328:23
389:24 443:21
446:15
**applications**
226:10 227:9
228:15 231:6
232:23 233:19,21
242:10 255:22
256:10 257:25
275:18 289:12
301:25 302:14
372:11 373:11
443:12,13 447:19
448:3 449:5,13,19
451:2 452:5 476:9
487:10
**applied** 320:3
**apply** 486:13
**appreciate** 410:17
459:12 460:6
479:25 480:19
483:17 490:2
**appropriate** 247:7
351:18 405:10
**approval** 486:19
**approve** 333:12
**approved** 256:10
335:25
**approving** 335:20
335:21 336:10,13
**approx** 477:5
**apps** 222:21 223:8
224:10 235:2
236:9 237:6,8

241:6,14,21,24
248:8 249:14
251:22 252:18
253:13,13 257:20
259:10 274:22,24
275:1,3,8,12,15,16
276:24,25 277:3,5
281:25 282:2
285:19 286:15,19
287:9,15 293:14
297:18 298:16
300:11,11,25
301:5 303:9,11,15
303:20,24 305:16
305:16 306:13,14
306:19 307:1,6,17
308:9,23 309:17
310:6,11,25 311:1
311:11,15 312:1,5
313:7,25 314:8
315:8,20,23 316:3
317:4,8,17,19
318:10 319:11,13
319:24 320:3,4,12
320:16,17,21,21
320:22 321:16,17
321:18 322:13,18
329:3 330:4
333:10,12,13,17
334:17 335:1,21
335:25 336:10
338:9 339:2,12,17
339:25 340:3,8,24
342:13 343:7,14
344:20 345:14
353:6,8,18,24
355:8,14 356:7
357:7 358:12
360:14,15,25
364:14 366:23,25
367:2,10 368:6

375:2,15 376:6
378:5,13,18,22,25
380:6 389:10,12
389:15 390:8
391:16,22,25
392:18 402:9
404:3,4,17,19,23
404:23 405:16,18
405:22 406:15
407:8 408:6 409:6
409:23 414:15
417:13 426:23
427:6,10,14 428:7
429:5,16 430:3
435:4 442:8 445:3
447:16 448:13
449:7,7,25 450:1,4
451:3,5,9,12,25
452:8 455:19,20
457:25 459:4
463:7 464:1,21
465:14,19,20,22
470:2,15 473:24
474:4,12,16,21,22
474:24 475:4,24
476:2,18,22 477:5
477:9,14,17,24
478:9,20,24 479:1
479:6,9,13,17
480:8,22 481:1,17
481:17,17,17,19
482:4,8,19 483:2,8
488:11,12,23
**april** 246:1 248:8
255:13 284:24
304:22 329:13
348:2 409:22
426:13 436:10
438:13,14,23
441:5 443:18
457:16 466:15,19

**[april - aware]**

467:7 469:1
**archibong** 259:7
261:12 280:19
286:9 294:4 331:9
410:25 411:7
413:19 416:12
422:23 428:3
438:25
**area** 372:9 375:12
424:11,12 425:12
432:24 443:23
445:3 455:14
465:22 469:15
470:12
**argumentative**
482:22
**article** 473:20
**artifact** 478:22
483:7
**asap** 294:14
**aside** 244:16 362:7
363:8
**asked** 223:4,7
227:13,19 229:2
232:14 235:1
238:16 239:6,8
253:25 279:17
308:7 311:13,23
347:16,19 348:23
349:6 369:5,12
370:19,21 371:8
375:24 384:25
398:12 415:6
456:15 457:6,12
459:13,16 460:7
462:7 464:8
468:15,18 470:10
482:6 489:17
**asking** 228:25
265:17 271:12
272:12 292:22

316:14,21 326:11
346:25 354:25
360:23 370:25
387:23 398:19,24
399:19 402:3
460:9 461:15,25
462:19 467:13
481:13 482:18
**asks** 397:14
398:14
**assess** 265:24
282:5,24 360:5,12
360:23 384:19
**assessed** 385:21
386:19
**assessing** 388:9
**assessment** 268:1
281:8 358:24
367:19 378:1,4,10
378:17,22,23
379:4,13,24 380:7
380:21,22 385:17
385:19 386:5
416:25
**assigned** 463:3
**associate** 214:16
**associated** 364:2,2
381:9 389:11,23
425:4
**assume** 246:6
277:12,13 287:12
362:20 391:17
406:11 411:9
434:17
**assuming** 294:13
442:25
**assumption**
473:22
**attached** 245:21
274:24 275:14,21
278:17 350:3

361:10,15 363:13
394:1 413:17
433:18 435:3
472:7 483:21
**attachment** 244:7
244:16 259:10
327:19 350:7
361:17 411:10
413:23
**attempt** 341:6
348:18
**attempted** 317:7
317:10
**attempting** 263:20
264:3 265:24
278:6 283:23
288:19 359:25
429:21
**attorney** 212:17
213:7,15 219:14
220:13 492:18
**attorneys** 210:10
211:8 212:8
**audience** 309:25
310:2 414:6,10
456:23
**audit** 282:4 296:13
296:19 297:12,14
327:19 338:10
404:1,3,22
**august** 244:4
260:24 284:18
**auld** 211:5
**authenticating**
258:20,23
**authentication**
236:12 301:12
**author** 243:17
316:24 363:2
370:25 371:1
382:8 415:10

422:10,13
**authored** 416:19
419:22,24
**authoritative**
261:8,14,19,24
**authority** 463:16
**authorization**
236:10
**authorize** 238:14
**authorizing** 238:5
**available** 227:25
228:1,3,4 230:16
230:19,19 232:20
232:24 233:10,23
233:24 234:3,23
242:13 254:23
255:14 256:8
299:8 300:10
320:19 337:12
395:16 415:20
418:23 443:11
446:15 451:2
452:5,7 453:21
465:7 486:18,23
486:24 487:6,7,9
488:1,2
**avenue** 210:11
213:8
**average** 238:13
239:8,10 373:3,7
**avoid** 479:21
**avoiding** 467:12
**aware** 227:5
354:10 387:4
424:13 432:7,17
432:25 433:4,7,10
433:13 435:19,24
436:2 458:1,11,12
458:13 463:25
464:4 467:10

Veritext Legal Solutions
866 299-5127

[awesome - blume]

**awesome**  350:12

**b**

**b**  208:12 212:16
  214:5 215:8 216:1
  217:1 290:23
  409:3 494:1
**back**  221:11
  255:11 259:2
  260:14 261:1
  280:24 289:18
  290:19 309:11
  326:8 330:19,21
  340:11 342:2
  347:7,10 349:2
  363:22 366:9
  375:2,16,20 376:6
  376:14,18 378:12
  392:19 393:19
  396:4 401:18,20
  410:15 416:10,21
  426:1 432:14
  438:4,10 443:25
  444:15 448:19
  454:15 459:15
  471:25 475:2
  479:24 480:4
  487:13
**backward**  266:12
  365:25 399:7
  422:6
**backwards**  266:18
  420:21 421:12
**bad**  371:23,25
  372:2
**badoo**  319:22
**balance**  257:15
**bang**  260:2,2
**bar**  404:10,24
  406:7,9,13 407:16
**based**  226:23
  239:19 249:22

269:2 275:22
281:6 282:7 283:1
283:13 288:5,23
328:3,5,8 333:15
350:15 351:7
353:16 378:3
382:10 385:21
389:24 398:12
411:18 412:16
413:12 473:22
485:21
**basis**  233:21
  314:21 315:1,15
  315:19 322:11,16
**bates**  333:3 396:19
  396:21 402:13,13
  416:7 485:5
  487:20
**beginning**  219:13
  262:3 263:2 274:8
  281:4 350:21
  398:11 403:5
  410:4 473:19
**behalf**  209:16
  219:20 240:13
  270:18 271:24
  279:5,25 284:13
  286:25 293:19
  323:7,8 351:13
  356:12,16 358:21
  370:11 372:7
  436:1 461:25
**behavior**  248:17
  443:23
**belabor**  228:17
**belief**  415:25
**believe**  219:22
  240:4 241:18
  297:6 364:9 412:1
  472:3 476:21

**believed**  277:23
  420:1
**believing**  475:5
**belongs**  249:8
**beneficial**  375:7
**benefit**  246:24
  247:17
**benefits**  293:6
  375:1
**best**  238:21 264:3
  267:21,23 292:8
  339:4,4
**better**  258:12
  292:25 309:7
**beyond**  254:19
  294:12 348:6
  373:17,18 374:23
  375:8 381:11,14
  389:4 392:13
  407:10 412:10
  415:7
**bfalaw.com**
  211:13,14
**big**  369:7,14,18
  370:13 421:6
  431:9,20
**bigger**  396:23
  436:23
**binder**  243:3
**binding**  220:11
**bing**  314:19 315:3
  315:13 322:10
  383:22 391:17
**bio**  393:4 471:17
**birthday**  436:19
  436:24
**birthdays**  319:22
**bit**  234:18 252:24
  261:3 272:5
  276:20 308:7
  338:20 349:18

354:17 358:23
399:1 417:7 419:8
436:23 454:17
478:4
**bleichmar**  211:5
**blog**  242:8
**blowing**  243:9
**blume**  212:6
  219:19,19 220:15
  222:11,12 227:2
  229:11 240:8
  244:19 245:3
  247:24 248:4
  251:2,4,12 253:9
  254:9,19 255:7
  257:23 258:6,10
  295:13 331:1
  335:3 337:9
  339:13 340:1
  341:5 342:4
  344:13,16 345:21
  346:4 348:6,17
  351:11 352:8,20
  354:4,15 355:16
  356:10 358:14
  359:5 360:7 361:3
  367:13 369:16
  370:1,7,15,23
  371:5,7,21 372:5
  372:19 373:5,17
  374:3,20 375:8
  376:2,10,23
  377:20 378:7
  379:7 380:9,24
  381:11 382:6,16
  382:18,20,23
  383:13,24 384:7
  384:25 385:6,8
  386:2,11,25
  387:15 388:4,18
  389:4 390:10

Page 8

[blume - capabilities]

391:2,23 392:13
393:1 395:24
398:4,21 399:24
401:2,14,20 402:6
405:24 406:20
407:10 408:9,20
410:18 411:12
412:10 414:8,19
415:3,4,6,21 416:6
419:1,15,18 420:5
420:11,22 422:17
423:6,24 424:18
425:2,9,21 426:10
426:18 427:17
428:10,19 429:1,7
429:19 430:6,17
430:20 431:2,12
432:22 433:5,11
434:15 435:21
436:17,22 437:2
437:10,15,25
439:24 442:13
444:8 445:1 446:1
446:7,13,21
447:14,23 448:10
449:2 450:10
451:18 452:1,18
453:1 454:4,11
455:1,24 456:5,15
457:6,11,21,24
458:6 459:1,23
461:6,9 463:17
465:17 466:4,18
468:2,5,6 469:11
470:9,22 471:2,7
474:5 476:3,13
477:23 479:4,16
480:24 481:5
482:6,13,21
484:22 488:20
489:6

bo   399:14
board   310:24
   311:9,10,12
   394:12
bolded   487:3,25
   488:18
bottom   262:5
   304:9 485:7
   487:19
bottoms   417:20
box   237:23
brackets   275:3
branded   271:18
break   252:8
   280:12 325:13
   393:2,4,4,7 409:11
   410:13 438:1
   471:8,17 472:2
breaking   248:13
   248:15,16,20
   263:4 266:20
breaks   277:5
brief   268:15
   407:12
bring   221:17
   295:19 428:21
bringing   223:18
broad   425:11
   443:9
broader   334:5,14
broadly   251:17
   308:19 334:7
   392:8
broken   248:18
   293:7,8 379:13
browse   273:22
   274:5
browsing   273:24
bryan   331:9,18,19
   332:14

bucket   264:20
   265:20 281:5
   365:12,16,20,24
   366:3,7
bucketing   408:6
buckets   277:24
   364:11,22 365:1,9
   366:10 397:20
   398:3,17,20
   399:21
build   318:17,22
   320:17 338:10
   346:17 357:3
   460:2,23 466:8
builds   234:5
built   228:10,14
   234:7 320:16
   372:12 412:23
   459:8
bulk   242:4 477:6
bullet   235:25
   237:20 241:1,16
   266:21 267:8,13
   268:19 273:4
   296:18 303:22
   306:2,11,24
   308:13,22 310:6
   312:8 322:9 333:7
   335:15 336:5,19
   338:5 342:6
   347:12 414:13
   415:15 417:2,11
   418:5 423:17,23
   424:4
bullets   277:7
   281:11
bunch   288:2 335:8
   359:8,24 384:12
buongiorno   213:6
business   262:1
   309:18 375:7,11

383:15 384:2
   391:8
button   227:3
bypass   226:11

c

c   212:6 217:4
   484:14
ca   215:13,14,21
   216:8,9,13,14,18
   216:23,24 217:6,7
   333:4 396:19
   485:6 487:23
   493:9,12,20
calculate   374:12
calculated   380:12
calendar   393:11
california   208:2
   208:21 209:2
   211:11 212:9,19
   213:17 214:9
   492:2
call   225:21 243:19
   329:11 397:4
   411:16
called   238:23
   368:21 371:3
   395:15 434:10
calls   352:21
campen   210:7
canonical   224:23
   225:3,4,13 396:1
   434:23
capabilities
   296:10 297:18
   327:17 328:4,18
   328:25 330:7,13
   330:18 333:10
   338:11 340:5
   342:10,17,21
   346:18 366:2,8
   399:13,14 402:7

[capability - changes]

**capability** 231:19
297:2,17 327:19
328:22 330:7
339:20 365:25
477:15
**capacity** 227:8
239:24 255:17
287:1,5 290:23
296:23,25 297:10
298:24 301:9
303:18 304:2
309:15 310:1
329:22 333:25
336:2 339:15,18
344:18 355:24
356:22 358:8
372:9 406:23
408:24 420:15
437:23
**captioned** 367:1
**car** 307:3
**care** 373:16
**careful** 488:10
**cares** 374:1
**cari** 210:7 219:17
**carry** 281:24
**case** 208:4 209:4
231:3,15,17
244:24 250:16
270:5 292:16
314:20,21 315:15
315:15 320:4
321:13 322:11,11
344:14 358:10
360:21 377:2
394:23 409:3
441:9 445:6,16
492:14
**cases** 259:9 262:10
268:2,23 270:2
404:13 408:3,5,11

408:16,19,22
418:10 420:2,24
424:4,7 455:5
459:25
**categories** 263:6
277:6 308:11
313:10 319:20
353:6,8 355:8
364:14 366:11
367:2,15,18
377:18 378:5,13
378:22 379:4,10
379:14,20 380:22
404:16,19 405:2
417:17 486:17
**categorization**
285:25 405:12
417:15 418:1
**categorize** 286:15
303:20 324:20
**categorized**
353:24 418:3
**category** 266:5,6,9
275:4 277:8 279:7
307:4 308:2
310:18 314:17
315:9 317:17
318:10 345:12
366:24 367:17,18
379:5 387:11
388:12,21 389:3
391:12 392:17
405:4 407:7 422:2
**cause** 268:3 274:2
**caused** 306:1
**causing** 373:2
**caveats** 486:13
**cc** 259:7 327:16
397:22 433:21
**ccp** 493:9,12

**ccr** 208:21,22,23
492:24
**cdavis** 212:21
**certain** 222:21
223:8 227:25
232:7 233:9 248:9
262:18 268:23
270:2 307:6
334:17 336:18
337:14 341:17
343:7 358:10
372:3 377:8
382:12 385:23
395:8 401:4
406:22 422:24
426:15,23,24
429:23 439:2,4,13
453:2 455:22
456:10 457:1,17
458:22 459:19
460:2,18,22 461:3
461:7 463:3 465:3
465:14 475:24
476:2 489:7
**certainly** 285:13
298:10 303:4
304:23 306:10
322:24 388:8
408:12 417:8
453:19 481:9
482:23
**certified** 209:20
209:21 492:1
**certify** 492:3,16
**cetera** 258:25
**chakravarti**
347:12,18 348:19
**challenge** 224:25
**challenges** 230:2
**chance** 260:17

**chang** 245:1 259:7
260:23 261:17
262:4 263:13,17
263:22 265:19,22
266:10 270:1
278:1 285:17
286:9 288:7 294:4
331:9 416:5,12
419:24 422:14
439:10,11
**chang's** 263:2
264:18 272:14
273:4 284:6
354:14,21 411:6
**change** 225:23,24
226:17 304:23
423:19 424:10
427:2,4 430:18
440:20 441:19
442:6,17 444:4,21
453:20 459:5
495:4,7,10,13,16
495:19
**changed** 248:17
284:24 298:9
308:14 334:11
357:18 403:13
409:7
**changes** 216:18
224:2,22 245:25
246:16,19 247:6
247:22 248:6,13
248:15,16,21
250:13,23 251:1
262:17,23 263:20
265:25 266:20,23
267:1,7,11 268:13
269:11 278:5
283:25 284:19,21
285:11,13 288:21
288:23,25 298:7

[changes - communications]

304:5,13 305:4,13
307:10,21,22
308:4 329:12
330:2 334:15
345:8 349:12
356:24 357:1,1
359:12,19,21
370:18 372:10,25
373:9 383:9
384:12 385:21
409:20 421:6
424:12 425:11,18
426:7,12,14,20
428:14 430:8,9
431:4,6 432:1,23
433:24 435:10,19
436:2,5,9 438:17
440:15 458:14
459:2,3 464:20
486:6
**changing** 216:21
306:9 432:5
472:11
**characterization**
424:2
**characterize**
412:18 415:23
418:15
**check** 222:14
**chen** 214:16
219:20 220:2
**choices** 468:14,16
**choose** 238:7
372:21 373:11
427:14 428:7
441:20 442:8,11
442:18,23 443:19
444:5,23 445:8,24
446:11,19 447:6
448:7,24 469:19
470:7,20

**choosing** 376:5
377:3
**chose** 415:10
**chosen** 455:22
**chris** 259:8 261:22
261:23 262:4
264:19 286:9
294:12 310:25
**circulating** 244:11
**circumstance**
422:3
**circumstances**
418:21 423:4
**civil** 493:19,20
**ck** 243:19,23
244:11 256:13,14
**claims** 475:3
**clarification**
301:20 311:24
334:4
**clarifications**
485:20
**clarify** 256:6
378:14 435:8
489:17
**clarity** 238:22
337:13
**classification**
262:14 303:15
312:5
**classified** 318:4
322:25
**classifies** 324:14
**classify** 303:11
310:24 311:11,15
311:25 324:1
325:7,7,8 398:19
**claufenberg**
210:16
**clause** 266:13
365:25

**clean** 474:10
**cleaner** 296:14
**cleanup** 296:10
**clear** 227:12
230:12,25 232:14
237:5,11 252:25
278:9,11 280:16
282:11,21 309:21
310:16 319:10
346:23 352:14
360:19 377:14
383:2 384:17
417:9 425:14
426:3 456:25
462:24
**clearly** 330:23
383:17 386:15
469:24,25
**click** 264:14
**client** 219:21
**clients** 318:17
319:4 466:9
**clip** 440:4
**close** 342:9
**closely** 338:7,25
**code** 248:18
307:25 343:12
369:10 493:9,12
493:19,20
**coherent** 353:2
**coleman** 473:15
**colin** 212:16
219:22
**colorado** 212:11
**column** 302:1,4,9
312:21,23 313:5
313:12,13 315:22
317:18 318:3
319:9 371:15
379:24 391:16

**columns** 312:17
399:14
**come** 273:21
303:14 327:3,5
342:2 349:17
375:20 384:12
401:7 409:7
**comes** 363:15
366:22
**comfortable**
475:19
**coming** 265:19
267:4 299:23
334:2 440:2
**commencing**
209:17
**comment** 488:6
489:11,11,21
**commented** 478:1
**comments** 253:14
350:17 361:21
466:13 488:6
**commitment**
404:11 405:1
406:14,16 407:2
407:15
**committing**
225:13
**common** 321:2
322:3
**communicate**
395:12 477:21
**communicated**
463:15 464:16
476:12 489:4
**communicating**
245:10
**communication**
424:14
**communications**
473:11 476:16

Veritext Legal Solutions
866 299-5127

[community - context]

**community** 436:8
440:1 443:10
**companies** 268:12
307:25 311:1
318:11 365:18
385:15 386:6
460:1
**company** 239:15
240:10,13 270:9
270:18 271:2
273:18 284:13
285:7 286:25
293:20 309:13
310:12 325:6
348:19 351:14
355:18 358:18,21
366:1 372:7
386:20 462:4,13
462:15,16,18
**company's** 227:6
387:17 388:6
**compatibility**
266:13,18 399:7
420:21 421:13
422:6
**competent** 317:14
**competitive** 273:5
273:6,15 274:2
**complete** 234:10
242:1 324:25
397:21
**completed** 242:4
493:7,17 494:6
**completeness**
278:18
**completing** 397:19
398:16
**completion** 492:14
494:10
**compliance**
292:17

**complicated**
225:16 461:17
**complies** 220:18
**comply** 306:14,20
307:2 421:12
**compute** 390:15
**computed** 302:10
**con** 353:2
**concept** 233:17
336:14
**concepts** 231:2
429:9
**concern** 227:10
254:15,18 356:19
372:13
**concerns** 226:10
226:15,16 356:1,3
373:8
**conclude** 359:16
489:24
**concluded** 255:24
**conclusion** 352:22
353:20
**conference** 436:13
438:13
**confident** 452:12
**confidential**
208:11
**confirm** 222:10
232:5 240:20
247:7 264:22
279:4,10,11,13,19
279:25 286:3
291:19 295:10
348:8,11,25 358:5
360:8 361:4 382:7
408:21 411:14
482:14
**confirmed** 477:17
**confirming** 279:24
279:24

**confused** 241:10
243:20 378:15
461:21
**confusing** 280:10
475:11
**confusion** 410:16
412:4 462:22
467:20
**connect** 307:14
**connected** 384:14
**connection** 334:18
352:5 354:17
361:1 369:6
373:23 383:8
385:12,24 399:23
489:5
**consider** 230:6
231:22 257:13
285:3 309:19
310:12 356:6
367:14 370:12
**considerable**
409:6
**considerate** 430:9
**consideration**
246:5,15 259:10
262:11 289:3,25
291:3,13 319:23
407:22,24
**considerations**
266:10 269:3
273:8 292:17
320:2 405:9 421:8
**considered** 230:10
253:16 262:24
270:12 271:11
273:1 293:11,13
296:8 300:22
304:16 315:10
344:8,19,22 345:7
355:25 356:23

