HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11              **HIGHLY CONFIDENTIAL**
12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13      CORPORATE REPRESENTATIVE - SIMON CROSS
14  (Reported Remotely via Video & Web Videoconference)
15      London, England (Deponent's location)
16              Monday, June 6, 2022
17                  Volume III
18
19    REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5265189
25  PAGES 496 - 724
```

                                        Page 496

HIGHLY CONFIDENTIAL

1 　　　　　UNITED STATES DISTRICT COURT

2 　　　　　NORTHERN DISTRICT OF CALIFORNIA

3

　　IN RE:  FACEBOOK, INC.,　　MDL No. 2843

4 　　CONSUMER USER PROFILE　　　Case No.

　　LITIGATION　　　　　　　　　18-md-02843-VC-JSC

5 　　——————————————————————————

6 　　This document relates to:

7 　　ALL ACTIONS

8

　　——————————————————————————

9

10

11

12

13

14

15 　　　　　DEPOSITION OF SIMON CROSS, taken on

16 　　behalf of the Plaintiffs, with the deponent located

17 　　in London, England, commencing at

18 　　3:36 p.m., Monday, June 6, 2022, remotely reported

19 　　via Video & Web videoconference before

20 　　REBECCA L. ROMANO, a Certified Shorthand Reporter,

21 　　Certified Court Reporter, Registered Professional

22 　　Reporter.

23

24

25

　　　　　　　　　　　　　　　　　　　Page 497

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4    For the Plaintiffs:
 5         KELLER ROHRBACK L.L.P.
 6         BY:  DEREK W. LOESER
 7         BY:  ADELE A. DANIEL
 8         BY:  EMMA WRIGHT
 9         Attorneys at Law
10         1201 Third Avenue
11         Suite 3200
12         Seattle, Washington 98101
13         (206) 623-1900
14         dloeser@kellerrohrback.com
15         adaniel@kellerrohrback.com
16         ewright@kellerrohrback.com
17
18
19
20
21
22
23
24
25    /////
```

Page 498

HIGHLY CONFIDENTIAL

```
 1                 APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4   For the Plaintiffs:

 5        BLEICHMAR FONTI & AULD LLP

 6        BY:  LESLEY E. WEAVER

 7        BY:  MATTHEW MELAMED

 8        BY:  ANNE K. DAVIS

 9        BY:  JOSHUA SAMRA

10        Attorneys at Law

11        555 12th Street

12        Suite 1600

13        Oakland, California 94607

14        (415) 445-4003

15        lweaver@bfalaw.com

16        mmelamed@bfalaw.com

17        adavis@bfalaw.com

18        jsamra@bfalaw.com

19

20

21

22

23

24

25   /////
```

                                        Page  499

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2     (All parties appearing via Web videoconference)

 3

 4     For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  AUSTIN SCHWING

 7          BY:  ROSEMARIE T. RING

 8          Attorneys at Law

 9          555 Mission Street

10          Suite 3000

11          San Francisco, California 94105-0921

12          (415) 393-8200

13          aschwing@gibsondunn.com

14          rring@gibsondunn.com

15     and

16          BY:  MATT BUONGIORNO

17          Attorney at Law

18          2001 Ross Avenue

19          Suite 2100

20          Dallas, Texas 75201

21          (214) 698-3204

22          mbuongiorno@gibsondunn.com

23

24

25     /////
```

Page 500

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2     (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5         GIBSON, DUNN & CRUTCHER LLP

 6         BY:  HANNAH REGAN-SMITH

 7         Attorneys at Law

 8         1801 California Street

 9         Suite 4200

10         Denver, Colorado 80202-2642

11         (303) 298-5735

12         hregan-smith@gibsondunn.com

13    and

14         BY:  PHUNTSO WANGDRA

15         Attorney at Law

16         1881 Page Mill Road

17         Palo Alto, California 94304-1211

18         (650) 849-5206

19         pwangdra@gibsondunn.com

20

21

22

23

24

25    /////
```

Page 501

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2     (All parties appearing via Web videoconference)

 3

 4          JAMS

 5          BY:  DANIEL B. GARRIE

 6          Special Master

 7          555 W. 5th Street

 8          32nd Floor

 9          Los Angeles, California 90013

10          (213) 253-9706

11          dgarrie@jamsadr.com

12

13

14

15   ALSO PRESENT:

16          Ian Chen, Associate General Counsel,

17   Meta Platforms

18          John Macdonell, Videographer

19

20

21

22

23

24

25   /////
```

Page 502

HIGHLY CONFIDENTIAL

```
 1                          INDEX

 2   DEPONENT                              EXAMINATION

 3   SIMON CROSS                                  PAGE

     VOLUME III

 4

 5                   BY MR. LOESER              508

 6

 7

 8                  E X H I B I T S

 9   NUMBER                                     PAGE

10                   DESCRIPTION

11   Exhibit 401  Email dated October 30, 2013   541

12                Subject:  PS12n Divide and

13                Conquor, FB-CA-MDL-00199890;

14

15   Exhibit 402  PS12n:  Partnerships &         543

16                Operations Managing the

17                Private Platform,

18                FB-CA-MDL-00199891 -

19                FB-CA-MDL-00199898;

20

21   Exhibit 403  Email dated 5/1/2014 Subject:  581

22                Message Summary,

23                META-CA-MDL-0000582988 -

24                META-CA-MDL-0000582989;

25   /////
```

Page 503

HIGHLY CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2   NUMBER                                      PAGE

 3                    DESCRIPTION

 4   Exhibit 404  Email dated 12/18/2018            602

 5                Subject:  Private API Review,

 6                FB-CA-MDL-02906764;

 7

 8   Exhibit 405  PowerPoint Presentation -         616

 9                Reducing Risk from Private

10                APIs Partnerships,

11                FB-CA-MDL-02906766 -

12                FB-CA-MDL-02906770;

13

14   Exhibit 406  Email dated march 27, 2019        634

15                Subject:  Escalation Deck

16                Rev, FB-CA-MDL-02088254;

17

18   Exhibit 407  WS3.j Escalation - Process        636

19                Proposal, FB-CA-MDL-02088257

20                - FB-CA-MDL-02088279;

21

22

23

24

25   /////
```

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                    DESCRIPTION

 4    Exhibit 408  facebook Newsroom - December    706

 5                 18, 2018 - Let's Clear Up a

 6                 Few Things About Facebook's

 7                 Partners, FB-CA-MDL-01789112

 8                 - FB-CA-MDL-01789115.

 9

10

11              PREVIOUSLY MARKED EXHIBITS

12    NUMBER                                    PAGE

13    Exhibit 29                                  660

14

15    Exhibit 128                                 668

16

17    Exhibit 400                                 599

18

19

20

21

22

23

24

25    /////
```

HIGHLY CONFIDENTIAL

```
 1              London, England; Monday, June 6, 2022

 2                      3:36 p.m.

 3                      ---o0o---

 4

 5              THE VIDEOGRAPHER:  Okay.  We're on the          03:00:36

 6      record.  It's 3:36 p.m. London time on June 6th,

 7      2022.

 8              This is the deposition of Simon Cross,

 9      Volume 3.  We're here in the matter of In Re:

10      Facebook, Inc. Consumer Privacy User Profile           03:19:04

11      Litigation.  I'm John Macdonell, the videographer

12      with Veritext.

13              Before the reporter swears the witness,

14      would counsel please identify themselves, beginning

15      with the noticing party, please.                       03:19:16

16              MR. LOESER:  Good morning.  Derek Loeser

17      from Keller Rohrback.  With me is Adele Daniel,

18      also from Keller Rohrback.

19              MR. SCHWING:  This is Austin Schwing from

20      Gibson, Dunn & Crutcher for the defendant, and I       03:19:33

21      also have with me Matt Buongiorno, Ian Chen,

22      Phuntso Wangdra, and Hannah Regan-Smith.

23              MR. MELAMED:  Good morning.  This is Matt

24      Melamed from Bleichmar Fonti & Auld for plaintiffs.

25      With me are Anne Davis and Josh Samra.                 03:19:52
```

Page 506

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. LOESER:  And also with me from | 03:19:56 |
| 2 | Keller Rohrback is Emma Wright. | |
| 3 | SPECIAL MASTER GARRIE:  Counsel Weaver is | |
| 4 | here as well? | |
| 5 | MS. WEAVER:  Yes. | 03:20:14 |
| 6 | SPECIAL MASTER GARRIE:  Okay. | |
| 7 | This is Special Master Daniel Garrie. | |
| 8 | I'm here on behalf of the Court. | |
| 9 | And, Mr. Cross, I will turn my video off | |
| 10 | and mute myself.  If I turn my video on or unmute | 03:20:21 |
| 11 | myself, it is because I want to be seen and I have | |
| 12 | something to say or to resolve an issue. | |
| 13 | That said, I'm going to turn it over to | |
| 14 | the court reporter to kick things off and move | |
| 15 | things along. | 03:20:34 |
| 16 | THE COURT REPORTER:  If you could raise | |
| 17 | your right hand for me, please. | |
| 18 | THE DEPONENT:  (Complies.) | |
| 19 | THE COURT REPORTER:  You do solemnly | |
| 20 | state, under penalty of perjury, that the testimony | 12:04:19 |
| 21 | you are about to give in this deposition shall be | |
| 22 | the truth, the whole truth and nothing but the | |
| 23 | truth? | |
| 24 | THE DEPONENT:  I do. | |
| 25 | ///// | 12:04:19 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1                    SIMON CROSS,                    12:04:19

 2   having been administered an oath, was examined and

 3   testified as follows:

 4                    EXAMINATION(resumed)

 5   BY MR. LOESER:                                   03:20:55

 6        Q.   Good morning for me, Mr. Cross.  Good

 7   afternoon for you.  Thank you for being here.

 8             This is a continuation of the 30(b)(6)

 9   deposition that's -- that we started a few weeks

10   ago, and I will continue to ask you questions about  03:21:09

11   topics 6 and 7 in the notice, and then there are

12   some other discrete topics for which you've been

13   designated, and Mr. Melamed will be examining you

14   with regard to those topics.

15             And you -- you've been put under oath     03:21:25

16   again.  You understand you're under oath?

17        A.   I do.

18        Q.   And, Mr. Cross, we sent over some

19   additional documents a few days ago.  Did you have

20   an opportunity to review those documents to prepare  03:21:39

21   for your testimony today?

22        A.   I did have an opportunity to review them,

23   yes.

24        Q.   And did you do anything else to prepare

25   for your testimony today other than what you         03:21:48
```

Page 508

HIGHLY CONFIDENTIAL

1    previously described?                                    03:21:50

2        A.   I had some more conversations with --

3    with our legal team to review the documents, and I

4    also had conversations with a few additional

5    Facebook employees to help me prepare.                   03:22:03

6        Q.   Who were those additional employees?

7        A.   I have a conversation with Ali Hendrix.

8    I had a conversation with -- excuse me -- the

9    name...

10           With Mark Molaro.                                 03:22:34

11           And that's, I think, the extent of the

12   additional conversations, meetings I've had.

13           And then I had some additional

14   conversations over email with Steven Elia.

15       Q.   And what were your conversations with         03:23:01

16   Ms. Hendrix about?

17       A.   We were discussing her work on platform

18   policy enforcement.

19       Q.   And you believe that that related in some

20   way to friend sharing or whitelisting of friend       03:23:27

21   sharing on APIs?

22       A.   My understanding is it -- it related

23   to -- some of the topics I've been designated for,

24   yes.

25       Q.   Including those two topics?                     03:23:42

                                                    Page 509

HIGHLY CONFIDENTIAL

1      A.   I think so, yes.                          03:23:46

2      Q.   And what about Mark Molaro?  Who is Mark

3  Molaro?

4      A.   Mark Molaro is a data scientist, as I

5  understand it, at Meta.                            03:23:55

6      Q.   And what did you speak with him about?

7      A.   We discussed his team's work on

8  Facebook's efforts to track API usage.

9      Q.   And during what time frame were those

10  updates?                                          03:24:14

11     A.   His team's work is primarily from 20 --

12  2019 onwards.

13     Q.   And Steven Elia, what did you speak with

14  him about?

15     A.   We were discussing when the rest API was  03:24:30

16  deprecated, I think, and some other whitelisting

17  details.

18     Q.   And you said "the rest API"?  What --

19  what is that API?

20     A.   Sorry.  The rest API is the API which was 03:24:55

21  built before the Graph API and continued to exist

22  for some time.

23     Q.   And what were the other whitelisting

24  details you discussed with Mr. Elia?

25     A.   We discussed how the friend permissions   03:25:15

Page 510

HIGHLY CONFIDENTIAL

```
1    were finally removed from the Facebook developer     03:25:22

2    platform.

3         Q.   And what did you learn from Mr. Elia

4    about that?

5         A.   From Steven, I learned that there was a    03:25:29

6    change in, I think, 2018 to make the friend

7    permissions known and usable by -- by any

8    application.

9         Q.   And did you talk to Mr. Elia about the

10   other APIs that emit friend data that we discussed   03:25:50

11   previously in your testimony?

12        A.   I don't recall specifically what -- what

13   I discussed with Steven, but we -- we discussed

14   like previous whitelists and capabilities that

15   existed around friend data.                          03:26:13

16        Q.   Okay.  So did you figure out by talking

17   to him whether these other APIs that emit friend

18   data continue to operate, or have they deprecated

19   as well?

20        A.   Can you let me ask what you mean by        03:26:27

21   "which APIs that continue to emit friend data"?

22        Q.   Sure.

23             We talked about a series of APIs that --

24   that we went through and you identified as also --

25   having the ability to emit some -- some friend       03:26:43
```

HIGHLY CONFIDENTIAL

1   data.                                                    03:26:46

2          Can you give a list of those APIs are, or

3   that's -- what I just said is enough to refresh

4   your recollection about that testimony.

5          The events and pages and groups, all         03:27:02

6   those APIs.

7          MR. SCHWING:  Object to form.

8          THE DEPONENT:  Yeah, that's -- that's a

9   pretty long list of APIs, and we didn't discuss

10  the -- the full gamut of APIs and their deprecation   03:27:14

11  timelines.

12     Q.   (By Mr. Loeser)  So do you know

13  whether -- these other APIs -- and these are the

14  ones that didn't have the word "friends" in them.

15  But nonetheless, as you testified, they did emit    03:27:24

16  some friend data.

17         Do you know if those are continuing to

18  operate?

19         MR. SCHWING:  Object to form.

20         THE DEPONENT:  Can we -- can we be          03:27:34

21  specific about the APIs we're talking about here?

22  Because I want to make sure I'm giving you, you

23  know, an accurate answer.

24     Q.   (By Mr. Loeser)  Sure.  Well, three of

25  them are events APIs, pages APIs, groups API.  I    03:27:43

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | think there was taggable friends as well, invitable | 03:27:48 |
| 2 | friends.  We have -- and read stream. | |
| 3 |    A.   So -- so relatively large list of APIs. | |
| 4 | The exact deprecation and removal dates for each of | |
| 5 | them would be different.  And I don't have -- I | 03:28:09 |
| 6 | don't have that to hand. | |
| 7 |    Q.   And you don't know offhand whether | |
| 8 | those -- all or any of those APIs have been | |
| 9 | deprecated as of today? | |
| 10 |       MR. SCHWING:  Compound. | 03:28:20 |
| 11 |       THE DEPONENT:  Yeah, I mean -- there's, | |
| 12 | again, lots of APIs there.  I -- I do know that in | |
| 13 | April 2018, the -- the -- the comments and likes | |
| 14 | edge, as I understand it, was removed from -- from | |
| 15 | several of those APIs, and the groups and events | 03:28:41 |
| 16 | APIs have since been modified so that they only | |
| 17 | emit data of people who have authorized the | |
| 18 | application. | |
| 19 |    Q.   (By Mr. Loeser)  Okay.  And so this is | |
| 20 | something that if you were to investigate or | 03:28:56 |
| 21 | Facebook were to investigate the details, Facebook | |
| 22 | could provide an answer as to the extent to which | |
| 23 | any of these APIs continued to emit friend data and | |
| 24 | so on today, right? | |
| 25 |       MR. SCHWING:  Object to form. | 03:29:11 |

Page 513

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  My understanding is that        03:29:14

 2    today, Facebook has the infrastructure to determine

 3    whether or not which APIs exist and which APIs are

 4    emitting user data and whether or not that user

 5    data is on behalf of the person calling the API.        03:29:31

 6         Q.   (By Mr. Loeser)  Okay.  Thank you.

 7              And, Mr. Cross, did you add to your notes

 8    for your deposition testimony today?

 9         A.   I have a -- I have a few pages of

10    handwritten notes that I took in to help me prepare     03:29:48

11    and answer the questions that may come up today.

12         Q.   Okay.  And --

13              MR. LOESER:  Counsel, could we have those

14    notes sent over to us as soon as possible?

15              MR. SCHWING:  Yeah.  We can -- we can          03:30:01

16    look into that in a break, if that would work for

17    you.

18              MR. LOESER:  Great.  And the sooner we

19    get them, the better.  I mean, ideally we can just

20    get this all wrapped up today and we don't have to      03:30:09

21    come back and do that.

22              MR. SCHWING:  I understand, yeah.  At a

23    break, we're happy to get those over.  I obviously

24    can't focus on it right this second, but we'll work

25    on that.                                                03:30:22
```

Page 514

HIGHLY CONFIDENTIAL

```
1              MR. LOESER:  Okay.  Thank you.              03:30:23

2        Q.   (By Mr. Loeser)  Mr. Cross, you were on

3   the strategic partnership team at some point in

4   your career at Facebook; is that right?

5        A.   I was on the platform partnerships team,    03:30:33

6   which is, I think, the name of the team, but the

7   name of the team may have changed over time.

8        Q.   Okay.  According to your LinkedIn, from

9   August 2013 to January 2014, it appears that you

10  were on the -- something called the "strategic       03:30:49

11  partner team."

12            Is that accurate or --

13       A.   I don't recall the -- the formal name of

14  the team, but I refer as the platform partnerships

15  team.  It may have been referred to the strategic    03:31:03

16  partnerships team as well.

17       Q.   Okay.  And were you at one point a

18  strategic partner manager?

19       A.   I was a partner manager.  I think -- I'm

20  not confident whether or not the word "strategic"    03:31:16

21  was in my official job tile, but I worked on that

22  team, yes.

23       Q.   Sorry.  I'm leaning off camera to look at

24  your résumé.

25            According to your résumé, the title that    03:31:31
```

HIGHLY CONFIDENTIAL

```
1    you have is strategic product partnerships.          03:31:32

2           Is that -- does that sound accurate to

3    you?

4           MR. SCHWING:  Object to form.

5    Foundation.                                           03:31:42

6           THE DEPONENT:  If you're asking what my

7    official title job was -- as per my kind of

8    contract at Facebook, I can't remember that --

9    that.  This seems to be what's on my LinkedIn.

10          I couldn't tell if that was like my            03:31:56

11   official Facebook job title at the time.

12      Q.  (By Mr. Loeser)  Okay.  But I assume it's

13   your practice to accurately record your job titles

14   on your LinkedIn?

15      A.  Generally, yes.  The -- as I say, the          03:32:07

16   team was referred to sometimes as the strategic

17   partnerships team or the platform partnerships

18   team.

19      Q.  So at the time -- and I'll just use the

20   terminology in your LinkedIn, understanding your     03:32:20

21   testimony that you just gave.

22          But at the time that you were on the --

23   you were a strategic product manager, how many

24   strategic partners were there at Facebook?

25      A.  I don't think there's an official             03:32:40
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1     definition of "strategic partners" for the -- for      03:32:43

 2     the company.  And I don't know how many partners

 3     that the partnership team that I worked on would

 4     have considered managed at the time.

 5         Q.   And so when you were a strategic partner    03:32:57

 6     manager, what did you believe "strategic partner"

 7     referred to?

 8         A.   So, again, in my personal capacity when I

 9     worked on that team, my understanding is my job was

10     to work with companies and app developers that       03:33:12

11     Facebook had decided to -- to work with or -- or

12     partner with to build Facebook platform

13     integrations.

14         Q.   And so if you were to define "strategic

15     partner," that's how would you define it?            03:33:27

16              MR. SCHWING:  Objection.

17              THE DEPONENT:  Again, in my personal --

18              Sorry.  Say again, Austin.

19              MR. SCHWING:  Just take what -- you're

20     faster than I am, Mr. Cross.  It's later in the day  03:33:36

21     for you, so I need some coffee.  Just give me a

22     heartbeat to object.

23              Object to form.

24              THE DEPONENT:  So, again, you know, in a

25     personal capacity, my understanding is that I        03:33:48
```

Page 517

| | | |
|---|---|---|
| 1 | would -- by partner, I would have been working with | 03:33:50 |
| 2 | company's that the Facebook had decided to work | |
| 3 | with more closely to build Facebook platform | |
| 4 | integrations of some -- some -- some nature. | |
| 5 |     Q.   (By Mr. Loeser)  So -- so all of the | 03:34:04 |
| 6 | strategic partners were partners that had | |
| 7 | integrations with Facebook? | |
| 8 |     A.   I -- I don't think I can answer that | |
| 9 | question.  Like I -- I don't know what the -- | |
| 10 | there's a formal definition of "strategic partner." | 03:34:19 |
| 11 | It's possible that some had -- most of the ones I | |
| 12 | would have worked with would have had integrations | |
| 13 | with Facebook in some -- with the Facebook | |
| 14 | developer platform in some way. | |
| 15 |     Q.   And what are some examples of the | 03:34:31 |
| 16 | partners that you worked with? | |
| 17 |     A.   So Spotify would be -- would be one | |
| 18 | example.  And then others that I worked with in my | |
| 19 | team in this -- in this capacity would have been | |
| 20 | things like Mixcloud, SoundCloud, and Giza and -- | 03:34:54 |
| 21 | and Guardian. | |
| 22 |     Q.   And did you work with any strategic | |
| 23 | partners that -- in which Facebook did not have | |
| 24 | some form of integration? | |
| 25 |         MR. SCHWING:  Object to form. | 03:35:13 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  So when I was a -- when I      03:35:15

 2   was a partner manager, typically I would have been

 3   working with entities that had an integration with

 4   the Facebook developer platform in some way.

 5       Q.   (By Mr. Loeser)  And was there a -- is         03:35:27

 6   there a common understanding at Facebook how

 7   Facebook defines "strategic partner"?

 8       A.   I don't think there's a common

 9   understanding at Facebook for what the -- what the

10   definition of the "strategic partner" is.  I think    03:35:41

11   different organizations might define their

12   partnerships with entities in -- in different ways.

13   I don't there's a -- a standard definition of -- of

14   what "strategic partner" means.

15       Q.   Is a common denominator of strategic          03:35:58

16   partners partners that provide value to Facebook?

17              MR. SCHWING:  Object to form.

18              THE DEPONENT:  Again, I don't think

19   there's a -- a standard definition of what a

20   strategic partner is.  It's a relatively loose        03:36:13

21   definition of -- of entities that -- that the

22   partnerships team would have worked with.

23       Q.   (By Mr. Loeser)  Are there any strategic

24   partners that don't provide value to Facebook?

25              MR. SCHWING:  Object to form.              03:36:29
```

Page 519

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  Yeah, I don't think | 03:36:31 |
| 2 | there's a definition of "strategic partner," so | |
| 3 | it's -- it's hard to answer that question. | |
| 4 | Q.   (By Mr. Loeser)  Well, however you define | |
| 5 | it, are there any strategic partners that don't | 03:36:38 |
| 6 | provide value at Facebook? | |
| 7 | MR. SCHWING:  Same objection. | |
| 8 | THE DEPONENT:  Typically as a -- as a | |
| 9 | partner manager, you'd be working with -- with -- | |
| 10 | with these organizations to build or potentially | 03:36:50 |
| 11 | build integrations that would be valuable to, | |
| 12 | ideally, the partner, to users, and to Facebook. | |
| 13 | Q.   (By Mr. Loeser)  So -- what are -- what | |
| 14 | are the ways in which a -- a strategic partner | |
| 15 | could provide value to Facebook? | 03:37:10 |
| 16 | A.   Again, I'm not sure that -- as I | |
| 17 | mentioned before, I'm not sure there's a definition | |
| 18 | of "strategic partner."  So, again, can you ask | |
| 19 | that question in -- in a way that's like -- doesn't | |
| 20 | require me to rely on a definition which I -- I | 03:37:28 |
| 21 | don't think is established. | |
| 22 | Q.   You use the term "strategic partner" | |
| 23 | sometimes in the course of your employment at | |
| 24 | Facebook, right? | |
| 25 | A.   I would have typically referred to | 03:37:40 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    "partners" and then sometimes "strategic partners."          03:37:41

2    So like -- I may have used those terms, yes.

3         Q.   Okay.  And so what was your understanding

4    of the term "strategic partner" if it's different

5    than what you already testified?                             03:37:59

6         A.   So my -- my understanding --

7              THE DEPONENT:  Sorry.  Say again, Austin.

8              MR. SCHWING:  Asked and answered.

9              Go ahead.

10             THE DEPONENT:  Yeah, so my understanding         03:38:06

11   of -- of -- of "strategic partner" would be an

12   entity, an organization that Facebook has partnered

13   with or was considering partnering with to build

14   some form of integration with the Facebook

15   developer platform.                                         03:38:21

16        Q.   (By Mr. Loeser)  And back to the

17   questions about value, so let's talk about

18   partnerships generally.

19             Partners -- Facebook partners with

20   developers that provide value to Facebook; is that         03:38:36

21   right?

22        A.   Typically the partnerships team would be

23   focused on working with entities that provided

24   value to -- to users by building integrations with

25   the Facebook developer platform.                           03:38:51

HIGHLY CONFIDENTIAL

1          Q.   So you're saying that Facebook doesn't          03:38:53

2     consider whether the partner provides value to

3     Facebook other than the value to the users?

4               MR. SCHWING:   Misstates testimony.

5               THE DEPONENT:   Yeah, that's not what I --      03:39:01

6     what I said.   Typically when I as working with

7     partners, we were focused on the value that those

8     integrations would provide to -- to user.

9          Q.   (By Mr. Loeser)   And did you not also

10    consider the value those integrations would provide     03:39:11

11    to Facebook?

12         A.   One of the things that -- that would be

13    looked at is how this would be used by users and

14    would those integrations be considered valuable to

15    users, and the value -- the -- how -- how well they     03:39:29

16    would be used by users and the implications for

17    that on the Facebook community.

18         Q.   And, again, were there types of value

19    that Facebook took into account that pertained to

20    Facebook as opposed to users?   Can you think of any    03:39:47

21    ways that a partnership would provide value

22    directly to Facebook other than the benefits

23    received by the users?

24               MR. SCHWING:   Vague.   Compound.

25               THE DEPONENT:   Yeah, so typically an         03:40:03

                                                      Page 522

HIGHLY CONFIDENTIAL

```
 1    integration would allow people, for example, to        03:40:04

 2    post stories back to Facebook, and that would

 3    provide content for newsfeed that could be seen

 4    by -- by their friends.  That would be an example

 5    of the value that would be provided.                   03:40:19

 6              And -- and typically, if there's more

 7    content in newsfeed and there's more interesting

 8    stories for people to see, they might come back to

 9    Facebook more frequently and interact with those

10    stories, and that might increase visitation.           03:40:31

11         Q.   (By Mr. Loeser)  Is ad revenue a value

12    that Facebook received from some partners?

13              MR. SCHWING:  Scope.

14              THE DEPONENT:  Sorry.  Yeah, my -- my --

15    this is a -- there's a question about the              03:40:48

16    advertising ecosystem, which is not my area of

17    expertise.  So, you know, that's very -- I'm not

18    particularly well educated on -- to explain in

19    detail.

20              What I can say from my personal              03:41:03

21    experience, though, is that sometimes developers

22    would want to buy ads to promote their

23    applications, and that would be considered a form

24    of -- of value.

25         Q.   (By Mr. Loeser)  Value for Facebook,         03:41:20
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    right?                                                    03:41:22

2        A.   Well, if -- if a developer is buying ads

3    to promote their application, it's because they

4    believe that that's a -- that's a worthwhile thing

5    to do in terms of growing -- growing an application    03:41:33

6    and its user base, and in the process of doing

7    that, Facebook would receive some money for the

8    ads.

9        Q.   And what about user data?  Don't some

10   developers provide Facebook with -- with user data     03:41:44

11   that is a value to Facebook?

12             MR. SCHWING:  Object to form.

13             THE DEPONENT:  So they typically --

14   again, most integrations would allow developers --

15   would allow users of those applications to share       03:42:01

16   content back to Facebook, and that would create

17   stories and newsfeed that could be seen by their

18   friends or, in the case of Open Graph, which is on

19   their timeline, which would enrich their Facebook

20   profile.                                                03:42:20

21       Q.   (By Mr. Loeser)  And did the partnership

22   group also look at potential opportunities for

23   future relationships with -- with partners as a

24   form of value for Facebook?

25             MR. SCHWING:  Object to form.                 03:42:33

                                                     Page 524

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Yeah, I'm not sure -- I'm      03:42:34

 2     not sure what -- what you mean by that.  Like

 3     future value -- could you give me an example?

 4         Q.   (By Mr. Loeser)  Well, when you're --

 5     when the partnership group was interacting with a    03:42:42

 6     partner and was -- did the partnership group also

 7     consider whether there was some possibility for

 8     future relationships with that partner that could

 9     be a value to Facebook?

10         A.   I -- it's hard to know what -- what the      03:42:58

11     partnerships team was considering in its -- in its

12     various discussions with -- with developers and

13     partner -- potential partners and potential

14     partners in the past.  So I'm not sure I can give

15     an accurate answer to that question.                 03:43:10

16         Q.   Do you know what an OEM is?

17         A.   My understanding that would mean

18     "original equipment manufacturer."

19         Q.   Okay.  And did -- did Facebook consider a

20     value to Facebook an OEM preloading the Facebook     03:43:27

21     app?

22         A.   So I think the partnerships team are

23     the -- are the -- probably the determiners of what

24     that -- of what that means.  My understanding

25     from -- from having worked in this area is that      03:43:45
```

1    there was value to users by having the Facebook app        03:43:49

2    on their device, and so it was easy and accessible

3    without having to download it separately.

4            MR. LOESER:  Let's go off the record.

5            THE VIDEOGRAPHER:  Okay.  We're off the          03:44:19

6    record.  It's 4:02 p.m.

7            (Recess taken.)

8            THE VIDEOGRAPHER:  We're back on the

9    record.  It's 4:12 p.m.

10       Q.   (By Mr. Loeser)  Mr. Cross, does Facebook        03:54:13

11   enter into contracts with -- with some of its

12   partners?

13       A.   Yes.  There would be typically additional

14   contracts that would have been agreed between

15   Facebook and those parties to cover a number of        03:54:32

16   different things.

17       Q.   And what types of partners does Facebook

18   contract with?

19       A.   Well, you're asking who Facebook

20   contracts with.  Do you mean across the whole gamut     03:54:49

21   of the company?

22       Q.   No.  I mean with regard to the

23   conversation we're having about the partnership

24   group and the product managers, the conversation

25   we're having now?                                      03:55:04

                                                       Page 526

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Outside the scope.  Vague.        03:55:06

 2              THE DEPONENT:  Yeah, can you -- just,

 3      again, I'm trying to do my best here and, you know,

 4      give you an accurate answer.

 5              So can you be a bit more specific             03:55:19

 6      about -- about the scope of the -- the work that

 7      you're -- you're referencing here?

 8      Q.   (By Mr. Loeser)  Well, when you were in

 9      the partnership group, did you have partners that

10      you worked with with which Facebook contracted?     03:55:28

11      A.   So on a personal level, I don't -- I

12      don't recall working with that many entities that

13      had -- we had contract -- that the Facebook had

14      contracts with when I was manager on the

15      partnerships team.  But -- but, yes, there were --   03:55:49

16      there were contracts that I was aware of between

17      Facebook and some of these partners that covered

18      their use of the Facebook developer platform.

19      Q.   And -- and sometimes did Facebook contain

20      in those contracts the ability to access APIs on     03:56:09

21      the partners platform?

22      A.   Yeah, it's -- that's possible, but I -- I

23      don't recall any specific examples from my time on

24      the partnerships team.

25              But, yeah, across the -- the history of       03:56:34
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    the company, it's possible, but I'd be speculating          03:56:36

2    exactly as to what.

3         Q.   Okay.  And in the context of the

4    relationship with partners, what does "reciprocity"

5    mean?                                                        03:56:52

6              MR. SCHWING:  Object to form.  Scope.

7              THE DEPONENT:  So, again, can you be a

8    bit more specific about like the -- the -- the

9    scope we're talking about here?  Is it the Facebook

10   developer platform or -- or partners in general?            03:56:59

11        Q.   (By Mr. Loeser)  I'm talking about

12   partners with which Facebook contracts and where

13   the contract governs the partner's access to the

14   Facebook platform and Facebook's access to the

15   partners platform.                                           03:57:14

16             In that context, is there something that

17   Facebook refers to as "reciprocity"?

18             MR. SCHWING:  Object to form.

19             THE DEPONENT:  I've heard the -- the

20   phrase "reciprocity" used.  I'm not sure if it's             03:57:25

21   codified in any platform policies.

22             My personal understanding of -- of that

23   term, it generally refers to really about fairness

24   in sharing data with Facebook, users sharing

25   stories back to Facebook where apps are also                 03:57:48

HIGHLY CONFIDENTIAL

```
 1    reading data from Facebook so as to contribute to        03:57:52

 2    the overall community Graph.

 3         Q.   (By Mr. Loeser)  So when you say

 4    "fairness," you mean Facebook provides access to

 5    information and Facebook believes it's fair for          03:58:00

 6    them, the partner, to provide data back to

 7    Facebook?

 8              MR. SCHWING:  Vague.

 9              THE DEPONENT:  I think that's a -- that's

10    a very broad statement.  Let me -- best to give an       03:58:11

11    example would be useful is if -- developers --

12    let's take the Open Graph set of APIs that existed

13    in around 2011, 2012.  If apps were reading from

14    the Open Graph, then it would be considered

15    reasonable that they would be expected to offer          03:58:45

16    users the ability to publish their actions in that

17    app also back to the Graph so that everybody could

18    benefit.

19         Q.   (By Mr. Loeser)  And so you keep talking

20    about the benefits to users, and I'm wondering if        03:58:57

21    Facebook also identified the benefit to Facebook

22    specifically that results from reciprocity.

23         A.   What -- Sorry.

24              MR. SCHWING:  Object to form.

25              Go ahead.  You can answer.                     03:59:15
```

Page 529

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  So, again, in the example | 03:59:20 |
| 2 | of Open Graph stories in terms of reciprocity, then | |
| 3 | if users have the ability to share their activity | |
| 4 | in an app back with Facebook, then that enriches | |
| 5 | the Facebook newsfeed for their friends and creates | 03:59:39 |
| 6 | additional content for their timeline that might | |
| 7 | encourage users to spend more time on Facebook. | |
| 8 | Q.   (By Mr. Loeser)  And that's a benefit for | |
| 9 | Facebook? | |
| 10 | A.   Typically Facebook wants its user -- we | 03:59:54 |
| 11 | want our users to find value in using our products, | |
| 12 | and spending more time on our products is one way | |
| 13 | that they may express that value. | |
| 14 | Q.   Facebook considers the value that a | |
| 15 | partner contributes to Facebook when making | 04:00:11 |
| 16 | decisions about what user data to make available to | |
| 17 | that partner, right? | |
| 18 | MR. SCHWING:  Object.  Vague. | |
| 19 | Go ahead. | |
| 20 | THE DEPONENT:  Yeah, it's a very broad | 04:00:26 |
| 21 | question that's hard to answer.  Again, in general, | |
| 22 | when Facebook is considering partnering with -- | |
| 23 | with an entity or working more closely with an | |
| 24 | entity, there would be an assessment of the -- the | |
| 25 | value that is trying to be created for users, how | 04:00:48 |

Page 530

HIGHLY CONFIDENTIAL

```
 1    that would create value for Facebook, and for the        04:00:53

 2    third-party developer as well.

 3              So typically working with these

 4    partnerships requires investments of time and

 5    energy from both sides and, you know, the -- the        04:01:07

 6    amount of resources to -- to do that are not

 7    unlimited, and so there would be some determination

 8    by the partnerships team as to whether or not this

 9    was a -- a partnership worth pursuing.

10        Q.   (By Mr. Loeser)  And Facebook considered        04:01:24

11    a partner's value to Facebook when deciding whether

12    to maintain access to certain data after the

13    transition to platform 3.0, right?

14        A.   Sorry.  "Platform 3.0"?  Can you be

15    specific about -- about what you mean?                  04:01:42

16        Q.   Yeah, I'm sorry.  I'm using -- there's a

17    variety of terms used by Facebook, and "platform

18    3.0" -- you tell me if I'm wrong -- is one of the

19    references to the Graph API version 2.0 platform.

20        A.   Well, that -- that terminology refers          04:01:57

21    to -- is one of the code names used for this

22    general series of work leading up to what became

23    API version 2 and Login v4 that were launched in

24    April of 2014.

25              And so could you ask the question again        04:02:14
```

Page 531

HIGHLY CONFIDENTIAL

1    to make sure I understand.                          04:02:20

2        Q.    Sure.  And with that understanding of

3    what platform 3.0 means, Facebook considered a

4    partner's value to Facebook when deciding whether

5    to maintain access to certain data after the        04:02:31

6    transition to platform 3.0?

7        A.    Well, again, can you -- can you help me

8    understand what you mean by "certain data"?

9    Like -- like the specifics matter here, and I want

10   to get -- make sure I give you an accurate answer.  04:02:47

11       Q.    Yeah.  There were series of APIs that

12   were deprecated in the new platform; is that right?

13       A.    In version 2 there were a number of APIs

14   that were deprecated and a number of permissions

15   that were publicly deprecated, yes.                 04:03:01

16       Q.    And when deciding whether to continue to

17   allow partners to have access to those deprecated

18   permissions, Facebook considered the value that

19   those partners provided to Facebook, right?

20            MR. SCHWING:  The question is vague.        04:03:15

21            THE DEPONENT:  Yeah, I mean, it -- can we

22   talk about which -- which specific partners you're

23   referring to here and what kind of additional time

24   periods and access we're talking about?

25       Q.    (By Mr. Loeser)  I would like you to      04:03:34

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    answer the question.  The question refers to the        04:03:35

 2    transition to the new platform, and it refers to

 3    deprecated permissions, and it refers to whether

 4    Facebook considered the value that partners

 5    provided to Facebook when deciding which of those       04:03:46

 6    partners to grant continued access to those

 7    deprecated functions.

 8             So if you could answer the question

 9    whether Facebook took into account the value

10    partners provided to Facebook when making that          04:03:58

11    decision, that's all I'm asking.

12             MR. SCHWING:  The question is vague.

13             THE DEPONENT:  Yeah, so Facebook --

14    sorry.  Master Garrie, I see you here.  I -- you

15    said earlier that means because you want to             04:04:13

16    intervene and help.

17             I want to give a good answer to -- to

18    this question, and --

19             SPECIAL MASTER GARRIE:  I was going to

20    just direct you to answer the question the best you     04:04:21

21    can.  So either a "yes," "no," or "I don't

22    understand the question."

23             MR. SCHWING:  Special Master Garrie,

24    since you're on and we're -- I don't want to

25    interrupt the questioning here too much, but I do       04:04:32
```

| | | |
|---|---|---|
| 1 | have a concern that Mr. Loeser is supposed to be | 04:04:35 |
| 2 | asking questions about topics 6 and 7, which relate | |
| 3 | to friend sharing. | |
| 4 |       SPECIAL MASTER GARRIE:  Again, so | |
| 5 | let's -- | 04:04:44 |
| 6 |       MR. SCHWING:  And Mr. Melamed is going to | |
| 7 | be asking questions about the other topics. | |
| 8 |       I want to ensure that there are not | |
| 9 | multiple lawyers who are asking kind of overlapping | |
| 10 | questions here today, because I don't believe | 04:04:53 |
| 11 | that's appropriate under our protocol.  So I just | |
| 12 | want to make sure we're focused on actual 6 and 7 | |
| 13 | here before we transition over to Mr. Melamed. | |
| 14 |       SPECIAL MASTER GARRIE:  Okay.  So one | |
| 15 | second.  We will address that in a second. | 04:05:03 |
| 16 |       But, Mr. Cross, what I was going to | |
| 17 | instruct you is so when you're asked a question, | |
| 18 | you can answer, "yes," "no," give an explanation or | |
| 19 | say "I don't understand the question," but | |
| 20 | otherwise, good question/bad question is not a | 04:05:18 |
| 21 | judgment.  He's asked the question.  You're to do | |
| 22 | your best and endeavor your best to answer the | |
| 23 | question.  And you can say, yes, this is how I | |
| 24 | define this; no, this is how I define that, or so | |
| 25 | on and so forth and answer the question the best | 04:05:32 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1   you can.                                          04:05:34

2          If you don't understand the question, you

3   can state "I don't understand the question as

4   asked" or something to that effect.  Whatever

5   reflects your current state of mind as you        04:05:40

6   understand it.  But you do just need to answer the

7   question the best you can.

8          THE DEPONENT:  Cool.  Thank you,

9   Special Master Garrie.

10         SPECIAL MASTER GARRIE:  With that          04:05:51

11  settled, I'll turn it back to Counsel Loeser.  Just

12  reask the question.

13         Once he finishes this line of

14  questioning, Counsel Schwing, we will go off the

15  record and address the other question.  I just    04:05:58

16  don't want to interrupt Counsel Loeser's flow.  I

17  just wanted to weigh in and just communicate to the

18  witness to answer the question the best you can as

19  a 30(b)(6) corporate representative.

20         And then we will -- once the line of       04:06:13

21  questioning is done, Counsel Schwing, we will

22  address your question or your point of concern.

23         Okay?

24         MR. SCHWING:  Thank you, Special Master.

25         SPECIAL MASTER GARRIE:  Of course.         04:06:23

                                              Page 535

HIGHLY CONFIDENTIAL

```
 1          MR. LOESER:  Thank you.                    04:06:25

 2      Q.   (By Mr. Loeser)  Mr. Cross, Facebook

 3  considered a partner's value to Facebook in

 4  deciding whether to maintain the partner's access

 5  to deprecated permissions after the transition to   04:06:30

 6  platform 3.0, right?

 7          MR. SCHWING:  Object to form.

 8          THE DEPONENT:  So in -- in the

 9  transition, there were a number of integrations

10  that -- that preexisted that transition, and        04:06:45

11  Facebook would have determined that they would

12  continue to exist based on the value to users and

13  the value that they provided to -- to Facebook and

14  the partner too.

15          MR. LOESER:  Okay.                          04:07:06

16          I guess we're going off the record.

17          We can go off the record.

18          THE VIDEOGRAPHER:  Okay.  Thank you.

19          We're off the record.  It's 4:25 p.m.

20          (Recess taken.)                             04:09:47

21          THE VIDEOGRAPHER:  We're back on the

22  record.  It's 4:29 p.m.

23      Q.   (By Mr. Loeser)  Mr. Cross, when deciding

24  whether to provide access to the friend data after

25  2014 for partners, did Facebook consider the value  04:11:41
```

                                                Page 536

1      that the partners could provide to Facebook?          04:11:46

2            MR. SCHWING:  The question is vague.

3            THE DEPONENT:  Yeah, I -- again, I -- I

4      hope -- I just want to make sure I answer this

5      correctly.  A whole bunch of things were considered    04:11:59

6      or would have been considered in determining

7      whether or not to -- to allow integration partners

8      to continue to have access to information after the

9      APIs and permissions were more publicly deprecated.

10     There's a whole -- a whole raft of things that          04:12:20

11     would have been -- would have been considered in

12     those determinations:  the value to users, how

13     often they were being used, the contractual

14     determinations, if -- if there were any such,

15     and -- and so on.                                       04:12:39

16           So a wide range of things would have been

17     considered.

18           When you say "value to Facebook," can you

19     help me define what -- what you mean?

20     Q.   (By Mr. Loeser)  Well, that's what I've            04:12:50

21     been trying to have you testify about, all the ways

22     Facebook understands value.

23           So if you have some understanding of how

24     Facebook defines value that helps you answer that

25     question, go ahead and say what those things are        04:13:02

                                                        Page 537

1    and then answer the question.                    04:13:04

2        A.   So, yeah.  One of the things that would

3    have been considered is how often those apps are

4    being used.  So, for example, a device integration

5    would have a number of people -- would be -- a      04:13:19

6    number of people would be using it and -- and that

7    would be considered in -- in the overall assessment

8    of whether or not the information -- should

9    continue -- the integration should continue.

10         So there's a -- a wide range of things       04:13:32

11   that would have been considered, including user

12   value and various types of value to Facebook.

13       Q.   And revenue received by Facebook from

14   the -- the partner was one of the other things, one

15   of the other forms of value that Facebook          04:13:46

16   considered, right?

17           MR. SCHWING:  The question is vague.

18           THE DEPONENT:  In terms of -- like, I

19   recall seeing documents which -- which suggest that

20   the revenue from a company was pulled and,          04:14:00

21   you know -- assessed in some way.  But I -- I do

22   not recall when, you know, revenue from a partner

23   was part of the assessment for -- for why

24   integration would continue.

25       Q.   (By Mr. Loeser)  And so as Facebook's      04:14:32

Page 538

HIGHLY CONFIDENTIAL

```
 1    corporate designee here, can you testify as to        04:14:36

 2    whether revenue from the partner was considered

 3    when deciding whether to continue allowing a

 4    partner to have access to APIs that emit friend

 5    data?                                                  04:14:48

 6         A.   Again, I can see --

 7              MR. SCHWING:  Sorry.

 8              The question is vague.

 9              Go ahead.

10              THE DEPONENT:  Yeah, I -- I recall seeing    04:14:53

11    documents that were -- where revenue from a partner

12    is considered as part of the overall assessment,

13    but I -- I cannot say whether or not revenue was a

14    determinant in whether or not a partner continued

15    to have access or not.                                 04:15:12

16         Q.   (By Mr. Loeser)  And is there somebody

17    else --

18              I'm sorry.  I thought were finished.

19         A.   Sorry -- continued to have access to

20    publicly deprecated APIs or private APIs.              04:15:25

21         Q.   And who at Facebook would definitively

22    know the answer to that question?

23              MR. SCHWING:  The question is vague.

24              THE DEPONENT:  I -- I think like the --

25    the -- I don't think anyone at Facebook would --       04:15:40
```

Veritext Legal Solutions
866 299-5127

1    would be able to know whether or not for every              04:15:43

2    single app, what the decision-making criteria was.

3    So I'm not sure that's -- that's like fully --

4    fully knowable.

5            I -- I don't recall -- and again, on a            04:15:58

6    personal level, I do not recall being in any

7    conversations where revenue was a determining

8    factor in -- whether or not an app was continued --

9    had an app continued to have access to deprecated

10   permissions.                                              04:16:15

11       Q.   (By Mr. Loeser)  Okay.  And I didn't ask

12   you for a person who would know with regard to each

13   and every partner.  I'm just asking you as a

14   general matter who would be the most knowledgeable

15   person on Facebook who can answer the question         04:16:23

16   about the extent to which revenue was taken into

17   account when deciding to, for example, whitelist

18   entities so that they could continue to obtain

19   friend data?

20       A.   I think the partnerships leadership team.     04:16:37

21   The partnership team is probably the people who

22   have the -- the -- the closest understanding of --

23   of that.  I've spoken to -- to several of those in

24   preparation for this, and none of them represented

25   to me that -- that revenue was -- was a driver in      04:16:56

HIGHLY CONFIDENTIAL

```
 1    the decision-making.                                    04:17:00

 2         Q.   And who did you speak to about that?

 3         A.   I spoke to Ime Archibong, I spoke to

 4    Eddie O'Neil, and I spoke to Francisco Varela.

 5              (Exhibit 401 was marked for                   04:17:15

 6    identification by the court reporter and is

 7    attached hereto.)

 8              MR. LOESER:  Okay.  We're going to

 9    introduce an exhibit, which is -- this is -- it'll

10    come up in a second, Mr. Cross.  This is an email     04:17:31

11    from you to Jackie Chang and Brian Hurren dated

12    October 30th, 2013, cc to Ime Archibong.  Subject

13    line on the email is "PS12n divide and conquer."

14              Do you see this email, Mr. Cross?

15              THE DEPONENT:  I do.                          04:17:54

16         Q.   (By Mr. Loeser)  This is an email that

17    you offered; is that right?

18              MR. SCHWING:  I'm sorry, Derek.  Just

19    really quickly so we can be on the same page and I

20    can quickly get to documents too.                      04:17:59

21              Was that -- was there like a tab number

22    associated with that with the documents that you

23    sent over?  I'm wondering if -- I would just like

24    to be able to -- rather than have you launch into

25    it, have some access to look at the document, so --    04:18:12
```

Page 541

HIGHLY CONFIDENTIAL

```
 1              MR. LOESER:  It will be Exhibit 401.          04:18:15

 2        Q.   (By Mr. Loeser)  Do you see the exhibit

 3   numbers in the Exhibit Share?

 4              MR. LOESER:  Or, Mr. Schwing, you can

 5   also just look at the Bates number and match it to     04:18:38

 6   what you receive.

 7              MR. SCHWING:  Okay.  Go ahead.  I got it.

 8   I just had a little technical difficulty there, but

 9   go ahead.  Thank you.

10        Q.   (By Mr. Loeser)  Mr. Cross, do you see       04:18:51

11   the email?

12        A.   I do see the email.

13        Q.   And the date is October 30th, 2013,

14   right?

15        A.   Yup.                                          04:19:00

16        Q.   And the email has an attachment.  It says

17   "PS12n private platform Ops & Partnership Work

18   Streams.key"; is that right?

19        A.   That's right.

20        Q.   And that's an attachment that you            04:19:11

21   prepared, correct?

22        A.   I -- that's likely.

23        Q.   And one of the recipients is Brian

24   Hurren.  Who is Brian Hurren?

25        A.   Brian Hurren was a partner manager on the    04:19:24
```

Page 542

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | platform partnerships team. | 04:19:27 |
| 2 | MR. LOESER:  And we can go to the next | |
| 3 | exhibit, which is the attached slide deck. | |
| 4 | (Exhibit 402 was marked for | |
| 5 | identification by the court reporter and is | 04:19:36 |
| 6 | attached hereto.) | |
| 7 | Q.  (By Mr. Loeser)  And while we're waiting | |
| 8 | for that, Mr. Cross, what was your job at Facebook | |
| 9 | in October 2013? | |
| 10 | A.  I was a partner manager on the platform | 04:19:59 |
| 11 | partnerships team. | |
| 12 | Q.  And how many partner managers were there | |
| 13 | at the time? | |
| 14 | A.  On the platform partnerships team or at | |
| 15 | the company? | 04:20:11 |
| 16 | Q.  On the platform partnerships team. | |
| 17 | A.  I'm not sure of the exact number, but it | |
| 18 | was less than -- less than ten. | |
| 19 | Q.  And we're looking now at Exhibit 402, | |
| 20 | which is the slide deck that you prepared with the | 04:20:26 |
| 21 | title "PS12n:  Partnerships & Operations, Managing | |
| 22 | the Private Platform." | |
| 23 | Do you see that? | |
| 24 | A.  I see. | |
| 25 | Q.  So that the record is clear, what is | 04:20:39 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    PS12n?                                              04:20:41

2        A.   PS12n refers to platform simplification,

3    which is another code name for the set of proposed

4    changes that ultimately resulted in the launch of

5    Graph API v2 in April 2014.                         04:20:54

6        Q.   And how is it that you came to prepare

7    this PowerPoint?

8        A.   I don't recall exactly what -- how I came

9    to prepare this -- this PowerPoint.  But at the

10   time, my understanding is that there were a set of  04:21:13

11   changes being proposed to the Facebook developer

12   platform, and the partnerships team were trying to

13   understand what the impact would mean for

14   Facebook's -- the -- the developers that the

15   partnership team worked with.                       04:21:37

16       Q.   And why is it that you were tasked with

17   preparing this PowerPoint?

18            Do you recall?

19       A.   I don't recall why I was -- why I was

20   tasked with it, but -- but at time I recall our --  04:21:46

21   our -- most of the team was engaged in some way

22   and -- in trying to understand the impact on the

23   developer ecosystem and the -- the partners that

24   were managed by the team.

25       Q.   And what is Facebook's private platform?   04:22:00

Veritext Legal Solutions
866 299-5127

```
1          A.   So, again, I -- I think the -- well -- I        04:22:09

2     think the best way to answer that is my experience

3     in a personal capacity.  What I'm referring to here

4     is the set of APIs, permissions, and so on that

5     were not available to regular developers and were    04:22:23

6     available to developers through whitelists.

7          Q.   Okay.  You can go to slide 2.

8               Are you looking at -- I'll just represent

9     to you this is the second slide.  There's no page

10    numbers on them.  But the title of the slide is      04:22:47

11    "PS12n:  Partnerships/Operations Goals."

12              Do you see that?

13         A.   I do.

14         Q.   Could you read each of the bullet points,

15    and after each one, explain what it means.           04:22:56

16         A.   I'll -- I'll do my best.  This is a slide

17    deck written kind of nearly -- nearly eight years

18    ago now.  And so I'll do my best, given the time

19    that's elapsed since.

20    ████████████████████████████████████    ████████████

      ██████████████████████████████████████████

      ████████████████████████████████████████

      ████████████████████████████████████

      ████████████████████████████████████

      ████████████████████████████████    ████████████
```

Page 545



Page 546

HIGHLY CONFIDENTIAL



Page 547

HIGHLY CONFIDENTIAL



14        Q.   And the title of this slide shows that

15   these bullets relate to the partnership operation        04:27:18

16   goals; is that right?

17        A.   The slide says "partnerships/operations

18   goals."

19        Q.   And were these, in fact, Facebook's goals

20   at the time?                                              04:27:29

21        A.   Again, I don't think it's fair to

22   represent these as Facebook's goals.  This is a

23   skeletal draft slide deck written by one person

24   in -- in kind of mid-2013, so I don't think this

25   was -- this is officially Facebook's goals.             04:27:49

Page 548

HIGHLY CONFIDENTIAL

```
 1              So no, I don't think it's right to make        04:27:52

 2   that representation.

 3        Q.   Well, were these the goals that were --

 4   that were implemented and that Facebook sought to

 5   achieve through the transition to the new platform?     04:28:01

 6              MR. SCHWING:  Object to form.

 7              THE DEPONENT:  Again, no, I don't

 8   think -- I don't think it's right to say that these

 9   are Facebook's goals.  These are the goals that I,

10   as the author of this document, was proposing or        04:28:12

11   asserting that would be attempted, but I don't

12   think that's right to say that these are Facebook's

13   goals for the overall program.

14        Q.   (By Mr. Loeser)  Well, you were there

15   through the whole process -- right? -- the              04:28:28

16   transition?

17        A.   I was there through -- I was working on

18   this from -- from mid-2013 to kind of mid-2015.

19        Q.   Okay.  So through the transition, right?

20        A.   Yeah, through -- through most of the          04:28:43

21   transition, yes.

22        Q.   Okay.  So were these the goals you had in

23   mind for that transition and that Facebook

24   implemented?

25              MR. SCHWING:  That's compound.               04:28:53
```

Veritext Legal Solutions
866 299-5127

1           THE DEPONENT:  So, again, I don't -- I      04:28:54

2     don't think it's -- I mean, there are a number of

3     goals that Facebook has -- was attempting to --

4     attempting to achieve with this transition.  These

5     four bullets suggest a proposed subset as -- as I,     04:29:07

6     as a person on the partnerships team, understood

7     them in -- in kind of mid to late 2013.

8           So I don't -- I don't think it's right to

9     say that these are -- these are the goals of the

10    overall program.                                      04:29:21

11    Q.   (By Mr. Loeser)  Were any of these goals

12    abandoned through the transition?

13    ██    ████████████████████████████

██ ████████████████████████████████████

██ █████████████████████  ██████████████  █████████

██ ████████████████████████████████

██ ████████████████████████████

18    Q.   Okay.  We can go to the next slide.

19          You see that the title of this slide is

20    "PS12n Ops/Partnerships Workstreams"?                 04:29:56

21          Do you see that?

22    A.   I do.

23    Q.   And so you helped come up with the

24    workstreams that would be necessary to implement

25    the transition to the new version of social Graph?   04:30:12

                                                    Page 550

1      A.   So, again, this slide deck represents a          04:30:18

2   set of potential proposed things that needed to be

3   done, but the -- I don't think this is

4   representative of what ultimately was -- was done

5   or enacted.  So this is a -- my understanding as a     04:30:32

6   partnerships person at a point in time in mid -- in

7   mid-2013 in trying to understand the changes and

8   how to articulate them.

9      Q.   Okay.  You see on the far right, there's

10   a reference to the "public platform"?                 04:30:47

11          Do you see that?

12      A.   I do.

13      Q.   And below that there's a reference to the

14   "private platform"; is that right?

15      A.   I see that, yup.                               04:30:57

16      Q.   And so at this time in 2013, was there a

17   public platform and a private platform?

18      A.   In 2013 -- I don't think it's right to

19   categorize these like as completely separate

20   things.  There was no separate public platform and    04:31:13

21   completely separate private platform.  What I'm --

22   again, remembering my authoring of this deck eight

23   years ago, is trying to frame that there was the

24   public platform, certainly, which was what regular

25   developers had access to, and -- and then there        04:31:30

Page 551

HIGHLY CONFIDENTIAL

```
 1    were a set of APIs, permissions, and modifications         04:31:33

 2    to that public platform that were available or --

 3    or -- or enacted through a set of whitelists, and

 4    that's what I'm referring to by -- by the phrase

 5    "private platform."                                         04:31:51

 6           There were not distinct like things.  One

 7    was really a modifier of the other.

 8       Q.   So if you go to the far left, the first

 9    box, it says "public," and then in the box Login,

10    Open Graph, Dialog, Payments, Canvas, non-app              04:32:07

11    friends -- I missed one, plug-ins -- friend data,

12    newsfeed, et cetera.

13           Do you see that?

14       A.   I do see that.

15       Q.   And what are each of those things?                04:32:18

16       A.   I -- I'll do my best to enumerate.

17       Q.   I'm sorry.  Just generally, are those

18    permissions?  APIs?  Descriptions of APIs?  What --

19    what are they generally?

20       A.    It refers to, actually, a pretty wide            04:32:35

21    gamut of different things.  Login is the Facebook

22    login dialogue.  Open Graph is the ability for

23    developers to read and write structured actions

24    to -- to Facebook.  Dialogs is a suite of -- a set

25    of dialogs, user -- user-facing dialogs for a range       04:32:53
```

Page 552

HIGHLY CONFIDENTIAL

```
 1    of purposes like sharing.  Payments refers to the      04:32:59

 2    ability of developers to -- to take payments from

 3    users inside apps.  Canvas refers to the ability to

 4    render an app inside Facebook on dub-dub-dub.

 5    Plug-ins refers to the ability to embed various        04:33:11

 6    social plug-ins, of which were there several, on

 7    your website.  Non-app friends refers to things

 8    like the full friend list.  Friend data is

 9    referring -- again, my personal recollection --

10    referring to the friend permissions.  And then        04:33:25

11    newsfeed referring to the -- to the newsfeed API

12    and so on.

13           So it's actually quite a wide range of

14    things that -- that -- that I was reflecting there

15    as part of the, quote, public platform.               04:33:37

16       Q.   And so just help me if I understand this

17    slide correctly.  All the things you just listed

18    were available on the public platform at the time

19    that you created this slide; is that right?

20       A.   My understanding is that at the time I         04:33:51

21    created this slide in kind of mid-2013, that was a

22    list of things that would be reasonably considered

23    to be part of the public developer platform, the

24    standard Facebook public developer platform.

25       Q.   And your arrow that says 1a, 1b directs        04:34:04
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    all of those things down to the private platform in      04:34:09

2    the list that says No. 2 there.

3              Do you see that?

4         A.   I do see that.

5         Q.   And so was the idea that all of those          04:34:17

6    abilities and -- and I don't want to use the wrong

7    word, because there's a variety of different ways

8    to describe those things -- but some are

9    permissions, some are capabilities, some are tools.

10   All of those things will not be available publicly        04:34:30

11   anymore but will instead be available privately; is

12   that right?

13             MR. SCHWING:  Object to form.

14             THE DEPONENT:  Sorry again.  Trying to

15   explain this is --                                        04:34:42

16             Yes, my understanding in -- again, on a

17   personal level, writing this deck and remembering

18   what I knew in -- in mid-2013, a lot changed

19   between then and the launch of the ultimate set of

20   changes.                                                  04:34:56

21             Is the -- that yes, there were some

22   things that were going to be -- my understanding at

23   the time was that there was some subset of those

24   things which would no longer be publicly available;

25   i.e., available to -- to regular developers.              04:35:09
```

Page 554

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  Okay.  And two of those      04:35:13

 2   things in particular here on this list are non-app

 3   friends and friend data, right?  Those were being

 4   transitioned from being publicly available to being

 5   available on the private platform, right?             04:35:25

 6        A.   Again, my understanding at the time is

 7   that these things would be no longer publicly

 8   available to regular developers eventually but that

 9   there would be some use cases that would continue

10   to -- to need them and that those would be made       04:35:44

11   available via -- via certain whitelists.

12        Q.   So with regard to non-app friends and

13   friend data in particular, those -- let's talk

14   about friend data first.  Permissions relating to

15   friend data weren't going eliminated altogether,      04:36:07

16   right?  Instead they were going to be made

17   available on the private platform?

18             MR. SCHWING:  Object to form.

19             THE DEPONENT:  So, again, my

20   understanding writing this slide deck in -- in kind   04:36:18

21   of mid to late 2013 is that these things were

22   being -- were being deprecated from the -- the

23   public surface area, and the -- I -- I was, again,

24   as the author of this deck, trying to imagine a

25   world where there would be some apps that would       04:36:36
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | continue to have access to this information after | 04:36:40 |
| 2 | it had been publicly deprecated. | |
| 3 | Q.   (By Mr. Loeser)  And in -- this slide has | |
| 4 | the title "Workstreams," right? | |
| 5 | A.   This article contains the word | 04:36:55 |
| 6 | "Workstreams," yeah. | |
| 7 | Q.   Okay.  And so you're diagramming the | |
| 8 | workstreams here, and you have 1a, 1b, 2, 3, and 4? | |
| 9 | Those are the workstreams? | |
| 10 | MR. SCHWING:  Object to form. | 04:37:07 |
| 11 | THE DEPONENT:  Well, I -- I'm not | |
| 12 | entirely sure what they're referring to.  Like, | |
| 13 | yes, those probably refer to a set of | |
| 14 | proposed/potential workstreams. | |
| 15 | But, again, this is -- this is a skeleton | 04:37:20 |
| 16 | deck that -- that -- that's is missing a lot of -- | |
| 17 | a lot of content and I don't think represents what | |
| 18 | ultimately was done. | |
| 19 | Q.   (By Mr. Loeser)  So I know there's a lot | |
| 20 | of information on this deck, but is there anything | 04:37:35 |
| 21 | in particular that you see that was not done? | |
| 22 | A.   Well, I don't think we had the | |
| 23 | workstreams that -- that this deck suggests might | |
| 24 | exist.  I don't think any of that was -- was set | |
| 25 | up. | 04:37:53 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1            And I think there's -- exactly how          04:37:54

 2    these -- exactly how the changes to the platform

 3    were enacted, I don't think this is necessarily

 4    representative of what ultimately happened.

 5       Q.   With regard to non-app friends and friend  04:38:08

 6    data, does this accurately reflect what happened?

 7            MR. SCHWING:  Object to form.

 8            THE DEPONENT:  So it -- it's -- it's hard

 9    to say this accurately represents what happened,

10    because, you know, there's so much nuance and      04:38:25

11    detail.

12            But at a high level, there were, you

13    know, apps that continued to have access to some

14    friends data after the -- the public deprecation

15    of -- of those permissions.                        04:38:47

16       Q.   (By Mr. Loeser)  Okay.  We can go to the

17    next slide.

18            Do you see the title of this slide is

19    "Workstream 1a-Simon"?  Does that refer to you?

20       A.   That would refer to me.  But as I          04:39:02

21    mentioned in -- in the previous -- when we

22    reviewing the previous slide, I don't think this

23    represents in any case what -- what happened.

24       Q.   Well, let's go through and figure out

25    what did and what didn't.                          04:39:18
```

Page 557

HIGHLY CONFIDENTIAL

```
 1              Were you involved in preapproving apps        04:39:20

 2   for the new PS12n capabilities?

 3        A.   I was involved later as a product manager

 4   on -- on the platform team trying to determine

 5   what capabilities and -- and what lists needed to     04:39:32

 6   as exist to support the needs of the partnerships

 7   team.

 8        Q.   Do you see the goal that's written on

 9   this slide for your workstream?

10        A.   Well, again, I want to be -- I want to be    04:39:51

11   clear.  This is a proposed workstream.  I don't

12   want to say that this is workstream that I assumed

13   ownership of and enacted upon.  This is, again --

14   if you scroll through the rest of the deck, it's

15   broadly empty.                                         04:40:03

16              So I think it's just worth noting for the

17   record that this is a skeleton deck, not a final

18   deck in any form.

19        Q.   Can you read the goal that you have for

20   the workstream that you anticipated at this time.      04:40:13

21
```

Page 558

HIGHLY CONFIDENTIAL



Page 559



1

2

3

4

5

6

7

8

9

10        But like I don't think it's appropriate          04:42:38

11   to say that all strategic use cases, however that's

12   defined, were -- were exempt.

13        Q.   Well, did Facebook exempt some strategic

14   use cases from PS12n impact?

15        A.   Well, again, like there's no formal        04:42:58

16   definition of -- of "strategic" as -- as we've

17   discussed.  But there were apps and integrations

18   who -- who -- where their functionality continued

19   after the public deprecation of -- of certain

20   permissions and APIs.                                04:43:16

21        Q.   Okay.  Let's look at the method you

22   describe here.

23

24

25

Page 560

HIGHLY CONFIDENTIAL



Page 561

HIGHLY CONFIDENTIAL



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 563

HIGHLY CONFIDENTIAL



Page 564

HIGHLY CONFIDENTIAL



Page 565

HIGHLY CONFIDENTIAL



Page 566

HIGHLY CONFIDENTIAL

1   ███   ██████████████████████   █████

██   ███████████████████████

██   ████████████████████████████

██   ████████████████████████████

██   ████████                      █████

6            I think it's important these -- these

7    words and phrases were used relatively

8    interchangeably, so like there is a -- a specific

9    definition for -- for "integration partners" that

10   covers some of the integrations and apps that were          04:51:20

11   built or managed by the mobile partnerships team

12   and the platform partnerships team, but the other

13   categories, you know, could be at times

14   characterized as integrations or partners.

15        Q.   Well, let me try and understand.              04:51:40

16            The way that Facebook was using

17   "integration partner" and the way you've used it --

18   I just want make sure your testimony is clear.

19            There's four categories here.  And does

20   the phrase "integration partner," as Facebook has            04:51:54

21   used that phrase in this case, cover all four of

22   those categories?

23            MR. SCHWING:  Objection.  Object to form.

24            THE DEPONENT:  It -- it doesn't -- the

25   phrase "integration partner" doesn't directly map            04:52:07

Page 567

1    to these four categories.                                    04:52:10



Page 568

HIGHLY CONFIDENTIAL

```
 1    ███  ████  ████████████████████     ██████

 █    ███████████████████████

 █      ██  ██████████████████

 █      ██  ████  ██████████████████████

 █         ████████████████████████     ██████

 █    ████████████████████

 █      ██  ████████████████████████

 █    ██████████████████████████████

 █    █████████████
```

10          MR. LOESER:  Mr. Cross, would this be a          04:54:08

11    good time for a break, or you want to continue?

12          THE WITNESS:  Yeah, now's a great time

13    for a break.

14          MR. LOESER:  Why don't we take a

15    ten-minute break.                                      04:54:14

16          THE VIDEOGRAPHER:  Okay.  We're off the

17    record.  It's 5:12 p.m.

18          (Recess taken.)

19          THE VIDEOGRAPHER:  We're back on the

20    record.  It's 5:25 p.m.                                05:07:21

21          THE DEPONENT:  I'm just going to shut the

22    door to my office because my kids are about to

23    arrive home so it'll get noisy.  So my apologies.

24          MR. LOESER:  No problem.

25          THE DEPONENT:  Thank you.  Sorry.               05:07:44

                                                    Page 569
```

HIGHLY CONFIDENTIAL

1      Q.  (By Mr. Loeser)  Okay.  We can go to the      05:07:45

2  next page of this slide deck.  I just have a few

3  more questions.



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 571

HIGHLY CONFIDENTIAL



Page 572

HIGHLY CONFIDENTIAL



1                                                                    05:11:45

2          So like -- it's hard to say that -- that

3   that's -- that's what happened.  So yeah, hard to

4   say that happened.

5          Q.   Do you see the "Why?" on -- on this            05:12:02

6   slide?

7          A.   Yeah, the "Why" on this slide, yes.

8          Q.   Okay.  Could you read the "Why."

9

Page 573

HIGHLY CONFIDENTIAL

1      ███████████████████████████      ████████

       █      ████      ███████████████████

       █      ██████████████

4          A.    So that can mean a range of things,

5      depending on -- on the API, depending on the          05:13:26

6      permission, depending on the whitelist.  For

7      example, there were APIs -- like one example might

8      be off.login, which was made available to external

9      developers under a whitelist.  And the way that

10     that was implemented by the developer was important   05:13:52

11     to be done correctly, and you would want to ensure

12     that people who had that capability would be

13     implementing it correctly and that -- that

14     implementation would remain correct over time.

15         Q.    So one data was -- one of the types of      05:14:19

16     sensitive data that Facebook removed from the

17     public platform and made available to certain apps

18     and partners on the private platform, right?

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  So there were a range of       05:14:39

21     permissions and APIs that were previously available

22     to any developer that became only available to

23     whitelisted developers after API v2 launch.

24         Q.    (By Mr. Loeser)  I appreciate that, but

25     that's not the question I asked, so I'll -- I'll       05:14:57

Page 574

```
 1    read you the question again, and if you could just        05:14:59

 2    try to answer the question.

 3          A.   My apologies.

 4               MR. SCHWING:  Argumentative.

 5          Q.   (By Mr. Loeser)  So I'll read it again.         05:15:07

 6               "Friend data was one of the types of

 7    sensitive data that Facebook removed from the

 8    public platform and made available to certain apps

 9    and partners on the private platform."

10               MR. SCHWING:  Object to form.                   05:15:18

11               THE DEPONENT:  So, again, the -- the --

12    one -- some of the information that was made

13    available via private APIs was access to the friend

14    permissions and the newsfeed APIs.  I -- so those

15    were made available via the private API surface       05:15:36

16    area.

17          Q.   (By Mr. Loeser)  And when Facebook did

18    that, which it did for strategic use cases, these

19    apps and partners were granted access to sensitive

20    data and features, right?                             05:15:48

21               MR. SCHWING:  Object to form.

22               THE DEPONENT:  I think the definition

23    of -- of "sensitive" is somewhat subjective.  And

24    there's a range -- what we're talking about here is

25    a set of private capabilities, APIs and platforms     05:16:02
```

Page 575

```
 1    that go way beyond just friend data.  There's all        05:16:05

 2    kinds of APIs and -- and things that were -- that

 3    are being referred to here.

 4            So like I think there's a wide range of

 5    things that were considered as this part of the          05:16:22

 6    slide.

 7       Q.   (By Mr. Loeser)  Okay.  I'm asking

 8    specifically about friend data.  So can you answer

 9    the question specifically with regard to friend

10    data?                                                    05:16:32

11            MR. SCHWING:  Vague.

12            THE DEPONENT:  So, yeah, I'm -- I'm

13    trying to do my best and answer the -- answer the

14    question as best I can, right.

15    ████  ████████████  ███████████        ████████

      ████████████████████████████████

      █████████████████

      █████████████████████████

      ████████████████████████

      ███████████████████████████████  ████████

      ██████████████████████

      ████  █████████████████████████

      ██████████████  █████████████████████

      ████████████████████████

      █████████████████████████  ██████  ████████
```

Page 576

HIGHLY CONFIDENTIAL



22        Q.   Does Facebook consider friend data

23    sensitive?

24              MR. SCHWING:   Object to form.

25              THE DEPONENT:   I think Facebook considers        05:18:16

Page 577

HIGHLY CONFIDENTIAL

```
 1    any data important to govern properly.  And so like        05:18:20

 2    even -- I don't think it's right to just

 3    characterize friend data as -- as sensitive.  I

 4    think Facebook takes privacy of information very

 5    seriously and does a -- a number of things to              05:18:37

 6    ensure that data is being properly used.

 7         Q.   (By Mr. Loeser)  Mr. Cross, I appreciate

 8    that.  I asked you a very specific question.  So

 9    I'll ask it again.  If you could answer yes or no

10    or let me know if it's not possible to answer yes         05:18:52

11    or no, I'd appreciate it.

12              Does Facebook consider friend data

13    sensitive?

14         A.   I don't think I can answer that on behalf

15    of Facebook, because I don't know how to answer          05:19:05

16    "does Facebook think."  I can answer from -- you

17    know, from a personal capacity, but it's hard to --

18    to determine whether or not Facebook thinks --

19    would concern it as -- as quite sensitive.

20              Again, I think the definition of                05:19:21

21    "sensitive" is -- is somewhat subjective.

22         Q.   Is there any definition of "sensitive"

23    Facebook uses that does not include friend data?

24         A.   I don't think Facebook has a formal

25    definition of "sensitive," right?  This is why I'm        05:19:38
```

Page 578

HIGHLY CONFIDENTIAL

```
 1    trying to give you the best answer I can.              05:19:41

 2              So I -- I certainly think user data is

 3    considered sensitive.

 4         Q.   All user data is considered sensitive?

 5         A.   User data is important to manage            05:19:57

 6    appropriately and is therefore -- like could be

 7    considered -- could be considered sensitive.

 8              But, again, I don't have a formal

 9    definition of "sensitive."  I don't think there is

10    a formal definition of "sensitive" that the company  05:20:10

11    uses.

12              MR. LOESER:  Can we go to the next

13    exhibit.

14              Oh, actually, before we do that, can we

15    go back to the last page of the last exhibit.        05:20:42

16
```

Page 579

HIGHLY CONFIDENTIAL



17   Q.   Was there a system used by Facebook to

18   enable proper auditing for the future?

19   A.   I think it depends on what the definition

20   of "proper auditing" is, so that -- that's --      05:23:01

21   that's a subjective definition.

22        Today Facebook has a -- a rigorous

23   process for tracking decisions around how

24   whitelisting issues were made.

25   Q.   And Facebook did not have that system at      05:23:18

Page 580

HIGHLY CONFIDENTIAL

```
 1    the time of the transition to Graph --              05:23:21

 2        A.   The system that exists today did not

 3    exist in -- in 2013.

 4        Q.   And did Facebook have some other rigorous

 5    system previously?                                   05:23:31

 6             MR. SCHWING:  Objection.  Vague.

 7             THE DEPONENT:  Yeah -- we -- there's --

 8    there's a tool for managing -- for managing

 9    whitelists and who -- who has access to what.

10             There was no centralized process to track   05:23:43

11    how or why a given app was accessed -- was added to

12    a whitelist.

13        Q.   (By Mr. Loeser)  Okay.  We can go to the

14    next document.

15             You should see in a moment an email from    05:24:03

16    you to Gareth Morris and to yourself dated

17    May 1st, 2014.  Subject "message summary."

18             (Exhibit 403 was marked for

19    identification by the court reporter and is

20    attached hereto.)                                    05:24:15

21             THE DEPONENT:  I see, yeah.

22        Q.   (By Mr. Loeser)  And it appears that this

23    email captures a chat between you and Mr. Morris;

24    is that right?

25        A.   Yes, I think this represents a chat         05:24:30
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    thread.                                              05:24:33

2         Q.   Who is Gareth Morris?

3         A.   Gareth Morris is a partner engineer at

4    Meta.

5         Q.   And by sending this message to yourself,   05:24:45

6    was that a way of keeping a record of this chat?

7         A.   I'm not -- sorry.  I don't think I sent

8    this to myself.  The way this is represented is

9    likely an artifact of Facebook's retention systems.

10        Q.   Okay.  And May 1st, 2014, the date of      05:25:04

11   this -- this chat, that was after the public

12   announcement at the new platform at the 2014 F8; is

13   that right?

14        A.   Yes.  The -- the changes were announced

15   on April 30th, 2014, so this would have been after   05:25:27

16   that.

17        Q.   So at this point the public announcement

18   had been made and process of transitioning

19   deprecated permissions from the public to the

20   private platform was underway, right?               05:25:38

21        A.   At this point, yes, the migration from

22   API v1 to v2 for public developers had begun, yes.

23        Q.   And looking through this chat, it appears

24   that it's in chronological order, so we can stop at

25   the top and you can read through it.                 05:25:58
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



1

13          Did I read that correctly?

14     A.   You read that correctly.

15     Q.   So at this point in time, Facebook had          05:26:43

16   made the decision to whitelist certain apps that

17   have meaningful experiences; is that right?

18          MR. SCHWING:  Objection.  Vague.

19          THE DEPONENT:  I don't think it's right

20   to say that Facebook had decided to whitelist          05:27:01

21   certain applications.  So -- so no, I don't think

22   that's like -- it's right to say that Facebook had

23   made that decision.

24     Q.   (By Mr. Loeser)  Would -- but that

25   Facebook's plan generally though, right?               05:27:11

Page 583

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  Objection.  Vague.           05:27:14

2              THE DEPONENT:  Again, I don't think -- I

3    don't think it's right to say that's Facebook plan

4    generally.  My -- speaking from my involvement at

5    the time, there were discussions about what --      05:27:27

6    which -- which apps should or should not be

7    whitelisted for -- for different things, and there

8    was an active discussion about what would be done,

9    so I don't think any -- many decisions had been

10   made.                                               05:27:45

11   ███   ████████   ████   ████████
███  ███████████████████████
███  ████████████████
███       ██████████████████
███   ████  ████████████████          ████████
███   ████  ██████  ████████████████████
███   ████  ████████████████████
███  █████████████████████████
███       ████████████████████████
███  ████████████          ████████
███       ███████████████████████
███  ████████
███       █████████████████
███  ███████████

25             Q.   So it sounds like at the time you    05:28:33

                                             Page 584
```

HIGHLY CONFIDENTIAL

```
 1    believed there were -- there were whitelists that          05:28:34

 2    were in place or going to be in place, right?

 3         A.   At the time --

 4              MR. SCHWING:  Objection.

 5              THE DEPONENT:  -- again, using --               05:28:41

 6              MR. SCHWING:  Sorry, Mr. Cross.  I

 7    just -- give me one second to object.  I know it's

 8    a -- it's a -- challenging to do.

 9              Objection.  Vague.

10              Go ahead.                                       05:28:50

11              THE DEPONENT:  Again, going back to my

12    personal recollection at the time is that it was

13    thought that there would be whitelists for various

14    things or it was possible to make whitelists for

15    various things -- by "these things" referring to          05:29:05

16    the set of changes in API version 1 to version 2.

17              So my -- my recollection, again, eight

18    years ago is that -- there was -- there was either

19    some whitelist in place or discussion about whether

20    or not additional whitelists should be in place.          05:29:27

21
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



16    Q.    And it was your practice when

17    communicating with your colleagues to provide them

18    with truthful and accurate information?

19            MR. SCHWING:  Objection.  Vague.

20            THE DEPONENT:  I do my best normally        05:30:41

21    to -- to communicate my understanding of things

22    accurately, yes.

23

Page 586

HIGHLY CONFIDENTIAL



11    A.   I'm not confirming anything here in -- in

12    the sense that it's a formal or final answer.  I'm

13    representing my understanding of the -- the

14    position at the time.

Page 587

HIGHLY CONFIDENTIAL

1     ▉     ███████████████     ████

▉ ███████████████████

▉ ██████████████

▉ ███████████████████

▉ ██████     ████

6        Q.   And the partnership team and the platform

7   leadership teams were acting on behalf of Facebook;

8   is that right?

9          MR. SCHWING:  Objection.  Vague.

10          THE DEPONENT:  These are people employed     05:32:46

11   by Facebook for sure.  But like -- it's hard to --

12   to -- to say that "we" means Facebook in a -- in a

13   holistic sense.

14        Q.   (By Mr. Loeser)  All right.  And if you

15   go down the chat, Mr. Morris then writes "Okay.     05:33:15

16   I'll meet with them next week as they're working

17   with some of our game developers, though I'm not

18   sure exactly what services they are providing."

19         Did I read that correctly?

20        A.   You read that correctly.     05:33:25

21        Q.   And what did you say in your next chat?

22     ▉     █████████████████

▉     ██████████

24        Q.   Okay.  And your next chat, what is --

25   what did you say in your next chat?     05:33:42

Page 588

HIGHLY CONFIDENTIAL



Page 589

HIGHLY CONFIDENTIAL



19      Q.   And what is your next text?

Page 590

HIGHLY CONFIDENTIAL

1 ████  ████████████████████████      ████████

██ ███████████████████████████████████

██ ██████████████████████████

4        Q.    And why would you feel pissed if you

5   found out a friend of yours was using their product        05:36:31

6   which was mining all of your data?

7        A.    So at a personal capacity, remembering as

8   the -- as the author of this, I think I'm

9   reflecting the concerns that we've talked about

10  previously and discussed where users might be        05:36:47

11  unaware that their information was being shared

12  with third parties and used in ways they may not

13  have expected.

14        Q.    Is it fair to say that being pissed is a

15  reasonable reaction to fining out a friend of yours        05:37:05

16  was using your product which was mining all of your

17  data?

18            MR. SCHWING:   Objection.   Vague.   Scope.

19            THE DEPONENT:   I think you're asking me

20  to kind of review a -- a relatively informal chat        05:37:15

21  thread from -- from eight years ago.   I think it's

22  a -- a phrase that I might have used in -- in

23  passing.

24        Q.    (By Mr. Loeser)   And do you believe that

25  your reaction was a reasonable one?        05:37:31

Page 591

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Objection.  Vague, and it's      05:37:36

 2    outside of the scope of the deposition topics.

 3              You can answer.

 4              THE DEPONENT:  So yeah.  I mean, you're

 5    asking me a really -- a personal question here.  I      05:37:45

 6    think it's -- it's reasonable to be concerned, as

 7    evidenced by the changes made to the platform,

 8    that apps might be using information from mine --

 9    to mine data.

10       Q.   (By Mr. Loeser)  We can put that exhibit        05:38:12

11    aside.

12              I'm going to read a statement to you.  If

13    you can tell me what Facebook means by this

14    statement.

15              And I'll to read it slowly so that            05:38:38

16    Rebecca doesn't get mad.

17              "If an application asks permission from

18    someone else to access your information, the

19    application will be allowed to use that information

20    only in connection with the person that gave the       05:38:52

21    permission and no one else."

22       A.   Sorry.  Can you repeat that again.  It

23    would helpful to -- do you have it written,

24    could -- could present?  I want to make sure I'm

25    fully understanding it.                                 05:39:12
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1          Q.   I'll read it again.  I don't have it          05:39:13

 2    written.  And this relates to friend sharing, which

 3    is why -- which is why I'm an asking.

 4              "If an application asks permission from

 5    someone else to access your information, the          05:39:23

 6    application will be allowed to use that information

 7    only in connection with the person that gave the

 8    permission and no one else."

 9              MR. SCHWING:  Mr. Loeser, is there -- you

10    read it.  I'm confused a little bit what you're --    05:39:39

11    is there a question associated with it?  I don't

12    understand.

13              MR. LOESER:  Yes.  I would like to

14    understand what Facebook means by that statement.

15              MR. SCHWING:  Is there a document that --   05:39:54

16    I'm sorry.  I just want to make sure.  Is there a

17    document that this is in that you could help the

18    witness with?  He's asked to see what it is.

19              MR. LOESER:  Yeah, I can write it down on

20    a piece of paper and we can put it up as an           05:40:03

21    exhibit.  It'll take a couple minutes, but -- this

22    is just my effort to understand how friend sharing

23    worked at Facebook.

24              So we can -- we can come back to that.

25    And -- we'll write it down on a piece of paper and    05:40:16
```

Page 593

HIGHLY CONFIDENTIAL

```
 1    put it up as an exhibit.  That's probably an          05:40:20

 2    effective way to do it.

 3              MR. SCHWING:  Okay.  If you're -- and

 4    let's -- I don't want to take long on this, but if

 5    you're representing Facebook said something in a      05:40:27

 6    document, to be able to give the document, I think,

 7    is the appropriate way to approach the issue.

 8              But if you want to move on to the next

 9    topic, that's fine.

10              MR. LOESER:  Yeah.  We'll come back once     05:40:38

11    we create an exhibit.

12              MR. SCHWING:  Just to be clear, I will

13    ask that -- at that time that you actually give

14    the -- the document as opposed to excerpting it.

15         Q.   (By Mr. Loeser)  Okay.  We're going to      05:40:54

16    screen share this sentence, and if you could tell

17    me what this means as Facebook's corporate

18    designee, I'd appreciate it.

19         A.   It's hard --

20              MR. SCHWING:  I'm sorry.  Let me state an    05:41:09

21    objection.

22              I object to taking snippets of

23    unidentified documents and -- and putting them

24    before the witness and asking the witness to

25    explain what Facebook means by something that's       05:41:19
```

Page 594

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | excerpted.  You should have the entirety of the | 05:41:22 |
| 2 | document. | |
| 3 | THE DEPONENT:  Yeah.  It's hard for me to | |
| 4 | answer this -- this question, again, accurately | |
| 5 | without understanding where this came from and -- | 05:41:33 |
| 6 | and the context behind it.  There's not enough here | |
| 7 | for me to give a reasonable answer, I think. | |
| 8 | Q.   (By Mr. Loeser)  Can you read the | |
| 9 | sentence and give me your -- your understanding of | |
| 10 | what it means. | 05:41:53 |
| 11 | MR. SCHWING:  Special Master Garrie, I | |
| 12 | don't want to difficult during this deposition, but | |
| 13 | I would appreciate -- I'd like to make a motion | |
| 14 | under Rule 30 that if -- if they're asking about | |
| 15 | a -- a document and a purported Facebook document | 05:42:03 |
| 16 | that they actually use the document so that the | |
| 17 | witness can properly answer. | |
| 18 | SPECIAL MASTER GARRIE:  Yeah, I was going | |
| 19 | to rule, but the witness answered the question. | |
| 20 | Counsel Loeser, do you have the entirety | 05:42:13 |
| 21 | of the document? | |
| 22 | THE DEPONENT:  I don't, and there's no | |
| 23 | requirement for me to show this witness any | |
| 24 | documents.  I'm asking the question -- | |
| 25 | SPECIAL MASTER GARRIE:  No, no. | 05:42:25 |

Page 595

HIGHLY CONFIDENTIAL

```
  1              MR. LOESER:  I'm asking the witness about        05:42:26

  2     this document.

  3              SPECIAL MASTER GARRIE:  Just so I

  4     understand, you're asking them -- you're asking the

  5     witness what this sentence means as a                    05:42:33

  6     representative of Facebook, not in reference to a

  7     particular document Facebook has, but just

  8     generally?

  9              THE DEPONENT:  That's right.  I'm just

 10     asking what this -- if this sentence means anything      05:42:42

 11     to Facebook.

 12              MR. SCHWING:  But, Special Master Garrie,

 13     he's representing that this is a statement by

 14     Facebook, and it's snippeted out from something.

 15     We have no idea what it is.                              05:42:51

 16              SPECIAL MASTER GARRIE:  Well, Counsel

 17     Loeser --

 18              MR. SCHWING:  If we could talk about it

 19     off the record, that would be wonderful.

 20              SPECIAL MASTER GARRIE:  Yeah, can we --         05:42:56

 21     well, on the record, let me just get clarification.

 22              Counsel Loeser, is this, you're

 23     representing, a statement from Facebook?

 24              MR. LOESER:  This is a statement that

 25     Facebook has made, yes.                                 05:43:08
```

                                                Page 596

HIGHLY CONFIDENTIAL

```
 1            SPECIAL MASTER GARRIE:  Do you have any      05:43:12

 2    further context as to who, what, when, or where?

 3            MR. LOESER:  I do --

 4            SPECIAL MASTER GARRIE:  Or do you not --

 5            MR. LOESER:  Yeah, we can introduce it.      05:43:22

 6    I'm surprised the witness isn't familiar with this

 7    statement, but we can introduce the statement.

 8    There's no requirement for us to --

 9            SPECIAL MASTER GARRIE:  I'm not saying

10    there is -- there is --                             05:43:35

11            MR. LOESER:  Fine.  That's fine.  We're

12    happy to introduce the statement, but I want to

13    understand about this statement is what it means to

14    Facebook.  So we'll introduce the statement --

15            SPECIAL MASTER GARRIE:  Right, so --         05:43:44

16            MR. LOESER:  -- the policy.

17            SPECIAL MASTER GARRIE:  So if you -- if

18    you want to know what the statement means in

19    general from what Facebook says, that's different

20    than saying this is a statement Facebook has made,  05:43:53

21    what does it mean to Facebook.

22            So I'm just trying to understand which of

23    the two courses you're going down.

24            MR. LOESER:  I started on the first

25    course and I'm happy to stay there.  This is a      05:44:05
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | statement, what does it mean to you.  If it means | 05:44:06 |
| 2 | nothing to him, then he can say that. | |
| 3 | SPECIAL MASTER GARRIE:  Yeah, got it. | |
| 4 | That's all I needed to know. | |
| 5 | So, Counsel Schwing, I appreciate your | 05:44:12 |
| 6 | position, but I don't think it's an issue, so he's | |
| 7 | simply as Facebook's 30(b)(6) representative, what | |
| 8 | does this statement mean. | |
| 9 | MR. SCHWING:  Okay.  And just -- I | |
| 10 | appreciate that, Special Master.  For the record, I | 05:44:24 |
| 11 | think it's difficult, if not impossible, without | |
| 12 | any context with respect to what the document is or | |
| 13 | the time frame or anything like that to pluck out | |
| 14 | the statement and have him ask, answer on behalf of | |
| 15 | the company about what this means.  There's just | 05:44:41 |
| 16 | not enough context. | |
| 17 | I would appreciate it if the document | |
| 18 | would be -- would be put up, since counsel | |
| 19 | has indicated that they have the document. | |
| 20 | MR. LOESER:  Yeah.  You know, we can cut | 05:44:53 |
| 21 | this short.  We can just introduce -- it's already | |
| 22 | an exhibit, so we can just refer to the exhibit. | |
| 23 | We can focus on this. | |
| 24 | And, again, the purpose of my asking | |
| 25 | Mr. Cross this is -- | 05:45:00 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1            SPECIAL MASTER GARRIE:  I understand.          05:45:01

2            MR. LOESER:  Yeah.

3            SPECIAL MASTER GARRIE:  Yeah, I get it,

4     Counsel Loeser.  So, I mean, if you want to do that

5     for Facebook, you're under no obligation to do          05:45:07

6     such, but if you want to produce it, that would be

7     probably be effective in aiding in the testimony

8     you're trying to obtain.  But you're under no

9     obligation to do such.  So...

10            MR. LOESER:  We're going to go ahead and        05:45:22

11     introduce it, just because I think it satisfies

12     Mr. Schwing's concern.

13            MR. SCHWING:  I would appreciate that,

14     Mr. Loeser.  Thank you.

15            MR. LOESER:  This is Exhibit 400.               05:45:34

16            This is the data use policy.

17            Yeah, and the reason why we didn't send

18     this over to Mr. Cross is we didn't actually intend

19     to introduce the exhibit.  But to satisfy counsel's

20     concerns about the context of this statement, we're    05:45:54

21     introducing the data use policy.

22        Q.   (By Mr. Loeser)  And my question is

23     really very specific.  It's not about what anyone

24     else might think this means; it's specifically what

25     Facebook thinks this means.  I'm asking the            05:46:09
```

Page 599

HIGHLY CONFIDENTIAL

```
 1    question so that I can understand how Facebook        05:46:12

 2    believes friend sharing works.

 3            So if we can -- we'll try and find the

 4    statement.

 5            MR. SCHWING:  While you're scrolling for       05:46:27

 6    that, I object to using documents that were not

 7    provided to us in advance as required under our

 8    protocol.

 9            And the policies are outside of the scope

10    of -- of Mr. Cross's deposition topics.                05:46:35

11      Q.   (By Mr. Loeser)  Okay.  So, Mr. Cross,

12    the data use policy is in front of you.

13            And do you see the statement "If an

14    application asks permission from someone else to

15    access your information, the application will be        05:46:54

16    allowed to use that information only in connection

17    with the person that gave the permission and no one

18    else"?

19            Do you see that statement?

20      A.   I do see that statement.                        05:47:04

21      Q.   What does that statement mean?

22            MR. SCHWING:  Outside the scope of the

23    deposition.

24            THE DEPONENT:  So, yeah, I'm not an

25    expert in interpreting Facebook's platform policies     05:47:12
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    or data use policies.  I think there are other          05:47:15

2    people that your -- that are testifying who are

3    better placed to interpret that.

4          I can give you a personal interpretation

5    or my personal understanding of that, but I think        05:47:30

6    there are -- there are other people who -- who are

7    more knowledgeable about this subject than me that

8    would give you a more accurate answer.

9       Q.   (By Mr. Loeser)  Okay.  And I'm really

10   trying to understand it from the technology             05:47:42

11   standpoint, which is why I'm asking you.

12         So why don't you go ahead and give me

13   whatever explanation for this statement that you

14   can.

15         MR. SCHWING:  Object to the scope.              05:47:52

16         Go ahead if you can answer in your

17   personal capacity.

18         THE DEPONENT:  Yeah, I'll answer in my

19   personal capacity and my understanding having --

20   having worked on this area but not being an expert      05:48:02

21   in interpreting or enforcing Facebook's policies in

22   this matter.

23   ████████████████████████████████

██   ████████████████████████████████████

██   ██████████████████████████████       ████████
```

HIGHLY CONFIDENTIAL



 9       Q.    (By Mr. Loeser)   Thank you.

10             Okay.   We can move on.                          05:48:57

11             MR. LOESER:   Tab 53.

12             (Exhibit 404 was marked for

13      identification by the court reporter and is

14      attached hereto.)

15       Q.    (By Mr. Loeser)   You're going to see in a      05:49:33

16      moment an email from KP to several people,

17      including Marne Levine and Ime Archibong, and the

18      date of the email is December 18th, 2018, and the

19      subject is "private API review."

20             There's an attachment to this email,           05:49:52

21      "private_API_review_vF_pptx;

22      private_API_review_vF.pdf."

23             Do you see that?

24       A.    I see that, yeah.

25       Q.    And this is Exhibit 404.                        05:50:07

                                                    Page 602

HIGHLY CONFIDENTIAL

```
 1          A.   Can you -- I have it here.  Do you mind        05:50:14

 2     giving me just a few minutes to familiarize myself

 3     with it?

 4          Q.   Yeah.

 5               And while you're familiarizing yourself,       05:50:41

 6     Mr. Cross, you should also --

 7               MR. LOESER:  Is there a way to put up the

 8     PDF as well?

 9               We're going to post the attachment.  You

10     can just go ahead and look at both of those things.      05:50:49

11     That would be useful.

12               THE DEPONENT:  Great.  Thank you.

13               I don't have the PDF in Veritext just

14     yet.

15          Q.   (By Mr. Loeser)  It's on its way.              05:51:31

16          A.   Cool.  Thank you.

17               I have it now.  Thank you.  I'm just

18     reviewing it now.

19               Cool.  I've reviewed both of those

20     before.  Thank you.                                      05:52:40

21          Q.   Okay.  So --

22          A.   I appreciate you guys giving me the time

23     to read these things.

24          Q.   Yes, of course.

25               Looking back at the email itself, KP           05:52:48
```

                                                   Page 603

HIGHLY CONFIDENTIAL



Page 604

HIGHLY CONFIDENTIAL



1

25      Q.    Okay.  And can you what the problem was          05:55:50

Page 605

HIGHLY CONFIDENTIAL

1    here?                                                    05:55:52

2            MR. SCHWING:  I will caution the witness

3    not to reveal anything that may be attorney-client

4    privilege.

5            But if you can answer without revealing          05:55:59

6    that, please do.

7



                                                    Page 606



Page 607

HIGHLY CONFIDENTIAL



Page 608

HIGHLY CONFIDENTIAL



22          Again, I -- I'd be speculating, and KP is

23     the source of truth.

24

Page 609

HIGHLY CONFIDENTIAL

1    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓

2    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3              Did I read that correctly?

4         A.   You read that correctly, yeah.

5         Q.   And did that happen?                    06:01:19

6         A.   I -- I don't know whether or not that

7    happened.  I'm -- I'm not familiar with the precise

8    things that were -- were done as part of this

9    project, so I can't comment as to whether or not

10   that -- that happened.                            06:01:37

11        Q.    And did the private APIs being accessed

12   include APIs that emitted friend data?

13        A.    Yes.  My understanding is that this

14   effort looked at all private APIs and capabilities

15   that existed at the time.                         06:01:57

16        Q.    And so in 2018, those private apps and

17   capabilities including those that emitted friend

18   data?

19        A.    Well, at this point, the -- the friend

20   permissions had been fully removed from the code   06:02:21

21   base, and there's a number of -- this covers every

22   API and private API or whitelists or permission

23   that was gated behind a capability.

24              I can't say for certain what that full

25   set of things would have included.                06:02:38

                                                    Page 610

HIGHLY CONFIDENTIAL



1

06:03:41

Page 611

1    ██████████                                    06:03:59

2         Q.   (By Mr. Loeser)  And was KP considered a

3    knowledgeable person about these topics at

4    Facebook?

5              MR. SCHWING:  The question is vague.      06:04:08

6    Calls for speculation.

7              THE DEPONENT:  Yeah.  I mean, hard --

8    hard -- hard to answer that question.  Yeah, I

9    don't know how KP was perceived by -- by various

10   people at the company.  He was certainly          06:04:19

11   knowledgeable as a platform partnerships person.

12        Q.   (By Mr. Loeser)  And fair to say that

13   Facebook believed that he had an adequate

14   understanding of what a sensitive private API was?

15             MR. SCHWING:  Outside of the scope.       06:04:34

16   Object to the form.

17             THE DEPONENT:  Yeah, hard for me to

18   answer on behalf of Facebook and what -- what

19   Facebook as -- as an entity thinks.

20             I can give you my -- my view.  But -- but  06:04:45

21   I don't feel I can answer that on behalf of the

22   company as such.

23             I think he was knowledgeable about --

24   about the Facebook developer platform and which

25   APIs existed and what -- what they were being used  06:05:00

                                              Page 612

HIGHLY CONFIDENTIAL

```
 1    by -- how they were being used by developers.        06:05:07

 2         Q.   (By Mr. Loeser)  Who at Facebook can

 3    answer the question in the way that -- that would

 4    describe Facebook's corporate understanding of what

 5    is a sensitive private API?                           06:05:21

 6              MR. SCHWING:  Object to the scope.  Calls

 7    for speculation.

 8              THE DEPONENT:  I mean, it -- I think,

 9    again, "sensitive" is -- is a subjective

10    definition.  "Private API," I think we've covered.    06:05:36

11    "Sensitive" is subjective.

12              I would think that maybe the legal policy

13    teams would be well placed to opine on that.

14              But, again, "sensitive" is not -- is a

15    subjective term.                                      06:05:56

16         Q.   (By Mr. Loeser)  So who in the policy

17    team could opine on -- on what Facebook means by

18    "sensitive private API"?

19              MR. SCHWING:  Outside the scope.  Calls

20    for speculation.                                      06:06:09

21              THE DEPONENT:  Yeah, I -- I don't know

22    who at the company would like names of -- of people

23    that -- that would be able to give you an

24    authoritative answer.  Again, you're asking a very

25    broad question.                                       06:06:22
```

Page 613

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  And do APIs that emit        06:06:24

 2    friend data emit PII data?

 3              MR. SCHWING:  Object -- sorry.

 4              Objection.  Vague.  Outside the scope.

 5              THE DEPONENT:  Can you help me understand     06:06:40

 6    what -- what you mean by PII data?

 7        Q.   (By Mr. Loeser)  Well, what does it mean

 8    here on this -- on this communication?

 9              MR. SCHWING:  Calls for speculation.

10    Outside the scope.                                     06:06:51

11              THE DEPONENT:  Yeah, I -- yeah, I can't

12    give you an authoritative answer to that.  I have

13    my own understanding, but KP is the -- is the

14    author of the email, and he's -- he's the one

15    making these statements.                               06:07:07

16        Q.   (By Mr. Loeser)  Do you know what "PII"

17    stands for?

18        A.   My understanding in this context is "PII"

19    stands for personally identifiable information.

20        Q.   And does friend data provide personally       06:07:18

21    identifiable information?

22              MR. SCHWING:  Objection.  Vague.  Calls

23    for a legal conclusion.

24              THE DEPONENT:  Yeah, it's -- I'm not --

25    I'm not able to make a formal determination of what    06:07:30
```

Veritext Legal Solutions
866 299-5127

```
 1    PII includes or counts as PII.                    06:07:33

 2        Q.   (By Mr. Loeser)  So you're saying -- your

 3    testimony under oath today is you cannot testify as

 4    to whether friend data includes PII?

 5        A.   By giving you -- again, I'm trying to do  06:07:48

 6    my best here and give you an accurate -- an

 7    accurate and complete answer.

 8             The definition of "PII" is -- is not

 9    defined, and so it's hard to give -- me to give you

10    a complete -- complete answer.  Right?            06:08:00

11             So I -- I just -- I'm not sure I can

12    answer that question in a way that's like -- fully

13    accurate.  I could, you know, speculate and give

14    you my personal take, but you're asking me to

15    testify as to what Facebook considers PII, which is 06:08:14

16    a -- a thing I'm -- I don't believe I'm well placed

17    to give.

18        Q.   Well, Mr. Cross, what do you believe PII

19    is?

20        A.   I think there's a range of definitions    06:08:28

21    of -- of PII.  One definition would be somebody's

22    name and maybe their profile picture.  You could

23    argue that that is personally identifiable.  There

24    are cases where it's not personally identifiable.

25    So hence -- hence the challenge giving a complete   06:08:50
```

Page 615

HIGHLY CONFIDENTIAL

```
 1    answer there.                                    06:08:55

 2        Q.   Okay.

 3             MR. LOESER:  Why don't we go to the

 4    PowerPoint itself.  It's Exhibit 405.

 5             (Exhibit 405 was marked for             06:09:10

 6    identification by the court reporter and is

 7    attached hereto.)

 8        Q.   (By Mr. Loeser)  Again, Mr. Cross, you've

 9    had a chance to review this PowerPoint previously,

10    right?                                           06:09:23

11        A.   I have, yes.

12        Q.   And did you also read it to prepare for

13    your testimony today?

14        A.    It was -- yes, it was supplied as one of

15    the documents I -- I think you were potentially    06:09:32

16    going to show me, so I -- I reviewed it in

17    preparation for today, yes.

18    ████    █████████████████████████

██    ████████████████████

██    ████    ████████████              █████████

██    ████    █████████████████

██    █████

██         █████████  ████████  ██████

██         ██████████  ████████████████

██    ███████████████████████              █████████
```

Page 616

HIGHLY CONFIDENTIAL



Page 617

HIGHLY CONFIDENTIAL



```
 1

 
 
 
 
 
 
 
 
 
 
 
 
14        Q.    (By Mr. Loeser)  Can we go to --

15             MR. SCHWING:  Mr. Loeser, just -- just          06:12:36

16   quickly.  We've been going for about an hour.  I'm

17   not saying we need to take a break right now, but

18   at a convenient time in the next few minutes, if we

19   could take a break, that would be great.

20             MR. LOESER:  Sure.  I'd like to get            06:12:48

21   through this deck, and I'll try and do it quickly,

22   but if it's taking too long, we'll stop before we

23   get to the end.

24             THE DEPONENT:  Thank you.

25             MR. SCHWING:  Thank you.                       06:12:56
```

                                                    Page 618

1      Q.    (By Mr. Loeser)  If you go to the next          06:12:57

2   slide.

3            Do you see that "What is the problem?"

4      A.    I see that, yeah.



16           Q.    And what is "a private API application

17   pair"?

18      A.    So I actually would be speculating if I

19   knew precisely.  I think I know what -- what this

20   refers to.  I would have used a different term.          06:14:05

21           So private API is a -- is an ambiguous

22   term, and so I think he may have used a -- he may

23   be referring to a different technical term.  So I

24   would actually be speculating if I -- if I

25   confirmed that -- understanding -- if I confirmed.       06:14:27

1          My understanding, speaking -- you know,          06:14:30

2     trying to do my best here and trying to give you

3     the best answer I can -- is that -- I understand

4     him to be referring to capability app pairs.  So

5     that -- that -- that's my understanding of what     06:14:44

6     he'd be referring to.

7          But private APIs is a little bit

8     ambiguous in this context.

9     Q.    Okay.  And then the key issues that he

10    identified, those appear to be the same, more or    06:15:00

11    less, as the problems he identified in the cover

12    email; is that right?

13    A.    This maps pretty closely to what he

14    identified in the email, yes.

15    Q.    Okay.  So we go to thing next slide.          06:15:15

16          "

Page 620

HIGHLY CONFIDENTIAL



17      Q.   And -- and what events prompted that

18   audit?

19          MR. SCHWING:   Object to the scope.

20   Outside the scope.                              06:16:52

21          THE DEPONENT:   I'm -- I'm not sure,

22   again, exactly what prompted that.   So probably a

23   number of factors that went into the -- the

24   decision-making that I, you know, have not fully --

25   I'm not fully aware of.   So I can't answer fully as   06:17:09

Page 621

1    to what that was -- what drove that                    06:17:16

2    decision-making.

3            But, again, what I can share from my

4    personal perspective is this is after the

5    Cambridge Analytica story broke, and -- and I          06:17:28

6    would -- my understanding is that was one of the

7    drivers for improving development practices around

8    APIs.

9



Page 622



Page 623

HIGHLY CONFIDENTIAL



Page 624

HIGHLY CONFIDENTIAL



Page 625

HIGHLY CONFIDENTIAL

1    ████████████████████████████    ██████████

     ██████████████████████████

     ████████████████████████████████████

     ████████████████████████████████

     ████████████████████████████████████    ██████████

     ████████████████████████████████████

     ██████████████████████

8        Q.   (By Mr. Loeser)   And you gave one example

9    of an app API pair that is questionable.   Can you

10   think of other examples?                              06:23:28

11       A.   Give me a second to make sure I can think

12   of some.

13            So yeah.   Another example might be where

14   an application has the ability to call a certain

15   API or access certain information where the -- the    06:24:03

16   way in which that information is being used to

17   enhance the user experience is unclear or not

18   known.

19       Q.   Would a misuse of user data by the app

20   also be considered the result of a questionable      06:24:26

21   private API app pair?

22            MR. SCHWING:   The question is vague.

23   Outside the scope.

24            THE DEPONENT:   Again, hard to give a

25   detail.   I can't give a representative company       06:24:40

                                                Page 626

HIGHLY CONFIDENTIAL

```
 1    answer there.                                          06:24:42

 2          My -- my understanding is that, yes,

 3    questionable means would -- would mean, to me, this

 4    is worth investigating as to why this app has this

 5    capability to make sure we are confident that the     06:24:56

 6    app should indeed have access to this capability.

 7       Q.   (By Mr. Loeser)  Okay.  You can go to the

 8    slide, and then we're just about finished with this

 9    document.  Appreciate your patience.

10       A.   Thank you.                                     06:25:10

11
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 628



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 630

HIGHLY CONFIDENTIAL



Page 631

HIGHLY CONFIDENTIAL

1 ███████████████████████████████████   ████████

2 ▮ ██████████████████████████  ███████████

3 ▮ ██████████████████████████████

4        Q.   (By Mr. Loeser)  Who at Facebook could

5 tell me whether there's a subset of partners called          06:31:46

6 "strategic partners" at Facebook?

7              MR. SCHWING:  Outside the scope.  Calls

8 for speculation.

9              If you know, you can go ahead and answer.

10             THE DEPONENT:  So the platform                   06:32:05

11 partnerships team would probably be able to provide

12 some additional context there.  As I -- as I have

13 said before, I don't think there's a standard

14 definition for "strategic partner," and I think if

15 there is, those definitions will change depending       06:32:18

16 on -- on the division of Facebook that you're

17 talking to and -- and different definitions over

18 time.

19             So I'm not aware of a standard definition

20 of what "strategic partners" means.                     06:32:32

21        Q.   (By Mr. Loeser)  Last question.  And if

22 you go back to the second page of the deck where we

23 referred to the number of private API application

24 pairs.

25             Are all of those pairs reflected on a         06:32:42

                                        Page 632

HIGHLY CONFIDENTIAL

1   whitelist?                     06:32:49

2      A.   I'm sorry.  Can you help me understand

3   the question?  I think I know what you're asking,

4   but it's a little imprecise.

5        Are they reflected on a whitelist?     06:33:05

6      Q.   Yeah.  Are these all whitelisted

7   partners, basically?  Is that how they -- that's

8   how you're able to identify that these private API

9   application pairs are what you would refer to as

10   capability pairs, are those reflected on -- on    06:33:17

11   whitelists?  These are whitelisted partners?

12      A.   So my understanding -- so first of all,

13   I'm not entirely sure what KP is referring to.  As

14   I've -- as I've mentioned earlier, his definition

15   of "private API" is a little ambiguous to me.  So   06:33:35

16   I -- I don't think I can give you a fully

17   authoritative answer.

18        But, again, in personal capacity, my

19   understanding is yes, he's referring to -- I think

20   he's referring to capabilities as -- and       06:33:50

21   specifically capability app pairs, and my

22   understanding of that is the two have access to a

23   capability.  An app is whitelisted for it or is on

24   a whitelist.

25        MR. LOESER:  Thank you.          06:34:07

HIGHLY CONFIDENTIAL

```
 1              Let's go off the record.                06:34:08

 2              Mr. Schwing, I asked that last question

 3     because you've made a lot of scope objections.  I

 4     just want to make it clear to you that I'm asking

 5     these questions because this is a -- relates to      06:34:21

 6     whitelisting, and so I want to make sure the record

 7     was clear on that.  I hope that satisfies that,

 8     sir.

 9              THE VIDEOGRAPHER:  Okay.  It's 6:52 p.m.

10              (Recess taken.)                            06:34:33

11              THE VIDEOGRAPHER:  We're back on the

12     record.  It's 7:57 p.m.

13              (Exhibit 406 was marked for

14     identification by the court reporter and is

15     attached hereto.)                                   07:39:23

16              MR. LOESER:  Let me introduce another

17     exhibit.  Momentarily, Mr. Cross, you'll see an

18     email from Rob Boyle to Eddie O'Neil, Shirley Sun,

19     and Drew Lackman dated March 27th, 2019.  Subject:

20     "Escalation deck Rev" with an attachment of a slide  07:39:41

21     deck.

22        Q.   (By Mr. Loeser)  And, Mr. Cross, who is

23     Rob Boyle?

24              MR. SCHWING:  I'm sorry, Derek.  Just to

25     be helpful.  This is Exhibit 406 for the record,     07:40:12
```

HIGHLY CONFIDENTIAL

```
 1    right?                                               07:40:12

 2             MR. LOESER:  Yes.  Yes, thank you for

 3    that.  Exhibit 406.

 4             I have not been reading the Bates numbers

 5    because -- frankly, it's just time, but the Bates    07:40:18

 6    numbers associated with the exhibit.

 7             THE DEPONENT:  I'm -- I'm not sure who

 8    Rob Boyle is, I'm afraid.

 9        Q.  (By Mr. Loeser)  Okay.  Do you know who

10    Shirley Sun is?                                       07:40:39

11        A.  No, I'm not sure who Shirley Sun is

12    either.

13        Q.  How about Drew Lackman?

14        A.  I'm not sure who Drew -- Drew Lackman is

15    either.                                               07:40:52

16        Q.  And what about WS3.h?  Do you know what

17    that is?

18        A.  I don't know what W3.h -- WS3.h is

19    either, I'm afraid, no.

20        Q.  Do you know what the escalation referred    07:41:07

21    to concerns?

22        A.  I -- I don't, I'm afraid.

23             (Exhibit 407 was marked for

24    identification by the court reporter and is

25    attached hereto.)                                     07:41:18
```

Page 635

HIGHLY CONFIDENTIAL

```
 1        Q.    (By Mr. Loeser)  Why don't we go to the        07:41:18

 2   deck itself, which is attached.

 3             And while we're loading up the next

 4   exhibit, 407, Mr. Cross, I take it you reviewed

 5   that email and the attached deck in advance of your      07:41:33

 6   testimony today?

 7        A.    I did -- I did review these documents.

 8   You sent over a lot of documents.  I did my best,

 9   but there was quite a lot to get through.

10        Q.    Oh, I understand.                              07:41:48

11             Did you make any effort to contact

12   Mr. Boyle, Ms. Sun, or Mr. Lackman?

13        A.    I did not make efforts to contact them.

14        Q.    How about Eddie O'Neil?

15        A.    I did not make efforts to contact           07:42:03

16   Eddie O'Neil after receiving these documents.

17        Q.    And I'll try and -- I don't have a lot of

18   questions about this deck, but I have a few.

19             So if you look at the first slide, it

20   says "WS3.j escalation process proposal               07:42:15

21   March 2019."

22             Did I read that correctly?

23        A.    You read that correctly.  Do you mind if

24   you -- do you mind if I just take a --

25        Q.    Yeah, yeah.                                   07:42:26
```

Page 636

```
1         A.    -- couple minutes to scan through the      07:42:27

2    deck?

3              MR. LOESER:  Let me tell you -- please

4    review the deck, but let me tell you that

5    particular pages that I'm -- I'm not going to ask   07:42:39

6    you a lot about it, but I'm going to ask you about

7    slide 5, slide 6, slide 14, 17, and 18.

8              THE DEPONENT:  Okay.  I've had a quick

9    scan through.

10        Q.    (By Mr. Loeser)  Okay.  Thank you.       07:43:55

11             Let's look at slide 5, which I think will

12   help you understand the context of this deck.

13             And I'll read the header on the slide.

14   ███████████████████████████████

     ███████████████  ███████████████████  ██████████

     ███████

         ██████████████

       ████  ████

       ███  ██████████████

       ████  █████████████████████  ██████████

       ████  ████  ███████████████

     ██████████████████████████

     ██████████████████████████████

     ████████████████████████████

     █████████████████████████              ██████████
```

HIGHLY CONFIDENTIAL



 12     Q.   And why was that process implemented?

 13          MR. SCHWING:  Outside the scope.

 14          THE DEPONENT:  I -- I'm not sure the full

 15   details of -- of why that process was implemented.          07:45:31

 16   I can talk from my -- my personal understanding,

 17   but I'm not aware of the full set of reasons why --

 18   why that was implemented.

 19     Q.   (By Mr. Loeser)  What are the reasons

 20   that Facebook had for implementing that process?          07:45:48

 21   Any of the reasons?

 22          MR. SCHWING:  Same objection.

 23          Go ahead.

 24          THE DEPONENT:  So, again, so some of the

 25   reasons I understand that -- that this was          07:45:59

                                              Page 638

```
1    introduced was to ensure that appropriate gating        07:46:01

2    mechanisms were being used, that the implementation

3    of the APIs was using Facebook's modern coding

4    standards, and that there were policies and

5    procedures documented about the purpose of the API      07:46:24

6    and who it was made available to.

7         Q.   (By Mr. Loeser)  And was there a

8    particular event that prompted Facebook to

9    undertake these efforts?

10             MR. SCHWING:  Outside the scope.              07:46:42

11             THE DEPONENT:  Sorry, Austin.  Say again.

12             MR. SCHWING:  I said outside of the

13   scope.

14             But -- if you know in your personal

15   capacity, go ahead.                                     07:46:50

16             THE WITNESS:  Yeah, I'm not sure I can

17   give -- a companywide answer there.  My

18   understanding is that this happened after the

19   Cambridge Analytica situation broke and that was

20   one of the driving reasons.                             07:47:03

21        Q.   (By Mr. Loeser)  And if you go to slide

22   ██  ████████████████████████████████████████████
   ██  ████████████████████████████████
   ██     ███████████████████████
   ██     ██  ████████████                    █████████
```

HIGHLY CONFIDENTIAL



13      Q.   And what does Facebook mean by "high risk

14   but high value"?

15          MR. SCHWING:   Object to the extent it's        07:48:02

16   outside the scope of topics 6 and 7.

17          THE DEPONENT:   I'm -- I'm not confident

18   in -- in -- I don't think I can answer on behalf of

19   the company there.   I wasn't involved in this -- in

20   this process, so -- and I haven't seen the -- the     07:48:13

21   documentation or the -- the -- what was used to --

22   to make that determination.   So I'm not sure I can

23   answer that, I'm afraid.

24      Q.   (By Mr. Loeser)  Were there APIs and

25   platform products that emitted friend data that        07:48:30

Page 640

HIGHLY CONFIDENTIAL

1    were considered high risk and high value?                07:48:34

2        A.   As I said, I'm not entirely -- I'm not

3    confident in which APIs specifically were

4    categorized in each -- in each of these buckets.

5    So I couldn't give you an answer, I'm afraid.            07:48:48

6        Q.   So who would at Facebook would know if

7    there are APIs that emit friend data that are

8    considered high risk and high value?

9            MR. SCHWING:  Object to form.

10           THE DEPONENT:  Sorry.  The -- the             07:49:02

11   question there -- the question you asked you had a

12   tense in it that was present, whereas we're

13   reviewing a deck here from the past.  So sorry.

14           Is your question about today or about

15   the -- the process being described in this            07:49:16

16   document?

17       Q.   (By Mr. Loeser)  Well, let's start with

18   the process described in this document.

19       A.   I would need to understand who was

20   involved in creating this -- this process and then   07:49:33

21   speak to them as to like -- how this determination

22   was made.

23       Q.   And how would you find out who was

24   involved in creating this process?

25       A.   I would attempt to ping the -- the -- the   07:49:50



1    people who -- for whom -- who created this deck and        07:49:58

2    then go from there.

3         Q.   We can go to slide 17.

4              Let's go back to the slide right before

5    that, slide 16.  407.                                       07:50:25

Page 642



Page 643

HIGHLY CONFIDENTIAL

```
 1   ████████████████████████████       ██████████

 ▌   ████████████████████████████████

 ▌   █████████████████████████████████

 ▌   █████████████████

 5            MR. SCHWING:  Object to form.  Outside      07:52:59

 6   the scope.

 7            THE DEPONENT:  Sorry.  I think this --

 8   this slide suggests an estimate of things which

 9   might be escalated, but I'm not sure that is

10   reflective of ultimately what was done or the       07:53:13

11   proportions that were escalated, retained, or

12   deprecated.

13       Q.   (By Mr. Loeser)  And how would you find

14   the answer to what was actually done?

15       A.   I would try and determine who was          07:53:26

16   involved in this effort and -- and ask them some

17   more detailed questions.

18       Q.   And you would do that by pinging the

19   author of this deck to start?

20            MR. SCHWING:  Outside the scope.            07:53:41

21            THE DEPONENT:  So my starting -- my

22   starting point in trying to determine that would be

23   to -- to -- to find the author of this deck and

24   attempt to ask them questions about what was done.

25       Q.   (By Mr. Loeser)  Okay.  Let's go back to    07:53:55
```

Page 644

HIGHLY CONFIDENTIAL

```
 1    slide 17.                                          07:53:57

 2          Sorry.

 3          And this is the slide that has the header

 4    "Directors make the final decision to retain or

 5    escalate and summarize the justification," correct?  07:54:12

 6          A.   I see that, yeah.

 7          Q.   And do you see the bullets on the right

 8    side?

 9          A.   I do.

10          Q.   The first bullet is "Each product will be  07:54:20

11    rolled up its closest director," right?

12          A.   Yup, I see that.

13          Q.   And the next bullet says "We will ask

14    them to make a final decision on which products

15    they want to justify retaining and to complete a    07:54:33

16    one-slide template for each explaining why its

17    value is worth the risk it creates."

18          Did I read that correctly?

19          A.   You read that correctly.

20    ███      █████    ████████████████████            ████████
██    ███████████████████████████████████
██    ████████████████████████████████
██            ███████████████████████
██      ███   ██████████████████
██      ███   ████████████████████          ████████
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 646

HIGHLY CONFIDENTIAL



Page 647

HIGHLY CONFIDENTIAL



Page 648



Page 649

HIGHLY CONFIDENTIAL



Page 650

HIGHLY CONFIDENTIAL



Page 651

HIGHLY CONFIDENTIAL



Veritext Legal Solutions
866 299-5127



11          MR. SCHWING:  Calls for speculation.

12     Outside the scope.

13          THE DEPONENT:  I'm not sure what was

14     expected to be put in this slide.  It wouldn't be

15     related to -- to a specific app, no.                    08:03:54

16     Q.   (By Mr. Loeser)  What would it be related

17     to?

18          MR. SCHWING:  Same objections.

19          THE DEPONENT:  Again, I don't know what

20     it would be related to.  There's no detail here of     08:04:03

21     exactly what is expected in terms of attribution.

22     I would expect that would differ greatly based on

23     the API being assessed.

24

Page 653

HIGHLY CONFIDENTIAL



Page 654

HIGHLY CONFIDENTIAL



Page 655



Page 656

HIGHLY CONFIDENTIAL



```
 1

 2

 3

 4

 5

 6

 7              MR. SCHWING:  Same objections.

 8              THE DEPONENT:  I -- I don't know how

 9      these decisions were -- were made.  And we're

10      looking at a sample template here that -- that may    08:08:50

11      have been filled in in a bunch of different ways.

12      So I -- I couldn't -- I don't feel I could answer

13      on how this information was used.

14          Q.   (By Mr. Loeser)  Who at Facebook would be

15      able to answer that question?                         08:09:13

16              MR. SCHWING:  Calls for speculation.

17              If you know, go ahead and answer.

18              THE DEPONENT:  Yeah, I -- I don't know

19      who at Facebook would -- would be able to answer

20      that question.                                        08:09:25

21
```

Page 657

HIGHLY CONFIDENTIAL



Page 658

HIGHLY CONFIDENTIAL

1  ▬▬▬▬▬▬▬                          ▬▬▬▬▬▬

▬  ▬▬  ▬▬▬▬▬▬  ▬▬▬  ▬▬▬▬▬▬

▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬  ▬▬▬▬▬▬▬▬▬▬

▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬  ▬▬▬▬▬

▬  ▬▬▬▬▬▬▬▬▬▬▬

7              MR. SCHWING:  Object to form.

8              THE DEPONENT:  It -- I -- I don't know

9      whether or not -- what -- what the result of this

10     process would have been and what the -- the                08:12:12

11     specifics as to what happened next likely depended

12     on a number of factors that I -- that I'd be

13     speculating about.  So it's hard -- hard to give an

14     answer.

15              I don't know exactly what happened in          08:12:26

16     these decisions and what the resulting results

17     were.

18     Q.   (By Mr. Loeser)  Who at Facebook would

19     know whether the result of this process was a

20     whitelisting decision?                                    08:12:38

21     A.   I don't know who at Facebook would --

22     would -- would know the answer to that question.

23     Q.   If you go to the next exhibit.

24              MR. LOESER:  We're going to pull up the

25     next exhibit.  Exhibit 29.                                08:13:12

                                              Page 659

HIGHLY CONFIDENTIAL

1    Q.   (By Mr. Loeser)   Mr. Cross, I'm showing        08:13:45

2    you what's been previously marked as Exhibit 29,

3    which is an email from Jackie Rooney to the

4    management team dated March 22nd, 2018.

5         Do you see that?                                08:14:03

6    A.   I see that.

7    Q.   And the "to" says "M Team."

8         Is that the management team?

9    A.   Yes, that would be Facebook's executive

10   management team.                                     08:14:11

11   ▆▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
     ▆▆  ▆▆▆▆▆▆▆▆▆▆▆
     ▆▆   ▆▆   ▆▆▆▆▆▆▆▆▆
     ▆▆   ▆▆   ▆▆▆▆▆▆▆▆▆▆▆▆
     ▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆           ▆▆▆▆▆
     ▆▆   ▆▆  ▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
     ▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
     ▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆  ▆▆
     ▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

20   Q.   Mr. Cross, take a minute and -- and          08:14:44

21   review this -- this email, if you would.

22   A.   I will do.  Thank you.

23        MR. SCHWING:  Mr. Loeser, is this a

24   document that you provided us notice with in

25   advance of this depo?                               08:15:35

                                            Page 660

1          MR. LOESER:  Yes.  We can double-check          08:15:36

2     right now.

3          THE DEPONENT:  Okay.  Yes, I have

4     reviewed the document.

5     ████    ████████    ████████████    ██████

      ████████████████████████████

      ████████

      ████    ████████████████████

      ████████████████████████████

      ████    ████████████████████    ██████

      ████████████████████

12          MR. SCHWING:  I'm going to state for the

13     record that I don't believe that this was noticed

14     as a document that we were going to be providing

15     testimony on today.                                08:16:33

16          So, Mr. Cross, it may have been provided

17     earlier.

18          I just want to make sure Mr. Cross has

19     the opportunity to -- to take a look at it.

20          MR. LOESER:  Well, yeah.  It was          08:16:47

21     provided.  I don't know if it was provided for

22     today.  There was a subset of documents --

23          MR. SCHWING:  Yeah.

24          MR. LOESER:  -- it wasn't.

25          MR. SCHWING:  I think Mr. Melamed          08:16:55

                                        Page 661

HIGHLY CONFIDENTIAL

```
 1    indicated -- and I don't want to take much time on        08:16:56

 2    this -- indicated that the only documents we needed

 3    to be ready on were the ones that he identified in

 4    his email.

 5            So, Mr. Cross, it's -- I'll allow the             08:17:03

 6    questioning on it.

 7            I just want to make sure Mr. Cross has an

 8    opportunity to review it, since it wasn't

 9    identified.

10            So, Mr. Cross, just let us know when              08:17:12

11    you're ready and we'll continue.

12            MR. LOESER:  And for the record,

13    Mr. Melamed identified the documents that were

14    subject to the notices for which he was

15    responsible.  We previously provided Mr. Cross with      08:17:20

16    a series of documents for his examination, and this

17    was included.

18            MR. SCHWING:  Okay.  Well, I don't want

19    to take up too much time here.

20            We also received notice with respect to 6        08:17:30

21    and 7.  There's no problem with asking questions

22    about it.  It's fine.  We'll just --

23            Go ahead and take your time, Mr. Cross,

24    to look at it, and then when you're ready, just let

25    us know.                                                 08:17:41
```

HIGHLY CONFIDENTIAL

1          THE DEPONENT:  Yeah.  Please -- please          08:17:48

2    ask your questions, Mr. Loeser.

3



Page 663

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to the form.        08:18:57

 2   Outside the scope.

 3              THE DEPONENT:  I couldn't comment on --

 4   I'm not sure I -- I can comment on what -- what

 5   this is referring to from a company's perspective.   08:19:07

 6   I haven't -- I haven't prepared -- it's not

 7   something I'm an expert on in terms of -- the comms

 8   work around this at the time.

 9       Q.   (By Mr. Loeser)  Well, Mr. Cross, I'm

10   asking you as Facebook's 30(b)(6) designee what      08:19:23

11   Facebook means by "mistakes" in this context.

12              Are you prepared to answer that question?

13       A.   No, I'm not sure --

14              MR. SCHWING:  Objection.

15              THE DEPONENT:  Sorry.                      08:19:34

16              MR. SCHWING:  Outside the scope of topics

17   6 and 7.

18
```

Page 664

HIGHLY CONFIDENTIAL



Page 665

HIGHLY CONFIDENTIAL



16      Q.    (By Mr. Loeser)  Mr. Cross, what is the

17    "breach of trust" referred to in this employee

18    communications sent by the management team?

19           MR. SCHWING:  Same objections.

Page 666

HIGHLY CONFIDENTIAL



4        MR. SCHWING:  Outside of the scope of the

5    witness.  Object to form.                          08:22:34

6        THE DEPONENT:  Again, this -- the framing

7    here is not something I'm an expert in, and so I

8    don't feel I can answer on behalf of the company.

24       MR. SCHWING:  Object to the scope.

25    Outside the scope.  Object to form.               08:23:34

Page 667

HIGHLY CONFIDENTIAL

```
 1            THE DEPONENT:  So, again, I don't -- I       08:23:41

 2    don't feel like -- like I don't feel this an area

 3    of expertise of mine, and therefore I -- I don't

 4    feel able to provide an answer on behalf of the

 5    company as to specifically what's meant by that --   08:23:51

 6    by that phrase.

 7        Q.   (By Mr. Loeser)  Mr. Cross, we're going

 8    to introduce as an exhibit interrogatory responses

 9    by Facebook.

10            MR. LOESER:  And for the record, this is     08:24:11

11    Defendant Facebook, Inc.'s second amended responses

12    and objections to plaintiff's fourth set of

13    interrogatories.

14            It's a long document, and I'm only going

15    to ask you questions about specific pages, so        08:24:26

16    ██████████████████████████████████████████

██   ████████████████████████████████████████████

██        ████████████████   ████████████████████

██   ██████████████████████████████

20            MR. LOESER:  Yes.  It's Exhibit 128, and     08:25:09

21    the date of the verification for the responses is

22    February 11th, 2021.  These were verified by Steven

23    Elia and also by the person we've been referring to

24    as KP.

25        Q.   (By Mr. Loeser)  Mr. Cross, your notes      08:25:33
```

                                                  Page 668

HIGHLY CONFIDENTIAL

```
 1    that you produced following the first day of your      08:25:34

 2    testimony referred to Facebook's interrogatories

 3    responses.

 4            Do you recall that?

 5        A.   I don't recall that.  Let me -- let me       08:25:52

 6    review.  Can you point to the thing that you're

 7    referencing there?

 8        Q.   In your notes?

 9        A.   Yeah.

10        Q.   I can.  I will have to take a moment to       08:26:17

11    go find the notes, but -- but I can do that as

12    well.  Bear with us.

13            While we're looking for that, have you

14    reviewed these signed interrogatories responses

15    previously, Mr. Cross?                                 08:26:46

16        A.   I have -- I have -- I have seen this

17    document before, but it's extremely long.  I've --

18    I've looked at some parts of it.  I couldn't say

19    I've read every word.

20        Q.   And did you have any role in -- in           08:26:59

21    providing these responses?

22        A.   No, I do not recall having any -- any

23    role in -- in providing these responses.

24            MR. LOESER:  We put your Exhibit 335 up.

25            THE DEPONENT:  Thank you.                      08:27:18
```

Page 669

1          MR. LOESER:  In reference to your --          08:27:18



Page 670

HIGHLY CONFIDENTIAL



1

25          Did I read that accurately?                    08:29:58

Page 671

HIGHLY CONFIDENTIAL

```
1        A.   I think you read that accurately.        08:30:00

2        Q.   Okay.  And there are --

3             MR. SCHWING:  I'm sorry, Mr. Loeser.

4    Just this is another document that wasn't

5    identified for this session.                      08:30:07

6             So, Mr. Cross, I know it's a long

7    document.  You certainly don't need to look at the

8    whole thing.  But I think it's appropriate for you

9    to take a look at it and make sure for -- you're

10   ready to testify on it.                           08:30:20

11            You know, let's not take too long, but do

12   please take a look and then can you answer

13   questions about it.

14            MR. LOESER:  Why don't we go off the

15   record for a second.                              08:30:34

16            MR. SCHWING:  Okay.

17            THE VIDEOGRAPHER:  Okay.  Off the record.

18   It's 8:48 p.m.

19            (Recess taken.)

20            THE VIDEOGRAPHER:  We're back on the      08:45:55

21   record.  It's 9:04 p.m.

22            (Discussion off the stenographic record.)

23    ██    ████████    █████    ████████

█    ██████████████████████████

█    ████████████████████    ██████
```

Page 672

HIGHLY CONFIDENTIAL



Page 673

HIGHLY CONFIDENTIAL



Page 674

HIGHLY CONFIDENTIAL



Page 675

HIGHLY CONFIDENTIAL



1

12        Q.    (By Mr. Loeser)  Let's go to the next --

13    if you go to page 65, you'll see that -- I'll start

14    at the bottom of page 64.

15

Page 676

HIGHLY CONFIDENTIAL



Page 677

HIGHLY CONFIDENTIAL



1

2    I -- I'm not sure of how -- of giving sort of an

3    answer to that question.

4        Q.   Okay.  Let's look at page 68, which has

5    Interrogatory No. 15.                          08:54:14

6            And you'll see that on page 72 -- again

7    you'll have to -- I'll represent to you that

8    despite the numbering on page 72 which says

9    Response No. 78, this is Facebook's response to

10   Interrogatory No. 15.  And I'll read the first   08:54:43

11   paragraph here and then I have a few questions to

12   ask you.

13

Page  678

HIGHLY CONFIDENTIAL



Page 679

HIGHLY CONFIDENTIAL



12      Q.   And is it your understanding that the

13   logging was somehow incomplete previously?

14           MR. SCHWING:   Objection.   Vague.

15           THE DEPONENT:   When you say "previously,"      08:58:10

16   do you mean before 2020?

17      Q.   (By Mr. Loeser)   Right.

18

Page 680

HIGHLY CONFIDENTIAL



1

25          Q.    And who would you ask to answer that                    09:00:10

Page 681

HIGHLY CONFIDENTIAL

```
1    question?                                         09:00:11

2         A.   I would attempt to speak to someone on

3    the platform engineering team to -- to determine if

4    there is -- was such a facility and if there are

5    records of when it was used.                      09:00:27

6         Q.   You used the expression "source of truth"

7    before.  Is there a person who would be the source

8    of truth for that information.

9              MR. SCHWING:  Calls for speculation.

10             THE DEPONENT:  Excuse me.               09:00:41

11             There's likely no one person that's the

12   source of truth.  There are people that have

13   knowledge of how these systems worked who might be

14   able to shed light on it.  So I think that's -- the

15   best we'd have.                                   09:01:00

16        Q.   (By Mr. Loeser)  Okay.  Now, post 2020,

17   you testified that there's a system that does track

18   the information that is emitted to APIs for third

19   parties; is that right?

20        A.   That's my understanding --             09:01:14

21             MR. SCHWING:  Hold on --

22             THE DEPONENT:  I keep doing that.  Sorry,

23   Austin.  You go.

24             MR. SCHWING:  I think it misstates his

25   testimony -- well, it may mistake his testimony.   09:01:23
```

1    If you could ask that question again just  09:01:25

2 to make sure it's clear, that would be very

3 helpful, I think.

4    MR. LOESER:  I'll just ask another

5 question.           09:01:33

6



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1

██████████████████████████████        ███████████

██        ████████  ████████

██        ████████  ██████████████

██        ████████████████████████

██        ████████████████████████        ███████████

██        ███████████████████████

██        ███████████████████████

██        ████████

9              MR. LOESER:  Flip forward many pages in

10     these interrogatories to page 355.  And you'll see        09:03:25

11     that Interrogatory No. 27 is -- asks Facebook to

12     "identify by name and time period all third parties

13     to whom Facebook granted whitelisted access, the

14     time period of the grant of whitelisted access, and

15     the third parties for which such access was        09:03:54

16     granted."

17              Do you see that?

18         A.   Yeah.  Can you just give me a few minutes

19     to read around this -- this area.

20         Q.   Sure.        09:04:03

21         A.   Okay.  Sorry.

22              Do you -- do you have a question?

23              (Discussion off the stenographic record.)

24         Q.   (By Mr. Loeser)  So I'm referring you to

25     page -- the page we're looking at, 358.  I'm going        09:05:39

HIGHLY CONFIDENTIAL

1    to read the first paragraph.  The first -- second          09:05:43

2    paragraph below response No. 87.

3    

15           Do you see that?                                    09:06:23

16      A.   I see that.

17      Q.   So Graph API version 1 was deprecated in

18   May of 2015; is that right?

19      A.   Facebook began removing access to Graph

20   AP v1 for applications beginning in April 2015, and        09:06:41

21   that process continued for -- for most applications

22   into -- into May 2015, as I -- as I understand it,

23   yes.

24      Q.   And so if an extension went past

25   December 2015, the extension must have been for            09:07:00

1    more than six months after Graph API version 1 was        09:07:03

2    implemented, right?

3        A.   Sorry.  Can you say that again.

4        Q.   Sure.

5             You just indicated that the -- the             09:07:15

6    deprecation occurred in May of 2015.  That's when

7    that process was completed.

8             This answer indicates that extensions

9    were for less than six months with one exception,

10   and I'm just trying to understand the timeline.        09:07:29

11            So if you go to December of 2015, that's

12   more than six months after May of 2015; is that

13   right?

14       A.   December is -- December 2015 is more than

15   six months after May 2015, yes.                        09:07:43

16       Q.   Okay.  So any extension that lasted past

17   December of '15 must have been more than six

18   months, right?

19       A.   I think -- I think that -- that's true,

20   yes.                                                   09:08:01

21       Q.   Let's take a look at -- if you will note

22   that starting on page 360 is the list referred to

23   in the paragraph I just read, and it's many, many

24   pages.  But I'll just have you pick any page,

25   frankly.  Let's take this page.                        09:08:19

Page 686

HIGHLY CONFIDENTIAL

```
 1              And if you look at the headers across the        09:08:21

 2    top, there's -- there's a column for "Entity."

 3              Do you see that?

 4        A.    I see that.

 5        Q.    And then "app name."                             09:08:33

 6              Do you see that?

 7        A.    I see that.

 8        Q.    And "app creation date."

 9              Do you see that?

10        A.    I see that.                                      09:08:39

11        Q.    And then "access end date."

12              Do you see that?

13        A.    I see that.

14        Q.    And then "friend permissions."

15              Do you see that?                                 09:08:48

16        A.    I see that.

17
```

Page 687

HIGHLY CONFIDENTIAL



24          MR. SCHWING:   Outside the scope.   Object

25      to form.                                        09:10:35

```
 1          THE DEPONENT:  I -- as I say, like I'm        09:10:38

 2   not an expert in -- in how this information was

 3   pulled or -- or the caveats behind it or the -- or

 4   the precise formulation of -- of the end date and

 5   how that was determined, and so I don't feel I can   09:10:52

 6   give an answer to that question, I'm afraid.
```



Page 689



Page 690

HIGHLY CONFIDENTIAL



```
13            Did I read that correctly?

14       A.   I -- you did read that correctly.

15            Can I have a few minutes to -- to        09:14:23

16   understand the context here?

17       Q.   Yes, of course.

18            MR. SCHWING:  Derek, would you remind me

19   what page you were reading from?

20            MR. LOESER:  I was reading from page 372.   09:14:36

21            MR. SCHWING:  Thank you.

22            THE DEPONENT:  Okay.  I've had a chance

23   to read now.  Thank you.

24       Q.   (By Mr. Loeser)  Okay.  Sure.

25            And so the description I just read is     09:15:46
```

Page 691

1      broken down into -- the list has several different          09:15:56



24          MR. SCHWING:  Misstates testimony.

25     Object to form.                                              09:17:13

Page 692

HIGHLY CONFIDENTIAL

```
1              THE DEPONENT:  I would term any -- any    09:17:19

2    app that was using the Facebook developer platform

3    in -- in my explanation there, the Facebook

4    developer platform refers to the APIs and services

5    that were available to third-party developers, and   09:17:34

6    so integration partners would be using the -- the

7    Facebook developer platform.

8         Q.   (By Mr. Loeser)  And do business

9    integrations use the Facebook developer platform?

10        A.   Yes, I think it would be fair to say      09:17:50

11   business integration use the Facebook developer

12   platform.

13        Q.   Do media integrations use the Facebook

14   developer platform?

15        A.   I'm not sure what's meant by "media       09:18:04

16   integrations" here, but there may have been APIs

17   made available through the Facebook developer

18   platform for -- for media organizations.

19        Q.   And do search integrations use the

20   Facebook developer platform?                         09:18:20

21        A.   Again, I -- I would term that if they're

22   using APIs that that would be a part of the

23   Facebook developer platform.

24        Q.   And do beta test APIs use the Facebook

25   developer platform?                                  09:18:41
```

Page 693

HIGHLY CONFIDENTIAL

```
 1        A.   Yes, I -- I would term, again, here that      09:18:44

 2   if -- if it's an API that's -- that's made

 3   available by the Graph API, then I would have

 4   considered that to be the Facebook developer

 5   platform.                                                09:18:57

 6        Q.   If you go the next page.

 7             Do specialized consumer experiences use

 8   the Facebook developer platform?

 9        A.   Again, here I'm -- the Facebook developer

10   platform is a -- a term that I'm using here.  I'm       09:19:12

11   not sure it's been defined anywhere -- anywhere

12   else.  So it's a term that I'm using here.

13             So this -- these, to me, would include

14   things that -- that use the Facebook developer

15   platform, yes.                                           09:19:34

16        Q.   Okay.  And -- so what is the distinction

17   from Facebook's perspective between integration

18   partners and business integrations?

19             MR. SCHWING:  Outside the scope.  Object

20   to form.                                                 09:19:51

21             THE DEPONENT:  I'm not confident in --

22   like I am not sure I can shed light on that beyond

23   what the definitions are -- are here.  Integration

24   partners are -- a defined -- defined in this

25   document and listed here, and business integrations     09:20:12
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    would be things other than those.                    09:20:18

 2         Q.   (By Mr. Loeser)  Does Facebook, the

 3    company, have a -- an understanding of the

 4    difference between integration partners and

 5    business integrations?                               09:20:30

 6              MR. SCHWING:  Outside the scope.  Object

 7    to form.

 8              THE DEPONENT:  I'm not sure I can answer

 9    that on behalf of the company beyond what's listed

10    here.  Integration partners have been -- a          09:20:45

11    well-defined -- or defined in this document, but

12    business integrations is -- is defined here with

13    some illustrative examples.

14         Q.   (By Mr. Loeser)  So the list that's

15    provided after this information about different      09:20:59

16    types of partners covers pages 377 to 460, and

17    ████████████████████████████

      ███████████████████████████████

      ████████████████████████████

      █████████████████████████████████    ███████████

      █████████████████████████████

      ████████████████████████████

      █████████████████

24              And you see if we go to page 377, at the

25    top there's a header line, and the first entry is    09:21:39
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    "name of application whitelisted for capability."        09:21:43

 2          Do you see that?

 3    A.   I see that.

 4    Q.   And there's a "capability name" column?

 5    A.   I see that.                                          09:21:52

 6    Q.   "Associated data."

 7          Do you see that?

 8    A.   I see that.

 9    Q.   And then "date access granted."

10          Do you see that?                                   09:21:59

11    A.   I see that.

12    Q.   "Date accessed revoked"?

13    A.   I see that.

14    Q.   And then it says "used since

15    October 2014."                                           09:22:06

16          Do you see that?

17    A.   I see that.

18    Q.   And the last column is "10 or fewer

19    installs."

20          Did I read that accurately?                        09:22:13

21    A.   You read that accurately.

22    Q.   So where was the information obtained

23    from to populate this list?

24          MR. SCHWING:  Object to outside the

25    scope.                                                   09:22:29
```

Page 696

1          THE DEPONENT:  I do not -- I don't know          09:22:32

2     specifically where the information -- like how --

3     how this table was populated, but what -- what I

4     can say more generally is that because this lists

5     capabilities, then the capability tool would have          09:22:47

6     been involved in -- in pulling this data.



Page 697

HIGHLY CONFIDENTIAL



Page 698



09:25:56

11          MR. SCHWING:  Objection.  Outside the

12     scope.  Object to form.

13          THE DEPONENT:  I'm not sure what -- I'm

14     not able to comment on what was and was not

15     included to -- to produce these -- these outputs.     09:26:07

16          Q.   (By Mr. Loeser)  Okay.  So if those APIs

17     had been included, would you expect to see them

18     identified somewhere in this list?

19          MR. SCHWING:  Same objection.

20          THE DEPONENT:  This list lists            09:26:23

21     capabilities specifically, as I understand it.  And

22     so this is a list of capabilities that were deemed

23     by the authors of this document to potentially emit

24     friend data.

25          Q.   (By Mr. Loeser)  Okay.  This is a list,     09:26:47

HIGHLY CONFIDENTIAL



20          Do you see that description?                    09:27:51

21      A.   I see that description, yes.

22      Q.   And that description would apply to, for

23  example, the Groups API, right?

24          MR. SCHWING:   Outside the scope.

25          Go ahead.                                        09:28:01

Page 700



Page 701



Page 702

HIGHLY CONFIDENTIAL



Page 703



```
14        Q.    (By Mr. Loeser)  Okay.  So if the

15   plaintiffs in this case asked Facebook to provide a        09:32:27

16   list of all of the -- any other API that emitted

17   friend data that was not already covered by the

18   list we've just gone through, that is something

19   Facebook could do, right?

20              MR. SCHWING:  Outside the scope.  Object        09:32:42

21   to the form.

22              THE DEPONENT:  I'm not able to comment on

23   what -- on what Facebook can or can't do, given the

24   APIs and the -- the data retention information that

25   exists.  So it's hard for me to -- to know and        09:32:57
```

Page 704

HIGHLY CONFIDENTIAL

```
 1    answer without whether or not that would be           09:33:00

 2    possible.

 3         Q.   (By Mr. Loeser)  Mr. Cross, are all of

 4    the -- the apps identified on this list cover or

 5    covering pages 377, 460 considered strategic use      09:33:18

 6    cases?

 7              MR. SCHWING:  Outside the scope.  Object

 8    to form.

 9              THE DEPONENT:  As we've talked about

10    here, there's -- there's no standard or formal        09:33:37

11    definition for -- for what's considered a strategic

12    use case or a strategic partner.  So I -- I -- so

13    your question was -- sorry.  Ask -- I think your

14    question was is everything on this list considered

15    a strategic partner; is that --                       09:33:56

16              Sorry.  Let me say:  Can you ask your

17    question again, please?  Thanks.

18         Q.   (By Mr. Loeser)  Are all the apps

19    identified on this list considered a strategic use

20    case?                                                 09:34:09

21              MR. SCHWING:  Same objections.

22              THE DEPONENT:  So I -- there's no --

23    there's no standard or formal definition of what's

24    considered a strategic partner or a strategic use

25    case, so I couldn't comment on whether or not         09:34:25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    everything on this list is therefore considered          09:34:26

2    strategic -- a strategic -- sorry -- is therefore

3    considered a strategic use case.

4         Q.   (By Mr. Loeser)  So does Facebook have a

5    record for each one of these apps of the reasons          09:34:35

6    why the app was allowed to continue having access

7    to friend data after 2015?

8              MR. SCHWING:  Object to form.  Outside

9    the scope.

10             THE DEPONENT:  I don't know what Facebook        09:34:54

11   has about each of these applications and -- and why

12   they continue to have access.  It's possible there

13   are records for some, but I -- I don't know if

14   there's a record for every single one.

15        Q.   (By Mr. Loeser)  Okay.  We can put that         09:35:42

16   document aside.

17             (Exhibit 408 was marked for

18   identification by the court reporter and is

19   attached hereto.)

20             MR. LOESER:  So I'm showing you an              09:36:26

21   exhibit which is Exhibit 408, which a

22   December 18th, 2018 Facebook Newsroom post.

23             What is the Facebook Newsroom?

24             THE DEPONENT:  The Facebook Newsroom is

25   Facebook's corporate blog.                               09:36:44

                                          Page 706

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  And is that a place        09:36:49

 2   where Facebook employees provide information to

 3   each other about Facebook products?

 4        A.   No, I wouldn't characterize it as a -- a

 5   way of Facebook employees providing information to    09:37:03

 6   each other about Facebook's products.

 7        Q.   Okay.  What is the purpose of the

 8   Facebook Newsroom?

 9        A.   My understanding is it's a public blog

10   that Facebook publishes blog posts publicly.          09:37:15

11        Q.   And this blog post by -- by KP is

12   captioned or titled "Let's clear up a few things

13   about Facebook partners," right?

14        A.   I see that.

15        Q.   And you see it's written by KP, director    09:37:38

16   of developer platforms and programs?

17             Do you see that?

18        A.   I see that, yeah.

19        Q.   So if we go down the blog a little bit.

20             KP writes:  "Today, we're facing            09:37:48

21   questions about whether Facebook gave large tech

22   companies access to people's information and, if

23   so, why we did this."

24             Do you see that?

25        A.   I see that.                                 09:38:00
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1          Q.   And we've talked about some of the        09:38:02

 2     reasons why Facebook did this.  And KP writes:  "To

 3     put it simply, this work was about helping people

 4     do two things.  First, people could access their

 5     Facebook accounts or specific Facebook features on   09:38:16

 6     devices and platforms built by other companies like

 7     Apple, Amazon, BlackBerry, and Yahoo.  These are

 8     known as integration partners.  Second, people

 9     could have more social experiences -- like seeing

10     recommendations from their Facebook friends -- on    09:38:31

11     other popular apps and websites like Netflix, the

12     New York Times, Pandora, and Spotify."

13              Right?

14          A.   I see that, yeah.

15          Q.   Now, that's not a complete list of the     09:38:44

16     types of partners that were given access to

17     information by Facebook, is it?

18              MR. SCHWING:  Object to the scope.

19     Object to form.

20              THE DEPONENT:  There are a -- a small        09:39:01

21     number of companies listed here or integrations

22     listed here.  I wouldn't characterize that as a

23     full list.

24          Q.   (By Mr. Loeser)  What are the -- other

25     types that are missing from this list?             09:39:14
```

Page 708

1          MR. SCHWING:  Same objections.          09:39:17

2          THE DEPONENT:  When you say "other types

3     missing," like I'm not sure what you mean.

4          

14          And -- you see all those different types

15    of partners?                                    09:40:31

16     A.   I see a list of --

17          I'm sorry.

18          MR. SCHWING:  Sorry.  Outside the scope.

19          Go ahead.

20          THE DEPONENT:  So I see a list of         09:40:39

21    categorizations used in -- in the rog responses.

22     Q.   (By Mr. Loeser)  Okay.  And so can you

23    tell which of those are not included in KP's public

24    posts about partners with whom Facebook shared

25    information?                                    09:41:00

                                              Page 709

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. SCHWING:  Outside of the scope. | 09:41:01 |
| 2 | Object to form. | |
| 3 | THE DEPONENT:  Like -- yeah, I -- I don't | |
| 4 | think I can give a authoritative explanation of -- | |
| 5 | of the mapping between these two things.  I'm not | 09:41:16 |
| 6 | sure it's intended to be an authoritative mapping. | |
| 7 | Q.  (By Mr. Loeser)  So KP was communicating | |
| 8 | publicly about -- to explain to people whether | |
| 9 | Facebook gave large tech companies access to | |
| 10 | people's information, and if so, why, right? | 09:41:37 |
| 11 | MR. SCHWING:  Object to outside the | |
| 12 | scope.  Object to form. | |
| 13 | THE DEPONENT:  So that's the -- those are | |
| 14 | the words written in the blog post. | |
| 15 | Q.  (By Mr. Loeser)  Okay.  So he explained | 09:41:48 |
| 16 | why information was given to some partners but | |
| 17 | not -- he didn't provide a complete description of | |
| 18 | the partners to whom information was given by | |
| 19 | Facebook, right? | |
| 20 | MR. SCHWING:  Same objections. | 09:41:59 |
| 21 | THE DEPONENT:  There are -- he's | |
| 22 | listed -- you know, given four and four example | |
| 23 | here, and as we reviewed on the -- on the list, | |
| 24 | there are -- there are other examples. | |
| 25 | ████  ██████████  ████████████    ████████ | |

Page 710

HIGHLY CONFIDENTIAL



Page 711



Page 712

HIGHLY CONFIDENTIAL



Page 713

HIGHLY CONFIDENTIAL



```
19              MR. SCHWING:  I just want to note that
20    we're five minutes past our designated stopping        09:47:09
21    time of 10:00 p.m. London time.  I think there will
22    be additional questioning, an additional session of
23    the depo.  I think this would be a good moment to
24    stop.
25              MR. LOESER:  Well, I'm in the middle of       09:47:26
```

Page 714

```
 1    questioning about this document, and I think        09:47:27

 2    it's -- probably make sense to finish that

 3    questioning.  And then I'm quite close to the end.

 4    We can either stop after this document or if

 5    Mr. Cross wants to power through two more            09:47:36

 6    documents, three more documents, that will be all

 7    he'll hear from me.

 8              But why don't we finish with this

 9    document and then go off the record to decide

10    whether we have the ability to do a bit more or if   09:47:47

11    we should wrap it up today.

12              Is that okay, Mr. Cross?

13              THE DEPONENT:  I'm comfortable finishing

14    this document, but I think we should probably break

15    after that.                                          09:48:02

16       Q.   (By Mr. Loeser)  So when KP writes "none

17    of these partnerships or features gave companies

18    access to information without people's permission,"

19    that wasn't actually true, was it?

20              MR. SCHWING:  Object to form.  It's        09:48:13

21    outside the scope.

22              THE DEPONENT:  I -- I can't comment on

23    the -- on the -- the -- what was meant by -- in

24    this blog post or how this blog post was formulated

25    and what was meant by it.                            09:48:29
```

                                                  Page 715

HIGHLY CONFIDENTIAL



Page 716

HIGHLY CONFIDENTIAL



Page 717

HIGHLY CONFIDENTIAL



19          MR. LOESER:  Why don't we go off the

20    record.                                    09:52:05

21          THE VIDEOGRAPHER:  We're off the record.

22    It's 10:10 p.m.

23          (Recess taken.)

24          THE VIDEOGRAPHER:  We're back on record

25    it's 10:57 p.m.                            10:38:17

                                        Page 718

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  All right.  I note for the        10:38:20

 2   record that the parties have agreed that the

 3   deposition testimony will be treated as "Highly

 4   Confidential." The witness will review the

 5   testimony and provide any corrections, and we will      10:38:32

 6   also be reviewing the testimony given here today to

 7   make further distinctions about the confidential

 8   treatment of the materials.

 9              SPECIAL MASTER GARRIE:  So noted.

10              Counsel Loeser, any comment before we go       10:38:47

11   off the record?

12              MR. LOESER:  No.  Just obviously we

13   appreciate the designation.  I don't think we agree

14   with the designations, and understand you will be

15   reviewing it for distinctions that may come up with      10:38:57

16   different portions of the testimony.

17              MR. SCHWING:  Thank you.

18              SPECIAL MASTER GARRIE:  So noted for the

19   record.

20              We can go off the record.                      10:39:07

21              THE VIDEOGRAPHER:  Okay.  We are off the

22   record.  It's 10:57 p.m.

23              (TIME NOTED:  10:57 p.m.)

24

25                      ---o0o---                              10:39:12
```

Page 719

HIGHLY CONFIDENTIAL

1      I, Rebecca L. Romano, a Registered

2  Professional Reporter, Certified Shorthand

3  Reporter, Certified Court Reporter, do hereby

4  certify:

5      That the foregoing proceedings were taken

6  before me remotely at the time and place herein set

7  forth; that any deponents in the foregoing

8  proceedings, prior to testifying, were administered

9  an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13      Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17      I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20      IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22

23  Dated: June 8, 2022

24      _____

        Rebecca L. Romano, RPR, CCR

25      CSR. No 12546

                                    Page  721

HIGHLY CONFIDENTIAL

1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   SIMON CROSS, VOLUME III, JOB NO. 5265189

3                    E R R A T A   S H E E T

4   PAGE 514____  LINE 3_____  CHANGE "or not which" to "or not"

5   _____

6   REASON misspoke_____

7   PAGE 515____  LINE 15_____  CHANGE "to the" to "to as the""

8   _____

9   REASON transcription error_____

10  PAGE 517____  LINE 4_____  CHANGE "have considered" to "have been considered"

11  _____

12  REASON transcription error_____

13  PAGE 518____  LINE 2_____  CHANGE "company's" to "companies"

14  _____

15  REASON transcription error_____

16  PAGE 518____  LINE 2_____  CHANGE "that the" to "that"

17  _____

18  REASON misspoke_____

19  PAGE 518____  LINE 10_____  CHANGE "there's" to "if there's"

20  _____

21  REASON misspoke_____

22

23  _____        21 July 2022_____

24  WITNESS                                    Date

25

                                                 Page 724

HIGHLY CONFIDENTIAL

RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

SIMON CROSS, VOLUME III, JOB NO. 5265189

E R R A T A   S H E E T

PAGE 522____ LINE 8_____ CHANGE "to user" to "to the user"

_____

REASON transcription error

PAGE 527____ LINE 13_____ CHANGE "the Facebook" to "Facebook"

_____

REASON transcription error

PAGE 529____ LINE 11_____ CHANGE "would be useful is if" to "if it would be useful"

_____

REASON misspoke

PAGE 538____ LINE 24_____ CHANGE "integration" to "an integration"

_____

REASON misspoke

PAGE 553____ LINE 6_____ CHANGE "were there" to "there were"

_____

REASON transcription error

PAGE 558____ LINE 12_____ CHANGE "this is" to "this is a"

_____

REASON transcription error

_____          21 July 2022

WITNESS                                    Date

Page 724

HIGHLY CONFIDENTIAL

RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

SIMON CROSS, VOLUME III, JOB NO. 5265189

E R R A T A   S H E E T

PAGE 564 LINE 25 CHANGE ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

REASON transcription error

PAGE 579 LINE 22 CHANGE ▮▮▮▮▮▮▮

▮▮▮▮

REASON misspoke

PAGE 589 LINE 25 CHANGE "▮▮▮▮▮▮

REASON transcription error

PAGE 595 LINE 12 CHANGE "to difficult" to "to be difficult"

REASON transcription error

PAGE 606 LINE 4 CHANGE "privilege" to "privileged

REASON transcription error

PAGE 639 LINE 1 CHANGE "was to" to "to"

REASON misspoke

_____          21 July 2022

WITNESS                                   Date

Page 724

HIGHLY CONFIDENTIAL

1  RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2  SIMON CROSS, VOLUME III, JOB NO. 5265189

3              E R R A T A   S H E E T

4  PAGE 677____  LINE 15____  CHANGE ████████_____

5  _____

6  REASON transcription error_____

7  PAGE 677____  LINE 15____  CHANGE ████████_____

8  _____

9  REASON transcription error_____

10  PAGE 693____  LINE 11____  CHANGE "integration" to "integrations"

11  _____

12  REASON transcription error_____

13  PAGE 698____  LINE 6____  CHANGE ████████_____

14  _____

15  REASON misspoke_____

16  PAGE 703____  LINE 23____  CHANGE ████████_____

17  _____

18  REASON transcription error_____

19  PAGE_____  LINE_____  CHANGE_____

20  _____

21  REASON_____

22  _____

23  _____      21 July 2022_____

24  WITNESS                           Date

25

                                        Page 724

**[& - 3000]**

| & |
|---|
| **&**   496:14 497:19 499:5 500:5 501:5 503:15 506:20,24 542:17 543:21 722:23 723:9 |

| 0 |
|---|
| **0000582988** 503:23 |
| **0000582989** 503:24 |
| **00199890**   503:13 |
| **00199891**   503:18 |
| **00199898**   503:19 |
| **01789112**   505:7 |
| **01789115**   505:8 |
| **02088254**   504:16 |
| **02088257**   504:19 |
| **02088279**   504:20 |
| **02843**   496:4 497:4 |
| **02906764**   504:6 |
| **02906766**   504:11 |
| **02906770**   504:12 |

| 1 |
|---|
| **1**   560:23,25 561:6 577:11 579:20 585:16 604:3,13 604:14 642:6 685:17 686:1 723:1 |
| **10**   696:18 |
| **100**   562:8 670:15 702:5 713:10 |
| **10:00**   714:21 |
| **10:10**   718:22 |
| **10:57**   718:25 719:22,23 |
| **11th**   668:22 |
| **12**   689:25 |

**12/18/2018**   504:4
**1201**   498:10
**12546**   496:21 721:25
**128**   505:15 668:20 670:24
**12th**   499:11
**14**   572:3 637:7 643:14 670:22 671:1
**15**   565:2 572:3 676:21 678:5,10 686:17 687:19,25 699:5
**16**   642:5
**1600**   499:12
**17**   637:7 642:3 645:1 649:22
**18**   496:4 497:4 505:5 637:7
**1801**   501:8
**1881**   501:16
**18th**   602:18 706:22
**1a**   553:25 556:8 557:19 568:14 572:9,14,16,17
**1b**   553:25 556:8 570:5
**1st**   581:17 582:10 621:6

| 2 |
|---|
| **2**   531:23 532:13 545:7 554:2 556:8 561:17 565:22 571:13 579:20 585:16 604:4 605:21 608:24 609:2 642:15 695:23 |

**2,300**   619:6,12 629:13,15
**2.0**   531:19
**20**   510:11
**20-0466**   496:22
**2001**   500:18
**2009-11-13**   688:15
**2011**   529:13
**2012**   529:13 712:17
**2013**   503:11 515:9 541:12 542:13 543:9 548:24 549:18 550:7 551:7,16,18 553:21 554:18 555:21 566:3 572:3 581:3 624:6
**2014**   515:9 531:24 536:25 544:5 564:16 565:1 581:17 582:10,12 582:15 663:20 664:20 665:2 696:15
**2015**   549:18 564:17 604:19 623:24 679:14 685:11,18,20,22 685:25 686:6,11 686:12,14,15 687:20 706:7
**2016**   685:14
**2018**   505:5 511:6 513:13 602:18 610:16 621:6 660:4,12 689:9 690:20 706:22 714:9
**2018-6-22**   688:18

**2019**   504:14 510:12 634:19 636:21 657:4
**2020**   679:18 680:1 680:16 681:9 682:16 683:7,10 683:12,24 697:7 697:14,18
**2021**   668:22
**2022**   496:16 497:18 506:1,7 720:7 721:23 722:3,5
**2025.520**   722:9,12
**206**   498:13
**21**   644:2
**2100**   500:19
**213**   502:10
**214**   500:21
**22nd**   660:4
**23**   660:12
**253-9706**   502:10
**27**   504:14 684:11 691:2 699:6
**27th**   634:19
**2843**   496:3 497:3
**29**   505:13 659:25 660:2
**298-5735**   501:11

| 3 |
|---|
| **3**   506:9 556:8 562:9 604:6 606:25 608:23 |
| **3.0**   531:13,14,18 532:3,6 536:6 |
| **30**   496:12 503:11 508:8 535:19 595:14 598:7 664:10 723:1 |
| **3000**   500:10 |

Page 1

**[303 - access]**

**303**   501:11
**30th**   541:12
  542:13 582:15
**3200**   498:11
**32nd**   502:8
**335**   669:24
**3491**   496:23
**355**   684:10
**358**   684:25
**360**   686:22 688:11
  699:3
**372**   690:24 691:20
  692:3 700:10
  709:6
**373**   709:6
**377**   695:16,24
  699:3 705:5
**393-8200**   500:12
**3:36**   497:18 506:2
  506:6

**4**

**4**   556:8 563:9
  609:24
**400**   505:17 599:15
**401**   503:11 541:5
  542:1
**402**   503:15 543:4
  543:19
**403**   503:21 581:18
**404**   504:4 602:12
  602:25
**405**   504:8 616:4,5
**406**   504:14 634:13
  634:25 635:3
**407**   504:18 635:23
  636:4 642:5
**408**   505:4 706:17
  706:21
**415**   499:14 500:12
**4200**   501:9

**445-4003**   499:14
**460**   668:17 695:16
  705:5
**496**   496:25
**4:02**   526:6
**4:12**   526:9
**4:25**   536:19
**4:29**   536:22

**5**

**5**   563:23 637:7,11
**5/1/2014**   503:21
**508**   503:5
**5265189**   496:24
  722:5 724:2
**53**   602:11
**540**   644:2
**541**   503:11
**543**   503:15
**555**   499:11 500:9
  502:7
**581**   503:21
**584**   644:2
**599**   505:17
**5:12**   569:17
**5:25**   569:20
**5th**   502:7

**6**

**6**   496:12,16 497:18
  506:1 508:8,11
  534:2,12 535:19
  564:22 598:7
  607:9 624:23
  637:7 640:16
  662:20 664:10,17
  722:5
**60**   670:21 671:1
**602**   504:4
**616**   504:8
**623-1900**   498:13

**63**   670:17 671:1
  672:24
**634**   504:14
**636**   504:18
**64**   676:14
**65**   676:13 677:1
**650**   501:18
**66**   677:1
**660**   505:13
**668**   505:15
**67**   677:2
**68**   678:4
**698-3204**   500:21
**6:52**   634:9
**6th**   506:6

**7**

**7**   508:11 534:2,12
  565:3 607:9
  624:23 640:16
  662:21 664:17
**706**   505:4
**72**   678:6,8
**724**   496:25
**7321**   721:24
**75201**   500:20
**77**   670:20 671:2,5
**78**   678:9
**7:57**   634:12

**8**

**8**   561:6 565:21
  721:23 722:3
**80202-2642**
  501:10
**827**   496:22
**849-5206**   501:18
**87**   685:2
**8:48**   672:18

**9**

**9**   639:22
**90**   643:20
**90013**   502:9
**94105-0921**
  500:11
**94304-1211**
  501:17
**94607**   499:13
**98101**   498:12
**9:04**   672:21

**a**

**abandoned**   550:12
  550:15
**abilities**   554:6
**ability**   511:25
  527:20 529:16
  530:3 552:22
  553:2,3,5 626:14
  698:19 715:10
**able**   540:1 541:24
  559:23 594:6
  613:23 614:25
  632:11 633:8
  638:10 643:3
  648:8 657:15,19
  665:11,14 666:1,5
  667:18 668:4
  673:21 674:9
  682:14 688:5
  699:14 704:22
  716:20
**accelerate**   604:6
**access**   527:20
  528:13,14 529:4
  531:12 532:5,17
  532:24 533:6
  536:4,24 537:8
  539:4,15,19 540:9
  541:25 546:7

**[access - announced]**

551:25 556:1
557:13 559:15
573:9,15 575:13
575:19 576:19,20
581:9 583:4
592:18 593:5
600:15 602:1,6
604:16,21 605:13
605:23 606:25
608:20,24 609:4
610:2 620:22
622:12,14 624:16
625:14 626:15
627:6 629:19
630:8 633:22
653:9 655:20
663:21 664:19
665:1 670:5,6
676:21,22 677:18
677:21,25 678:14
678:23 684:13,14
684:15 685:5,8,19
687:11 688:18,21
689:8,24 690:20
691:7 692:22
695:18 696:9
697:10 699:6
700:2,14 703:5,14
703:22 704:12
706:6,12 707:22
708:4,16 709:8
710:9 712:15
713:4,8,12,15
714:11,17 715:18
716:21 717:7,19
717:24 718:14
**accessed** 581:11
610:11 679:9
696:12 697:17
**accessible** 526:2

**accessing** 563:17
563:18
**account** 522:19
533:9 540:17
**accounts** 708:5
**accurate** 512:23
515:12 516:2
525:15 527:4
532:10 586:18
601:8 615:6,7,13
651:1
**accurately** 516:13
557:6,9 586:22
595:4 671:25
672:1 696:20,21
**achieve** 549:5
550:4
**acting** 588:7
**action** 609:3,8
663:20 721:18,19
**actions** 496:7
497:7 529:16
552:23 608:17
**active** 584:8 605:8
651:22 676:19
678:22
**activision** 688:11
**activity** 530:3
563:19
**actual** 534:12
564:13
**ad** 523:11 562:19
562:22
**adaniel** 498:15
**adavis** 499:17
**add** 514:7 564:22
674:23 677:16
**added** 563:16
565:1 581:11
586:9

**adding** 702:24
**additional** 508:19
509:4,6,12,13
526:13 530:6
532:23 585:20
632:12 704:13
714:22,22
**address** 534:15
535:15,22
**addresses** 620:23
**adele** 498:7 506:17
**adequate** 612:13
**administered**
508:2 721:8
**ads** 523:22 524:2,8
**advance** 600:7
636:5 660:25
**advertising** 523:16
**affect** 559:10
**afraid** 635:8,19,22
640:23 641:5
643:3 646:4
665:21 666:14
673:14 676:11
689:6,16
**afternoon** 508:7
**aggregated** 681:5
**ago** 508:10,19
545:18 546:23
547:12 551:23
573:21 585:18
589:7 591:21
**agree** 719:13
**agreed** 526:14
719:2
**ahead** 521:9
529:25 530:19
537:25 539:9
542:7,9 585:10
599:10 601:12,16
603:10 604:14

630:10 632:9
638:23 639:15
657:17 662:23
700:25 709:19
**aiding** 599:7
**ali** 509:7
**allow** 523:1
524:14,15 532:17
537:7 563:17
589:11 617:11
662:5 664:19
665:1,15 666:6
689:7
**allowed** 592:19
593:6 600:16
605:9 617:9 670:5
678:16 679:2
691:8 695:20
697:15 700:4,16
706:6 714:17
718:14
**allowing** 539:3
655:20 685:8
**allows** 684:4
**alto** 501:17
**altogether** 555:15
**amazon** 708:7
**ambiguous** 619:21
620:8 633:15
**amended** 668:11
**amount** 531:6
570:18 590:18
680:21
**analysis** 559:8,9
561:14,15 619:6
**analytica** 622:5
639:19 661:6,8,11
**angeles** 502:9
**anne** 499:8 506:25
**announced** 582:14

[announcement - app]

| | | | |
|---|---|---|---|
| **announcement** | 678:3 681:25 | 653:10,23 654:23 | 641:3,7 642:6,11 |
| 582:12,17 621:4 | 686:8 688:6 689:6 | 656:10,20 657:3,5 | 642:23 643:5,10 |
| **answer**   512:23 | 689:16 690:14 | 658:15,16 659:6 | 644:2 647:22 |
| 513:22 514:11 | 695:8 705:1 | 679:21 680:7,20 | 655:3,10,12,20 |
| 518:8 520:3 | **answered**   521:8 | 684:7 685:9,11,17 | 657:22,23 658:1,2 |
| 525:15 527:4 | 595:19 718:2 | 686:1 691:11 | 658:9 659:4 670:5 |
| 529:25 530:21 | **answering**   573:18 | 694:2,3 695:23 | 677:19,21 678:13 |
| 532:10 533:1,8,17 | 576:22 577:16 | 697:9,16 699:7,8,8 | 678:16,23 679:1 |
| 533:20 534:18,22 | 580:5 | 699:8 700:19,23 | 679:20,21,24 |
| 534:25 535:6,18 | **anticipated**   558:20 | 701:4,5,7,9,12,14 | 680:4 682:18 |
| 537:4,24 538:1 | **anymore**   554:11 | 701:17,21 702:10 | 683:8,9,11,25 |
| 539:22 540:15 | 607:22 | 702:11,13,19 | 691:8 692:14 |
| 545:2 546:10 | **ap**   685:20 | 704:16 | 693:4,16,22,24 |
| 563:14 575:2 | **api**   504:5 510:8,15 | **apis**   504:10 509:21 | 695:19 697:16 |
| 576:8,13,13 578:9 | 510:18,19,20,20 | 511:10,17,21,23 | 699:16 700:3,15 |
| 578:10,14,15,16 | 510:21 512:25 | 512:2,6,9,10,13,21 | 701:2,3 702:7,21 |
| 579:1 587:12 | 514:5 531:19,23 | 512:25,25 513:3,8 | 703:4,7,15,21,24 |
| 592:3 595:4,7,17 | 544:5 553:11 | 513:12,15,16,23 | 704:12,24 709:12 |
| 598:14 601:8,16 | 559:10 574:5,23 | 514:3,3 527:20 | 713:9,11 |
| 601:18 606:5,11 | 575:15 577:10 | 529:12 532:11,13 | **apologies**   569:23 |
| 606:22,23 607:11 | 579:20 582:22 | 537:9 539:4,20,20 | 575:3 676:8 |
| 608:9 612:8,18,21 | 585:16 590:9 | 545:4 552:1,18,18 | **app**   517:10 525:21 |
| 613:3,24 614:12 | 602:19,21,22 | 559:15,25 560:20 | 526:1 529:17 |
| 615:7,10,12 616:1 | 604:3,17 609:18 | 573:22,25 574:7 | 530:4 540:2,8,9 |
| 620:3 621:25 | 610:22,22 611:13 | 574:21 575:13,14 | 547:22,23 552:10 |
| 623:3,5 624:25 | 612:14 613:5,10 | 575:25 576:2,24 | 553:4,7 555:2,12 |
| 625:4,22 627:1 | 613:18 617:9,19 | 577:6 604:17 | 557:5 565:9 |
| 629:7,7,23 632:9 | 618:8 619:6,12,13 | 605:24 606:15,18 | 581:11 584:18 |
| 633:17 639:17 | 619:16,21 620:16 | 606:25 607:7,16 | 601:24 602:5 |
| 640:18,23 641:5 | 620:20 621:3,4,8,9 | 608:20,24 609:4,9 | 617:13 620:4 |
| 642:10 643:1,3 | 621:11 622:12,13 | 609:25 610:2,11 | 623:21 624:7,16 |
| 644:14 646:5 | 622:14 623:19 | 610:12,14 611:2,7 | 624:20 625:5,12 |
| 648:11 651:1 | 624:15,16,20 | 611:19 612:25 | 626:9,19,21 627:4 |
| 652:24 654:19 | 625:17,18 626:1,3 | 614:1 616:19,22 | 627:6,14 633:21 |
| 655:7 657:12,15 | 626:6,9,15,21 | 617:1,8,20,22,23 | 633:23 653:9,15 |
| 657:17,19 659:14 | 627:14 629:14,17 | 617:25 618:12 | 674:12 685:5 |
| 659:22 664:12 | 629:19 630:8 | 620:7,22 621:13 | 687:5,8,23 688:15 |
| 665:6,11,23 666:1 | 632:23 633:8,15 | 621:16 622:8 | 692:20 693:2 |
| 666:14 667:8,18 | 637:23 638:4,7 | 623:11 624:11 | 706:6 712:23 |
| 668:4 672:12 | 639:5,22 648:5,17 | 637:14,22 638:8 | 713:4,23 714:13 |
| 675:5 677:22 | 649:14 650:9 | 639:3 640:3,7,24 | 714:17 716:20 |

Veritext Legal Solutions
866 299-5127

**[app - associated]**

717:7,12,13,19,24
718:14
**app's** 685:6
**appear** 620:10
631:18 650:4
720:4
**appearances**
498:1 499:1 500:1
501:1 502:1
**appearing** 498:2
499:2 500:2 501:2
502:2 722:18
723:7
**appears** 515:9
581:22 582:23
608:18 687:25
**apple** 708:7
**application** 511:8
513:18 524:3,5
592:17,19 593:4,6
600:14,15 602:8
619:7,13,16
623:20 625:9
626:14 629:14
632:23 633:9
679:21 691:9
695:20 696:1
700:4,16 716:19
716:19 717:6,21
718:18
**applications**
523:23 524:15
545:24 577:13
583:21 618:11
626:7 675:11
680:7 681:15
684:5 685:20,21
690:21 691:6
695:18 697:20
700:2,14 706:11
718:12,13

**applied** 563:2
690:11
**apply** 570:10,23
571:1,9 700:22
**appreciate** 574:24
578:7,11 594:18
595:13 598:5,10
598:17 599:13
603:22 627:9
719:13
**approach** 587:15
594:7 628:11
**appropriate**
534:11 560:4,10
586:5 594:7
608:15 617:15
627:22 639:1
672:8
**appropriately**
545:23 546:5,18
568:17 574:1,3
579:6 618:1,13
**approved** 671:24
**apps** 528:25
529:13 538:3
545:24 553:3
555:25 557:13
558:1 560:17
561:10,15 562:4
563:9,13,16
564:22 565:1,3,11
567:10 568:14,21
570:10,23 571:1,9
572:18 573:23
574:17 575:8,19
583:10,16 584:6
586:9 592:8 605:5
608:19 610:16
649:10 663:21
665:13,15 666:4,6
670:6 673:5

678:21 679:8,9,17
681:19,22 683:7
685:4 687:19,25
689:9 690:4
698:13,20 699:3
703:4,14,22 705:4
705:18 706:5
708:11 713:4,8,11
713:14,17,19,21
713:25 714:6,10
716:2
**april** 513:13
531:24 544:5
582:15 685:20
714:9
**archibong** 541:3
541:12 602:17
**area** 523:16
525:25 555:23
560:9 575:16
577:11 601:20
618:9 668:2
684:19 718:10
**argue** 615:23
**argumentative**
575:4
**arrive** 569:23
**arrow** 553:25
**art** 671:9
**article** 556:5
**articulate** 551:8
**articulated** 658:6
658:7
**artifact** 582:9
**aschwing** 500:13
**aside** 592:11
706:16
**asked** 521:8
534:17,21 535:4
574:25 578:8
593:18 634:2

641:11 665:7
690:15 704:15
717:9 718:2
**asking** 516:6
526:19 533:11
534:2,7,9 540:13
576:7 591:19
592:5 593:3
594:24 595:14,24
596:1,4,4,10
598:24 599:25
601:11 613:24
615:14 633:3
634:4 656:16
662:21 664:10
683:20,23
**asks** 592:17 593:4
600:14 684:11
713:18
**asserted** 676:17
**asserting** 549:11
611:24
**assess** 561:15
563:9,13 609:9
**assessed** 538:21
637:15 639:22
653:23 654:24
657:22
**assessing** 609:24
**assessment** 530:24
538:7,23 539:12
640:2 643:19
657:21
**assigned** 570:15
**associate** 502:16
698:21
**associated** 541:22
593:11 611:7
635:6 653:9 657:5
658:16 678:19,21
678:22 691:7,10

Veritext Legal Solutions
866 299-5127

[associated - best]

691:10 695:19,21
695:21 696:6
700:3,5,5,15,17,17
**assume**  516:12
651:10
**assumed**  558:12
**attached**  541:7
543:3,6 581:20
602:14 604:2
616:7 634:15
635:25 636:2,5
706:19
**attachment**
542:16,20 602:20
603:9 634:20
**attempt**  617:5
624:10 641:25
642:11 644:24
682:2
**attempted**  549:11
**attempting**  550:3
550:4
**attorney**  500:17
501:15 606:3
721:19
**attorneys**  498:9
499:10 500:8
501:7
**attribution**  653:6
653:21 654:6
670:12
**audit**  621:13,18
623:20 629:18
630:7 643:5,10
**audited**  637:14
**auditing**  573:12
579:18 580:18,20
**audits**  630:14
**august**  515:9
**auld**  499:5 506:24

**austin**  500:6
506:19 517:18
521:7 639:11
648:22 682:23
702:1 711:21
**author**  549:10
555:24 570:19
573:19 591:8
614:14 619:9
625:1 644:19,23
650:5
**authoring**  551:22
**authoritative**
613:24 614:12
629:7 633:17
710:4,6
**authorization**
716:10,14,25
717:15
**authorized**  513:17
718:18
**authors**  646:23
654:21 655:25
699:23
**available**  530:16
545:5,6 552:2
553:18 554:10,11
554:24,25 555:4,5
555:8,11,17
573:23 574:8,17
574:21,22 575:8
575:13,15 576:25
577:12,20 638:11
639:6 679:8 685:9
693:5,17 694:3
701:10,13,15
703:10
**avenue**  498:10
500:18
**avoid**  671:15

**aware**  527:16
580:14 618:10
619:14 621:25
632:19 638:17
643:9 646:2 656:7
681:23

**b**

**b**  496:12 502:5
503:8 504:1 505:1
508:8 535:19
598:7 664:10
723:1
**back**  514:21
521:16 523:2,8
524:16 526:8
528:25 529:6,17
530:4 535:11
536:21 569:19
572:15 579:15
585:11 589:18
593:24 594:10
603:25 632:22
634:11 642:4
644:25 649:22
670:21,24 672:20
672:23 700:10
709:4 718:24
**bad**  534:20
**base**  524:6 610:21
**based**  536:12
577:3 608:17
639:23 640:3
642:10 650:4
653:22 658:7
659:2 687:24
**basically**  633:7
**basis**  546:20,22
562:23 563:7
**bates**  542:5 635:4
635:5

**bear**  669:12
**began**  685:19
**beginning**  506:14
685:20
**begun**  582:22
**behalf**  497:16
507:8 514:5
578:14 588:7
598:14 607:11
612:18,21 624:25
640:18 655:7
666:1,15,22 667:8
667:19 668:4
695:9
**behaved**  714:1
**behavior**  702:21
**believe**  509:19
517:6 524:4
534:10 591:24
615:16,18 661:13
665:12 666:3
667:2
**believed**  585:1
612:13
**believes**  529:5
600:2 611:18,24
**benefit**  529:18,21
530:8
**benefits**  522:22
529:20
**best**  527:3 529:10
533:20 534:22,22
534:25 535:7,18
545:2,16,18
552:16 573:21
576:13,14 579:1
586:20 589:7
605:1 606:22,23
615:6 620:2,3
623:5 625:4,25
636:8 638:6

Veritext Legal Solutions
866 299-5127

[best - captures]

682:15
**beta** 693:24
709:12
**better** 514:19
601:3
**beyond** 576:1
673:21 674:9,9
677:13,16 687:20
689:24,25 694:22
695:9 716:6
**bfalaw.com**
499:15,16,17,18
**bing** 589:1,3,9,11
589:11,12,15,17
589:19 590:17
604:20
**bit** 527:5 528:8
593:10 620:7
630:3 707:19
715:10
**bizarre** 688:12
**blackberry** 547:22
547:24 692:20
708:7
**bleichmar** 499:5
506:24
**blog** 706:25 707:9
707:10,11,19
710:14 712:1,10
712:20 715:24,24
718:4,8
**bold** 628:4
**bottom** 566:14
576:17 676:14
**box** 552:9,9 649:2
**boyle** 634:18,23
635:8 636:12
**branded** 673:5
**breach** 666:4,17
666:21 667:2,10

**break** 514:16,23
569:11,13,15
618:17,19 715:14
**brian** 541:11
542:23,24,25
**briefing** 660:11
661:5 663:4
**briefings** 660:14
661:10
**broad** 529:10
530:20 613:25
**broadly** 558:15
604:4 622:19
674:21
**broke** 622:5
639:19
**broken** 692:1
**bryan** 570:5,11,12
570:13,20
**bucket** 643:16,22
**buckets** 641:4
**build** 517:12 518:3
520:10,11 521:13
671:11,18
**building** 521:24
572:12
**built** 510:21
567:11 607:21
671:22 697:19
708:6
**bullet** 545:14,20
545:25 546:25
547:2 548:2
563:22 609:2
611:11 624:15
625:15 637:21
640:1,9,10 643:19
645:10,13,20
649:23 650:17,18
663:13,14,18

**bullets** 548:15
550:5 568:22
645:7 673:2
**bunch** 537:5
657:11
**buongiorno**
500:16 506:21
**business** 671:8
692:6,10 693:8,11
694:18,25 695:5
695:12 709:9
711:1,7
**businesses** 649:8
**buy** 523:22
**buying** 524:2

**c**

**ca** 503:13,18,19,23
503:24 504:6,11
504:12,16,19,20
505:7,8 722:9,12
722:20
**calculated** 652:9
652:10
**california** 496:2
496:21 497:2
499:13 500:11
501:8,17 502:9
**call** 626:14 631:22
**called** 515:10
590:3,4 609:11,19
632:5 673:12
679:20,22,24
680:4 697:22,24
697:25
**calling** 514:5
**calls** 605:16 608:1
612:6 613:6,19
614:9,22 629:4
630:17 632:7
647:10 648:21,23
649:16 653:11

657:16 665:8
680:7 682:9
**cambridge** 622:5
639:19 661:6,8,11
**camera** 515:23
**canvas** 552:10
553:3
**capabilities**
511:14 554:9
558:2,5 563:10,13
563:15 564:23,25
568:15,22 572:19
575:25 577:19
610:14,17 611:7
620:23 633:20
670:3,4 691:7
695:18 697:5,10
699:21,22 700:2
700:14 701:2
702:20
**capability** 574:12
610:23 617:13
620:4 623:19,20
623:21,22 624:7
625:6,7,8 627:5,6
633:10,21,23
696:1,4 697:5,8
**capacity** 517:8,25
518:19 545:3
573:19 576:22
578:17 591:7
601:17,19 602:7
627:22 633:18
639:15 653:2
**captioned** 707:12
**capture** 573:11
579:17 656:25
**captured** 580:14
617:17
**captures** 581:23

**[career - comment]**

| | | | |
|---|---|---|---|
| **career** 515:4 | **caveats** 688:8 | 607:20 714:1 | 594:12 605:23 |
| **carrier** 566:18 | 689:3,14 | **changes** 544:4,11 | 630:24 634:4,7 |
| **carriers** 568:8 | **cc** 541:12 | 547:19 548:11,13 | 647:4 683:2 |
| **carry** 640:4 | **ccp** 722:9,12 | 551:7 554:20 | 707:12 712:14 |
| **case** 496:4 497:4 | **ccr** 496:21,22,23 | 557:2 559:6,10,18 | **client** 606:3 |
| 524:18 547:9 | 721:24 | 560:8 566:4 | **close** 606:20 715:3 |
| 557:23 562:23,23 | **cell** 628:15 | 582:14 585:16 | **closely** 518:3 |
| 563:7,7 567:21 | **centralized** 580:16 | 592:7 618:8 621:7 | 530:23 620:13 |
| 590:14 601:25 | 581:10 | 621:15 680:1 | 718:6 |
| 618:11 631:25 | **certain** 531:12 | **channel** 570:9,22 | **closest** 540:22 |
| 704:15 705:12,20 | 532:5,8 555:11 | 571:1,5,9 | 645:11 |
| 705:25 706:3 | 559:12 560:19 | **characterize** 560:4 | **code** 531:21 544:3 |
| 721:15 | 574:17 575:8 | 562:21 568:17 | 609:21 610:20 |
| **cases** 546:1 547:3 | 583:9,16,21 | 578:3 624:8 707:4 | 722:9,14,19,20 |
| 547:6 555:9 | 586:11,12 609:9 | 708:22 | **codified** 528:21 |
| 558:22 559:14,22 | 609:25 610:24 | **characterized** | **coding** 639:3 |
| 560:11,14 569:2,8 | 626:14,15 647:21 | 567:3,14 | **coffee** 517:21 |
| 572:9,22 575:18 | 670:15 677:14 | **chat** 581:23,25 | **collate** 561:9 |
| 584:22 585:24 | **certainly** 551:24 | 582:6,11,23 | **colleagues** 586:17 |
| 586:1,11,13,13,15 | 560:6 563:15 | 588:15,21,24,25 | **collect** 580:6 |
| 615:24 705:6 | 564:18 577:18 | 591:20 | 617:10 |
| **casting** 605:18 | 579:2 611:1 | **chats** 584:16 587:4 | **collected** 619:10 |
| **catch** 572:9 | 612:10 655:10 | **check** 661:1 | 679:9 |
| **categories** 562:5,8 | 672:7 | **checked** 566:8 | **collecting** 651:5 |
| 567:13,19,22 | **certified** 497:20 | **chen** 502:16 | **colorado** 501:10 |
| 568:1,3 653:8 | 497:21 721:2,3 | 506:21 | **column** 649:1 |
| 704:1 | **certify** 721:4,17 | **chris** 563:24 | 687:2 690:22 |
| **categorization** | **cetera** 552:12 | **chronological** | 696:4,18 |
| 562:1 | **challenge** 615:25 | 582:24 | **columns** 628:18 |
| **categorizations** | **challenging** 585:8 | **cite** 656:7 | 628:19 |
| 561:24 709:21 | 676:4 | **civil** 722:19,20 | **come** 514:11,21 |
| **categorize** 551:19 | **chance** 616:9 | **clarification** | 523:8 541:10 |
| 712:5 | 691:22 | 596:21 713:18 | 550:23 562:25 |
| **categorized** 562:4 | **chang** 541:11 | **clean** 622:11 | 593:24 594:10 |
| 641:4 | 571:16,17 | 623:11 | 611:14 719:15 |
| **category** 649:5 | **change** 511:6 | **cleaned** 620:25 | **comfortable** |
| 651:14 709:10 | 566:9 632:15 | 622:24 623:6 | 715:13 |
| **caught** 572:23 | 724:4,7,10,13,16 | **cleanup** 622:22 | **commencing** |
| **caution** 606:2 | 724:19 | **clear** 505:5 543:25 | 497:17 |
| **caveat** 606:19 | **changed** 515:7 | 558:11 567:18 | **comment** 610:9 |
| 609:19 702:24 | 554:18 559:17 | 568:23 577:16 | 624:3 664:3,4,21 |

Veritext Legal Solutions
866 299-5127

[comment - context]

665:3,19 666:20 677:12 683:9 699:14 704:8,22 705:25 715:22 719:10

**commentary** 623:6

**comments** 513:13 573:12

**commitments** 579:17 580:15

**common** 519:6,8 519:15

**comms** 664:7

**communicate** 535:17 586:21

**communicating** 583:12 586:17 710:7

**communication** 614:8

**communications** 565:7 666:18 667:15

**community** 522:17 529:2

**companies** 517:10 671:17 707:22 708:6,21 710:9 712:15 715:17

**company** 517:2 526:21 528:1 538:20 543:15 573:24 579:10 598:15 612:10,22 613:22 621:12 622:13 625:1,22 626:25 640:19 642:12 651:1 652:15,24 654:19 656:5 666:2,12,15

666:22 667:8,19 668:5 675:4 685:13 695:3,9 698:18

**company's** 518:2 547:11 664:5

**companywide** 638:7 639:17

**compiled** 619:10

**complete** 611:13 615:7,10,10,25 645:15 650:1,6,20 677:9 708:15 710:17

**completed** 686:7 701:23 722:7,17 723:6

**completely** 551:19 551:21 702:3,4

**completing** 654:1

**completion** 721:15 723:10

**complicated** 680:9 702:17

**complies** 507:18

**comply** 637:24

**compound** 513:10 522:24 549:25 654:16

**comprehensive** 611:6

**comprehensively** 622:11

**concept** 568:4 652:16

**concern** 534:1 535:22 578:19 599:12

**concerned** 592:6 618:4

**concerns** 591:9 599:20 618:9 635:21

**conclusion** 614:23

**concretely** 714:3

**confident** 515:20 627:5 640:17 641:3 643:20 658:23 694:21 713:10

**confidential** 496:11 719:4,7

**confirm** 646:23 647:12 648:8 658:1 670:10 702:2

**confirmed** 587:7 619:25,25

**confirming** 587:11

**confused** 593:10

**confusion** 671:15

**connection** 592:20 593:7 600:16 657:2 667:22

**conquer** 541:13

**conquor** 503:13

**consider** 522:2,10 525:7,19 536:25 577:22 578:12 588:4 611:25 655:3 673:24 712:11

**consideration** 547:20

**considered** 517:4 522:14 523:23 529:14 531:10 532:3,18 533:4 536:3 537:5,6,11 537:17 538:3,7,11 538:16 539:2,12

547:23 550:16 553:22 559:2 566:25 568:9 576:5 577:6,14 579:3,4,7,7 588:3 612:2 626:20 641:1,8 643:7 644:3 655:13 656:11,20 694:4 705:5,11,14,19,24 706:1,3

**considering** 521:13 525:11 530:22

**considers** 530:14 577:25 615:15 674:2

**consists** 685:4 691:6

**constituting** 663:9

**consumer** 496:4 497:4 506:10 694:7 712:8 722:4 724:1

**cont'd** 500:1 501:1 502:1 504:1 505:1

**contact** 636:11,13 636:15 722:9

**contain** 527:19

**contained** 704:10 720:4

**contains** 556:5

**content** 523:3,7 524:16 530:6 556:17 589:10,12 590:16 652:5

**context** 528:3,16 590:23 595:6 597:2 598:12,16 599:20 607:6,25 608:10 614:18

[context - cross]

620:8 631:4
632:12 637:12
654:3 664:11
667:3 691:16
701:12,14,21
**contexts** 699:8
**continuation**
508:8
**continue** 508:10
511:18,21 532:16
536:12 537:8
538:9,9,24 539:3
540:18 547:21
555:9 556:1 559:4
559:6,15,23
563:17,19 566:12
569:11 583:4
605:9 623:22
655:19 662:11
685:8 706:6,12
**continued** 510:21
513:23 533:6
539:14,19 540:8,9
557:13 560:7,18
611:2 623:13
624:4 665:1
685:21
**continuing** 512:17
664:19 665:14
666:6
**contract** 516:8
526:18 527:13
528:13 589:14,17
589:22 628:6,20
630:15 675:15
676:11
**contracted** 527:10
**contracts** 526:11
526:14,20 527:14
527:16,20 528:12
565:21 566:7,10

606:14,18 610:1
**contractual**
537:13 624:17
**contractually**
566:11
**contribute** 529:1
**contributes**
530:15
**controlling** 621:15
**convenient** 618:18
**conversation**
509:7,8 526:23,24
562:23 683:19
**conversations**
509:2,4,12,14,15
540:7 564:7 605:4
**cool** 535:8 603:16
603:19 700:12
**corporate** 496:13
535:19 539:1
594:17 613:4
677:8 687:21
690:3 706:25
**correct** 542:21
546:10 574:14
627:12 645:5
648:5 717:25
720:5
**corrected** 720:5
**corrections** 719:5
720:3 722:14,15
723:3,4
**correctly** 537:5
553:17 574:11,13
580:5 583:6,7,13
583:14 584:14,15
587:1,2 588:19,20
607:4,5 609:12,13
610:3,4 611:16
617:17 619:5
622:16,17 636:22

636:23 642:19,20
645:18,19,23,24
678:24,25 691:13
691:14
**counsel** 498:1
499:1 500:1 501:1
502:1,16 506:14
507:3 514:13
535:11,14,16,21
595:20 596:16,22
598:5,18 599:4
719:10 722:18,21
723:7
**counsel's** 599:19
**count** 687:17
**counted** 687:19
**counts** 615:1
**couple** 593:21
637:1 661:9
**course** 520:23
535:25 597:25
603:24 676:8
691:17
**courses** 597:23
**court** 496:1 497:1
497:21 507:8,14
507:16,19 541:6
543:5 581:19
602:13 616:6
634:14 635:24
706:18 713:18
721:3
**cover** 526:15
567:21 606:15
620:11 705:4
**covered** 527:17
613:10 657:25
658:1,5 704:1,17
**covering** 705:5
**covers** 567:10
610:21 658:2

695:16 699:2
**create** 524:16
531:1 594:11
640:4 718:8
**created** 530:25
553:19,21 563:16
564:25 642:1
699:4 703:3,6
**creates** 530:5
645:17 646:18
650:3,9,22
**creating** 546:18
641:20,24
**creation** 687:8
688:15
**creations** 688:12
**criteria** 540:2
562:10,16,18
563:10,21 583:11
625:16
**cross** 496:13
497:15 503:3
506:8 507:9 508:1
508:6,18 514:7
515:2 517:20
526:10 534:16
536:2,23 541:10
541:14 542:10
543:8 569:10
578:7 585:6
598:25 599:18
600:11 603:6
615:18 616:8
629:23 634:17,22
636:4 637:23
638:4 646:8
650:11 660:1,20
661:16,18 662:5,7
662:10,15,23
664:9,18,24
665:23 666:16

Veritext Legal Solutions
866 299-5127

**[cross - definition]**

667:1,9,20 668:7
668:25 669:15
672:6 676:4 705:3
715:5,12 720:1,11
722:1,5 724:2
**cross's**  600:10
**crutcher**  500:5
501:5 506:20
**csr**  496:21,21,22
721:25
**current**  535:5
**cut**  598:20
**cuts**  566:22

**d**

**d**  698:2,2
**dallas**  500:20
**daniel**  498:7 502:5
506:17 507:7
**daniels**  563:24
**data**  510:4 511:10
511:15,18,21
512:1,16 513:17
513:23 514:4,5
524:9,10 528:24
529:1,6 530:16
531:12 532:5,8
536:24 539:5
540:19 546:4,7
552:11 553:8
555:3,13,14,15
557:6,14 573:10
573:15 574:15,16
575:6,7,20 576:1,8
576:10,19,21,21
576:25 577:1,8,12
577:22 578:1,3,6
578:12,23 579:2,4
579:5 583:5
589:18 591:3,6,17
592:9 599:16,21
600:12 601:1

602:5 605:14
610:12,18 611:3
611:14,20,25
614:2,2,6,20 615:4
617:21 618:4
619:7,10 626:19
638:8 640:25
641:7 657:23
663:21 664:20
665:1,14 666:5
667:11,23 670:6
677:18,21 678:1
678:20,22 679:8
683:8,12,15,16,17
683:21,25 684:1
685:10 689:15
691:10 695:21
696:6 697:6,9,15
698:13,22 699:7
699:24 700:5,17
703:5,10,16,21,25
704:17,24 706:7
709:8 713:16,20
713:22,22 714:6
716:2 717:25
**date**  542:13
582:10 602:18
668:21 676:21
678:21 687:8,11
688:15,18 689:4
689:24 690:20
696:9,12 703:14
704:2,8 721:20
722:16 723:5
724:24
**dated**  503:11,21
504:4,14 541:11
581:16 634:19
660:4 721:23
**dates**  513:4 621:5
701:16

**davis**  499:8 506:25
**day**  517:20 660:18
669:1 676:5 720:6
**days**  508:19
**december**  505:4
602:18 685:25
686:11,14,14,17
706:22
**decide**  624:13
628:10 658:17
715:9
**decided**  517:11
518:2 583:20
659:5
**deciding**  531:11
532:4,16 533:5
536:4,23 539:3
540:17 563:2
655:19 657:3
**decision**  533:11
540:2 541:1 564:6
564:10 573:12
583:16,23 621:24
622:2 625:16
642:15,22 645:4
645:14 646:16
648:5,16 649:13
649:25 650:8,19
656:10,19 657:1
658:8 659:20
**decisions**  530:16
562:22 564:3,14
579:17 580:15,23
584:9 645:22
657:9 658:25
659:16 664:25
**deck**  504:15 543:3
543:20 545:17
546:13 548:23
551:1,22 554:17
555:20,24 556:16

556:20,23 558:14
558:17,18 562:3,6
566:1,3 570:2,17
570:19 572:12,16
573:19 580:8
604:2 618:21
625:1 630:14
632:22 634:20,21
636:2,5,18 637:2,4
637:12 641:13
642:1 644:19,23
646:22,23 648:15
650:4,6 654:20
655:1,24 656:9,18
657:22 658:6,8,13
**declare**  720:1
**deem**  588:23
**deemed**  699:22
**defendant**  506:20
668:11
**define**  517:14,15
519:11 520:4
534:24,24 537:19
559:13 562:10,15
655:18
**defined**  560:12
562:18 568:7
615:9 654:24
655:1 672:25
673:20 675:22
694:11,24,24
695:11,11,12
**defines**  519:7
537:24 653:25
677:14
**definition**  517:1
518:10 519:10,13
519:19,21 520:2
520:17,20 560:16
567:9 575:22
577:14 578:20,22

[definition - designations]

578:25 579:9,10
580:19,21 590:13
613:10 615:8,21
619:13 631:17
632:14,19 633:14
656:7 671:3
673:21 674:7,17
675:12 684:1
705:11,23
**definitions**   615:20
632:15,17 694:23
**definitively**
539:21
**denominator**
519:15
**denver**   501:10
**depended**   659:11
**depending**   574:5,5
574:6 632:15
**depends**   580:19
**depo**   660:25
714:23
**deponent**   497:16
503:2 507:18,24
512:8,20 513:11
514:1 516:6
517:17,24 519:1
519:18 520:1,8
521:7,10 522:5,25
523:14 524:13
525:1 527:2 528:7
528:19 529:9
530:1,20 532:21
533:13 535:8
536:8 537:3
538:18 539:10,24
541:15 547:8
549:7 550:1
554:14 555:19
556:11 557:8
562:21 567:24

569:21,25 574:20
575:11,12 576:12
577:25 581:7,21
583:19 584:2
585:5,11 586:20
588:10 589:21
591:19 592:4
595:3,22 596:9
600:24 601:18
603:12 606:7
607:10 608:2
611:23 612:7,17
613:8,21 614:5,11
614:24 616:24
618:6,24 621:21
623:1,17 624:2,24
625:21 626:24
627:20 629:6
630:11,19 631:5
631:24 632:10
635:7 637:8
638:14,24 639:11
640:17 641:10
642:25 644:7,21
646:2,21 647:12
647:25 648:7,22
649:18 650:13,25
652:13,23 653:13
653:19 654:18
655:6,23 656:14
656:23 657:8,18
658:22 659:8
661:3 663:1 664:3
664:15 665:9,18
665:25 666:10,20
667:6,14 668:1
669:25 673:10,19
674:6 675:2,20
676:1,8 677:12
679:11 680:15
681:2,11 682:10

682:22 684:3
688:4 689:1,12,22
690:8,18 691:22
692:12 693:1
694:21 695:8
697:1 699:13,20
700:8 701:1,20
702:16 703:19
704:5,22 705:9,22
706:10,24 708:20
709:2,20 710:3,13
710:21 711:6,15
711:20,25 712:5
713:2,25 714:15
715:13,22 716:8
716:17 717:2,18
718:3
**deponent's**   496:15
**deponents**   721:7
**deposition**   496:12
497:15 506:8
507:21 508:9
514:8 592:2
595:12 600:10,23
702:15 704:4
719:3 721:14
722:19,22,24
723:8,10
**deprecate**   607:2
608:7 658:18
**deprecated**   510:16
511:18 513:9
532:12,14,15,17
533:3,7 536:5
537:9 539:20
540:9 555:22
556:2 561:10,16
582:19 604:18,19
608:25 609:5
623:12 637:15
640:8 643:13

644:12 685:17
701:15,22 702:4
**deprecation**
512:10 513:4
557:14 560:19
577:10,19 667:22
685:10 686:6
688:23 701:16
**deprecations**
559:14,24 583:3
587:9
**derek**   498:6
506:16 541:18
560:25 634:24
668:18 691:18
**describe**   554:8
560:22 589:7
613:4 638:6
671:10
**described**   509:1
560:1 629:2
641:15,18
**describes**   568:13
627:13 630:14
658:13
**description**   503:10
504:3 505:3 628:9
691:2,25 700:1,11
700:13,20,21,22
702:8 709:6
710:17
**descriptions**
552:18 709:11
**design**   571:20
**designated**   508:13
509:23 714:20
**designation**
719:13
**designations**
719:14

[designed - document]

**designed**  646:15
656:25
**designee**  539:1
594:18 664:10
677:8 687:21
690:3
**despite**  678:8
**detail**  523:19
557:11 570:18
589:23 626:25
653:20 697:12
**detailed**  644:17
**details**  510:17,24
513:21 619:14
638:15 646:3
647:21 648:3
649:12 658:14
**determinant**
539:14
**determination**
531:7 614:25
640:22 641:21
644:1 654:23
675:4,4
**determinations**
537:12,14 718:7
**determine**  514:2
558:4 566:10
578:18 640:7
643:12 644:15,22
682:3 689:18
**determined**
536:11 625:11
676:10 689:5
722:18,22 723:7
**determiners**
525:23
**determining**  537:6
540:7 679:16
**dev**  548:2,3,5,6

**develop**  567:4
621:14
**developer**  511:1
518:14 519:4
521:15,25 524:2
527:18 528:10
531:2 544:11,23
548:6,9,12,13
550:13 553:23,24
559:7 567:4
574:10,22 606:13
607:19 612:24
626:5 674:13
692:23 693:2,4,7,9
693:11,14,17,20
693:23,25 694:4,8
694:9,14 701:11
707:16
**developers**  517:10
521:20 523:21
524:10,14 525:12
529:11 544:14
545:5,6,24 548:8
551:25 552:23
553:2 554:25
555:8 559:3 565:9
574:9,23 577:21
582:22 583:2
588:17 606:15
613:1 617:9 691:9
693:5 695:20
700:4,16 701:10
**development**
622:7
**device**  526:2 538:4
560:7 617:12
**devices**  671:12,19
692:20 708:6
**dgarrie**  502:11
**diagramming**
556:7

**dialog**  552:10
**dialogs**  552:24,25
552:25
**dialogue**  552:22
**differ**  653:22
**difference**  692:9
695:4
**different**  513:5
519:11,12 521:4
526:16 552:21
554:7 561:23,25
562:4 576:16
584:7 597:19
609:21 619:20,23
627:13 630:23
632:1,2,17 638:10
657:11 660:18
671:12 687:19
692:1 695:15
702:6,19,23 709:7
709:14 719:16
**differs**  656:4
**difficult**  595:12
598:11
**difficulty**  542:8
**direct**  533:20
**direction**  721:11
**directly**  522:22
567:25
**director**  645:11,21
647:21,22 648:4
648:15,17 649:13
650:7 658:16
707:15
**directors**  642:15
642:21 645:4
646:15 649:24
650:14 651:6
**directs**  553:25
676:19

**disclosures**  617:15
704:1
**discrete**  508:12
**discuss**  512:9
**discussed**  510:7,24
510:25 511:10,13
511:13 560:6,17
564:14 591:10
656:2 657:22
661:11
**discusses**  661:6
**discussing**  509:17
510:15
**discussion**  564:21
584:8 585:19
672:22 684:23
**discussions**  525:12
584:5
**distinct**  552:6
**distinction**  694:16
**distinctions**  719:7
719:15
**district**  496:1,2
497:1,2
**divide**  503:12
541:13
**division**  632:16
**dloeser**  498:14
**document**  496:6
497:6 541:25
547:9,11 549:10
581:14 593:15,17
594:6,6,14 595:2
595:15,15,16,21
596:2,7 598:12,17
598:19 627:9
629:8 641:16,18
660:24 661:4,9,14
668:14 669:17
672:4,7 673:22
674:10,18 675:22

Veritext Legal Solutions
866 299-5127

[document - entire]

677:6,13 694:25
695:11 699:23
706:16 715:1,4,9
715:14
documentation
640:21
documented
637:25 639:5
654:4
documents 508:19
508:20 509:3
538:19 539:11
541:20,22 594:23
595:24 600:6
616:15 636:7,8,16
661:22 662:2,13
662:16 690:9
715:6,6
doing 524:6 604:4
620:16 682:22
door 569:22
double 661:1
doug 563:24
download 526:3
draft 548:23 566:2
570:17
dramatically
663:20
drew 634:19
635:13,14,14
driver 540:25
drivers 622:7
driving 639:20
drove 622:1
dub 553:4,4,4
due 681:15
dunn 500:5 501:5
506:20

e

e 499:6 503:8
504:1 505:1 722:9
722:12 723:1
724:3,3,3
e.g. 563:25 625:16
earlier 533:15
633:14 661:17
early 564:16,16
easy 526:2
ecosystem 523:16
544:23 607:19
eddie 541:4
634:18 636:14,16
edge 513:14
educated 523:18
effect 535:4
effective 594:2
599:7
effort 550:14
593:22 604:6
608:19 610:14
624:6 636:11
644:16
efforts 510:8
622:13 624:10
636:13,15 639:9
690:13
eight 545:17
546:14,23 551:22
573:20 585:17
589:6 591:21
either 533:21
585:18 635:12,15
635:19 637:15
703:20 715:4
elapsed 545:19
elia 509:14 510:13
510:24 511:3,9
668:23

eliminated 555:15
email 503:11,21
504:4,14 509:14
541:10,13,14,16
542:11,12,16
581:15,23 602:16
602:18,20 603:25
605:1,3,22 606:9
608:4 609:6
611:10,24 614:14
620:12,14 634:18
636:5 660:3,21
662:4
embed 553:5
emit 511:10,17,21
511:25 512:15
513:17,23 539:4
611:3,14,19,25
614:1,2 617:20,23
638:8 641:7 655:3
655:10,13 683:8
683:12,25 699:23
703:25
emitted 546:17
610:12,17 640:25
654:11,24 657:22
679:17,23 681:8
681:13 682:18
683:10 684:5
697:9,16,20
698:13 703:16,21
704:16
emitting 514:4
emma 498:8 507:2
employed 588:10
employee 666:17
721:18
employees 509:5,6
663:8 707:2,5
employment
520:23

empty 558:15
enable 573:12
579:18 580:18
589:9 670:5
enabled 704:12
enacted 551:5
552:3 557:3
558:13 566:4
568:19,25
encourage 530:7
endeavor 534:22
endpoints 678:19
679:4 695:21
700:5,17
energy 531:5
enforcement
509:18
enforcing 601:21
engaged 544:21
671:18
engagement 652:4
652:14,16
engineer 582:3
engineering 651:3
682:3
engineers 690:10
england 496:15
497:17 506:1
enhance 602:7
626:17
enrich 524:19
enriches 530:4
ensure 534:8
574:11 578:6
610:1 637:24
639:1
ensuring 545:21
entail 681:17
enter 526:11
entire 608:19
687:19

[entirely - explains]

**entirely** 556:12
609:15 633:13
641:2
**entirety** 595:1,20
**entities** 519:3,12
519:21 521:23
527:12 540:18
567:1 671:16
674:14 677:2,4,20
699:6
**entity** 521:12
530:23,24 590:10
612:19 676:10
687:2
**entry** 695:25
**enumerate** 552:16
617:2,3,5
**equipment** 525:18
**errata** 722:14,16
723:3,5
**escalate** 642:16,22
644:2 645:5
**escalated** 643:6
644:9,11
**escalation** 504:15
504:18 634:20
635:20 636:20
640:12
**establish** 622:14
**established** 520:21
**estimate** 644:8
**estimates** 643:15
643:20
**estimation** 571:8
626:2
**et** 552:12
**evaluates** 640:2
**event** 639:8
**events** 512:5,25
513:15 621:17
661:6 699:7

**eventually** 555:8
**everybody** 529:17
**evidenced** 592:7
**evolve** 622:15
**ewright** 498:16
**exact** 513:4 543:17
718:7
**exactly** 528:2
544:8 557:1,2
559:19 588:18
621:22 629:10
643:11 652:9
653:21 657:24
658:4 659:15
680:8 689:13
713:25
**examination** 503:2
508:4 662:16
**examined** 508:2
**examining** 508:13
**example** 518:18
523:1,4 525:3
529:11 530:1
538:4 540:17
547:17,21 560:7
566:9 574:7,7
625:5,10 626:8,13
646:10 688:11
692:17,19 700:23
710:22 711:20
**examples** 518:15
527:23 617:6
626:10 673:1,4
695:13 710:24
711:15 712:1,10
713:3
**exception** 685:12
686:9
**exceptions** 584:13
587:9

**excerpted** 595:1
**excerpting** 594:14
**excess** 566:11
**excuse** 509:8
682:10
**executed** 720:6
**executive** 660:9
**exempt** 558:22
559:14 560:12,13
569:1 572:8
**exercise** 640:6
**exhibit** 503:11,15
503:21 504:4,8,14
504:18 505:4,13
505:15,17 541:5,9
542:1,2,3 543:3,4
543:19 579:13,15
581:18 592:10
593:21 594:1,11
598:22,22 599:15
599:19 602:12,25
616:4,5 634:13,17
634:25 635:3,6,23
636:4 659:23,25
659:25 660:2
668:8,17,19,20
669:24 670:24
706:17,21,21
**exhibits** 505:11
**exist** 510:21 514:3
536:12 556:24
558:6 570:20
572:2 581:3
683:10 698:17
**existed** 511:15
529:12 566:7
576:24 606:18
607:16 610:15
612:25 624:7
**existence** 587:6,17
587:19 642:13

**excerpted** 679:18 685:7
**existing** 621:13
622:13
**exists** 581:2 702:4
704:25
**expect** 583:1
653:22 699:17
**expectations**
607:19
**expected** 529:15
559:4 571:24
591:13 604:22
650:15 651:8
653:14,21
**experience** 523:21
545:2 602:8
617:11 625:25
626:17 643:2
651:2 675:7
**experiences**
583:10,17 671:22
694:7 708:9 712:8
**expert** 600:25
601:20 652:9
658:23 664:7
665:21 666:10
667:7,17 689:2
**expertise** 523:17
668:3
**expiry** 566:9
**explain** 523:18
545:15 554:15
594:25 604:24
650:8 654:2,5
680:10,11 687:22
690:22 710:8
**explained** 710:15
**explaining** 645:16
646:17 650:2,21
**explains** 604:4

[explanation - fairly]

**explanation**
534:18 601:13
623:7,9 693:3
710:4
**express**   530:13
**expression**   682:6
**extension**   685:7,13
685:24,25 686:16
687:20,23
**extensions**   685:11
686:8 688:1
689:19,23 690:5
690:16
**extensively**   683:22
**extent**   509:11
513:22 540:16
607:8 640:15
**external**   574:8
620:22 638:11
**externally**   583:12
**extremely**   669:17

**f**

**f8**   582:12
**facebook**   496:3
497:3 500:4 501:4
505:4 506:10
509:5 511:1
513:21,21 514:2
515:4 516:8,11,24
517:11,12 518:2,3
518:7,13,13,23
519:4,6,7,9,16,24
520:6,12,15,24
521:12,14,19,20
521:25 522:1,3,11
522:17,19,20,22
523:2,9,12,25
524:7,10,11,16,19
524:24 525:9,19
525:20,20 526:1
526:10,15,17,19

527:10,13,17,18
527:19 528:9,12
528:14,17,24,25
529:1,4,5,7,21,21
530:4,5,7,9,10,14
530:15,22 531:1
531:10,11,17
532:3,4,18,19
533:4,5,9,10,13
536:2,3,11,13,25
537:1,18,22,24
538:12,13,15
539:21,25 540:15
543:8 544:11
546:6 547:4,22,25
548:9 549:4,23
550:3 552:21,24
553:4,24 559:3
560:2,5,13 565:10
567:2,4,16,20
570:22,25 571:24
574:16 575:7,17
577:22,25 578:4
578:12,15,16,18
578:23,24 580:17
580:22,25 581:4
583:15,20,22
584:3 586:3,6
587:24 588:7,11
588:12 589:3,10
589:12,14,16,18
590:16 592:13
593:14,23 594:5
594:25 595:15
596:6,7,11,14,23
596:25 597:14,19
597:20,21 599:5
599:25 600:1
601:25 606:14
607:1,7,12 608:18
611:18 612:4,13

612:18,19,24
613:2,17 615:15
617:24 618:4
619:6,12 623:14
629:2 632:4,6,16
638:20 639:8
640:13 641:6
643:5,8,10 644:1,3
647:14,16 652:5
653:25 655:2,8,18
657:4,14,19 659:4
659:18,21 660:15
663:23 664:11,25
665:6,12,20 666:3
667:2,22 668:9,11
670:19 671:2,8,9
671:10,15,18,20
671:21,21,23,23
671:24 672:25
673:5,8,15,16
674:2,13 675:3,12
675:15,24 676:11
676:15,19 677:2,4
677:22,24 678:1
678:15 679:7,16
679:19,25 683:11
683:24 684:4,11
684:13 685:3,19
689:7,17 692:20
693:2,3,7,9,11,13
693:17,20,23,24
694:4,8,9,14 695:2
697:15,20 698:15
698:22 699:4,6
701:10 703:3,6,13
704:2,15,19,23
706:4,10,22,23,24
707:2,3,5,8,10,13
707:21 708:2,5,5
708:10,17 709:24
710:9,19 711:12

712:22 722:4
724:1
**facebook's**   496:12
505:6 510:8
528:14 538:25
544:14,25 545:22
547:10 548:7,19
548:22,25 549:9
549:12 582:9
583:25 594:17
598:7 600:25
601:21 613:4
639:3 642:23
660:9 664:10
667:10,21 669:2
670:22,25 671:12
671:17 674:7
676:16,20 677:7,9
678:9,14 680:3,24
681:3 683:20,22
684:1 687:21
690:3 691:1
692:15 694:17
698:21 706:25
707:6
**facility**   682:4
**facing**   552:25
620:22 707:20
**fact**   548:19 560:2
608:21 643:5
647:8
**factor**   540:8
**factors**   621:23
659:12
**fair**   529:5 548:21
591:14 611:18
612:12 629:3
631:21 647:6
648:18 693:10
**fairly**   643:20

Page 16

[fairness - fourth]

| | | | |
|---|---|---|---|
| **fairness** 528:23 529:4 | **fewer** 696:18 | 685:1,1,3 695:25 708:4 | 656:12 659:7 664:1 665:17,24 |
| **fall** 568:3 703:25 | **field** 685:8 700:5 | **fit** 702:8 | 666:8 667:5,12,25 |
| **falls** 649:4 | **fields** 678:20,22 | **five** 714:20 | 674:4 681:10 |
| **familiar** 597:6 | 679:8 691:10 | **flagged** 640:11 | 684:2 688:3,25 |
| 610:7 698:23 | 695:21 700:17 | **flip** 643:14 684:9 | 689:10 690:7 |
| **familiarize** 603:2 | **figure** 511:16 | **floor** 502:8 | 692:25 694:20 |
| **familiarizing** 603:5 | 557:24 | **flow** 535:16 | 695:7 699:12 |
| | **fill** 647:21 649:19 | **focus** 514:24 | 701:19 702:5 |
| **family** 663:9 | 650:15 | 550:14 598:23 | 703:17 704:4,21 |
| **far** 551:9 552:8 | **filled** 657:11 | **focused** 521:23 | 705:8 706:8 |
| 628:3,17,19 | **filling** 650:7 | 522:7 534:12 | 708:19 710:2,12 |
| 631:17 | **final** 558:17 | 703:20 704:11 | 711:5 713:1,24 |
| **faster** 517:20 | 587:12 642:15,21 | **fold** 609:10 | 714:14 715:20 |
| 627:12 629:3 | 645:4,14 646:16 | **folks** 564:7 | 716:7 717:1,16 |
| **fb** 503:13,18,19 | 649:25 650:19 | **followed** 643:12 | 718:1 |
| 504:6,11,12,16,19 | **finally** 511:1 | 646:3 658:24 | **formal** 515:13 |
| 504:20 505:7,8 | **financially** 721:17 | **following** 620:20 | 518:10 560:15 |
| **fb.com** 722:2 | **find** 530:11 600:3 | 654:10 669:1 | 562:17 563:3 |
| **feature** 712:23 | 604:1 641:23 | 673:3 700:9 | 568:24 571:6 |
| **featured** 604:17 | 644:13,23 669:11 | **follows** 508:3 | 578:24 579:8,10 |
| **features** 561:10,16 | 712:19 | 722:8 | 580:12 587:12 |
| 573:10,16 575:20 | **fine** 594:9 597:11 | **fonti** 499:5 506:24 | 614:25 705:10,23 |
| 576:19,21 605:7,7 | 597:11 662:22 | **foregoing** 720:2 | **formally** 572:13 |
| 605:10,13 708:5 | **fining** 591:15 | 721:5,7,11,13 | **forms** 538:15 |
| 712:15 715:17 | **finish** 715:2,8 | **form** 512:7,19 | **formulated** 715:24 |
| **february** 668:22 | **finished** 539:18 | 513:25 516:4 | **formulation** 689:4 |
| **federal** 721:14 | 627:8 | 517:23 518:24,25 | **forth** 534:25 721:7 |
| 723:1,8,9 | **finishes** 535:13 | 519:17,25 521:14 | **forward** 620:24 |
| **federated** 640:2 | **finishing** 715:13 | 523:23 524:12,24 | 621:16 684:9 |
| **feel** 591:1,4 612:21 | **firehose** 589:1,4 | 524:25 528:6,18 | **found** 591:2,5 |
| 624:25 625:22 | 589:24,25 590:3,4 | 529:24 536:7 | 640:10 |
| 650:25 657:12 | 590:6 | 547:7 549:6 | **foundation** 516:5 |
| 665:18,25 666:14 | **first** 545:20 552:8 | 554:13 555:18 | 658:20 |
| 666:20,24 667:8 | 555:14 561:9 | 556:10 557:7 | **four** 550:5 561:18 |
| 667:17,18 668:2,2 | 573:14 597:24 | 558:18 562:20 | 566:16,17 567:19 |
| 668:4 674:8 | 611:11 624:15 | 567:23 574:19 | 567:21 568:1,3 |
| 683:19 688:5 | 628:4,20 633:12 | 575:10,21 577:24 | 584:16,17 673:1,4 |
| 689:5 690:22 | 636:19 640:1 | 611:21 612:16 | 710:22,22 |
| 718:3 | 645:10 648:25 | 641:9 644:5 | **fourth** 668:12 |
| | 649:1,6 651:17 | 646:20 655:22 | |
| | 669:1 678:10 | | |

Veritext Legal Solutions
866 299-5127

**[frame - give]**

**frame**  510:9
  551:23 572:3
  598:13
**framework**  563:4
**framing**  667:6
**francisco**  500:11
  541:4
**frankly**  635:5
  686:25
**frcp**  723:1
**frequently**  523:9
**friday**  660:18
**friend**  509:20,20
  510:25 511:6,10
  511:15,17,21,25
  512:16 513:23
  534:3 536:24
  539:4 540:19
  552:11 553:8,8,10
  555:3,13,14,15
  557:5 575:6,13
  576:1,8,9,20,25
  577:1,2,8,11,22
  578:3,12,23 583:4
  583:9 587:9
  590:23 591:2,5,15
  593:2,22 600:2
  602:2 605:14
  610:12,17,19
  611:3 614:2,20
  615:4 617:21
  618:4 640:25
  641:7 657:23
  664:20 665:1,14
  666:5 667:11,23
  677:18,25 679:23
  679:23 683:8,12
  683:15,21,25
  684:1 685:5,10
  687:14 688:21
  689:8 698:13,22

  699:7,24 703:5,9
  703:16,21,22,23
  703:25 704:11,17
  706:7 709:8 713:8
  713:13,15,16,20
  713:21,22 714:6,8
  714:11 716:2,3
**friends**  512:14
  513:1,2 523:4
  524:18 530:5
  552:11 553:7
  555:3,12 557:5,14
  583:3,5 584:13,18
  602:4 617:24
  663:9 677:21
  678:19 683:16,17
  691:11 695:22
  699:9,9 700:6,18
  703:9 704:13
  708:10 714:18
  716:4,14,22,24,25
  717:8,11,14,15,20
  717:21,23 718:15
  718:17
**front**  600:12
**frozen**  609:11,14
  609:16,16,20
**ftc**  712:17
**full**  512:10 553:8
  583:4,9 610:24
  638:14,17 708:23
**fully**  540:3,4
  592:25 610:20
  615:12 621:24,25
  621:25 633:16
  663:15 680:10
**function**  637:23
  638:4
**functional**  561:18
  562:9

**functionality**
  560:18
**functions**  533:7
**further**  597:2
  608:12 643:6
  719:7 721:13,17
**future**  524:23
  525:3,8 573:13,13
  579:18 580:18
  607:2,24 608:7
  622:13,15

**g**

**game**  588:17
  712:12
**games**  561:18,18
  565:15 566:17,18
  566:23,24 568:9
  712:8
**gamut**  512:10
  526:20 552:21
**garbled**  630:3
**gareth**  581:16
  582:2,3
**garrie**  502:5 507:3
  507:6,7 533:14,19
  533:23 534:4,14
  535:9,10,25
  595:11,18,25
  596:3,12,16,20
  597:1,4,9,15,17
  598:3 599:1,3
  719:9,18
**gate**  701:2
**gated**  610:23
  620:22
**gating**  639:1
**general**  502:16
  528:10 530:21
  531:22 540:14
  597:19 680:23

**generally**  516:15
  521:18 528:23
  552:17,19 564:8
  583:25 584:4
  589:7 596:8
  623:10 674:11
  697:4 701:9
**getting**  546:8
  676:5 711:22
  717:14
**gibson**  500:5
  501:5 506:20
**gibsondunn.com**
  500:13,14,22
  501:12,19
**give**  507:21 512:2
  517:21 525:3,14
  527:4 529:10
  532:10 533:17
  534:18 546:10
  579:1 580:5 585:7
  594:6,13 595:7,9
  601:4,8,12 605:2
  606:22,23 607:12
  612:20 613:23
  614:12 615:6,9,9
  615:13,17 620:2
  621:12 623:2,5
  624:25 625:4,4,22
  625:23 626:11,24
  626:25 627:16
  629:7,24 633:16
  639:17 641:5
  642:9 651:1
  652:24 654:19
  655:7 659:13
  665:9 667:18
  673:21 674:8,9
  675:3 676:6
  684:18 689:6,15
  701:25 710:4

**[give - happy]**

711:25 712:20
713:5 714:2
716:19
**given** 545:18
546:13 547:15
564:19 581:11
602:6 606:11,11
606:20 623:19,19
625:25 679:20
685:4,7 702:24
704:23 708:16
709:7 710:16,18
710:22 713:3
717:24 719:6
721:12
**gives** 673:1 677:15
711:15
**giving** 512:22
603:2,22 615:5,25
655:9 678:2
**giza** 518:20
**go** 521:9 526:4
529:25 530:19
535:14 536:17
537:25 539:9
542:7,9 543:2
545:7 550:18
552:8 557:16,24
570:1 571:11
576:1 579:12,15
581:13 585:10
588:15 599:10
601:12,16 603:10
604:14 611:9
616:3 618:14
619:1 620:15
622:21 627:7
630:10 632:9,22
634:1 636:1
638:23 639:15,21
642:2,3,4,14

644:25 646:6
649:21 657:17
659:23 662:23
663:3 669:11
670:17,21 672:14
676:12,13 682:23
686:11 690:24
694:6 695:24
700:25 707:19
709:4,19 712:13
715:9 718:19
719:10,20
**goal** 550:17 558:8
558:19,21 560:1
569:1 572:6,7,8
**goals** 545:11 547:5
548:16,18,19,22
548:25 549:3,9,9
549:13,22 550:3,9
550:11
**goes** 583:8 584:12
586:23
**going** 507:13
533:19 534:6,16
536:16 541:8
546:14,24 554:22
555:15,16 569:21
572:15 585:2,11
586:3,6 592:12
594:15 595:18
597:23 599:10
602:15 603:9
616:16 618:16
621:16 637:5,6
648:16 659:24
661:12,14 668:7
668:14 684:25
702:7,14,17 717:3
**good** 506:16,23
508:6,6 533:17
534:20 547:21

569:11 623:8
714:23
**govern** 577:7
578:1 589:17
605:23
**governs** 528:13
**grant** 533:6
584:21 585:23
586:1 620:21
684:14 689:18
**granted** 575:19
684:13,16 689:23
696:9
**granting** 573:9,15
576:19,20
**graph** 510:21
524:18 529:2,12
529:14,17 530:2
531:19 544:5
545:20 546:3
550:25 552:10,22
579:20 581:1
685:9,11,17,19
686:1 691:11
694:3 695:23
700:19
**graphic** 644:1
**great** 514:18
548:10 569:12
603:12 618:19
**greatly** 653:22
**group** 524:22
525:5,6 526:24
527:9 562:9
563:24 631:19
656:4 658:18
**groups** 512:5,25
513:15 561:18
699:8 700:23
701:4,9,9 702:10

**growing** 524:5,5
**guardian** 518:21
**guess** 536:16
**guessing** 584:12
**guidance** 663:4
**guys** 603:22

h

**h** 503:8 504:1
505:1 724:3
**half** 566:5
**hand** 507:17 513:6
**handled** 565:15,16
565:17,19 722:8
**handling** 571:25
**handwritten**
514:10
**hang** 712:20
**hannah** 501:6
506:22
**happen** 561:13
562:11 563:11
564:16 565:23
571:22 579:19
608:21 610:5
622:18,20 640:5
**happened** 557:4,6
557:9,23 561:21
561:22 562:14,14
563:15 564:24
565:5,7 566:1
571:3,7,23 573:3,4
580:10 610:7,10
639:18 643:1
659:11,15 660:15
717:12
**happening** 579:21
623:9
**happy** 514:23
569:9 597:12,25
648:20

[hard - including]

**hard**   520:3 525:10
530:21 557:8
563:14,21 565:24
573:2,3 578:17
588:11 594:19
595:3 607:10
608:3 612:7,8,8,17
615:9 616:25
624:2,24 626:24
627:20 629:6
630:20 648:11
659:13,13 674:8,8
704:8,8,25
**he'll**   715:7
**head**   573:20
**header**   570:8
571:12,19 608:16
637:13 639:22
642:18 643:15
645:3 695:25
**headers**   687:1
**heading**   561:2
566:13 568:10
604:10 620:18
622:10 663:4
671:2
**hear**   583:2 715:7
**heard**   528:19
**heartbeat**   517:22
**hello**   604:1
**help**   509:5 514:10
532:7 533:16
537:19 553:16
593:17 608:9
614:5 633:2
637:12 649:13
656:25 679:11
683:14
**helped**   550:23
**helpful**   592:23
625:3 634:25

683:3 702:18
**helping**   708:3
**helps**   537:24
**hendrix**   509:7,16
**hereto**   541:7 543:6
581:20 602:14
616:7 634:15
635:25 706:19
**hi**   625:16,18 626:1
**high**   557:12
640:11,11,13,14
641:1,1,8,8 643:7
643:8 644:3,3
656:11,11,20,21
657:3
**highly**   496:11
719:3
**historical**   622:12
**history**   527:25
**hits**   680:20
**hive**   698:8,11
**hoc**   562:19,22
**hold**   682:21
**holistic**   588:13
**home**   569:23
**hope**   537:4 634:7
**hour**   618:16
**hregan**   501:12
**hubs**   673:6
**huge**   570:18
**hurren**   541:11
542:24,24,25
570:12,13

---

**i**

**i.e.**   554:25 604:18
605:5
**ian**   502:16 506:21
**idea**   554:5 559:12
570:14 596:15
609:25 611:1
623:11 653:7

**ideally**   514:19
520:12
**identical**   572:10
**identifiable**
614:19,21 615:23
615:24
**identification**
541:6 543:5
581:19 602:13
616:6 634:14
635:24 706:18
**identified**   511:24
529:21 605:21
619:6,12 620:10
620:11,14 629:13
631:8 657:4 662:3
662:9,13 672:5
677:3,5 689:19
699:4,18 705:4,19
**identifies**   690:25
703:14
**identify**   506:14
623:12 629:19
630:7 633:8
642:11 683:25
684:12 698:13
710:25
**identifying**   604:25
623:18 678:15
680:4
**iii**   496:17 503:3
722:5 724:2
**illustrative**   695:13
**imagine**   555:24
590:17
**imaging**   570:19
**ime**   541:3,12
602:17
**impact**   544:13,22
548:12 558:22
560:14 569:2

651:14
**impacted**   570:10
570:23 571:1,9
583:2
**implement**   550:24
**implementation**
574:14 639:2
**implemented**
549:4,24 559:18
559:19 574:10
638:12,15,18
686:2 697:15
**implementing**
574:13 638:20
**implications**
522:16
**important**   567:6
574:10 577:6
578:1 579:5
**impossible**   598:11
**imprecise**   633:4
**improving**   622:7
**inappropriate**
647:18
**inc.'s**   668:11
**include**   578:23
605:13 610:12
674:24 694:13
699:6 711:11,16
711:17 712:2,11
**included**   577:8
610:25 619:7
662:17 671:24
684:6,7 692:13
699:15,17 703:7
709:23 722:14
723:3
**includes**   602:4
615:1,4 692:3,6
**including**   509:25
538:11 602:17

[including - investigate]

604:5 610:17 611:2 685:10 709:11

**incomplete** 680:13

**increase** 523:10

**index** 503:1 589:9

**indicated** 598:19 662:1,2 686:5

**indicates** 685:3 686:8

**indicative** 572:11

**individual** 564:5

**industry** 590:7

**info** 663:10

**inform** 656:25

**informal** 591:20

**information** 529:5 537:8 538:8 545:22,23 546:17 556:1,20 563:18 575:12 578:4 586:18 590:10,12 590:18 591:11 592:8,18,19 593:5 593:6 600:15,16 602:1,4 614:19,21 617:16,23,25 618:10,13 626:15 626:16 628:18 648:14 649:4,20 651:6,14 656:25 657:13 676:18 679:7,16,23,25 680:2,5,25 681:4,5 681:8,13,16,22 682:8,18 683:10 684:5,7 687:24 688:7 689:2 690:14 695:15 696:22 697:2,8,19 698:16 704:6,7,10

704:13,24 707:2,5 707:22 708:17 709:25 710:10,16 710:18 711:13 712:16 713:4,13 713:15 714:12,18 715:18 716:21,24 717:7,13,19 718:15

**infrastructure** 514:2

**ins** 552:11 553:5,6

**inside** 553:3,4

**insignificant** 590:18

**installed** 717:13

**installs** 696:19

**instances** 681:18

**instant** 604:18 605:16

**instruct** 534:17

**integrate** 567:4 622:12

**integrated** 675:11

**integration** 518:24 519:3 521:14 523:1 537:7 538:4 538:9,24 566:21 566:22,25 567:9 567:17,20,25 568:4,6 584:24 589:6,9,23 590:1 590:15 671:3,13 671:16,17 672:25 673:1,7,12,16,19 674:2,12,14,17 675:9,9,10,14,20 675:21,23 676:10 676:16,19 677:3,5 677:10,14,18 678:14,16,17

679:2 692:3,10,10 692:14,22 693:6 693:11 694:17,23 695:4,10 708:8 709:12 714:17 716:9,11,15

**integrations** 517:13 518:4,7,12 520:11 521:24 522:8,10,14 524:14 536:9 547:17 559:1,4,6 559:11,22 560:6,7 560:17 563:5 567:10,14 568:8 604:19 605:17 671:18,22 673:6 674:16 692:6 693:9,13,16,19 694:18,25 695:5 695:12 708:21 709:10,12 711:2,7 711:18 712:3 714:2,16 717:4

**intend** 599:18

**intended** 648:4 649:19 650:5 656:9,19 710:6

**intent** 580:11 611:4

**intention** 646:24

**interact** 523:9

**interacting** 525:5

**interactions** 652:1 652:3

**interchangeably** 567:8

**interested** 579:24 721:18

**interesting** 523:7

**interject** 702:1

**internal** 663:10

**interpret** 601:3 627:21 650:23 674:20

**interpretation** 601:4 602:2 605:3 607:13 625:24 631:21 647:1,13

**interpreted** 630:22

**interpreting** 573:24 600:25 601:21

**interrogation** 589:17

**interrogatories** 668:13 669:2,14 670:8 684:10 699:5 709:5

**interrogatory** 668:8 670:13,17 670:22,25 672:24 674:3 676:20 678:5,10 684:11 691:1 699:5 709:5 711:2,10

**interrupt** 533:25 535:16

**intervene** 533:16

**introduce** 541:9 597:5,7,12,14 598:21 599:11,19 634:16 668:8

**introduced** 607:17 607:18 639:1

**introducing** 599:21 620:21

**investigate** 513:20 513:21 624:13,15 628:10

[investigating - lasted]

**investigating**
627:4

**investment** 608:13

**investments** 531:4
607:3,24 608:8

**invitable** 513:1
699:9

**involve** 630:15

**involved** 558:1,3
558:25 607:14,14
627:21 629:9
640:19 641:20,24
644:16 651:2
654:20 690:10
697:6 718:6,11

**involvement**
547:16 584:4

**involves** 658:14

**issue** 507:12 594:7
598:6

**issues** 580:24
620:9,23

**it'll** 541:9 569:23
593:21

**item** 651:17
652:20 655:15

**iteration** 680:3

**j**

**jackie** 541:11
571:13,16,17
660:3

**jams** 502:4

**jamsadr.com**
502:11

**jan** 611:12

**january** 515:9
685:14

**job** 496:24 515:21
516:7,11,13 517:9
543:8 709:11
711:17 722:5

724:2

**john** 502:18
506:11

**josh** 506:25

**joshua** 499:9

**jsamra** 499:18

**jsc** 496:4 497:4

**judgment** 534:21

**june** 496:16
497:18 506:1,6
721:23 722:3,5

**justification**
642:17,23 645:5
645:22

**justify** 645:15
646:17 648:4,16
649:13 650:1,8,20
656:10,19

**k**

**k** 499:8

**keep** 529:19 569:8
682:22

**keeping** 582:6

**keller** 498:5
506:17,18 507:2

**kellerrohrback.c...**
498:14,15,16

**key** 620:9

**kick** 507:14

**kids** 569:22

**kind** 516:7 532:23
534:9 545:17
548:24 549:18
550:7 553:21
555:20 564:16
591:20 624:25
675:6

**kinds** 576:2 651:2

**knew** 554:18
619:19

**know** 512:12,17
512:23 513:7,12
517:2,24 518:9
523:17 525:10,16
527:3 531:5
538:21,22 539:22
540:1,12 546:14
556:19 557:10,13
565:4,10,11,24,25
567:13 568:19
571:3,4 578:10,15
578:17 583:9,11
585:7 590:3,4
597:18 598:4,20
606:8 609:14
610:6 612:9
613:21 614:16
615:13 619:9,19
620:1 621:24
622:23 629:8
632:3,9 633:3
635:9,16,18,20
637:19 638:1
639:14 641:6
642:8,25 647:16
651:7 652:19
653:19 657:8,17
657:18 658:4
659:8,15,19,21,22
661:21 662:10,25
663:16 672:6,11
676:4,9 677:20
681:2,21 684:4
689:13 697:1
701:20 704:5,6,25
706:10,13 710:22
711:22 717:3
718:5

**knowable** 540:4

**knowledge** 682:13

**knowledgeable**
540:14 601:7
612:3,11,23

**known** 511:7
606:17 626:18
708:8

**knows** 677:22,24
678:1 683:11

**kp** 602:16 603:25
606:8 609:22
611:24,24 612:2,9
614:13 619:9,12
625:1 629:13
631:13 633:13
668:24 707:11,15
707:20 708:2
710:7 712:14
715:16

**kp's** 605:15
611:10 625:23
709:23

**l**

**l** 496:21 497:20
721:1,24

**l.l.p.** 498:5

**labor** 671:11

**lack** 676:21

**lackman** 634:19
635:13,14 636:12

**lacks** 658:20

**land** 604:23
643:21

**language** 676:24
679:6

**large** 513:3 707:21
710:9

**largest** 561:9

**lasted** 686:16
687:20 689:19
690:5,16

Page 22

**[late - loeser]**

| | | | |
|---|---|---|---|
| **late** 550:7 555:21 | 588:22 589:1 | 707:19 | 595:8,20 596:1,17 |
| 564:16 676:5 | 590:20 591:1 | **llp** 499:5 500:5 | 596:22,24 597:3,5 |
| 711:23 | 628:4 654:7 | 501:5 | 597:11,16,24 |
| **latest** 637:24 | 695:25 722:15 | **loading** 636:3 | 598:20 599:2,4,10 |
| **launch** 541:24 | 723:4 724:4,7,10 | **located** 497:16 | 599:14,15,22 |
| 544:4 554:19 | 724:13,16,19 | **location** 496:15 | 600:11 601:9 |
| 565:3 574:23 | **lines** 587:5 | **locked** 722:12 | 602:9,11,15 603:7 |
| **launched** 531:23 | **linkedin** 515:8 | 723:1 | 603:15 606:24 |
| 608:18 638:11 | 516:9,14,20 | **loeser** 498:6 503:5 | 607:23 608:6 |
| **law** 498:9 499:10 | **links** 647:3,4,5 | 506:16,16 507:1 | 612:2,12 613:2,16 |
| 500:8,17 501:7,15 | **list** 512:2,9 513:3 | 508:5 512:12,24 | 614:1,7,16 615:2 |
| **lawyers** 534:9 | 553:8,22 554:2 | 513:19 514:6,13 | 616:3,8 617:3 |
| **lead** 570:21 | 555:2 565:20 | 514:18 515:1,2 | 618:14,15,20 |
| 645:21 | 583:5,9 674:23 | 516:12 518:5 | 619:1 622:9 |
| **leadership** 540:20 | 675:13 676:15 | 519:5,23 520:4,13 | 623:10,23 624:12 |
| 588:4,7 660:16 | 677:2,4,9,9,15 | 521:16 522:9 | 625:15 626:8 |
| **leading** 531:22 | 685:3 686:22 | 523:11,25 524:21 | 627:7,25 629:12 |
| **leads** 563:25 564:4 | 687:19 689:13,19 | 525:4 526:4,10 | 630:2,5,6,13,25 |
| **leak** 663:9 | 690:4,25 691:2,5 | 527:8 528:11 | 631:7 632:4,21 |
| **leaning** 515:23 | 692:1,3 695:14 | 529:3,19 530:8 | 633:25 634:16,22 |
| **learn** 511:3 | 696:23 699:2,18 | 531:10 532:25 | 635:2,9 636:1 |
| **learned** 511:5 | 699:20,22,25 | 534:1 535:11 | 637:3,10 638:19 |
| **left** 552:8 566:14 | 700:11 701:3 | 536:1,2,15,23 | 639:7,21 640:24 |
| 628:17,19 | 702:6,9,12 703:11 | 537:20 538:25 | 641:17 643:4 |
| **legal** 509:3 605:23 | 703:13 704:16,18 | 539:16 540:11 | 644:13,25 646:6 |
| 613:12 614:23 | 705:4,14,19 706:1 | 541:8,16 542:1,2,4 | 647:6,14 648:2,13 |
| 722:7 | 708:15,23,25 | 542:10 543:2,7 | 648:25 649:21 |
| **lesley** 499:6 | 709:16,20 710:23 | 548:1 549:14 | 650:16 651:9 |
| **letters** 628:4 | **listed** 553:17 | 550:11 555:1 | 652:17 653:5,16 |
| **level** 527:11 540:6 | 651:17 674:3 | 556:3,19 557:16 | 653:24 655:2,15 |
| 548:8 554:17 | 689:24 690:20,22 | 562:25 568:2 | 656:8,17 657:2,14 |
| 557:12 563:12 | 694:25 695:9 | 569:10,14,24 | 657:21 659:2,18 |
| **levels** 632:2 | 708:21,22 710:22 | 570:1 574:24 | 659:24 660:1,23 |
| **levine** 602:17 | **lists** 558:5 697:4 | 575:5,17 576:7,15 | 661:1,5,20,24 |
| **light** 682:14 | 699:4,20 703:3,6 | 578:7 579:12,16 | 662:12 663:2,3 |
| 694:22 | **litigation** 496:4 | 581:13,22 583:24 | 664:9,18 665:12 |
| **likes** 513:13 | 497:4 506:11 | 584:11 585:21 | 665:22 666:3,16 |
| **limit** 663:21 | 722:4 724:1 | 586:23 588:14 | 667:1,9,20 668:7 |
| **limited** 680:4 | **little** 542:8 593:10 | 589:24 591:24 | 668:10,20,25 |
| **line** 535:13,20 | 620:7 625:7 633:4 | 592:10 593:9,13 | 669:24 670:1,2 |
| 541:13 573:11,14 | 633:15 670:20 | 593:19 594:10,15 | 672:3,14,23 |

Veritext Legal Solutions
866 299-5127

**[loeser - matter]**

673:15,23 674:22
675:14,23 676:12
677:17 679:13
680:17 681:7,18
682:16 683:4,6
684:9,24 688:10
689:7,17 690:2,13
690:24 691:20,24
692:16 693:8
695:2,14 697:7
699:16,25 700:10
701:6,23 703:1,24
704:14 705:3,18
706:4,15,20 707:1
708:24 709:4,22
710:7,15,25 711:9
711:17 712:2,7
713:7,19 714:5,25
715:16 716:1,13
716:23 717:9,23
718:19 719:10,12
**loeser's** 535:16
**log** 617:11 680:7
716:18 717:6
**logged** 679:25
680:5,8,20 681:22
714:18 718:15,16
**logging** 680:13
**login** 531:23 552:9
552:21,22
**logs** 680:9
**london** 496:15
497:17 506:1,6
714:21
**long** 512:9 547:12
594:4 618:22
668:14 669:17
672:6,11 689:18
**longer** 554:24
555:7 559:16
605:7 665:13

666:5 687:23
690:16 702:4
**look** 514:16
515:23 524:22
541:25 542:5
560:21 563:9
603:10 608:10,16
608:23 622:9
624:12 628:17
636:19 637:11
648:14,18 649:1
651:9 661:19
662:24 671:4,6
672:7,9,12 678:4
686:21 687:1
688:11 709:6
**looked** 522:13
610:14 646:8
669:18
**looking** 543:19
545:8 582:23
603:25 631:20
647:20 657:10
669:13 670:25
672:24 684:25
692:2
**looks** 609:24
**loose** 519:20
**los** 502:9
**lot** 554:18 556:16
556:17,19 559:17
634:3 636:8,9,17
637:6 668:16
699:3
**lots** 513:12
**low** 625:16,18
626:1
**lweaver** 499:15

**m**

**m** 660:7
**macdonell** 502:18
506:11
**machine** 721:10
**mad** 592:16
**main** 604:22
**maintain** 531:12
532:5 536:4
649:14
**maintained**
604:16,20 609:10
698:4
**maintenance**
622:14 642:13
**majority** 670:4
**making** 530:15
533:10 540:2
541:1 546:16
568:16 614:15
617:14 621:24
622:2
**manage** 573:9,14
579:5 624:11
**managed** 517:4
544:24 563:6
567:11
**management**
660:4,8,10 666:18
**manager** 515:18
515:19 516:23
517:6 519:2 520:9
527:14 542:25
543:10 558:3
564:18 651:4,4
**managers** 526:24
543:12 564:9
**managing** 503:16
543:21 576:18
581:8,8

**manufacturer**
525:18
**map** 567:25
**mapping** 710:5,6
**maps** 584:23
620:13
**march** 504:14
634:19 636:21
660:4,12
**mark** 509:10
510:2,2,4
**marked** 505:11
541:5 543:4
581:18 602:12
616:5 634:13
635:23 660:2
706:17
**marketers** 561:19
566:18,24
**marketing** 565:18
**marne** 602:17
604:1
**master** 502:6
507:3,6,7 533:14
533:19,23 534:4
534:14 535:9,10
535:24,25 595:11
595:18,25 596:3
596:12,16,20
597:1,4,9,15,17
598:3,10 599:1,3
719:9,18
**match** 542:5 562:7
**matched** 562:7
**materials** 719:8
**matt** 500:16
506:21,23
**matter** 506:9
532:9 540:14
601:22

[matters - months]

| | | | |
|---|---|---|---|
| **matters** 671:5<br>697:13<br>**matthew** 499:7<br>**mau** 651:17,20,21<br>**mbi** 652:17,19<br>**mbuongiorno**<br>500:22<br>**md** 496:4 497:4<br>**mdl** 496:3 497:3<br>503:13,18,19,23<br>503:24 504:6,11<br>504:12,16,19,20<br>505:7,8<br>**mean** 511:20<br>513:11 514:19<br>525:2,17 526:20<br>526:22 528:5<br>529:4 531:15<br>532:8,21 537:19<br>544:13 547:4<br>548:4 550:2<br>558:23 563:14<br>574:2,4 579:22,22<br>590:8,9,22 592:4<br>597:21 598:1,8<br>599:4 600:21<br>607:6,24 608:14<br>612:7 613:8 614:6<br>614:7 625:19<br>627:3 628:13<br>632:1 640:13<br>650:23 654:14<br>666:23 673:16<br>675:21,23 680:16<br>683:14 698:5,6<br>702:19 709:3<br>**meaning** 547:15<br>652:3<br>**meaningful**<br>583:10,17 652:1 | **means** 519:14<br>525:24 532:3<br>533:15 545:15<br>547:15 548:5,6,10<br>565:25 588:12<br>590:14,23 592:13<br>593:14 594:17,25<br>595:10 596:5,10<br>597:13,18 598:1<br>598:15 599:24,25<br>601:23 606:8<br>608:3,5,12 613:17<br>625:2 627:3<br>630:21 632:20<br>642:8 653:3 654:2<br>654:6 656:3<br>664:11 667:3<br>**meant** 627:23<br>629:11 664:22<br>665:20 666:11,13<br>666:21 668:5<br>693:15 715:23,25<br>716:11<br>**measures** 652:14<br>**mechanism** 590:1<br>701:21<br>**mechanisms**<br>580:13 639:2<br>680:6 681:12<br>**media** 693:13,15<br>693:18 709:11<br>712:2,6<br>**medium** 548:3<br>**meet** 588:16<br>674:16<br>**meetings** 509:12<br>**meets** 563:20,20<br>**melamed** 499:7<br>506:23,24 508:13<br>534:6,13 661:25<br>662:13 | **memory** 546:23<br>**mentioned** 520:17<br>546:3 557:21<br>633:14 661:8<br>674:24 692:21<br>697:14 702:10<br>**merchants** 709:11<br>711:11,16<br>**message** 503:22<br>581:17 582:5<br>663:7<br>**met** 563:22 619:13<br>**meta** 502:17<br>503:23,24 510:5<br>582:4 621:7<br>**method** 560:21<br>561:3,5 565:20<br>**metric** 548:7<br>652:4<br>**metrics** 651:14<br>**mid** 548:24 549:18<br>549:18 550:7<br>551:6,7 553:21<br>554:18 555:21<br>566:3<br>**middle** 714:25<br>**migration** 582:21<br>**mill** 501:16<br>**mind** 535:5 549:23<br>573:17 576:20<br>603:1 636:23,24<br>**mine** 591:2 592:8<br>592:9 668:3<br>**mining** 591:3,6,16<br>**minute** 569:15<br>629:24 660:20<br>**minutes** 593:21<br>603:2 618:18<br>637:1 684:18<br>691:15 714:20 | **missed** 552:11<br>**missing** 556:16<br>708:25 709:3<br>**mission** 500:9<br>**misstates** 522:4<br>656:12 682:24<br>692:24<br>**mistake** 665:16<br>682:25<br>**mistakes** 663:15<br>663:22,24 664:11<br>664:19,23,24<br>665:5,19 666:11<br>667:21<br>**misuse** 626:19<br>**mixcloud** 518:20<br>**mmelamed** 499:16<br>**mobile** 561:19<br>565:16 566:17,22<br>567:11 568:8<br>**modern** 639:3<br>**modifications**<br>552:1<br>**modified** 513:16<br>**modifier** 552:7<br>**modify** 702:20<br>**molaro** 509:10<br>510:2,3,4<br>**moment** 581:15<br>602:16 651:11<br>669:10 714:23<br>**momentarily**<br>634:17<br>**monday** 496:16<br>497:18 506:1<br>**money** 524:7<br>671:11<br>**month** 628:18<br>**monthly** 651:22<br>**months** 579:21<br>628:5,5 685:12 |

Veritext Legal Solutions
866 299-5127

**[months - object]**

686:1,9,12,15,18
687:24 688:1,22
689:20,25,25
690:5,16
**moratorium**
609:18 620:20
621:3,4,9,12
**morning** 506:16
506:23 508:6
**morris** 581:16,23
582:2,3 583:1,8
584:11 585:22
586:23 587:7
588:15
**motion** 595:13
**move** 507:14
594:8 602:10
627:11 629:3
**moving** 620:24
**msi** 651:23 652:8
**multiple** 534:9
**mute** 507:10

**n**

**name** 509:9 515:6
515:7,13 544:3
609:21 615:22
665:10,10 684:12
687:5 696:1,4
721:21
**names** 531:21
613:22 617:10
**naming** 590:5
**nature** 518:4
**nearly** 545:17,17
**necessarily** 547:10
550:16 557:3
576:23 580:10
678:18,18 679:3
679:22 681:8
717:21 718:17

**necessary** 550:24
565:21 722:14
723:3
**need** 517:21 535:6
555:10 564:15
607:1 608:6
609:10 618:17
627:11 629:18
630:7 638:8
641:19 672:7
714:1 716:3
**needed** 551:2
558:5 564:19
598:4 662:2
690:14
**needs** 558:6
620:25
**neither** 721:17
**net** 548:6 605:18
**netflix** 708:11
**networking** 673:5
**neutral** 548:2,5
**nevada** 496:22
**never** 676:22
**new** 532:12 533:2
549:5 550:25
558:2 563:10,13
563:15 564:25
568:14 572:18
582:12 620:21,21
620:22 621:14
708:12 712:6
**newsfeed** 523:3,7
524:17 530:5
552:12 553:11,11
575:14
**newsroom** 505:4
706:22,23,24
707:8
**noisy** 569:23

**nokia** 584:23
**non** 552:10 553:7
555:2,12 557:5
561:18 566:18,23
568:9 584:18
**normally** 586:20
**northern** 496:2
497:2
**notating** 722:15
723:4
**note** 572:10
686:21 714:19
719:1
**noted** 719:9,18,23
**notes** 514:7,10,14
631:1,6 668:25
669:8,11 720:4
**notice** 508:11
660:24 662:20
**noticed** 661:13
**notices** 662:14
**noticing** 506:15
**notification** 566:9
**noting** 558:16
**november** 621:6
**now's** 569:12
**nps** 548:2,3,5,6
548:12,13 550:13
**nuance** 557:10
**number** 503:9
504:2 505:2,12
526:15 532:13,14
536:9 538:5,6
541:21 542:5
543:17 550:2
561:23 573:22
578:5 607:15
610:21 616:25
617:7,8,14 621:23
624:6,10,10
632:23 638:9,9

649:6,8,10 659:12
665:15 666:6
668:19 689:8
690:4 708:21
722:15 723:4
**numbering** 670:19
678:8
**numbers** 542:3
545:10 561:6
631:20 635:4,6
**nyt** 604:22

**o**

**o'neil** 541:4
634:18 636:14,16
**o0o** 506:3 719:25
**oakland** 499:13
**oath** 508:2,15,16
615:3 721:9
**object** 512:7,19
513:25 516:4
517:22,23 518:25
519:17,25 524:12
524:25 528:6,18
529:24 530:18
536:7 547:7 549:6
554:13 555:18
556:10 557:7
562:20 567:23
574:19 575:10,21
577:24 585:7
594:22 600:6
601:15 607:8
611:21 612:16
613:6 614:3
621:19 640:15
641:9 644:5
646:20,20 655:21
656:12 659:7
664:1 665:17,24
666:8 667:5,12,24
667:25 674:4

Veritext Legal Solutions
866 299-5127

[object - organization]

681:10 684:2
688:2,3,24 689:10
690:6,6 692:25
694:19 695:6
696:24 699:12
701:19 702:14
703:17 704:4,20
705:7 706:8
708:18,19 710:2
710:11,12 711:5
713:1,24 714:14
715:20 716:6,7
717:1,16 718:1
**objection** 517:16
520:7 567:23
581:6 583:18
584:1 585:4,9
586:19 588:9
589:20 591:18
592:1 594:21
614:4,22 616:23
618:5 623:15,25
629:4,25 630:9
638:22 664:14
675:18,25 676:6
679:10 680:14
699:11,19 711:19
**objections** 634:3
647:24 648:6
650:12,24 653:18
656:22 657:7
666:19 668:12
689:21 690:17
705:21 709:1
710:20 711:14,24
712:4 716:16
**obligation** 599:5,9
**obligations** 624:17
**obtain** 540:18
599:8 665:14
666:5 713:15,20

713:22 714:6,11
716:2,4
**obtained** 670:8
696:22 713:21
**obviously** 514:23
719:12
**occur** 630:15
637:20 638:3
645:25
**occurred** 637:19
638:1 686:6
**occurrence** 660:19
**october** 503:11
541:12 542:13
543:9 696:15
**odd** 670:20
**oem** 525:16,20
566:18
**oems** 568:8
**off.login** 574:8
617:9
**offer** 529:15
671:21
**offered** 541:17
**offhand** 513:7
**office** 569:22
722:11
**official** 515:21
516:7,11,25
**officially** 548:25
**oh** 579:14 636:10
658:2
**okay** 506:5 507:6
511:16 513:19
514:6,12 515:1,8
515:17 516:12
521:3 525:19
526:5 528:3
534:14 535:23
536:15,18 540:11
541:8 542:7 545:7

546:25 548:1
549:19,22 550:18
551:9 555:1 556:7
557:16 560:21
561:17 562:25
563:23 566:24
569:1,4,16 570:1,7
570:14 571:11
573:8 576:7
581:13 582:10
584:11,16 587:15
588:15,24 589:3
594:3,15 598:9
600:11 601:9
602:10 603:21
604:13 605:20,25
606:24 607:23
608:16,23 611:9
616:2 620:9,15
624:12 627:7
628:9 629:16
630:13,25 631:5
631:10,18 634:9
635:9 637:8,10,21
640:9 644:25
645:20 646:6
648:2,13,18
649:21 651:23
653:5 659:2 661:3
662:18 663:18
670:2,16 672:2,16
672:17,23 673:23
674:22 677:7
678:4 682:16
684:21 686:16
691:22,24 692:21
694:16 698:3
699:16,25 700:13
701:17 702:6
704:14 706:15
707:7 709:22

710:15 711:9
712:7,22 713:7
715:12 716:13
719:21
**old** 546:14
**once** 535:13,20
594:10 661:9
**ones** 512:14
518:11 611:14,19
611:25 662:3
**onwards** 510:12
**open** 524:18
529:12,14 530:2
552:10,22
**operate** 511:18
512:18 559:23
560:8
**operating** 671:13
671:19
**operation** 548:15
**operations** 503:16
543:21 545:11
548:17
**operative** 683:24
**opine** 613:13,17
666:25
**opportunities**
524:22
**opportunity**
508:20,22 661:19
662:8
**opposed** 522:20
594:14
**ops** 542:17 550:20
**options** 629:2
**order** 563:17,18
582:24 617:11
648:16 716:4
**oregon** 496:22
**organization**
521:12 642:12

Veritext Legal Solutions
866 299-5127

[organizations - partners]

**organizations** 519:11 520:10 693:18

**original** 525:18 721:14 722:10,21

**originally** 607:21

**os** 566:18

**os's** 568:8

**outcome** 548:11

**outlines** 604:3

**outputs** 699:15

**outreach** 565:3,11

**outset** 629:13

**outside** 527:1 568:3 592:2 600:9 600:22 607:9 611:22 612:15 613:19 614:4,10 621:20 622:25 623:15,25 624:22 625:20 626:23 627:18 629:5,22 630:18 631:23 632:7 638:13 639:10,12 640:16 642:24 644:5,20 646:1,19 647:11 648:24 649:17 652:12,22 653:12 654:16 655:5,21 656:13 658:20 664:2,16 666:8 667:4,12,25 673:9 673:18 674:5,25 675:18 676:2 677:11 681:1 688:24 689:10 692:11 694:19 695:6 696:24 699:11 700:7,24 702:15 703:17

704:3,20 705:7 706:8 709:18 710:1,11 711:4 712:25 715:21 717:17 718:2

**outsourced** 671:10

**overall** 529:2 538:7 539:12 549:13 550:10

**overlapping** 534:9

**ownership** 558:13

**owning** 663:15

**p**

**p.m.** 497:18 506:2 506:6 526:6,9 536:19,22 569:17 569:20 634:9,12 672:18,21 714:21 718:22,25 719:22 719:23

**p1** 611:15

**page** 501:16 503:3 503:9 504:2 505:2 505:12 541:19 545:9 546:15 570:2 579:15 632:22 646:10 651:10,11,12 658:14 670:3,17 670:21 671:1,1 672:24 673:3 676:13,14 678:4,6 678:8 684:10,25 684:25 686:22,24 686:25 688:11 690:24,25 691:19 691:20 692:3 694:6 695:24 700:10 709:6 712:13 722:15 723:4 724:4,7,10

724:13,16,19

**pages** 496:25 512:5,25 514:9 637:5 668:15,17 673:3 677:1 684:9 686:24 695:16 699:3,7 702:13,19 705:5 722:14,17 722:17 723:3,6,6

**pair** 619:17 625:12 626:9,21

**pairs** 619:7,13 620:4 623:19 624:7,16,21 627:14 629:14,19 630:7 632:24,25 633:9,10,21

**palo** 501:17

**pandora** 708:12

**paper** 593:20,25

**paragraph** 671:4 678:11 685:1,2 686:23

**part** 538:23 539:12 553:15,23 566:6 576:5 579:23 610:8 643:1 693:22

**particular** 550:14 555:2,13 556:21 596:7 637:5 639:8 653:9 679:8

**particularly** 523:18

**parties** 498:2 499:2 500:2 501:2 502:2 526:15 546:17 591:12 638:8,11 671:10 682:19 684:12,15 719:2

**partner** 515:11,18 515:19 517:5,6,12 517:15 518:1,10 519:2,7,10,14,20 520:2,9,12,14,18 520:22 521:4,11 522:2 525:6,8,13 529:6 530:15,17 536:14 538:14,22 539:2,4,11,14 540:13 542:25 543:10,12 564:9 564:18,19 567:17 567:20,25 582:3 632:14 671:3 673:17,24 674:2 675:9,9,10,15,21 676:19 678:16,17 679:2 692:2,10 705:12,15,24 712:23

**partner's** 528:13 531:11 532:4 536:3,4

**partnered** 521:12

**partnering** 521:13 530:22

**partners** 505:7 516:24 517:1,2 518:6,6,16,23 519:16,16,24 520:5 521:1,1,19 521:19 522:7 523:12 524:23 525:13,14 526:12 526:17 527:9,17 527:21 528:4,10 528:12,15 532:17 532:19,22 533:4,6 533:10 536:25 537:1,7 544:23

Veritext Legal Solutions
866 299-5127

[partners - pertained]

546:8 565:9
566:21,22,25
567:9,14 568:4,6
569:9 574:18
575:9,19 583:4
604:16 605:5
606:25 610:1
628:21,23 631:9
631:11,12,14,17
631:19,19 632:1,5
632:6,20 633:7,11
671:8,16,17,20,23
672:25 673:2,8,12
673:20 674:1,15
674:17,23 675:21
675:24 676:11,16
677:3,5,10,14,18
678:14 692:3,14
692:22,22 693:6
694:18,24 695:4
695:10,16 707:13
708:8,16 709:7,15
709:24 710:16,18
711:12 713:8,19
713:21,23 716:9
**partnership** 515:3
517:3 522:21
524:21 525:5,6
526:23 527:9
531:9 540:21
542:17 544:15
548:15 588:6
**partnerships**
503:15 504:10
515:5,14,16 516:1
516:17,17 519:12
519:22 521:18,22
525:11,22 527:15
527:24 531:4,8
540:20 543:1,11
543:14,16,21

544:12 545:11
548:17 550:6,20
551:6 558:6 559:1
559:20,21 562:24
563:8 564:13,15
565:8,13,14,15,16
567:3,11,12 588:2
588:2,3 604:5
612:11 616:19
622:10,11,22
632:11 671:14
712:15 715:17
716:2
**parts** 669:18
**party** 506:15
531:2 670:6 691:6
691:8 693:5
695:17,20 700:1,4
700:13,16 721:19
**passage** 712:19
**passing** 591:23
**passwords** 617:10
**patience** 627:9
**pause** 546:2
**pausing** 701:25
**payments** 552:10
553:1,2
**pdf** 603:8,13
722:12 723:1
**penalty** 507:20
720:2 722:16
723:5
**people** 513:17
523:1,8 538:5,6
540:21 574:12
588:10,23 601:2,6
602:16 605:4
607:14 612:10
613:22 638:9
642:1 663:23
671:21 682:12

698:18 708:3,4,8
710:8 713:16,22
716:10,14 718:11
**people's** 663:16
707:22 710:10
712:16 715:18
**perceived** 612:9
**percent** 562:8
643:20 670:15
702:5 713:10
**perform** 611:5
**period** 676:17,18
678:20 679:12,14
684:12,14 714:5
722:18 723:7
**periods** 532:24
566:10
**perjury** 507:20
720:2 722:17
723:6
**permission** 574:6
592:17,21 593:4,8
600:14,17 601:24
602:4 610:22
685:5 712:16,24
713:6 715:18
716:3,5,12,20
717:24
**permissions**
510:25 511:7
532:14,18 533:3
536:5 537:9
540:10 545:4
552:1,18 553:10
554:9 555:14
557:15 559:16,24
560:20 574:1,21
575:14 577:2,12
582:19 590:24
601:24 602:1,3
607:16 610:20

611:8 685:6
687:14 688:22,23
689:8 702:22
703:22,23 704:11
714:8,11 716:3
**perms** 590:20,22
590:23
**person** 514:5
540:12,15 547:9
547:13 548:23
550:6 551:6
592:20 593:7
600:17 612:3,11
650:5 651:4
668:23 682:7,11
**personal** 517:8,17
517:25 523:20
527:11 528:22
540:6 545:3
547:16 553:9
554:17 562:12
563:12 573:19
576:22 578:17
585:12 591:7
592:5 601:4,5,17
601:19 615:14
622:4 627:22
633:18 638:16
639:14 642:10
643:2 653:2 655:9
675:6
**personalization**
604:18 605:17
**personally** 614:19
614:20 615:23,24
625:11
**perspective** 622:4
655:10 664:5
675:7 694:17
**pertained** 522:19

Veritext Legal Solutions
866 299-5127

[pertains - preapproving]

pertains 577:1
721:13
pg 645:21
phase 611:12
phrase 528:20
552:4 567:20,21
567:25 591:22
666:11,13 668:6
675:8 702:18
phrases 567:7
phuntso 501:14
506:22
physically 564:22
698:6
pick 686:24
688:10
picture 615:22
piece 593:20,25
pii 611:14,20,25
614:2,6,16,18
615:1,1,4,8,15,18
615:21 619:7,14
654:10,24 655:3
655:10,13,14
ping 641:25
pinging 644:18
pissed 591:1,4,14
place 565:21 585:2
585:2,19,20
621:10,12 647:21
680:6 681:12
684:4 707:1 721:6
placed 601:3
613:13 615:16
plaintiff's 668:12
plaintiffs 497:16
498:4 499:4
506:24 676:17,20
704:15
plan 583:25 584:3

plans 622:22
624:14
platform 503:17
509:17 511:2
515:5,14 516:17
517:12 518:3,14
519:4 521:15,25
527:18,21 528:10
528:14,15,21
531:13,14,17,19
532:3,6,12 533:2
536:6 542:17
543:1,10,14,16,22
544:2,12,25 548:8
548:9 549:5
551:10,14,17,17
551:20,21,24
552:2,5 553:15,18
553:23,24 554:1
555:5,17 557:2
558:4 559:7
565:14 567:5,12
574:17,18 575:8,9
582:12,20 588:4,6
592:7 600:25
602:1 606:13
612:11,24 632:10
637:14,22 640:3
640:25 644:2
658:3 671:12
674:13 682:3
690:10 692:23
693:2,4,7,9,12,14
693:18,20,23,25
694:5,8,10,15
697:21 701:11
platforms 502:17
575:25 643:6
707:16 708:6
playbook 611:15

please 506:14,15
507:17 547:1
587:23 590:25
604:1 606:6 637:3
663:1,1 672:12
687:22 705:17
pluck 598:13
plug 552:11 553:5
553:6
pmd 561:19
565:18
pmds 566:18,24
point 515:3,17
535:22 546:21
551:6 582:17,21
583:15 607:15
609:1 610:19
628:15 644:22
669:6 680:18
685:6 701:24
points 545:14
548:2 625:16
691:9
policies 528:21
600:9,25 601:1,21
606:13 637:25
639:4
policy 509:18
597:16 599:16,21
600:12 613:12,16
680:24 681:3
popular 708:11
populate 696:23
populated 697:3
portions 719:16
position 587:14
598:6 667:10,21
positive 548:3,13
possibility 525:7
possible 514:14
518:11 527:22

528:1 547:18
562:7 563:20
578:10 585:14
605:18 631:25
651:6 670:13
678:1 699:1 705:2
706:12
post 523:2 571:20
603:9 682:16
683:6,10,12
706:22 707:11
710:14 711:12
712:1,10 715:24
715:24 718:4,8
posted 652:5
posts 699:10
707:10 709:24
potential 524:22
525:13,13 551:2
556:14 570:16
617:1 630:14
potentially 520:10
605:9 616:15
685:9 699:23
power 715:5
powered 590:2
powerpoint 504:8
544:7,9,17 616:4,9
629:12
pptx 602:21
practice 516:13
586:16
practices 621:15
622:7
pre 572:25,25
preapproval
572:23,25
preapprove
568:14,21 572:18
preapproving
558:1

**[precise - proper]**

precise  610:7
689:4 698:23
precisely  565:25
619:19
preexisted  536:10
preloading  525:20
preparation
540:24 605:4
616:17 629:9
659:3
prepare  508:20,24
509:5 514:10
544:6,9 616:12
690:12
prepared  542:21
543:20 664:6,12
665:22 666:24
667:17 718:6
preparing  544:17
prescribed  561:23
present  502:15
592:24 641:12
679:14
presentation
504:8
presented  617:15
presume  698:17
pretty  512:9
552:20 620:13
623:8 630:19
711:10 717:10
prevented  621:7
previous  511:14
557:21,22 572:11
618:7
previously  505:11
509:1 511:11
562:4 566:7
574:21 581:5
591:10 616:9
648:8 652:15

656:2 660:2
662:15 669:15
680:13,15 689:25
692:21
primarily  510:11
562:24 623:18
primary  550:17
principles  563:1,3
prior  647:3,7,9
648:3 651:12
679:18 680:1,2
681:9 721:8
privacy  506:10
578:4
private  503:17
504:5,9 539:20
542:17 543:22
544:25 551:14,17
551:21 552:5
554:1 555:5,17
573:22 574:18
575:9,13,15,25
576:24 577:19
582:20 602:19,21
602:22 604:3,16
605:7 606:25
607:7,16 608:20
609:9,25 610:2,11
610:14,16,22
611:6,13,19
612:14 613:5,10
613:18 616:19,21
617:1,8,19,20,22
618:12 619:6,16
619:21 620:7,16
620:22 622:12,14
623:11,18 624:11
624:16,20 625:12
626:21 629:14,17
632:23 633:8,15
655:20 656:10,20

670:5 677:19,21
691:8 692:14
695:19 700:3,15
701:2,2,4,17
702:11 703:21
704:12
privately  554:11
privilege  606:4
probably  525:23
540:21 556:13
594:1 599:7
604:21 621:22
632:11 715:2,14
problem  569:24
604:3,11,13
605:20,25 606:24
619:3 662:21
problems  620:11
procedure  722:19
722:20
procedures  639:5
proceed  564:8
proceedings  721:5
721:8,9,15
process  504:18
524:6 549:15
566:6 570:9,23
571:1,5,9,21,24
572:1,5,23,25
580:12,23 581:10
582:18 624:4
636:20 637:24
638:5,7,12,15,20
640:20 641:15,18
641:20,24 643:1
643:11 646:3
658:5,7,13,24
659:1,5,10,19
685:21 686:7
processes  577:5
621:15

produce  599:6
699:15
produced  669:1
product  516:1,23
526:24 558:3
564:21 591:2,5,16
609:9 620:18,21
642:12 643:6
645:10 646:10
651:4 654:24
656:4 657:4,6
658:15,16,18
659:6
products  530:11
530:12 637:14,22
640:3,25 642:7
643:21 644:2
645:14 646:16
647:22 649:25
650:19 658:3,9
659:4 671:20
707:3,6
professional
497:21 721:2
profile  496:4
497:4 506:10
524:20 615:22
722:4 724:1
program  549:13
550:10
programs  707:16
project  609:11,14
609:15,16,20
610:9
promote  523:22
524:3
promoter  548:6
prompted  621:17
621:22 639:8
proper  570:17
573:12 579:18

Veritext Legal Solutions
866 299-5127

[proper - questions]

580:18,20
**properly** 578:1,6
595:17 637:25
**proportions**
644:11
**proposal** 504:19
577:4 636:20
**propose** 564:19
**proposed** 544:3,11
547:19 550:5
551:2 556:14
558:11 559:9
566:3 568:18,20
570:16 572:17,21
580:9
**proposing** 549:10
**protect** 545:20
546:3
**protocol** 534:11
600:8
**provide** 513:22
519:16,24 520:6
520:15 521:20
522:8,10,21 523:3
524:10 529:6
536:24 537:1
586:17 587:21
614:20 617:16
623:6,14 632:11
648:16 649:13
665:6 668:4
690:14 692:12,15
704:15 707:2
710:17 719:5
**provided** 521:23
523:5 532:19
533:5,10 536:13
572:6 600:7
658:15 660:24
661:16,21,21
662:15 678:15

680:2 687:24
692:19 695:15
697:10 703:13
704:7 722:19
723:8
**provides** 522:2
529:4 626:4
647:20 658:14
671:3
**providing** 546:7
588:18 661:14
669:21,23 707:5
**ps12n** 503:12,15
541:13 542:17
543:21 544:1,2
545:11 550:20
558:2,22 560:14
568:14,21 569:2
571:20 572:4,19
**public** 551:10,17
551:20,24 552:2,9
553:15,18,23,24
555:23 557:14
559:7,16,24 560:8
560:19 571:6
574:17 575:8
577:11,18 582:11
582:17,19,22
589:10,12 590:16
618:8 701:7 707:9
709:23 711:11
**publication** 712:6
**publicly** 532:15
537:9 539:20
554:10,24 555:4,7
556:2 701:13,14
707:10 710:8
**publish** 529:16
**published** 572:13
**publishes** 707:10

**pull** 659:24
**pulled** 538:20
670:10 688:7
689:3,14 701:4
**pulling** 697:6
**purported** 595:15
**purpose** 598:24
607:17,21 639:5
648:10 650:7
707:7
**purposes** 553:1
653:25 655:19
**pursuant** 671:13
**pursuing** 531:9
**put** 508:15 592:10
593:20 594:1
598:18 603:7
621:9,12 625:12
653:14 669:24
706:15 708:3
**putting** 594:23
**pwangdra** 501:19

**q**

**q&a** 660:11,14,17
661:5,10
**q1** 663:7
**qualitative** 590:11
**quantity** 590:12
590:14
**queried** 679:17
**query** 678:17
679:2 691:9
695:20 698:12,14
698:15,19 700:4
700:16
**question** 518:9
520:3,19 523:15
525:15 530:21
531:25 532:20
533:1,1,8,12,18,20
533:22 534:17,19

534:20,20,21,23
534:25 535:2,3,7
535:12,15,18,22
537:2,25 538:1,17
539:8,22,23
540:15 574:25
575:1,2 576:9,14
576:16 577:17
578:8 585:22
587:4,23 592:5
593:11 595:4,19
595:24 599:22
600:1 607:11
608:9 612:5,8
613:3,25 615:12
625:23 626:22
628:1 632:21
633:3 634:2
641:11,11,14
643:3 646:5
648:12 656:15
657:15,20 658:10
659:22 664:12
665:11,23 666:1
666:15 675:5
677:23 678:3
682:1 683:1,5
684:22 688:6
689:6,16 704:4
705:13,14,17
716:7 717:10
**questionable**
624:16,20 625:12
626:9,20 627:3
629:19 630:7
**questioning**
533:25 535:14,21
662:6 714:22
715:1,3
**questions** 508:10
514:11 521:17

Page 32

Veritext Legal Solutions
866 299-5127

[questions - referencing]

534:2,7,10 570:3
583:2 631:2,22
634:5 636:18
644:17,24 662:21
663:2 665:7
668:15 672:13
678:11 690:15
691:3 702:25
707:21
**quick** 637:8
**quickly** 541:19,20
618:16,21
**quite** 553:13
578:19 636:9
715:3
**quotation** 670:4
**quote** 553:15

**r**

**r** 724:3,3
**r&s** 723:1,9
**raft** 537:10
**raise** 507:16
**range** 537:16
538:10 552:25
553:13 574:4,20
575:24 576:4,23
577:5,8 615:20
648:1
**ranges** 678:21
**ranked** 652:6
**rating** 619:11
**reaction** 591:15,25
**read** 513:2 545:14
546:15,25 552:23
558:19 569:5
570:7 571:18
572:7 573:8 575:1
575:5 579:17
582:25 583:6,7,13
583:14 584:14,15
584:16 587:1,2,3

588:19,20 590:25
592:12,15 593:1
593:10 595:8
602:3 603:23
604:14,25 605:20
607:4,5 608:18
609:12,13 610:3,4
611:16 616:12
622:16,17,22
623:4 624:18,19
627:16 629:3
631:1,5 636:22,23
637:13 640:1,9
642:19,20 643:14
645:18,19,23,24
650:16 663:13,18
669:19 671:5,25
672:1 678:10,24
678:25 684:19
685:1 686:23
691:2,13,14,23,25
696:20,21 702:6,7
720:2
**reading** 529:1,13
605:12 619:5
635:4 656:24
691:19,20 700:9
722:23 723:9
**ready** 662:3,11,24
672:10
**really** 528:23
541:19 552:7
592:5 599:23
601:9 703:2
**reask** 535:12
630:3
**reason** 590:21
599:17 724:6,9,12
724:15,18,21
**reasonable** 529:15
591:15,25 592:6

595:7 647:1
**reasonably** 553:22
**reasons** 607:18
618:8 638:17,19
638:21,25 639:20
690:4 706:5 708:2
**rebecca** 496:21
497:20 592:16
721:1,24
**recall** 511:12
515:13 527:12,23
538:19,22 539:10
540:5,6 544:8,18
544:19,20 547:14
561:14,22,25
562:3,13 563:3
565:6 566:7
570:25 571:5
656:8,18 661:10
669:4,5,22 709:9
**receive** 524:7
542:6 671:21
**received** 522:23
523:12 538:13
662:20 685:13
**receives** 602:6
**receiving** 636:16
**recess** 526:7
536:20 569:18
634:10 672:19
718:23
**recipients** 542:23
**reciprocity** 528:4
528:17,20 529:22
530:2 546:12
**recollection** 512:4
546:15 553:9
562:13 568:25
572:15 577:4
585:12,17 589:5
624:5

**recommendation**
611:10
**recommendations**
563:24 708:10
**record** 506:6
516:13 526:4,6,9
535:15 536:16,17
536:19,22 543:25
558:17 568:18
569:17,20 582:6
596:19,21 598:10
634:1,6,12,25
650:17 661:13
662:12 668:10
670:23 672:15,17
672:21,22 684:23
706:5,14 715:9
718:20,21,24
719:2,11,19,20,22
721:9,12
**records** 682:5
683:22 706:13
**reduce** 624:6
**reducing** 504:9
616:18
**refer** 515:14
556:13 557:19,20
570:13 571:17
572:16 588:1
598:22 601:25
626:3,5 629:20
633:9 664:24
671:15 675:10
**reference** 551:10
551:13 596:6
628:5 670:1
**referenced** 691:1
722:6
**references** 531:19
**referencing** 527:7
669:7

[referred - responsible]

**referred**  515:15
516:16 517:7
520:25 566:17
568:7 576:3
632:23 635:20
646:9 651:12
663:24 665:4
666:17 669:2
674:15 686:22
690:1 711:1
**referring**  532:23
545:3 552:4 553:9
553:10,11 556:12
559:8 576:23
585:15 605:15
606:10 609:16,18
609:20 619:23
620:4,6 628:16
630:22 631:13,16
632:3 633:13,19
633:20 647:9
649:24 656:1
664:5 666:12
668:23 679:12
684:24 688:8
701:1 711:8
**refers**  528:17,23
531:20 533:1,2,3
544:2 546:12
552:20 553:1,3,5,7
572:14,14 587:24
619:20 629:13,15
629:18 630:6
647:7 651:21,25
693:4
**reflect**  557:6
**reflected**  631:20
632:25 633:5,10
673:2
**reflecting**  553:14
591:9

**reflective**  644:10
**reflects**  535:5
**refresh**  512:3
**regain**  663:16
**regan**  501:6
506:22
**regard**  508:14
526:22 540:12
555:12 557:5
576:9 628:11
678:13
**registered**  497:21
721:1
**regular**  545:5
551:24 554:25
555:8 577:20
660:19
**regularly**  660:15
**relate**  534:2
548:15 618:3
654:15 664:19
**related**  509:19,22
653:15,16,20
676:18
**relates**  496:6
497:6 593:2 634:5
**relating**  555:14
667:11
**relationship**  528:4
**relationships**
524:23 525:8
567:2
**relative**  721:18
**relatively**  513:3
519:20 563:6
567:7 591:20
**released**  722:21
**relevant**  676:16
678:20
**rely**  520:20

**relying**  589:5
604:17
**remain**  574:14
**remember**  516:8
562:6 573:20
**remembering**
551:22 554:17
591:7
**remind**  691:18
**remotely**  496:14
497:18 721:6
**removal**  513:4
**remove**  608:24
609:4
**removed**  511:1
513:14 574:16
575:7 610:20
625:8 714:8
**removing**  685:19
**render**  553:4
**repeat**  592:22
**repeatedly**  683:21
**reported**  496:14
496:20 497:18
**reporter**  497:20
497:21,22 506:13
507:14,16,19
541:6 543:5
581:19 602:13
616:6 634:14
635:24 706:18
713:18 721:2,3,3
**represent**  545:8
548:22 580:10
678:7
**representation**
549:2
**representative**
496:13 535:19
551:4 557:4 560:3
596:6 598:7

626:25
**represented**
540:24 582:8
**representing**
587:13 594:5
596:13,23
**represents**  551:1
556:17 557:9,23
568:24 580:8
581:25
**requested**  685:4
721:16 723:1,9,10
**require**  520:20
632:1
**required**  566:11
600:7 671:11
**requirement**
595:23 597:8
**requirements**
571:21
**requires**  531:4
**resolve**  507:12
**resources**  531:6
**respect**  598:12
662:20
**respective**  645:21
**response**  585:22
587:4 670:20,22
670:25 671:2,5
673:1 674:3 678:9
678:9 685:2 691:1
699:5
**responses**  668:8
668:11,21 669:3
669:14,21,23
670:13,18 671:7
672:24 676:20
684:8 703:20
709:21 711:2
**responsible**
642:12 647:23

[responsible - rough]

648:17 651:5
662:15
**rest**  510:15,18,20
558:14
**result**  626:20
658:8,25 659:6,9
659:19
**resulted**  544:4
**resulting**  659:16
**results**  529:22
589:13 659:16
**resumed**  508:4
**retain**  545:25
547:2,5 569:8
610:1 642:16,22
645:4 648:5,17
656:10,20 657:3
658:18 659:5
681:6
**retained**  637:16
637:21 640:7
643:13 644:11
680:22
**retaining**  645:15
646:17 650:1,20
**retention**  582:9
680:8,19,24 681:3
704:24
**retroactively**
637:23
**return**  546:8
589:11 722:17
723:6
**returned**  678:19
679:3
**rev**  504:16 634:20
**reveal**  606:3
**revealing**  606:5
**revenue**  523:11
538:13,20,22
539:2,11,13 540:7

540:16,25 652:20
653:3,4,6,8,25
654:2,6
**revert**  626:2
**review**  504:5
508:20,22 509:3
563:23 591:20
602:19,21,22
604:3 607:2 608:7
608:19 611:1,6,13
616:9 620:17
622:13 623:2
627:14 628:6,20
628:23 630:16
631:8,19 632:2
636:7 637:4 643:7
648:20 660:21
662:8 669:6 719:4
721:15 722:8,10
722:13 723:2
**reviewed**  564:3,6
572:13 603:19
616:16 636:4
638:9 661:4
669:14 690:8
710:23
**reviewing**  557:22
562:6 603:18
623:18 641:13
668:16 718:4
719:6,15
**reviews**  611:15
**revocation**  676:21
**revoked**  676:22
696:12
**right**  507:17
513:24 514:24
515:4 520:24
521:21 524:1
530:17 531:13
532:12,19 536:6

538:16 541:17
542:14,18,19
548:16 549:1,8,12
549:15,19 550:8
551:9,14,18
553:19 554:12
555:3,5,16 556:4
560:2 561:21
564:24 565:5
568:15 569:2,8
572:4,19 574:18
575:20 576:14
577:9 578:2,25
581:24 582:13,20
583:17,19,22,25
584:3 585:2,24
586:3,14,25
587:10,17,25
588:8,14 596:9
597:15 608:25
609:5 611:3
615:10 616:10,19
618:17 620:12
624:8,18,19
627:15 628:3
629:14,19 630:8
630:16 631:9,12
635:1 642:4 644:4
645:7,11 646:18
647:23 649:1,1,2,6
649:14 650:10
651:15,18,19
656:11,21 657:6
657:23 658:19
661:2,7 677:23
680:17 682:19
683:8 685:18
686:2,13,18
688:23 690:16
692:23 697:17
700:6,23 704:2,19

707:13 708:13
710:10,19 711:3
712:24 713:9,17
713:23 714:13
716:5,15,25 717:9
717:15 719:1
**rigorous**  580:22
581:4
**rigorously**  655:11
**ring**  500:7
**risk**  504:9 573:9
573:15,16 616:18
617:18 622:15
639:23 640:3,11
640:13 641:1,8
643:8 644:4
645:17 646:18
650:3,9,22 654:7
654:15 656:11,21
657:3
**risks**  576:18
616:21 617:1,8,14
617:20 618:3
**risky**  655:3,13
**road**  501:16
**rob**  634:18,23
635:8
**rog**  687:22 709:21
**rohrback**  498:5
506:17,18 507:2
**role**  669:20,23
**roll**  642:6
**rolled**  645:11
**romano**  496:21
497:20 721:1,24
**rooney**  660:3
**rosemarie**  500:7
**ross**  500:18
**rotten**  604:20
**rough**  621:5

Veritext Legal Solutions
866 299-5127

**[row - scope]**

| | | | |
|---|---|---|---|
| **row**  628:15 654:10 | 670:20 678:8 | 618:5,15,25 | 710:20 711:4,14 |
| **rpr**  496:21 721:24 | 679:1 688:15,18 | 621:19 622:25 | 711:19,22 712:4 |
| **rring**  500:14 | 696:14 | 623:15,25 624:22 | 712:25 713:24 |
| **rule**  595:14,19 | **scan**  637:1,9 | 625:20 626:22 | 714:14,19 715:20 |
| **rules**  723:8 | **schedule**  722:10 | 627:18 629:4,21 | 716:6,16 717:1,16 |
| **rumble**  586:24 | **schema**  698:24 | 630:9,17 631:22 | 718:1 719:1,17 |
| 587:8 | **schwing**  500:6 | 632:7 634:2,24 | **schwing's**  599:12 |
| **ryan**  563:25 | 506:19,19 512:7 | 638:13,22 639:10 | **scientist**  510:4 |
| **résumé**  515:24,25 | 512:19 513:10,25 | 639:12 640:15 | **scope**  523:13 |
| **s** | 514:15,22 516:4 | 641:9 642:24 | 527:1,6 528:6,9 |
| | 517:16,19 518:25 | 644:5,20 646:1,19 | 591:18 592:2 |
| **s**  503:8 504:1 | 519:17,25 520:7 | 647:10,24 648:6 | 600:9,22 601:15 |
| 505:1 724:3 | 521:8 522:4,24 | 648:21,23 649:16 | 607:9 611:22 |
| **sample**  657:10 | 523:13 524:12,25 | 650:12,24 652:12 | 612:15 613:6,19 |
| **samra**  499:9 | 527:1 528:6,18 | 652:22 653:11,18 | 614:4,10 621:19 |
| 506:25 | 529:8,24 530:18 | 654:16 655:5,21 | 621:20 622:25 |
| **san**  500:11 | 532:20 533:12,23 | 656:12,22 657:7 | 623:16 624:1,22 |
| **satisfaction**  548:9 | 534:6 535:14,21 | 657:16 658:20 | 625:20 626:23 |
| **satisfies**  599:11 | 535:24 536:7 | 659:7 660:23 | 627:18 629:5,22 |
| 634:7 | 537:2 538:17 | 661:12,23,25 | 630:18 631:23 |
| **satisfy**  599:19 | 539:7,23 541:18 | 662:18 664:1,14 | 632:7 634:3 |
| **saw**  629:8 699:2 | 542:4,7 547:7 | 664:16 665:8,17 | 638:13 639:10,13 |
| **saying**  522:1 597:9 | 549:6,25 554:13 | 665:24 666:8,19 | 640:16 642:24 |
| 597:20 615:2 | 555:18 556:10 | 667:4,12,24 | 644:6,20 646:1,19 |
| 618:17 670:23 | 557:7 562:20 | 668:18 672:3,16 | 647:11 648:24 |
| **says**  542:16 | 567:23 574:19 | 673:9,18 674:4,25 | 649:17 652:12,22 |
| 548:17 552:9 | 575:4,10,21 | 675:17,25 676:2 | 653:12 654:17 |
| 553:25 554:2 | 576:11 577:24 | 677:11 679:10 | 655:5,21 656:13 |
| 570:8,9 571:18,20 | 581:6 583:18 | 680:14 681:1,10 | 658:21 664:2,16 |
| 572:20 573:9 | 584:1 585:4,6 | 682:9,21,24 684:2 | 666:9 667:4,13,24 |
| 583:1 585:25 | 586:19 588:9 | 688:2,24 689:10 | 667:25 673:9,18 |
| 586:13,15 587:18 | 589:20 591:18 | 689:21 690:6,17 | 674:5,25 675:19 |
| 597:19 605:22 | 592:1 593:9,15 | 691:18,21 692:11 | 676:3 677:11 |
| 608:17 609:3 | 594:3,12,20 | 692:24 694:19 | 681:1 688:2,24 |
| 622:10 624:15 | 595:11 596:12,18 | 695:6 696:24 | 689:11 690:6 |
| 630:11 636:20 | 598:5,9 599:13 | 699:11,19 700:7 | 692:11 694:19 |
| 637:21 639:22 | 600:5,22 601:15 | 700:24 701:19 | 695:6 696:25 |
| 642:6 645:13 | 606:2 607:8 608:1 | 702:14 703:17 | 699:12 700:7,24 |
| 646:10 649:23 | 611:21 612:5,15 | 704:3,20 705:7,21 | 702:15 703:18 |
| 651:14 653:5 | 613:6,19 614:3,9 | 706:8 708:18 | 704:3,20 705:7 |
| 654:7,10 658:3 | 614:22 616:23 | 709:1,18 710:1,11 | 706:9 708:18 |
| 660:7 663:7 | | | |

Veritext Legal Solutions
866 299-5127

[scope - short]

709:18 710:1,12
711:4 712:25
715:21 716:7
717:17 718:2
**score** 548:6
**scored** 652:6
**screen** 594:16
**scroll** 558:14
**scrolling** 600:5
**sean** 563:25
**search** 589:12
604:19 605:17
693:19 709:12
**searched** 589:10
**seattle** 498:12
**second** 514:24
534:15,15 541:10
545:9 546:2
573:11 579:16
580:5 585:7 609:3
626:11 627:16
628:21 629:24
631:2,8 632:22
640:10 649:8,22
649:23 650:17,18
663:13,14 668:11
672:15 676:6
685:1 690:25
691:5 708:8
712:20
**secure** 607:2,24
608:7,12
**see** 523:8 533:14
539:6 541:14
542:2,10,12
543:23,24 545:12
550:19,21 551:9
551:11,15 552:13
552:14 554:3,4
556:21 557:18
558:8 560:23,25

561:2,4,7,11,12,17
561:19,20 562:9
564:1,2 565:22
566:8,13,16,19,20
568:10,12 569:3
570:4,6 571:12,14
571:15 573:5
576:16 581:15,21
587:6,16,18 589:1
593:18 600:13,19
600:20 602:15,23
602:24 604:8,9,10
609:6 611:11
616:20 619:3,4
620:18,19 621:1,2
623:2 627:12
628:3,7,8,12,14,14
628:24,25 634:17
637:17 639:24,25
643:17,18,23,24
643:25 645:6,7,12
646:12,13 647:25
648:14 649:7,9,11
649:23 651:16,19
654:8,9,12 655:15
655:17 660:5,6,11
660:13 661:8
663:5,6,11,12
676:13,24,25
677:1,4 678:6
679:5,6 684:10,17
685:15,16 687:3,4
687:6,7,9,10,12,13
687:15,16 688:13
688:14,16,17,19
688:20 692:4,5,7,8
695:24 696:2,3,5,7
696:8,10,11,13,16
696:17 699:17
700:20,21 707:14
707:15,17,18,24

707:25 708:14
709:14,16,20
711:25 712:18,21
**seeing** 538:19
539:10 708:9
**seen** 507:11 523:3
524:17 568:7
640:20 655:1
669:16
**segment** 561:17
**segments** 566:17
**send** 599:17 663:8
**sending** 582:5
**sense** 587:12
588:13 607:22
715:2
**sensitive** 573:10
573:15 574:16
575:7,19,23
576:19,21 577:15
577:23 578:3,13
578:19,21,22,25
579:3,4,7,9,10
611:13,19 612:1
612:14 613:5,9,11
613:14,18
**sent** 508:18 514:14
541:23 582:7
636:8 637:23
666:18
**sentence** 594:16
595:9 596:5,10
**separate** 551:19
551:20,21
**separately** 526:3
**series** 511:23
531:22 532:11
561:5 662:16
703:7 709:10
**serious** 663:14

**seriously** 578:5
**service** 625:3
663:23 673:5
712:23
**services** 588:18
673:6 692:15
693:4
**session** 672:5
714:22
**set** 529:12 544:3
544:10 545:4
550:17 551:2
552:1,3,24 554:19
556:13,24 562:18
563:3,5 570:9,22
571:10 572:5
573:1 575:25
577:19 580:9,12
585:16 610:25
624:11 625:15
638:17 668:12
681:14,19 721:6
**setting** 570:25
**settled** 535:11
**settlement** 712:17
**share** 524:15
530:3 542:3
594:16 622:3
**shared** 591:11
709:24 711:12
**sharing** 509:20,21
528:24,24 534:3
553:1 593:2,22
600:2 713:8
**shed** 682:14
694:22
**shipping** 621:7
**shirley** 634:18
635:10,11
**short** 548:3,11
598:21 604:7

[shorthand - specific]

shorthand 497:20
  721:2,10
show 595:23
  616:16 703:4
showing 660:1
  706:20
shown 572:16
shows 548:14
shut 569:21
si 722:2
side 645:8
sides 531:5
sign 609:25 645:22
  722:16 723:5
signature 721:24
  722:21,23,23
  723:9
signed 669:14
signify 676:22
simon 496:13
  497:15 503:3
  506:8 508:1
  557:19 720:1,11
  722:1,5 724:2
simple 703:2
  717:10
simplification
  544:2
simply 598:7
  683:23 708:3
single 540:2
  706:14
sir 634:8 713:14
situation 639:19
six 628:5 685:12
  686:1,9,12,15,17
  687:23 688:1,22
  689:20,25 690:5
  690:16
sizing 649:2
  651:13

skeletal 548:23
skeleton 556:15
  558:17 566:2
  572:12
skipping 548:1
slide 543:3,20
  545:7,9,10,16
  546:13 548:14,17
  548:23 550:18,19
  551:1 553:17,19
  553:21 555:20
  556:3 557:17,18
  557:22 558:9,21
  562:3,6 566:1,3,14
  568:11,12,17,20
  569:3,7 570:2,4,6
  570:17 571:11,12
  572:8,11,12,20
  573:6,7 576:6
  577:3 580:8
  616:18 619:2,8,11
  620:15 622:21
  623:2,5,8 624:14
  627:8,12,17
  628:14 630:12,14
  630:21,21 631:1,4
  634:20 636:19
  637:7,7,7,11,13
  639:21 642:3,4,5
  642:14,18 643:14
  644:8 645:1,3,16
  646:7,8,9 647:2,3
  647:3,3,5,7,7,8,9
  647:25 648:3,15
  648:19,20 649:3,7
  649:9,11,19,22
  650:2,20 651:16
  651:19 653:14
  655:24 658:4
slides 653:1

slowly 592:15
small 563:6
  708:20
smaller 631:18
smith 501:6,12
  506:22
snippeted 596:14
snippets 594:22
social 550:25
  553:6 652:1,3
  673:5 699:8
  701:12,14,21
  708:9
solemnly 507:19
solutions 722:7
somebody 539:16
  605:2 619:11
  665:10 698:15
  718:10
somebody's
  615:21
somewhat 575:23
  578:21
soon 514:14
sooner 514:18
sorry 510:20
  515:23 517:18
  521:7 523:14
  529:23 531:14,16
  533:14 539:7,18
  539:19 541:18
  546:9 552:17
  554:14 560:25,25
  569:25 582:7
  585:6 586:25
  587:22,23 592:22
  593:16 594:20
  609:1 614:3
  628:13 629:21,21
  630:2 633:2
  634:24 639:11

641:10,13 644:7
  645:2 648:22
  658:10 664:15
  672:3 675:17
  682:22 683:7
  684:21 686:3
  692:18 697:11
  698:5 700:8
  701:25 705:13,16
  706:2 709:17,18
  711:21,22 713:20
sort 678:2
sought 549:4
sound 516:2
soundcloud
  518:20
sounds 584:25
  680:1,3
source 606:9
  609:23 625:2,23
  682:6,7,12
speak 510:6,13
  541:2 641:21
  682:2
speaking 562:12
  584:4 620:1
  623:10
special 502:6
  507:3,6,7 533:19
  533:23 534:4,14
  535:9,10,24,25
  595:11,18,25
  596:3,12,16,20
  597:1,4,9,15,17
  598:3,10 599:1,3
  719:9,18
speciality 712:8
specialized 694:7
specific 512:21
  527:5,23 528:8
  531:15 532:22

Veritext Legal Solutions
866 299-5127

[specific - suggests]

567:8 578:8
579:22 580:1
599:23 618:3
628:1 653:15
668:15 671:6
679:21 681:15,15
681:19,20,22,23
683:18 701:16
708:5 711:10
**specifically**   511:12
529:22 576:8,9
599:24 604:5
605:16 606:8
622:23 632:3
633:21 641:3
655:1 666:13
668:5 681:14
697:2 699:21
711:8
**specifics**   532:9
659:11 681:24
**speculate**   608:13
615:13 627:23
698:25
**speculating**   528:1
605:19 608:4
609:22 619:18,24
629:10 631:24
647:18 654:5
659:13
**speculation**   608:1
612:6 613:7,20
614:9 629:5
630:17 631:23
632:8 647:10
648:23 649:16
653:11 657:16
665:8 682:9
**spell**   698:1
**spend**   530:7
668:16

**spending**   530:12
**spoke**   541:3,3,4
690:8,9
**spoken**   540:23
607:14 646:22
654:21 655:24
718:11
**spotify**   518:17
708:12
**stand**   652:21
**standard**   519:13
519:19 553:24
606:13 632:13,19
656:6 705:10,23
**standards**   639:4
**standpoint**   601:11
**stands**   614:17,19
652:19 653:3
**start**   641:17
644:19 676:13
703:12
**started**   508:9
597:24
**starting**   573:14
644:21,22 686:22
**starts**   671:1
**state**   507:20 535:3
535:5 594:20
629:25 661:12
676:6 722:9,12
**statement**   529:10
592:12,14 593:14
596:13,23,24
597:7,7,12,13,14
597:18,20 598:1,8
598:14 599:20
600:4,13,19,20,21
601:13 670:7,9,11
**statements**   614:15
**states**   496:1 497:1
611:12 616:18

622:11 643:19
645:20 678:13
687:22 691:5
**stay**   597:25
**stenographic**
672:22 684:23
**stenographically**
496:20
**step**   642:6,15
**steps**   620:21
**steven**   509:14
510:13 511:5,13
668:22
**stipulation**   722:20
**stood**   571:5
**stop**   582:24
618:22 624:13
714:24 715:4
**stopping**   714:20
**storage**   680:3
**stored**   681:5
698:11
**stories**   523:2,8,10
524:17 528:25
530:2
**story**   604:22 622:5
**strategic**   515:3,10
515:15,18,20
516:1,16,23,24
517:1,5,6,14 518:6
518:10,22 519:7
519:10,14,15,20
519:23 520:2,5,14
520:18,22 521:1,4
521:11 546:1
547:3,6 558:22
559:13,13 560:11
560:13,16 569:1,8
572:9,22 575:18
584:21 585:23
586:1,13,15 587:6

587:16,19 588:4
588:23 628:21
631:9,11,14,17
632:6,14,20
655:16,18 656:3
657:5 705:5,11,12
705:15,19,24,24
706:2,2,3
**stream**   513:2
602:3
**streaming**   590:16
**streams**   590:9
**streams.key**
542:18
**street**   499:11
500:9 501:8 502:7
**strike**   673:25
**structure**   649:15
**structured**   552:23
**stuff**   586:25
587:10 675:8
**subject**   503:12,21
504:5,15 541:12
581:17 601:7
602:19 634:19
660:11 662:14
**subjective**   575:23
577:15 578:21
580:21 613:9,11
613:15
**subscribed**   721:21
**subset**   550:5
554:23 631:11
632:5 661:22
**suggest**   538:19
550:5
**suggested**   663:4
**suggesting**   580:12
**suggests**   556:23
571:6 644:8

Veritext Legal Solutions
866 299-5127

[suite - template]

suite  498:11
  499:12 500:10,19
  501:9 552:24
summarize  642:16
  642:22 645:5
  650:14
summarizing
  604:2
summary  503:22
  581:17
sun  634:18 635:10
  635:11 636:12
super  606:20
  718:5
supplied  616:14
supply  617:10
support  558:6
  607:2,24 608:7,12
supported  609:10
supposed  534:1
  702:9
supposedly  703:4
sure  511:22
  512:22,24 520:16
  520:17 525:1,2,14
  528:20 532:1,2,10
  534:12 537:4
  540:3 543:17
  546:4,6,10,16
  556:12 562:8
  567:18 568:16
  572:24 573:25
  580:4 588:11,18
  589:21 592:24
  593:16 604:15
  605:15 608:11
  609:2 615:11
  617:14,24 618:12
  618:20 621:21
  626:11 627:5,25
  630:5 631:3,13,15

633:13 634:6
635:7,11,14
638:14 639:16
640:22 643:3,11
644:9 649:18
650:13 653:13
656:15 657:24
658:11,12 661:18
662:7 663:3 664:4
664:13,21 672:9
673:10,13 677:24
678:2 683:2
684:20 686:4
688:6 689:13,15
689:22 691:24
692:12 693:15
694:11,22 695:8
697:23 699:13
701:3,25 702:5
709:3 710:6 711:6
712:19
surface  555:23
  560:9 575:15
  577:11 618:8
surprised  597:6
survey  548:7
swears  506:13
syncing  673:6
system  580:17,25
  581:2,5 679:18
  682:17 683:23
  684:4 698:6
systems  582:9
  671:13,19 682:13

**t**

t  500:7 503:8
  504:1 505:1 724:3
  724:3
tab  541:21 602:11
table  678:15 697:3
  698:9,22

tables  697:25,25
  698:3,8,12,14,16
  698:17,24
taggable  513:1
  699:9
take  517:19
  529:12 553:2
  560:23 563:9
  569:14 593:21
  594:4 615:14
  618:17,19 631:1
  636:4,24 654:14
  655:9 660:20
  661:19 662:1,19
  662:23 669:10
  672:9,11,12
  686:21,25 687:18
taken  497:15
  526:7 536:20
  540:16 569:18
  608:17 609:3
  634:10 658:25
  672:19 718:23
  721:5
takes  578:4
talk  511:9 521:17
  532:22 547:14
  555:13 596:18
  638:16 679:13
talked  511:23
  580:8 591:9 618:6
  703:15 705:9
  708:1
talking  511:16
  512:21 528:9,11
  529:19 532:24
  571:25 575:24
  577:4 632:17
  714:4
tasked  544:16,20

taxonomy  562:1
team  509:3 515:3
  515:5,6,7,11,14,15
  515:16,22 516:16
  516:17,18 517:3,9
  518:19 519:22
  521:22 525:11,22
  527:15,24 531:8
  540:20,21 543:1
  543:11,14,16
  544:12,15,21,24
  550:6 558:4,7
  559:20,21 562:24
  563:8 564:15,21
  565:8,13,14,15,17
  567:11,12 588:2,2
  588:3,4,6 613:17
  632:11 660:4,7,8
  660:10,16 666:18
  682:3
team's  510:7,11
teams  588:7
  613:13 638:10
  651:7
tech  707:21 710:9
technical  542:8
  590:1 602:7
  619:23
technology  601:10
tell  516:10 531:18
  587:8 592:13
  594:16 632:5
  637:3,4 653:24
  659:3 666:4 677:8
  702:8 709:23
telling  665:13
template  645:16
  646:9,11,14 647:2
  647:4,7,8,15,17,20
  648:9,14 650:2,6,8
  650:15,21 651:11

Veritext Legal Solutions
866 299-5127

[template - thought]

654:1 655:16
656:9,19 657:10
658:14,17
**ten**   543:18 569:15
**tense**   641:12
**term**   520:22 521:4
528:23 548:3,3,11
590:6 613:15
619:20,22,23
664:22 666:23
671:9 675:24
683:21 693:1,21
694:1,10,12
**termed**   674:14
**terminated**   676:23
**terminology**
516:20 531:20
665:19 667:16
674:19
**terms**   521:2 524:5
530:2 531:17
538:18 559:18
590:11 605:23
606:21 618:2
626:3 653:21
654:18 664:7
674:6
**test**   693:24 709:12
**testified**   508:3
512:15 521:5
648:8 682:17
703:8
**testify**   537:21
539:1 615:3,15
672:10
**testifying**   601:2
721:8
**testimony**   507:20
508:21,25 511:11
512:4 514:8
516:21 522:4

567:18 599:7
615:3 616:13
618:7 636:6
656:13 659:3
661:15 669:2
682:25,25 692:24
719:3,5,6,16 720:4
721:12
**texas**   500:20
**text**   590:19,25
**thank**   508:7 514:6
515:1 535:8,24
536:1,18 542:9
569:25 599:14
602:9 603:12,16
603:17,20 618:24
618:25 627:10
628:2 630:1
633:25 635:2
637:10 660:22
669:25 670:16
676:7 691:21,23
700:12 719:17
**thanks**   705:17
**theme**   604:22
**thing**   524:4 584:19
615:16 620:15
652:17 669:6
672:8
**things**   505:6
507:14,15 518:20
522:12 526:16
537:5,10,16,25
538:2,10,14 551:2
551:20 552:6,15
552:21 553:7,14
553:17,22 554:1,8
554:10,22,24
555:2,7,21 574:4
576:2,5 578:5
584:7,17,20

585:14,15,15
586:21 589:11
603:10,23 610:8
610:25 644:8
648:1,2 649:5
651:3 666:24
673:11 694:14
695:1 702:19
707:12 708:4
710:5
**think**   509:11
510:1,16 511:6
513:1 515:6,19
516:25 518:8
519:8,10,18 520:1
520:21 522:20
525:22 529:9
539:24,25 540:20
545:1,2 546:9,11
546:11 547:10,15
547:23 548:21,24
549:1,8,8,12 550:2
550:8,13,16 551:3
551:18 556:17,22
556:24 557:1,3,22
558:16 560:3,10
562:14,17 563:13
564:5 565:13
567:6 568:16,19
568:24 571:7,23
572:4 575:22
576:4 577:1,13,25
578:2,4,14,16,20
578:24 579:2,9
580:4,7,11,13,19
581:25 582:7
583:19,21 584:2,3
584:9 586:4
590:13 591:8,19
591:21 592:6
594:6 595:7 598:6

598:11 599:11,24
601:1,5,25 608:14
612:23 613:8,10
613:12 615:20
616:15,24 619:19
619:22 623:8
624:7 626:10,11
627:22 628:13
632:13,14 633:3
633:16,19 637:11
640:18 644:7
647:19 650:14
652:13,23,25
654:3,19 655:6,8
655:14 656:1,6
661:25 665:3
667:14 672:1,8
673:20 674:6,7,20
675:3 677:14,16
682:14,24 683:3
686:19,19 693:10
697:12 702:16
705:13 710:4
714:21,23 715:1
715:14 719:13
**thinking**   604:2
**thinks**   578:18
599:25 612:19
**third**   498:10 531:2
546:17 591:12
609:8 628:23
638:8 649:10
670:6 671:10
682:18 684:12,15
691:6,8 693:5
695:17,20 700:1,4
700:13,16
**thought**   539:18
559:5,20,20
585:13

Veritext Legal Solutions
866 299-5127

[thoughts - types]

| | | | |
|---|---|---|---|
| **thoughts** 580:6 | **timeline** 524:19 | **top** 582:25 646:10 | **true** 686:19 |
| **thread** 582:1 | 530:6 611:10 | 687:2 691:3 | 715:19 720:5 |
| 585:25 591:21 | 686:10 | 695:25 | 721:12 |
| **three** 512:24 628:5 | **timelines** 512:11 | **topic** 594:9 | **trust** 663:17,22 |
| 629:2 649:5,12 | **times** 561:25 | **topics** 508:11,12 | 666:4,17,21 667:3 |
| 715:6 | 567:13 661:9 | 508:14 509:23,25 | 667:11 |
| **tile** 515:21 | 673:13 674:12 | 534:2,7 592:2 | **trusted** 583:4 |
| **time** 506:6 510:9 | 675:10 681:20,23 | 600:10 607:9 | **truth** 507:22,22,23 |
| 510:22 515:7 | 708:12 712:6 | 612:3 624:22 | 606:10 609:23 |
| 516:11,19,22 | **tinder** 583:10 | 640:16 664:16 | 625:2,23 682:6,8 |
| 517:4 527:23 | 584:18 | **totality** 704:7 | 682:12 |
| 530:7,12 531:4 | **title** 515:25 516:7 | **track** 510:8 | **truthful** 586:18 |
| 532:23 543:13 | 516:11 543:21 | 581:10 681:13 | **try** 567:15 575:2 |
| 544:10,20 545:18 | 545:10 548:14 | 682:17 697:15 | 600:3 618:21 |
| 547:12 548:7,12 | 550:19 556:4 | **tracked** 652:11 | 627:23 636:17 |
| 548:20 551:6,16 | 557:18 568:21 | 681:9,9 | 644:15 703:1 |
| 553:18,20 554:23 | 570:4,6 616:18 | **tracking** 580:23 | **trying** 527:3 |
| 555:6 558:20,25 | 622:21 628:20,21 | **tracks** 697:19 | 530:25 537:21 |
| 559:17 569:11,12 | **titled** 627:11 | **transcribed** | 544:12,22 551:7 |
| 572:3 574:14 | 707:12 | 721:11 | 551:23 554:14 |
| 579:22 581:1 | **titles** 516:13 | **transcript** 720:3 | 555:24 558:4 |
| 583:15 584:5,25 | 628:19 | 721:12,14,16 | 573:20 576:13 |
| 585:3,12 586:7,10 | **today** 508:21,25 | 722:6,8,10,13,13 | 577:16 579:1 |
| 587:14 594:13 | 513:9,24 514:2,8 | 722:21 723:2,2 | 597:22 599:8 |
| 598:13 603:22 | 514:11,20 534:10 | **transition** 531:13 | 601:10 615:5 |
| 610:15 618:18 | 571:24 572:1 | 532:6 533:2 | 620:2,2 644:22 |
| 621:13 624:5 | 580:22 581:2 | 534:13 536:5,9,10 | 654:5,5 686:10 |
| 627:21 629:10 | 604:23 615:3 | 549:5,16,19,21,23 | 702:18 703:5 |
| 632:2,18 635:5 | 616:13,17 636:6 | 550:4,12,25 | **turn** 507:9,10,13 |
| 662:1,19,23 664:8 | 641:14 659:3 | 579:19,23 580:2 | 535:11 |
| 668:16 671:11 | 661:15,22 665:23 | 581:1 691:11 | **two** 509:25 555:1 |
| 676:17 678:20 | 679:15 690:19 | 695:22 700:18 | 587:3,5 597:23 |
| 679:12,14 680:19 | 707:20 715:11 | 709:8 | 631:2 633:22 |
| 680:21,24 681:6 | 719:6 | **transitioned** 555:4 | 703:25 708:4 |
| 681:15 684:12,14 | **token** 602:6 | **transitioning** | 710:5 715:5 |
| 685:7 702:1 714:1 | **told** 585:21 | 582:18 | **type** 563:1 617:19 |
| 714:3,5,10,21,21 | **tomatoes** 604:20 | **transitions** 550:17 | 631:8 698:9 |
| 716:1 719:23 | **tool** 581:8 697:5,8 | **treated** 719:3 | **types** 522:18 |
| 721:6 722:10,18 | 697:14,19,22,23 | **treatment** 719:8 | 526:17 538:12 |
| 722:24 723:7 | **tools** 554:9 | **tried** 690:18 | 574:15 575:6 |
| | | | 627:13 673:7,24 |

Veritext Legal Solutions
866 299-5127

[types - users]

674:1,22 692:2
695:16 708:16,25
709:2,7,14
**typically**   519:2
520:8,25 521:22
522:6,25 523:6
524:13 526:13
530:10 531:3
606:14 651:3
660:16

**u**

**ultimate**   554:19
**ultimately**   544:4
551:4 556:18
557:4 562:1 563:4
566:3 580:10
644:10 646:4
**unaware**   591:11
**uncertain**   620:24
**unclear**   626:17
**understand**
508:16 510:5
513:14 514:22
532:1,8 533:22
534:19 535:2,3,6
544:13,22 548:8
551:7 553:16
559:8,9 567:15
593:12,14,22
596:4 597:13,22
599:1 600:1
601:10 614:5
620:3 621:13
630:20 631:3
633:2 636:10
637:12 638:25
641:19 643:4
651:21 652:4,16
655:25 656:15
679:11 683:14
685:22 686:10

690:3 691:16
699:21 703:6
714:2,3 719:14
**understanding**
509:22 514:1
516:20 517:9,25
519:6,9 521:3,6,10
525:17,24 528:22
532:2 537:23
540:22 544:10
545:21 546:13,21
546:22 547:11
551:5 553:20
554:16,22 555:6
555:20 558:24
568:5 586:2,5,6,7
586:10,21 587:13
589:8,16,25
590:15 592:25
595:5,9 601:5,19
601:23 605:3,11
606:12,16,16,17
607:13 610:13
611:4 612:14
613:4 614:13,18
619:25 620:1,5
621:11 622:6,19
623:17 625:24
627:2 633:12,19
633:22 637:20
638:2,16 639:18
640:6 642:10
643:9 651:25
654:22 656:3,23
679:15,19 680:12
680:20,23 681:11
682:20 683:13,20
684:3 690:19
695:3 697:18,24
698:10 701:8
702:3 703:19

707:9 713:2 714:7
714:15 716:9,18
717:3,18 718:9
**understands**
537:22
**understood**   550:6
655:11 658:11
**undertake**   639:9
**underway**   582:20
**unidentified**
594:23
**united**   496:1 497:1
**universal**   656:2
**universe**   608:19
**unlimited**   531:7
**unmute**   507:10
**unreasonable**
647:13
**upcoming**   584:23
**updated**   697:8
**updates**   510:10
**usable**   511:7
**usage**   510:8 605:6
625:17,18 626:1,5
**use**   516:19 520:22
527:18 546:1
547:3,6 554:6
555:9 558:22
559:13 560:11,14
569:1 572:9,22
575:18 584:21
585:23 586:1,11
586:12,13,15
592:19 593:6
595:16 599:16,21
600:12,16 601:1
626:6 647:14
663:23 692:14
693:9,11,13,19,24
694:7,14 705:5,12
705:19,24 706:3

713:16,23 714:12
716:11,15
**useful**   529:11
603:11 623:7
**user**   496:4 497:4
506:10 514:4,4
522:8 524:6,9,10
530:10,16 538:11
546:7 552:25,25
579:2,4,5 602:8
617:10,11 626:17
626:19 666:4
670:6 685:5
698:22 699:9
712:22 713:5,5
716:4,18,21 717:6
717:8,13 718:16
722:4 724:1
**user's**   545:22
602:6 691:11
698:20,21 700:6
700:18 714:18
717:10,14,20
718:15
**users**   520:12
521:24 522:3,13
522:15,16,20,23
524:15 526:1
528:24 529:16,20
530:3,7,11,25
536:12 537:12
546:4,19 547:18
547:24 553:3
559:2 591:10
617:16,16,23
618:9 626:4 649:6
651:22 665:13
666:4 671:23
678:19 683:16,17
684:6,6 692:15
695:22 714:6,12

**[uses - ways]**

**uses** 569:8 578:23
  579:11 607:19
  626:7 674:13
**ussd** 673:6

**v**

**v1** 579:23 582:22
  685:9,11,20
**v2** 544:5 574:23
  579:23 582:22
  691:12 700:19
**v2.0** 583:5 586:25
  587:10
**v2.0.** 584:13
**v4** 531:23
**vague** 522:24
  527:1 529:8
  530:18 532:20
  533:12 537:2
  538:17 539:8,23
  576:11 581:6
  583:18 584:1
  585:9 586:19
  588:9 589:20
  591:18 592:1
  612:5 614:4,22
  616:23 618:5
  623:15 624:1,23
  625:20 626:22
  629:21 646:1
  654:16 655:5
  675:1,18 676:2
  679:10 680:14
**valid** 546:1 547:3
  547:5
**valuable** 520:11
  522:14 547:17,23
  547:24,24 559:2
  607:1,7
**value** 519:16,24
  520:6,15 521:17
  521:20,24 522:2,3

522:7,10,15,18,21
523:5,11,24,25
524:11,24 525:3,9
525:20 526:1
530:11,13,14,25
531:1,11 532:4,18
533:4,9 536:3,12
536:13,25 537:12
537:18,22,24
538:12,12,15
546:18 587:6,16
587:19 588:5
623:13 625:7,16
625:18 626:1,3,4
639:23 640:4,11
640:14 641:1,8
643:7 644:3
645:17 646:17
650:3,9,21 655:16
655:19 656:3,11
656:21 657:5
**varela** 541:4
**variable** 680:22
**variety** 531:17
  554:7 671:19
**various** 525:12
  538:12 553:5
  565:9 585:13,15
  612:9 673:12
  674:12 681:4
**vast** 670:4
**vc** 496:4 497:4
**verification**
  668:21
**verified** 668:22
**veritext** 506:12
  603:13 722:7,9,11
**version** 531:19,23
  532:13 550:25
  577:11 579:20,20
  585:16,16 685:17

686:1 695:23
**versus** 640:4
**vf** 602:21
**vf.pdf.** 602:22
**video** 496:14
  497:19 507:9,10
**videoconference**
  496:14 497:19
  498:2 499:2 500:2
  501:2 502:2
**videographer**
  502:18 506:5,11
  526:5,8 536:18,21
  569:16,19 634:9
  634:11 672:17,20
  718:21,24 719:21
**view** 612:20
**violate** 712:17
**violation** 663:22
**visitation** 523:10
**volume** 496:17
  503:3 506:9
  643:21 722:5
  724:2
**volumes** 643:15
  681:16

**w**

**w** 498:6 502:7
**w3.h** 635:18
**waiting** 543:7
**waived** 722:23,23
**waiving** 722:20
**walk** 648:19
**wangdra** 501:14
  506:22
**want** 507:11
  512:22 523:22
  530:11 532:9
  533:15,17,24
  534:8,12 535:16
  537:4 554:6

558:10,10,12
567:18 568:23
569:11 573:25
574:11 592:24
593:16 594:4,8
595:12 597:12,18
599:4,6 606:19
609:2 617:24
618:12 631:3,7
634:4,6 645:15
646:16 650:1,19
652:24 661:18
662:1,7,18 698:25
712:19 714:19
717:2
**wanted** 535:17
  671:20
**wants** 530:10
  702:1 715:5
**washington**
  496:23 498:12
**way** 509:20 518:14
  519:4 520:19
  530:12 538:21
  544:21 545:2
  567:16,17 574:9
  576:1 580:14,16
  582:6,8 583:3
  594:2,7 603:7,15
  613:3 615:12
  625:13 626:16
  652:8 654:25
  671:21 674:20
  677:15 679:16
  707:5 714:16
  718:12
**ways** 519:12
  520:14 522:21
  537:21 554:7
  559:21 591:12
  630:23 657:11

Veritext Legal Solutions
866 299-5127

**[ways - yeah]**

681:4 702:23
**we've**  560:6,16
580:8 591:9
613:10 618:16
663:16 668:23
683:19 703:15
704:18 705:9
708:1
**weaver**  499:6
507:3,5
**web**  496:14 497:19
498:2 499:2 500:2
501:2 502:2
**website**  553:7
**websites**  708:11
**week**  588:16
**weekly**  660:19
**weeks**  508:9
**weigh**  535:17
**went**  511:24 562:3
621:23 651:13
685:24
**whereof**  721:20
**whitelist**  540:17
563:2 564:6,10
574:6,9 580:1
581:12 583:9,16
583:20 584:18
585:19 605:8
633:1,5,24 658:8
659:6
**whitelisted**  563:6
564:20 565:4,12
574:23 577:13
584:7 633:6,11,23
684:13,14 696:1
**whitelisting**
509:20 510:16,23
562:10,15,18
564:3,13 571:20
571:25 572:5

577:5 579:21
580:16,24 634:6
659:20 664:25
**whitelists**  511:14
545:6 552:3
555:11 570:10,24
571:2,10 573:23
581:9 584:19
585:1,13,14,20,23
586:8 605:6
610:22 633:11
690:11
**wide**  537:16
538:10 552:20
553:13 576:4
**wider**  605:18
**widespread**  626:6
**window**  680:19
**witness**  506:13
535:18 569:12
593:18 594:24,24
595:17,19,23
596:1,5 597:6
606:2 627:19
639:16 667:5
719:4 721:20
722:13,16 723:2,5
724:24
**wonderful**  596:19
**wondering**  529:20
541:23
**word**  512:14
515:20 554:7
556:5 665:4
669:19 687:18
703:9
**words**  567:7
710:14
**work**  509:17 510:7
510:11 514:16,24
517:10,11 518:2

518:22 527:6
531:22 542:17
590:15 651:7
663:16 664:8
698:24 708:3
**worked**  515:21
517:3,9 518:12,16
518:18 519:22
525:25 527:10
544:15 589:23
593:23 601:20
682:13 714:16
717:4 718:10,12
718:13
**working**  518:1
519:3 520:9
521:23 522:6
527:12 530:23
531:3 549:17
588:16 675:7
**works**  600:2
**workstream**
557:19 558:9,11
558:12,20 559:9
565:22 568:14,18
568:20,24 570:5
570:14,17,20
571:13 572:17,21
580:7
**workstreams**
550:20,24 556:4,6
556:8,9,14,23
580:9
**world**  555:25
**worth**  531:9
558:16 627:4
645:17 646:18
650:3,9,21
**worthwhile**  524:4
**worthy**  655:11

**wrap**  715:11
**wrapped**  514:20
**wright**  498:8
507:2
**write**  552:23
593:19,25 646:22
652:25 655:24
**writes**  586:24
588:15 604:1
608:6 620:20
671:8 676:15
707:20 708:2
712:14 715:16
**writing**  554:17
555:20 654:20
**written**  545:17
547:9,12,12
548:23 558:8
562:17 563:22
566:2 592:23
593:2 605:2
707:15 710:14
718:5
**wrong**  531:18
554:6 627:13
**wrote**  547:5 569:6
**ws3.h**  635:16,18
**ws3.j**  504:18
636:20

| x |
|---|

**x**  503:8 504:1
505:1 721:16
723:1
**xfn**  638:7

| y |
|---|

**yahoo**  708:7
**yandex**  604:20
**yeah**  512:8 513:11
514:15,22 520:1
521:10 522:5,25

Veritext Legal Solutions
866 299-5127

**[yeah - zoom]**

523:14 525:1
527:2,22,25
530:20 531:16
532:11,21 533:13
537:3 538:2
539:10 549:20
556:6 561:4,8
569:12 571:15
573:3,7 576:12
581:7,21 586:1
592:4 593:19
594:10 595:3,18
596:20 597:5
598:3,20 599:2,3
599:17 600:24
601:18 602:24
603:4 606:7 608:2
609:7 610:4
611:17 612:7,8,17
613:21 614:11,11
614:24 616:20,24
619:4 621:2 624:2
626:13 628:17
629:6,17 630:19
631:24 633:6
636:25,25 639:16
642:20 643:18
645:6 646:21
647:12 649:3
657:18 658:2
660:13 661:20,23
663:1 665:9,18
669:9 675:2,17
676:1,25 684:18
692:5,8 700:12
702:16 707:18
708:14 710:3
718:3
**year**   566:5
**years**   545:17
546:14,23 551:23

573:20 585:18
589:6 591:21
624:10
**yep**   587:5
**york**   708:12 712:6
**yup**   542:15 551:15
561:12 570:6
620:19 628:8
643:24 645:12

**z**

**zero**   631:7
**zoom**   496:12

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.