HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843

 5   CONSUMER USER PROFILE        Case No.

 6   LITIGATION                   18-md-02843-VC-JSC

 7   _____

 8   This document relates to:

 9   ALL ACTIONS

     _____

10              **HIGHLY CONFIDENTIAL**

11

12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

13       CORPORATE REPRESENTATIVE - SIMON CROSS

14   (Reported Remotely via Video & Web Videoconference)

15        London, England (Deponent's location)

16             Monday, June 20, 2022

17                  Volume 4

18   REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

19   STENOGRAPHICALLY REPORTED BY:

20   REBECCA L. ROMANO, RPR, CSR, CCR

     California CSR No. 12546

21   Nevada CCR No. 827

22   Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 5281223

25   PAGES 725 - 985
```

                                        Page 725

HIGHLY CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4   IN RE:  FACEBOOK, INC.,      MDL No. 2843

5   CONSUMER USER PROFILE        Case No.

6   LITIGATION                   18-md-02843-VC-JSC

7   _____

8   This document relates to:

9   ALL ACTIONS

10  _____

11

12

13

14

15  CONTINUED VIDEOTAPED DEPOSITION OF SIMON CROSS, taken

16  on behalf of the Plaintiffs, with the deponent located

17  in London, England, commencing at

18  1:35 p.m., Monday, June 20, 2022, remotely reported

19  via Video & Web videoconference before

20  REBECCA L. ROMANO, a Certified Shorthand Reporter,

21  Certified Court Reporter, Registered Professional

22  Reporter.

23

24

25

                                      Page  726

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL

 2   (All parties appearing via Web videoconference)

 3

 4   For the Plaintiffs:

 5        KELLER ROHRBACK L.L.P.

 6        BY:  DEREK W. LOESER

 7        BY:  CARI CAMPEN LAUFENBERG

 8        BY:  ADELE A. DANIEL

 9        BY:  EMMA WRIGHT

10        Attorneys at Law

11        1201 Third Avenue

12        Suite 3200

13        Seattle, Washington 98101

14        (206) 623-1900

15        dloeser@kellerrohrback.com

16        claufenberg@kellerrohrback.com

17        adaniel@kellerrohrback.com

18        ewright@kellerrohrback.com

19

20

21

22

23

24

25   /////
```

Page  727

HIGHLY CONFIDENTIAL

1              APPEARANCES OF COUNSEL

2      (All parties appearing via Web videoconference)

3

4      For the Plaintiffs:

5           BLEICHMAR FONTI & AULD LLP

6           BY:  MATTHEW MELAMED

7           BY:  LESLEY E. WEAVER

8           Attorneys at Law

9           555 12th Street

10          Suite 1600

11          Oakland, California 94607

12          (415) 445-4003

13          mmelamed@bfalaw.com

14          lweaver@bfalaw.com

15

16

17

18

19

20

21

22

23

24

25      /////

                                        Page  728

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4   For Facebook, Inc.:

 5        GIBSON, DUNN & CRUTCHER LLP

 6        BY:  AUSTIN SCHWING

 7        Attorney at Law

 8        555 Mission Street

 9        Suite 3000

10        San Francisco, California 94105-0921

11        (415) 393-8200

12        aschwing@gibsondunn.com

13   and

14        BY:  MATT BUONGIORNO

15        Attorney at Law

16        2001 Ross Avenue

17        Suite 2100

18        Dallas, Texas 75201

19        (214) 698-3204

20        mbuongiorno@gibsondunn.com

21

22

23

24

25   /////
```

Page 729

HIGHLY CONFIDENTIAL

```
 1               APPEARANCES OF COUNSEL(cont'd)

 2     (All parties appearing via Web videoconference)

 3

 4     For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  HANNAH REGAN-SMITH

 7          Attorneys at Law

 8          1801 California Street

 9          Suite 4200

10          Denver, Colorado 80202-2642

11          (303) 298-5735

12          hregan-smith@gibsondunn.com

13     and

14          BY:  PHUNTSO WANGDRA

15          Attorney at Law

16          1881 Page Mill Road

17          Palo Alto, California 94304-1211

18          (650) 849-5206

19          pwangdra@gibsondunn.com

20

21

22

23

24

25     /////
```

Page  730

HIGHLY CONFIDENTIAL

1             APPEARANCES OF COUNSEL(cont'd)

2      (All parties appearing via Web videoconference)

3

4           JAMS

5           BY:  DANIEL B. GARRIE

6           Special Master

7           555 W. 5th Street

8           32nd Floor

9           Los Angeles, California 90013

10          (213) 253-9706

11          dgarrie@jamsadr.com

12

13

14

15     ALSO PRESENT:

16          Ian Chen, Associate General Counsel,

17     Meta Platforms

18          John Macdonell, Videographer

19

20

21

22

23

24

25     /////

                                        Page  731

HIGHLY CONFIDENTIAL

```
 1                    I N D E X

 2    DEPONENT                              EXAMINATION

 3    SIMON CROSS                                  PAGE

      VOLUME 4

 4

 5                      BY MR. MELAMED              735

 6

 7

 8                  E X H I B I T S

 9    NUMBER                                       PAGE

10                    DESCRIPTION

11    Exhibit 425  Native Excel Spreadsheet,        867

12                 HC_AEO_2022-06016_In re

13                 FB-TablesColumn Names;

14

15    Exhibit 426  Native Excel Spreadsheet         920

16                 C2_022-FB-MTHD-00080;

17

18    Exhibit 427  Native Excel Spreadsheet,        945

19                 FB-CA-MDL-029362498;

20

21    Exhibit 428  Native Excel Spreadsheet,        964

22                 C2_018-FB-CA-MDL-02936296.

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1           London, England; Monday, June 20, 2022        09:04:04

 2                        1:35 p.m.

 3                        ---oOo---

 4

 5           THE VIDEOGRAPHER:  We are on the record       01:35:43

 6    at 1:35 p.m. on June 20th, 2022.

 7           This is the deposition of Simon Cross,

 8    Volume 4.  We're here in the matter of the In Re:

 9    Facebook, Inc. Consumer Privacy User Profile

10    Litigation.                                          01:35:59

11           I'm John Macdonell, the videographer with

12    Veritext.

13           Before the reporter swears the witness,

14    would counsel please identify themselves, beginning

15    with the noticing party, please.                     01:36:09

16           MR. MELAMED:  Good morning.  My name is

17    Matt Melamed.  I'm with the law firm of

18    Bleichmar Fonti & Auld.  I represent plaintiffs.

19           With me here presently are Adele Daniel

20    and Emma Wright.  They're from Keller Rohrback, and  01:36:20

21    they also represent plaintiffs.

22           MR. SCHWING:  This is Austin Schwing of

23    Gibson Dunn for defendant Meta, and with me are

24    Ian Chen, Hannah Regan-Smith, and Phuntso Wangdra

25    and Matt Buongiorno.                                 01:36:46
```

Page 733

HIGHLY CONFIDENTIAL

```
 1              Okay.  I think I got everybody.          01:36:47

 2              SPECIAL MASTER GARRIE:  This is

 3     Special Master Garrie on behalf of the courts.

 4              Good morning, Counsel Buongiorno.  It's

 5     been a while.  I hope you're healthy.            01:36:57

 6              MR. BUONGIORNO:  Thank you, Special

 7     Master Garrie.

 8              THE COURT REPORTER:  At this time, I will

 9     ask counsel to agree on the record that there is no

10     objection to this deposition officer administering  01:37:05

11     a binding oath to the deponent via remote

12     videoconference, starting with the noticing

13     attorney, please.

14              MR. MELAMED:  No objection.  Thank you.

15              MR. SCHWING:  No objection for the        01:37:27

16     defendant.

17              THE COURT REPORTER:  Mr. Cross, could you

18     raise your right hand for me, please.

19              THE DEPONENT:  (Complies.)

20              THE COURT REPORTER:  You do solemnly      01:37:45

21     state, under penalty of perjury, that the testimony

22     you are about to give in this deposition shall be

23     the truth, the whole truth and nothing but the

24     truth?

25              THE DEPONENT:  I do.                      01:37:45
```

Veritext Legal Solutions
866 299-5127

| 1 | SIMON CROSS, | 01:37:46 |

2  having been administered an oath, was examined and

3  testified as follows:

4                        EXAMINATION

5  BY MR. MELAMED:                                    01:37:46

6       Q.   Welcome back, Mr. Cross.

7       A.   Thank you.

8       Q.   So as I mentioned, my name is

9  Matt Melamed from the law firm

10 Bleichmar Fonti & Auld.  I'm going to be asking you    01:38:02

11 questions about the 30(b)(6) notice topics 2 and

12 8 today, and then, as I mentioned off the record,

13 Mr. Loeser is going to ask you a few questions

14 about topics 6 and 7.

15           So you understand for these topics, and    01:38:20

16 specifically for topics 2 and 8, you've been

17 designated by Facebook to answer questions on its

18 behalf, correct?

19      A.   That's correct.

20      Q.   Okay.  And you are prepared to do so       01:38:29

21 today, correct?

22      A.   I've done my best to prepare, yes.

23           MR. SCHWING:  And, Matt, I just want to

24 just state for the record that we have certain

25 aspects of 2 and 8 that have been carved out for      01:38:39

Page 735

HIGHLY CONFIDENTIAL

```
 1    this witness.                                    01:38:42

 2          MR. MELAMED:  And to be clear, you're

 3    talking about questions related to targeted

 4    advertising and data brokers; is that right,

 5    Mr. Schwing?                                     01:38:49

 6          MR. SCHWING:  That is correct.

 7          MR. MELAMED:  Okay.

 8      Q.   (By Mr. Melamed)  So, Mr. Cross, just so

 9    everybody's clear, you are not prepared to answer

10    questions today related to targeted advertising or  01:38:58

11    data brokers; is that right?

12      A.   I have not prepared to answer questions

13    relating to targeted advertising and data brokers.

14    My understanding is that another witness has been

15    designated to -- to cover those types of things.    01:39:12

16      Q.   Okay.  So for ease of reference

17    throughout this deposition, I will likely ask about

18    third parties generally.  And is it okay for you,

19    Mr. Cross and counsel, if when I ask those, you

20    understand that those do not include advertisers,   01:39:32

21    data brokers, and other parties related to targeted

22    advertising?

23          Is that -- Mr. Cross, does that make

24    sense to you?  If I say "third parties," you will

25    understand it to not include those entities for     01:39:46
```

Page 736

HIGHLY CONFIDENTIAL

```
 1    which you are not prepared to testify?              01:39:49

 2         A.   Yes, I think that makes sense to me.

 3         Q.   And if you are unclear, please ask.  And

 4    I'm not -- this isn't to play tricks; it's just so

 5    that I don't have to repeat a carve-out in every     01:40:01

 6    question or series of questions.

 7              Understood?

 8         A.   I understand, yes.

 9              MR. MELAMED:  Okay.  And, Mr. Schwing,

10    same to you.  If ever you believe a question         01:40:11

11    unclear because of that carve-out or you're not

12    sure what I'm getting at, I invite you to ask me to

13    clarify.  I just want to make sure that the

14    testimony is -- is clear, but I'd like to avoid

15    having to add pause -- unnecessary pauses to every   01:40:24

16    question.

17              Does that make sense to you?

18              MR. SCHWING:  It does.  If we have things

19    that need to be clarified along the way, we'll try

20    to work that through.                                01:40:37

21              MR. MELAMED:  Great.  Thank you.

22         Q.   (By Mr. Melamed)  So as you're aware,

23    Mr. Cross, there's a lot of material from past

24    experience that we are going to cover.  I'm going

25    to hope to get through it as efficiently as          01:40:47
```

Page 737

```
 1    possible.  I hope you are going to do so as well.        01:40:49

 2            Let's start with the description of the

 3    topics.

 4            So for topic 2, there is a subcategory A.

 5    And for that, plaintiffs are focused on the type of      01:41:00

 6    data Facebook sold, made accessible to, or made

 7    available to third parties.

 8            Do you understand that?

 9            MR. SCHWING:  Matt, I think you -- I

10    think it was unintentional.  I think you misspoke        01:41:14

11    and said "sold" instead of "shared."

12            MR. MELAMED:  Thank you.  Let me repeat

13    that.

14        Q.   (By Mr. Melamed)  What type of data --

15    make sure I'm reading this correctly.                    01:41:25

16            The type of data --

17            MR. MELAMED:  Thank you for the

18    correction, Mr. Schwing.

19        Q.   (By Mr. Melamed)  The type of data

20    Facebook shared, made accessible, or permitted           01:41:36

21    third parties to target.  That is the stated topic.

22            Do you understand that?

23        A.   I do understand it.  I'd love to

24    understand where the boundary comes between making

25    available to target, because that touches on             01:41:51
```

HIGHLY CONFIDENTIAL

1    targeted advertising, and I'd like to understand          01:41:55

2    the -- the boundary there.

3         Q.   Okay.  So for purposes of questioning

4    today, are you prepared to answer questions on the

5    type of user data or information Facebook shared or        01:42:07

6    made accessible to third parties, with the

7    exception, as we spoke before, of targeted

8    advertising and data brokers?

9         A.   I'm prepared to -- to talk about data

10   made available to -- to third parties via the --          01:42:24

11   the Graph API and the Facebook developer platform

12   in particular.

13        Q.   Are there any other ways that Facebook

14   made data available to third parties?  And, again,

15   here -- and I'll repeat this a few times until we          01:42:41

16   get in the habit -- this does not include to

17   advertisers or data brokers.

18        A.   When you say -- sorry.  Again, to be

19   clear, when you say "data" in this context, what

20   kind of data are we -- are we talking about?               01:42:55

21        Q.   User data.

22        A.   So data on any particular user?  "User

23   data" meaning specifically what again?  Again, I

24   just want to be super clear.

25        Q.   I'm just asking -- and if you're not             01:43:10

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | clear and if you're unable to answer, tell me. | 01:43:12 |
| 2 | I'll try to do my best to clarify. | |
| 3 | But the question is:  Are you prepared to | |
| 4 | answer questions about the types of user data for | |
| 5 | user information that Facebook shared or made | 01:43:21 |
| 6 | accessible to third parties? | |
| 7 | A.   I've done my best to prepare on that -- | |
| 8 | on that topic, yes. | |
| 9 | Q.   And then you are also going to testify | |
| 10 | about subtopic 2C -- correct? -- which is "the | 01:43:40 |
| 11 | format or formats through which Facebook made user | |
| 12 | data or information accessible or available to | |
| 13 | third parties," correct? | |
| 14 | A.   I'm prepared to testify on -- on that, | |
| 15 | again, with this -- this focus on the Facebook | 01:44:00 |
| 16 | developer platform, which is what I believe is -- | |
| 17 | is pertinent to this case. | |
| 18 | Q.   Are there other ways that Facebook made | |
| 19 | user data available to third parties, not including | |
| 20 | targeted advertisers or data brokers?  And by | 01:44:15 |
| 21 | "other ways," I'm speaking of other than via the | |
| 22 | Facebook platform. | |
| 23 | A.   It's possible that like user data was | |
| 24 | made available to third parties over -- over other | |
| 25 | means.  For example, attachments to emails, | 01:44:33 |

Page 740

HIGHLY CONFIDENTIAL

```
 1    which -- which would -- I'm not able to identify        01:44:35

 2    every possible way in which Facebook over the class

 3    period has -- has made available information to --

 4    to third parties.  Like the primary way in which

 5    that was done was through the Graph API, and that's     01:44:51

 6    where my -- my focus in being able to answer these

 7    questions have been put.

 8        Q.   Okay.  Just -- just to be clear, there

 9    may be other ways in which Facebook made user data

10    available to third parties other than via platform,    01:45:04

11    and you are not prepared to testify about those

12    other ways today; is that accurate?

13            MR. SCHWING:  Misstates his testimony.

14            THE DEPONENT:  I can talk at a high level

15    about Facebook generally communicates with -- with     01:45:24

16    third parties using standard -- standard business

17    means and practices.  But it would be very hard

18    for -- for me or anyone to answer questions about

19    the totality in which Facebook has ever exchanged

20    information with -- with third parties.                 01:45:40

21        Q.   (By Mr. Melamed)  I'm not -- I'm not

22    asking you to try and capture you.  I'm just trying

23    to understand the confines of what you're prepared

24    to testify about today.

25            So are there other ways aside -- you            01:45:58
```

Page 741

HIGHLY CONFIDENTIAL

1    mentioned Facebook platform as a way that Facebook          01:46:01

2    makes user data available to third parties,

3    correct?

4         A.   Correct.

5         Q.   You also mentioned a possibility that             01:46:09

6    user attach data could be attached to emails, and

7    you're not prepared to testify about that manner of

8    providing user data to third parties, correct?

9              MR. SCHWING:  No.  Misstates his

10   testimony.                                                  01:46:18

11             THE DEPONENT:  As I said, I could talk at

12   a high level about how Facebook conducts, you know,

13   conversations with -- with third parties at a high

14   level, but it would impossible to -- for me or

15   anyone to -- to know the totality of ways in which          01:46:39

16   Facebook, over a 15-year period, has made -- made

17   data available to -- to third parties.

18        Q.   (By Mr. Melamed)  Why would that be

19   impossible?

20        A.   So in this context, you know, that's -- a         01:46:58

21   broad range in which a way of essentially thousands

22   of people over many years have interacted with --

23   with third parties.  I think having a -- a complete

24   understanding of every example would be -- would be

25   hard to come by.                                            01:47:18

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1            As I say, the -- the primary way in which    01:47:20

 2    Facebook shares data with third parties is via the

 3    Facebook developer platform, and I focused my -- my

 4    attention there.

 5            I can talk at a high level about            01:47:30

 6    typically how Facebook conducts business with third

 7    parties through with user data may have been

 8    exchanged.  But, you know, I don't have a record of

 9    every email that was sent that may have contained

10    a -- an Excel spreadsheet, for example, containing   01:47:45

11    user information.

12        Q.  Are there ways other than via platform or

13    via email that you are aware of that Facebook

14    provided user data to third parties?

15        A.  I'm not aware of any other major ways in     01:48:07

16    which Facebook would have shared data with -- with

17    third parties, no.

18        Q.  Okay.  I just want to be clear.  You used

19    the -- the phrase "major ways" in your answer to

20    that question.  Are there any other ways other than  01:48:18

21    those that you are aware of?

22        A.  Not that I'm -- not that I'm intimately

23    aware of, no.

24        Q.  Are there any ways you're aware of in any

25    way?                                                 01:48:33
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1      A.   No.  Not that I know that Facebook has          01:48:36

2    shared data with third parties from -- from my

3    conversations with -- with people or -- or my own

4    personal experiences.

5      Q.   And let's -- let's return to topic 2CU,          01:49:03

6    which concerns the format or formats by which

7    Facebook shared data with third parties -- shared

8    user data with third parties.

9          Do you understand that to be the topic?

10     A.   Yes, I understand that to be the topic.          01:49:23

11     Q.   And you mentioned the Graph API is the

12   primary way that Facebook shares user data with

13   third parties?

14     A.   The Facebook developer platform of which

15   Graph API is a component, yes.                          01:49:36

16     Q.   Okay.  We're going to turn to the

17   Facebook developer platform in a little bit.

18         Counsel has also informed us that you are

19   prepared to testify in a limited way about topic

20   2d, which it concerns how Facebook insured third       01:50:09

21   parties' use of such data or information with

22   limited to the use case; is that correct?

23     A.   That's correct.  I'm prepared to -- to

24   testify on -- on how platform integrity teams

25   attempted to do that.                                   01:50:26

Page 744

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   And then you are prepared as well to | 01:50:31 |
| 2 | testify about topic 8, correct? | |
| 3 | A.   Would you just mind reading out just | |
| 4 | topic 8 for me so I can confirm accurately. | |
| 5 | Q.   No problem. | 01:50:43 |
| 6 | So topic 8 concerns "the methods, tools, | |
| 7 | technologies, databases, project management tools, | |
| 8 | task lists, and other internal sources Facebook | |
| 9 | used to track third parties and data brokers." | |
| 10 | I understand that you are not prepared to | 01:50:57 |
| 11 | talk about data brokers, but are you prepared to | |
| 12 | talk about the rest of that topic? | |
| 13 | A.   Again -- | |
| 14 | MR. SCHWING:  Just -- sorry.  Just | |
| 15 | quickly.  And also advertisers, to the extent | 01:51:07 |
| 16 | that's not encompassed by data brokers as well, | |
| 17 | Matt, just to have the record clear. | |
| 18 | Q.   (By Mr. Melamed)  Are you prepared to | |
| 19 | talk about topic 8 with the exception of data | |
| 20 | brokers and advertisers? | 01:51:20 |
| 21 | A.   Yes, I have done my best to prepare for | |
| 22 | topic 8. | |
| 23 | Q.   And that includes the four subsections of | |
| 24 | topic 8, correct? | |
| 25 | A.   Again, be useful if you'd just read them | 01:51:32 |

Veritext Legal Solutions
866 299-5127

```
 1    out for -- for extra clarity.                    01:51:34

 2         Q.   Sure.

 3              So the first subtopic is "the type and

 4    purpose of data and information Facebook received

 5    from third parties."                             01:51:43

 6              And to clarify, that does not include

 7    from advertisers or data brokers.

 8              Are you prepared to answer that subtopic?

 9         A.   I've done my best to prepare for

10    subtopic, yes.                                   01:51:55

11         Q.   And topic b, "the type and purpose of

12    data and information Facebook provided to third

13    parties"?

14         A.   Yes, I've done my best to prepare for

15    that subtopic too.                               01:52:05

16         Q.   And "payments consideration, including

17    actual payments and consideration or promised

18    payments and consideration that Facebook provided

19    or received for engaging in exchanges of user data

20    with third parties" -- again, for clarity, not    01:52:20

21    including advertisers and data brokers.

22              Are you prepared to answer on that topic?

23         A.   I've done my best to prepare for that

24    topic too -- that subtopic too, yes.

25         Q.   And then the final subtopic is "any      01:52:33
```

Page 746

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | evaluation of benefits through Facebook of the | 01:52:34 |
| 2 | information provided or received or engaging in | |
| 3 | exchanges of user data." | |
| 4 |         Are you prepared to testify about that | |
| 5 | topic today? | 01:52:44 |
| 6 |     A.   I have done my best to prepare for that | |
| 7 | subtopic, too. | |
| 8 |     Q.   Do you have any notes to help with your | |
| 9 | testimony today? | |
| 10 |     A.   I prepared a couple of pages of | 01:53:00 |
| 11 | handwritten notes, yes. | |
| 12 |     Q.   Okay.  And you intend to use those to | |
| 13 | help you testify? | |
| 14 |     A.   Potentially.  It depends on the -- on the | |
| 15 | questions I'm asked to answer. | 01:53:07 |
| 16 |     Q.   You said you personally prepared those | |
| 17 | notes? | |
| 18 |     A.   That's correct. | |
| 19 |     Q.   And how -- how did you go about preparing | |
| 20 | those notes? | 01:53:24 |
| 21 |     A.   Those notes are written from my -- my | |
| 22 | notes from the conversations I've with people to | |
| 23 | prepare for today and some of documents I've read. | |
| 24 |     Q.   Conversations with whom? | |
| 25 |     A.   I had a number of conversations with -- | 01:53:45 |

Page 747

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | with Facebook employees to prepare for this -- for | 01:53:46 |
| 2 | the deposition today.  I can give you their names | |
| 3 | if -- if required. | |
| 4 | Q.   Would you please give me their names. | |
| 5 | A.   Sure.  I spoke to Steven Elia.  I spoke | 01:53:58 |
| 6 | to Chad Heaton.  I spoke to Tina Cardaci.  And I | |
| 7 | spoke to -- some of these names I forgot now, but | |
| 8 | I -- I could get for you if needed. | |
| 9 | Q.   What would you do to get their names | |
| 10 | for -- for us today? | 01:54:30 |
| 11 | A.   Look at my calendar.  Look at my Outlook | |
| 12 | calendar. | |
| 13 | Q.   And what did you speak to Mr. Elia about? | |
| 17 | Q.   Anything else? | |
| 18 | A.   Those are the primary topics we -- I | |
| 19 | discussed with Steven. | |
| 20 | Q.   You said they're the primary topics.  Did | 01:55:06 |
| 21 | you discuss anything else with Mr. Elia? | |
| 22 | A.   I don't recall discussing anything else | |
| 23 | with Steven beyond the -- the topics I was required | |
| 24 | to -- to prepare for today. | |

Page 748

HIGHLY CONFIDENTIAL

9        Q.    Anything else with Mr. Elia?

10       A.    That's about the limit of what I recall        01:55:54

11  discussing with Steven.

12       Q.    I just want to note that you -- as you're

13  answering these questions, there are a lot of

14  qualifiers, which is fine, and I'm just asking for

15  clarification when you provide those qualifiers.        01:56:08

16            So you said "it's about the limit" of

17  what you discussed with Steven.  Do you recall

18  discussing anything else with Mr. Elia?

19       A.    As I sit here today, that's what I recall

20  discussing with Steven.        01:56:22

21       Q.    Okay.

22            What did you discuss with Mr. Heaton?

23       A.    We discussed a particular document which

24  I believe has been marked for the use of it today.

25       Q.    Do you recall which document that was?        01:56:36

Page 749

```
 1        A.   I don't recall the Bates number          01:56:43

 2   particularly, no.  It was a document to do with the

 3   platform and interpreting its value to third-party

 4   developers.

 5        Q.   Why did you discuss that document with    01:56:55

 6   Mr. Heaton?

 7             MR. SCHWING:  And I would just caution

 8   the witness not to reveal any attorney-client

 9   privilege information.

10             If you answer without doing that, you may 01:57:06

11   do so.

12             THE DEPONENT:  My understanding is that

13   it was a document marked for -- for exhibition

14   today by -- by the plaintiffs, and I wanted to

15   speak to Mr. Heaton to attempt to understand his    01:57:20

16   understanding of the -- of the document and how it

17   was created.

18        Q.   (By Mr. Melamed)  Was it a document that

19   you understand Mr. Heaton to have created?

20        A.   I understand Mr. Heaton to have been      01:57:35

21   involved in its creation, but I can't say for

22   certain whether or not he was the creator.

23        Q.   And Mr. Heaton is somebody who is still

24   employed at Facebook?

25        A.   My understanding is that Mr. Heaton is -- 01:57:49
```

Veritext Legal Solutions
866 299-5127

```
 1    is still employed by Facebook.                    01:57:52

 2         Q.   And what is his role at Facebook?

 3         A.   I'm not certain of what his role is

 4    today, I'm afraid.

 5         Q.   Do you understand what his role was      01:58:02

 6    around the time that he was involved in creating

 7    the document that he reviewed?

 8         A.   My understanding is he had some role

 9    in -- in finance or business planning, but I

10    wouldn't want to give any more specifics than that.   01:58:16

11         Q.   Why wouldn't you want to give me more

12    specifics than that regarding his role?

13         A.   That's the understanding I have as I --

14    as I sit here today.  I have not reviewed his

15    internal profile or work history, for example.      01:58:41

16         Q.   How long did you speak to Mr. Heaton?

17         A.   I spoke to Mr. Heaton for about 25

18    minutes.

19         Q.   How long did you speak to Mr. Elia?

20         A.   I speak to Mr. Elia for around 55         01:58:58

21    minutes.

22         Q.   You mentioned you spoke to somebody whose

23    name I don't think I caught, and I don't want to

24    get it wrong, so please correct me.  I think it was

25    Ms. Cardaci?                                         01:59:14
```

Page 751

HIGHLY CONFIDENTIAL

```
 1        A.   I spoke to Tina -- Tina Cardaci.              01:59:16

 2        Q.   Can you spell her last name just so we

 3   have it clearly for the record, please.

 4        A.   I'll do my best.  I -- I may get it

 5   wrong.  Cardaci, C-A-R-D-A-C-I, I believe.              01:59:28

 6        Q.   And what did you speak to Ms. Cardaci

 7   about?

 8        A.   I spoke to Ms. Cardaci about another

 9   document which I believe plaintiffs have identified

10   to be exhibited today.                                  01:59:50

11        Q.   And do you recall which document that

12   was?
```

██    ██   ████████████████████████████████████████

██   ███████████████████████████████████████████

██   ████████████████████████████████████████          ██████

██   █████████████████████████████████████████

██   ████████████████████████

██    ██   ████████████████████████████████

██   ████████████████████████████████████████████

██   ████████████████████████          ██████

██    ██   ████████████████████████████████

██   █████████████████████████████████████████████

██   ████████████████████████████████

```
24        Q.   And why did you speak to Ms. Cardaci

25   about that document?                                    02:00:45

                                              Page 752
```

HIGHLY CONFIDENTIAL

1          A.   My understanding is this is a document          02:00:49

2     that was potentially marked for being exhibited

3     today, and I -- I wanted to understand the context

4     behind its creation and content.

5          Q.   Why did you speak to her about this          02:01:01

6     document's creation and content?

7          A.   My understanding is she was either the

8     author or involved in the authorship of this

9     document.

10          Q.   Do you know what her role was around the          02:01:15

11     time of the creation of this document?

12          A.   My understanding she was in some -- some

13     kind of business planning operations function.

14          Q.   Did Ms. Cardaci understand -- help you

15     understand the meaning of the document that you          02:01:36

16     reviewed with her?

17          A.   I believe my understanding of the

18     document improved after speaking with her.

19          Q.   And do you have notes reflecting your

20     conversation with her about that document?          02:01:52

21          A.   I don't have any notes relating to that

22     conversation.

23          Q.   And your conversation with Mr. Heaton,

24     did that help improve your understanding of the

25     document you reviewed with him?          02:02:06

Page 753

HIGHLY CONFIDENTIAL

1      A.   I believe that helped me understand the        02:02:10

2   document better, yes.

3      Q.   And how long did you speak to

4   Ms. Cardaci?

5      A.   I think about 25 minutes again.              02:02:19

6      Q.   Do you have notes regarding your

7   understanding of either of the two documents we've

8   just discussed?  And by "the two documents," I mean

9   the one you spoke about with Mr. Heaton and the one

10  you spoke about with Ms. Cardaci.                    02:02:43

11     A.   No, I do not have notes relating to my --

12  my conversation with them.

13     Q.   Do you have any notes about the documents

14  at all, whether -- whether or not those notes

15  relate to your conversations with them?              02:02:54

16     A.   I do not have notes relating to those

17  documents, no.

18     Q.   Who else did you talk to in preparation

19  for today's testimony?

20     A.   I spoke to Mark Molaro -- I think that's     02:03:10

21  right.  Molaro, I think, is probably accurate.  I

22  spoke to him too.

23     Q.   Why did you speak to Mr. Molaro?

█    █    ████████████████

█    ████████████████████████    ████

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 755

HIGHLY CONFIDENTIAL

5       Q.   Do you have any understanding of the time          02:05:27

6   period when Mr. Molaro was involved in the

7   capabilities tool at Facebook?

8       A.   I don't have that level of detail of

9   understanding.  My understanding is he's a -- he's

10  a data scientist on the platform team and so may         02:05:40

11  have been involved from the beginning of his -- his

12  role on that team to today.  But I'm not sure of

13  exactly what his -- what time that is.

14      Q.   Do you know when he started on the data

15  science team on platform?                                02:05:54

16      A.   As I sit here today, I don't have the

17  exact date of -- of his work history, no.

18      Q.   Do you have a general understanding of

19  when he started in that role?

20      A.   My understanding is he started at least       02:06:08

21  before 2019, but I -- I'm not sure -- again, sure

22  of the exact dates.

23      Q.   About how long did you talk to Mr. Molaro

24  for?

25      A.   I talked to Molaro, Mr. Molaro, over a        02:06:24

Page 756

HIGHLY CONFIDENTIAL

1    few sessions.  Hard to give an exact amount of          02:06:27

2    time.  I'd estimate spending probably 30 to 60

3    minutes with Mark.

4        Q.   Do you have any written notes reflecting

5    your conversations with Mr. Molaro?                      02:06:50

6        A.   I have taken some notes about my

7    conversation with -- my conversations with

8    Mr. Molaro.

9        Q.   And those notes pertain to the

10   capabilities tool?                                       02:07:03

11       A.   Those notes pertain to -- to parts of the

12   capabilities tool and other -- other work he was

13   involved in.

14       Q.   What else do the notes concern?

15       A.   I took some notes regarding some of the        02:07:23

16   more modern logging apparatus that Facebook has

17   today.

18       Q.   Is that a singular modern logging

19   apparatus or are there multiple modern logging

20   apparatuses that you're referencing?                     02:07:46

21       A.   Facebook has many different systems

22   for -- for logging things, and there -- in logging

23   the platform system, there will be multiple --

24   multiple systems involved.  We talked through a

25   particular set of data logging structure which was       02:08:08

Page 757

HIGHLY CONFIDENTIAL

```
 1    built more recently.                              02:08:14

 2        Q.   What was that particular set of data

 3    logging structure built more recently that you

 4    spoke to Mr. Molaro about?

 5        A.   I spoke to Mr. Molaro about some logging  02:08:28

 6    infrastructure that's known as the "Can and Did

 7    tables."

 8        Q.   Is that C-A-N and D-I-D tables?

 9        A.   That's correct, C-A-N and D-I-D.

10        Q.   Do those stand for anything or are they   02:08:44

11    just stand-alone terms?

12        A.   My understanding is they're stand-alone

13    terms.

14        Q.   Can you describe what the Can table is?

15        A.   I'll do my -- my best.  My understanding  02:08:57

16    is that the Can table attempts enumerate the

17    information that a Facebook platform application

18    could access or can have access to.

19        Q.   Does that include the user -- Facebook

20    user information that a platform application could  02:09:25

21    have access to?

22        A.   My understanding is it -- it -- it

23    enumerates the -- the nodes and fields that a

24    Facebook platform application could have access to,

25    some of which may include user information.         02:09:43
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1          Q.   Do you know when the Can table was        02:09:51

 2   created as a tool to provide such logging?

 3          A.   My understanding it was built in around

 4   2019 and became operational sometime in 2020.

 5          Q.   Do you know if it contains information     02:10:10

 6   dating from before it became operational?

 7          A.   I do not know if it contains information

 8   relating to before it became available.

 9          Q.   Who would know the answer to that

10   question?                                             02:10:25

11          A.   I would ask Mr. Molaro.

12          Q.   Do you know whether the Can table could

13   have technologically been created before 2019 or

14   2020?

15          A.   Can you help me understand what you mean   02:10:56

16   by --

17               THE DEPONENT:  Sorry, Austin.  You were

18   going to say something?

19               MR. SCHWING:  Just object to form.

20               Go ahead -- go ahead, Simon, if you        02:11:02

21   wanted to clarify something.

22               THE DEPONENT:  Yeah.  Can you clarify

23   what you mean by "could technologically have been

24   created"?

25          Q.   (By Mr. Melamed)  Was the Can table        02:11:12
```

Page 759

```
1     created -- let me withdraw that and restate it.      02:11:14

2              Was there new technology that became

3     available that enabled Facebook to create the Can

4     table in or around the time that it became

5     created -- that it was created?                        02:11:28

6              MR. SCHWING:  Object to form.

7              THE DEPONENT:  The development of these

8     logging systems themselves would be -- I would

9     classify as new technology because they involved

10    code being written.                                    02:11:46

11       Q.   (By Mr. Melamed)  Was there anything that

12    prevented the code that was written for the Can

13    table from being written at an earlier point in

14    time?

15             MR. SCHWING:  Object to form.                 02:12:01

16             THE DEPONENT:  These -- these tables deal

17    with large amounts of information or potentially

18    deal with large amounts of information, and compute

19    and storage power in the past was -- was less than

20    it is today.  And so it's -- it wouldn't have been     02:12:18

21    possible to -- to build these tables in the form

22    they're in today in -- you know, it is in the past.

23       Q.   (By Mr. Melamed)  When did the computing

24    and storage power become sufficient to support

25    the -- the tables that comprise the Can table?         02:12:46
```

Page 760

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.  Outside        02:12:54
 2   the scope.
 3              THE DEPONENT:  The -- that's a hard
 4   question, I think, for -- for anyone to answer,
 5   because the -- the information that's contained in    02:13:04
 6   them or -- or the processing required to create
 7   them, there's -- there's no like one point in time
 8   where they would have suddenly become possible.
 9   Data infrastructure and technology has been
10   continually improving over time.                      02:13:24
11      Q.   (By Mr. Melamed)  Would it have been
12   possible to have created the Can tables at any time
13   prior to when they were created, which I believe
14   you said was 2019?
15              MR. SCHWING:  Object to form.               02:13:47
16              THE DEPONENT:  Again, like -- it's a
17   hard -- hard question to answer.  They -- they
18   could have been created in a -- in a different form
19   earlier.  Like -- yeah, I'm just not sure I can --
20   I can answer that question in -- in any way.  It      02:14:05
21   would be me speculating as to the compute processes
22   required and -- and Facebook's data infrastructure
23   capabilities at -- at the time.  That's just --
24   that's a level of detail, I think, is -- is hard
25   for me to answer, I'm afraid.                         02:14:20
```

Page 761

HIGHLY CONFIDENTIAL

```
 1        Q.    (By Mr. Melamed)  If you wanted to          02:14:22

 2   understand better the answers to that question, who

 3   would you ask?

 4        A.    Again, my first point of call would be

 5   Mr. Molaro, who seems to be knowledgeable on these      02:14:35

 6   matters.

 7        Q.    Going back to the content of Can table,

 8   you mentioned that it's -- it identifies which

 9   platform apps can have access to -- to certain

10   types of data; is that correct?                         02:14:59

11        A.    My understanding is that the -- the Can

12   tables attempt to enumerate the information that a

13   platform app has access to.

14        Q.    How does the Can table index the

15   information that a platform app has access to?          02:15:23

16        A.    My understanding is that are there is a

17   script that runs every day that enumerates through

18   platform API nodes and methods and attempts to

19   determine whether or not an app would be able to

20   access the information provided by those methods.       02:15:51

21        Q.    So would it be possible for somebody at

22   Facebook to look at whether a particular app had

23   access to a particular method at a point in time

24   since the Can table has been implemented?

25        A.    My understanding is that's the intent        02:16:17
```

Page 762

HIGHLY CONFIDENTIAL

1    of -- of the technology, although there are likely          02:16:19

2    caveats and details as to what's possible that --

3    that I'm -- that I'm not aware of.  In -- in

4    preparation for testimony today, I did my best to

5    understand these systems at a high level.  So          02:16:34

6    that's a question I -- I don't think I'm able to --

7    to answer for you, I'm afraid.

8        Q.  All right.  If you wanted to provide a

9    more full answer to that question, would you ask

10   Mr. Molaro?          02:16:51

11       A.  Mr. Molaro would be one of the people I

12   would ask to speak to for -- for more specific

13   information.

14       Q.  Who else would you ask to speak to for

15   more specific information?          02:17:02

16       A.  I would start with Mark.

17       Q.  Is there anybody else that -- that you

18   come to mind who you would speak to other than

19   Mr. Molaro?

20       A.  At this point, no.  I would start with          02:17:18

21   Mr. Molaro and go from there.

22       Q.  Do you have any understanding of why the

23   Can table was developed?

24       A.  My understanding is that the Can table

25   was developed to -- in response to some obligations          02:17:38

Page 763

HIGHLY CONFIDENTIAL

 1    in -- in regards to the FTC consent decree.                02:17:45

 2         Q.   Is that the consent decree as modified in

 3    2019?

 4         A.   I'm -- I'm not sure specifically exactly

 5    which one it was referring -- was -- was the               02:17:57

 6    results of the -- sorry.  Let me answer that

 7    question.

 8              I'm not exactly which version of the FTC

 9    consent decree triggered the -- the work to create

10    these tables.                                              02:18:11

11         Q.   Who would you ask to find out which

12    version of the FTC consent decree triggered the

13    creation of the Can and Did tables?

14         A.   I would, again, start with Mr. Molaro.

15         Q.   What is your understanding of the Did          02:18:35

16    table?  What is the function of the Did table?

17         A.   My understanding of -- of the Did table

18    or the Did tables is that they attempt to identify

19    the information which a Facebook platform

20    application has accessed.                                  02:18:57

21         Q.   Do you know when the Did tables were

22    created?

23         A.   My understanding is they were -- they

24    were built in 2019 and began to come online in --

25    in 2020.                                                   02:19:15

                                                    Page 764

HIGHLY CONFIDENTIAL

```
 1          Q.   Were the Can and Did tables created as       02:19:21

 2     part of the same -- let me withdraw that.

 3               What was impetus for the creation of the

 4     Did tables?

 5          A.   My understanding is -- is similarly that      02:19:40

 6     the -- the Did tables were a response to some

 7     enhanced logging requirements and were an update to

 8     previous platform logging infrastructure.

 9          Q.   Do you know if the Did tables could have

10     been created before they were created?                 02:20:07

11               MR. SCHWING:  Object to form.

12               THE DEPONENT:  Again, similar to my

13     answer with the -- with the -- with the Can tables,

14     I'm not intimately involved in -- in understanding

15     of their complexity or the resources required to       02:20:28

16     create them, and so I -- I -- I don't feel like

17     that's an answer -- a question I can -- I can

18     answer.

19          Q.   (By Mr. Melamed)  Who would you ask if

20     you wanted to know the answer to that question?        02:20:40

21          A.   Similar to my previous answers, I would

22     start with Mr. Molaro and -- and see if those

23     questions were answerable by him or even answerable

24     at all.

25          Q.   Is -- sorry.  Let me withdraw that.          02:21:00
```

Page 765

HIGHLY CONFIDENTIAL

```
 1              Do you have any understanding of how the        02:21:08

 2    Did tables work?

 3         A.   I have --

 4              MR. MELAMED:  Let me restate that.

 5    That's a terrible question.                               02:21:16

 6         Q.   (By Mr. Melamed)  Do you have any

 7    understanding of how Facebook users inside at

 8    Facebook could -- could use the Did tables to find

 9    information?

10              MR. SCHWING:  Object to form.                   02:21:29

11              THE DEPONENT:  I -- I understand that

12    certain Facebook employees would be able to query

13    those tables using internal data querying

14    infrastructure.  The way in which they queried

15    those tables would be or could be in numerous ways.       02:21:50

16         Q.   (By Mr. Melamed)  Do you know whether

17    they could query the Did tables by app to

18    understand all of the user information that an app

19    did access during the period of times -- time for

20    which the table exist?                                    02:22:11

21         A.   I -- I -- my understanding is that these

22    tables do contain an app ID and -- and therefore

23    that's theoretically possible, but I have not

24    queried the table myself, and so I'd be speculating

25    as to exactly what -- what's possible with these          02:22:32
```

Page 766

HIGHLY CONFIDENTIAL

```
 1    tables.                                                02:22:34

 2         Q.   Do you understand whether the Did table

 3    could be queried by the type of information

 4    accessed so that somebody could determine all of

 5    the apps that determined -- that accessed a          02:22:49

 6    particular type of information?

 7              MR. SCHWING:  Object to form.

 8              THE DEPONENT:  Yeah, I'm -- I'm not

 9    familiar with the precise structure of those

10    tables, so I'd be speculating as to -- as to         02:23:02

11    exactly what -- what is possible with them.

12         Q.   (By Mr. Melamed)  And who would you ask

13    to figure out what was possible in terms of

14    querying the Did table -- tables?

15              THE DEPONENT:  Similar.  I would start      02:23:19

16    with Mr. Molaro and see where he goes from there.

17         Q.   (By Mr. Melamed)  Prior to the creation

18    of the Did tables, did Facebook use any method to

19    track the user information that apps did access?

20              MR. SCHWING:  Object to form.               02:23:43

21              THE DEPONENT:  Facebook has a number of

22    systems for logging API usage, and those logs would

23    identify which API calls an app made and would

24    include the method that was called, and -- and that

25    could in some cases be linked to type of             02:24:15
```

Page 767

HIGHLY CONFIDENTIAL

1    information.                                              02:24:19

2          So those -- those form of logging did

3    exist previously.

4          Q.   (By Mr. Melamed)  So in that answer you

5    talked about API calls and method calls, correct?       02:24:29

6          A.   I likely mentioned API calls and methods,

7    yes.

8          Q.   Are you aware of any tracking that

9    existed before the Did tables that tracked the

10   information that was returned when an API call was       02:24:52

11   made?

12         A.   I'm not aware, as I sit here today, of --

13   of any system which tracked the response -- the

14   detail response to an API request.

15         Q.   In preparing for today, did you             02:25:17

16   investigate whether there existed any system that

17   tracked the response to API requests?

18         A.   Yes.  I spoke to Mr. Molaro and Mr. Elia

19   about whether or not we logged API responses.

20         Q.   And the answer was that Facebook did not     02:25:48

21   log API responses?

22         A.   My understanding is that there was --

23   there's not -- there's no API -- API responses were

24   not regularly logged as part of the standard

25   platform logging infrastructure.                        02:26:04

                                                    Page 768

HIGHLY CONFIDENTIAL

```
 1        Q.   Were they ever logged as part of the          02:26:12

 2   logging infrastructure?

 3        A.   It's hard -- were they -- were they ever

 4   logged over which time period?  Like ever?

 5        Q.   During -- during the time period at issue      02:26:30

 6   in this case.  And as a general matter going

 7   forward for -- for the questions today, if you

 8   don't understand, please clarify.

 9        A.   Sure.

10        Q.   But as a general matter, my questions          02:26:38

11   will be from 2007 to present.

12             And so here we're talking about 2007 up

13   until the creation of the Did tables.

14             Were API responses ever logged between

15   2007 and the creation of the Did tables?            02:26:58

16             MR. SCHWING:  Object to form.

17             THE DEPONENT:  It's -- it's possible that

18   an engineer or data scientist may have implemented

19   logging for a debugging, for example, or -- or --

20   or some other form of investigation.                02:27:18

21             But from talking to the people who -- who

22   know this infrastructure well, API responses were

23   not routinely logged or stored.

24        Q.   (By Mr. Melamed)  Were API calls

25   routinely logged prior to creation of the Can       02:27:40
```

Page 769

HIGHLY CONFIDENTIAL

```
 1   tables?                                            02:27:44

 2       A.   The infrastructure to log API calls will

 3   have evolved and changed over time, so hard to give

 4   a comprehensive answer of all parts of the -- of

 5   the time period.  But broadly, from my involvement  02:28:02

 6   in platform, yes, API calls were -- were logged in

 7   in various forms.

 8       Q.   When did you become -- first -- let me

 9   withdraw that.

10            When -- on what date are you first aware   02:28:22

11   that API calls were routinely logged?

12       A.   I'm not sure of the precise date as to

13   which Facebook began logging API calls.  Again,

14   the -- the information -- the -- the logging

15   infrastructure will have and did change            02:28:46

16   significantly over the kind of 15-year -- year

17   period that you're asking about.

18       Q.   Are you aware of how API calls were

19   logged in 2007?

20       A.   I'm not aware precisely how API calls      02:29:01

21   were logged in 2007.

22       Q.   Were API calls regularly logged in 2007?

23       A.   I don't know whether or not API calls

24   were logged routinely in 2007.

25       Q.   Who would know that information?           02:29:22
```

Page 770

HIGHLY CONFIDENTIAL

```
 1        A.   I'm not sure who would know that        02:29:28

 2   information.  The -- data infrastructure that

 3   Facebook has has changed significantly over time,

 4   and many of the people involved in -- in building

 5   it back then would no longer be at the company.  In   02:29:38

 6   fact, I'm not aware of many people who are still at

 7   the company from back in that time.

 8        Q.   Were API calls regularly logged in 2008?

 9        A.   I don't know for certain whether API

10   calls were regularly logged in 2008.             02:29:56

11        Q.   Who would know whether API calls were

12   regularly logged in 2008?

13        A.   Similar to my previous answer, I'm not

14   sure who would know.  I would ask the -- I would

15   start by asking the data science team to see if     02:30:13

16   they knew that or the answer to that question,

17   which is a relatively specific question.

18        Q.   Who on the data science team would you

19   ask?

20        A.   At this point, I would start with Mark    02:30:28

21   Molaro, similarly, and see if he knew or knew the

22   right person.

23        Q.   Were API calls regularly logged in 2009?

24        A.   Similarly, I'm -- I'm unaware of whether

25   or not API calls were regularly logged in 2009.     02:30:49
```

Page 771

1      Q.   Were API calls regularly logged in 2010?      02:30:55

2      A.   I am unaware as -- I'm not -- I'm not

3  fully confident in whether or not API calls were

4  logged in -- in 2010.  This is when the beginning

5  of my involvement with platform begins, and I      02:31:15

6  recall -- again, in a personal capacity how I

7  recall like seeing information about API calls

8  being made by apps, but the precise nature of what

9  was logged and -- and when that began is -- is not

10  something I am able to testify about today.      02:31:36

11      Q.   What were the tools you recall

12  encountering in 2010 that reflected API calls?

13      A.   I recall a tool called Page Stats, but I

14  want to be -- I want to be clear here that this is

15  a long time ago, and it's hard to be -- for me to      02:32:03

16  be confident that I was involved in viewing

17  platform logging in -- in late 2010.  I joined the

18  company in September.  So I -- I'm not sure I can

19  give a confident answer to that.

20      Q.   What kind of information did Page Stats      02:32:27

21  reflect?

22      A.   I don't recall exactly what -- what

23  information Page Stats would have -- would have --

24  would have requested -- would have stored.

25      Q.   Did Page Stats reflect information on an      02:32:46

Page 772

HIGHLY CONFIDENTIAL

1    app-by-app basis?                                      02:32:52

2        A.   Again, I -- I'm not entirely confident in

3    how Page Stats worked or the information that was

4    contained in it, and so I'd be speculating, I'm

5    afraid.                                                02:33:06

6        Q.   Does the information that was retained in

7    Page Stats from 2010 -- sorry.  Let me withdraw

8    that and restate it.

9             Was the information that was reflected in

10   Page Stats in 2010 retained by Facebook?              02:33:21

11       A.   I'm not aware exactly what information

12   from legacy logging systems has been retained and

13   what hasn't.  Again, that answer -- I did plenty of

14   work to prepare for today's testimony.  That's a --

15   that's a very detailed question that I'm afraid I      02:33:44

16   can't give an accurate answer to today.

17       Q.   Were API calls regularly logged in 2011?

18       A.   Again, I -- I can't confidently say what

19   was being logged in -- in 2011, but my recollection

20   from the time is that, yes, API calls were being       02:34:07

21   logged in in some way.

22       Q.   What is your recollection of the way in

23   which API calls were being logged in 2011?

24       A.   My understanding is that API calls were

25   being logged in to a data warehouse, now known as      02:34:30

                                                           Page 773

```
 1    Hive, and there was another system that came into        02:34:41

 2    existence, but I'm unclear exactly when.

 3         Q.   What is the other system that you're --

 4    that you're referring to?

 5         A.   The other system I recall using to query        02:34:55

 6    API calls was -- is a system called Scuba.  But

 7    exactly when Scuba became -- came online and its

 8    relation to these other tools is not something I

 9    have a detailed lineage of, I'm afraid.

10         Q.   Do you know whether the information             02:35:17

11    reflecting API calls that were recorded in Hive

12    exist for the entirety of the time that that -- let

13    me withdraw that and restate it.

14              Has Facebook retained all the information

15    in Hive regarding API calls?                              02:35:40

16              MR. SCHWING:  Object to form.  Outside

17    the scope.

18              THE DEPONENT:  Again, I'm not -- I'm not

19    sure exactly what Facebook has retained from which

20    systems across a 15-year -- across a 15-year time         02:35:55

21    period.

22              This data retention and storage is -- is

23    a very special subject.  I prepared to testify at a

24    high level on these -- on these topics, but that

25    level of detail is something I -- I don't have on         02:36:10
```

Page 774

HIGHLY CONFIDENTIAL

```
 1    hand today, I'm afraid.                          02:36:14

 2        Q.   (By Mr. Melamed)  Okay.  If you wanted to

 3    see the API calls that a particular app made in

 4    2011, do you know if you could do that?

 5        A.   I do not -- I do not know if that could    02:36:23

 6    be done.

 7        Q.   And who would you ask whether that can be

 8    done?

 9        A.   I would -- I would ask Mr. Molaro, again,

10    as to whether or not I was -- that was possible     02:36:35

11    or -- or -- or achievable.

12        Q.   And you said you're not sure of -- well,

13    let me -- let me ask this as a question.

14             What was the difference between the API

15    call information that was stored in Hive and the    02:36:51

16    API information that was stored in Scuba?

17        A.   There's likely numerous differences which

18    I -- I would not be able to enumerate all of the

19    differences.  One common difference is that the

20    information stored in Hive became available several  02:37:08

21    days, one or two, after the actual APIs were being

22    called, whereas Scuba allowed a more real-time view

23    into -- into what apps were doing.

24        Q.   Let me return quickly to a question about

25    the Can and Did tables.                             02:37:35
```

Page 775

HIGHLY CONFIDENTIAL

```
 1              Where in Facebook's data infrastructure    02:37:39

 2    are the Can and Did tables stored?

 3         A.   My understanding is they're stored in

 4    Facebook's Hive data warehouse.

 5         Q.   Do you know if they have a different name   02:38:08

 6    within the Hive data warehouse, a particular table

 7    name other than the "Can" and "Did"?

 8         A.   Those -- those tables probably -- the

 9    names of those tables will contain other -- other

10    words and terms which I'm not fully familiar with.    02:38:24

11    So, yeah, the names of the tables are likely

12    more -- more descriptive.

13         Q.   But you're not aware of them, of what

14    those names are, as you sit here today?

15         A.   I don't recall the specific and full        02:38:39

16    names of those tables, no.

17         Q.   I think we left off at 2011 where I'd

18    asked whether API calls from a particular year

19    were -- were tracked.

20              Is that -- is that your recollection too?   02:39:08

21         A.   My -- my understanding is that in --

22    in -- it's likely that API hits were being tracked

23    in some form in 2011, but in precisely what form,

24    I -- I don't recall, as I might be speculating.

25         Q.   Is there a difference between the term      02:39:28
```

HIGHLY CONFIDENTIAL

1    "API hit" on one hand and the term "API call" on        02:39:30

2    another?

3        A.   Generally, the term "API hits" and "API

4    calls" are synonymous and would typically be used

5    interchangeably.                                         02:39:48

6        Q.   And what -- what do those terms

7    reference?

8        A.   Those terms reference where -- where an

9    application, which could be a first-party or a

10   third-party application, for example, make a             02:40:06

11   request to Facebook's API.

12       Q.   Would an application have to receive

13   approval or -- let me withdraw that.

14            Would an application have to receive

15   permission from Facebook before making an API call?      02:40:23

16       A.   Not necessarily.  The API exists as -- as

17   a server on the Internet, and it's possible to call

18   those APIs without some form of authentication.

19   But the information returned most likely in that

20   circumstance would -- would be an error.  It             02:40:56

21   depends on exactly the form of API call that's

22   being made and exactly what -- what information is

23   supplied at request time is a -- a degree of ways

24   that that works.

25       Q.   You mentioned that an API that was called       02:41:17

                                                    Page 777

HIGHLY CONFIDENTIAL

```
1    without some form of authentication would likely      02:41:26

2    return an error; is that right?

3         A.   Well, the -- there are -- there are many

4    ways -- there's lots of different APIs.  I think

5    their exact behavior differs from API to API, and     02:41:42

6    the response provided will differ from API to API,

7    and the information required to be provided by the

8    third-party developer in order to get a successful

9    response will also change from API method to API

10   method.                                               02:42:06

11        Q.   If an error was returned as a result of

12   an API call, what form would that error take?  Is

13   there a common form that that error would take?

14        A.   There are two common ways in which APIs

15   generally signal error states.  The first is an       02:42:30

16   HTTP error code, and the second is returning an

17   error object as part of the API response.

18        Q.   Can you be more specific about each of

19   those?  Like what the HTTP error code say?

20        A.   There's a list of standard HTTP error       02:42:55

21   codes provided by the W3c, and an API provider

22   would generally emit an API code -- sorry -- an

23   HTTP error code that indicates the type of error

24   that the API had encountered.

25        Q.   You said a -- an API provider would         02:43:23
```

Page 778

HIGHLY CONFIDENTIAL

```
 1    typically use one of these standard HTTP -- HTTP        02:43:31

 2    error codes.  Did Facebook generally -- I'm sorry.

 3            Did Facebook respond with these typical

 4    HTTP error codes when a standard error code was --

 5            That question got very messed up.  Let me       02:43:56

 6    restate it.

 7            Did HTTP -- did Facebook use the standard

 8    HTTP error codes in response to calls that were not

 9    permitted?

10            MR. SCHWING:  Object to form.                   02:44:20

11            THE DEPONENT:  Again, the Facebook APIs

12    have -- have changed in -- in form over -- over the

13    time period we're talking about here, and the error

14    returned would differ.  The way errors would be

15    expressed would differ depending on the -- the type    02:44:41

16    of API being used or the API being used and -- and

17    the method and how it had been implemented.

18            My recollection is that -- that the --

19    that the Facebook -- that the Facebook APIs over

20    time would have emitted HTTP error codes in some       02:44:56

21    cases as one way of signaling errors.

22            I recognize the answer is -- is -- is

23    heavily -- is a little complex, but the -- the --

24    my understanding is at times HTTP error codes will

25    have been one of the ways in which some Facebook       02:45:23
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1      APIs signaled error states.                        02:45:26

 2          Q.   (By Mr. Melamed)  At those times, were

 3      the HTTP error codes the typical HTTP error codes?

 4          A.   Again --

 5               MR. SCHWING:  I'm sorry.  Object --        02:45:38

 6      object to form.

 7               Go ahead, Simon.

 8               THE DEPONENT:  Similarly, it -- it's hard

 9      to give a full and complete answer there because of

10      the number of APIs that existed and how they        02:45:50

11      changed over time.

12               It would typically be a good practice for

13      an engineer implementing an API, if they were

14      returning an HTTP error code, to return the one

15      that most closely matched the situation that the    02:46:07

16      API had encountered.

17          Q.   (By Mr. Melamed)  Did Facebook maintain a

18      list of the error codes it returned from

19      unsuccessful API calls?

20          A.   The HTTP error code mechanism, there's     02:46:27

21      only a standard set of HTTP error codes that the

22      W3c did -- like -- codifies, and so that would

23      generally be the list of error codes that an

24      engineer would be able to choose from.

25          Q.   You also mentioned error objects that      02:46:48
```

Page 780

HIGHLY CONFIDENTIAL

1    could get returned, correct?                              02:46:51

2        A.   That's correct, yes.

3        Q.   Did Facebook maintain a list of the error

4    objects that could be returned?

5        A.   Facebook maintained some lists of errors      02:47:07

6    that could be returned, but I'm unclear -- you

7    know, how to say when that list came into existence

8    and whether or not it was possible for an engineer

9    to emit an error that was more custom than one of

10   the predefined ones.                                     02:47:32

11       Q.   Does Facebook presently maintain a list

12   of error objects that can be returned?

13       A.   I am unaware of whether or not Facebook

14   maintains a list of API error objects that --

15   that -- that could be returned.                          02:47:52

16       Q.   Are you aware of whether Facebook ever

17   retained a list of error objects that could be

18   returned?

19       A.   I recall in the past a system which was

20   used to enumerate potential error states and           02:48:08

21   control the API response in those circumstances,

22   but I couldn't say when that system started or --

23   or stopped and -- and whether or not it was fully

24   comprehensive of -- of the API responses that could

25   be returned.                                             02:48:35

Page 781

HIGHLY CONFIDENTIAL

```
 1          Q.    What was the name of that system?              02:48:37

 2          A.    I don't recall the precise name of that

 3     system.  I'm -- I'm going from memory here on a --

 4     on a system that I -- that I recall, but

 5     couldn't -- couldn't give a very confident answer       02:48:55

 6     as to the name of.

 7          Q.    Do you have any recollection of what the

 8     name could have been or could have included?

 9          A.    The system I'm referencing here in my

10     head I think may have been called "Coded               02:49:12

11     Exception," but -- but, again, I -- I'm not

12     entirely confident of -- of the precise name of

13     that system.

14          Q.    If you wanted to know more about the

15     system, whatever it was named, who would you go to?    02:49:24

16          A.    My first act would be to search for the

17     name of that in Facebook's internal tools and

18     systems and then speak to someone on the platform

19     team as to whether or not it was relevant.

20                Again, I want to be clear:  I'm trying to    02:49:49

21     give here the best answers I can based on my -- my

22     understanding and my memory.  And I'm trying also

23     be clear when I'm doing that from my personal

24     memory and experiences versus a more general

25     answer.                                                 02:50:07
```

Page 782

```
 1        Q.   Is there any individual you would ask         02:50:09

 2   about this system that was used to reference the

 3   error states that could be returned?

 4        A.   I would -- I would ask Steven Elia and

 5   see if he knew or knew who knew.                         02:50:28

 6             MR. SCHWING:  Matt, we've been going for

 7   longer than an hour.  Would this be a good time for

 8   a break?

 9             MR. MELAMED:  Yeah.  Let me just ask a

10   few more questions and then we'll take a break, if       02:50:39

11   that works for you.

12             MR. SCHWING:  Okay.

13        Q.   (By Mr. Melamed)  Is that okay,

14   Mr. Cross?

15        A.   Yeah, that's fine.                             02:50:47

16        Q.   Do you have any recollection about the

17   time period?  I know you don't have a specific

18   recollection about this system that was used to

19   track error states, but do you recall any point in

20   time when it was in use?                                 02:50:57

21        A.   I -- I don't want to give an answer

22   that -- that -- that's based on very, very poor

23   memory of this.  This is a -- you know, a system

24   that I didn't have deep understanding or

25   integration with from -- from, you know, eight or        02:51:17
```

Page 783

HIGHLY CONFIDENTIAL

```
 1    nine years ago.  So I -- I'm just not sure I can          02:51:21

 2    give an accurate answer as to -- as to when it was

 3    sourced or in use.

 4         Q.   And you said you don't believe that -- am

 5    I correct that you do not believe the system is           02:51:38

 6    still in use today?

 7         A.   I do not know whether or not the system

 8    is in -- is in use today.

 9         Q.   But to find that out, you would ask

10    Mr. Elia?                                                 02:51:52

11         A.   I would ask Steven, Mr. Elia, if he had

12    an answer to that question of that specificity,

13    yes.

14         Q.   All right.

15              MR. MELAMED:  Before we go off the              02:52:11

16    record, Mr. Schwing and Mr. Cross, I'd like to ask

17    for the notes that you are -- that you have taken

18    in order to prepare for today.  If you can produce

19    those to us, I'd appreciate it, and doing so

20    immediately so that we can review them and use them       02:52:25

21    during today's questioning.

22              Mr. Schwing, if that's okay with you or

23    if that's something you want to discuss off the

24    record?

25              MR. SCHWING:  Yeah.  Why don't we take a        02:52:38
```

Page 784

HIGHLY CONFIDENTIAL

```
 1    look at the notes just to make sure there's nothing      02:52:39

 2    that's -- you know, for example, in terms of being

 3    privileged.  And we can address that further, Matt.

 4    I think we can probably work it out.

 5              MR. MELAMED:  The only note I would make        02:52:52

 6    to that point is if there -- if there is something

 7    that is attorney-client privileged that Mr. Cross

 8    is using to testify from, it's no longer

 9    attorney-client privilege, and that will be waived.

10              But happy to deal with that off the            02:53:06

11    record and, of course, take a look at those.  But

12    we would just ask that you do so as quickly as

13    possible so we can use them during today's

14    testimony.

15              MR. SCHWING:  Yeah, I -- I understand the       02:53:17

16    request.  We'll take a look at the notes and we can

17    follow up with you.

18              MR. MELAMED:  Okay.

19              Happy to go off the record.

20              THE VIDEOGRAPHER:  Okay.  We're off the         02:53:24

21    record.  It's 2:53 p.m.

22              (Recess taken.)

23              THE VIDEOGRAPHER:  We're back on the

24    record.  It's 3:18 p.m.

25         Q.   (By Mr. Melamed)  Before the break we          03:18:46
```

Page 785

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | were talking about the Can and Did tables. | 03:18:48 |
| 2 |      Do you remember that? | |
| 3 | A.   Yeah, I remember talking about those. | |
| 4 | Q.   Does the Can table graph calls that were | |
| 5 | made by an app toward individual users' data? | 03:19:03 |
| 6 | A.   No.  My understanding is that the Can | |
| 7 | tables track the types of information that -- that | |
| 8 | the API nodes and fields that an app could access. | |
| 9 | Q.   Does not -- let me withdraw that. | |
| 10 | What about the Did tables?  Do the Did | 03:19:35 |
| 11 | tables track to an individual's user data that was | |
| 12 | accessed? | |
| 13 | A.   My understanding is that the -- the Did | |
| 14 | tables include information about -- that has been | |
| 15 | shared with -- has been accessed by an app.  I | 03:19:52 |
| 16 | can't say for certain if it includes the -- the | |
| 17 | user IDs whose information was -- was accessed. | |
| 18 | Q.   Is the answer the same regarding whether | |
| 19 | the Did tables include a replacement user ID or | |
| 20 | other identifying information that would link | 03:20:18 |
| 21 | the -- the data that was accessed to an individual | |
| 22 | user? | |
| 23 | A.   I -- I -- I'd be -- as I sit here today, | |
| 24 | you know, not entirely sure of the precise | |
| 25 | information that's logged in that -- in that table. | 03:20:40 |

Page 786

HIGHLY CONFIDENTIAL

```
 1        Q.    Who would you ask to determine whether        03:20:48

 2   the Did table included information about individual

 3   users whose data had upon accessed by apps?

 4        A.    To answer a question of that specificity,

 5   I -- I'd speak to Mr. Molaro and see if he knew the      03:21:08

 6   answer.

 7        Q.    What types of user data did Facebook

 8   share or make accessible to third parties?

 9             MR. SCHWING:  Objection.  Vague.

10             THE DEPONENT:  The -- the amount of --         03:21:46

11   the types of user data that Facebook has made

12   available to -- to third parties via the Facebook

13   developer platform has -- has changed over time.

14   Typically the Facebook developer platform would

15   emit information about the -- the user who was           03:22:02

16   using the application who was integrated with the

17   API and typically access to information on their

18   Facebook profile which was made available via the

19   API.

20        Q.    (By Mr. Melamed)  Does Facebook have an       03:22:28

21   internal taxonomy of the types of user information

22   that it made available via the API?

23             MR. SCHWING:  Object to form.
```

■            ████████████    ████████████

■      ███████████████████████████    ████████

Page 787

HIGHLY CONFIDENTIAL



Page 788



Page 789



Page 790

HIGHLY CONFIDENTIAL

8       Q.   Any other examples you can think of of

9    the ways in which information was emitted over time

10   changed?                                            03:28:53

11      A.   Another example I can think of is the way

12   that user authentication was performed within

13   Canvas applications on the Facebook developer

14   platform.

15           I recall in the original version, the      03:29:12

16   access token and user IDs were emitted to a

17   developer in a query string redirect in response to

18   their authorization request, and I recall at some

19   point that that was changed to passing those

20   informations in the fragment of the URL rather than  03:29:34

21   the query string.

22      Q.   Do you recall when that change occurred?

23      A.   I think that change occurred in -- in

24   around 2010, 2011, but I'm -- I'm not 100 percent

25   confident on the date, but around that time.         03:29:54

Page 791

HIGHLY CONFIDENTIAL



1      Q.   Do you recall any other changes in the          03:29:56

2    way that information was emitted over time?

20          Are there other examples you can think          03:31:14

21    of -- of the way that information was emitted over

22    time changed?

23      A.   At a high level, the Facebook API has

24    developed over -- you know, the Graph API in

25    particular has developed over -- over several          03:31:37

Page 792

HIGHLY CONFIDENTIAL

```
1    years, and there have been new fields added, edges         03:31:40

2    and objects taken away, and permissions changed as

3    well.

4              So a whole range of -- of ways in which

5    information was -- was made available or the way --       03:31:56

6    you know, what apps had access to what has changed

7    over time.

8         Q.   I want to go back to the list you just

9    gave and ask a few questions about each example.
```

Page 793

HIGHLY CONFIDENTIAL



Page 794

HIGHLY CONFIDENTIAL



Page 795

HIGHLY CONFIDENTIAL



Page 796

HIGHLY CONFIDENTIAL



Page 797

HIGHLY CONFIDENTIAL



Page 798

HIGHLY CONFIDENTIAL



21          MR. SCHWING:  Outside the scope of the

22    deposition.  Object to form.

23          THE DEPONENT:  So policies are a --

24    you know, a way of Facebook telling developers what

25    Facebook thinks is -- i's appropriate or not with          03:42:17

Page 799

HIGHLY CONFIDENTIAL

1    the information.  So -- and, again, as I said, like          03:42:22

2    I'm not an expert in what Facebook's policies did

3    and did not permit at any given time.

4           So a policy -- a platform policy is a

5    written document.  That doesn't, you know, prevent          03:42:32

6    a user doing something or -- sorry.  Let me back

7    up.

8           Doesn't prevent a developer from -- from

9    doing something, but it -- it's a clear statement

10   that that is not something Facebook would -- would          03:42:47

11   have approved of, if indeed there was a policy

12   written to that effect.

13       Q.   (By Mr. Melamed)  Thank you.  That helps.

14          I think this is a good transition to

15   topic 2d, where it's my understanding that Facebook         03:43:05

16   has identified somebody else to testify about 2d,

17   except that you are going to testify about it today

18   concerning a technical aspect relating to the

19   platform integrity team, and the topic is "how

20   Facebook ensured third parties' use of data and            03:43:26

21   information is limited to the use case."

22          So can you tell me what is the technical

23   aspect related to platform integrity team

24   concerning how Facebook ensured third parties' use

25   of user data they acquired from Facebook was               03:43:41

Page 800

HIGHLY CONFIDENTIAL

```
 1    limited to the use case?                        03:43:45

 2        A.   So there's a number of techniques that

 3    the platform integrity teams would have used to

 4    attempt to identify developers who were accessing

 5    or using data in -- in -- in different ways, in   03:44:04

 6    ways that was against policy.

 7             One of those examples is that Facebook

 8    had a mechanism for reading the privacy policy and

 9    term of service URLs to make sure the -- the

10    developer had provided for their application to    03:44:31

11    ensure that a -- a valid document existed at the

12    URLs that had been provided.  So that's one of the

13    mechanisms.

14        Q.   Was that a technology that was developed

15    to ensure that a privacy policy existed at the URL  03:44:52

16    provided?

17        A.   Yes, that's technology that was developed

18    to ensure that where a developer runs an

19    application that there was a privacy policy and

20    terms of use document in existence.                03:45:09

21        Q.   Did that tool evaluate the content of

22    the -- the privacy policy in any way?

23        A.   My understanding is that that tool did

24    not evaluate the content, but there are other

25    mechanisms in -- in place by -- by Facebook that   03:45:30
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1   would evaluate the -- the content of the -- of the      03:45:33

2   privacy policy.

3        Q.   Okay.  So just focusing on that tool for

4   the purpose of this question.

5        If the privacy policy at the URL provided          03:45:46

6   by an app said our privacy policy is there is no

7   privacy in your data, that tool that you are

8   referencing would have confirmed that a privacy

9   policy existed; is that -- is that accurate?

10       MR. SCHWING:  Object to form.  Incomplete          03:46:10

11  hypothetical.

12       THE DEPONENT:  My understanding is that

13  that tool certainly would have said that a privacy

14  policy existed, but then the evaluation of that

15  privacy policy would have been performed by a        03:46:25

16  different team.

17       Q.   (By Mr. Melamed)  Okay.  Were each of the

18  privacy policies or apps that access user data on

19  the platform evaluated by the -- by anyone at

20  Facebook?                                            03:46:47

21       MR. SCHWING:  Outside the scope of the

22  deposition.  Object to form.

23       THE DEPONENT:  My understanding is that

24  privacy policies of third-party applications have

25  been audited by operations and policy teams at       03:47:04
```

Page 802

HIGHLY CONFIDENTIAL

```
 1    Facebook, but exactly which apps they evaluated the      03:47:11

 2    policies for and how they evaluated them is -- is

 3    not -- not something I'm an expert in.  I think

 4    Ally Hendrix is probably best placed to talk about

 5    how Facebook operationalized the review of privacy     03:47:29

 6    policies and terms of use statements by developers.

 7         Q.   (By Mr. Melamed)  Okay.  And just to be

 8    clear, that is not -- the qualitative review of

 9    privacy policies is not the technical aspect

10    related to platform integrity team that you were       03:47:42

11    prepared to testify about today; is that right?

12         A.   The example I've given here is about a

13    technical mechanism for ensuring a privacy policy

14    and terms of use statement existed for -- for an

15    app developer, not how those documents were --         03:48:02

16    evaluated by -- by the operations teams and policy

17    teams at Facebook.

18         Q.   What happened when Facebook determined

19    that no privacy policy existed at the URL provided

20    by an app?                                             03:48:22

21         A.   Different things would have happened

22    depending on what the app -- which app it was.  If

23    it was an app where -- there was a partnerships

24    team at Facebook that was responsible for the

25    relationship with that developer, and typically the    03:48:42
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    operations team would ask the partnerships team to          03:48:45

2    reach out to the developer to find out why the

3    privacy policy or terms of use statement didn't

4    exist and ask them to -- to provide one or update

5    the -- the URL that was available.                          03:48:59

6             For other apps that may not have had a

7    managed partner, the developer operations team

8    would have or could have placed a moratorium on the

9    application, but exactly which moratorium they

10   would have -- have chosen to use, I'm -- it likely         03:49:19

11   depended on a number of factors.

12       Q.   And are you prepared to testify today

13   about those factors?

14       A.   I can give you some examples of the types

15   of moratoriums that would be applied, but exactly          03:49:36

16   which one would be applied would depend -- would

17   have differed over time and a number of different

18   factors.

19       Q.   What are some examples of the moratoriums

20   that would have applied -- could have applied?             03:49:49

21       A.   So one example is that Facebook

22   application could be placed into sandbox mode or

23   developer mode, which prevents users who are not

24   listed as developers of the application itself from

25   interacting with it.                                       03:50:12

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1      Q.   And what are other examples of -- of          03:50:16

2    different types of moratoriums that could have been

3    imposed if no privacy policy was found?

4      A.   So other examples, again, of moratoriums

5    that Facebook has employed as -- as our -- as part    03:50:28

6    of our -- as here, includes deleting the app

7    itself, so the app is no longer available on the

8    platform.

9         And then another example of a moratorium

10   would be preventing the app from being able to        03:50:46

11   publish to Facebook.

12        As I said, exactly which moratoriums were

13   applied in the case of -- of a privacy policy or

14   terms of use document not being available is

15   something the developer operations team and policy    03:51:02

16   team are best placed to -- to talk about.  I can

17   give you examples of the -- the example -- the

18   moratoriums I'm aware of, having talked to the

19   people involved, but exactly which ones are applied

20   is -- is something that -- that -- that operations    03:51:17

21   and policy teams are best placed to -- to answer.

22     Q.   Are there records at Facebook regarding

23   apps for which no privacy policy was found by the

24   technology you described?

25     A.   This technology will have -- would have       03:51:39

Page 805

HIGHLY CONFIDENTIAL

1   ruled in logs as to apps -- the word "detected" as          03:51:45

2   not having one of these documents in their -- a

3   valid document in their -- existing for their

4   application.

5          But the retention, you know, exactly               03:52:00

6   what's in those -- those logs and the -- the

7   duration for which they've been retained is -- is,

8   you know, something I can't -- I can't answer as --

9   as we sit here today.  But there would have been

10  logs as part of the existence of the system, yes.      03:52:14

11     Q.   Do you know what those logs were called?

12     A.   They would have been tables relating to

13  the name of the system in -- in Hive, most likely.

14  But I -- I -- you know, I don't know the exact name

15  of -- of the tables that were -- that were -- that     03:52:34

16  were created to log this information.

17     Q.   Does this technology that you described

18  whereby Facebook would evaluate whether there

19  existed a value -- a valid document at the URL

20  provided by the developer for its privacy policy,     03:53:03

21  does this technology still exist today?

22          MR. SCHWING:  Object to form.

23     Q.   (By Mr. Melamed)  Can I just restate the

24  end of that.

25          Does the technology describe -- is the        03:53:19

Page 806

HIGHLY CONFIDENTIAL

```
 1    technology you described still used by Facebook          03:53:21

 2    today?

 3            MR. SCHWING:  Same objection.

 4            THE DEPONENT:  My understanding is that

 5    that technology is still in place as part of our         03:53:31

 6    efforts to ensure developers are representing their

 7    apps and their behaviors to use as appropriately.

 8        Q.   (By Mr. Melamed)  And am I correct in

 9    understanding that you do not know the name of the

10    table that records -- that logs the information          03:53:51

11    about apps that do not have a valid document at the

12    URL provided for their privacy policy?

13        A.   So in preparation for -- for today, I

14    spoke to, you know, people involved in -- in these

15    efforts about, in general, the techniques and tools      03:54:07

16    which are applied.  This was one of the examples

17    that was -- you know, we talked about.  You know,

18    so I have a high-level understanding of -- of that

19    system and its existence, but the precise name of

20    the table in -- in Hive, that's -- that's something      03:54:29

21    I'm afraid I don't have in my head today.

22        Q.   And you mentioned -- you used the phrase

23    "valid document," but the tool automatically --

24    there's -- let me see if I'm describing this

25    correctly.                                               03:54:50
```

Page 807

HIGHLY CONFIDENTIAL

```
1              So Facebook wrote code -- engineers at        03:54:50

2      Facebook wrote code to determine whether a valid

3      document existed at the URL provided by the

4      developers for their privacy policy; is that an

5      accurate statement of the -- of the way the tool      03:55:04

6      worked?

7              MR. SCHWING:  Object to form.

8              THE DEPONENT:  That matches my high-level

9      understanding of -- of how this tool worked, yes.

10     Q.   (By Mr. Melamed)  Do you know what               03:55:17

11     qualified as a valid document in that context?

12     A.   The system would likely have checked for

13     a number of things.  For example, the -- whether or

14     not when we -- when the system accessed that URL,

15     whether or not an error code was returned by the --   03:55:39

16     the server.

17             So that would be certainly one of the

18     things that that the system was checking for.

19     Q.   Are you prepared to testify regarding

20     what constituted a valid document in this review      03:55:56

21     process?

22     A.   So, again, I can give you my high-level

23     understanding of how the system works from -- from,

24     you know, talking to the -- to the people involved.

25     And in preparation for today, we talked about a       03:56:08
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | large number of -- of different systems at -- at | 03:56:13 |
| 2 | the company.  So I can give my high-level | |
| 3 | understanding of how that -- of how that system | |
| 4 | worked. | |
| 5 | My understanding is it would have | 03:56:25 |
| 6 | accessed the URL that was provided by the | |
| 7 | developer, looked for a number of things that would | |
| 8 | have determined, in Facebook's estimation, as to | |
| 9 | whether or not that -- that document was considered | |
| 10 | valid or not. | 03:56:41 |
| 11 | Q.   Are you familiar with the use of the text | |
| 12 | lorem ipsum as placeholder text for when designing | |
| 13 | or writing a document? | |
| 14 | A.   Yes, I'm aware of the -- the practice of | |
| 15 | using lorem ipsum. | 03:56:58 |
| 16 | Q.   Are you -- do you know whether the tool | |
| 17 | you're describing which looked at the URL that a | |
| 18 | developer had provided for a privacy policy would | |
| 19 | have determined that a valid document existed if | |
| 20 | the privacy policy URL linked to text that had | 03:57:23 |
| 21 | lorem ipsum placeholder text? | |
| 22 | A.   So the precise nature of how this system | |
| 23 | behaved is -- and whether or not it would have | |
| 24 | returned a valid document or not, determination | |
| 25 | in -- in that respect, is -- a level of detail I -- | 03:57:48 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    I -- I don't have in my head right now.  So hard --     03:57:52

 2    hard for me to answer that question in that level

 3    of specificity, I'm afraid.

 4         Q.   I'm -- I'm not trying to get you to

 5    testify beyond your knowledge.  I'm just -- the        03:58:05

 6    indication we were provided is that you were

 7    prepared to talk about a technical aspect relating

 8    to platform integrity team, and you identified this

 9    as the technical act -- a technical aspect you were

10    prepared to identify.  So I'm just trying to          03:58:23

11    understand the extent of your testimony.

12              MR. SCHWING:  And, Matt -- and I want you

13    to continue your questioning, so I'll be brief

14    here.

15              Just for the record, we -- we did           03:58:31

16    indicate in the letter that -- that he would

17    generally speak to this issue to give you

18    information on it with the idea that could then,

19    you know, learn about it, if you need to ask other

20    witnesses about it, et cetera.                        03:58:44

21              But I want to make the record clear that

22    we did use the word "generally," I believe.

23         Q.   (By Mr. Melamed)  Are there other

24    technical aspects relating to the platform

25    integrity team that you -- that you are prepared to   03:58:57
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    testify about today concerning how Facebook ensured      03:59:00

 2    third parties' use of user data they acquired from

 3    Facebook was limited to the use case?

 4         A.   So another example of -- of a technique

 5    that the platform integrity team used was a system      03:59:18

 6    or set of systems that evolved over time that

 7    looked for unusual patterns of API calling

 8    behavior.

 9              So that's another -- another type of

10    example.                                                03:59:39

11         Q.   How were unusual patterns of API calling

12    behavior defined?

13              Let me restate that.

14              What constitutes an unusual pattern of

15    API calling behavior?                                   03:59:56

16         A.   The answer to that is somewhat -- in the

17    definition of the integrity teams, one of the

18    challenges of working in -- in a -- in a space like

19    this is the adversarial nature of it, and so some

20    developers -- you know, what -- what is unusual or      04:00:21

21    is considered unusual by the integrity team is a

22    set of things that changes over time and will be

23    different from context to context.

24              Typically and generally, though, what the

25    team would be looking for is, for example, cases        04:00:37
```

Page 811

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | where apps were regularly hitting rate limits or | 04:00:42 |
| 2 | apps were making a high number of API calls for a | |
| 3 | set of methods that -- that they were -- that they | |
| 4 | were calling the API. | |
| 5 | So those are two examples of what might | 04:00:58 |
| 6 | be considered anomalous. | |
| 7 | Q.   What are the rate limits? | |
| 8 | A.   So in the context of the Graph API?  Is | |
| 9 | that what you mean by -- how would you like me to | |
| 10 | answer generally in -- in -- can you help me | 04:01:16 |
| 11 | understand the kind of answer -- what kind of | |
| 12 | answer you're expecting, generally or specifically | |
| 13 | as it applies to the Graph API? | |
| 14 | Q.   In the context of the answer you just | |
| 15 | provided, where you said that one way a platform | 04:01:27 |
| 16 | integrity team looked at unusual API calling | |
| 17 | behavior was by looking at unusual or unusual rate | |
| 18 | limits; is that right? | |
| 19 | A.   More that if an app was making a lot of | |
| 20 | API calls to -- to a specific method or against the | 04:01:51 |
| 21 | API and hitting -- hitting rate limit. | |
| 22 | Q.   Okay.  Thank you for the clarification. | |
| 23 | What did you mean by "rate limits" in | |
| 24 | that context? | |
| 25 | A.   So in that context, a rate limit refers | 04:02:05 |

HIGHLY CONFIDENTIAL

```
 1    to a -- a number of times that an API -- an app,      04:02:08

 2    third-party application, can call an API within a

 3    given time window.  The exact definition of that

 4    is -- is -- will have changed over time, but at a

 5    high level, that's -- that's what we mean by rate      04:02:30

 6    limit.

 7         Q.   And who sets or establishes the rate

 8    limits?

 9         A.   The platform integrity team would likely

10    have been responsible for -- for -- for setting the    04:02:46

11    rate limits or being -- certainly being consulted

12    for how they were -- how they were set.

13         Q.   And who at the platform integrity team

14    would you speak to to understand how rate limits

15    were set over time at Facebook during the time         04:03:07

16    period of this case?

17         A.   Given the -- the -- the time period of

18    the case is so wide, I would start by trying to

19    speak to somebody in the -- in the platform

20    integrity team today to see if they had more           04:03:29

21    information.  I -- I have information and have a --

22    implemented at various times, but, you know, the --

23    the mechanism of rate limiting across -- across 15

24    years would have -- would have changed.

25         Q.   And who would you reach out to today if      04:03:48
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    you wanted to talk -- on the platform integrity        04:03:50

 2    team today if you wanted to talk about rate

 3    limiting over time?

 4         A.   I would start by reaching out to -- to

 5    Dan Xu and see if he was able to answer the -- the      04:04:03

 6    kind of specific questions that I'm -- you know,

 7    beyond what I'm able to answer myself.

 8         Q.   Can you spell his last name, please.

 9         A.   That's X-U.

10         Q.   You also noted that another unusual          04:04:27

11    pattern of API calling behavior where API calls for

12    particular sets of methods, right?

13         A.   Yes.  And from speaking to the platform

14    integrity team, one thing that may have built --

15    has evolved over time is a system to look for high      04:04:54

16    levels of -- of API calls relative to the number of

17    users using the application, for example.

18         Q.   You mentioned that evolved over time,

19    correct?

20         A.   My understanding, from talking to the        04:05:12

21    people involved, is that -- and as it would be

22    common in any adversarial space, as technology

23    evolves, the first versions might be relatively

24    simple and rules based, and -- and more

25    sophisticated ones might be -- you know, might         04:05:30
```

Page 814

HIGHLY CONFIDENTIAL

1    be -- would have been developed over time -- for          04:05:34

2    example, machine-based models and so on.

3         Q.   Do you know when the first versions of --

4    the first version of this tool was built by

5    Facebook?  I'm not speaking outside the context of          04:05:52

6    this case.

7         A.   Sure.  This is one of the things that

8    people have -- have -- when I've talked to the

9    people involved in this, this is certainly

10   something they -- they reference from around the --        04:06:09

11   in existence around the 2011, 2012 time frame.  So

12   my understanding is that such a system was in

13   place, you know, even a basic one then.  So that's

14   the -- that's the kind of earliest example I've --

15   I've -- I've heard about when talking to the people        04:06:31

16   involved in preparation for today.

17        Q.   How were the reports or notifications

18   that there were API calls -- high levels of API

19   calls for the number of users on a particular app,

20   what kind of reports were generated reflecting the         04:06:48

21   apps that were on that list?

22        A.   My understanding from -- again, from

23   talking to the people involved is that one of the

24   forms that that would have taken is -- is a

25   dashboard that -- that was made available to -- to         04:07:08

Page 815

HIGHLY CONFIDENTIAL

```
 1    developer operations, or DevOps, that they could        04:07:11

 2    look at and see a list of apps by, you know --

 3    you know, that were making a large number of API

 4    calls relative to the number of authenticated

 5    users.                                                  04:07:32

 6         Q.   So putting this together, is it right to

 7    say that around 2011 or 2012 -- and you're not

 8    specific as to time period, but generally those --

 9    those years -- there was a dashboard that would --

10    that was available to DevOps that identified apps       04:07:49

11    making a high level of API calls for the number of

12    users those apps had; is that right?

13         A.   Right.  The -- the -- from my

14    understanding the -- yes, around -- around that

15    time, possible -- possibly later, the exact form        04:08:12

16    that that information would have taken would -- the

17    way in which it would have been made available to

18    DevOps may -- may have changed.

19              But, yes, the -- the -- there were --

20    there was a mechanism in place to allow DevOps to       04:08:26

21    see apps that were making an unusual number of API

22    calls relative to the number of users using the

23    app.

24         Q.   Were there -- sorry.  Let me withdraw

25    that.                                                   04:08:42
```

Page 816

HIGHLY CONFIDENTIAL

```
 1              Are there records that still exist of the      04:08:43

 2    apps that were making a high number of API calls

 3    for the number of users starting in the 2011 or '12

 4    time period?

 5              MR. SCHWING:  Object to form.                   04:09:00

 6              THE DEPONENT:  So my understanding is

 7    this -- this -- certainly logging from 2012

 8    onwards, as I understand it, of the API calls, the

 9    apps were making to particular methods.

10              So I know that that information has             04:09:21

11    been -- has been stored and, in fact, made

12    available in this case, as I understand it.

13              It's -- it's possible that there is a way

14    to reconstruct whether or not those calls were

15    unusual relative to number of apps, but again,         04:09:42

16    exactly what Facebook's data retention policy is in

17    this -- is -- is hard to that level of detail to

18    know.

19              So it may be possible to recreate those

20    dashboards, but -- but I can't for certain -- I        04:09:56

21    can't with certainty say that that would be

22    possible today.

23        Q.    (By Mr. Melamed)  You -- you mentioned

24    from 2012 forward it's your understanding that

25    information has been provided in this case             04:10:06
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | reflecting the logging of API calls to particular | 04:10:07 |
| 2 | methods by particular apps, correct? | |
| 3 | A.   That's correct, yeah. | |
| 4 | Q.   What -- do you know what the name -- is | |
| 5 | there a name for that information or that table or | 04:10:19 |
| 6 | whatever it is? | |
| 7 | A.   I think I'm thinking of here is the API | |
| 8 | hits method R table, which I -- correctly styled is | |
| 9 | API_method -- API_hits_method_R. | |
| 10 | And I apologize, Rebecca, for making you | 04:10:40 |
| 11 | have to write that down. | |
| 12 | Q.   Okay.  And have you heard that referred | |
| 13 | to as "the method table," just as a stand-alone | |
| 14 | two-word name without the underscores? | |
| 15 | A.   I've heard that referred to as "the | 04:10:58 |
| 16 | method table." | |
| 17 | Q.   Is that your understanding of what is | |
| 18 | being referred to when people talk about the method | |
| 19 | table? | |
| 20 | A.   That's my understanding of what's being | 04:11:04 |
| 21 | referred to when people talk about the method | |
| 22 | table. | |
| 23 | Q.   Going back to the -- the technology that | |
| 24 | exists to check whether privacy policies or valid | |
| 25 | documents exist at the URL for each app. | 04:11:21 |

Page 818

HIGHLY CONFIDENTIAL

```
1              Do you recall talking about that?         04:11:24

2         A.    Yeah, I recall talking about that.

3         Q.    And there were some questions you weren't

4    able to answer about whether valid -- what the

5    meaning of a valid document was, for example,        04:11:31

6    correct?

7              MR. SCHWING:  Object to form.

8              THE DEPONENT:  The precise nature of how

9    that system determines whether a document is valid

10   or not is a -- a level of detail I don't have right   04:11:42

11   now and will have changed over time.

12        Q.    (By Mr. Melamed)  Who would you talk to

13   to figure out how that had changed over time, how

14   what a valid document was had changed over time?

15        A.    I would attempt to speak to somebody on    04:12:01

16   the platform integrity team to see if they could

17   answer a question with that level of specificity.

18        Q.    And who would you go to now if you wanted

19   to start that inquiry?

20        A.    I would start with Dan Xu.                 04:12:15

21        Q.    Are there other technical aspects

22   relating to the platform integrity team concerning

23   how Facebook ensured third parties' use of user

24   data that they acquired from Facebook was limited

25   to the use case that you are prepared to testify      04:12:34
```

Page 819

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | about? | 04:12:36 |
| 2 | A.   Another example that -- that I've learned | |
| 3 | about by preparing for this case is a system which | |
| 4 | looks for apps which are similar to those which | |
| 5 | have been enforced upon by our platform policy and | 04:12:54 |
| 6 | operations teams. | |
| 7 | Q.   Do you know when that technology was | |
| 8 | implemented? | |
| 9 | A.   So this activity has likely been done in | |
| 10 | some form for -- for quite some time.  Early in | 04:13:24 |
| 11 | its -- early in -- earlier in the gestation, this | |
| 12 | would have been a more manual process, and my | |
| 13 | understanding that since a -- an automated way of | |
| 14 | doing it is now -- is now in place. | |
| 15 | And that's been developed more recently | 04:13:44 |
| 16 | using machine learning to train to detect apps | |
| 17 | which are behaving similar -- similarly to apps | |
| 18 | which have previously been enforced upon by our | |
| 19 | operations team. | |
| 20 | Q.   When did that more automated process | 04:14:02 |
| 21 | commence? | |
| 22 | A.   The precise date, I -- I don't have | |
| 23 | access to the precise date that -- that -- that | |
| 24 | that activity -- that that automated system came | |
| 25 | into being.  From talking to the people involved, | 04:14:19 |

Page 820

HIGHLY CONFIDENTIAL

1    you know, a very simple automated -- some very          04:14:22

2    simple automated processes were likely in use in

3    around 2012, 2013.  But, again, the specifics,

4    I'm -- you know, I just -- I don't have that level

5    of detail available to me right now.                    04:14:36

6         Q.   And in saying you don't have that level

7    of detail available to you now, you can't -- are

8    you able to speak about that, what you referred to

9    as a "simple automated process" that you thought

10   was in -- in place in 2012 or 2013 time period?         04:14:55

11   Can you talk about how that simple process worked?

12             MR. SCHWING:  Object to form.

13             THE DEPONENT:  So I -- I can talk more

14   concretely about the -- I talk more about the

15   systems that are in place today as I understand         04:15:15

16   them, because in preparation for -- for today's

17   case, most of the people I spoke to had, you know,

18   knowledge of the most recent systems in place.

19        Q.   (By Mr. Melamed)  And when you're talking

20   about the systems in place today, how long have         04:15:33

21   those systems been in place?

22        A.   Again, exactly -- exactly which systems

23   are in -- in -- in place today and -- and when they

24   were started, they were like -- I -- again, I don't

25   have the -- the exact dates as to when, you know,       04:15:55

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    those systems were first implemented or how it          04:15:59

2    operated over time.  I've, you know, done the best

3    job I can to prepare.  I talked to a number of

4    people who -- who were involved in these systems,

5    but the precise dates in which they existed is --     04:16:12

6    is not something I have -- recall.

7         Q.   Without precision, are you able to say

8    about when the systems that you were prepared to

9    testify about today started being used at Facebook?

10        A.   The exact lineage of -- and when these      04:16:37

11   systems came into being, like I -- I don't have the

12   precise -- the precise timelines, I'm afraid.  And

13   as I say, I think these -- these systems overlap

14   and, you know, were developed over a long period of

15   time, and so hard to give very specifics about       04:16:56

16   exactly what the behavior was and what the major

17   milestones of evolution are.

18        Q.   Do you know if the systems that are in

19   place today were implemented after March 2018?

20        A.   It's likely, given that there's a -- a      04:17:22

21   team who works on this, that they've been

22   constantly developing -- developing these kinds of

23   systems.  And so, yes, there -- there will be

24   systems in place today that were not in operation

25   around 2018.                                          04:17:39

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1      Q.   You mentioned that there are multiple          04:17:46

2   systems in this context of systems to identify apps

3   that behave similarly to those that have been

4   kicked off the platform, correct?

5      A.   The -- the -- it's likely there are            04:18:05

6   different -- different parts to the system that --

7   that looks for anomaly detection and similarity

8   detection.  So hard -- again, like, I can talk

9   about these in -- high-level concept of what they

10  intend to do and -- and how they -- what their        04:18:23

11  functionality -- you know, how they are used.

12            The detail of the technical

13  implementation is something best left to an

14  engineer.

15            At a high level, the job of the              04:18:36

16  assistants is to look for an application or

17  applications which the -- the policy and operations

18  team have -- have enforced upon and then look for

19  things like patterns of API calling behavior which

20  are similar and things like IP addresses and where   04:18:55

21  those calls are coming from.  Do we see other apps

22  which are -- are coming from a similar data center

23  or similar IP range.

24            And then one of the other examples would

25  be whether or not these apps have developers in      04:19:12

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | common, user -- users developers, and are there | 04:19:17 |
| 2 | similarities between those user developers. | |
| 3 | So pretty typical in an integrity context | |
| 4 | is the -- you know, the people using -- the people | |
| 5 | trying to develop bad apps are also trying to be | 04:19:30 |
| 6 | not detected, and therefore the systems in place to | |
| 7 | detect them need to evolve over time in order to | |
| 8 | stay ahead of -- of those patterns in behavior. | |
| 9 | So precisely how -- you know, how these | |
| 10 | systems are architected and whether or not -- which | 04:19:49 |
| 11 | different pieces there are is, you know, a level of | |
| 12 | engineering detail.  From -- from a product | |
| 13 | perspective, those are the -- the goals of the | |
| 14 | system and the types of things that those systems | |
| 15 | are looking for in order to identify other apps | 04:20:07 |
| 16 | that might be behaving inappropriately. | |
| 17 | Q.   To be clear, I'm not asking for | |
| 18 | engineering-level detail of how exactly how this | |
| 19 | happened.  If I were to look for that information, | |
| 20 | who would I ask?  Or if you were to look for that | 04:20:24 |
| 21 | level of information, who would you reach out to? | |
| 22 | A.   Again, I would speak to one of the -- one | |
| 23 | of the engineers on the platform integrity team to | |
| 24 | understand, you know, that -- that level of | |
| 25 | specificity as to exactly how the systems are | 04:20:45 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    implemented.                                          04:20:47

 2         Q.   Is there a particular person you would

 3    reach out to as being somebody you would start

 4    with?

 5         A.   I would start with Dan Xu again.           04:20:59

 6         Q.   Now, you mentioned, I think, three

 7    factors -- and I just want to make sure I have

 8    them -- that this tool would have looked at.

 9              So one is pattern of API calls, and

10    another is IP addresses, and another is developers   04:21:14

11    in common.

12              Do I have that right?

13         A.   Those are three examples I -- I

14    mentioned.  My understanding is that the -- the --

15    there are likely more factors involved, and a        04:21:29

16    machine learning system would be looking for a

17    range of factors.

18         Q.   Are you aware of any other factors as you

19    sit here right now?

20         A.   As I sit here right now, no.  So I -- I     04:21:44

21    can imagine some of what they might be, but I think

22    that -- that would be speculating.

23         Q.   Do you know when Facebook started looking

24    at the commonalities in API calling behavior

25    between apps that had been kicked off platform and   04:22:02
```

Page 825

```
 1    apps that were presently on platform?              04:22:06

 2        A.   Yeah.  Again, I talked to people involved

 3    in -- in integrity who -- who were involved in a

 4    number of ways of identifying apps that were

 5    potentially doing unusual behavior.  The -- looking    04:22:23

 6    for apps that were similar to apps that misbehaved

 7    is something that was likely going on manually in

 8    around 2013, 2014, possibly earlier.

 9             But that's when the people I -- I spoke

10    to talked about beginning to -- to perform that      04:22:45

11    kind of activity.

12        Q.   Do you know who was involved in that

13    manual review that was happening around 2013, 2014

14    time period?

15        A.   I don't know exactly who was involved.  I    04:23:06

16    mean, platform integrity team changed over time,

17    too.

18             The -- there were people I spoke to

19    who -- who were involved in the platform integrity

20    team around that time.                                04:23:23

21        Q.   Who are those people?

22        A.   So one name is Eugene Zarashaw.

23    Zarakhovsky was his previous name.  So I think he

24    was -- he was involved.

25             Another person that was involved is          04:23:42
```

Page 826

HIGHLY CONFIDENTIAL

```
 1    someone called Jonathan Gross.                    04:23:45

 2           And then the -- exactly how that

 3    information is -- was -- was used to enforce upon

 4    applications is, again, I think a set of questions

 5    for the developer ops and policy teams.  I think   04:23:57

 6    Ally Hendrix is -- is placed to answer those kinds

 7    of questions.

 8       Q.   Do you know who led the development of

 9    the automation of this review of -- and by "this

10    review," I'm talking about the process by which    04:24:16

11    Facebook was looking for similar apps to those that

12    had been kicked off platform.

13       A.   The specific name of the -- of the people

14    involved, no, I don't have -- you know, I don't

15    have their names.                                  04:24:29

16           As I've said, like this is a -- this is a

17    concept that -- that will -- that evolved over --

18    over time and, you know, in its earliest phases

19    would have been a rules-based system or very simple

20    rules-based system and today is -- is -- my        04:24:46

21    understanding is today is a much more -- more

22    complex system employing machine learning.

23           I -- I -- I know the name of the -- of

24    the engineering manager involved more recently, so

25    I -- I, you know, I -- I recall meeting him        04:25:05
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1   recently to talk about this stuff.  I can't think        04:25:11

 2   of his name right now.  I think Jay is his first

 3   name, I think.

 4        Q.   If you remember that at any point during

 5   the deposition, just please stop and say, "I              04:25:24

 6   remember the name of the person."

 7        A.   I will.  As -- as I've said, in order

 8   to -- to prepare for the broad topics to cover

 9   today, you know, I had to do a lot of prep across a

10   number of areas.                                          04:25:41

11        Q.   Are there other technical aspects

12   relating to the platform integrity team concerning

13   how Facebook ensured third parties' use of user

14   data they acquired from Facebook was limited to the

15   use case?                                                 04:25:53

16        A.   So another technique that I -- I'm aware

17   has been employed is our security teams looking for

18   app scoped user IDs in data dumps that may be

19   available to various developers.  So that's a --

20   another -- another common technique that -- that      04:26:29

21   was employed, as I understand it, at various times.

22        Q.   And just so we don't have to keep going

23   back to the same question, I'd like to get out as

24   many of these examples -- you know, this is

25   something that you're here to testify about, so I     04:26:43
```

Page 828

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | just want to get the list of the examples of | 04:26:48 |
| 2 | technical aspects relating to the platform | |
| 3 | integrity team concerning how Facebook ensured | |
| 4 | third parties' use of user data they acquired from | |
| 5 | Facebook was limited to the use case. | 04:26:57 |
| 6 | So you just mentioned security teams, and | |
| 7 | let's just try and list all of the other ways that | |
| 8 | you're aware of, if you can do that. | |
| 9 | A.   So another mechanism that is in place | |
| 10 | today is app review.  And so app review is a | 04:27:18 |
| 11 | mechanism by which Facebook asks developers to | |
| 12 | explain why they want access to a particular piece | |
| 13 | of information, and then Facebook uses technical | |
| 14 | means to determine whether or not they can, indeed, | |
| 15 | request that information from -- from users.  So | 04:27:43 |
| 16 | that's another example. | |
| 17 | Q.   Any other examples? | |
| 18 | A.   Another example of how Facebook attempted | |
| 19 | to ensure that information was not being | |
| 20 | inappropriately shared with fourth parties, in this | 04:28:05 |
| 21 | case, people that the third-party developer had a | |
| 22 | relationship with, is technical mechanisms to look | |
| 23 | for user IDs or access tokens in referrers to | |
| 24 | social plug-ins embedded on third-party developer | |
| 25 | websites. | 04:28:32 |

Page 829

```
 1              That's a lot of information, but these        04:28:37

 2    things are sometimes complex to explain.

 3         Q.   Are there any other technical aspects

 4    related to the platform integrity team concerning

 5    how Facebook ensured third parties' use of the data   04:28:49

 6    they acquired from Facebook was limited to use

 7    case.

 8         A.   Those are the main ones that -- that

 9    we've -- that were -- were talked through with me

10    when I prepared for this.  We talked about app        04:29:08

11    scoped IDs and page scoped IDs.  We talked about

12    permissions -- actually, no, we haven't talked

13    about permissions.  We should talk about

14    permissions real quick.

15              So permissions is a mechanism, again, by    04:29:24

16    which Facebook attempts to ensure that information

17    is only available to third parties within the

18    context of a particular use case.

19         Q.   Let's go through these ones that you just

20    listed.  I just want to understand.  Again, I'm not   04:29:43

21    asking for the technical mechanisms by which they

22    worked; I'm just asking for time period, general

23    implementation.

24              So you mentioned first the security teams

25    that search for app scoped user IDs in data dumps,    04:29:58
```

Page 830

HIGHLY CONFIDENTIAL

```
 1   correct?                                          04:30:04

 2        A.   My understanding is that's a -- that's an

 3   activity that's been performed periodically.

 4        Q.   Starting about when?

 5        A.   I don't have the exact dates as to -- as  04:30:15

 6   to when that activity was -- was done.  Again, app

 7   scoped user IDs began to be emitted in -- in

 8   April 2014, and so after that is when it would have

 9   been, you know, technically possible to --

10   you know, for -- for those IDs to start to show up  04:30:36

11   in third-party data dumps.

12        Q.   When you're talking about these

13   third-party data dumps, are you talking about --

14             Have you heard the phrase "dark web"?

15        A.   I have heard the phrase "dark web."       04:30:51

16        Q.   Are you -- are you talking about data

17   made available by actors on the dark web?

18        A.   My understanding from, you know, having

19   spoken to people involved in this is -- the

20   information may have been available over the dark   04:31:10

21   web, but there are other ways in which that

22   information may have been available as -- as well.

23   So it's not -- not just limited -- my understanding

24   is it's not just limited to -- to those sources.

25        Q.   Your understanding is this -- this        04:31:26
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1   necessarily only started after app scoped IDs were      04:31:28

 2   implemented.

 3          But do you know about when this process

 4   actually started?

 5       A.   I don't have the precise dates as to --       04:31:39

 6   as to -- as to when this -- this activity was --

 7   was done, no.

 8       Q.   And so far in your description you've

 9   mentioned that this is searching for app scoped

10   user IDs in data dumps.                                 04:31:53

11          Do you know if there's been any effort to

12   look for canonical IDs in data dumps?

13       A.   My understanding is that the same efforts

14   would have looked for canonical user IDs, although

15   the challenge there is that which apps they were       04:32:16

16   emitted from is hard to determine.

17       Q.   Do you know whether this effort by the

18   security teams as it relates to the canonical IDs

19   was implemented before app scoped IDs started to be

20   used?                                                   04:32:41

21       A.   I'm -- I'm -- I think -- yeah, I'm not

22   aware of -- specifically if this activity was

23   happening -- happening beforehand.  It's -- it's --

24   it's likely it was happening in some form, but I --

25   I'd be speculating as to exactly what -- what was      04:33:13
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    happening in the security teams.                    04:33:17

 2        Q.   Let's move on to app review.  You

 3    described the process whereby -- or can you

 4    describe briefly what app review is, and then you

 5    could also say when it started.                     04:33:30

 6        A.   App review is a process by which Facebook

 7    requires app developers to request permission to

 8    use certain features which are known as "reviewable

 9    features" or request certain permissions which are

10    known as "reviewable permissions" in their         04:33:56

11    application.

12            Developers ask -- explain to Facebook why

13    they want these features and why they want to

14    request these permissions from users, and then

15    Facebook determines whether or not, indeed, they   04:34:17

16    can use those features and can request those

17    permissions from users.

18            So that's the process of app review.  And

19    app review was instituted for new apps on

20    April 30th, 2014.                                   04:34:32

21        Q.   Did apps that existed prior to

22    April 30th, 2014 ever go through app review?

23        A.   Yes.  The way app review was instituted

24    is that the apps created for 2014 -- I'm sorry --

25    April 30th, 2014 had to go through app review in   04:35:02
```

Page 833

HIGHLY CONFIDENTIAL

```
1    order to continue requesting the permissions they        04:35:09

2    were requesting from users once they were upgraded

3    to API v2.

4        Q.   And who led -- who participated from

5    Facebook in the app review process?                      04:35:26

6        A.   Can you help me understand what you mean

7    by "participated in"?  You mean developers --

8        Q.   I'm sorry.  That was an unclear question.

9             Who are the Facebook employees involved

10   in approving or denying the requested permissions        04:35:43

11   from an app?

12       A.   Those would be members of the developer

13   operations team.
```

Page 834



Page 835

HIGHLY CONFIDENTIAL



18          Q.    Another technical aspect relating to

19     platform integrity team concerning how Facebook

20     ensure third parties' use of user data they          04:38:53

21     acquired from Facebook was limited to use case that

22     you mentioned is looking for user IDs or access

23     tokens in refers to social plug-ins on third-party

24     developer websites?

25               Is that -- did I get that right?          04:39:12

                                                    Page 836

```
 1        A.   Yes, that's pretty -- pretty close, yes.     04:39:16

 2        Q.   Was that an automated or a manual

 3   process?

 4        A.   My understanding is the detection was an

 5   automated process, and when the detection flagged,     04:39:31

 6   there was user IDs or access tokens potentially

 7   being admitted, then that was flagged to developer

 8   operations to do an investigation.

 9        Q.   Do you know when that process started,

10   when Facebook started using the process?               04:39:54

11        A.   My understanding is that that was

12   something built around 2011 or 2012.

13        Q.   Do you know who was responsible for

14   building it around 2011 or 2012?

15        A.   The platform integrity team were            04:40:22

16   responsible for -- for building that as -- as --

17   as, you know, it pertains to exactly their -- their

18   scope, making sure the information is -- is

19   appropriately shared with third parties and so on.

20             So I -- I know that they were the team      04:40:39

21   responsible for -- for building it.

22        Q.   Do you know if records exist of the

23   developers that were detected through this

24   automated process as having provided user IDs or

25   access tokens in refers to social plug-ins on         04:41:03
```

Page 837

HIGHLY CONFIDENTIAL

1   third-party developer websites?                     04:41:07

2       A.   This system would have logged that app

3   time in order to en -- allow operations team to

4   perform an investigation, whether or not that

5   information has been retained, you know, eight or   04:41:25

6   so years later, Facebook standard data retention

7   policies, you know, are shorter than that.

8            So it's possible that information has

9   been retained.  I wouldn't know, I'm afraid.

10      Q.   Does that effort continue today, the       04:41:45

11  automated effort to look for such information?

12      A.   My understanding is technical changes

13  were made to -- to how access tokens and user IDs

14  were emitted to third -- third parties that means

15  that -- that detection is no longer needed.         04:42:04

16      Q.   Do you know when those technical changes

17  were made such that Facebook determined the

18  detection was no longer needed?

19      A.   I want to say those -- those changes were

20  roughly made in 2013, '14.  But, again, that's --   04:42:22

21  that's my understanding of the rough timelines.

22      Q.   When these -- this automated tool

23  detected the existence of user IDs or app tokens

24  as -- as described, did the tool identify the

25  individuals -- the individual Facebook users or IDs  04:42:48

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    that had been detected?                               04:42:52

2        A.   I -- I am afraid the precise nature in

3    which that tool operated ten years ago, I have a

4    high-level understanding, which is that it detected

5    whether or not access tokens and user IDs were --    04:43:10

6    being emitted by an app.

7            Whether or not that tool logged a

8    specific user IDs is a -- is a -- a level of

9    detail, I -- I can't answer, I'm afraid.

10           MR. SCHWING:  Matt, we've been going for      04:43:30

11   a while now.  I understand you're kind of working

12   on a -- you know, a bit of the topic here, but I

13   wanted to check in with Mr. Cross to make sure

14   he's -- how he's doing, if he needs a break, and

15   kind of, you know, think about when we're going to   04:43:43

16   stop for our next break.

17           THE WITNESS:  Yeah, I'd appreciate a bio

18   break, if that's -- if that's possible.

19           MR. MELAMED:  That is.  I just wanted to

20   follow up with a question about permissions, which   04:43:53

21   you had mentioned as, I think, the last of these

22   techniques.  If we can finish those questions now

23   before the break, that would be great.  If not, if

24   you need the break, I can return to it after.  It's

25   up to you.                                            04:44:05

Page 839

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  I'll take a break now, if      04:44:06

 2    that's okay.

 3              MR. MELAMED:  Okay.

 4              THE DEPONENT:  And then come back to that

 5    question.                                              04:44:12

 6              MR. MELAMED:  Okay.  We can go off the

 7    record.

 8              THE VIDEOGRAPHER:  Okay.  We're off the

 9    record at 4:44 p.m.

10              (Recess taken.)                              04:44:17

11              THE VIDEOGRAPHER:  We're back on the

12    record.  It's 4:57 p.m.

13         Q.   (By Mr. Melamed)  Mr. Cross, the last of

14    the techniques we were talking about related to the

15    technical aspects of how the -- how platform          04:57:29

16    integrity team ensured third parties' use of user

17    data they acquired from Facebook was limited to the

18    use case or permissions.

19              Do you remember that?

20         A.   Accessing permissions, yeah.                04:57:46

21         Q.   When were permissions implemented?

22         A.   Permissions as we -- as they're known

23    today were first introduced in May 2010.

24         Q.   And what do you mean by "known today"?

25         A.   So these are permissions in the -- in the   04:58:13
```

Page 840

HIGHLY CONFIDENTIAL

```
 1   sense that these are things that developers can        04:58:14

 2   request from users and then once the user is

 3   granted those permissions, then the app has access

 4   to information that are covered by the permissions

 5   that the users have granted to the application.       04:58:31

 6        Q.   And how did those permissions relate to

 7   the use case of the app?

 8             MR. SCHWING:  Object to form.

 9             THE DEPONENT:  So a permission would gain

10   a particular piece of information or set of           04:58:51

11   information that an app could have access to, and

12   typically those permissions would be requested by
```

Page 841

HIGHLY CONFIDENTIAL



Page 842

HIGHLY CONFIDENTIAL



Page 843

HIGHLY CONFIDENTIAL



Page 844

HIGHLY CONFIDENTIAL



11          MR. SCHWING:  Object to form.

12          THE DEPONENT:  My -- my goal here is to

13   give you examples of what was done, and in attempt

14   to do that, I spoke -- I've spoken to people

15   involved in this over -- over periods of time, and          05:05:00

16   I think I've given several examples of how the

17   platform integrity team operated and the things

18   they did.  It's possible they did other things that

19   I am not aware of, that I was unable to uncover in

20   my preparation for today.                                   05:05:21

21          So I don't think I can rule out other

22   things were done.  It's possible other things were

23   done that I'm -- I'm not aware of.  My job -- my

24   job here is to do the best job I can giving you

25   examples of things that were -- that were done that          05:05:38

Page 845

1    were relayed to me as part of my preparation for          05:05:40

2    today.

3         Q.   (By Mr. Melamed)  Let me restate the

4    question, then, based on that answer.



HIGHLY CONFIDENTIAL



Page 847

HIGHLY CONFIDENTIAL

7        Q.   (By Mr. Melamed)  I just want to read for

8    the record the representation that was made by

9    counsel before talking to you about this subject.

10            MR. MELAMED:  And I'm not doing this to          05:09:29

11   start a fight, Austin.  You know, obviously you can

12   respond.

13            But the paragraph that was in the letter

14   written on June 3rd specifically regarding your

15   preparation to testify was with respect to topic       05:09:41

16   2d, which relates to "how Facebook ensured third

17   parties' use of such data or information was

18   limited to the use case."  For avoidance of doubt,

19   Facebook again writes that "while Ally Hendrix is

20   prepared to testify on most aspects of topic 2d,        05:09:59

21   there is a technical aspect relating to the

22   platform integrity team that Mr. Cross is prepared

23   to testify about.  We are uncertain why you are

24   pushing back on this issue.  As mentioned above,

25   Facebook is simply using its best efforts to            05:10:11

Page 848

HIGHLY CONFIDENTIAL

```
 1    identify the best possible witnesses to testify on          05:10:14

 2    plaintiffs' topics."

 3            So I just want to state for the record

 4    that that's why we were pushing on these topics.

 5    That's why I've asked the follow-ups that I asked.          05:10:23

 6    And we will seek additional testimony regarding

 7    these topics so that we get the answers to those

 8    questions.

 9            MR. SCHWING:  And, Matt, I will not argue

10    with you, and I'm happy to address that, you know,          05:10:39

11    at -- at an appropriate time.  We've indicated in

12    correspondence that Mr. Cross will be prepared to

13    discuss -- and I'm quoting -- "generally the steps

14    the platform integrity team undertook to detect

15    misuse."  You're, of course, free to follow up with        05:10:58

16    further discovery.

17            I appreciate you raising your concerns.

18    I'm happy to speak with you about it and -- and --

19    and work through the issues.

20            MR. MELAMED:  Thank you.  I just -- I             05:11:12

21    appreciate that.  I just want to note that the word

22    "generally" is not in the -- uttered in the

23    reference.

24            SPECIAL MASTER GARRIE:  This is Special

25    Master Garrie.  Both parties have been heard.            05:11:21
```

Page 849

HIGHLY CONFIDENTIAL

```
1    Let's move forward.                                    05:11:23

2            MR. SCHWING:  Thank you, Special Master.

3    I appreciate it.

4            MR. MELAMED:  Thank you.
```



```
                                                           Page 850
```

HIGHLY CONFIDENTIAL



Page 851

HIGHLY CONFIDENTIAL



Page 852

HIGHLY CONFIDENTIAL



Page 853

HIGHLY CONFIDENTIAL



Page 854



Page 855

HIGHLY CONFIDENTIAL



Page 856

HIGHLY CONFIDENTIAL



Page 857

HIGHLY CONFIDENTIAL



Page 858

HIGHLY CONFIDENTIAL



Page 859

HIGHLY CONFIDENTIAL



Page 860

HIGHLY CONFIDENTIAL



Page 861

HIGHLY CONFIDENTIAL



Page 862



Page 863

HIGHLY CONFIDENTIAL



Page 864

HIGHLY CONFIDENTIAL



Page 865

HIGHLY CONFIDENTIAL



24

25    /////                                          05:41:14

                                               Page 866

HIGHLY CONFIDENTIAL

```
 1              (Exhibit 425 was marked for              05:41:14

 2     identification by the court reporter and is

 3     attached hereto.)

 4              MR. MELAMED:  Just introduced what's been

 5     marked as Exhibit 325 -- I'm sorry.  425.  My      05:41:41

 6     mistake.

 7          Q.   (By Mr. Melamed)  And just for the

 8     record, Exhibit 425 was provided to us, to

 9     plaintiffs, by counsel for Facebook.  I don't

10     anticipate that you've seen this before, Mr. Cross.  05:41:55

11     It's possible you have, but I just want to ask you

12     a couple questions about it.

13              And it's probably going to be easiest if

14     I share my screen.  It's a very large -- a very

15     lengthy Excel spreadsheet.  You can go ahead and   05:42:13

16     look at it.  I don't mean to cut you off from

17     familiarizing yourself from it.

18              THE DEPONENT:  Sorry.  Where would I

19     access this?  Are you just going to share your

20     screen or --                                       05:42:33

21              MR. MELAMED:  Okay.  I will share my

22     screen.  But it should be in marked exhibits on --

23     in Exhibit Share for deposition of Simon Cross,

24     Volume 4.

25              Austin, are you able to see it?           05:42:46
```

Page 867

HIGHLY CONFIDENTIAL

```
1            MR. SCHWING:  I can.                       05:42:51

2            Simon, do you have the Egnyte page up?

3            THE DEPONENT:  Yes, I do.  Exhibit 3 --

4            MR. SCHWING:  The top -- you should see

5    things that say Simon Cross.  It would be the top   05:43:02

6    one, I believe.

7            THE DEPONENT:  Yeah, that's it.

8            MR. MELAMED:  Yes.  As I mentioned, this

9    is really, really long.  I'm going to direct you

10   very specifically to a few lines.  I just want to   05:43:13

11   understand if you're able to provide answers.  If

12   you're not, that's fine.

13           So I'm going to scroll down to line

14   36,608.

15           (Discussion off the stenographic record.)   05:43:28

16           MR. SCHWING:  Matt, if you're trying to

17   demonstrate your -- your diligence by saying you've

18   reviewed 36,000 rows of this, I am impressed.

19           MR. MELAMED:  I appreciate that you think

20   that I reviewed 36,000 rows of this table that was   05:43:56

21   provided, I think, last night.

22           MS. WEAVER:  I'll take credit for it.

23           SPECIAL MASTER GARRIE:  Hey, Counsel.

24   Can I ask a question?

25           What are the column values for A?          05:44:23
```

Page 868

HIGHLY CONFIDENTIAL

1          MR. MELAMED:  I will tell you -- I will          05:44:31

2   open it locally and tell you, if that's okay, and

3   I'll state for the record once I get down.

4          Is that okay?

5          SPECIAL MASTER GARRIE:  Yeah.  If you          05:44:37

6   want to get to the bottom, just hit control page

7   down or control N.



Page 869

HIGHLY CONFIDENTIAL

6           Do you see that?

7      A.   I do see that.

8      Q.   Do you know if these reflect the Did

9  table that you testified about before?

10          MR. SCHWING:  I'm just going to state for        05:46:40

11  the record that we didn't receive these in advance

12  of the deposition.  I understand you represented

13  that this was provided last night, Matt, but just

14  to be clear, the witness has not had a chance to

15  look through this.                                       05:46:51

16          MR. MELAMED:  Let me -- you're right,

17  Austin.  Let me correct the record.  This was not

18  received last night.  It was received Thursday.

19  That was my mistaken.

20          I am only asking about this because of         05:46:58

21  Mr. Cross's testimony before about the Did table.

22  It's just -- you know, and I understand that

23  Mr. Cross likely has not reviewed this, but I can

24  confirm that.

25          So I'll ask that, but I understand -- I        05:47:12

                                                  Page 870

HIGHLY CONFIDENTIAL

1    understand the point you're making, Mr. Schwing.          05:47:16

2        Q.   (By Mr. Melamed)  Mr. Cross, have you

3    reviewed this table before?

4        A.   I have not reviewed this table before.

5        Q.   Are you -- do you know whether the rows          05:47:26

6    36,608 through -612 are related to the Did table

7    you described in your testimony today?

8            MR. SCHWING:  It's outside the scope of

9    the deposition.  Object to form.

10           THE DEPONENT:  I cannot ascertain if            05:47:48

11   these relate to the -- the Can and Did tables I've

12   previously talked about.  I cannot ascertain that

13   from this.

Page 871

HIGHLY CONFIDENTIAL



Page 872

HIGHLY CONFIDENTIAL

 2            MR. MELAMED:  Thank you.  You can put

 3     that exhibit away if you have it open.

 4            Q.   (By Mr. Melamed)  We were talking before

 5     we returned to the Did table for a minute about the        05:50:34

 6     manner by which third parties could access user

 7     data, and we talked about the rest API and the FQL

 8     API, and we've talked periodically about

 9     Open Graph, correct?

10            A.   Well, we talked about the Graph API.  We        05:50:49

11     haven't talked about Open Graph.

12            Q.   Thank you for the correction.  We talked

13     about the Graph API.

14            During what period of time did third

15     parties access user data via Facebook login?             05:50:59

16            MR. SCHWING:  Object to form.

Page 873

HIGHLY CONFIDENTIAL



Page 874

HIGHLY CONFIDENTIAL



Page 875



Page 876

HIGHLY CONFIDENTIAL



Page 877

HIGHLY CONFIDENTIAL



Page 878

HIGHLY CONFIDENTIAL



Page 879

HIGHLY CONFIDENTIAL



Page 880

HIGHLY CONFIDENTIAL



Page 881

HIGHLY CONFIDENTIAL



Page 882

HIGHLY CONFIDENTIAL



18          (Discussion off the stenographic record.)

19          MR. MELAMED:  Lesley, you're on --

20          (Discussion off the stenographic record.)        06:09:06

21          MR. MELAMED:  Lesley, Lesley, Lesley...

22          (Discussion off the stenographic record.)

23          MR. SCHWING:  Why don't we go into a

24     breakout room, because I don't want to hear...

25          SPECIAL MASTER GARRIE:  Me neither.        06:09:17

                                        Page 883

HIGHLY CONFIDENTIAL

```
 1              MR. MELAMED:  Can we go off the record.        06:09:19

 2              MR. SCHWING:  Let's go into a breakout

 3    room.

 4              SPECIAL MASTER GARRIE:  Off the record,

 5    mute her.                                                06:09:20

 6              MR. MELAMED:  Thank you, John.  Can you

 7    mute -- can you mute Lesley.

 8              MR. SCHWING:  I'm going into the breakout

 9    room.

10              MR. MELAMED:  Thank you, Austin.              06:09:20

11              THE VIDEOGRAPHER:  Did you want to go off

12    the record?  I'm sorry.

13              THE COURT REPORTER:  Yes.

14              THE VIDEOGRAPHER:  Thank you.

15              Off the record.  It's 6:09.                   06:09:39

16              (Recess taken.)

17              THE VIDEOGRAPHER:  We are back on the

18    record.  It's 6:53 p.m.
```

Page 884



Page 885

HIGHLY CONFIDENTIAL

11        Q.    (By Mr. Melamed)  Sure.

12              So let's make it more concrete.  Are you

13    aware whether Huawei was one of the partners, the

14    integration partners?

15        A.    There was a number of integration          06:55:55

16    partners.  I -- I don't recall all of them in

17    particular.  That information is available in the

18    interrogatory responses if you -- if you want to

19    refer to those.

20        Q.    Okay.  So I'm going to represent to you     06:56:07

21    that Huawei was identified as one of those

22    partners.

23              So if you engaged with a Huawei device

24    and said, yes, I'd like to use Facebook on this

25    device, did Facebook track the API calls that were   06:56:25

Page 886

HIGHLY CONFIDENTIAL

1    made for your information by Huawei as part of that          06:56:30

2    integration?

3            MR. SCHWING:  Object to form.



24           Q.   And so the information would have been

25    logged by app ID, so using this example, by Huawei          06:58:06

Page 887

HIGHLY CONFIDENTIAL

1       integration app; is that correct?                          06:58:12



Page 888

HIGHLY CONFIDENTIAL



Page 889



Page 890

HIGHLY CONFIDENTIAL



Page 891

HIGHLY CONFIDENTIAL



Page 892

HIGHLY CONFIDENTIAL



Page 893

HIGHLY CONFIDENTIAL



Page 894

HIGHLY CONFIDENTIAL



Page 895

HIGHLY CONFIDENTIAL



Page 896

HIGHLY CONFIDENTIAL



20        Q.    (By Mr. Melamed)  And that is in TAO; is        07:13:23

21    that correct?

22        A.    TAO is a -- is a cache on -- on top of

23    the -- the Facebook database.  So typically, yes,

24    when you perform a user action like that, it will

25    first be stored in TAO.                                  07:13:43

Page 897

HIGHLY CONFIDENTIAL

```
 1        Q.   And then it would also be stored in Hive;     07:13:46

 2    is that right?

 3              MR. SCHWING:  Object to form.

 4              THE DEPONENT:  So generally, Hive would

 5    also include the fact that you clicked on the Like     07:14:03

 6    button, yes.

 7        Q.   (By Mr. Melamed)  Did Facebook ever

 8    collect information about a user when the user

 9    logged in to Facebook from a mobile device?

10              Sorry.  Let me restate that.               07:14:23

11              Did Facebook collect user's -- ever

12    collect a user's phone number when the user logged

13    in from a mobile device?

14        A.   Sorry.  Let's -- I'm not sure I

15    understand -- again, understand the question.         07:14:44

16              If a user logged in to -- to -- to what?

17        Q.   To Facebook.  If a user logged in to

18    Facebook from their mobile device, did Facebook

19    ever collect that user's phone number via that

20    interaction without -- without explicitly asking      07:15:02

21    the user to collect that information?

22        A.   So, again, are you talking about where a

23    user logs in to Facebook using a phone number?

24        Q.   No.  Just logs in without using a phone

25    number, using the user name and password that's not   07:15:22
```

Page 898

| | | |
|---|---|---|
| 1 | a phone number, from a mobile device.  Did Facebook | 07:15:26 |
| 2 | ever collect, as part of that, the phone number | |
| 3 | that the user had logged in -- the phone number of | |
| 4 | the device that the user had logged in? | |
| 5 |       MR. SCHWING:  Object to form. | 07:15:40 |
| 6 |       THE DEPONENT:  Yeah, I'm -- I'm not | |
| 7 | certain that -- that -- I don't know if that's | |
| 8 | happened or not.  It's possible that mobile -- the | |
| 9 | mobile operating system or the carrier transmits | |
| 10 | some of that information.  I'm -- I'm not an expert | 07:16:02 |
| 11 | in -- in how Facebook's login processes work and | |
| 12 | what -- what information is exchanged with Facebook | |
| 13 | from the device or the carrier that they're logging | |
| 14 | in on. | |
| 15 |     Q.  (By Mr. Melamed)  I'm asking because I'm | 07:16:16 |
| 16 | trying to establish whether Facebook collected | |
| 17 | these things and then, if so, where they tracked | |
| 18 | them.  And that's the connection to the topic, just | |
| 19 | to be clear. | |
| 20 |       Did Facebook collect users' mobile device | 07:16:30 |
| 21 | IDs? | |
| 22 |     A.  Can you be more specific, "mobile device | |
| 23 | IDs." | |
| 24 |       What do you mean by that?  Sorry. | |
| 25 |     Q.  Did Facebook ever collect a user's IDFA | 07:16:59 |

HIGHLY CONFIDENTIAL

```
 1    when the user logged in to Facebook using their        07:17:08

 2    mobile device?

 3        A.   By "IDFA," you're referring -- what are

 4    you referring to with "IDFA"?  You're referring to

 5    Apple's -- Apple's identifier, which is specific to     07:17:25

 6    iOS?

 7        Q.   Let's -- let's start there.  Did Facebook

 8    ever collect a user's Apple identifier that was

 9    specific to iOS when the user logged in to

10    Facebook?                                               07:17:38

11        A.   Logged in to Facebook when?  On a mobile

12    or on -- again, I -- again, I'm not trying to be

13    difficult here.  I want to make sure I'm giving you

14    the best possible answers I can.

15             These -- these terms and topics are very       07:17:54

16    complicated, and I want to make sure I'm giving you

17    the right answer.

18        Q.   If a user logged in to Facebook using an

19    Apple mobile device, did Facebook -- at any point

20    in Facebook's history relevant to this case, 2007       07:18:05

21    to present, did Facebook collect a device

22    identifier?

23        A.   Again, maybe I'm back to -- we got to --

24    a specific type of device identifier there, but

25    we're going back to general device identifiers,         07:18:27
```

Page 900

HIGHLY CONFIDENTIAL

1     which is a term I'm not sure I fully understand.          07:18:31

2              I see Special Master Garrie --

3         Q.   Are you --

4         A.   -- is on the -- on the call.

5              THE DEPONENT:  Is there guidance you'd          07:18:37

6     like to give, Mr. Garrie?

7              SPECIAL MASTER GARRIE:  Not yet.

8         Q.   (By Mr. Melamed)  Did -- when Facebook --

9     when a user logged in to Facebook using an Apple

10    mobile device, did Facebook ever collect the IDFA,        07:18:48

11    which is the Apple device identifier?

12        A.   My understanding is that while I'm not an

13    expert, again, at Facebook's login systems and how

14    that works, my understanding is that yes, if you

15    logged in to Facebook -- a Facebook app on iOS,           07:19:11

16    then the Facebook app -- then Apple would provide

17    the IDFA to Facebook.

18        Q.   And if the user logged in to the Facebook

19    via Android, would Facebook collect the user's GA

20    ID?                                                       07:19:37

21        A.   I'm less familiar with -- with -- with

22    how Android works.  Assuming they're relatively

23    similar, my understanding is that yes, Google would

24    provide Facebook with an ID for that device.

25        Q.   How -- how did Facebook associate those         07:19:59

                                                      Page 901

HIGHLY CONFIDENTIAL

```
 1    IDs with users in their -- in Facebook's internal        07:20:05

 2    systems?

 3            MR. SCHWING:  Outside of the topic, the

 4    scope of the deposition.  It's vague.

 5            THE DEPONENT:  Yeah, I -- I'm not an              07:20:23

 6    expert in -- in how these -- how these systems

 7    work.  From -- from my experience, though, what I

 8    do know is that if you are logged in to Facebook on

 9    a device and that device has provided Facebook with

10    such a device identifier, then that connection        07:20:44

11    would be associated with the user in Facebook's

12    databases, although the precise nature and how that

13    was stored is not something I'm -- I'm an expert

14    on.  I cannot give canonical testimony on.

15        Q.   (By Mr. Melamed)  And so your -- you do        07:21:05

16    not want to provide testimony on -- well, let me

17    state this in a positive way.

18            Can you identify how Facebook tracked

19    mobile device IDs that were associated with users?

20            MR. SCHWING:  Outside the scope of the          07:21:28

21    deposition.

22            You can answer, if you can answer.

23            THE DEPONENT:  My understanding is that

24    when a user logged in to a mobile device and that

25    mobile device provided the Facebook app on that       07:21:41
```

Page 902

```
 1    device with an identifier, then that would be          07:21:44

 2    logged in Facebook's data infrastructure as being

 3    associated with the user ID who logged in on that

 4    device.

 5         Q.   (By Mr. Melamed)  Do you know where that      07:22:02

 6    information would be tracked?  Is there a name of a

 7    document or a data system that tracks that

 8    association?

 9              MR. SCHWING:  Same objections.

10              THE DEPONENT:  Again, precisely the           07:22:13

11    systems that -- that are used to -- to store that

12    information.  I think Hive -- the association would

13    be -- would have been and would be stored in Hive.

14    It would likely also have been stored in TAO and

15    the Facebook -- you know, in TAO, in those            07:22:38

16    databases.

17         Q.   (By Mr. Melamed)  Are you familiar with

18    the term "reciprocity" as it relates to the

19    relationship between Facebook and developers -- let

20    me break this down.                                    07:23:02

21              Are you familiar with the term

22    "reciprocity" as it is used inside Facebook?

23              MR. SCHWING:  Objection as vague.

24              THE DEPONENT:  I -- I've heard the term

25    used inside Facebook and seen it used in -- in some    07:23:14
```

Page 903

HIGHLY CONFIDENTIAL

1    documents.                                              07:23:18

2        Q.   (By Mr. Melamed)  What is your

3    understanding of what the term means?

4            MR. SCHWING:  Objection.

5        Q.   (By Mr. Melamed)  Inside Facebook?         07:23:23

6            MR. SCHWING:  Objection.  Vague.  Outside

7    the scope.

8            Go ahead.

9            THE DEPONENT:  Yeah, I can't speak to how

10   that term is used inside Facebook in its entirety.   07:23:35

11   There's likely a number of ways in which that term

12   has or has not been used by different teams at

13   different times.  The thing I -- the context I'm

14   aware of it being used in is -- to do with the

15   Facebook developer platform.                        07:23:56

16       Q.   (By Mr. Melamed)  And can you explain the

17   context -- the definition of that term and the

18   context in which you are familiar with it being

19   used?

20           MR. SCHWING:  Object to form.               07:24:09

21           THE DEPONENT:  I'm aware of the term

22   being used to refer to information being made

23   available to developers and users having the option

24   to share similar data back to Facebook as part of a

25   Facebook integration.                               07:24:40

Page 904

HIGHLY CONFIDENTIAL



Page 905

HIGHLY CONFIDENTIAL

```
 1          Q.   (By Mr. Melamed)  What about information    07:26:39

 2     that users provided a third-party app directly?

 3     Did third-party apps ever provide that information

 4     back to Facebook?

 5               MR. SCHWING:  Objection.  Vague.           07:26:54

 6               THE DEPONENT:  Sorry.  Can you ask the

 7     question again.

 8          Q.   (By Mr. Melamed)  I'm not trying to be

 9     difficult here.  I'm trying to establish

10     foundationally whether Facebook was receiving       07:27:22

11     information -- so Facebook provided information to

12     app users through Facebook could provide

13     information to apps, correct?

14          A.   Through the Facebook platform, users

15     could provide information to apps, yes.             07:27:37

16          Q.   And as -- within the definition of

17     "reciprocity," as you explained it, there was this

18     idea that there could be an exchange, which meant

19     that users should also be able to enable apps to

20     provide information back to Facebook, their         07:27:52

21     information back to Facebook, correct?

22               MR. SCHWING:  Misstates testimony.

23     Object to form.

24               THE DEPONENT:  So going back to that

25     definition of "reciprocity" as -- as I understand   07:28:05
```

Page 906

HIGHLY CONFIDENTIAL

```
 1    it, it's a very-high level idea that if an app is        07:28:08

 2    accessing information on behalf of a user, that

 3    that app would also offer the user the opportunity

 4    to share similar information back to Facebook.

 5         Q.   (By Mr. Melamed)  Did that process ever         07:28:33

 6    occur?  Did apps ever provide -- did users --

 7    did -- were users ever able to enable an app to

 8    provide information back to Facebook?

 9         A.   Yes.  One of the common features of the

10    Facebook platform was that it allowed users to            07:28:55

11    choose to share activity in the app back to

12    Facebook.

13         Q.   How did Facebook track the information

14    that it received from users through third-party

15    apps?                                                     07:29:14

16         A.   If the user chose to share their activity

17    in an app back to Facebook, then, for example, to

18    post a story or to share a story with their

19    friends, then -- then yes, that -- that information

20    would be stored against the user's Facebook profile       07:29:36

21    and made available on their timeline to their

22    friends.

23         Q.   Where would that -- in which internal

24    Facebook systems would that information be stored?

25         A.   If the user chose to share a story back         07:29:56
```

Page 907

1    to Facebook from a third-party app, then that would        07:29:58

2    be stored in TAO and made available on the user's

3    timeline and then potentially rendered in their

4    friends' newsfeeds.

5        Q.   The information that users could share to          07:30:18

6    Facebook through third-party apps was not limited

7    to stories, correct?

8        A.   The -- the information that users could

9    share or choose to share back to Facebook included

10   stories, posts for their timeline, and also at a           07:30:38

11   time included what was known as Open Graph actions.

12       Q.   Can you provide a description of what

13   Open Graph actions are?

14       A.   Open Graph refers to a -- a -- a product

15   that Facebook had between 2011 and sometime later          07:31:02

16   where developers could share structured activity

17   about a user's activity in their app back to

18   Facebook so it could be shared with their -- their

19   friend -- shared with their friends on their

20   Facebook timeline.                                         07:31:30

21       Q.   Was all of the information that was

22   shared back to Facebook through Open Graph actions

23   shared with the user's friends via the user's

24   timeline?

25            MR. SCHWING:  Object to form.                     07:31:45

                                                    Page 908

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  The information shared        07:31:51

 2    back to Facebook, the user could choose who had --

 3    which of their friends had the permissions to -- to

 4    see that information.

 5        Q.   (By Mr. Melamed)  Was there any              07:32:20

 6    information from a third-party app shared back to

 7    Facebook that was associated with the user that

 8    Facebook did not make available to share via the

 9    user's timeline?

10              MR. SCHWING:  Object to form.               07:32:42

11              THE DEPONENT:  Sorry.  Can -- can you ask

12    that again.

13        Q.   (By Mr. Melamed)  Was there any

14    information from a third-party app that was shared

15    back to Facebook associated with an individual user   07:32:53

16    that Facebook did not make available via the user's

17    timeline -- did not make available to be shared via

18    the user's timeline?

19              MR. SCHWING:  Same objections.
```

Page 909

HIGHLY CONFIDENTIAL



Page 910

HIGHLY CONFIDENTIAL



Page 911

HIGHLY CONFIDENTIAL

```
1          Q.   Other than from advertisers and data        07:37:26

2     brokers, did Facebook ever receive payment from any

3     third party for user information?

4          A.   No.  Facebook does not sell user data.

5          Q.   Let me -- let me just make sure I            07:37:43

6     understand your answer.  I just asked whether it

7     received payment.  So is the answer the same?

8          A.   Facebook does not sell user data, and

9     therefore I'm not aware of a time Facebook has

10    received payment for user data.                        07:38:05

11         Q.   Has Facebook ever received any payment

12    for aggregated user data other than the context

13    that you're now testifying today as the targeted

14    advertising and data brokers?

15         A.   I'm -- I'm not aware of any time Facebook    07:38:35

16    has received payment for aggregated user data.

17         Q.   Did Facebook ever evaluate the value to

18    Facebook of aggregated user data?

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  Sorry.  The value to          07:39:08

21    Facebook of aggregated user data?  I'm sorry.  I'm

22    not sure I understand the question.

23         Q.   (By Mr. Melamed)  Let me restate it more

24    simply.

25              Did Facebook ever evaluate the value to      07:39:16
```

Page 912

HIGHLY CONFIDENTIAL

```
 1    Facebook of user data?                          07:39:19

 2           MR. SCHWING:  Object to form.  Outside

 3    the scope of the deposition.

 4           THE DEPONENT:  I'm not sure how to answer

 5    that.  I'm just sure not how to answer that      07:39:39

 6    question.

 7           Like -- yeah.  It's a -- it's a very --

 8    I'm not sure how to answer that question.

 9       Q.   (By Mr. Melamed)  Did Facebook ever

10    attempt to evaluate the value to Facebook of any 07:40:00

11    particular type of user data?

12           MR. SCHWING:  Object to form.

13           THE DEPONENT:  Again, could you give me

14    an example of what you mean by "type of user data"?

15       Q.   (By Mr. Melamed)  Did Facebook ever      07:40:21

16    attempt to evaluate the value to Facebook of data

17    about where a user was educated, the user,

18    you know -- an individual data point, an individual

19    piece of information?

20           MR. SCHWING:  Object to form.           07:40:50

21           THE DEPONENT:  Again, I'm not sure how to

22    answer that -- that question.  It's -- it's

23    possible that an analysis was done across the

24    15-year time period.  I -- like -- it's hard to --

25    hard to -- hard to understand what's meant by -- by 07:41:12
```

Veritext Legal Solutions
866 299-5127

1    "value" in this context or even evaluate.          07:41:16

2          So I'm just not sure I can answer that

3    question.



Page 914

HIGHLY CONFIDENTIAL



Page 915

HIGHLY CONFIDENTIAL

▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  ▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮ ▬▬▬▬▬▬▬▬▬▬

```
 5        Q.    (By Mr. Melamed)  What -- let me withdraw      07:44:50

 6    that.

 7            For those examples, were there particular

 8    document types that provided this tracking

 9    information, names of reports, internal systems,

10    et cetera?                                              07:45:05

11            MR. SCHWING:  The question is vague.

12            THE DEPONENT:  Again -- typically --

13    typically, this kind of -- this information would

14    be tracked in -- in Hive, Facebook's data

15    warehouse, and may have been propagated into other     07:45:19

16    systems as well.  But typically, if I wanted -- if

17    somebody wanted to understand how many users were

18    using an application or the stories being shared

19    from it, typically you would -- you would query

20    that information in Hive.                               07:45:36

21        Q.    (By Mr. Melamed)  We've talked about the

22    method table -- correct? -- during -- during your

23    testimony today?

24        A.    Yes, we've talked about the method table.

25        Q.    Can you tell me what types of information    07:46:11
```

Veritext Legal Solutions
866 299-5127

1    are reflected in the method table?                    07:46:14

2        A.   So going -- going from memory here.

3    These are some of the things I recall in that

4    table.

5            The first is the app ID, which refers to     07:46:30

6    the specific Facebook application that would have

7    made the API call.

8            Another thing that was tracked was the

9    API method, which refers to when an API call is

10   made to a particular URL, that maps to -- to a       07:46:52

11   method, which is the atomic unit of -- of an API

12   response on the Facebook side.

13           The next thing that were tracked is the

14   number of unique users whose access token was being

15   used to request that information on that given day   07:47:15

16   and then a count of the number of requests that the

17   given app made to the given method on the given

18   day.

19           And then my understanding is that another

20   column is the count of errors, which will be        07:47:38

21   proportion of the calls that were made.

22           So from my understanding, that's --

23   that's some of the information at least tracked in

24   that table.

25       Q.   You just -- you just described the method   07:47:53

Page 917

HIGHLY CONFIDENTIAL

```
 1    as "the atomic unit" of an API response on the        07:47:55

 2    Facebook side.  Can you elaborate on the

 3    relationship between an API call and a method?

 4         A.   A method is -- refers to a code -- a

 5    piece of code or a set of code on -- in Facebook's     07:48:17

 6    infrastructure that is written to respond to a

 7    given API request.

 8              When an app makes a call to the API,

 9    it -- it supplies information it would like in that

10    request, and those requests are mapped to a method.    07:48:45

11         Q.   Is there a one-to-one mapping between the

12    API and the method that is used to call the

13    information requested by that API?

14         A.   So that -- that depends on your -- on the

15    specific definition of API which is being used         07:49:09

16    in -- in context.

17              So I wouldn't say it's a necessarily a

18    one-to-one mapping, so -- yeah, I wouldn't say it's

19    necessarily a one-to-one mapping.

20         Q.   Can you explain why there isn't             07:49:23

21    necessarily a one-to-one mapping?

22         A.   So, for example, we talk about the Graph

23    API as a -- as a -- as a thing.  But the Graph API

24    is a -- is a collection of methods, and so

25    sometimes people are referring to it an API and       07:49:41
```

Page 918

HIGHLY CONFIDENTIAL

```
1    they mean the Graph API or another company's API      07:49:44

2    or -- or, you know, something like that, or they

3    may be referring to an endpoint -- an API endpoint,

4    or they may be referring to an API synonymous with

5    a method.                                              07:50:02

6            So the terminology used there is -- is

7    ambiguous, and the -- changes depending on the

8    context.

9        Q.   I'm sorry.

10           Does Facebook maintain an index that maps     07:50:11

11   methods to specific API requests?

12       A.   There is code -- there is code that maps

13   an incoming API request to the method which exists

14   to serve that request.

15       Q.   Is that information publicly available?       07:50:35

16       A.   That's -- that refers to Facebook's

17   internal systems of how -- how the API is

18   documented publicly and then how Facebook's

19   internal systems map an incoming API request to a

20   method, which is a concept inside Facebook's code     07:51:05

21   base.

22       Q.   I'm asking because if the method table

23   provides the method, I'm curious how we can use

24   that method that's identified to map to an

25   individual API request.                               07:51:23
```

Page 919

```
 1            Does that make -- does my -- so I'm            07:51:26

 2   asking whether Facebook maintains something that

 3   would enable us to do that.

 4        A.   Facebook maintains ways to resolve a

 5   method from a specific API call.  I'm not aware of     07:51:40

 6   a programmatic method that would map a method to,

 7   say, part of the Facebook developer documentation,

 8   although those mappings can be -- can be drawn

 9   manually.

10            (Exhibit 426 was marked for                   07:51:59

11   identification by the court reporter and is

12   attached hereto.)

13            MR. MELAMED:  I've introduced what's been

14   marked as Exhibit 426.  Exhibit 426 is an excerpt

15   from a CSV file produced in this case, Bates number    07:52:26

16   FB-MDL-MTHD-00080.csv.

17            Mr. Cross and Counsel, for the record,

18   these files are each individually so large that we

19   could not share them, so this is an excerpt of ten

20   rows of one of the -- what have been identified by     07:52:52

21   counsel as the method table files.  I just want to

22   use this as an example to talk through.  I'm not

23   asking questions about these individual entries

24   other than to understand what they -- the

25   information that they represent.                        07:53:08
```

Page 920

HIGHLY CONFIDENTIAL

```
 1          Q.   (By Mr. Melamed)  Mr. Cross, are you      07:53:08

 2    familiar with the type of information that's

 3    reflected in this document, Exhibit 426?

 4          A.   Yes, I am.

 5          Q.   And you reviewed it in preparation for    07:53:24

 6    today?

 7          A.   I -- I -- I think I reviewed this sample

 8    in preparation for today, and I -- I've worked with

 9    API methods previously.

10          Q.   And so can you see my screen, that I'm    07:53:36

11    sharing Exhibit 426?

12          A.   I can, but I also have the information

13    available, so I don't think you need to, unless

14    it's useful for you, Mr. Melamed.

15               MR. MELAMED:  Thank you.  I'll share for  07:53:50

16    now.  I've enlarged -- the only change I've made to

17    what I think you downloaded and is enlarged in

18    column size just so we can see a little bit more of

19    what's in the column.

20          Q.   (By Mr. Melamed)  When you used the       07:53:59

21    method table internally, is this the format that is

22    returned to you?

23          A.   Yes, this matches how information is

24    represented in the method table.

25          Q.   So if you look at column A in that, the   07:54:19
```

Page 921

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | header of column D is DS. | 07:54:22 |
| 2 | Do you see that? | |
| 3 | A.   I do. | |
| 4 | Q.   And what does DS stand for in this | |
| 5 | context? | 07:54:28 |
| 6 | A.   DS is the standard way in which Hive | |
| 7 | tables are partitioned.  It would refer to a | |
| 8 | particular date. | |
| 9 | Q.   So all of the entries on this excerpt | |
| 10 | reflect entries from December 19th, 2019; is that | 07:54:46 |
| 11 | accurate? | |
| 12 | A.   My understanding is that these were -- | |
| 13 | would reflect API calls made by a given application | |
| 14 | in a given 24-hour time window indicated by the | |
| 15 | date, yes. | 07:55:04 |
| 16 | Q.   And column B is app ID. | |
| 17 | Do you see that? | |
| 18 | A.   I do. | |
| 19 | Q.   And that is a -- is the app ID a wholly | |
| 20 | numeric identifier? | 07:55:17 |
| 21 | A.   Yes.  App IDs follow Facebook's standard | |
| 22 | ID infrastructure and are numeric in nature. | |
| 23 | Q.   And what is Facebook's standard ID | |
| 24 | infrastructure? | |
| 25 | A.   So what I mean by that is when an object | 07:55:43 |

Page 922

HIGHLY CONFIDENTIAL

```
1    is created in Facebook's TAO -- TAO-fronted          07:55:46

2    databases, that entity will be given an ID, and

3    those IDs are used for -- today are used for any

4    entity in the Facebook social graph database.

5        Q.   Is there --                                  07:56:13

6        A.   Let -- let me back up.  I want to make

7    sure the record is clear on this.

8             There are -- today, if an entry is

9    created in -- in Facebook's databases, it will be

10   given an ID, but there are entities in Facebook's    07:56:27

11   databases which were created before this ID scheme

12   was -- was created, and in those cases, those

13   entities may have a different form of ID.

14       Q.   When was this ID scheme created?

15       A.   I don't -- I'm not sure on the precise       07:56:48

16   date.  This is a question about Facebook's general

17   data infrastructure, but my understanding is it's

18   worked this way or a variant of this way during

19   my -- my entire tenure at Facebook.

20       Q.   And are you familiar with what the           07:57:06

21   structure of an API ID was before the time period

22   when the --

23            This is a super simple question.  Let me

24   restate this.

25            Do you know what they looked like before?    07:57:26
```

1        A.   My understanding is that app IDs and all        07:57:27

2   Facebook user IDs -- all Facebook object IDs have

3   always been numeric.

4        Q.   They just have a different -- was it a

5   different number of numerals in the ID?        07:57:40

6        A.   Yes.  Facebook's user ID space has -- has

7   increased over time, and earlier on it was a

8   smaller number of digits, and now it's more.

9        Q.   Do any of the digits in an app ID

10  indicate anything about the app?  For instance, do        07:57:59

11  certain -- are certain types of app IDs reflective

12  of the fact that they are internal Facebook apps?

13       A.   No.  The -- the format of a Facebook user

14  ID does not determine whether or not it's internal

15  or external third party.  However, you could        07:58:22

16  theoretically determine broadly if an app idea is

17  old or new based on the number of digits in the ID,

18  for example.

19       Q.   Does Facebook maintain an index of app

20  IDs to app names?        07:58:44

21       A.   Yes.  An app ID in Facebook's TAO

22  database will have a number of fields associated

23  with it, including the app name.

24       Q.   Does it also have the app developer

25  associated with it?        07:59:06

                                              Page 924

```
1         A.    Can you help me understand what -- what        07:59:11

2    you mean by "the app developer."

3         Q.    Sure.

4              If -- an app ID is associated with an

5    individual Facebook app; is that correct?             07:59:17

6         A.    An app ID uniquely refers to a specific

7    Facebook app, yes.

8         Q.    What other information is associated with

9    that app ID in -- in Facebook's internal records?

10        A.    So the kinds of information that would        07:59:38

11   typically be associated with an app ID would

12   include the user IDs of the people who have a role

13   on the application and other metadata, such as when

14   the app ID was created, information about the app's

15   privacy policy in terms of service URLs, and then a   08:00:05

16   number of other metadata fields.  I could -- I

17   could go on for more, but there's a number of

18   things that would be associated with -- with an app

19   ID.

20        Q.    Would it also identify whether an app was     08:00:21

21   still alive on the platform?

22        A.    The answer to that question depends on

23   the definition of -- "still alive."  So I -- can

24   you help me understand what you mean by "still

25   alive," and then maybe I'll be able to give you a     08:00:38
```

| | | |
|---|---|---|
| 1 | more accurate answer. | 08:00:41 |
| 2 | Q.   Would the information associated with an | |
| 3 | app ID in Facebook's internal records indicate when | |
| 4 | an app became available to users on the platform? | |
| 5 | A.   So, again, the answer to that question | 08:00:57 |
| 6 | somewhat depends on what you mean by "became | |
| 7 | available to users on the platform." | |
| 8 | Again, I'm trying -- in terms of being | |
| 9 | helpful, try and give you my understanding of that. | |
| 10 | One of the properties of an app ID is its | 08:01:11 |
| 11 | mode, which at times are called development mode or | |
| 12 | sandbox mode and then public mode.  And one of the | |
| 13 | things that is associated with an app ID is which | |
| 14 | mode it is in.  If an app is in development mode, | |
| 15 | then only people -- users who have been given a | 08:01:32 |
| 16 | specific role on the application can interact with | |
| 17 | the app. | |
| 18 | So one way of determining whether or not | |
| 19 | an app is made available to users is whether or not | |
| 20 | it's in that sandbox mode.  There's other ways, | 08:01:48 |
| 21 | too, but hopefully that provides some general | |
| 22 | information. | |
| 23 | Q.   Is there information associated with an | |
| 24 | app ID that indicates whether an app has been | |
| 25 | suspended from being used on the platform? | 08:02:02 |

Veritext Legal Solutions
866 299-5127

 1          A.   If an app ID has been suspended or --          08:02:12

 2     actually, let me back up.

 3               Can you help me understand what you mean

 4     by "suspended."

 5          Q.   Sure.  I mean it colloquially, but you          08:02:21

 6     can -- is there information associated with an app

 7     ID that indicates that an app has been kicked off

 8     platform or whether an app has been told it has to

 9     do -- make certain adjustments before it can be out

10     of sandbox mode again or any other disciplinary or          08:02:34

11     enforcement actions?

12               MR. SCHWING:  Object to form.

13               THE DEPONENT:  My understanding is that

14     there will be some information about whether or not

15     an app has had -- been enforced upon in some way.          08:02:53

16     Exactly which systems that -- that information is

17     stored in depends on the -- the type of enforcement

18     and when it was applied.

19          Q.   (By Mr. Melamed)  I guess I'm asking

20     whether there's a single table that exists -- like          08:03:10

21     what is the general information in the single

22     table, if there is one, that is associated with an

23     app ID?

24               And I think you started to list some of

25     those types of information.  I'm just trying to          08:03:23

HIGHLY CONFIDENTIAL

```
 1    understand if there are additional types of          08:03:24

 2    information.

 3         A.   Yes.  There is a -- there is table in

 4    Hive that -- and the -- that contains information

 5    about a given app ID.  That table has -- I want to    08:03:36

 6    say it has quite a few columns.

 7              I can continue to try to give you some of

 8    the -- the information I think is the more -- the

 9    more I understand -- that I understand to be in

10    that table.  Those would typically be properties of   08:03:53

11    the ID itself as opposed to a time series, along

12    retrieval of information, which would be contained

13    in other tables.

14         Q.   Would -- how do you refer to the -- I

15    just want to use the right nomenclature.              08:04:18

16              How do you refer to this primary table of

17    apps that are associated with a particular -- the

18    app ID table that we're talking about?  Is there a

19    name for that table?

20         A.   So the table I'm -- I'm referring to I      08:04:33

21    know as "DIM_all_apps."

22         Q.   "DIM"?

23         A.   DIM_all, A-L-L, _apps, A-P-P-S.

24         Q.   That is a Hive table, correct?

25         A.   I understand that to be a Hive table.       08:04:53
```

Page 928

HIGHLY CONFIDENTIAL

```
 1        Q.   Does -- and do -- when you call it --        08:04:59

 2   when you talk about this table -- well, do you ever

 3   talk about this table in emails or in conversations

 4   with colleagues?

 5        A.   It -- it's possible that people have         08:05:14

 6   referred to this table in -- in emails, but...

 7        Q.   I don't mean -- I'm -- I'm not asking for

 8   a question where asking for memory.  I'm just

 9   asking if there's a -- just as the -- we talked

10   about something called the method table, which is    08:05:28

11   actually a slighter longer name, is there a way

12   that you or your colleagues refer to the

13   DIM_all_apps table that is not that full name?

14        A.   Not that I can think of now.  Not that I

15   think of now.  When you're referring to a specific   08:05:48

16   table, typically you use the name of the table.

17        Q.   Does the DIM_all_apps table identify the

18   number of users who have -- Facebook users that

19   logged in to the app?

20        A.   There are -- there are tables that I'm      08:06:08

21   aware of or that I recall exist that include

22   information about the app and information about the

23   usage of the app.  So those -- those tables exist.

24             I -- I can't be 100 percent confident

25   whether or not that information is in the -- the     08:06:30
```

HIGHLY CONFIDENTIAL

1    DIM_all_apps table.                                      08:06:33

2         Q.   Are you confident that it is in another

3    table?

4         A.   I'm confident that there are tables that

5    list app IDs and the usage of those applications in     08:06:45

6    various ways over time.

7         Q.   Do you know -- are any of those not in

8    the DIM_all_apps table?

9         A.   The DIM_all_apps table, in my

10   understanding, refers to a specific table with a         08:07:09

11   specific set of fields, and I -- I don't recall

12   today precisely the full set of fields that that --

13   that table contains.  So -- but I am aware of other

14   tables existing which include information about an

15   app and its usage.                                       08:07:32

16        Q.   And do you recall the names of any of

17   those other tables that contain information about

18   an app and its usage?

19        A.   I don't recall the name of those -- those

20   tables precisely, no, but -- but there are -- I          08:07:43

21   recall having interacted with such tables in the

22   past.

23        Q.   Do you know if there exists something

24   like a pivot table that collects information

25   associated with a single app from different Hive         08:08:07

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1   tables?                                          08:08:10

 2          MR. SCHWING:  Object to form.

 3          THE DEPONENT:  So Facebook's Hive

 4   infrastructure, data infrastructure, allows data

 5   scientists to run queries which join tables      08:08:25

 6   together and -- and produce other tables, either on

 7   an ad hoc basis or in order to create downstream

 8   tables in Hive itself.

 9       Q.   (By Mr. Melamed)  Do you know whether

10   data scientists have you ever queried Hive tables  08:08:45

11   so that the information about apps inclusive of app

12   ID and name and the elements that are in the

13   DIM_all_apps table are combined with information

14   about the app -- apps usage?

15          MR. SCHWING:  Object to form.           08:09:09

16          THE DEPONENT:  Yes, I'm aware of tables

17   that exist that combine information from

18   DIM_all_apps and other sources of information,

19   including app usage.

20       Q.   (By Mr. Melamed)  And what tables are you  08:09:27

21   aware of that combine that information?

22       A.   Again, I -- Facebook's Hive data

23   warehouse has, you know, a large number of tables

24   in it.  I -- I don't recall the specific names of

25   those tables here and now.  So, you know, I'm     08:09:47
```

Page 931

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | afraid -- I'm aware of those tables existing and | 08:09:53 |
| 2 | have -- and having had existed in the past, but | |
| 3 | I -- I can't recall the specific names of those | |
| 4 | tables as we sit here today. | |
| 5 | Q.   If we were to ask you to go back and | 08:10:10 |
| 6 | identify those tables, would you be able to do so? | |
| 7 | A.   I'm -- I'm not a data scientist, and I'm | |
| 8 | today not working on the platform team directly.  I | |
| 9 | likely wouldn't have access to -- to the Facebook | |
| 10 | Hive tables themselves.  I would speak to a data | 08:10:29 |
| 11 | scientist on the platform team to understand what | |
| 12 | was -- what was available. | |
| 13 | Q.   Which data scientist would you speak to? | |
| 14 | A.   I would start with Mark Molaro. | |
| 15 | Q.   How many apps are on Facebook's platform | 08:10:57 |
| 16 | currently, about? | |
| 17 | A.   Can you -- I mean, I -- the answer to | |
| 18 | that question depends on a number of factors as to | |
| 19 | what it means to be an app on -- on Facebook's | |
| 20 | platform and whether or not it's active.  Today I | 08:11:19 |
| 21 | don't have the precise number of apps that are | |
| 22 | available on Facebook's platform. | |
| 23 | Q.   Is one of the pieces of information that | |
| 24 | is associated with an app in any Hive table whether | |
| 25 | the app is a first-party Facebook app or not? | 08:11:39 |

Page 932

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Object to form.              08:11:50

 2            THE DEPONENT:  My understanding is that

 3     there is today a determination of whether or not an

 4     app ID is considered a first-party application.  I

 5     assume that information is stored somewhere in       08:12:05

 6     Hive, but I couldn't be sure.

 7        Q.   (By Mr. Melamed)  Do you know the time

 8     period for which the method -- the information in

 9     the method tables is available?

10        A.   The method table goes back to 2012, in my    08:12:28

11     understanding.

12        Q.   Going back to Exhibit 426, which is the

13     excerpted ten rows.  I'm sorry; it's only nine rows

14     of the method table.

15            Column C is the method.                      08:12:44

16            Do you see that?

17        A.   I do see that.

18        Q.   And that, as you described it before, is

19     the atomic element of the piece of code that is

20     used to call a particular type of information; is    08:12:54

21     that right?

22        A.   A method refers to a -- a piece of code

23     in Facebook's infrastructure that's used to create

24     a response to an API request.

25        Q.   Okay.  So I asked you before whether         08:13:10
```

Veritext Legal Solutions
866 299-5127

1     there was a mapping of API requests to a -- method          08:13:13

2     calls.  Am I using the lingo correctly?  I don't

3     mean to be confusing.

4              MR. SCHWING:  Object to form.

5              THE DEPONENT:  So going back to what I --          08:13:27

6     I think I referred to earlier is when an API call

7     is made, there is a system which takes that API

8     request and determines which method is run to

9     create the API response.  So that's -- that's

10    how -- that's how the system works.                         08:13:48

11        Q.   (By Mr. Melamed)  Is that system

12    something that could be produced in this case?  Is

13    that a -- is it a tool that Facebook maintains, or

14    is it a list, a table?

15             MR. SCHWING:  Outside the scope of the             08:14:00

16    deposition.  Object to form.

17             THE DEPONENT:  So the way in which an API

18    request is received and processed is -- is code,

19    and it's my understanding it's code that runs to

20    determine which method to execute in response to an         08:14:21

21    incoming API request.

22        Q.   (By Mr. Melamed)  So there's no public

23    way to identify the API requests that are

24    associated with the methods that are in rows 2

25    through 10 in column C of Exhibit 426; is that              08:14:40

                                                        Page 934

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | accurate? | 08:14:44 |
| 2 | MR. SCHWING:  Object to form. | |
| 3 | THE DEPONENT:  There is -- you can read | |
| 4 | some of these entries here and -- and understand | |
| 5 | what the API request would have been in order to -- | 08:14:55 |
| 6 | to -- to hit the method. | |
| 7 | Q.  (By Mr. Melamed)  Okay.  That's helpful, | |
| 8 | but it's not an answer to my question, which is -- | |
| 9 | if -- if plaintiffs in this case wanted an index | |
| 10 | that provided API requests and cross-referenced | 08:15:16 |
| 11 | those API requests to the method so that we could | |
| 12 | make use of the method table, is that something | |
| 13 | that is -- that could -- is that even within the | |
| 14 | realm of possibility as something that could be | |
| 15 | produced? | 08:15:35 |
| 16 | MR. SCHWING:  It's outside the scope of | |
| 17 | the deposition.  Object to form. | |
| 18 | THE DEPONENT:  I -- I'm not sure I'm an | |
| 19 | expert in what -- what can be produced or in what | |
| 20 | form that would be appropriate.  If it would help | 08:15:50 |
| 21 | if, we could go through these and I could talk | |
| 22 | through my understanding of how they map to an API | |
| 23 | method, and if that would be useful, then that | |
| 24 | might be help you interpret this information. | |
| 25 | Q.  (By Mr. Melamed)  Thank you for the | 08:16:07 |

Page 935

```
 1   offer.  Unfortunately, these are nine rows out of      08:16:07

 2   many, many, many millions and were not selected as

 3   the rows that were the methods -- based on the

 4   methods.  They were just a selection of the first

 5   nine rows of a particular document.                     08:16:21

 6            So we'll have to -- that's something I

 7   think we will have to discuss with counsel.

 8            Row -- I'm sorry.  Column D has the

 9   header "CNT."

10            Can you tell me what "CNT" stands for?        08:16:39

11       A.   "CNT" stands for count.

12       Q.   And what does "count" mean in this

13   context?

14       A.   "Count" in this context means the number

15   of API requests made by that application to that       08:16:54

16   Graph API method within the given 24-hour time

17   window described by the DS column.

18       Q.   So to take row 2 as an example, the first

19   four columns indicate that on -- in the 24 hour

20   time period of December 19th, 2019, an app -- an        08:17:18

21   application with the ID number in column B would --

22   made API requests corresponding to the method

23   GR:Post:page/messenger_profile 12 times; is that

24   accurate?

25       A.   A caveat here is that my understanding of      08:17:46
```

Page 936

HIGHLY CONFIDENTIAL

```
 1    the count column is that this what's known in            08:17:47

 2    Presto as "approx count" or in Hive as "approx

 3    count," and so it's -- it's a count that is

 4    accurate to within a high degree of accuracy but --

 5    but may not be 100 percent accurate.  But it can be     08:18:06

 6    assumed to be as accurate as needed.

 7         Q.   Assumed to be accurate as needed by whom?

 8         A.   In general, when -- my understanding is

 9    it's -- it's accurate to within 95 percent of the

10    true value, at least, if not more.                      08:18:27

11         Q.   Do you know -- do you know what -- the

12    reason that it is not accurate for 100 percent of

13    the value?

14         A.   My understanding that that's due to

15    computational intensity.  The approx count function    08:18:50

16    in -- Presto, which is the query engine, is --

17    produces a result with -- that's highly accurate

18    with significantly less computing power.

19         Q.   And then column E is users.  Do you know

20    what the information reflected in that column           08:19:13

21    means?

22         A.   My understanding is this refers to the

23    number of distinct user access tokens or entity

24    access tokens that were used to make the API

25    requests.                                               08:19:32
```

Page 937

HIGHLY CONFIDENTIAL

```
 1        Q.   So for row 2, those 12 requests had a        08:19:33

 2   95 percent accuracy level by that one app for the

 3   particular method in the 24 hours of December 19th,

 4   2019, were made by a single -- on behalf of a

 5   single user; is that accurate?                         08:19:51

 6        A.   That's my understanding of what -- what

 7   column B means, yes.

 8        Q.   Okay.  If you look at Column E, row 9.

 9   There are other rows that have this information,

10   too, but just for -- for purposes of this              08:20:05

11   discussion, row 9 has users as zero.  And that app

12   in row 9 during the 24 hour time period on

13   December 19th, 2019, requested a particular method

14   GR:get:\search:place 480 times but did so on behalf

15   of zero users.                                         08:20:35

16            Do you see that?

17        A.   I do see that.

18        Q.   Do you know how that -- how it was zero

19   users -- how that many --

20            Let me rephrase the question.                 08:20:42

21            Do you know how an API request could be

22   made, let alone made 480 times, without the user

23   having requested it?

24        A.   There are --

25            Sorry.  Say that again, Austin.               08:21:05
```

Page 938

```
 1              MR. SCHWING:  Object to form.              08:21:07

 2         You can go ahead and answer, Mr. Cross.

 3         THE DEPONENT:  Apps have what's called an

 4    "app access token," which does not refer to a

 5    particular user's authenticated session, and my     08:21:16

 6    understanding is that it's likely that those calls

 7    were made with an app access token, not a user

 8    access token.  I can't 100 percent of that, because

 9    I'd need to fully understand the lineage of the

10    data systems, but that's -- that's my understanding 08:21:36

11    of -- of how you would have API requests in here

12    without them being ascribed to a number of users.

13         Q.   (By Mr. Melamed)  And then column F --

14    and we can refer to return to row 2 for this -- is

15    the -- the header of column F is "CNT_successful."  08:21:56

16         Do you know what that stands for?

17         A.   That -- that refers to count successful.

18         Q.   And what does count successful mean in

19    this context?

20         A.   My understanding is that refers to        08:22:12

21    whether or not the API -- the Graph API

22    infrastructure considered the request by the

23    third-party app to be a successful request.

24         Q.   What makes a successful request?

25         Let me rephrase that.                          08:22:27
```

Page 939

1           What does it mean in context of this        08:22:32

2     spreadsheet to call a request successful?

3         A.   My understanding is it means that the app

4     made a well-formed request and that the API

5     returned a response or was able to return a        08:22:49

6     response -- a response to that request.

7         Q.   Is it possible to return a response that

8     does not provide information in response to a

9     request?

10          Actually, let me -- do you understand        08:23:03

11    what I'm asking with that question?  I'm sorry.

12    This is --

13          MR. SCHWING:  The question is vague.

14          MR. MELAMED:  Yeah.  So --

15          MR. SCHWING:  If you do know what he         08:23:13

16    means, go ahead.  But I don't -- it seems to me

17    there was uncertainty.

18          MR. MELAMED:  I know what I intend to

19    mean.  I'm not sure I communicated it to you,

20    Simon -- or Mr. Cross.  I'm sorry.               08:23:22

21        Q.   (By Mr. Melamed)  So if you're able to

22    answer, just state what you think -- the question

23    you think you're answering and I'll help to

24    clarify.

25          If you're not able to answer, I'm happy       08:23:31

1    to clarify.                                                  08:23:33

2           MR. SCHWING:  Yeah, I'm going to restate

3    the objection that it's vague.

4           THE DEPONENT:  What I think you mean is

5    is it possible for the API to -- to return                  08:23:52

6    successful -- to -- for the API request to be

7    considered successful but return no information?

8    Is that -- is what you're asking?  If so --

9        Q.   (By Mr. Melamed)  Yes.  Let's -- let's

10   say -- let's put a different example on here.               08:24:07

11          Let's say there was an API call made for

12   your friend's religious and political preferences,

13   and that API call was well formed, and so it

14   reflects in this method table in the counts and the

15   users.  And would that -- but you had not provided          08:24:27

16   access to that information to the app.

17          Would that return has -- be indicated in

18   the CNT successful as a successful query for that

19   information?

20          MR. SCHWING:  Vague.  Incomplete                     08:24:46

21   hypothetical.

22          THE DEPONENT:  Yeah, again, the -- a full

23   answer here like -- might require some -- some --

24   some digging in exactly how these data pipelines

25   work.                                                       08:25:07

HIGHLY CONFIDENTIAL

```
 1              So -- but -- but my understanding is that      08:25:07

 2   the API would return a successful response even if

 3   there was no information returned based on the

 4   permissions and your privacy settings.  As far as

 5   the API concerned, it was a lawful request and it      08:25:28

 6   was able to provide a response, but that response

 7   being empty because of permission checks not

 8   passing would be considered a successful request

 9   even in -- in the case of empty response.

10       Q.   (By Mr. Melamed)  Thank you.  That's        08:25:48

11   helpful.

12              Is there any other information other than

13   these columns reflected in the method table?

14       A.   My understanding is -- is this is

15   representative of what is stored in -- in the         08:26:03

16   method table.

17              MR. SCHWING:  We've been going about an

18   hour.

19              MR. MELAMED:  We can go off the record

20   and take a break.                                     08:26:17

21              THE VIDEOGRAPHER:  Okay.  We're off the

22   record.  It's 8:26 p.m.

23              (Recess taken.)

24              THE VIDEOGRAPHER:  We're back on the

25   record.  It's 8:50 p.m.                               08:50:30
```

Page 942



Page 943



Page 944

HIGHLY CONFIDENTIAL

8           (Exhibit 427 was marked for

9     identification by the court reporter and is

10    attached hereto.)                              08:54:14

11          MR. MELAMED:  So I've marked what's

12    been -- or I've introduced what's been marked as

13    Exhibit 427.  You're going to see that the

14    Exhibit Share is unable to preview the file, and

15    I'm happy to share my screen to show it.        08:54:30

16          Q.   (By Mr. Melamed)  It is Facebook -- I'm

17    sorry.  The Bates number is FB-CA-MDL-02936298.tsv.

18    I'll note that the version you're looking at on my

19    screen says "(2)" because I had downloaded it

20    earlier, and I'll state for the record that I      08:55:00

21    haven't made any changes to this other than to wrap

22    text and expand the columns so that we can see

23    them.

24          I'll also state for the record that this,

25    like the method tool spreadsheet we were looking at  08:55:17

Page 945

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | before, is an excerpt of a much larger document, so | 08:55:19 |
| 2 | this is only ten rows, so the column header and | |
| 3 | then nine entries.  And I just want to do something | |
| 4 | similar to what we just did with the method tool. | |
| 5 | MR. SCHWING:  And, Matt, just so I'm | 08:55:33 |
| 6 | clear -- I appreciate that description.  So this | |
| 7 | is -- there was a larger spreadsheet, and this is | |
| 8 | just the first ten rows of that spreadsheet?  You | |
| 9 | didn't change the ordering? | |
| 10 | THE DEPONENT:  Correct.  I -- that is my | 08:55:46 |
| 11 | understanding.  I'm sorry if we did, but I did not | |
| 12 | intend to change any ordering.  It's intended to | |
| 13 | just reflect -- | |
| 14 | MR. SCHWING:  Okay. | |
| 15 | MR. MELAMED:  -- these -- the column | 08:55:57 |
| 16 | header and then nine -- I think the first nine | |
| 17 | rows. | |
| 18 | Q.   (By Mr. Melamed)  Mr. Cross, have you | |
| 19 | seen -- are you familiar with the content reflected | |
| 20 | in this excerpt? | 08:56:09 |
| 21 | A.   I -- it looks similar to something I've | |
| 22 | reviewed previously.  I'm familiar -- I'm familiar | |
| 23 | with -- with the content, I think, yes. | |

Page 946

HIGHLY CONFIDENTIAL



Page 947



Page 948

HIGHLY CONFIDENTIAL



Page 949

HIGHLY CONFIDENTIAL



Page 950

HIGHLY CONFIDENTIAL



Page 951



Page 952

HIGHLY CONFIDENTIAL



Page 953

HIGHLY CONFIDENTIAL



Page 954

HIGHLY CONFIDENTIAL



Page 955

HIGHLY CONFIDENTIAL



Page 956

HIGHLY CONFIDENTIAL



Page 957

HIGHLY CONFIDENTIAL



Page 958



Page 959

HIGHLY CONFIDENTIAL



Page 960

HIGHLY CONFIDENTIAL



Page 961



Page 962

HIGHLY CONFIDENTIAL



Page 963

HIGHLY CONFIDENTIAL



15          (Exhibit 428 was marked for                    09:25:48

16     identification by the court reporter and is

17     attached hereto.)

18          MR. MELAMED:  I have introduced what's

19     been marked as Exhibit 428.  This one you should be

20     able to open in your Exhibit Share, but I will        09:26:45

21     share my screen in a second.

22          While you're pulling it up, Exhibit 428

23     is, again, an excerpt of this spreadsheet provided

24     by Facebook at FB-CA-MDL-02936296.

25          Q.   (By Mr. Melamed)  And we went through the   09:27:17

                                                   Page 964

HIGHLY CONFIDENTIAL

```
 1    same process here.  It's not a -- you know, it's a        09:27:18

 2    fairly random selection of the first several rows

 3    just so we can discuss the information that's

 4    provided on this spreadsheet.

 5            And for ease of legibility, I'm going to           09:27:29

 6    stretch the columns out a little bit and share my

 7    screen.

 8            While I'm doing this, have -- are you

 9    familiar with this document, Mr. Cross?

10        A.   I am familiar with this document.                09:27:47

11        Q.   And you reviewed this in preparation for

12    testifying today?

13        A.   I did.

14        Q.   What does this document reflect?  What is

15    your understanding of the information that this            09:27:59

16    document reflects?
```



Page 966

HIGHLY CONFIDENTIAL



Page 967



Page 968

HIGHLY CONFIDENTIAL



Page 969

HIGHLY CONFIDENTIAL



Page 970



Page 971

HIGHLY CONFIDENTIAL



Page 972

HIGHLY CONFIDENTIAL



Page 973

HIGHLY CONFIDENTIAL



Page 974

HIGHLY CONFIDENTIAL



Page 975

HIGHLY CONFIDENTIAL



Page 976



Page 977



Page 978

HIGHLY CONFIDENTIAL



Page 979

HIGHLY CONFIDENTIAL



21          MR. MELAMED:  Let's go off the record.

22          THE VIDEOGRAPHER:  Okay.  We're off the

23   record.  It's 9:54 p.m.

24          (TIME NOTED:  9:54 p.m.)

25               ---o0o---

Page 980

HIGHLY CONFIDENTIAL

1       I, Rebecca L. Romano, a Registered

2   Professional Reporter, Certified Shorthand

3   Reporter, Certified Court Reporter, do hereby

4   certify:

5       That the foregoing proceedings were taken

6   before me remotely at the time and place herein set

7   forth; that any deponents in the foregoing

8   proceedings, prior to testifying, were administered

9   an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13      Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17      I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20      IN WITNESS WHEREOF, I have this date

21  subscribed my name this 23rd day June, 2022.

22

23

24      Rebecca L. Romano, RPR, CCR

25      CSR No. 12546

HIGHLY CONFIDENTIAL

1        I, SIMON CROSS, do hereby declare under

2    penalty of perjury that I have read the foregoing

3    transcript; that I have made any corrections as

4    appear notes; that my testimony as contained

5    herein, as corrected, is true and correct.

6        Executed this __6th__ day of _____August_____,

7    2022, at _____,_____.

8

9

10

11

12    _____

13        SIMON CROSS

14

15

16

17

18

19

20

21

22

23

24

25

                                    Page  984

HIGHLY CONFIDENTIAL

1    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2    SIMON CROSS (JOB NO. 5281223)

3                    E R R A T A   S H E E T

4    PAGE__741__ LINE__15__  CHANGE___"Facebook" to_____

5      "how Facebook"  _____

6    REASON__misspoke_____

7    PAGE__742__ LINE__9__  CHANGE____"No" to "Objection"_____

8    _____

9    REASON__transcription error_____

10   PAGE__743__ LINE__7__  CHANGE___"with" to "which"_____

11   _____

12   REASON__transcription error_____

13   PAGE__760__ LINE__18__  CHANGE__"compute" to "computing"

14   _____

15   REASON__transcription error_____

16   PAGE__761__ LINE__21__  CHANGE___"compute" to "computing"

17   _____

18   REASON__transcription error_____

19   PAGE__768__ LINE__14__  CHANGE___"detail" to "detailed"__

20   _____

21   REASON__transcription error_____

22

23   _____        6th Aug 2022
                                          _____

24   SIMON CROSS                          Date

25

                                          Page 985

HIGHLY CONFIDENTIAL

1  RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2  SIMON CROSS (JOB NO. 5281223)

3          E R R A T A   S H E E T

4  PAGE__796__ LINE__6____ CHANGE ███████████_____

5  _____

6  REASON___transcription error_____

7  PAGE__803__ LINE__4____ CHANGE "Ally" to "Ali"____

8  _____

9  REASON___transcription error_____

10 PAGE_810_ LINE_2___ CHANGE "in" to "with"_____

11 _____

12 REASON___transcription error_____

13 PAGE_835_ LINE_13__ CHANGE___████████████_____

14 _____

15 REASON___transcription error_____

16 PAGE_835_ LINE_21__ CHANGE__"████████████_____

17 _____

18 REASON___transcription error_____

19 PAGE_836_ LINE_14__ CHANGE__████████████_____

20 _____

21 REASON___transcription error_____

22

23 _____    6th Aug 2022
                                        _____

24 SIMON CROSS                          Date

25

Page 985

HIGHLY CONFIDENTIAL

1    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2    SIMON CROSS (JOB NO. 5281223)

3                    E R R A T A   S H E E T

4    PAGE_838_ LINE_3_ CHANGE___delete "time"_____

5    _____

6    REASON_misspoke_____

7    PAGE_844_ LINE_7_ CHANGE_████████████████_____

8    _____

9    REASON_transcription error_____

10   PAGE_848_ LINE_19_ CHANGE_"Ally" to "Ali"_____

11   _____

12   REASON_transcription error_____

13   PAGE_861_ LINE_16_ CHANGE_████████████_____

14   _____

15   REASON_transcription error_____

16   PAGE_871_ LINE_24_ CHANGE_██████████████████__

17   ███████████████_____

18   REASON_transcription error_____

19   PAGE_878_ LINE_14_ CHANGE_██████████████_____

20   ██████████_____

21   REASON_transcription error_____

22

23   _____    6th Aug 2022
                                          _____

24   SIMON CROSS                          Date

25

                                         Page 985

HIGHLY CONFIDENTIAL

```
 1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

 2   SIMON CROSS (JOB NO. 5281223)

 3                  E R R A T A   S H E E T

 4   PAGE_883_ LINE_24_ CHANGE_"hear..." to_____

 5    "hear privileged information."_____

 6   REASON_transcription error_____

 7   PAGE_891_ LINE_7_ CHANGE ████████████_____

 8      ████████████_____

 9   REASON_transcription error_____

10   PAGE_905_ LINE_7_ CHANGE_████████████_____

11   _____

12   REASON_misspoke_____

13   PAGE_924_ LINE_13_ CHANGE_"user" to "app"___

14   _____

15   REASON_misspoke_____

16   PAGE_924_ LINE_16_ CHANGE_"idea" to "ID"____

17   _____

18   REASON_transcription error_____

19   PAGE_948_ LINE_25_ CHANGE_████████████_____

20   _____

21   REASON_transcription error_____

22                                      .

23   _____     6th Aug 2022
                                 _____
24   SIMON CROSS                     Date

25
```

Page 985

HIGHLY CONFIDENTIAL

RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

SIMON CROSS (JOB NO. 5281223)

E R R A T A   S H E E T

PAGE___949___ LINE___3___   CHANGE ████████████████_____

_____

REASON___transcription error_____

PAGE_____ LINE_____   CHANGE_____

_____

REASON_____

PAGE_____ LINE_____   CHANGE_____

_____

REASON_____

PAGE_____ LINE_____   CHANGE_____

_____

REASON_____

PAGE_____ LINE_____   CHANGE_____

_____

REASON_____

PAGE_____ LINE_____   CHANGE_____

_____

REASON_____

_____      6th Aug 2022
                                  _____
SIMON CROSS                       Date

Page 985

**[& - 3:18]**

## &

**&** 725:14 726:19
728:5 729:5 730:5
733:18 735:10
982:23 983:9

## 0

**00080** 732:16
**00080.csv.** 920:16
**018** 732:22
**022** 732:16
**02843** 725:6 726:6
**029362498** 732:19
**02936296** 732:22
964:24 973:16
**02936298.tsv.**
945:17

## 1

**1** 983:1
**10** 934:25
**100** 791:24 929:24
937:5,12 939:8
976:15
**12** 817:3 936:23
938:1
**1201** 727:11
**12546** 725:20
981:25
**12:23:51** 957:19
957:22
**12th** 728:9
**14** 838:20
**145330** 968:6
**15** 742:16 770:16
774:20,20 813:23
913:24
**1600** 728:10
**18** 725:6 726:6
**1801** 730:8
**1881** 730:16

**19** 882:8
**19th** 922:10
936:20 938:3,13
**1:35** 726:18 733:2
733:6

## 2

**2** 735:11,16,25
738:4 934:24
936:18 938:1
939:14 945:19
957:7 968:6
**2.1** 853:3
**2.3** 853:4
**20** 725:16 726:18
733:1 982:4
**20-0466** 725:22
**200** 881:17
**2001** 729:16
**2007** 769:11,12,15
770:19,21,22,24
792:5 850:15,18
852:14,16 874:11
879:17 900:20
905:17
**2008** 771:8,10,12
792:6
**2009** 771:23,25
**2010** 772:1,4,12,17
773:7,10 789:9
791:24 792:7
840:23 850:24
852:14,17
**2011** 773:17,19,23
775:4 776:17,23
791:7,24 815:11
816:7 817:3
837:12,14 908:15
**2012** 791:7 815:11
816:7 817:7,24
821:3,10 837:12
837:14 933:10

944:12
**2013** 797:14 821:3
821:10 826:8,13
838:20 910:13
944:12,13
**2014** 752:16
794:12 826:8,13
831:8 833:20,22
833:24,25 834:19
834:21 835:5,11
836:4,7 842:5,7,13
843:13 844:3
845:10 846:10,19
847:1,2 910:13
914:13,20
**2015** 794:21
957:18,22
**2016** 794:21
**2017** 910:14
**2018** 822:19,25
882:7,8 885:6,7
910:14 977:23,25
978:10,14
**2019** 756:21 759:4
759:13 761:14
764:3,24 885:8
922:10 936:20
938:4,13 977:23
977:25 978:10,14
**2020** 759:4,14
764:25
**2022** 725:16
726:18 733:1,6
981:21 982:2,4
984:7
**2022-06016**
732:12
**2025.520** 982:9,12
**206** 727:14
**20th** 733:6

**2100** 729:17
**213** 731:10
**214** 729:19
**23** 982:2
**23:51.0** 957:9
**23rd** 981:21
**24** 922:14 936:16
936:19 938:3,12
**25** 751:17 754:5
**253-9706** 731:10
**2843** 725:4 726:4
**298-5735** 730:11
**2:53** 785:21
**2c** 740:10
**2cu** 744:5
**2d** 744:20 800:15
800:16 847:5
848:16,20

## 3

**3** 868:3
**30** 725:12 735:11
757:2 983:1
**3000** 729:9
**303** 730:11
**30th** 833:20,22,25
834:19,21 842:5,7
842:13 843:13
844:3 845:10
846:10,19 847:1,2
**3200** 727:12
**325** 867:5
**32nd** 731:8
**3491** 725:23
**36** 958:10,11
**36,000** 868:18,20
**36,008** 870:4
**36,608** 868:14
869:22 871:6
**393-8200** 729:11
**3:18** 785:24

Page 1

**[3rd - acquired]**

| | |
|---|---|
| **3rd** 848:14 | |

**4**

**4** 725:17 732:3
  733:8 867:24
  975:14 976:12
**415** 728:12 729:11
**4200** 730:9
**425** 732:11 867:1,5
  867:8
**426** 732:15 920:10
  920:14,14 921:3
  921:11 933:12
  934:25
**427** 732:18 945:8
  945:13
**428** 732:21 964:15
  964:19,22 979:9
**445-4003** 728:12
**480** 938:14,22
**4:44** 840:9
**4:57** 840:12

**5**

**5281223** 725:24
  982:4 985:2
**55** 751:20
**555** 728:9 729:8
  731:7
**5th** 731:7

**6**

**6** 725:12 735:11,14
**60** 757:2
**612** 870:4 871:6
**623-1900** 727:14
**650** 730:18
**698-3204** 729:19
**6:09** 884:15
**6:53** 884:18

**7**

**7** 735:14
**725** 725:25
**7321** 981:23
**735** 732:5
**75201** 729:18
**7th** 957:18,22

**8**

**8** 735:12,16,25
  745:2,4,6,19,22,24
  889:7,8
**80202-2642**
  730:10
**827** 725:21
**849-5206** 730:18
**867** 732:11
**8:26** 942:22
**8:50** 942:25

**9**

**9** 938:8,11,12
**90013** 731:9
**920** 732:15
**94105-0921**
  729:10
**94304-1211**
  730:17
**945** 732:18
**94607** 728:11
**95** 937:9 938:2
**964** 732:21
**98101** 727:13
**985** 725:25
**9:54** 980:23,24

**a**

**abilities** 855:21
**ability** 842:21
  866:10 876:15
  905:6
**able** 741:1,6
  762:19 763:6

766:12 772:10
775:18 780:24
805:10 814:5,7
819:4 821:8 822:7
835:24 848:4
851:11 852:20
853:13 854:6
856:5 857:14
867:25 868:11
906:19 907:7
925:25 932:6
940:5,21,25 942:6
959:9 964:20
**absence** 976:16
**accept** 960:11
**accepting** 857:16
**access** 758:18,18
  758:21,24 762:9
  762:13,15,20,23
  766:19 767:19
  786:8 787:17
  789:10 791:16
  792:11 793:6
  802:18 820:23
  829:12,23 836:22
  837:6,25 838:13
  839:5 841:3,11
  850:15 851:11
  852:25 853:19
  855:2 859:17,18
  864:1,10,11,20,23
  866:4,12 867:19
  869:23 873:6,15
  873:19,20,21,23
  874:1,2,4,8 875:18
  875:25 876:17
  877:17 878:5,6,8
  878:16 879:6
  881:20 887:6
  905:22 909:22
  917:14 932:9

937:23,24 939:4,7
939:8 941:16
943:7,9 944:20
947:22 953:24
954:2,12,15,21,23
955:14,20 960:20
961:2 965:20,21
966:9,11,11
969:11 975:19,22
976:22 978:2,5,7
**accessed** 764:20
  767:4,5 786:12,15
  786:17,21 787:3
  808:14 809:6
  860:20 962:10
**accessible** 738:6
  738:20 739:6
  740:6,12 787:8
  788:7 959:10
**accessing** 801:4
  840:20 853:23
  854:15 907:2
**account** 894:18
**accuracy** 937:4
  938:2
**accurate** 741:12
  754:21 773:16
  784:2 798:2 802:9
  808:5 845:5
  853:12 855:5,9
  890:4,20 915:6
  922:11 926:1
  935:1 936:24
  937:4,5,6,7,9,12
  937:17 938:5
  943:17 950:16
**accurately** 745:4
**achievable** 775:11
**acquired** 800:25
  811:2 819:24
  828:14 829:4

Page 2

**[acquired - answer]**

830:6 836:21
840:17 844:19
845:8 846:8 847:8
848:1
**act** 782:16 810:9
892:7 894:10
**action** 879:11,15
897:24 951:14,15
951:16 956:24
957:24 958:2,5,6,8
958:13,14,18,22
963:25 964:8,11
964:13 976:10
977:4,16 981:18
981:19
**actions** 725:9
726:9 908:11,13
908:22 927:11
957:4
**active** 855:4
915:18 932:20
**actively** 979:15
980:5,13
**activities** 891:14
897:19
**activity** 820:9,24
826:11 831:3,6
832:6,22 891:2
905:24 907:11,16
908:16,17 909:23
910:4,9
**actors** 831:17
**actual** 746:17
775:21 835:15
**ad** 931:7
**adaniel** 727:17
**add** 737:15
**added** 793:1
948:17 949:2
950:9,19,23
967:18 977:14

978:4
**additional** 849:6
928:1 954:10
**address** 785:3
849:10
**addresses** 823:20
825:10
**adele** 727:8 733:19
**adjustments** 927:9
**administered**
735:2 981:8
**administering**
734:10
**admitted** 837:7
**advance** 870:11
**advanced** 855:1,6
855:10,22
**advent** 789:8
790:12,15,18
**adversarial**
811:19 814:22
**advertisers** 736:20
739:17 740:20
745:15,20 746:7
746:21 850:14
912:1
**advertising** 736:4
736:10,13,22
739:1,8 891:7,11
891:11,21,23,24
912:14
**aeo** 732:12
**afraid** 751:4
761:25 763:7
773:5,15 774:9
775:1 807:21
810:3 822:12
838:9 839:2,9
859:20 861:23
932:1 958:12
963:20 978:25

**aggregated** 912:12
912:16,18,21
**ago** 772:15 784:1
839:3 860:6
861:21 967:1
**agree** 734:9
877:21
**ahead** 759:20,20
780:7 796:16
824:8 845:2,2
861:9 867:15
877:9 891:8 904:8
939:2 940:16
948:14 954:8
980:14
**alive** 925:21,23,25
**allow** 797:19
816:20 838:3
855:16 857:9
883:16 952:15
955:19
**allowed** 775:22
789:10 791:4
850:19 851:19,21
857:5 907:10
910:8 955:2
**allowing** 875:1
**allows** 931:4
**ally** 803:4 827:6
835:13,21 836:14
844:7 848:19
**alternative** 950:8
**alto** 730:17
**ambiguous** 919:7
**amount** 757:1
787:10 796:5
**amounts** 760:17
760:18
**analysis** 913:23
914:10,13

**analytica** 882:25
978:18
**analytics** 910:10
**android** 882:23
901:19,22
**angeles** 731:9
**announced** 752:16
834:20 852:17,22
853:3,7,12
**announcement**
853:6 882:5 885:5
**anomalous** 812:6
**anomaly** 823:7
**answer** 735:17
736:9,12 739:4
740:1,4 741:6,18
743:19 746:8,22
747:15 750:10
759:9 761:4,17,20
761:25 763:7,9
764:6 765:13,17
765:18,20 768:4
768:20 770:4
771:13,16 772:19
773:13,16 779:22
780:9 782:5,25
783:21 784:2,12
786:18 787:4,6
795:16 799:9,13
805:21 806:8
810:2 811:16
812:10,11,12,14
814:5,7 819:4,17
827:6 835:23,25
836:2,10 839:9
844:7 846:4 854:4
854:11 855:23
858:17 860:16,24
861:11,23 872:21
880:3 889:25
890:4,20 891:8

**[answer - app]**

900:17 902:22,22
912:6,7 913:4,5,8
913:22 914:2
915:1,3,6 925:22
926:1,5 932:17
935:8 939:2
940:22,25 941:23
950:18 954:8
967:8
**answerable**
765:23,23
**answered**   857:19
859:14 861:4
**answering**   749:13
940:23
**answers**   762:2
765:21 782:21
849:7 868:11
900:14
**anticipate**   867:10
**anybody**   763:17
889:21
**anymore**   882:19
**api**   739:11 741:5
744:11,15 748:15
749:2,4 762:18
767:22,23 768:5,6
768:10,14,17,19
768:21,23,23
769:14,22,24
770:2,6,11,13,18
770:20,22,23
771:8,9,11,23,25
772:1,3,7,12
773:17,20,23,24
774:6,11,15 775:3
775:14,16 776:18
776:22 777:1,1,3,3
777:11,15,16,21
777:25 778:5,5,6,6
778:9,9,12,17,21

778:22,24,25
779:16,16 780:13
780:16,19 781:14
781:21,24 786:8
787:17,19,22,24
788:1,21 790:12
790:15,18,19,20
792:4,4,5,5,7,23
792:24 794:17,18
795:5,7 811:7,11
811:15 812:2,4,8
812:13,16,20,21
813:1,2 814:11,11
814:16 815:18,18
816:3,11,21 817:2
817:8 818:1,7,9,9
823:19 825:9,24
834:3 842:21
850:8,9,19,19,23
851:2,8,9,10,12,22
852:2,9,11,11,13
852:16,20,21
853:2,6,8,11,17,21
854:12 855:15,19
856:4,18 857:18
858:1,3 859:2,8,23
860:23 861:16,17
862:5,6,14,14,19
862:19 863:3,5,8
863:17 864:2,4,5
864:10,13 865:13
865:20,24 866:21
866:22 873:7,8,10
873:13,22,23
878:6,9,9,10,10,10
878:19 885:23
886:3,5,25 887:5
887:11,12,13,13
887:20,22 888:4
888:23 890:24
891:15 905:22,23

909:22 910:2
911:13,19,20,21
911:21,23 914:6
914:12 917:7,9,9
917:11 918:1,3,7,8
918:12,13,15,23
918:23,25 919:1,1
919:3,4,11,13,17
919:19,25 920:5
921:9 922:13
923:21 933:24
934:1,6,7,9,17,21
934:23 935:5,10
935:11,22 936:15
936:16,22 937:24
938:21 939:11,21
939:21 940:4
941:5,6,11,13
942:2,5 943:14
944:18 960:14,18
960:22,23 961:3,9
961:10 962:8
978:1 979:3,4
**apis**   749:4 775:21
777:18 778:4,14
779:11,19 780:1
780:10 789:14
790:16 795:8
853:18 960:18
978:11,15
**apologies**   842:20
869:25
**apologize**   818:10
877:7
**app**   762:13,15,19
762:22 766:17,18
766:22 767:23
773:1,1 775:3
786:5,8,15 788:22
793:20,21,23
794:2,9,11,16

795:1,9,18 796:1,2
796:24 797:5,7,15
797:17,23 798:1,3
798:10 802:6
803:15,20,22,22
803:23 805:6,7,10
812:19 813:1
815:19 816:23
818:25 828:18
829:10,10 830:10
830:25 831:6
832:1,9,19 833:2,4
833:6,7,18,19,22
833:23,25 834:5
834:11,16,20,22
835:1,4,13 838:2
838:23 839:6
841:3,7,11,14,20
841:20,21,24
842:4,4,8 843:9,12
846:23 847:1,2
855:22 856:18
861:16 862:7,15
863:17 864:9,9,15
864:15,17 865:4,4
865:6 877:16
878:4,4,8 879:3,5
879:11,11,17,19
879:24 880:4,4,12
880:15 881:6,7
885:20 887:23,25
888:1,3 890:11
891:2,13 894:13
901:15,16 902:25
905:7,21,24 906:2
906:12 907:1,3,7
907:11,17 908:1
908:17 909:6,14
909:21,24 910:7
910:10,11,12,17
910:23 911:5,9,12

Veritext Legal Solutions
866 299-5127

**[app - ascribed]**

911:14,23 915:15
917:5,17 918:8
922:16,19,21
924:1,9,10,11,16
924:19,20,21,23
924:24 925:2,4,5,6
925:7,9,11,14,18
925:20 926:3,4,10
926:13,14,17,19
926:24,24 927:1,6
927:7,8,15,23
928:5,18 929:19
929:22,23 930:5
930:15,18,25
931:11,14,19
932:19,24,25,25
933:4 936:20
938:2,11 939:4,7
939:23 940:3
941:16 943:11,14
947:21,24 949:16
949:17,22,22,25
950:5,6,9,10,11,12
950:15 951:1,2,3,5
951:7 953:13,16
954:15,20 955:2
955:12,14 965:19
965:20 966:9,11
969:20,22 970:22
974:7,14,19
975:18,22 976:13
976:22 977:11
979:14,15 980:4
**app's**   843:15
925:14
**apparatus**   757:16
757:19
**apparatuses**
757:20
**appear**   905:8
975:6 984:4

**appearances**
727:1 728:1 729:1
730:1 731:1
**appearing**   727:2
728:2 729:2 730:2
731:2 893:9
982:18 983:7
**appears**   972:18
976:1
**apple**   900:8,19
901:9,11,16
**apple's**   900:5,5
**application**   758:17
758:20,24 764:20
777:9,10,12,14
787:16 801:10,19
804:9,22,24 806:4
813:2 814:17
823:16 833:11
841:5 888:7 910:9
915:16,17,19,21
915:22 916:18
917:6 922:13
925:13 926:16
933:4 936:15,21
943:13,22 961:8
961:21,23 963:23
964:7 965:18
969:24 971:17
972:3,5,12,24
973:7 975:4,12,16
975:21 976:9
977:1,6,14,15,19
977:21
**applications**
789:10 791:13
793:24 797:21
798:9 802:24
823:17 827:4
930:5 950:21,24
952:18 953:1,1

961:5 974:9,15
976:6
**applied**   804:15,16
804:20,20 805:13
805:19 807:16
927:18
**applies**   812:13
**applying**   951:2
**appreciate**   784:19
839:17 849:17,21
850:3 868:19
946:6
**appropriate**
799:25 849:11
857:18 878:15
881:10,11,12
935:20
**appropriately**
807:7 837:19
**approval**   777:13
**approved**   800:11
**approving**   834:10
**approx**   937:2,2,15
**approximate**
836:6
**apps**   762:9 767:5
767:19 772:8
775:23 787:3
793:6 798:14,16
798:20 799:5,19
802:18 803:1
804:6 805:23
806:1 807:7,11
812:1,2 815:21
816:2,10,12,21
817:2,9,15 818:2
820:4,16,17 823:2
823:21,25 824:5
824:15 825:25
826:1,4,6,6 827:11
832:15 833:19,21

833:24 842:21,25
843:21 853:18,20
853:23 854:16,23
854:25 855:4,5,6
855:10 856:3
873:19,21 874:4,7
875:1,3 905:6,11
905:18 906:3,13
906:15,19 907:6
907:15 908:6
924:12 928:17,21
928:23 929:13,17
930:1,8,9 931:11
931:13,14,18
932:15,21 939:3
943:7,19 944:19
952:14 953:16,24
954:2,12,23
955:19 960:19
961:2 966:3 978:2
978:5,7 980:3,12
**april**   752:16
794:12 831:8
833:20,22,25
834:19,20 835:5
842:5,7,13 843:13
844:3 845:10
846:10,19 847:1,2
850:24 852:17
882:6,7 885:6
967:2
**architected**   824:10
**archive**   869:24
**area**   853:18
**areas**   828:10
**argue**   849:9
**ascertain**   866:19
871:10,12 910:21
**aschwing**   729:12
**ascribed**   939:12
948:25,25

Page 5

**[aside - aware]**

aside  741:25
asked  747:15
  776:18 799:4
  835:13 843:7
  849:5,5 854:5
  859:5,14 861:4,6
  912:6 933:25
asking  735:10
  739:25 741:22
  749:14 770:17
  771:15 790:2
  795:21 824:17
  830:21,22 843:15
  858:21 859:10,24
  860:3,8,10 863:15
  870:20 879:3
  898:20 899:15
  910:25 911:1
  919:22 920:2,23
  927:19 929:7,8,9
  940:11 941:8
  966:2
asks  829:11
  877:16 879:5
aspect  800:18,23
  803:9 810:7,9
  836:18 844:17
  847:5 848:21
aspects  735:25
  810:24 819:21
  828:11 829:2
  830:3 835:18
  840:15 845:6
  846:5,12 847:10
  847:19 848:20
assertion  796:12
assess  847:16
assessment  752:15
  752:20 843:23
assistant  869:23

assistants  823:16
associate  731:16
  901:25 910:24
associated  875:1
  894:17 902:11,19
  903:3 909:7,15
  924:22,25 925:4,8
  925:11,18 926:2
  926:13,23 927:6
  927:22 928:17
  930:25 932:24
  934:24 948:12
  949:6 956:11
  971:7,19
association  903:8
  903:12
assume  933:5
  958:11
assumed  937:6,7
assuming  901:22
assumption
  967:12
atomic  917:11
  918:1 933:19
attach  742:6
attached  742:6
  867:3 920:12
  945:10 964:17
attachments
  740:25
attempt  750:15
  762:12 764:18
  801:4 819:15
  843:1 845:13
  913:10,16 959:8
attempted  744:25
  829:18
attempting  843:8
attempts  758:16
  762:18 830:16

attention  743:4
attorney  729:7,15
  730:15 734:13
  750:8 785:7,9
  981:19
attorneys  727:10
  728:8 730:7
audio  948:20
audited  802:25
audits  844:12
auld  728:5 733:18
  735:10
austin  729:6
  733:22 759:17
  848:11 867:25
  870:17 884:10
  938:25
auth  876:2
auth.login  875:22
  876:6,7,16
auth.login.  876:4
authenticated
  816:4 864:3 939:5
authentication
  777:18 778:1
  791:12 875:14
author  753:8
authorization
  791:18 876:3
authorize  876:3
authorship  753:8
auto  951:22
automated  820:13
  820:20,24 821:1,2
  821:9 834:14
  837:2,5,24 838:11
  838:22
automatically
  807:23 952:2
  976:7,9,18 977:3,7
  977:10,20 978:4

979:14 980:2
automation  827:9
available  738:7,25
  739:10,14 740:12
  740:19,24 741:3
  741:10 742:2,17
  759:8 760:3
  775:20 787:12,18
  787:22 788:10,14
  788:17 790:14,17
  793:5,11 804:5
  805:7,14 815:25
  816:10,17 817:12
  821:5,7 828:19
  830:17 831:17,20
  831:22 850:6,11
  885:10,18 886:17
  904:23 907:21
  908:2 909:8,16,17
  910:5,13,18
  919:15 921:13
  926:4,7,19 932:12
  932:22 933:9
  943:6,18,21
  962:12 966:21
  975:15,18,20
avenue  727:11
  729:16
avoid  737:14
avoidance  848:18
aware  737:22
  743:13,15,21,23
  743:24 763:3
  768:8,12 770:10
  770:18,20 771:6
  773:11 776:13
  781:16 797:11
  805:18 809:14
  825:18 828:16
  829:8 832:22
  845:19,23 846:5

Page 6

**[aware - browser]**

846:13 856:18
862:20,22 863:5,7
865:17 866:2,15
886:13 888:13
904:14,21 912:9
912:15 916:1
920:5 929:21
930:13 931:16,21
932:1 945:6
959:20 960:12
976:24

**b**

**b**  725:12 731:5
732:8 735:11
746:11 869:11
871:15 922:16
936:21 938:7
949:17 950:16
969:2 983:1
**back**  735:6 762:7
771:5,7 785:23
793:8 800:6
818:23 828:23
840:4,11 842:22
843:2,4,9 847:12
848:24 858:2
879:17 884:17
888:14 890:12
891:15 892:16,20
894:4,25 895:7,10
895:17 897:4
900:23,25 904:24
905:2,7,19 906:4
906:20,21,24
907:4,8,11,17,25
908:9,17,22 909:2
909:6,15,20 910:4
910:9 914:18
915:17,22 923:6
927:2 932:5
933:10,12 934:5

942:24 957:2
958:22 961:17
967:13
**backed**  962:14
**bad**  824:5
**base**  905:7 919:21
**based**  782:21
783:22 814:24
815:2 827:19,20
841:13 846:4
924:17 936:3
942:3 952:4 959:5
**basic**  815:13
**basis**  773:1 886:7
886:10 931:7
**batch**  851:16
**bates**  750:1 752:13
920:15 945:17
**becoming**  797:11
**began**  764:24
770:13 772:9
794:11,15,21
831:7 834:25
944:12
**beginning**  733:14
756:11 772:4
826:10 874:15
875:12,17
**begins**  772:5
**begun**  882:6
**behalf**  726:16
734:3 735:18
842:22,25 861:17
862:8 878:6
882:14 892:14
907:2 938:4,14
**behave**  823:3
**behaved**  749:4
809:23
**behaving**  820:17
824:16

**behavior**  778:5
811:8,12,15
812:17 814:11
822:16 823:19
824:8 825:24
826:5 896:2
943:15,20 976:25
**behaviors**  807:7
**believe**  737:10
740:16 749:24
752:5,9 753:17
754:1 761:13
784:4,5 791:7
810:22 853:3
868:6 916:3 967:2
**benefits**  747:1
**best**  735:22 740:2
740:7 745:21
746:9,14,23 747:6
752:4 758:15
763:4 782:21
803:4 805:16,21
822:2 823:13
835:13,21 836:15
844:7 845:24
847:21 848:25
849:1 861:11
866:7,7,10 900:14
**better**  754:2 762:2
799:9
**beyond**  748:23,25
749:1 810:5 814:7
842:15
**bfalaw.com**
728:13,14
**binding**  734:11
**bio**  839:17
**bit**  744:17 839:12
847:13 850:7
921:18 965:6

**blank**  976:11
980:15
**bleichmar**  728:5
733:18 735:10
**boolean**  979:19,20
979:22
**bottom**  869:6
**boundary**  738:24
739:2
**box**  876:15
**branded**  874:11
874:17
**break**  783:8,10
785:25 797:24
839:14,16,18,23
839:24 840:1
877:5 884:19
889:3 903:20
942:20
**breakout**  883:24
884:2,8
**brief**  810:13
**briefly**  833:4
**broad**  742:21
828:8 915:2
**broader**  874:21
**broadly**  770:5
854:14 881:18
916:4 924:16
**broke**  858:23
**brokers**  736:4,11
736:13,21 739:8
739:17 740:20
745:9,11,16,20
746:7,21 850:14
912:2,14
**brought**  794:18
**browser**  894:13
895:3,6,13,16,16
895:17,22,25
896:2

[browsing - capability]

| | | | |
|---|---|---|---|
| **browsing**  894:22 | **california**  725:2 | 770:2,6,11,13,18 | 947:2,5,10,11,14 |
| **bug**  957:11 | 725:20 726:2 | 770:20,22,23 | 948:1 950:19 |
| **build**  760:21 | 728:11 729:10 | 771:8,10,11,23,25 | 952:14,16,17,20 |
| 836:11 880:11 | 730:8,17 731:9 | 772:1,3,7,12 | 952:23,25 953:10 |
| **building**  771:4 | **call**  762:4 768:10 | 773:17,20,23,24 | 953:11,16,25 |
| 837:14,16,21 | 775:15 777:1,15 | 774:6,11,15 775:3 | 954:2,3,13,19,24 |
| 876:14 | 777:17,21 778:12 | 776:18 777:4 | 954:25 955:2,14 |
| **built**  758:1,3 759:3 | 790:20 813:2 | 779:8 780:19 | 955:16,20 959:18 |
| 764:24 814:14 | 851:8,17 852:8,11 | 786:4 812:2,20 | 960:19,20,25 |
| 815:4 837:12 | 852:12 853:21 | 814:11,16 815:18 | 961:1,4,21 966:4,4 |
| 879:23 880:3 | 856:7,19 857:3,5,8 | 815:19 816:4,11 | 966:5,10,15 |
| 882:20 910:12 | 857:9,11,14 | 816:22 817:2,8,14 | 968:13 973:17,21 |
| **bunch**  968:23 | 858:15 859:8 | 818:1 823:21 | 973:25 974:16,19 |
| **buongiorno** | 861:17 863:17,21 | 825:9 852:20 | 976:6 977:13 |
| 729:14 733:25 | 864:5,15,17 865:4 | 853:13 856:13,15 | 978:3,5,7 980:3,12 |
| 734:4,6 | 865:6 892:6,25 | 856:21 861:16 | **capability**  943:10 |
| **business**  741:16 | 897:17 901:4 | 863:9,9 864:10 | 943:13,15,17 |
| 743:6 751:9 | 905:23 909:22 | 873:22 885:24 | 944:16,17 945:5 |
| 753:13 795:7,8 | 910:3 917:7,9 | 886:3,5,25 887:5 | 947:9,22,23,23,24 |
| **button**  891:25 | 918:3,8,12 920:5 | 905:22 911:23 | 947:25 948:1,10 |
| 892:2,4,5,5,7,8,13 | 929:1 933:20 | 914:6,8 917:21 | 949:6 950:2,4,9,14 |
| 892:14,19,24 | 934:6 940:2 | 922:13 934:2 | 950:20,23,23 |
| 893:1,5,6,8,16,20 | 941:11,13 | 939:6 | 951:22,24 952:6 |
| 893:21,25 894:1,4 | **called**  767:24 | **cambridge**  882:24 | 952:10,13 953:2 |
| 894:7,11,15,18,23 | 772:13 774:6 | 978:18 | 953:12 954:12,16 |
| 894:24 895:1,4,8 | 775:22 777:25 | **campen**  727:7 | 954:21 955:1,9,11 |
| 895:10,19 896:15 | 782:10 791:4 | **canonical**  788:22 | 955:12 961:3,6,7 |
| 896:16,21 897:2,5 | 806:11 827:1 | 793:12,14,15,25 | 961:22 965:19,20 |
| 897:8,11,15 898:6 | 850:19 854:16 | 794:5,8 797:24 | 965:21 966:10,11 |
| | 863:3 874:12 | 798:2,5,6,13,17,21 | 966:12 967:16,17 |
| **c** | 875:13,21 910:7 | 799:20 832:12,14 | 968:4,7,13,16,21 |
| **c**  752:5,5 758:8,9 | 926:11 929:10 | 832:18 902:14 | 970:2,5,5,8,10 |
| 933:15 934:25 | 939:3 944:22 | **canvas**  791:13 | 970:19,20,22,23 |
| 951:9 | 960:17 961:11 | **cap**  952:7,9 | 970:24,24 971:2,3 |
| **c2**  732:16,22 | **calling**  790:12 | **capabilities**  755:1 | 971:3,6,6,15,16 |
| **ca**  732:19,22 | 811:7,11,15 812:4 | 755:12,15,18,20 | 972:2,5,8,11,14,23 |
| 945:17 964:24 | 812:16 814:11 | 755:23 756:7 | 973:6 974:7,14,19 |
| 982:9,12,20 | 823:19 825:24 | 757:10,12 761:23 | 975:4,11,15,19,20 |
| **cache**  897:22 | 853:24 878:10 | 943:2,3,4,5,7,20 | 975:23 976:8,14 |
| **calendar**  748:11 | **calls**  767:23 768:5 | 944:2,3,5,10,11,15 | 976:18,22 977:2,2 |
| 748:12 | 768:5,6 769:24 | 944:20 946:25 | 977:7,7,10,12,14 |

Veritext Legal Solutions
866 299-5127

[capability - clear]

977:15,18,19,20
979:13,15 980:4
**capacity**  772:6
**capture**  741:22
**captured**  861:19
**captures**  967:15
**cardaci**  748:6
751:25 752:1,5,6,8
752:24 753:14
754:4,10
**cari**  727:7
**carrier**  899:9,13
**carry**  895:18
**carve**  737:5,11
**carved**  735:25
**case**  725:5 726:5
740:17 744:22
756:4 769:6
800:21 801:1
805:13 811:3
813:16,18 815:6
817:12,25 819:25
820:3 821:17
828:15 829:5,21
830:7,18 836:21
840:18 841:7
842:15 843:16
844:20 845:9
846:9 847:8 848:2
848:18 864:3
876:7 880:10
881:13 900:20
916:4 920:15
934:12 935:9
942:9 973:10
981:15
**cases**  767:25
779:21 811:25
851:13 855:20
923:12 950:21

**caught**  751:23
**caution**  750:7
**caveat**  936:25
**caveats**  763:2
**ccp**  982:9,12
**ccr**  725:20,21,23
981:24
**ceased**  882:4
**cell**  957:12,20
**cells**  870:3 956:3
**center**  823:22
**certain**  735:24
750:22 751:3
762:9 766:12
771:9 786:16
817:20 833:8,9
851:20,23 853:12
860:6 862:4
879:22 899:7
914:6 924:11,11
927:9 959:14
973:3 976:15
**certainly**  802:13
808:17 813:11
815:9 817:7
851:25 944:13
**certainty**  817:21
**certified**  726:20
726:21 981:2,3
**certify**  981:4,17
**cetera**  810:20
876:24 916:10
**chad**  748:6
**challenge**  832:15
**challenges**  811:18
**chance**  870:14
**change**  770:15
778:9 789:22
791:22,23 792:4
792:18 795:4,15
795:17,18,21

796:13,19,22,24
797:5,15,18
895:13 896:8
921:16 946:9,12
949:1,4,21 950:2,4
950:5,10 951:4,22
953:3,5 956:9
985:4,7,10,13,16
985:19
**changed**  770:3
771:3 779:12
780:11 787:13
788:7,10,14,18
789:1,4,7 790:14
790:23 791:1,10
791:19 792:14,22
793:2,6 799:7
813:4,24 816:18
819:11,13,14
826:16 877:3
896:9
**changeover**  953:6
**changes**  752:16,23
789:13,20,20,24
790:2 792:1
794:21 811:22
838:12,16,19
914:12,15,20
919:7 945:21
947:8,11,17,20,21
947:25 952:5
955:9,11
**changing**  795:3,14
797:7
**check**  818:24
839:13 842:13
**checked**  808:12
**checking**  808:18
**checks**  878:17
942:7

**chen**  731:16
733:24
**choose**  780:24
855:11 907:11
908:9 909:2
**chose**  855:13
907:16,25
**chosen**  804:10
855:14
**circumstance**
777:20 876:11
**circumstances**
781:21 794:7
876:5,8 894:2
943:23 973:13
977:5
**civil**  982:19,20
**clarification**
749:15 812:22
**clarifications**
844:25
**clarified**  737:19
**clarify**  737:13
740:2 746:6
759:21,22 769:8
799:15 852:4
863:12,22 892:22
940:24 941:1
965:25 967:7
970:12
**clarifying**  973:23
**clarity**  746:1,20
847:22 890:19
**class**  741:2
**classify**  760:9
**claufenberg**
727:16
**clear**  736:2,9
737:14 739:19,24
740:1 741:8
743:18 745:17

**[clear - concerning]**

772:14 782:20,23
796:11 800:9
803:8 810:21
824:17 835:24
844:13,14 860:8
860:16 870:14
896:19 899:19
923:7 946:6 953:9
**clearly** 752:3
**click** 893:25 894:1
894:7 896:21
897:1,2,5
**clicked** 892:18,21
894:3,15,18 895:8
895:10 898:5
**clicking** 894:10,24
897:11
**clicks** 915:22
**client** 750:8 785:7
785:9
**close** 837:1 881:5
895:16
**closed** 895:21,22
**closely** 780:15
835:14
**cnt** 936:9,10,11
939:15 941:18
**code** 760:10,12
778:16,19,22,23
779:4 780:14,20
808:1,2,15 877:21
890:25 918:4,5,5
919:12,12,20
933:19,22 934:18
934:19 982:9,12
982:19,20
**coded** 782:10
**codes** 778:21
779:2,4,8,20,24
780:3,3,18,21,23

**codifies** 780:22
**colleagues** 929:4
929:12
**collect** 797:20
798:8 898:8,11,12
898:19,21 899:2
899:20,25 900:8
900:21 901:10,19
**collected** 899:16
**collection** 918:24
**collects** 930:24
**colloquially**
862:10 927:5
**colorado** 730:10
**column** 868:25
869:11,11,11,13
870:3 871:15
917:20 921:18,19
921:25 922:1,16
933:15 934:25
936:8,17,21 937:1
937:19,20 938:7,8
939:13,15 946:2
946:15 948:3
949:17,23 950:12
950:16 951:4,7,9
952:7,11 955:22
955:24 956:3,15
956:18,22,22
957:5,24 958:24
960:13,21 963:14
963:18,19 964:3
967:23,24,25
969:2,20 970:2,6
971:11,25 972:1
972:18 973:2
974:22 975:5,24
976:4,20,23 979:9
979:17
**columns** 869:18
928:6 936:19

942:13 945:22
965:6 967:21
974:21,21
**combine** 931:17
931:21
**combined** 931:13
**come** 742:25
763:18 764:24
840:4
**comes** 738:24
890:17
**coming** 823:21,22
860:17 890:21
**commence** 794:9
794:13 820:21
**commenced** 847:1
847:2
**commencing**
726:17
**common** 775:19
778:13,14 814:22
824:1 825:11
828:20 855:20
907:9
**commonalities**
825:24
**commonly** 874:19
**communicated**
894:3,4,25 895:10
897:4 940:19
**communicates**
741:15
**communication**
894:23
**communications**
973:24
**company** 771:5,7
772:18 809:2
882:15
**company's** 919:1

**companywide**
962:1,6
**complete** 742:23
780:9 799:10
886:4 976:25
**completed** 982:7
982:17 983:6
**completely** 861:22
882:15
**completion** 981:15
983:10
**complex** 779:23
827:22 830:2
**complexity** 765:15
**compliant** 843:3
**complicated**
900:16
**complies** 734:19
**component** 744:15
**compound** 856:16
**comprehensive**
770:4 781:24
**comprise** 760:25
**computational**
937:15
**compute** 760:18
761:21
**computer** 895:22
895:23 967:6
**computing** 760:23
937:18
**concept** 787:25
788:1,3 789:9
797:1,12 823:9
827:17 919:20
**concern** 757:14
**concerned** 942:5
**concerning** 752:19
797:7 800:18,24
811:1 819:22
828:12 829:3

[concerning - count]

830:4 836:19
844:18 845:7
846:6,17 847:6
**concerns** 744:6,20
745:6 849:17
978:17
**concrete** 886:12
**concretely** 821:14
**conduct** 914:6
**conducting** 835:4
**conducts** 742:12
743:6
**confident** 772:3,16
772:19 773:2
782:5,12 791:25
836:10 929:24
930:2,4 963:7
**confidential**
725:10
**confidently**
773:18
**configure** 790:16
**confines** 741:23
**confirm** 745:4
870:24
**confirmed** 802:8
**confusing** 934:3
**connect** 874:19,21
874:23,25
**connection** 899:18
902:10
**consent** 764:1,2,9
764:12 978:19,20
978:23
**consideration**
746:16,17,18
**considered** 809:9
811:21 812:6
897:15 933:4
939:22 941:7
942:8

**consist** 958:13
**constantly** 822:22
**constituted** 808:20
**constitutes** 811:14
**consulted** 813:11
**consumer** 725:5
726:5 733:9 982:3
985:1
**cont'd** 729:1 730:1
731:1
**contact** 982:9
**contain** 766:22
776:9 930:17
950:20 971:23
972:9
**contained** 743:9
761:5 773:4 856:3
928:12 964:2,3
984:4
**containing** 743:10
**contains** 759:5,7
928:4 930:13
973:16 974:18
**content** 753:4,6
762:7 801:21,24
802:1 842:22
890:12 946:19,23
951:25 952:1
**contents** 959:9
**context** 739:19
742:20 753:3
793:22 794:4,17
796:7 808:11
811:23,23 812:8
812:14,24,25
815:5 823:2 824:3
830:18 845:9
846:9,11 847:4
872:1 904:13,17
904:18 910:23
912:12 914:1

915:5 918:16
919:8 922:5
936:13,14 939:19
940:1 947:2,2,5
949:15,19 956:17
961:16 964:11,14
968:2 976:3
977:11
**contexts** 872:7
**continually**
761:10
**continue** 810:13
834:1 838:10
928:7 952:22
**continued** 726:15
**control** 781:21
869:6,7
**conversation**
748:25 749:1
753:20,22,23
754:12 757:7
**conversations**
742:13 744:3
747:22,24,25
754:15 757:5,7
854:7 929:3
**corollary** 971:8
**corporate** 725:13
**correct** 735:18,19
735:21 736:6
740:10,13 742:3,4
742:8 744:22,23
745:2,24 747:18
751:24 758:9
762:10 768:5
781:1,2 784:5
788:8 798:11,21
807:8 814:19
818:2,3 819:6
823:4 831:1 836:5
841:16 842:5,6,10

842:11 847:10
851:17 852:14
857:1,8,15 870:17
873:9 879:4 888:1
892:21 897:4,5,21
906:13,21 908:7
916:22 925:5
928:24 946:10
949:7,8 954:4
955:6 956:4,5
957:17 968:9
971:8 980:17,19
984:5
**corrected** 984:5
**correction** 738:18
873:12
**corrections** 982:14
982:15 983:3,4
984:3
**correctly** 738:15
807:25 818:8
857:21 864:18
865:7 879:2 934:2
**correlation** 971:5
**correspondence**
845:1 849:12
**corresponding**
936:22
**counsel** 727:1
728:1 729:1 730:1
731:1,16 733:14
734:4,9 736:19
744:18 848:9
867:9 868:23
920:17,21 936:7
946:24 958:21
963:21 973:24
982:18,21 983:7
**count** 917:16,20
936:11,12,14
937:1,2,3,3,15

[count - date]

939:17,18
**counts** 941:14
**couple** 747:10
  789:24 867:12
**course** 785:11
  849:15 914:21
**court** 725:1 726:1
  726:21 734:8,17
  734:20 867:2
  884:13 920:11
  945:9 964:16
  981:3
**courts** 734:3
**cover** 736:15
  737:24 828:8
  855:19
**covered** 841:4
**create** 760:3 761:6
  764:9 765:16
  862:13 931:7
  933:23 934:9
**created** 750:17,19
  759:2,13,24 760:1
  760:5,5 761:12,13
  761:18 764:22
  765:1,10,10
  793:17 806:16
  833:24 887:7
  923:1,9,11,12,14
  925:14 948:17
  958:18 973:8,9,12
**creating** 751:6
  885:20
**creation** 750:21
  753:4,6,11 764:13
  765:3 767:17
  769:13,15,25
**creator** 750:22
**credit** 868:22
**cross** 725:13
  726:15 732:3

733:7 734:17
735:1,6 736:8,19
736:23 737:23
783:14 784:16
785:7 839:13
840:13 848:22
849:12 867:10,23
868:5 869:19
870:23 871:2
884:21 920:17
921:1 935:10
939:2 940:20
943:1 946:18
955:24 965:9
972:13,17 973:1
982:1,4 984:1,13
985:2,24
**cross's** 870:21
**crutcher** 729:5
  730:5
**csr** 725:20,20,22
  981:25
**csv** 920:15
**curious** 919:23
**currently** 932:16
**custom** 781:9
**cut** 867:16

**d**

**d** 732:1 752:5
  758:8,8,9,9 922:1
  936:8 952:7 970:2
**dallas** 729:18
**dan** 814:5 819:20
  825:5
**daniel** 727:8 731:5
  733:19
**dark** 831:14,15,17
  831:20
**dashboard** 815:25
  816:9

**dashboards**
  817:20
**data** 736:4,11,13
  736:21 738:6,14
  738:16,19 739:5,8
  739:9,14,17,19,20
  739:21,22,23
  740:4,12,19,20,23
  741:9 742:2,6,8,17
  743:2,7,14,16
  744:2,7,8,12,21
  745:9,11,16,19
  746:4,7,12,19,21
  747:3 755:8
  756:10,14 757:25
  758:2 761:9,22
  762:10 766:13
  769:18 771:2,15
  771:18 773:25
  774:22 776:1,4,6
  786:5,11,21 787:3
  787:7,11 790:3
  792:13,16 797:20
  798:8,16,20
  800:20,25 801:5
  802:7,18 811:2
  817:16 819:24
  823:22 828:14,18
  829:4 830:5,25
  831:11,13,16
  832:10,12 836:20
  838:6 840:17
  842:14 844:19
  845:8 846:8 847:7
  848:1,17 850:6,14
  850:15,23 851:7
  853:14,24 854:24
  855:2,25 859:13
  860:4,5,7,19 861:3
  862:24 864:17,21
  865:2,6,23 866:14

869:14 871:22
873:7,15 876:22
876:25 877:2
878:16 883:10,10
888:18 889:10
891:4 903:2,7
904:24 912:1,4,8
912:10,12,14,16
912:18,21 913:1
913:11,14,16,18
914:15,23 916:14
923:17 931:4,4,10
931:22 932:7,10
932:13 939:10
941:24 959:20
966:21 975:18,20
975:23
**database** 793:17
  850:20 897:18,23
  923:4 924:22
  962:10,14,15,20
  969:7,9 970:11
**databases** 745:7
  902:12 903:16
  911:9 923:2,9,11
  970:17
**dataset** 797:22
  798:10
**date** 756:17
  770:10,12 791:25
  820:22,23 834:23
  834:24 835:2
  852:23 854:1,2,7,9
  871:23 922:8,15
  923:16 957:3,5,8
  957:11 963:7
  967:2 972:4,19,20
  972:23 973:6
  975:6,7,9,10 976:1
  976:13 977:20
  978:23 981:20

[date - detail]

982:16 983:5
985:24
**dates**   756:22
821:25 822:5
831:5 832:5
847:20 853:10
910:15,17
**dating**   759:6
888:14
**day**   762:17 871:21
871:23 872:24
917:15,18 981:21
984:6
**days**   775:21
875:13
**deal**   760:16,18
785:10
**debugging**   769:19
**decade**   789:23
**december**   922:10
936:20 938:3,13
**decision**   882:9
883:3
**decisions**   835:20
835:21
**declare**   984:1
**decree**   764:1,2,9
764:12 978:19,20
978:24
**deep**   783:24
**default**   896:2
943:21 976:7
**defendant**   733:23
734:16
**defined**   811:12
**definition**   811:17
813:3 904:17
906:16,25 918:15
925:23
**degree**   777:23
937:4

**deleting**   805:6
**demonstrate**
868:17
**denver**   730:10
**denying**   834:10
**depend**   804:16
895:25 959:10
966:20
**depended**   804:11
**depending**   779:15
803:22 887:23
895:14 919:7
951:14
**depends**   747:14
777:21 890:16
918:14 925:22
926:6 927:17
932:18 943:15
947:13 967:16
**deponent**   726:16
732:2 734:11,19
734:25 741:14
742:11 750:12
759:17,22 760:7
760:16 761:3,16
765:12 766:11
767:8,15,21
769:17 774:18
779:11 780:8
787:10,24 788:16
790:7 798:13
799:2,23 802:12
802:23 807:4
808:8 817:6 819:8
821:13 836:2
840:1,4 841:9
842:18 843:19
844:6 845:12
846:21 848:4
853:16 855:9
856:9,17 857:25

858:17 859:1,15
860:22 861:10
862:4 863:2,24
865:12 866:1
867:18 868:3,7
870:1 871:10,20
872:3,10,18
873:17 877:11
879:8,21 880:8,25
882:1,13 883:15
885:23 886:9
887:4 888:13,21
889:3,16,24 890:9
890:24 891:10
894:6 896:19
897:14 898:4
899:6 901:5 902:5
902:23 903:10,24
904:9,21 905:5,14
905:21 906:6,24
909:1,11,20 911:8
912:20 913:4,13
913:21 914:10,25
915:13 916:12
927:13 931:3,16
933:2 934:5,17
935:3,18 939:3
941:4,22 946:10
954:9 955:8 960:7
973:20 974:6
**deponent's**   725:15
**deponents**   981:7
**deposition**   725:12
726:15 733:7
734:10,22 736:17
748:2 799:22
802:22 828:5
844:5 867:23
870:12 871:9
888:12 891:7
902:4,21 913:3

934:16 935:17
970:1 981:14
982:19,22,24
983:8,10
**deprecate**   914:5
**deprecated**   791:6
852:24 910:14
**deprecating**
853:11 914:8
**deprecation**
852:21 853:2,6
**derek**   727:6
**describe**   758:14
806:25 833:4
863:15 951:12,13
**described**   805:24
806:17 807:1
833:3 838:24
871:7 917:25
933:18 936:17
963:22
**describing**   807:24
809:17 862:11,12
863:19 879:8
911:19
**description**   732:10
738:2 832:8
908:12 946:6
964:2,6,7
**descriptive**   776:12
**descriptor**   870:4
**design**   792:5
**designated**   735:17
736:15 749:7
860:12
**designed**   852:17
881:2 882:20
**designing**   809:12
979:4,7
**detail**   756:8
761:24 768:14

Veritext Legal Solutions
866 299-5127

**[detail - dim]**

774:25 809:25
817:17 819:10
821:5,7 823:12
824:12,18 839:9
851:24 861:20
**detailed** 773:15
774:9
**details** 763:2
881:3 882:16
**detect** 820:16
824:7 846:15,18
849:14
**detected** 806:1
824:6 837:23
838:23 839:1,4
**detection** 823:7,8
837:4,5 838:15,18
**determinable**
854:9 859:4
**determination**
809:24 877:25
933:3
**determine** 762:19
767:4 787:1 808:2
829:14 832:16
843:1,14 854:7
856:5 859:9
877:22 878:11
924:14,16 934:20
944:19 954:23
966:18
**determined** 767:5
803:18 809:8,19
838:17 982:18,22
983:7
**determines** 819:9
833:15 934:8
979:13
**determining**
876:23,24 914:5
926:18

**develop** 795:25
824:5
**developed** 763:23
763:25 792:24,25
801:14,17 815:1
820:15 822:14
978:11,15,17
**developer** 739:11
740:16 743:3
744:14,17 778:8
787:13,14 788:20
791:13,17 792:6
796:2 798:4,14
800:8 801:10,18
803:15,25 804:2,7
804:23 805:15
806:20 809:7,18
816:1 827:5
829:21,24 834:12
835:7 836:3,7,12
836:24 837:7
838:1 841:13,16
841:21 842:9
843:9,12,15,24
855:21 856:11
857:5,9 858:12,21
859:5,6,9 876:8,11
876:11,13 877:19
904:15 910:20
916:2 920:7
924:24 925:2
963:15,23 964:8
**developer's**
842:15
**developers** 750:4
790:18 791:5
792:10 795:4,16
795:19,22 796:13
796:19,20,22
797:20 798:8,20
799:4,18,24 801:4

803:6 804:24
807:6 808:4
811:20 823:25
824:1,2 825:10
828:19 829:11
833:7,12 834:7
837:23 841:1,18
842:13 847:16
850:19,21 851:6
855:11,16,25
858:2 874:13
903:19 904:23
905:3 908:16
910:8 916:3
**developing** 822:22
822:22
**development**
760:7 795:9,23,23
796:2 827:8
926:11,14
**device** 876:19
879:24 880:4,11
880:12 881:1,7
885:21 886:3,23
886:25 888:24
898:9,13,18 899:1
899:4,13,20,22
900:2,19,21,24,25
901:10,11,24
902:9,9,10,19,24
902:25 903:1,4
**devices** 876:8
881:15,20,22
882:21 886:1
**devops** 816:1,10
816:18,20 835:12
**dgarrie** 731:11
**dialogue** 873:18
874:9,18,20 875:4
875:14,20 876:9
876:12 877:18,21

877:22 879:12,13
880:14
**differ** 778:6
779:14,15 793:23
**differed** 804:17
881:3
**difference** 775:14
775:19 776:25
793:19,25
**differences** 775:17
775:19 850:10
**different** 757:21
761:18 776:5
778:4 792:9 794:3
794:4 799:19
801:5 802:16
803:21 804:17
805:2 809:1
811:23 823:6,6
824:11 834:23
855:17 857:6
872:6,7,12,12
875:15,15 879:18
880:1 890:2
892:16 904:12,13
914:22 915:10
923:13 924:4,5
930:25 941:10
951:13 968:20
970:13 972:25
974:3,3
**differs** 778:5
963:1
**difficult** 900:13
906:9 954:1
**digging** 941:24
**digits** 924:8,9,17
**diligence** 868:17
**dim** 928:21,22,23
929:13,17 930:1,8
930:9 931:13,18

[dimensions - employee]

**dimensions** 960:8
**direct** 868:9
  953:17,25
**direction** 981:11
**directly** 842:9
  889:20 906:2
  932:8 952:25
  953:1 955:3
**discernable** 749:5
**disciplinary**
  927:10
**disclosures** 881:10
  881:11
**discovery** 849:16
**discuss** 748:21
  749:22 750:5
  784:23 849:13
  936:7 965:3
**discussed** 748:19
  749:17,23 754:8
  797:2,13 853:25
  853:25
**discussing** 748:22
  749:11,18,20
**discussion** 868:15
  877:10 883:18,20
  883:22 938:11
**discussions** 749:2
  797:7,9
**display** 877:17
  961:2
**displays** 968:17
**distinct** 937:23
**district** 725:1,2
  726:1,2
**dloeser** 727:15
**document** 725:8
  726:8 749:23,25
  750:2,5,13,16,18
  751:7 752:9,11,15
  752:19,22,25

753:1,9,11,15,18
  753:20,25 754:2
  800:5 801:11,20
  805:14 806:3,19
  807:11,23 808:3
  808:11,20 809:9
  809:13,19,24
  819:5,9,14 903:7
  914:17,18 916:8
  921:3 936:5 946:1
  965:9,10,14,16,17
  966:17 967:11,12
**document's** 753:6
**documentation**
  920:7
**documented**
  919:18
**documents** 747:23
  754:7,8,13,17,25
  756:3 797:12
  803:15 806:2
  818:25 904:1
**doing** 750:10
  775:23 782:23
  784:19 798:25
  800:6,9 820:14
  826:5 839:14
  848:10 892:8
  965:8
**doubt** 848:18
  964:1,5,5
**downloaded**
  921:17 945:19
**downstream**
  931:7
**drawn** 920:8
**ds** 871:18,20,23
  872:3 922:1,4,6
  936:17
**due** 937:14 969:12

**dumps** 828:18
  830:25 831:11,13
  832:10,12
**dunn** 729:5 730:5
  733:23
**duration** 806:7
  955:15

**e**

**e** 728:7 732:1,8
  937:19 938:8
  944:24,25,25
  952:11 970:6
  982:9,12 983:1
  985:3,3,3
**earlier** 760:13
  761:19 820:11
  826:8 875:13
  896:20 924:7
  934:6 945:20
  969:25 970:14
  977:12
**earliest** 791:3
  815:14 827:18
**early** 791:3 820:10
  820:11 879:4
  882:8 885:8
  944:12
**ease** 736:16 965:5
**easier** 798:7
**easiest** 867:13
**ecosystem** 752:17
  752:23 914:20
**edges** 787:25
  788:2 793:1
**educated** 913:17
**effect** 800:12
**efficiently** 737:25
**effort** 832:11,17
  838:10,11
**efforts** 807:6,15
  832:13 848:25

**egnyte** 868:2
**eight** 783:25 838:5
**either** 753:7 754:7
  853:3 931:6
  955:11 967:4
**elaborate** 918:2
**elegantly** 877:1
**element** 933:19
**elements** 931:12
**elia** 748:5,13,14,21
  749:1,9,18 751:19
  751:20 768:18
  783:4 784:10,11
**eliminate** 843:8
**email** 743:9,13
**emails** 740:25
  742:6 929:3,6
**embedded** 829:24
  892:5,24 894:9
**emit** 778:22 781:9
  787:15
**emits** 789:4,7
  873:20
**emitted** 779:20
  788:19,21 789:1
  789:14,25 790:3
  790:22 791:1,9,16
  792:2,13,16,21
  794:8 798:4 831:7
  832:16 838:14
  839:6 878:12
  887:7
**emitting** 794:5,11
**emma** 727:9
  733:20
**employed** 750:24
  751:1 755:5 805:5
  828:17,21
**employee** 755:3
  955:23,25 956:8
  956:11,12,14

Veritext Legal Solutions
866 299-5127

**[employee - exactly]**

981:18
**employees** 748:1
766:12 834:9
943:6 954:22
955:2 962:10,13
963:2 968:12,15
968:21,25
**employing** 827:22
**empty** 942:7,9
979:23
**en** 838:3
**enable** 881:19
906:19 907:7
920:3
**enabled** 760:3
**enacted** 836:13
**encompassed**
745:16
**encountered**
778:24 780:16
**encountering**
772:12
**endpoint** 919:3,3
**enforce** 827:3
**enforced** 820:5,18
823:18 927:15
**enforcement**
927:11,17
**engaged** 883:6
885:19,20 886:23
914:4
**engaging** 746:19
747:2
**engine** 937:16
**engineer** 769:18
780:13,24 781:8
823:14 951:23
958:18
**engineering**
824:12,18 827:24
844:10

**engineers** 796:3
808:1 824:23
951:23
**england** 725:15
726:17 733:1
**enhanced** 765:7
**enlarged** 921:16
921:17
**ensure** 801:11,15
801:18 807:6
829:19 830:16
836:20 847:25
**ensured** 800:20,24
811:1 819:23
828:13 829:3
830:5 840:16
844:18 845:7
846:7 847:7
848:16
**ensuring** 803:13
**enter** 875:22 960:3
**entered** 979:17
**entire** 905:16
923:19
**entirely** 755:13
773:2 782:12
786:24 964:12
**entirety** 774:12
865:18 866:1
904:10 949:11
966:14
**entities** 736:25
923:10,13
**entity** 894:9 897:8
923:2,4 937:23
**entries** 869:21
920:23 922:9,10
935:4 946:3 950:1
956:3 975:6
**entry** 923:8
948:10,16,16,18

948:19 949:2,9
950:13 951:3
969:3,4,6 970:7
971:12,19 972:8
972:11,17 974:23
974:24 975:2,3,25
976:11,23 980:15
**enumerate** 758:16
762:12 775:18
781:20
**enumerated**
958:17
**enumerates**
758:23 762:17
**equivalent** 874:9
875:11,16 980:8
**errata** 982:14,16
983:3,5
**error** 777:20
778:2,11,12,13,15
778:16,17,19,20
778:23,23 779:2,4
779:4,8,13,20,24
780:1,3,3,14,18,20
780:21,23,25
781:3,9,12,14,17
781:20 783:3,19
808:15
**errors** 779:14,21
781:5 917:20
**essentially** 742:21
**establish** 899:16
906:9
**established** 897:3
**establishes** 813:7
**estimate** 757:2
914:11
**estimation** 809:8
**et** 810:20 876:24
916:10

**eugene** 826:22
**evaluate** 801:21
801:24 802:1
806:18 878:11
912:17,25 913:10
913:16 914:1
915:9
**evaluated** 802:19
803:1,2,16 878:18
**evaluating** 856:11
857:17
**evaluation** 747:1
802:14 914:7
**event** 871:25
872:4 896:4 949:4
950:10
**events** 896:7 910:8
910:11,12,17,23
911:5,9,12,14,23
958:4
**everybody** 734:1
**everybody's** 736:9
**evolution** 822:17
**evolve** 824:7
**evolved** 770:3
811:6 814:15,18
827:17
**evolves** 814:23
**ewright** 727:18
**exact** 756:17,22
757:1 778:5
806:14 813:3
816:15 821:25
822:10 831:5
854:7,8 967:1
**exactly** 756:13
764:4,8 766:25
767:11 772:22
773:11 774:2,7,19
777:21,22 799:5
803:1 804:9,15

Veritext Legal Solutions
866 299-5127

**[exactly - facebook]**

805:12,19 806:5
817:16 821:22,22
822:16 824:18,25
826:15 827:2
832:25 837:17
927:16 941:24
954:17 958:13,13
962:23 964:12
966:18 967:14
969:12 976:16
**examination** 732:2
735:4
**examined** 735:2
**example** 740:25
742:24 743:10
751:15 769:19
777:10 785:2
788:25 789:6,12
790:9,11,21 791:2
791:11 792:3
793:9 803:12
804:21 805:9,17
808:13 811:4,10
811:25 814:17
815:2,14 819:5
820:2 829:16,18
842:18 864:6
876:13 879:22
880:11 887:25
890:9 896:1,8,10
896:12 907:17
913:14 915:15
918:22 920:22
924:18 936:18
941:10 950:1,8
958:19 976:17
**examples** 789:3,19
790:8,25 791:8
792:12,15,20
801:7 804:14,19
805:1,4,17 807:16

812:5 823:24
825:13 828:24
829:1,17 845:13
845:16,25 846:13
846:16,23 915:14
916:7
**excel** 732:11,15,18
732:21 743:10
867:15 957:11
968:18 969:1
974:13
**excelified** 957:13
**excepting** 850:14
**exception** 739:7
745:19 782:11
**excerpt** 920:14,19
922:9 946:1,20
964:23 966:16
967:23
**excerpted** 933:13
**excerpting** 964:9
**exchange** 906:18
**exchanged** 741:19
743:8 899:12
**exchanges** 746:19
747:3
**exclusively** 952:25
**excuse** 943:11
966:7
**execute** 934:20
**executed** 984:6
**exercise** 967:19
**exhibit** 732:11,15
732:18,21 867:1,5
867:8,23 868:3
873:3 920:10,14
920:14 921:3,11
933:12 934:25
945:8,13,14
964:15,19,20,22
979:8

**exhibited** 752:10
753:2
**exhibition** 750:13
**exhibits** 867:22
**exist** 766:20 768:3
774:12 804:4
806:21 817:1
818:25 837:22
881:24 882:2,4
910:11 929:21,23
931:17 960:4,18
960:19 961:9
962:9 974:16
**existed** 768:9,16
780:10 801:11,15
802:9,14 803:14
803:19 806:19
808:3 809:19
822:5 833:21
842:20 855:16,19
875:7,12,17 932:2
944:17 961:7,22
963:6
**existence** 774:2
781:7 794:15
801:20 806:10
807:19 815:11
838:23 846:22,25
866:20 874:10
**existing** 806:3
930:14 932:1
**exists** 777:16
818:24 842:20
866:5 919:13
927:20 930:23
960:18 961:1,3
963:20 977:6
**expand** 945:22
**expecting** 812:12
**experience** 737:24
748:14 876:14,18

879:25 880:12,16
880:21 902:7
943:14 962:17
**experiences** 744:4
782:24
**expert** 799:10
800:2 803:3
899:10 901:13
902:6,13 935:19
962:16
**expiration** 975:24
976:2,4,13,16,20
976:23
**expire** 976:7
977:21
**explain** 793:13
829:12 830:2
833:12 876:22
883:12 904:16
918:20 957:6
979:20,21
**explained** 880:18
880:18,21 906:17
**explains** 952:4
**explanation** 911:1
969:18
**explicitly** 898:20
**exposed** 859:3
**expressed** 779:15
**extent** 745:15
810:11 878:24
891:7 967:15
**external** 924:15
**extra** 746:1

**f**

**f** 939:13,15 955:22
955:24 956:3
971:11 973:2
**facebook** 725:4
726:4 729:4 730:4
733:9 735:17

**[facebook - facility]**

| | | | |
|---|---|---|---|
| 738:6,20 739:5,11 | 822:9 825:23 | 890:12,14 891:3,5 | 920:2,4,7 923:4,19 |
| 739:13 740:5,11 | 827:11 828:13,14 | 891:10,13,16,16 | 924:2,2,12,13,19 |
| 740:15,18,22 | 829:3,5,11,13,18 | 891:19,22,25 | 925:5,7 929:18 |
| 741:2,9,15,19 | 830:5,6,16 833:6 | 892:1,2,6,8,11,13 | 932:9,25 934:13 |
| 742:1,1,12,16 | 833:12,15 834:5,9 | 892:18,20,25 | 943:6,12,22 944:2 |
| 743:2,3,6,13,16 | 834:23,25 836:19 | 893:3,3,10,17,19 | 944:4,9,14 945:1,6 |
| 744:1,7,12,14,17 | 836:21 837:10 | 893:23,23 894:4,8 | 945:16 952:22 |
| 744:20 745:8 | 838:6,17,25 | 894:11,13,14,16 | 953:21 954:22 |
| 746:4,12,18 747:1 | 840:17 841:23,23 | 894:17,20,22,25 | 956:8,10,13 |
| 748:1 749:4 | 842:12,22 843:2,5 | 895:2,3,5,7,11,12 | 960:17 961:25 |
| 750:24 751:1,2 | 843:10,13 844:18 | 895:13,15,17,18 | 962:13 963:4,24 |
| 752:23 755:3,5,7 | 844:20 845:7,9 | 895:21,24 896:3,3 | 964:24 968:12,15 |
| 755:12,17 756:7 | 846:7,8 847:6,8,10 | 896:10,13,15 | 969:24,24 977:4 |
| 757:16,21 758:17 | 847:15 848:1,16 | 897:4,6,6,9,16,23 | 977:17,24 978:6 |
| 758:19,24 760:3 | 848:19,25 850:6 | 898:7,9,11,17,18 | 978:12,15 982:3 |
| 762:22 764:19 | 850:15,22,22 | 898:18,23 899:1 | 985:1 |
| 766:7,8,12 767:18 | 851:6,15,18,20 | 899:12,16,20,25 | **facebook's**   725:12 |
| 767:21 768:20 | 855:12,24 856:5 | 900:1,7,10,11,18 | 752:17 761:22 |
| 770:13 771:3 | 856:10,12 857:12 | 900:19,21 901:8,9 | 776:1,4 777:11 |
| 773:10 774:14,19 | 857:16,22 858:1,4 | 901:10,15,15,16 | 782:17 792:5 |
| 777:15 779:2,3,7 | 858:13,18,23 | 901:17,18,19,24 | 796:6 799:3,11 |
| 779:11,19,19,25 | 859:11,17,21,24 | 901:25 902:8,9,18 | 800:2 809:8 |
| 780:17 781:3,5,11 | 860:7,12,18,23 | 902:25 903:15,19 | 817:16 843:4 |
| 781:13,16 787:7 | 861:2,25 864:19 | 903:22,25 904:5 | 850:20 860:4 |
| 787:11,12,14,18 | 865:1,7,18 866:13 | 904:10,15,24,25 | 861:15 862:23 |
| 787:20 788:6,20 | 867:9 869:14 | 905:2,5,7,8,12,19 | 863:25 878:18 |
| 789:4,6 791:13 | 873:15,17,25 | 906:4,10,11,12,14 | 899:11 900:20 |
| 792:6,11,23 | 874:3,7,12,14,17 | 906:20,21 907:4,8 | 901:13 902:1,11 |
| 793:16,17,18 | 874:19,20,21,23 | 907:10,12,13,17 | 903:2 916:14 |
| 794:1,5,9,11,13 | 874:23,24,25 | 907:20,24 908:1,6 | 918:5 919:16,18 |
| 795:2,8,19,24 | 875:1,3,7,11,16,25 | 908:9,15,18,20,22 | 919:20 922:21,23 |
| 796:1 798:4 | 876:9,12,14,17,18 | 909:2,7,8,15,16 | 923:1,9,10,16 |
| 799:24,25 800:10 | 876:21,23 879:23 | 910:4,9,20,22 | 924:6,21 925:9 |
| 800:15,20,24,25 | 879:24 880:4,6,10 | 911:4,8 912:2,4,8 | 926:3 931:3,22 |
| 801:7,25 802:20 | 880:12,13 881:1,6 | 912:9,11,15,17,18 | 932:15,19,22 |
| 803:1,5,17,18,24 | 881:7,9,20 883:5,9 | 912:21,25 913:1,9 | 933:23 959:4 |
| 804:21 805:5,11 | 885:9,17,20,23 | 913:10,15,16 | 962:6 969:7,8,12 |
| 805:22 806:18 | 886:2,5,24,25 | 914:4,8,21 915:7 | 969:19 970:10,15 |
| 807:1 808:1,2 | 887:4,9 888:8,14 | 915:17,18,22,24 | 970:17 |
| 811:1,3 813:15 | 888:17,25 889:4,9 | 916:2 917:6,12 | **facility**   952:14 |
| 815:5 819:23,24 | 889:10,13,18 | 918:2 919:10 | |

**[facing - format]**

facing 836:12
fact 771:14 817:11
  856:17,18 858:14
  888:4 897:7 898:5
  910:2 924:12
  950:22
factors 804:11,13
  804:18 825:7,15
  825:17,18 877:24
  932:18
fair 789:19
fairly 965:2
falls 860:14
familiar 767:9
  776:10 809:11
  883:4,7 901:21
  903:17,21 904:18
  921:2 923:20
  943:2,3 944:1,3
  946:19,22,22
  959:23,25 965:9
  965:10
familiarizing
  867:17
far 749:5 832:8
  875:20 888:15
  942:4
favorable 873:1
fb 732:13,16,19,22
  920:16 945:17
  964:24
fbid 969:2,23
  970:6,8,9,14,16,20
  971:4,6
fbml 791:4
features 833:8,9
  833:13,16 907:9
  978:3
federal 981:14
  983:1,8,9

feel 765:16 847:21
  881:8
field 952:4 957:15
  963:22 979:17,23
  980:16
fields 758:23
  786:8 788:2 793:1
  857:6 924:22
  925:16 930:11,12
  971:10
fight 848:11
figure 767:13
  819:13
file 920:15 945:14
  966:20 967:3
  973:16,25
files 920:18,21
filled 963:18
filling 951:20
final 746:25
finance 751:9
financial 914:7,11
financially 981:17
find 764:11 766:8
  784:9 804:2
finding 889:24
fine 749:14 783:15
  868:12
finish 839:22
firm 733:17 735:9
first 746:3 762:4
  770:8,10 777:9
  778:15 782:16
  794:17 797:6,10
  797:19 814:23
  815:3,4 822:1
  828:2 830:24
  840:23 841:18
  869:22 877:15
  879:3,5,10,14
  882:18 889:8

894:13 897:25
  910:19 917:5
  932:25 933:4
  936:4,18 946:8,16
  950:15 957:18
  961:13 963:8
  965:2 967:23
  973:6
five 869:17,21
  870:3 871:15
flagged 837:5,7
floor 731:8
flow 876:22 877:2
focus 740:15 741:6
focused 738:5
  743:3
focusing 802:3
folks 854:1
follow 785:17
  839:20 845:4
  849:5,15 851:2
  853:9 854:3
  878:24 922:21
follows 735:3
  982:8
fonti 728:5 733:18
  735:10
foregoing 981:5,7
  981:11,13 984:2
forever 959:15
forgot 748:7
form 759:19 760:6
  760:15,21 761:1
  761:15,18 765:11
  766:10 767:7,20
  768:2 769:16,20
  774:16 776:23,23
  777:18,21 778:1
  778:12,13 779:10
  779:12 780:6
  787:23 788:15

789:18 790:6
  795:11 798:12
  799:1,22 802:10
  802:22 806:22
  808:7 816:15
  817:5 819:7
  820:10 821:12
  832:24 836:1
  841:8 842:16
  843:18 844:5
  845:11 846:20
  848:3 853:15
  855:8 856:8
  857:24 858:16
  863:23 865:11,21
  865:25 871:9
  873:16 879:20
  880:7,23 881:25
  882:12 883:14
  885:22 886:8
  887:3,15 888:20
  889:2 890:8,23
  894:5 896:18
  898:3 899:5
  904:20 905:4,13
  905:20 906:23
  908:25 909:10
  911:7 912:19
  913:2,12,20
  914:24 915:12
  923:13 927:12
  931:2,15 933:1
  934:4,16 935:2,17
  935:20 939:1
  943:14 954:7
  955:7 960:6 961:9
  962:9,19 965:24
  968:24,24 973:19
  974:5
format 740:11
  744:6 791:6

[format - go]

formats 740:11
744:6
formed 940:4
941:13
forms 770:7
815:24
forth 981:7
forward 769:7
817:24 850:1
found 805:3,23
foundationally
906:10
four 745:23
869:23 936:19
fourth 829:20
fql 851:3,4,5,8,9
851:11,12,13,16
851:19,20,24
852:1 853:7,12,16
853:23 854:17,24
855:1,4,11,13,15
856:1,3,6,13,15,19
856:21 857:3,5,9
857:17,23 858:6,8
858:15,18,24
859:3,6,8,12,16
860:20 861:3,6,7,8
861:11 873:7
fragment 791:20
frame 815:11
francisco 729:10
frcp 983:1
free 849:15
friend 908:19
friend's 864:16
865:5 941:12
friends 864:17
865:6,9 889:21,22
905:9 907:19,22
908:4,19,23 909:3

921:21 924:13

915:23
front 962:19
973:15
fronted 923:1
970:17
ftc 764:1,8,12
978:19,20,23
full 763:9 776:15
780:9 882:16
929:13 930:12
941:22 958:12,12
967:15 973:14,16
974:13,18
fully 755:2 772:3
776:10 781:23
901:1 939:9
function 753:13
764:16 893:5
937:15 954:19
957:16
functionality
823:11 841:13
further 785:3
849:16 957:12
981:13,17

**g**

g 944:25 956:15,18
956:22 957:5
972:18
ga 901:19
gain 841:9
games 752:17,23
914:20
garrie 731:5 734:2
734:3,7 849:24,25
868:23 869:5,10
883:25 884:4
901:2,6,7 948:20
gates 944:23,24,25
945:2

general 731:16
756:18 769:6,10
782:24 807:15
830:22 848:5
850:12 895:15
897:17 900:25
911:3 923:16
926:21 927:21
937:8 951:18
generally 736:18
741:15 777:3
778:15,22 779:2
780:23 810:17,22
811:24 812:10,12
816:8 849:13,22
861:14 875:16
891:1 895:23
898:4 943:18
968:22
generated 815:20
951:22 952:2
962:22,24
gestation 820:11
getting 737:12
857:1
gibson 729:5
730:5 733:23
gibsondunn.com
729:12,20 730:12
730:19
give 734:22 748:2
748:4 751:10,11
757:1 770:3
772:19 773:16
780:9 782:5,21
783:21 784:2
790:8,9 804:14
805:17 808:22
809:2 810:17
822:15 835:22
836:15 845:13

848:4 861:11
872:21 877:9,11
881:16 889:25
890:3,19 901:6
902:14 913:13
915:3,5,13 925:25
926:9 928:7
given 800:3
803:12 813:3,17
822:20 845:16
846:14,17 847:20
847:20,21,22
878:5 917:15,17
917:17,17 918:7
922:13,14 923:2
923:10 926:15
928:5 936:16
947:23 949:3
954:12,20,21
955:10,20 956:14
958:21 970:24
971:1 975:11,21
976:7 981:12
gives 799:12
giving 844:15
845:24 900:13,16
go 747:19 748:25
749:1 759:20,20
763:21 780:7
782:15 784:15
785:19 793:8
796:16 819:18
830:19 833:22,25
840:6 841:20
845:2,2 847:12
850:9,17 851:4
861:9 867:15
874:16 877:9,25
878:13 883:23
884:1,2,11 891:8
893:15 895:17

**[go - help]**

897:1 904:8
925:17 932:5
935:21 939:2
940:16 942:19
948:14,22 954:8
958:19,22 967:13
967:19 968:8,11
980:14,21
**goal** 845:12 881:5
881:19 883:15
**goals** 824:13
883:17
**goes** 767:16
876:22 933:10
**going** 735:10,13
737:24,24 738:1
740:9 744:16
759:18 762:7
769:6 782:3 783:6
800:17 818:23
826:7 828:22
839:10,15 850:5
851:4 857:20
861:10 864:25
867:13,19 868:9
868:13 870:10
879:17 884:8
886:20 890:19
895:7 900:25
906:24 917:2,2
933:12 934:5
941:2 942:17
945:13 956:16
965:5
**good** 733:16 734:4
780:12 783:7
800:14 973:23
**google** 901:23
**gotcha** 847:11
**govern** 961:3

**gr** 936:23 938:14
**grant** 789:10
873:19 973:21
**granted** 841:3,5
841:23 875:5
878:15 943:13,16
950:14 952:16,17
961:4,7,21,23
965:19 966:3
971:16 972:3,5,12
972:15,23 973:6
974:8,15 976:6,19
977:2,6,13,15,19
**grants** 878:1
973:17 974:1
**graph** 739:11
741:5 744:11,15
786:4 788:1 792:4
792:7,24 794:18
795:5,6 812:8,13
850:8,23 851:10
851:12 852:16
853:4,4,21 856:4
858:1 873:9,10,11
873:13,22 878:10
897:17 908:11,13
908:14,22 911:23
918:22,23 919:1
923:4 936:16
939:21 969:7,8
970:10
**great** 737:21
839:23
**gross** 827:1
**group** 947:24,25
950:23,25 951:19
952:11,12,15,18
952:22 954:10
955:4,11
**grouped** 954:3,14
954:25

**groups** 950:20
952:14,19,20
953:10,11,17
**guess** 854:20
927:19
**guidance** 901:5

**h**

**h** 732:8 876:2
957:24 974:21
985:3
**habit** 739:16
**hand** 734:18 775:1
777:1 835:9 854:2
**handled** 982:8
**handwritten**
747:11
**hannah** 730:6
733:24
**happen** 880:19,22
**happened** 803:18
803:21 824:19
899:8 953:13
**happening** 826:13
832:23,23,24
833:1 834:22
952:4,5 977:22
**happens** 877:16
879:15 948:22
**happy** 785:10,19
849:10,18 850:17
850:17 877:5
940:25 945:15
957:2 967:9
**hard** 741:17
742:25 757:1
761:3,17,17,24
769:3 770:3
772:15 780:8
796:5 797:19
810:1,2 817:17
822:15 823:8

832:16 853:20
881:16 889:24
913:24,25,25
914:25,25 915:2
950:17
**hc** 732:12
**head** 782:10
807:21 810:1
852:24 854:9
**header** 922:1
936:9 939:15
946:2,16 948:4
955:22,25 957:24
960:15 967:23,24
974:22 975:24
979:9
**heading** 974:21
**healthy** 734:5
**hear** 883:24
**heard** 815:15
818:12,15 831:14
831:15 849:25
903:24 947:1,4
**heaton** 748:6
749:22 750:6,15
750:19,20,23,25
751:16,17 753:23
754:9
**heavily** 779:23
**help** 747:8,13
749:6 753:14,24
759:15 789:15
795:20 812:10
834:6 854:19
863:22 876:10
877:14 885:12,12
886:9 889:16
915:5,14 925:1,24
927:3 935:20,24
940:23 978:4

Page 21

**[helped - implemented]**

helped  754:1
helpful  877:12
  926:9 935:7
  942:11
helps  800:13 967:7
hendrix  803:4
  827:6 835:14
  844:7 848:19
hereto  867:3
  920:12 945:10
  964:17
hey  868:23
high  741:14
  742:12,13 743:5
  763:5 774:24
  792:23 807:18
  808:8,22 809:2
  812:2 813:5
  814:15 815:18
  816:11 817:2
  823:9,15 839:4
  877:12 878:21
  907:1 937:4
highlight  869:9
highlighted
  869:18 957:15,20
  980:19
highly  725:10
  937:17
historical  965:22
history  751:15
  756:17 900:20
  977:12
hit  777:1 789:24
  869:6 935:6
hits  776:22 777:3
  818:8,9 862:5,6,14
  862:15,19,19
  863:3,6 865:13
  866:21 887:11,12
  887:20,22 911:13

911:19,21,21
hitting  812:1,21
  812:21
hive  774:1,11,15
  775:15,20 776:4,6
  806:13 807:20
  869:13 871:22
  872:1 898:1,4
  903:12,13 911:10
  916:14,20 922:6
  928:4,24,25
  930:25 931:3,8,10
  931:22 932:10,24
  933:6 937:2
hoc  931:7
hope  734:5 737:25
  738:1
hopefully  799:12
  799:12 926:21
hour  783:7 922:14
  936:16,19 938:12
  942:18
hours  938:3
hregan  730:12
html  876:16
http  778:16,19,20
  778:23 779:1,1,4,7
  779:8,20,24 780:3
  780:3,14,20,21
huawei  886:13,21
  886:23 887:1,25
human  951:16
  952:1
hundreds  836:9
hypothetical
  802:11 941:21

**i**

i.e.  949:13
ian  731:16 733:24
id'ing  969:10

id's  863:18,18
idea  810:18 883:9
  906:18 907:1
  924:16 948:25
  949:3
identification
  749:3 867:2
  920:11 945:9
  964:16
identified  752:9
  800:16 810:8
  816:10 844:16
  863:8,8 886:21
  919:24 920:20
  946:24 958:4
  969:17
identifier  863:19
  900:5,8,22,24
  901:11 902:10
  903:1 922:20
identifiers  900:25
identifies  762:8
  956:11 963:14
  972:14
identify  733:14
  741:1 764:18
  767:23 801:4
  810:10 823:2
  824:15 838:24
  849:1 862:23
  864:11,19 865:8
  902:18 925:20
  929:17 932:6
  934:23 954:15
identifying  786:20
  788:24 826:4
  863:20 948:7
  969:15
identity  861:25
idfa  899:25 900:3
  900:4 901:10,17

ids  786:17 788:19
  788:22,23,23
  789:25 791:16
  793:10,12 794:6,8
  794:10,12,14,15
  795:2,5,9 796:1,3
  796:24 797:5,8,16
  797:18,23 798:1,2
  798:3,5,5,6,10,13
  828:18 829:23
  830:11,11,25
  831:7,10 832:1,10
  832:12,14,18,19
  836:22 837:6,24
  838:13,23,25
  839:5,8 866:22
  899:21,23 902:1
  902:19 922:21
  923:3 924:1,2,2,11
  924:20 925:12
  930:5 951:4,5
  956:11 959:21
  960:4,9,11
imagine  825:21
immediately
  784:20
impact  752:16,18
  752:20,22 914:7
  914:11,19
impetus  765:3
  796:23 797:1,4
implementation
  823:13 830:23
  866:12
implemented
  762:24 769:18
  779:17 813:22
  820:8 822:1,19
  825:1 832:2,19
  835:18 836:14
  840:21 911:23

**[implementing - information]**

implementing
  780:13
implied  835:23
imposed  805:3
impossible  742:14
  742:19 799:18
  967:5
impracticable
  967:5
impressed  868:18
improve  753:24
  978:11,14
improved  753:18
improving  761:10
inappropriately
  824:16 829:20
inception  788:21
  793:11 875:8
include  736:20,25
  739:16 746:6
  758:19,25 767:24
  786:14,19 888:23
  890:10 898:5
  911:14 925:12
  929:21 930:14
  951:7 972:19
included  749:3
  755:17 782:8
  787:2 862:6 908:9
  908:11 982:14
  983:3
includes  745:23
  786:16 805:6
  874:23 957:5
  966:14 968:23
including  740:19
  746:16,21 911:10
  924:23 931:19
  947:21
inclusive  931:11

incoming  919:13
  919:19 934:21
incomplete  802:10
  941:20
increased  924:7
index  762:14
  919:10 924:19
  935:9
indicate  810:16
  893:16 924:10
  926:3 936:19
  955:10 975:15
  976:8,12 979:24
indicated  844:25
  849:11 922:14
  941:17 951:2
indicates  778:23
  926:24 927:7
  971:18,20,22
  979:11
indication  810:6
indicative  905:23
  909:23 910:3
  951:15 972:11
  975:3,22
individual  783:1
  786:5,21 787:2
  789:22 838:25
  857:13,15,22
  858:5 861:25
  862:14,24 863:10
  863:12,20 883:5
  886:7,10 888:7
  891:4 892:20
  905:12,19 909:15
  910:25 911:6
  913:18,18 919:25
  920:23 925:5
  954:16
individual's
  786:11 967:6

individualized
  953:12
individually
  920:18
individuals  838:25
  864:21 866:13
  951:19
inform  844:12
information  739:5
  740:5,12 741:3,20
  743:11 744:21
  746:4,12 747:2
  750:9 756:1,2
  758:17,20,25
  759:5,7 760:17,18
  761:5 762:12,15
  762:20 763:13,15
  764:19 766:9,18
  767:3,6,19 768:1
  768:10 770:14,25
  771:2 772:7,20,23
  772:25 773:3,6,9
  773:11 774:10,14
  775:15,16,20
  777:19,22 778:7
  786:7,14,17,20,25
  787:2,15,17,21
  788:6,9,13,17
  789:1,3,7,11,14
  790:13,17,22
  791:1,5,9 792:2,11
  792:18,21 793:5
  799:4,19 800:1,21
  806:16 807:10
  810:18 813:21,21
  816:16 817:10,25
  818:5 824:19,21
  827:3 829:13,15
  829:19 830:1,16
  831:20,22 835:8,9
  835:22 836:15

  837:18 838:5,8,11
  841:4,10,11
  842:24 843:2,14
  844:12 846:15,18
  847:16 848:17
  850:11,20 851:22
  852:1,8 854:15,17
  855:13 856:3,6,13
  856:15 857:4,10
  857:13,15,23
  858:5,9,12,14,20
  858:24 859:3,7,9
  859:19,22 860:2
  860:12,13,19
  861:2,19 862:1,20
  863:18,19,21
  864:20 865:9,9
  866:3,16 871:15
  872:20 873:19,23
  875:6,23,23 876:1
  876:18,21 877:6
  877:17 878:12
  879:6,19 880:5,6
  883:13 885:9,17
  886:17 887:1,9,19
  887:24 888:5,23
  889:1,10,13,19
  890:14 891:14
  892:1,19 893:5
  894:3 895:9
  896:15 897:3,10
  897:18 898:8,21
  899:10,12 903:6
  903:12 904:22
  905:2,11,18 906:1
  906:3,11,11,13,15
  906:20,21 907:2,4
  907:8,13,19,24
  908:5,8,21 909:1,4
  909:6,14 910:2,21
  910:22,24 911:4

[information - involved]

911:24 912:3
913:19 915:8,11
916:9,13,20,25
917:15,23 918:9
918:13 919:15
920:25 921:2,12
921:23 925:8,10
925:14 926:2,22
926:23 927:6,14
927:16,21,25
928:2,4,8,12
929:22,22,25
930:14,17,24
931:11,13,17,18
931:21 932:23
933:5,8,20 935:24
937:20 938:9
940:8 941:7,16,19
942:3,12 947:9
950:6 952:5 955:5
956:21 960:23
961:6,22 963:17
963:21 965:3,15
966:14 968:17,19
968:23 969:9,12
969:14,16,21
970:3,19 971:23
971:25 972:10,25
973:1,17 974:4
976:3,20
**informations**
791:20
**informed** 744:18
**infrastructure**
758:6 761:9,22
765:8 766:14
768:25 769:2,22
770:2,15 771:2
776:1 836:12,13
903:2 918:6
922:22,24 923:17

931:4,4 933:23
939:22
**initially** 965:19
**initiated** 953:22
956:8 978:14
**inquiries** 857:17
**inquiry** 819:19
847:5
**ins** 829:24 836:23
837:25
**inside** 766:7
903:22,25 904:5
904:10 919:20
951:17 978:12,15
**insignificant** 796:4
**instance** 924:10
951:3 960:3 968:6
976:12
**instituted** 833:19
833:23 836:16
852:15 944:5
**institution** 841:19
846:23
**insured** 744:20
**integrate** 875:1,3
**integrated** 787:16
891:13
**integration** 783:25
885:11,13 886:2,4
886:6,14,15 887:2
887:5 888:1,9
904:25
**integrations** 881:1
881:15 882:19
883:1 884:20,24
885:5,24 888:18
888:19,24
**integrity** 744:24
800:19,23 801:3
803:10 810:8,25
811:5,17,21

812:16 813:9,13
813:20 814:1,14
819:16,22 824:3
824:23 826:3,16
826:19 828:12
829:3 830:4
836:19 837:15
840:16 842:23
844:18 845:7,17
846:6 847:6
848:22 849:14
**intend** 747:12
823:10 940:18
946:12
**intended** 946:12
**intensity** 937:15
**intent** 762:25
**interact** 926:16
**interacted** 742:22
930:21
**interacting** 794:18
804:25
**interaction** 898:20
**interchangeably**
777:5
**interested** 981:18
**interface** 962:15
**intermediary**
954:10
**internal** 745:8
751:15 766:13
782:17 787:21
878:18 897:10
902:1 907:23
910:24 916:9
919:17,19 924:12
924:14 925:9
926:3 943:5 959:4
959:6,10,12
961:11 962:10
963:23 969:13

**internally** 756:3
797:2 896:16
921:21 961:25
962:6 963:8
968:14,17
**internet** 777:17
**interpret** 890:21
935:24
**interpretation**
890:16
**interpretations**
890:2,6
**interpreting** 750:3
**interrogatory**
886:18
**interrupt** 851:1
861:6
**interrupting**
796:17
**intimately** 743:22
765:14
**introduced** 789:9
840:23 841:18
867:4 920:13
945:12 964:18
978:10
**invalidation** 896:4
896:6
**investigate** 768:16
**investigation**
769:20 837:8
838:4
**invite** 737:12
**involved** 750:21
751:6 753:8
754:25 755:15,20
756:1,6,11 757:13
757:24 760:9
765:14 771:4
772:16 796:3
805:19 807:14

[involved - l]

808:24 814:21
815:9,16,23
820:25 822:4
825:15 826:2,3,12
826:15,19,24,25
827:14,24 831:19
834:9 835:15
844:11 845:15
859:2 864:8 866:8
915:19 979:3
**involvement**
755:23 770:5
772:5
**involves**  755:11,14
788:18 789:8
**ios**  882:23 900:6,9
901:15
**ip**  823:20,23
825:10
**ipsum**  809:12,15
809:21
**issue**  769:5 810:17
848:24
**issues**  849:19
**iterations**  791:3

**j**

**j**  960:13 975:24
**jams**  731:4
**jamsadr.com**
731:11
**january**  957:18,22
**jay**  828:2
**job**  725:24 822:3
823:15 845:23,24
845:24 847:21
874:13 982:4
985:2
**john**  731:18
733:11 884:6
**join**  857:6 931:5

**joined**  772:17
**jonathan**  827:1
**jsc**  725:6 726:6
**june**  725:16
726:18 733:1,6
848:14 981:21
982:2,4

**k**

**k**  963:14 967:22
979:9,17
**keep**  828:22
**keller**  727:5
733:20
**kellerrohrback.c...**
727:15,16,17,18
**kept**  864:19 865:8
**kicked**  823:4
825:25 827:12
927:7
**kind**  739:20
752:18 753:13
770:16 772:20
799:8 812:11,11
814:6 815:14,20
826:11 839:11,15
877:6 905:18
916:13 969:9
**kinds**  796:7
822:22 827:6
925:10
**knew**  771:16,21
771:21 783:5,5,5
787:5
**know**  742:12,15
742:20 743:8
744:1 752:13
753:10 755:6,16
756:14 759:1,5,7,9
759:12 760:22
764:21 765:9,20
766:16 769:22

770:23,25 771:1,9
771:11,14 774:10
775:4,5 776:5
781:7 782:14
783:17,23,25
784:7 785:2
786:24 789:21
792:24 793:6
796:5,6,23 797:13
799:8,24 800:5
806:5,8,11,14,14
807:9,14,17,17
808:10,24 809:16
810:19 811:20
813:22 814:6,25
815:3,13 816:2,3
817:10,18 818:4
820:7 821:1,4,17
821:25 822:2,14
822:18 823:11
824:4,9,11,24
825:23 826:12,15
827:8,14,18,23,25
828:9,24 831:9,10
831:18 832:3,11
832:17 835:3,8,10
837:9,13,17,20,22
838:5,7,9,16
839:12,15 842:1
848:11 849:10
850:12 852:19
853:22 854:16,24
855:22 858:10,13
858:22 860:18
861:1 862:16
870:8,22 871:5,14
877:13 878:24,25
878:25 880:16,17
881:14,18 882:3,9
885:19 888:8,16
891:8 892:8,13

893:3 899:7 902:8
903:5,15 910:16
911:11 913:18
919:2 923:25
928:21 930:7,23
931:9,23,25 933:7
937:11,11,19
938:18,21 939:16
940:15,18 945:1
948:6,11 949:18
951:1,12 952:8,12
953:3,4,21 954:20
958:8,12,14
959:14,16 961:13
962:21,23 963:17
964:10 965:1,22
966:2 967:7,9,9
968:1 969:4,14,21
970:3,8 971:13
972:20 973:9,11
973:14 974:24
976:2,21 977:24
978:6,13,20,23
979:1,1,2,5,10,16
980:6,7
**knowing**  956:13
973:3
**knowledge**  810:5
821:18 882:2
**knowledgeable**
762:5
**known**  758:6
773:25 833:8,10
840:22,24 858:10
875:10,15 908:11
937:1

**l**

**l**  725:20 726:20
928:23,23 944:24
944:25 981:1,24

**[l.l.p. - logging]**

**l.l.p.** 727:5
**language** 796:9,12
**large** 760:17,18
  789:24 809:1
  816:3 867:14
  920:18 931:23
  967:4,12
**larger** 946:1,7
**late** 772:17 797:13
  944:12
**laufenberg** 727:7
**launch** 850:23
  961:12,13,15,19
  961:19,24 962:2,5
  962:25 963:3,5,12
**launched** 792:5,7
  851:11
**law** 727:10 728:8
  729:7,15 730:7,15
  733:17 735:9
**lawful** 942:5
**learn** 810:19
**learned** 820:2
**learning** 820:16
  825:16 827:22
**led** 827:8 834:4
**left** 776:17 823:13
**legacy** 773:12
  854:14
**legal** 982:7
**legibility** 965:5
**lengthy** 867:15
**lesley** 728:7
  883:19,21,21,21
  884:7
**letter** 810:16
  848:13
**level** 741:14
  742:12,14 743:5
  756:8 761:24
  763:5 774:24,25

792:23 807:18
808:8,22 809:2,25
810:2 813:5
816:11 817:17
819:10,17 821:4,6
823:9,15 824:11
824:18,21,24
839:4,8 851:7
877:12 878:21
907:1 938:2
**levels** 814:16
  815:18
**light** 882:24
**liked** 894:11 897:7
**limit** 749:10,16
  812:21,25 813:6
**limited** 744:19,22
  800:21 801:1
  811:3 819:24
  828:14 829:5
  830:6 831:23,24
  836:21 840:17
  844:20 845:9
  846:8 847:8 848:1
  848:18 874:24
  881:18,23 883:2
  908:6
**limiting** 813:23
  814:3
**limits** 812:1,7,18
  812:23 813:8,11
  813:14 966:19
**line** 847:4 868:13
  982:15 983:4
  985:4,7,10,13,16
  985:19
**lineage** 774:9
  822:10 939:9
**lines** 868:10
**lingo** 934:2

**link** 786:20 798:16
  798:20 799:19
**linked** 767:25
  809:20 947:23,24
**list** 778:20 780:18
  780:23 781:3,7,11
  781:14,17 793:8
  815:21 816:2
  829:1,7 869:13
  927:24 930:5
  934:14 947:8
  958:3,21 974:18
**listed** 804:24
  830:20
**lists** 745:8 781:5
**litigation** 725:6
  726:6 733:10
  982:3 985:1
**little** 744:17
  779:23 847:13
  850:7,8 889:4
  921:18 965:6
**llp** 728:5 729:5
  730:5
**locally** 869:2
**located** 726:16
**location** 725:15
**locked** 982:12
  983:1
**loeser** 727:6
  735:13
**log** 768:21 770:2
  806:16 856:14,14
  857:22 858:1,2,4
  859:8,12,22
  860:23 861:16,25
  895:15 896:2,11
  946:25 947:1,4,6,7
  948:9,10,16,16,18
  948:19 949:1,3,9
  949:11 951:4,6

956:9,25 957:1
959:17 962:3
971:15,19,22
972:8,8,10 975:2,3
**loggable** 958:4
**logged** 768:19,24
  769:1,4,14,23,25
  770:6,11,19,21,22
  770:24 771:8,10
  771:12,23,25
  772:1,4,9 773:17
  773:19,21,23,25
  786:25 838:2
  839:7 856:19,23
  858:8,14 859:16
  860:3 862:14
  863:5 864:1,9,14
  865:3 887:9,11,20
  887:22,25 888:4,5
  892:10,11,17
  893:3,4,10,19,22
  893:23 894:14,19
  894:22 895:2,4,5
  895:18,20,21
  896:3 897:6,16
  898:9,12,16,17
  899:3,4 900:1,9,11
  900:18 901:9,15
  901:18 902:8,24
  903:2,3 911:15
  929:19 949:21
  950:22 951:17
  958:6
**logging** 757:16,18
  757:19,22,22,25
  758:3,5 759:2
  760:8 765:7,8
  767:22 768:2,25
  769:2,19 770:13
  770:14 772:17
  773:12 817:7

**[logging - matt]**

818:1 859:2
861:15,18,21
863:25 866:21
871:22 881:8
888:3 896:7
899:13 967:17
972:9,17
**login** 755:1 873:15
873:17,25 874:3,7
874:9,12,17,18,20
874:24,24 875:4,7
875:11,13,17,20
875:23 876:9,12
877:18,21,22
879:12,13 880:14
899:11 901:13
968:4,7,8
**logs** 767:22 806:1
806:6,10,11
807:10 858:18,23
859:18 864:10
866:3,13 888:9,14
888:17 898:23,24
954:18
**london** 725:15
726:17 733:1
**long** 751:16,19
754:3 756:23
772:15 821:20
822:14 861:12
868:9 953:15,18
963:3 967:14
**longer** 771:5 783:7
785:8 805:7
838:15,18 852:20
853:19,23 929:11
952:20 970:7
**look** 748:11,11
762:22 785:1,11
785:16 814:15
816:2 823:16,18

824:19,20 829:22
832:12 838:11
842:24 843:21
867:16 870:15
881:8 910:19,19
915:7 921:25
938:8 948:3
949:16 957:6,12
959:5,25 960:2
968:8
**looked** 809:7,17
811:7 812:16
825:8 832:14
842:24 914:14
923:25
**looking** 789:20
811:25 812:17
824:15 825:16,23
826:5 827:11
828:17 836:22
877:6 945:18,25
957:14
**looks** 820:4 823:7
946:21 956:2
967:21
**lorem** 809:12,15
809:21
**los** 731:9
**lost** 965:20 966:4
966:11
**lot** 737:23 749:13
812:19 828:9
830:1
**lots** 778:4
**love** 738:23
**lweaver** 728:14

___

**m**

**macdonell** 731:18
733:11
**machine** 815:2
820:16 825:16

827:22 981:10
**main** 830:8
**maintain** 780:17
781:3,11 866:13
919:10 924:19
956:10
**maintained** 781:5
**maintains** 781:14
920:2,4 934:13
**major** 743:15,19
822:16
**making** 738:24
777:15 812:2,19
816:3,11,21 817:2
817:9 818:10
835:21 837:18
862:7 864:2,4
865:14 866:22
871:1 885:24
890:6 905:21,23
**manage** 943:7
960:18 961:2
962:6,8 978:4
**managed** 804:7
944:18
**management**
745:7 959:4
**manager** 755:9
827:24 961:12,13
961:15,19,24
962:2,5,25 963:1,3
963:5,12
**managing** 748:15
**manner** 742:7
873:6
**manual** 820:12
826:13 834:15,17
837:2
**manually** 826:7
920:9

**manufacturer**
880:11
**map** 919:19,24
920:6 935:22
952:25
**mapped** 918:10
955:3,4
**mapping** 918:11
918:18,19,21
934:1 953:12,17
953:25 955:12,12
**mappings** 920:8
**maps** 917:10
919:10,12
**march** 822:19
**mark** 754:20
757:3 763:16
771:20 932:14
**marked** 749:24
750:13 753:2
867:1,5,22 920:10
920:14 945:8,11
945:12 964:15,19
**master** 731:6
734:2,3,7 849:24
849:25 850:2
868:23 869:5,10
883:25 884:4
901:2,7
**matched** 780:15
**matches** 808:8
921:23
**material** 737:23
**materials** 874:12
**matt** 729:14
733:17,25 735:9
735:23 738:9
745:17 783:6
785:3 810:12
839:10 844:24
849:9 861:5

Veritext Legal Solutions
866 299-5127

**[matt - mentioned]**

868:16 870:13
877:7 946:5
**matter** 733:8
769:6,10 850:12
914:21 951:18
**matters** 762:6
962:18
**matthew** 728:6
**mbuongiorno**
729:20
**md** 725:6 726:6
**mdl** 725:4 726:4
732:19,22 920:16
945:17 964:24
**mean** 752:19
754:8 759:15,23
789:16,16 792:18
793:13 796:19,21
812:9,23 813:5
826:16 834:6,7
836:2 840:24
844:3 851:1 852:3
852:4 861:7,7,8
863:12 865:22
867:16 872:6,11
885:13 886:10
889:17 890:10
892:23 893:18
896:20,22,24
899:24 911:16
913:14 915:1
919:1 922:25
925:2,24 926:6
927:3,5 929:7
932:17 934:3
936:12 939:18
940:1,19 941:4
943:9 947:13
949:15,24 966:24
972:4 973:20
980:2,6,8,10,11,15

**meaning** 739:23
753:15 819:5
863:17 896:24
**means** 740:25
741:17 796:6
829:14 838:14
871:18,21,25
872:20 904:3
932:19 936:14
937:21 938:7
940:3,16 943:11
949:18,20 952:12
964:13 968:1
972:22 975:17
976:2,17 979:22
979:23
**meant** 793:14
906:18 913:25
964:10
**measures** 978:10
978:13
**mechanism**
780:20 801:8
803:13 813:23
816:20 829:9,11
830:15 851:5
853:23 856:10
875:4,21
**mechanisms**
788:24 792:9
801:13,25 829:22
830:21 853:19
854:15 959:21
**meeting** 827:25
**melamed** 728:6
732:5 733:16,17
734:14 735:5,9
736:2,7,8 737:9,21
737:22 738:12,14
738:17,19 741:21
742:18 745:18

750:18 759:25
760:11,23 761:11
762:1 765:19
766:4,6,16 767:12
767:17 768:4
769:24 775:2
780:2,17 783:9,13
784:15 785:5,18
785:25 787:20
788:5 789:2
790:24 795:12,14
798:18 799:14
800:13 802:17
803:7 806:23
807:8 808:10
810:23 817:23
819:12 821:19
836:5 839:19
840:3,6,13 841:15
843:6 844:1,13
845:4 846:3,25
848:7,10 849:20
850:4,5 853:22
855:24 856:12,24
858:4,22 859:11
859:21 861:1,8,24
862:9 863:7
864:14 865:17,22
866:11 867:4,7,21
868:8,19 869:1,8
869:17,25 870:2
870:16 871:2,14
872:8,13,22 873:2
873:4,24 878:23
879:16 880:2,20
881:14 882:3
883:4,19,21 884:1
884:6,10,19
885:25 886:11
887:8,16 888:16
888:25 889:6,18

890:5,13 891:3,19
894:12 896:23
897:20 898:7
899:15 901:8
902:15 903:5,17
904:2,5,16 905:1
905:10,17 906:1,8
907:5 909:5,13
910:1 911:11
912:23 913:9,15
914:4,16 915:7
916:5,21 920:13
921:1,14,15,20
927:19 931:9,20
933:7 934:11,22
935:7,25 939:13
940:14,18,21
941:9 942:10,19
943:1 945:11,16
946:15,18 948:20
948:24 954:6,13
955:13 958:20,24
960:13 964:18,25
965:25 973:22
974:10 980:21
**members** 834:12
**memory** 782:3,22
782:24 783:23
917:2 929:8
**mentioned** 735:8
735:12 742:1,5
744:11 751:22
762:8 768:6
777:25 780:25
788:5 807:22
814:18 817:23
823:1 825:6,14
829:6 830:24
832:9 836:22
839:21 848:24
853:2 868:8

**[merge - necessarily]**

**merge** 797:21
798:9
**messaging** 795:7,7
**messed** 779:5
**messenger** 794:16
794:17 795:8
936:23
**meta** 731:17
733:23
**metadata** 925:13
925:16 947:25
950:3,4
**method** 762:23
767:18,24 768:5
778:9,10 779:17
812:20 818:8,9,9
818:13,16,18,21
851:8,12 856:2
862:9,11,13
888:22 916:22,24
917:1,9,11,17,25
918:3,4,10,12
919:5,13,20,22,23
919:24 920:5,6,6
920:21 921:21,24
929:10 933:8,9,10
933:14,15,22
934:1,8,20 935:6
935:11,12,23
936:16,22 938:3
938:13 941:14
942:13,16 945:25
946:4
**methodologies**
853:14
**methodology**
854:17
**methods** 745:6
762:18,20 768:6
812:3 814:12
817:9 818:2

855:15,19 878:9
918:24 919:11
921:9 934:24
936:3,4 978:11,14
**migration** 953:6
953:10
**milestones** 822:17
**mill** 730:16
**millions** 936:2
**mind** 745:3 763:18
**minority** 855:3
**minute** 873:5
**minutes** 751:18,21
754:5 757:3
**misbehaved** 826:6
**missing** 958:17,17
**mission** 729:8
**misspoke** 738:10
**misstates** 741:13
742:9 906:22
**mistake** 867:6
**mistaken** 870:19
**misuse** 846:15,18
849:15
**mmelamed** 728:13
**mobile** 862:19
875:3 882:21
887:13 898:9,13
898:18 899:1,8,9
899:20,22 900:2
900:11,19 901:10
902:19,24,25
911:21
**mode** 804:22,23
926:11,11,12,12
926:14,14,20
927:10
**models** 815:2
**modern** 757:16,18
757:19

**modified** 764:2
943:14
**molaro** 754:20,21
754:23,24 755:3,4
756:6,23,25,25
757:5,8 758:4,5
759:11 762:5
763:10,11,19,21
764:14 765:22
767:16 768:18
771:21 775:9
787:5 932:14
**molaro's** 755:6,23
**moment** 755:14
**monday** 725:16
726:18 733:1
**monthly** 915:18
**months** 796:4
967:1
**moratorium** 804:8
804:9 805:9
**moratoriums**
804:15,19 805:2,4
805:12,18
**morning** 733:16
734:4
**move** 795:4 833:2
850:1
**moved** 788:22
952:25
**moving** 889:7
**mthd** 732:16
920:16
**multiple** 757:19
757:23,24 797:20
798:8,14 823:1
851:16,21,23,25
852:7 857:3,10
960:9
**mute** 884:5,7,7

**n**

**n** 732:1 758:8,9
869:7 974:21,22
**name** 733:16
735:8 751:23
752:2 776:5,7
782:1,2,6,8,12,17
806:13,14 807:9
807:19 814:8
818:4,5,14 826:22
826:23 827:13,23
828:2,3,6 869:11
869:11 870:5
873:18 874:18
898:25 903:6
924:23 928:19
929:11,13,16
930:19 931:12
944:21 952:7,9,9
952:11,12 956:12
979:5 981:21
**named** 782:15
**names** 732:13
748:2,4,7,9 776:9
776:11,14,16
827:15 862:16,17
869:13 874:16
875:15 916:9
924:20 930:16
931:24 932:3
**narrow** 879:22
**narrower** 843:7
**native** 732:11,15
732:18,21
**nature** 772:8
809:22 811:19
819:8 839:2
902:12 905:22
922:22
**necessarily** 777:16
832:1 855:10

[necessarily - objections]

861:16 864:5,12
865:15 880:13
905:25 909:24
918:17,19,21
950:24 977:10
**necessary**  894:21
982:14 983:3
**need**  737:19
810:19 824:7
839:24 872:20
894:12 921:13
939:9 958:23
966:1
**needed**  748:8
838:15,18 854:3
937:6,7
**needs**  839:14
894:17
**neither**  883:25
981:17
**nevada**  725:21
**new**  760:2,9 793:1
833:19 924:17
948:16,17,18,25
949:3
**newsfeeds**  905:9
908:4
**night**  868:21
870:13,18
**nine**  784:1 933:13
936:1,5 946:3,16
946:16 967:23
980:18
**nodes**  758:23
762:18 786:8
787:25 788:2,2
**nomenclature**
928:15
**northern**  725:2
726:2

**notating**  982:15
983:4
**note**  749:12 785:5
849:21 945:18
951:25
**noted**  814:10
892:12 980:24
**notes**  747:8,11,17
747:20,21,22
753:19,21 754:6
754:11,13,14,16
757:4,6,9,11,14,15
784:17 785:1,16
852:25 854:10
951:9,12,13,15,20
951:21 952:4
984:4
**notice**  735:11
**noticing**  733:15
734:12
**notifications**
815:17
**null**  979:23 980:9
980:10,15,19
**nullable**  979:19,21
979:22
**number**  732:9
747:25 750:1
752:13 767:21
780:10 797:17
801:2 804:11,17
808:13 809:1,7
812:2 813:1
814:16 815:19
816:3,4,11,21,22
817:2,3,15 822:3
826:4 828:10
835:6 836:3,6
847:14 854:18
877:24 878:13,16
881:22 886:15

890:1 898:12,19
898:23,25 899:1,2
899:3 904:11
917:14,16 920:15
924:5,8,17,22
925:16,17 929:18
931:23 932:18,21
936:14,21 937:23
939:12 945:17
948:6 950:20
958:5,12 959:3,6
960:10 971:18,21
972:7 973:2
982:15 983:4
**numbering**  958:14
**numbers**  949:12
956:6
**numerals**  924:5
**numeric**  922:20
922:22 924:3
956:3 969:3,4,6
970:7 971:12
974:23,24
**numerous**  766:15
775:17

**o**

**o0o**  733:3 980:25
**oakland**  728:11
**oath**  734:11 735:2
981:9
**object**  759:19
760:6,15 761:1,15
765:11 766:10
767:7,20 769:16
774:16 778:17
779:10 780:5,6
787:23 788:15
790:6 795:11
798:12 799:1,22
802:10,22 806:22
808:7 817:5 819:7

821:12 836:1
841:8 842:16
843:17 844:5
845:11 846:20
848:3 853:15
855:8 856:8 857:6
857:24 858:16
863:23 865:11,21
865:25 871:9
873:16 879:20
880:7,23 881:25
882:11 883:14
885:22 886:8
887:3,15 888:20
890:8,23 894:5
896:18 898:3
899:5 904:20
905:4,13,20
906:23 908:25
909:10 911:7
912:19 913:2,12
913:20 914:24
915:12 922:25
924:2 927:12
931:2,15 933:1
934:4,16 935:2,17
939:1 954:7 955:7
960:6 965:24
973:19 974:5
**objection**  734:10
734:14,15 787:9
807:3 858:25
862:3 863:1
872:16 879:7
889:2,15,23
903:23 904:4,6
906:5 941:3
**objections**  871:19
872:2,9,15 903:9
909:19

Veritext Legal Solutions
866 299-5127

[objects - particular]

**objects** 780:25
781:4,12,14,17
793:2
**obligations** 763:25
**obviously** 848:11
857:12
**occur** 907:6
**occurred** 791:22
791:23 797:7
896:5
**offer** 907:3 936:1
**office** 982:11
**officer** 734:10
**okay** 734:1 735:20
736:7,16,18 737:9
739:3 741:8
743:18 744:16
747:12 749:21
775:2 783:12,13
784:22 785:18,20
788:13 802:3,17
803:7 812:22
818:12 840:2,3,6,8
845:4 867:21
869:2,4 870:2
881:24 886:20
897:13 910:22
933:25 935:7
938:8 942:21
946:14 949:16
957:6 980:22
**old** 924:17
**once** 834:2 841:2
853:11 860:2
869:3
**ones** 781:10
805:19 814:25
830:8,19
**online** 764:24
774:7

**onset** 966:5
**onwards** 817:8
**open** 869:2 873:3
873:9,11 874:14
895:9,24 897:3
908:11,13,14,22
964:20 967:5
**opened** 894:13
**operated** 822:2
836:16 839:3
845:17
**operating** 882:21
899:9
**operation** 822:24
835:15,19 844:6
**operational** 759:4
759:6 843:20
844:2,8
**operationalize**
961:25
**operationalized**
803:5
**operations** 753:13
802:25 803:16
804:1,7 805:15,20
816:1 820:6,19
823:17 834:13
835:7 836:4,7,17
837:8 838:3
843:25
**opportunity** 907:3
**opposed** 928:11
**ops** 827:5
**option** 904:23
**options** 878:2
**order** 778:8
784:18 824:7,15
828:7 834:1 836:8
838:3 856:9 859:5
873:23 876:17
881:16,17 892:3

893:19 894:23
896:11 931:7
935:5 954:18
**ordering** 946:9,12
**oregon** 725:22
**organized** 787:25
788:1
**original** 791:15
792:6 966:17
981:14 982:10,21
**outlook** 748:11
**outside** 761:1
774:16 799:21
802:21 815:5
842:16 843:17
844:4 871:8
880:23 882:11
888:11 891:6
902:3,20 904:6
913:2 934:15
935:16 963:24
**overlap** 822:13
860:10
**overly** 896:24
**overview** 848:5
877:12 878:21
**owned** 798:14
**owner** 869:23
872:8,10

**p**

**p** 928:23,23
944:24,25
**p.m.** 726:18 733:2
733:6 785:21,24
840:9,12 884:18
942:22,25 957:19
957:22 980:23,24
**pacific** 956:24
957:23
**page** 730:16 732:3
732:9 772:13,20

772:23,25 773:3,7
773:10 788:23
794:1,13,15,23,25
795:5 830:11
868:2 869:6 892:4
892:9,12 893:2
894:8,13 936:23
982:15 983:4
985:4,7,10,13,16
985:19
**pages** 725:25
747:10 794:4,19
982:14,17,17
983:3,6,6
**pairing** 976:14
**pairs** 974:8,14,19
**palo** 730:17
**paragraph** 848:13
**part** 756:4 765:2
768:24 769:1
778:17 797:10
805:5 806:10
807:5 846:1 852:1
874:14 885:10,13
886:1 887:1
888:18 897:15
899:2 904:24
920:7 969:19
978:1,9,18
**partial** 958:21
**participated** 834:4
834:7
**particular** 739:12
739:22 749:5,6,23
757:25 758:2
762:22,23 767:6
775:3 776:6,18
792:25 793:22
796:25 814:12
815:19 817:9
818:1,2 825:2

Veritext Legal Solutions
866 299-5127

[particular - permission]

829:12 830:18
841:10 872:25
876:5 877:24
878:9 883:11
886:17 892:9
913:11 916:7
917:10 922:8
928:17 933:20
936:5 938:3,13
939:5 961:23
**particularly**  750:2
891:18
**parties**  727:2
728:2 729:2 730:2
731:2 736:18,21
736:24 738:7,21
739:6,10,14 740:6
740:13,19,24
741:4,10,16,20
742:2,8,13,17,23
743:2,7,14,17
744:2,7,8,13,21
745:9 746:5,13,20
787:8,12 788:7,10
788:14,18 789:4
790:14 800:20,24
811:2 819:23
828:13 829:4,20
830:5,17 836:20
837:19 838:14
840:16 844:19
845:8 846:7 847:7
847:25 848:17
849:25 850:7,13
851:16 852:7,19
853:13 860:13
873:6,15 874:1
875:2,18 889:1,11
889:14 890:15
910:18

**partition**  872:4
**partitioned**  922:7
**partitioning**
872:24
**partitions**  871:22
**partner**  804:7
883:13 884:20,24
885:4 888:17,19
**partnered**  880:10
**partners**  883:5
885:10,18,19
886:13,14,16,22
888:10
**partnerships**
803:23 804:1
882:5
**parts**  757:11 770:4
823:6 885:8
**party**  733:15
750:3 777:9,10
778:8 796:20,22
802:24 813:2
829:21,24 831:11
831:13 836:23
838:1 862:2,25
874:2 875:2,24
876:20 879:23
880:3 889:20
890:11,17,22
891:1 892:2 905:2
905:11 906:2,3
907:14 908:1,6
909:6,14 912:3
916:3 924:15
932:25 933:4
939:23 974:9,15
981:19
**party's**  893:9
**pass**  857:3
**passing**  791:19
942:8

**password**  896:9
896:10 898:25
**pattern**  811:14
814:11 825:9
**patterns**  811:7,11
823:19 824:8
**pause**  737:15
**pauses**  737:15
**payment**  912:2,7
912:10,11,16
**payments**  746:16
746:17,18
**pdf**  982:12 983:1
**pearly**  944:23
945:2
**penalty**  734:21
982:16 983:5
984:2
**people**  742:22
744:3 747:22
763:11 769:21
771:4,6 797:3
799:9 805:19
807:14 808:24
814:21 815:8,9,15
815:23 818:18,21
820:25 821:17
822:4 824:4,4
826:2,9,18,21
827:13 829:21
831:19 835:3,6,10
836:3,6 845:14
854:5 859:1 864:8
866:8,17 876:17
881:19 893:22
918:25 925:12
926:15 929:5
951:19 979:6
**percent**  791:24
929:24 937:5,9,12
938:2 939:8

976:15
**perform**  826:10
838:4 841:14
897:24
**performed**  791:12
802:15 831:3
958:6 963:24
964:8,11,13
**period**  741:3
742:16 756:6
766:19 769:4,5
770:5,17 774:21
779:13 783:17
789:23 813:16,17
816:8 817:4
821:10 822:14
826:14 830:22
847:18 853:14,20
854:20,23 865:19
866:2 873:14
874:6 884:25
905:15 910:11
913:24 923:21
933:8 936:20
938:12 944:15
953:6,18 954:14
976:8 980:13
982:18 983:7
**periodically**  831:3
873:8
**periods**  845:15
850:10
**perjury**  734:21
982:17 983:6
984:2
**permission**  777:15
833:7 841:9,23
875:5 876:24
877:16 878:15
879:4,18 880:5
942:7

Veritext Legal Solutions
866 299-5127

**[permissions - policy]**

**permissions** 789:8
790:1 793:2
830:12,13,14,15
833:9,10,14,17
834:1,10 839:20
840:18,20,21,22
840:25 841:3,4,6
841:12,15,17,18
841:22,24 842:7
842:14,19,20
843:11,14,22
845:10 846:9,11
846:17,22 873:20
877:20,23 878:2,3
878:16 909:3
942:4
**permit** 800:3
**permitted** 738:20
779:9 864:15
865:4
**person** 771:22
797:4 825:2
826:25 828:6
835:22 836:15
844:7 862:7 979:6
**person's** 797:1
**personal** 744:4
772:6 782:23
882:17
**personally** 747:16
**perspective**
789:17 824:13
836:17 882:18
**pertain** 757:9,11
**pertains** 837:17
948:6 981:13
**pertinent** 740:17
**phased** 884:24
885:1,2
**phases** 827:18

**phone** 896:10
898:12,19,23,24
899:1,2,3
**phrase** 743:19
793:15 807:22
831:14,15 885:15
947:1,4
**phrased** 890:1
944:7
**phrasing** 876:25
**phuntso** 730:14
733:24
**piece** 829:12
841:10 913:19
918:5 933:19,22
**pieces** 824:11
851:21,25 852:8
932:23
**pipelines** 941:24
**pivot** 930:24
**pixel** 891:5,11,14
891:17,20,22
**place** 801:25 807:5
815:13 816:20
820:14 821:10,15
821:18,20,21,23
822:19,24 824:6
829:9 842:3
843:20 844:2,8
846:14,17 847:19
848:6 881:15
882:8 938:14
953:7,19 956:25
957:4 981:6
**placed** 799:9
803:4 804:8,22
805:16,21 827:6
**placeholder**
809:12,21
**places** 896:11

**plaintiffs** 726:16
727:4 728:4
733:18,21 738:5
750:14 752:9
849:2 867:9 935:9
973:25 974:14
**planning** 751:9
753:13
**platform** 739:11
740:16,22 741:10
742:1 743:3,12
744:14,17,24
750:3 755:1
756:10,15 757:23
758:17,20,24
762:9,13,15,18
764:19 765:8
768:25 770:6
772:5,17 782:18
787:13,14 788:20
789:8 791:3,14
792:7,11 798:4
799:3,11 800:4,19
800:23 801:3
802:19 803:10
805:8 810:8,24
811:5 812:15
813:9,13,19 814:1
814:13 819:16,22
820:5 823:4
824:23 825:25
826:1,16,19
827:12 828:12
829:2 830:4
836:19 837:15
840:15 842:23
844:10,17 845:6
845:17 846:6
847:6 848:22
849:14 855:4,7
873:20 874:10,14

875:8,12 879:25
880:14 904:15
905:6 906:14
907:10 916:2
925:21 926:4,7,25
927:8 932:8,11,15
932:20,22 943:19
**platforms** 731:17
881:20,22 882:22
**play** 737:4
**please** 733:14,15
734:13,18 737:3
748:4 751:24
752:3 769:8 814:8
828:5 845:2
856:25 877:9
967:8
**plenty** 773:13
**plug** 829:24
836:23 837:25
**plus** 789:23
**point** 760:13 761:7
762:4,23 763:20
771:20 783:19
785:6 791:19
828:4 861:24
871:1 878:3
879:16 900:19
913:18
**policies** 799:3,5,11
799:17,23 800:2
802:18,24 803:2,6
803:9 818:24
838:7 843:4 844:9
860:4,9
**policy** 800:4,4,11
801:6,8,15,19,22
802:2,5,6,9,14,15
802:25 803:13,16
803:19 804:3
805:3,13,15,21,23

[policy - privilege]

806:20 807:12
808:4 809:18,20
817:16 820:5
823:17 827:5
843:25 925:15
**political** 864:16
865:5 941:12
**poor** 783:22
**poorly** 944:7
**positive** 902:17
**possession** 862:23
**possibility** 742:5
935:14
**possible** 738:1
740:23 741:2
760:21 761:8,12
762:21 763:2
766:23,25 767:11
767:13 769:17
775:10 777:17
781:8 785:13
798:15,19,22
799:2 816:15
817:13,19,22
831:9 838:8
839:18 845:18,22
849:1 858:11
861:18 866:18
867:11 881:6
899:8 900:14
913:23 929:5
940:7 941:5
953:11 954:14,19
954:22 960:9
962:24 976:17
**possibly** 816:15
826:8
**post** 890:11
907:18 936:23
**posts** 908:10

**potential** 752:22
781:20 890:2,5
914:7,11
**potentially** 747:14
753:2 760:17
826:5 837:6
905:23 908:3
909:23 910:3
969:17
**power** 760:19,24
937:18
**practice** 780:12
809:14
**practices** 741:17
**precise** 767:9
770:12 772:8
782:2,12 786:24
807:19 809:22
819:8 820:22,23
822:5,12,12 832:5
835:6 839:2
852:22 854:1
880:25 902:12
923:15 932:21
960:10
**precisely** 770:20
776:23 824:9
903:10 930:12,20
**precision** 822:7
**predefined** 781:10
855:14
**predicate** 889:11
961:17
**preferences**
864:16 865:5
941:12
**premise** 857:2
**prep** 828:9
**preparation**
754:18 763:4
807:13 808:25

815:16 821:16
845:20 846:1
848:15 854:6
921:5,8 965:11
**prepare** 735:22
740:7 745:21
746:9,14,23 747:6
747:23 748:1,24
749:6 773:14
784:18 822:3
828:8
**prepared** 735:20
736:9,12 737:1
739:4,9 740:3,14
741:11,23 742:7
744:19,23 745:1
745:10,11,18
746:8,22 747:4,10
747:16 774:23
803:11 804:12
808:19 810:7,10
810:25 819:25
822:8 830:10
848:20,22 849:12
914:19
**preparing** 747:19
768:15 820:3
**prerequisite** 893:8
**present** 731:15
769:11 850:16
875:8 900:21
**presently** 733:19
755:7,12 781:11
826:1
**presto** 937:2,16
**pretty** 824:3 837:1
837:1
**prevent** 800:5,8
846:15,18
**prevented** 760:12
798:25 799:3

**preventing** 805:10
**prevents** 804:23
**preview** 945:14
**previous** 765:8,21
771:13 826:23
863:3 874:18
909:21 945:7
**previously** 768:3
820:18 871:12
873:22 888:22
921:9 946:22,24
969:25
**primarily** 834:16
843:24
**primary** 741:4
743:1 744:12
748:18,20 850:21
874:4,7 875:20
928:16
**prior** 761:13
767:17 769:25
790:15 795:16
833:21 842:7,12
844:3 846:9,18
866:11 944:15
981:8
**privacy** 733:9
801:8,15,19,22
802:2,5,6,7,8,13
802:15,18,24
803:5,9,13,19
804:3 805:3,13,23
806:20 807:12
808:4 809:18,20
818:24 878:18
925:15 942:4
959:10 962:1,7
969:13
**privilege** 750:9
785:9

Veritext Legal Solutions
866 299-5127

[privileged - querying]

**privileged**  785:3,7
**probably**  754:21
  757:2 776:8 785:4
  788:11 803:4
  867:13
**problem**  745:5
**procedure**  982:19
  982:20
**proceeded**  885:7
**proceedings**  981:5
  981:8,9,15
**process**  808:21
  820:12,20 821:9
  821:11 827:10
  832:3 833:3,6,18
  834:5,14,15,17
  837:3,5,9,10,24
  842:4 856:9 877:2
  885:11,13,20
  886:2,4 907:5
  914:5 960:17,24
  961:3,4,11,20
  962:1,7,8 965:1
  977:18,22,25
  978:2 979:4
**processed**  934:18
**processes**  761:21
  821:2 843:20
  844:2,8 899:11
  978:16 979:7
**processing**  761:6
  954:11
**produce**  784:18
  869:14 931:6
**produced**  756:3
  920:15 934:12
  935:15,19 966:19
  966:21,22,25
  967:11 973:4
  974:13

**produces**  937:17
**product**  824:12
  874:13 875:11,24
  875:24 891:12,20
  891:23 908:14
  910:7,14 963:1
**production**  754:25
  973:10
**professional**
  726:21 981:2
**profile**  725:5
  726:5 733:9
  751:15 787:18
  789:11 897:16,18
  907:20 936:23
  982:3 985:1
**program**  835:16
  874:21 881:19,21
  881:24 882:1,4,7
  882:10 883:3,6,16
  883:17 885:1,6,7
  885:10
**programmatic**
  920:6
**project**  745:7
  885:1
**promised**  746:17
**propagated**
  916:15
**properties**  926:10
  928:10
**property**  872:11
  872:19
**proportion**  917:21
**proposing**  869:14
**protect**  896:11
**provide**  749:15
  759:2 763:8 804:4
  835:24 836:6
  868:11 876:17
  901:16,24 902:16

906:3,12,15,20
907:6,8 908:12
940:8 942:6
**provided**  743:14
  746:12,18 747:2
  762:20 778:6,7,21
  801:10,12,16
  802:5 803:19
  806:20 807:12
  808:3 809:6,18
  810:6 812:15
  817:25 837:24
  855:15 857:23
  860:13 867:8
  868:21 870:13
  883:9,13 902:9,25
  905:11 906:2,11
  916:8 935:10
  941:15 950:7
  963:22 964:23
  965:4 969:18
  982:19 983:8
**provider**  778:21
  778:25
**provides**  919:23
  926:21
**providing**  742:8
  844:11 857:17
  873:25 883:2
**proxy**  872:14
**pst**  956:24
**public**  853:18
  926:12 934:22
**publicly**  919:15,18
**publish**  805:11
  842:21
**published**  842:25
  852:23
**publishing**  842:19
**pulled**  975:23

**pulling**  964:22
**purpose**  746:4,11
  802:4 881:21
  889:9 891:24
  894:6
**purposes**  739:3
  891:21 910:10
  938:10 973:10
**pursued**  885:18
**pushing**  848:24
  849:4
**put**  741:7 855:18
  873:2 941:10
**putting**  816:6
**pwangdra**  730:19

**q**

**qualified**  808:11
  891:18
**qualifiers**  749:14
  749:15
**qualitative**  803:8
**queried**  766:14,24
  767:3 850:22,22
  855:25 931:10
**queries**  851:3,16
  851:17 855:13
  857:23 858:3,19
  858:20,24 859:12
  859:16 860:20
  861:3 931:5
**query**  766:12,17
  774:5 791:17,21
  850:20 851:6,6,12
  851:14 852:1
  854:24 855:12,16
  856:10,11 858:6,8
  859:4,6,8 916:19
  937:16 941:18
  960:4 973:4,8
**querying**  766:13
  767:14 856:3

Veritext Legal Solutions
866 299-5127

**[question - records]**

**question**  737:6,10
737:16 740:3
743:20 759:10
761:4,17,20 762:2
763:6,9 764:7
765:17,20 766:5
771:16,17 773:15
775:13,24 779:5
784:12 787:4
795:17 802:4
810:2 819:17
828:23 834:8
839:20 840:5
843:7,8 845:3
846:4 854:5,22
857:20 860:4,25
861:23 868:24
877:4,8,9 885:15
889:3,5,12,25
890:6 892:16
893:13 898:15
906:7 912:22
913:6,8,22 914:3,9
915:1,2 916:11
923:16,23 925:22
926:5 929:8
932:18 935:8
938:20 940:11,13
940:22 944:7
947:16 950:18
961:18 967:10
973:23
**questioning**  739:3
784:21 810:13
**questions**  735:11
735:13,17 736:3
736:10,12 737:6
739:4 740:4 741:7
741:18 747:15
749:13 765:23
769:7,10 783:10

793:9 797:25
814:6 819:3 827:4
827:7 835:12
839:22 844:8
849:8 860:10,17
867:12 920:23
**quick**  830:14
**quickly**  745:15
775:24 785:12
948:23
**quit**  895:6
**quite**  820:10 880:9
928:6
**quoting**  849:13

**r**

**r**  752:5 818:8,9
944:24,25 985:3,3
**r&s**  983:1,9
**raise**  734:18
**raised**  978:17
**raising**  849:17
**random**  965:2
**range**  742:21
793:4 823:23
825:17 914:12
947:20
**rate**  812:1,7,17,21
812:23,25 813:5,7
813:11,14,23
814:2
**raw**  957:12
**reach**  804:2
813:25 824:21
825:3
**reaches**  960:22
**reaching**  814:4
**read**  745:25
747:23 848:7
935:3 984:2
**readable**  951:16
952:1

**reading**  738:15
745:3 801:8
982:23 983:9
**ready**  835:1
**real**  775:22 830:14
**really**  868:9,9
911:17 948:23
**realm**  935:14
**reap**  979:9,10,25
**reason**  794:25
937:12 953:21
964:1,5 985:6,9,12
985:15,18,21
**reasonable**  847:22
**reasons**  797:17
**rebecca**  725:20
726:20 818:10
869:25 981:1,24
**recall**  748:22
749:10,17,19,25
750:1 752:11
772:6,7,11,13,22
774:5 776:15,24
781:19 782:2,4
783:19 791:15,18
791:22 792:1
797:2,6,11 819:1,2
822:6 827:25
862:19 884:25
886:16 917:3
929:21 930:11,16
930:19,21 931:24
932:3
**receive**  777:12,14
835:1,1 870:11
889:1,13,18 891:4
892:1 912:2
**received**  746:4,19
747:2 870:18,18
889:10 890:14
907:14 910:22

911:5 912:7,10,11
912:16 934:18
**receiving**  906:10
915:8
**recess**  785:22
840:10 884:16
942:23
**reciprocity**  903:18
903:22 906:17,25
**recognize**  779:22
**recollection**
752:21 773:19,22
776:20 779:18
782:7 783:16,18
**reconstruct**
817:14 955:19
**record**  733:5
734:9 735:12,24
743:8 745:17
752:3 784:16,24
785:11,19,21,24
810:15,21 840:7,9
840:12 848:8
849:3 855:25
856:12 865:14
867:8 868:15
869:3,10,23
870:11,17 877:10
883:18,20,22
884:1,4,12,15,18
920:17 923:7
942:19,22,25
945:20,24 948:23
958:20 965:23
980:21,23 981:9
981:12
**recorded**  774:11
865:19 866:16,22
964:4
**records**  805:22
807:10 817:1

[records - rendered]

837:22 862:23
864:18 865:1,7
925:9 926:3 945:2
945:6
**recreate**  817:19
**redesigned**  978:6
**redesigning**  978:2
**redirect**  791:17
**redirecting**  879:13
**refer**  798:5,7
852:4 874:20
886:19 904:22
922:7 928:14,16
929:12 939:4,14
943:20 956:7
969:9 972:10
**reference**  736:16
777:7,8 783:2
815:10 849:23
972:13,17
**referenced**  935:10
970:10 973:1,8
982:6
**references**  960:16
**referencing**
757:20 782:9
802:8 914:17
978:21,24
**referred**  818:12
818:15,18,21
821:8 888:22
929:6 934:6
956:14
**referrers**  829:23
**referring**  764:5
774:4 788:12
793:16 846:24
853:4 900:3,4,4
909:20 918:25
919:3,4 928:20
929:15 948:19

**refers**  812:25
836:23 837:25
871:23 873:18
874:21 908:14
917:5,9 918:4
919:16 925:6
930:10 933:22
937:22 939:17,20
948:9 949:9 952:9
956:23 957:22
958:5 959:3 968:3
969:6,23 970:4,16
971:14,16 972:2,7
975:2 979:12
**reflect**  772:21,25
869:12 870:8
922:10,13 946:13
958:2 960:23
961:5 965:14
966:3 968:6
972:21 974:3,3
**reflected**  772:12
773:9 917:1 921:3
937:20 942:13
945:2 946:19
947:17,20 949:22
950:15 955:6
956:21,25 957:8
959:17 960:24
962:3 963:18
973:24 976:3
**reflecting**  753:19
757:4 774:11
815:20 818:1
888:17
**reflective**  924:11
**reflects**  870:4
871:16 941:14
957:3 965:16,18
966:9 969:5 970:2
974:7,14,25 975:8

975:10,25
**reframe**  972:6
**regan**  730:6
733:24
**regarding**  751:12
754:6 757:15
774:15 786:18
805:22 808:19
848:14 849:6
**regards**  764:1
882:22
**register**  894:16
897:7,9
**registered**  726:21
894:19 981:1
**regularly**  768:24
770:22 771:8,10
771:12,23,25
772:1 773:17
812:1
**relate**  754:15
841:6 871:11
950:2
**related**  736:3,10
736:21 800:23
803:10 830:4
840:14 844:17
847:5 871:6
891:21
**relates**  725:8
726:8 832:18
848:16 903:18
**relating**  736:13
752:15 753:21
754:11,16,25
759:8 800:18
806:12 810:7,24
819:22 828:12
829:2 836:18
845:6 846:6
848:21

**relation**  774:8
916:2
**relationship**
803:25 829:22
903:19 918:3
970:18
**relative**  814:16
816:4,22 817:15
981:18
**relatively**  771:17
788:3 814:23
883:2 901:22
**relayed**  846:1
**released**  982:21
**relevant**  782:19
865:19 900:20
**religious**  864:16
865:5 941:12
**remain**  896:3
**remainder**  956:17
**remained**  977:15
**remember**  786:2,3
828:4,6 840:19
884:21,22
**remote**  734:11
**remotely**  725:14
726:18 981:6
**remove**  976:18,21
977:16 980:4
**removed**  853:17
950:9 975:4,11,21
976:9 977:3,8,11
979:14
**removes**  980:3,12
**render**  876:9,12
876:15 880:13
892:3,7,25 895:4
**rendered**  892:9,14
892:20 893:21
895:1 908:3

Page 37

[renders - retention]

**renders**  873:19
**reopen**  895:16
**reopened**  895:6
**repeat**  737:5
  738:12 739:15
  911:16
**rephrase**  795:12
  938:20 939:25
  947:16 952:21
**replace**  852:18
**replaced**  945:5
**replacement**
  786:19 863:18
  879:24
**reported**  725:14
  725:19 726:18
**reporter**  726:20
  726:21,22 733:13
  734:8,17,20 867:2
  884:13 920:11
  945:9 964:16
  981:2,3,3
**reports**  815:17,20
  916:9 962:21
**represent**  733:18
  733:21 886:20
  920:25
**representation**
  848:8
**representative**
  725:13 942:15
**represented**
  870:12 921:24
  954:18
**representing**
  807:6 950:3
**represents**  943:12
  949:4 951:14
  955:8 956:6 970:4
  973:5

**reps**  836:9
**request**  768:14
  777:11,23 785:16
  790:18 791:5,18
  829:15 833:7,9,14
  833:16 841:2,22
  841:24 842:9
  851:9,19 857:6,10
  862:7 864:2,4,13
  864:22,23 865:15
  865:16,24 866:14
  876:23 878:11,19
  879:12,19 888:3,4
  888:5 890:24
  917:15 918:7,10
  919:13,14,19,25
  933:24 934:8,18
  934:21 935:5
  938:21 939:22,23
  939:24 940:2,4,6,9
  941:6 942:5,8
  971:11,13 974:22
  975:2,13,14
**requestable**
  877:23
**requested**  772:24
  834:10 841:12,16
  841:17,19 842:8
  856:6,13,15
  857:14 858:5,14
  858:24 859:22
  861:3 862:1,24
  864:20 865:8,10
  880:17 888:18
  918:13 938:13,23
  981:16 983:1,9,10
**requesting**  834:1,2
  842:14 843:22
  858:12
**requests**  768:17
  851:22,24 865:20

866:23 876:20
877:19 878:9,20
888:6,9,24 917:16
918:10 919:11
934:1,23 935:10
935:11 936:15,22
937:25 938:1
939:11
**require**  861:20
  941:23
**required**  748:3,23
  761:6,22 765:15
  778:7 841:20,21
  860:24 878:16
  892:15 954:11
**requirements**
  765:7
**requires**  833:7
**reread**  864:25
**resolve**  920:4
**resources**  765:15
**respect**  809:25
  848:15 872:16
**respond**  779:3
  848:12 918:6
**response**  763:25
  765:6 768:13,14
  768:17 778:6,9,17
  779:8 781:21
  791:17 798:18
  851:13 857:18,23
  858:3 878:20
  891:1 917:12
  918:1 933:24
  934:9,20 940:5,6,6
  940:7,8 942:2,6,6
  942:9 978:17
**responses**  768:19
  768:21,23 769:14
  769:22 781:24
  858:2 860:23

886:18 969:19
**responsible**
  803:24 813:10
  835:4,20 837:13
  837:16,21 951:20
  951:24,24 979:7
**rest**  745:12 792:4
  792:5 850:8,19,25
  851:2,8 852:2,8,10
  852:13,20,21
  853:2,6,11,17
  854:12 859:23
  861:7 873:7,23
**restarted**  895:22
**restate**  760:1
  766:4 773:8
  774:13 779:6
  794:24 806:23
  811:13 846:3
  854:22 856:24
  862:21 864:24
  877:4 885:16
  898:10 911:2
  912:23 923:24
  941:2 944:8
**result**  778:11
  864:22 875:24
  876:16 937:17
  953:25
**results**  764:6
  879:11
**retained**  773:6,10
  773:12 774:14,19
  781:17 806:7
  838:5,9 853:18
  959:13,15,19
**retains**  888:14
  945:6
**retention**  774:22
  806:5 817:16
  838:6 858:9 860:4

Veritext Legal Solutions
866 299-5127

[retention - schwing]

860:9 959:21
**retrieval** 928:12
**return** 744:5
775:24 778:2
780:14 839:24
850:5 857:14
876:25 939:14
940:5,7 941:5,7,17
942:2 982:17
983:6
**returned** 768:10
777:19 778:11
779:14 780:18
781:1,4,6,12,15,18
781:25 783:3
808:15 809:24
851:14 864:21
865:2 873:5
921:22 940:5
942:3
**returning** 778:16
780:14
**returns** 878:19,19
**reveal** 750:8
**revenue** 752:22
**review** 784:20
803:5,8 808:20
826:13 827:9,10
829:10,10 833:2,4
833:6,18,19,22,23
833:25 834:5,16
834:20,22 835:1,4
835:13 841:20,21
842:4,4 843:13
846:23 847:1,2
872:20 967:10
981:15 982:8,10
982:13 983:2
**reviewable** 833:8
833:10

**reviewed** 751:7,14
753:16,25 868:18
868:20 870:23
871:3,4 882:16
921:5,7 946:22
965:11
**reviewing** 797:12
**right** 734:18 736:4
736:11 754:21
763:8 771:22
778:2 784:14
789:25 803:11
810:1 812:18
814:12 816:6,12
816:13 819:10
821:5 825:12,19
825:20 828:2
834:19 836:25
842:2 844:21,23
847:1,19 848:2
853:9 854:10
857:4 860:13
863:16 870:16
873:24 875:9
879:6 880:9 898:2
900:17 928:15
933:21 953:14
962:4
**road** 730:16
**rohrback** 727:5
733:20
**role** 751:2,3,5,8,12
753:10 755:6,11
755:14,16 756:12
756:19 836:11
925:12 926:16
**romano** 725:20
726:20 981:1,24
**room** 883:24
884:3,9

**ross** 729:16
**rough** 838:21
854:18
**roughly** 835:10
838:20
**routinely** 769:23
769:25 770:11,24
**row** 888:6 936:8
936:18 938:1,8,11
938:12 939:14
949:13 950:3
951:14 957:7
968:6,9 971:22,22
975:14 976:12
**rows** 868:18,20
870:3 871:5
920:20 933:13,13
934:24 936:1,3,5
938:9 946:2,8,17
949:12 965:2
967:24 980:18
**rpr** 725:20 981:24
**rule** 845:21
**ruled** 806:1
**rules** 814:24
827:19,20 878:18
959:11 969:13
983:8
**run** 931:5 934:8
**runs** 762:17
801:18 934:19

**s**

**s** 732:8 928:23
944:25 985:3
**sample** 869:15
921:7
**san** 729:10
**sandbox** 804:22
926:12,20 927:10
**satisfies** 878:20

**saying** 796:10
821:6 856:20
868:17 943:25
963:22 966:24
**says** 945:19
949:17 951:9
952:7 964:7
**scale** 790:4
**scenarios** 879:22
**schedule** 982:10
**scheme** 795:3,15
923:11,14
**schemes** 970:15
**schwing** 729:6
733:22,22 734:15
735:23 736:5,6
737:9,18 738:9,18
741:13 742:9
745:14 750:7
759:19 760:6,15
761:1,15 765:11
766:10 767:7,20
769:16 774:16
779:10 780:5
783:6,12 784:16
784:22,25 785:15
787:9,23 788:15
790:6 795:11
798:12 799:1,21
802:10,21 806:22
807:3 808:7
810:12 817:5
819:7 821:12
836:1 839:10
841:8 842:16
843:17 844:4,24
845:11 846:20
848:3 849:9 850:2
853:15 855:8
856:8,16 857:24
858:16,25 859:14

Veritext Legal Solutions
866 299-5127

[schwing - shared]

860:21 861:4,9
862:3 863:1,23
865:11,21,25
868:1,4,16 870:10
871:1,8,19,24
872:2,9,15 873:16
877:7 879:7,20
880:7,23 881:25
882:11 883:14,23
884:2,8 885:22
886:8 887:3,15
888:11,20 889:2
889:15,23 890:8
890:23 891:6
894:5 896:18
897:13 898:3
899:5 902:3,20
903:9,23 904:4,6
904:20 905:4,13
905:20 906:5,22
908:25 909:10,19
911:7 912:19
913:2,12,20 914:9
914:24 915:12
916:11 927:12
931:2,15 933:1
934:4,15 935:2,16
939:1 940:13,15
941:2,20 942:17
946:5,14 954:7
955:7 960:6
965:24 973:19
974:5
**science** 755:8
756:15 771:15,18
**scientist** 756:10
769:18 932:7,11
932:13
**scientists** 931:5,10
**scope** 761:2
774:17 799:21

802:21 837:18
842:17 843:17
844:4 871:8
880:24 882:11
888:11 891:6
902:4,20 904:7
913:3 934:15
935:16
**scoped** 788:23,23
793:20,21 794:1,2
794:9,11,14,15,23
794:25 795:1,5,9
795:18 796:1,3,24
797:5,8,15,18,23
798:1,3,10 828:18
830:11,11,25
831:7 832:1,9,19
**screen** 867:14,20
867:22 869:18
875:14 921:10
945:15,19 964:21
965:7
**script** 762:17
**scroll** 868:13
956:16 957:2
**scuba** 774:6,7
775:16,22
**search** 782:16
830:25 869:14
938:14 959:23
960:9,11
**searching** 832:9
960:8
**seattle** 727:13
**second** 778:16
790:9 964:21
**security** 828:17
829:6 830:24
832:18 833:1
878:6 896:12

**see** 765:22 767:16
771:15,21 775:3
783:5 787:5 790:7
807:24 813:20
814:5 816:2,21
819:16 823:21
867:25 868:4
869:17,22 870:1,6
870:7 893:16,19
901:2 909:4
910:20 921:10,18
922:2,17 933:16
933:17 938:16,17
945:13,22 948:3
951:10,11 955:2
955:24 956:15,16
956:18,20 957:1
957:13,25 959:9
960:4 963:14,16
966:21 968:12,20
970:16
**seeing** 772:7
966:16 968:18,18
**seek** 849:6
**seen** 797:18
867:10 882:25
903:25 914:10
946:19
**select** 893:25
896:20
**selected** 896:14,16
936:2
**selection** 936:4
965:2
**sell** 912:4,8
**sense** 736:24 737:2
737:17 790:5
841:1
**sent** 743:9 858:2
**separate** 956:10

**september** 772:18
**sequential** 958:15
**series** 737:6 847:9
928:11 960:3
**serve** 919:14
**server** 777:17
808:16
**servers** 892:6,25
**service** 801:9
925:15
**session** 894:22
895:2,8,18,23
896:4,13,13 897:4
939:5
**sessions** 757:1
895:12,13 896:6
**set** 757:25 758:2
780:21 811:6,22
812:3 813:12,15
827:4 841:10
860:5 876:15
894:9 897:8 918:5
930:11,12 952:16
952:17,17 977:20
978:4,9 981:6
**sets** 813:7 814:12
**setting** 813:10
979:12
**settings** 895:14
896:1 942:4
**share** 787:8 799:4
867:14,19,21,23
904:24 905:1,7,18
907:4,11,16,18,25
908:5,9,9,16 909:8
910:5,8 920:19
921:15 945:14,15
964:20,21 965:6
**shared** 738:11,20
739:5 740:5
743:16 744:2,7,7

Veritext Legal Solutions
866 299-5127

[shared - special]

786:15 788:6
829:20 837:19
843:2 875:6
891:15 908:18,19
908:22,23 909:1,6
909:14,17,24
910:4 915:20
916:18
**shares** 743:2
744:12
**sharing** 843:4,9
915:16 921:11
**short** 876:2
**shorter** 838:7
**shorthand** 726:20
981:2,10
**show** 831:10
945:15
**showing** 879:12
**sid** 872:8,10,14
**side** 917:12 918:2
**sign** 982:16 983:5
**signal** 778:15
**signaled** 780:1
**signaling** 779:21
**signature** 981:23
982:21,23,23
983:9
**signed** 793:18
**significant** 795:4
795:10,15,18,21
795:22,23,25
796:6,13,18,19,21
869:15
**significantly**
770:16 771:3
937:18
**similar** 765:12,21
767:15 771:13
790:4,4 794:2
820:4,17 823:20

823:22,23 826:6
827:11 858:1
901:23 904:24
907:4 946:4,21
975:1
**similarities** 824:2
**similarity** 823:7
**similarly** 765:5
771:21,24 780:8
820:17 823:3
851:10 872:18
**simon** 725:13
726:15 732:3
733:7 735:1
759:20 780:7
867:23 868:2,5
940:20 982:1,4
984:1,13 985:2,24
**simple** 814:24
821:1,2,9,11
827:19 923:23
**simpler** 953:23
**simply** 848:25
912:24
**single** 797:21
798:9 851:17
857:3,8,11,14
858:6 887:21
927:20,21 930:25
938:4,5 953:12,13
**singular** 757:18
**sir** 891:9
**sit** 749:19 751:14
756:16 768:12
776:14 786:23
789:21 806:9
825:19,20 859:19
932:4
**site** 892:19 896:17
**situation** 780:15
882:25 978:18

**size** 921:18
**slighter** 929:11
**smaller** 924:8
**smart** 876:14
**smith** 730:6,12
733:24
**social** 829:24
836:23 837:25
897:17 923:4
**sold** 738:6,11
**solemnly** 734:20
**solutions** 982:7
**somebody** 750:23
751:22 762:21
767:4 800:16
813:19 819:15
825:3 844:16
916:17
**somewhat** 811:16
926:6
**sophisticated**
814:25
**sorry** 739:18
745:14 759:17
764:6 765:25
773:7 778:22
779:2 780:5 788:9
788:11 792:15,17
795:12,20 796:14
796:16,17 797:25
800:6 816:24
833:24 834:8,18
842:8 850:25
851:15 852:4
853:5 854:21
855:18 861:5,9
862:20 864:22,25
867:5,18 869:21
871:20 875:2
883:17 884:12
889:21 892:10,22

893:12 896:23
897:12,12 898:10
898:14 899:24
906:6 909:11
912:20,21 919:9
933:13 936:8
938:25 940:11,20
944:7 945:17
946:11 948:8,14
952:16 953:9
954:6 957:21
958:25 959:24
961:15 966:7
968:6 970:12
971:1 972:6
973:20 975:19
**sought** 843:11
**source** 972:13
**sourced** 784:3
**sources** 745:8
831:24 931:18
**space** 795:6
811:18 814:22
924:6
**speak** 748:13
749:7 750:15
751:16,19,20
752:6,24 753:5
754:3,23 763:12
763:14,18 782:18
787:5 810:17
813:14,19 819:15
821:8 824:22
835:17 849:18
882:14 891:18
904:9 932:10,13
**speaking** 740:21
753:18 814:13
815:5 862:10
**special** 731:6
734:2,3,6 774:23

Veritext Legal Solutions
866 299-5127

**[special - stored]**

849:24,24 850:2
868:23 869:5,10
883:25 884:4
901:2,7
**specific** 763:12,15
771:17 776:15
778:18 783:17
789:11 812:20
814:6 816:8
827:13 839:8
847:18,18,24
853:9 859:6
862:17 872:5,11
872:19 880:6
899:22 900:5,9,24
905:14 910:15,17
914:16 915:3,4
917:6 918:15
919:11 920:5
925:6 926:16
929:15 930:10,11
931:24 932:3
943:12,12 947:15
949:21,24 950:5
950:11 954:24
958:6 959:20
961:7 966:9 970:5
970:9 971:8
976:24
**specifically** 735:16
739:23 764:4
812:12 832:22
846:12 848:14
851:20 868:10
914:15 950:18
953:4 979:2,6
**specificity** 784:12
787:4 810:3
819:17 824:25
**specifics** 751:10
751:12 821:3

822:15 891:16
**specifies** 877:20
**specify** 851:8,12
859:5
**speculating**
761:21 766:24
767:10 773:4
776:24 825:22
832:25 872:19
**spell** 752:2 814:8
**spending** 757:2
**split** 863:4 887:13
**spoke** 739:7 748:5
748:5,6,7,14
751:17,22 752:1,8
754:9,10,20,22
758:4,5 768:18
807:14 821:17
826:9,18 845:14
854:6
**spoken** 831:19
845:14 859:1
866:17
**spreadsheet**
732:11,15,18,21
743:10 867:15
940:2 945:25
946:7,8 955:17,18
964:23 965:4
967:20,22 969:1
974:13 979:8
**spreadsheets**
962:11 968:19
**stable** 793:22
**stamp** 956:18,22
**stamped** 956:15
956:19
**stand** 758:10,11
758:12 818:13
922:4

**standard** 741:16
741:16 768:24
778:20 779:1,4,7
780:21 838:6
855:19 872:3
880:14 922:6,21
922:23
**stands** 936:10,11
939:16 959:1
**start** 738:2 763:16
763:20 764:14
765:22 767:15
771:15,20 813:18
814:4 819:19,20
825:3,5 831:10
834:22 848:11
900:7 905:17
932:14 944:9
971:11,13 972:18
972:20,21 975:2
977:17,17
**started** 756:14,19
756:20 781:22
793:10 795:1
821:24 822:9
825:23 832:1,4,19
833:5 834:19
837:9,10 842:5
927:24 961:14,15
963:8 977:22,24
**starting** 734:12
817:3 831:4
850:13 857:2
865:3 889:11
979:3
**state** 734:21
735:24 847:18
849:3 869:3
870:10 902:17
940:22 945:20,24
958:20 982:9,12

**stated** 738:21
**statement** 800:9
803:14 804:3
808:5 851:9
**statements** 803:6
**states** 725:1 726:1
778:15 780:1
781:20 783:3,19
**statistically**
869:15
**stats** 772:13,20,23
772:25 773:3,7,10
**stay** 824:8
**stenographic**
868:15 877:10
883:18,20,22
**stenographically**
725:19
**step** 879:3,4,10
892:16
**steps** 849:13
**steven** 748:5,19,23
749:11,17,20
783:4 784:11
**stipulation** 982:20
**stop** 794:5 828:5
839:16 889:21
**stopped** 781:23
**storage** 760:19,24
774:22
**store** 903:11
**stored** 756:2
769:23 772:24
775:15,16,20
776:2,3 817:11
878:3 897:25
898:1 902:13
903:13,14 907:20
907:24 908:2
927:17 933:5
942:15 948:1

Page 42

[stored - table]

952:15 970:22,23
974:19
**stores** 897:18
947:8
**stories** 843:4
890:11 905:7
908:7,10 915:16
915:20 916:18
**story** 907:18,18,25
**street** 728:9 729:8
730:8 731:7
**stretch** 965:6
**string** 791:17,21
858:8
**structure** 757:25
758:3 767:9
923:21
**structured** 908:16
962:17
**stuff** 828:1
**styled** 818:8
**subcategory** 738:4
**subject** 774:23
844:24,25 848:9
864:5,13 865:16
865:19,22,23
866:14
**submission** 960:14
**submissions** 835:2
**submit** 851:23
**submitted** 851:3
**subscribed** 981:21
**subsections**
745:23
**subsequent** 887:22
**subsequently**
911:20 958:19
**subsets** 789:11
**subtopic** 740:10
746:3,8,10,15,24
746:25 747:7

889:8
**successful** 778:8
939:15,17,18,23
939:24 940:2
941:6,7,18,18
942:2,8
**successor** 865:13
**suddenly** 761:8
**sufficient** 760:24
**suite** 727:12
728:10 729:9,17
730:9
**super** 739:24
923:23
**supplied** 777:23
856:11
**supplies** 918:9
**support** 760:24
**supposedly** 881:22
**sure** 737:12,13
738:15 746:2
748:5 755:2,13
756:12,21,21
761:19 764:4
769:9 770:12
771:1,14 772:18
774:19 775:12
784:1 785:1
786:24 790:9
797:3 801:9 815:7
825:7 837:18
839:13 842:2
850:9,17 851:24
852:6 856:25
857:21 861:22
863:14 879:2
880:8 882:14
885:14 886:11
887:17 889:6
890:19 893:12,14
898:14 900:13,16

901:1 910:15
911:17 912:5,22
913:4,5,8,21 914:2
923:7,15 925:3
927:5 933:6
935:18 940:19
949:10 953:15,17
963:19 964:12
967:1 969:16
**suspended** 926:25
927:1,4
**swears** 733:13
**synonymous**
777:4 919:4
**system** 757:23
768:13,16 774:1,3
774:5,6 781:19,22
782:1,3,4,9,13,15
783:2,18,23 784:5
784:7 806:10,13
807:19 808:12,14
808:18,23 809:3
809:22 811:5
814:15 815:12
819:9 820:3,24
823:6 824:14
825:16 827:19,20
827:22 838:2
857:16 863:5,8
864:7 866:2,4,6,12
866:15,21 899:9
903:7 934:7,10,11
954:20 959:4,6,13
960:11 980:2,11
**systems** 757:21,24
760:8 763:5
767:22 773:12
774:20 782:18
809:1 811:6
821:15,18,20,21
821:22 822:1,4,8

822:11,13,18,23
822:24 823:2,2
824:6,10,14,25
848:5 861:15,19
866:18 878:22
882:21 897:10
901:13 902:2,6
903:11 907:24
910:24 916:9,16
919:17,19 927:16
939:10

**t**

**t** 732:8 876:2
944:25 985:3,3
**table** 758:14,16
759:1,12,25 760:4
760:13,25 762:7
762:14,24 763:23
763:24 764:16,16
767:2,14 776:6
786:4,25 787:2
807:10,20 818:5,8
818:13,16,19,22
856:2 861:21
862:6,10,11,13
863:16,16 865:13
868:20 869:11
870:5,9,21 871:3,4
871:6 872:6,11,19
873:1,5 887:12,17
887:20,21 888:22
911:14,19 916:22
916:24 917:1,4,24
919:22 920:21
921:21,24 927:20
927:22 928:3,5,10
928:16,18,19,20
928:24,25 929:2,3
929:6,10,13,16,16
929:17 930:1,3,8,9

Page 43

[table - technique]

930:10,13,24
931:13 932:24
933:10,14 934:14
935:12 941:14
942:13,16 946:25
947:1,4,6,7,21
948:10,19 951:17
955:6,8 956:10
959:18 968:4,7,8
971:22 972:9
973:4,9,9,11,14,18
973:21 974:1,7,18
**tabled** 967:25
**tables** 758:7,8
760:16,21,25
761:12 762:12
764:10,13,18,21
765:1,4,6,9,13
766:2,8,13,15,17
766:22 767:1,10
767:14,18 768:9
769:13,15 770:1
775:25 776:2,8,9
776:11,16 786:1,7
786:10,11,14,19
806:12,15 862:6
862:12,17,18,22
863:3,4 865:13,18
869:13 871:11,15
872:1,12,24
887:11,14,22
911:12,21,25
922:7 928:13
929:20,23 930:4
930:14,17,20,21
931:1,5,6,8,10,16
931:20,23,25
932:1,4,6,10 933:9
**tablescolumn**
732:13

**tabular** 968:24
**take** 778:12,13
783:10 784:25
785:11,16 795:25
798:16 840:1
868:22 873:21
885:14,15 936:18
942:20
**taken** 726:15
757:6 784:17
785:22 793:2
815:24 816:16
840:10 883:3
884:16 915:23
942:23 951:17
968:9 976:10
981:5
**takes** 879:11,15
934:7 977:4
**talk** 739:9 741:14
742:11 743:5
745:11,12,19
754:18 756:23
803:4 805:16
810:7 814:1,2
818:18,21 819:12
821:11,13,14
823:8 828:1
830:13 844:17
847:24 918:22
920:22 929:2,3
935:21
**talked** 756:25
757:24 768:5
805:18 807:17
808:25 815:8
822:3 826:2,10
830:9,10,11,12
846:21 847:9,12
847:14 850:7,8
871:12 873:7,8,10

873:11,12 879:1
896:20 916:21,24
929:9 969:25
970:14
**talking** 736:3
739:20 769:12,21
779:13 786:1,3
789:23 808:24
814:20 815:15,23
819:1,2 820:25
821:19 827:10
831:12,13,16
840:14 848:9
853:1 864:8 866:8
873:4 884:20
887:17 898:22
928:18
**tao** 897:20,22,25
903:14,15 908:2
923:1,1 924:21
970:17,22
**target** 738:21,25
**targeted** 736:3,10
736:13,21 739:1,7
740:20 912:13
**task** 745:8 958:25
958:25 959:1,3,4,4
959:5,6,9,12,21,22
960:1,2,3,7,9,11
**tasks** 959:12,16,21
959:24,25
**tax** 959:24
**taxonomy** 787:21
**team** 756:10,12,15
771:15,18 782:19
800:19,23 802:16
803:10,24 804:1,1
804:7 805:15,16
810:8,25 811:5,21
811:25 812:16
813:9,13,20 814:2

814:14 819:16,22
820:19 822:21
823:18 824:23
826:16,20 828:12
829:3 830:4
834:13 835:4,7,11
836:4,7,19 837:15
837:20 838:3
840:16 842:23
844:18 845:7,17
846:6 847:6
848:22 849:14
932:8,11 957:11
**teams** 744:24
801:3 802:25
803:16,17 805:21
811:17 820:6
827:5 828:17
829:6 830:24
832:18 833:1
843:25 844:10
904:12
**technical** 789:17
800:18,22 803:9
803:13 810:7,9,9
810:24 819:21
823:12 828:11
829:2,13,22 830:3
830:21 835:17
836:12,18 838:12
838:16 840:15
844:17 845:6
846:5,12 847:5,9
847:10,19 848:21
851:7 855:21
896:25 911:1
**technically** 798:15
798:19,22 831:9
**technique** 811:4
828:16,20

Veritext Legal Solutions
866 299-5127

**[techniques - third]**

| | | | |
|---|---|---|---|
| **techniques** 801:2 | 804:3 805:14 | 812:22 849:20 | 822:13 825:6,21 |
| 807:15 839:22 | 835:19 843:11,20 | 850:2,4 869:8 | 826:23 827:4,5 |
| 840:14 847:15 | 855:22 900:15 | 873:2,12 884:6,10 | 828:1,2,3 832:21 |
| **technologically** | 925:15 926:8 | 884:14 921:15 | 835:12,19,21 |
| 759:13,23 | 970:13,15 | 935:25 942:10 | 836:8,14 839:15 |
| **technologies** 745:7 | **terrible** 766:5 | 973:22 | 839:21 843:19 |
| **technology** 760:2 | **testified** 735:3 | **theoretically** | 844:6 845:16,21 |
| 760:9 761:9 763:1 | 842:1 870:9 | 766:23 924:16 | 851:18 852:22 |
| 791:4 798:24 | 884:23 | **thing** 814:14 | 853:8 857:19 |
| 801:14,17 805:24 | **testify** 737:1 740:9 | 864:24 877:15 | 860:14 868:19,21 |
| 805:25 806:17,21 | 740:14 741:11,24 | 879:14 890:18 | 881:17 884:23 |
| 806:25 807:1,5 | 742:7 744:19,24 | 904:13 905:16 | 903:12 910:13 |
| 814:22 818:23 | 745:2 747:4,13 | 910:19 917:8,13 | 921:7,13,17 |
| 820:7 847:24 | 772:10 774:23 | 918:23 | 927:24 928:8 |
| **tell** 740:1 800:22 | 785:8 800:16,17 | **things** 736:15 | 929:14,15 934:6 |
| 869:1,2,9,10 885:2 | 803:11 804:12 | 737:18 757:22 | 936:7 940:22,23 |
| 894:11 916:25 | 808:19 810:5 | 796:7 803:21 | 941:4 943:24 |
| 936:10 959:1 | 811:1 819:25 | 808:13,18 809:7 | 946:16,23 953:7 |
| 960:15 966:23,25 | 822:9 828:25 | 811:22 815:7 | 958:10 960:8 |
| **telling** 799:24 | 848:15,20,23 | 823:19,20 824:14 | **thinking** 818:7 |
| 894:8 | 849:1 | 830:2 841:1 | 914:18 |
| **ten** 839:3 920:19 | **testifying** 912:13 | 845:17,18,22,22 | **thinks** 799:25 |
| 933:13 946:2,8 | 965:12 981:8 | 845:25 868:5 | **third** 727:11 |
| 951:4,5 | **testimony** 734:21 | 872:7 878:13,13 | 736:18,24 738:7 |
| **tens** 881:17 | 737:14 741:13 | 899:17 916:1 | 738:21 739:6,10 |
| **tenure** 923:19 | 742:10 747:9 | 917:3 925:18 | 739:14 740:6,13 |
| **term** 776:25 777:1 | 754:19 763:4 | 926:13 951:13 | 740:19,24 741:4 |
| 777:3 792:17,19 | 773:14 785:14 | **think** 734:1 737:2 | 741:10,16,20 |
| 801:9 863:16 | 799:15 810:11 | 738:9,10,10 | 742:2,8,13,17,23 |
| 874:19,25 901:1 | 844:14 849:6 | 742:23 751:23,24 | 743:2,6,14,17 |
| 903:18,21,24 | 870:21 871:7 | 754:5,20,21 761:4 | 744:2,7,8,13,20 |
| 904:3,10,11,17,21 | 902:14,16 906:22 | 761:24 763:6 | 745:9 746:5,12,20 |
| 967:3 | 909:21 911:17 | 776:17 778:4 | 750:3 777:10 |
| **terminated** 896:13 | 916:23 971:25 | 782:10 785:4 | 778:8 787:8,12 |
| **termination** | 981:12 984:4 | 789:9 790:8,11,21 | 788:7,10,14,17 |
| 878:14 | **texas** 729:18 | 790:25 791:2,8,11 | 789:4 790:14 |
| **terminology** 919:6 | **text** 809:11,12,20 | 791:23 792:3,12 | 796:20,22 800:20 |
| **terms** 758:11,13 | 809:21 945:22 | 792:20 794:17,20 | 800:24 802:24 |
| 767:13 776:10 | **thank** 734:6,14 | 796:25 797:12 | 811:2 813:2 |
| 777:6,8 785:2 | 735:7 737:21 | 799:8 800:14 | 819:23 828:13 |
| 801:20 803:6,14 | 738:12,17 800:13 | 803:3 818:7 | 829:4,21,24 830:5 |

Veritext Legal Solutions
866 299-5127

**[third - tokens]**

| | | | |
|---|---|---|---|
| 830:17 831:11,13 | 789:1,5,7,23 790:3 | 952:19 953:6 | 753:3 756:12,16 |
| 836:20,23 837:19 | 790:14,19,22 | 954:12,14,24 | 757:17 760:20,22 |
| 838:1,14,14 | 791:1,9,25 792:2 | 955:10,15,21 | 763:4 768:12,15 |
| 840:16 844:19 | 792:14,22 793:7 | 956:15,18,19,22 | 769:7 772:10 |
| 845:8 846:7 847:7 | 794:20 795:1,23 | 956:24,24 957:5,8 | 773:16 775:1 |
| 847:25 848:16 | 795:25 797:10,24 | 957:11,23 958:7 | 776:14 784:6,8,18 |
| 850:7,13 851:15 | 798:6 799:7 800:3 | 960:3,5,10 966:5 | 786:23 789:21 |
| 852:7,19 853:13 | 804:17 811:6,22 | 966:15,22 967:10 | 794:8 800:17 |
| 860:13 862:1,25 | 813:3,4,15,15,17 | 967:14 971:18,20 | 803:11 804:12 |
| 873:6,14,25 874:2 | 814:3,15,18 815:1 | 971:23 972:4,14 | 806:9,21 807:2,13 |
| 875:2,2,18,24 | 815:11 816:8,15 | 972:18,19,20,21 | 807:21 808:25 |
| 876:20 879:23 | 817:4 819:11,13 | 972:21,23 973:6 | 811:1 813:20,25 |
| 880:3 889:1,10,14 | 819:14 820:10 | 975:5,6,7,9,10,14 | 814:2 815:16 |
| 889:19 890:11,15 | 821:10 822:2,15 | 975:23,24 976:1,2 | 817:22 821:15,20 |
| 890:17,22 891:1 | 824:7 826:14,16 | 976:4,7,13,16,20 | 821:23 822:9,19 |
| 892:2 893:9 905:2 | 826:20 827:18 | 976:23 977:9 | 822:24 827:20,21 |
| 905:11 906:2,3 | 830:22 836:11 | 978:8 980:13,24 | 828:9 829:10 |
| 907:14 908:1,6 | 838:3 843:24 | 981:6 982:10,18 | 838:10 840:23,24 |
| 909:6,14 910:18 | 844:2,3 845:15 | 982:24 983:7 | 845:20 846:2 |
| 912:3 916:3 | 847:15,18 849:11 | **timeline** 905:8 | 852:25 854:6 |
| 924:15 939:23 | 850:10 852:12,18 | 907:21 908:3,10 | 859:18,19,25 |
| 974:9,15 | 853:7,14,20 | 908:20,24 909:9 | 860:7 866:5 871:7 |
| **thought** 821:9 | 854:20,23 855:7 | 909:17,18,25 | 875:10 882:22 |
| **thousands** 742:21 | 855:12 859:2 | 910:6 | 912:13 916:23 |
| **three** 825:6,13 | 860:19 861:2,12 | **timelines** 822:12 | 921:6,8 923:3,8 |
| 915:25 953:8,20 | 861:15 865:19 | 838:21 | 930:12 932:4,8,20 |
| **thursday** 870:18 | 866:2 871:25 | **times** 739:15 | 933:3 960:17 |
| **time** 734:8 748:16 | 872:4,25 873:14 | 749:6 766:19 | 961:1 965:12 |
| 749:5 751:6 | 874:6 877:3,19 | 779:24 780:2 | 976:5 977:1,5,6 |
| 753:11 755:16,17 | 879:17 882:20 | 813:1,22 828:21 | **today's** 754:19 |
| 756:5,13 757:2 | 884:25 892:12,18 | 875:16 904:13 | 773:14 784:21 |
| 760:4,14 761:7,10 | 905:15 908:11 | 926:11 936:23 | 785:13 821:16 |
| 761:12,23 762:23 | 910:8,11 912:9,15 | 938:14,22 | **token** 791:16 |
| 766:19 769:4,5 | 913:24 914:23 | **tina** 748:6 752:1,1 | 864:2,10,11,20 |
| 770:3,5 771:3,7 | 915:10,11 922:14 | **today** 735:12,21 | 873:21 874:1,2,4 |
| 772:15 773:20 | 923:21 924:7 | 736:10 739:4 | 878:6,8 887:6 |
| 774:12,20 775:22 | 928:11 930:6 | 741:12,24 747:5,9 | 905:22 909:22 |
| 777:23 779:13,20 | 933:7 936:16,20 | 747:23 748:2,10 | 917:14 939:4,7,8 |
| 780:11 783:7,17 | 938:12 944:15 | 748:24 749:8,19 | **tokens** 829:23 |
| 783:20 787:13 | 947:10 948:16 | 749:24 750:14 | 836:23 837:6,25 |
| 788:8,11,14,18,22 | 950:15 952:6,13 | 751:4,14 752:10 | 838:13,23 839:5 |

Veritext Legal Solutions
866 299-5127

**[tokens - typically]**

| | | | |
|---|---|---|---|
| 873:20 874:8 | 746:11,22,24 | transcript   981:12 | 854:14 862:18 |
| 875:19 937:23,24 | 747:5 800:15,19 | 981:14,16 982:6,8 | 863:4 953:7,20 |
| **told**   927:8 | 839:12 847:5 | 982:10,13,13,21 | 970:24 971:9 |
| **tool**   755:1,12,18 | 848:15,20 860:14 | 983:2,2 984:3 | 979:7 |
| 755:20,23 756:2,7 | 889:7,8 899:18 | **transition**   800:14 | **type**   738:5,14,16 |
| 757:10,12 759:2 | 902:3 | 953:16,18,19,22 | 738:19 739:5 |
| 772:13 801:21,23 | **topics**   735:11,14 | **transmits**   899:9 | 746:3,11 767:3,6 |
| 802:3,7,13 807:23 | 735:15,16 738:3 | **treated**   854:14 | 767:25 778:23 |
| 808:5,9 809:16 | 748:18,20,23 | **trick**   896:25 | 779:15 788:6,19 |
| 815:4 825:8 | 749:7 774:24 | **tricking**   966:24 | 811:9 856:13,14 |
| 838:22,24 839:3,7 | 828:8 849:2,4,7 | **tricks**   737:4 | 856:15 858:14,23 |
| 934:13 943:2,3,4,5 | 860:11 900:15 | **triggered**   764:9,12 | 859:3 876:21 |
| 943:5 944:2,3,5,10 | **totality**   741:19 | **true**   852:2,5 853:5 | 879:6 889:8,9 |
| 944:11,16,17,18 | 742:15 914:14 | 895:23 937:10 | 900:24 910:2 |
| 944:21,22 945:3,4 | **touches**   738:25 | 980:1 981:12 | 913:11,14 921:2 |
| 945:5,7,25 946:4 | **track**   745:9 | 984:5 | 927:17 933:20 |
| 946:25 947:3,5,9 | 767:19 783:19 | **truth**   734:23,23,24 | 957:24 958:2,5 |
| 947:10,18 948:2 | 786:7,11 885:9,17 | **try**   737:19 740:2 | 969:14,16 974:3 |
| 951:22,24 952:6 | 886:25 894:14 | 741:22 829:7 | **types**   736:15 740:4 |
| 952:13,24 955:1,9 | 896:15 907:13 | 861:11 890:3 | 762:10 786:7 |
| 955:16 959:18,22 | 911:4,12 914:21 | 914:19 926:9 | 787:7,11,21 |
| 959:24 960:7,22 | 915:10,18,20,21 | 928:7 943:24 | 793:10 804:14 |
| 960:24,25 961:1,5 | 963:20 | **trying**   741:22 | 805:2 824:14 |
| 961:9,11,24 962:2 | **tracked**   748:16 | 782:20,22 796:8 | 856:6 857:3,10,13 |
| 962:5,9,16,25 | 768:9,13,17 | 810:4,10 813:18 | 857:15,22 858:5 |
| 963:5,9,11,12 | 776:19,22 860:12 | 824:5,5 841:14 | 879:18 880:6 |
| 966:5,10,12,15 | 863:9,11,12 | 847:11,12 860:16 | 896:6 914:6,23 |
| 967:16,17 968:4,7 | 885:23 886:2,5 | 868:16 877:1 | 915:25 916:8,25 |
| 968:13,16,22 | 887:5 889:9 | 887:16 899:16 | 924:11 927:25 |
| 970:5,24 971:15 | 899:17 902:18 | 900:12 906:8,9 | 928:1 958:8,13,15 |
| 972:8 974:16,20 | 903:6 911:9,24 | 926:8 927:25 | 958:18,22 |
| 976:17,21 977:13 | 916:1,14 917:8,13 | 971:24 | **typical**   779:3 |
| **tools**   745:6,7 | 917:23 | **ts**   872:16,22,23 | 780:3 824:3 |
| 772:11 774:8 | **tracking**   749:2 | **turn**   744:16 | 878:21 879:9 |
| 782:17 807:15 | 768:8 916:8 | **turning**   979:8 | **typically**   743:6 |
| **top**   868:4,5 876:15 | 944:14 | **tv**   876:14 | 777:4 779:1 |
| 897:22 | **tracks**   903:7 | **two**   754:7,8 | 780:12 787:14,17 |
| **topic**   738:4,21 | **train**   820:16 | 775:21 778:14 | 803:25 811:24 |
| 740:8 744:5,9,10 | **transcribed** | 789:19 792:9 | 841:12 855:15 |
| 744:19 745:2,4,6 | 981:11 | 797:25 798:16,20 | 871:21 873:21 |
| 745:12,19,22,24 | | 812:5 818:14 | 876:7 877:15 |

**[typically - uniquely]**

| | | | |
|---|---|---|---|
| 879:10,14 890:25 | 812:11 813:14 | 758:12,15,22 | 933:2,11 934:19 |
| 894:6 896:1 | 817:8,12 821:15 | 759:3 762:11,16 | 935:22 936:25 |
| 897:23 916:12,13 | 824:24 828:21 | 762:25 763:22,24 | 937:8,14,22 938:6 |
| 916:16,19 925:11 | 830:20 834:6 | 764:15,17,23 | 939:6,10,20 940:3 |
| 928:10 929:16 | 839:11 843:21 | 765:5,14 766:1,7 | 942:1,14 944:11 |
| 943:20 968:25 | 844:22,23 850:10 | 766:21 768:22 | 944:22 945:4 |

**u**

**u**  814:9 876:2

**ultimately**  878:19

**un**  957:13

**unable**  740:1
845:19 847:17,23
866:19 876:9
945:14

**unaware**  771:24
772:2 781:13

**uncertain**  848:23
856:22

**uncertainty**
940:17

**unclear**  737:3,11
774:2 781:6 834:8
890:7

**uncover**  845:19

**underscores**
818:14

**understand**
735:15 736:20,25
737:8 738:8,22,23
738:24 739:1
741:23 744:9,10
745:10 750:15,19
750:20 751:5
753:3,14,15 754:1
754:24 759:15
762:2 763:5
766:11,18 767:2
769:8 785:15
789:16 792:8
795:20 796:9
799:15 810:11

854:4,19,21
856:25 857:21
858:11,21 859:16
860:9,15,15
861:20 864:7
865:1,7 866:3
868:11 870:12,22
870:25 871:1
873:25 874:11
876:10 877:1
879:2 880:2
881:12 885:12
886:9 887:17
889:16 890:3,10
893:12 898:15,15
901:1 906:25
912:6,22 913:25
914:14,19 916:17
920:24 925:1,24
927:3 928:1,9,9,25
932:11 935:4
939:9 940:10
949:10 950:10
953:24 954:1,11
955:14 957:7
966:23 971:21,24
974:2 975:7,9

**understanding**
736:14 742:24
750:12,16,25
751:8,13 752:14
753:1,7,12,17,24
754:7 755:4,8,10
755:19,22,25
756:5,9,9,18,20

773:24 776:3,21
779:24 782:22
783:24 786:6,13
795:5 800:15
801:23 802:12,23
807:4,9,18 808:9
808:23 809:3,5
814:20 815:12,22
816:14 817:6,24
818:17,20 820:13
825:14 827:21
831:2,18,23,25
832:13 834:16,25
837:4,11 838:12
838:21 839:4
850:18 852:10,15
854:8,13 855:3
856:2 857:25
858:7,18 860:22
861:14 862:5
863:2,25 864:18
865:12 866:9,21
869:12 871:17,25
872:5,23,25
875:10 879:21
882:17 885:4
887:10,19 888:2
888:21 891:12,23
901:12,14,23
902:23 904:3
910:12 911:13,18
911:22 917:19,22
922:12 923:17
924:1 926:9
927:13 930:10

933:2,11 934:19
935:22 936:25
937:8,14,22 938:6
939:6,10,20 940:3
942:1,14 944:11
944:22 945:4
946:11 947:7,19
948:8,9,13,15
949:2,5,8,14,20
951:6,21 952:3,24
953:18,23 954:9
955:18 956:7,23
957:10,21 958:3
958:16 960:21
961:10 965:15,17
966:8,13 968:3,10
970:21 971:9,14
972:7,16,22 973:5
973:15 974:6,11
974:12,17 975:1
975:17 976:5
977:1 978:1,16
979:12,18 980:1,8
980:20

**understands**  877:8

**understood**  737:7
755:2 788:4 796:8
799:14 857:12
866:6

**undertaking**
795:10

**undertook**  849:14

**unfortunately**
936:1

**unify**  795:6

**unintentional**
738:10

**unique**  917:14

**uniquely**  925:6
949:3

**[unit - users]**

| | | | |
|---|---|---|---|
| **unit** 917:11 918:1 | 807:7 809:11 | 802:18 811:2 | 911:6,15 912:3,4,8 |
| 977:4 | 810:22 811:2,3 | 819:23 824:1,2 | 912:10,12,16,18 |
| **united** 725:1 726:1 | 819:23,25 821:2 | 828:13,18 829:4 | 912:21 913:1,11 |
| **unnecessary** | 828:13,15 829:4,5 | 829:23 830:25 | 913:14,17,17 |
| 737:15 | 830:5,6,18 833:8 | 831:7 832:10,14 | 914:15,23 915:10 |
| **unpack** 856:21 | 833:16 836:20,21 | 836:20,22 837:6 | 915:15,23 924:2,6 |
| **unsuccessful** | 840:16,18 841:7 | 837:24 838:13,23 | 924:13 925:12 |
| 780:19 | 842:15 843:16 | 839:5,8 840:16 | 937:23 938:5,22 |
| **unusual** 811:7,11 | 844:19,20 845:8,9 | 841:2,22 842:10 | 939:7 963:15,15 |
| 811:14,20,21 | 846:7,9 847:7,8,25 | 842:22 843:12 | 982:3 985:1 |
| 812:16,17,17 | 848:1,17,18 | 844:19 845:8 | **user's** 793:16 |
| 814:10 816:21 | 855:14,20 876:16 | 846:7 847:7,25 | 865:23 874:1,2 |
| 817:15 826:5 | 881:13 886:24 | 850:6,15,20,22 | 880:5 889:20 |
| **update** 765:7 | 891:4,19 892:1 | 851:7 853:13,24 | 891:2 898:11,12 |
| 804:4 | 905:1 919:23 | 854:16,24 855:2 | 898:19 899:25 |
| **updated** 853:21 | 920:22 928:15 | 855:25 859:22 | 900:8 901:19 |
| **upgraded** 834:2 | 929:16 935:12 | 861:17 862:6 | 905:22,24 907:20 |
| **ups** 849:5 851:2 | 955:16,16 958:19 | 863:10,13,17,18 | 908:2,17,23,23 |
| 878:24 | 963:9,11,13 | 864:2,3,12,13 | 909:9,16,18,23,25 |
| **url** 791:20 801:15 | 966:15 967:16 | 865:14,14,15,23 | 910:3 915:23 |
| 802:5 803:19 | 968:13,15,25 | 872:14 873:6,15 | 939:5 |
| 804:5 806:19 | 970:13 | 874:5 875:19 | **users** 766:7 786:5 |
| 807:12 808:3,14 | **useful** 745:25 | 876:21 877:16,20 | 787:3 788:24 |
| 809:6,17,20 | 921:14 935:23 | 877:24 878:1,4,14 | 789:10 798:5,7 |
| 818:25 897:7 | **user** 725:5 726:5 | 878:15 879:4,5,10 | 804:23 814:17 |
| 917:10 | 733:9 739:5,21,22 | 879:12,13,15,25 | 815:19 816:5,12 |
| **urls** 801:9,12 | 739:22 740:4,5,11 | 880:16,18,20,21 | 816:22 817:3 |
| 925:15 | 740:19,23 741:9 | 883:10,10,12 | 824:1 829:15 |
| **usage** 767:22 | 742:2,6,8 743:7,11 | 889:20,22,22 | 833:14,17 834:2 |
| 929:23 930:5,15 | 743:14 744:8,12 | 890:11 891:12 | 838:25 841:2,5,19 |
| 930:18 931:14,19 | 746:19 747:3 | 892:4,10,11,14,17 | 841:25 842:14,25 |
| **use** 744:21,22 | 758:19,20,25 | 892:23 893:2,4,10 | 843:22 859:12 |
| 747:12 749:24 | 766:18 767:19 | 894:17 895:14,14 | 860:19 861:3 |
| 766:8 767:18 | 786:11,17,19,22 | 897:24 898:8,8,12 | 862:1,24 866:22 |
| 779:1,7 783:20 | 787:7,11,15,21 | 898:16,17,21,23 | 873:19 874:8 |
| 784:3,6,8,20 | 788:6,22,23,23 | 898:25 899:3,4 | 875:5,22 879:18 |
| 785:13 793:15 | 789:3,7,14 790:3 | 900:1,9,18 901:9 | 883:16 889:1,14 |
| 796:8 798:3 | 791:5,12,16 | 901:18 902:11,24 | 889:17,19 890:14 |
| 800:20,21,24 | 792:11 793:21,23 | 903:3 907:2,3,16 | 891:4 899:20 |
| 801:1,20 803:6,14 | 794:2,3,3,11 798:5 | 907:25 909:2,7,15 | 902:1,19 904:23 |
| 804:3,10 805:14 | 798:17 800:6,25 | 909:22 910:5 | 905:1,5,12,19 |

Veritext Legal Solutions
866 299-5127

**[users - way]**

906:2,12,14,19
907:6,7,10,14
908:5,8 910:25
915:9,19 916:17
917:14 926:4,7,15
926:19 929:18,18
937:19 938:11,15
938:19 939:12
941:15
**uses** 829:13 878:8
890:11 961:11
**uttered** 849:22

**v**

**v2** 834:3
**v2.1** 852:22 853:4
**v2.3** 853:4
**v2.3.** 852:22
**vague** 787:9
856:16 858:25
860:21 862:3
863:1 877:8 879:7
889:15 902:4
903:23 904:6
906:5 914:9
916:11 940:13
941:3,20
**valid** 801:11 806:3
806:19 807:11,23
808:2,11,20
809:10,19,24
818:24 819:4,5,9
819:14
**valuable** 790:10
797:18
**valuation** 914:22
914:22
**value** 750:3
806:19 883:1
912:17,20,25
913:10,16 914:1
915:8,9 937:10,13

957:12 971:1
**values** 868:25
970:25 979:16
**variant** 923:18
**various** 770:7
813:22 828:19,21
878:2 911:9 930:6
**vc** 725:6 726:6
**veritext** 733:12
982:7,9,11
**version** 764:8,12
790:19 791:15
815:4 843:7 863:3
945:18 951:16
957:13
**versioning** 790:12
790:15,18
**versions** 814:23
815:3 853:8
**versus** 782:24
**video** 725:14
726:19
**videoconference**
725:14 726:19
727:2 728:2 729:2
730:2 731:2
734:12
**videographer**
731:18 733:5,11
785:20,23 840:8
840:11 884:11,14
884:17 942:21,24
980:22
**videotaped** 726:15
**view** 775:22
962:25
**viewing** 772:16
**views** 963:2
**visit** 897:1
**visited** 893:2

**visiting** 893:10
896:17
**visits** 892:4,23
**volume** 725:17
732:3 733:8
867:24
**voluminous** 967:4

**w**

**w** 727:6 731:7
**w3c** 778:21 780:22
**waived** 785:9
982:23,23
**waiving** 982:20
**wangdra** 730:14
733:24
**want** 735:23
737:13 739:24
743:18 749:12
751:10,11,23
772:14,14 782:20
783:21 784:23
790:9 793:8
799:15 810:12,21
825:7 829:1,12
830:20 833:13,13
835:24 838:19
842:2 848:7 849:3
849:21 850:9,12
851:1 854:4
856:24 859:7
861:5 867:11
868:10 869:6,16
877:4 879:2
883:24 884:11
886:18 890:18
892:22 900:13,16
902:16 911:17
920:21 923:6
928:5,15 946:3
966:17

**wanted** 750:14
753:3 755:2
759:21 762:1
763:8 765:20
775:2 782:14
790:16,19 814:1,2
819:18 839:13,19
910:16 916:16,17
935:9 955:13
959:5
**warehouse** 773:25
776:4,6 871:22
916:15 931:23
**washington**
725:23 727:13
**way** 737:19 741:2
741:4 742:1,21
743:1,25 744:12
744:19 748:15
761:20 766:14
773:21,22 779:14
779:21 787:24
789:13,16,25
790:1,2,13,16,22
791:11 792:2,13
792:15,21 793:5
799:24 801:22
808:5 812:15
816:17 817:13
820:13 833:23
835:19 843:3
847:24 850:11,21
855:11,18 856:21
863:25 872:23
874:1,4,7 875:20
875:22 876:17
879:9 880:25
888:2 889:25
890:1,13 895:12
902:17 922:6
923:18,18 926:18

**[way - year]**

927:15 929:11
934:17,23 943:24
944:14 949:22,25
956:13 960:8
967:14 968:11
978:7
**ways**  739:13
740:18,21 741:9
741:12,25 742:15
743:12,15,19,20
743:24 766:15
777:23 778:4,14
779:25 788:16,25
789:3,15 790:25
791:9 792:10
793:4 801:5,6
826:4 829:7
831:21 850:6,9,13
855:1 875:18
904:11 920:4
926:20 930:6
950:18
**we've**  754:7 783:6
792:17 830:9
839:10 844:25
849:11 873:8
888:22 897:3
916:21,24 942:17
**weaver**  728:7
868:22
**web**  725:14 726:19
727:2 728:2 729:2
730:2 731:2
831:14,15,17,21
892:4,12 893:2
**website**  891:13,15
892:23 893:9,11
893:15,24 895:7
897:2 910:20
962:12,15,19,22
968:16,23

**websites**  829:25
836:24 838:1
875:4 892:2
**welcome**  735:6
**went**  842:15 895:7
964:25
**whereof**  981:20
**whitelisting**
748:15 749:2
**whitelists**  748:16
944:18
**wholly**  922:19
967:5
**wide**  813:18
**widely**  882:19
**wind**  882:7,10
883:3 885:5,7
**window**  813:3
872:25 922:14
936:17
**withdraw**  760:1
765:2,25 770:9
773:7 774:13
777:13 786:9
794:24 816:24
862:21 883:11
893:6,17 916:5
943:24 974:11
978:22
**witness**  733:13
736:1,14 750:8
839:17 870:14
877:8 981:20
982:13,16
**witnesses**  810:20
849:1
**word**  806:1 810:22
818:14 849:21
862:11
**words**  776:10
958:11

**work**  737:20
751:15 756:17
757:12 764:9
766:2 773:14
785:4 796:5
849:19 874:22
878:22 879:9
895:12,13 899:11
902:7 941:25
971:10
**worked**  755:17
773:3 808:6,9
809:4 821:11
830:22 835:19
847:25 861:12
864:1 921:8
923:18
**working**  811:18
839:11 932:8
**works**  777:24
783:11 787:24
808:23 822:21
866:9 888:3
891:17 901:14,22
934:10 976:25
**worksheet**  959:17
**worth**  790:11
915:11
**wound**  882:6
**wrap**  945:21
**wright**  727:9
733:20
**write**  818:11
**writes**  848:19
**writing**  809:13
**written**  747:21
757:4 760:10,12
760:13 799:6,7
800:5,12 848:14
890:25 918:6

**wrong**  751:24
752:5 857:1
862:10
**wrote**  808:1,2
**www**  862:19
887:13 911:21

| x |
|---|

**x**  732:1,8 814:9
851:8 863:17
981:16
**xfn**  960:14,18,22
960:24 961:3,9,10
962:1,7,8 978:2
979:4
**xml**  791:6
**xu**  814:5 819:20
825:5
**xx**  983:1

| y |
|---|

**y**  944:24,25
**yeah**  759:22
761:19 767:8
776:11 783:9,15
784:25 785:15
786:3 799:6 818:3
819:2 826:2
832:21 839:17
840:20 868:7
869:5 880:8
882:13 891:10
899:6 902:5 904:9
913:7 915:1
918:18 940:14
941:2,22 948:5
979:5
**year**  742:16
770:16,16 774:20
774:20 776:18
913:24 967:2

Page 51

HIGHLY CONFIDENTIAL

**[years - zoom]**

| | |
|---|---|
| **years** | 742:22 |
| | 784:1 793:1 |
| | 813:24 816:9 |
| | 838:6 839:3 860:6 |
| | 861:21 953:8,13 |
| | 953:20 963:6,10 |

| **z** |
|:---:|

| | |
|---|---|
| **zarakhovsky** | |
| | 826:23 |
| **zarashaw** | 826:22 |
| **zero** | 938:11,15,18 |
| | 979:22 980:6,7 |
| **zoom** | 725:12 |

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.