HIGHLY CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

IN RE:  FACEBOOK, INC.,        MDL No. 2843

4   CONSUMER USER PROFILE        Case No.

LITIGATION                  18-md-02843-VC-JSC

5   _____

6   This document relates to:

7   ALL ACTIONS

8

_____

9

10

11              **HIGHLY CONFIDENTIAL**

12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

13       CORPORATE REPRESENTATIVE - SIMON CROSS

14   (Reported Remotely via Video & Web Videoconference)

15       London, England (Deponent's location)

16            Tuesday, June 21, 2022

17                 Volume 5

18

19   **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

20

STENOGRAPHICALLY REPORTED BY:

21   REBECCA L. ROMANO, RPR, CSR, CCR

California CSR No. 12546

22   Nevada CCR No. 827

Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 5291734

25   PAGES 986 - 1222

                                    Page 986

HIGHLY CONFIDENTIAL

1                  UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3

   IN RE:  FACEBOOK, INC.,        MDL No. 2843

4  CONSUMER USER PROFILE          Case No.

   LITIGATION                     18-md-02843-VC-JSC

5  _____

6  This document relates to:

7  ALL ACTIONS

8

   _____

9

10

11

12

13

14

15           DEPOSITION OF SIMON CROSS, taken on

16  behalf of the Plaintiffs, with the deponent located

17  in London, England, commencing at

18  1:37 p.m., Tuesday, June 21, 2022, remotely

19  reported via Video & Web videoconference before

20  REBECCA L. ROMANO, a Certified Shorthand Reporter,

21  Certified Court Reporter, Registered Professional

22  Reporter.

23

24

25

                                        Page  987

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4    For the Plaintiffs:

 5         KELLER ROHRBACK L.L.P.

 6         BY:  DEREK W. LOESER

 7         BY:  CARI CAMPEN LAUFENBERG

 8         BY:  ADELE A. DANIEL

 9         BY:  EMMA WRIGHT

10         Attorneys at Law

11         1201 Third Avenue

12         Suite 3200

13         Seattle, Washington 98101

14         (206) 623-1900

15         dloeser@kellerrohrback.com

16         claufenberg@kellerrohrback.com

17         adaniel@kellerrohrback.com

18         ewright@kellerrohrback.com

19

20

21

22

23

24

25    /////
```

Page  988

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL

 2   (All parties appearing via Web videoconference)

 3

 4   For the Plaintiffs:

 5        BLEICHMAR FONTI & AULD LLP

 6        BY:  MATTHEW MELAMED

 7        BY:  ANNE K. DAVIS

 8        BY:  LESLEY E. WEAVER

 9        Attorneys at Law

10        555 12th Street

11        Suite 1600

12        Oakland, California 94607

13        (415) 445-4003

14        mmelamed@bfalaw.com

15        adavis@bfalaw.com

16        lweaver@bfalaw.com

17

18

19

20

21

22

23

24

25   /////
```

Page 989

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5         GIBSON, DUNN & CRUTCHER LLP

 6         BY:  AUSTIN SCHWING

 7         Attorney at Law

 8         555 Mission Street

 9         Suite 3000

10         San Francisco, California 94105-0921

11         (415) 393-8200

12         aschwing@gibsondunn.com

13    and

14         BY:  MATT BUONGIORNO

15         Attorney at Law

16         2001 Ross Avenue

17         Suite 2100

18         Dallas, Texas 75201

19         (214) 698-3204

20         mbuongiorno@gibsondunn.com

21

22

23

24

25    /////
```

Page 990

HIGHLY CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL(cont'd)

2     (All parties appearing via Web videoconference)

3

4     For Facebook, Inc.:

5          GIBSON, DUNN & CRUTCHER LLP

6          BY:  HANNAH REGAN-SMITH

7          Attorneys at Law

8          1801 California Street

9          Suite 4200

10         Denver, Colorado 80202-2642

11         (303) 298-5735

12         hregan-smith@gibsondunn.com

13    and

14         BY:  PHUNTSO WANGDRA

15         Attorney at Law

16         1881 Page Mill Road

17         Palo Alto, California 94304-1211

18         (650) 849-5206

19         pwangdra@gibsondunn.com

20

21

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4          JAMS

 5          BY:  DANIEL B. GARRIE

 6          Special Master

 7          555 W. 5th Street

 8          32nd Floor

 9          Los Angeles, California 90013

10          (213) 253-9706

11          dgarrie@jamsadr.com

12

13

14

15    ALSO PRESENT:

16          Ian Chen, Associate General Counsel,

17    Meta Platforms

18          John Macdonell, Videographer

19

20

21

22

23

24

25    /////
```

Page 992

HIGHLY CONFIDENTIAL

```
 1                    I N D E X

 2   DEPONENT                              EXAMINATION

 3   SIMON CROSS                                  PAGE

     VOLUME 5

 4

 5                      BY MR. MELAMED          998

 6                      BY MR. LOESER          1139

 7                      BY MR. SCHWING         1206

 8                      BY MR. LOESER          1207

 9

10

11                  E X H I B I T S

12   NUMBER                                      PAGE

13                    DESCRIPTION

14   Exhibit 429  Native Excel Spreadsheet      1007

15              C2_019_FB-CA-MDL-02936297;

16

17   Exhibit 430  Message Summary,              1101

18              FB-CA-MDL-02898663 -

19              FB-CA-MDL002898668;

20

21   Exhibit 431  Native Excel Spreadsheet,     1107

22              C2_113a_FB-CA-MDL-02898670;

23

24   Exhibit 432  Native Excel Spreadsheet,     1111

25              FB-CA-MDL-02674226;
```

Page 993

HIGHLY CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2   NUMBER                                    PAGE

 3                    DESCRIPTION

 4   Exhibit 433  Email String Subject:  V1       1116

 5                extensions,

 6                FB-CA-MDL-01952426 -

 7                FB-CA-MDL-01952427;

 8

 9

10                PREVIOUSLY MARKED EXHIBITS

11   NUMBER                                    PAGE

12   Exhibit 339                                 1171

13

14

15

16

17

18

19

20

21

22

23

24

25   /////
```

Page  994

HIGHLY CONFIDENTIAL

```
 1          London, England; Tuesday, June 21, 2022        09:04:04

 2                         1:37 p.m.

 3                         ---o0o---

 4

 5          THE VIDEOGRAPHER:  Okay.  We're on the         01:36:58

 6   record.  It's 1:37 p.m. on June 21st, 2022.  This

 7   is Volume 5 in Simon Cross's deposition.  We're

 8   here in the matter of Facebook Consumer Privacy

 9   User Profile Litigation.

10          I'm John Macdonell, the videographer with      01:37:15

11   Veritext.

12          Mr. Cross has previously been sworn, but

13   would counsel please identify themselves for the

14   record.

15          MR. MELAMED:  Good morning.  This is           01:37:26

16   Matt Melamed from Bleichmar Fonti & Auld on behalf

17   of plaintiffs.  With me presently is Adele Daniel

18   from Keller Rohrback, also on behalf of plaintiffs.

19   And -- I'm sorry -- also Anne Davis from

20   Bleichmar Fonti & Auld on behalf of plaintiffs.     01:37:43

21          MR. SCHWING:  Good morning.  This is

22   Austin Schwing of Gibson, Dunn & Crutcher on behalf

23   of Meta Platforms Inc.  I'm joined by Ian Chen,

24   Hannah Regan-Smith, and also Phuntso Wangdra and

25   Matt Buongiorno.                                      01:38:00
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              SPECIAL MASTER GARRIE:  This is          01:38:07

 2   Special Master Garrie here on behalf of the Court.

 3              MR. MELAMED:  Good morning.  Before we

 4   start today's testimony, I just want to identify a

 5   few documents or sources of information that         01:38:29

 6   Mr. Cross discussed yesterday that we want to

 7   follow up with Facebook regarding their production.

 8              One is the Can tables, which Mr. Cross, I

 9   believe, identified yesterday, as tables initiated

10   in or around 2019 operational, in or around 2020,   01:38:53

11   that identified the calls that -- certain calls

12   that apps could make on either data.

13              Another is the Did tables, which were

14   initiated around the same time.  And those indicate

15   the calls -- the calls that return user             01:39:21

16   information, where the information was returned, so

17   those two seem to work in parallel.  I apologize if

18   I'm misstating.  I don't intend to.  What those

19   tables were, I think Mr. Cross's testimony on those

20   was clear yesterday.                                01:39:37

21              The third is Pearly Gates.  Which

22   Mr. Cross identified as a precursor or the

23   precursor to the capabilities tool.

24              And the fourth is the Launch Manager,

25   which was identified as a tool to track privacy --  01:39:49
```

Veritext Legal Solutions
866 299-5127

```
 1    a number of privacy decisions that were made          01:39:55

 2    internally at Facebook.  Same thing with those two.

 3    I don't mean to misstate what Mr. Cross testified

 4    about those.  His testimony is what it was.  I'm

 5    just identifying them for the record.                 01:40:09

 6              Three of those four, the Can tables, the

 7    Did tables and Pearly Gates, I do not believe have

 8    been identified previously.  The plaintiffs in the

 9    litigation, the fourth Launch Manager has been

10    identified previously, and plaintiffs have           01:40:23

11    requested that previously.

12              And would -- are going to request it

13    again.

14              But I just wanted to put that on the

15    record that we will follow up as well.               01:40:34

16              MR. SCHWING:  Okay.  Well, I appreciate

17    you raising the issues that you're concerned about,

18    Matt -- Mr. Melamed, you and I are friendly, so I

19    apologize for the "Matt."

20              But I know Mr. Cross has previously         01:40:53

21    identified Pearly Gates in a previous deposition

22    session, and the same is true of the Did table.

23    And you already knew about the Launch Manager.

24    Happy -- happy to talk to you, you know, about

25    document discovery issues.  I don't think this is    01:41:12
```

Page 997

HIGHLY CONFIDENTIAL

```
 1    the right time.  But, you know, we can certainly      01:41:16

 2    discuss that.

 3            And I also wanted to -- to note, as I did

 4    before we got on the record, that Mr. Cross had a

 5    few things that he wanted to clarify, some            01:41:26

 6    additional information related to some of the

 7    questioning yesterday.

 8            So at a convenient point in the

 9    deposition, whenever you think it's appropriate, he

10    would like to share that.                             01:41:38

11        MR. MELAMED:  Thank you.

12

13                 SIMON CROSS,

14    having been previously administered an oath, was

15    examined and testified as follows:                    01:41:41

16             EXAMINATION (resumed)

17    BY MR. MELAMED:

18        Q.  So, Mr. Cross, you understand you're

19    still under oath, correct?

20        A.  I do.                                          01:41:45

21        Q.  What --

22            SPECIAL MASTER GARRIE:  Are we on the

23    record?

24            MR. MELAMED:  Mr. --

25    Special Master Garrie, sorry.                          01:41:49
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              SPECIAL MASTER GARRIE:  Yeah, I am sorry      01:41:51

 2     for interrupting.  I was going to say, in the

 3     interest of efficiency, it would be most helpful if

 4     the parties could meet and confirm on the issues

 5     decided and discussed, and add the issue to           01:41:59

 6     mediation tracker so that way we have a record of

 7     these ongoing issues.

 8              If there are downstream issues about each

 9     of these different things, I just wanted to notate

10     that now because I have other issues that I've        01:42:13

11     written down that haven't been raised on the

12     mediation tracker, and I'm just assuming they're

13     being resolved.

14              So if the parties have a process that's

15     great.  I just encourage them to document it so we    01:42:24

16     don't have any downstream surprises with additional

17     folks coming -- being required in the interest of

18     completeness.  And if you could just document that

19     from the plaintiff's side, that would very helpful.

20              MR. MELAMED:  Will do.  Thank you.           01:42:41

21        Q.   (By Mr. Melamed)  So, Mr. Cross, your --

22     Mr. Schwing indicated that you have some additional

23     testimony or clar- -- testimony or clarifying

24     testimony regarding some things you talked about

25     yesterday.                                            01:42:55
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



1        So now would be a great time to provide          01:42:55

2    that clarification.

3

Page 1000

HIGHLY CONFIDENTIAL



Page 1001

HIGHLY CONFIDENTIAL



1

12        A.    That's my understanding too, yes.

13        Q.    Do you have any other clarifications or

14   follow up you want to offer regarding yesterday's

15   testimony?                                      01:46:36

16

Page 1002

HIGHLY CONFIDENTIAL



Page 1003

HIGHLY CONFIDENTIAL



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16     Q.    Okay.  Thank you.

17           Okay.  Can you see my screen?

18     A.    Yes.

19

20

21

22

23

24

25
```

Page 1004

HIGHLY CONFIDENTIAL



Page 1005

HIGHLY CONFIDENTIAL



Page 1006

HIGHLY CONFIDENTIAL

```
1   ████  ████████████████████████████  ████████

    █
        ██████████████████████████████████

    █
        ██████████████████████████████████

    █
        ██████████████████

5            (Exhibit 429 was marked for              01:53:47

6   identification by the court reporter and is

7   attached hereto.)

8            MR. MELAMED:  So I've marked what -- I

9   have introduced what's been marked as Exhibit 429.

10  Exhibit 429 is Bates number FB-CA-MDL-0236297.       01:53:54

11            ████████████████████████████

    █
        ███████████████████

    █
                ██████████████   ██████████████

    █
        ██████████████   ███████████

    █
        ██████████████████████████████  ████████

    █
        ██████████████████████████████████

    █
                ███████████████████████

    █
        ██████████████████

19            MR. SCHWING:  Mr. Melamed, it's not

20  showing up in the Exhibit Share.  I'm not sure if    01:54:43

21  that -- we need to do something to get into the

22  Exhibit Share.

23            MR. MELAMED:  I think there is a new day

24  of -- of -- for the Exhibit Share, and I think that

25  it says day 5.                                       01:54:57
```

Page 1007

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Okay.  I will figure that        01:55:03
 2    out.
 3              MR. MELAMED:  Okay.
 4              MR. SCHWING:  Thank you.
 5       Q.   (By Mr. Melamed)  Mr. Cross, are you able        01:55:05
 6    to see it or at least able to see it on my screen
 7    well enough to be able to testify about it?
 8       A.   I can see it yeah, and I -- I also have
 9    it in Exhibit Share.
10       Q.   Okay.                                            01:55:15
11       A.   By the new date.
12              MR. MELAMED:  Mr. Schwing, would you like
13    me to wait until you're able to pull it up.
14              MR. SCHWING:  I was able to figure it
15    out.  Thank you.                                         01:55:24
16              MR. MELAMED:  Okay.
17
```

Page 1008



Page 1009

HIGHLY CONFIDENTIAL



Page 1010

HIGHLY CONFIDENTIAL



Page 1011

HIGHLY CONFIDENTIAL



Page 1012

HIGHLY CONFIDENTIAL



Page 1013

HIGHLY CONFIDENTIAL



Page 1014

HIGHLY CONFIDENTIAL



Page 1015

HIGHLY CONFIDENTIAL



Page 1016



Page 1017

HIGHLY CONFIDENTIAL



Page 1018

HIGHLY CONFIDENTIAL



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 1020

HIGHLY CONFIDENTIAL



Page 1021

HIGHLY CONFIDENTIAL



Page 1022



Page 1023

HIGHLY CONFIDENTIAL



Page 1024

HIGHLY CONFIDENTIAL



Page 1025

HIGHLY CONFIDENTIAL



Page 1026

HIGHLY CONFIDENTIAL



Page 1027

HIGHLY CONFIDENTIAL



1

25        Q.    (By Mr. Melamed)   In -- and just to be          02:29:15

Page 1028

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | more concrete. | 02:29:17 |
| 2 |     Are you aware that in 2014 Facebook | |
| 3 | announced it would deprecate friends permissions | |
| 4 | APIs? | |
| 5 |    A.  I'm aware that Facebook said it was going | 02:29:33 |
| 6 | to make friend permissions unavailable to most of | |
| 7 | third-party developers. | |
| 8 |    Q.  Okay.  Did you hear the word -- did you | |
| 9 | understand that Facebook used the term | |
| 10 | "deprecation" when it -- or deprecate when it made | 02:29:48 |
| 11 | that announcement? | |
| 12 |       MR. SCHWING:  Object to form. | |
| 13 |       THE DEPONENT:  I'm aware of the term | |
| 14 | "deprecated" being used in -- in that context. | |
| 15 |    Q.  (By Mr. Melamed)  Okay.  And that the | 02:29:59 |
| 16 | announcement was that friends permissions would be | |
| 17 | deprecated for apps then using Graph 1.0 by | |
| 18 | April 30th, 2015. | |
| 19 |     Do you understand that? | |
| 20 |       MR. SCHWING:  Object to form. | 02:30:22 |
| 21 |       THE DEPONENT:  There's a number of | |
| 22 | different ways that the changes that were announced | |
| 23 | were -- were explained to developers.  And, again, | |
| 24 | deprecated -- the word "deprecated" can be used | |
| 25 | in -- can mean different things in different | 02:30:36 |

Page 1029



1    contexts.  Again, in this context it means          02:30:39

2    something very specific.

3        Q.   (By Mr. Melamed)  So in the context of

4    this tool, if "is deprecated" -- let me withdraw

5    that and ask a different question.                   02:30:51

HIGHLY CONFIDENTIAL



Page 1031

HIGHLY CONFIDENTIAL



Page 1032

HIGHLY CONFIDENTIAL



Page 1033

HIGHLY CONFIDENTIAL



Page 1034

HIGHLY CONFIDENTIAL



Page 1035

HIGHLY CONFIDENTIAL



Page 1036

HIGHLY CONFIDENTIAL



Page 1037



Page 1038

HIGHLY CONFIDENTIAL



Page 1039

HIGHLY CONFIDENTIAL



Page 1040



Page 1041



Page 1042



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 1044

HIGHLY CONFIDENTIAL



Page 1045

HIGHLY CONFIDENTIAL



```
 1     ████████████████████████████████    ██████████

 ▪     ███████████

 ▪        ▪     ████████████████████████

 ▪     ███████████████████████████████

 ▪        ▪     █████████████████████████████    ██████████

 ▪     █████████████████████████████████

 ▪        ▪     ██████████████████████

 ▪        ▪     ██████████████████████

 9          THE DEPONENT:  Mr. Melamed, would now be

10     a good time to take a break?  We've been going for       02:58:21

11     an hour and a half.  I could -- I could do with a

12     break, a quick break.

13          MR. MELAMED:  Let's go off the record.

14          THE VIDEOGRAPHER:  Okay.  We're off the

15     record.  It's 2:58 p.m.                                   02:58:30

16          (Recess taken.)

17          THE VIDEOGRAPHER:  We're back on the

18     record.  It's 3:33 p.m.

19        ▪     ████████████    ███████████████

 ▪     █████████████████████████████    ██████████

 ▪     █████████████████████████████████

 ▪     █████████████

 ▪        ▪     ████████████████████████

 ▪     ███████████████████████

 ▪        ▪     █████████████████████████    ██████████
```

Page 1046

HIGHLY CONFIDENTIAL



Page 1047

HIGHLY CONFIDENTIAL



Page 1048

HIGHLY CONFIDENTIAL



Page 1049

HIGHLY CONFIDENTIAL



Page 1050

HIGHLY CONFIDENTIAL



Page 1051

HIGHLY CONFIDENTIAL



Page 1052

HIGHLY CONFIDENTIAL



Page 1053

HIGHLY CONFIDENTIAL



Page 1054

HIGHLY CONFIDENTIAL



Page 1055

HIGHLY CONFIDENTIAL



Page 1056



Page 1057

HIGHLY CONFIDENTIAL



Page 1058

HIGHLY CONFIDENTIAL



Page 1059

HIGHLY CONFIDENTIAL



Page 1060

HIGHLY CONFIDENTIAL



Page 1061



Page 1062

HIGHLY CONFIDENTIAL



Page 1063

HIGHLY CONFIDENTIAL



Page 1064

HIGHLY CONFIDENTIAL



Page 1065

HIGHLY CONFIDENTIAL



Page 1066

HIGHLY CONFIDENTIAL



Page 1067

HIGHLY CONFIDENTIAL



Page 1068



Page 1069

HIGHLY CONFIDENTIAL



Page 1070

HIGHLY CONFIDENTIAL



Page 1071

HIGHLY CONFIDENTIAL



Page 1072

HIGHLY CONFIDENTIAL



Page 1073

HIGHLY CONFIDENTIAL



24          MR. SCHWING:   Object to form.   I'll just

25   object once to this line of questioning asking          04:23:33

Page 1074

HIGHLY CONFIDENTIAL

1    about a document that isn't placed before the          04:23:36

2    witness.

3              MR. MELAMED:  Sure.

4



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 1076

HIGHLY CONFIDENTIAL



Page 1077

HIGHLY CONFIDENTIAL



Page 1078

HIGHLY CONFIDENTIAL



Page 1079



Page 1080



Page 1081

HIGHLY CONFIDENTIAL



Page 1082

HIGHLY CONFIDENTIAL



Page 1083



Page 1084

HIGHLY CONFIDENTIAL

1



Page 1085

HIGHLY CONFIDENTIAL



Page 1086

HIGHLY CONFIDENTIAL



Page 1087

HIGHLY CONFIDENTIAL



Page 1088

HIGHLY CONFIDENTIAL



Veritext Legal Solutions
866 299-5127



Page 1090

HIGHLY CONFIDENTIAL



Page 1091

Case 3:18-md-02843-VC   Document 1071-5   Filed 10/28/22   Page 107 of 295
HIGHLY CONFIDENTIAL



Page 1092

866 299-5127

HIGHLY CONFIDENTIAL



Page 1093

HIGHLY CONFIDENTIAL



Page 1094

HIGHLY CONFIDENTIAL



Page 1095

HIGHLY CONFIDENTIAL



Page 1096

HIGHLY CONFIDENTIAL

```
 1    determine whether an app made the API call for          04:59:28

 2    which it was granted access by the Capabilities

 3    table?

 4              MR. SCHWING:  Object to form.

 5              THE DEPONENT:  The Method table              04:59:48

 6    identifies API calls made by a specific app.  By

 7    "method," some of those methods are gated by a

 8    capability, but other -- other methods the -- the

 9    behavior of the response is altered by a

10    capability, for example.                               05:00:12

11         So it's not -- it's not a reliable way to

12    determine whether or not an app was accessing data

13    that was modified by a capability.

14       Q.   (By Mr. Melamed)  I understand that.  I'm

15    trying to just understand the request from an app.     05:00:33

16         Where would I go to determine whether,

17    and if so, how many times an app requested -- I'm

18    sorry -- an app made an API call that -- for which

19    it was granted the capability of a capabilities

20    tool?                                                  05:01:02

21              MR. SCHWING:  Object to form.

22              THE DEPONENT:  My understanding is in the

23    past, certainly there was a way of understanding

24    whether or not a given app capability pair was

25    being used, by which I mean, the app was making API    05:01:31
```

Page 1097

HIGHLY CONFIDENTIAL

```
 1    calls that involved the check of a capability.          05:01:39

 2            That information, I recall being

 3    displayed in the -- in the capability tool at

 4    one -- at one time in the past.  Although precisely

 5    where that data was stored today, again the tool      05:01:57

 6    has evolved over time.

 7            But I recall that information being

 8    logged at one point in the past.

 9       Q.   (By Mr. Melamed)  Do you know when that

10    information was logged in the capability tool -- or    05:02:09

11    let me rephrase that.

12            Do you know when the capabilities tool

13    stopped logging that information?

14       A.   So it's important to say here that the

15    capability tool doesn't necessarily log that          05:02:31

16    information.  That information is part of the API

17    code base that runs.  I recall that that

18    information was displayed in the capability tool

19    starting in -- in -- in 2014 or so.

20            I -- I don't -- I -- I don't know if that      05:02:54

21    information is still displayed in the capability

22    tool, and I would imagine that it is still being

23    logged however.

24       Q.   Do you know where the information is

25    being logged?                                          05:03:09
```

Page 1098

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   It's likely that that information is | 05:03:14 |
| 2 | being stored in -- in Facebook's data warehouse. | |
| 3 | Again, my understanding is that that -- that is the | |
| 4 | kind of information that is used to determine | |
| 5 | whether or not an app is actively using a | 05:03:28 |
| 6 | capability. | |
| 7 | Q.   And by data warehouse, do you mean | |
| 8 | "Hive," or something different? | |
| 9 | A.   I'm referring to Hive when I -- when I | |
| 10 | mean data warehouse. | 05:03:40 |
| 11 | Q.   Do you know what table within Hive stores | |
| 12 | that tracking information? | |
| 13 | A.   Do I know which -- which table -- sorry, | |
| 14 | no, I don't have the specific name of the table | |
| 15 | that may or may not contain that information. | 05:04:06 |
| 16 | Q.   I'm sorry -- if you wanted to know | |
| 17 | whether such a table existed in Hive and, if so | |
| 18 | which table it was, who would you ask? | |
| 19 | A.   I would ask Mr. Molaro in the first | |
| 20 | instance. | 05:04:23 |
| 21 | Q.   And you said that though the capabilities | |
| 22 | tool did not log that information, it reflected | |
| 23 | that information starting in 2014; is that right? | |
| 24 | A.   I recall the capabilities tool reflecting | |
| 25 | some reflection of capability app pair usage in | 05:04:49 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    around 2014.                                              05:04:55

2        Q.   Do you recall the point at which the

3    capabilities tool no longer reflected information

4    regarding capability app pairs?  I'm sorry, calls

5    on capability app pairs?                                  05:05:14

6        A.   So my personal involvement with the

7    capability tool ended in around 2015.  And so

8    that's -- the period from 2013 or late 20- -- 2014

9    to '15 is -- is what I'm relying on here for my

10   testimony, so I'm using the phrase "my              05:05:36

11   recollection."

12           As I -- my understanding is that -- it's

13   likely that the usage of capability checks is -- is

14   still being logged.  But I -- I can't confirm which

15   table, or whether or not or how that information is      05:05:59

16   represented in the capability tool today.

17       Q.   When you left -- when you stopped using

18   the capabilities tool in your personal capacity as

19   a Facebook employee, was the information regarding

20   whether an app capability pair was still being           05:06:21

21   called, still reflected in the capabilities tool?

22       A.   My -- my recollection is that that

23   information was -- was still reflected in the

24   capabilities tool.  And I'm just being accurate on

25   the word here.  My understanding is that it was          05:06:39

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    logging if the capability was checked.              05:06:41

2        Q.   What does it mean to -- to say a

3    "capability was checked"?

4        A.   My understanding of -- of how capability

5    is implemented in the code base is that there is     05:06:56

6    a -- what's called a capability check, which is

7    a -- a function call given an app ID and a

8    capability as to whether or not the app had access

9    to the capability, and that's called a capability

10   check.                                               05:07:18

11           MR. MELAMED:  We can go off the record.

12           THE VIDEOGRAPHER:  Okay.  We're off the

13   record it's 5:07 p.m.

14           (Recess taken.)

15           THE VIDEOGRAPHER:  We are back on the        05:07:56

16   record.  It's 5:21 p.m.

17           (Exhibit 430 was marked for

18   identification by the court reporter and is

19   attached hereto.)

20       Q.   (By Mr. Melamed)  Mr. Cross, I've just      05:21:18

21   marked Exhibit 430.  It is a message discussion

22   between Steven Elia, Scott Mellon, Eddie O'Neil,

23   Drew Lackman, Cathy Huang, Tatyana --

24           SPECIAL MASTER GARRIE:  Guys, I'm ready

25   to roll whenever you guys are.                       05:21:34
```

Page 1101

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  We're -- we're underway,        05:21:37

 2   Special Master Garrie.  I don't know if you can

 3   hear us.  Yeah, we've started.

 4              SPECIAL MASTER GARRIE:  Counsel Melamed.

 5              MR. MELAMED:  Yup, we're going.  Can you       05:21:49

 6   hear?

 7              SPECIAL MASTER GARRIE:  Am I talking to

 8   myself.

 9              THE COURT REPORTER:  Should we go off the

10   record?                                                  05:22:01

11              MR. MELAMED:  Yeah, let's go off the

12   record.

13              THE VIDEOGRAPHER:  We're off the record.

14              (Recess taken.)

15              THE VIDEOGRAPHER:  We're back on the           05:22:16

16   record.  It's 5:22 p.m.

17              MR. MELAMED:  So I've just marked

18   Exhibit 430.  It's a message summary.  The date on

19   the document is June 14th, 2018.  It includes

20   Cathy Huang, Steve Elia, Scott Mellon,                   05:22:39

21   Eddie O'Neil, Drew Lackman, Cathy Huang -- sorry,

22   if I mentioned her twice.  Tatyana Poturnak and

23   Konstantinos Papamiltiadis.  And it runs from

24   Bates number FB-CA-MDL-02898663 through -8668.

25        Q.   (By Mr. Melamed)  This message summary         05:23:10
```

Page 1102

```
1    runs chronologically, so from top to bottom.          05:23:12

2           Have you had a chance to look at this

3    document, Mr. Cross?

4       A.   I saw this document in preparation for

5    today, but I would appreciate a few minutes just      05:23:31

6    to -- to refamiliarize myself with it, if that's

7    okay.

8       Q.   Okay.  That's no problem.  I'm going to

9    direct you to a very specific part of it.

10
```

HIGHLY CONFIDENTIAL



Page 1104

HIGHLY CONFIDENTIAL



Page 1105



Page 1106

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Object to form.              05:29:40

 2            THE DEPONENT:  I -- I think I recall

 3     seeing three tabs in -- in that document.  But,

 4     again, I can't be completely sure.

 5        Q.   (By Mr. Melamed)  Do you know -- sorry.   05:29:58

 6            You said you pulled -- you went to

 7     that -- to access that document via Quip; is that

 8     right?

 9        A.   Yes.  I -- I -- I accessed that document

10     via Quip.                                         05:30:18

11            (Exhibit 431 was marked for

12     identification by the court reporter and is

13     attached hereto.)

14            MR. MELAMED:  I just introduced what's

15     been marked as Exhibit 3 -- I'm sorry, 431.       05:31:00

16     Exhibit 431 is a -- is a spreadsheet FB-CA-MDL --

17            SPECIAL MASTER GARRIE:  Where do I

18     find -- where -- I can't find Exhibit 431.  I see

19     Exhibit 428.

20            MR. MELAMED:  I think you're in a          05:31:22

21     different exhibit folder.  There is deposition of

22     Simon Cross 30(b)(6).

23            SPECIAL MASTER GARRIE:  I found it.  I

24     found it.  I found it.  I was looking at it and I

25     clicked a different one.  There's six folder forms. 05:31:31
```

Page 1107

HIGHLY CONFIDENTIAL

1   My apologies for interrupting.       05:31:33

2       MR. MELAMED:  So Exhibit 431 is a

3   document with the Bates FB-CA-MDL-02898670.  And it

4   was attached to the Exhibit 430.



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 1109

HIGHLY CONFIDENTIAL



23          Back to you Counsel Melamed.

24          MR. MELAMED:  Thank you.

25                                              05:34:52

                                        Page 1110

1    /////                                                    05:34:52

2         (Exhibit 432 was marked for

3    identification by the court reporter and is

4    attached hereto.)

5         MR. MELAMED:  I just introduced what's        05:35:14

6    been marked as Exhibit 432.  Exhibit 432 is an

7    Excel spreadsheet.  FB-CA-MDL-02674226.

8         The metadata associated with the document

9    indicates that it was created on August 15th, 2018.

10   And the name of it is "20180815_nana" N-A-N-A       05:35:42

11   "ad hoc request_friends permission metadata.xlxs."

12



Page 1111

HIGHLY CONFIDENTIAL



Page 1112

HIGHLY CONFIDENTIAL



Page 1113

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7

8

9

10      Q.    Are you familiar with the app "This is      05:40:36

11   Your Digital Life"?

12      A.    I have heard of the -- of the app -- This

13   is Your Digital Life.

14      Q.    And what is your understanding -- in what

15   context have you heard of the app, This is Your      05:40:49

16   Digital Life?

17      A.    I've heard of that in the context of

18   Cambridge Analytica.

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

```
 1          A.   Again, I see that in the -- in the          05:41:31

 2    document.

 3          Q.   Do you know how many times Facebook users

 4    downloaded This is Your Digital Life?  Let me

 5    restate that.                                           05:41:44

 6               Do you know how many Facebook users

 7    signed in to This is Your Digital Life?

 8               MR. SCHWING:  Object to scope.  Object to

 9    the form of the question.

10               And, again, I think this was not an          05:41:54

11    exhibit that was identified in June 3rd, email.

12               THE DEPONENT:  I'm not aware of the

13    number of people that have -- what was your phrase,

14    sorry.

15          Q.   (By Mr. Melamed)  Number of Facebook         05:42:13

16    users who logged in to This is Your Digital Life?

17          A.   I'm -- I'm not aware of the number of

18    Facebook users who logged in to This is Your

19    Digital Life.

20          Q.   I'll -- I'll represent to you that           05:42:23

21    Facebook publicly reported approximately 270,000

22    Facebook users logged in to This is Your Digital

23    Life.

24               Does that sound accurate to you?  Do you

25    have any reason to doubt that?                          05:42:39
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  Object to the form.  It's        05:42:40

2    outside the scope of the deposition.

3              THE DEPONENT:  I have no reason to doubt

4    what you're saying.  But, again, I -- I don't

5    recall those numbers.                                    05:42:53

6         Q.   (By Mr. Melamed)  Okay.  I'm just trying

7    to establish background that would help you

8    potentially testify regarding the tracking

9    information in this.  So if that's not helpful,

10   that's okay.  And we can move on.                        05:43:14

11             (Exhibit 433 was marked for

12   identification by the court reporter and is

13   attached hereto.)

14
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 1117

HIGHLY CONFIDENTIAL



Page 1118



Page 1119



Page 1120

HIGHLY CONFIDENTIAL



Page 1121

HIGHLY CONFIDENTIAL



Page 1122

HIGHLY CONFIDENTIAL



Page 1123

HIGHLY CONFIDENTIAL



Page 1124

HIGHLY CONFIDENTIAL



Page 1125

HIGHLY CONFIDENTIAL



Page 1126

HIGHLY CONFIDENTIAL



Page 1127

HIGHLY CONFIDENTIAL



Page 1128

HIGHLY CONFIDENTIAL



Page 1129

HIGHLY CONFIDENTIAL



Page 1130



Page 1131

HIGHLY CONFIDENTIAL



11          Where did Facebook identify the

12    developers that could continue to access Graph 1.0

13    API after it was deprecated?

14          MR. SCHWING:  Object to form.

Page 1132

HIGHLY CONFIDENTIAL



Page 1133

HIGHLY CONFIDENTIAL



Page 1134

HIGHLY CONFIDENTIAL



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12          MR. SCHWING:  Object to form.

13          THE DEPONENT:  I would speak to

14    Mr. Molaro in the first instance.

15          SPECIAL MASTER GARRIE:  Counsel Melamed,      06:19:35

16    I'm going to encourage you to go to the next topic

17    since it's -- he's not an expert on it and has no

18    personal knowledge of it.  And so on and so forth.

19          MR. MELAMED:  Okay.  Understood.  I -- I

20    was trying to understand the way in which Facebook    06:19:49

21    tracks data.

22          SPECIAL MASTER GARRIE:  Counsel Schwing.

23          MR. MELAMED:  I'm sorry.

24
```

Page 1135

HIGHLY CONFIDENTIAL



Page 1136

HIGHLY CONFIDENTIAL

1  ████████████████████████████████████   ████████

2  ██████████████████████████████████

3  ███████████████████████████████████

4  ████████████████████████████   ███████

5  ████████████████████████████████████   ████████

6  ████████████

7            SPECIAL MASTER GARRIE:  Just because --

8  just let me weigh in here, so we heard that.  I

9  just want to set -- level set here.  If the

10  information exists in one source, and it is          06:21:32

11  accessible and provided it's not necessary that all

12  sources need to be searched.

13            So I just want to keep that in mind,

14  Counsel Schwing.  So before you go down the rabbit

15  hole, maybe first find out how the systems work      06:21:45

16  together and what data is in which, so that way we

17  don't have a lot of conversation about something

18  that may be encapsulated in something you've

19  already engaged with.  So just meet and confer.

20  And work that out.                                   06:21:58

21            But more importantly, let's keep on point

22  with Mr. Cross, Mr. Melamed -- or Counsel Melamed

23  and Counsel Schwing, and move to next topic.  And

24  this is noted on the record and we'll keep it

25  going.                                               06:22:09

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. SCHWING:  Thank you. | 06:22:10 |
| 2 | MR. MELAMED:  Thank you. | |
| 3 | Why don't we take a five-minute break. | |
| 4 | MR. SCHWING:  Okay. | |
| 5 | THE VIDEOGRAPHER:  Okay.  We're off the | 06:22:17 |
| 6 | record.  It's 6:22 p.m. | |
| 7 | (Recess taken.) | |
| 8 | THE VIDEOGRAPHER:  We're back on the | |
| 9 | record.  It's 6:38 p.m. | |
| 10 | MR. MELAMED:  So thank you for your | 06:38:16 |
| 11 | testimony, Mr. Cross, on topics 2 -- on behalf of | |
| 12 | plaintiffs, we think we're going to need additional | |
| 13 | testimony from a Facebook designee about some | |
| 14 | questions you were unable to provide answers to. | |
| 15 | But we'll deal with that off the record.  I just | 06:38:32 |
| 16 | want to establish that on the record. | |
| 17 | Otherwise thank you for your time.  And I | |
| 18 | understand that Mr. Loeser is going to return for | |
| 19 | some follow-up questioning regarding topics 6 and | |
| 20 | 7 after a short break, or after a break. | 06:38:48 |
| 21 | MR. SCHWING:  I -- I -- this is not the | |
| 22 | time or place to argue.  So we can talk about that | |
| 23 | off -- offline.  Matt, we had four days of -- of, | |
| 24 | you know, five days almost now testimony and we | |
| 25 | will meet and confer with you about that, and, | 06:39:08 |

Page 1138

HIGHLY CONFIDENTIAL

```
 1    you know, and try to work through the issues.  And        06:39:11

 2    as necessary and appropriate work with the

 3    Special Master, and I'm happy to talk to you about

 4    that.

 5              MR. MELAMED:  Thank you.                         06:39:21

 6              We can go off the record.

 7              (Discussion off the stenographic record.)

 8              THE VIDEOGRAPHER:  We're off the record.

 9    It's 6:40 p.m.

10              (Recess taken.)                                 06:40:21

11              THE VIDEOGRAPHER:  We're back on the

12    record.  It's 7:29 p.m.

13                        EXAMINATION

14    BY MR. LOESER:

15         Q.   It is still good morning for me,                07:37:08

16    Mr. Cross, but it's good evening for you.

17              And I have some questions.  Hopefully it

18    won't take too long so we'll jump in and get

19    started.

20              Are you able to continue testifying now?        07:37:26

21         A.   Yeah, let's keep going.

22         Q.   Okay.  Mr. Cross, in 2018 after --

23              MR. SCHWING:  I'm sorry to interrupt you,

24    Mr. Loeser, it's just before we -- we can either do

25    this now or later.  Before the -- the testimony        07:37:41
```

Veritext Legal Solutions
866 299-5127

```
 1    started back up, I indicated that Mr. Cross wanted      07:37:44

 2    to clarify something in his testimony.  I'll leave

 3    it to you as to whether or not you want to do that

 4    now or in a little bit.

 5            MR. LOESER:  If it's okay with you, I'm         07:37:55

 6    fine if you want to just ask him for his

 7    clarification on -- on a redirect type basis.  That

 8    I think probably works best for the record.  If

 9    that works for you.

10            MR. SCHWING:  Sure.  That's fine.  Thank        07:38:08

11    you.

12        Q.  (By Mr. Loeser)  Mr. Cross, in 2018 after

13    the Cambridge Analytica scandal broke, Facebook

14    received negative press about its data sharing

15    practices with apps and partners, correct?            07:38:20

16            MR. SCHWING:  Outside the scope.  Object

17    to form.

18            THE DEPONENT:  I recall a number of

19    articles about Cambridge Analytica.

20        Q.  (By Mr. Loeser)  And were any of those         07:38:36

21    articles -- would you consider any of those

22    articles as having been negative press about

23    Facebook's data sharing practices?

24            MR. SCHWING:  Same objections.

25            THE DEPONENT:  I recall concerns being         07:38:52
```

Page 1140

```
 1    raised in -- in the media regarding -- regarding          07:38:54

 2    the Cambridge Analytica situation, yes.

 3         Q.   (By Mr. Loeser)  And Mr. Cross, after the

 4    Cambridge Analytica scandal broke, Facebook sought

 5    to sort out and identify which apps and partners          07:39:07

 6    continued to have access to friends data through

 7    whitelist; is that correct?

 8              MR. SCHWING:  Object to form.

 9              THE DEPONENT:  After Cambridge Analytica

10    the company -- the company undertook a number of          07:39:24

11    efforts to -- to understand and identify

12    applications that had access to information.

13         Q.   (By Mr. Loeser)  And sir, that

14    investigation looked specifically into applications

15    that had access to information through whitelists,        07:39:43

16    right?

17              MR. SCHWING:  Outside the scope.

18              THE DEPONENT:  My understanding is that

19    the -- the work that was done included looking at

20    the whitelists.  But it also included other               07:40:01

21    areas -- areas of inquiry too.

22         Q.   (By Mr. Loeser)  And, Mr. Cross, isn't it

23    the case that Facebook struggled to identify all of

24    the apps and partners that had access to friends

25    data through whitelist?                                   07:40:17
```

Page 1141

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  Vague.                    07:40:20

2              THE DEPONENT:  The team working on

3    this -- this work faced -- faced a number of

4    challenges in pulling together a complete

5    understanding.  And they -- they worked hard to do  07:40:37

6    so.

7         Q.  (By Mr. Loeser)  And Mr. Cross, what were

8    the challenges that the team investigating

9    whitelists and specifically whitelists that

10   provided access to friends database?             07:40:51

11             MR. SCHWING:  Object to form.  Outside

12   the scope.

13             THE DEPONENT:  So I wasn't -- I wasn't

14   there at the time, I'm afraid.  But -- sorry.  It's

15   hard to comment precisely on all of the challenges  07:41:10

16   that -- that were faced at the time.

17        Q.  (By Mr. Loeser)  Mr. Cross, can you

18   testify as to any of the challenges that were faced

19   at the time?

20        A.   So there were a number of different     07:41:30

21   whitelists in place, and different mechanisms for

22   API access.  And the team had to pull together

23   to -- and did, in order to like fully understand

24   API access at the time.

25        Q.   And, Mr. Cross, was one of the challenges  07:41:58
```

Page 1142

```
 1    faced by the team trying to identify all of the       07:42:03

 2    apps and parties that were whitelisted, the result

 3    of how records were kept at Facebook of

 4    whitelisting?

 5              MR. SCHWING:  Object to form.              07:42:17

 6              THE DEPONENT:  I can't say whether or not

 7    that's the -- the challenges that the -- that the

 8    team involved were -- were working through.

 9        Q.   (By Mr. Loeser)  Was there one place

10    or -- or one source of information that the team     07:42:37

11    could look for to identify all of the whitelists

12    that provided access to friend data?

13        A.   My understanding is the team had to look

14    at -- at a few sources of information, and they did

15    so in order to pull together some understanding.     07:42:59

16        Q.   Was there more than one group or team

17    that could make the decision to whitelist apps and

18    partners?

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  Can you help me              07:43:19

21    understand, what do you understand by whitelist and

22    partners in what context?

23        Q.   (By Mr. Loeser)  In the context of the

24    discussion we're having now about providing access

25    to friend data.                                      07:43:30
```

Page 1143

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.              07:43:35

 2              THE DEPONENT:  So there were different

 3    teams involved in managing access, the -- the

 4    migration of the APIs in 2014 and 2015.  And so

 5    it's possible the number of people involved.         07:43:58

 6         Q.   (By Mr. Loeser)  What -- what were the

 7    different teams?

 8              MR. SCHWING:  Object to form.  Outside

 9    the scope.

10              THE DEPONENT:  My understanding is there   07:44:13

11    were several teams involved, the platform

12    partnerships team, for example, and we have all

13    partnerships teams, so those were two examples of

14    teams that would have been involved.

15         Q.   (By Mr. Loeser)  And are those teams that  07:44:32

16    had the authority to whitelist an app or a partner

17    to have continued access to friend data?

18              MR. SCHWING:  Object to form.

19              THE DEPONENT:  Can you be specific about

20    the -- the time period you're talking about.         07:44:47

21         Q.   (By Mr. Loeser)  The period after 2014

22    when Graph API -- AP [sic] version 2 was uploaded?

23         A.   I'm sorry, what was the original question

24    again?

25         Q.   Did each of the teams you just mentioned   07:45:09
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    have authority to whitelist apps or partners to        07:45:11

 2    have continued access to APIs that emit friend

 3    data?

 4              MR. SCHWING:  Object to form.

 5              THE DEPONENT:  The decision to whitelist      07:45:22

 6    apps for continued access to friend permissions,

 7    for example, was taken on a -- on a case-by-case

 8    basis among mul- -- multiple teams to come to a

 9    recommendation decision.

10        Q.   (By Mr. Loeser)  Okay.  List for me all        07:45:41

11    of the teams that had the ability to do that?

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  I wouldn't be able to,

14    you know, a list of every single team that may have

15    been involved.  Over time I can talk to some of the    07:45:58

16    ones I've already identified.  There's the platform

17    product team, the platform partnerships teams and

18    they're the folks that would have worked together

19    to -- to come to a recommendation.

20              MR. LOESER:  I'm going to introduce an        07:46:22

21    exhibit which is tab 34, which you should see

22    momentarily.  And this is Exhibit 434.

23        Q.   (By Mr. Loeser)  And while this is coming

24    up, I'll tell you this is an email from Dan Rose to

25    Ime Archibong dated 6/22/2018 subject "Re:            07:46:59
```

Page 1145

HIGHLY CONFIDENTIAL

```
 1    V1 extensions."                                        07:47:03

 2            Do you see that, Mr. Cross?

 3        A.   I do see that.

 4        Q.   Why don't you take a minute to -- to look

 5    through the email string.  And I have a few           07:47:13

 6    questions for you about the string.

 7        A.   Sure.  Thank you.

 8            MR. SCHWING:  Mr. Loeser, I think for the

 9    record this was previously marked not too long ago

10    as 433, Exhibit 433.                                   07:47:45

11            MR. LOESER:  Thank you for that

12    clarification.  We'll correct that.

13            MR. SCHWING:  So you've -- you've now --

14    well, you can do what you want.  If you want to

15    have it as an exhibit twice I just want to make       07:48:02

16    sure there's no confusion.

17            MR. LOESER:  Why don't we go off the

18    record real quickly.

19            THE VIDEOGRAPHER:  Going off the record.

20    It's 7:48 p.m.                                         07:48:17

21            (Recess taken.)

22            THE VIDEOGRAPHER:  We're back on the

23    record.  It's 7:50 p.m.

24            MR. LOESER:  So for the record, we just

25    marked an exhibit and didn't realize it had just      07:50:58
```

Page 1146

HIGHLY CONFIDENTIAL

```
 1    been marked previously today, in fact.  So we will        07:51:01

 2    pull down the second version of the same exhibit

 3    and just refer to the originally marked version,

 4    which is Exhibit 433.

 5         Q.   (By Mr. Loeser)  And I have a couple more         07:51:16

 6    questions about this exhibit.

 7              Mr. Melamed asked you a few questions

 8    already.  So obviously I won't reask those.  But

 9    fair to say -- have you had a chance to take a look

10    at this or do you recall from your earlier review         07:51:31

11    of it today what it's about?

12         A.   I have had a chance to review this just

13    now, thank you.

14
```

Page 1147

HIGHLY CONFIDENTIAL



Page 1148

HIGHLY CONFIDENTIAL



Page 1149

HIGHLY CONFIDENTIAL



20        Q.    (By Mr. Loeser)  Mr. Cross, to prepare        07:57:11

21    for your testimony today, did you reach out to KP

22    and ask him any questions about the whitelisting

23    process or results?

24        A.    I did not speak to KP as part of my

25    preparations for today.                                 07:57:28

Page 1150

HIGHLY CONFIDENTIAL

1       Q.   Mr. Cross, can Facebook identify all apps        07:57:31

2    that had access to APIs that emit friend data post

3    2014?

4            MR. SCHWING:  Object to form.

5            THE DEPONENT:  Again, I think it's        07:57:49

6    important to -- I'm unclear on what you mean by

7    "friend data" in this -- in this context.

8        Q.   (By Mr. Loeser)  Okay.  How -- how does

9    Facebook use the term "friend data"?

10       A.   The -- Facebook has used that term in a        07:58:10

11   number of different ways.  Primarily, it refers to

12   content and information posted by a user that would

13   be made available via platform.

14       Q.   So using that definition, can Facebook

15   identify all apps that had access to APIs that emit        07:58:36

16   friend data after 2014?

17       A.   So my understanding is Facebook has

18   altogether an understanding of the apps which had

19   access to -- to friend data after 2014.

20       Q.   Can Facebook identify all Facebook users        07:59:02

21   who installed apps with access to APIs that emit

22   friend data after 2014?

23           MR. SCHWING:  Object to form.  Outside

24   the scope.

25           THE DEPONENT:  I'm not entirely confident        07:59:22

                                            Page 1151

1    that exactly what -- what Facebook can do in                    07:59:24

2    that -- in that respect.  Yeah, so -- so sorry.

3    I'm not sure I know what Facebook is able to do.



08:01:04

Page 1152

HIGHLY CONFIDENTIAL



Page 1153

HIGHLY CONFIDENTIAL



Page 1154

HIGHLY CONFIDENTIAL



21        Q.   Mr. Cross, did Aleksander Kogan's sale of

22   Facebook data he obtained from the friends of users

23   who installed the, This Is Your Digital Life app,

24   exceed the use case for the app?

25              MR. SCHWING:   Outside the scope of the        08:06:10

Page 1155

HIGHLY CONFIDENTIAL

```
 1    deposition and object to form.                    08:06:12

 2            THE DEPONENT:  That seems to be a

 3    question about platform policy as -- as written,

 4    which is not something I'm -- I'm particularly well

 5    qualified to -- to provide an opinion on.  I think  08:06:30

 6    the best person to ask that question to would be

 7    Ally Hendrix.

 8            SPECIAL MASTER GARRIE:  Mr. Cross, while

 9    I appreciate you telling who's the -- are you

10    saying in your 30(b)(6) capacity that's who you    08:07:01

11    believe is the best person.  You're not -- you're

12    not able to answer that question today as you sit

13    here, is that -- I was just reading the transcript.

14    So I'm a second behind, but I want to make sure I

15    understood your answer.                            08:07:18

16            Can you answer that question or not, as

17    the 30(b)(6) capacity, right, let's be clear.

18            MR. SCHWING:  Yeah, and -- and we've got

19    a scope objection there.

20            SPECIAL MASTER GARRIE:  Yeah, with the     08:07:37

21    scope objections noted on the record.  I just --

22    Mr. Cross?

23            THE DEPONENT:  Yeah, that -- that --

24            SPECIAL MASTER GARRIE:  If you're not

25    prepared -- like let me be clear.  There's three   08:07:49
```

HIGHLY CONFIDENTIAL

| | |
|---|---|
| 1 | possible answers.  I'm not prepared to answer the | 08:07:52 |
| 2 | question.  I am prepared to question [sic].  I |
| 3 | don't understand the question. |
| 4 | THE DEPONENT:  Yeah, I'm not prepared to |
| 5 | answer the question.  I think that's a question | 08:07:59 |
| 6 | about platform policy and it's determination of the |
| 7 | platform policy, which is not something that I'm |
| 8 | prepared to testify on. |
| 9 | SPECIAL MASTER GARRIE:  And that's what I |
| 10 | thought I understood your answer as.  I just wanted | 08:08:09 |
| 11 | to clarify it for the record.  Thank you. |
| 12 | Back to you, Counsel Loeser. |
| 13 | Q.   (By Mr. Loeser)  And regardless of |
| 14 | whether you -- you believe you're prepared as a |
| 15 | 30(b)(6) witness to testify to that or not which is | 08:08:18 |
| 16 | a question I suppose for another day, can you |
| 17 | answer the question? |
| 18 | A.   You're asking me in a personal capacity |
| 19 | to answer the question? |
| 20 | Q.   I'm just asking you to answer the | 08:08:35 |
| 21 | question.  In what capacity you answer it I suppose |
| 22 | is something that can be determined.  But I would |
| 23 | like for you to answer the question. |
| 24 | MR. SCHWING:  Outside of the scope. |
| 25 | Object to form. | 08:08:48 |

Page 1157

HIGHLY CONFIDENTIAL

1          THE DEPONENT:  Yeah, I can try answering          08:08:51

2     the question again.  We've had a number of things

3     go by, and if I'm going to try to answer it, I

4     should hear it again.



25         Q.   (By Mr. Loeser)  Okay.  Can you answer          08:09:58

Page 1158

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    the question?                                          08:09:59

2        A.   Again, I don't feel like I can answer the

3    question.  As -- it would require me to have,

4    you know -- interpret policy which is not something

5    that I'm -- I'm an expert in being able to do.        08:10:10

6        Q.   So you're not able to answer that

7    question.

8            MR. SCHWING:  Same objections.

9            THE DEPONENT:  Yeah, I don't -- I don't

10   feel -- I don't feel comfortable giving an answer     08:10:25

11   to that question given -- I'm just not that well

12   versed in Facebook's platform policy.  And I want

13   to make sure that you get the right answers to your

14   questions.

15           MR. SCHWING:  Special Master Garrie, may       08:10:42

16   I make a Rule 30 motion without Mr. Cross present.

17           SPECIAL MASTER GARRIE:  Yeah, Mr. Cross

18   you can -- can you go to the break out room.

19           THE DEPONENT:  Sure.

20           MR. SCHWING:  Special Master Garrie,           08:11:03

21   Mr. Loeser is supposed to be asking questions about

22   topics 6 and 7.  Mr. Cross is not designated to

23   discuss the use-case issues that are being asked

24   about.  He's made that clear, but Mr. Loeser

25   continues to ask the questions.                       08:11:18
```

Page 1159

HIGHLY CONFIDENTIAL

```
 1              Mr. Cross is going to be providing        08:11:20

 2    another deposition later in his personally

 3    capacity.  We've been going for now, you know, near

 4    five days and we need to try to finish.  So I would

 5    request some relief here that we try to speed this     08:11:32

 6    along on the topics he's actually designated for.

 7              MR. LOESER:  May I be heard,

 8    Special Master Garrie.

 9              SPECIAL MASTER GARRIE:  Yeah.

10              MR. LOESER:  So I'm asking questions that    08:11:43

11    are specifically and directly about friend sharing

12    and whitelisting.  And friend sharing is what

13    Cambridge Analytica is all about.  The notice, in

14    fact, refers to use cases with regard to

15    whitelisting which is what I'm about to ask further    08:11:56

16    questions on.  I don't have more questions about

17    Cambridge Analytica.  So we can move on from that.

18              But it is simply not true that questions

19    about Cambridge Analytica which is friend sharing,

20    the whole scandal friend sharing, does not relate     08:12:08

21    to the topic of friend sharing identified in the

22    notice.

23              So I don't think we need to have a long

24    fight about it because I don't have further

25    questions about the use-case issue regarding friend   08:12:16
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | sharing, but I do have some additional questions | 08:12:21 |
| 2 | about use case relating to whitelisting because | |
| 3 | it's specifically identified in -- | |
| 4 |     SPECIAL MASTER GARRIE:  It does state it | |
| 5 | in the notice. | 08:12:27 |
| 6 |     Counsel Schwing, any comment? | |
| 7 |     MR. SCHWING:  So topic 6 is related to | |
| 8 | the development of friend sharing, that's the | |
| 9 | topic, the development of friend sharing.  So this | |
| 10 | is, you know, what we ought to be focused on.  I | 08:12:45 |
| 11 | don't see -- so where -- where is this bit about -- | |
| 12 | the use case that you're talking about. | |
| 13 |     MR. MELAMED:  7A says and whether the | |
| 14 | access granted exceeded the use case. | |
| 15 |     MR. SCHWING:  Okay.  And 7 is, the topic | 08:13:03 |
| 16 | is the decision to whitelist particular apps or | |
| 17 | partners. | |
| 18 |     MR. LOESER:  That's what I'm about to | |
| 19 | talk about -- | |
| 20 |     MR. SCHWING:  Sorry.  Please let me | 08:13:14 |
| 21 | finish, Mr. Loeser. | |
| 22 |     MR. LOESER:  Sorry. | |
| 23 |     MR. SCHWING:  The decision to whitelist | |
| 24 | particular apps or partners and how Facebook | |
| 25 | determined which entities to whitelist. | 08:13:18 |

Page 1161

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | So the topic is not sort of anything and | 08:13:20 |
| 2 | everything ever to do with, you know, about | |
| 3 | whitelisting.  It's a specific narrow topic.  It | |
| 4 | sounds like Mr. Loeser is moving -- moving along | |
| 5 | and I -- I think we all share a mutual interest | 08:13:32 |
| 6 | in -- in finishing.  I just want to make sure that | |
| 7 | we're not -- | |
| 8 | SPECIAL MASTER GARRIE:  I agree.  I am | |
| 9 | ready to rule. | |
| 10 | So Mr. Loeser, your questions he's | 08:13:40 |
| 11 | answered them.  They are gracefully in a gray zone | |
| 12 | that will bear into an area where it will prove | |
| 13 | more problematic for you.  So if you're moving to | |
| 14 | the next set of questions as 7A dictates you're | |
| 15 | more than welcome to cover that topic as indicated | 08:13:58 |
| 16 | and as defined.  I don't have any problems with | |
| 17 | that.  And I think that is appropriate. | |
| 18 | So I will move -- we will move forward | |
| 19 | with the questions.  But friend sharing does relate | |
| 20 | to a use case under 7A, under whitelisting | 08:14:15 |
| 21 | defend- -- depending -- the definition of | |
| 22 | whitelisting is defined as what Mr. Loeser -- | |
| 23 | Counsel Loeser? | |
| 24 | MR. LOESER:  Whitelisting is providing -- | |
| 25 | Mr. Cross has defined it as providing access to | 08:14:33 |

Page 1162

HIGHLY CONFIDENTIAL

```
 1    nonpublic APIs and private APIs, so...              08:14:35

 2            I mean, I -- that's what I'm asking

 3    about.  And --

 4            SPECIAL MASTER GARRIE:  I get it.  I

 5    agree.  So that's fine.  We'll move along.  I think  08:14:45

 6    that makes sense.

 7            Counsel Schwing, we'll move it along.  I

 8    agree.  But I do think that there is a pretty wide

 9    birth under 7A for as long as it stays focused on

10    the whitelisting topic.  And I think it's within    08:15:01

11    the scope of, while narrow is very specific in --

12    in its application.

13            Any last comments, Counsel Schwing or...

14            MR. SCHWING:  Yeah, I mean, I think all

15    of 7 kind of ties back to the beginning of it which  08:15:24

16    is the decision to whitelist particular apps or

17    partners and how Facebook determined which entities

18    to whitelist.  You know, the issues about exceeding

19    the use case.  I mean, there's a whole -- there was

20    a whole separate deposition about that.             08:15:41

21            SPECIAL MASTER GARRIE:  Yeah.

22            MR. SCHWING:  And so look, I think we can

23    move along.  I just -- to the extent that they're

24    repeated questions about, you know, that he's --

25            SPECIAL MASTER GARRIE:  Let me put it to    08:15:51
```

Page 1163

HIGHLY CONFIDENTIAL

```
 1    you differently.  I agree with Counsel Schwing in      08:15:52

 2    the fact that when you ask a question

 3    Counsel Loeser, and he says "I'm not here to

 4    testify about it."  And then he says it again "I'm

 5    not here to testify about it."                         08:16:00

 6            That should be sufficient for you to move

 7    onto another question and keep it moving forward,

 8    generally speaking.  Or you can make a motion or

 9    Rule 30 motion and we go and excuse the witness and

10    discuss it future.  But I don't think asking the      08:16:15

11    witness the same thing will prove to be effective.

12            MR. LOESER:  Yeah, that -- that's fine.

13    I mean, you know, typically a scope objection is

14    made, 30(b)(6) witnesses testify all the time.

15    There's always a fight about whether it's in scope     08:16:29

16    or out of scope and if they provide what becomes

17    personal testimony there's nothing.  That's just

18    how it -- how it works.

19            I'd also just note just so it's clear, I

20    think Mr. Schwing and I have a slightly different      08:16:39

21    understanding of how a notice operates under

22    30(b)(6).  The law is quite clear that it sets the

23    minimum not the maximum of what you can ask about.

24            SPECIAL MASTER GARRIE:  I'm -- I'm not --

25    I'm not talking about scope.  I'm talking about        08:16:49
```

HIGHLY CONFIDENTIAL

```
 1   form.                                              08:16:51

 2            What I'm saying is, if you want to ask in

 3   your personal capacity or in your non30(b)(6)

 4   capacity to get -- he said, "I'm not here to

 5   testify in my" -- as -- "as a representative of     08:17:00

 6   Facebook to answer this question."

 7            You said, "Will you answer this

 8   question."

 9            And then he said, "Do you mean in my

10   personal capacity?"                                 08:17:09

11            And your response was "Just answer the

12   question."

13            So if you want him to answer the question

14   in his personal capacity, he will.  But he will not

15   answer -- and that resulted in a circular set of    08:17:19

16   questions where you asked him again the exact same

17   question and ended up at the exact same point.

18            So you would need to offer that

19   clarification because he has answered the question

20   as he understood it, which was you are asking him   08:17:30

21   in his professional 30(b)(6) capacity.  Which is

22   why he answered it accordingly.  Whether you agree

23   or not, that was the answer provided.  We went in a

24   circle and got back to the same point.

25            MR. LOESER:  Yeah, well, fortunately I     08:17:44
```

Veritext Legal Solutions
866 299-5127

```
 1    don't have any more questions on that.  And I do        08:17:44

 2    have questions on whitelisting and use cases --

 3              SPECIAL MASTER GARRIE:  That's fine.

 4    Let's get it on the road.  Show on the road.

 5              MR. LOESER:  I think Austin and I have a       08:17:53

 6    common and -- and clear desire to make this

 7    deposition over with.  So --

 8              MR. SCHWING:  This is --

 9              SPECIAL MASTER GARRIE:  Let's be clear

10    I -- I'm not opining with the minimum or maximum.        08:18:01

11    I am opining, though, with the format -- the form

12    of how it goes.  So we'll get the witness back.

13    But just keep that in the back of your mind,

14    Counsel Loeser --

15              MR. LOESER:  Sure.                             08:18:13

16              SPECIAL MASTER GARRIE:  -- that if it

17    happens again I'll cut it off, and I'll just tell

18    you to ask the next question.  Or you can tell him

19    in your personally capacity.  Because you have to

20    explain to the witness the question you're asking        08:18:20

21    so he can then answer the question.  He couldn't

22    answer the question because he didn't understand

23    how you were asking him.

24              MR. LOESER:  Understood.

25              SPECIAL MASTER GARRIE:  Okay.                  08:18:30
```

Page 1166

```
 1              MR. SCHWING:  I'll go get Mr. Cross here       08:18:31

 2    and we'll get back.  Yeah.  I mean, look, I want to

 3    get done too.  This is, you know, nobody wants to

 4    prolong this.  So okay.  Let me -- I need to go

 5    tell my housekeeper to stop vacuuming, and then I     08:18:40

 6    will be right back.

 7              SPECIAL MASTER GARRIE:  Okay.

 8              THE VIDEOGRAPHER:  Go off the record?

 9              SPECIAL MASTER GARRIE:  Go off the record

10    for two minutes I guess.                              08:18:53

11              THE VIDEOGRAPHER:  Okay.  We're off the

12    record.  It's 8:18 p.m.

13              (Recess taken.)

14              THE VIDEOGRAPHER:  We're back on the

15    record.  It's 8:23 p.m.                               08:23:24

16
```

Veritext Legal Solutions
866 299-5127



Page 1168

HIGHLY CONFIDENTIAL



19        Q.    (By Mr. Loeser)   Mr. Cross, topic --

20    topic 7B asks for "the most efficient way to          08:27:17

21    establish payments, revenues, exchanged value

22    actual or promised, that Facebook received for" --

23    "for permitting whitelisting capabilities."

24            And in your preparations for your

25    testimony for this -- on this topic, did you          08:27:54

Page 1169

```
 1    investigate that question?                        08:27:59

 2        A.   I spoke to a number of people involved in

 3    the API changes and in around 2014 and '15 to

 4    understand their understanding of how decisions

 5    were made.                                        08:28:26

 6        Q.   And specifically with regard to payments,

 7    revenues, exchanged value actual or promised, who

 8    did you talk to to drill down on whether any such

 9    payments, revenues, exchanged value actual or

10    promised were provided to Facebook for permitting  08:28:44

11    whitelisting?

12        A.   I spoke to Ime Archibong.  I spoke to

13    Francisco Varela, and those are the two names off

14    the top of my head.  I spoke to a number of people

15    involved in this -- in preparation for today.      08:29:08

16        Q.   Did you speak to anyone who worked on

17    the -- in an advertising department at Facebook?

18        A.   Did I speak to anyone in advertising

19    department.

20        Q.   Or more broadly, anyone that -- that was   08:29:30

21    involved in the business of advertising on the

22    Facebook platform?

23        A.   I spoke with Vatsal Mehta.  Who's

24    involved in -- in that side of the company as I

25    understand it.                                      08:29:49
```

Page 1170

```
 1        Q.   Okay.  And what -- what did -- is that      08:29:49

 2   a -- what was that person's name, I'm sorry?

 3        A.   Vatsal Mehta.

 4        Q.   Could you spell the first name.

 5        A.   V-A-T-S-A-L.  The surname is Mehta.         08:30:07

 6   M-H-E-T-A [sic] I think.

 7        Q.   And what did you learn from Mr. Mehta?

 8        A.   He was not able to identify for me

 9   examples of how Facebook received payments for

10   whitelisting.                                         08:30:34

11        Q.   Now, the next paragraph clause in the

12   notice says "and the revenues and net profits

13   Facebook recognized related to whitelisting through

14   the class period."

15             Did you investigate anything of value      08:30:54

16   received by Facebook that related to whitelisting?

17             MR. SCHWING:  Outside the topic.

18             THE DEPONENT:  Again, I spoke to a number

19   of people who were involved in whitelisting and

20   partnerships to understand if they had any           08:31:19

21   understanding of value received or payments made.

22             MR. LOESER:  All right.  If we can put up

23   Exhibit 339.

24        Q.   (By Mr. Loeser)  Mr. Cross, I'm showing

25   you what was previously marked as Exhibit 339.       08:32:03
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 1172

HIGHLY CONFIDENTIAL



Page 1173

HIGHLY CONFIDENTIAL

```
 1    ██████████████████████              █████████

 2         Q.   And that's why you didn't talk to her?

 3         A.   My understanding is that yes, because she

 4    is not employed at Facebook and it's not

 5    appropriate to reach out to her.                  08:35:20

 6         Q.   Did you talk to or seek to find out if

 7    anyone else received this PowerPoint who still

 8    works at Facebook?

 9         A.   I didn't, like, try and understand who

10    else might have received this PowerPoint.  However,  08:35:44

11    I have spoken to Mr. Archibong who likely may have

12    received this -- this PowerPoint at some time.

13         Q.   And did you talk to him about this

14    PowerPoint?

15         A.   I talked to him about the -- his          08:36:04

16    understanding of how valuations were -- were made

17    about apps to whitelisting.

18         Q.   But did you talk to him specifically

19    about this PowerPoint?

20         A.   I don't recall showing this PowerPoint to  08:36:21

21    Mr. Archibong, but we talked in general about the

22    topics contained within.

23         Q.   Did you talk to him about what Facebook

24    had to lose if certain partners stopped using the

25    Facebook platform?                                 08:36:36
```

Page 1174

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.              08:36:40

 2              THE DEPONENT:  We discussed whether or

 3    not, what the potential implications of the changes

 4    might be and how Facebook -- how he and his

 5    partnerships team thought about those potential       08:36:56

 6    changes.

 7         Q.   (By Mr. Loeser)  That's not quite what I

 8    asked you.  So I will -- if you can answer the

 9    question I had asked I would appreciate it.  Which

10    if I could get this computer to work I read back to   08:37:13

11    you.

12              MR. SCHWING:  The court reporter could --

13              MR. LOESER:  Yeah, I have it now.  I'm

14    sorry, Austin.  I didn't mean to interrupt you.

15              MR. SCHWING:  Yeah, if -- if you could      08:37:25

16    read it again that would be wonderful, thank you.

17         Q.   (By Mr. Loeser)  Did you talk to

18    Mr. Archibong about what Facebook had to lose if

19    certain partners stopped using the Facebook

20    platform?                                             08:37:38

21              MR. SCHWING:  Object to form.

22              THE DEPONENT:  We talked about -- me and

23    Mr. Archibong talked about the potential

24    implications for the developing ecosystem from

25    these changes that were proposed at the time.         08:37:54
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  And Mr. Cross, did that      08:37:57

 2   include what Facebook had to lose if certain

 3   partners stopped using the platform?

 4             MR. SCHWING:  Object to form.

 5             THE DEPONENT:  We talked about the            08:38:11

 6   potential impact to developers and -- and the

 7   developer ecosystem which would be an impact on --

 8   on Facebook.

 9        Q.   (By Mr. Loeser)  Mr. Cross, I'm just

10   trying to get a straightforward yes-or-no answer to    08:38:26

11   a straightforward question.

12             So I'll ask again.  And if you could just

13   answer, we can move on to the next question.

14             Do you need me to read back the question

15   again?                                                 08:38:41

16        A.   So we talked about the -- you're using a

17   phrase that -- "what do we have to lose."  Do I

18   recall using that specific phrase with

19   Mr. Archibong, I don't recall using that specific

20   phrase in that conversation with him.                  08:38:53

21             But I do recall we talked about his

22   understanding of the discussions at the time as to

23   the impact on Facebook and third-party developers

24   of the changes, which would encompass things that

25   the company might have to deal with and the value      08:39:16
```

                                                    Page 1176

HIGHLY CONFIDENTIAL

1    that the company might lose.                    08:39:22

2         Q.   And, again, so the record is clear, you

3    did not talk to him specifically about this

4    PowerPoint, correct?

5         A.   I did not talk to Mr. Archibong        08:39:30

6    specifically about this PowerPoint.  But we -- we

7    talked about the general topics contained within

8    which was important for me to help prepare myself

9    for -- for today's testimony.

10        Q.   Now for a PowerPoint -- for a PowerPoint   08:39:43

11   like this, would that have been a formal task or

12   Quip generated in connection with the project?

13             MR. SCHWING:  Object to form.  Outside

14   the scope.

15             THE DEPONENT:  Yeah, I can't say exactly   08:39:58

16   what the -- the partnerships team would have

17   operated at this time and whether or not they'd

18   have other documentation.  Typically somebody

19   would -- would be asked to work on something and

20   work on it.  I'm not able to say whether or not in   08:40:18

21   this case there were other tasks and documents.

22        Q.   (By Mr. Loeser)  Did you search for a

23   formal task generated in connection with this

24   project?

25        A.   I did not search for a task in          08:40:39

Page 1177

HIGHLY CONFIDENTIAL

```
 1    relationship to this specific deck.                08:40:41

 2        Q.   How about a Quip?

 3        A.   I did not search for a Quip relating to

 4    this specific deck either.

 5        Q.   And were you able to determine what, if   08:40:57

 6    anything, was done with this evaluation that's

 7    contained in this PowerPoint by Facebook?

 8             MR. SCHWING:  Object to form.

 9             THE DEPONENT:  In talking to the -- to

10    the people involved, my understanding is that      08:41:16

11    this -- this PowerPoint does not -- was -- did not

12    go on to be used to determine which apps should or

13    should not be whitelisted.

14        Q.   (By Mr. Loeser)  And yet you didn't talk

15    about the PowerPoint specifically with anyone that 08:41:33

16    you talked to to prepare for your testimony, right?

17             MR. SCHWING:  Object to form.

18             THE DEPONENT:  I spoke to Mr. Archibong

19    about his recollection around the time and how

20    decisions were made, and he does not recall a      08:41:52

21    formal framework being used ultimately to make --

22    make decisions.

23        Q.   (By Mr. Loeser)  You didn't say

24    Mr. Archibong, have you seen this PowerPoint

25    before, right?                                     08:42:08
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Asked and answered.        08:42:15

 2            THE DEPONENT:  As I said, I did not show

 3    this PowerPoint to -- to Mr. Archibong.

 4        Q.   (By Mr. Loeser)  You didn't say

 5    Mr. Archibong, what do you think about the analysis  08:42:22

 6    that's contained in the PowerPoint, right?

 7        A.   Me and Mr. Archibong talked about how,

 8    his recollection of how decisions were made and

 9    ultimately what considers -- and what factors and

10    considerations were -- were included.  I -- I did  08:42:45

11    not specifically show him this PowerPoint.

12        Q.   Mr. Cross, isn't it a fact that Facebook

13    treated certain developers specially based on their

14    value to Facebook and ad spend?

15            MR. SCHWING:  Object to form.            08:43:07

16            THE DEPONENT:  It's true that Facebook

17    whitelisted certain apps for having access to

18    additional information.  But I'm -- I'm not aware

19    of -- in terms of the friends' information whether

20    or not that was in any way related to -- to        08:43:34

21    ad spend.

22        Q.   (By Mr. Loeser)  And so you don't know

23    one way or the other?

24            MR. SCHWING:  Object to form.

25            THE DEPONENT:  Sorry, I'm not sure I      08:43:46
```

Page 1179

HIGHLY CONFIDENTIAL

```
1    understand.                                        08:43:48

2        Q.   (By Mr. Loeser)  So you don't know if, in

3    fact, certain developers were treated specially

4    based on their value to Facebook and ad spend,

5    right?                                             08:43:59

6            MR. SCHWING:  Object to form.

7            THE DEPONENT:  Are you talking to the

8    people involved in terms of apps that were

9    whitelisted for extensions or exemptions to API

10   version 1, there was -- from the people I've spoken  08:44:15

11   to, there is nothing about their impact on ad spend

12   that was involved in the decision to whitelist

13   them.

14       Q.   (By Mr. Loeser)  And is that a question

15   that you asked?                                    08:44:34

16       A.   Yes, I asked people whether or not they

17   recall revenue being involved in the ultimate

18   decision to whitelist apps for access to friend

19   data, and I was not able -- everybody suggested to

20   me that -- that I spoke to that that was not the   08:44:56

21   case.

22       Q.   And the people that you spoke to are

23   Ime Archibong and who else?

24       A.   I spoke to Ime Archibong.  I spoke to

25   Francisco Varela, and a number of other people     08:45:20
```

Page 1180

HIGHLY CONFIDENTIAL

```
 1    whose -- whose names in relation to this, I can't        08:45:26

 2    recall right now.

 3         Q.   And did you ask them if ad spend was

 4    taken into the account in the decision to whitelist

 5    any partners?                                             08:45:35

 6         A.   Yes, my understanding is that from --

 7    from the people I spoke to, ad spend was -- was not

 8    taken into account in a decision to whitelist

 9    anyone for an extension to -- or exemption from

10    the -- the changes in API version 1 to 2 with           08:45:56

11    respect to friends data.

12         Q.   And who specifically told you ad spend

13    wasn't taken into account?

14         A.   Mr. Archibong talked to me about ad spend

15    not being a deciding factor.  I'm sorry, he was one      08:46:17

16    of people who said that.

17         Q.   And you said "deciding factor."

18              Does that mean the same thing to you as

19    taken into account?

20         A.   Yes, that would mean the same thing to me      08:46:34

21    as taken into account in terms of the ultimate

22    decision to grant access.

23         Q.   And have you examined the number of

24    whitelisting partners that had significant ad spend

25    on the Facebook platform?                                08:46:52
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  Object to form.            08:46:55

2              THE DEPONENT:  I'm not sure what you mean

3    by partners who have significant ad spend on the

4    Facebook platform.

5         Q.   (By Mr. Loeser)  Okay.  How would you    08:47:08

6    describe partners paying money to Facebook for

7    advertising on the platform?

8              MR. SCHWING:  Object to form.

9              THE DEPONENT:  So companies often buy ads

10   with Facebook, and that's handled by the -- the    08:47:28

11   advertising arm of the business.  So I think that's

12   what we mean...

13        Q.   (By Mr. Loeser)  Okay.  And has Facebook

14   examined the number of whitelisted partners that

15   paid money to Facebook for advertising on the       08:47:45

16   Facebook platform?

17             MR. SCHWING:  Object to form.

18             THE DEPONENT:  I mean, many organizations

19   spend -- spend money with Facebook on -- in some

20   way.  So I'm kind of -- I'm not entirely sure how   08:48:04

21   to answer the question.

22        Q.   (By Mr. Loeser)  Well, let me ask it

23   again.  And I -- it's -- I'm trying to ask you a

24   very straightforward simple question, which is just

25   if Facebook has examined the number of whitelisted  08:48:13
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    partners that paid money to Facebook to advertise        08:48:20

 2    on the Facebook platform, is that an examination

 3    that Facebook has conducted?

 4              MR. SCHWING:  Vague.

 5              THE DEPONENT:  I'm not aware of -- of a         08:48:35

 6    specific evaluation that was done with respect to

 7    whitelisting parties and ad spend.

 8         Q.   (By Mr. Loeser)  Is that an evaluation

 9    that Facebook is capability of doing?

10              MR. SCHWING:  Object to form.  Outside          08:48:56

11    the scope.

12              THE DEPONENT:  I don't know exactly how

13    our -- our advertising systems work.  I -- I'm not

14    sure -- I wouldn't be able to confirm if that's

15    something Facebook would be able to do.               08:49:10

16         Q.   (By Mr. Loeser)  Who would you ask to

17    find out if that's an analysis that Facebook was

18    capable of doing?

19         A.   Again, I'm not entirely clear on the --

20    the analysis that -- that was suggesting could be     08:49:36

21    done.  So it's hard for me to suggest what I would

22    do next.  This is relatively vague in terms of,

23    like, the time and objectives that we were

24    suggesting.

25         Q.   Does Facebook keep track of the amount of    08:50:03
```

Page 1183

HIGHLY CONFIDENTIAL

```
 1     money that its partners pay to Facebook?              08:50:05

 2            MR. SCHWING:  Outside of the scope.

 3            THE DEPONENT:  Can you help me understand

 4     by what you mean by "partners and pay," in what

 5     context?                                             08:50:23

 6        Q.   (By Mr. Loeser)  In the context of the

 7     conversation we're having about whitelisted

 8     partners.  And, again, I'm just trying to sort out

 9     what Facebook is capable of identifying.

10            So tell me if I'm wrong.  Facebook keeps      08:50:34

11     track of money received from any partners,

12     including its whitelisted partners, right?

13        A.   Again, Facebook keeps -- Facebook will

14     track revenue spent on ads by -- by corporations

15     and companies and -- and entities.  So that's part  08:50:57

16     of the standards -- Facebook's standards --

17     standard business practices for running an ad

18     system.

19            By "partners," I assume you mean entities

20     that Facebook worked with as part of the Facebook   08:51:14

21     developer platform.  And so if -- if that's what

22     you mean -- well, first of all is that what you

23     mean?

24        Q.   Here's what I mean.  Facebook has

25     identified all of the apps and partners that it     08:51:30
```

HIGHLY CONFIDENTIAL

1   whitelisted for access to friend data, right.  We        08:51:34

2   went through that the other day.

3        A.    Yes, Facebook has -- has enacted an

4   exhaustive effort to identify apps and partners

5   that were whitelisted for access to friend data.        08:51:47

6        Q.    So what would Facebook need to do to also

7   identify for those very same entities the revenue

8   spent on ads on the Facebook platform?

9            MR. SCHWING:  Outside the scope.  Object

10  to form.                                                 08:52:04

11           THE DEPONENT:  Again, in that context,

12  it's hard for me to know exactly what -- what

13  Facebook would do.  Apart from the -- but the

14  conversation with the -- between the -- the teams

15  that run the Facebook advertising business and the       08:52:25

16  teams that maintain the Facebook developer

17  platform.

18

Page 1185

HIGHLY CONFIDENTIAL



Page 1186

HIGHLY CONFIDENTIAL



Page 1187

HIGHLY CONFIDENTIAL



Page 1188

HIGHLY CONFIDENTIAL

1



Page 1189

HIGHLY CONFIDENTIAL



Page 1190

HIGHLY CONFIDENTIAL



Page 1191

HIGHLY CONFIDENTIAL



Page 1192

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8

9      Q.   And how about between March of 2018 and

10     January 2020, how many apps or partners continued          09:05:06

11     to have access to those capabilities during that

12     timeframe, do you know that?

13     A.   The process to wind down partner

14     integrations began in April 2018 and continued over

15     2018 and early 2019.  Exactly I can't remember the       09:05:29

16     exact numbers of -- of which apps were -- were

17     included.  But my understanding is that that

18     program or the whitelisting program was wound down

19     probably by the end of 2018.

20     Q.   And, Mr. Cross, are there any other ways            09:05:53

21     that friend data is emitted by Facebook other than

22     those that you've described that are ongoing?

23     A.   The answer to that question is -- is a

24     little complicated depending on the precise --

25     precise definition of -- of friend data.                 09:06:14

HIGHLY CONFIDENTIAL

```
1              And so -- so that makes it hard to answer        09:06:17
2    your question in -- in the affirmative.
3         Q.   Okay.  Well, what are the ways in which
4    friend data is still emitted?  And if to answer
5    that question you have to explain what friend data     09:06:38
6    means in that context, please do so.
7         A.   So using the definition of -- of friend
8    data which is information -- somebody else's
9    information which a user emits or could emit to a
10   third-party application by nature of them being a      09:07:01
11   friend, my understanding is that Facebook has
12   removed all the ways in which a users friends data
13   would be emitted to a third-party app to the nature
14   of them being a friend.
15        Q.   Okay.  And you said that your answer         09:07:25
16   "depended on how you define friend data."
17              So is there another definition of friend
18   data that you have in mind which if applied would
19   lead you to testify that friend data continues to
20   be emitted now?                                        09:07:40
21        A.   Again, it's -- it depends what you mean
22   by what's meant by friend data.  What I'm referring
23   to here is information that's posted or entered by
24   a users friend, which would be emitted by the
25   nature of them being a friend to a third party.        09:08:08
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.   And, again, I'm just trying to understand      09:08:20

 2   your earlier testimony.

 3             So is there some other type of friend

 4   data that continues to be emitted today?

 5        A.   For example, if I managed a page and I        09:08:37

 6   had an app managing my page, and one of my friends

 7   posted publicly on that page, it's possible that an

 8   app would have access to that public content.

 9             So that's the example of -- of

10   information that's about a friend which might be        09:09:03

11   emitted.

12        Q.   Can you think of any other examples?

13        A.   That's really the -- the example I can

14   think of.

15        Q.   Mr. Cross, I asked you previously about       09:09:22

16   the factors that led Facebook to deprecate APIs

17   that emit friend data after the Cambridge Analytica

18   scandal, and you were not prepared at the time to

19   testify; however, I understand that you are now

20   able to testify to that.  If I -- if I understand       09:09:36

21   that correctly, could answer that question?

22             MR. SCHWING:  Object to the form of the

23   question.

24             Derek, I hesitate here, but let me just

25   try to be helpful.  And in the interest -- I            09:09:58
```

HIGHLY CONFIDENTIAL

```
1    just -- if -- if you can just ask him the question      09:10:02

2    as opposed to --

3            MR. LOESER:  Sure.  Sure.

4            MR. SCHWING:  -- having representations

5    of counsel that's my problem with it, okay.             09:10:05

6            MR. LOESER:  Yeah, and I appreciate that.

7    And I'm not trying to pick a fight with you.  I was

8    just trying to make sure that --

9            MR. SCHWING:  Yeah.  No, I --

10           MR. LOESER:  I'm not trying to ask him           09:10:14

11   questions that he's not able to answer.  I'm trying

12   to --

13           MR. SCHWING:  Yeah.

14           MR. LOESER:  -- ask questions now which

15   he is able to answer based on our communications.       09:10:17

16       Q.   (By Mr. Loeser)  So let me just ask

17   again.

18   ████████████████████████████████

██   █████████████████████████████████

██   ████████████████████████████      ██████████

██   ████  ███████████████████████

██   █████████████████████████████████

██   ████████████████████████

██   ████████████████████████████████

██   █████████████████████████      ██████████
```



11        Q.    Mr. Cross, was it wrong for Facebook to

12    publicly state it was getting rid of apps ability

13    to get Facebook user data from users friends when,

14    in fact, it continued to allow a number of apps to

15    do just that?                                    09:12:05

16            MR. SCHWING:   Lacks foundation.   Vague.

17    Outside of the scope of the deposition.

18            THE DEPONENT:   I'm not aware of

19    statements that were made -- statements that

20    Facebook has made to -- to that effect.          09:12:22

21        Q.    (By Mr. Loeser)  Respectfully, Mr. Cross,

22    that's not the question I asked you.

23            So I'll ask the question again, and if

24    you can answer the question, I would appreciate it.

25            Was it wrong for Facebook to publicly    09:12:37

Page 1197

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | state it was getting rid of apps ability to get | 09:12:39 |
| 2 | Facebook user data from users friends when, in | |
| 3 | fact, Facebook continued to allow a number of apps | |
| 4 | to do just that? | |
| 5 |      MR. SCHWING:  Outside of the topics of 6 | 09:12:53 |
| 6 | and 7. | |
| 7 |      THE DEPONENT:  Again, I'm not aware of -- | |
| 8 | of a statement that -- that Facebook's made to -- | |
| 9 | that would indicate Facebook believes that that's | |
| 10 | the case. | 09:13:07 |
| 11 |    Q.   (By Mr. Loeser)  Mr. Cross, I'm not | |
| 12 | asking you if you're aware of the statement | |
| 13 | Facebook has made.  I'm asking you as Facebook's | |
| 14 | corporate designee, whether it was wrong for | |
| 15 | Facebook to publicly state it was getting rid of | 09:13:17 |
| 16 | apps ability to get Facebook user data from the | |
| 17 | users friends when, in fact, Facebook continued to | |
| 18 | allow a number of apps to do just that? | |
| 19 |      MR. SCHWING:  Vague.  Lacks foundation. | |
| 20 | Outside the scope of the definition. | 09:13:32 |
| 21 |      THE DEPONENT:  I -- I -- I'm afraid, I | |
| 22 | don't work in -- in corporate communications, and | |
| 23 | so I'm not an expert in what statements Facebook | |
| 24 | made or should have made around -- around this | |
| 25 | time.  As I said, I'm not aware of statements that | 09:13:52 |

Page 1198

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Facebook has made to indicate that. | 09:14:00 |
| 2 | Q.   (By Mr. Loeser)   And, Mr. Cross, are you | |
| 3 | unable to testify as Facebook's corporate designee | |
| 4 | as to whether it was wrong for Facebook to state it | |
| 5 | was getting rid of apps ability to get Facebook | 09:14:11 |
| 6 | user data from a users friends when, in fact, | |
| 7 | Facebook continued to allow a number of apps to do | |
| 8 | just that? | |
| 9 | MR. SCHWING:  Outside of the scope of | |
| 10 | topics 6 and 7.  And lacks foundation. | 09:14:24 |
| 11 | THE DEPONENT:  As I said like -- I'm | |
| 12 | not -- I don't feel comfortable giving an answer on | |
| 13 | behalf of the company there.  I've given -- I'm not | |
| 14 | an expert in, or I'm not really working in | |
| 15 | corporate communications or -- really have the | 09:14:46 |
| 16 | expertise required to -- to answer that question | |
| 17 | like that, I'm afraid. | |
| 18 | Q.   (By Mr. Loeser)   Mr. Cross, you testified | |
| 19 | that one reason Facebook gave third parties access | |
| 20 | to friend information after 2014 was to avoid | 09:15:07 |
| 21 | breaking the user experience, right? | |
| 22 | MR. SCHWING:  Object to form. | |
| 23 | THE DEPONENT:  I recall we -- we were | |
| 24 | discussing the -- the reasons for giving some apps | |
| 25 | additional time to migrate between API version 1 | 09:15:28 |

Page 1199

HIGHLY CONFIDENTIAL

```
 1    and version 2.                                    09:15:33

 2        Q.   (By Mr. Loeser)  So that the user

 3    experience will not be broken?

 4             MR. SCHWING:  Object to form.

 5             THE DEPONENT:  My understanding is --     09:15:39

 6    sorry.  My understand is that's one of the reasons

 7    why Facebook allowed apps extra time to transition

 8    from version 1 to version 2.

 9        Q.   (By Mr. Loeser)  So for third parties who

10    received friend information after 2014, their user   09:15:56

11    experience was not broken, right?

12             MR. SCHWING:  Object to form.

13             THE DEPONENT:  So I'm not -- I'm not sure

14    I understand the question since -- can you -- I'm

15    not sure I understand the question.                09:16:13

16        Q.   (By Mr. Loeser)  You understand what it

17    means to break the user experience, right?

18        A.   Different applications behave in

19    different ways when the API is -- is changed for

20    them.                                              09:16:28

21        Q.   And APIs that -- that apps that depend on

22    friend information if the friend information no

23    longer is available that breaks the user

24    experience, right?

25        A.   It could break the user experience.       09:16:41
```

Veritext Legal Solutions
866 299-5127

```
 1    Again, the precise way in which the application was        09:16:43

 2    effected would be different from application to

 3    application.

 4         Q.   Okay.  But for an app that depends upon

 5    friend data, if that app was continued to                  09:16:53

 6    allowed -- continued to have access to friend data,

 7    than the user experience would not be broken,

 8    right?

 9              MR. SCHWING:  Object to form.

10              THE DEPONENT:  Typically where an app is          09:17:08

11    built to work with a particular version of an -- or

12    a particular way an API works and then that API

13    doesn't change, then the behavior of the app also

14    would not change.

15         Q.   (By Mr. Loeser)  Okay.  And there were            09:17:23

16    many third-party applications who before 2015

17    relied on nonapp friend information for their user

18    experience, right?

19         A.   There were applications built prior --

20    prior to 2014 which reviewed friends information in        09:17:41

21    various ways.

22         Q.   And not just various ways but for the

23    user experience, right?

24         A.   Some apps would have used that

25    information very much in the user experience.              09:18:01
```

HIGHLY CONFIDENTIAL

```
 1        Q.   Mr. Cross, not all those third parties        09:18:04

 2   received an extension or access to a private API,

 3   right?

 4        A.   Facebook gave developers a year to

 5   transition from API version 1 to version 2.          09:18:20

 6        Q.   Okay.  And not all apps received

 7   extensions beyond that time period, right?

 8        A.   Not all apps were -- were given

 9   additional time to migrate.

10        Q.   And so for those apps that relied on        09:18:36

11   friend information for the user experience that did

12   not receive an extension beyond a year, the -- the

13   user experience was broken for those apps, right?

14             MR. SCHWING:  Object to form.

15             THE DEPONENT:  I don't think that's an      09:18:59

16   appropriate characterization to make.  Many

17   developers updated their application, such that it

18   continued to -- to operate.

19        Q.   (By Mr. Loeser)  But for those that

20   depended on the same nonapp friend information that    09:19:15

21   they got before the transition to the new platform,

22   the user experience was broken for those apps,

23   right?

24             MR. SCHWING:  Object to form.

25             THE DEPONENT:  No, I don't think that's      09:19:31
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    an appropriate characterization to make.  Apps --          09:19:33

 2    developers were in many cases up -- able to update

 3    their application such that it did not rely on

 4    access to that information.

 5         Q.   (By Mr. Loeser)  So there were no apps            09:19:49

 6    for which the user experience was broken as a

 7    result of not providing the app with private API

 8    for that information?

 9              MR. SCHWING:  Object to form.

10              THE DEPONENT:  That's also not quite what         09:20:04

11    I said.  I said that many -- many developers were

12    able to update their application.  Others choose

13    to -- chose to stop offering their application.

14    And there would have been some developers who did

15    none of those things.  And their application would       09:20:19

16    behave in different ways depending on exactly how

17    their application was built.

18         Q.   (By Mr. Loeser)  So how did Facebook

19    decide which user experiences to break and which

20    user experiences not to break when it came to            09:20:31

21    providing friend sharing extensions?

22              MR. SCHWING:  Object to form.

23              THE DEPONENT:  Facebook evaluated -- the

24    partnerships team at Facebook along with the -- the

25    work team, evaluated whether or not it was               09:20:51
```

Veritext Legal Solutions
866 299-5127



1    appropriate to grant an extension typically based          09:20:59

2    on whether or not the developer had the -- the

3    ability -- had been able to update their

4    integration in time, and whether or not more time

5    would prevent a broken user experience.                    09:21:17

6

Page 1204

HIGHLY CONFIDENTIAL

1  ████████████████████████████        ████████████

   ████████████  ████████████

   ████████████  ████████████████

   ████████████████████████████████

   ████████████████████████████████  ████████████

   ████████████████████████████████

   ██████████████████

   ████████████████████████████████

   ██████████

10      Q.   (By Mr. Loeser)  Mr. Cross, does          09:23:30

11  Jackie Chang still work for Facebook?

12      A.   I'm -- I think she may still work for

13  Facebook but is on maternity leave.

14      Q.   And to prepare for your testimony

15  regarding friend sharing and whitelisting, did you    09:23:46

16  speak with Jackie Chang?

17      A.   I did not speak with Jackie Chang.  As I

18  understand she's -- she's currently on leave.

19      Q.   Is that the reason why you didn't try to

20  speak with her?                                       09:24:02

21      A.   Typically if someone is on leave, I would

22  generally like to leave them on leave.

23      Q.   And do you know when she returns from

24  leave?

25      A.   I -- I'm not sure when she returns from     09:24:19

Page 1205

HIGHLY CONFIDENTIAL

```
 1    leave, I'm afraid.                            09:24:22

 2              MR. LOESER:  Why don't we go off the

 3    record.

 4              THE VIDEOGRAPHER:  Okay.  We're off the

 5    record.  It's 9:24 p.m.                       09:24:38

 6              (Recess taken.)

 7              THE VIDEOGRAPHER:  We're back on the

 8    record.  It's 9:34 p.m.

 9                     EXAMINATION

10    BY MR. SCHWING:                               09:34:07
```



HIGHLY CONFIDENTIAL

1

5       Q.   Were third parties whitelisted for friend         09:35:43

6   information because of the revenue that they

7   deliver to Facebook?

8       A.   No.

9       Q.   Are third parties whitelisted for friend

10  information because of their advertising spend?          09:35:58

11      A.   No.

12          MR. SCHWING:   I don't have anything

13  further.

14          MR. LOESER:   Brief follow up.

15              FURTHER EXAMINATION                           09:36:10

16  BY MR. LOESER:

17      Q.   You referred to an effort to migrate, was

18  it site bar -- what was migrated from what to what?

19      A.   So the gatekeeper tool contained a number

20  of gatekeepers, which we used to modify the             09:36:32

21  behavior of the API based on an app ID, and --

22  where Facebook uncovered or identified -- sorry,

23  where Facebook identified gatekeepers that were

24  based on an app ID then that gatekeeper was

25  migrated to be a capability.                            09:36:58

Page 1207

HIGHLY CONFIDENTIAL

1        Q.    And what prompted that migration?              09:37:00

2        A.    A desire to have a single tool to manage

3    all of the ways in which the API behavior could be

4    modified.

5        Q.    Now, Mr. Cross, in response to               09:37:37

6    Mr. Schwing's question about revenue, you've

7    testified that partners were not whitelisted for

8    friend data because the revenue they deliver to

9    Facebook.

10             Is that your testimony as Facebook's         09:37:56

11   corporate designee?

12       A.    My understanding from reviewing documents

13   and speaking to people, is the revenue or ad spend

14   was not a determining factor as to whether or not

15   an app was granted access to friends data.            09:38:15

16       Q.    And the basis of your knowledge there,

17   that's not based on your personal knowledge is it?

18       A.    I certainly have no personal knowledge

19   of -- sorry.  Let me put that another way.

20             In my experiences, I'm -- I was not aware    09:38:36

21   of anytime revenue was used to make a whitelisting

22   decision with regards to friends data, and the

23   people I spoke to in -- in preparation for this

24   testimony also concurred with that view.

25       Q.    And those people you spoke to are two        09:39:04

                                              Page 1208

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | individuals that you identified before Mr. Mehta | 09:39:06 |
| 2 | and Mr. Archibong; is that right? | |
| 3 | MR. SCHWING:  Misstates testimony. | |
| 4 | THE DEPONENT:  Those are two of the | |
| 5 | people that I spoke to in preparation for today. | 09:39:17 |
| 6 | Q.   (By Mr. Loeser)  And is there anybody | |
| 7 | else that told you that ad spend and revenue was | |
| 8 | not taken into account by Facebook when deciding | |
| 9 | which partners to whitelist? | |
| 10 | A.   I can't recall the names of all the other | 09:39:35 |
| 11 | people I spoke to in -- in preparation for this, | |
| 12 | but all the people I spoke to, and of all the | |
| 13 | documents I reviewed, concurs with the -- the | |
| 14 | understanding that revenue was not taken into | |
| 15 | account with regards to whitelisting apps to friend | 09:39:58 |
| 16 | information. | |
| 17 | Q.   Now, Mr. Cross, we went through many, | |
| 18 | many documents that suggest to the contrary, didn't | |
| 19 | we? | |
| 20 | MR. SCHWING:  Argumentative.  Lacks | 09:40:11 |
| 21 | foundation. | |
| 22 | Q.   (By Mr. Loeser)  Isn't that true, | |
| 23 | Mr. Cross? | |
| 24 | A.   We've been through documents which -- | |
| 25 | looked to assess the potential impact of the | 09:40:25 |

Page 1209

```
1    changes.  And -- and some of those documents        09:40:27

2    mentioned revenue as -- as part of the early

3    assessments.

4         But when speaking to the people that were

5    involved in native whitelisting, the revenue from    09:40:44

6    these device integration partners were, or other

7    platform partners, was not considered as part of

8    the decision to -- to grant them access.

9         Q.   And so you're saying that because these

10   two individuals you talked to told you that?         09:41:07

11         MR. SCHWING:  Object --

12         Q.   (By Mr. Loeser)  The documents certainly

13   don't tell you that, do they?

14         MR. SCHWING:  Argumentative.  Lacks

15   foundation.                                           09:41:17

16         THE DEPONENT:  Speaking to people who

17   were involved in -- in the decisions as to why apps

18   ultimately were granted extensions or exemptions

19   they -- the impact on -- on revenue from not doing

20   so, was not an impact.  Was not a factor in the      09:41:40

21   decision-making.

22         Q.   (By Mr. Loeser)  Well, did you -- did you

23   identify any internal documents at Facebook that

24   said what you just said?

25         MR. SCHWING:  Object to form.                   09:41:56
```

                                                    Page 1210

HIGHLY CONFIDENTIAL

```
 1          Q.   (By Mr. Loeser)  Any?  Did you identify a      09:42:01

 2     single document that confirms what you just said?

 3               MR. SCHWING:  Same objection.

 4               THE DEPONENT:  I reviewed a number of

 5     documents.  I -- I don't recall a document that --        09:42:15

 6     that says exactly what I just said.  Again,

 7     speaking to the -- the people involved and from my

 8     own experiences, involved in -- in this time in

 9     terms of giving apps -- giving partners continued

10     access to -- to friend data for a period of time as      09:42:41

11     an extension or exemption, the revenue from those

12     partners was -- was not a factor in the

13     decision-making as to whether or not to grant them

14     full access.

15          Q.   (By Mr. Loeser)  Mr. Cross, can you            09:42:55

16     identify even one document generated internally at

17     Facebook that says that ad revenue, ad spend and

18     revenue was not taken into account when deciding

19     which partners to whitelist?

20               MR. SCHWING:  Object to form.  Asked and       09:43:15

21     answered.

22               THE DEPONENT:  I can't identify as I sit

23     here a -- a document that --

24               SPECIAL MASTER GARRIE:  Answer the

25     question.  Yes or no.  It is a simple question,          09:43:26
```

Page 1211

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | answer it accordingly. | 09:43:33 |
| 2 | THE DEPONENT:  As I sit here today, I | |
| 3 | can't identify a document that -- that says that | |
| 4 | specifically. | |
| 5 | Q.   (By Mr. Loeser)  Now, Mr. Cross, you say | 09:43:46 |
| 6 | you talked to two individuals who told you that | |
| 7 | revenue and ad spend was not taken into account in | |
| 8 | whitelisting decisions. | |
| 9 | Has it occurred to you that perhaps | |
| 10 | they're not telling you the truth? | 09:43:56 |
| 11 | MR. SCHWING:  Object to form. | |
| 12 | THE DEPONENT:  I suppose -- the people I | |
| 13 | spoke in preparation for this deposition are people | |
| 14 | that were involved over -- over a long period of | |
| 15 | time in how Facebook manages its developer platform | 09:44:21 |
| 16 | and platform partnerships. | |
| 17 | These people are knowledgeable about | |
| 18 | their -- about their space and they were effusive | |
| 19 | in helping me understand their view on how | |
| 20 | whitelisting decisions were made. | 09:44:43 |
| 21 | And revenue was not considered in the | |
| 22 | ultimate decision to whitelist.  The documents | |
| 23 | you're, I think referring to, for example, | |
| 24 | Ms. Mosseri is -- is a draft document.  It was | |
| 25 | prepared when the company was attempting to | 09:45:07 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    understand the potential impact.  And, you know, my        09:45:13

 2    understanding is that as a result, of my

 3    conversations, revenue was not a factor in deciding

 4    whether or not to grant apps continued access to

 5    friend data.                                               09:45:35

 6         Q.   (By Mr. Loeser)  Mr. Cross, I asked you a

 7    very simple and straightforward question.  Would

 8    you like me to read it back to you so that you can

 9    answer it?  I'll ask it again.

10         Mr. Cross, you say, you talked to two              09:45:47

11    individuals who told you that revenue and ad spend

12    was not taken into account in whitelisting

13    decisions.

14         Has it occurred to you that perhaps they

15    are not telling you the truth?                             09:45:58

16         MR. SCHWING:  The question is

17    argumentative.

18         THE DEPONENT:  I have no reason --

19         SPECIAL MASTER GARRIE:  Answer the

20    question.                                                  09:46:09

21         THE DEPONENT:  I have no reason to doubt

22    they were telling me the truth.

23         Q.   (By Mr. Loeser)  And, Mr. Cross, when you

24    spoke to those two individuals, did you bring to

25    their attention the series of documents that we           09:46:19
```

Page 1213

HIGHLY CONFIDENTIAL

```
 1    sent over to you before your deposition that talked      09:46:22

 2    about the identification of strategic partners and

 3    the revenue received from them in whitelisting

 4    decisions?

 5        A.   And so I think the last of what you said       09:46:40

 6    there is -- is not -- I'm not sure I fully

 7    understand.  We -- the -- I'm sorry.  I -- that was

 8    about three things in that -- in that question

 9    which -- which I would like to unpick.

10             Can you ask me the question again,             09:46:58

11    please.

12        Q.   Mr. Cross, were you provided with any

13    contemporaneous -- contemporaneous written record

14    from the people you spoke to about the basis for

15    whitelisting decisions that indicated that revenue     09:47:26

16    and ad spend was not taken into account in making

17    those decisions?

18        A.   Was I provided with any

19    contemporaneous -- like -- sorry.  I'm -- I'm

20    really -- I'm really just not sure I'm               09:47:45

21    understanding that question.

22        Q.   Okay.  By "contemporaneous," I mean at

23    the time the whitelisting decisions were made, were

24    you provided with any written record from the time

25    at which whitelisting decisions were made that       09:47:59
```

Page 1214

HIGHLY CONFIDENTIAL

```
 1    indicated that ad revenue -- that ad spend and          09:48:01

 2    revenue was not taken into account in the

 3    whitelisting decisions?

 4            MR. SCHWING:  Object to form.

 5            THE DEPONENT:  I was not provided with --        09:48:16

 6    with -- with documents that -- that state that

 7    ad revenue was not included in the decision-making.

 8            Although my -- again, my conversations

 9    and the documents I've reviewed talk about what

10    factors were included, it would not necessarily be      09:48:37

11    normal for them to be explicit, that was not

12    included.

13        Q.   (By Mr. Loeser)  And, Mr. Cross, when

14    conducting your own investigation to determine if

15    you had been told the truth, did you go find out        09:48:53

16    how much money the whitelisted partners had paid to

17    Facebook after 2014?

18            MR. SCHWING:  Object to form.

19            THE DEPONENT:  I, in preparation for this

20    case, did not attempt to find out how much revenue      09:49:17

21    these partners -- certain partners had paid

22    Facebook over time.  And because from my own

23    observations in speaking to the people involved,

24    the decisions to whitelist were based on the desire

25    to keep valuable integrations running and to            09:49:42
```

Page 1215

HIGHLY CONFIDENTIAL

```
 1    minimize broken experiences for widely used apps,        09:49:51

 2    and to give developers, some developers additional

 3    time to migrate.

 4              In -- in none of that -- none of those in

 5    the documents that I reviewed about the time in          09:50:08

 6    terms of whitelisting decisions, was -- was revenue

 7    mentioned in relation to friend data.

 8         Q.   (By Mr. Loeser)  Mr. Cross, I'm going to

 9    ask you one more time.  And I would like a

10    yes-or-no answer to a yes-or-no question.                09:50:24

11              And then we can be finished for the

12    night.

13              In conducting your own investigation to

14    determine if you had been told the truth, did you

15    go find out how much money the whitelisted partners      09:50:34

16    had paid to Facebook after 2014, yes or no?

17              MR. SCHWING:  Argumentative.

18              THE DEPONENT:  No, I did not conduct an

19    investigation into how much money those partners

20    had spent on ad revenue.                                 09:51:00

21              MR. LOESER:  Thank you.  Those are the

22    questions I have.

23              Just noting for the record, Mr. Schwing,

24    we do have concerns about the ability of the

25    witness to testify as to certain topics.  I won't       09:51:14
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    take anymore of his time right now on the record.        09:51:17

 2    We can talk about that later, but obviously reserve

 3    the right based on our ongoing conversations to --

 4    to have more questions of perhaps another witness.

 5            But I appreciate Mr. Cross's time.  I           09:51:29

 6    know this has been a -- a long deposition, and

 7    thank you very much for your willingness to

 8    participate.  And that's all I have for the night.

 9            MR. SCHWING:  And, Derek, obviously we --

10    we reserve all rights and with respect to the issue      09:51:44

11    you raised and we're happy to discuss that with you

12    off the record at a later time.

13            One housekeeping item is, I would suggest

14    that the witness be given 45 days to review his

15    testimony.  I think that's what we've been doing         09:52:00

16    for the most part in the case --

17            SPECIAL MASTER GARRIE:  30 days.

18            MR. SCHWING:  -- provide any corrections.

19            SPECIAL MASTER GARRIE:  I think Gibson

20    requested 30 days.                                       09:52:11

21            MR. SCHWING:  Well, Special Master

22    Garrie, I think we actually were using 45.  The

23    last time I got on with Mr. Cross I said 30 days

24    because I was the new guy, and didn't realize what

25    we had been doing.                                       09:52:21
```

Page 1217

HIGHLY CONFIDENTIAL

```
 1              SPECIAL MASTER GARRIE:  Is that in the      09:52:22

 2   protocol?  There was an explicit request in the

 3   protocol.  I can't remember what it is.

 4              MR. SCHWING:  Yeah.

 5              SPECIAL MASTER GARRIE:  But I know you       09:52:28

 6   added specific language for that request, so

 7   whatever it is -- it is.

 8              MR. LOESER:  We can go off the record and

 9   we can --

10              MR. SCHWING:  Yeah, and the other --        09:52:36

11   well, before we go off the record -- we're still on

12   the record, right?

13              SPECIAL MASTER GARRIE:  Still on the

14   record.

15              MR. SCHWING:  The testimony and documents   09:52:46

16   should -- the testimony should be treated as

17   "Highly Confidential" and we'll be obviously

18   reviewing the testimony and making appropriate

19   designations.

20              MR. LOESER:  Understood.                    09:52:58

21              Okay.  Let's go off the record.

22              THE VIDEOGRAPHER:  Okay.  We're off the

23   record.  It's 9:53 p.m.

24              (TIME NOTED:  9:53 p.m.)

25                    ---o0o---                             09:53:06
```

Page 1218

HIGHLY CONFIDENTIAL

1      I, Rebecca L. Romano, a Registered

2  Professional Reporter, Certified Shorthand

3  Reporter, Certified Court Reporter, do hereby

4  certify:

5      That the foregoing proceedings were taken

6  before me remotely at the time and place herein set

7  forth; that any deponents in the foregoing

8  proceedings, prior to testifying, were administered

9  an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13      Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17      I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20      IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22

23  Dated:  June 24, 2022

24                        _____

                           Rebecca L. Romano, RPR, CCR

25                     CSR. No 12546

                                  Page 1220

HIGHLY CONFIDENTIAL

1   In Re: Facebook, Inc. Consumer Privacy User Profile
    Litigation

2   SIMON CROSS 30(B)(6)-Volume 5-5291734

3                   E R R A T A   S H E E T

4   PAGE__1003__  LINE__1____  CHAN ████████████ _____

5   _____

6   REASON_transcription error_____

7   PAGE__1016__  LINE__6____  CHAN ████████████████████ _

8   _____

9   REASON_transcription error_____

10  PAGE__1022__  LINE__7____  CHANGE ████████████████████ _

11  _____

12  REASON_misspoke_____

13  PAGE__1024__  LINE__19___  CHANGE ████████████████ _____

14  _____

15  REASON_transcription error_____

16  PAGE__1028__  LINE__8____  CHANGE ████████████ _____

17  _____

18  REASON_transcription error_____

19  PAGE__1029__  LINE__6____  CHANGE "most of" to "most"_____

20  _____

21  REASON_misspoke_____

22

23  _____        6th Aug 2022_____

24  WITNESS                                  Date

25

                                     Page 1223

1   In Re: Facebook, Inc. Consumer Privacy User Profile
    Litigation

2   SIMON CROSS 30(B)(6)-Volume 5-5291734

3                    E R R A T A   S H E E T

4   PAGE__1031__  LINE__7____  CHAN ███████_____

5   _____

6   REASON__transcription error_____

7   PAGE__1032__  LINE__4____  CHAN ████████_____

8   _____

9   REASON__misspoke_____

10  PAGE__1033__  LINE__10___  CHANGE██████████_____

11  _____

12  REASON__transcription error_____

13  PAGE__1035__  LINE__1____  CHANGE██████████_____

14  _____

15  REASON__misspoke_____

16  PAGE__1050__  LINE__22___  CHANGE█████████_____

17  _____

18  REASON__transcription error_____

19  PAGE__1052__  LINE__6____  CHANGE█████████_____

20  _____

21  REASON__transcription error_____

22

23  _____        6th Aug 2022____

24  WITNESS                              Date

25

                                          Page 1223

HIGHLY CONFIDENTIAL

```
 1    In Re: Facebook, Inc. Consumer Privacy User Profile
      Litigation
 2    SIMON CROSS 30(B)(6)-Volume 5-5291734
 3              E R R A T A   S H E E T
 4    PAGE_1052__ LINE_8_____ CHAN ████████████_____
 5    _____
 6    REASON_transcription error_____
 7    PAGE_1053__ LINE_7_____ CHAN ██████████_____
 8    _____
 9    REASON_transcription error_____
10    PAGE_1054__ LINE_8_____ CHANGE████████_____
11    _____
12    REASON_transcription error_____
13    PAGE_1057__ LINE_17____ CHANGE██████_____
14    _____
15    REASON_transcription error_____
16    PAGE_1062__ LINE_24____ CHANGE███████████_____
17    _____
18    REASON_transcription error_____
19    PAGE_1065__ LINE_17____ CHANGE████████_____
20    _____
21    REASON_transcription error_____
22
23    _____    6th Aug 2022
24    WITNESS                            Date
25
```

Page 1223

HIGHLY CONFIDENTIAL

1    In Re: Facebook, Inc. Consumer Privacy User Profile
     Litigation

2    SIMON CROSS 30(B)(6)-Volume 5-5291734

3                    E R R A T A   S H E E T

4    PAGE__1070__ LINE__11____ CHAN  ████████ _____

5    _____

6    REASON_transcription error_____

7    PAGE___1074__ LINE_3_____ CHAN  ████████ _____

8    _____

9    REASON_transcription error_____

10   PAGE__1077__ LINE__10____ CHANGE ████████ _____

11   _____

12   REASON_transcription error_____

13   PAGE__1080__ LINE__14____ CHANGE ████████ _____

14   _____

15   REASON_transcription error_____

16   PAGE__1081__ LINE__16____ CHANGE ████████ _____

17   _____

18   REASON_transcription error_____

19   PAGE__1117__ LINE__18____ CHANGE ████████ _____

20   _____

21   REASON_transcription error_____

22

23   _____        6th Aug 2022

24   WITNESS                                 Date

25

                                        Page  1223

HIGHLY CONFIDENTIAL

1   In Re: Facebook, Inc. Consumer Privacy User Profile
    Litigation

2   SIMON CROSS 30(B)(6)-Volume 5-5291734

3                    E R R A T A   S H E E T

4   PAGE___1119___  LINE___12___   CHAN ████████████████ _____

5   _____

6   REASON transcription error _____

7   PAGE___1136___  LINE___19___   CHAN ████████████████ _____

8   _____

9   REASON transcription error _____

10  PAGE___1136___  LINE___24___   CHANGE ███████████████ _____

11  _____

12  REASON transcription error _____

13  PAGE___1149___  LINE___21___   CHANGE ████████████████████ _____

14  _____

15  REASON transcription error _____

16  PAGE___1175___  LINE___24___   CHANGE "developing" to "developer"

17  _____

18  REASON transcription error _____

19  PAGE___1190___  LINE___25___   CHANGE ███████████████ _____

20  _____

21  REASON transcription error _____

22

23  _____      6th Aug 2022_____

24  WITNESS                                Date

25

                                          Page  1223

HIGHLY CONFIDENTIAL

1   In Re: Facebook, Inc. Consumer Privacy User Profile

    Litigation

2   SIMON CROSS 30(B)(6)-Volume 5-5291734

3                    E R R A T A   S H E E T

4   PAGE__1191__ LINE__8_____  CHAN ████████████████ _____

5   _____

6   REASON transcription error _____

7   PAGE__1200__ LINE__6_____  CHANGE "understand" to "understanding"

8   _____

9   REASON transcription error _____

10  PAGE__1206__ LINE__22____  CHANGE ██████████████ _____

11  _____

12  REASON transcription error _____

13  PAGE_____ LINE_____  CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____  CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____  CHANGE_____

20  _____

21  REASON_____

22

23  _____          6th Aug 2022

24  WITNESS                                 Date

25

                                            Page  1223

HIGHLY CONFIDENTIAL

**[& - 20180815]**

| & |
|---|
| **&** 986:14 987:19 989:5 990:5 991:5 995:16,20,22 1221:23 1222:9 |

| 0 |
|---|
| **019** 993:15 |
| **01952426** 994:6 1116:16 |
| **01952427** 994:7 |
| **0236297** 1007:10 |
| **02674226** 993:25 1111:7 |
| **02843** 986:4 987:4 |
| **02898663** 993:18 1102:24 |
| **02898670** 993:22 1108:3 |
| **02936297** 993:15 |
| **06.14.2018** 1104:13 |

| 1 |
|---|
| **1** 1006:9,14,17 1049:10 1068:1,3 1068:4,6,16,21 1069:3,23 1070:16,21 1071:13,16,19 1072:5 1105:12 1128:13 1129:20 1129:22 1131:14 1132:10 1137:2 1169:5 1180:10 1181:10 1199:25 1200:8 1202:5 1222:1 |
| **1.0** 1029:17 1120:18 1127:14 1128:10 1129:11 1129:13,15 |

1131:10,23
1132:12
**100** 1077:19
1105:25 1112:16
**1007** 993:14
**1101** 993:17
**1107** 993:21
**1111** 993:24
**1116** 994:4
**1139** 993:6
**113a** 993:22
**1171** 994:12
**11:52** 1045:4
**1201** 988:11
**1206** 993:7
**1207** 993:8
**1222** 986:25
**12546** 986:21
1220:25
**12th** 989:10
**14** 1062:5
**14th** 1102:19
**15** 1100:9 1170:3
**15th** 1045:3
1056:2 1111:9
1113:24
**1600** 989:11
**16th** 1005:15,18
**18** 986:4 987:4
1051:1
**1801** 991:8
**1881** 991:16
**19** 1206:21
**1970** 1049:4,10
**1:37** 987:18 995:2
995:6
**1st** 1192:1,6,10

| 2 |
|---|
| **2** 1009:1 1010:20 1011:18 1016:23 1018:1 1019:2 |

1020:20 1026:18
1030:6 1036:15
1038:21,22
1045:2,14,15,17
1047:23,23,25
1048:4,5 1049:5,8
1051:3 1052:4
1055:15,16,20
1056:11,14,15
1067:25 1071:19
1076:12 1087:17
1089:10 1105:13
1113:2 1128:13
1129:20,22
1130:6 1137:2
1138:11 1144:22
1181:10 1200:1,8
1202:5
**2.0** 1027:12
1128:11 1129:16
1130:3,7,10,12
**2.1.** 1001:1
**20** 1002:9 1100:8
**20-0466** 986:22
**2001** 990:16
**2007** 1053:2
1205:1,7,8
**2013** 1045:3
1054:24 1055:17
1055:23 1056:9
1062:5 1079:24
1100:8
**2014** 1000:25
1029:2 1098:19
1099:23 1100:1,8
1127:9 1144:4,21
1147:17 1151:3
1151:16,19,22
1155:5,17
1167:20 1169:1,3
1169:7 1170:3

1199:20 1200:10
1201:20 1204:12
1215:17 1216:16
**2015** 1029:18
1056:2 1100:7
1117:11 1118:11
1118:20 1119:1
1121:8 1137:3
1144:4 1147:24
1155:20 1169:12
1201:16
**2016** 1001:4,20
1002:10
**2017** 1051:1
**2018** 1001:8,12
1002:19,21
1003:1,11 1004:3
1006:6 1067:1,3,9
1067:13 1076:19
1076:24 1080:5
1083:6,21
1085:25 1102:19
1111:9 1113:24
1116:18 1118:25
1120:13,16
1121:6,16
1127:10 1136:25
1139:22 1140:12
1147:15 1148:3
1168:3,20
1185:18,24
1186:2,12,18,23
1189:9 1190:8,13
1190:18 1191:1
1191:22 1192:1
1192:10,16,20
1193:9,14,15,19
1196:21 1197:3
1206:21
**20180815** 1111:10
1113:15,22

**[2019 - 8:23]**

**2019**   996:10
   1023:8 1061:11
   1063:11 1064:4,8
   1064:22 1082:23
   1083:1,15
   1085:22 1127:10
   1168:3 1193:15
**2020**   996:10
   1001:16 1193:3,5
   1193:10
**2022**   986:16
   987:18 995:1,6
   1005:15 1219:7
   1220:23 1221:3,5
**2025.520**   1221:9
   1221:12
**206**   988:14
**21**   986:16 987:18
   995:1 1221:5
**2100**   990:17
**213**   992:10
**214**   990:19
**21st**   995:6
**22nd**   1116:18
   1148:3
**24**   1220:23 1221:3
**25**   1045:4
**253-9706**   992:10
**270,000**   1115:21
**28,122**   1114:19
**2843**   986:3 987:3
**28th**   1190:18
   1192:15,20
**298-5735**   991:11
**2:58**   1046:15

**3**

**3**   1071:19 1075:18
   1076:13 1105:14
   1107:15
**30**   986:12 1107:22
   1156:10,17

1157:15 1159:16
1164:9,14,22
1165:21 1217:17
1217:20,23
1221:5 1222:1
1223:2
**3000**   990:9
**303**   991:11
**30th**   1029:18
**3200**   988:12
**32nd**   992:8
**339**   994:12
   1171:23,25
**34**   1145:21
**3491**   986:23
**353**   1009:1,11
   1010:17 1011:19
**393-8200**   990:11
**3:33**   1046:18
**3:43**   1005:15
**3p**   1105:13,14
**3rd**   1113:9
   1115:11

**4**

**4**   1071:19 1075:4
**415**   989:13 990:11
**4200**   991:9
**427**   1117:2
**428**   1004:20
   1091:10 1092:20
   1092:22 1094:14
   1094:22 1095:12
   1107:19
**429**   993:14 1007:5
   1007:9,10 1020:2
   1046:21 1053:15
   1055:22 1072:10
   1072:22 1076:15
   1078:4 1091:3
   1093:5 1094:12
   1094:19

**430**   993:17
   1101:17,21
   1102:18 1108:4,7
**431**   993:21
   1107:11,15,16,18
   1108:2
**432**   993:24 1111:2
   1111:6,6
**433**   994:4 1116:11
   1116:15 1146:10
   1146:10 1147:4
**434**   1145:22
**445-4003**   989:13
**45**   1217:14,22
**4th**   1191:1,21

**5**

**5**   986:17 993:3
   995:7 1005:13
   1007:25 1071:19
   1074:3,6 1219:13
**5-5291734**   1221:5
   1223:2
**52427**   1116:16
**5291734**   986:24
**555**   989:10 990:8
   992:7
**5:07**   1101:13
**5:21**   1101:16
**5:22**   1102:16
**5th**   992:7

**6**

**6**   986:12 1068:16
   1068:19,20,21
   1069:4,25 1070:3
   1070:21,22
   1071:13,13,17,19
   1072:5 1073:9,13
   1073:14 1107:22
   1138:19 1148:15
   1156:10,17

1157:15 1159:22
1161:7 1164:14
1164:22 1165:3
1165:21 1198:5
1199:10 1221:5
1223:2
**6/22/2018**   1145:25
**623-1900**   988:14
**650**   991:18
**661792110**   1019:3
**698-3204**   990:19
**6:22**   1138:6
**6:38**   1138:9
**6:40**   1139:9

**7**

**7**   1138:20 1148:15
   1159:22 1161:15
   1163:15 1198:6
   1199:10
**7321**   1220:24
**75201**   990:18
**7:29**   1139:12
**7:48**   1146:20
**7:50**   1146:23
**7a**   1161:13
   1162:14,20
   1163:9
**7b**   1169:20

**8**

**8**   1113:2
**80202-2642**
   991:10
**827**   986:22
**849-5206**   991:18
**8667**   1103:16
   1105:5,6 1108:8
**8668**   1102:24
**8:18**   1167:12
**8:23**   1167:15

Veritext Legal Solutions
866 299-5127

**[90 - added]**

| 9 |
|---|

**90**   1003:24 1004:2
   1005:2,5,16
   1006:11
**90013**   992:9
**94105-0921**
   990:10
**94304-1211**
   991:17
**94607**   989:12
**98101**   988:13
**986**   986:25
**998**   993:5
**9:24**   1206:5
**9:34**   1206:8
**9:53**   1218:23,24

| a |
|---|

**a.m.**   1045:4
**aa**   1078:5,24
**ab**   1082:7
**ability**   1003:25
   1005:1 1014:13
   1032:19 1128:3
   1133:8,10
   1145:11 1155:19
   1187:23 1188:8
   1191:16 1197:12
   1198:1,16 1199:5
   1204:3 1216:24
**able**   1008:5,6,7,13
   1008:14 1011:7
   1015:7,8 1035:18
   1087:6 1104:3
   1106:6,8 1130:22
   1139:20 1145:13
   1152:3 1153:18
   1156:12 1159:5,6
   1171:8 1177:20
   1178:5 1180:19
   1183:14,15

1186:17 1189:18
1195:20 1196:11
1196:15 1203:2
1203:12 1204:3,7
**ac**   1083:7
**access**   1001:15,19
   1001:23 1002:3,5
   1002:8 1009:20
   1009:24 1015:18
   1026:16 1033:2
   1041:21 1047:20
   1051:25 1052:2
   1052:11,17
   1053:3,11,21
   1054:12,16
   1058:12 1059:3
   1059:13,20
   1060:1,5 1061:8
   1061:15,25
   1062:14,18,24
   1063:17 1065:12
   1078:12 1079:7
   1081:4,8,15
   1090:19,25
   1091:18,20,24
   1092:3 1093:2,14
   1093:19,24
   1094:25 1095:2,8
   1095:13,18
   1097:2 1101:8
   1104:12,24
   1105:13 1106:5,6
   1106:8 1107:7
   1117:9,22
   1118:10,19
   1119:1,3,15
   1120:3,7,10,13,17
   1121:6,6 1122:9
   1124:12,17
   1125:1,6,14
   1126:8 1131:18

1131:22 1132:1,9
1132:12 1133:24
1137:1,2 1141:6
1141:12,15,24
1142:10,22,24
1143:12,24
1144:3,17 1145:2
1145:6 1147:17
1147:23 1149:24
1151:2,15,19,21
1152:10,12,24
1153:11 1154:12
1155:15,20
1161:14 1162:25
1167:18,24
1168:1,5,6,9,14
1168:16,21,23
1169:1 1179:17
1180:18 1181:22
1185:1,5 1186:4
1192:2,24
1193:11 1195:8
1199:19 1201:6
1202:2 1203:4
1204:12,15,23
1207:3 1208:15
1210:8 1211:10
1211:14 1213:4
**accessed**   1107:9
   1109:1
**accessibility**
   1193:8
**accessible**   1137:11
   1153:12,24
   1155:1
**accessing**   1094:1
   1097:12 1122:19
   1131:9
**account**   1181:4,8
   1181:13,19,21
   1209:8,15

1211:18 1212:7
1213:12 1214:16
1215:2
**accurate**   1006:20
   1013:6 1030:16
   1041:11 1067:4
   1073:11 1074:6
   1083:17 1100:24
   1115:24 1123:23
   1124:25 1127:21
   1127:24
**achieved**   1035:19
**acquire**   1152:16
**acquired**   1149:19
**action**   1220:18,19
**actions**   986:7
   987:7 1003:4
**actively**   1003:2
   1099:5
**activities**   1017:12
**actual**   1096:6
   1169:22 1170:7,9
**ad**   1086:3 1111:11
   1114:1 1179:14
   1179:21 1180:4
   1180:11 1181:3,7
   1181:12,14,24
   1182:3 1183:7
   1184:17 1208:13
   1209:7 1211:17
   1211:17 1212:7
   1213:11 1214:16
   1215:1,1,7
   1216:20
**adaniel**   988:17
**adavis**   989:15
**add**   999:5 1036:17
**added**   1037:25
   1055:1,2,4,5,6,8
   1055:10,12,23
   1056:6,8,9,19

**[added - anymore]**

1057:24 1058:2
1058:13 1059:8
1063:10,14,15,21
1066:14 1080:2,5
1080:7,10,18,21
1083:5 1085:15
1085:22,24,25
1086:2 1187:7,22
1218:6
**addition** 1014:10
1059:4
**additional** 998:6
999:16,22 1006:1
1052:2,18
1053:20 1058:17
1079:6 1080:10
1081:3,22
1083:20 1112:18
1124:12 1125:7,8
1138:12 1147:23
1161:1 1168:4,21
1169:13 1179:18
1186:9,21
1199:25 1202:9
1216:2
**address** 1017:18
**addressed**
1109:20
**adele** 988:8
995:17
**adjusted** 1007:13
1007:14
**admin** 1032:15,17
1032:25 1033:5,6
1033:21,24
1034:3,8 1036:11
1037:1
**administered**
998:14 1038:2
1220:8

**admins** 1032:18
1105:14
**admitted** 1024:19
**ads** 1182:9
1184:14 1185:8
**advance** 1103:11
1113:1
**advent** 1033:7,16
1034:2
**advertise** 1183:1
**advertising**
1170:17,18,21
1182:7,11,15
1183:13 1185:15
1207:10
**advise** 1015:8
**ae** 1089:3,11
**affect** 1028:8
**affirmative**
1194:2
**afraid** 1025:4
1039:9 1047:19
1075:13 1134:7
1142:14 1158:24
1189:4 1198:21
1199:17 1206:1
**ago** 1077:11
1109:8 1117:16
1146:9
**agree** 1136:15
1162:8 1163:5,8
1164:1 1165:22
**agreed** 1053:9
**agreement** 1052:2
1052:18 1053:20
**agreements**
1058:17 1079:6
1079:14 1081:4
1081:22
**ahead** 1009:12
1018:23 1060:13

1095:5,25
1104:22 1113:7
1124:3 1133:5
1134:4 1186:17
1188:16 1189:24
**aleksander**
1155:21 1158:5
**allow** 1009:23
1042:11 1060:3
1197:14 1198:3
1198:18 1199:7
**allowed** 1004:9
1062:19 1125:6
1126:12 1200:7
1201:6
**allows** 1131:18
**ally** 1156:7
**als** 1193:8
**altered** 1097:9
**alto** 991:17
**altogether**
1151:18
**amount** 1183:25
1189:10
**analysis** 1179:5
1183:17,20
**analytica** 1114:18
1140:13,19
1141:2,4,9
1160:13,17,19
1195:17 1196:20
1196:22 1197:6
**android** 1197:4
**angeles** 992:9
**anne** 989:7 995:19
**announced**
1000:25 1029:3
1029:22 1192:9
**announcement**
1029:11,16

**announces**
1028:15
**answer** 1002:7
1035:18 1058:22
1074:13 1093:22
1104:4,8,22
1109:22 1120:25
1124:3 1134:8
1153:14 1156:12
1156:15,16
1157:1,5,10,17,19
1157:20,21,23
1158:3,11,11,23
1158:25 1159:2,6
1159:10 1165:6,7
1165:11,13,15,23
1166:21,22
1172:11 1175:8
1176:10,13
1182:21 1186:17
1189:17,18,18,20
1193:23 1194:1,4
1194:15 1195:21
1196:11,15
1197:24 1199:12
1199:16 1211:24
1212:1 1213:9,19
1216:10
**answered** 1063:18
1162:11 1165:19
1165:22 1179:1
1211:21
**answering** 1158:1
**answers** 1138:14
1157:1 1159:13
**anticipation**
1066:15
**anybody** 1035:25
1209:6
**anymore** 1109:23
1217:1

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

[anytime - application]

**anytime** 1208:21
**ap** 1144:22
　1154:21
**apart** 1185:13
**api** 1000:23,25
　1001:3,7,15,19
　1003:15,17
　1020:16,16,18
　1023:4,5,7,11,14
　1023:16,18,24,25
　1024:3,8,12,18,25
　1025:3,6 1027:23
　1028:9,16 1033:7
　1033:9,16 1034:2
　1034:5 1039:3,5,6
　1042:17,21
　1043:9,12,15,16
　1043:18,20,24
　1044:1,7,19
　1045:11,20,24
　1046:2,4 1047:11
　1048:13,23
　1049:22 1050:15
　1050:23 1061:10
　1061:13 1064:10
　1064:11,16,23
　1065:4,25 1066:6
　1066:10 1082:21
　1082:23 1083:22
　1083:25 1084:10
　1084:24,25
　1096:12,17,17,18
　1097:1,6,18,25
　1098:16 1117:9,9
　1117:23 1118:9
　1118:10,19,19
　1119:1,4 1120:18
　1121:6,7 1122:11
　1122:16 1123:6
　1123:15,19
　1124:10,18,19

　1127:14,17,19,20
　1128:3,7,12,13
　1129:1,3,4,5,6,11
　1129:23 1130:6,7
　1131:14,16,23,25
　1132:1,10,13
　1137:2,2 1142:22
　1142:24 1144:22
　1152:20 1153:17
　1154:14 1169:4,5
　1170:3 1180:9
　1181:10 1191:25
　1192:11,22,25
　1196:23,23
　1199:25 1200:19
　1201:12,12
　1202:2,5 1203:7
　1206:22 1207:3
　1207:21 1208:3
**apis** 1002:3,5
　1027:11,22
　1029:4 1039:1
　1120:7,11,13
　1122:8,22 1123:9
　1123:12,21
　1124:9,23
　1128:10,15,18,23
　1128:25 1129:12
　1129:14 1131:15
　1131:25 1144:4
　1145:2 1151:2,15
　1151:21 1152:9
　1152:11 1154:11
　1154:18,21
　1163:1,1 1167:18
　1167:24 1168:8
　1168:14,16
　1188:25 1189:6
　1189:22 1190:1,4
　1190:6,9,19,22,25
　1191:3,9,12,23

　1195:16 1196:19
　1200:21
**apologies** 1108:1
**apologize** 996:17
　997:19 1003:7
　1005:22 1076:1
　1096:10
**app** 1001:10,14
　1003:17,19
　1004:2 1005:4,8
　1005:10,11,12,14
　1005:17,19
　1006:5,11,18
　1009:23 1021:12
　1026:15 1027:5
　1027:24 1028:8,9
　1028:24 1030:17
　1030:23 1033:2
　1034:23 1035:1,4
　1036:18 1038:7,8
　1039:12 1040:12
　1040:12,16,18
　1041:2,6 1042:11
　1042:14,16
　1051:25 1052:16
　1054:17 1058:12
　1059:12,13
　1062:20 1083:14
　1086:25 1090:18
　1090:22,23,24
　1091:2,13,15
　1092:7,8,21,23
　1093:24 1094:24
　1095:7,18,21
　1096:5,7,12,16,20
　1097:1,6,12,15,17
　1097:18,24,25
　1099:5,25 1100:4
　1100:5,20 1101:7
　1101:8 1111:23
　1112:3,4,5

　1114:10,12,15,20
　1119:25,25,25
　1120:1 1122:18
　1124:12 1131:9
　1131:13 1132:8
　1133:12 1144:16
　1150:8 1152:12
　1152:16,24
　1155:23,24
　1158:8,8 1185:19
　1185:22 1187:7
　1187:22 1190:15
　1191:16 1192:20
　1193:2,2,4,5,6,8
　1194:13 1195:6,8
　1201:4,5,10,13
　1203:7 1204:10
　1206:23,23
　1207:21,24
　1208:15
**appear** 1043:22
　1219:4
**appearances**
　988:1 989:1 990:1
　991:1 992:1
**appearing** 988:2
　989:2 990:2 991:2
　992:2 1221:18
　1222:7
**appears** 1105:11
　1113:23
**apple** 1169:11
**application**
　1036:13 1037:2
　1112:3 1163:12
　1168:1 1169:17
　1187:3 1194:10
　1201:1,2,3
　1202:17 1203:3
　1203:12,13,15,17

Veritext Legal Solutions
866 299-5127

[applications - assess]

**applications**
1034:5 1062:21
1141:12,14
1152:8,20
1153:18,20,22
1154:15 1167:23
1200:18 1201:16
1201:19
**applied** 1024:20
1027:17 1033:24
1131:16 1194:18
**applies** 1033:22
**appreciate** 997:16
1103:5,17 1156:9
1175:9 1196:6
1197:24 1217:5
**appropriate** 998:9
1040:22 1053:9,9
1064:19 1136:5,8
1139:2 1162:17
1168:1 1174:5
1202:16 1203:1
1204:1 1218:18
**approval** 1021:8
1021:21 1022:2,6
1022:8,10
1034:13 1036:7
1037:21,24
**approve** 1187:8
1187:23 1188:1
**approved** 1033:9
1036:18 1042:17
1042:21 1043:9
1043:16
**approving** 1034:5
**approximately**
1016:12 1115:21
**apps** 996:12
1001:5,7,18
1002:4,8,17,18,22
1002:22 1003:2

1003:12 1009:23
1027:17,23
1029:17 1032:19
1033:11,20,22,25
1034:9,10
1037:24 1038:1,4
1038:4,13,20,23
1039:3,15,17,21
1039:22,23,23
1040:3,8,9,9,20
1041:20,21,21
1042:1,4,4,7,8
1061:14 1086:23
1093:14,18,19
1095:13 1104:12
1104:24 1105:13
1105:14,14,15
1106:14 1117:9
1117:22 1118:9
1118:19,25
1119:3,16 1120:1
1120:7,10,13
1121:5 1122:4,8
1122:17 1123:16
1125:6 1126:7,12
1126:16,25
1127:13 1128:2
1130:12,16,21
1131:1,18 1132:1
1132:19 1133:25
1137:1 1140:15
1141:5,24 1143:2
1143:17 1145:1,6
1147:16,22
1148:13 1149:7
1151:1,15,18,21
1152:5,7,10,13
1153:10,12,25
1154:6,8,11
1155:15,19
1161:16,24

1163:16 1167:18
1167:19 1168:4
1168:14,20
1173:14 1174:17
1178:12 1179:17
1180:8,18
1184:25 1185:4
1189:11 1190:3
1192:2,16
1193:10,16
1197:12,14
1198:1,3,16,18
1199:5,7,24
1200:7,21
1201:24 1202:6,8
1202:10,13,22
1203:1,5 1204:13
1204:21 1207:3
1209:15 1210:17
1211:9 1213:4
1216:1
**april** 1029:18
1190:13 1191:1
1191:21 1193:14
**archibong**
1116:17 1117:3
1145:25 1148:2
1170:12 1174:11
1174:21 1175:18
1175:23 1176:19
1177:5 1178:18
1178:24 1179:3,5
1179:7 1180:23
1180:24 1181:14
1209:2
**area** 1162:12
1196:23
**areas** 1141:21,21
**argue** 1071:8
1138:22

**argumentative**
1209:20 1210:14
1213:17 1216:17
**arm** 1182:11
**articles** 1140:19
1140:21,22
**articulating**
1083:25
**articulation**
1084:6
**articulations**
1084:10
**aschwing** 990:12
**aside** 1132:8
**asked** 1000:22
1002:16 1063:18
1130:24 1147:7
1159:23 1165:16
1168:13 1175:8,9
1177:19 1179:1
1180:15,16
1195:15 1197:22
1206:17 1211:20
1213:6
**asking** 1003:8
1015:5 1048:2,3
1070:15 1071:9
1073:25 1074:25
1090:13,15
1118:7 1121:1
1132:6 1137:4
1157:18,20
1159:21 1160:10
1163:2 1164:10
1165:20 1166:20
1166:23 1173:8
1189:14 1198:12
1198:13
**asks** 1169:20
**assess** 1024:20
1168:4 1209:25

Page 6

**[assessed - behalf]**

assessed   1067:7
   1067:12,18
   1088:2
assessment
   1022:17 1068:18
   1069:10 1088:7
   1168:25
assessments
   1088:3 1210:3
associate   992:16
associated   1009:7
   1011:15,18
   1013:9,19 1014:5
   1094:21 1111:8
   1112:5 1114:24
   1129:1
assume   1015:6
   1184:19
assuming   999:12
atlas   1149:2,14,15
   1149:18,20
attached   1007:7
   1101:19 1107:13
   1108:4,11 1111:4
   1116:13
attachment
   1073:23 1074:2
   1104:12
attachments
   1104:10 1109:24
attempt   1015:17
   1015:18 1046:5
   1064:18 1065:5
   1084:15 1090:21
   1150:14 1215:20
attempted   1106:4
attempting   1104:8
   1104:16 1150:4
   1212:25
attention   1103:15
   1213:25

attorney   990:7,15
   991:15 1220:19
attorneys   988:10
   989:9 991:7
   1086:18
august   1000:25
   1045:3 1055:17
   1056:2 1111:9
   1113:24
auld   989:5 995:16
   995:20
austin   990:6
   995:22 1086:11
   1086:21 1095:3
   1103:13 1104:20
   1124:1 1133:3
   1166:5 1175:14
   1186:15
authority   1144:16
   1145:1
authorized   1152:8
   1154:9
auto   1004:8
   1009:16,19
   1010:17 1011:20
automated   1003:5
   1003:10 1004:1
   1005:1,3,16
   1006:4
automatic
   1002:25 1003:21
available   1001:2,5
   1001:22 1012:22
   1014:2 1017:9,13
   1017:15,17
   1034:16,18
   1039:17 1042:5
   1047:18 1060:2
   1095:9 1122:20
   1122:20 1129:21
   1151:13 1153:22

   1155:12 1188:11
   1188:13 1189:11
   1191:18 1200:23
avenue   988:11
   990:16
avoid   1199:20
aware   1024:1
   1029:2,5,13
   1035:11 1036:20
   1042:15 1045:21
   1058:3,7,10
   1082:5 1115:12
   1115:17 1134:24
   1135:5 1179:18
   1183:5 1197:18
   1198:7,12,25
   1208:20

**b**

b   986:12 992:5
   993:11 994:1
   1010:19,22
   1011:3,14,18
   1107:22 1112:4
   1114:20 1136:4
   1156:10,17
   1157:15 1164:14
   1164:22 1165:3
   1165:21 1193:7
   1221:5 1222:1
   1223:2
back   1010:13,19
   1015:20 1023:21
   1046:17 1050:25
   1056:1 1064:2
   1078:4 1101:15
   1102:15 1110:23
   1134:2,18,22
   1138:8 1139:11
   1140:1 1146:22
   1157:12 1163:15
   1165:24 1166:12

   1166:13 1167:2,6
   1167:14 1172:16
   1175:10 1176:14
   1206:7 1213:8
backfilled   1133:8
background
   1116:7
backward
   1168:25
bar   1119:12
   1121:5 1136:19
   1136:24 1206:13
   1207:18
bars   1206:22
base   1096:18
   1098:17 1101:5
based   1092:8
   1094:9 1132:10
   1179:13 1180:4
   1196:15 1204:1
   1207:21,24
   1208:17 1215:24
   1217:3
basis   1014:21
   1123:13 1127:19
   1127:20 1140:7
   1145:8 1208:16
   1214:14
bates   1007:10
   1102:24 1108:3
   1116:16
bear   1162:12
began   1002:16,19
   1023:8 1193:14
beginning
   1163:15
behalf   987:16
   995:16,18,20,22
   996:2 1138:11
   1199:13

[behave - capabilities]

**behave** 1200:18
1203:16
**behavior** 1027:15
1037:5,18 1096:7
1096:21 1097:9
1122:13,16
1123:15 1124:10
1124:18 1130:12
1131:19 1201:13
1206:23 1207:21
1208:3
**behaviors** 1123:16
1131:16
**believe** 996:9
997:7 1000:25
1034:24 1113:4
1136:9 1156:11
1157:14 1204:25
**believes** 1198:9
**best** 1086:12
1087:7 1127:16
1133:8,10 1140:8
1156:6,11
**better** 1087:6
**beyond** 1033:24
1034:9 1037:16
1040:22 1047:13
1202:7,12
**bfalaw.com**
989:14,15,16
**big** 1129:13
**birth** 1163:9
**bit** 1004:20 1033:4
1110:15 1140:4
1161:11
**blank** 1020:21,23
**bleichmar** 989:5
995:16,20
**boolean** 1006:9,17
1031:3,4 1032:4,5
1043:7 1058:3

**bottom** 1103:1,15
1105:5,6 1108:8
**break** 1046:10,12
1046:12,20,24
1090:2 1110:11
1110:19 1113:4
1138:3,20,20
1159:18 1200:17
1200:25 1203:19
1203:20
**breaking** 1130:20
1199:21
**breaks** 1130:15
1200:23
**brief** 1207:14
**bring** 1065:5
1213:24
**broad** 1125:15
**broadly** 1041:16
1063:12 1170:20
**broke** 1140:13
1141:4
**broken** 1200:3,11
1201:7 1202:13
1202:22 1203:6
1204:5 1216:1
**build** 1149:12
**builds** 1042:5
**built** 1038:9,13
1080:1 1196:25
1196:25 1197:1
1201:11,19
1203:17
**bunch** 1022:12
**buongiorno**
990:14 995:25
**business** 1170:21
1182:11 1184:17
1185:15
**buy** 1182:9

**bypass** 1126:12,16
1127:1,14 1128:3

**c**

**c** 1009:12,15
1010:15 1091:13
1092:25 1094:24
1112:7,14 1114:8
1136:5
**c2** 993:15,22
**ca** 993:15,18,19,22
993:25 994:6,7
1007:10 1102:24
1107:16 1108:3
1111:7 1116:16
1221:9,12,20
**california** 986:2
986:21 987:2
989:12 990:10
991:8,17 992:9
**call** 1017:23
1020:16 1096:13
1096:17,18
1097:1,18 1101:7
1130:16,16,22
**called** 1016:8
1046:5 1100:21
1101:6,9 1119:12
1121:5 1125:5
**calls** 996:11,11,15
996:15 1003:15
1003:17 1097:6
1098:1 1100:4
1132:10 1152:20
1153:17 1154:15
**cambridge**
1114:18 1140:13
1140:19 1141:2,4
1141:9 1160:13
1160:17,19
1195:17 1196:20
1196:22 1197:6

**campen** 988:7
**canonical** 1076:6
1117:18
**cap** 1044:13
1057:3
**capa** 1034:21
**capabilities**
996:23 1000:16
1001:25 1002:10
1002:17,22,23
1003:2,12,13
1004:21 1007:3
1008:19 1010:8
1010:10 1011:4
1011:10 1012:21
1013:23 1015:10
1015:24 1016:14
1026:7 1033:6
1034:12 1035:9
1035:10 1039:2
1044:2 1045:19
1052:22 1053:4
1054:11 1055:1
1055:11 1057:3,6
1057:16,20
1058:13 1059:4
1059:12,19,23,25
1060:4 1061:6,15
1061:23 1062:13
1062:20,23
1063:10,16,24
1065:7,12,13,15
1066:25 1067:3
1077:3 1078:9,25
1079:22,25
1080:3,8,9,11,14
1080:15,21,23
1081:1,7,15
1082:11 1083:2
1083:12 1084:21
1085:7 1088:10

[capabilities - case]

| | | | |
|---|---|---|---|
| 1088:11,15,19,24 | 1017:18,24 | 1056:18 1057:4,6 | 1126:22 1127:7 |
| 1089:23 1090:7 | 1018:4,6,11,13,14 | 1057:10 1058:5 | 1127:15,18,25 |
| 1090:18,25 | 1018:16,17,17,21 | 1058:12,16,20,21 | 1128:1,2 1131:1,7 |
| 1091:6,17 1092:2 | 1019:1,6,7,10,14 | 1058:24,24 | 1131:8,9,18,19,22 |
| 1092:10 1093:1,3 | 1020:8,18 | 1059:1,1,3,7,9,10 | 1131:24 1132:2,7 |
| 1093:6,7 1094:7 | 1021:13,22 | 1062:19,24,25 | 1132:15,22 |
| 1097:2,19 | 1022:3,6,9,17 | 1063:1,7,17,22 | 1133:7,13,15 |
| 1098:12 1099:21 | 1023:1 1024:9,13 | 1064:1,17 1066:7 | 1183:9 1185:20 |
| 1099:24 1100:3 | 1024:19 1025:1,7 | 1067:5,18 | 1185:22 1186:9 |
| 1100:18,21,24 | 1025:12,16,16,19 | 1070:16 1072:10 | 1186:12,20 |
| 1119:18,19 | 1025:20,22,23 | 1078:12,21 | 1187:2,7,13,22 |
| 1121:3 1122:6,21 | 1026:1,1,3,7,13 | 1079:7 1080:6,19 | 1188:10,12,14,16 |
| 1123:7,11,14,22 | 1026:14,23,24,25 | 1081:8,20 | 1188:21 1206:24 |
| 1124:16 1127:12 | 1027:1,2,3,4,9,16 | 1082:13 1083:14 | 1207:2,25 |
| 1127:24 1128:6 | 1027:16,17 | 1084:3,11,17 | **capable**   1183:18 |
| 1130:14,16,20 | 1028:8,22,23,23 | 1085:3,4 1087:3 | 1184:9 |
| 1131:2 1133:1 | 1030:9,12,13,16 | 1087:21,22,23,23 | **capacity**   1076:7 |
| 1134:16 1136:10 | 1030:21,21,22,23 | 1088:1,4,18 | 1100:18 1156:10 |
| 1136:11,13 | 1031:12 1032:19 | 1089:2,9,12,20 | 1156:17 1157:18 |
| 1169:23 1186:1,3 | 1033:2,14 1034:5 | 1090:23 1091:3,6 | 1157:21 1160:3 |
| 1186:7,21 1187:1 | 1034:14,16,21,22 | 1091:12,20,22,24 | 1165:3,4,10,14,21 |
| 1188:15 1192:11 | 1035:1,5,6,13 | 1092:13 1093:4,4 | 1166:19 |
| 1192:23 1193:11 | 1036:12,17,25 | 1093:15,24 | **captured**   1019:21 |
| 1206:15 | 1037:2,25 | 1094:1,2,7,9,21 | 1019:23 1021:15 |
| **capability**   1000:4 | 1038:19,22 | 1094:22,23,25 | 1021:16 1022:7,9 |
| 1000:5 1002:4,6 | 1039:4,16,20 | 1095:8,14,19,22 | 1022:11 1035:2,9 |
| 1003:16,18,19 | 1041:22,24 | 1095:23 1096:5 | 1035:13,15 |
| 1004:1 1005:2,3 | 1042:20 1043:11 | 1096:12,13,16,19 | 1043:24 1059:9 |
| 1005:10,14,17,19 | 1043:11,14,16,18 | 1096:21 1097:8 | 1063:25 |
| 1006:5,10,18 | 1043:20 1044:25 | 1097:10,13,19,24 | **captures**   1054:22 |
| 1007:12,16 | 1045:1,2,3,20 | 1098:1,3,10,15,18 | **cari**   988:7 |
| 1009:5,6,8,10,11 | 1048:12 1049:21 | 1098:21 1099:6 | **case**   986:4 987:4 |
| 1009:13 1010:1,2 | 1049:24 1050:9 | 1099:25 1100:4,5 | 1012:23 1013:16 |
| 1010:4,6,11,16,24 | 1050:12 1052:1 | 1100:7,13,16,20 | 1034:11 1037:6 |
| 1011:12,16,19,19 | 1052:11,16,17 | 1101:1,3,4,6,8,9,9 | 1037:19 1072:17 |
| 1011:22 1012:1 | 1053:7,11,14,16 | 1119:7,24 1120:2 | 1073:23 1132:4 |
| 1012:18,22 | 1053:17,19,24,25 | 1120:8 1122:11 | 1134:13 1141:23 |
| 1013:3,10,20,25 | 1054:2,4,8,16,17 | 1122:12,15 | 1145:7,7 1155:24 |
| 1014:6 1015:17 | 1054:20 1055:4,5 | 1123:5,16,20 | 1158:8,18 |
| 1015:24 1016:11 | 1055:16,22,23 | 1124:9,10,11 | 1159:23 1160:25 |
| 1016:15,20 | 1056:2,6,11,14,18 | 1125:3 1126:21 | 1161:2,12,14 |

Veritext Legal Solutions
866 299-5127

[case - column]

1162:20 1163:19
1167:19 1177:21
1180:21 1198:10
1215:20 1217:16
1220:15
**cases**  1018:7
1051:20 1160:14
1166:2 1203:2
**catch**  1006:25
**cate**  1067:2
**categorization**
1066:25 1067:2
1204:9
**categorized**
1042:11 1204:14
1204:21,22
**category**  1187:17
1187:18
**cathy**  1101:23
1102:20,21
**caveat**  1040:14
**ccp**  1221:9,12
**ccr**  986:21,22,23
1220:24
**cell**  1016:22
1049:8 1089:10
**certain**  996:11
1014:1 1059:6
1073:4 1082:4
1086:23 1112:14
1120:11,21
1128:7,15
1173:14 1174:24
1175:19 1176:2
1179:13,17
1180:3 1187:1
1188:10 1204:9
1215:21 1216:25
**certainly**  998:1
1062:4 1097:23
1150:18 1208:18

1210:12
**certified**  987:20
987:21 1220:2,3
**certify**  1220:4,17
**challenges**  1142:4
1142:8,15,18,25
1143:7 1147:15
**chance**  1103:2
1147:9,12
**chang**  1205:11,16
1205:17
**change**  1122:13
1192:4,15
1201:13,14
1223:4,7,10,13,16
1223:19
**changed**  1006:20
1019:16 1034:13
1054:21 1120:20
1131:20 1190:25
1200:19
**changes**  1029:22
1074:12 1124:18
1128:12,14
1129:19,19,23
1170:3 1175:3,6
1175:25 1176:24
1181:10 1192:9
1210:1
**characterization**
1202:16 1203:1
**check**  1003:15,17
1098:1 1101:6,10
1113:5
**checked**  1026:15
1096:19 1101:1,3
**checks**  1027:4
1096:20 1100:13
**chen**  992:16
995:23

**choose**  1203:12
**chose**  1010:11
1203:13
**chronologically**
1103:1
**circle**  1165:24
**circular**  1165:15
**circumstances**
1082:14
**civil**  1221:19,20
**clar**  999:23
**clarification**
1000:2 1025:17
1032:12 1140:7
1146:12 1165:19
**clarifications**
1002:13
**clarify**  998:5
1000:13,21
1006:23 1009:19
1123:1 1140:2
1148:24 1157:11
**clarifying**  999:23
**class**  1086:23
1171:14
**classification**
1077:22,25
**claufenberg**
988:16
**clause**  1171:11
**clear**  996:20
1047:22 1048:2
1070:14 1072:18
1074:11 1092:17
1094:3,10 1096:2
1128:17 1132:5
1153:10 1155:11
1156:17,25
1159:24 1164:19
1164:22 1166:6,9
1177:2 1183:19

**clearer**  1105:19
**clearly**  1028:2
1123:4
**clicked**  1107:25
**closely**  1014:9
**cms**  1012:5,11,12
1012:14,24
1013:19,24
1014:5,8,25
1015:16,18
**code**  1010:4
1016:6 1019:7
1026:15 1035:5
1096:18 1098:17
1101:5 1221:9,12
1221:19,20
**collapsed**  1066:20
**collection**  1129:14
**colorado**  991:10
**column**  1004:12
1004:25 1005:6,7
1005:13 1006:4,7
1006:8,14,15,17
1008:25 1009:12
1009:15 1010:1
1010:14,15,19,22
1011:2,3,14,18
1012:4,7,10
1013:2 1014:12
1014:24 1015:12
1016:3,23
1017:25 1018:20
1018:24,24
1019:12 1020:9
1020:12,20,23,25
1021:3,7 1022:14
1024:10 1025:6
1025:10 1026:2,5
1026:9,19,20
1027:9 1030:13
1030:15,25

[column - consent]

1031:2,11,15,22
1032:9,14 1033:1
1033:17,19
1036:6,15,21
1037:9,13,15,20
1038:1,15,25
1039:8,11,12
1041:9,23
1042:17 1043:1,5
1043:22 1044:22
1045:6,7,19,24
1046:21,22
1047:2,14,18,24
1048:1,7,8,14,18
1049:5,9,16,25
1050:2,5,11
1051:2,21
1052:13 1056:6,8
1056:8,9,11,13,15
1056:19,20
1057:8,13 1059:4
1059:8 1063:3,9
1065:24 1066:3
1066:22 1067:21
1067:25 1068:3
1068:18 1069:21
1070:8,12,18
1072:10,20
1073:10 1078:5
1078:24 1079:21
1082:7 1083:2,5,7
1083:10 1085:21
1085:22 1086:1,3
1087:3,25 1089:3
1089:7,11,25,25
1091:13 1092:25
1092:25 1094:23
1094:24 1111:21
1111:21,23
1112:1,4,7,14,15
1112:21 1114:7,8

1114:20
**columns** 1004:22
1005:25 1007:14
1008:20 1018:23
1032:13 1033:13
1033:13 1049:24
1066:21 1085:12
1085:24 1095:11
1095:12,15
1112:22
**combination**
1085:1
**come** 1077:21,24
1085:2 1145:8,19
**comes** 1087:11
**comfortable**
1159:10 1199:12
**coming** 999:17
1145:23
**commenced**
1003:11
**commencing**
987:17
**comment** 1142:15
1161:6
**comments**
1163:13 1191:16
**common** 1011:6
1133:23 1166:6
**commonly**
1049:14
**communicate**
1109:9,11
**communicated**
1013:12
**communication**
1074:22 1076:11
**communications**
1196:15 1198:22
1199:15

**companies** 1117:5
1182:9 1184:15
**company** 1046:6
1076:22 1141:10
1141:10 1149:18
1158:11 1170:24
1176:25 1177:1
1196:22 1199:13
1212:25
**companywide**
1012:11 1044:18
**complete** 1117:22
1142:4 1207:2
**completed** 1221:7
1221:17 1222:6
**completely**
1051:18 1107:4
1124:25
**completeness**
999:18
**completes** 1089:22
1089:24
**completion**
1220:15 1222:10
**complicated**
1033:4 1193:24
**compound**
1153:16 1186:6
**comprehensive**
1081:13 1185:19
1185:22
**comprise** 1008:19
**comprising**
1090:7
**computer** 1175:10
**con** 1059:25
**concept** 1042:15
1067:9 1205:6
**concerned** 997:17
**concerning** 1057:4

**concerns** 1117:25
1140:25 1197:5,7
1216:24
**concrete** 1028:12
1029:1
**concurred**
1208:24
**concurs** 1209:13
**conduct** 1216:18
**conducted**
1048:15,23
1049:12 1050:1
1054:10 1067:8
1088:3 1183:3
**conducting**
1215:14 1216:13
**confer** 1136:22
1137:19 1138:25
**confident** 1024:5
1037:11 1039:11
1040:6 1047:5
1048:5 1050:24
1051:10 1068:12
1086:1 1151:25
**confidential**
986:11 1218:17
**confirm** 999:4
1014:15,18
1017:13 1024:2
1031:17 1046:25
1077:19 1087:13
1100:14 1183:14
**confirms** 1211:2
**confusion** 1146:16
**connected** 1010:7
**connection**
1010:14 1177:12
1177:23
**consent** 1086:7,9
1086:14,18
1087:10,12,16

[consider - corrections]

consider  1140:21
considerations
 1179:10
considered
 1030:12 1038:4
 1038:20 1040:20
 1049:3 1158:18
 1205:4 1210:7
 1212:21
considers  1179:9
consistently
 1205:8
constitutes  1041:6
consumer  986:4
 987:4 995:8
 1086:23,23
 1221:4 1223:1
cont'd  990:1 991:1
 992:1 994:1
contact  1046:5
 1066:18 1221:9
contain  1013:24
 1066:3 1085:13
 1099:15 1120:10
contained  1006:8
 1034:25 1041:24
 1073:6 1088:25
 1106:11 1124:22
 1132:21 1174:22
 1177:7 1178:7
 1179:6 1207:19
 1219:4
containing
 1012:25
contains  1038:1
 1051:20 1085:12
 1088:1 1092:11
 1122:4 1132:16
 1134:14
contemporaneous
 1214:13,13,19,22

content  1012:13
 1012:15,17
 1013:4,5,9,12
 1014:13,19,22
 1050:11 1073:16
 1074:4,12,16,18
 1074:19,23
 1075:5,6,8,11,11
 1151:12 1195:8
context  1005:25
 1012:3,14
 1026:22 1028:6
 1028:11,20
 1029:14 1030:1,3
 1030:20 1032:14
 1043:3 1051:7,8
 1051:11 1068:4,6
 1069:7,9 1074:17
 1076:3,10,15
 1112:19 1114:9
 1114:15,17
 1117:13,18
 1121:1 1124:20
 1125:18 1128:21
 1136:7 1143:22
 1143:23 1149:16
 1149:17 1151:7
 1184:5,6 1185:11
 1194:6
contexts  1027:21
 1028:20 1030:1
continue  1006:19
 1130:16 1131:9
 1132:12 1139:20
 1168:6,23 1190:7
 1197:10
continued  1132:9
 1141:6 1144:17
 1145:2,6 1147:17
 1193:10,14
 1197:14 1198:3

1198:17 1199:7
 1201:5,6 1202:18
 1204:15 1211:9
 1213:4
continues  1159:25
 1194:19 1195:4
contract  1051:21
 1052:4,8,12
 1053:7,9,14,20
 1054:1,9,18
 1057:5,10,21
 1058:6,11 1059:2
 1059:7,13 1060:6
 1060:18 1061:8
 1061:24 1062:24
 1063:3,10,17,23
 1064:19,21
 1065:4,14,16
 1078:10,11
 1082:1
contracts  1052:22
 1053:3 1054:3,10
 1059:16,20,22
 1060:1 1061:1,3,9
 1061:12,15,18
 1062:7,14,15
 1064:3,7,9,11,12
 1064:13,24
 1065:6,11,18,22
 1065:23 1078:6
 1078:25 1079:5,9
 1079:21 1080:8
 1080:24 1081:6
 1081:11,11,15,22
contrary  1209:18
control  1133:23
controlled  1038:9
 1129:5
controlling
 1124:17,18

convenient  998:8
conversation
 1137:17 1147:19
 1176:20 1184:7
 1185:14
conversations
 1213:3 1215:8
 1217:3
cool  1103:17
corporate  986:13
 1198:14,22
 1199:3,15
 1208:11
corporations
 1184:14
correct  998:19
 1002:1,2,20
 1010:3 1012:1
 1015:25 1018:24
 1018:25 1025:13
 1038:23 1046:22
 1048:25 1050:2
 1053:15 1055:18
 1056:3,14 1063:4
 1068:9 1069:22
 1070:20,23,24
 1073:13 1075:19
 1080:16 1092:18
 1094:15,25
 1103:22 1105:12
 1112:23 1118:3
 1118:13 1128:23
 1129:16 1140:15
 1141:7 1146:12
 1177:4 1219:5
corrected  1219:5
correcting
 1096:15
corrections
 1217:18 1219:3
 1221:14,15

[corrections - data]

1222:3,4
**correctly** 1010:16
1064:6 1070:4
1118:5 1121:9
1132:6 1195:21
**correspondence**
1189:15
**counsel** 988:1
989:1 990:1 991:1
992:1,16 995:13
1073:9,24
1074:22 1102:4
1103:17 1108:24
1110:12,19,23
1135:15,22,24
1136:3 1137:14
1137:22,23
1157:12 1161:6
1162:23 1163:7
1163:13 1164:1,3
1166:14 1189:15
1196:5 1221:18
1221:21 1222:7
**counted** 1117:7
**couple** 1026:17
1110:20 1147:5
1206:11
**course** 1113:21
**court** 986:1 987:1
987:21 996:2
1007:6 1101:18
1102:9 1107:12
1111:3 1116:12
1175:12 1220:3
**cover** 1064:19
1065:16 1162:15
**covered** 1022:18
**covers** 1006:24
**create** 1025:23
1031:23 1069:17

**created** 1010:11
1018:21 1019:1,5
1019:13 1025:15
1026:7 1035:2
1038:2,14
1044:22,25
1045:3,20
1055:16 1056:2
1060:19 1067:7
1069:14,19
1074:19 1076:19
1076:23 1080:13
1080:19 1081:5
1084:7 1111:9
1112:13 1113:24
1118:9
**creates** 1018:12
1018:16 1025:19
1026:1
**creating** 1085:17
**criteria** 1021:8,12
1021:21 1022:2,6
1022:8,10
1024:21 1172:2
**cross** 986:13
987:15 993:3
995:12 996:6,8,22
997:3,20 998:4,13
998:18 999:21
1000:14,18
1008:5 1020:1
1067:17 1077:1
1082:20 1086:16
1092:14 1101:20
1103:3 1107:22
1109:1 1111:15
1124:4 1136:10
1136:24 1137:22
1138:11 1139:16
1139:22 1140:1
1140:12 1141:3

1141:22 1142:7
1142:17,25
1146:2 1148:11
1150:20 1151:1
1155:21 1156:8
1156:22 1159:16
1159:17,22
1160:1 1162:25
1167:1,16
1169:19 1171:24
1176:1,9 1179:12
1189:24 1193:20
1195:15 1196:18
1197:11,21
1198:11 1199:2
1199:18 1202:1
1204:6,11
1205:10 1206:11
1208:5 1209:17
1209:23 1211:15
1212:5 1213:6,10
1213:23 1214:12
1215:13 1216:8
1217:23 1219:1
1219:12 1221:1,5
1223:2
**cross's** 995:7
996:19 1217:5
**crowdtangle**
1040:16,17
**crutcher** 990:5
991:5 995:22
**csr** 986:21,21,22
1220:25
**currently** 1016:23
1205:18
**custodians**
1059:16
**cut** 1032:23
1135:3 1166:17

**cutting** 1076:1

**d**

**d** 993:1 1012:4,7
1012:10 1013:2
1014:12,24
1015:12 1092:25
1094:23 1112:15
**daily** 1014:21
**dallas** 990:18
**dan** 1116:17
1117:2 1145:24
1148:3
**daniel** 988:8 992:5
995:17
**data** 996:12
1011:5 1015:7
1022:14,18
1023:1 1024:9,14
1024:22 1025:1
1028:9 1052:15
1054:21 1055:25
1056:8 1057:19
1066:3 1070:12
1079:16 1081:12
1081:14 1090:10
1092:12 1094:1
1095:9 1097:12
1098:5 1099:2,7
1099:10 1104:13
1104:25 1105:13
1117:8,10
1118:11,17,20
1119:1 1121:7
1134:6,19,24
1135:5,21 1137:3
1137:16 1140:14
1140:23 1141:6
1141:25 1143:12
1143:25 1144:17
1145:3 1147:17
1149:24 1151:2,7

Page 13

[data - deponent]

1151:9,16,19,22
1153:11,24
1154:18,22,22
1155:16,22
1158:6 1167:19
1168:9,10,14,16
1169:1,2,3,12
1180:19 1181:11
1185:1,5 1186:4,5
1186:9,22
1188:25 1189:7
1189:22 1190:2,7
1190:11,20
1191:10 1192:12
1192:23 1193:21
1193:25 1194:4,5
1194:8,12,16,18
1194:19,22
1195:4,17
1196:19 1197:13
1198:2,16 1199:6
1201:5,6 1204:12
1208:8,15,22
1211:10 1213:5
1216:7
**database**   1010:25
1011:5,9,10,13,13
1011:23,25
1142:10
**date**   1004:5
1006:16,16,18
1008:11 1049:14
1055:3,6 1057:14
1063:13 1080:16
1095:16,16
1102:18 1113:24
1220:20 1221:16
1222:5 1223:24
**dated**   1116:18
1145:25 1148:3
1220:23

**dates**   1083:18
**dating**   1123:8
**davis**   989:7
995:19
**day**   1005:16
1006:11 1007:23
1007:25 1157:16
1185:2 1190:17
1219:6
**days**   1003:24
1004:2 1005:2,5
1138:23,24
1160:4 1217:14
1217:17,20,23
**deal**   1138:15
1176:25
**decide**   1203:19
**decided**   999:5
**deciding**   1181:15
1181:17 1209:8
1211:18 1213:3
**decision**   1044:8,20
1143:17 1145:5,9
1161:16,23
1163:16 1180:12
1180:18 1181:4,8
1181:22 1208:22
1210:8,21
1211:13 1212:22
1215:7
**decisions**   997:1
1039:3 1043:23
1044:1 1170:4
1178:20,22
1179:8 1210:17
1212:8,20
1213:13 1214:4
1214:15,17,23,25
1215:3,24 1216:6
**deck**   1173:4,12
1178:1,4

**declare**   1219:1
**decree**   1086:14
**defend**   1162:21
**define**   1084:22
1194:16
**defined**   1022:18
1022:19 1023:2
1089:14 1162:16
1162:22,25
**defines**   1086:15
1086:22
**defining**   1082:16
1084:23
**definition**   1038:5
1038:6,11 1041:6
1042:10 1076:6
1086:13 1087:2,6
1117:18 1122:22
1151:14 1162:21
1193:25 1194:7
1194:17 1198:20
**definitions**
1039:25
**deliver**   1207:7
1208:8
**denver**   991:10
**department**
1170:17,19
**depend**   1200:21
**depended**   1132:2
1194:16 1202:20
**depending**
1162:21 1188:7
1193:24 1203:16
**depends**   1125:10
1194:21 1201:4
**deponent**   987:16
993:2 1002:25
1012:9 1013:15
1013:22 1015:16
1016:17 1017:20

1024:17 1027:14
1028:6,18
1029:13,21
1032:2 1035:23
1040:5 1044:6
1046:9 1052:24
1053:6 1054:6,20
1056:23 1057:23
1058:15 1059:6
1059:15 1060:9
1060:14,25
1061:17 1062:2
1062:17 1063:20
1065:9 1067:16
1069:12 1070:2
1070:11 1072:4
1072:13,24
1074:9 1075:21
1076:5,17 1077:9
1078:2 1079:3
1081:18 1082:3
1082:19 1084:14
1086:11,21
1088:13,23
1090:3,21 1092:5
1093:22 1095:2,6
1097:5,22
1104:19,23
1105:24 1106:13
1106:19 1107:2
1115:12 1116:3
1117:15 1118:23
1119:24 1121:19
1122:24 1124:1
1126:10 1127:4
1127:23 1128:5
1129:18 1130:19
1131:12 1132:15
1133:6,22 1134:5
1135:13 1140:18
1140:25 1141:9

Veritext Legal Solutions
866 299-5127

[deponent - determined]

| | | | |
|---|---|---|---|
| 1141:18 1142:2 | **deponent's**  986:15 | 1029:10 1126:17 | **designee**  1138:13 |
| 1142:13 1143:6 | **deponents**  1220:7 | 1129:12 1169:4,5 | 1198:14 1199:3 |
| 1143:20 1144:2 | **deposition**  986:12 | 1172:25 1191:20 | 1208:11 |
| 1144:10,19 | 987:15 995:7 | **deprecations** | **desire**  1166:6 |
| 1145:5,13 | 997:21 998:9 | 1126:13,17 | 1208:2 1215:24 |
| 1147:19 1148:16 | 1107:21 1109:11 | 1127:2,14 1128:3 | **detail**  1035:12,14 |
| 1150:2,12 1151:5 | 1110:2,5,9 1113:1 | 1128:15,22 | 1035:21 1038:12 |
| 1151:25 1152:19 | 1113:11 1116:2 | **derek**  988:6 | 1072:14 1075:22 |
| 1153:5,17 | 1136:16 1150:1 | 1195:24 1217:9 | 1085:18 1129:24 |
| 1154:14,20 | 1150:11 1156:1 | **describe**  1025:18 | **details**  1040:19 |
| 1155:3 1156:2,23 | 1158:20 1160:2 | 1049:1 1082:12 | 1070:12,15 |
| 1157:4 1158:1,10 | 1163:20 1166:7 | 1090:15 1105:11 | 1071:14 1078:6 |
| 1158:21 1159:9 | 1197:17 1212:13 | 1153:13,13 | 1078:25 1079:10 |
| 1159:19 1167:22 | 1214:1 1217:6 | 1168:15 1182:6 | 1079:22 1080:9 |
| 1168:19 1169:15 | 1220:14 1221:19 | **described**  1193:22 | 1081:6,11,14 |
| 1171:18 1172:11 | 1221:22,24 | **describing**  1073:2 | 1121:22 1128:20 |
| 1173:2,20 1175:2 | 1222:8,10 | **description** | **determinants** |
| 1175:22 1176:5 | **deprecate**  1029:3 | 993:13 994:3 | 1079:4 |
| 1177:15 1178:9 | 1029:10 1195:16 | 1012:5,21,24,25 | **determination** |
| 1178:18 1179:2 | 1196:19 | 1018:1,3,6,10,14 | 1022:25 1040:21 |
| 1179:16,25 | **deprecated** | 1019:11,15,15,21 | 1051:24 1053:18 |
| 1180:7 1182:2,9 | 1000:24 1026:10 | 1019:23,25 | 1086:25 1089:1 |
| 1182:18 1183:5 | 1026:12,14,14,20 | 1020:6,7 1021:11 | 1157:6 1186:8 |
| 1183:12 1184:3 | 1026:24 1027:1,3 | 1058:16,19,21,22 | **determinations** |
| 1185:11 1186:7 | 1027:9,11,22 | 1058:23 1059:1,9 | 1075:13 |
| 1186:15,18 | 1028:7,11,14,16 | 1064:1 1073:8 | **determine**  1015:2 |
| 1187:20 1189:3 | 1028:18,22 | 1081:20 1083:12 | 1019:25 1035:4 |
| 1189:25 1197:18 | 1029:14,17,24,24 | 1093:9 1105:18 | 1041:1 1046:3 |
| 1198:7,21 | 1030:4,7,9,12,13 | 1105:21 1106:25 | 1059:24 1064:18 |
| 1199:11,23 | 1030:15,22 | 1188:15,18,19,22 | 1075:14 1085:14 |
| 1200:5,13 | 1032:4 1128:10 | **descriptions** | 1088:4 1097:1,12 |
| 1201:10 1202:15 | 1129:11,15,15 | 1075:15 | 1097:16 1099:4 |
| 1202:25 1203:10 | 1130:3,7,9 | **designated** | 1118:7 1121:2 |
| 1203:23 1204:20 | 1131:10,18 | 1068:20 1159:22 | 1134:11 1136:4 |
| 1205:3 1209:4 | 1132:13 1188:25 | 1160:6 | 1147:22 1153:19 |
| 1210:16 1211:4 | 1189:6,22 1190:3 | **designation** | 1167:17 1168:5 |
| 1211:22 1212:2 | 1190:9,14 | 1086:7,8 | 1178:5,12 |
| 1212:12 1213:18 | 1191:13,19 | **designations** | 1215:14 1216:14 |
| 1213:21 1215:5 | 1192:13 | 1218:19 | **determined** |
| 1215:19 1216:18 | **deprecation** | **designed**  1018:7 | 1043:21 1052:6,7 |
| | 1000:24 1028:15 | 1125:12,13 | 1052:11,14 |

Veritext Legal Solutions
866 299-5127

[determined - documentation]

1065:13 1087:4
1088:19 1091:14
1092:21 1157:22
1161:25 1163:17
1167:25 1168:22
1221:18,22
1222:7
**determines**
1024:13,25
1096:18
**determining**
1024:9 1079:13
1082:24 1084:2
1091:17 1093:18
1131:12 1186:25
1208:14
**developed**
1054:24 1085:10
**developer**   1027:5
1051:25 1052:17
1053:8,19 1054:1
1059:20 1061:7
1061:24 1062:13
1062:13 1066:14
1079:7 1120:15
1154:16 1176:7
1184:21 1185:16
1196:23 1204:2
1212:15
**developers**   1001:2
1012:23 1014:2
1029:7,23 1042:3
1052:21 1053:3
1054:11 1059:17
1061:20 1062:9
1065:11 1081:3
1128:7 1132:12
1149:2,5,6,23
1158:14 1176:6
1176:23 1179:13
1180:3 1202:4,17

1203:2,11,14
1204:10,22
1216:2,2
**developing**
1175:24
**development**
1161:8,9
**device**   1105:12
1148:25 1149:4
1149:10,11
1197:1 1210:6
**devices**   1149:13
**dgarrie**   992:11
**dialogue**   1136:2
**dictates**   1162:14
**differ**   1119:17
**difference**
1075:10,12,15
1122:10 1123:13
1149:4
**differences**
1119:22
**different**   999:9
1011:4 1019:8
1024:4 1027:8
1028:14,19,20
1029:22,25,25
1030:5 1033:15
1037:7 1051:7
1055:8,9 1066:16
1067:24 1071:22
1071:23 1087:22
1099:8 1106:20
1106:21 1107:21
1107:25 1108:10
1108:16 1112:11
1117:17,17
1119:19 1120:4
1123:12 1124:20
1124:20 1128:7
1130:13 1142:20

1142:21 1144:2,7
1151:11 1152:15
1153:25 1164:20
1189:13 1200:18
1200:19 1201:2
1203:16
**differently**
1023:22 1164:1
**differs**   1134:15
**difficult**   1189:17
**digital**   1114:11,13
1114:16,25
1115:4,7,16,19,22
1155:23 1158:7
**direct**   1103:9,14
1124:15
**direction**   1220:11
**directly**   1023:14
1160:11
**disagree**   1136:8
**discovery**   997:25
**discuss**   998:2
1113:12 1136:14
1159:23 1164:10
1217:11
**discussed**   996:6
999:5 1027:22
1090:6 1092:1
1121:5 1127:18
1127:24 1175:2
**discusses**   1147:15
**discussing**
1004:12 1147:21
1199:24
**discussion**
1101:21 1116:24
1139:7 1143:24
**discussions**
1176:22
**displayed**   1063:2
1098:3,18,21

**disposal**   1092:6
**distinct**   1131:15
**district**   986:1,2
987:1,2
**dloeser**   988:15
**doctor**   1017:16
**document**   986:6
987:6 997:25
999:15,18
1012:11,25
1013:23,24
1014:4,8,11,13
1015:11,13,19
1047:20 1053:15
1056:21 1072:8
1073:20,22
1075:1 1078:16
1081:10,16
1092:23 1094:18
1095:10,25
1096:11 1102:19
1103:3,4 1104:9
1105:5,16,22
1106:3,5,7,9,10
1106:11,17,22,24
1107:3,7,9 1108:3
1108:6,10,11,12
1108:15,20,25
1110:15 1111:8
1111:17,19,22
1112:12,19
1113:14,17
1114:4,20,24
1115:2 1116:22
1117:15 1118:6,9
1172:13,15,18
1211:2,5,16,23
1212:3,24
**documentation**
1024:24 1025:2
1148:9,12,18

[documentation - engineering]

1177:18
**documented**
1057:5
**documents** 996:5
1014:25 1070:25
1073:6 1090:7
1091:25 1092:6
1093:16 1109:8
1109:15,24
1113:10 1130:25
1177:21 1208:12
1209:13,18,24
1210:1,12,23
1211:5 1212:22
1213:25 1215:6,9
1216:5 1218:15
**doing** 1004:23
1090:16 1183:9
1183:18 1210:19
1217:15,25
**doubt** 1074:5,10
1075:25 1115:25
1116:3 1213:21
**downloaded**
1115:4
**downloading**
1111:13
**downstream**
999:8,16
**draft** 1173:4,12
1212:24
**dramatically**
1189:10
**drew** 1101:23
1102:21
**drill** 1170:8
1189:19
**dropbox** 1062:6
**dunn** 990:5 991:5
995:22

**duration** 1001:3

**e**

**e** 989:8 993:1,11
994:1 1016:3,23
1112:22 1171:6
1221:9,12 1222:1
1223:3,3,3
**e1** 1086:4,7,8
1087:4,9,18,21,24
1088:2,5,11,20
1089:2
**earlier** 1030:19
1055:15 1063:9
1063:23 1089:7
1117:6 1131:7
1147:10 1195:2
1206:12
**early** 1168:3
1193:15 1210:2
**ecosystem**
1175:24 1176:7
**eddie** 1101:22
1102:21 1117:8
1118:16
**edited** 1019:16,21
**effect** 1027:5
1028:23 1030:23
1030:23 1190:15
1190:17 1192:19
1197:20
**effected** 1192:16
1201:2
**effective** 1164:11
**effectively**
1111:14
**efficiency** 999:3
**efficient** 1169:20
**effort** 1065:10
1067:8 1121:20
1126:19 1185:4
1206:21 1207:17

**efforts** 1141:11
**effusive** 1212:18
**either** 996:12
1031:4 1036:10
1036:22 1042:7
1052:6 1089:13
1089:19 1139:24
1167:24 1178:4
**elapsed** 1049:9
**elia** 1036:4
1101:22 1102:20
**ellipsis** 1051:3,6
1051:11
**else's** 1194:8
**email** 994:4
1073:23 1074:3
1113:9 1115:11
1116:15,21
1117:2 1118:17
1145:24 1146:5
1147:14 1148:17
1148:22 1150:3
**emit** 1145:2
1151:2,15,21
1154:18,21
1167:18 1168:14
1188:25 1189:7
1189:22 1190:2,7
1190:10,20
1191:10 1192:12
1192:23 1194:9
1195:17 1196:19
**emits** 1022:14,18
1023:1 1024:9,13
1025:1 1194:9
**emitted** 1186:3,21
1193:21 1194:4
1194:13,20,24
1195:4,11
**emitting** 1024:21

**emma** 988:9
**employed** 1174:4
**employee** 1018:21
1025:22,25
1091:19,21,23
1100:19 1174:1
1187:6,8,15,16,17
1187:18,21
1220:18
**employees**
1032:18
**enable** 1062:12
1128:6
**enabled** 1061:23
**enacted** 1185:3
**encapsulated**
1137:18
**encompass**
1176:24
**encourage** 999:15
1135:16
**ended** 1006:16
1066:15 1100:7
1165:17
**endpoint** 1020:12
1020:15,19
**endpoints** 1020:10
1020:14,21
1021:3
**eng** 1016:4,18
**engaged** 1062:8
1084:11 1137:19
**engineer** 1017:15
1018:12,16
1035:24 1036:1
1066:14 1089:16
1089:19
**engineering**
1016:25 1017:2,3
1017:4,11
1035:17,17

[engineering - exhibit]

1089:8,11,14
**engineers**  1015:7
1016:9 1017:5,22
1089:19
**england**  986:15
987:17 995:1
**english**  1010:10
**ensure**  1054:10
1065:16
**enter**  1054:1
1081:7 1090:23
**entered**  1008:23
1019:10 1021:22
1025:12 1030:8
1036:21,24
1039:7 1043:4
1047:2 1049:8
1050:16,18
1051:2 1052:22
1053:3 1059:12
1059:20,25
1061:7,15,24
1062:8,14
1064:14 1066:10
1069:1 1070:17
1070:21 1078:9
1078:18,20
1079:11,18,20
1080:16 1081:8
1194:23
**entering**  1018:10
1018:13 1021:17
1021:20 1050:11
1054:17 1078:23
**enters**  1026:3
**entirely**  1020:25
1037:4,11,17
1039:9,24
1071:21 1089:16
1151:25 1182:20
1183:19

**entirety**  1131:23
**entities**  1126:1,2
1161:25 1163:17
1184:15,19
1185:7
**entity**  1036:19
1085:16
**entries**  1000:8,10
1014:23 1019:23
1030:24 1031:18
1034:9 1041:10
1041:13 1045:18
1047:3 1078:14
1079:9,10 1080:8
1081:10 1083:23
1083:23 1127:13
**entry**  1011:18
1013:2,5 1018:2
1020:21,23
1022:5 1026:19
1031:22 1033:19
1036:14 1045:14
1045:17 1051:17
1056:10,13,16,19
1068:7 1081:12
1082:14
**epoch**  1049:3
**equals**  1076:12
**equivalent**  1070:5
**errata**  1221:14,16
1222:3,5
**establish**  1116:7
1138:16 1169:21
**evaluated**  1044:20
1169:11 1203:23
1203:25
**evaluation**
1096:17 1172:23
1178:6 1183:6,8
1197:9

**evening**  1139:16
**event**  1069:8,13
1069:14,14,17,19
**events**  1069:20
1191:10
**everybody**
1180:19
**evolved**  1055:7
1062:4 1081:16
1098:6
**evolves**  1024:24
**ewright**  988:18
**exact**  1004:6
1055:6 1125:11
1165:16,17
1193:16
**exactly**  1035:18
1037:12 1043:23
1051:10 1085:23
1086:1 1120:19
1120:21,21
1121:23 1148:20
1152:1 1177:15
1183:12 1185:12
1193:15 1203:16
1204:13 1211:6
**examination**
993:2 998:16
1139:13 1167:17
1183:2 1206:9
1207:15
**examine**  1168:8
**examined**  998:15
1181:23 1182:14
1182:25
**example**  1035:5
1040:11,15
1042:13 1055:15
1093:15 1097:10
1105:2 1128:9
1129:4 1144:12

1145:7 1152:20
1169:10 1195:5,9
1195:13 1197:1
1212:23
**examples**  1144:13
1149:10 1171:9
1190:22 1195:12
**exceed**  1155:24
1158:8
**exceeded**  1161:14
1167:19 1168:9
**exceeding**  1163:18
**excel**  993:14,21,24
1057:17 1108:17
1108:19 1111:7
**exception**  1006:15
**excerpt**  1007:16
1072:22 1094:19
**excerpts**  1090:13
1090:14
**exchanged**
1169:21 1170:7,9
**excuse**  1164:9
**execute**  1065:18
**executed**  1219:6
**exemption**  1181:9
1211:11
**exemptions**
1172:2 1173:15
1180:9 1210:18
**exercise**  1090:14
1090:16 1168:20
**exhaustive**  1185:4
**exhibit**  993:14,17
993:21,24 994:4
994:12 1004:14
1004:20 1007:5,9
1007:10,20,22,24
1008:9 1020:2
1046:21 1053:15
1055:22 1072:10

HIGHLY CONFIDENTIAL

**[exhibit - facebook]**

1072:22 1076:15
1078:4 1091:3,10
1092:20,22
1093:5 1094:12
1094:14,19,22
1095:12 1101:17
1101:21 1102:18
1107:11,15,16,18
1107:19,21
1108:2,4,7 1111:2
1111:6,6 1115:11
1116:11,15
1145:21,22
1146:10,15,25
1147:2,4,6
1171:23,25
1172:4
**exhibited** 1037:5
**exhibits** 994:10
1020:3 1109:24
1112:25
**exist** 1054:10
1067:11 1079:10
1079:22,24
1083:23 1091:6
1122:1 1133:16
**existed** 1001:3
1045:11,22
1046:1 1047:11
1048:13 1049:22
1050:15,23
1056:18 1058:12
1064:13,19
1065:11,16
1080:15 1099:17
1205:6,8
**exists** 1025:2
1051:12 1060:15
1080:14 1088:9
1088:17 1122:2
1123:19 1133:18

1134:17 1135:10
1137:10
**expected** 1018:8
1081:2
**experience** 1149:9
1149:12 1150:17
1199:21 1200:3
1200:11,17,24,25
1201:7,18,23,25
1202:11,13,22
1203:6 1204:5
**experienced**
1096:7
**experiences**
1149:13 1203:19
1203:20 1208:20
1211:8 1216:1
**expert** 1035:16
1134:6,10,20
1135:17 1159:5
1198:23 1199:14
**expertise** 1199:16
**expiration** 1005:7
1005:9,11,14
**explain** 1026:11
1031:24 1112:14
1112:20 1119:22
1166:20 1194:5
1206:18
**explained** 1029:23
1078:10 1188:16
**explicit** 1215:11
1218:2
**exported** 1063:6
**exposed** 1186:9
**extend** 1136:19
**extension** 1181:9
1202:2,12 1204:1
1211:11
**extensions** 994:5
1105:15 1116:19

1117:4,6 1146:1
1172:3 1173:15
1180:9 1202:7
1203:21 1210:18
**extent** 1123:4
1163:23
**external** 1012:5
**extra** 1200:7

**f**

**f** 1017:25 1019:12
1095:12
**facebook** 986:3
987:3 990:4 991:4
995:8 996:7 997:2
1002:16,21
1007:2 1011:3,7
1011:24 1014:4,8
1014:12,24
1015:1 1016:6,13
1016:19,25
1018:20 1019:2
1023:12 1025:22
1025:25 1027:5
1027:10,22
1028:15 1029:2,5
1029:9 1032:18
1035:15 1038:2,9
1038:14 1040:10
1040:13 1042:5,7
1042:14 1044:3
1048:11,15
1052:19,21
1053:2,6,13
1057:20 1059:11
1060:3,19,21
1061:3,5,14,19
1062:8 1065:21
1072:9 1073:25
1074:3 1079:4,11
1081:16,25
1091:19,21,23

1096:13 1100:19
1109:16,25
1110:14 1112:3
1115:3,6,15,18,21
1115:22 1118:1,8
1118:25 1119:15
1119:25 1120:15
1121:14 1122:1,3
1125:17 1129:11
1130:25 1132:11
1133:17,19,23,24
1134:20 1135:11
1135:20 1136:2
1138:13 1140:13
1141:4,23 1143:3
1147:15 1148:12
1149:3,8,11,12,12
1149:19 1150:8
1151:1,9,10,14,17
1151:20,20
1152:1,3,4,6,9,12
1152:15,16,17,19
1152:21,23,24
1153:2,10,17,18
1153:21 1154:3,4
1154:4,6,8,10,10
1154:11,14,16,17
1154:20 1155:11
1155:15,18,22
1158:6,11,15
1161:24 1163:17
1165:6 1167:17
1168:24 1169:9
1169:11,16,22
1170:10,17,22
1171:9,13,16
1172:8,23,24
1174:1,4,8,23,25
1175:4,18,19
1176:2,8,23
1178:7 1179:12

Veritext Legal Solutions
866 299-5127

**[facebook – finished]**

1179:14,16
1180:4 1181:25
1182:4,6,10,13,15
1182:16,19,25
1183:1,2,3,9,15
1183:17,25
1184:1,9,10,13,13
1184:20,20,24
1185:3,6,8,13,15
1185:16,19,21
1186:2,23 1187:6
1187:8 1188:24
1189:6,9,21
1190:9 1191:13
1193:21 1194:11
1195:16 1196:19
1197:8,11,13,20
1197:25 1198:2,3
1198:9,13,15,16
1198:17,23
1199:1,4,5,7,19
1200:7 1202:4
1203:18,23,24
1204:17,23,25
1205:11,13
1207:7,22,23
1208:9 1209:8
1210:23 1211:17
1212:15 1215:17
1215:22 1216:16
1221:4 1223:1
**facebook's** 986:12
1010:1,5,24
1011:5,22,25
1012:11,17
1013:3,5,8,11
1014:19,21
1035:16 1038:5,6
1042:4 1044:18
1051:24 1054:7
1057:9 1059:15

1069:14,20
1088:7 1089:1
1096:18 1099:2
1119:16 1122:5
1127:16 1133:8
1133:10 1140:23
1159:12 1184:16
1198:8,13 1199:3
1208:10
**faced** 1142:3,3,16
1142:18 1143:1
1147:15
**facing** 1120:5
**fact** 1022:5 1030:9
1032:6 1147:1
1160:14 1164:2
1179:12 1180:3
1190:9 1197:14
1198:3,17 1199:6
**factor** 1181:15,17
1208:14 1210:20
1211:12 1213:3
**factors** 1096:6
1132:3 1179:9
1195:16 1196:18
1215:10
**factual** 1086:19
**fail** 1126:1
**failed** 1126:3,7
**fair** 1071:7 1147:9
1147:14
**false** 1026:19,21
1026:23 1030:6
1030:25 1031:4,6
1031:9,17
1032:10 1036:23
1036:24 1037:6,9
1037:12,15,19
1042:22 1043:1,2
1043:7 1052:3

**familiar** 1114:10
1121:21
**family** 1133:24
**far** 1070:23,24
1134:1,18,22
**fb** 993:15,18,19,22
993:25 994:6,7
1007:10 1102:24
1107:16 1108:3
1117:7 1116:16
**fb.com** 1221:2
**fb.quip** 1105:22
**fbid** 1010:19
1011:3,14,21
1012:2
**features** 1119:15
1120:5,15,17
1125:2 1128:6
1131:14 1133:24
**february** 1001:16
1023:8
**federal** 1220:14
1222:1,8,9
**feel** 1158:10,12,23
1159:2,10,10
1199:12
**field** 1004:5,6
1018:3 1027:14
1037:6 1043:7
1048:4,6 1051:16
1051:17,19
1054:25 1055:2,4
1055:6,10,13
1056:9,20
1057:24 1058:2,4
1058:7,13 1063:1
1063:14,15,20,21
1064:1 1066:11
1066:13 1068:7
1069:2 1071:19
1078:13,17

1079:1,24 1080:2
1080:7,10,13,17
1080:18,20
1081:5,8,12
1082:11,15
1083:5,15,23
1087:24 1092:13
1186:19 1188:19
**fields** 1054:22
1055:8 1071:12
1073:2 1080:5
1081:20 1083:18
1083:20,20
1084:9,15,20
1091:3
**fight** 1160:24
1164:15 1196:7
**figure** 1008:1,14
1154:2 1189:19
1204:7
**filled** 1021:1,4
**filter** 1092:8,23
1094:8
**filtered** 1094:22
**final** 1193:2,2,4,5
**financially**
1220:17
**find** 1035:20
1036:2 1077:23
1107:18,18
1110:21 1137:15
1174:6 1183:17
1215:15,20
1216:15
**fine** 1118:5 1140:6
1140:10 1163:5
1164:12 1166:3
**finish** 1160:4
1161:21
**finished** 1216:11

[finishing - francisco]

**finishing**  1162:6
**first**  1001:11
  1009:18 1015:4
  1015:17 1017:22
  1018:13 1019:14
  1021:5 1025:8
  1026:7,18
  1028:18 1033:10
  1033:20,22,25
  1034:9,16,18,22
  1035:1 1036:5
  1037:24 1038:4,7
  1038:16,20,23
  1039:15,16,17,21
  1041:8,16,18,21
  1042:1,7,10,11
  1049:3,24
  1054:23 1060:21
  1066:2 1070:13
  1075:16 1078:3
  1099:19 1104:11
  1105:13 1109:6
  1113:22 1117:2
  1131:13 1135:14
  1137:15 1171:4
  1173:4 1184:22
  1190:12 1192:14
**five**  1073:16
  1110:11 1114:25
  1117:5 1138:3,24
  1160:4
**floor**  992:8
**flow**  1049:23
**fly**  1120:25
**focus**  1103:11
**focused**  1161:10
  1163:9
**folder**  1107:21,25
**folks**  999:17
  1145:18 1148:20

**follow**  996:7
  997:15 1002:14
  1026:17 1065:21
  1093:10 1138:19
  1206:12 1207:14
**following**  1196:21
**follows**  998:15
  1025:3 1221:8
**fonti**  989:5 995:16
  995:20
**foregoing**  1219:2
  1220:5,7,11,13
**form**  1002:24
  1012:8 1013:14
  1013:21 1015:15
  1016:16 1017:19
  1024:16 1027:13
  1028:5,17
  1029:12,20
  1032:1 1035:22
  1040:4 1041:3
  1044:4 1051:17
  1051:18 1052:1
  1052:18,23
  1053:5 1054:5,19
  1057:22 1058:14
  1059:5,14
  1060:12,24
  1061:16 1062:1
  1062:16 1063:19
  1064:25 1065:8
  1067:14,22
  1069:11 1070:1
  1070:10 1072:3
  1072:12,23
  1074:8,24
  1075:20 1076:4
  1076:16,18
  1077:7 1078:1,13
  1079:2 1081:17
  1082:2,18

  1084:12 1086:10
  1088:12,21
  1090:20 1092:4
  1093:21 1095:4
  1097:4,21
  1104:18,21
  1105:23 1106:12
  1106:18 1107:1
  1115:9 1116:1
  1117:14 1118:22
  1119:23 1121:17
  1122:23 1124:2
  1126:9 1127:3,22
  1128:4 1129:9,17
  1130:18 1131:11
  1132:14 1133:4
  1133:21 1135:12
  1140:17 1141:8
  1142:11 1143:5
  1143:19 1144:1,8
  1144:18 1145:4
  1145:12 1147:18
  1150:1 1151:4,23
  1152:18 1153:1,4
  1154:19 1156:1
  1157:25 1158:20
  1165:1 1166:11
  1167:21 1168:18
  1169:14 1172:10
  1173:1,19 1175:1
  1175:21 1176:4
  1177:13 1178:8
  1178:17 1179:15
  1179:24 1180:6
  1182:1,8,17
  1183:10 1185:10
  1187:19 1189:2
  1189:23 1195:22
  1199:22 1200:4
  1200:12 1201:9
  1202:14,24

  1203:9,22
  1204:19 1205:2
  1210:25 1211:20
  1212:11 1215:4
  1215:18
**formal**  1177:11,23
  1178:21 1187:11
**formalized**
  1186:24
**format**  1049:15
  1166:11
**forms**  1107:25
  1148:18
**forth**  1015:21
  1135:18 1220:7
**fortunately**
  1165:25
**forward**  1136:7
  1162:18 1164:7
**found**  1107:23,24
  1107:24 1117:5
**foundation**
  1197:16 1198:19
  1199:10 1209:21
  1210:15
**four**  997:6
  1074:21 1077:11
  1138:23
**fourth**  996:24
  997:9 1041:15
  1042:13,14,16
**fql**  1000:23
  1001:11,12
  1002:7,9
**frame**  1123:19
**framework**
  1178:21
**francisco**  990:10
  1116:18 1117:3
  1148:2 1170:13
  1180:25

Veritext Legal Solutions
866 299-5127

[frcp - generally]

**frcp** 1222:1
**free** 1051:17,18
  1078:13 1082:11
**friend** 1029:6
  1104:25,25
  1113:15 1114:7,8
  1130:15 1143:12
  1143:25 1144:17
  1145:2,6 1147:17
  1149:24 1151:2,7
  1151:9,16,19,22
  1153:11,24
  1154:18 1155:15
  1160:11,12,19,20
  1160:21,25
  1161:8,9 1162:19
  1167:19 1168:9
  1168:14,16
  1169:1,3,12
  1180:18 1185:1,5
  1188:25 1189:7
  1189:22 1190:2,7
  1190:10,13,20
  1191:10 1192:12
  1192:15,18,18,22
  1192:23 1193:21
  1193:25 1194:4,5
  1194:7,11,14,16
  1194:17,19,22,24
  1194:25 1195:3
  1195:10,17
  1196:19 1199:20
  1200:10,22,22
  1201:5,6,17
  1202:11,20
  1203:21 1204:12
  1205:15 1207:5,9
  1208:8 1209:15
  1211:10 1213:5
  1216:7

**friendly** 997:18
**friends** 1009:16
  1009:19,24
  1010:17 1011:20
  1029:3,16
  1093:15,20
  1094:20 1104:13
  1105:13 1111:11
  1112:7 1113:16
  1114:1,24
  1117:10 1118:10
  1118:20 1119:1
  1121:7 1126:8
  1128:16,17,23,24
  1129:2 1130:8,17
  1130:21 1131:3,6
  1137:3 1141:6,24
  1142:10 1154:23
  1155:20,22
  1158:6 1179:19
  1181:11 1190:25
  1191:8,8,17
  1194:12 1195:6
  1197:13 1198:2
  1198:17 1199:6
  1201:20 1208:15
  1208:22
**front** 1004:9,10
**ft** 1087:12
**ftc** 1022:19,21,23
  1023:2 1086:7,9
  1086:13,18
  1087:10,12,15
**full** 1047:20
  1072:21 1092:2
  1092:22,22
  1094:18 1150:5
  1150:14 1211:14
**fully** 1056:24
  1142:23 1153:6
  1155:7 1214:6

**function** 1027:24
  1030:17 1060:7
  1060:15 1101:7
**functional**
  1067:17 1077:1
  1082:20
**functionality**
  1033:22,24
  1125:11
**further** 1136:6
  1160:15,24
  1206:18 1207:13
  1207:15 1220:13
  1220:17
**future** 1164:10

**g**

**g** 1020:9,20,23,23
  1021:3 1095:12
  1095:15
**gain** 1053:11
  1120:3
**garrie** 992:5 996:1
  996:2 998:22,25
  999:1 1101:24
  1102:2,4,7
  1107:17,23
  1109:17,21
  1110:4,8,18
  1135:15,22,24
  1136:17 1137:7
  1156:8,20,24
  1157:9 1159:15
  1159:17,20
  1160:8,9 1161:4
  1162:8 1163:4,21
  1163:25 1164:24
  1166:3,9,16,25
  1167:7,9 1211:24
  1213:19 1217:17
  1217:19,22
  1218:1,5,13

**gate** 1119:15
**gated** 1002:3
  1097:7 1120:16
  1120:19,22
  1123:20
**gatekeeper** 1119:9
  1119:13,14,17,19
  1120:3,6,9,12,16
  1120:22 1121:4
  1121:15,23,25
  1124:22,25
  1125:10,11,16,21
  1125:23,23,25
  1126:1,2,6,7,12
  1126:14,18,21,24
  1132:18,25
  1133:16,18,22
  1134:2,7,17,19,25
  1135:6,10 1136:1
  1136:11,13
  1206:13 1207:19
  1207:24
**gatekeepers**
  1122:2 1125:5,13
  1126:8 1133:12
  1133:14 1206:22
  1207:20,23
**gatekeeping**
  1127:6
**gates** 996:21 997:7
  997:21
**gating** 1035:6
  1122:13 1125:1
  1127:17
**general** 992:16
  1028:2 1074:18
  1122:18 1174:21
  1177:7
**generally** 1016:6
  1089:24 1105:21
  1122:20 1164:8

Veritext Legal Solutions
866 299-5127

[generally - half]

1205:22
**generate**  1056:10
**generated**  1028:10
1057:12,19
1074:23 1075:5,6
1075:9,11 1091:7
1177:12,23
1211:16
**gestation**  1034:12
**getting**  1028:4
1149:1 1197:12
1198:1,15 1199:5
**gibson**  990:5
991:5 995:22
1217:19
**gibsondunn.com**
990:12,20 991:12
991:19
**give**  1024:5
1035:18 1040:11
1077:12 1085:18
1086:14 1087:6
1110:20 1117:18
1120:24 1169:10
1190:22 1216:2
**given**  1003:16
1009:5 1017:7
1024:25 1050:11
1053:11,25
1062:20 1064:1
1079:7 1097:24
1101:7 1112:3,12
1159:11 1199:13
1202:8 1206:23
1217:14 1220:12
**giving**  1159:10
1199:12,24
1211:9,9
**go**  1015:12
1023:20 1025:22
1032:22 1036:1,4

1046:13 1048:7
1056:1,1 1060:13
1073:10 1086:12
1090:1,15,22
1093:4,17
1094:18,22
1095:5,25
1097:16 1101:11
1102:9,11
1104:22 1105:4
1111:20 1113:7
1114:19 1124:3
1133:5 1134:4
1135:16 1137:14
1139:6 1146:17
1148:1 1158:3
1159:18 1164:9
1167:1,4,8,9
1172:16 1178:12
1186:17 1189:24
1206:2 1215:15
1216:15 1218:8
1218:11,21
**goes**  1025:25
1040:20 1088:11
1110:19 1134:2
1134:19,23
1166:12 1172:2,8
**going**  997:12
999:2 1010:13,19
1012:4 1023:21
1028:16 1029:5
1032:13 1033:11
1046:10 1064:2
1065:21 1066:17
1073:15 1092:15
1102:5 1103:8,14
1108:24 1109:21
1109:22 1110:10
1134:12 1135:4
1135:16 1136:7

1137:25 1138:12
1138:18 1139:21
1145:20 1146:19
1158:3 1160:1,3
1172:16 1216:8
**good**  995:15,21
996:3 1046:10
1110:6 1139:15
1139:16 1148:25
**governed**  1061:20
1122:8
**gracefully**
1162:11
**grant**  1000:6
1001:23,25,25
1004:15,21
1083:14 1096:4
1124:12 1181:22
1187:16,18
1204:1 1210:8
1211:13 1213:4
**grantable**  1038:19
1038:22 1041:25
**granted**  1009:16
1009:19 1010:17
1011:20 1021:13
1032:20 1036:12
1037:2 1039:4
1041:25 1052:2
1057:10 1059:23
1062:21 1084:17
1091:18 1092:3
1097:2,19 1131:2
1153:19 1161:14
1168:4 1173:15
1185:20,23
1187:3 1208:15
1210:18
**granting**  1172:2
**grants**  1033:8
1034:5 1064:17

1065:12 1091:12
**graph**  1027:12
1029:17 1120:18
1127:14,20
1128:3,10,11
1129:11,13
1130:3 1131:10
1131:16,23
1132:10,12
1137:1,2 1144:22
**gray**  1162:11
**great**  999:15
1000:1 1110:16
1110:21
**group**  1017:5,8,22
1023:4 1032:15
1032:17,25
1033:5,6,21,24
1034:3,4,9
1036:11 1037:1
1067:16 1077:1,2
1077:4,6,11,18,21
1077:24 1082:20
1084:6 1085:16
1088:11,15
1117:20 1143:16
1150:13 1192:4
**groups**  1084:22
1191:11,25
**guess**  1167:10
**guidance**  1085:3
**guy**  1217:24
**guys**  1101:24,25

**h**

**h**  993:11 994:1
1021:7 1095:12
1112:22 1171:6
1223:3
**half**  1046:11
1092:15

Page 23

[handled - immediate]

handled  1039:4,6
  1182:10 1221:8
hannah  991:6
  995:24
happened  1127:5
  1127:7 1190:16
happens  1166:17
happy  997:24,24
  1004:14 1090:3
  1109:8,11 1113:3
  1113:12 1136:14
  1136:21 1137:5
  1139:3 1217:11
hard  1085:17
  1112:20 1120:24
  1120:24 1142:5
  1142:15 1183:21
  1185:12 1188:8
  1194:1
head  1047:19,21
  1071:5 1170:14
header  1012:4
  1016:3 1017:25
  1020:9 1021:7
  1025:10 1026:9
  1036:6 1038:15
  1044:22 1045:7
  1048:7,18
  1049:16 1065:24
  1078:5 1082:8
  1083:7 1086:3
  1089:4
hear  1029:8
  1102:3,6 1158:4
heard  1044:9
  1114:12,15,17
  1137:8 1160:7
hearing  1069:5
help  1034:17
  1052:24 1088:14
  1114:2 1116:7

1122:24,24
  1143:20 1153:21
  1177:8 1184:3
helpful  999:3,19
  1071:25 1116:9
  1195:25
helping  1212:19
hendrix  1156:7
hereto  1007:7
  1101:19 1107:13
  1111:4 1116:13
hesitate  1195:24
high  1020:15
  1021:11 1038:8
  1038:10,13
  1040:7 1050:4,7
  1069:25 1070:5
  1075:18 1076:2,8
  1076:9,12,13,14
  1093:9
highest  1070:5
highlighted
  1016:23
highly  986:11
  1218:17
historical  1064:12
  1065:6 1066:4
  1132:24
historically
  1054:3
history  1084:19
hits  1119:4
hive  1099:8,9,11
  1099:17
hoc  1111:11
  1114:1
hole  1137:15
hoped  1109:10
  1110:17
hopefully  1139:17

hour  1046:11
  1092:15
hours  1110:21
housekeeper
  1167:5
housekeeping
  1217:13
hregan  991:12
huang  1101:23
  1102:20,21
huh  1055:21
  1105:7
hundreds  1016:17
hypothetical
  1130:24

**i**

i.e.  1064:12
  1096:12
ian  992:16 995:23
idea  1134:18,22
identifiable
  1076:8
identification
  1007:6 1101:18
  1107:12 1111:3
  1116:12 1214:2
identified  996:9
  996:11,22,25
  997:8,10,21
  1000:15 1007:11
  1014:11 1050:19
  1068:1 1090:6
  1108:7 1109:7
  1113:1,4 1115:11
  1116:14 1136:24
  1145:16 1160:21
  1161:3 1172:18
  1184:25 1190:1
  1191:7,13
  1207:22,23
  1209:1

identifies  1016:24
  1017:1,21
  1089:11 1097:6
identify  995:13
  996:4 1014:23
  1058:17 1060:4
  1065:10 1090:17
  1090:22 1092:2,7
  1092:24 1093:7
  1094:7,20
  1104:24 1109:1
  1111:21 1121:5
  1125:25 1126:2,6
  1129:1 1131:1
  1132:11 1135:25
  1141:5,11,23
  1143:1,11
  1147:16 1151:1
  1151:15,20
  1171:8 1185:4,7
  1186:21 1189:21
  1204:25 1210:23
  1211:1,16,22
  1212:3
identifying  997:5
  1132:17 1184:9
identity  1018:15
  1019:18,20
ids  1000:11,14
  1014:25 1062:20
  1093:4 1094:24
  1095:7 1120:1
  1133:13 1206:23
imagine  1025:2
  1090:14 1098:22
ime  1116:17
  1117:3 1145:25
  1148:2,7 1170:12
  1180:23,24
immediate
  1027:23

Page 24

[impact - information]

**impact** 1176:6,7
1176:23 1180:11
1209:25 1210:19
1210:20 1213:1
**implementation**
1062:15
**implemented**
1064:16,21
1101:5
**implements**
1019:7
**implications**
1175:3,24
**important** 1040:7
1042:2 1093:23
1095:20 1096:8
1098:14 1128:20
1151:6 1177:8
**importantly**
1137:21
**improved** 1054:21
1080:6
**inception** 1079:22
1188:20
**include** 1120:7,17
1130:13 1136:19
1153:23 1176:2
**included** 1081:21
1081:25 1119:12
1129:12 1130:6
1132:19 1133:14
1141:19,20
1154:22 1179:10
1193:17 1215:7
1215:10,12
1221:14 1222:3
**includes** 1053:18
1102:19 1188:14
**including** 1132:3
1184:12 1188:18
1191:10

**incorrect** 1109:4
**independent**
1086:19
**indicate** 996:14
1020:6 1036:15
1039:18 1047:14
1052:4 1062:23
1063:16 1092:10
1093:1 1095:7,12
1095:15 1113:17
1198:9 1199:1
**indicated** 999:22
1002:10 1006:14
1030:15 1037:9
1052:3 1055:23
1059:2 1063:22
1067:20 1070:9
1071:16 1074:2,7
1088:10 1113:10
1140:1 1162:15
1188:23 1190:7
1197:6 1206:14
1214:15 1215:1
**indicates** 1004:25
1005:16 1008:20
1018:4 1030:6
1033:1 1034:15
1034:21 1038:21
1043:1 1047:23
1048:1,4,5 1049:6
1074:3 1075:18
1076:12 1111:9
1112:7 1118:16
**indication**
1003:16 1072:19
**indicative** 1008:22
1105:3
**indicator** 1112:15
**individual** 1009:8
1014:5 1019:20
1048:15 1061:24

1077:20 1079:15
1093:14 1127:19
1130:15,20
1135:2
**individual's**
1026:2
**individually**
1134:21
**individuals**
1077:17 1209:1
1210:10 1212:6
1213:11,24
**influence** 1096:6
**info** 1105:14
**inform** 1104:14,15
**informa** 1133:2
**information** 996:5
996:16,16 998:6
1001:21 1002:9
1009:22,25
1010:13,15,22
1012:7,9,16
1013:25 1014:1
1014:10 1018:7
1020:2,11
1021:14,16,22
1022:2,18 1024:5
1024:21 1025:12
1026:4 1033:17
1034:24 1035:8
1036:3 1039:7
1050:15 1055:11
1057:3,14
1058:10 1063:7
1063:25 1064:23
1065:6,23 1073:2
1073:5 1074:19
1076:8 1078:9,19
1078:21,24
1081:21,24
1082:6 1085:13

1085:14,19
1086:24 1087:1
1088:25 1095:23
1098:2,7,10,13,16
1098:16,18,21,24
1099:1,4,12,15,22
1099:23 1100:3
1100:15,19,23
1103:22,24,25
1104:6,14,15
1106:11,15,16,20
1106:22,23
1111:22 1112:1
1114:3 1116:9
1118:1 1120:7,10
1120:12 1121:15
1122:4,19
1124:13,22
1125:7,8,14,21,22
1126:15,20,23,25
1132:21,25
1133:7,14 1134:2
1134:14,15,22
1135:6,9 1136:11
1136:25 1137:10
1141:12,15
1143:10,14
1151:12 1152:17
1152:25 1153:12
1153:21 1154:23
1154:25 1155:11
1155:20 1158:14
1168:5,22
1179:18,19
1186:13 1189:10
1191:3 1192:3
1194:8,9,23
1195:10 1197:7
1199:20 1200:10
1200:22,22
1201:17,20,25

Veritext Legal Solutions
866 299-5127

[information - keeps]

1202:11,20
1203:4,8 1204:17
1206:15,25
1207:3,6,10
1209:16
**infrastructure**
1011:6
**initiated**   996:9,14
**inquiry**   1096:23
1141:21
**inside**   1016:6
1119:14
**install**   1152:5
1154:7
**installed**   1151:21
1155:23 1158:7
**instance**   1005:13
1006:13 1021:6
1025:9 1027:10
1036:5 1041:8
1059:24 1070:13
1075:17 1078:3
1099:20 1108:17
1127:20 1135:14
**instances**   1054:2
**instituted**   1187:12
**institutional**
1148:9
**integrated**
1061:10,12
1064:9,11,22
1065:4
**integration**
1064:24 1149:2
1149:20 1204:4
1210:6
**integrations**
1149:7,14,15
1193:14 1197:1
1215:25

**intend**   996:18
**intent**   1084:8
**interaction**
1152:13
**interchangeably**
1016:2
**interest**   999:3,17
1110:10 1162:5
1195:25
**interested**   1008:21
1094:8 1220:18
**internal**   1010:1,2
1010:6 1037:21
1042:4 1057:21
1060:2 1136:2
1210:23
**internally**   997:2
1015:11 1061:14
1211:16
**interpret**   1159:4
**interpretation**
1037:16
**interrupt**   1139:23
1175:14
**interrupted**
1096:9
**interrupting**
999:2 1108:1
**introduce**   1145:20
**introduced**   1003:6
1007:9 1027:11
1045:11 1082:23
1083:15,21
1107:14 1111:5
1128:11 1130:4
1186:19
**inventory**   1061:18
**investigate**
1168:16 1170:1
1171:15 1172:17

**investigated**
1169:16
**investigating**
1142:8
**investigation**
1141:14 1168:7
1168:15 1215:14
1216:13,19
**invitable**   1190:24
1191:7
**involved**   1014:9
1023:14,16,18,24
1024:3,4 1045:23
1045:25 1046:4
1050:14,20,25
1065:19 1077:10
1077:14,17,20,24
1094:2 1098:1
1128:14 1129:14
1133:12 1143:8
1144:3,5,11,14
1145:15 1170:2
1170:15,21,24
1171:19 1178:10
1180:8,12,17
1190:1 1210:5,17
1211:7,8 1212:14
1215:23
**involvement**
1100:6
**ios**   1197:4
**issue**   999:5
1017:23 1160:25
1217:10
**issues**   997:17,25
999:4,7,8,10
1017:18 1139:1
1159:23 1163:18
**item**   1217:13

**j**

**j**   1005:6,7,13
1006:15 1018:24
1025:10 1026:2,5
**jackie**   1205:11,16
1205:17
**jams**   992:4
**jamsadr.com**
992:11
**january**   1049:4,6
1049:10 1193:3,5
1193:10
**job**   986:24 1188:6
**john**   992:18
995:10
**joined**   995:23
**jsc**   986:4 987:4
**jump**   1007:3
1139:18
**june**   986:16
987:18 995:1,6
1102:19 1113:9
1115:11 1116:18
1118:25 1120:13
1121:6,16
1136:25 1148:3
1220:23 1221:3,5

**k**

**k**   989:7 1006:4,17
1026:9,19 1027:9
1030:25 1031:11
**keep**   1023:20
1136:7 1137:13
1137:21,24
1139:21 1152:4
1164:7 1166:13
1183:25 1215:25
**keeps**   1152:9
1184:10,13

Page 26

**[keller - likes]**

**keller** 988:5
995:18
**kellerrohrback.c...**
988:15,16,17,18
**kept** 1121:22
1143:3 1205:5
**key** 1150:15
**kind** 1045:12
1051:16 1099:4
1103:11 1129:13
1163:15 1182:20
**knew** 997:23
**know** 997:20,24
998:1 1009:2
1012:6 1014:24
1016:12,19
1018:3,9,15
1020:22 1021:2,9
1021:17,21
1022:8,10,21,23
1022:25 1023:5,9
1023:11,13,15,23
1023:25 1024:7
1024:15,23
1025:4,5 1026:21
1028:1 1030:8,24
1031:10,25
1033:11 1034:6
1034:11,13,14,20
1035:8,14
1037:10 1039:13
1042:2 1045:14
1045:16,18,23,25
1047:3,4,17
1050:10,17,24
1051:5,8,13
1056:5,17
1059:21 1064:10
1068:25 1070:4
1072:1 1074:12
1074:16 1075:6

1077:16,16
1078:18,22
1084:4 1085:13
1085:16 1087:9
1088:3,9,17
1098:9,12,20,24
1099:11,13,16
1102:2 1103:25
1107:5 1108:5
1109:8 1111:20
1112:9,10,17
1115:3,6 1129:19
1134:1 1138:24
1139:1 1145:14
1149:17,18,21
1152:3,23 1159:4
1160:3 1161:10
1162:2 1163:18
1163:24 1164:13
1167:3 1169:15
1179:22 1180:2
1183:12 1185:12
1193:5,12
1204:13,20
1205:23 1213:1
1217:6 1218:5
**knowledge**
1086:19 1135:18
1148:9 1208:16
1208:17,18
**knowledgeable**
1150:8,18
1212:17
**known** 1049:14
1060:17
**knows** 1153:10,17
1154:3,5,6,8,10
1154:17 1155:15
**kogan's** 1155:21
1158:5

**konstantinos**
1102:23
**kp** 1103:23 1148:7
1150:7,15,21,24

**l**

**l** 986:21 987:20
1032:14 1033:1
1033:17,19
1171:5 1220:1,24
**l.l.p.** 988:5
**labeled** 1009:12
**lack** 1148:9,11
**lackman** 1101:23
1102:21
**lacks** 1197:16
1198:19 1199:10
1209:20 1210:14
**lama** 1044:10,19
**lamas** 1044:14
**language** 1126:4
1218:6
**large** 1129:18
**late** 1100:8
**laufenberg** 988:7
**launch** 996:24
997:9,23 1044:7
1044:10,13,16,17
**law** 988:10 989:9
990:7,15 991:7,15
1164:22
**lead** 1081:3
1194:19
**learn** 1171:7
**learned** 1086:17
**leave** 1110:21
1140:2 1205:13
1205:18,21,22,22
1205:24 1206:1
**led** 1195:16
1196:18

**left** 1100:17
**legacy** 1002:3
**legal** 1015:4
1051:24 1052:6,7
1052:10,14
1053:10 1059:15
1061:2,18 1062:3
1062:6,11,18
1079:4,11,12,15
1085:2,10 1088:7
1221:7
**lesley** 989:8
**level** 1020:15
1021:11 1035:12
1035:14,20
1038:8,10,13
1040:7 1050:4,7
1066:22,23,24
1067:4,6,9,19
1068:1,6,8,12
1069:10,21,25
1070:8,22
1071:18,21
1072:2,20
1074:15 1075:22
1076:15 1085:18
1093:9 1137:9
1168:1
**levels** 1067:7,12
1068:16,19,20,23
1069:1,6 1071:13
1071:16,22
1072:7,10 1073:5
1073:9,19
**life** 1114:11,13,16
1114:25 1115:4,7
1115:16,19,23
1155:23 1158:8
**light** 1006:1
**likes** 1129:3
1191:16

HIGHLY CONFIDENTIAL

**[limit - low]**

limit 1189:10
limited 1187:22
  1187:25
linchpin 1148:8
  1150:17
line 1074:25
  1104:10 1114:19
  1221:15 1222:4
  1223:4,7,10,13,16
  1223:19
linear 1071:21
link 1105:8
list 1001:18
  1002:8 1032:17
  1032:18 1088:17
  1091:5 1093:18
  1094:6 1106:14
  1112:25 1145:10
  1145:14 1147:22
  1155:13 1185:19
  1185:22
listed 1002:6
  1005:9 1091:13
  1095:13
lists 1205:4
litigation 986:4
  987:4 995:9 997:9
  1221:4 1223:1
little 1004:19
  1033:4 1110:15
  1140:4 1189:13
  1193:24
llp 989:5 990:5
  991:5
local 1000:11
located 987:16
  1073:7
location 986:15
locked 1221:12
  1222:1

loeser 988:6 993:6
  993:8 1110:19
  1138:18 1139:14
  1139:24 1140:5
  1140:12,20
  1141:3,13,22
  1142:7,17 1143:9
  1143:23 1144:6
  1144:15,21
  1145:10,20,23
  1146:8,11,17,24
  1147:5,25
  1148:23 1150:6
  1150:20 1151:8
  1152:4,22 1153:2
  1153:8,23
  1154:17,25
  1155:5 1157:12
  1157:13 1158:5
  1158:17,25
  1159:21,24
  1160:7,10
  1161:18,21,22
  1162:4,10,22,23
  1162:24 1164:3
  1164:12 1165:25
  1166:5,14,15,24
  1167:16 1168:2
  1168:24 1169:19
  1171:22,24
  1172:14 1173:7,8
  1173:22 1175:7
  1175:13,17
  1176:1,9 1177:22
  1178:14,23
  1179:4,22 1180:2
  1180:14 1182:5
  1182:13,22
  1183:8,16 1184:6
  1185:18 1186:10
  1186:23 1187:25

1189:5 1190:5
1191:4,6,7 1196:3
1196:6,10,14,16
1197:21 1198:11
1199:2,18 1200:2
1200:9,16
1201:15 1202:19
1203:5,18 1204:6
1204:24 1205:10
1206:2 1207:14
1207:16 1209:6
1209:22 1210:12
1210:22 1211:1
1211:15 1212:5
1213:6,23
1215:13 1216:8
1216:21 1218:8
1218:20
log 1000:8,10
  1019:24 1020:2,5
  1088:10 1098:15
  1099:22 1149:7
logged 1044:2
  1098:8,10,23,25
  1100:14 1115:16
  1115:18,22
  1154:24 1155:1
logging 1098:13
  1101:1 1121:22
logs 1152:19
  1154:14
london 986:15
  987:17 995:1
long 1015:21
  1016:24 1113:20
  1113:20 1139:18
  1146:9 1160:23
  1163:9 1212:14
  1217:6
longer 1003:12
  1010:20 1018:1

1026:15 1027:24
1030:17 1076:21
1100:3 1129:21
1173:25 1190:10
1191:17 1200:23
longevity 1060:5
look 1003:15
  1009:1,11
  1020:20 1024:18
  1026:18 1040:24
  1055:25 1060:3
  1061:23 1062:12
  1087:17 1093:6
  1103:2 1104:10
  1111:14 1113:3,6
  1113:11 1143:11
  1143:13 1146:4
  1147:9,25
  1163:22 1167:2
  1172:12
looked 1004:7
  1007:15 1020:3
  1093:16 1094:11
  1116:22 1141:14
  1168:20 1169:10
  1209:25
looking 1034:15
  1053:15 1057:12
  1078:20 1093:5
  1105:1,3 1107:24
  1113:8 1118:6
  1121:12 1141:19
  1148:4 1168:25
  1173:13
los 992:9
lose 1172:8,23
  1174:24 1175:18
  1176:2,17 1177:1
lot 1042:4 1137:17
low 1068:6 1069:3
  1069:21,23

Veritext Legal Solutions
866 299-5127

**[low - means]**

1070:22 1071:13
1072:5
**lowest** 1069:21,24
**lweaver** 989:16

**m**

**m** 1036:6,15,21
1037:9,13,15
1171:6
**macdonell** 992:18
995:10
**machine** 1220:10
**maintain** 1185:16
**maintained**
1038:9 1185:24
1185:25
**maintaining**
1089:9,12
**making** 1003:17
1023:20 1028:1
1044:8 1094:3
1097:25 1210:21
1211:13 1214:16
1215:7 1218:18
**manage** 1061:3
1062:7 1208:2
**managed** 1039:1,2
1042:6 1061:18
1195:5 1207:4
**management**
1012:13,15,17
1013:4,5,9,12
1014:14,19,22
**manager** 996:24
997:9,23 1044:7
1044:10,13,16,17
1136:1
**manages** 1044:17
1212:15
**managing** 1042:3
1089:20 1144:3
1195:6

**manual** 1003:3,4
**manufacturers**
1149:11
**mapping** 1011:8
**march** 1005:15,18
1190:18 1192:16
1192:20 1193:9
**marked** 994:10
1007:5,8,9 1016:7
1028:22 1030:21
1091:11 1101:17
1101:21 1102:17
1107:11,15
1111:2,6 1116:11
1116:15 1146:9
1146:25 1147:1,3
1171:25
**master** 992:6
996:1,2 998:22,25
999:1 1101:24
1102:2,4,7
1107:17,23
1109:17,21
1110:4,8,18
1135:15,22,24
1136:17 1137:7
1139:3 1156:8,20
1156:24 1157:9
1159:15,17,20
1160:8,9 1161:4
1162:8 1163:4,21
1163:25 1164:24
1166:3,9,16,25
1167:7,9 1190:12
1211:24 1213:19
1217:17,19,21
1218:1,5,13
**maternity** 1205:13
**matt** 990:14
995:16,25 997:18
997:19 1103:10

1136:22 1138:23
**matter** 995:8
1015:9 1173:9
**matthew** 989:6
**maximum**
1164:23 1166:10
**mbuongiorno**
990:20
**md** 986:4 987:4
**mdl** 986:3 987:3
993:15,18,22,25
994:6,7 1007:10
1102:24 1107:16
1108:3 1111:7
1116:16
**mdl002898668**
993:19
**mean** 997:3
1005:23 1006:9
1006:14 1009:20
1012:12 1013:11
1016:5 1020:14
1020:17,24
1022:15 1023:20
1025:18 1026:23
1026:25 1027:8
1027:23 1029:25
1032:16,23
1034:17 1036:8
1036:16,25
1037:15,22
1038:17 1039:7
1039:16,19
1041:20 1042:18
1042:23 1043:8
1043:11,15
1044:15,23
1045:9 1047:6,8
1048:9,20
1049:18 1051:22
1052:10 1066:1

1066:19 1068:4
1069:9,16
1071:12 1072:11
1078:7 1079:15
1082:9 1083:9
1084:5 1085:9
1086:5 1087:19
1088:15 1089:5
1093:25 1095:21
1097:25 1099:7
1099:10 1101:2
1109:5,9 1110:3
1112:11 1113:6
1114:6 1117:12
1117:17 1124:20
1125:19 1129:7
1133:10 1135:3
1151:6 1154:20
1163:2,14,19
1164:13 1165:9
1167:2 1169:4
1175:14 1181:18
1181:20 1182:2
1182:12,18
1184:4,19,22,23
1184:24 1194:21
1214:22
**meaning** 1012:12
1028:13,15
1031:4 1047:22
**meanings** 1051:7
**means** 1014:1
1020:22 1021:9
1026:11,21
1028:11,20,21
1030:1 1032:25
1036:9 1037:10
1038:25 1039:2
1039:10,13
1040:3 1041:17
1042:20 1043:3

Veritext Legal Solutions
866 299-5127

[means - misunderstood]

| | | | |
|---|---|---|---|
| 1043:14,17 | 1014:3 1015:20 | 1110:6,14,23,24 | 1114:1 |
| 1045:6 1050:6 | 1016:22 1017:25 | 1111:5,12 | **metadata.xls** |
| 1051:5,9 1052:5,7 | 1024:23 1027:18 | 1112:24 1113:3 | 1113:16 |
| 1068:6 1074:16 | 1028:13,25 | 1113:13 1115:15 | **metadata.xlsx.** |
| 1075:7 1076:2 | 1029:15 1030:3 | 1116:6,14,20,25 | 1111:11 |
| 1087:8,20 1088:1 | 1032:11 1035:25 | 1117:24 1118:24 | **method** 1020:16 |
| 1112:9,10,17,21 | 1040:11 1041:4 | 1120:6 1121:25 | 1096:25 1097:5,7 |
| 1149:16,17 | 1044:9 1046:9,13 | 1123:3 1124:5 | **methods** 1097:7,8 |
| 1194:6 1200:17 | 1046:19 1053:1 | 1126:15 1127:11 | 1129:23 |
| **meant** 1041:2 | 1053:13 1054:13 | 1128:1,8 1129:25 | **migrate** 1126:20 |
| 1045:14,16 | 1054:25 1057:1 | 1130:23 1131:21 | 1127:5 1199:25 |
| 1051:11 1066:23 | 1058:1,19 | 1132:23 1133:9 | 1202:9 1206:21 |
| 1070:7,18 1071:4 | 1059:11,18 | 1134:1,9 1135:15 | 1207:17 1216:3 |
| 1072:20 1073:12 | 1060:16 1061:5 | 1135:19,23 | **migrated** 1136:12 |
| 1076:9,14 | 1061:22 1062:11 | 1136:3,18,23 | 1136:13 1206:24 |
| 1149:20 1194:22 | 1062:22 1064:2 | 1137:22,22 | 1206:25 1207:18 |
| **mechanism** | 1065:1,20,24 | 1138:2,10 1139:5 | 1207:25 |
| 1066:5 1122:13 | 1067:20,23,25 | 1147:7 1161:13 | **migration** 1133:12 |
| 1122:16,19 | 1069:16 1070:6 | **mellon** 1101:22 | 1144:4 1206:15 |
| 1123:8 1124:17 | 1070:14 1072:8 | 1102:20 | 1206:18 1208:1 |
| 1125:1 1132:19 | 1072:18 1073:7 | **members** 1023:9 | **migrations** 1127:5 |
| 1187:12 | 1074:11 1075:3,4 | 1079:11 | 1127:8,9 |
| **mechanisms** | 1075:24 1076:11 | **memory** 1004:11 | **mill** 991:16 |
| 1127:17 1142:21 | 1076:23 1077:15 | 1073:15 | **mind** 1137:13 |
| **media** 1141:1 | 1078:4 1079:8 | **mentioned** 1000:6 | 1166:13 1194:18 |
| **mediation** 999:6 | 1081:24 1082:7 | 1001:11 1063:23 | **minimize** 1216:1 |
| 999:12 | 1083:1 1084:19 | 1073:18 1081:18 | **minimum** 1039:12 |
| **meet** 999:4 | 1087:9 1088:16 | 1083:17 1102:22 | 1136:6 1164:23 |
| 1021:12 1136:21 | 1089:3,22 1090:4 | 1121:2 1144:25 | 1166:10 |
| 1137:19 1138:25 | 1090:5 1091:2 | 1210:2 1216:7 | **minute** 1110:11 |
| **meets** 1024:21 | 1092:16 1094:10 | **merely** 1007:16 | 1138:3 1146:4 |
| **mehta** 1170:23 | 1095:11 1097:14 | **message** 993:17 | **minutes** 1090:1 |
| 1171:3,5,7 1209:1 | 1098:9 1101:11 | 1101:21 1102:18 | 1103:5 1167:10 |
| **melamed** 989:6 | 1101:20 1102:4,5 | 1102:25 1103:20 | **missing** 1093:11 |
| 993:5 995:15,16 | 1102:11,17,25 | 1108:12 1148:2 | **mission** 990:8 |
| 996:3 997:18 | 1103:13,14 | **met** 1077:21 | **misstate** 997:3 |
| 998:11,17,24 | 1105:4 1106:1,16 | **meta** 992:17 | **misstates** 1209:3 |
| 999:20,21 1003:7 | 1106:23 1107:5 | 995:23 1120:3 | **misstating** 996:18 |
| 1007:8,19,23 | 1107:14,20 | **metadata** 1072:16 | **misunderstood** |
| 1008:3,5,12,16,17 | 1108:2,5,24 | 1072:21 1111:8 | 1123:9 |
| 1012:12 1013:17 | 1109:7,13,19 | 1113:14,24 | |

Veritext Legal Solutions
866 299-5127

**[mmelamed - number]**

mmelamed   989:14
mobile   1197:3
modification
  1076:13 1096:22
modified   1097:13
  1208:4
modifies   1020:18
  1123:17 1124:10
modify   1032:19
  1125:12,14
  1207:20
modifying
  1122:16 1123:15
molaro   1021:5
  1025:8 1041:7
  1070:13 1075:16
  1078:3 1099:19
  1135:14
molly   1117:4
moment   1003:5
  1172:12
momentarily
  1145:22
money   1182:6,15
  1182:19 1183:1
  1184:1,11
  1215:16 1216:15
  1216:19
monica   1172:1
morning   995:15
  995:21 996:3
  1093:6 1094:12
  1139:15
mosseri   1172:1
  1173:23,24
  1212:24
motion   1159:16
  1164:8,9
move   1116:10
  1137:23 1160:17
  1162:18,18

1163:5,7,23
  1164:6 1176:13
moving   1016:3
  1136:15,15
  1162:4,4,13
  1164:7
mul   1145:8
multiple   1145:8
mute   1191:5
mutual   1162:5
mysql   1011:13

**n**

n   993:1 1037:20
  1038:1 1048:24
  1111:10,10
  1113:25,25
name   1004:5,6
  1009:13,15
  1010:1,3 1011:20
  1046:7 1089:4
  1090:24 1099:14
  1111:10 1112:4
  1114:20 1118:13
  1171:2,4 1220:21
names   1010:6
  1023:13,15,18
  1024:2 1050:24
  1069:5 1077:10
  1077:13,16
  1170:13 1181:1
  1209:10
naming   1010:2
nana   1111:10
  1113:25
narrative   1018:1
narrow   1162:3
  1163:11
native   993:14,21
  993:24 1210:5
nature   1194:10,13
  1194:25

near   1160:3
necessarily
  1013:11,16
  1025:14 1042:23
  1068:13 1069:24
  1070:5 1071:21
  1071:23 1079:15
  1081:13 1084:4
  1093:25 1095:22
  1098:15 1130:22
  1150:3 1154:23
  1188:22 1215:10
necessary   1137:11
  1139:2 1221:14
  1222:3
need   1007:21
  1012:21 1035:2
  1036:18 1081:3
  1137:12 1138:12
  1160:4,23
  1165:18 1167:4
  1176:14 1185:6
needed   1058:18
  1081:23
needs   1052:1
  1096:19
negative   1140:14
  1140:22
neither   1040:12
  1220:17
net   1171:12
netflix   1059:25
  1060:3,5
nevada   986:22
new   1007:23
  1008:11 1025:23
  1026:1 1169:8
  1172:9 1192:2
  1202:21 1217:24
newsfeed   1192:25

night   1216:12
  1217:8
non   1083:8
  1091:23
non30   1165:3
nonadhoc   1113:15
nonapp   1201:17
  1202:20
nonpermissible
  1084:1,2,9,16,20
  1084:23 1085:21
nonpublic   1163:1
nope   1006:24
normal   1215:11
northern   986:2
  987:2
notate   999:9
notating   1221:15
  1222:4
note   998:3 1027:9
  1065:20 1093:23
  1095:21 1096:8
  1164:19
noted   1045:24
  1136:24 1137:24
  1156:21 1218:24
notes   1004:10
  1037:20 1219:4
notice   1160:13,22
  1161:5 1164:21
  1171:12
noting   1173:5
  1216:23
null   1022:5
  1031:11,17,22
  1041:15
number   993:12
  994:2,11 997:1
  1007:10 1009:2,2
  1014:16 1017:8
  1017:12 1019:3

**[number - okay]**

| | | | |
|---|---|---|---|
| 1020:24 1026:2 | o'neil 1101:22 | 1107:1 1115:8,8 | objections |
| 1028:19,19 | 1102:21 1118:16 | 1116:1 1117:14 | 1140:24 1156:21 |
| 1029:21 1049:2,6 | 1121:3 | 1118:22 1119:23 | 1158:9 1159:8 |
| 1049:9 1050:13 | o0o 995:3 1218:25 | 1121:17 1122:23 | objectives 1183:23 |
| 1050:16 1051:6 | oakland 989:12 | 1124:2 1126:9 | observations |
| 1051:12 1061:3 | oath 998:14,19 | 1127:3,22 1128:4 | 1215:23 |
| 1068:22 1080:21 | 1220:9 | 1129:17 1130:18 | obtained 1155:22 |
| 1089:10 1094:21 | object 1002:24 | 1131:11 1132:14 | 1158:6 |
| 1102:24 1111:24 | 1012:8 1013:14 | 1133:4,4,21 | obviously 1147:8 |
| 1112:7,11 1114:8 | 1013:21 1015:15 | 1135:12 1140:16 | 1217:2,9 1218:17 |
| 1114:23 1115:13 | 1016:16 1017:19 | 1141:8 1142:11 | occasions 1058:16 |
| 1115:15,17 | 1024:16 1027:13 | 1143:5,19 1144:1 | 1081:19 |
| 1120:4 1125:17 | 1028:5,17 | 1144:8,18 1145:4 | occur 1168:2 |
| 1128:12 1129:18 | 1029:12,20 | 1145:12 1147:18 | occurred 1133:13 |
| 1131:14 1132:2 | 1032:1 1035:22 | 1150:1 1151:4,23 | 1212:9 1213:14 |
| 1140:18 1141:10 | 1040:4 1041:3 | 1152:18 1153:1,4 | occurs 1096:22 |
| 1142:3,20 1144:5 | 1044:4 1052:23 | 1154:19 1156:1 | october 1001:4,8 |
| 1151:11 1152:12 | 1053:5 1054:5,19 | 1157:25 1158:20 | 1001:12 1002:10 |
| 1158:2 1170:2,14 | 1057:22 1058:14 | 1167:21 1168:18 | 1002:19,21 |
| 1171:18 1180:25 | 1059:5,14 | 1169:14 1172:10 | 1003:1,11 1004:3 |
| 1181:23 1182:14 | 1060:12,23 | 1173:1,19 1175:1 | 1006:6 |
| 1182:25 1187:23 | 1061:16 1062:1 | 1175:21 1176:4 | offer 1002:14 |
| 1190:6 1191:9 | 1062:16 1063:18 | 1177:13 1178:8 | 1109:14 1165:18 |
| 1196:24 1197:14 | 1064:25 1065:8 | 1178:17 1179:15 | offering 1006:2 |
| 1198:3,18 1199:7 | 1067:14,22 | 1179:24 1180:6 | 1118:3 1203:13 |
| 1207:19 1211:4 | 1069:11 1070:1 | 1182:1,8,17 | office 1221:11 |
| 1221:15 1222:4 | 1070:10 1072:3 | 1183:10 1185:9 | offline 1136:3,14 |
| numbers 1068:21 | 1072:12,23 | 1187:19 1189:2 | 1137:6 1138:23 |
| 1068:25 1070:7 | 1074:8,24,25 | 1189:23 1195:22 | oh 1192:8 |
| 1071:4,16 1116:5 | 1075:20 1076:4 | 1199:22 1200:4 | okay 995:5 997:16 |
| 1193:16 | 1076:16 1077:7 | 1200:12 1201:9 | 1001:24 1004:16 |
| numeric 1010:20 | 1078:1 1079:2 | 1202:14,24 | 1004:17 1008:1,3 |
| 1016:24 1047:4,5 | 1081:17 1082:2 | 1203:9,22 | 1008:10,16 |
| 1047:8,13,17,23 | 1082:18 1084:12 | 1204:19 1205:2 | 1009:25 1026:9 |
| 1048:14 | 1086:10 1088:12 | 1210:11,25 | 1029:8,15 |
| numerical 1068:7 | 1088:21 1090:20 | 1211:20 1212:11 | 1046:14 1056:5 |
| 1068:8 | 1092:4 1093:21 | 1215:4,18 | 1066:17,20 |
| | 1095:1,4 1097:4 | objection 1060:11 | 1074:21 1089:21 |
| **o** | 1097:21 1104:18 | 1123:25 1156:19 | 1089:25 1090:4 |
| o 1038:15 1039:8 | 1104:21 1105:23 | 1164:13 1186:16 | 1090:12 1091:8 |
| 1039:11 1193:7 | 1106:12,18 | 1211:3 | 1092:16 1094:16 |

Veritext Legal Solutions
866 299-5127

[okay - particular]

1095:11 1096:3
1101:12 1103:7,8
1103:17,25
1105:17 1106:6
1109:5 1110:8
1111:17 1112:4
1113:6 1116:6,10
1116:25 1129:25
1130:14 1134:9
1135:19 1136:17
1136:23 1138:4,5
1139:22 1140:5
1145:10 1147:14
1151:8 1158:25
1161:15 1166:25
1167:4,7,11
1171:1 1172:20
1182:5,13 1190:5
1190:19 1191:23
1192:21 1194:3
1194:15 1196:5
1201:4,15 1202:6
1206:4 1214:22
1218:21,22
**oncall** 1016:4,8,8
1016:10 1017:2,3
1017:4,6,6,11,11
1017:14,16
1089:4,8,14,15,18
**oncalls** 1016:19
**once** 1074:25
1091:14 1092:20
1092:25
**ones** 1085:8
1145:16
**ongoing** 999:7
1147:22 1193:22
1217:3
**onwards** 1205:7,9
**operate** 1202:18

**operated** 1033:14
1040:9,13
1177:17
**operates** 1033:15
1164:21
**operating** 1051:1
1197:3
**operational**
996:10
**operationalized**
1066:16
**opining** 1166:10
1166:11
**opinion** 1148:21
1156:5
**opposed** 1196:2
**order** 1022:19,21
1022:23 1023:2
1052:2 1054:1
1056:10 1059:13
1059:20 1061:8
1061:25 1078:12
1081:4,7 1086:7,9
1086:18 1087:10
1087:12,16
1093:7 1119:6
1142:23 1143:15
1149:12
**oregon** 986:22
**organization**
1147:21
**organizations**
1182:18
**original** 1144:23
1220:14 1221:10
1221:21
**originally** 1147:3
**ought** 1161:10
**outcome** 1048:22
**outside** 1044:4
1060:23 1067:14

1077:7 1084:12
1088:21 1116:2
1121:17 1134:3
1140:16 1141:17
1142:11 1144:8
1148:14 1149:25
1150:10 1151:23
1155:25 1157:24
1158:19 1171:17
1177:13 1183:10
1184:2 1185:9
1197:17 1198:5
1198:20 1199:9
**override** 1003:25
1005:1
**owned** 1016:7
1040:9,13
**owner** 1018:19,24
1025:10,15

**p**

**p** 1039:12 1041:9
**p.m.** 987:18 995:2
995:6 1005:15
1046:15,18
1101:13,16
1102:16 1138:6,9
1139:9,12
1146:20,23
1167:12,15
1206:5,8 1218:23
1218:24
**page** 991:16 993:3
993:12 994:2,11
1013:8,11,19
1062:25 1103:15
1103:16 1104:11
1105:6 1108:8
1117:1 1148:1,4
1173:4 1195:5,6,7
1221:15 1222:4
1223:4,7,10,13,16

1223:19
**pages** 986:25
1221:14,17,17
1222:3,6,6
**paid** 1182:15
1183:1 1215:16
1215:21 1216:16
**pair** 1005:14
1097:24 1099:25
1100:20
**pairing** 1006:19
**pairs** 1100:4,5
1185:20,23
**palo** 991:17
**papamiltiadis**
1102:23 1103:21
1104:16 1105:8
1105:20 1106:24
**paragraph** 1148:5
1148:24 1171:11
**parallel** 996:17
**parens** 1002:11
**part** 1023:4,11
1024:12 1048:12
1064:15 1072:15
1080:13 1083:2
1098:16 1103:9
1105:1 1113:22
1117:25 1118:3
1150:24 1184:15
1184:20 1210:2,7
1217:16
**participate** 1217:8
**particular** 1013:3
1018:10 1024:7
1070:16 1077:20
1096:5 1127:1
1161:16,24
1163:16 1169:16
1169:17,18
1201:11,12

Page 33

[particularly - perpetuity]

**particularly**
 1156:4 1192:1
**parties**   988:2
 989:2 990:2 991:2
 992:2 999:4,14
 1110:22 1118:2
 1143:2 1169:1,13
 1183:7 1186:4,25
 1197:8 1199:19
 1200:9 1202:1
 1207:5,9
**partner**   1144:16
 1150:9 1169:18
 1193:13 1204:7
**partnered**
 1149:11
**partners**   1140:15
 1141:5,24
 1143:18,22
 1145:1 1147:16
 1148:12,25
 1149:4,10
 1161:17,24
 1163:17 1168:8
 1168:17 1172:9
 1172:24 1174:24
 1175:19 1176:3
 1181:5,24 1182:3
 1182:6,14 1183:1
 1184:1,4,8,11,12
 1184:19,25
 1185:4 1193:10
 1204:10,11,14
 1205:1,5 1208:7
 1209:9 1210:6,7
 1211:9,12,19
 1214:2 1215:16
 1215:21,21
 1216:15,19
**partnership**
 1173:12

**partnerships**
 1085:1,10
 1144:12,13
 1145:17 1147:20
 1167:23 1171:20
 1173:13 1175:5
 1177:16 1196:25
 1203:24 1204:9
 1212:16
**party**   1001:7,10
 1001:14 1012:22
 1013:13 1014:2
 1029:7 1033:8,10
 1033:20,22,25
 1034:9 1037:24
 1038:4,7,16,20,23
 1039:12,15,17,21
 1039:22,23
 1040:3,8,12,16,18
 1040:20 1041:2,6
 1041:20,21,21
 1042:1,3,8,10,12
 1042:14,16
 1057:11 1059:17
 1059:19 1061:7
 1061:20 1062:9
 1081:2 1105:14
 1152:20 1158:16
 1176:23 1189:11
 1190:3 1193:2
 1194:10,13,25
 1201:16 1220:19
**pass**   1126:1
**passed**   1126:3,7
**pay**   1184:1,4
**paying**   1182:6
**payments**   1169:21
 1170:6,9 1171:9
 1171:21
**pdf**   1221:12
 1222:1

**pearly**   996:21
 997:7,21
**penalty**   1219:2
 1221:16 1222:5
**people**   1017:9
 1019:16 1023:4
 1023:13,16,18
 1024:2,4 1034:4
 1036:10 1050:13
 1050:16,17,19,24
 1067:17 1077:10
 1077:13 1079:13
 1115:13 1117:21
 1144:5 1147:20
 1150:13 1170:2
 1170:14 1171:19
 1178:10 1180:8
 1180:10,16,22,25
 1181:7,16
 1187:23 1188:1,2
 1188:5,7 1190:1
 1193:8 1197:4
 1208:13,23,25
 1209:5,11,12
 1210:4,16 1211:7
 1212:12,13,17
 1214:14 1215:23
**percent**   1077:19
 1105:25
**perform**   1017:12
 1060:15
**performed**   1067:1
 1067:3
**performs**   1060:7
**period**   1003:18,20
 1003:23 1006:12
 1052:25 1054:15
 1057:24 1064:13
 1092:11 1093:18
 1095:13,18
 1100:8 1127:8

 1144:20,21
 1155:3 1171:14
 1202:7 1204:15
 1211:10 1212:14
 1221:18 1222:7
**perjury**   1219:2
 1221:17 1222:6
**permanently**
 1011:15
**permissible**
 1082:8,12,15,24
 1083:2,4,8,13
 1084:1,2,9,16
**permission**   1033:2
 1111:11 1113:16
 1114:1 1129:2,10
 1130:1,3,5,15
 1137:3 1192:2,9
**permissions**
 1029:3,6,16
 1112:8 1114:7,8
 1114:24 1117:10
 1118:10,20
 1121:7 1126:8
 1128:16,18,19,25
 1129:5,21
 1130:13,17,21,21
 1145:6 1147:23
 1153:19 1168:10
 1172:25 1190:14
 1190:17 1192:15
 1192:18,19,22
**permitted**   1001:19
 1002:8 1061:25
 1126:16 1127:1
 1127:13 1131:22
**permitting**
 1169:23 1170:10
**perpetuity**
 1006:19

Veritext Legal Solutions
866 299-5127

**[person - precursor]**

**person**  1010:11
1019:1,2,5,7,8,10
1019:11,13
1025:11,15,19
1026:3,6 1048:11
1078:20 1150:8
1150:15 1156:6
1156:11 1158:13
**person's**  1171:2
**personal**  1076:6
1100:6,18
1135:18 1157:18
1164:17 1165:3
1165:10,14
1208:17,18
**personally**  1014:9
1160:2 1166:19
**pertain**  1033:20
1034:9
**pertaining**  1044:2
1065:7
**pertains**  1012:17
1025:6 1220:13
**pertinent**  1190:23
**phonetic**  1044:11
**photos**  1191:11,17
**phrase**  1100:10
1115:13 1124:19
1148:17 1176:17
1176:18,20
**phrased**  1065:2
**phrasing**  1011:17
**phuntso**  991:14
995:24
**pick**  1196:7
**picture**  1129:14
1150:15 1207:2
**place**  1003:1,4,4
1086:12 1127:9
1127:10 1138:22
1142:21 1143:9

1191:21 1206:19
1220:6
**placed**  1075:1
**places**  1148:19
**plainly**  1057:2
**plaintiff**  1135:25
**plaintiff's**  999:19
**plaintiffs**  987:16
988:4 989:4
995:17,18,20
997:8,10 1014:23
1091:23 1138:12
**platform**  1027:5
1035:24 1036:2
1061:21 1062:10
1119:25 1120:15
1122:5,16
1144:11 1145:16
1145:17 1149:1,5
1149:6,23
1151:13 1152:14
1152:17,21
1153:3 1154:11
1154:16 1156:3
1157:6,7 1158:22
1159:12 1169:9
1170:22 1172:9
1172:24 1174:25
1175:20 1176:3
1181:25 1182:4,7
1182:16 1183:2
1184:21 1185:8
1185:17 1202:21
1210:7 1212:15
1212:16
**platforms**  992:17
995:23
**plausible**  1085:13
**please**  995:13
1032:23,23
1070:20 1092:18

1095:5 1113:20
1119:22 1136:3
1153:7 1161:20
1172:19 1194:6
1214:11
**plural**  1015:23
**point**  998:8
1001:4 1034:8
1052:15 1066:9
1085:8 1095:8
1098:8 1100:2
1118:8 1137:21
1165:17,24
1190:10 1191:14
**policies**  1134:6,25
1135:5
**policy**  1156:3
1157:6,7 1158:22
1159:4,12
**politics**  1093:15
1093:20 1094:20
1130:8 1131:3,6
**poor**  1011:17
**poorly**  1065:2
**populated**
1020:25 1021:4
**port**  1017:22
**positions**  1188:4,5
**possesses**  1204:18
**possibility**
1031:24,24
**possible**  1014:16
1019:6 1030:25
1031:7,18 1032:8
1038:25 1041:10
1041:13,14
1066:12,13
1073:3 1109:3
1144:5 1157:1
1195:7

**possibly**  1050:20
1051:14
**post**  1151:2
**posted**  1009:24
1151:12 1192:3
1194:23 1195:7
**posts**  1191:11
**potential**  1068:11
1070:21 1173:13
1175:3,5,23
1176:6 1209:25
1213:1
**potentially**  1116:8
1119:12
**poturnak**  1102:22
**power**  1188:3
**powerpoint**
1172:1,7,22
1173:10,17,21
1174:7,10,12,14
1174:19,20
1177:4,6,10,10
1178:7,11,15,24
1179:3,6,11
**practices**  1140:15
1140:23 1184:17
**precise**  1037:18
1038:11 1039:24
1053:10 1055:3
1063:13 1069:5
1120:25 1123:16
1131:19 1193:24
1193:25 1201:1
**precisely**  1043:2
1047:5 1065:17
1098:4 1104:6
1106:22 1142:15
1149:19
**precursor**  996:22
996:23

Veritext Legal Solutions
866 299-5127

[predates - prolong]

predates   1064:24
preexisted   1080:9
preexisting   1081:6
preface   1078:19
  1078:22
preferences
  1125:17
prep   1106:1
preparation
  1031:13 1032:3
  1071:1 1078:16
  1103:4 1111:18
  1116:21,23
  1170:15 1208:23
  1209:5,11
  1212:13 1215:19
preparations
  1150:25 1169:24
prepare   1150:20
  1173:17 1177:8
  1178:16 1205:14
prepared   1156:25
  1157:1,2,4,8,14
  1158:23 1172:1
  1188:24 1195:18
  1212:25
preparing   1106:2
present   992:15
  1053:2 1126:18
  1159:16 1205:1
presented   1148:22
presently   995:17
  1034:15 1036:1
  1094:13 1123:21
  1133:20 1135:10
press   1140:14,22
pretty   1163:8
prevent   1204:5
prevented   1132:9
previous   997:21
  1041:14 1063:25

1083:11
previously   994:10
  995:12 997:8,10
  997:11,20 998:14
  1073:18 1081:18
  1083:17 1095:20
  1146:9 1147:1
  1171:25 1188:23
  1190:7,24
  1191:13 1192:25
  1195:15
primarily   1151:11
primary   1011:5
prior   1002:20,21
  1046:1,4 1047:11
  1048:13,22
  1049:22 1050:15
  1050:23 1054:13
  1059:3 1062:14
  1064:17 1067:2
  1083:1 1084:24
  1094:6,11
  1186:12,18
  1201:19,20
  1220:8
privacy   995:8
  996:25 997:1
  1044:18 1045:8
  1045:10,15,21
  1046:1,21
  1047:10,18
  1048:8,12,16,19
  1048:23 1049:11
  1049:17,21,25
  1050:5,9,14,22
  1051:3,14 1085:2
  1085:11 1088:8
  1221:4 1223:1
private   1122:7,10
  1122:18,22
  1123:5,8,12,19,21

1124:9,19,23
  1163:1 1167:24
  1168:8,16
  1192:11,19,22
  1202:2 1203:7
probably   1016:18
  1031:9 1109:14
  1140:8 1193:19
problem   1103:8
  1196:5
problematic
  1162:13
problems   1162:16
procedure
  1221:19,20
proceed   1090:3
proceedings
  1220:5,8,9,15
process   999:14
  1002:18 1003:1,5
  1003:10 1006:4
  1023:4,5,7,12,14
  1023:16,19,24,25
  1024:3,8,12,15,18
  1024:24 1025:6
  1033:7,9,16
  1034:3 1036:11
  1037:1 1044:7
  1045:10,13
  1046:1,4 1047:10
  1048:23 1050:4
  1051:1 1054:9
  1061:10,13
  1064:10,12,16,23
  1065:5,18 1066:6
  1066:15 1068:19
  1082:22,23
  1083:22,25
  1084:11,25
  1091:16,21
  1093:10 1094:5

1147:22 1148:8
  1150:16,23
  1168:3 1186:24
  1187:2,5,11,11,14
  1193:13
processed   1050:22
processes   1003:3
  1025:3 1044:18
  1044:21 1150:19
  1189:8
produce   1067:19
  1108:25 1110:14
produced   1007:2
  1015:1,6 1072:16
  1073:1,3,22,25
  1092:1 1109:2,15
  1109:20 1130:25
  1134:13
producing
  1083:19
product   1085:1,10
  1136:1 1145:17
production   996:7
  1035:6 1065:22
professional
  987:21 1165:21
  1220:2
profile   986:4
  987:4 995:9
  1192:3 1221:4
  1223:1
profits   1171:12
program   1048:12
  1049:22 1050:14
  1193:18,18
progressing
  1071:24
project   1136:1
  1177:12,24
prolong   1167:4

[promised - ready]

**promised** 1169:22
1170:7,10
**prompted** 1208:1
**pronounce**
1118:12
**proposed** 1175:25
**protocol** 1218:2,3
**prove** 1162:12
1164:11
**provide** 1000:1
1006:17 1009:21
1033:1 1086:20
1136:6 1138:14
1156:5 1158:11
1164:16 1217:18
**provided** 1019:11
1019:14 1072:15
1073:24 1074:3
1079:17,19
1118:1 1131:24
1131:24 1132:9
1137:11 1142:10
1143:12 1165:23
1170:10 1214:12
1214:18,24
1215:5 1221:19
1222:8
**providers** 1061:4
**provides** 1006:15
**providing** 1143:24
1160:1 1162:24
1162:25 1203:7
1203:21
**public** 1169:4
1192:19 1195:8
**publicly** 1115:21
1195:7 1197:12
1197:25 1198:15
**pull** 1004:14
1008:13 1014:13
1094:24 1103:21

1103:24 1104:1
1104:17 1118:18
1119:6 1137:1
1142:22 1143:15
1147:2 1150:5
**pulled** 1052:15
1057:15 1107:6
1118:17
**pulling** 1117:21
1142:4
**purpose** 1013:18
1017:21 1137:4
**purposes** 1014:4
**put** 997:14
1073:20 1077:1,2
1091:10 1163:25
1171:22 1208:19
**putting** 1132:7
**pwangdra** 991:19

**q**

**qualified** 1156:5
1158:13
**queries** 1002:9
**query** 1002:5
**question** 1021:24
1023:21 1027:19
1030:5 1056:24
1065:2 1067:24
1088:14 1093:23
1104:4,8 1109:23
1110:7 1115:9
1123:2 1125:16
1132:5 1134:8
1144:23 1153:6
1153:15 1155:7
1155:14 1156:3,6
1156:12,16
1157:2,2,3,5,5,16
1157:17,19,21,23
1158:2,12,22
1159:1,3,7,11

1164:2,7 1165:6,8
1165:12,13,17,19
1166:18,20,21,22
1168:13 1170:1
1173:6 1175:9
1176:11,13,14
1180:14 1182:21
1182:24 1189:12
1189:16 1193:23
1194:2,5 1195:21
1195:23 1196:1
1197:22,23,24
1199:16 1200:14
1200:15 1208:6
1211:25,25
1213:7,16,20
1214:8,10,21
1216:10
**questioning** 998:7
1074:25 1138:19
**questions** 1000:22
1015:5 1026:17
1074:1 1089:23
1090:1 1096:24
1110:16 1113:7
1118:7 1138:14
1139:17 1146:6
1147:6,7 1148:6
1150:22 1155:14
1159:14,21,25
1160:10,16,16,18
1160:25 1161:1
1162:10,14,19
1163:24 1165:16
1166:1,2 1172:15
1196:11,14
1206:12 1216:22
1217:4
**quick** 1046:12
1172:20,20

**quickly** 1004:22
1110:12 1146:18
**quip** 1105:9,12,18
1106:3 1107:7,10
1108:7,14,16,25
1109:25 1177:12
1178:2,3
**quips** 1109:16
**quite** 1123:17,17
1123:18 1126:5
1164:22 1175:7
1203:10

**r**

**r** 1044:22 1223:3
1223:3
**r&s** 1222:1,9
**rabbit** 1137:14
**raised** 999:11
1109:7 1141:1
1197:5 1217:11
**raising** 997:17
**range** 1127:5
**ranging** 1123:17
1123:18
**reach** 1150:21
1174:5
**read** 1112:16
1113:19 1128:16
1129:6,7,8 1130:1
1130:2,5 1148:5
1149:2 1175:10
1175:16 1176:14
1191:16 1193:1
1213:8 1219:2
**reading** 1081:9
1103:11 1104:2,3
1114:5 1156:13
1221:23 1222:9
**ready** 1101:24
1162:9

Veritext Legal Solutions
866 299-5127

**[real - refers]**

real   1146:18
realize   1146:25
  1217:24
really   1124:6
  1195:13 1199:14
  1199:15 1214:20
  1214:20
reask   1147:8
reason   1011:1
  1031:21 1050:5,8
  1051:3,14 1074:5
  1074:10 1075:25
  1115:25 1116:3
  1132:8 1188:12
  1199:19 1204:24
  1205:19 1213:18
  1213:21 1223:6,9
  1223:12,15,18,21
reasonable
  1123:19 1136:4
reasons   1014:17
  1014:17 1022:13
  1196:24 1199:24
  1200:6
rebecca   986:21
  987:20 1220:1,24
recall   1004:13
  1059:21 1069:5
  1071:12,13,15
  1072:5 1073:19
  1074:14 1075:21
  1098:2,7,17
  1099:24 1100:2
  1106:19,21
  1107:2 1116:5
  1124:21 1129:24
  1130:2,9,19
  1140:18,25
  1147:10 1172:4,5
  1172:7,22
  1174:20 1176:18

1176:19,21
  1178:20 1180:17
  1181:2 1189:3
  1199:23 1206:17
  1209:10 1211:5
recalled   1173:9
receive   1186:25
  1202:12
received   1074:22
  1140:14 1158:15
  1169:12,22
  1171:9,16,21
  1174:7,10,12
  1184:11 1200:10
  1202:2,6 1214:3
recess   1046:16
  1101:14 1102:14
  1138:7 1139:10
  1146:21 1167:13
  1206:6
recognized
  1090:12 1171:13
recollection
  1055:24 1058:15
  1063:24 1064:8
  1070:4,25
  1073:14 1074:6
  1081:19 1090:9
  1100:11,22
  1106:13 1108:15
  1108:22 1178:19
  1179:8
recommendation
  1145:9,19
record   995:6,14
  997:5,15 998:4,23
  999:6 1046:13,15
  1046:18 1065:20
  1094:4 1101:11
  1101:13,16
  1102:10,12,13,16

1113:8 1116:24
  1136:24 1137:24
  1138:6,9,15,16
  1139:6,7,8,12
  1140:8 1146:9,18
  1146:19,23,24
  1153:10 1155:11
  1156:21 1157:11
  1167:8,9,12,15
  1177:2 1188:12
  1206:3,5,8
  1214:13,24
  1216:23 1217:1
  1217:12 1218:8
  1218:11,12,14,21
  1218:23 1220:9
  1220:12
recorded   1026:2
records   1143:3
rectify   1110:13
redirect   1140:7
reevaluated
  1196:22
reevaluation
  1197:9
refamiliarize
  1103:6 1172:12
refer   1000:8
  1033:13 1045:12
  1047:9,16
  1068:23 1069:13
  1071:23 1074:18
  1074:19 1075:8
  1089:8,15,18
  1112:2 1122:19
  1147:3 1149:7
reference   1000:14
  1020:1 1087:10
  1092:14
referenced
  1000:18 1013:1

1221:6
references   1009:3
  1009:4 1013:3
  1019:5
referencing
  1011:25 1022:22
  1094:11 1105:18
  1120:23 1169:18
referred   1010:4
  1015:22 1044:10
  1044:14 1070:3
  1072:2,7 1085:7,9
  1108:6,13
  1150:16 1207:17
referring   1032:6
  1046:8 1052:25
  1058:23 1076:17
  1099:9 1105:21
  1105:25 1129:8
  1155:4 1194:22
  1212:23
refers   1010:23
  1021:10 1022:16
  1022:23 1026:13
  1027:14 1028:7
  1032:17 1033:5
  1037:23 1038:3
  1038:18 1039:14
  1040:8 1045:10
  1048:10,21
  1049:20 1050:8
  1050:22 1051:23
  1066:4,25 1067:6
  1076:20 1086:6
  1087:14 1089:6
  1089:13,17
  1122:12,15
  1128:24 1129:9
  1149:10 1151:11
  1160:14

Veritext Legal Solutions
866 299-5127

**[refied - represents]**

**refied**  1206:22
**reflect**  1007:3
  1069:1 1084:10
  1095:17 1096:11
  1106:24 1113:23
  1126:25 1131:8
**reflected**  1008:24
  1009:15 1010:22
  1011:2,3,14
  1012:7,18
  1013:10 1014:12
  1014:25 1015:12
  1018:17 1020:11
  1022:3 1036:15
  1045:19 1049:25
  1050:1 1054:3
  1057:4,6 1067:5
  1069:20 1070:22
  1070:22 1072:20
  1079:1 1082:17
  1084:5,8 1085:7
  1089:10 1093:2
  1099:22 1100:3
  1100:21,23
  1106:17 1111:22
  1114:3 1125:21
  1125:22 1148:20
**reflecting**  1057:14
  1099:24 1127:13
  1130:25
**reflection**  1071:3
  1073:11 1099:25
**reflective**  1126:23
  1127:16 1128:2
**reflects**  1049:5
  1057:9 1068:8
  1072:9 1073:16
  1087:3 1094:19
  1096:4 1114:21
**refresh**  1004:11

**regan**  991:6
  995:24
**regard**  1074:13
  1160:14 1168:13
  1170:6 1192:17
**regarding**  996:7
  999:24 1000:5
  1002:14 1003:11
  1058:8,11 1065:6
  1065:22 1078:24
  1080:8 1081:14
  1084:11 1100:4
  1100:19 1116:8
  1120:13 1138:19
  1141:1,1 1150:8
  1160:25 1205:15
  1206:13
**regardless**
  1157:13 1190:15
  1191:1 1192:16
**regards**  1208:22
  1209:15
**registered**  987:21
  1220:1
**relate**  1160:20
  1162:19
**related**  998:6
  1152:13 1161:7
  1171:13,16
  1179:20
**relates**  986:6
  987:6 1068:18
**relating**  1058:4
  1062:9 1161:2
  1178:3 1190:4
**relation**  1131:6
  1181:1 1216:7
**relationship**
  1006:3 1124:8,16
  1178:1

**relative**  1070:8
  1220:18
**relatively**  1011:6
  1183:22
**relay**  1038:12
**released**  1221:21
**relevant**  1000:16
  1033:10 1065:23
  1206:24
**reliable**  1097:11
**relied**  1201:17
  1202:10
**relief**  1160:5
**religion**  1093:15
  1093:20 1094:20
  1130:8 1131:3,6
**rely**  1203:3
**relying**  1015:4
  1100:9
**remain**  1037:12
**remained**  1001:2
**remaining**
  1071:15
**remember**  1004:6
  1069:3,4 1072:5
  1118:4 1129:24
  1131:4,23 1189:1
  1190:21 1193:15
  1206:16 1218:3
**remembering**
  1071:2
**reminder**  1173:2
**remotely**  986:14
  987:18 1220:6
**removal**  1003:11
  1003:21 1004:1
  1005:1,3,17
  1006:4
**remove**  1003:19
  1065:15

**removed**  1001:7
  1001:10,14
  1005:10,19
  1006:10 1167:24
  1190:4,14 1193:2
  1193:3,7 1194:12
**removing**  1002:16
  1002:22 1003:1
**repeat**  1075:4
**repeated**  1163:24
**rephrase**  1005:2
  1011:17 1098:11
**report**  1188:11
**reported**  986:14
  986:20 987:19
  1115:21
**reporter**  987:20
  987:21,22 1007:6
  1101:18 1102:9
  1107:12 1111:3
  1116:12 1175:12
  1220:2,3,3
**represent**  1011:22
  1012:10 1069:25
  1084:16 1115:20
**representation**
  1057:18
**representations**
  1196:4
**representative**
  986:13 1165:5
**represented**
  1016:20 1030:19
  1034:4 1056:9
  1067:10 1069:4
  1070:12 1071:4
  1073:14 1100:16
**representing**
  1016:10
**represents**
  1010:24 1012:3

Veritext Legal Solutions
866 299-5127

**[represents - right]**

| | | | |
|---|---|---|---|
| 1012:10 1016:8 | **requires** 1052:8 | **result** 1024:19 | 1077:2 1089:25 |
| 1017:4,8 1018:5 | 1053:7,14,19 | 1096:8 1143:2 | 1106:2 1111:17 |
| 1018:20 1025:15 | 1054:9 1057:10 | 1103:7 1213:2 | 1116:20 1147:10 |
| 1026:6 1044:19 | **reserve** 1217:2,10 | **resulted** 1165:15 | 1147:12 1217:14 |
| 1052:14 1054:7 | **resize** 1004:21,25 | **results** 1150:23 | 1220:15 1221:8 |
| 1063:1,6 1069:23 | **resolve** 1017:24 | **resumed** 998:16 | 1221:10,13 |
| 1088:25 1091:5 | **resolved** 999:13 | **retention** 1134:6 | 1222:2 |
| 1112:14 1204:8 | **respect** 1086:18 | 1134:24 1135:5 | **reviewed** 1007:18 |
| **request** 997:12 | 1086:20 1113:2 | **return** 996:15 | 1032:2,7 1042:21 |
| 1000:7,7 1097:15 | 1131:2 1152:2 | 1030:14 1128:22 | 1042:23 1043:18 |
| 1111:11 1113:16 | 1181:11 1183:6 | 1138:18 1191:3 | 1043:20 1048:8 |
| 1114:1 1136:19 | 1217:10 | 1221:17 1222:6 | 1048:11,19 |
| 1160:5 1187:6,9 | **respectfully** | **returned** 996:16 | 1070:25 1078:15 |
| 1187:16,17,21,24 | 1197:21 | 1095:23 1129:4 | 1089:7 1090:10 |
| 1188:1 1218:2,6 | **responds** 1117:7 | **returns** 1205:23 | 1094:6 1108:6,20 |
| **requested** 997:11 | **response** 1024:18 | 1205:25 | 1112:12 1167:23 |
| 1036:17 1097:17 | 1097:9 1158:12 | **reveal** 1086:17 | 1173:10 1201:20 |
| 1217:20 1220:16 | 1165:11 1208:5 | **revenue** 1180:17 | 1209:13 1211:4 |
| 1222:1,9,10 | **responsible** | 1184:14 1185:7 | 1215:9 1216:5 |
| **require** 1036:25 | 1016:11,14 | 1207:6 1208:6,8 | **reviewing** 1015:13 |
| 1037:24 1051:21 | 1017:5 1018:9,13 | 1208:13,21 | 1111:12 1172:5 |
| 1052:4,12 | 1021:17,19 | 1209:7,14 1210:2 | 1208:12 1218:18 |
| 1054:11 1063:3 | 1024:8 1034:4 | 1210:5,19 | **reviews** 1046:21 |
| 1063:10 1080:24 | 1039:20 1050:10 | 1211:11,17,18 | **rid** 1197:12 |
| 1159:3 | 1078:23 1079:13 | 1212:7,21 1213:3 | 1198:1,15 1199:5 |
| **required** 999:17 | 1082:16,21,24 | 1213:11 1214:3 | **right** 998:1 1010:2 |
| 1036:7,12 | 1083:22,25 | 1214:15 1215:1,2 | 1013:20 1018:22 |
| 1037:21 1052:16 | 1084:22 1085:17 | 1215:7,20 1216:6 | 1019:3 1020:4 |
| 1053:10,25 | 1089:9,12,19 | 1216:20 | 1022:4 1031:12 |
| 1054:3,17 1057:5 | **responsive** 1136:4 | **revenues** 1169:21 | 1037:3 1045:4 |
| 1057:21 1058:5 | **rest** 1000:23 | 1170:7,9 1171:12 | 1046:19 1049:7 |
| 1058:11 1059:3,7 | 1001:7,15,19 | **review** 1004:5 | 1049:12 1063:11 |
| 1062:24 1063:17 | **restate** 1005:23 | 1015:11 1031:14 | 1064:20 1065:3 |
| 1063:23 1065:13 | 1013:7 1023:10 | 1045:8,10,15,22 | 1068:24 1071:6 |
| 1078:6,11,25 | 1027:18 1040:25 | 1045:24 1046:1 | 1073:17 1079:8 |
| 1079:6,10,14,21 | 1041:4 1055:13 | 1047:10,18 | 1085:20 1090:14 |
| 1080:9 1081:1,7 | 1058:20 1060:20 | 1048:12,16,23 | 1091:4 1093:8 |
| 1081:11,15 | 1065:1 1067:23 | 1049:11,17,22,25 | 1094:14 1095:14 |
| 1192:2 1199:16 | 1072:24 1092:17 | 1050:1,5,9,14,22 | 1099:23 1105:4 |
| **requirements** | 1115:5 1126:4 | 1051:3,14 | 1107:8 1108:14 |
| 1186:24 | | 1064:16,17 | 1108:18 1109:13 |

Veritext Legal Solutions
866 299-5127

**[right - schwing]**

1109:17 1112:5,6
1117:24 1118:2
1121:14 1122:25
1124:21 1128:8
1128:11,15
1129:13 1130:17
1141:16 1152:10
1153:25 1154:3,7
1154:18 1155:1
1156:17 1159:13
1167:6 1171:22
1178:16,25
1179:6 1180:5
1181:2 1184:12
1185:1 1186:13
1199:21 1200:11
1200:17,24
1201:8,18,23
1202:3,7,13,23
1204:18 1209:2
1217:1,3 1218:12
**rights**   1217:10
**risk**   1066:22,23,24
1067:4,6,6,9,12
1067:19 1068:1,6
1068:8,11,15,18
1068:23 1069:1,6
1069:10,21,21,25
1070:8,22
1071:18,21,22,24
1072:1,1,6,10,20
1073:5,9,19
1074:15 1076:15
1076:18,20,21,23
1080:10
**risks**   1071:23
**road**   991:16
1166:4,4
**rohrback**   988:5
995:18

**role**   1130:14
**roll**   1101:25
**rolled**   1192:4
**romano**   986:21
987:20 1220:1,24
**room**   1159:18
**rose**   1116:17
1117:2 1145:24
1148:3
**ross**   990:16
**rotation**   1017:2,3
1017:4
**rotations**   1017:11
**rough**   1134:22
**row**   1005:13
1008:22 1009:1
1009:11 1010:20
1011:18 1012:18
1016:23 1018:1
1019:2 1020:20
1020:23 1026:18
1030:6 1031:14
1032:7 1033:3
1034:22 1036:15
1038:21,22
1045:2,15
1047:23 1049:5,8
1051:3 1052:4
1055:15,16,20
1056:11,14,15
1067:25 1087:17
1089:10
**rows**   1032:5
1051:12
**rpr**   986:21
1220:24
**rule**   1159:16
1162:9 1164:9
**rules**   1222:8
**run**   1003:14
1185:15

**running**   1184:17
1215:25
**runs**   1098:17
1102:23 1103:1

**s**

**s**   993:11 994:1
1045:7,19,24
1046:21 1047:2
1047:14,24
1048:1 1171:5
1223:3
**sajjadi**   1046:7,8
**sale**   1155:21
1158:6
**san**   990:10
**saw**   1055:15
1103:4
**saying**   1027:25
1078:19 1094:13
1116:4 1117:3,4
1156:10 1165:2
1186:11 1189:4
1210:9
**says**   1007:25
1010:19 1030:6
1042:17 1051:21
1105:12 1161:13
1164:3,4 1171:12
1173:4 1211:6,17
1212:3
**scandal**   1140:13
1141:4 1160:20
1195:18 1196:20
**scenario**   1031:19
**scenarios**   1082:8
1082:12,15,16,25
1083:2,5,8,13
1084:3,9,10,17,20
1084:23 1085:4,6
1085:9,21

**schedule**   1221:10
**schwing**   990:6
993:7 995:21,22
997:16 999:22
1002:24 1007:19
1008:1,4,12,14
1012:8 1013:14
1013:21 1015:15
1016:16 1017:19
1024:16 1027:13
1028:5,17
1029:12,20
1032:1 1035:22
1040:4 1041:3
1044:4 1052:23
1053:5 1054:5,19
1056:21 1057:22
1058:14 1059:5
1059:14 1060:8
1060:10,23
1061:16 1062:1
1062:16 1063:18
1064:25 1065:8
1067:14,22
1069:11 1070:1
1070:10 1072:3
1072:12,23
1074:8,24
1075:20 1076:4
1076:16 1077:7
1078:1 1079:2
1081:17 1082:2
1082:18 1084:12
1086:10,16
1088:12,21
1090:20 1092:4
1093:21 1095:1,4
1097:4,21 1102:1
1103:10 1104:18
1104:21 1105:23
1106:12,18

Page 41

[schwing - serves]

| | | | |
|---|---|---|---|
| 1107:1 1109:5 | 1176:4 1177:13 | 1151:24 1155:25 | **see** 1004:17,23,24 |
| 1110:2,12 | 1178:8,17 1179:1 | 1156:19,21 | 1004:25 1008:6,6 |
| 1112:24 1113:6 | 1179:15,24 | 1157:24 1158:19 | 1008:8 1009:12 |
| 1115:8 1116:1 | 1180:6 1182:1,8 | 1163:11 1164:13 | 1009:14,17 |
| 1117:14 1118:22 | 1182:17 1183:4 | 1164:15,16,25 | 1032:14 1051:2,4 |
| 1119:23 1121:17 | 1183:10 1184:2 | 1177:14 1183:11 | 1056:13,15 |
| 1122:23 1123:25 | 1185:9 1186:6,14 | 1184:2 1185:9 | 1062:20 1068:2,3 |
| 1124:2 1126:9 | 1186:16 1187:19 | 1197:17 1198:20 | 1073:11 1104:11 |
| 1127:3,22 1128:4 | 1189:2,23 1191:4 | 1199:9 | 1105:8,10,16 |
| 1129:17 1130:18 | 1195:22 1196:4,9 | **scott** 1101:22 | 1107:18 1110:12 |
| 1131:11 1132:14 | 1196:13 1197:16 | 1102:20 | 1111:15,16,21 |
| 1133:4,21 1134:3 | 1198:5,19 1199:9 | **screen** 1004:17 | 1112:24 1113:9 |
| 1135:12,22,24 | 1199:22 1200:4 | 1007:13 1008:6 | 1114:7,20,22,23 |
| 1136:9,21 | 1200:12 1201:9 | 1051:4 1066:20 | 1115:1 1118:21 |
| 1137:14,23 | 1202:14,24 | 1073:21 1091:10 | 1118:23 1145:21 |
| 1138:1,4,21 | 1203:9,22 | 1094:14 1111:13 | 1146:2,3 1148:17 |
| 1139:23 1140:10 | 1204:19 1205:2 | 1111:15,16 | 1150:2,12,16 |
| 1140:16,24 | 1206:10 1207:12 | 1114:22 1117:1 | 1161:11 |
| 1141:8,17 1142:1 | 1209:3,20 | **script** 1003:14 | **seeing** 1107:3 |
| 1142:11 1143:5 | 1210:11,14,25 | **scroll** 1032:13 | **seek** 1174:6 |
| 1143:19 1144:1,8 | 1211:3,20 | 1066:17 | **seen** 1111:19 |
| 1144:18 1145:4 | 1212:11 1213:16 | **search** 1015:18 | 1112:19 1178:24 |
| 1145:12 1146:8 | 1215:4,18 | 1090:23 1094:19 | **send** 1096:16 |
| 1146:13 1147:18 | 1216:17,23 | 1109:4 1173:16 | **sending** 1096:12 |
| 1148:14 1149:25 | 1217:9,18,21 | 1173:20 1177:22 | **sense** 1076:7 |
| 1150:10 1151:4 | 1218:4,10,15 | 1177:25 1178:3 | 1125:2 1153:14 |
| 1151:23 1152:18 | **schwing's** 1208:6 | **searched** 1137:12 | 1163:6 |
| 1153:1,4,16 | **science** 1117:8 | **seattle** 988:13 | **sent** 1049:17,25 |
| 1154:13,19 | **scientists** 1015:8 | **second** 1039:15,18 | 1050:9 1214:1 |
| 1155:2,25 | **scope** 1044:5 | 1039:20,22,23 | **separate** 1011:2 |
| 1156:18 1157:24 | 1060:23 1067:15 | 1040:3,16,16,18 | 1053:25 1054:1 |
| 1158:9,19 1159:8 | 1077:8 1084:13 | 1040:20 1041:2,6 | 1088:10,18 |
| 1159:15,20 | 1086:4 1087:1,4 | 1041:16,18,21 | 1163:20 |
| 1161:6,7,15,20,23 | 1087:18,21,23 | 1042:1,8,10,12 | **sequential** |
| 1163:7,13,14,22 | 1088:2,5,11,19,22 | 1103:16 1147:2 | 1068:13 |
| 1164:1,20 1166:8 | 1089:2 1115:8 | 1148:1 1156:14 | **series** 1080:15 |
| 1167:1,21 | 1116:2 1121:18 | **seconds** 1045:4 | 1128:10 1129:12 |
| 1168:18 1169:14 | 1134:3 1140:16 | 1049:2,6,9 | 1213:25 |
| 1171:17 1172:10 | 1141:17 1142:12 | **section** 1087:15 | **servers** 1035:7 |
| 1173:1,19 1175:1 | 1144:9 1148:14 | **sections** 1087:15 | **serves** 1070:4 |
| 1175:12,15,21 | 1149:25 1150:10 | | |

Veritext Legal Solutions
866 299-5127

[services - source]

services  1119:16
session  997:22
set  1027:11
    1050:19 1062:20
    1089:19 1092:2
    1128:25 1137:9,9
    1162:14 1165:15
    1206:23 1220:6
sets  1090:10
    1164:22
setting  1011:5
sev  1069:4,7,8
    1070:3,22
    1071:14 1072:5
    1073:13,15
share  998:10
    1007:13,20,22,24
    1008:9 1111:13
    1162:5
shared  1169:12
    1197:7
sharing  1117:1
    1140:14,23
    1158:14 1160:11
    1160:12,19,20,21
    1161:1,8,9
    1162:19 1203:21
    1205:15
shirine  1046:6,8
shirine's  1046:7
short  1089:4
    1105:15 1138:20
shorthand  987:20
    1220:2,10
show  1166:4
    1179:2,11
showing  1007:20
    1171:24 1174:20
shown  1063:7
si  1221:2

sic  1144:22 1157:2
    1171:6
side  999:19
    1170:24
sign  1052:1,18
    1053:19 1081:3
    1221:16 1222:5
signature  1220:24
    1221:21,23,23
    1222:9
signed  1053:8
    1059:16 1061:19
    1078:11 1079:6
    1115:7
significant
    1181:24 1182:3
significantly
    1062:4
similar  1017:16
    1083:11 1089:7
    1125:2
simon  986:13
    987:15 993:3
    995:7 998:13
    1060:8 1107:22
    1219:1,12 1221:1
    1221:5 1223:2
simple  1152:11
    1182:24 1211:25
    1213:7
simply  1160:18
single  1009:7
    1011:15 1032:7
    1145:14 1208:2
    1211:2
singular  1015:23
sir  1141:13
sit  1023:17 1024:1
    1031:10 1074:9
    1077:15 1134:21
    1156:12 1211:22

1212:2
site  1069:8,13,13
    1069:14,17,19,20
    1119:12 1121:5
    1136:19,24
    1206:13,22
    1207:18
situation  1141:2
    1152:23 1196:21
    1197:6
six  1068:11
    1107:25
skip  1009:12
skipping  1018:23
slice  1172:20
slightly  1023:22
    1023:22 1037:7
    1164:20
slowly  1113:19
    1114:5
small  1051:12
smith  991:6,12
    995:24
snapshot  1057:13
social  1149:8
solely  1038:1
solid  1197:9
solutions  1221:7
somebody
    1017:17 1036:10
    1036:17 1079:17
    1079:19 1135:25
    1177:18 1192:3
    1194:8
soon  1192:4
sorry  995:19
    998:25 999:1
    1001:12 1013:4
    1020:23 1021:24
    1032:22 1055:4
    1055:19 1056:23

1060:9,10
1064:21 1066:18
1068:14 1080:12
1084:1 1086:2,11
1086:16 1088:13
1090:6 1091:19
1095:3,25 1096:9
1097:18 1099:13
1099:16 1100:4
1102:21 1104:19
1105:6,19
1106:21 1107:5
1107:15 1108:13
1115:14 1117:15
1120:2 1121:21
1122:14,24
1123:17 1124:1
1125:15 1129:22
1133:3 1135:2,4
1135:23 1136:12
1139:23 1142:14
1144:23 1152:2
1153:5 1161:20
1161:22 1168:11
1169:3 1171:2
1173:2 1175:14
1179:25 1181:15
1186:15 1191:4,6
1192:8 1200:6
1205:8 1207:22
1208:19 1214:7
1214:19
sort  1110:22
    1141:5 1162:1
    1184:8
sought  1141:4
sound  1055:18
    1075:19 1115:24
sounds  1162:4
source  1096:25
    1117:8,12,16

Veritext Legal Solutions
866 299-5127

[source - stays]

1118:18 1119:8
1122:7 1136:25
1137:10 1143:10
**sources**  996:5
1119:6 1137:12
1143:14
**space**  1010:10
1212:18
**spaces**  1010:9
**speak**  1015:7
1021:5 1035:23
1041:7 1070:13
1075:16 1078:2
1135:13 1150:24
1170:16,18
1205:16,17,20
**speaking**  1164:8
1189:25 1208:13
1210:4,16 1211:7
1215:23
**speaks**  1056:21
**special**  992:6
996:1,2 998:22,25
999:1 1101:24
1102:2,4,7
1107:17,23
1109:17,21
1110:4,8,18
1117:10 1118:10
1118:19 1121:7
1135:15,22,24
1136:17 1137:3,7
1139:3 1156:8,20
1156:24 1157:9
1159:15,17,20
1160:8,9 1161:4
1162:8 1163:4,21
1163:25 1164:24
1166:3,9,16,25
1167:7,9 1211:24
1213:19 1217:17

1217:19,21
1218:1,5,13
**specially**  1179:13
1180:3
**specific**  1006:16
1006:18 1008:21
1008:22 1009:20
1012:1 1020:7
1024:2 1028:12
1028:21 1030:2
1037:4 1043:25
1044:20 1045:21
1058:5 1059:21
1063:21 1066:6
1069:13 1077:10
1078:20,21,21
1079:5,5 1083:18
1087:13 1089:15
1089:24 1093:14
1097:6 1099:14
1103:9 1119:25
1122:12,15,17
1123:8,15
1124:17 1125:10
1125:18,24,24
1135:9 1144:19
1162:3 1163:11
1168:17 1176:18
1176:19 1178:1,4
1183:6 1186:19
1188:7 1218:6
**specifically**
1027:15 1059:22
1075:23 1106:20
1129:9 1141:14
1142:9 1160:11
1161:3 1170:6
1174:18 1177:3,6
1178:15 1179:11
1181:12 1189:4
1192:17 1212:4

**specifics**  1025:4
1074:14
**spectrum**  1068:9
**speculate**  1040:1
1040:22 1077:13
**speculating**
1014:7
**speculation**
1037:17
**speed**  1160:5
**spell**  1171:4
**spend**  1179:14,21
1180:4,11 1181:3
1181:7,12,14,24
1182:3,19,19
1183:7 1207:10
1208:13 1209:7
1211:17 1212:7
1213:11 1214:16
1215:1
**spent**  1092:15
1184:14 1185:8
1216:20
**split**  1096:23
**spoke**  1170:2,12
1170:12,14,23
1171:18 1178:18
1180:20,22,24,24
1181:7 1208:23
1208:25 1209:5
1209:11,12
1212:13 1213:24
1214:14
**spoken**  1174:11
1180:10
**spot**  1148:25
**spreadsheet**
993:14,21,24
1057:17 1107:16
1108:17,19
1111:7

**spreadsheets**
1007:2,15
**stamp**  1049:20
**standard**  1061:1
1130:12 1184:17
1187:4
**standards**  1184:16
1184:16
**start**  996:4 1000:7
1058:1 1060:21
1061:6 1064:4
1091:16 1092:20
1092:21 1094:5
1122:14 1188:18
**started**  1006:5
1023:6 1064:7
1091:16 1102:3
1139:19 1140:1
**starting**  1064:4
1098:19 1099:23
**state**  1020:13
1045:8,12,15
1046:21 1047:10
1047:18 1057:2
1060:10 1096:5
1109:2 1113:8
1161:4 1197:12
1198:1,15 1199:4
1215:6 1221:9,12
**statement**  1123:23
1198:8,12
**statements**
1197:19,19
1198:23,25
**states**  986:1 987:1
1045:22 1113:14
**static**  1057:18
**stating**  1028:1
1064:6
**stays**  1163:9

Veritext Legal Solutions
866 299-5127

[stenographic - table]

stenographic
  1116:24 1139:7
stenographically
  986:20
steps  1015:13
steve  1102:20
steven  1101:22
stipulation
  1221:20
stop  1004:24
  1167:5 1203:13
stopped  1098:13
  1100:17 1172:24
  1174:24 1175:19
  1176:3
store  1062:7
stored  1009:5
  1012:24 1066:7,8
  1082:4 1098:5
  1099:2 1121:24
  1135:1
stores  1099:11
story  1150:5
straightforward
  1176:10,11
  1182:24 1213:7
strategic  1214:2
stream  1128:16
  1129:6,7,8 1130:1
  1130:2,5 1193:1
street  989:10
  990:8 991:8 992:7
stretch  1066:21
string  994:4
  1010:20 1016:24
  1108:12,13
  1113:20 1116:15
  1116:21 1146:5,6
  1147:14 1148:1
structured  1082:6

struggled  1141:23
subject  994:4
  1116:19 1117:4
  1145:25 1173:9
submission
  1065:25 1066:5
  1066:10
submitted
  1049:21
subscribed
  1220:21
subsection
  1087:10,13
substantive
  1172:15
subsumed
  1122:21
sufficient  1164:6
suggest  1110:10
  1183:21 1189:16
  1209:18 1217:13
suggested  1180:19
suggesting
  1183:20,24
suggests  1022:5
  1104:19,23
  1114:6
suite  988:12
  989:11 990:9,17
  991:9
sum  1083:12
summarizing
  1121:10
summary  993:17
  1102:18,25
super  1096:2
suppose  1157:16
  1157:21 1212:12
supposed  1084:15
  1159:21

sure  1000:3
  1007:20 1020:25
  1021:19,25
  1023:17 1037:4
  1037:17 1039:9
  1039:24 1043:2
  1043:23 1047:25
  1048:3 1053:1,10
  1055:3,6 1056:23
  1056:24 1063:13
  1071:20 1075:3
  1075:12 1076:9
  1077:9 1085:23
  1088:13,16
  1089:16 1092:17
  1094:3,17 1107:4
  1109:25 1110:9
  1124:24,24
  1126:5 1140:10
  1146:7,16
  1149:15 1152:3
  1153:5,8,9 1155:7
  1155:10 1156:14
  1159:13,19
  1162:6 1166:15
  1179:25 1182:2
  1182:20 1183:14
  1188:2 1196:3,3,8
  1200:13,15
  1205:3,25 1214:6
  1214:20
surface  1196:23
surname  1171:5
surprised  1149:1
  1150:3
surprises  999:16
surprising
  1149:22
suspended
  1005:18

sworn  995:12
synonymous
  1020:16
system  1003:18
  1006:21 1012:11
  1012:13,15,17,24
  1013:4,5,9,12,19
  1013:24 1014:5,8
  1014:14,20,22
  1016:7 1034:13
  1089:15,18
  1096:15 1136:1
  1184:18
systematically
  1186:3
systemic  1186:20
systems  1014:17
  1035:17 1037:19
  1137:15 1183:13
  1197:3

t

t  993:11 994:1
  1048:7,8,14
  1171:5,6 1193:7
  1223:3,3
t0  1204:7,8,11,14
  1204:22,25
  1205:5,6
tab  1108:19
  1145:21
table  997:22
  1000:6,8,10,11,18
  1001:23,25
  1002:11 1004:14
  1004:15,21
  1007:12,16
  1008:24 1012:19
  1013:10 1018:4
  1018:17,18
  1019:24 1020:2,5
  1021:23 1031:15

Page 45

**[table - testify]**

1033:12 1034:14
1034:21,25
1035:3,10
1043:25 1053:16
1053:17,24
1054:4,4,7,16
1057:4,7,11,15
1063:6 1067:5
1071:5 1072:11
1072:21 1085:12
1086:2 1087:23
1088:18,25
1091:4,5,7,12
1092:8,11,14
1093:4 1094:6,9
1094:11,13,13
1095:7 1096:25
1097:3,5 1099:11
1099:13,14,17,18
1100:15
**tables**   996:8,9,13
996:19 997:6,7
1000:4,5,15,15
1008:19 1072:16
1073:1 1119:5
1131:7
**tabs**   1105:12,19
1105:21 1106:21
1106:25 1107:3
1108:18,21,23
**tabular**   1090:10
**tagable**   1190:25
1191:8
**take**   1015:14
1043:24 1046:10
1090:2 1093:3
1109:22 1110:11
1110:19 1113:11
1138:3 1139:18
1146:4 1147:9
1172:11,19

1217:1
**taken**   987:15
1046:16 1101:14
1102:14 1138:7
1139:10 1145:7
1146:21 1167:13
1181:4,8,13,19,21
1206:6 1209:8,14
1211:18 1212:7
1213:12 1214:16
1215:2 1220:5
**talk**   997:24
1008:19 1094:16
1110:11 1129:25
1137:5 1138:22
1139:3 1145:15
1161:19 1170:8
1173:22,23,24
1174:2,6,13,18,23
1175:17 1177:3,5
1178:14 1189:8
1215:9 1217:2
**talked**   999:24
1003:9 1005:21
1007:1 1025:11
1041:18 1119:4
1130:23 1174:15
1174:21 1175:22
1175:23 1176:5
1176:16,21
1177:7 1178:16
1179:7 1181:14
1190:6,20,24
1191:8,23
1192:25 1210:10
1212:6 1213:10
1214:1
**talking**   1000:3
1001:24 1003:21
1046:20,23,24
1055:14 1073:8

1102:7 1125:9
1131:5 1144:20
1148:21 1161:12
1164:25,25
1178:9 1180:7
**tao**   1010:25
1011:23,25
**task**   1177:11,23
1177:25
**tasks**   1177:21
**tatyana**   1101:23
1102:22
**taxonomy**
1067:17,19
1076:18,21,24
1077:5
**team**   1015:4
1016:7,8,10,25
1017:17 1024:7
1024:25 1035:24
1036:2 1051:24
1052:6,7,10,14
1059:15 1061:18
1062:3,6,11,18
1079:4,11,12,16
1085:11 1089:8
1089:11,14
1103:23 1104:16
1117:7,8 1121:12
1142:2,8,22
1143:1,8,10,13,16
1144:12 1145:14
1145:17 1150:4
1167:23 1173:13
1175:5 1177:16
1203:24,25
1204:9
**teams**   1016:12
1061:2 1085:2
1088:8 1133:23
1144:3,7,11,13,14

1144:15,25
1145:8,11,17
1185:14,16
**technical**   1014:17
**technically**
1187:21
**tell**   1103:10
1113:23 1145:24
1149:3 1166:17
1166:18 1167:5
1184:10 1190:8
1210:13
**telling**   1156:9
1212:10 1213:15
1213:22
**temporal**   1049:23
**tends**   1082:11
**tens**   1109:14
**term**   1024:10
1027:6 1029:9,13
1053:10 1087:11
1122:18 1151:9
1151:10
**terms**   1016:1
1070:8 1071:21
1105:15 1113:10
1119:3 1179:19
1180:8 1181:21
1183:22 1188:6
1211:9 1216:6
**testified**   997:3
998:15 1005:24
1063:9 1064:3,7
1124:6 1136:10
1191:10 1199:18
1208:7
**testify**   1003:8
1008:7 1116:8
1142:18 1157:8
1157:15 1164:4,5
1164:14 1165:5

Page 46

**[testify - time]**

1188:24 1189:5
1194:19 1195:19
1195:20 1199:3
1216:25
**testifying**   1139:20
1220:8
**testimony**   996:4
996:19 997:4
999:23,23,24
1000:21 1002:15
1006:1,22
1013:18 1031:14
1040:15 1041:14
1068:15 1070:19
1071:2,10
1085:20 1100:10
1106:2 1111:18
1116:21 1117:25
1118:3 1124:22
1138:11,13,24
1139:25 1140:2
1150:21 1164:17
1169:25 1173:17
1177:9 1178:16
1189:1 1195:2
1205:14 1206:13
1206:16 1208:10
1208:24 1209:3
1217:15 1218:15
1218:16,18
1219:4 1220:12
**texas**   990:18
**text**   1051:16,20
1078:17,17
1082:11 1083:12
**thank**   998:11
999:20 1000:19
1001:17 1004:16
1008:4,15
1071:25 1086:21
1103:13,18,19

1109:13 1110:24
1114:5 1118:15
1136:17,18
1138:1,2,10,17
1139:5 1140:10
1146:7,11
1147:13 1157:11
1172:21 1175:16
1216:21 1217:7
**thanks**   1025:17
1032:11 1090:4
1148:7,8
**theoretically**
1041:25
**thing**   997:2
1000:12 1004:8
1008:18 1042:14
1125:24 1164:11
1181:18,20
1192:14
**things**   998:5 999:9
999:24 1006:24
1020:24 1029:25
1033:11 1035:3
1071:1 1112:11
1117:17 1120:4
1124:11,14,20
1126:14 1131:15
1152:13 1153:20
1158:2 1176:24
1203:15 1214:8
**think**   996:19
997:25 998:9
1000:6 1004:5,8
1007:23,24
1013:15 1014:3
1015:22 1027:21
1030:19 1031:19
1031:21 1040:15
1040:21 1046:23
1051:12 1055:15

1061:11 1073:3,7
1080:4,4 1089:13
1092:18 1093:12
1093:23 1095:24
1103:23 1104:2,9
1106:4,8 1107:2
1107:20 1108:22
1109:3 1110:7
1112:21 1115:10
1118:5,14
1119:11 1127:8
1128:20 1130:6
1131:5 1132:5
1138:12 1140:8
1146:8 1148:19
1148:24 1150:2
1151:5 1152:11
1156:5 1157:5
1160:23 1162:5
1162:17 1163:5,8
1163:10,14,22
1164:10,20
1166:5 1171:6
1173:14 1179:5
1182:11 1186:15
1186:18 1190:23
1195:12,14
1202:15,25
1205:12 1212:23
1214:5 1217:15
1217:19,22
**third**   988:11
996:21 1001:7,10
1001:14 1007:4
1012:22 1013:13
1014:2 1029:7
1033:8 1039:15
1040:8,12
1041:16,19,20,24
1041:25 1042:3,8
1042:10,12

1057:11 1059:17
1059:19 1061:7
1061:20 1062:9
1081:2 1118:2
1119:11 1152:20
1168:25 1169:13
1176:23 1186:4
1186:25 1189:11
1190:3 1193:2
1194:10,13,25
1197:8 1199:19
1200:9 1201:16
1202:1 1207:5,9
**thisisyourdigital...**
1114:21
**thought**   1123:6
1124:5 1157:10
1175:5
**thousands**
1016:18,18
1109:14,15
**thread**   1104:3
**three**   997:6
1007:1 1041:10
1041:13,13
1090:7,10 1092:5
1105:12,19,21
1106:25 1107:3
1108:18,20,23
1147:20 1156:25
1214:8
**tickets**   1044:12,15
**tie**   1079:16
**ties**   1163:15
**time**   996:14 998:1
1000:1 1003:18
1003:20,23
1005:7,9,11,14,18
1011:24 1015:21
1017:7 1019:16
1028:9 1033:23

Veritext Legal Solutions
866 299-5127

**[time - tool]**

| | | | |
|---|---|---|---|
| 1034:8 1044:25 | 1218:24 1220:6 | 1147:1,11 | 1044:13,16,17 |
| 1046:10 1048:22 | 1221:10,18,24 | 1150:21,25 | 1045:1,3,20 |
| 1048:24,25 | 1222:7 | 1156:12 1170:15 | 1053:21 1054:20 |
| 1049:1,2,11,14,15 | **timeframe** | 1173:18 1195:4 | 1054:23 1055:1,4 |
| 1049:20,20 | 1193:12 | 1207:1 1209:5 | 1055:5,7,12,16 |
| 1052:25 1054:15 | **timeout** 1109:18 | 1212:2 | 1056:2,6,18 |
| 1054:21 1055:8 | 1109:22 | **today's** 996:4 | 1057:16,19,21 |
| 1057:11,13,15,19 | **times** 1055:9 | 1031:13 1071:1 | 1058:4,8,13,24 |
| 1057:23 1062:4 | 1097:17 1115:3 | 1106:2 1110:2,4,9 | 1059:2,4,10,18,21 |
| 1063:25 1064:13 | 1126:11 1188:2 | 1111:18 1113:11 | 1060:2,7,15,16,17 |
| 1066:9 1080:6 | 1205:5 | 1116:21 1177:9 | 1060:18,19,22 |
| 1082:4 1085:8 | **tinder** 1090:18,18 | **told** 1181:12 | 1061:1,1,6,10,12 |
| 1091:7 1092:11 | 1090:24,25 | 1209:7 1210:10 | 1061:13,22 |
| 1093:2,18 1095:8 | 1091:15,17 | 1212:6 1213:11 | 1062:6,15,19,23 |
| 1095:13,16,18 | 1092:2,7,10 | 1215:15 1216:14 | 1062:25 1063:8 |
| 1098:4,6 1109:6 | 1093:1 | **tool** 996:23,25 | 1063:11,16,22 |
| 1110:10,20 | **tinder's** 1090:22 | 1000:4,5,16 | 1064:3,7,9,11,14 |
| 1116:17 1117:2 | 1092:21,23 | 1001:25 1002:4,6 | 1064:21,24 |
| 1118:8 1120:20 | **title** 1113:13 | 1002:10 1004:21 | 1065:4,7,17,18,22 |
| 1120:23 1126:11 | **titled** 1008:25 | 1007:3 1008:19 | 1065:23 1069:15 |
| 1127:8 1131:20 | 1104:12 1111:23 | 1009:6 1011:4,10 | 1069:20 1078:10 |
| 1132:3,18 | **titles** 1188:6 | 1011:13 1015:10 | 1079:16,18,20,23 |
| 1138:17,22 | **tobii** 1193:7 | 1015:17,21,24,24 | 1080:1,3,6,8,11 |
| 1142:14,16,19,24 | **today** 1007:4,18 | 1016:15,21 | 1080:14,16,19,22 |
| 1144:20 1145:15 | 1023:17 1024:1 | 1019:6,10,14,17 | 1080:24 1081:1 |
| 1155:3 1164:14 | 1031:10 1033:16 | 1019:21 1021:15 | 1081:20 1082:5 |
| 1172:19 1174:12 | 1033:21 1038:12 | 1021:17 1022:3,9 | 1082:17 1083:3 |
| 1175:25 1176:22 | 1039:2 1053:12 | 1022:12 1025:7 | 1084:5,21 1085:7 |
| 1177:17 1178:19 | 1053:17,21 | 1025:12,16,20,23 | 1085:15 1086:2 |
| 1183:23 1186:8 | 1054:8,22 | 1025:24 1026:1,1 | 1088:24 1089:24 |
| 1186:11,11 | 1060:15 1062:25 | 1026:8,24 1027:1 | 1090:7,23,24 |
| 1187:4,21 1188:8 | 1063:8 1074:9 | 1027:3,16 1028:7 | 1091:6,9,20,22,24 |
| 1195:18 1198:25 | 1077:15 1080:1 | 1028:14,23 | 1093:3 1097:20 |
| 1199:25 1200:7 | 1082:21,22 | 1030:4,10,13,21 | 1098:3,5,10,12,15 |
| 1202:7,9 1204:4,4 | 1083:24 1090:8 | 1030:22 1031:12 | 1098:18,22 |
| 1204:16 1211:8 | 1093:17 1094:6 | 1031:25 1033:6 | 1099:22,24 |
| 1211:10 1212:15 | 1098:5 1100:16 | 1033:10,14 | 1100:3,7,16,18,21 |
| 1214:23,24 | 1103:5 1116:23 | 1034:12 1035:9 | 1100:24 1119:7,9 |
| 1215:22 1216:3,5 | 1117:25 1120:8 | 1035:10,13 | 1119:12,13,14,14 |
| 1216:9 1217:1,5 | 1121:24 1122:1 | 1037:5,18 1042:2 | 1119:17,18,24 |
| 1217:12,23 | 1123:20 1136:7 | 1042:6 1044:7,10 | 1120:2,3,7,9,12 |

Veritext Legal Solutions
866 299-5127

**[tool - ultimate]**

1120:16,19,22
1121:3,4,15,23
1122:1,2,7
1124:22 1125:1,3
1125:21,23,25
1126:6,18,21,21
1126:22,24
1127:6,7,12,16,18
1127:25 1128:2
1130:20 1131:1,8
1132:7,15,18,22
1132:25 1133:1,7
1133:13,15,16,18
1133:22 1134:2
1134:16,17,19,25
1135:7,10
1136:10,12,14,20
1136:25 1186:1,7
1186:12,20
1187:13 1188:14
1188:17,20
1206:14,15,24
1207:2,19 1208:2
**tools** 1062:2,12
1118:24 1119:10
1119:20 1121:12
1134:7 1136:13
**top** 1047:19,21
1103:1 1148:4
1170:14
**topic** 1135:16
1137:23 1160:21
1161:7,9,15
1162:1,3,15
1163:10 1169:19
1169:20,25
1171:17
**topics** 1113:2
1118:4 1138:11
1138:19 1148:15
1159:22 1160:6

1172:17 1174:22
1177:7 1198:5
1199:10 1216:25
**track** 996:25
1044:8 1052:21
1053:3,6,7
1054:16 1057:20
1059:11,19,22
1061:6,14
1118:25 1152:4,9
1152:15 1183:25
1184:11,14
1186:3
**tracked** 1053:21
1053:22 1058:4,8
1118:8
**tracker** 999:6,12
**tracking** 1099:12
1116:8 1118:1
1119:3
**tracks** 1053:13,24
1135:21 1152:12
1155:11
**traditional** 1149:1
1149:4,6,23
**transcribed**
1220:11
**transcript**
1156:13 1219:3
1220:12,14,16
1221:6,8,10,13,13
1221:21 1222:2,2
**transition** 1172:9
1200:7 1202:5,21
**transmission**
1169:8
**treated** 1179:13
1180:3 1218:16
**trick** 1124:7
**tricky** 1027:20

**triggered** 1003:21
**true** 997:22
1006:9 1030:14
1030:16 1031:1,5
1031:7,9,16
1032:9 1036:14
1036:23 1038:21
1043:7,8,14,21
1052:10,13
1068:16 1112:22
1160:18 1179:16
1209:22 1219:5
1220:12
**truth** 1117:8,12,17
1118:18 1122:7
1212:10 1213:15
1213:22 1215:15
1216:14
**try** 1027:18
1049:7 1110:16
1117:21 1118:7
1118:18 1139:1
1158:1,3 1160:4,5
1173:22,24
1174:9 1195:25
1205:19
**trying** 1005:24
1027:19 1031:23
1057:1 1070:16
1097:15 1103:21
1104:1,24 1116:6
1121:2 1123:3,10
1124:6,7 1125:20
1126:4 1134:11
1134:13 1135:20
1143:1 1147:16
1153:9 1154:2
1155:10 1176:10
1182:23 1184:8
1195:1 1196:7,8
1196:10,11

**ts** 1044:22
**tuesday** 986:16
987:18 995:1
**twice** 1096:9
1102:22 1146:15
**two** 996:17 997:2
1002:3 1007:1
1010:7 1049:24
1072:4 1075:13
1075:15 1090:8
1096:24 1119:10
1124:8 1144:13
1167:10 1170:13
1190:23 1208:25
1209:4 1210:10
1212:6 1213:10
1213:24
**type** 1008:23
1009:22 1012:6
1012:16 1041:15
1078:11 1123:8
1125:8 1134:14
1134:15 1135:9
1140:7 1195:3
**types** 1045:18
1071:23 1072:1
1081:21 1086:24
**typically** 1010:8
1018:12 1074:19
1075:8 1164:13
1177:18 1187:8
1201:10 1204:1
1205:21

**u**

**u** 1048:18,24
1049:5,9 1050:2
**uh** 1055:21 1105:7
**uii** 1075:18 1076:2
1076:13
**ultimate** 1180:17
1181:21 1212:22

Veritext Legal Solutions
866 299-5127

[ultimately - understanding]

| | | | |
|---|---|---|---|
| **ultimately** | 1125:20 1126:5 | 1032:4,8 1033:5,8 | 1084:24 1085:24 |
| 1178:21 1179:9 | 1129:10 1132:16 | 1033:21 1034:1 | 1086:6,14,22 |
| 1210:18 | 1134:10,14 | 1035:11 1036:9 | 1087:2,8,11,14,20 |
| **unable**   1138:14 | 1135:8,20 1137:5 | 1036:16,22 | 1087:25 1088:6 |
| 1199:3 | 1138:18 1141:11 | 1037:14,23 | 1088:23 1089:6 |
| **unavailable** | 1142:23 1143:21 | 1038:3,10,14,18 | 1089:17 1092:9 |
| 1029:6 | 1143:21 1150:14 | 1038:24 1039:14 | 1095:6,17 |
| **unclear**   1151:6 | 1153:6,21 1157:3 | 1039:19 1040:2,6 | 1097:22,23 |
| **uncovered** | 1166:22 1170:4 | 1040:7 1041:9,12 | 1099:3 1100:12 |
| 1207:22 | 1170:25 1171:20 | 1041:17,19,23 | 1100:25 1101:4 |
| **underlying** | 1174:9 1180:1 | 1042:9,19,22,25 | 1108:9 1112:2 |
| 1129:23 | 1184:3 1188:19 | 1043:6,10,14,17 | 1114:14 1117:20 |
| **underscore** | 1190:2 1191:2,21 | 1044:6,12,24 | 1117:22 1119:2,5 |
| 1113:25 | 1195:1,19,20 | 1045:5 1047:1,7 | 1119:9 1120:9,14 |
| **underscores** | 1200:6,14,15,16 | 1047:12,13,15 | 1121:11,19 |
| 1010:6,8 | 1205:18 1212:19 | 1048:3,10,17,21 | 1122:6 1124:7 |
| **understand** | 1213:1 1214:7 | 1049:13,19 | 1125:4 1126:10 |
| 998:18 1001:22 | | 1050:3,7,21 | 1126:19,22 |
| 1003:5 1005:25 | **understanding** | 1051:15,19,23 | 1127:12,15,16 |
| 1010:15,21 | 1000:9,17 1001:6 | 1052:5,13 1054:6 | 1128:5 1130:11 |
| 1011:1 1020:17 | 1001:9,13 1002:2 | 1054:8 1056:4,7 | 1131:17,21 |
| 1027:25 1029:9 | 1002:12,18 | 1057:8,9 1058:25 | 1132:1,20,24 |
| 1029:19 1034:17 | 1003:14,23 | 1060:14,17,25 | 1133:2,6,11 |
| 1035:2 1040:17 | 1004:4 1005:8,20 | 1061:9,17 1062:5 | 1141:18 1142:5 |
| 1040:19 1047:9 | 1006:7,21 1009:4 | 1062:17 1063:5 | 1143:13,15 |
| 1050:6 1052:24 | 1009:9 1010:18 | 1063:12 1064:15 | 1144:10 1150:7 |
| 1056:24 1057:2 | 1010:23 1011:12 | 1065:9 1066:2,4 | 1150:13 1151:17 |
| 1064:20 1065:3 | 1011:21 1012:2 | 1066:24 1067:16 | 1151:18 1152:6 |
| 1067:11 1070:7 | 1012:14,20 | 1068:5,10,17,22 | 1155:8,18,19 |
| 1070:11,17 | 1013:22 1016:1,9 | 1069:12 1070:3 | 1158:13 1164:21 |
| 1075:24 1076:2 | 1017:1,20,23 | 1070:19 1071:11 | 1167:22 1168:19 |
| 1076:14 1079:9 | 1018:5,19 1019:4 | 1071:18,22 | 1170:4 1171:21 |
| 1079:25 1085:20 | 1019:9,22 1020:5 | 1072:13,14,19,25 | 1173:3,11,25 |
| 1088:14 1092:18 | 1021:10,14 | 1076:19,20,25 | 1174:3,16 |
| 1093:13 1094:17 | 1022:1,16,20 | 1077:3 1078:8,15 | 1176:22 1178:10 |
| 1097:14,15 | 1023:3,7 1024:11 | 1079:3,12 | 1181:6 1185:21 |
| 1104:2 1105:17 | 1024:17 1025:14 | 1080:17,20 | 1187:20 1191:15 |
| 1105:20 1111:25 | 1025:21 1026:5 | 1081:9,12 | 1192:8 1193:1,6 |
| 1114:2 1118:2 | 1026:12 1027:2 | 1082:10,19,22 | 1193:17 1194:11 |
| 1121:9 1122:25 | 1028:3,3 1030:11 | 1083:4,10,16,19 | 1200:5 1204:8 |
| 1123:4,10 | 1030:18,20 | 1083:24 1084:14 | 1206:20 1207:1 |
| | 1031:2,6,8,15 | | |

[understanding - version]

1208:12 1209:14
1213:2 1214:21
**understands**
1152:7 1154:4,21
**understood**
1123:7 1135:19
1156:15 1157:10
1165:20 1166:24
1218:20
**undertaken**
1065:10 1121:20
1126:20 1168:24
**undertook**
1141:10 1197:9
1206:21
**underway**  1102:1
**unique**  1009:9
**uniquely**  1011:15
1011:22
**united**  986:1
987:1
**universal**  1010:5
**universally**
1021:15
**unix**  1048:22,24
1048:25 1049:1,2
1049:3,14,20,20
**unpick**  1214:9
**unrelated**  1158:16
**update**  1203:2,12
1204:3
**updated**  1020:1,7
1055:12 1191:25
1202:17
**updating**  1019:22
**uploaded**  1144:22
**url**  1105:22
1108:7,14
**usage**  1099:25
1100:13

**use**  1010:8,10
1011:11 1014:19
1014:21 1027:6
1035:4 1054:2
1061:21,22
1062:9,12
1064:19 1065:16
1076:21 1080:19
1084:21 1091:9
1091:21,22,25
1092:13 1118:25
1126:4 1128:9
1151:9 1154:11
1155:24 1158:8
1158:18 1159:23
1160:14,25
1161:2,12,14
1162:20 1163:19
1166:2 1167:19
1186:22
**useful**  1073:20
**user**  986:4 987:4
995:9 996:15
1002:8 1022:14
1022:18 1023:1
1024:9,13,21
1025:1 1026:6
1048:11 1073:16
1074:4,12,16,18
1074:23 1075:5,6
1075:9,11,11
1076:8 1120:4
1125:14 1151:12
1152:16,24
1154:21 1186:4,9
1191:11,11
1194:9 1197:13
1198:2,16 1199:6
1199:21 1200:2
1200:10,17,23,25
1201:7,17,23,25

1202:11,13,22
1203:6,19,20
1204:5 1221:4
1223:1
**user's**  1009:24
**users**  1074:20
1115:3,6,16,18,22
1129:3 1149:7
1151:20 1152:5,7
1153:11,19,24
1154:3,5,6,8
1155:22 1158:7
1191:17 1194:12
1194:24 1197:13
1198:2,17 1199:6
**uses**  1011:4,13
1044:7

| v |
| --- |

**v**  1049:16,25
1171:5
**v1**  994:4 1116:19
1117:4,9 1118:9
1118:19 1119:1
1121:6 1146:1
**v2**  1104:13 1117:9
1118:10,19
1121:7
**vacuuming**
1167:5
**vague**  1142:1
1153:16 1154:13
1155:2 1183:4,22
1186:14,16
1197:16 1198:19
**valid**  1033:10
**valuable**  1215:25
**valuations**
1174:16
**value**  1031:3,4
1032:5,6 1041:24
1042:22 1043:1

1047:23,25
1048:14 1049:5,8
1051:2 1087:17
1169:21 1170:7,9
1171:15,21
1176:25 1179:14
1180:4
**values**  1008:23,23
1031:8,11
1036:20,21
1041:15 1043:4
1047:1,4,5,8,14
1047:17 1051:13
1066:10,12
1067:21 1068:11
1070:17,21
1078:13
**varela**  1116:18
1117:3,7,16,19
1118:12,14,16
1148:2,7,24
1170:13 1180:25
**varied**  1188:6
**various**  1073:19
1148:18,18
1201:21,22
1205:5
**vatsal**  1170:23
1171:3
**vc**  986:4 987:4
**veritext**  995:11
1221:7,9,11
**versed**  1159:12
**version**  1001:1
1019:15 1120:18
1126:12,17,17
1127:1,14
1128:11,13,13
1129:20,20,22,22
1130:3,6,7,10,12
1131:10,14

Veritext Legal Solutions
866 299-5127

[version - whitelisting]

1132:10 1137:2,2
1144:22 1147:2,3
1169:5 1180:10
1181:10 1199:25
1200:1,8,8
1201:11 1202:5,5
**versions**  1128:7
1131:15,19,25
1132:1 1173:16
1173:21
**video**  986:14
987:19
**videoconference**
986:14 987:19
988:2 989:2 990:2
991:2 992:2
**videographer**
992:18 995:5,10
1046:14,17
1101:12,15
1102:13,15
1138:5,8 1139:8
1139:11 1146:19
1146:22 1167:8
1167:11,14
1206:4,7 1218:22
**videos**  1009:16,19
1009:24 1010:17
1011:20
**view**  1090:25
1208:24 1212:19
**violation**  1158:18
**visible**  1015:16
**volume**  986:17
993:3 995:7
1219:13 1221:5
1223:2

---

**w**

**w**  988:6 992:7
1050:5,11 1051:2

**wait**  1008:13
**waived**  1221:23
1221:23
**waiving**  1221:20
**walk**  1091:8
**walked**  1092:6
**wangdra**  991:14
995:24
**want**  996:4,6
1002:14 1014:18
1014:24 1024:5
1039:25,25
1040:14 1077:12
1092:17 1096:1
1096:23 1103:10
1110:9 1134:12
1135:8 1137:9,13
1138:16 1140:3,6
1146:14,14,15
1155:7 1156:14
1159:12 1162:6
1165:2,13 1167:2
1172:16,19
1189:19
**wanted**  997:14
998:3,5 999:9
1000:12 1007:3
1015:11 1021:2
1025:5 1035:20
1036:2 1041:5
1059:24 1070:7
1077:23 1090:17
1093:13 1099:16
1113:8 1140:1
1157:10
**wants**  1167:3
**warehouse**  1099:2
1099:7,10
**washington**
986:23 988:13

**way**  999:6 1011:7
1020:19 1025:21
1026:16 1030:17
1037:8 1039:1
1043:19 1065:19
1066:16 1082:6
1089:18 1095:22
1096:15 1097:11
1097:23 1122:25
1123:14,15
1124:11 1125:6
1132:16 1133:23
1135:20 1137:16
1153:14 1154:1
1169:20 1179:20
1179:23 1182:20
1186:20 1187:13
1192:21,24
1201:1,12
1208:19
**ways**  1024:4
1028:19 1029:22
1151:11 1152:16
1173:13 1193:20
1194:3,12
1200:19 1201:21
1201:22 1203:16
1207:2 1208:3
**we've**  1008:18
1015:20 1027:21
1046:10 1055:14
1090:5,6 1092:6
1092:15 1102:3
1109:20 1119:4
1155:13 1156:18
1158:2 1160:3
1209:24 1217:15
**weaver**  989:8
**web**  986:14
987:19 988:2
989:2 990:2 991:2

**992:2**

**week**  1118:17
**weigh**  1137:8
**welcome**  1162:15
**went**  1107:6
1129:16 1165:23
1185:2 1209:17
**whereof**  1220:20
**white**  1192:17
**whitelist**  1001:5,8
1001:14 1141:7
1141:25 1143:17
1143:21 1144:16
1145:1,5 1150:9
1161:16,23,25
1163:16,18
1180:12,18
1181:4,8 1190:16
1191:2 1193:3
1209:9 1211:19
1212:22 1215:24
**whitelisted**  1143:2
1148:13 1149:23
1150:4 1167:18
1168:21 1178:13
1179:17 1180:9
1182:14,25
1184:7,12 1185:1
1185:5 1204:12
1207:5,9 1208:7
1215:16 1216:15
**whitelisting**
1143:4 1150:22
1160:12,15
1161:2 1162:3,20
1162:22,24
1163:10 1166:2
1169:23 1170:11
1171:10,13,16,19
1174:17 1181:24
1183:7 1192:17

Veritext Legal Solutions
866 299-5127

**[whitelisting - zoom]**

1193:18 1205:15
1208:21 1209:15
1210:5 1212:8,20
1213:12 1214:3
1214:15,23,25
1215:3 1216:6
**whitelists**   1141:15
1141:20 1142:9,9
1142:21 1143:11
1167:25 1190:4
**wholly**   1040:9,13
**wide**   1061:3
1123:17,18
1163:8
**widely**   1125:16
1216:1
**willingness**   1217:7
**wind**   1193:13
**withdraw**   1013:6
1019:19 1020:12
1023:10 1027:6
1030:4 1031:20
1033:18 1034:7
1040:24 1052:9
1052:19 1053:23
1054:13 1056:12
1058:9 1069:18
1126:3
**witness**   1075:2
1081:2 1113:10
1134:20 1157:15
1164:9,11
1166:12,20
1216:25 1217:4
1217:14 1220:20
1221:13,16
1222:2,5 1223:24
**witnesses**   1164:14
**wonderful**
1175:16

**wondering**   1169:9
**word**   1029:8,24
1100:25
**words**   1010:7
1011:16
**work**   996:17
1014:17 1033:12
1137:15,20
1139:1,2 1141:19
1142:3 1175:10
1177:19,20
1183:13 1198:22
1201:11 1203:25
1205:11,12
**worked**   1125:6
1142:5 1145:18
1150:19 1170:16
1184:20 1187:13
**working**   1077:1,2
1077:6,11,17,21
1077:24 1082:20
1103:23 1142:2
1143:8 1150:13
1150:17 1199:14
**works**   1050:4
1096:16 1140:8,9
1164:18 1174:8
1201:12
**world**   1197:2
**worth**   1173:5
**wound**   1193:18
**wright**   988:9
**writes**   1148:7,24
**written**   999:11
1117:16 1118:17
1156:3 1187:10
1187:14 1188:11
1188:22 1214:13
1214:24
**wrong**   1070:20
1092:19 1184:10

1197:11,25
1198:14 1199:4

| x |
|---|

**x**   993:1,11 994:1
1048:24 1051:21
1056:6,8,9,11,13
1056:15,19,20
1057:8,13 1059:4
1063:3,9 1220:16
1222:1
**xfn**   1023:4,5,7,11
1023:14,16,18,24
1023:25 1024:3,8
1024:12,25
1025:3,6 1033:7,9
1033:16 1034:2
1039:5,6 1042:17
1042:21 1043:9
1043:12,15,16,18
1043:20,24
1044:1,7,19
1045:11,20,24
1046:2,4 1047:11
1048:13,23
1049:22 1050:15
1050:23 1061:10
1061:13 1064:10
1064:11,16,23
1065:4,25 1066:6
1066:10 1082:21
1082:23 1083:22
1083:25 1084:10
1084:25
**xlsx**   1113:16

| y |
|---|

**y**   1065:24
**yeah**   999:1 1000:3
1004:13 1008:8
1037:17 1047:4
1051:10 1055:5

1068:3 1077:9,12
1078:2 1086:11
1087:5 1102:3,11
1103:23 1106:8
1113:6 1124:5
1134:5 1136:9
1139:21 1152:2
1156:18,20,23
1157:4 1158:1
1159:9,17 1160:9
1163:14,21
1164:12 1165:25
1167:2 1169:6
1175:13,15
1177:15 1196:6,9
1196:13 1218:4
1218:10
**year**   1192:7
1202:4,12
**years**   1077:11
1117:16
**yesterday**   996:6,9
996:20 998:7
999:25 1000:3,22
1004:7 1005:22
1006:23 1007:1
1007:15 1020:4
1090:8 1091:11
1093:17
**yesterday's**
1000:21 1002:14
**yup**   1102:5

| z |
|---|

**z**   1066:22 1067:21
1067:25 1069:21
1070:8 1072:10
1072:20
**zone**   1162:11
**zoom**   986:12
1004:19

Page 53

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.