421:23 424:11
426:16 427:6
434:14,17 435:10
467:23
**considering**
267:17 381:5
470:2
**consistent** 308:13
308:19 314:15,15
318:7 323:13
488:17,21
**constantin** 243:18
256:14,15,16,17
**construe** 281:12
**construed** 269:23
349:13
**construes** 271:2
**consumer** 208:4
209:4 219:9 493:4
495:1
**cont'd** 212:1 213:1
214:1 216:1 217:1
218:1
**contact** 397:17,18
398:15 399:20
493:9
**contain** 464:21
**contained** 491:4
**containing** 269:9
**content** 252:3
375:4,17 455:7
**contents** 265:15
395:5
**context** 250:10
259:19 265:11
268:5 270:15
271:7,25 272:10
272:11,14 273:2
278:3 291:24
293:14 300:9
309:7 321:9

[context - creating]

357:10 359:9
360:9 370:21
372:1 374:6,11,24
376:3,4,13,17,24
387:20 389:9,19
389:20 398:6
399:22 412:9
415:2,14 476:23
488:14 489:1
**contexts** 293:22
309:14 355:22
**continue** 230:7,21
231:4,7 232:15
255:4 256:2 269:4
283:15 285:19
286:20 287:9,16
319:14,15 320:6
320:17,21 326:12
329:5 330:4,4
333:18 345:7
400:23 406:16
418:22 425:7
426:24 427:15
428:8 429:5,17
432:5 455:20
458:15 459:10
460:4,25 461:3
463:8 464:1,22
465:3,11,14 466:7
469:14 470:3
477:8
**continued** 223:24
242:7 272:16
277:25 288:10
289:4 290:2 291:5
291:15,25 309:19
314:10 318:6,11
319:11 320:12
408:7 446:4,4
447:11,18,19
456:12 457:3,3,19

458:24 459:21
460:20,24 465:20
465:21 466:1
467:24 469:3,9
474:13
**continues** 451:24
**continuing** 431:16
**contract** 312:9
365:25 404:11,25
406:14,16 407:2
407:15 411:18
415:17,20 421:9
421:22 477:8
488:12
**contracts** 421:25
422:6
**contractual**
421:11
**contractually**
266:19
**contradict** 475:7
**control** 246:21
247:14,20,22
343:5
**controversial**
353:8,9,12 355:8,9
357:5
**conversation**
227:17 263:18
274:11,14 309:2
397:5
**conversations**
285:9 288:2
326:18 401:7
463:19
**conversion** 237:24
239:5,9,18,22
240:6
**conversional**
353:6

**coordination**
417:12
**copied** 475:1
**copy** 275:13
440:24 472:15
**core** 392:21,21
**corporate** 208:13
324:24 408:18,23
413:7,14 414:22
435:18 452:14,23
458:18,20 459:18
460:16 461:18
**correct** 230:17
236:5 237:7 256:3
269:6,9 275:24
294:20 296:6
313:3 327:24,25
365:22 368:5,8,9
368:10 395:14
419:5 439:16
442:2 443:8 446:6
447:22 448:9
449:1,11,15,18,23
454:25 455:9
461:5 465:16
466:3,25 467:7
468:1,13 469:4,10
470:8 486:4,7
489:14 491:5
**corrected** 491:5
**corrections** 485:20
491:3 493:14,15
494:3,4
**correctly** 228:21
237:25 238:1
252:22,23 268:25
269:1 276:22
303:12,13 329:6,7
331:19 351:5,6
360:17

**counsel** 210:1
211:1 212:1 213:1
214:1,16 219:13
220:2,3,5,9 221:11
222:10 235:13
295:9 330:21
342:1 393:7
461:23 462:19
464:14 468:5
482:2 493:18,21
494:7
**counselor** 468:23
**count** 451:20
**couple** 221:10
259:15 471:15
486:16
**course** 245:11
259:20 427:22
470:18
**court** 208:1 209:1
209:21 220:1,8,16
220:19 246:9,11
249:2 251:2
289:18 290:18
311:9 325:24
350:2 361:14
363:12 371:5
393:25 415:4
433:17 444:16
454:16,20 472:6
483:20
**cover** 256:13
366:17 407:2,2
422:22 423:2
471:13
**create** 231:20
**created** 298:11
342:22 409:23,24
446:16
**creating** 332:21

[creation - day]

creation 424:15
criteria 215:12,17
 216:5 257:21,25
 282:7 283:2,5
 286:7 350:7,8,23
 351:2,8,16 353:17
 353:22,25 354:2,3
 354:12 355:1,6
 362:16 363:20
 365:5,11 368:21
 371:3 387:19
 407:22,23 408:2
 418:4
critical 295:11
 326:2 363:4
cross 208:13
 209:15 215:3
 219:7 220:16
 221:1,7 222:18
 227:9 243:3 245:6
 247:1 248:3 257:3
 258:1 260:16
 294:1 295:20
 325:17 326:10
 327:11 331:6
 350:5 354:11
 361:17 362:12
 371:10 393:8,21
 394:18 397:23
 410:10 416:10
 433:3 436:4
 438:12 440:12
 443:2,16,25 445:7
 454:6,21 459:11
 461:24 465:9
 467:12 469:7
 471:11,14 472:3
 479:20 480:18
 481:24 482:17
 483:24 489:25
 491:1,11 493:5

 495:2
cross's 244:20
crutcher 212:5
 213:5
csr 208:21,21,22
 492:25
currently 298:1
 303:9,16
cycles 307:2

d

d 215:1
dallas 213:10
damage 430:14,25
dan 310:3
daniel 210:8 214:5
 219:17 295:2,4
daniels 259:8
 261:22,23 286:9
data 227:9 231:7
 232:8 236:9,22,23
 237:7,15,19
 238:14 249:8,10
 249:25 252:16
 254:7 263:8,24
 268:21 269:5
 274:25 276:5
 302:20 312:24
 313:13 315:22
 317:9,11,12,14,18
 318:20,25 319:10
 319:12,15,16
 320:13,23 321:6
 321:10,20,23
 322:6 326:13
 333:10,19,22,23
 334:4 347:13
 360:5,13 374:15
 374:18,22 375:6
 375:24,25 376:1,3
 376:4,8,9 377:9,10
 377:11,12,12,15

 377:19,21 379:16
 381:2,2,21 383:1
 390:16 391:14,19
 391:20 392:5,9,20
 401:13 402:1
 411:23 414:15
 417:9 418:23
 441:10,10,21,25
 442:8,11,19,24
 443:7,19 444:6,23
 445:8,24 446:12
 446:20 447:6
 448:8,24 450:2,7
 450:12,18 451:4
 451:14,25 452:7
 452:11,17 453:6
 454:1,8,23 455:10
 456:12 457:4,19
 458:24 459:21
 460:20 461:4
 463:8 465:12,15
 467:25 469:3,9,19
 470:4,7,20 474:14
 477:10,18,22
 486:17,23,25
 487:6 488:1,3
database 225:7
date 257:4 304:9
 327:23 331:13
 362:18 403:11,12
 403:16 409:13,16
 409:24,24 410:1
 412:23 467:11
 484:12 492:19
 493:16 494:5
 495:24
dated 216:16
 244:4 294:4
 337:17 350:6,22
 397:7 402:18
 410:25 433:22

 472:10 473:16
 487:15 492:22
dating 319:21,24
 320:3,4,12,15,16
 320:20,21 321:16
 321:17,18
davis 211:6 212:16
 219:22 220:3,5
 262:20 264:1
 265:6,13 267:9
 268:7 269:7 270:7
 270:16,25 271:9
 272:1,9,17,24
 273:17 276:13
 277:1 278:2,23
 279:9,21 280:6,21
 281:9 282:14
 283:7,20 284:10
 285:5,22 286:11
 286:22 287:11,18
 287:24 288:12
 289:6,21 290:4
 291:7 292:2
 293:16 295:1,9
 297:15 298:21
 299:10 300:7,19
 304:20 305:19
 306:7 307:8
 309:10 311:17
 312:2 315:7,17
 317:23 318:13
 320:14,24 321:7
 321:24 324:15
 325:3,11 326:3
day 223:17 260:6
 260:8 295:6,14
 301:1,6 302:2
 306:13,18 307:23
 308:5 397:21
 480:14 487:16
 489:25 491:6

Veritext Legal Solutions
866 299-5127

**[days - deponent]**

| | | | |
|---|---|---|---|
| **days**  306:14,19 | 307:11 311:15 | 292:21 293:19 | 292:3 293:17 |
| 307:1,22 477:10 | 330:1 341:22 | 355:18 356:13,14 | 297:16 298:22 |
| **de**  312:4 | 342:14 343:15,16 | 358:18 386:14 | 299:11 300:8,20 |
| **deal**  222:19 431:9 | 343:20,22,25 | 414:23 415:9 | 304:21 305:20 |
| 431:20 | 365:1 | 420:14 468:18 | 306:8 307:9 |
| **dec**  331:15 | **deck**  294:10,18,21 | **degree**  355:24 | 309:11 311:18,21 |
| **december**  331:14 | 295:20 296:1,9 | **deliver**  437:16,17 | 312:3 315:8,18 |
| 350:22 361:11 | 298:11 300:3 | 439:21 | 317:24 318:14 |
| 362:23 | 304:8 305:9,12 | **delivered**  439:15 | 320:15,25 321:8 |
| **decide**  234:8 | 306:2 307:9,20 | **denver**  212:11 | 321:25 324:16 |
| 263:23 268:22 | 308:3 309:16,20 | **department** | 325:4,20 335:4 |
| 270:1 272:15 | 309:25 310:3,10 | 473:11 | 337:10 339:14 |
| 283:14 326:12 | 310:21 312:15 | **depend**  265:15 | 340:2 341:6 |
| 373:1 375:16 | 313:18 316:24 | 377:8 390:16 | 344:14,17 345:22 |
| **decided**  222:21 | 320:11 333:24 | **depending**  239:13 | 346:5 348:8,18 |
| 223:8 232:7,15 | 335:8 361:9,21 | 240:5 267:2 359:9 | 351:12 352:9,23 |
| 246:16 250:5,16 | 362:6,8,10,11 | **depends**  265:16 | 354:5,16 355:17 |
| 255:4 285:16 | 363:16,18 364:7,9 | **deploying**  417:20 | 356:11 358:15 |
| 312:5 341:16 | 364:25 368:15 | **deponent**  209:16 | 359:6 360:8 361:4 |
| **decides**  234:2 | 371:11 380:25 | 215:2 220:11,18 | 367:14 369:17 |
| **deciding**  269:3 | 381:5 387:18 | 220:24 227:5 | 370:2,8,16,24 |
| 277:24 284:7 | 415:10,24 416:5 | 229:12 240:9 | 371:22 372:6,20 |
| 286:7 288:10 | 416:19,21,23 | 243:12 248:5 | 373:6,18 374:5,21 |
| 289:4 290:1 291:4 | 418:17 419:22,24 | 251:5,13 253:10 | 375:10 376:3,11 |
| 291:14,24 293:14 | 421:2 422:10,13 | 254:10,20 255:8 | 376:24 377:21 |
| 340:7,10,12,24 | **declare**  491:1 | 256:22 257:24 | 378:8 379:8 |
| 400:23 430:3 | **decline**  248:9 | 258:7 262:21 | 380:10,25 381:13 |
| **decision**  236:13 | **decrease**  237:24 | 264:2 265:7,14 | 382:7,19,25 |
| 246:18 253:19 | **default**  306:12 | 267:10 268:8,16 | 383:14,25 384:8 |
| 254:22 256:2 | 486:18 | 269:8 270:8,17 | 385:2,10 386:3,12 |
| 282:2,7 283:1 | **define**  291:24 | 271:1,10 272:2,10 | 387:1,16 388:5,19 |
| 286:18 287:8 | 292:3 321:8 | 272:18,25 273:18 | 389:6 391:3,24 |
| 299:5,6 311:25 | 355:13 356:16 | 276:14 277:2 | 392:15 393:3,10 |
| 326:11 358:24 | 374:7 450:12 | 278:3,24 279:10 | 393:15 395:25 |
| 364:7,11,22 365:9 | **defined**  291:21 | 279:22 280:7,22 | 398:7,23 399:25 |
| 366:10 415:19,23 | 309:13,22 323:14 | 281:10 282:15 | 401:3,15,19 402:7 |
| 416:2 430:5 | 386:15 387:19 | 283:8,21 284:11 | 406:1,21 408:10 |
| **decisions**  263:17 | 468:20 | 285:6,23 286:12 | 408:21 410:23 |
| 269:13 284:15 | **defines**  355:9 | 286:23 287:19,25 | 411:13 412:12 |
| 287:21 288:1 | **definition**  231:16 | 288:13 289:7 | 413:24 414:9,20 |
| 292:5 300:3 | 269:25 271:2,13 | 290:5,16 291:17 | 415:8,22 419:2,16 |

Veritext Legal Solutions
866 299-5127

[deponent - develop]

419:19 420:6,12
420:23 422:18
423:7 424:19
425:3,10,22
426:11,19 427:18
428:11,20 429:2,8
429:20 430:7,18
430:21 431:3,13
432:23 433:6,12
434:16 435:22
436:18,23 437:3
437:11,16 439:25
442:14 444:9
445:2 446:2,8,14
446:22 447:15,24
448:11 449:3
450:11 451:19
452:2,19 453:2
454:12 455:2,25
456:6,17 457:8,22
457:25 458:7
459:2,24 461:7,11
461:21 462:3,11
462:17 463:18
464:9 465:18
466:5,16,19
468:11,17 469:12
470:11,23 471:3
471:16,20 474:6
476:4,14 477:24
479:5,17 480:3,11
481:1,15 482:8,14
482:23 483:17
484:20 488:21
489:7
**deponent's**   208:15
**deponents**   492:6
**deposition**   208:12
209:15 219:6
220:10,21 221:19
244:20 245:1,12

492:13 493:19,22
493:24 494:8,10
**deprecate**   248:21
251:23 252:6,11
253:20 262:18
299:21 300:18
373:10,11 415:19
433:1 456:21
458:2 466:20
467:2,10
**deprecated**   216:11
222:23 224:14,16
227:15 230:5,20
231:5,24,25 232:2
232:16 234:11
235:4 251:18
253:22 256:25
286:20 287:10,16
288:11 289:5
290:3 291:6,16,25
293:15 298:2,6,18
299:2,3,6 300:2,5
303:10,16,21
308:9 310:25
311:11,16 312:1,6
334:7 340:14
343:8 345:19
372:4 394:3
399:23 408:8
414:15 415:17
420:18 425:8
426:25 427:7,15
428:9 429:6,18
430:4 432:9,19
443:14 445:5,12
449:9,25 450:3
452:3 453:14,15
453:19,21 454:2
464:2 465:4
470:15

**deprecating**   250:4
251:25 252:13
399:16 426:15
455:18
**deprecation**
286:16 300:22
340:16 421:7
446:22 455:4
466:14 488:11
**deprecations**
292:12 297:21,25
300:14,15 303:7
304:11 342:9,12
342:19,24 346:20
409:3 421:16
435:5 445:10
**derek**   210:6
219:16 221:8
244:19 248:1
382:21 393:2
398:5,8 416:7
438:1 471:8 493:1
**describe**   309:4
323:23 396:25
422:3 427:18
436:25 465:2
**described**   279:7
308:12 365:16,24
423:4 440:15
**describing**   347:23
**description**   215:10
216:3 217:3 228:2
281:5 366:23
407:4
**descriptions**   366:6
424:25
**design**   267:2 338:8
339:1
**designated**   324:11
**designation**
324:19

**designee**   271:6
287:6 323:8,23
324:7,24 408:18
435:18 452:15,23
458:20 459:18
460:16 461:18
462:15
**detail**   366:24
450:14 452:20
489:16
**detailed**   367:5
**details**   239:25
285:15 392:1
451:21
**determination**
287:23 307:16
414:21
**determine**   249:18
288:3 301:11,14
302:18 323:2
330:12 353:17
359:1 390:14
404:4,23 405:21
429:16
**determined**
291:22 493:18,22
494:7
**determiner**   315:10
**determining**
286:19 287:9,15
292:4 305:5 323:4
405:21 408:7
424:16 463:7
**deterministic**
418:16
**dev**   347:12,18
348:19
**develop**   263:23
316:22 324:24
325:5 343:6
430:15 443:10

Veritext Legal Solutions
866 299-5127

[developed - document]

developed  277:18
285:18 339:12
371:2 429:16
463:15
developer  225:10
232:2 233:17
234:3,6 237:18
242:8 255:2,24
256:5,9 257:6
285:12 288:21
304:24 305:7
320:5 345:9
346:15 372:12
373:13 375:1,14
392:22 394:21
395:21 425:17
426:6 432:1
435:12 436:7,10
436:13 440:1
443:11 453:22
456:22,23 459:4
466:10
developer's
242:13
developers  223:24
224:24 225:25
228:4 232:22
233:4 237:1 238:4
238:6 246:19,25
247:18 248:18
252:13 254:3
256:3 268:12
293:8,11 300:11
306:23 307:7,24
336:18 345:6
346:14,16,19
356:3 357:3
364:19 373:10,10
381:19 392:23
394:23 430:11,15
431:1,5,11,14,22

432:3,6,8,17
440:20,22 456:10
457:1,17 458:22
459:5,19 460:2,5
460:18,23 465:8
467:22 469:2,8
486:11
developing  486:2
development
262:1 286:6
430:19
device  271:17
314:9 318:4,15
433:1 456:19
463:12 466:6,20
467:3,10 469:13
devices  307:2
318:18,23 364:15
366:14 404:12
407:5,17 459:8
devoted  322:20
323:17 324:4
dgarrie  214:11
dialog  237:23
dialogue  238:15
240:17 248:7
301:13,22,23
319:7
dictionary  414:23
differed  224:20
359:22 421:4
difference  231:1
different  231:2,2
236:21 239:19
251:11 264:20
265:20 266:9
267:1 269:23
273:1 277:6
279:17 281:6
282:1 284:22
287:5 288:25

293:22 304:14,15
309:14,14 311:23
313:5 322:5
324:17 325:6
354:22 355:21,21
359:9 360:2
364:13 366:25
367:22 374:7,11
374:12 378:4
379:14,19 384:13
389:8 394:19
400:6,13,14,18,19
400:20 404:16,19
407:4 417:13
424:15,21 429:13
429:13 479:11
486:16,25 488:3
differently  335:9
digits  402:13
dinner  393:9
direct  303:5
direction  251:17
492:10
directionally
238:11
directly  289:19
353:20 383:3
384:14 464:17
director  310:3
disagreement
423:9
discovered  242:10
451:6,10
discretion  249:20
discuss  331:1
discussed  242:19
253:17 280:13,16
281:10 289:7,15
291:22 293:20
318:14 354:20
373:9 386:14

407:14 425:18
426:7 427:14
428:6
discussing  262:22
380:12 425:6,11
428:13
discussion  223:2
227:14 234:5
243:10 262:17
268:6 286:14
288:15,17 304:3
320:6 326:4 361:6
407:13 429:4,15
444:16 465:10
discussions  223:5
227:22 289:8
344:3,6 426:23
427:9,11,12
429:12
displayed  301:11
displeasure
372:14
distinct  302:13
district  208:1,2
209:1,2
dive  221:11
dloeser  210:15
493:2
doc  244:7 400:5
document  208:6
209:6 238:9,9,10
240:3 243:5,6
244:11,17 245:18
245:21 246:3
247:4 250:10,11
250:15 251:9
252:10,12 260:21
260:25 261:2
264:8,13,15,17,24
265:3,4,8,12,16
269:9 275:14,21

[document - emitted]

279:11 281:12
285:24 286:12
340:7,9,23 341:1
341:21 362:5,18
363:25 364:3,3
365:17 394:3,7,10
394:25 395:2
396:11 410:5,14
411:10 413:2
414:1,2 428:21
434:7
documented 256:9
257:5
documents 221:21
221:24 222:4,8
235:6 240:11
242:21 289:11
292:10 335:5,14
341:19 348:20
349:13 401:8
417:15,18 423:12
424:20 425:4,16
426:5,12 428:12
docx 244:13
doing 236:15
264:23 267:17
297:12 334:23
337:21 338:22
352:15 353:1
double 474:8
doug 243:24 311:1
327:6
douglas 433:22
draft 216:7 235:15
294:9,18 363:5,21
368:23
drafted 235:19
dramatically
451:1
drastically 359:22
421:4

drat 215:19
draw 353:20
drive 212:18
268:22 272:7,8,18
273:2,2,6
drives 273:15
drop 372:17,23
373:2 374:1
due 307:2 308:23
310:7 316:4,23
330:1 449:20
duffy 327:14
dunn 212:5 213:5
219:19
duties 353:3

**e**

e 211:7 215:1,8
216:1 217:1
308:24 310:8
493:9,12 494:1
495:3,3,3
e.g. 307:2 314:19
319:21 322:10
earlier 232:5
270:10 288:18
291:22 293:20
308:13 309:11
338:14 378:5
389:7 412:23
434:7 487:13,16
early 305:12
403:20
easier 226:2,21
351:4
ebay 382:2 383:23
386:9
ecosystem 246:24
247:16 263:21
284:1 285:12
288:21 347:15,21
348:5,15 349:5,9

435:13
ecosystem's 305:7
eddie 327:16
341:7,14 342:10
411:1 413:19
428:4 433:21
434:21 439:8,9
463:23 464:16,19
473:6,14 477:2
478:6 484:9
485:22
edges 477:10
editors 475:5
edits 350:17
edits.pptx. 350:8
educated 242:12
242:15
effect 288:23
effects 347:14,20
348:4,14 349:4
efficient 259:24
effort 241:3,8,12
241:19,22 335:6
eight 304:10
eighth 310:20
either 408:22
481:10
elia 303:4 472:10
473:1,2,3,15 478:5
email 215:11
216:16,20 217:4
243:15,23 245:11
245:22 256:13
259:6 260:17,23
262:3,9,17,22,24
263:18 264:12,18
265:2,5,8,11 266:2
267:22,24 269:18
270:15,19 272:21
273:4 274:9,9,16
274:19 275:22

276:20 277:7
278:4,8,14 279:5,7
279:10 280:14,19
281:19,23 283:9
284:17 286:13
288:15,17 294:3,9
294:17 327:12,23
328:2 331:8,13
332:19 333:3
335:8 337:17
338:14,16,20
342:20 348:9
350:5,11,20,21
352:25 353:5
354:20 358:23
359:15 361:7,10
361:18 410:24
411:7 412:13
413:4,18,22 416:4
422:22 423:3,8
427:21 428:12
433:20 434:2
435:2,23,25
458:12 463:21
464:12,15,19,21
464:25 472:8,9
473:13,20 475:1
477:1 478:5
480:21 482:18,24
484:1,7,8,12,19
485:8,13 486:8
487:5
emails 428:5
463:18 464:7,8,9
emit 450:7,17
451:25 452:17
453:7 455:5,16
emitted 321:4
322:4 450:2,19
451:14 452:11
454:1

Veritext Legal Solutions
866 299-5127

**[emitting - exhibit]**

emitting  451:4
emma  210:9
emphasizing
  475:3
employed  256:16
  256:18
employee  352:4,15
  352:18,24 371:12
  492:17
employees  283:13
  395:12,17 428:13
  462:1 463:1,2,3,4
  463:5,6
empowered
  249:10,25
enable  271:18
  320:6 330:4 343:7
  346:17
enabled  340:4
  347:2
endeavoring
  334:17
ended  359:22
  403:11
energy  297:4
enforce  303:23
  478:23 483:7
enforcement
  305:24
engagement
  246:23 247:16
  372:16 379:15
  388:12
engages  352:4
engineer  303:3
  343:11
engineering
  326:25 328:3
  330:12,16 473:3
engineers  302:23

england  208:15
  209:17 219:1
enhanced  252:20
  255:3 256:1
ensure  241:4,13
  241:22 343:3
entered  229:7
entire  323:17
  324:4 326:2
  397:20 398:17
entirely  298:2,6
  298:18 377:14
entities  228:14
  341:18 389:11,23
  421:24 425:4
  429:23 459:7
entry  396:7
eod  327:18
equitable  296:15
errata  493:14,16
  494:3,5
esq  493:1
essence  411:16
essentially  306:23
established  232:18
  468:20
et  258:25
evaluate  381:8
  384:4
evaluated  347:20
  348:4 380:21,23
  382:11 384:23
  428:6
evaluating  299:7
  377:17 380:7
  384:22 392:11
evaluation  385:24
evening  471:14
event  304:18
  329:9 436:15,18
  437:1,4,8 438:20

438:24 439:1,8,10
  439:12
events  391:18
  437:4 450:15
  453:12
everybody  445:13
  450:4
evidenced  251:17
  282:22
evident  262:8
evolution  235:21
ewright  210:18
exact  229:15
  307:16 359:20,20
  359:20 394:13
exactly  227:6
  230:11 252:17
  255:20 257:24
  266:16 267:18
  280:16 302:7
  315:19 316:7
  330:6,18 361:4
  377:11 380:12
  381:20,22 382:7
  392:5 405:6
  440:23 444:10
  451:15,21
examination  215:2
  221:5
examined  221:2
example  224:22
  226:11,12,14
  230:14 238:21
  239:3 263:25
  271:17 272:4
  273:20 300:24
  321:15 328:10
  356:18,25 380:17
  395:20 403:13
  428:3,17 430:13
  430:24 463:23,24

476:19 478:10
examples  271:11
  271:15,20,21,24
  272:4 322:24
exception  308:22
  310:6 312:8
  421:15 431:7
exceptions  322:21
  323:19 324:5
  345:3 411:17
exchange  374:15
  374:18,22 375:24
  377:19,21 379:16
  391:14,21 392:9
  392:20
exclamation  260:1
executed  491:6
execution  295:23
exempt  329:3
exemption  342:14
  343:15,21 344:10
  359:1 360:14,24
  365:12 399:2
  418:14,16,21
  422:4,8,12 424:4,7
exemptions
  215:18 216:6
  343:24 344:5,22
  359:11 362:16
  363:20 365:5,11
  368:22 371:3
  411:22 418:9
  419:12,13 420:2
  423:5 424:16
  427:11 428:14
  431:8,19 445:9
exercise  281:24
exhibit  215:11,16
  216:4,11,16,20
  217:4,12,14,16,18
  217:20,22,24

Veritext Legal Solutions
866 299-5127

[exhibit - facebook]

218:3,5,7,9 235:14
235:16,18 243:2
243:14 244:18,22
244:25 245:4,7,15
245:22 256:20,21
259:2,3,3 260:4,18
293:24,24 294:3
294:23 295:2,19
325:10 327:10,12
331:4,5,8 349:20
349:21 350:1
361:9,12,13 362:4
362:7 363:8,10,11
392:25 393:22,23
393:24 410:21,22
413:21 416:10
433:15,16,19
441:1,2 471:6
472:4,5,22 483:13
483:19,23,25

**exhibits** 217:10
218:1 242:24
244:20 260:2

**exist** 271:19
279:12 335:13
451:20

**existed** 335:5
412:22 456:19
467:4,11

**existence** 458:3
466:22

**existing** 266:21,24
267:6,12 296:13
303:23 305:15,17
305:18 306:4
333:13 338:10
400:2,4,11 409:5
412:22 424:9
432:2

**exists** 276:15
279:11

**expect** 357:19
**expectation**
267:11 308:4
329:22,23
**expected** 359:20
459:25
**experience** 249:17
254:24 292:14
318:23 320:7
356:2 357:1
374:25 385:25
476:20 478:11
**experiences**
228:10 248:19
249:15 293:6,8
318:22 357:2
460:1,23 466:9
**expert** 384:9,19
386:17
**expertise** 375:12
**explain** 224:17,17
225:2 235:8 238:2
248:15 250:13
266:14 302:4
304:1 308:8
347:16 391:20
392:4 411:16
462:23 470:1
475:17 488:13
489:1
**explained** 223:21
448:11
**explaining** 467:19
**explains** 307:6
**explanation**
249:22 460:7
462:6
**explicitly** 237:19
414:16
**exposes** 252:15
253:6

**express** 236:21
237:7,9
**expressed** 249:11
249:14 250:1,7,19
309:5
**expression** 300:5
309:9
**expressly** 237:15
**extended** 488:11
**extension** 235:10
289:12 292:15
306:25 307:13
308:12,15 342:14
343:15,21,21,24
359:2 360:14,25
365:21 366:2
399:2 413:12
418:17 422:11,16
**extensions** 215:19
216:6 289:15
292:11 307:6
308:20 336:17
340:16 341:18
344:4 345:3,24
359:11 362:17
363:21 365:5,11
368:22 371:4
411:17 418:5
428:14
**extent** 352:21
**external** 238:10
**extra** 225:1
**extremely** 252:14
253:6 304:18
**eyes** 279:25

**f**

**f8** 216:11 394:4
436:10,12,13,23
437:12 438:13,16
438:23 439:14,18
441:5 444:21

446:16 457:16
459:3 460:12
466:15 469:1
**f8s** 439:20
**face** 233:19 359:6
402:24 403:3,6
**facebook** 208:3
209:3 212:4 213:4
214:16 215:17
216:4 219:9,20
220:15 222:20
223:8 224:23
225:4,5,6,10 226:1
226:5,7,15,25
228:8 229:4
231:21 232:6,15
233:8,10,17,20,23
233:24 234:2,5,6,7
234:7,11,23
236:16,17 237:2
240:4 246:16
248:7 249:5 250:5
250:16 251:10,14
251:15 253:8,19
254:1,4,17 255:4
256:1,16,18 257:5
257:18 261:6
262:18 264:12
267:5,16 269:6,20
269:24 270:6,22
270:24 271:7,14
271:18,24,25
272:7,8,19,22
273:16,25 274:3,4
274:7 279:5 280:1
280:2,4 283:12
284:6 287:14
288:9 291:23
292:7,19 293:3,14
296:23,24 297:6,8
298:5,15,19,23

**[facebook - feel]**

299:7,20 300:17
301:4,22 302:22
304:19 305:1,20
308:24 309:3,4,8,9
310:8 311:8,8
314:7 315:5,6,12
316:10 317:21,24
318:17,23 319:4,7
320:3,5 322:12,23
323:6,8,8,23 324:7
324:13,14,17,22
324:25 326:22
328:8 330:9
331:22 333:16
334:16,20,24
335:2 337:5,6
339:12,25 341:2,3
342:18,23,25
343:20 344:10
345:2 346:15
347:20 348:4,13
348:16 349:4
351:15,19,22,24
352:1,4,6,15,15,18
352:24 355:12
356:6,7,21 358:11
359:3 360:24
364:1 370:11,12
371:2,13,19
372:12,22 373:12
373:15,25 374:8
374:19,22 375:1,3
375:14,16,22
376:6,14,19 377:4
378:4 380:5,21
381:8 382:3,11
383:10,19,21
384:3,4,6 385:25
386:8,24 387:2
388:3,9 389:10,12
389:13,17 390:7

390:13,19,22,24
390:25 391:12
392:11,20,22
394:10,18 395:7
395:10,11,16
396:1 400:20
401:9,22 402:2,4
405:21 407:8
408:17 412:8,13
412:15 413:8
414:16 415:1,9
417:19 420:1,13
421:17 422:7
423:18 427:13,19
427:21,24 428:13
430:5,14,18,25
431:9,15,20,24
432:3,6,7,16 433:3
433:6 434:3,5,14
434:18,25 436:7,9
436:14,16,21
437:1,21 438:16
439:22 442:1
443:7,11 451:24
454:9,24 455:11
455:22 456:9
457:16 458:21
459:3,7,14,19
460:5,9,11,17,22
461:3,22,25 462:1
462:1,12,20,23,25
463:2 465:13,19
465:24 466:8,12
466:23 467:17,19
467:22 468:24
469:7,12 470:5
473:4 476:1,5,20
476:21 478:10,11
485:1 486:13
493:4 495:1

**facebook's** 208:12
225:8 228:6 229:2
237:21 247:9,11
250:20 251:7
253:11 254:22
268:4,9 270:4
271:5,5 276:5
283:18 287:6,22
289:2,23 291:1,11
323:22 324:6,24
339:15 345:17
356:12,16 375:7
383:15 390:5
412:19 419:11,20
422:19 435:18
452:14 453:21
458:17,20 459:17
460:16 476:5
486:19,23 487:7
488:1
**fact** 247:11 328:16
329:16,25 426:23
474:2 476:2
**fair** 249:22 267:8
304:17 310:5
311:24 334:20
354:2 357:9
362:22,22 363:17
367:3,9 382:4
384:21 385:22
386:7 430:2
436:25 468:21
478:8
**fairly** 472:9
**fairness** 478:19
483:1
**fall** 266:5,7
**falling** 281:25
282:6,25
**familiar** 417:14
441:16

**familiarity** 309:5
309:5
**far** 396:3 425:14
426:4
**fast** 338:8 339:1
339:11 404:11
407:5,17,20
**fb** 215:13,14,21
216:13,14,18,23
216:24 217:6,7
268:22,24 270:3
273:5,6 312:9
333:4 396:19
485:6 487:23
**feature** 230:8
**features** 224:19
303:10,16,21
310:25 311:11,16
312:1,6 404:5,24
405:22
**feb** 397:21 403:20
**february** 397:7
410:25 413:23
419:25 420:1
**federal** 492:13
494:1,8,9
**fedorov** 243:25
327:7
**feed** 252:14
**feedback** 246:17
294:13 327:18
485:21
**feeds** 477:18,21,24
**feel** 253:10 293:18
293:18 294:11
356:11,15 358:20
373:21 383:17
385:2,5 431:23
435:9 447:24
458:7,8 461:11,12

[fell - format]

**fell**  345:11
**fewer**  238:13
**fifth**  368:11 441:6
**figure**  222:17
  280:3 281:25
  335:9
**file**  244:12,13
**fill**  398:2
**final**  286:18 287:7
  311:14 351:1
  353:21 354:6,7
  355:5
**finality**  488:10
**finalizing**  342:9
  353:5
**finally**  448:15
**financially**  492:16
**find**  278:6 302:21
  302:24 337:2
  348:16 410:15
**findings**  478:7
**fine**  243:21 325:14
  401:21
**finish**  382:20
**first**  222:7 229:24
  235:21 256:4
  261:1 266:1,11
  268:1 274:10
  288:24 295:21
  296:18 302:9
  303:8,22 311:9
  312:15,21 313:12
  313:22,24 317:17
  317:18 318:3
  327:14 328:1
  333:20 362:10
  363:15 364:21,23
  365:12 366:12
  368:1 369:2
  406:12 410:6
  414:1,12 417:2

  418:13 435:1
**five**  367:22 379:10
  388:23 471:19
**flag**  353:6
**flipboard**  314:20
  315:4,14
**floor**  214:8
**flux**  359:20
**focus**  252:20 255:3
  256:1 333:9
**folder**  259:25
  260:2,6,8 295:6,14
**folks**  331:25 361:5
  391:4
**follow**  317:21
  395:9 397:14
  398:13 440:7
**followed**  314:6,13
  314:22,24 317:25
**following**  275:1
  360:14,15 486:12
**follows**  221:3
  289:22 290:25
  291:10 360:20
  432:15 480:5
  493:8
**font**  396:17
**fonti**  211:5
**food**  238:24,24
**force**  409:23
**foregoing**  491:2
  492:4,6,10,12
**forget**  416:8
**form**  229:15
  231:18 251:4
  255:7 262:20
  264:1,17 265:6,13
  267:9 268:7 269:7
  270:7,16,25 271:9
  272:1,9,24 273:17
  276:13 277:1

  278:2,23 279:9,21
  280:6,21 281:9
  282:14 283:7,20
  284:10 285:5,22
  286:11,22 287:18
  287:24 288:12,25
  289:6 290:4 291:7
  292:2 297:15
  298:21 299:10
  300:7,19 304:5,20
  305:19 306:7
  307:8 309:10
  311:17 312:2
  315:7,17 317:23
  318:13 320:14,24
  321:7,24 322:5
  324:15 325:3
  335:3 337:9
  339:13 340:1
  341:5 344:16
  345:21 346:4
  348:7,17 351:11
  352:8 354:4,15
  355:16 356:10
  358:14 359:5
  360:7 361:3
  367:13 369:16
  370:1,15,23
  371:21 372:5,19
  373:5 374:3,20
  375:8 376:2,10,23
  377:20 378:7
  379:7 380:9,24
  381:11 382:6,16
  382:23 383:13,24
  384:7 386:2,11,25
  388:4,18 389:4
  390:10 391:2,23
  392:13,20 395:24
  398:4,21 399:24
  401:2,14 402:6

  405:24 406:20
  407:11 408:9,20
  411:12 412:10
  414:8,19 415:21
  419:1,15,18 420:5
  420:22 421:25
  422:17 423:6
  424:2,18 425:2,9
  425:21 426:10,18
  427:17 428:10,19
  429:1,7,19 430:6
  430:17,20 431:12
  432:22 433:5,11
  434:15 435:21
  436:17,22 437:10
  437:15 439:24
  442:13 444:8
  445:1 446:1,7,21
  447:14,23 448:10
  449:2 450:10
  451:18 452:1,18
  453:1 454:4,11
  455:1,24 456:5
  457:7,13,21,24
  458:6 459:1,23
  461:6,9 463:17
  465:17 466:4,18
  468:2,6 469:11
  470:9,22 471:2
  474:5 476:3,13
  477:23 479:4,16
  480:24 482:7,13
  482:21 488:20
  489:6
**formal**  340:6,9,23
  340:25 341:21
**format**  263:23
  265:20 267:5
  272:15 278:21
  354:14,21,24
  362:20 422:4

[format - gatekeeping]

424:16 428:18
formatting 360:18
395:8
forth 492:6
forthcoming
475:23 476:1
forward 236:25
295:9 304:24
310:20 328:12
338:10 378:21
400:10 412:5
forwards 452:6
found 348:12
356:4 477:4
four 366:11
379:14,19 402:13
fourth 366:13,16
368:9 382:1
frame 241:18
293:21 354:16
359:18 408:1
421:17
framed 428:15,17
framework 264:4
277:18,19,23
278:9,10 279:6,14
279:20 280:3,8,13
280:15,17,18,23
281:1,3,13,15,17
282:5,12,17,19,20
282:24 284:6
285:18 286:1,1,18
287:3,8,14,20
350:12 428:25
429:10,15
framing 240:16
293:21 315:11
framings 424:21
frcp 494:1
frequently 233:8

friend 216:21
223:4,6,9 224:11
230:14,21 232:7
232:16 233:14,16
235:3,3,10 236:9
236:23 237:7,15
237:19 239:23
248:22 249:18,23
250:4 251:18,23
251:25 253:16
259:11 262:19
263:8,15,24
268:21 269:5
272:16 274:23
275:17,19 276:11
277:25 284:8
285:20 286:8,21
292:13 302:3
318:11 321:20
326:13 333:19,21
376:21,22 377:1
401:13 402:1
411:23 414:14
426:16,20 430:13
430:24 432:9,19
440:17 443:14
445:4,10,12,15
446:23 448:15
449:8,24 450:2,3,7
450:8,18 451:4,14
451:25 452:2,11
452:17 453:6,8
454:1 455:4,13,18
456:12 457:3,19
459:21 460:20,24
461:4 463:8
465:15 466:1,8,14
467:25 469:3,9
470:3,14 472:11
474:14,17,17,23
474:24 476:9

478:24 479:1,7,9
479:13,18 480:8
480:22 481:19
482:4,9 483:9
friend's 251:22
friends 236:17
237:10 249:8,13
249:17 250:7,18
251:22 252:3,3
253:14 259:1
275:9 282:4
283:15 300:24
312:23 313:1,13
315:22 317:9,17
318:20,25 319:2,9
319:12,14,16
320:13,22 321:2,6
321:9,22 322:3,6,6
329:5 330:5
333:23 334:4
375:5,20 376:9,16
377:4 392:19
414:14,17,18
415:2 441:8,10
447:20 448:4,14
449:8,13,17,20
450:12,16,16
451:6,10,13
453:12,13,18,19
458:24 465:12,21
469:14 473:23
474:3,7,20,21
475:3 477:9,18,22
479:6 487:1 488:3
488:23
front 259:4
full 275:8,11
296:19 325:5,5
326:20
fully 228:24 265:3
284:13

fun 480:15
function 320:9
396:5 412:24
451:22
functional 394:18
functionality
252:19 255:3,25
functioned 234:8
392:6 455:3
functions 453:3
further 220:7
263:3 367:18
378:16,23 379:3
421:2 451:2
487:13 492:12,16
future 267:14,17
fw 411:3

**g**

game 402:24
403:3,6
games 333:11,11
364:14,14 366:12
366:13,18,20,24
367:4
garrie 214:5
219:24,25 290:12
290:14,22 291:8
295:8,16 325:16
325:22,25 393:6
393:13 461:14,23
462:5,14,18 464:6
464:10,13 468:3,8
468:12,21 480:1
480:25 481:3,5,7
481:23,25 482:1
gated 253:23
255:14
gatekeeper 255:6
255:9 328:7,8
gatekeeping
254:15

[gather - graph]

**gather**  347:20
**gating**  231:19
**gdp**  237:23 301:12
  301:17
**general**  214:16
  281:23 321:18
  374:22 437:17
**generally**  223:2
  425:10 437:24
  443:10
**generate**  290:9
**generated**  395:3
**george**  243:24
**getting**  248:14
  335:2 479:21
**gibson**  212:5
  213:5 219:19
**gibsondunn.com**
  212:13,14,21
  213:12,19
**give**  220:21 224:8
  228:24 230:9
  252:1,1,8 253:11
  261:7,23 270:8
  271:10,12 272:3
  273:18 292:25
  302:6 345:2
  392:16 395:25
  409:16 420:12,23
  434:23 444:9
  481:21 485:22
  487:20
**given**  224:10,13
  235:9 290:7 305:4
  307:1,6,13,17
  308:4,9 337:14
  344:20 359:14
  361:7 374:25
  386:19 421:11
  429:24 439:19
  445:7 456:12

457:3,18 458:23
459:21 460:19
466:1 467:24
469:3,9 475:10
478:7 492:11
**gk**  328:6,8
**gks**  328:4,5
**go**  225:16 234:16
  234:17 245:3
  248:11 255:11
  256:19 258:8
  260:9 261:1 262:2
  262:9 266:1
  276:21 278:13,24
  279:22 280:24
  284:4,5 290:20,24
  296:7 303:3,6
  312:14,15 316:11
  316:15,17,19,21
  322:8 325:2,9
  330:9,11 331:3
  333:2 335:2,12,12
  335:18,19,23
  337:16,17,24
  341:3 344:14
  347:7,9 349:20
  361:8,24,25 362:8
  362:9 363:7,8,22
  364:5,24 366:9,16
  368:14,25 377:23
  378:12,21 383:20
  383:25 388:11
  390:25 393:11,14
  396:22 400:5,12
  403:7,15 409:9
  410:3 416:10,21
  427:3 438:6 441:6
  443:25 458:18,19
  468:5,23 471:5
  473:12 482:1
  483:12 484:7

485:4 487:12
489:16 490:3
**goal**  246:22
  247:15 296:14
**goes**  259:14 396:4
**going**  223:21
  231:20 235:11
  242:24 243:1,15
  244:16 249:3
  285:1 289:17
  295:19 297:3
  306:15 325:11
  328:11,12,12
  330:20 340:13
  347:9 349:1,1,22
  352:19,20 362:8
  363:8 393:22
  396:17 399:11
  400:10 409:4
  411:17 419:11
  423:18 437:21
  438:1 440:2,6,16
  440:20 441:19,19
  442:6,7,17,17,22
  444:4,4,21,22
  448:17 455:19
  463:19 464:14
  466:7 469:18,23
  470:6,19 471:5
**good**  219:15 220:2
  220:2 221:7,9
  222:19 246:14
  252:19 255:2,25
  273:7 301:19,19
  305:4 320:4
  325:20 375:3,20
  375:21,21 393:1
  437:17,19,25
  471:7 489:23
**grab**  393:9

**gracefully**  293:10
**grant**  233:5,18,20
  233:21 236:14
  237:2 248:9
  276:17 288:10
  291:25 301:24
  312:8 359:1
  411:17 413:11
  422:11
**granted**  228:11
  239:7 253:3
  255:21 257:21
  258:23 289:12,15
  292:12,15 308:20
  310:13 319:6
  322:2 336:17
  339:21 341:18
  345:25 418:14,17
  418:21 422:5
  424:17 427:10
**granting**  215:18
  216:5 254:24
  362:16 363:20
  365:5,11 368:22
  371:3 418:9
  419:12,13 420:2
  431:8,19
**granular**  236:1,5,7
  236:8,11,19,24
  237:5,13 238:3,14
**graph**  222:23
  223:10 224:20
  226:25 228:7
  229:3,9 230:15
  232:8 257:1
  299:15 319:18
  320:10 340:16
  347:23 369:7,23
  370:22 376:4
  425:19,19 426:8,8
  432:10,21 438:18

Veritext Legal Solutions
866 299-5127

[graph - i.e.]

438:20 443:3,6
454:7,22 455:11
455:13,21,21
456:13 457:4,19
458:25 459:22
460:21 461:4
463:9 464:2
465:12,16 466:2,2
467:25 469:4,10
470:4
**graphic** 351:3
**great** 249:15
278:16 320:7
350:12 438:5
459:9
**greater** 246:23
247:15
**group** 264:2
283:22 288:19
302:15 310:11
326:15,20 327:1
331:22,23 332:5
394:11,11 395:6
395:10,10 397:15
397:18 398:16
401:10,23 407:6
407:19 422:8
434:12 475:19
476:22
**groupon** 319:22
**groups** 265:20
395:15 399:20
450:15 453:12
**guarantees** 455:15
**guess** 264:4
329:11 425:25
**gupta** 243:24
327:15

**h**

**h** 215:8 216:1
217:1 495:3
**half** 325:12 339:9
**hand** 220:17 257:4
**handled** 493:8
**hands** 403:19
**hannah** 212:7
219:22
**happen** 348:9
403:17 463:19,20
**happened** 241:25
255:16 257:12
267:16 315:19
318:8 322:17
328:16 334:10
335:10 336:6
403:14 420:21
421:5 423:14,15
429:12 439:17
450:25
**happening** 314:14
344:24 359:23
424:22
**happiness** 326:1
**hard** 251:13
264:22 265:1
266:16,16,17
268:8 270:20
273:18 281:19
284:12,12 290:5
292:23 316:8
354:5 372:6 378:8
378:9 390:14
394:12 395:9
396:7 475:5 476:6
**harder** 225:25
226:6,7,13
**harshdeep** 342:10
**hashed** 225:3
329:4

**head** 262:1 271:22
322:17 444:11
**header** 297:20
313:22 377:25
394:3
**heading** 240:25
241:2 245:18
248:12,21 249:1
252:5,11 266:1
267:25 280:25
300:15 302:1
303:7,8 310:21
330:24 333:4,6,8
338:1 364:7
369:18 414:1
486:22 487:18,25
488:18
**headings** 296:9
**health** 246:23
247:16
**hear** 251:3 258:8
440:11,13 456:3,6
**heard** 289:14
**held** 251:8
**hello** 350:12
**help** 265:10
272:11 322:22
323:22 324:6
351:3 360:5,12,23
389:18 390:1
434:4
**helped** 347:13
348:10
**helpful** 485:3
**helping** 263:22
**helps** 324:9 437:17
**hereto** 350:3
361:15 363:13
394:1 433:18
472:7 483:21

**hey** 351:1
**hi** 435:3 473:20
**high** 387:11,12,20
388:2 404:11,25
406:8,10,13
407:16 411:2
**highest** 388:20
**highlight** 403:24
**highlighted** 353:7
355:7
**highly** 317:13
**hipal** 276:9,15
302:19 317:6
**historically** 439:19
**hoc** 287:23
**hold** 382:20
423:24
**honestly** 339:3
**hope** 299:16
**hoped** 294:11
**hoping** 299:17
479:21
**hour** 325:12 438:1
483:15
**hours** 427:23
**hregan** 212:14
**htc** 318:4
**https** 264:9
**huge** 296:19,21
**huh** 338:4
**hurren** 331:9,18
331:19 332:14
**hyperlink** 266:2
**hyperlinked** 265:4
**hypothetical** 239:3

**i**

**i.e.** 239:5 298:1
394:19 424:5

**[ian - inference]**

ian 214:16 219:20
idea 249:23 310:8
ideas 269:10
identifiable
  320:19 321:3
  322:4
identification
  323:18 350:2
  361:14 363:12
  393:25 416:24
  417:21 418:6
  433:17 472:6
  483:20
identified 221:13
  221:22 226:25
  245:22 260:18
  261:3 282:1 298:5
  298:15 299:20
  313:17,24 322:13
  365:20 366:3
  367:10,23 368:11
  377:19 378:5
  379:20 387:6
  400:9 401:10,23
  402:8 404:16
  417:3
identifies 266:11
  315:5 418:20
identify 219:13
  226:3 276:11
  280:4 301:4 302:5
  317:4 324:9
  335:24 341:3
  380:5 386:8,9
  389:14 390:7
  399:5,7 404:25
  406:13 407:24
identifying 317:8
  333:17 385:23
  397:3 404:18

ids 224:23,24
  225:3,13,14 226:1
  226:2,11,13,19,24
  389:22 417:3
ii 208:17 215:3
  219:7 493:5 495:2
illustrated 238:21
ilya 327:7 433:22
  441:9
imagine 238:23
ime 259:7 261:12
  262:4,10 264:18
  280:19 286:9
  294:4 331:9
  341:14 410:25
  411:7 413:19
  416:12 422:23,25
  423:3 428:3
  438:25
immediately
  271:22 302:10
  303:3
impact 262:22
  263:4,6,21 266:24
  267:12 268:17
  281:7 283:25
  285:11 288:20
  292:13,14 349:7
  349:13 353:10
  355:10,13,19,20
  356:7,15,20,23
  367:2 370:18
  372:11 373:24
  374:1 378:13
  380:16 381:7
  382:13 384:10
  385:13 409:5,25
  416:25 430:10
  431:5
impacted 266:22
  266:25 267:7

268:13 383:9
impacts 348:22
impending 409:5
implement 307:21
implementation
  361:2 432:10,20
  465:12,16
implemented
  254:18 264:6
  285:15 289:1
  319:4,18,19
  334:18 340:4
  421:18 425:20
  426:9 430:1,10
  435:20 455:12,21
  456:14 457:4,20
  458:25 459:22
  460:21 461:5
  463:9 464:3 466:3
  468:1 469:4,10
  470:4
importance 411:1
important 250:9
  256:6 257:15
  278:4 284:17
  285:15 304:7,18
  311:19 326:1
  409:1 430:5
  431:10,21,24
  436:15 439:22
impossible 387:16
impressions 302:2
improve 297:17
  339:19 435:14
improvement
  327:18
inability 404:11
  407:5,17,20
include 292:19
  318:24 376:9
  381:25

included 236:17
  278:16 318:25
  334:14 426:15
  478:1 493:14
  494:3
includes 486:25
  488:2
including 232:16
  236:23 262:19
  331:25 409:21
  426:16 450:25
incognizant
  414:17,18 415:2
incorporate
  294:14
incorrect 474:3,6
increase 369:8,23
  370:22
indefinitely
  308:23 310:7
index 396:4
indicate 338:16
  387:13 405:20
  435:17,23 489:3
indicated 221:22
  280:19 308:16
  330:24 332:20
  361:20 421:17
indicates 244:7
  264:5 300:25
  355:6 370:17
  383:5
indicating 400:12
  405:3,4,5,8 407:21
  482:11
indication 423:3
  442:10
individual 314:25
individuals 462:20
inference 377:14

[inferring - issues]

**inferring** 377:12
**influence** 371:16
  371:20 379:15
  387:7,19 388:3,7,9
**influencing** 368:1
  378:17,24
**info** 278:16 473:24
  474:3,21 475:4
  486:12
**information**
  225:25 226:8,21
  226:23 233:10
  236:14,18 237:2
  237:10 238:18
  239:2 249:13,19
  250:7,18 251:22
  252:3,17,18 253:7
  253:14 254:7,13
  254:16 258:3
  265:8 276:16
  301:14 302:22
  310:13 319:5,6
  320:8,19 321:3
  322:4 335:2
  345:16 363:5
  367:5 375:15
  376:16,21 391:6
  400:24 439:22
  440:17 447:20
  448:4,14 449:8,14
  449:17,20 450:20
  451:1,7,11 452:5
  453:8,24 455:6,16
  460:24 465:4,21
  466:1,8 469:15
  474:18,24 476:10
  476:19 477:25
  478:10,21 479:7
  479:19 482:20
  483:3 485:19
  486:1,9 487:9,14

  488:13,24 489:3,8
**informed** 436:7
  462:1
**informing** 398:1
**initial** 424:1
**initials** 488:6
  489:12
**initiates** 444:16
**initiative** 292:9
  334:1
**input** 328:9
**inside** 225:8 328:7
  462:3
**install** 369:11
**installed** 249:9,18
  436:6
**instructing** 480:1
  481:3
**instrumentation**
  316:5,23 317:2
**inte** 345:4 467:3
**integrated** 241:5
**integration** 241:13
  241:20,23 267:3
  268:17 271:18
  273:14 314:9
  318:5,15 344:8,11
  344:20,24 345:3,4
  345:10,14,23
  346:1,10,24 347:4
  353:11 372:22
  384:15 433:2
  449:21 456:20
  458:2,15 463:12
  463:12 464:4,5
  466:6,20,21 467:3
  467:10,11 469:13
**integrations**
  248:19 266:22,24
  266:25 267:6,12
  267:14,15 268:21

  273:5 293:9
  346:14,17,19
  356:3 384:20
  392:2,5 409:6
  412:22 420:17
  422:15 424:9
  427:1,5 431:13
  432:2 433:1
  449:16 456:18,19
  459:8 460:4 466:6
  467:4 469:13
**intended** 299:21
  309:24 345:15
  414:6,10
**intending** 250:25
  300:17
**intent** 249:11,14
  250:1,8,19 482:15
**intention** 328:21
**interacted** 455:6
**interested** 283:12
  492:17
**interesting** 274:25
**internal** 225:8
  231:19 237:21
  238:9 242:21
  245:25 255:10
  276:5 289:10
  341:19 394:12
  395:6
**internally** 395:12
**interpret** 306:15
  362:23,24,25
**interpretation**
  274:17 350:18
**interpreting**
  228:20
**interprets** 344:10
**interrupt** 276:19
**interruption**
  268:15 407:12

**introduce** 329:2
  329:16 393:22
  433:14
**introduced** 236:20
  269:12 306:18
  307:23 315:16
  329:18 330:3
  343:1 448:9 472:3
**introducing** 362:4
**introduction**
  237:5 247:2 268:6
  299:15 304:17
  334:19 351:9,17
  356:8 359:13
  382:13 438:18
**investigate** 454:3
**investigated**
  420:24
**invite** 249:16
**inviteable** 450:16
  453:12,18
**involve** 376:15
**involved** 235:7
  242:20 250:22
  265:19,24 286:6
  289:9,10 292:9,17
  305:5 313:19,20
  326:18 332:23
  335:21 351:8,13
  355:24 408:6
  417:6,8 420:16
  424:14
**involvement**
  339:19
**involving** 429:13
**irvine** 212:19
**isolate** 389:14
  390:20
**issue** 475:11
**issues** 316:5,23
  317:2 330:17

Veritext Legal Solutions
866 299-5127

[it'll - kp]

**it'll** 246:12
**item** 268:1 364:21
  364:23 369:22
  371:16 372:15
  374:14 403:23
**items** 368:25

**j**

**jackie** 259:7
  260:23 261:17
  262:4 263:2,13,17
  263:22 265:22
  266:10 267:19
  269:18 272:14,21
  274:21 277:19
  278:1,15,21 279:2
  282:7,12,15 283:2
  283:5 284:6
  285:24 286:4,9
  288:7 294:4 331:9
  336:21,23,25
  337:3,7,11,12
  338:7,17,21,25
  339:3 341:7
  354:14,21 411:6
  413:10,14 416:5
  416:12,20 419:24
  422:14,20,22,25
  423:3 439:10,11
**jackie's** 277:19
  278:9,10 279:6,20
  280:3,8,19 281:1,3
  281:16 282:4,21
  282:24 286:2
  354:24 397:14
  398:14
**jams** 214:4
**jamsadr.com**
  214:11
**jan** 241:4
**january** 216:16
  241:12 402:18,19

  402:20,21 433:23
**jargon** 301:21
**job** 208:24 261:14
  295:12 331:24
  404:1,3,22 463:5
  493:5 495:2
**jogged** 302:12
**johanna** 473:8,10
  473:13 477:3,3
  478:4 482:24
  484:8 485:8
  489:13
**john** 214:18
  219:11
**joined** 347:13
**jonathan** 473:15
**joshua** 484:9,24
**journal** 486:3,10
  489:5,9
**jp** 489:11
**jsc** 208:4 209:4
**july** 242:8,9 396:9
  396:15 409:14
  410:3
**june** 242:5
**jury** 436:11
  458:21 459:18
  460:17 470:1

**k**

**k** 211:6 404:2
**kamdar** 473:14
**keep** 282:5,25
  313:11 314:3
  317:20 412:1
  438:3 464:14
**keller** 210:5
  219:16,18 221:9
**kellerrohrback.c...**
  210:15,16,17,18
  493:2

**key** 263:9 268:20
  273:5,14 333:9
  435:4
**keynote** 439:14,19
  440:5,14 441:5
  455:18,23 456:1
  457:15 468:25
  472:19
**kind** 271:13
  326:23 347:6
  378:11 394:11
  395:6
**kinds** 405:9
**klout** 277:15
**knew** 336:10
  391:5 456:9 457:1
  457:16 458:11,21
  459:14,19 460:9
  460:11,17 461:3
  461:22 462:1,2,4,6
  462:7,12,23
  464:10 465:14,19
  465:24 466:12,23
  467:5,17,20,22
  468:24 469:7,12
  470:5
**know** 221:8 243:4
  247:21 256:17
  261:6 262:12
  265:1 266:17
  272:3 276:14,16
  276:24 277:2
  278:9 281:19,21
  284:17,18 285:6
  287:2,7 292:3,7,7
  304:10 308:7
  311:14 312:10,12
  314:23,25 315:3
  316:25 322:16
  350:9 351:4
  353:22,25 354:5,8

  355:3 357:14,16
  357:25,25 358:6
  358:15 359:6,7
  377:13 384:9,17
  384:18 386:12,13
  386:17,20 387:21
  390:13,17,23
  391:4 392:1 395:1
  395:4 408:10
  410:17 413:13
  414:9 416:4
  420:10 422:24
  429:2 433:12
  435:24 439:5,6,11
  439:13 444:10
  451:21 452:19
  458:10,14 462:10
  462:12,13 468:13
  471:9 473:9
  475:22 476:15,23
  481:18 484:25
  488:13 489:1
**knowledge** 462:19
  462:20,21 463:14
  467:13,14 484:18
**knowledgeable**
  303:2,5
**known** 301:22
  329:13 458:15
**knows** 453:16
**koukouzelis**
  243:18 256:14
**kp** 243:20 259:7
  261:3 263:3,6
  274:9 275:7
  276:23 277:22
  279:2,5,19 280:25
  281:15 282:11,18
  282:20 285:18
  286:1,4,9 288:8
  294:4 319:24

**[kp - loeser]**

327:15 331:9
350:5,8,11,19,22
351:1 354:13,23
360:4,23 361:10
362:6 428:3,17,20
428:22,23 439:12
439:13 463:23
473:6 478:16,17
480:21 482:10
**kp's** 274:19
276:20 278:14
279:7 281:23
361:19 482:15

**l**

**l** 208:21 209:20
492:1,24
**l.l.p.** 210:5
**labeled** 411:22
**lack** 309:5
**language** 250:20
250:21
**large** 252:15 253:6
297:2 329:20
334:14 388:8
**larger** 328:14
**largest** 388:24
477:6
**late** 483:15
**laufenberg** 210:7
219:17
**launch** 257:17
403:10,12,16,20
404:15 408:15
409:2,4,13,19
421:3 440:2
**launched** 236:7
255:12 298:9
329:12 409:15,21
424:21 426:13,21
**launches** 297:21

**law** 210:10 211:8
212:8,17 213:7,15
**lawyer** 484:17,19
485:1
**lead** 336:23
**leadership** 288:3
309:18 326:14,16
326:17,21,24
357:13 434:11,14
434:18
**leading** 336:21
338:17 409:13
**led** 311:2 337:7
**lee** 243:24
**left** 304:9
**legal** 292:17
336:22,24 337:8
338:7,11,18 339:1
352:21 493:7
**length** 308:14
366:1 421:6
**lengthy** 227:14
485:4
**lesley** 211:7
**level** 239:17
240:14 251:15
273:20 285:8
463:16
**levels** 463:20
**liberty** 275:1
**lifestyle** 319:21
**light** 465:9
**lightly** 246:18
**liked** 259:1 478:1
**likes** 258:15,19,21
277:15
**limit** 347:5
**limited** 450:20
451:1
**limits** 226:12

**line** 262:8 303:8
379:25 400:1
435:1 473:1
493:15 494:4
495:4,7,10,13,16
495:19
**lines** 352:1 478:20
483:2
**link** 264:9,13
281:11
**linkedin** 360:16
**list** 231:21 268:2
274:22 275:7,8,11
275:12,23 276:2,6
276:23 297:24
300:14,20 313:4
314:18 325:6
327:14 336:20
364:13 408:2
434:13 435:4
439:5 453:13
**listed** 314:8 315:9
315:11,20 319:13
322:18 365:10
367:15 384:5
388:23 397:19
400:5
**listened** 318:1
441:14
**lists** 300:16 391:16
417:12 419:12
**litigation** 208:4
209:4 219:10
493:4 495:1
**little** 273:6,15
274:19 276:20
287:5 294:10
308:7 338:20
349:17 358:23
360:18 396:6
399:1 436:23

437:12 438:3
454:17
**live** 403:9
**lives** 328:14
**llp** 211:5 212:5
213:5
**load** 245:9
**located** 209:16
**location** 208:15
**locked** 493:12
494:1
**loeser** 210:6 215:5
219:15,16 220:14
221:6,8 222:15,18
227:11 229:19
233:14 240:22
242:22 243:1,4,11
243:13 244:15,23
245:5,6 246:12
248:2,11 251:10
251:20 253:18
254:14 255:1,23
256:19 257:2
258:1,11 260:9,16
263:1 264:7
265:10,18 267:13
268:18 269:14
270:13,22 271:4
271:15 272:6,13
272:22 273:3
274:1 276:18
277:4 278:13
279:4,16 280:2,9
280:24 281:14
282:18 283:11
284:2,25 285:17
286:5,17 287:4,12
287:22 288:5,14
289:17 290:10,13
290:20 291:23
292:6 293:23

Veritext Legal Solutions
866 299-5127

**[loeser - looks]**

| | | | |
|---|---|---|---|
| 294:1 295:1,5,18 | 402:11 406:3 | 482:3,10,17,25 | 282:23 295:6,21 |
| 297:19 299:4,13 | 407:3,14 408:14 | 483:12,22,24 | 297:19 308:21 |
| 300:13,23 305:1 | 409:8 410:20,24 | 484:23 488:25 | 312:7 313:4,22 |
| 306:3,11 308:6 | 411:15 412:25 | 489:10,24 493:1 | 314:9,17 315:21 |
| 309:24 311:20,22 | 413:16,25 414:11 | **log** 301:23 453:20 | 317:16 322:19 |
| 312:7 315:12,21 | 414:25 415:13 | **logged** 414:16 | 323:15 324:3 |
| 318:9,19 320:20 | 416:3,9 419:3,23 | 441:8 | 333:6 342:5,6 |
| 321:5,11 322:8 | 420:8,19 421:14 | **login** 248:7 301:12 | 348:20 353:4 |
| 324:23 325:9,11 | 422:21 423:16 | 301:22 319:7 | 363:15 364:8 |
| 325:14,19 326:10 | 424:3,24 425:6,13 | 372:17,21,22 | 365:19 367:1 |
| 327:8,11 330:20 | 425:25 426:14,22 | 403:20 438:21 | 375:20 379:13,23 |
| 331:3,6 335:17 | 427:20 428:16,24 | 473:22 | 379:24 391:11 |
| 337:16 339:22 | 429:4,14 430:2,12 | **logs** 486:12 | 411:6 414:11,23 |
| 340:6 341:10,25 | 430:23 431:8,19 | **london** 208:15 | 416:22 417:13 |
| 342:5 345:2 346:1 | 432:13 433:3,9,14 | 209:17 219:1,5 | 420:8 423:17 |
| 346:9 348:13 | 433:19,20 434:21 | **long** 246:23 | 433:14 435:1 |
| 349:1,15 350:4 | 436:4,19,25 437:7 | 247:16 264:9 | 441:15 475:20 |
| 351:15 352:12 | 437:13,19 438:2 | 307:2,10,11 | 487:3 |
| 353:4 354:11,19 | 438:12 440:4,11 | 325:17 365:18 | **looked** 262:16 |
| 356:5,17 358:22 | 440:24 441:3 | 383:17 392:2 | 323:6 424:23 |
| 359:10 360:10 | 442:16 444:14,18 | 393:6,7,8 396:16 | 426:11 428:6 |
| 361:8,16 363:6,14 | 444:20 445:6 | 405:6 409:8 446:3 | 464:7,8,9,11,15,19 |
| 363:17 367:16 | 446:5,10,17,25 | 448:6,20,22 469:6 | 470:23 |
| 369:20 370:4,10 | 447:21 448:5,17 | 472:9 479:21 | **looking** 243:13 |
| 370:20 371:1,9,14 | 449:10 450:13 | 480:14 484:1 | 260:1,7 263:1 |
| 371:25 372:15,24 | 451:23 452:9,22 | **longer** 294:11 | 280:25 294:2 |
| 373:15,23 374:9 | 453:5 454:6,14,17 | 307:25 310:14 | 327:12 333:4 |
| 375:6,23 376:8,12 | 454:18,21 455:8 | 345:15,19 373:12 | 334:6 362:2 |
| 377:7,23 378:12 | 456:2,8,25 457:10 | 400:25 418:23 | 374:14 381:18 |
| 379:12 380:15 | 457:14 458:4,17 | 465:7 478:24 | 382:12 394:2,25 |
| 381:4,16 382:10 | 459:11 460:6 | 479:1,9,13 480:8 | 402:19,22 472:25 |
| 382:17,22 383:10 | 461:24 462:19,25 | 480:22 481:19 | 473:23 475:17 |
| 383:19 384:3,21 | 463:22 464:11,15 | 482:4 483:8 | 487:21 |
| 385:4,7,16 386:7 | 465:24 466:12,23 | 486:24 487:7 | **looks** 244:12 266:8 |
| 386:22 387:5,22 | 468:24 469:17 | 488:2 | 274:10,13 277:5 |
| 388:11,20 389:13 | 470:17,25 471:5,9 | **look** 235:12 | 338:23 360:22 |
| 390:11 391:11 | 471:18,21 472:2,8 | 237:20 244:16 | 361:6,24 364:6 |
| 392:7,24 393:5,21 | 472:12 474:9 | 259:19 260:17,19 | 396:8 402:18 |
| 394:2 396:6 | 476:11,17 478:3 | 262:3 267:25 | 406:6 410:6 |
| 398:10,25 400:1 | 479:8,20 480:13 | 268:19 273:3 | 416:19 485:14 |
| 401:9,17,22 | 480:20 481:24 | 274:9,18 281:22 | |

Veritext Legal Solutions
866 299-5127

**[los - mean]**

los  214:9
lose  263:14 368:19
   369:13,19,24
   370:5 371:15
   375:25 377:18
   379:21 384:23
   391:13 392:11
losing  430:12,23
loss  358:24,25
   370:12 378:1,4,10
   378:22 379:3,13
   379:24 380:7,21
   380:22 384:4,20
   385:17,19,20,21
   386:4 387:6
losses  360:5,12,23
   385:25
lost  369:14
lot  232:14 246:5
   246:15 278:15
   334:11 351:25
   471:12 474:11
love  393:3
low  387:20
lweaver  211:14

**m**

m  357:12,13 358:3
   358:6,17 434:8,8
   434:11,20
macdonell  214:18
   219:11
machine  492:9
magic  290:11
main  404:1,3,22
maintain  412:5
maintained
   477:16
maintaining
   293:10 412:2,21
major  452:6 459:3

majority  242:3
   306:14 328:15,19
   481:18
making  225:21
   263:17 292:16
   313:16 341:21
   342:13 343:14
   354:18 385:12
   423:13 430:7
   432:1 445:22
manage  305:7
managed  274:22
   328:15,19,23
   341:9
management
   364:18 427:13,19
   432:7,16 433:4,7
   434:3,5,9 462:2,2
   463:16,21
manager  250:12
   250:21,25 251:6,8
   256:4,12 261:10
   261:15,20 269:10
   270:19 331:20
   332:1,7,17 334:21
   434:25 473:3
manager's  254:21
managers  427:21
   427:25
manually  297:3
manufacturers
   477:7
map  342:12
   343:13
maps  391:18
march  450:5
   470:16 473:16
   474:14 477:4
   478:5,16 480:21
   482:3

marie  338:7,25
mark  349:22
   357:9,11 433:9,13
   433:19,21 434:17
   435:2,3,23 436:1
   439:15,19,25
   440:25 443:9
   444:11 456:6,22
   458:11 464:17,20
   470:11,24 472:20
mark's  357:13
   434:11,11
marked  217:10
   218:1 235:14
   243:2,14 244:17
   244:19 245:2
   246:6 256:20
   259:3 260:1,2
   294:2,22 327:10
   331:4,7 349:22
   350:1 361:13
   363:10,11 393:23
   393:24 410:21
   413:20 433:16
   441:1 472:5
   483:19,23,25
marketers  333:12
marketing  391:8
master  214:6
   219:24,25 290:12
   290:14,22 291:8
   295:8,16 325:16
   325:22,25 393:6
   393:13 461:14,23
   462:5,14,18 464:6
   464:10,13 468:3,8
   468:12,21 480:1
   480:25 481:3,7,23
   481:25 482:1
matches  379:22

materials  221:17
   465:10
matt  213:6 475:1
   475:16
matter  219:8
   234:6 242:21
matters  453:10
mau  372:17 373:6
   374:5,6 389:8
mbuongiorno
   213:12
md  208:4 209:4
mdl  208:3 209:3
   215:13,14,21
   216:8,9,13,14,18
   216:23,24 217:6,7
   333:4 396:19
   485:6 487:23
mean  224:18
   228:17 229:16
   266:19 269:20,23
   270:5 272:2,7,19
   273:14 275:15,18
   276:19 278:24
   280:8 292:7,21,24
   293:21 304:1
   305:17 309:13
   319:17 321:9,11
   333:21 346:6,12
   353:24 355:19,21
   358:11,19 359:3,8
   370:8 372:20
   374:18,22 376:24
   378:8 385:19
   387:24 389:2
   394:15,16,23
   402:2 406:9,22
   408:12,22 410:11
   412:8,13 413:11
   423:8 427:19
   434:4,16 435:25

**[mean - mosseri]**

441:25 449:5
461:22 462:11,23
489:22
**meaning** 240:6
353:9 355:9
**meaningful**
249:15
**means** 227:14
238:2,12,20
248:16 253:24
266:14 269:25
270:23 271:7,25
274:15 276:24
277:3 282:21
316:8 322:23
323:9,23 324:7,25
354:6,8 358:15
359:7 360:9
372:18 374:6
376:25 377:12,15
394:17,22 410:16
412:15,20,21
413:15 414:22
415:9 420:10,16
421:12 462:8,12
**meant** 224:7
266:16 267:19
269:16,18 272:20
273:24 281:21
283:10 292:21
305:21,22 309:4
309:23 310:8
316:22 324:19
353:23 359:16
361:5 382:8 405:6
406:11 408:18
413:10,10 467:19
**measure** 389:8
**mechanism**
301:10 377:1

**media** 368:3
378:17,23
**medium** 387:20
**memo** 248:12
255:24 256:13
**memorized** 420:25
453:23
**memory** 240:2
302:12
**mentioned** 292:18
326:13 359:25
379:10 438:12
**mentioning** 409:2
**merely** 310:17
**message** 263:2
391:18 394:12
396:14 487:17
**messages** 396:8
410:3
**messaging** 478:23
478:25 483:8
**messed** 360:18
**met** 257:21,25
**meta** 216:8,9
**metadata** 363:23
364:2,2
**methods** 321:15
321:20
**metrics** 374:7
**michelson** 212:18
**microsoft** 277:12
277:13,14
**middle** 297:24
380:1,3 396:24
402:17 403:25
441:7
**migrate** 427:11
**migrated** 443:22
465:23 469:16
**migrating** 447:17

**migration** 217:6
224:25 226:12
293:7 421:23
445:13 446:2
447:10 448:1,6,12
448:13,20,22
449:6 484:14
485:9 486:3,5
**mike** 327:6 433:21
**mill** 213:16
**mind** 243:6,8
257:8 259:21
271:22 273:21
309:8 327:3,5
359:18 432:13
471:10
**minimizing** 320:7
**minute** 223:22
235:11 259:16
471:16
**minutes** 309:2
325:15,20,23
438:5 467:19
471:15
**misrepresent**
250:25
**misrepresenting**
251:6 352:10
**missed** 227:2
**mistaken** 241:15
241:17,17
**misuse** 226:23
**misused** 226:22
**mixing** 429:9
**mobile** 271:17,19
307:3 311:1
313:25 314:9
317:19 318:10
319:11 333:12
364:15 366:14
369:10 424:5

459:8
**model** 216:17
236:12 237:17
307:17 433:23
435:19
**moment** 219:23
349:21
**momentarily**
350:4
**monday** 221:13,23
222:5,19 227:12
308:7 328:18
330:22 342:3
450:6,14 451:13
453:5,25
**monica** 215:20
216:7 331:10
332:16 350:6,12
350:22 351:7,19
352:24 359:7
363:2 371:23
381:1 387:23
397:7,13 398:1,13
473:14
**monthly** 372:23
373:3,6,16 374:2,9
374:12 388:16,20
389:1,14,18,23
390:7
**months** 247:5
251:19 252:21
269:11 278:5
284:19 288:22
304:10 334:10
409:25
**morning** 219:15
220:2,3 221:9
308:8
**mosseri** 215:20
216:7 331:10
332:16 350:6,22

Veritext Legal Solutions
866 299-5127

[mosseri - northern]

351:7 355:6 357:4
360:4,22 361:10
363:2 377:16,16
377:16 384:22
385:22 397:7,13
398:13
**mosseri's** 358:23
361:18
**motivation** 247:12
**move** 242:23
252:5 293:23
295:9 310:20
350:20 358:22
364:3 366:1
371:14 387:5
392:24 398:25
404:11 407:5,17
407:20 410:20
477:1 478:4,15
**moved** 328:3
**moving** 224:6
338:10 347:10
412:5
**msft** 277:11
**mteam** 353:13
357:6 358:13
**muffled** 371:6
415:5
**multiple** 226:1,11
359:17
**mute** 227:2
**mutual** 321:2
322:2
**mutually** 246:24
247:17
**mwv1** 350:8
**myspace** 277:16

**n**

**n** 215:1 306:14
307:1

**name** 243:16,16
326:20,23 332:10
332:11 369:10
492:20
**names** 327:3,5
439:6 473:6
**namita** 327:15
**naor** 327:15
**narrative** 250:13
**native** 416:8
**natural** 337:2
**naturally** 360:20
**nature** 223:12,16
225:14 279:14
305:4 307:22
351:20 359:19
**nearly** 247:5,5
**necessarily** 224:15
297:13 333:21
353:24 384:14
385:12 421:19
423:14 429:25
435:25 437:5
**necessary** 342:18
396:23 493:14
494:3
**need** 225:17 232:2
246:21,22 247:14
265:4 273:7 279:2
281:24 286:3
295:6 296:22
310:18 329:24
333:22 342:11
351:3 358:25
393:8 407:1
410:12 421:11,22
422:7 435:12
488:9,13 489:1,16
**needed** 225:1
320:8 330:1
343:16 407:9

**needing** 236:10
**needs** 294:11
310:24 437:5
471:15
**negative** 268:3
473:21 474:8
475:2
**neither** 293:2
329:10 492:16
**neko** 369:7,9,10
369:14,18 370:13
**network** 367:25
378:17,24
**nevada** 208:22
**never** 241:18
445:6
**new** 222:3 248:8
304:18 305:8,11
306:18,20 315:15
320:16 322:1
328:4 329:24
330:7,18 333:12
333:21 334:17
335:1,22,25
336:10,21,24
337:7 338:6,17
342:8,10,17,20
343:1,9 349:21,23
354:23 361:12
372:1 373:24
381:7 382:13
391:13 392:12,24
393:22 400:16,22
401:1,12,25 403:9
404:15 406:18,19
409:23 418:24
425:15 426:4
433:15 436:6
438:21 446:17
447:4,8 448:8
449:4 450:25

465:5 471:5 486:6
**news** 222:16
252:14 439:22
**newsfeed** 253:4,15
258:24 273:22,25
274:6 282:3 284:8
312:18 313:12,23
314:18 315:15
317:3 318:25
375:5,18,20
415:16
**nine** 247:5 251:18
269:11 270:19
277:5,7 278:5
281:20 284:19
288:22 316:9
336:1
**nod** 246:9,11
**non** 263:5 266:12
273:25 312:23
313:13 315:22
317:9,17 319:9,12
320:13,22 321:6,9
333:11 364:14
366:12,18,20,24
367:4 399:6
414:14 420:20
**nondevice** 344:20
**nongames** 367:11
367:15,17 379:5
**nonintegration**
344:21
**nonstandard**
346:16 456:11
457:2,18 458:23
459:20 460:19
**nope** 221:20
**normally** 439:17
**northern** 208:2
209:2

[notating - objection]

notating 493:15
494:4
note 249:2 252:9
257:15 281:23
303:24 362:3
387:12 407:15,16
409:1 410:18
413:17 484:4
noted 259:10
331:1 342:4 454:5
468:8 490:6
notes 221:12,14,18
235:12,13,15,19
235:20 236:4
237:21 240:23
349:16 361:20
362:1,5,6 387:11
398:13 403:6
417:19 491:4
notice 266:19
330:25 421:2,9,10
421:11,21
noticed 328:3
475:6
noticing 219:14
220:12
notified 306:13
noting 407:16
notion 308:15
nov 337:19
november 337:18
338:16 347:8
number 215:9
216:2 217:2,11
218:2 221:24
223:5,23 224:24
226:10 227:22
228:9 238:6 245:4
261:2 263:19
265:23 267:1
268:12 273:1

289:11 292:9
297:2 299:20
300:25 301:5
302:5,13 305:5
306:19 315:24
318:16 321:1
327:13 329:19,20
329:24,25 330:17
334:15 346:14
349:23 384:13
386:6 388:16,24
391:16 396:19
402:14 424:25
425:3,16 426:5,12
427:1,9 428:11,12
429:11,21 433:7
456:18 466:5
472:16,21 474:12
484:4 487:21
493:15 494:4
numbering 244:24
numbers 244:20
275:2 381:3,19,23
381:24 382:9
385:18 386:6,8
417:10

---

o

o'neil 327:16
411:1 413:19
428:4 433:21
439:8,9 463:23
464:16 473:6,14
477:2 478:6 484:9
485:8
o'neil's 434:21
435:2
o0o 219:3 490:10
oakland 211:11
oath 220:11 221:2
492:8

object 227:4 265:6
265:13 267:9
268:7 291:7 292:2
309:10 312:2
317:23 318:13
325:3 345:21
402:6
objected 457:11
457:12 461:9
objection 220:10
220:14,15 229:11
240:8 251:4,12
253:9 254:9,19
255:7 257:23
258:6,9,10 262:20
264:1 269:7 270:7
270:16,25 271:9
272:1,9,24 273:17
276:13 277:1
278:2,23 279:9,21
280:6,21 281:9
282:14 283:7,20
284:10 285:5,22
286:11,22 287:11
287:18,24 288:12
289:6,21 290:4,8,9
293:16 297:15
298:21 299:10
300:7,19 304:20
305:19 306:7
307:8 311:17
315:7,17 320:14
320:24 321:7,24
324:15 335:3
337:9 339:13
340:1 341:5
344:13,16 346:4
348:6,17 351:11
352:8,21 354:4,15
355:16 356:10
358:14 359:5

360:7 361:3
367:13 369:16
370:1,7,15,23
371:7,21 372:5,19
373:5,17 374:3,20
375:8 376:2,10,23
377:20 378:7
379:7 380:9,24
381:11 382:6,16
382:23 383:24
384:7,25 386:2,11
386:25 387:15
388:4,18 389:4
390:10 391:2,23
392:13 395:24
398:4,21 399:24
401:2,14 405:24
406:20 407:10
408:9,20 411:12
412:10 414:8,19
415:21 416:6
419:15,18 420:5
420:11,22 422:17
423:6,24,25 424:1
424:18 425:2,9,21
426:10,18 427:17
428:10,19 429:1,7
429:19 430:6,17
431:2,12 432:22
433:5,11 434:15
435:21 436:17,22
437:2,10,15
439:24 442:13
444:8 445:1 446:1
446:7,13,21
447:14,23 448:10
449:2 450:10
451:18 452:1,18
453:1 454:4,11
455:1,24 456:5,15
457:6,21,24 458:6

Veritext Legal Solutions
866 299-5127

[objection - orient]

459:1,23 461:6
463:17 465:17
466:4,18 468:2,6
469:11 470:9,22
471:2 474:5 476:3
476:13 477:23
479:4,16 480:24
482:13,21 484:22
488:20 489:6
**objections** 272:17
**obtain** 230:22
232:7 236:10
238:17 330:23
401:13 402:1
**obtained** 231:23
232:19 233:2,4
**obvious** 277:16
297:13
**obviously** 227:13
342:25
**occur** 257:3
297:14 359:12
435:20 441:24
**occurred** 225:15
306:23 436:5
**occurring** 421:16
**occurs** 391:21
**oct** 241:3 327:20
**october** 241:12
327:24 338:15
347:10
**offer** 428:14
437:21
**offered** 345:6
**office** 493:11
**officer** 220:10
**offline** 331:2
**og** 375:25 376:1,3
376:8 377:12
**oh** 355:23 382:23
393:14 416:8

429:4
**ok** 294:13
**okay** 219:4 222:2
222:15,17 223:13
224:17 225:2,22
226:5 227:24
230:11 231:11,20
233:1 234:9
236:19 237:4
238:2 239:11
242:17,22 243:11
243:19,20,22,23
244:15 245:3,14
245:20 246:14
247:9 248:4,11
251:20 252:5
255:1,23 256:19
259:2 260:11,22
260:25 261:1,11
261:17 262:2,16
263:1,22 264:7,11
266:8 267:4,21
268:18 270:13
274:18 275:15
276:7 278:13
280:12,18 281:4
281:14 282:23
284:25 285:17
286:5 288:5
289:17 290:16
293:23 294:17,21
295:13,18 298:13
299:4 300:4,23
302:17 303:22
306:24 308:21
317:16 323:15
324:3 325:9 326:5
327:8 329:1,15
332:13 333:2,15
334:3,16 337:24
339:10 342:5

343:20 345:17
348:4 349:1,15
351:15 352:12,23
356:17 357:20
360:3,10,22
361:24 363:7,22
364:24 365:9,19
366:6,16 368:20
369:9,22 370:20
374:14 375:23
377:7 378:12,21
379:3,12 380:15
381:16 385:10,16
388:11 390:19
393:15,16,21
396:6,13,16,21
397:6 402:21
403:4,18 405:11
407:14,23 410:2
410:20 411:15
412:25 414:25
416:3,21 417:19
417:23 418:20
419:23 421:14
422:1,13,21 423:2
423:16 424:24
427:13 428:24
430:2 436:4 438:7
440:8,9,14 442:5
442:22 443:2,16
445:23 446:17,25
447:12 463:6
468:21 470:1
471:10,11,22
472:15,24,25
473:5 474:19,25
478:3 479:8
481:23 482:25
483:22 485:3
486:8 488:9

**once** 232:1 249:17
445:3 485:23
**ones** 222:3 258:14
263:15,25 299:8
412:2,9 413:1,3
438:4 453:11
**online** 264:17
**open** 310:21 376:4
**operates** 462:25
**operating** 271:19
459:9
**operational**
450:21,22
**operations** 394:21
394:24 395:21
425:18 426:7
**operative** 222:24
446:18 447:4,9
448:25 449:4
**opinion** 251:7
412:19 435:11
**opinions** 269:10
323:12 344:2
**opportune** 325:13
**opportunity** 445:7
**ops** 216:12 394:4
394:14,17,17,20
403:19
**opt** 237:12
**option** 478:22
483:6
**options** 304:16
**order** 230:7,20
231:7,25 305:16
335:24 342:23
435:13 466:8
**oregon** 208:22
**organization**
324:12 388:8
**orient** 260:22

Page 35

[original - partners]

original 225:10
236:12 264:23
340:18 477:15
492:13 493:10,21
os's 307:3
outcome 339:7
outcomes 373:13
outlined 282:7
283:2,5
outputting 339:8
outside 306:9
345:23 477:8
overruled 291:8
468:9

**p**

p 306:13
p.m. 209:18 219:2
219:5 260:12,15
326:6,9 393:17,20
438:8,11 471:23
472:1 490:5,6
p3 259:9 262:11
263:4
p3.0 294:5 297:20
package 334:14
348:1
page 213:16 215:3
215:9 216:2 217:2
217:11 218:2
235:21 240:24
248:12 252:6
261:2 279:23
281:3,11 282:10
295:21 296:8
333:3,3 337:25
347:7,9 362:1,10
363:15 364:8,18
364:24 366:16
367:5 368:14
377:24 380:1,3
385:16,18 396:24

399:25 402:18,20
402:21 403:25
404:10 405:8,19
406:2 414:12
441:6 477:18,21
477:24,25 478:2
483:4,11 485:4,5,7
487:12,19,21
493:15 494:4
495:4,7,10,13,16
495:19
pages 208:25
259:1,15 396:18
402:14 484:5,6
493:14,17,17
494:3,6,6
paid 382:12
383:21
painful 246:19
pair 302:2
pairs 297:2
palo 213:17
paragraph 246:2
248:2,3,25 249:4
274:19 328:1
441:7 474:25
475:15
parallel 263:8
parenthetical
489:4
parlance 394:18
parse 263:9
part 230:3 239:1
242:6 247:10
285:10 299:25
305:9 306:1
326:25 328:13,14
332:3,5 351:8,16
391:8 397:10
399:11 443:22
477:14

parti 312:4
participate 249:17
373:2,12
participation
412:17
particular 237:16
238:18 277:17
333:17 341:12
356:7 360:25
391:21 419:21
440:17
parties 210:2
211:2 212:2 213:2
214:2 220:6
228:14 233:11,24
318:22
partly 473:22
partner 234:23
261:10,20 262:14
263:21 269:6,10
270:19,24 272:7
282:5,25 284:1
288:9 292:15
312:9 323:14
331:20,23 332:1,5
332:7,17 334:21
347:5 386:15
390:8 399:19
411:18 413:5,6,12
415:17 416:24
417:20 421:9,21
422:15 459:20
467:3
partners 222:21
222:22 223:9
224:10 227:20,25
228:5,6,9 229:2,7
229:22,24 230:13
231:21,21,23
232:7,19 233:2
234:12 241:5,14

241:20,23 263:4
263:14,24 264:20
265:21 266:5,6,11
268:2 271:8
272:15 277:18,23
278:17 281:6
283:14,18 284:7
285:19 286:7,19
287:9,15 292:1
308:9 314:9 315:4
318:5,15 322:21
322:23 323:1,5,9
323:18,24 324:2,5
324:8,10,11,14,19
325:1,7 326:12
341:17 342:11,18
342:24 343:7
344:8,12,21,21,24
345:3,4,11,11,14
345:18,23 346:1,2
346:10,24 347:1,5
354:22 355:14
358:25 359:4,8
381:6,9,20 382:12
382:14 383:2,12
384:5 385:24
386:10 387:11,14
389:15 390:20
398:20 399:5,21
400:4,10,12,15,21
400:24 401:10,12
401:23,25 415:20
425:1,7 426:24
427:14 428:7
429:5,17 430:3,15
431:1,11,22 432:8
432:18 433:2
449:21 455:22
456:10,20 457:2
457:17 458:2,16
458:22 460:18

Veritext Legal Solutions
866 299-5127

[partners - permissions]

461:3 463:7,12,13
464:1,5 465:3,11
465:14,25 466:6
466:21 467:3,23
467:24 468:11
469:2,8,13 470:2
474:12

**partnership**
326:15 332:9
354:14 383:16
394:14 397:15
398:2,15,19
406:18 412:4
463:11

**partnerships**
216:12 261:16,21
263:9,19 265:22
283:22 288:2
310:4 323:11,12
323:13 324:1,10
324:17,21 331:21
332:2,8,12 333:11
394:4,16,17
403:19 416:23
418:2,2 467:1,9,11

**party** 234:1 252:4
318:17 436:20,24
492:18

**pass** 288:24

**passed** 294:12

**path** 277:15
360:16

**pdf** 493:12 494:1

**peace** 473:8,10,13
473:19 477:3,3
478:4 482:11,18
484:8 485:8,13
487:14 489:13

**pegged** 437:5

**penalty** 220:20
491:2 493:16

494:5

**people** 235:6
238:13 239:6
242:20 252:2
261:2 263:19
264:2 265:24
274:2 278:5
281:21 283:10,22
286:6,13 288:19
289:9,9 292:9
305:5 313:20
321:2,4 326:25
327:2,13 335:9,13
336:9,15 341:15
349:6,10 357:16
357:17,20 358:1
359:24 389:11
392:18 393:13
394:19 401:7
412:14 414:16
428:5,6 429:13,21
432:3,6 434:19
437:8 442:23
443:19 455:6
462:3 463:10,15
463:23,25 465:18
467:1 470:15
475:11 478:1

**percent** 238:18
239:7,10 358:10
360:19 364:19
394:9 395:8
406:21

**percentage** 239:6
275:3

**perfectly** 261:7

**perform** 320:8

**period** 307:23
308:5 310:14
327:6 344:4
389:16 390:11,21

402:3 420:17
421:10,10,22
446:3 448:2,6,12
448:13,20,22
460:25 486:24
487:8 493:18
494:7

**periods** 266:20

**perjury** 220:20
491:2 493:17
494:6

**perm** 399:16

**permi** 233:16

**permission** 231:4
231:8,8 234:2
236:21 237:7,9,17
237:22 238:17
239:6,13,19,20,22
239:23 240:5
252:12,25 253:1,2
253:22,25 254:2,4
254:5,7 255:5,13
255:21 256:3,8,11
256:25 257:16,19
258:20 282:4
286:20 287:17
301:11,15 302:2
312:20,22 330:5
345:20

**permissions**
216:22 222:23
223:4,6,9 224:11
224:13,15 227:16
227:17 230:14,15
230:20,21 231:1
231:24 232:1,16
232:20,24 233:2,4
233:5,9,12,14,16
233:18,19,20,22
234:12 235:3,4,10
236:1,5,7,8,11,19

236:24 237:6,13
237:15,23 238:4,5
238:7,12,15 239:4
239:9 240:17
248:9,22 249:24
250:4 251:18,24
252:1,7 253:16,20
262:19 263:15
272:16 274:23
275:9,17,19
276:12 277:25
283:15 284:8
285:20 286:8
287:10 288:11
289:5 290:3 291:6
291:16 292:1,14
293:15 299:1
300:1,16,21,24
301:1,5,24 302:3
302:15 308:10
313:1,2 315:24
318:12 319:2
321:14,19 322:6
334:7 340:13
343:9 345:5
346:11 372:4
399:22 408:8
414:14 425:8
426:17,20 427:8
429:6,18 430:4,13
430:24 432:9,19
443:15 445:5,12
445:15 446:23
448:15 449:8,24
450:3,8 451:13
452:2 455:4,14,19
464:2 466:14
470:14 472:11
474:17,23 478:24
479:1,7,10,14,18
480:9,22 481:19

Veritext Legal Solutions
866 299-5127

[permissions - pmds]

482:5,9 483:9
**permissions.xlsx.**
 259:11
**perms** 329:5
**persistent** 475:11
**person** 267:21,23
 312:4 316:25
 323:3,10 348:10
 352:2 371:1 410:9
 418:18 419:21,23
 473:8
**personal** 227:8
 239:17,24 240:14
 249:13 250:6,18
 251:16,22 252:16
 253:7,12 255:17
 268:10 273:20
 276:4 285:8 287:1
 296:23,25 297:10
 298:24 301:8
 303:18 304:2
 308:3 309:15
 310:1 329:22
 333:25 336:2
 339:18 342:21
 344:18 355:23
 356:22 358:8
 372:8 374:25
 406:23 408:23
 420:15 437:23
**personally** 235:15
 235:19 320:18
 321:3 322:4
**persons** 335:24
 484:18
**perspective** 268:5
 268:9,10 270:5
 387:17 388:6
 435:9
**pertain** 335:5,15

**pertained** 348:21
**pertaining** 379:4
**pertains** 492:12
**phase** 298:4,15
 299:20
**phases** 299:14
**philosophy** 249:9
**phone** 477:6
**phones** 459:8
**photos** 258:2,15
 258:25
**phrase** 231:11
 234:19 272:20
 309:12 408:15
 429:3 440:22
**phrased** 240:5
**phuntso** 213:14
 219:21
**physical** 404:12
 407:5,17
**piece** 334:22
 351:19 363:4
**pinterest** 277:15
**place** 237:17
 328:18 409:4
 435:14 448:2
 492:5
**places** 325:1
**plaintiffs** 209:16
 210:4 211:4
**plan** 328:24 412:5
 421:3
**planned** 459:10
 460:25
**planning** 250:22
 267:14 285:3
 294:6 295:22
 298:4,15 299:14
 299:20 305:2,10
 393:11

**plans** 432:25
 456:21 458:1,15
 466:20 467:2,9
**platform** 216:17
 225:11 233:17
 234:6,8 235:21
 243:25 244:8,12
 245:18,23,24
 246:17 247:3
 248:7,17 253:19
 261:21 262:18
 266:24 267:7
 268:6 273:23
 274:4 285:4 288:3
 294:19 295:22
 296:15 298:7
 299:25 302:24
 304:18,24 305:3
 305:11 306:18,20
 310:3 315:16
 320:5,12 324:10
 326:14,15,16,17
 326:19,21,21,22
 328:22 329:1,8,10
 329:14,15 330:11
 330:16 331:20
 332:2,8,11,22,24
 333:5 334:8,9,19
 338:1 340:14
 343:1,4,9,17,23
 344:1 345:1,9
 346:15 347:11,25
 351:9,17 354:23
 356:1,9 359:13
 361:2 372:2,12
 373:1,2,3,13,25
 375:1,14 381:8
 382:13,15 383:4
 384:6,12 389:10
 389:12 391:5,13
 392:12,22 395:11

399:6,6 400:17,23
 401:1,12,25 403:9
 404:15 406:19
 409:14,18 418:24
 420:20 421:18
 423:19 425:12,15
 425:17 426:5,6
 430:8 431:3,6
 432:1 433:23
 434:25 435:19,20
 436:6,6,10 438:18
 443:11 446:18
 447:4,9 448:9,12
 448:25 449:3,4
 450:24 456:11,24
 457:2,18 458:23
 459:4,6,20 460:3
 460:19 463:10
 465:5 466:11
 467:1 470:12
 473:4 486:6
**platforms** 476:20
 478:11
**play** 440:6
**played** 456:2
**playing** 440:10
**please** 219:13,14
 220:13,17 289:20
 289:21 290:7
 295:3 327:19
 397:20,22 401:16
 410:16 432:12
 442:15 444:15
 447:3,13 454:15
 460:15 467:21
 480:4,18 485:22
**plus** 275:12 303:9
**pmd's** 364:15
 366:13
**pmds** 364:17,18

Page 38

[poc's - private]

poc's 397:15
pocs 397:16
point 228:18 256:7
304:15 307:15,19
362:22 402:5
403:15 415:19
417:14 419:8
481:18
points 274:25
397:17,18 398:15
399:19 486:25
488:3
policies 303:24
305:15,17,18
306:5,5 390:16
policy 306:10
popping 259:21
portion 337:24
440:5 456:3
posed 371:20
posing 258:13
position 227:6
247:9 253:11
261:6 413:14
419:20 422:19
434:22
positions 354:14
possible 228:10
240:19 305:25
325:5 344:1
386:13 422:9,11
422:14 460:3
post 242:8,13
396:25 397:1,2,4,6
397:11,14 398:12
398:14,24 399:1
399:12 400:2
402:17 404:9
406:4,5 407:25
408:5 409:12
410:2,6 450:14

posted 455:7
posts 253:14,15
258:2,17,18,19,21
258:24 453:12
477:25 478:2
potential 250:13
262:22 263:20
268:2 303:20
348:22 370:17
384:19 385:25
potentially 234:3
238:10 265:14,15
268:16 286:15
310:12 341:7
344:19 365:8
368:24 387:2
power 249:15
powerful 252:15
253:6
powering 471:10
powerpoint
215:16 216:4
371:2
pr 268:2
pre 303:23 305:24
333:12 335:20,21
335:25 336:10,13
preapprove
333:18 334:17
335:1
precise 225:14
267:2 279:14
346:7
precisely 283:9
prep 437:12,14
preparation
240:11 285:10
295:22 305:2,10
403:14 437:8,17
prepare 330:15
336:8 341:11

349:3 360:1
386:18
prepared 235:14
239:15 240:9
247:5 249:5 271:5
271:23 272:2
283:17,21 295:20
305:9 315:1 342:2
350:16 373:19,25
380:13,14 381:1
381:14 403:16
416:5 486:10
preparing 250:22
295:25 296:2,4
303:7
present 214:15
303:15,25 402:5
437:8
presentation
215:16 249:4
363:9 365:4,10
366:17 367:3
368:21 378:6
413:17 414:7
416:11 423:17
437:18,20,20
440:15 441:15
presented 282:12
422:4
presenting 437:23
presents 486:9
press 268:3 371:23
372:1,2 475:11
pretty 282:11
295:11 299:16
473:21
prevent 248:18
previous 318:2
335:8 379:11,22
392:17 417:25
421:20 488:22

previously 217:10
218:1 229:10
232:20,24 235:2
241:6,14,20,24
243:2,14 244:17
256:20 259:3
285:23 289:8,16
294:2,22 308:16
318:15 326:10
327:9 328:6 331:4
331:7 339:23,23
386:14 410:21
413:20 441:1
prior 228:6 229:3
237:5,13 245:22
389:21 416:4,15
492:7
priv 217:5 484:14
privacy 219:9
226:15,16 236:25
private 227:20,23
227:24 228:3,7,11
228:16 229:4,8,10
229:20,25 230:6
230:10,23 231:1
231:13,22 232:9
232:21 233:2
234:19,21,22
296:13 318:16,19
318:21 345:5
346:2,11 347:2,6
366:8 400:3,4,10
400:11,16,22
401:11,24 402:9
411:22 412:2,9,24
413:1,3 418:6
420:3 421:24,25
422:1 423:20
424:4,7,10 427:2,3
469:2,8

Veritext Legal Solutions
866 299-5127

[privatization - put]

privatization
300:22 464:23
465:1,6
privatizations
435:5
privatized  299:1,3
299:9 300:2,4,9
probably  267:21
271:21 296:8
379:9 383:25
453:10
problem  226:24
471:18
procedure  493:19
493:20
proceeded  322:12
proceedings  492:4
492:7,8,14
process  241:25
242:1,3,4,6 246:20
247:13 265:19
326:1 334:8
336:22,24 337:8
338:6,8,18 339:1
339:11,11,16,24
340:3 341:9 342:3
344:9,25 346:25
354:9 400:6,13,15
400:19,21 401:4,5
445:14 446:23
447:10,17,18,18
449:6
produced  335:14
364:1 371:12
415:24
producing  313:19
product  250:12,21
250:24 251:6
254:21 256:4,12
326:17,25 336:22
336:24 337:8

338:18 342:9
374:13 395:18
414:2 417:2
434:24
product's  251:8
production  308:1
products  374:12
377:8 389:8
professional
209:21 317:13,13
317:14
profile  208:4
209:4 219:9 493:4
495:1
program  314:10
318:5 329:11
progress  338:9
423:13
project  334:4
352:4
prompt  249:16
prompted  241:7
properly  234:19
proposal  307:21
proposals  299:24
300:1 365:8
propose  303:10
proposed  250:14
265:25 266:23
267:1,11 272:14
278:1 283:24,25
284:22 288:24
298:8,25 299:2
334:1 365:7
372:10 385:21
proposing  303:19
307:17 334:21
propositions
392:22
protected  431:10
431:21

protocol  340:7,10
340:23 341:1,21
provide  254:6,12
255:5 258:2 289:4
290:2 291:5,15
309:7 320:7 321:5
338:21 391:6
452:24 476:19
478:10
provided  221:12
222:4 229:8,25
234:11 235:13
247:22 274:6
307:5 315:14
337:20 350:17
361:20 421:16
459:9 493:19
494:8
provides  264:19
providing  227:15
246:20 247:14,19
251:21 308:15
423:18 460:5
proxy  249:12
250:6,17
ps12  347:21 349:5
ps12n  215:11
347:14,22,25
348:5,15,22 350:7
350:23 351:9
353:11 355:15
399:16,23 403:20
411:4 414:2
pub  299:21
public  297:25
298:1 300:14,15
304:5 342:8,12,19
342:24 344:25
345:8 346:16
399:15 424:10,12
425:11 432:23

443:23 445:3
455:14 456:22,23
460:3 465:7,22
466:10 467:6
469:15 470:12
publicly  222:23
227:15 228:1
230:5,16,19,19
231:5,6,23,25
232:1,20,24
234:11 235:4
242:13 255:14
256:8 257:5
268:16 299:6
343:8 345:19
415:17 425:8
426:15,25 427:7
427:15 428:8,8
430:4 438:22
443:11 475:23
476:1,12
pull  274:22 276:5
333:9
pulled  301:7 302:8
381:2
pulling  263:7
417:8
purdy  243:24
327:6 433:22
purpose  221:18
225:22,24 267:2
380:4 408:7
purposes  397:4
push  475:2
put  243:1 244:15
264:3 274:21
275:7,23 276:1
283:23 285:24
288:19 311:9
327:9 362:7 363:7
399:20 404:14

Veritext Legal Solutions
866 299-5127

**[put - realign]**

416:15 429:21
435:13 472:4
479:11 487:14
**putting** 336:21,23
337:7 338:17
**pwangdra** 213:19

**q**

**q4** 379:25 380:2,8
382:1 383:22
**qualified** 253:11
481:21
**quarter** 382:1
383:7 385:15
**query** 302:19
**question** 223:12
223:14,15 228:20
228:22 229:14
230:3 232:10
234:25 235:1
240:13,23 254:11
258:12 265:17
269:19 270:9,21
272:23 273:19
279:18 286:24,25
287:4 289:18,19
289:23 290:6,8,15
290:17,24 291:1,9
291:11 292:22,25
298:13 299:16,18
299:19 310:23
311:5,6,19,23
312:10,12 316:11
316:17,19 330:10
330:18,22 335:11
337:6,11 340:19
341:3,24 342:1
346:8 348:14,16
348:23 349:8
352:10 358:20
369:24 370:2,4,19
370:21,25 372:16

373:22 375:11,24
377:8,17 381:17
382:21 383:18,20
385:3,5 386:23,23
387:2 389:21
390:2,5,18 391:1
392:4 398:9
401:16 410:9,15
410:18 419:7,10
424:2 426:1
430:22 431:17
432:12,14,16
434:19 442:15
444:13,15,19
446:6,10 447:1,2
447:12,22,25
448:18,19,21
452:23,25 454:13
454:19 455:9
458:5,9 459:12,13
459:14,16,17
460:7,10,13,15
461:1,10,12,13,15
461:16,18 462:6,7
464:8 467:13,14
467:16,21 468:4,7
468:10,14,18
469:5,24,25 476:7
479:22,23,24
480:2,3,6,17,20
481:4,8,9,11,12
**questions** 221:10
222:20,25 232:14
259:17 278:25
310:22 369:5,12
371:19 378:15
386:18 397:11,22
440:7 475:12
484:2
**quick** 471:17

**quickly** 366:1
480:15
**quinn** 327:14
**quip** 395:1
**quite** 360:2 469:6
484:1
**quote** 223:22
238:8,11 456:11

**r**

**r** 495:3,3
**r&s** 494:1,9
**raise** 220:17
475:12
**raised** 227:10
**ramp** 347:13
348:10
**range** 270:11
429:11
**rate** 226:12 237:24
239:5,9,19,22
240:6
**rating** 380:7
**rblume** 212:13
**rcp** 424:5
**reach** 397:22
**react** 263:20
307:24
**read** 223:19 235:5
237:25 238:1
241:1 242:20
246:2 247:10
248:3,25 252:6,9
252:11,22,23,24
253:1,2,4,20,21,25
254:7,23,24 255:5
256:3,24 257:8,13
258:3,22 267:8
268:21,25 269:1,4
279:24 281:3
282:10 283:8
289:18,22 290:19

290:24,25 291:10
292:10,10 302:6
303:12,13 312:19
312:22 313:23
328:1 329:5,6,7
330:5 333:7
336:19 338:5
351:5,6,14 353:14
353:15 357:9
360:11,17 362:14
363:19 365:15,23
367:3,6,9 368:16
378:9 382:4
394:12 396:7,22
397:10 398:11,18
399:11 401:17,20
404:8,20 411:23
415:16,19 419:7
422:18 426:1,17
432:15 435:25
444:14 448:19
454:14,19 459:14
460:13,15 475:21
478:17 479:23
480:3,5 484:5
487:4 488:4 491:2
**reading** 246:7,13
248:1 249:4 252:8
252:10 254:21
276:22 289:10
302:11,12 370:9
381:25 382:8
383:1 386:3,3
394:9 404:2
406:24 423:11
432:13 469:21
493:23 494:9
**reagan** 477:2
478:6
**realign** 435:12

[really - refers]

**really** 298:14
330:20 344:7
390:4 444:1
469:24 471:14
**reason** 222:20
226:16 235:9
250:25 295:7
375:19 422:11,14
437:13 495:6,9,12
495:15,18,21
**reasonable** 224:5
228:2 337:4
350:18 353:2
359:15 411:13
434:17
**reasons** 223:8
224:12 232:6,15
234:10,22 235:2
247:2,8 250:3
289:14,14 292:18
293:2 308:8,16,20
310:17 384:13
476:22
**rebecca** 208:21
209:20 325:19,22
432:13 444:15
480:13 492:1,24
**recall** 222:19,25
223:2,3,11,12,13
223:15 224:4
227:8,19,21
238:10 239:18,25
240:15,18,21
257:10 265:18,23
266:4,6 276:1
284:12 287:2,19
295:25 296:2
302:10 304:6
305:21 306:1
309:21 310:10
311:6 313:20

316:7 317:1
331:19,24 332:11
334:23 335:14,16
335:20 336:1,2,7
336:25 339:3,6,7
340:9,25 342:21
343:24 344:23
347:18,19 349:6
351:20 353:23
361:22 400:14,18
401:6 405:6
408:24 417:6,23
418:3 440:23
**recalled** 257:11
**receive** 272:16
**received** 278:21
385:23 435:23
**receives** 383:11
**recess** 260:13
326:7 393:18
438:9 471:24
**recipients** 434:2
472:17 473:5
484:23
**recognized** 267:5
422:7
**recollection** 235:1
235:7 239:17
261:25 276:4,8
296:25 297:11
301:10,13 303:19
304:3,12 307:20
308:3 309:16
329:21 336:17
337:15 341:8,15
341:17
**recollections**
349:11
**recommendation**
275:2 277:19
288:7,8 313:10,18

313:21 314:3,6,12
314:16,20,22,24
317:19,22,25
318:1 319:23
322:11 337:15
**recommendations**
264:19 313:17
320:18 354:21
**recommended**
279:6,20
**record** 219:5
220:9 230:12
234:10 237:4
243:10 245:21
246:3,7 249:1
252:25 259:6
260:10,12,15
289:22 290:25
291:10 326:3,4,6,9
346:23 347:22
360:11 362:3,15
363:19,24 365:15
365:23 368:16
393:14,17,20
397:10 404:9
407:13 413:22
421:3 425:14
426:4 432:15
438:6,8,11 444:17
468:9 471:23
472:1 480:5 484:4
490:3,4 492:8,11
**record's** 232:13
**recording** 441:15
**recreate** 480:15
**redactions** 484:6
**reduce** 452:4
**reducing** 452:7
**refer** 235:25
267:15 282:16
285:25 300:9

316:6 344:11
357:11,12 394:8
394:10 397:17
406:15 414:18
424:6 426:12
428:20
**reference** 247:19
280:23 305:24
312:19 313:1
359:10 411:9
448:20 486:5
**referenced** 355:2
493:6
**references** 265:7
342:20 413:4
**referred** 281:15
320:11,22 331:23
354:13,23 413:1,2
424:25 428:17,22
428:23,25
**referring** 231:13
231:15 235:16
255:9 264:25
273:9,13 278:8
281:16,17,18
282:12 300:10
321:13 334:13
344:25 377:5,10
389:7 402:25
405:16 408:5,11
408:13,25 429:3
434:8 443:10
453:9 456:23
**refers** 231:17
233:8 242:9
244:13 245:24
247:21 248:6
262:12,14 268:5
275:7 282:25
282:18,20 285:18
286:1 302:11,12

Veritext Legal Solutions
866 299-5127

[refers - responsibilities]

312:21 328:7
329:10 347:5,25
348:1 357:13
360:6 364:18
376:4,5 381:22
389:9 417:24
424:8 464:23
**reflect** 269:13
485:20
**reflected** 459:3
**regan** 212:7
219:22
**regard** 313:9
322:13 359:12
369:25 371:20
375:24 387:14
389:2 391:21
392:10 420:19
440:16 486:2
**regarding** 294:18
332:22 354:21
397:14 398:14
**registered** 209:21
**regular** 332:21
345:6
**relate** 370:13
**related** 367:7
369:24 370:5
374:9 383:3
392:15
**relates** 208:6
209:6 265:2
**relating** 370:4
372:3 374:1 380:7
**relationship**
353:13 354:12,25
355:3 357:6,8
358:12,16 421:21
435:12
**relationships**
293:10 311:2

430:14,25 431:10
431:21 459:7
**relative** 270:18,18
492:17
**relatively** 225:16
297:2 390:14
421:4,4
**released** 493:21
**releasing** 252:18
**rely** 412:24
**relying** 337:14
**remain** 254:23,25
**remained** 255:13
256:8
**remember** 302:7
304:7 344:2
361:19 384:11
385:9 408:12
423:11
**remind** 250:9
390:1 450:11
**remote** 220:11
**remotely** 208:14
209:18 492:5
**remove** 241:19,19
257:18 282:5,25
297:17 313:11
372:17,21,22
**removed** 231:6
241:4,13,23
242:11 257:16
426:19 445:13
448:15 450:4
451:11 455:13
**removing** 249:7
249:23 252:21
273:7 356:3
414:13
**repeat** 232:4,10
430:21 431:17
432:12 447:2

454:12,13
**replacement**
318:17 319:4
466:9
**replica** 313:25
317:19 318:10
319:11
**replicate** 318:22
**replying** 482:23
**report** 422:23
482:11
**reported** 208:14
208:20 209:19
422:25
**reporter** 209:20
209:21,22 219:12
220:8,16,19
246:10,11 249:2
251:2 289:18
290:18 325:24
350:2 361:14
363:12 371:5
393:25 415:4
433:17 444:16
454:16,20 472:6
478:9 483:20
492:2
**represent** 361:16
419:19 422:19
431:23 441:3
**representation**
247:8
**representative**
208:13 219:21,25
271:6 323:11
408:23 416:1
**representing**
462:15
**represents** 225:6
251:7 286:12
302:4 305:12

**reputational** 356:1
356:18
**request** 235:10
236:21 237:19
238:4 252:13
254:4,4 256:10
274:22 275:9
483:14
**requested** 237:22
238:13 239:4,14
239:22 248:10
302:14 339:21
492:15 494:1,9,10
**requesting** 231:8
275:19 300:25
301:5,15 315:24
**requests** 327:18
**require** 248:18
312:9 314:25
367:18 373:10
392:1
**required** 228:16
237:18 238:4
378:16
**requirement**
236:20 237:14
407:1
**requirements**
306:20
**requiring** 236:25
422:16
**resonate** 336:14
**respect** 234:21
**respond** 489:20
**responding** 482:18
**response** 239:15
353:11 355:14
361:19 478:7
**responsibilities**
463:4

Veritext Legal Solutions
866 299-5127

[responsible - rob]

**responsible**
397:19 398:16
463:7,11
**rest** 322:5 390:2
**restate** 444:18
447:25
**restaurant** 376:21
**result** 288:22
329:18 356:8
357:1 372:23
386:1
**resulted** 237:23
348:2
**resulting** 355:13
372:17 373:13
**resumed** 221:5
**retain** 430:4 432:8
432:18 488:12
**retained** 232:23
448:3 449:7,17
**retention** 390:16
**return** 493:17
494:6
**rev** 244:1 360:5,5
360:12
**revealed** 237:22
**revenue** 360:6,9
369:2,6,14,20,21
369:25 370:5,13
379:15,25 380:1,5
380:8,12,16,23
381:3,8,19,23,24
382:2,2,12 383:2,7
383:11,21 384:4
384:12,14,20,24
385:10,11,14,23
386:6,8,19 390:20
**review** 215:12
221:21 222:6
253:23 254:3,24
255:14 259:17

294:10 303:10
310:24 311:9,10
311:10,12 333:13
350:7,23 351:2,8
351:16 353:17,22
354:3,3,13 355:1,6
400:6,13,15,19,21
410:14 492:14
493:8,10,13 494:2
**reviewed** 221:23
222:1 240:11
274:25 275:4
276:23 341:18
349:12 350:16
401:8 427:22
429:20,25 435:3
**revised** 315:19
485:19
**revoke** 303:24
305:16,16 306:4
**revoking** 306:9
**right** 220:17
222:18 223:4,10
224:9,14 227:16
228:1,8 229:5,6,10
230:1,16,24
231:14 232:21
233:3,7,11,25
234:4,13 236:23
237:16 242:18,22
244:12 245:5,15
250:1,8 251:24
253:20 256:13
258:16 262:19
263:16,25 264:21
274:12 275:10
277:6,12 278:22
279:8,16 280:14
280:20 281:1,8,15
282:13,19 285:21
288:11 292:19

293:4 294:19
295:23 296:19
298:2,6,20 299:22
300:18 303:17
304:19 305:3,11
305:18 306:16,21
306:22 308:17
313:6,14 318:12
318:20 319:2,8,12
326:15 328:20
333:19,22 334:8
334:19 337:3,22
338:18,20,22
341:12 342:19
343:2,10,18
347:24 349:2
350:17 351:10,23
352:17 353:18
360:6 361:2
362:19 363:3,6,6
364:11,14,22
365:6,21 366:4,14
366:15 367:23
368:1,4,7,22 369:3
369:15,20,25
370:6,22 371:4
373:4 374:10
375:7 376:9
377:19 378:6,19
379:6,9,21 380:8
380:17,18,23
381:10 384:24
385:17 386:24
388:22 389:25
393:4 396:25
397:3,8,9 398:3,20
399:23 402:12,20
403:9 404:17
405:3,14,17,23
407:9 409:13
410:3,13 411:4

412:18 416:5,9,13
417:7,16,21
418:14,15,24
419:14 420:4
421:18 422:16
425:1,8,20 426:9
426:17,25 427:8
427:16 428:9,18
428:25 429:18
430:5,16 431:1,11
431:22 432:11,21
433:4 436:8
438:13,19 439:15
440:18 441:22
442:20 445:11,21
445:25 446:12,20
447:7 450:2,6,9,18
450:23 451:4,8,14
452:11 453:8
454:10 455:22
456:4,14 457:5,20
462:12,17 463:1,9
463:16 464:3,13
464:18,24 465:5
466:15 469:20
470:21 473:18
474:8,15,21
476:12 477:22
479:3,15 480:10
482:5,12 486:3
488:19 489:13
**risk** 268:1,2 281:7
338:11 371:23,25
372:2
**road** 213:16
**rob** 219:19 258:8
344:15 352:19
419:17 457:8,23
461:8 466:16
484:21

Veritext Legal Solutions
866 299-5127

[robert - see]

**robert** 212:6
**rock** 485:15
**rohrback** 210:5
    219:16,18 221:9
**roll** 305:6
**rolled** 284:23
    304:13,14 305:14
    308:5 330:2
    359:21
**rolling** 305:3
**rollout** 294:5,18
    298:4 305:10
    343:5,9,17,22,25
    344:3 346:21
**romano** 208:21
    209:20 492:1,24
**rose** 310:3
**ross** 213:8
**roughly** 237:24
**rpr** 208:21 492:24
**rules** 494:8
**run** 436:13

**s**

**s** 215:8 216:1
    217:1 495:3
**safe** 338:8 339:1
    339:10,10,11
**sajjadi** 473:15
**sales** 311:2 391:7
**sandberg** 358:3
**satisfied** 254:18
**saw** 250:15 296:4
    349:16 410:4
**saying** 242:14
    246:8 250:24
    265:5 266:4 352:3
    352:16 353:21
    406:13 407:18
    409:12 410:10
    419:3 461:17
    475:19

**says** 247:13 252:6
    255:2 266:2
    268:20 278:15
    296:18 301:1
    306:12 308:22
    312:8 313:23
    314:18 315:23
    316:3,4 319:21
    322:9 338:6 342:8
    348:9 351:12
    354:7 358:24
    364:10,25 365:17
    367:4 374:15
    391:16 399:2
    400:2 404:2
    405:18 408:3
    416:23 417:2,11
    417:22 418:5,9
    419:11 423:23
    424:4 442:6
    473:19 475:22
    478:4,16 481:17
    486:22 489:15,21
**sc** 488:6 489:21
**scanned** 260:25
**scenarios** 263:9
**schedule** 493:10
**scientist** 317:11,15
**scope** 227:4
    229:11,16 240:8
    251:12 253:9
    254:9,19 255:7
    257:23 258:6,10
    269:7 270:7,16,25
    272:1,9,24 273:17
    283:20 339:13
    340:1 346:4 348:6
    348:17 354:15
    355:16 356:10
    358:14 359:5
    360:7 361:3

369:16 370:15,23
    371:21 372:5,19
    373:5,17,19 374:4
    374:20,23 375:9
    378:7 379:7 380:9
    380:24 381:12,14
    382:6,24 383:13
    383:24 384:7
    386:2,11,25
    387:15 388:4
    389:5 391:23
    392:14 395:24
    398:22 399:24
    401:2,14 405:25
    405:25 406:20
    407:10 408:20
    412:11 414:8,19
    415:3,7,21 419:1
    419:15,18 420:5
    420:11 422:17
    424:18 429:19
    430:20 434:15
    435:21 436:22
    437:2,10 442:13
    444:8 445:1 446:1
    448:10 455:24
    456:5 457:7,13,21
    466:4 468:2,7
    470:9 476:3,13
    479:4,16 480:24
    482:6,13,21
    484:22 489:6
**scoped** 224:24
    225:14 226:13,18
**screen** 247:25
    279:1 472:4
**scroll** 259:22
**scrolling** 338:24
    398:6
**se** 271:11

**search** 391:18
    395:19,20 396:2,4
**searchable** 395:22
**searches** 395:22
**seattle** 210:13
**second** 241:1
    260:10 274:18
    296:7 310:23
    312:23 313:13
    338:5 356:25
    364:5,6 365:19
    366:12 368:3
    371:16 474:25
    475:15
**seconds** 302:6
**see** 235:23,24
    236:2,3 243:4,6
    244:2,3,5,6,9,10
    245:7,15 248:21
    248:23,24 259:4
    259:12,13 260:3,8
    262:5 263:11,12
    263:18 264:8,14
    265:9,12 274:24
    275:5,6,13 277:7,9
    277:10,20,21
    278:19,20 281:2
    282:9,10 283:3,4
    288:14,17 294:7,8
    294:15,16 295:24
    296:11,12,16,17
    296:20 297:22
    298:3 301:2,3
    302:7 308:25
    309:1 310:23
    311:3,4,22 312:17
    314:1,5 316:1
    319:24,25 320:1
    323:20 327:21
    330:12 331:11,16
    335:4,13 338:3,12

Veritext Legal Solutions
866 299-5127

[see - significant]

338:13 342:15,16
348:18 349:21
350:5,9,10,11,13
350:14,21,24,25
362:11 364:10,16
364:25 365:2,3,13
365:14 366:17
367:17,20 371:17
371:18 374:16,16
377:25 378:15,20
379:1,2,17,18
380:1,3,11,11
383:6 387:8,8,9,10
388:13,14,15,17
391:5 394:5,6
396:10 397:24
398:6 399:3,4,8,17
399:18 400:7,8
402:16,19,23
403:21,22 404:6,7
409:12 410:9
411:5,19,20,24,25
412:6,7 413:25
414:4,5 416:11,24
417:4,5 418:7,8,11
418:12 422:22
423:2,7,21,22
424:3 426:1
433:25 434:1
435:6,7,8,15,16
441:7,12,13
472:12,21 473:17
473:25 474:1
475:8,9,13,14,18
476:24,25 477:11
477:12,19,20
478:13,14 484:10
484:11,15,16
485:10,11,17,24
485:25 486:14,20
486:21 487:2,18

487:25 488:15,16
489:15,18,19
**seeing** 239:18
240:18 244:21
247:25 264:23
335:7 359:24
383:5
**seeking** 405:20,21
**seen** 220:4 222:6,7
236:16,24 239:21
240:3 250:2
251:25 296:3
297:1 304:23
305:23 320:4
323:4 336:5
346:20 375:3
417:14 424:19
426:22 427:12
428:11 458:12
473:20
**sees** 301:23
**select** 238:7
**send** 222:3,13
485:23
**senior** 326:25
**sense** 270:14
275:25 288:4
306:4 318:4 436:2
442:4
**sensitive** 422:15
426:16 465:25
467:23 468:19
**sensitivity** 411:18
413:5,6,12
**sent** 221:25 264:12
294:17 361:10
413:22 416:12
458:13 464:19
484:19 485:13
487:5

**sentence** 234:20
404:8 475:21
**separate** 318:5
344:9,25 345:7
346:20
**september** 294:5
484:13 485:12
487:5,15
**sequence** 244:24
**series** 396:8
417:12
**service** 424:11,12
**set** 222:2,14
245:25 263:20
281:11 302:2
311:12 321:14,15
342:10 344:24
351:3 359:21
365:7 425:11
431:6 492:5
**settings** 216:21
472:11 473:23
475:6,18 478:22
483:6
**seventh** 361:25
**sgtm** 489:21,22
**share** 244:22
249:8,10,19,25
251:23 252:3
295:2 375:2,16
376:6 377:3
392:19 441:10,20
442:8,11,19,23
443:19 444:5,23
445:8,24 446:12
446:19 447:6
448:7,24 469:19
470:7,20 473:23
474:3,20 475:4
478:8

**shared** 246:22
247:15 441:11
478:8 489:8
**sharing** 232:17
286:21 376:14,18
430:13,24 432:10
432:20 440:17
445:10
**she'd** 267:21,23
**sheryl** 358:3,6
**shift** 423:13
**ship** 308:1
**shirine** 473:15
**short** 246:20
325:13
**shorter** 438:3
**shorthand** 209:20
492:1,9
**show** 443:16
465:10
**showing** 331:7
483:25
**shown** 360:16
**shows** 380:20
388:25
**shut** 353:10,11
355:10,14 356:8
**sic** 241:12 413:9
452:7 455:12
**side** 375:12 383:15
384:1
**sign** 493:16 494:5
**signature** 492:24
493:21,23,23
494:9
**significant** 236:25
297:4 304:23,24
305:2 353:9
355:10,13,18,20
356:2,7,13,14,20
436:20 437:1,6

[significant - special]

459:5
**significantly**
  298:10 403:11
  452:4
**similar**  258:2
  341:25 347:3
**similarly**  253:16
  261:18
**simon**  208:13
  209:15 215:3
  219:7 221:1
  274:15,21 385:9
  397:23 485:15
  491:1,11 493:5
  495:2
**simon's**  238:24,24
  331:15 332:20
  337:18 351:3
**simple**  225:18
  299:16,18
**simpler**  298:13
**simpli**  329:15
**simplification**
  329:2,8,10,16
  332:22,25 333:5
  334:9 338:2
  347:11,25
**simplifications**
  334:8
**simplify**  299:24
**simply**  299:19
**simultaneously**
  233:13 415:12
**single**  292:20
  312:4 339:16
**sir**  250:15 286:17
  448:17
**sitting**  354:1,10
**situations**  419:13
  421:15

**six**  404:14 408:14
  409:2
**sizing**  349:7
**skills**  317:12
**skype**  383:23
  391:17
**slide**  295:25 296:7
  296:9 297:20,25
  303:6 308:18,22
  309:25 310:21
  312:16 320:22
  321:12 322:13,19
  322:20 323:7,10
  323:16,17 324:3,4
  333:24 335:8
  353:7 358:24
  361:9,21,25 362:6
  362:11 363:16,18
  364:6,25,25
  365:10 366:5,9,17
  366:22 367:1,4,7,8
  367:17 368:13,14
  368:17,18,20,23
  369:4,17,21 370:3
  370:9,16,24
  371:11,12,22
  377:15,22,24
  378:1,3,9,13,20,22
  379:2,11,20,22
  380:11,20,25
  381:5,18,23,24,25
  382:5,9,11 383:6
  386:4,4 387:18
  416:22 417:22
  418:17,19,20
  420:7 421:2
  422:20 423:22
**slides**  350:16
  435:3
**slightly**  231:2
  279:17 311:23

**slow**  454:17
**small**  243:7
  289:11 329:19,25
  386:6 396:17
**smart**  307:3
**smith**  212:7,14
  219:22 484:9,24
**social**  249:15
  367:25 368:6
  378:17,18,24,24
  425:19 426:8
**socialist**  477:16
**solely**  344:11
**solemnly**  220:19
**solid**  435:11
**solution**  254:17
**solutions**  493:7
**solving**  263:10
**somebody**  387:18
  391:9 415:25
  416:4 473:10
**somewhat**  284:22
**sony**  318:4
**soon**  257:16
  399:15
**sooner**  403:12
**sorry**  227:2
  232:10 234:15
  247:24 251:4
  254:10 256:15
  258:8 276:18
  279:11 284:4,5,11
  290:16 301:19
  313:24 316:13
  326:19 328:13
  332:4 335:18,19
  338:15 340:20
  344:14 346:7
  347:8 352:19
  354:16 357:24
  371:7 373:21

382:18 387:24
  388:1 398:8
  401:15 402:2
  409:16 416:15
  419:6,16,25
  423:25 425:22
  430:21 431:16
  438:15 442:14
  444:13 446:8
  447:2 454:12,18
  457:8,22 458:7,18
  458:19 461:7
  466:16 468:5,6
  472:18 474:6
  480:12,13 481:24
  484:20,22 487:20
**sort**  286:7
**sorted**  283:19
  310:19
**sorting**  263:13
  277:23 285:19
**sounds**  224:5
  489:23
**source**  238:11,19
  417:10
**speak**  283:10
  286:3 303:3
  335:12 341:6
  361:5 391:4
  437:11,14
**speaking**  233:13
  316:24 337:12
  344:18 415:12
  443:9 456:22
  480:15
**spec**  338:9
**special**  214:6
  219:24,25 259:9
  262:10 290:12,14
  290:22 291:8
  295:8,16 319:23

Veritext Legal Solutions
866 299-5127

[special - strategic]

320:2 325:16,22
325:25 393:6,13
461:14,23 462:5
462:14,18 464:6
464:10,13 468:3,8
468:12,21 480:1
480:25 481:3,7,23
481:25 482:1
**specific** 225:20,20
238:5 239:13
255:9 263:5
269:10,24,25
287:2,20 292:24
299:11 309:20
315:18 322:15
327:4 330:17
333:22 337:10
341:23 348:23
349:8,9 379:4
380:6 383:8
392:16 420:24
427:24 429:10
448:21
**specifically** 223:4
235:17 238:17
240:21 257:12
291:22 307:15
321:14,15 336:4
340:15 341:16
344:11 358:16
376:5 377:5
425:23
**specificity** 391:25
**specifics** 279:3
304:6 314:23
**specified** 421:9
**specifies** 419:6
**specify** 237:1
257:24
**specifying** 420:20

**speculate** 240:1
255:19,20 267:18
413:10
**speculating**
266:15 384:18
387:3
**speculation** 413:9
**speed** 307:24
**spend** 369:8,23
370:22 384:10
**spenders** 369:7,14
369:18 370:14
**spent** 222:19
474:11 490:2
**spin** 409:11
**spirit** 478:18
483:1
**spoke** 349:10
**spoken** 235:6
242:19 292:8
**spotify** 383:22
386:9
**spreadsheet**
275:22 278:17
398:3 399:14
**squiffy** 378:11
**stage** 285:2,3
300:17 338:10
**stages** 351:2
353:21 354:7
355:5
**stamp** 304:9,9
**stamped** 416:7
**stance** 473:21
**stand** 280:7
**standalone** 294:12
**standard** 263:5
266:12 271:1
306:12 317:13
319:7 345:6
355:17 356:12,14

366:4 399:6
420:14,20 460:3
**stands** 394:18
**star** 300:24
**start** 242:24
342:13 343:14
344:6 400:3
**started** 236:5
**starting** 220:12
**starts** 260:23
350:11
**state** 220:20
237:21 245:20
294:9 297:5 298:8
354:6 363:24
403:25 451:15
461:20 492:2
493:9,12
**stated** 396:13
442:16 444:21
**statement** 247:2
253:8 280:10
349:2 419:4
442:10 443:17
444:7,24 470:5,8
470:13,18 478:25
479:9,10,13,14
480:7,10,12,12,21
480:23 481:16,21
482:15 487:4
488:22
**statements** 385:14
408:2 456:9
460:12 461:2
466:24 467:6,18
476:6 479:12
480:6
**states** 208:1 209:1
252:12 253:5
254:15 263:3
295:22 296:13

297:25 328:2
399:5 403:19
411:1 414:13
415:15 435:2
485:19 486:11
**stating** 410:15
**stats** 385:11
**stenographic**
243:10 326:4
407:13
**stenographically**
208:20
**step** 236:25 237:12
304:24 336:4
342:12 343:13
**steps** 411:3 452:6
**steve** 473:15
**steven** 303:4
472:10 473:1,2,3
478:5
**stipulation** 493:20
**stop** 251:21
382:14 383:4
483:15
**stopped** 384:5,20
**story** 217:5 377:2
484:14 485:9
486:3 489:5
**strategetic** 408:3
408:11
**strategic** 261:9,16
261:20,20 268:20
268:23 269:5,15
269:18,21,22,25
270:2,6,12,24
271:2,7,13,25
277:8,17 278:17
279:7 282:6 283:1
284:7 288:9,15
289:3,24 291:2,12
291:20,21,24

Veritext Legal Solutions
866 299-5127

[strategic - t]

292:4,19,21 293:3
293:11,13,19
308:24 309:3,6,9
309:12 310:7
313:25 314:19
315:5,10 317:18
318:10 319:11
322:9,14,21,23
323:1,5,9,14,18,24
323:25 324:1,5,8
324:11,14 325:1,8
331:20,23 332:1,5
332:5,9 353:13
357:6,7 358:12,16
365:17 368:13
378:18,25 379:23
381:6,9 383:12,16
386:10,14 387:10
388:22,25 389:3
391:15 404:12
408:4,16,19,22
410:11 412:2,9
413:1,3 422:15
425:1,5 430:15
431:1 465:25
467:24 468:19
**strategy**  294:13
**stream**  252:6,11
252:24 253:1,2,21
253:25 254:7,23
254:25 255:5
256:3,24 257:13
258:3,22 268:21
269:4 312:19,22
313:23 329:5
330:5 415:16,19
426:17
**street**  211:9 212:9
214:7 486:3,10
489:5,9

**strike**  443:4
**string**  215:11
216:20 217:4
259:14,18 260:17
260:23,24 262:3,6
270:15 274:9
281:5 288:6,15
333:3 337:17
347:7,9 350:20
396:16,18 409:9
472:8 473:13
477:1 478:4,15
484:1 485:5
487:12
**strong**  293:10
**strongly**  435:9
**structure**  278:6
298:19,23 394:13
**struggle**  234:15,18
**stuff**  356:23
**sub**  367:18
**subcategories**
367:23 378:16
379:5 381:6
388:16
**subheading**
248:21
**subject**  215:11
216:17,20 217:4
243:25 259:9
262:8,10 294:5
327:17 331:14
332:19 337:18
350:6,23 361:7
411:3 433:23
472:10 484:13
**subjective**  355:20
**subscribed**  492:20
**subsequent**  256:25
**subsequently**
255:21

**subset**  237:1
**substance**  248:14
**suggest**  277:22
317:25 415:18
424:23 465:6
478:21 483:6
**suggesting**  251:5
306:17 372:25
429:9
**suggestion**  305:25
308:18
**suggestions**
429:22
**suggests**  370:24
422:10 443:18
**suite**  210:12
211:10 212:10
213:9
**sukhar**  327:7
433:22
**sunday**  327:18
**super**  237:11
404:12 408:3,4,11
408:16,19,22
410:11
**supportable**
296:15
**supporting**  477:8
**suppose**  357:8
**supposed**  260:3,5
**sure**  223:20 224:7
227:18 228:23,23
228:24 229:1,12
229:19,19 230:12
232:12,13 234:10
234:20 249:24
254:11 261:18
264:25 272:13
273:12 275:11
281:12 285:1
286:23,24 290:6

290:20 293:5
297:8 298:14
311:20,20 325:4
325:14 336:5
339:14,16 340:20
340:22 346:6,6,22
352:1 354:17,19
358:1 364:19
377:11 384:8
390:2,4 393:5
394:9 398:10
401:17,19 419:10
425:13 426:3
427:20,25 428:2
431:18 434:6
435:10 438:2,2
442:3 444:10
446:8 451:15
453:17 454:14,18
457:10,11 471:18
472:14,23 480:14
**surface**  425:12
432:24 443:23
445:3 455:14
465:22 469:15
470:12
**sustainable**  435:13
**swears**  219:12
**synonymous**
300:6
**synonyms**  333:23
**synthesize**  263:4
**system**  231:19
259:22 264:17
271:19
**systems**  225:8
459:9

| t |

**t**  215:8 216:1
217:1 495:3,3

**[t0 - things]**

**t0**   259:9 262:10,12
262:14 263:4
266:2,5,7,9 417:20
417:23 418:4
**tab**   243:2 266:3,5
268:1
**table**   300:14
**tabs**   264:25 265:1
282:6 283:1
**tag**   377:1
**tagable**   450:16
453:12,18
**take**   259:16,19
288:8 297:3 409:4
409:11 410:12
413:9 471:16
**taken**   209:15
238:8 246:18
260:13 289:3,25
291:3,13,20 326:7
330:1 343:11
380:6 392:10
393:18 406:17
438:9 471:24
492:4
**takes**   307:24 328:9
473:21
**talk**   222:15 335:23
336:12,15 339:18
387:24
**talked**   224:12
252:24 261:3
328:6 330:16
341:14 392:17
412:23 416:16
440:19 450:6
451:12 453:7
463:22 464:20
473:7
**talking**   257:11
286:2 299:12,14

333:25 344:7
352:14 384:11
393:7 403:8
429:11 445:17,19
470:11 474:11
**talks**   336:5
**task**   296:19,21
**tasked**   283:14
**taxonomy**   405:13
**team**   250:21
261:16,21 263:19
265:23 278:5
283:23 288:3,3
299:23 302:24
309:18 323:11,13
324:1,10,21
326:14,16,17,22
326:24 329:9
330:12,16 331:21
332:2,2,8,9,10,11
332:12,13,18,23
347:13 357:12,13
357:13,14,17
358:3,6,17 359:18
383:16 391:5
394:17,17,20
397:15,20 398:15
398:17 418:2
423:13 425:17,18
426:6,7 432:7,17
434:3,5,8,8,9,11
434:20,25 463:11
467:2,9 473:4
**team's**   323:12
**teams**   324:17
325:6 333:11
394:19 398:2,19
408:6 410:10
411:3 412:4
424:14

**technical**   340:2
**technically**   255:13
281:17
**tell**   223:7 224:8
247:11 268:4
270:4 306:16
311:8 330:6
372:18 381:25
402:13 408:17
412:8 436:11
439:6 442:5
458:21 459:18
460:16
**telling**   306:19
**temporary**   345:24
**ten**   325:15,20,23
438:4
**tend**   463:5
**term**   246:20,23
247:16 281:2
309:6,13 345:15
345:19 365:18
407:7 415:1 428:1
464:25 465:2
**terms**   225:18
403:13
**testified**   221:3
270:10 285:23
288:18 321:25
328:17 339:23
346:10 450:17
**testify**   271:5,6,23
272:3 283:17,21
315:2,13 323:7
324:7 334:25
341:11,12 373:20
373:25 380:14,14
381:15 388:10
451:23 452:15,24
453:6,25

**testifying**   370:11
461:24 492:7
**testimony**   220:20
221:15 222:5
223:1,20 224:4
227:12 232:5
287:23 289:2,24
291:2,12 296:5
307:5 308:13
309:12 318:2
330:15 336:8
345:17 349:3
417:25 421:20
424:20 447:25
491:4 492:11
**testing**   237:21
**texas**   213:10
**text**   245:10 487:3
**thank**   220:14
242:23 243:12
245:14 246:14,14
248:4 249:6,21
258:13 290:21
295:15 327:8
328:11 334:3
338:24 349:15,19
402:11 454:20
471:20 483:18
487:24
**thanks**   278:15
478:6 485:16
**thing**   227:11
274:11 306:10
307:19 317:8,11
337:4 375:3
406:12 407:15
421:1 434:10
483:13 484:3
**things**   236:16
263:14 269:23
270:11,14 284:16

**[things - today]**

293:21 309:14
318:24 324:18
332:24,25 346:16
355:4,21,25 359:9
374:7 389:7 396:2
423:13
**think** 222:9,13
228:2,13,19 238:1
238:9,22 241:9,11
241:15 242:2
245:1 247:6 250:9
252:23 254:20
257:15 258:14
260:3 267:20,23
269:1,12,17,19,22
269:24 270:10,20
272:3,5,18,19
274:20 276:15
278:3 279:2
281:24 284:16
288:20 291:19
296:8,22,24
298:22 303:1
304:7 306:8
311:19 312:3,4
323:12,25 328:17
334:20 335:7
339:4 351:18
353:15 357:10
358:8 359:15,18
360:21 364:18
365:8 367:9
368:24 379:8,9
380:18,18 381:13
382:17 387:21
391:7 393:12
395:5,9 397:2,2
398:23 409:1
412:14,18 413:7
413:15 415:8,22
416:1 418:15

419:5 420:13
423:11 429:8,22
430:7 434:16
437:5 453:10,15
453:16 461:21
462:22 483:13
488:8 489:15,24
**thinking** 271:16
278:7 305:13
310:10 370:17
**thinks** 440:2
**third** 210:11
228:14 233:10,24
234:1 246:2 248:3
252:4 277:8
318:17,21 333:2,7
366:3,13 368:6
414:13
**thought** 309:17
407:8,9 422:14
423:3
**thoughts** 476:23
**thousand** 404:1,2
**thread** 262:22
263:3 281:20
286:13 288:17
335:13,24 336:9
410:7,8 412:14,17
423:8 434:19
484:8
**threads** 428:12
433:7 463:21
**three** 239:8 266:9
397:20 398:3,16
398:20 399:21
404:16,18 412:14
453:3 471:16
**thursday** 208:16
209:18
**ticketmaster**
383:23 391:18

**tie** 274:20
**tied** 399:15
**time** 219:5 220:8
222:6,7,20 225:1
227:10 229:24
230:8 231:9 235:7
237:18 238:18
241:18 242:20
250:3,14 251:9
254:22 257:14
261:6,15 262:15
262:24 267:11
272:5 273:8
283:25 284:21,24
285:9 289:10
293:9 297:1 298:7
298:10,11,25
299:12 300:2,21
304:9,12 305:23
307:10,11,18,20
307:23 308:4,5,14
310:4,14,15 323:3
325:13 327:4,5
328:21,25 329:21
331:25 332:1,7
333:1 334:9 335:5
335:15,22 336:14
336:16 337:21
338:21 339:19
343:6,11 344:17
348:20 351:4,22
351:24 357:15,17
357:21,22 358:2,4
358:7 372:10
373:9 383:17
387:25 389:16
390:11,21 392:2
393:2,10 401:11
401:24 402:3,24
403:3,6,10 404:14
405:7 409:6

410:13 416:1,16
417:9 418:3,18
419:22,24 420:18
421:17 422:23
423:1 426:21
427:11 432:25
434:3,20,22
437:25 443:12
444:25 445:13,14
446:3,24 447:11
448:2,6,13,21,23
456:8,17 457:14
460:11,25 461:2
466:13,24 467:5
467:17 468:25
470:13 471:7,12
474:2,11,19 475:5
475:25 476:8
479:2,21 481:12
487:4,5,11,13
488:19,22 490:2,6
492:5 493:10,18
493:24 494:7
**timeline** 235:22
240:25 359:14
375:4,17 376:7
415:16
**times** 359:17
429:13 461:13
**title** 261:14 331:24
362:11,14 363:19
367:4,7 368:17,18
371:11 377:25
378:10 385:17,18
386:5 394:7
413:25
**titles** 245:25 463:5
**today** 221:15,19
276:17 296:5
302:22 315:13
316:9,14,14,18

**[today - unclear]**

322:17 330:6,15
336:8 341:12
349:3 354:1,10
358:1 395:14
411:23 429:20
451:24 452:15,20
453:3 458:20
459:18 462:15
473:21 482:12
483:14
**today's** 403:6
475:2
**told** 232:6 234:21
462:7
**tomorrow** 294:10
**tool** 255:10 276:7
276:10,15 297:17
302:17,19 317:6
327:17 328:4,7,12
328:18,22,25
330:8 339:20
340:5 395:14,22
396:2 402:8
**tools** 276:5 338:9
343:4,7 402:8
**top** 274:16,25
276:23,24 277:3
278:14 315:23
321:12 345:5
358:25 359:3,7
396:10 402:21
417:20 469:5
472:9 484:7
**topic** 235:6 242:12
322:20 324:5
330:24 341:13,19
429:12 433:8
464:17
**topics** 235:20
380:16 384:23

**track** 226:21
383:10 390:5
**transaction** 326:2
**transcribed**
492:10
**transcript** 440:25
441:4 443:1 444:1
444:12 455:25
456:3 469:21
470:24 491:3
492:11,13,15
493:6,8,10,13,13
493:21 494:2,2
**transition** 223:10
224:23 225:12,15
228:6 229:3,9,23
229:25 230:3,18
230:23 232:8
234:24 238:3
253:18 305:7
320:10 321:21,23
329:4 340:14
347:23 354:23
355:15 372:1,3
373:24 381:7
386:1 391:13
392:12 400:16,22
400:25 401:11,24
406:18 418:24
425:14 426:4
443:3,5 454:7,22
**transitioned**
443:12,13 445:4
**transpiring**
335:10
**treat** 354:22
**trending** 353:12
357:5
**true** 333:16 442:3
443:2,5 444:7,24
445:2,23 446:11

446:19 447:5
448:7,23 449:10
449:15,18,22
451:8 454:7,22
455:9 458:21
459:19 460:17
465:13 470:14
475:25 478:8,23
479:2,10 482:4
483:7 487:6 489:2
491:5 492:11
**trust** 252:20 255:4
256:1 435:14
**truth** 220:22,22,23
**try** 224:8 229:18
243:15 294:14
335:4 396:23
405:14 438:2
469:23 471:13
480:15
**trying** 228:18
229:20 230:11
234:9 283:14
299:17 335:9
352:13 444:1
**tsang** 473:14
**turn** 220:6 240:24
274:8 294:21
396:18 402:12
413:16
**turned** 420:18
**tv** 307:3 364:15
366:14 368:9
378:18,25
**twitter** 277:17
314:19 315:4,13
322:10
**two** 239:4,9
258:14 289:14
293:2 307:14
312:17 322:3

355:4 402:14
**type** 313:24 346:2
387:6 407:6 422:6
431:4
**types** 233:9 236:22
239:19 281:6
313:5 324:18
345:18 347:1
354:22 355:25
417:13
**typically** 244:13
248:16 258:24
306:8 437:11

**u**

**u** 399:14
**uh** 338:4
**uids** 329:4
**ultimate** 254:22
298:11
**ultimately** 246:1
247:6 255:12
264:5 269:13
278:11 284:23
285:14 289:1,12
298:9 304:10,14
306:22 307:12
308:19 314:15
318:8 329:12
330:1 335:10
339:8 344:23
345:24 348:1
359:22 375:21
426:13 443:14
449:9,24
**unable** 309:4
**unaffected** 424:11
**unaware** 252:17
**uncertainty** 423:9
**unchanged** 254:25
**unclear** 229:15
252:16 254:16

Veritext Legal Solutions
866 299-5127

[unclear - users]

296:19 297:5,7
374:5 381:20
396:3 426:2
**uncomfortable**
352:13
**uncover** 477:14
**underneath**
248:20
**understand**
221:25 223:20
224:7 226:19
229:18,20 233:15
234:13,14 247:4
265:3,11 266:19
272:11,20 273:9
273:11,12 283:9
285:1 304:8 309:8
311:21 314:14
319:8,14 321:1
322:2,2 339:5,5
389:18 390:1,15
405:15 427:25
434:4 444:2
448:19 450:21
456:21 485:2
**understanding**
226:9 235:5 236:6
241:24 242:2
247:23 248:5
250:12 251:16
253:21 255:12,16
255:17 256:24
257:20 261:9,15
261:19 262:21
264:16 268:11
270:23 283:18,24
284:14 285:9,11
288:18,24 289:13
292:11 298:25
309:22,22 310:2
310:16 316:22

318:3,7 321:17
322:1 324:25
325:5 345:13,22
347:4 377:6
382:25 385:13
389:9 411:11
412:16,21 415:25
422:25 424:8
434:24 451:9
452:12
**understands**
283:13
**understood**
239:11 297:13
419:22 452:9
**underway** 338:11
354:9 447:10
449:6
**unique** 225:19
420:20
**uniquely** 225:6
**united** 208:1 209:1
**universal** 271:13
386:16
**unknown** 316:4,23
**unquote** 456:11
**unreasonable**
360:21
**untrue** 419:4
470:8
**unusual** 305:25
**upcoming** 252:21
**update** 274:20
333:15 337:20,25
338:21 342:6
347:8,10 414:2
416:23 423:18
424:14,15 440:1
**updated** 411:8
452:3

**updates** 304:21
331:15 332:20,21
337:19 338:9
450:24
**updating** 332:23
**upgrade** 307:2
**upgraded** 443:22
**upset** 371:24
**url** 264:9
**usa** 482:12
**usat** 475:17
**use** 223:25 226:11
231:11,16 234:19
238:25 256:2
262:15 268:21,23
270:2,5 274:3,23
275:9 277:18
279:20 281:2
282:4,24 284:6
292:16,16 303:23
305:15 320:4
321:20 404:12
407:7 408:3,4,11
408:16,19,22
415:1,10 418:1
424:4,7 440:21
452:16 464:25
**useful** 273:5 342:3
**user** 208:4 209:4
219:9 224:23,24
225:4,5,6,7,9,13
225:14,19,20
226:2,13,16,18,24
227:9 233:21
234:2 236:11,13
236:16,23 237:2,9
237:12,24 238:19
238:25 239:5
249:16 252:20
253:3 254:6,13
255:3 256:1 258:2

258:2,14,15,15,17
258:18,19,19
273:21,24 274:5
277:19 281:2
292:14 293:6,8
301:12,23 302:2
320:7 328:9 356:2
356:2,2 357:1
371:24 372:23
376:13,17,18
377:1,2 388:16,21
389:24 396:2
435:14 442:1
443:7 454:9,24
455:7,11 458:24
459:21 460:20
466:1 467:25
469:3,9 470:3
486:12 493:4
495:1
**user's** 237:1 239:2
252:16 253:4,13
258:21,23,25
376:22 414:17
**users** 231:9 233:5
233:5,18,21 236:9
237:6,8 238:5,16
246:21,24 247:14
247:17,19 248:8
249:7,10,11,16,24
250:5,16 251:21
252:1,2,14 254:5
254:16 256:11
275:20 293:7
301:16 302:13,15
304:25 308:1
322:3 356:4
372:16 373:3,7,14
373:16 374:2,10
374:13 375:2,15
375:15,21 376:5,9

Veritext Legal Solutions
866 299-5127

**[users - want]**

379:15 388:12
389:1,15,19 390:6
390:8 392:23
430:10 431:5,14
443:24 449:25
459:10 460:5
**usual**  306:10

**v**

**v1**  340:16 346:20
446:3,22 488:11
**v1.0**  477:5,9,16
**v2**  314:11 318:6
346:21,21 402:10
446:3
**v4**  403:20
**valuable**  271:12
356:4 431:14
432:3
**value**  268:20,22,23
269:5,15,18,21,22
269:25 270:2,6,12
270:24 271:3,7,14
271:25 272:7,8,18
273:2,6,15 288:9
288:15 289:3,24
291:2,12,20,21,24
292:4,19,21 293:3
293:12,13,19
296:19 297:5,6,12
308:24 309:3,6,9
309:12 310:7
315:5 365:17
371:24 392:21
432:5 459:9 460:5
**values**  375:14
**valuing**  431:15
**variation**  239:12
**variety**  300:16
426:22
**various**  417:9
428:5 463:20

**vast**  306:14 328:14
328:19 481:18
**vc**  208:4 209:4
351:4
**veracity**  342:22
**veritext**  219:12
244:22 259:22
493:7,9,11
**vernal**  311:1 327:6
433:22
**version**  222:24
223:10,25 224:2,3
224:20,20,21
225:10,12,18
226:25 228:7
229:3,9 230:4,4,15
232:8 253:22
256:9 257:1,1,17
299:15 305:13
319:18,19 320:11
347:24 362:4,8
363:9,25 395:7
409:21 411:8
416:7 425:20
426:8,19 432:11
432:21 438:19,21
443:4,6,14,22
445:4 446:15
447:9,15 448:1,1
450:25 454:8,23
455:12,13,21
456:13 457:4,20
458:25 459:22
460:21 461:5
463:9 464:3
465:13,16,23
466:2,10 467:25
469:4,10,16 470:4
487:14
**versus**  403:14

**vertical**  282:3
**verticals**  282:1
**video**  208:14
209:19 391:18
440:4,10 472:19
**videoconference**
208:14 209:19
210:2 211:2 212:2
213:2 214:2
220:12
**videographer**
214:18 219:4,11
260:11,14 326:5,8
393:16,19 438:7
438:10 471:22,25
490:4
**videos**  258:25
**view**  251:8,11
253:12 254:21
285:7 296:24
297:8 305:21
362:2 412:15
**viewspoints**
435:11
**violated**  306:5
**violating**  305:18
**vishu**  243:24
**visibility**  371:16
371:20 379:15
387:7,19 388:2
**visible**  362:1,1
**vladimir**  243:25
327:7
**vocal**  268:17
372:13
**volume**  208:17
215:3 219:7 493:5
495:2

**w**

**w**  210:6 214:7
493:1
**wait**  251:2 325:16
371:5 415:4
454:16
**waiting**  245:9
366:20
**waived**  493:23,23
**waiving**  493:20
**walk**  259:18
**wall**  486:3,10
489:5,9
**wand**  290:11
**wangdra**  213:14
219:21
**want**  224:6 226:5
226:7 228:23,24
232:4,5,13 234:20
237:11 240:1,20
246:21 247:14,20
251:23 255:18,20
256:22,23 261:7
261:13,23 267:18
272:19 280:7
281:20 283:9
290:18 291:17
298:14 307:14
337:1 340:20
346:22 351:13
352:14 384:17
387:21 393:9
406:24 407:7
409:9 413:8,9
414:20 420:12
425:13 426:3
428:22 431:18
432:4 434:23
435:10 437:3
459:15 468:15
472:23 474:7

**[want - working]**

| | | | |
|---|---|---|---|
| 475:20 490:1 | 325:11 386:13 | 350:8 351:2,8,16 | **windows**   383:22 |
| **wanted**   223:19 | 417:14,15 424:19 | 353:17,22 354:2,3 | 391:17 |
| 231:4 253:24 | 424:22 425:16 | 354:12 355:1,6 | **wing**   437:9 |
| 280:3 302:21 | 426:5,11,22 | 406:25 427:7 | **witness**   219:12 |
| 316:10,11 319:10 | 427:12 428:5,11 | **whitelisted**   223:24 | 246:12 480:2 |
| 324:24 334:24 | 429:20 435:10 | 231:24 241:6,14 | 481:4 492:19 |
| 337:6 348:13 | 438:1 458:12 | 241:20,24 299:8 | 493:13,16 494:2,5 |
| 383:20 384:3 | 470:23 473:7 | 300:6,12 308:23 | 495:24 |
| 389:14 390:19 | 474:11 475:3 | 310:6 353:18 | **wondering**   254:17 |
| 395:20 397:13 | **weaver**   211:7 | 389:15,16 390:9 | **word**   244:12,13 |
| 398:13 430:8 | **web**   208:14 209:19 | 390:12,21,22 | 245:17 363:5 |
| 460:2,4 475:12,18 | 210:2 211:2 212:2 | 404:4,24 405:3,5 | 368:13 395:21 |
| **washington** | 213:2 214:2 | 405:22 407:9,19 | 415:11 425:5 |
| 208:23 210:13 | **website**   256:9 | 474:13 475:23 | **wording**   240:16 |
| **way**   232:22 233:12 | 257:6 453:22 | 476:2,22 487:10 | **words**   240:6 406:5 |
| 233:18 236:12 | **week**   333:9 334:2 | **whitelisting** | 441:15 444:2 |
| 251:20 252:19 | **weeks**   328:2 403:7 | 227:14 231:16,17 | 456:4,7 471:3 |
| 254:3 255:2,25 | 403:15 404:14 | 330:24 338:6,8 | 483:10 |
| 264:8 275:2,19 | 408:14 409:2 | 339:2,12,17,24 | **work**   233:18 |
| 278:6 279:15 | **weigh**   324:13 | 340:3 341:22 | 252:19 255:3,25 |
| 283:23 284:15 | **welcome**   294:14 | 380:17 406:9 | 264:11 276:20 |
| 287:13 288:1,20 | **went**   276:23 | 407:1 | 282:16,18,21 |
| 290:8 291:20 | 288:16,23 338:14 | **whitelists**   296:14 | 283:13 286:2 |
| 300:12 303:20 | 338:15 346:25 | 328:15,19,23 | 288:22 295:17 |
| 304:4 319:3,3,5 | 354:20 361:11 | 329:3,17,19,24 | 297:16 325:7,23 |
| 328:22 337:2,13 | 376:20 413:18 | 330:3 333:13,14 | 329:11 334:14,22 |
| 338:23 339:4 | 424:25 425:3 | 335:22,25 339:20 | 334:25 337:21 |
| 347:22 357:9 | 450:13 453:11 | 342:8 458:1 | 338:25 342:25 |
| 359:21 382:4 | 465:10 467:18 | 477:15 | 343:3 348:1 |
| 396:25 448:11 | 487:17 | **who've**   414:16 | 351:20 352:5,15 |
| 455:2 459:5 | **whereof**   492:19 | **wide**   270:11 | 353:1 354:1,13 |
| 475:17,18 479:11 | **whitelist**   222:21 | 429:11 | 417:7 452:20 |
| 481:6 485:14 | 224:11,13 230:9 | **williams**   477:2 | **worked**   236:13 |
| **ways**   232:19 | 231:10,12,13,18 | 478:6 | 254:3 322:7 |
| 242:15,17 267:1 | 232:3,25 298:2,16 | **willing**   249:19 | 351:22,24 356:22 |
| 273:1 304:13 | 298:17 333:21,23 | **win**   391:17 | 357:2 372:9 |
| 429:22 | 334:18 335:1 | **wind**   240:25 273:8 | 383:16 448:12 |
| **we've**   232:18 | 336:11,22,24 | 293:9 340:11 | 452:13,20 459:6 |
| 246:5,15,18 261:3 | 337:8 338:18 | 418:14 420:3,9,10 | 473:10 |
| 281:10 288:6 | 340:8,12,24 | **window**   421:7 | **working**   245:25 |
| 289:15 318:14 | 342:11,18,24 | 488:11 | 246:22 247:15 |

Veritext Legal Solutions
866 299-5127

[working - zuckerberg's]

263:3,7,8 299:23
324:17 332:24,25
336:16 338:7
394:19 403:10
463:10 475:2
**workplace**  394:11
395:6,10,15
**works**  371:2 396:5
**world**  305:8
**worry**  484:2
**worse**  373:13
**worth**  259:18
387:23
**worthwhile**  412:3
**wright**  210:9
**write**  248:18
303:23 307:1,25
328:11 329:1
343:12,13 403:5
488:9,25
**writes**  270:1 273:4
274:19 277:11
281:23 303:8
351:1 353:5 357:4
360:4 397:13
399:13 411:7,15
411:21 412:1
435:8 475:1,10,16
475:21 476:17
477:4,13 485:15
**writing**  256:5
270:19 297:11
305:22 309:16
482:16,16
**written**  250:11,21
262:25 300:3
307:10,21 323:10
370:3 371:23
387:18 418:18
474:20 483:10

**wrong**  306:16
382:1 415:22
423:4 473:22
**wrote**  241:10
251:9 255:24
256:12 262:4
267:22,24 310:5
310:10 321:12
406:3,6 422:20
479:2
**wsj**  217:5 484:14
485:9

| x |
|---|

**x**  215:1,8 216:1
217:1 307:1
492:15 494:9
**xfn**  216:12 394:4
394:15,17 403:6
417:11
**xperia**  318:4

| y |
|---|

**yahoo**  277:14
314:19 315:4,13
322:10
**yeah**  222:9,11
227:5 229:12
233:15 235:19
238:1 251:14,14
252:23 254:10
255:8,19 258:11
259:20 260:6
267:20 269:1
272:18 277:7
283:11 286:24
295:5,9 301:19
303:18 311:22
313:15 316:2,16
338:19 339:14
346:5,22 350:10
352:23 357:23

364:8,12 368:2
373:18 378:20
380:3 381:13
393:3 394:6,24
396:14,21 400:8
403:1 409:17
415:8 425:22
440:13 443:25
457:24 471:21
472:24 484:23
485:14 487:22,22
**year**  339:9 344:3
409:4 421:7
439:23
**years**  240:3
270:20 281:20
316:9 336:1
357:18 453:4
470:19
**youtube**  277:17
314:19 315:4,14
322:10
**yup**  366:19 402:16

| z |
|---|

**zoom**  208:12
259:23
**zoosk**  319:21
**zuck**  353:13 357:6
357:10 358:13,17
**zuckerberg**  357:9
357:11 433:9,13
433:21 435:2,18
439:15 440:15
441:18 442:16
443:17 444:3,20
455:17 456:9
457:1,15 458:11
460:11 461:2
464:17 466:13,24
467:6,17 468:25
469:17 470:17

**zuckerberg's**
440:5 441:4 470:5

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.