HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4    IN RE:  FACEBOOK, INC.,      MDL No. 2843

 5    CONSUMER USER PROFILE        Case No.

 6    LITIGATION                   18-md-02843-VC-JSC

      _____

 7    This document relates to:

 8    ALL ACTIONS

 9    _____

10                **HIGHLY CONFIDENTIAL**

11

12        ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

13        CORPORATE REPRESENTATIVE - DAVID MILLER

14    (Reported Remotely via Video & Web Videoconference)

15      Los Angeles, California (Deponent's location)

16                Friday, July 22, 2022

17                   Volume 1

18

19    REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

20    STENOGRAPHICALLY REPORTED BY:

21    REBECCA L. ROMANO, RPR, CSR, CCR

      California CSR No. 12546

22    Nevada CCR No. 827

      Oregon CSR No. 20-0466

23    Washington CCR No. 3491

24    JOB NO. 5300521(b)

25    PAGES 1 - 132
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE:  FACEBOOK, INC.,       MDL No. 2843

5    CONSUMER USER PROFILE         Case No.

6    LITIGATION                    18-md-02843-VC-JSC

7    _____

8    This document relates to:

9    ALL ACTIONS

10   _____

11

12

13

14

15          DEPOSITION OF DAVID MILLER, taken on

16   behalf of the Plaintiffs, with the deponent located

17   in Los Angeles, California, commencing at

18   12:41 p.m., Friday, July 22, 2022, remotely

19   reported via Video & Web videoconference before

20   REBECCA L. ROMANO, a Certified Shorthand Reporter,

21   Certified Court Reporter, Registered Professional

22   Reporter.

23

24

25

HIGHLY CONFIDENTIAL

```
 1                    APPEARANCES OF COUNSEL

 2      (All parties appearing via Web videoconference)

 3

 4     For the Plaintiffs:

 5          KELLER ROHRBACK L.L.P.

 6          BY:  BENJAMIN GOULD

 7          BY:  DEREK W. LOESER

 8          BY:  CARI CAMPEN LAUFENBERG

 9          BY:  ADELE DANIEL

10          Attorneys at Law

11          1201 Third Avenue

12          Suite 3200

13          Seattle, Washington 98101

14          (206) 623-1900

15          bgould@kellerrohrback.com

16          dloeser@kellerrohrback.com

17          claufenberg@kellerrohrback.com

18          adaniel@kellerrohrback.com

19

20

21

22

23

24

25     /////
```

HIGHLY CONFIDENTIAL

```
 1                APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4    For the Plaintiffs:
 5         KELLER ROHRBACK L.L.P.
 6         BY: CHRIS SPRINGER
 7         Attorney at Law
 8         801 Garden Street
 9         Suite 301
10         Santa Barbara, California 93101
11         (805) 456-1496
12         cspringer@kellerrohrback.com
13
14    For Facebook, Inc.:
15         GIBSON, DUNN & CRUTCHER LLP
16         BY:  AUSTIN V. SCHWING
17         BY:  ROSEMARIE T. RING
18         Attorneys at Law
19         555 Mission Street
20         Suite 3000
21         San Francisco, California 94105-0921
22         (415) 393-8200
23         aschwing@gibsondunn.com
24         rring@gibsondunn.com
25    /////
```

                                              Page  4

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5         GIBSON, DUNN & CRUTCHER LLP

 6         BY:  CASSARAH M. CHU

 7         BY:  KELLY E. HERBERT

 8         Attorneys at Law

 9         200 Park Avenue

10         New York, New York 10166-0193

11         (212) 351-6381

12         cmchu@gibsondunn.com

13         kherbert@gibsondunn.com

14    and

15         BY:  SHAQUILLE GRANT

16         Attorney at Law

17         2001 Ross Avenue

18         Suite 2100

19         Dallas, Texas 75201

20         (214) 698-3206

21         sgrant@gibsondunn.com

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2     (All parties appearing via Web videoconference)
 3
 4    For Facebook, Inc.:
 5          GIBSON, DUNN & CRUTCHER LLP
 6          BY:  FELISHA R. MILES
 7          Attorney at Law
 8          333 South Grand Avenue
 9          Los Angeles, California 90071-3197
10          (213) 229-7523
11          fmiles@gibsondunn.com
12
13          JAMS
14          BY:  DANIEL B. GARRIE
15          Special Master
16          555 W. 5th Street
17          32nd Floor
18          Los Angeles, California 90013
19          (213) 253-9706
20          dgarrie@jamsadr.com
21
22
23
24
25    /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1                    APPEARANCES(cont'd)

2     (All parties appearing via Web videoconference)

3

4     ALSO PRESENT:

5           Ian Chen, Associate General Counsel,

6     Litigation and Regulatory at Meta

7           Abimbola Oladokun, Lead Counsel, General

8     Litigation at Meta

9           John Macdonell, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25     /////

Page 7

HIGHLY CONFIDENTIAL

```
1                      I N D E X

2    DEPONENT                              EXAMINATION

3    DAVID MILLER                               PAGE

4    VOLUME 1

5                    BY MR. GOULD                  11

6                    BY MR. SCHWING               125

7

8

9              PREVIOUSLY MARKED EXHIBITS

10   NUMBER                                     PAGE

11   Exhibit 619                                  72

12

13

14

15

16

17

18

19

20

21

22

23

24

25   /////
```

Page 8

HIGHLY CONFIDENTIAL

```
1          Los Angeles, California; Friday, July 22, 2022

2                         12:41 p.m.

3                         ---oOo---

4

5          THE VIDEOGRAPHER:  Okay.  We're on the          12:41:09

6   record.  It's 12:41 p.m. Pacific Time on

7   July 22nd, 2022.

8          This is the deposition of David Miller.

9   We're here in the matter of Facebook Consumer

10  Privacy User Profile Litigation.                       12:41:23

11         I'm John Macdonell, the videographer,

12  with Veritext.

13         Before the reporter swears the witness,

14  would counsel please identify themselves, beginning

15  with the noticing attorney, please.                    12:41:35

16         MR. GOULD:  My name is Benjamin Gould

17  with Keller Rohrback LLP, and I am representing the

18  plaintiffs in the proposed class.

19         MR. SCHWING:  Austin Schwing -- I'm

20  sorry.  My voice is shot.                              12:41:53

21         (Discussion off the stenographic record.)

22         MR. SCHWING:  Austin Schwing,

23  Gibson, Dunn & Crutcher.  I represent the

24  defendant.

25         And with me are Ian Chen, Cassarah Chu,         12:42:06
```

Page 9

HIGHLY CONFIDENTIAL

```
1    Felisha Miles, Shaquille Grant, Kelly Herbert, and        12:42:12

2    that's all.

3            SPECIAL MASTER GARRIE:  And this is

4    Special Master Daniel Garrie.  I'm here on behalf

5    of the Court.                                              12:42:26

6            THE COURT REPORTER:  Mr. Miller, if you

7    could raise your right hand for me, please.

8            THE DEPONENT:  (Complies.)

9            THE COURT REPORTER:  You do solemnly

10   state, under penalty of perjury, that the testimony        12:22:22

11   you are about to give in this deposition shall be

12   the truth, the whole truth and nothing but the

13   truth?

14           THE DEPONENT:  Yes, I do.

15                                                              12:22:22

16

17

18

19

20                                                             12:22:22

21

22

23

24

25   /////                                                      12:22:22
```

Page 10

HIGHLY CONFIDENTIAL

```
 1                    DAVID MILLER,                    12:22:22

 2      having been administered an oath, was examined and

 3      testified as follows:

 4

 5                    EXAMINATION                      12:42:45

 6      BY MR. GOULD:

 7          Q.   Good afternoon, Mr. Miller.  Thanks for

 8      making yourself available.

 9               Rather than showing you the notice of

10      deposition and the subtopic on which you've been   12:43:01

11      designated to testify, I -- I will just ask you,

12      you've been designated by Facebook to testify on

13      its behalf on a topic that is related to video

14      content on the Facebook Platform, correct?

15          A.   Yes.                                  12:43:27

16               MR. SCHWING:  I'm sorry.  Just for the

17      record, just -- not across all video content and

18      all content -- I don't want to be difficult, Ben,

19      but like that -- that's just too --

20               MR. GOULD:  No, no, I get it --       12:43:41

21               MR. SCHWING:  That's not what he's here

22      to talk about.

23               MR. GOULD:  Sure.  Right.

24          Q.   (By Mr. Gould)  And Mr. Miller, you --

25      you realize that your testimony here is on behalf  12:43:50
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | of Facebook, correct? | 12:43:55 |
| 2 |     A.   That's correct. | |
| 3 |     Q.   And by "Facebook," I should clarify, | |
| 4 | like, I mean Meta and everything under that general | |
| 5 | umbrella. | 12:44:07 |
| 6 |         Okay if I use "Facebook" to refer to | |
| 7 | that? | |
| 8 |     A.   I'm -- I'm okay with that. | |
| 9 |         MR. GOULD:  Okay.  Fabulous. | |
| 10 |         I'm having a really hard time hearing | 12:44:17 |
| 11 | Mr. Miller.  Is anyone -- is that true for anybody | |
| 12 | else or am I the only one? | |
| 13 |         THE VIDEOGRAPHER:  Yeah.  If you want to | |
| 14 | go off the record real quick, we can change it to | |
| 15 | his cell phone audio. | 12:44:26 |
| 16 |         MR. SCHWING:  I've got a -- can we just | |
| 17 | go in a breakout room and I'll chat with tech folks | |
| 18 | and we -- I -- and there may be another computer we | |
| 19 | can use, or something like that, and we just try to | |
| 20 | figure this out real quick. | 12:44:37 |
| 21 |         MR. GOULD:  Sure.  Of course.  Of course. | |
| 22 |         THE VIDEOGRAPHER:  Okay.  We're off the | |
| 23 | record.  It's 12:44 p.m. | |
| 24 |       (Recess taken.) | |
| 25 |         THE VIDEOGRAPHER:  Okay.  We're back on | 12:50:04 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the record.  It's 12:50 p.m. | 12:50:05 |
| 2 | THE DEPONENT:  You're on mute. | |
| 3 | MR. GOULD:  Thank you, Mr. Miller.  I | |
| 4 | appreciate it. | |
| 5 | Q.   (By Mr. Gould)  So currently, Facebook | 12:50:22 |
| 6 | users are able to upload videos to the | |
| 7 | Facebook Platform; is that correct? | |
| 8 | A.   That's correct. | |
| 9 | Q.   Okay.  When did Facebook first enable its | |
| 10 | users to upload video content to the platform? | 12:50:43 |
| 11 | A.   In 2006. | |
| 12 | Q.   When did the Facebook Platform begin, if | |
| 13 | you know? | |
| 14 | A.   With -- do you mean with respect to | |
| 15 | video? | 12:51:10 |
| 16 | Q.   No, I'm -- I'm sorry. | |
| 17 | When did -- when did like the Facebook | |
| 18 | social media platform like come into existence? | |
| 19 | Was -- was it -- it was before 2006, | |
| 20 | right? | 12:51:24 |
| 21 | A.   Before video -- do you mean before video? | |
| 22 | Q.   Yeah.  Before video. | |
| 23 | A.   Before 2006. | |
| 24 | Q.   Okay.  Sorry.  I'm just trying to get | |
| 25 | some perspective on -- on what sort of time we're | 12:51:39 |

Page 13

HIGHLY CONFIDENTIAL

```
1    talking about.                                      12:51:41

2          So is it fair to say that quite early,

3    though, in Facebook's existence, it enabled its

4    users to upload video to the platform?

5          MR. SCHWING:  Vague.                          12:51:56

6          THE DEPONENT:  What -- how are you

7    defining the beginning of Facebook's existence?

8    Q.    (By Mr. Gould)  Sure.

9          Do you know when Mark Zuckerberg created

10   Facebook?                                           12:52:14

11   A.    Approximately.

12   Q.    When?

13   A.    Say around -- around 2005.

14   Q.    Right.

15         And like if I remember correctly,            12:52:30

16   initially, for some period, it was only people with

17   an .EDU email address who were able to access the

18   platform.

19         Am I -- am I right about that?

20         MR. SCHWING:  That's outside the scope        12:52:48

21   of the -- the deposition.

22   Q.    (By Mr. Gould)  If -- if you don't know,

23   you can say you don't know.

24   A.    I'm -- sorry.  Can you repeat the

25   question.                                           12:52:55
```

Page 14

HIGHLY CONFIDENTIAL

```
 1        Q.    Sure.                                      12:52:56

 2              If I remember correctly, there was some

 3     period around 2005/2006, when only people with an

 4     .EDU email address were able to create an account

 5     on -- on Facebook?                                  12:53:17

 6              MR. SCHWING:  It's outside the scope of

 7     the deposition.

 8              THE DEPONENT:  I -- I remember there was

 9     a time where some affiliation with a school was

10     required, but that's all I know.                    12:53:31

11        Q.    (By Mr. Gould)  Fair enough.

12              When was Facebook's initial public

13     offering?

14              MR. SCHWING:  It's outside the scope of

15     the deposition.                                     12:53:41

16              THE DEPONENT:  Oh, I don't -- I don't --

17     I don't remember the date of the IPO.

18        Q.    (By Mr. Gould)  Fair enough.

19              Do you know what changes had to be made

20     to the Facebook Platform initially in order for its 12:54:01

21     users to be able to upload video?

22        A.    Some examples of what happened in 2006

23     would be the ability to, say, upload a movie file.

24     And -- and after a user would share a movie file,

25     if other users wanted to watch that movie file,     12:54:35
```

Page 15

1    some rendering capabilities, some movie play, some          12:54:40

2    video play, movie file play, some video play

3    capabilities would have to have been added to the

4    platform.

5         Q.   And by "movie file," do you mean a file          12:54:55

6    that ends with .MOV?

7         A.   That's what I meant.  There are other

8    video files.  For example, today there are .MP4

9    files.  But that's what I meant by a .MOV file.

10        Q.   And so initially, in 2006, is it the case         12:55:20

11   that only .MOV files were enabled to be uploaded,

12   do you know?

13        A.   Here -- here's what I can say.  You could

14   also in 2006 -- so let me -- let me clarify.

15             In 2006, a link to a video that was on          12:55:41

16   another website could be added.  The files

17   themselves could be uploaded, so the video files

18   themselves.  And the extensions, I don't remember.

19             But, you know, for all intents and

20   purposes, these are -- these are -- these are          12:56:01

21   things that render video.  The files themselves

22   could be uploaded in 2007.

23        Q.   Okay.  So it was in -- okay.

24             So prior to 2007, users could link to

25   videos somewhere else on the Web, but not upload         12:56:26

                                                        Page 16

HIGHLY CONFIDENTIAL

```
1    them to the Facebook Platform.                      12:56:31

2            Am I understanding you correctly?

3       A.   Yes.

4       Q.   Okay.  Could you describe, generally, the

5    changes that have been made to Facebook's platform   12:56:56

6    since 2007, in order to facilitate the uploading of

7    videos by users?

8       A.   So to facilitate video upload, some

9    changes could be where you would have to go to

10   upload those -- those files.  In some cases, you     12:57:30

11   would have to go to your profile -- I mean, early

12   on.

13           You -- if you were a page in 2007, you

14   would go to your page.  You could upload it.  There

15   were many -- there were various other -- I would --  12:57:51

16   I would call it entry points that got created over

17   the years.

18      Q.   What's --

19      A.   And -- yeah.

20      Q.   I'm sorry.  Go ahead.                        12:58:02

21      A.   Yeah.  So --

22           MR. SCHWING:  Were -- were you finished,

23   Mr. Miller?

24           You should con- -- continue with your

25   answer, if you were -- if you're done, that's fine.  12:58:07
```

Page 17

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  I'm done. | 12:58:10 |
| 2 | Q.  (By Mr. Schwing)  Okay.  What were the | |
| 3 | first entry points to be created after 2007? | |
| 4 | A.  So I -- I actually don't know the first | |
| 5 | entry points that were created after 2007, but I | 12:58:36 |
| 6 | can describe entry points that exist today. | |
| 7 | Q.  Please -- please do.  Thank you. | |
| 8 | A.  So the ways that you can upload video to | |
| 9 | the platform were directly on the profile, directly | |
| 10 | on the page. | 12:58:58 |
| 11 | Today, for example, if you went to | |
| 12 | Facebook, you could -- you don't have to go to a | |
| 13 | profile or a page to upload video.  You could | |
| 14 | upload it from, say, newsfeed directly.  You could | |
| 15 | record from newsfeed. | 12:59:24 |
| 16 | There -- other things that I'm aware of | |
| 17 | today are some Facebook tools that give those who | |
| 18 | want to produce, or those who want to upload video, | |
| 19 | the ability to do that. | |
| 20 | Today some of those are called, Meta -- | 12:59:48 |
| 21 | Meta Business Suite, Creator Studio. | |
| 22 | Q.  Anything else that you can think of? | |
| 23 | A.  The other thing that I can think of is | |
| 24 | the -- the fact that you can live stream on -- on | |
| 25 | Facebook, and you can do these things from, say, | 01:00:19 |

Page 18

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the app, the mobile app, or from the desktop. | 01:00:24 |
| 2 | So as an example, most of the things I | |
| 3 | mentioned have a desktop version and an app | |
| 4 | version. | |
| 5 | Q.   When did Facebook first make it possible | 01:00:41 |
| 6 | for users to upload videos using the newsfeed? | |
| 7 | A.   I -- I don't recall when. | |
| 8 | Q.   Can you give an approximate year or -- or | |
| 9 | years? | |
| 10 | A.   No.  I -- I would be speculating. | 01:01:10 |
| 11 | Q.   Okay.  Was it before 2015? | |
| 12 | A.   Again, I -- I mean, I -- I know it's live | |
| 13 | today and -- and I don't know.  I -- you know, | |
| 14 | sitting here today, I -- I don't. | |
| 15 | Q.   Okay.  And you mentioned that Facebook | 01:01:39 |
| 16 | enables users to record videos from their newsfeed, | |
| 17 | correct? | |
| 18 | A.   Right. | |
| 19 | Q.   When was that functionality first | |
| 20 | enabled, if you know? | 01:01:54 |
| 21 | A.   No.  Similar to the upload of the -- of | |
| 22 | the file itself, I -- I can't say exactly when the | |
| 23 | live -- or when the -- when the -- you know, on | |
| 24 | platform record. | |
| 25 | What I can say is that -- and I can -- I | 01:02:15 |

Page 19

HIGHLY CONFIDENTIAL

```
1    can talk about different parts of -- I -- I can          01:02:19

2    talk about, say, when you could go live on

3    Facebook.  But regarding the feed, I -- I don't

4    recall exactly when.

5        Q.   Fair enough.  I'm just trying to be             01:02:31

6    exhaustive here.

7            Do you know when the newsfeed was first

8    introduced?

9        A.   I recall newsfeed being introduced in

10   2006.                                                    01:02:46

11       Q.   Okay.  You mentioned Facebook tools that

12   give people the ability to upload video to the

13   Facebook Platform, right?

14       A.   Yeah, I mentioned.

15       Q.   What, generally, is a Facebook tool?           01:03:08

16            MR. SCHWING:  It's vague.

17            You can answer, if you know, if you can.

18            THE DEPONENT:  The way I think of tools

19   would be an ability to perform a function or an

20   action on the Facebook Platform.                         01:03:27

21       Q.   (By Mr. Gould)  And is it -- let's focus

22   on -- on the two specific tools you mentioned; the

23   Meta Business Suite -- Suite and the

24   Creator Studio.

25            What functionality does the Meta              01:03:54
```

Page 20

HIGHLY CONFIDENTIAL

1    Business Suite enable, insofar as uploading videos        01:03:57

2    is concerned?

3         A.   So an example would be accessing the --

4    the video file, uploading it to Facebook's

5    platform.  That's, you know, a very standard upload       01:04:19

6    process.

7         Q.   And the Meta Business Suite is designed

8    to make that process seamless for the business

9    that's using it?

10        A.   For the user or entity that's using it,        01:04:38

11   the -- the goal is to make it easy to do that.

12        Q.   You mentioned Creator Studio.

13             What does the Creator Studio enable users

14   to do?

15        A.   Similar -- regarding video, similar            01:05:03

16   ability to upload.

17        Q.   And, again, it's designed to make that

18   uploading process easy?

19        A.   Yeah.

20        Q.   Okay.  Does the Meta Business Suite give       01:05:19

21   the user the ability to record videos as well?

22        A.   So in -- in the preparation that I did,

23   around the -- the changes that -- that Facebook

24   made to allow users to share and interact with

25   video, I -- I focused most of my preparation on         01:05:47

                                              Page 21

HIGHLY CONFIDENTIAL

1    what -- what general users can do.  And, you know,      01:05:50

2    as -- as opposed to the professional tools that

3    you're mentioning.

4        Q.   Okay.  Is Creator Studio one of the

5    professional stu- -- tools?                             01:06:02

6            Okay.

7        A.   Yeah, I -- I would think of it that way.

8        Q.   Okay.  I'm just going to ask just to

9    be -- just to see if you know.

10           Does Creator Studio enable the user to          01:06:15

11   record video content?

12       A.   I -- I couldn't say for sure.

13       Q.   Fair enough.

14           Forgive me if I already asked you this.

15           When were those two tools created, if you       01:06:42

16   know?

17       A.   I don't remember when those two tools

18   were created.

19       Q.   Were those two tools created before 2017,

20   do you think?                                           01:06:55

21       A.   So in the preparation that I did to allow

22   for users to share and -- and -- and view and

23   interact with video on Facebook, I didn't focus my

24   preparation on the professional tools.

25       Q.   Okay.  Fair enough.                            01:07:15

HIGHLY CONFIDENTIAL

```
 1              Once a video is uploaded to the        01:07:26

 2    Facebook Platform by a user, currently, what are

 3    some of the ways in which other users can interact

 4    with or share that content?

 5         A.   So let me start with the fact that      01:07:54

 6    there's a video file that's on the

 7    Facebook Platform, and I think the first thing that

 8    you asked was, how could users interact with that.

 9              So let me -- let me -- let me take that

10    one first.                                        01:08:14

11         Q.   Okay.

12         A.   Facebook Platform has various -- we call

13    them surfaces -- but parts of the Facebook Platform

14    where users can even see that a video post exists.

15    I can -- I can give you some examples, like        01:08:37

16    newsfeed itself.

17              When a user comes to newsfeed, Facebook

18    could recommend a post that -- that really is a

19    video.  And that would be one example.

20         Q.   So that's super helpful because what I --  01:08:57

21    what I could then -- what I think I want to ask you

22    then is, what are the surfaces where a user can

23    access video content uploaded by somebody else to

24    the Facebook Platform?

25         A.   Got it.                                 01:09:23
```

Page 23

HIGHLY CONFIDENTIAL

```
 1                MR. SCHWING:  Vague -- vague as to time.    01:09:27

 2                MR. GOULD:  Sure.

 3                MR. SCHWING:  I'm trying to be actually

 4      kind of helpful here, Ben.  I don't know if you --

 5                MR. GOULD:  Yeah.  No.  No.  You -- thank   01:09:35

 6      you.  Thank you.

 7                MR. SCHWING:  Now versus when -- some

 8      other time.

 9                MR. GOULD:  Sure.

10                MR. SCHWING:  But do you want to know       01:09:39

11      now?

12         Q.   (By Mr. Gould)  Currently, where are

13      the -- what are the surfaces where users can access

14      video content uploaded by another user?

15         A.   Got it.                                      01:09:50

16                So I mentioned newsfeed.  And there's a

17      tab which is just video only.  That's another

18      surface.

19         Q.   Can I stop you there?

20         A.   Sure.                                        01:10:08

21         Q.   Is that a tab on newsfeed?

22         A.   It's a tab on the platform itself.

23         Q.   Okay.

24         A.   So I think of newsfeed as a tab, and I

25      think of a separate tab, yeah.                       01:10:17
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1         Q.    Okay.  Sorry for interrupting you.        01:10:19

 2    Please go on.

 3         A.    No, no worries.

 4         Q.    If you want me to repeat the question,

 5    I'm happy to, by the way.                            01:10:27

 6         A.    Oh, no, I -- I remember.

 7         Q.    Okay.

 8         A.    A user can search for a video.  So I

 9    would say -- I would say that that -- that's part

10    of the ways that a user can access video.            01:10:40

11              A user could go to someone's profile,

12    if -- if the -- if -- video.  A user could go to a

13    page.  Page can also share or post a video file.

14              A user could receive a video file from

15    someone else in a Messenger conversation.            01:11:13

16         Q.    Any other surfaces you can think of?

17         A.    I'm thinking.

18         Q.    Oh, sure.  Go ahead.

19         A.    Another surface I can think of is

20    something we call stories.  So when -- when the      01:11:34

21    user is in their newsfeed, sometimes there's a

22    horizontal scroll or tray of -- like I said,

23    these are -- these are posts that -- that will

24    expire.  Some of them are video.

25              And a user could go to groups on           01:12:00
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    Facebook.  They -- you're part of a group.  You can      01:12:09

2    upload a video to a group and say a group member

3    can also see video there.

4              And --

5         Q.   Yeah.                                           01:12:28

6         A.   -- and sit -- sitting here today, that --

7    that's all I recall.

8         Q.   When did Facebook first enable users to

9    search for videos?

10        A.   I -- I believe that video search came          01:12:42

11   about -- let me think -- sometime in 2016.

12        Q.   Was there a search function that Facebook

13   had before 2016?

14        A.   If -- if it wasn't involved -- I mean, as

15   far as what I prepared on the topic of video, my --      01:13:17

16   in my education and -- and in my prep, I do recall

17   learning about the -- the ability to search for

18   video on 2016.  I think it's fair to assume that

19   search existed.  But I -- I couldn't say because it

20   would go before the research that I conducted.           01:13:44

21        Q.   And you spoke of a video tab; is that --

22   am I remembering correctly?

23        A.   Right.  I mentioned a video tab.

24        Q.   When was the video tab introduced to the

25   Facebook Platform?                                        01:13:58
```

Page 26

HIGHLY CONFIDENTIAL

1        A.   The video tab launched in 2016.                01:14:02

2        Q.   20- -- I'm sorry.  Say that again.  I

3   apologize.

4        A.   2016.

5        Q.   Okay.  When -- sorry.                           01:14:14

6             Is it fair to say that users were first

7   able to upload videos to their profile in 2006?

8        A.   I think that what we said was -- or what

9   you and I talked about was, in 2006, you could post

10  a link to a video.  And in 2007, you could -- you     01:14:41

11  could -- you could share a video file.

12       Q.   In 2007, could you upload a video to your

13  profile on Facebook?

14       A.   I think that -- I mean, it depends on how

15  you define "profile."                                  01:15:10

16            So as an example, are you -- are you

17  saying that as an owner of a profile, you post

18  like, hey, here's a -- here's a great video I saw.

19       Q.   Exactly.

20            When was that first enabled?                  01:15:30

21       A.   Well, yeah.  So I would say that that is

22  the -- the 2007 launch I talked about.  So -- so,

23  you know, feed existed.  But it could be shown in

24  feed.  You could see it in the profile.  But really

25  it's -- it's the profile that's sharing the video     01:15:51

                                               Page 27

HIGHLY CONFIDENTIAL

```
 1    at that time.                                    01:15:54

 2        Q.   Understood.

 3             When did Facebook first enable users to

 4    send and receive video files via

 5    Facebook Messenger?                               01:16:08

 6        A.   So Messenger video files or -- or links

 7    to videos, I recall came out in 2008.

 8        Q.   You -- I don't want -- I'm not trying to

 9    be difficult.  I -- you talked about two different

10    things.  You talked about video files and you     01:16:36

11    talked about links to videos.

12             Are you saying that in 2008, that was

13    when Messenger enabled users to send and receive

14    both video files and links to videos?

15        A.   So I -- no, I don't -- I don't think that 01:16:55

16    you're being difficult.

17             I -- definitely links.  And for files

18    themselves, if it didn't happen then, it would have

19    been around that time.

20        Q.   Okay.  When did Facebook introduce        01:17:09

21    stories?

22        A.   Stories came out in 2017.

23        Q.   And from the beginning, was it the case

24    that stories could include videos?  Video content?

25        A.   If stories didn't include video content   01:17:38
```

Page 28

HIGHLY CONFIDENTIAL

```
 1    at its launch, it would have been not too long        01:17:41

 2    after that.

 3         Q.   When did Facebook first enable users to

 4    create groups?

 5         A.   Groups with video or groups without         01:18:02

 6    video?

 7         Q.   Just to give a picture of the timeline,

 8    let's say just groups without video.

 9              MR. SCHWING:  It's outside the scope.

10              If you know, go ahead.                       01:18:16

11              THE DEPONENT:  So -- but I -- I think I

12    get what you're asking, Ben.

13              And so based on the preparation I did,

14    groups video started in 2010.

15         Q.   (By Mr. Gould)  Okay.  Great.                01:18:33

16              So currently, Facebook enables users to

17    access video content on multiple different

18    surfaces, correct?

19         A.   That's correct.

20         Q.   Okay.  Is it Facebook's intention to make    01:19:03

21    it easy for viewers to access video content on the

22    platform?

23         A.   What -- what I'll say is -- or -- or the

24    way I think about it is Facebook makes it easy to

25    access almost any kind of content that a user wants    01:19:23
```

Page 29

HIGHLY CONFIDENTIAL

```
 1    to share on the platform.                          01:19:27

 2         And I think we -- we think of the -- the

 3    content as video and/or photos and/or text and/or

 4    links.  And we want to make everything, including

 5    video, easy to access.                             01:19:47

 6         Q.   We talked about multiple different

 7    surfaces to test video content, right?

 8         A.   Right.

 9         Q.   Okay.  Currently, do all of those

10    surfaces provide the same ways for users to        01:20:23

11    interact or share that video content?

12         A.   So if you mean -- or let's talk about

13    sharing.  If you mean sharing and the existence of

14    a share button, very -- very similar -- sure --

15    across all -- across all the surfaces we talked    01:20:46

16    about.

17         And then what else were you asking?

18         Q.   Interacting with.

19         So if I use the term "reaction," do you

20    know what I'm referring to?                         01:21:01

21         MR. SCHWING:  Vague.

22         THE DEPONENT:  I do.

23         MR. SCHWING:  And potentially calls for

24    speculation.  I mean...

25         Q.   (By Mr. Gould)  And in the context of the 01:21:12
```

Page 30

HIGHLY CONFIDENTIAL

```
 1    Facebook Platform, you know, if I'm using the        01:21:13

 2    term -- or excuse me.

 3            In the context of the Facebook Platform,

 4    what does the term "reaction" refer to?

 5        A.    So specifically in the preparation that I    01:21:24

 6    did for how users can interact, a reaction would be

 7    the ability to go to the video post that's been

 8    shared and click a button where you could like or

 9    have a few other reactions to that video post.

10        Q.    When did Facebook first enable users to     01:22:02

11    like uploaded video content?

12        A.    Users could first upload -- sorry.

13            Users could first like video content in

14    2009.

15        Q.    Okay.  You mentioned there are currently    01:22:31

16    reactions other than liking, correct?

17        A.    Right.

18        Q.    Do you have any sense of when those other

19    reactions were introduced to the Facebook Platform?

20        A.    Other reactions besides like came out in    01:22:55

21    2016.

22        Q.    And I don't think I've asked this

23    question, but you referred to a share button where

24    you -- I think -- where -- where users could click

25    it and share a video with some other user; is that   01:23:26
```

                                        Page 31

HIGHLY CONFIDENTIAL

```
 1   correct?                                            01:23:29

 2       A.   Right.

 3       Q.   Okay.  When was that share button

 4   introduced for uploaded videos?

 5       A.   Share came out in 2012.                    01:23:45

 6       Q.   What are the video formats that Facebook

 7   currently allows users to upload?

 8       A.   So Facebook allows users to upload most

 9   video formats, I think the most popular of which

10   would be .MP4 files.  Movie files.                  01:24:21

11            I -- it's the -- it's the common video

12   files that I think we all know of and think of when

13   it comes to movie files.

14       Q.   Let -- let me then ask the question this

15   way.                                                01:24:51

16            Can you think of a commonly used format

17   for video content that Facebook does not enable

18   users to upload to the platform currently?

19            MR. SCHWING:  That's vague.

20            THE DEPONENT:  I -- it would be hard for    01:25:11

21   me to think of a commonly used video format that

22   Facebook doesn't allow for upload.

23       Q.   (By Mr. Gould)  Okay.  Are you familiar

24   with -- sorry.

25            Was it the case that over the years        01:25:39
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1     Facebook has increased the number of and kind of          01:25:42

2     video content formats it enables users to upload to

3     the platform?

4              MR. SCHWING:  Compound and vague.

5              THE DEPONENT:  For -- I mean -- sorry.            01:26:01

6     Can you...

7         Q.   (By Mr. Gould)  Yeah.  Sure.

8              Has -- over -- over the years -- you know

9     what, let me be more specific.

10             Since 2007 --                                    01:26:11

11        A.   Okay.

12        Q.   -- has Facebook increased the number of

13    video content formats it enables users to upload?
```

```
25             MR. SCHWING:  Vague.                             01:27:20
```

HIGHLY CONFIDENTIAL



Page 34

HIGHLY CONFIDENTIAL



10          MR. SCHWING:  Vague.                    01:30:02

22          MR. SCHWING:  I'm sorry.  Just for

23   clarity, you're asking if that's his previous

24   testimony or you're asking if he agrees --

25          (Simultaneously speaking.)             01:30:38

Page 35

HIGHLY CONFIDENTIAL

```
1              MR. GOULD:  I'm just asking whether you        01:30:39

2    would -- whether what I just said is accurate.

3              MR. SCHWING:  Okay.  Thank you.
```



```
                                                              Page 36
```



11          MR. SCHWING:  The question is vague.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



2          (Simultaneously speaking.)

3          MR. SCHWING:  Let him finish.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

2      Q.   Okay.  What changes to its infrastructure

3   has Facebook made since 2007 to facilitate the

4   uploading and sharing of video content?

5           MR. SCHWING:  The question is vague.          01:36:18

6           THE DEPONENT:  I -- I understand -- I

7   think I understand what you're asking.

8           And the way I think about it is from the

9   time that Facebook allowed for video on the

10  platform, let's -- let's say maybe 2007.  And I      01:36:36

11  think you're asking me from -- are you asking me

12  from 2007 through today infrastructure changes that

13  have -- and then I'll let -- is that what you're

14  asking me and --

15      Q.   (By Mr. Gould)  Right.  Right.  So let me    01:36:52

16  then rephrase.

17      A.   Right.

18      Q.   I'm asking about infrastructure changes

19  from 2007 to the present that have been made in

20  order to facilitate access to --                      01:37:05

21      A.   Right.

22      Q.   -- uploading or sharing of video content.

23           Is that a subject you're prepared to --

24  to talk about?

25           MR. SCHWING:  I guess --                      01:37:25

Page 39

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Without getting into too        01:37:27

 2    much detail about the -- the changes themselves,

 3    here's what I am prepared to talk about.

 4              If you just look at the amount of

 5    video -- or maybe in this case we'll call it            01:37:43

 6    digital video, right, as opposed to video that we

 7    were discussing -- like nondigital video that we

 8    were discussing.

 9              But if you think about the number of

10    users on Facebook, and if you think about whether       01:37:55

11    or not video was popular -- and, obviously, I think

12    it's fair to say that video has become a more

13    popular medium over time.

14              And if you were to compare users'

15    appetite for sharing video, you know, producing --      01:38:14

16    making video and watching video, and if you were to

17    think about the growing popularity of video as a

18    medium and also think about the user increase, in

19    order to successfully allow users to upload video

20    and -- and -- and interact with video and watch         01:38:43

21    video on the platform, what I can tell you is

22    infrastructure improvements had to take place,

23    you know, at a high level.

24              And I'm not prepared to talk about the --

25    the technical -- I mean, if -- if I think about the     01:39:05
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    topic that I'm prepared to talk about, the changes        01:39:11

2    that we made to allow for the ways that users

3    interact with video, of course, we want users to

4    have a successful experience.

5          So what does that mean.  It means, it              01:39:25

6    doesn't -- the upload doesn't fail or the playback

7    doesn't fail.
```

```
16        Q.   (By Mr. Gould)  Okay.  So in order to not

17   waste your time, are you prepared to talk, at a

18   high level, about the kind -- general kinds of

19   infrastructure changes that have been made in order

20   to facilitate the access to uploading of and          01:40:18

21   sharing of video content?

22          MR. SCHWING:  We haven't -- just to be

23   clear, we haven't designated Mr. Miller to talk

24   about like technical infrastructure.

25          MR. GOULD:  Okay.                               01:40:34
```

Page 41

```
1              MR. SCHWING:  But, you know, storage or      01:40:35

2     showing video, that's not something we understood

3     that you --

4              MR. GOULD:  Okay.

5              MR. SCHWING:  -- you intended to ask          01:40:42

6     about.  And that's not part of topic 9c, as we've

7     understood it.

8              Mr. Miller is focused on -- on the

9     actions taken, decisions made that would allow

10    people to kind of interact, like on surfaces that     01:40:55

11    he's been discussing.

12             So I hope that -- that helps to clarify.

13    He's not going to be able to talk about like the

14    servers and the server system and that kind of

15    thing.                                                01:41:05

16        Q.    (By Mr. Gould)  If I were to ask you,

17    you know, Mr. Miller, since 2007, what are the

18    major investments that Facebook has made,

19    generally, in order to facilitate user access to

20    and sharing of and uploading of video content, is    01:41:26

21    that, at a high level, a question that you're

22    prepared to answer?
```

Page 42

HIGHLY CONFIDENTIAL

```
 1    to talk -- I think that that would be the          01:42:03

 2    high-level answer to your original question.

 3            But regarding the specifics under those

 4    high-level areas, I didn't find that as relevant to

 5    my topic and the research that I did.                01:42:20

 6        Q.   Okay.  What improvements since 2007 --

 7    major improvements since 2007 have been made in

 8    order to facilitate access to sharing of and

 9    uploading of video content?

10        A.   I can give examples of the way that we      01:42:52

11    recommend or rank video as a -- as basically a -- a

12    bucket of improvements that we've made.

13        Q.   What -- okay.  Well, then -- let me then

14    be more specific and we'll talk about maybe kinds

15    of improvements.                                     01:43:17

16        A.   Okay.

17        Q.   That might focus our discussion.

18            One of those kinds that you mentioned

19    earlier was improvements in storage.

20            Since 2007, what are the major, at a high    01:43:26

21    level, improvements that Facebook has made in order

22    to facilitate access to sharing of, uploading of

23    video content?

24        A.   Oh, you -- I'm confused.  You mentioned

25    storage, and then you mentioned my topic.  But help  01:43:49
```

Page 43

HIGHLY CONFIDENTIAL

```
1    me understand the tie between the two.              01:43:52

2         Q.   Oh, sorry.  I -- I -- sorry.  One second.

3    I just want to -- I -- I -- because I want to make

4    sure I understood what you are and are not prepared

5    to talk about.                                      01:44:13

6              I -- I thought you said you -- you can

7    answer questions regarding improvements in storage,

8    in coding and in playback.

9              Am I right about that?

10        A.   I don't think that that's what I said.    01:44:30

11        Q.   Oh, okay.

12        A.   Do -- I could restate, or maybe we can

13   restate what I had said --

14        Q.   Yeah.

15        A.   -- or maybe clear it up --                01:44:42

16        Q.   I mean -- well, hm.

17             MR. SCHWING:  May be useful to take a

18   break.  We're at about an hour and maybe we could

19   give some clarify.

20             MR. GOULD:  Okay.  Let's take a short      01:44:56

21   break.

22             Could -- could we make it a five-minute

23   break and be sure to be back here at -- at 1:50?

24             MR. SCHWING:  Sure.

25             MR. GOULD:  Okay.  Thank you.              01:45:07
```

Page 44

HIGHLY CONFIDENTIAL

```
 1              THE VIDEOGRAPHER:  Okay.  We're off the        01:45:08

 2     record.  It's 1:45 p.m.

 3              (Recess taken.)

 4              THE VIDEOGRAPHER:  We're back on the

 5     record.  It's 2:03 p.m.                                 02:03:10

 6         Q.   (By Mr. Gould)  Thanks, Mr. Miller.

 7              I'm -- I'm going to ask a broad question

 8     and, you know, you can answer it however you can

 9     answer it, and then we can go from there.

10              What are the major actions taken by            02:03:32

11     Facebook, since 2007, in order to facilitate user

12     access to uploaded video content on the platform?

13         A.   At a high level, Facebook increased the

14     number of services.  So we talked about that,

15     the -- the ways on Facebook app users can access --     02:04:02

16     or where on Facebook app users can access video.

17     And also improvements in how we ranked video for

18     users.

19         Q.   We'll talk a little bit more about

20     improvements and how you ranked video.                  02:04:24

21              Are you talking about improvements in how

22     video was ranked on a user's newsfeed?

23         A.   Yes.

24         Q.   Yeah.

25              Anything -- anything else that goes under      02:04:34
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1   the heading of improvements and ranking?                    02:04:35

2        A.   I -- sorry.   Ranking on newsfeed or

3   ranking on the other services we talked about?

4        Q.   That's -- yeah.   I mean, that's precisely

5   what I'm wondering, is like, when you said, how we         02:04:51

6   rank video -- when you said that phrase, did you

7   mean something other than -- or something besides

8   how video is ranked on newsfeed?

9        A.   That is -- so I'm prepared to talk about

10  how video is ranked on, say, newsfeed and also,           02:05:19

11  say, the video tab.

12             MR. GOULD:   Fabulous.   Okay.

13             MR. SCHWING:   Can I -- can I interrupt

14  for just one second.

15             (Discussion off the stenographic record.)      02:05:40

16       Q.   (By Mr. Gould)   What were the

17  improvements in the video ranking for the newsfeed

18  designed to do?

19       A.   Ranking improvements on newsfeed were

20  designed to give users a better experience.              02:06:32

21       Q.   And when we're talking about improvements

22  in ranking, are we talking about like a series of

23  improvements or like one big upgrade?

24       A.   More of a series of improvements.

25       Q.   Okay.   Are you prepared to talk about,        02:06:55

Page 46

HIGHLY CONFIDENTIAL

1    like at a high level, the major decisions or          02:06:56

2    changes that were part of that series?

3         A.    At a high level, that was part of the

4    prep that I did.

5         Q.    Fabulous.  Great.                           02:07:13

6               When did the -- these improvements to

7    ranking on a newsfeed start to be made?

8         A.    We can say that one of the more important

9    changes to newsfeed's ranking happened in 2011.

10        Q.    And what change was that?                   02:07:43

11        A.    And in that year, newsfeed ranking

12   changed from being chronological to being

13   recommendation-based.

14        Q.    And how did the platform come up with

15   these recommendations -- that's a broad question.      02:08:10

16              So let's start out with, what information

17   did the platform consider in order to make these

18   recommendations?

19        A.    So in 2011 or in general?

20        Q.    In -- in 2011, what were the improvements   02:08:27

21   to what -- or -- yeah.  What did it begin to

22   consider?

Page 47

HIGHLY CONFIDENTIAL



Page 48

HIGHLY CONFIDENTIAL



```
24        Q.   All right.  When -- in 2007, when the

25   video uploads first began in the platform, were          02:12:36
```

Page 49

HIGHLY CONFIDENTIAL

```
1    users able to give uploaded videos titles?              02:12:42

2         A.   When you -- when a user would post a

3    video, you -- you can say almost anything in that

4    post.

5              So if you say, "Here's my video about         02:12:59

6    dogs," you could -- I mean, that, in a way, could

7    be the title.  It's -- it's what you've said in

8    your post and the post comes with the dog video.

9         Q.   So in other words, from the very

10   beginning of Facebook enabling the upload of            02:13:13

11   videos, Facebook enabled the uploader to associate

12   or attach text to the video?

13        A.   Yes.

14        Q.   And that hasn't changed, right?

15        A.   Correct.                                       02:13:37

16        Q.   Since 2007, what are the major actions

17   that Facebook has taken to facilitate -- sorry.

18             We just -- we just talked very generally

19   about actions that Facebook had taken since 200- --

20   major actions that Facebook had taken since 2007 to     02:14:19

21   facilitate user access to -- to videos -- to video

22   content.

23             I -- I now want to talk about like the

24   sharing of that content.

25             So what are the major actions that            02:14:33
```

Page 50

HIGHLY CONFIDENTIAL

```
1    Facebook has taken, since 2007, to facilitate the        02:14:38

2    sharing of uploaded video content?

3         A.   A very straightforward example of that

4    would be the -- the launch of sharing in 2012.  So

5    there's a share button.  That's what I was              02:15:06

6    referring to as sharing.

7         Q.   From the beginning of -- sorry.  Yes.

8              From the beginning of when Facebook

9    enabled users to upload video to the platform, it

10   also enabled comments on those videos, correct?        02:15:33

11        A.   I think we said that comments came in

12   2010.

13        Q.   Got it.  Okay.  Thank you.

14             And there have been comments on videos

15   then ever since 2010, right?                           02:15:52

16        A.   If a user commented, yes.

17        Q.   When was the -- I'm sorry if I've already

18   asked you this.

19             But when was the like of an uploaded

20   video first introduced?                                02:16:16

21        A.   No worries.

22             Like came out in 2009.

23        Q.   Okay.  Are there -- currently, are there

24   any user interactions with uploaded video content

25   that like are specific to uploaded video content?      02:16:42
```

Page 51

HIGHLY CONFIDENTIAL

```
 1              And if I need to explain that question,        02:16:49
 2     to make it clear, I'm happy to do so.
 3          A.   Yeah.
 4          Q.   Okay.
 5          A.   That will help.                               02:16:56
 6          Q.   Sure.
 7              Let's step back for a -- for a bit.
 8              You'd agree, I guess, that like there are
 9     many different kinds of posts a Facebook user can
10     make to the Facebook Platform, correct?               02:17:11
11          A.   Correct.
12          Q.   One kind of post would be a video --
13     excuse me -- a photo, right?
14          A.   Right.
15          Q.   Another would be just like text, right?     02:17:24
16          A.   Yes.
17          Q.   Would a status update also be a kind of
18     post?
19          A.   You can think of it that way, though, I
20     should just let you know that that's not related to   02:17:44
21     video.
22          Q.   Sure.
23              Another kind of post would be the user's
24     uploading of a video to the platform, right?
25          A.   Agree.                                        02:18:01
```

Page 52

```
1          Q.    Okay.  So users can interact with posts      02:18:01

2     in multiple different ways, correct?

3          A.    Correct.

4          Q.    Okay.  Were any of those ways unique to

5     video content?                                          02:18:22

6          A.    I -- I understand what you were asking.

7                The answer is yes.

8          Q.    And what are those ways?

9          A.    Some examples would be mute.  Unmute,

10    right.                                                  02:18:43

11               Is that --

12               (Simultaneously speaking.)

13         Q.    (By Mr. Gould)  Sure.

14         A.    -- what you're asking?

15         Q.    Yeah, totally.                               02:18:48

16               Anything else?

17         A.    Full screen, right.  Change the volume.

18               I think that those are good examples.

19         Q.    I assume play and pause also?

20         A.    Yes.                                         02:19:16

21         Q.    Any other interactions that you can think

22    of --

23         A.    Yeah.

24         Q.    -- that are unique to video content?

25         A.    Sitting here today, you can save a video.    02:19:31
```

Page 53

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | I -- I don't know if that's unique, though.  So | 02:19:35 |
| 2 | maybe -- maybe I wouldn't say that that's unique. | |
| 3 |      You can -- I'm just trying to think here. | |
| 4 |      An example of a comment, say, on a live | |
| 5 | video, would be -- could be time-stamped; is | 02:20:02 |
| 6 | that -- that -- that's an interaction that is | |
| 7 | slightly different from -- | |
| 8 |      Q.   Sure. | |
| 9 |      A.   -- say, a static post. | |
| 10 |      Let me think if I can think of other | 02:20:20 |
| 11 | ones. | |
| 12 |      Q.   Sure.  Take your time. | |
| 13 |      A.   An inter- -- another interaction that | |
| 14 | might be different for video than, say, the other | |
| 15 | ones, would be the time you spend watching it. | 02:20:31 |
| 16 |      Q.   That is something that Facebook tracks, | |
| 17 | in other words? | |
| 18 |      A.   Yes. | |
| 19 |      Q.   Okay.  If I were to speak of Facebook's | |
| 20 | user interface for uploaded videos, would you know | 02:21:12 |
| 21 | what I meant? | |
| 22 |      MR. SCHWING:  Calls for speculation. | |
| 23 |      THE DEPONENT:  May- -- I might. | |
| 24 |      Q.   (By Mr. Gould)  Okay. | |
| 25 |      A.   I mean -- yeah. | 02:21:23 |

Page 54

HIGHLY CONFIDENTIAL

```
 1         Q.   Okay.                                    02:21:24

 2         A.   Let me know...

 3         Q.   Okay.  Then let me ask it this way.

 4         A.   Yeah.

 5         Q.   Like, does Facebook have a user interface   02:21:29

 6    that is specific to uploaded video content?

 7         A.   I think I know what you're asking.

 8         Q.   Okay.

 9         A.   For example, a player -- a player could

10    be said to be unique to a video.  And it has, like   02:21:47

11    you said, a play or a pause button, and that

12    interface is different for, say, photos and text,

13    et cetera.

14         Q.   And Facebook has a proprietary video

15    player, correct?                                  02:22:08

16         A.   I -- what -- what do you mean by --

17         Q.   I -- I mean --

18         A.   -- video player?
```

Page 55

HIGHLY CONFIDENTIAL

6          Q.   In 2007, when Facebook started to allow

7     users to upload video to the platform, other users

8     who wanted to access that video could play those

9     uploaded videos, right?

10         A.   Yes.                                    02:23:37

11         Q.   And the -- in 2007, the player used to

12    play those videos, was that a Facebook-designed

13    player?

14         A.   I -- I actually don't know.

15         Q.   Okay.  Okay.  Do you know whether -- or   02:23:52

16    excuse me.

17              Do you know what, if any, major changes

18    have been made to the Facebook video player over

19    the years?

20         A.   Yeah, let me think for a moment.          02:24:23

21              I can't think of any big important

22    changes.  I mean, just to list off what we talked

23    about, you've got a video.  You can play it.  You

24    can pause it.  You can change the sound -- I'm

25    sorry -- you can adjust the volume.  You can -- in   02:24:59

Page 56

HIGHLY CONFIDENTIAL

```
1    some cases, you can change where you want to go in      02:25:08

2    the video.

3         Q.   Right.

4         A.   That -- I'm speaking to the normal video

5    play technologies that I think everybody is used        02:25:21

6    to.  The difference or --

7              (Discussion off the stenographic record.)

8              THE DEPONENT:  Okay.

9         Q.   (By Mr. Gould)  Sorry, Mr. Miller.

10        A.   So -- okay.  Give me a second.               02:26:01

11        Q.   Sure.

12        A.   The -- the movement or where you want to

13   go in the video, sometimes we call that a scrubber

14   and -- oh, fast-forward.  Rewind.

15             These things -- or move ahead                 02:26:24

16   by ten seconds, these are -- these normal video

17   interactions -- these, what I would call typically

18   video player interactions, I -- I wouldn't be able

19   to say what that evolution was on the player

20   between day zero and today.                             02:26:45

21        Q.   Fair to say that over the years

22   improvements have been made to the Facebook video

23   player?

24        A.   Yes.

25        Q.   And the goal of those improvements is, I      02:26:59
```

Page 57

HIGHLY CONFIDENTIAL

```
 1    assume, to improve the user experience of those        02:27:06

 2    videos, right?

 3         A.   That is correct.

 4         Q.   To make video play seamless with the rest

 5    of the Facebook Platform, right?                        02:27:16

 6              MR. SCHWING:  Vague.

 7              THE DEPONENT:  Well, the way I'd phrase

 8    it is to have an enjoyable video consumption

 9    experience.

10         Q.   (By Mr. Gould)  You mentioned a scrubber,     02:27:35

11    correct?

12         A.   Right.

13         Q.   The -- a move ahead button, correct?

14         A.   Right.

15         Q.   I'll -- I'll -- I'll just list a few          02:27:49

16    others.

17              Move behind button.  Fast-forward.

18    Rewind.  You referenced those in -- in reference

19    to -- to uploaded video, correct?

20         A.   Yes.                                          02:28:01

21         Q.   All of those interactions that I just

22    listed are, I take it, unique to video content on

23    the Facebook Platform, as opposed to other kinds of

24    content, correct?

25         A.   Let -- yeah.  Let me -- let me think          02:28:15
```

Page 58

HIGHLY CONFIDENTIAL

```
 1    about that for one second.                          02:28:17

 2           Those -- couple -- couple things.

 3       Q.    Sure.

 4       A.    So when I -- when I said skip ahead

 5    ten seconds, when I said go back ten seconds,       02:28:31

 6    that's what I meant by forward and rewind.

 7       Q.    I get it.

 8       A.    Yeah.

 9           But, you know, that list that you

10    mentioned, those interactions are unique to video   02:28:43

11    content.

12       Q.    Okay.  You mentioned that Facebook tracks

13    time spent watching videos, right?

14       A.    That is correct.

15           MR. SCHWING:  Sorry.  It's outside the        02:29:16

16    scope of the deposition.

17       Q.    (By Mr. Gould)  When did it first begin

18    to do that?

19           MR. SCHWING:  It's outside the scope of

20    the deposition.                                      02:29:23

21           There's another witness that's been

22    designated to testify on that subject.

23           If you know, you can answer.

24           THE DEPONENT:  So I -- I would be

25    speculating as to when that started.                02:29:42
```

Page 59

HIGHLY CONFIDENTIAL

```
1              As I sit here today -- or as I -- as I        02:29:48

2      understand the product today, I know we track it.

3      But it's -- that's not -- when we started tracking

4      metrics wasn't relevant, as far as I saw, to how we

5      allow users to --                                     02:30:06

6              MR. GOULD:  No, I get it.

7              THE DEPONENT:  Yeah.  Yeah.

8              MR. GOULD:  So I just want to state this

9      for the -- for the record.  And, again, I don't

10     mean to be combative and this is not a criticism of   02:30:15

11     the witness.
```

█    ███████████████████

█    █████████████████████████

█    ████████████████████████

█    ████████████████████                        ███████

█    ██████████████████████

█    ████████

```
18        Q.    (By Mr. Gould)  The other thing I want to

19     ask about is the live stream videos on the

20     Facebook Platform.                                    02:31:01

21              When did Facebook first enable users

22     to -- and here I specifically mean users -- to live

23     stream video content on the Facebook platform?

24        A.    Users could live stream live video

25     content in 2016.                                      02:31:31
```

Page 60

HIGHLY CONFIDENTIAL

1      Q.   When were third-party apps first enabled      02:31:39

2   to live stream video content on the

3   Facebook Platform?

4      A.   I -- I apologize.  I'm not the right

5   person to talk about third-party apps.          02:31:56

6      Q.   Okay.  I'm going to go through a few of

7   the reactions we talked about in reference to

8   uploaded video.  And I want to see whether they --

9   they are also -- they -- they are also made

10  available for live streamed video.          02:32:18

11         Mute, unmute, I assume, it is also an

12  interaction that's made available for live stream

13  video, correct?

14     A.   Yes.

15     Q.   Same with full screen?          02:32:30

16     A.   Yes.

17     Q.   Change volume, same?

18     A.   Yes.

19     Q.   Is time spent watching a live streamed

20  video also tracked by Facebook?          02:32:47

21         MR. SCHWING:  It's outside of the scope.

22     Q.   (By Mr. Gould)  You can answer, if you

23  know.

24     A.   I know it's tracked.

25     Q.   Okay.  To what extent does the scrubbing      02:32:57

Page 61

HIGHLY CONFIDENTIAL

1    interaction apply to a live streamed video?          02:33:11

2         I mean, how -- to what extent can you use

3    that for a live stream video?

4         A.   I'll -- I'll answer that in two ways.

5         One, is a live stream video, after it's       02:33:28

6    no longer live, it can be shown to a user.

7         It comes with a heading on it, like

8    Benjamin Gould was live.  And I don't -- I mean,

9    technically, it's a prerecorded live and -- but you

10   could scrub.                                         02:33:56

11        The other example would be, Mr. Gould, if

12   you were streaming live and I were watching you

13   stream live, I can go back a -- a little bit.  I

14   can't fast-forward while you're live.  But I could

15   catch up to where -- where you were -- where you     02:34:18

16   were in real-time.

17        Q.   Right.

18        A.   Does that -- yeah.

19        Q.   And same with move ten seconds ahead,

20   move ten seconds behind, if a live streamed video    02:34:29

21   has been saved to the platform, those interactions

22   can be used on that video, correct?

23        A.   Correct.

24        Q.   Okay.  And is it -- is it the case that

25   when a video is being live streamed, a user, who is  02:34:48

Page 62

HIGHLY CONFIDENTIAL

```
 1    watching that video, has the option of selecting a        02:34:53

 2    move ten seconds back interaction?

 3         A.    My -- from my best understanding, yes.

 4         Q.    Okay.  Can a user, who is live

 5    streaming -- or excuse me -- who is watching a live        02:35:13

 6    stream video, select rewind?

 7         A.    Sorry.  Let me clarify something I said

 8    earlier.

 9         Q.    Sure.

10         A.    Rewind would be, go ten seconds back.          02:35:26

11         Q.    Oh.  Oh, okay.  I see.  Got it.

12         A.    There -- there's no rewind button, but

13    there is go back ten seconds.

14         Q.    Okay.  And here I'm talking about for any

15    video on the Facebook Platform, does Facebook             02:35:44

16    enable users to speed up or slow down the playback

17    of that video?
```

HIGHLY CONFIDENTIAL



```
14        Q.    Okay.  Are you familiar with a product

15   called Facebook Watch?                          02:37:48

16        A.    Yes.

17        Q.    What is or was Facebook Watch?

18        A.    Facebook Watch is the name that was

19   given -- or I would call it the brand name given to

20   the video tab.                                  02:38:09

21        Q.    Does Facebook produce its own video

22   content?

23        A.    Can you like -- can you -- or define

24   "produce"?  Help me a little bit.

25        Q.    Sure.  Sure.                          02:38:36
```

Page 64

HIGHLY CONFIDENTIAL

```
 1              Well, let me ask you this, are there any     02:38:46

 2    groups or divisions within the Facebook company

 3    whose main responsibility is -- is the user

 4    experience of video content?

 5              MR. SCHWING:  It's vague.                     02:39:15

 6              THE DEPONENT:  Yeah.  I -- I was going to

 7    ask you a clarification.

 8              So I could use a little bit more clarity

 9    on the word "video content."

10        Q.   (By Mr. Gould)  Sure.                          02:39:25

11        A.   Use a little bit more clarity on the word

12    "user experience."

13        Q.   Sure.

14              For purposes of this question --

15        A.   Uh-huh.                                        02:39:34

16        Q.   -- I'm talking about uploaded video and

17    live streamed video, whether or not that live

18    streamed video is live streaming, or was live

19    streaming, and then saved to the platform.

20              I'm including those things.                   02:39:56

21              Is there another type of video content

22    that's available on the Facebook Platform that you

23    can think of?

24        A.   Start back with the -- the ones you

25    mentioned.  I'll -- let's -- I want to be --          02:40:12
```

HIGHLY CONFIDENTIAL

1      Q.   Yeah.  Sure.                                02:40:15

2      A.   -- I want to be sure.

3      Q.   Videos uploaded by user's pages --

4      A.   Okay.

5      Q.   -- groups, right.                            02:40:21

6      A.   Got that.

7      Q.   Okay.  Live streamed videos, that would

8   be another type of this group I'm talking about.

9           Another type would be -- if we want to

10  classify it as a separate category, I suppose, live  02:40:38

11  streamed videos that are then saved to the

12  Facebook Platform and are available on demand.

13          Is --

14      A.   Those three?

15      Q.   Yeah.                                        02:40:51

16          Is -- is there another type of video

17  content available on the Facebook Platform that

18  does not fall under one of the headings I just

19  mentioned?

20      A.   Is there -- I -- I'm sorry.                  02:41:10

21          Is there another type of video content?

22      Q.   Yeah.

23      A.   I could think of a video call on

24  Messenger as maybe not falling under those.

25      Q.   Anything else?                              02:41:26

                                           Page 66

HIGHLY CONFIDENTIAL

1        A.    And after those four, I can't think of            02:41:31

2    any other heading.

3        Q.    Fair enough.

4              We earlier talked about Meta

5    Business Suite and Creator Studio, and I don't want        02:41:48

6    to talk about those.

7              What I want to talk about is any other

8    functionality aside from those tools that allows a

9    Facebook user, Facebook group, Facebook page to

10   record video.                                             02:42:07

11       A.    You're saying outside of those tools?

12       Q.    Yes.

13       A.    An example is, you can go to Facebook

14   right now, you're in feed, and you can record a

15   video that shows in feed.                                 02:42:31

16       Q.    Is there any other functionality that you

17   can think of that's used to record video on the

18   Facebook Platform?

19       A.    You can go to the live player.  I would

20   call that as recording video.  So you can click the       02:42:58

21   go live button.

22       Q.    And once a user has logged onto Facebook,

23   where does the user have to go to click or access

24   the go live button?

25       A.    I don't have the interface in front of          02:43:32

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    me.  But if you go to your page or profile, or --        02:43:34

2    or whatnot, you can -- you can go live from there.

3         Q.   Okay.  Can you go live from the newsfeed?

4         A.   I -- I don't know if you can go live from

5    the newsfeed.                                             02:43:58

6              MR. SCHWING:  Can I beg your indulgence

7    to have 20 seconds before you ask your next

8    question.  I just need to do something --

9              MR. GOULD:  Sure.  Sure.  Of course, you

10   can.                                                     02:44:37

11             MR. SCHWING:  Okay.  Thank you.

12             MR. GOULD:  Yeah, no problem.

13        Q.   (By Mr. Gould)  Let's see here.  Does

14   Facebook enable a user page or group that has

15   uploaded a video to track how many people have          02:45:32

16   watched that video?

17             MR. SCHWING:  It's outside the scope.

18             THE DEPONENT:  So if a user or a page

19   entity, whatever, has uploaded a video, just about

20   anybody can see how many views it's gotten.             02:46:10

21        Q.   (By Mr. Gould)  And I would assume that

22   this number of views metric would have to be unique

23   to video content on Facebook, correct?

24        A.   That's correct.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



 3          MR. SCHWING:   It's outside of the scope

 4     of the deposition.

10          MR. SCHWING:   Outside the scope of the          02:47:35

11     deposition.

20          MR. SCHWING:   Same objection.          02:48:01

Page 69

HIGHLY CONFIDENTIAL

3       MR. SCHWING:  That's outside the scope.

4       THE DEPONENT:  I believe --

5       MR. SCHWING:  I'm sorry.  Hang on.                02:48:28

6       Mr. Miller, you're faster than I am.

7       THE DEPONENT:  Sorry.

8       MR. SCHWING:  Outside the scope of the

9   deposition.

10      Go ahead.                                          02:48:36

11      THE DEPONENT:  Sorry.  Mr. Gould, you'll

12  have to repeat that.  I'm sorry.

13      Q.   (By Mr. Gould) Sure.  Yeah.  No, no

14  problem.

15      You mentioned a show called                        02:48:47

16  Red Table Talk, right?

17      A.   Correct.

Page 70

HIGHLY CONFIDENTIAL

```
 1              Is it a scripted show?                    02:49:18

 2        A.   I --

 3              MR. SCHWING:  Outside of the scope --

 4     outside of the scope of the deposition.

 5              THE DEPONENT:  I don't know what that      02:49:26

 6     means.  Sorry.

 7        Q.   (By Mr. Gould)  Yeah.  Sure.

 8              Are there human beings in the show called

 9     Red Table Talk?

10              MR. SCHWING:  Same objection.             02:49:39

11              THE DEPONENT:  I know there are humans in

12     the show, Red Table Talk.

13        Q.   (By Mr. Gould)  And when they speak, are

14     they speaking lines from a script or are they doing

15     something other than that?                         02:49:59

16              MR. SCHWING:  Same objection.

17              THE DEPONENT:  I don't know the answer to

18     your question.

19        Q.   (By Mr. Gould)  Okay.  Okay.  Fair

20     enough.                                            02:50:08

21              To what extent can you speak today on --

22     on what has caused the amount of video content

23     available on the Facebook Platform to increase or

24     decrease over the years?

25              Is that a subject that you're prepared    02:50:56
```

                                                    Page 71

HIGHLY CONFIDENTIAL

```
 1    to -- to speak about today, to some degree?          02:50:58

 2         A.   Only to a small degree.

 3         Q.   Well, let's just see how far we can get.

 4              If you wouldn't mind, Mr. Miller, going

 5    to the -- the -- the Veritext Exhibit Share here     02:51:17

 6    and opening -- opening Exhibit 619.

 7         A.   I am --

 8              MR. SPRINGER:  I'm copying that now.

 9              THE DEPONENT:  Oh, thanks.

10         Q.   (By Mr. Gould)  Let me know when you're    02:51:56

11    there.  Take your time.

12         A.   So I'm in a folder called Marked

13    Exhibits -- oh, never mind.

14              I see an Excel file.  I'm opening up an

15    Excel file.                                          02:52:12

16         Q.   Fabulous.

17         A.   Okay.

18         Q.   Let me know once it -- okay.  So --

19         A.   It's a table.
```

Page 72

HIGHLY CONFIDENTIAL

3        MR. SCHWING:  It's outside the scope of

4   the deposition.

5        THE DEPONENT:  I -- I have two things to          02:52:59

6   say about --

7        Q.   (By Mr. Gould)  Of course, please.

8        A.   -- about the exhibit.

9        I reviewed all of the documents that were

10  sent to me.  I don't remember seeing this as one of    02:53:09

11  them.

12       Q.   Sure.

13       Okay.  What was the second thing you

14  wanted to say?

15       A.   I have no idea what this is.               02:53:20

16       Q.   Oh, okay.  Okay.  Fair enough.

22       I don't want to waste your time.

23       A.   That's correct.

24       Q.   Okay.  Okay.  So then let me ask you a

25  more qualitative question and see if --              02:54:07

HIGHLY CONFIDENTIAL

| | |
|---|---|
| 1 | A.   Yeah. | 02:54:10 |
| 2 | Q.   -- this is sort of within your area of -- |
| 3 | of preparation. |
| 4 | Is it fair to say that since 2007, the |
| 5 | amount of video content available on the | 02:54:21 |
| 6 | Facebook Platform has greatly increased? |
| 7 | MR. SCHWING:  Vague. |
| 8 | THE DEPONENT:  When you say "amount" -- |
| 9 | Q.   (By Mr. Gould)  Sure. |
| 10 | A.   -- could I -- | 02:54:40 |
| 11 | Q.   Sure. |
| 12 | If I were to say "volume of video |
| 13 | content," would that be easier to understand? |
| 14 | A.   I -- |
| 15 | MR. SCHWING:  It's vague. | 02:54:50 |
| 16 | THE DEPONENT:  Amount and -- did you mean |
| 17 | the number of videos on the platform or did you |
| 18 | mean how much video was being watched on the |
| 19 | platform? |
| 20 | Q.   (By Mr. Gould)  Let's talk first about | 02:55:09 |
| 21 | how much video is uploaded to the platform. |
| 22 | Is it fair to say that since 2007, the |
| 23 | amount of video uploaded to the platform has |
| 24 | greatly increased? |
| 25 | MR. SCHWING:  Calls for -- it's outside | 02:55:29 |

Page 74

HIGHLY CONFIDENTIAL

```
 1    the scope of the deposition.                        02:55:31

 2            THE DEPONENT:  What I would say is it has

 3    increased.  I -- I don't have the data, but it's

 4    increased.

 5        Q.   (By Mr. Gould)  Okay.  And what, in         02:55:40

 6    Facebook's view, has caused that increase?

 7        A.   So based on --

 8            MR. SCHWING:  Sorry.  It's outside the

 9    scope of the deposition.

10            If you know, you can answer.                 02:56:04

11            MR. GOULD:  Sorry, Mr. Miller.  I will

12    reask the question.

13            But I just want to say, for the record,

14    that -- that this was a topic that -- when

15    questioning Facebook's designee on subtopics 9a and  02:56:16

16    9b, I explicitly noted that I hoped Mr. Miller

17    would be able to cover.

18        Q.   (By Mr. Gould)  I'll reask the question.

19        A.   Sure.

20        Q.   The question was -- so we were talking      02:56:34

21    about an increase in the amount of video content

22    uploaded to the platform, and I asked you, what, in

23    Facebook's view, has caused that increase?
```

Page 75

HIGHLY CONFIDENTIAL

```
9        Q.    Is it fair to say that since 2007, the

10   amount of user engagement with video content has          02:58:02

11   markedly increased?

12            Do you want me to define "engagement"?

13   I'm happy to.

14        A.    Sure.

15        Q.    Okay.  By "engagement," I -- I mean             02:58:16

16   something like the degree of participation and

17   communication an individual has within an online

18   community.

19            Okay.  So understanding that that is

20   the -- my working definition of "engagement," is it        02:58:40

21   correct to say that the amount of user engagement

22   with video content on the Facebook Platform has

23   markedly increased since 2007?

24        A.    Yeah --

25            MR. SCHWING:  Sorry.  It's -- we're               02:59:02
```

Page 76

HIGHLY CONFIDENTIAL

```
 1    getting a message from the Special Master I just        02:59:06

 2    saw, "I need to restart my machines.  Be right

 3    back."  So I guess we can --

 4              MR. GOULD:  Let's go off the record then.

 5              THE VIDEOGRAPHER:  Okay.  We're off the       02:59:17

 6    record.  It's 2:59 p.m.

 7              (Recess taken.)

 8              THE VIDEOGRAPHER:  We're back on the

 9    record.  It's 3:08 p.m.

10         Q.   (By Mr. Gould)  I just want to go through     03:08:20

11    a few other video-content-related functionality

12    that seems to be available on the

13    Facebook Platform.

14              Does Facebook make available to users a

15    video editor?                                           03:08:39

16         A.   Some of those professional tools I

17    mentioned has video editing.

18         Q.   Is there such a thing as a basic video

19    editor?

20         A.   In newsfeed, when you make a video, you       03:09:02

21    can do basic editing.

22         Q.   Can you tell me what functionalities are

23    available on that basic video -- video editing

24    thing?

25         A.   So I'll -- I'll call it the basic video       03:09:19
```

Page 77

HIGHLY CONFIDENTIAL

```
 1    editing tool.                                      03:09:25

 2        Q.   Fabulous.

 3        A.   And examples would be -- oh, clipping,

 4    you know, chopping off.  You can add a sound like

 5    an audio track.  And you can add like a filter.   03:09:42

 6    Change some of the ways it looks.  And then you can

 7    add some text.

 8        Q.   When was this basic editing tool first

 9    made available to users?

10        A.   I -- I don't know -- the basic editing   03:10:14

11    that I just mentioned?

12        Q.   Uh-huh.

13        A.   I don't know when it -- when it was first

14    made available.

15        Q.   Okay.  Fair to say that a tool named      03:10:23

16    basic video editing is unique to video content,

17    correct?

18            MR. SCHWING:  Lacks foundation.

19            THE DEPONENT:  If I understood your

20    question, though, the things that I mentioned,     03:10:52

21    like, for example, clipping, clipping wouldn't

22    apply to, say, a photo.  So -- but photos, you can

23    still do some filters.

24            So given that ambiguity, did you want to

25    rephrase anything?                                 03:11:18
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Gould)  Yeah.  Of course.        03:11:19

 2            The clipping -- the clipping

 3    functionality in the basic editing tool is

 4    inherently unique to video content, correct?

 5        A.   Correct.                                  03:11:42

 6        Q.   Okay.  Oh, and you mentioned an audio

 7    track tool, correct --

 8        A.   Correct.

 9        Q.   -- or audio track -- track functionality

10    that's part of this basic video editing tool,      03:12:01

11    correct?

12        A.   Correct.

13        Q.   Is that in any way unique to video

14    content?

15        A.   So you can add audio to a -- like a       03:12:18

16    sequence of photos.  So I -- I wouldn't say that

17    audio would be unique.

18        Q.   But with that qualification, that you can

19    also use it -- you can also have it added to a

20    sequence of photos, then it's accurate to say that 03:12:45

21    adding an audio track is something you, as a

22    Facebook user, can do to video content and a

23    sequence of photos, but no other kind of content?

24        A.   You know, I can definitely say that you

25    can add audio to video -- sorry -- an audio track  03:13:14
```

Page 79

```
1    to video.                                           03:13:19

2         Q.   Okay.

3         A.   But beyond video -- yeah.

4         Q.   Can you add captions to a video that you

5    upload?                                             03:13:39

6              Let me know if you want me to define

7    that.

8         A.   I --

9              MR. SCHWING:  Outside -- outside the

10   scope of the deposition, which relates to access    03:13:47

11   interactions with video.

12             Go ahead, if you know.

13        Q.   (By Mr. Gould)  Do you want me to -- do

14   you want me to define what I mean by "captions"?

15        A.   I -- I -- sure.                            03:13:58

16        Q.   Okay.  What I mean by "captions" is text

17   that is designed to enable better access to video

18   content by persons with hearing disabilities.

19             Under that definition of "captions," can

20   you add -- can a Facebook user add captions to      03:14:30

21   uploaded video?

22        A.   Yes.

23        Q.   Does Facebook have auto-generated

24   captions for any of its uploaded -- for any video

25   content that is uploaded by Facebook users?         03:14:53
```

Page 80

HIGHLY CONFIDENTIAL



1      A.   I'm thinking.                                    03:15:08

2      Q.   Sure.

10     A.   I want to say a couple things.                   03:15:54

11     Q.   Sure.

12     A.   So being prepared to talk about how video

13  was shown to users and how users can interact with

14  it, most of my preparation is on the user

15  consumption side, right.  Users have -- users          03:16:08

16  consuming video.

Page 81

HIGHLY CONFIDENTIAL

1       Q.   Okay.  Have you heard the term       03:16:46

2  "thumbnail" in relation to video content on the

3  Internet?

4       A.   Yes.

5       Q.   When it's used in relation to video     03:17:06

6  content on the Internet, what is a thumbnail?

7          MR. SCHWING:  It's vague.

8          THE DEPONENT:  My -- my definition?

9       Q.   (By Mr. Gould) Yes.  Sure.  Your

10  definition.                                 03:17:20

11       A.   To me, a thumbnail is a static image that

12  shows on top of whatever real estate on the screen

13  is -- is representing where the video would show.

14  So you haven't played the video, it's a static

15  image before you play it.                 03:17:45

16          Is that your understanding?

17       Q.   Right.

18          So let me -- let me see if I'm -- I'm

19  characterizing this correctly.

20          As -- as you understand the term       03:17:57

21  "thumbnail" then, it -- it means a static image

22  that, before video content is played, shows the

23  availability of that video content to a user; is

24  that about right?

25       A.   I -- I don't know what you mean by    03:18:21

Page 82

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | "availability."  But -- I'm -- I'm getting a gist, | 03:18:23 |
| 2 | but I -- I got hung up on the word "availability." | |
| 3 | Q.   Sure.  Sure.  Sure.  Let me then -- let | |
| 4 | me rephrase it. | |
| 5 | As you understand it, does a thumbnail | 03:18:35 |
| 6 | refer to a static image displayed to a user, before | |
| 7 | video content is played, that shows that certain | |
| 8 | video content exists on a given platform, Web page, | |
| 9 | whatever? | |
| 10 | MR. SCHWING:  It's vague. | 03:19:11 |
| 11 | THE DEPONENT:  Mr. Gould, can I rephrase? | |
| 12 | Q.   (By Mr. Gould)  Yeah.  Sure.  Please, | |
| 13 | yeah.  I'll bet you'll do a much better job than I | |
| 14 | can. | |
| 15 | A.   I think there was two parts to that. | 03:19:20 |
| 16 | My understanding of a thumbnail is if | |
| 17 | there is a video that is playable, before it plays, | |
| 18 | and there's a play button, you -- sometimes you can | |
| 19 | see a static image behind -- behind that play | |
| 20 | button. | 03:19:46 |
| 21 | But I got hung up on the word | |
| 22 | "availability."  I -- to me, the presence of a play | |
| 23 | button is what signifies the availability of a | |
| 24 | video with or without a thumbnail. | |
| 25 | Q.   Got it. | 03:20:01 |

Page 83

HIGHLY CONFIDENTIAL

```
 1        A.   But --                                   03:20:04

 2        Q.   Okay.  So -- sorry.  I -- then -- I'm

 3   just trying to create a clean record here.

 4             A thumbnail, under your understanding, is

 5   a static image that sometimes appears behind a play   03:20:14

 6   button or video content on the Internet?

 7        A.   Behind a play button -- repeat the

 8   sentence.  Behind a play button...

 9        Q.   Sure.

10             Under your understanding, a thumbnail is    03:20:35

11   a static image that sometimes appears behind a play

12   button on video content, on the Internet, before

13   the video content is played?

14        A.   That's my understanding.

15        Q.   Okay.  A user page or group, or just       03:20:51

16   uploader of video content onto Facebook, can such

17   an uploader select the thumbnail they wish to use

18   for that video?

19        A.   There are circumstances where they can.

20        Q.   Okay.  What are those circumstances?       03:21:20

21        A.   I'm not aware of all the circumstances or

22   what's available in, say, the professional tools we

23   talked about, only because the focus was on how we

24   make video accessible to users, and I -- I didn't

25   prepare on the -- the production side.               03:21:48
```

Page 84

HIGHLY CONFIDENTIAL

```
 1        Q.    Sure.                                       03:21:53

 2              So then, presumably, you're not prepared

 3    to answer when the ability to select a thumbnail

 4    first became available to a user who uploads video

 5    content to the Facebook Platform?                     03:22:11

 6              You can't answer that.  Okay.

 7        A.    I wouldn't know.

 8        Q.    Okay.  Fair enough.

 9              Correct me if I'm wrong, but I believe

10    you characterized Facebook Watch as synonymous with   03:22:25

11    the video's tab surface that you had spoken about

12    earlier in this deposition.

13              Am I right?

14        A.    Almost.

15        Q.    Okay.  How would you characterize           03:22:48

16    Facebook Watch then?

17        A.    So in 2017, Facebook announced the launch

18    of Facebook Watch, which was a video tab, and this

19    is a tab where users can go to consume just video

20    content.                                              03:23:16

21        Q.    Okay.  Did a video tab exist before

22    Facebook Watch?

23        A.    Yes.

24        Q.    Okay.  And how long was that video tab

25    around before Facebook Watch?                         03:23:33
```

Page 85

HIGHLY CONFIDENTIAL

1        A.   About a year.                                      03:23:38

2        Q.   Okay.  And before Facebook Watch, but

3   during the existence of the video tab that preceded

4   it, did a -- did the -- did the video tab surface

5   provide only video content to the user?             03:23:56

6        A.   Can you -- you -- you -- can you repeat

7   the type of -- I think you said --

8        Q.   Yeah.  Sure.

9        A.   I didn't want to mess up on the time

10  frame.                                               03:24:12

11       Q.   No, it's fine.

12       A.   You said --

13       Q.   You said that the video tab was around

14  for about a year before the introduction to

15  Facebook Watch, correct?                             03:24:21

16       A.   Correct.

17       Q.   During that approximately year period,

18  did that video tab provide video-only content to

19  the user?

20       A.   Yes.                                       03:24:38

21       Q.   Okay.  I think we touched on a feature

22  called Facebook Live, correct?

23       A.   Correct.

24       Q.   Okay.  How would you characterize

25  Facebook Live?                                       03:25:01

                                                 Page 86

HIGHLY CONFIDENTIAL

```
 1              How would you describe it to somebody who      03:25:02
 2    wanted to know what it was?
 3        A.   I would describe it as the ability for
 4    you to live stream whatever off of your camera and
 5    share it with whomever you would choose on the       03:25:26
 6    Facebook Platform.
 7        Q.   And then if you so choose, you can save
 8    that live streamed video to the Facebook Platform?
 9        A.   Sorry.  As -- as the producer of that
10    content or as the --                                 03:25:48
11        Q.   As the producer of that content.
12        A.   Yes.
13        Q.   Okay.  Can consumers of that content also
14    save that video content?
15        A.   So in general, a user can save a video,    03:26:03
16    and it would show up in their saved videos part of
17    the Facebook Platform, including -- including the
18    was live version of what you mentioned.
19        Q.   Before the Facebook Live feature of --
20    was it possible to live stream video on the          03:26:29
21    Facebook Platform?
22        A.   I -- I don't -- well, sorry.  Repeat the
23    question.
24        Q.   Sure.  Yeah.
25              You said Facebook Live began in 2017,       03:26:47
```

Page 87

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | right? | 03:26:50 |
| 2 | A.   2016. | |
| 3 | Q.   Sorry.  2016. | |
| 4 | Okay.  Before the introduction of | |
| 5 | Facebook Live, was it possible to live stream video | 03:26:58 |
| 6 | on the Facebook Platform? | |
| 7 | A.   Yes. | |
| 8 | Q.   Okay.  And what were the ways in which it | |
| 9 | was possible to live stream video on the | |
| 10 | Facebook Platform before the introduction of | 03:27:17 |
| 11 | Facebook Live? | |
| 12 | A.   Some pages -- some pages could stream | |
| 13 | live. | |
| 14 | Q.   Any other ways in which live stream to | |
| 15 | video could be made accessible to Facebook users on | 03:27:44 |
| 16 | the Facebook Platform, before the introduction of | |
| 17 | Facebook Live? | |
| 18 | A.   Not -- not -- not to my knowledge, before | |
| 19 | what I just mentioned about some pages. | |
| 20 | Q.   Sure. | 03:28:00 |
| 21 | When did some pages first become enabled | |
| 22 | to stream live video? | |
| 23 | A.   In 2015. | |
| 24 | Q.   And was it Facebook -- sorry. | |

Page 88

HIGHLY CONFIDENTIAL



24      Q.   We talked about a functionality that

25   allowed users to save videos on the consumer side,        03:30:30

HIGHLY CONFIDENTIAL

1   right?                                                    03:30:36

2       A.   Correct.

3       Q.   Okay.  How long has that functionality

4   been around?

5       A.   A user could save a video to, you know,          03:30:45

6   their saved whatevers in -- in 2014.

7       Q.   Okay.  Are you familiar with any features

8   made available to somebody who is live streaming on

9   the Facebook Platform?

10      A.   What --                                          03:31:40

11      Q.   What do I mean by "features"?

12      A.   Yeah.  And -- and do you -- you know,

13  exclusively to the live streamer or app -- sorry.

14      Q.   Yes.  So -- so what features or

15  functionalities that pertain solely to the live         03:31:52

16  stream are made available to somebody who is live

17  streaming on the Facebook Platform?

18      A.   So one example would be the live streamer

19  could create an event.  "Hey, I'm going to go live

20  at this time."                                           03:32:29

21      Q.   Can they add a donate button, say, if

22  they are doing a fundraiser?

23      A.   I believe so.

24      Q.   Can they add captions for the hearing

25  impaired?                                                03:32:48

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1          A.    What time period?                        03:32:52

 2          Q.    For any time period.

 3          A.    Sorry.  Well, here's what I will say.

 4                You can live stream, captions can show.

 5   I don't remember when captioning was available for    03:33:05

 6   live streaming.

 7          Q.    But it currently is available for live

 8   streaming?

 9          A.    It's currently available for

10   live streaming.                                        03:33:19

11          Q.    And what you're saying is you -- you

12   don't know when that was first introduced?

13          A.    Correct.

14          Q.    Okay.  Is there a polls functionality

15   that's made available to people who are live           03:33:28

16   streaming video on Facebook?

17          A.    So there's a --

18          Q.    O-L -- sorry.  P-O-L-L-S.  Sorry.

19          A.    No, I -- I caught the gist.  And I know

20   what feature you're talking about.                     03:33:49

21                You can launch a poll.  I don't know if

22   it's still available, but -- it might be.  But

23   there were times when it was, if not still.

24          Q.    Is there a watch parties feature

25   available on Facebook?                                 03:34:24
```

Page 91

HIGHLY CONFIDENTIAL

1       A.   I don't think that feature is available          03:34:30

2   anymore.

3       Q.   Was there a watch parties feature

4   available on Facebook at any time?

5       A.   Yes.                                              03:34:41

6       Q.   Do you know when it was available?

7       A.   I don't remember when it was made

8   available.

9       Q.   And you don't know -- but -- sorry.

10           You know it is no longer available?             03:34:58

11      A.   I don't think it's any longer available.

12      Q.   Okay.  And you don't know when it was

13  made no longer available also, correct?

14      A.   Let me think about it for a second.

15      Q.   Sure.                                             03:35:09

16      A.   It was no longer available -- what I can

17  say is some point after 2019, it was no longer

18  available.  But specifically when, I'm not sure.

19      Q.   Can people who are live streaming to the

20  Facebook Platform add video effects?                     03:35:40

21      A.   Can you give me an example of that.  I

22  think I know what you're asking --

23      Q.   Sure.  Yeah, of course.

24           An example of a video effect of the sort

25  I'm talking about is like hearts in place of your         03:36:05

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    eyes.                                              03:36:13

 2           Have you ever seen that on the Internet,

 3    videos where somebody's hearts are replaced by

 4    special effect eyes?

 5           MR. SCHWING:  I think you may have that      03:36:27

 6    backwards.  Otherwise it would be a little creepy,

 7    but...

 8           MR. GOULD:  Oh.  Thank you, Austin.

 9      Q.   (By Mr. Gould)  Have you ever seen a

10    video on the Internet where somebody's eyes are    03:36:36

11    replaced by special effect hearts?

12      A.   I have.

13      Q.   Okay.  So that's --

14      A.   Yeah.

15      Q.   -- the kind of thing I'm talking about.     03:36:47

16           Do you understand the general category of

17    things I'm talking about here?

18      A.   Yes.

19      Q.   Does Facebook enable people who are live

20    streaming on the Facebook Platform to add effects  03:37:03

21    of that general sort?

22      A.   I don't know if you can live stream with

23    a live version of these effects on Facebook.

24      Q.   Okay.  Does Facebook make available to

25    its users any tool or functionality by which       03:37:30
```

                                                    Page 93

1    effects of the kind that we're talking about can be        03:37:36

2    added to prerecorded uploaded videos?

3         A.   Yes.

4         Q.   Okay.  How long has that functionality or

5    tool been available to users?                               03:37:50

6         A.   I'm thinking about Facebook and I don't

7    know exactly.  I know it's live today.  And I don't

8    know exactly when it launched.  But I know that it

9    must have been within like, say, the year or so --

10   in the past year or so.                                     03:38:15

11        Q.   Can you -- say one user is live streaming

12   and wants to add in another user, who is also live

13   streaming.

14             Can those -- can one user add another

15   user to a live stream?                                      03:38:50

16        A.   I think you're asking if -- are you

17   asking if they can be added midstream --

18        Q.   Yes.

19        A.   -- or they -- I -- I don't know if in the

20   middle of a stream you can add another streamer.            03:39:12

21        Q.   Okay.  Can you add another stream -- or

22   excuse me.

23             Can two separate streamers stream

24   together -- start streaming together?

25             MR. SCHWING:  It's outside the scope.             03:39:35

                                                                 Page 94

HIGHLY CONFIDENTIAL

```
 1              I've -- I've -- I've let these questions      03:39:37

 2       go.  But almost all of them have to do with

 3       production of video, not access to video.

 4              You can answer, if you know the answer.

 5              THE DEPONENT:  So I don't know if that         03:39:46

 6       feature is available on Facebook or if that

 7       production capability is available on Facebook.

 8         Q.   (By Mr. Gould)  Okay.  Can one user tag

 9       another user on uploaded video?

10         A.   I think a user can be tagged in a video        03:40:23

11       post.  But no user can be, for example, tagged

12       inside the video.

13         Q.   Does Facebook enable somebody who is

14       watching a live stream to share that live stream

15       with a Facebook friend?                               03:40:54

16         A.   I'm thinking about the product case you

17       just asked me.  Users -- sorry.  Make -- I want to

18       make sure I understand the question.

19              A -- a producer is live streaming.  A --

20         Q.   Yeah.                                          03:41:13

21              A user is watching that -- that live

22       stream and wants to share that live stream with a

23       friend.

24              Is there a share button that can do that?

25         A.   I believe there is.                            03:41:28
```

Page 95

1          Q.   Okay.  Are there -- can a user react --        03:41:30

2     record a reaction to a live stream?

3          A.   Sorry.

4          Q.   Yeah.

5          A.   Record?                                         03:41:54

6          Q.   Yeah.  Sorry.  That was bad.

7               I'm going to, for the purposes of the

8     next question, only use the word "like" to mean

9     like -- or any other reaction.  Like, for an

10    example, like a smiley, emoji, that kind of thing.       03:42:14

11              Does that make sense?  Do you understand

12    what I mean?

13         A.   It makes sense.  I know what you mean.

14         Q.   Okay.  So under that definition of

15    "like," can a user like a live stream?                   03:42:24

16         A.   Yes.

17         Q.   Okay.  What are all the ways in which a

18    user can share an uploaded video with another user?

19         A.   Okay.  Let me think about that for a

20    second.                                                  03:42:57

21              MR. GOULD:  Sure.

22              MR. SCHWING:  It's vague.  Incomplete

23    hypothetical.

24              If you know, you can answer.

25              THE DEPONENT:  I -- I can think of a            03:43:11

                                                         Page 96

HIGHLY CONFIDENTIAL

```
 1    couple ways that a user can share an uploaded video      03:43:13

 2    with another user.

 3            In your question, who was the poster and

 4    who was the consumer and --

 5        Q.  (By Mr. Gould)  Sure.                            03:43:33

 6        A.  -- who's the other user?

 7        Q.  Yeah.

 8            Let's say the user who wants to share is

 9    a consumer of that uploaded video and wants to

10    share that uploaded video with another consumer of   03:43:47

11    that uploaded video.

12        A.  Okay.  Sorry.  Now you -- now you

13    confused me with -- with one more thing.

14        Q.  Oh, I --

15        A.  Can we -- can -- can you -- can you give   03:43:59

16    me the example -- how about this -- could you give

17    me the example question as a -- can you -- I

18    don't -- I didn't understand what you meant by

19    "consumer."

20        Q.  Okay.  Okay.  Okay.                         03:44:14

21        A.  Sorry.

22        Q.  Sure.

23            Of course.  Let me give you -- then let

24    me give you like a concrete example.

25        A.  Right.                                      03:44:23
```

                                                      Page 97

HIGHLY CONFIDENTIAL

1      Q.   I record a video of my -- my child and          03:44:24

2  upload it to Facebook.

3      A.   Uh-huh.

4      Q.   My mom then watches that video and wants

5  to share it with my aunt.                                03:44:50

6           What are the ways in which my mom could

7  share that video with my aunt, supposing they're

8  both Facebook users?

9      A.   I --

10          MR. SCHWING:  It's an incomplete               03:45:05

11 hypothetical.

12          Go ahead.

13          THE DEPONENT:  If I'm understanding your

14 question correctly -- and I'll repeat what I

15 heard -- you uploaded a video.  A friend of yours        03:45:15

16 watched that video, and then that friend wants to

17 share that video with a friend of theirs; is that

18 correct?

19      Q.   (By Mr. Gould)  That's correct.

20      A.   So in this case, your mom could click --       03:45:33

21 could, say, click the share button.  And your mom

22 could share it with, you know, the -- the name of

23 that person who is your aunt.

24      Q.   Could my mom re-post that video to her --

25 to her own profile?                                       03:45:56

Page 98

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Vague.  And incomplete        03:46:00

 2    hypothetical.

 3            THE DEPONENT:  Did you mean that -- well,

 4    how about this.

 5            Did you mean that you've uploaded a         03:46:12

 6    video.  It's a post.  It sells --

 7            (Simultaneously speaking.)

 8        Q.   (By Mr. Gould)  Sure.

 9        A.   Right.  Exactly.  I mean, post is many

10    different -- okay.  It's a post.                    03:46:24

11            So this post, it has -- there's a URL

12    associated with this post.  And could your --

13    are -- are you saying, could your mom, with whom

14    you're friends in this scenario, post that link,

15    like post your post as her post.                    03:46:41

16            Sorry for the...

17        Q.   No, no, no.

18            Thank you.

19            Maybe a better way of saying it is this.

20        A.   Okay.                                      03:46:57

21        Q.   If a -- if -- if a friend of mine wants

22    to re-post a video I have posted to my profile to

23    his or her own profile --

24        A.   Right.

25        Q.   -- is there a functionality button or      03:47:15
```

Page 99

HIGHLY CONFIDENTIAL

```
 1    feature provided by Facebook that allows that to be      03:47:20

 2    done with a -- with a single click?

 3              MR. SCHWING:  Vague.  Incomplete

 4    hypothetical.

 5              THE DEPONENT:  I -- I -- I can't speak to        03:47:36

 6    how many clicks, but you can share -- you can share

 7    a video post.  You can post, you know, to -- to

 8    your friends another video post, someone else's

 9    video post.

10         Q.   (By Mr. Gould)  Right.                          03:48:01

11         A.   Is that your question?

12         Q.   That's my question.

13         A.   Yeah.

14         Q.   Could one of my friends share a video I

15    had posted via the Facebook Messenger app?           03:48:20

16         A.   I want to say two things.  I -- because I

17    think I understand your question.

18              You can -- you can share to Messenger.

19    You can, for example, copy the link and paste it

20    into Messenger.  But I -- I want to make sure that     03:48:50

21    in this testimony I'm being really clear about what

22    the word "share" means.

23              Because in these few questions, I've

24    talked about sharing as like an outward activity.

25    But I want to make sure that nothing is lost in        03:49:06
```

Page 100

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | translation regarding consumption because not | 03:49:10 |
| 2 | everything that is shared is viewable by the | |
| 3 | recipient.  So I want to be clear about what you | |
| 4 | mean by "share." | |
| 5 | Q.   Sure. | 03:49:26 |
| 6 | A.   And maybe we just should separate for | |
| 7 | clarity the ability to share and then the ability | |
| 8 | to view what was shared. | |
| 9 | How's that? | |
| 10 | Q.   Sure.  Absolutely. | 03:49:35 |
| 11 | If I upload a video, could -- as a post, | |
| 12 | could a friend of mine share that post via | |
| 13 | Facebook Messenger? | |
| 14 | A.   Yes. | |
| 15 | Q.   And suppose now that my friend shares | 03:49:57 |
| 16 | that video with a third user who is a mutual | |
| 17 | friend.  Got that? | |
| 18 | So in other words, a friend both of the | |
| 19 | sharer and of the poster. | |
| 20 | A.   So far -- so far so good. | 03:50:21 |
| 21 | Q.   Could the third user then watch the video | |
| 22 | if it was shared with him via the | |
| 23 | Facebook Messenger? | |
| 24 | MR. SCHWING:  Vague.  Incomplete | |
| 25 | hypothetical. | 03:50:46 |

Page 101

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Unfortunately -- so I      03:50:51

 2    almost caught -- I -- I'm so sorry.

 3         Q.   (By Mr. Gould)  No, that's fine.

 4         A.   Try, in this scenario -- because there

 5    are a lot of users and there are a lot of friends.   03:50:59

 6         Q.   Yeah.

 7         A.   But go ahead, please, one more time on

 8    who these hypotheticals are and like who's friends

 9    with whom, one more time.

10         Q.   Sure.                                    03:51:13

11         A.   Okay.

12         Q.   Sure.

13              So the first user uploads a video as a

14    post.  That user is friends with a second user.

15    The second user is friends with a third user.       03:51:37

16         A.   Okay.

17         Q.   That third user is also friends with the

18    first user.

19              Follow me thus far?

20         A.   So Mr. Gould --                           03:51:48

21         Q.   Yeah.

22         A.   Every- -- everybody is friends.

23         Q.   Everybody is friends --

24         A.   Right.

25         Q.   -- in this hypothetical.                  03:51:53
```

Page 102

HIGHLY CONFIDENTIAL

```
 1        A.   In this hypothetical, everybody is        03:51:54

 2   friends with each other.

 3        Q.   Correct.

 4        A.   Okay.  Keep going.

 5        Q.   If a -- a video that the first friend --   03:52:03

 6   or the first user --

 7        A.   Yeah.

 8        Q.   -- posts, and the second user then shares

 9   it with the third user via Facebook Messenger, is

10   the third user then able to click on the shared      03:52:25

11   link and watch the video?

12             MR. SCHWING:  I'm going to object.  It's

13   outside the scope of the deposition.  There's a

14   separate topic for privacy and apps settings.  It's

15   vague.  Incomplete hypothetical.                     03:52:41

16             THE DEPONENT:  Can I tell you what I

17   know?

18        Q.   (By Mr. Gould)  Sure.  Please.

19        A.   It -- it depends on the settings.

20        Q.   Right.                                     03:52:53

21        A.   I can give you scenarios where it's

22   possible.  I can give you scenarios where it's not

23   possible.  So --

24        Q.   Totally.  Totally.  Totally.

25        A.   -- it all depends on those privacy         03:52:58
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    settings.                                        03:53:00

 2         Q.    Right.

 3              There are privacy settings under which it

 4    is possible for that third user to watch the video

 5    under the scenario I just gave, though, correct?    03:53:14

 6              MR. SCHWING:  Same objections.

 7              THE DEPONENT:  Based on my understanding,

 8    Mr. Gould, if the right privacy settings are,

 9    then -- then, yes --

10         Q.    (By Mr. Gould)  Okay.                   03:53:33

11         A.    -- it's possible.

12         Q.    Can -- sorry.  Let me step back.

13              Are Facebook stories created by users

14    themselves?

15         A.    As -- sorry.  As opposed to what?       03:53:58

16         Q.    Yeah.

17              As opposed to like being, say,

18    automatically created by -- for them by algorithm

19    or something.

20         A.    Oh.  A user can create a Facebook        03:54:11

21    story -- let me make sure I understand what you

22    mean by --

23         Q.    Yeah.  Sorry.

24         A.    What's your -- how are you defining

25    Facebook story?                                    03:54:32
```

1      Q.   Well, how -- how -- I don't mean to be          03:54:32

2    difficult, but how would you define a Facebook

3    story?

4      A.   Here's how I would define a Facebook

5    story.  Maybe it's what you were mentioning.          03:54:41

6          When you open up newsfeed at the top of

7    newsfeed, sometimes there's a horizontal tray -- it

8    actually says stories.

9          I only say this because the word "story"

10   can be used in different capacities, but -- are you   03:54:58

11   referring to the -- the horizontal tray content at

12   the top of -- okay.

13     Q.   Correct.

14     A.   And -- I'm not aware of any automatic --

15     Q.   Okay.                                           03:55:19

16     A.   Okay.

17     Q.   Great.

18          So can a user include in a Facebook story

19   a uploaded video or a live stream from one of his

20   or her friends?                                       03:55:47

21          MR. SCHWING:  It's outside the scope.

22   Incomplete hypothetical.

23          You can answer.

24          THE DEPONENT:  Mr. Gould, are you asking

25   if a user creates a story, can they embed in that     03:56:10

HIGHLY CONFIDENTIAL

```
 1    story somebody else's post?                    03:56:17

 2        Q.   (By Mr. Gould)  Yes.  Precisely.

 3        A.   Yeah.  On the production -- I -- I

 4    wouldn't know, just based on what we talked about

 5    in the production side.                         03:56:26

 6        Q.   Okay.  Can a member of a group re-post

 7    somebody else's post on a group page?

 8        A.   To where?

 9        Q.   So Facebook groups have Facebook pages

10    that are devoted to that group, correct?        03:57:04

11        A.   More -- more or less.  I -- I understand

12    what you mean.

13        Q.   Okay.  How -- how would you -- is it --

14    sorry.  Go ahead.

15        A.   No, no.  You go.                        03:57:17

16        Q.   Okay.  If I spoke of the page for a

17    Facebook group, would you know what I was talking

18    about?

19        A.   I would call it the group itself.

20        Q.   Okay.  Great.                           03:57:38

21             Okay.  Then that's the term we'll use.

22        A.   Sure.

23        Q.   Can the member of a group re-post

24    somebody else's post to a Facebook group?

25        A.   Yes.                                    03:57:58
```

                                              Page 106

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Incomplete -- incomplete        03:57:58

 2    hypothetical.

 3         Q.   (By Mr. Gould)  Can -- what sort of

 4    entities are able to create a Facebook page?

 5         A.   So --                                         03:58:19

 6         Q.   You know what, Mr. Miller, I'm sorry.  I

 7    don't mean to interrupt you.  I -- I hope this will

 8    make it easier.

 9         A.   Okay.

10         Q.   A wide variety of entities can create        03:58:25

11    Facebook pages; is that fair to say?

12         A.   Yes.

13         Q.   Okay.  So like nonprofit organizations

14    can create Facebook pages, correct?

15         A.   Correct.                                      03:58:41

16         Q.   Law firms can create Facebook pages,

17    correct?

18         A.   Correct.

19         Q.   Companies -- for-profit companies can

20    create Facebook pages, correct?                         03:58:53

21         A.   Correct.

22         Q.   Okay.  Can municipalities create Facebook

23    pages?

24         A.   So --

25              MR. SCHWING:  Outside the scope.              03:59:07
```

Page 107

```
 1            THE DEPONENT:  So I -- I -- I don't want      03:59:09
 2   to speculate --
 3        Q.   (By Mr. Gould)  Okay.
 4        A.   -- Mr. Gould and -- yeah.
 5        Q.   Okay.                                        03:59:14
 6        A.   Yeah.
 7        Q.   Fair enough.  Fair enough.
 8            So speaking then of the page -- a
 9   Facebook page that's been created by an entity --
10        A.   Got it.                                      03:59:32
11        Q.   -- can an entity re-post on its page a
12   post originally posted to Facebook by somebody
13   else?
14            MR. SCHWING:  It's outside the scope of
15   the deposition.  To the extent it implicates         03:59:54
16   privacy or apps settings, it's an incomplete
17   hypothetical and vague.
18        Q.   (By Mr. Gould)  Let me restate.
19            If the correct privacy settings have been
20   selected, can a page re-post a post that was         04:00:17
21   originally posted to the Facebook Platform by
22   somebody else?
23            MR. SCHWING:  It's vague.
24            THE DEPONENT:  Can -- to -- I want to be
25   helpful.                                              04:00:38
```

                                                    Page 108

1      Q.   (By Mr. Gould)   Yeah.                    04:00:38

2      A.   So within the video topic for which I

3   prepared, can you give me a hypothetical?

4      Q.   Sure.   Yeah.   Sorry.

5           I'm just trying to -- I thought maybe     04:00:51

6   talking about posts would be easier, but clearly

7   not.

8           I'm talking -- let -- would it be easier

9   just to talk specifically about a video that has

10   been posted to Facebook?                          04:01:05

11           Let's talk about that.   Okay?

12           Does that make sense to you?   Would you

13   know what I'm talking about if I talked about a

14   video posted to Facebook?

15      A.   Yeah.                                      04:01:15

16           MR. SCHWING:   It calls for speculation as

17   to what you would think.

18      Q.   (By Mr. Gould)   Okay.   Can -- if the

19   correct privacy settings are in place, can a page

20   re-post a video that had originally been posted -- 04:01:27

21   posted to the Facebook Platform by another user or

22   another page?

23           MR. SCHWING:   It's an incomplete

24   hypothetical.   It's vague.

25           THE DEPONENT:   Can --                     04:01:53

Page 109

HIGHLY CONFIDENTIAL

1        MR. SCHWING:  Outside of the scope of the        04:01:53

2   deposition, to the extent it implicates privacy or

3   app settings.

4        THE DEPONENT:  All right.  Mr. --

5   Mr. Gould, can you give me your hypothetical using    04:02:04

6   a video --

7        Q.   (By Mr. Gould)  Oh, okay.  You want --

8   you want a concrete example -- oh, sorry.

9        Go ahead.

10       A.   Sorry.  Can you -- because I'm prepared       04:02:13

11  to speak about how users -- how the platform has

12  allowed users to see video.

13       Q.   Yeah.

14       A.   With respect to how I prepared, can you

15  please give me the hypothetical using video and       04:02:26

16  using it in chronological order -- using the

17  scenario in chronological order.

18       Q.   Sure.

19       On Thursday, a Facebook user posts a

20  video to the Facebook Platform.                       04:02:51

21       A.   Okay.

22       Q.   On Friday, a page wants to re-post that

23  video to its own page.

24       Assuming the correct privacy settings are

25  in place, can that page re-post that video?           04:03:10

                                                  Page 110

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  It's vague as to correct        04:03:20

 2    privacy settings.

 3              THE DEPONENT:  Let me -- let me -- let me

 4    try to repeat what I heard.

 5              On day one, a user posts a video --          04:03:33

 6    let -- how about this, on day one, a user posts a

 7    video to the Facebook Platform and marks it as

 8    public.

 9        Q.   (By Mr. Gould)  Yes.  Great.

10        A.   That part's good?                             04:03:50

11        Q.   Sure.  Fabulous.

12        A.   On day -- somehow, because it's public, a

13    page -- well, it's actually -- it's a person,

14    because pages are operated by people.  But there's

15    a person who found -- who saw that public post.       04:04:05

16              So far so good?

17        Q.   Sure.

18        A.   Now, that person also operates a page and

19    they -- they want to -- you know, for example, take

20    the link of that public post, paste it into their    04:04:21

21    page's post, and can they post that?

22              The answer is --

23        Q.   That's the question.

24        A.   And the answer is yes.

25        Q.   Okay.                                        04:04:33
```

Page 111

HIGHLY CONFIDENTIAL

```
 1        A.   If everything is public, the answer is        04:04:35

 2    yes.

 3             MR. GOULD:  Okay.  Thank you.

 4             MR. SCHWING:  Can we take a short break?

 5    We've been going about an hour.                         04:04:41

 6             MR. GOULD:  Sure.

 7             MR. SCHWING:  Okay.

 8             MR. GOULD:  We're nearing completion.

 9             THE COURT REPORTER:  John, can you go off

10    the record.                                             04:04:49

11             (Videographer was not present, the

12    parties went off the record at 4:05 p.m.)

13             (Recess taken.)

14             THE VIDEOGRAPHER:  We're back on the

15    record.  It's 4:15 p.m.                                 04:15:40

16        Q.   (By Mr. Gould)  I ask this question

17    because I don't want to waste your time.

18             Are you prepared today to testify about

19    what assistance, if any, Facebook gives video

20    content creators who want to make their content        04:15:58

21    available via the Facebook Platform?

22             MR. SCHWING:  The question is vague.

23             THE DEPONENT:  So when I prepared for

24    this topic on how the platform makes video

25    available and how users can interact with video,       04:16:17
```

Page 112

HIGHLY CONFIDENTIAL

```
 1    that said, I'm not prepared to talk about how      04:16:22

 2    Facebook helps the production of the video.

 3         Q.   (By Mr. Gould)  How about whether

 4    Facebook provides like technical assistance in

 5    uploading or otherwise making videos available, are 04:16:41

 6    you prepared to testify about whether Facebook

 7    offers that kind of assistance to video content

 8    creators who want to make their content available

 9    on the Facebook Platform?

10         A.   I -- I wouldn't be the right person for   04:17:05

11    that and it's not part of my topic.

12         Q.   Okay.  Great.  So then I won't ask you

13    about it.

14              I want to go back briefly, I hope, to the

15    improvements in ranking that we were talking about  04:17:22

16    relative to the newsfeed.

17              Do you remember we were talking about

18    that?

19         A.   I remember.
```

███   ███   ███████████████████             ███████

███   █████████████████████████████████████████

███   ███████████████████████████████████

███   █████████████████████████████████████

███   ██████████████████████████████████

```
25         A.   I didn't --                             04:18:20
```

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Objection.              04:18:22

 2            THE DEPONENT:  I didn't catch the

 3    question --

 4            (Simultaneously speaking.)

 5       Q.  (By Mr. Gould)  Sure.  Sure.           04:18:24

 6       A.  -- in that -- in that --

 7       Q.  Okay.  Let -- then let me ask it in

 8    stages.

 9            When did Facebook stop presenting the

10    newsfeed chronologically, remind me?           04:18:42

11       A.  Yeah.  Let -- in 2011.

12       Q.  And beginning in 2011, it began to

13    present users in a news- -- with their newsfeed in

14    such a way -- in a way that was intended to rank

15    that content on the newsfeed.                  04:19:18

16       A.  What -- what did you mean by "with their

17    newsfeed" --

18       Q.  Yeah.

19            Okay.  After Facebook stopped presenting

20    content chronologically to users on their       04:19:35

21    newsfeed --

22       A.  Right.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



Page 115

HIGHLY CONFIDENTIAL



Page 116

HIGHLY CONFIDENTIAL



Page 117

HIGHLY CONFIDENTIAL

5       Q.   Okay.  Excluding any lawyers, who did you          04:25:03

6   speak to as part of your preparation for today's

7   deposition?

8       A.   I spoke to Ramya Seetharaman.  I spoke to

9   Saurabh Gupta.  I spoke to Anjana Dasu.  I spoke to

10  Hari Jayaraman.  I spoke to Akos Lada.  I spoke to         04:25:59

11  Karsten Hansen.

12           And I don't remember how many people I

13  read off.

14      Q.   That's fine.

15      A.   Oh, I'm sorry.                                    04:26:33

16      Q.   No.  You were going to mention -- did

17  you --

18           (Simultaneously speaking.)

19           THE DEPONENT:  Karan Singh.

20      Q.   (By Mr. Gould)  -- you were going to              04:26:37

21  mention somebody else --

22      A.   Karan Singh.

23           Yeah, Karan -- Karan Singh.

24      Q.   Are the people you just mentioned in

25  different divisions or groups within the Facebook          04:26:52

Page 118

HIGHLY CONFIDENTIAL

```
 1    company?                                               04:26:55

 2         A.   Yes.

 3         Q.   Okay.  Go through, if you wouldn't mind,

 4    and list the groups or divisions in which all those

 5    people work.                                           04:27:14

 6         A.   Okay.

 7              MR. SCHWING:  Ben, could I make a

 8    friendly suggestion?

 9              I don't know if you have the

10    transcript -- the Live Note up, or whatever.  But      04:27:19

11    maybe you could just give him the names or

12    something.  I don't -- just -- it may make it

13    easier.

14              MR. GOULD:  Okay.  A lot of them are --

15    are not really spelled in the --                       04:27:28

16              MR. SCHWING:  No.

17              MR. GOULD:  -- in the real time.

18              MR. SCHWING:  Maybe you could just

19    broadly --

20              MR. GOULD:  Yeah.  Right.  I'm not --         04:27:42

21              (Simultaneously speaking.)

22              MR. SCHWING:  I don't mean -- I don't

23    mean to interfere.  I'll -- I'll hand you the reins

24    back.  I'm just trying to think about how do we --

25              MR. GOULD:  No, no, totally, Austin.  I      04:27:46
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    appreciate that.                                04:27:48

 2         Q.   (By Mr. Gould)  Here's what -- here's

 3    what I'd like you to do, Mr. Miller.

 4              I don't want you to match up names --

 5         A.   Okay.                                  04:27:55

 6         Q.   -- with groups or divisions.  I just want

 7    you to list the divisions in which those people

 8    work.

 9         A.   Yeah.

10              So for example, Ramya is in -- was in --  04:28:06

11    sorry -- was in, say, newsfeed.  Now is in

12    integrity.

13              Saurabh is in video ranking.  Anjana is

14    in video.

15              I'm just trying to list all the areas.  I  04:28:37

16    mentioned integrity.  I mentioned newsfeed.  I'm

17    just going through some of the names.

18         Q.   Sure.  Take your time.

19         A.   Newsfeed video ranking, you know, is --

20    is slightly different than video ranking.  I -- I  04:29:02

21    think -- I mean, unless I see the names again, I

22    think that that's exhaustive.

23         Q.   Okay.  That's fine.

24              Do you know approximately how many

25    Facebook employees work on video ranking?       04:29:23
```

Page 120

1      A.   A couple things, only because I -- I          04:29:38

2   would be ballparking it only because -- as part of

3   what I prepared for today.

4           How video is shown to its users, I -- I

5   didn't -- I didn't count like org charts and          04:30:02

6   things.

7      Q.   Fair enough.

8           Fair to say, though, that there is a

9   group or division within Facebook that has the name

10  video ranking?                                        04:30:12

11     A.   That's fair.

12     Q.   Okay.  You listed, I believe, a group or

13  division that you gave the name video to, like full

14  stop?

15     A.   Yeah.                                         04:30:30

16     Q.   And I take it you're not prepared to

17  testify today about how many employees are in that

18  division or group?

19     A.   (Deponent shakes head.)

20     Q.   Okay.  Fair enough.                           04:30:46

21          Are you prepared to testify today about

22  the responsibilities or tasks assigned to that

23  division or group?

24          MR. SCHWING:  It's outside the scope.

25          THE DEPONENT:  I didn't prepare for it        04:31:03

                                                          Page 121

HIGHLY CONFIDENTIAL

```
 1    only because of the scope of -- of 9c.              04:31:04

 2         Q.  (By Mr. Gould)  Okay.  Okay.  Fair

 3    enough.

 4         A.  Yeah.

 5         Q.  It sounds to me, though, like from your    04:31:12

 6    testimony, that at least there is a division or

 7    group within Facebook that -- that is commonly

 8    referred to as video, correct?

 9         A.  There -- video is now -- that might not

10    be the right like -- that might be a broad word,   04:31:46

11    but I think it has -- it -- there's a loose

12    meaning, and so that's why I want to be really

13    careful about --

14         Q.  Yeah.

15         A.  I want to be like accurate about how I     04:32:00

16    answer your question, but -- so one more time?

17         Q.  Let me put my question this way.

18         A.  Yeah.

19         Q.  Is it fair to say that whatever the

20    official name of the group or division, there is a 04:32:16

21    group or division within Facebook that is commonly

22    referred to by Facebook employees as video?

23         A.  Yes.

24         Q.  Okay.  You also, I believe, listed a

25    group or division that you gave the name newsfeed  04:32:45
```

Page 122

HIGHLY CONFIDENTIAL

```
 1    video ranking to, correct?                          04:32:48

 2         A.    Correct.

 3         Q.    Okay.  And you're not prepared to testify

 4    today about how many employees are in that group or

 5    division, correct?                                   04:32:59

 6              MR. SCHWING:  Outside the scope.

 7              THE DEPONENT:  And -- and I would have no

 8    clue.

 9         Q.    (By Mr. Gould)  Okay.  And any of the

10    groups or divisions we've talked about, do you know  04:33:08

11    how long they've been around?

12              MR. SCHWING:  It's outside the scope.

13              THE DEPONENT:  I'm -- I'm trying to --

14    I'm seriously trying to be helpful, but --

15         Q.    (By Mr. Gould)  Yeah.  Yeah.  Yeah.  I     04:33:26

16    get it.

17         A.    I mean, based on when I joined and based

18    on how I prepared, I -- I didn't look into org

19    history.

20         Q.    Okay.  Fair to say, though, that there is  04:33:35

21    a group or division within Facebook that is

22    commonly referred to by Facebook employees as

23    newsfeed video ranking?

24         A.    No.

25         Q.    Okay.  Fair enough.                        04:34:04
```

HIGHLY CONFIDENTIAL

```
 1          A.   It would -- it would be called -- sorry.      04:34:05

 2     No.

 3          Q.   What would it be called?

 4          A.   So when I said -- for example, the person

 5     I talked to in -- Karan Singh, I would just say       04:34:17

 6     newsfeed ranking, period.

 7          Q.   Okay.  Okay.

 8          A.   Yeah.

 9          Q.   Is there a group -- well, never mind.

10          Okay.  What documents did you review in          04:34:52

11     preparation for today's deposition?

12          A.   I -- let me think about this for a second

13     because I reviewed a lot of documents.

14          Q.   Yeah.  Take your time.

15          A.   I -- I read over all the documents that      04:35:08

16     were sent over a few days ago, 20-ish, whatever.

17     I read over the notice and the complaint.

18          I also read over documents that talked

19     about some of these product changes to how the

20     platform showed video to users over time.           04:35:31

21          MR. GOULD:  Okay.  I think that does it

22     for me today, unless Mr. Schwing has redirect that

23     raises further questions on my part.

24          MR. SCHWING:  I just have a few

25     questions.                                           04:35:54
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1                          EXAMINATION                      04:35:56

 2    BY MR. SCHWING:

 3         Q.   Mr. Miller, is this a good time to go

 4    over a couple questions?

 5         A.   Sure.                                        04:36:02

 6         Q.   Okay.  I'll be brief.

 7              You were asked some questions and gave

 8    some testimony about when users could share videos

 9    or posts with video with others.

10              Do you remember that?                        04:36:18

11         A.   I remember.

12         Q.   Okay.  And is it your understanding that

13    someone can try to share a video or post with a

14    video, but whether another user can actually get

15    access and see that post or video would depend on    04:36:32

16    the original poster's privacy settings?

17         A.   That's -- I'm so sorry.  It's late in the

18    day.  I'm so sorry for you to have to repeat the

19    question --

20         Q.   No problem.                                  04:36:48

21         A.   -- but...

22         Q.   Is it your understanding that whether

23    or -- let me start over.

24         A.   Yeah.  I apologize.

25         Q.   It's -- it's late in the day for me, too.    04:36:58
```

HIGHLY CONFIDENTIAL

```
 1               Is it your understanding that somebody      04:37:01

 2    could try to share a video or post with a video in

 3    it with another user, but whether that user could

 4    actually see the video or the post with the video

 5    would depend on the privacy settings that had been    04:37:22

 6    set with respect to that content?

 7         A.   That's correct.

 8               Can -- am I allowed to say anything more

 9    on that or -- or --

10         Q.   I don't -- I don't think you need to.       04:37:36

11         A.   Okay.

12         Q.   I think if it's correct, that's fine.

13         A.   Great.

14               MR. SCHWING:  All right.  I don't -- I

15    don't have anything else.                             04:37:44

16               MR. GOULD:  Okay.  Nothing further from

17    me.

18               MR. SCHWING:  Thanks so much, Mr. Miller.

19    Maybe you could just go to the breakout room, just

20    so I can thank you and say goodbye to you and         04:37:55

21    hopefully won't --

22               THE DEPONENT:  Okay.

23               MR. GOULD:  Mr. Miller, thank you.  I

24    really appreciate it.  And I appreciate --

25               SPECIAL MASTER GARRIE:  Congratulations.   04:38:02
```

Page 126

HIGHLY CONFIDENTIAL

```
1            MR. GOULD:  -- your conscientious        04:38:02

2    efforts.

3            THE VIDEOGRAPHER:  We're off the record.

4    It's 4:38 p.m.

5            (Recess taken.)                          04:38:26

6            THE VIDEOGRAPHER:  Back on the record.

7    It's 4:38 p.m.

8            MR. SCHWING:  Okay.  We -- I just wanted

9    to come back on the record to indicate that the

10   transcript should be treated as "Highly           04:39:02

11   Confidential."

12           The witness will receive the transcript

13   and will review it to make any corrections, will do

14   that within 45 days of receipt of the -- the

15   transcript.                                       04:39:15

16           MR. GOULD:  And that does it, I think.

17           THE VIDEOGRAPHER:  That does it.  Okay.

18           Off the record.  It's 4:39 p.m.

19           (TIME NOTED:  4:39 p.m.)

20                                                     04:39:28

21

22                     ---o0o---

23

24

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1         I, Rebecca L. Romano, a Registered

2    Professional Reporter, Certified Shorthand

3    Reporter, Certified Court Reporter, do hereby

4    certify:

5         That the foregoing proceedings were taken

6    before me remotely at the time and place herein set

7    forth; that any deponents in the foregoing

8    proceedings, prior to testifying, were administered

9    an oath; that a record of the proceedings was made

10   by me using machine shorthand which was thereafter

11   transcribed under my direction; that the foregoing

12   transcript is true record of the testimony given.

13        Further, that if the foregoing pertains to the

14   original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review

16   of the transcript [X] was [ ] was not requested.

17        I further certify I am neither financially

18   interested in the action nor a relative or employee

19   of any attorney or any party to this action.

20        IN WITNESS WHEREOF, I have this date

21   subscribed my name this 27th day of July, 2022.

22

23

24        Rebecca L. Romano, RPR, CCR

25        CSR. No 12546
```

Page 128

HIGHLY CONFIDENTIAL

1  RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2  DAVID MILLER (JOB NO. 5300521)

3          E R R A T A   S H E E T

4  PAGE 17___ LINE 14___ CHANGE "would go to" to "would --

5  could go to"

6  REASON Mistranscription

7  PAGE 19___ LINE 14___ CHANGE "I don't" to "I don't remember

8  when it was launched"

9  REASON Mistranscription

10 PAGE 25___ LINE 12___ CHANGE "if -- video" to "if -- the profile

11 owner had posted a video"

12 REASON Mistranscription

13 PAGE 26___ LINE 18___ CHANGE "video on 2016" to "video

14 around 2016"

15 REASON Mistranscription

16 PAGE 30___ LINE 12___ CHANGE "or let's" to "well let's"

17 _____

18 REASON Mistranscription

19 PAGE 30___ LINE 15___ CHANGE "across all -- across all the"

20 to "across all the -- across all the"

21 REASON Transcription Error

22

23 _____     _____

24 DAVID MILLER                    Date

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   DAVID MILLER (JOB NO. 5300521)

3                    E R R A T A   S H E E T

4   PAGE 34____ LINE 23____ CHANGE ████████████████████

5   ███████████████████

6   REASON Mistranscription

7   PAGE 45____ LINE 14____ CHANGE "number of services" to

8   "number of surfaces"

9   REASON Mistranscription

10  PAGE 46____ LINE 3____ CHANGE "services" to "surfaces"

11

12  REASON Mistranscription

13  PAGE 49____ LINE 19-20 CHANGE ████████████████████

14  ███████████████████

15  REASON Mistranscription

16  PAGE 56____ LINE 10____ CHANGE "A. Yes." to "A. Yeah."

17

18  REASON Mistranscription

19  PAGE 57____ LINE 17____ CHANGE "typically" to "typical"

20

21  REASON Mistranscription

22

23  _____        _____

24  DAVID MILLER                Date

25

                                        Page 132

HIGHLY CONFIDENTIAL

1  RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2  DAVID MILLER (JOB NO. 5300521)

3           E R R A T A   S H E E T

4  PAGE 62___  LINE 5___  CHANGE "live stream video" to "live

5  streamed video"

6  REASON Mistranscription

7  PAGE 62___  LINE 7-8___  CHANGE "like Benjamin Gould was

8  live." to "like, "Benjamin Gould was live.""

9  REASON Mistranscription

10  PAGE 65___  LINE 11___  CHANGE "Use a little" to "I could use

11  a little"

12  REASON Mistranscription

13  PAGE 76___  LINE 4___  CHANGE ██████████████████

14  ████████████████

15  REASON Misspoke

16  PAGE 89___  LINE 8___  CHANGE ██████████████████

17  ██████

18  REASON Mistranscription

19  PAGE 99___  LINE 6___  CHANGE "It sells" to "It's also"

20

21  REASON Mistranscription

22

23  _____  _____

24  DAVID MILLER                     Date

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION
2    DAVID MILLER (JOB NO. 5300521)
3              E R R A T A  S H E E T
4    PAGE 101    LINE 6    CHANGE "we just should" to "we
5    should just"
6    REASON Mistranscription
7    PAGE 105    LINE 11    CHANGE "horizontal tray content" to
8    "horizontal tray of content"
9    REASON Mistranscription
10   PAGE 106    LINE 15    CHANGE "No, no. You go." to "No,
11   you go."
12   REASON Mistranscription
13   PAGE 117    LINE 21    CHANGE ██████████████████████
14
15   REASON Mistranscription
16   PAGE 118    LINE 8    CHANGE "Ramya Seetharaman" to
17   "Ramya Sethuraman"
18   REASON Mistranscription
19   PAGE 118    LINE 11    CHANGE "Karsten Hansen" to
20   "Carsten Hansen"
21   REASON Mistranscription
22
23   _____    _____
24   DAVID MILLER                Date
25
```

Page 132

HIGHLY CONFIDENTIAL

```
 1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION
 2   DAVID MILLER (JOB NO. 5300521)
 3              E R R A T A   S H E E T
 4   PAGE_121___ LINE_3___ CHANGE"what I prepared for today."
 5   to "what I prepared for today --"
 6   REASON_Mistranscription_____
 7   PAGE_121___ LINE_4___ CHANGE"How video" to "how video"
 8   Mistranscription_____
 9   REASON_____
10   PAGE_____ LINE_____ CHANGE_____
11   _____
12   REASON_____
13   PAGE_____ LINE_____ CHANGE_____
14   _____
15   REASON_____
16   PAGE_____ LINE_____ CHANGE_____
17   _____
18   REASON_____
19   PAGE_____ LINE_____ CHANGE_____
20   _____
21   REASON_____
22
23   _____    9/9/2022
24   DAVID MILLER                       Date
25
```

Page 132

**[& - access]**

| & |
|---|
| **&**   1:14 2:19 4:15 5:5 6:5 9:23 129:23 130:9 |

| 0 |
|---|
| **02843**   1:6 2:6 |

| 1 |
|---|
| **1**   1:17,25 8:4 130:1 |
| **10166-0193**   5:10 |
| **11**   8:5 |
| **1201**   3:11 |
| **125**   8:6 |
| **12546**   1:21 128:25 |
| **12:41**   2:18 9:2,6 |
| **12:44**   12:23 |
| **12:50**   13:1 |
| **132**   1:25 |
| **18**   1:6 2:6 |
| **1:45**   45:2 |
| **1:50**   44:23 |

| 2 |
|---|
| **20**   27:2 68:7 124:16 |
| **20-0466**   1:22 |
| **200**   5:9 50:19 |
| **2001**   5:17 |
| **2005**   14:13 |
| **2005/2006**   15:3 |
| **2006**   13:11,19,23 15:22 16:10,14 16:15 20:10 27:7,9 56:2 76:6 |
| **2007**   16:22,24 17:6,13 18:3,5 |

27:10,12,22 33:10,16 39:3,10 39:12,19 42:17 43:6,7,20 45:11 49:24 50:16,20 51:1 56:6,11 74:4,22 76:9,23
**2008**   28:7,12
**2009**   31:14 51:22
**2010**   29:14 51:12 51:15
**2011**   47:9,19,20 114:11,12 117:15,22
**2012**   32:5 51:4
**2014**   90:6
**2015**   19:11 88:23
**2016**   26:11,13,18 27:1,4 31:21 60:25 88:2,3
**2017**   22:19 28:22 85:17 87:25
**2018**   118:3
**2019**   92:17
**2022**   1:16 2:18 9:1,7 128:21 129:3,5 131:7
**2025.520**   129:9 129:12
**206**   3:14
**2100**   5:18
**212**   5:11
**213**   6:10,19
**214**   5:20
**22**   1:16 2:18 9:1 129:5
**229-7523**   6:10

**22nd**   9:7
**253-9706**   6:19
**27**   129:3
**27th**   128:21
**2843**   1:4 2:4
**2:03**   45:5
**2:59**   77:6

| 3 |
|---|
| **30**   1:12 130:1 |
| **3000**   4:20 |
| **301**   4:9 |
| **3200**   3:12 |
| **32nd**   6:17 |
| **333**   6:8 |
| **3491**   1:23 |
| **351-6381**   5:11 |
| **393-8200**   4:22 |
| **3:08**   77:9 |

| 4 |
|---|
| **415**   4:22 |
| **45**   127:14 |
| **456-1496**   4:11 |
| **4:05**   112:12 |
| **4:15**   112:15 |
| **4:38**   127:4,7 |
| **4:39**   127:18,19 |

| 5 |
|---|
| **5300521**   1:24 129:5 132:2 |
| **555**   4:19 6:16 |
| **5th**   6:16 |

| 6 |
|---|
| **6**   1:12 |
| **619**   8:11 72:6 |
| **623-1900**   3:14 |

**698-3206**   5:20

| 7 |
|---|
| **72**   8:11 |
| **7321**   128:23 |
| **75201**   5:19 |

| 8 |
|---|
| **801**   4:8 |
| **805**   4:11 |
| **827**   1:22 |

| 9 |
|---|
| **90013**   6:18 |
| **90071-3197**   6:9 |
| **93101**   4:10 |
| **94105-0921**   4:21 |
| **98101**   3:13 |
| **9a**   75:15 |
| **9b**   75:16 |
| **9c**   42:6 122:1 |

| a |
|---|
| **ability**   15:23 18:19 20:12,19 21:16,21 26:17 31:7 85:3 87:3 101:7,7 |
| **abimbola**   7:7 |
| **able**   13:6 14:17 15:4,21 27:7 34:25 42:13 50:1 57:18 73:19 75:17 103:10 107:4 117:23 |
| **absolutely**   101:10 |
| **access**   14:17 23:23 24:13 |

Page 1

**[access - associate]**

25:10 29:17,21
29:25 30:5
38:16 39:20
41:20 42:19
43:8,22 45:12,15
45:16 50:21
56:8 67:23 76:1
80:10,17 95:3
125:15
**accessible** 34:11
84:24 88:15
**accessing** 21:3
**account** 15:4
**accurate** 36:2,6
37:5 79:20
122:15
**accurately**
117:18
**action** 20:20
128:18,19
**actions** 1:8 2:9
42:9 45:10
50:16,19,20,25
**activity** 100:24
**actor** 89:16,18
89:22
**actual** 48:6
**adaniel** 3:18
**add** 78:4,5,7
79:15,25 80:4,20
80:20 90:21,24
92:20 93:20
94:12,14,20,21
**added** 16:3,16
79:19 94:2,17
**adding** 79:21
**address** 14:17
15:4

**adele** 3:9
**adjust** 56:25
**administered**
11:2 128:8
**affiliation** 15:9
**afternoon** 11:7
**ago** 124:16
**agree** 52:8,25
**agrees** 35:24
**ahead** 17:20
25:18 29:10
57:15 58:13
59:4 62:19
70:10 80:12
98:12 102:7
106:14 110:9
**akos** 118:10
**algorithm**
104:18 115:16
116:2,8 117:16
**algorithms**
117:21
**allow** 21:24
22:21 32:22
34:7,24 40:19
41:2,11 42:9
56:6 60:5 75:25
**allowed** 39:9
89:25 110:12
126:8
**allowing** 38:18
**allows** 32:7,8
67:8 100:1
**amateur** 37:19
**amateurs** 37:19
37:20
**ambiguity** 78:24

**amount** 40:4
71:22 74:5,8,16
74:23 75:21
76:7,10,21
**analyses** 117:10
**analysis** 117:7
117:12,13,19,24
118:3
**analyzed** 117:17
**angeles** 1:15
2:17 6:9,18 9:1
**anjana** 118:9
120:13
**announced**
85:17
**answer** 17:25
20:17 42:22,24
43:2 44:7 45:8,9
48:13 53:7
59:23 60:16
61:22 62:4
71:17 75:10
85:3,6 95:4,4
96:24 105:23
111:22,24 112:1
122:16
**anybody** 12:11
68:20
**anymore** 92:2
**apologize** 27:3
61:4 125:24
**app** 19:1,1,3
45:15,16 90:13
100:15 110:3
**appear** 131:4
**appearances** 3:1
4:1 5:1 6:1 7:1

**appearing** 3:2
4:2 5:2 6:2 7:2
129:18 130:7
**appears** 72:20
84:5,11
**appetite** 40:15
**applied** 117:16
**apply** 62:1 78:22
120:1 126:24,24
**appreciate** 13:4
**approximate**
19:8 117:23
**approximately**
14:11 86:17
120:24
**apps** 61:1,5
103:14 108:16
**area** 74:2
**areas** 43:4
120:15
**aschwing** 4:23
129:2
**aside** 67:8
**asked** 22:14 23:8
31:22 51:18
60:12 75:22
95:17 125:7
**asking** 29:12
30:17 35:23,24
36:1 39:7,11,11
39:14,18 53:6,14
55:7 92:22
94:16,17 105:24
**assigned** 121:22
**assistance**
112:19 113:4,7
**associate** 7:5
50:11

[associated - called]

associated 99:12
assume 26:18
53:19 58:1
61:11 68:21
assuming 110:24
attach 50:12
attorney 4:7
5:16 6:7 9:15
128:19
attorneys 3:10
4:18 5:8
audio 12:15 78:5
79:6,9,15,17,21
79:25,25
aunt 98:5,7,23
austin 4:16 9:19
9:22 93:8
119:25 129:1
auto 80:23 81:5
automatic
105:14
automatically
104:18
availability
82:23 83:1,2,22
83:23
available 11:8
33:20 61:10,12
64:9 65:22
66:12,17 71:23
74:5 77:12,14,23
78:9,14 81:23
84:22 85:4 90:8
90:16 91:5,7,9
91:15,22,25 92:1
92:4,6,8,10,11
92:13,16,18
93:24 94:5 95:6

95:7 112:21,25
113:5,8
avenue 3:11 5:9
5:17 6:8
avidly 37:17
aware 18:16
63:22 69:5
84:21 105:14

**b**

b 1:12,24 6:14
60:13 130:1
back 12:25
44:23 45:4 52:7
59:5 62:13 63:2
63:10,13 65:24
77:3,8 104:12
112:14 113:14
119:24 127:6,9
backwards 93:6
bad 96:6
ballparking
121:2
barbara 4:10
base 34:14 35:5
35:17 36:24
37:4,6,8
based 29:13 34:3
34:4 47:13 75:7
75:24 76:2
81:17 89:20
104:7 106:4
123:17,17
basic 77:18,21
77:23,25 78:8,10
78:16 79:3,10
basically 43:11

beg 68:6
began 49:25
87:25 114:12
beginning 9:14
14:7 28:23
50:10 51:7,8
56:4 114:12
117:15
behalf 2:16 10:4
11:13,25
beings 48:6 71:8
believe 26:10
70:4 85:9 90:23
95:25 121:12
122:24
ben 11:18 24:4
29:12 119:7
benjamin 3:6
9:16 62:8 89:16
89:18 115:11,12
115:17,18,18,19
115:24
best 34:22 63:3
115:2,24,25
bet 83:13
better 46:20
80:17 83:13
99:19
beyond 80:3
bgould 3:15
big 46:23 56:21
bit 45:19 52:7
62:13 64:24
65:8,11
brand 64:19
break 44:18,21
44:23 112:4

breakout 12:17
126:19
brief 125:6
briefly 113:14
broad 36:21
38:25 45:7
47:15 122:10
broadly 119:19
bucket 43:12
bunch 49:15
business 18:21
20:23 21:1,7,8
21:20 67:5
button 30:14
31:8,23 32:3
51:5 55:11
58:13,17 63:12
67:21,24 83:18
83:20,23 84:6,7
84:8,12 90:21
95:24 98:21
99:25

**c**

ca 129:9,12,20
california 1:2,15
1:21 2:2,17 4:10
4:21 6:9,18 9:1
call 17:16 23:12
25:20 34:14
40:5 57:13,17
64:19 66:23
67:20 77:25
106:19 115:4
116:22 117:11
called 18:20
64:15 69:24
70:15 71:8

[called - company]

72:12 86:22
124:1,3
**calls**  30:23 54:22
74:25 109:16
**camera**  87:4
**campen**  3:8
**capabilities**  16:1
16:3
**capability**  95:7
**capacities**
105:10
**captioning**  91:5
**captions**  80:4,14
80:16,19,20,24
81:5,9,19,22
90:24 91:4
**careful**  122:13
**cari**  3:8
**case**  1:5 2:5
16:10 28:23
32:25 40:5
62:24 95:16
98:20 128:15
**cases**  17:10 57:1
**cassarah**  5:6
9:25
**catch**  62:15
114:2
**category**  66:10
93:16
**caught**  91:19
102:2
**caused**  71:22
75:6,23
**ccp**  129:9,12
**ccr**  1:21,22,23
128:24

**cell**  12:15
**certain**  83:7
**certified**  2:20,21
128:2,3
**certify**  128:4,17
**cetera**  55:13
76:1
**change**  12:14
38:15 47:10
53:17 56:24
57:1 61:17 78:6
117:8 132:4,7,10
132:13,16,19
**changed**  47:12
50:14
**changes**  15:19
17:5,9 21:23
39:2,12,18 40:2
41:1,19 47:2,9
47:23 48:9
56:17,22 124:19
**charac**  35:2
**characterization**
35:8
**characterize**
38:5 85:15
86:24
**characterized**
85:10
**characterizing**
35:2 82:19
**charts**  121:5
**chat**  12:17
**check**  64:9
**chen**  7:5 9:25
**child**  98:1
**choose**  87:5,7

**chopping**  78:4
**chris**  4:6
**chronological**
47:12 110:16,17
**chronologically**
114:10,20
**chu**  5:6 9:25
**circumstances**
84:19,20,21
**civil**  129:19,20
**clarification**
65:7
**clarify**  12:3
16:14 42:12
44:19 63:7
**clarity**  35:23
65:8,11 101:7
**class**  9:18
**classify**  66:10
115:5
**claufenberg**  3:17
**clean**  84:3
**clear**  41:23
44:15 52:2
100:21 101:3
**clearly**  109:6
**click**  31:8,24
67:20,23 98:20
98:21 100:2
103:10
**clicks**  100:6
**clipping**  78:3,21
78:21 79:2,2
**clue**  123:8
**cmchu**  5:12
**code**  129:9,12,19
129:20

**coding**  42:25
44:8
**columns**  72:21
**combative**  60:10
**combination**
115:23
**come**  13:18
47:14 76:5
115:10 127:9
**comes**  23:17
32:13 50:8 62:7
**comfortable**
38:25
**commencing**
2:17
**comment**  54:4
**commented**
51:16
**comments**  49:9
51:10,11,14
**common**  32:11
33:24
**commonly**  32:16
32:21 33:23
34:10,13 35:4,16
36:9,23,25 37:1
37:3,6,7 122:7
122:21 123:22
**communication**
76:17
**community**
33:18,18 76:18
**companies**
107:19,19
**company**  65:2
69:2 118:2
119:1

HIGHLY CONFIDENTIAL

[compare - court]

| | | | |
|---|---|---|---|
| compare 40:14 | consumers 38:16 | 84:6,12,13,16 | 79:11,12 85:9 |
| compatible | 87:13 | 85:5,20 86:5,18 | 86:15,16,22,23 |
| 36:17 | consuming | 87:10,11,13,14 | 90:2 91:13 |
| complaint | 81:16 | 105:11 112:20 | 92:13 98:18,19 |
| 124:17 | consumption | 112:20 113:7,8 | 103:3 104:5 |
| completed 129:7 | 58:8 81:15 | 113:23 114:15 | 105:13 106:10 |
| 129:17 130:6 | 101:1 | 114:20,24 115:8 | 107:14,15,17,18 |
| completion | cont'd 5:1 6:1 | 115:24 117:2,9 | 107:20,21 |
| 112:8 128:15 | 7:1 | 117:11,17,19,24 | 108:19 109:19 |
| 130:10 | contact 129:9 | 118:3,3 126:6 | 110:24 111:1 |
| complies 10:8 | contained 131:4 | context 30:25 | 116:6,7 122:8 |
| compound 33:4 | content 11:14,17 | 31:3 70:24 | 123:1,2,5 126:7 |
| computer 12:18 | 11:18 13:10 | contextual | 126:12 131:5 |
| con 17:24 117:1 | 22:11 23:4,23 | 116:22 117:2,6 | corrected 131:5 |
| 117:5 | 24:14 28:24,25 | 117:12 | corrections |
| concerned 21:2 | 29:17,21,25 30:3 | continue 17:24 | 127:13 129:14 |
| concrete 97:24 | 30:7,11 31:11,13 | controls 64:13 | 129:15 130:3,4 |
| 110:8 | 32:17 33:2,13 | conversation | 131:3 |
| conducted 26:20 | 35:7,19 36:25 | 25:15 | correctly 14:15 |
| confidential 1:10 | 39:4,22 41:21 | converting 37:23 | 15:2 17:2 26:22 |
| 127:11 | 42:20 43:9,23 | copy 100:19 | 35:3 82:19 |
| confused 43:24 | 45:12 48:1,11,18 | copying 72:8 | 98:14 |
| 97:13 | 48:19,20 49:13 | corporate 1:13 | counsel 3:1 4:1 |
| congratulations | 49:18,22 50:22 | correct 11:14 | 5:1 6:1 7:5,7 |
| 126:25 | 50:24 51:2,24,25 | 12:1,2 13:7,8 | 9:14 129:18,21 |
| conscientious | 53:5,24 55:6 | 19:17 29:18,19 | 130:7 |
| 127:1 | 58:22,24 59:11 | 31:16 32:1 | count 121:5 |
| consider 47:17 | 60:23,25 61:2 | 35:16 48:7 | couple 49:2,2 |
| 47:22,24 | 64:22 65:4,9,21 | 50:15 51:10 | 59:2,2 81:10 |
| consideration | 66:17,21 68:23 | 52:10,11 53:2,3 | 97:1 121:1 |
| 48:5 | 69:2,6,9,17,18 | 55:15,22 58:3,11 | 125:4 |
| consume 85:19 | 71:22 73:19 | 58:13,19,24 | course 12:21,21 |
| consumer 1:5 | 74:5,13 75:21 | 59:14 61:13 | 35:13,14 37:15 |
| 2:5 9:9 38:9 | 76:10,22 77:11 | 62:22,23 64:3 | 41:3 68:9 73:7 |
| 89:25 97:4,9,10 | 78:16 79:4,14,22 | 68:23,24 69:12 | 79:1 92:23 |
| 97:19 129:4 | 79:23 80:18,25 | 70:17 72:23 | 97:23 |
| 132:1 | 81:4,8,24 82:2,6 | 73:21,23 76:21 | court 1:1 2:1,21 |
| | 82:22,23 83:7,8 | 78:17 79:4,5,7,8 | 10:5,6,9 112:9 |

HIGHLY CONFIDENTIAL

**[court - different]**

| | | | |
|---|---|---|---|
| 128:3 | **daniel**  3:9 6:14 | **denoting**  72:21 | 69:4,11 70:9 |
| **cover**  75:17 | 10:4 | **depend**  125:15 | 71:4 73:4 75:1,9 |
| **create**  15:4 29:4 | **dasu**  118:9 | 126:5 | 80:10 85:12 |
| 84:3 89:17 | **data**  75:3 | **depends**  27:14 | 103:13 108:15 |
| 90:19 104:20 | **date**  15:17 | 103:19,25 | 110:2 118:7 |
| 107:4,10,14,16 | 117:23 128:20 | **deponent**  2:16 | 124:11 128:14 |
| 107:20,22 | 129:16 130:5 | 8:2 10:8,14 13:2 | 129:19,22,24 |
| **created**  14:9 | 132:24 | 14:6 15:8,16 | 130:8,10 |
| 17:16 18:3,5 | **david**  1:13 2:15 | 18:1 20:18 | **depth**  41:14 |
| 22:15,18,19 | 8:3 9:8 11:1 | 29:11 30:22 | **derek**  3:7 |
| 104:13,18 108:9 | 129:5 131:1,13 | 32:20 33:5 34:1 | **describe**  17:4 |
| **creates**  105:25 | 132:2,24 | 35:11 36:4 | 18:6 87:1,3 |
| **creator**  18:21 | **day**  57:20 111:5 | 37:12 38:4 39:6 | **description**  49:8 |
| 20:24 21:12,13 | 111:6,12 125:18 | 40:1 54:23 57:8 | **descriptions** |
| 22:4,10 67:5 | 125:25 128:21 | 58:7 59:24 60:7 | 116:20 |
| **creators**  112:20 | 131:6 | 65:6 68:18 69:5 | **designated**  11:11 |
| 113:8 | **days**  124:16 | 69:12,21 70:4,7 | 11:12 41:23 |
| **creepy**  93:6 | 127:14 | 70:11 71:5,11,17 | 59:22 |
| **criteria**  89:4 | **decisions**  42:9 | 72:9 73:5 74:8 | **designed**  21:7,17 |
| 114:23 115:2 | 47:1 | 74:16 75:2 | 46:18,20 55:19 |
| **criterion**  88:25 | **declare**  131:1 | 78:19 82:8 | 55:24 56:12 |
| 89:4 | **decrease**  71:24 | 83:11 95:5 | 80:17 |
| **criticism**  60:10 | **defendant**  9:24 | 96:25 98:13 | **designee**  60:12 |
| **crutcher**  4:15 | **define**  27:15 | 99:3 100:5 | 75:15 |
| 5:5 6:5 9:23 | 36:8 64:23 | 102:1 103:16 | **desktop**  19:1,3 |
| **cspringer**  4:12 | 76:12 80:6,14 | 104:7 105:24 | **detail**  40:2 |
| **csr**  1:21,21,22 | 105:2,4 | 108:1,24 109:25 | **details**  89:19 |
| 128:25 | **defining**  14:7 | 110:4 111:3 | **determine**  48:11 |
| **currently**  13:5 | 104:24 | 112:23 114:2 | **determined** |
| 23:2 24:12 | **definitely**  28:17 | 118:19 121:19 | 129:18,22 130:7 |
| 29:16 30:9 | 79:24 | 121:25 123:7,13 | **determines**  81:7 |
| 31:15 32:7,18 | **definition**  37:3 | 126:22 | **device**  38:10 |
| 51:23 91:7,9 | 76:20 80:19 | **deponent's**  1:15 | **devoted**  106:10 |
| | 82:8,10 96:14 | **deponents**  128:7 | **dgarrie**  6:20 |
| **d** | **degree**  72:1,2 | **deposition**  1:12 | **difference**  57:6 |
| | 76:16 | 2:15 9:8 10:11 | **different**  20:1 |
| **d**  8:1 | **demand**  66:12 | 11:10 14:21 | 28:9 29:17 30:6 |
| **dallas**  5:19 | | 15:7,15 59:16,20 | 52:9 53:2 54:7 |

Page 6

[different - example]

54:14 55:12
99:10 105:10
118:25 120:20
**difficult**  11:18
28:9,16 105:2
**digital**  36:13
38:17 40:6
**direction**  128:11
**directly**  18:9,9
18:14
**disabilities**
80:18
**discern**  113:23
116:5
**discussing**  40:7
40:8 42:11
**discussion**  9:21
43:17 46:15
57:7
**displayed**  56:1
81:5 83:6
**displaying**  73:18
**distinction**  37:19
**district**  1:1,2 2:1
2:2
**division**  121:9
121:13,18,23
122:6,20,21,25
123:5,21
**divisions**  65:2
118:25 119:4
120:6,7 123:10
**dloeser**  3:16
**document**  1:7
2:8
**documents**  73:9
124:10,13,15,18

**dog**  49:14 50:8
115:7 117:1
**dogs**  48:24 49:1
49:9,16,19,20
50:6 115:6,7,12
115:14,18,19,20
116:25
**doing**  71:14
90:22
**donate**  90:21
**dunn**  4:15 5:5
6:5 9:23

**e**

**e**  5:7 8:1 129:9
129:12 130:1
132:3,3,3
**earlier**  43:19
63:8 67:4 85:12
115:6 116:11
**early**  14:2 17:11
**easier**  74:13
107:8 109:6,8
119:13
**easy**  21:11,18
29:21,24 30:5
38:21
**editing**  77:17,21
77:23 78:1,8,10
78:16 79:3,10
**editor**  77:15,19
**edu**  14:17 15:4
**education**  26:16
**effect**  92:24 93:4
93:11
**effects**  92:20
93:20,23 94:1

**effort**  33:22 35:6
35:18 37:8
38:21
**efforts**  127:2
**either**  38:16
**element**  117:3,3
117:6
**else's**  100:8
106:1,7,24
**email**  14:17 15:4
**embed**  105:25
**emoji**  96:10
**employee**  128:18
**employees**
120:25 121:17
122:22 123:4,22
**enable**  13:9 21:1
21:13 22:10
26:8 28:3 29:3
31:10 32:17
33:22 60:21
63:16 68:14
80:17 93:19
95:13
**enabled**  14:3
16:11 19:20
27:20 28:13
50:11 51:9,10
61:1 88:21
**enables**  19:16
29:16 33:2,13
**enabling**  50:10
**ends**  16:6
**engagement**
76:10,12,15,20
76:21
**enjoyable**  58:8

**ensure**  35:6,18
37:9
**entered**  69:1
**entertainment**
38:7
**entities**  107:4,10
**entity**  21:10
68:19 108:9,11
**entry**  17:16 18:3
18:5,6
**errata**  129:14,16
130:3,5
**estate**  82:12
**et**  55:13 76:1
**event**  90:19
**everybody**  57:5
102:22,23 103:1
**evolution**  57:19
**exactly**  19:22
20:4 27:19 94:7
94:8 99:9
**examination**  8:2
11:5 125:1
**examined**  11:2
**example**  16:8
18:11 19:2 21:3
23:19 27:16
36:10,11 37:16
38:11 48:24,25
51:3 54:4 55:9
62:11 64:5
67:13 78:21
89:8,15 90:18
92:21,24 95:11
96:10 97:16,17
97:24 100:19
110:8 111:19
115:11 116:24

Page 7

HIGHLY CONFIDENTIAL

**[example - fair]**

118:1 120:10 124:4
**examples** 15:22 23:15 43:10 49:6,10,12 53:9 53:18 78:3
**excel** 72:14,15 72:20
**excluding** 36:24 118:5
**exclusively** 90:13
**excuse** 31:2 52:13 56:16 63:5 94:22
**executed** 131:6
**exhaustive** 20:6 120:22
**exhibit** 8:11 72:5 72:6 73:8
**exhibits** 8:9 72:13
**exist** 18:6 85:21
**existed** 26:19 27:23
**existence** 13:18 14:3,7 30:13 86:3
**exists** 23:14 83:8
**experience** 34:8 34:12,18,23 41:4 41:9,10 46:20 58:1,9 65:4,12 115:17
**experimented** 64:2
**experiments** 63:22

**expert** 36:6
**expire** 25:24
**explain** 52:1
**explicitly** 75:16
**expressing** 34:12
**expression** 38:7
**extensions** 16:18
**extent** 61:25 62:2 71:21 108:15 110:2
**eyes** 93:1,4,10

**f**

**fabulous** 12:9 46:12 47:5 72:16 78:2 111:11
**facebook** 1:4 2:4 4:14 5:4 6:4 9:9 11:12,14 12:1,3 12:6 13:5,7,9,12 13:17 14:10 15:5,20 17:1 18:12,17,25 19:5 19:15 20:3,11,13 20:15,20 21:23 22:23 23:2,7,12 23:13,17,24 26:1 26:8,12,25 27:13 28:3,5,20 29:3 29:16,24 31:1,3 31:10,19 32:6,8 32:17,22 33:1,12 33:19,21 34:5,15 35:5,5,8,17,17 35:20 36:17,24 37:4,7,8,8,10,22 38:6,20 39:3,9

40:10 41:10 42:18 43:21 45:11,13,15,16 50:10,11,17,19 50:20 51:1,8 52:9,10 54:16 55:5,14,19 56:5 56:6,12,18 57:22 58:5,23 59:12 60:20,21,23 61:3 61:20 63:15,15 64:1,15,17,18,21 65:2,22 66:12,17 67:9,9,9,13,18 67:22 68:14,23 68:25 69:8,16 70:1,19 71:23 74:6 75:25 76:6 76:22 77:13,14 79:22 80:20,23 80:25 81:4,23 84:16 85:5,10,16 85:17,18,22,25 86:2,15,22,25 87:6,8,17,19,21 87:25 88:5,6,10 88:11,15,16,17 88:24 89:2 90:9 90:17 91:16,25 92:4,20 93:19,20 93:23,24 94:6 95:6,7,13,15 98:2,8 100:1,15 101:13,23 103:9 104:13,20,25 105:2,4,18 106:9 106:9,17,24 107:4,11,14,16

107:20,22 108:9 108:12,21 109:10,14,21 110:19,20 111:7 112:19,21 113:2 113:4,6,9,24 114:9,19,23 115:1 117:15 118:25 120:25 121:9 122:7,21 122:22 123:21 123:22 129:4 132:1
**facebook's** 1:12 14:3,7 15:12 17:5 21:4 29:20 54:19 60:12 75:6,15,23
**facilitate** 17:6,8 39:3,20 41:20 42:19 43:8,22 45:11 50:17,21 51:1
**fact** 18:24 23:5
**factors** 76:7
**fail** 41:6,7
**fair** 14:2 15:11 15:18 20:5 22:13,25 26:18 27:6 35:8 40:12 48:4 57:21 67:3 69:14 71:19 73:16,17 74:4,22 76:9 78:15 81:20 85:8 107:11 108:7,7 117:14 121:7,8 121:11,20 122:2

Page 8

**[fair - general]**

122:19 123:20
123:25
**fall**  66:18
**falling**  66:24
**familiar**  32:23
64:14 90:7
**famous**  89:16,18
**far**  26:15 60:4
72:3 101:20,20
102:19 111:16
**fast**  57:14 58:17
62:14
**faster**  70:6
**feature**  86:21
87:19 91:20,24
92:1,3 95:6
100:1 116:19
**features**  90:7,11
90:14 116:20,22
**federal**  128:14
130:1,8,9
**feed**  20:3 27:23
27:24 67:14,15
115:3,10,12,25
**feel**  34:21
**felisha**  6:6 10:1
**felt**  36:20,20
38:24,25
**figure**  12:20
48:15 81:3
**file**  15:23,24,25
16:2,5,5,9 19:22
21:4 23:6 25:13
25:14 27:11
34:20 72:14,15
72:21
**files**  16:8,9,11,16
16:17,21 17:10

28:4,6,10,14,17
32:10,10,12,13
36:8 38:13,17
41:12
**film**  36:13 37:21
37:24
**filter**  78:5
**filters**  78:23
**financially**
128:17
**find**  43:4 49:17
49:17
**fine**  17:25 86:11
102:3 118:14
120:23 126:12
**finish**  38:3
**finished**  17:22
**firms**  107:16
**first**  13:9 18:3,4
19:5,19 20:7
23:7,10 26:8
27:6,20 28:3
29:3 31:10,12,13
49:25 51:20
55:24 56:1
59:17 60:21
61:1 72:21
74:20 78:8,13
81:22 85:4
88:21 91:12
102:13,18 103:5
103:6
**five**  44:22
**floor**  6:17
**fmiles**  6:11
**focus**  20:21
22:23 43:17
84:23

**focused**  21:25
42:8
**folder**  72:12
**folks**  12:17
**follow**  102:19
**following**  35:15
**follows**  11:3
129:8
**foregoing**  128:5
128:7,11,13
131:2
**forgive**  22:14
**format**  32:16,21
33:15 35:4,7,16
35:19 37:5,9
38:13
**formats**  32:6,9
33:2,13,23,24
36:24 37:4
**forth**  38:8 128:7
**forward**  57:14
58:17 59:6
62:14
**found**  111:15
**foundation**
78:18
**four**  67:1
**frame**  86:10
117:10
**frames**  117:7
**francisco**  4:21
**frcp**  130:1
**frictionless**
38:22
**friday**  1:16 2:18
9:1 110:22
**friend**  95:15,23
98:15,16,17

99:21 101:12,15
101:17,18 103:5
**friendly**  119:8
**friends**  99:14
100:8,14 102:5,8
102:14,15,17,22
102:23 103:2
105:20
**front**  67:25
**full**  53:17 61:15
121:13
**function**  20:19
26:12
**functionalities**
77:22 90:15
**functionality**
19:19 20:25
64:6 67:8,16
77:11 79:3,9
89:24 90:3
91:14 93:25
94:4 99:25
**fundraiser**  90:22
**further**  124:23
126:16 128:13
128:17

| g |
|---|

**garden**  4:8
**garrie**  6:14 10:3
10:4 126:25
**general**  7:5,7
12:4 22:1 34:14
34:24 35:5,17
36:23 37:4,6,7
41:18 47:19
48:12,13 49:21
49:22 87:15

Veritext Legal Solutions
866 299-5127

[general - heading]

93:16,21 116:9
**generally**  17:4
20:15 42:19
50:18 64:9
**generated**  80:23
81:5,9,22
**getting**  40:1 77:1
83:1
**gibson**  4:15 5:5
6:5 9:23
**gibsondunn.com**
4:23,24 5:12,13
5:21 6:11 129:2
**gist**  49:22 83:1
91:19
**give**  10:11 18:17
19:8 20:12
21:20 23:15
29:7 43:10
44:19 46:20
50:1 57:10
92:21 97:15,16
97:23,24 103:21
103:22 109:3
110:5,15 119:11
**given**  64:6,19,19
78:24 81:8 83:8
128:12
**gives**  112:19
**go**  12:14,17 17:9
17:11,14,20
18:12 20:2 25:2
25:11,12,18,25
26:20 29:10
31:7 36:15 45:9
57:1,13 59:5
61:6 62:13
63:10,13 67:13

67:19,21,23,24
68:1,2,3,4 70:10
77:4,10 80:12
85:19 90:19
95:2 98:12
102:7 106:14,15
110:9 112:9
113:14 119:3
125:3 126:19
**goal**  21:11 57:25
**goes**  45:25
**going**  22:8 42:13
45:7 61:6 65:6
72:4 90:19 96:7
103:4,12 112:5
117:8,11 118:16
118:20 120:17
**good**  11:7 34:7
34:12 41:9
53:18 101:20
111:10,16 125:3
**goodbye**  126:20
**gotten**  68:20
**gould**  3:6 8:5
9:16,16 11:6,20
11:23,24 12:9,21
13:3,5 14:8,22
15:11,18 20:21
24:2,5,9,12
29:15 30:25
32:23 33:7 35:1
35:13 36:1,14,22
37:24 38:5,23
39:15 41:16,25
42:4,16 44:20,25
45:6 46:12,16
53:13 54:24
57:9 58:10

59:17 60:6,8,18
61:22 62:8,11
65:10 68:9,12,13
68:21 69:7,14,25
70:11,13 71:7,13
71:19 72:10
73:7 74:9,20
75:5,11,18 77:4
77:10 79:1
80:13 82:9
83:11,12 89:16
89:18 93:8,9
95:8 96:21 97:5
98:19 99:8
100:10 102:3,20
103:18 104:8,10
105:24 106:2
107:3 108:3,4,18
109:1,18 110:5,7
111:9 112:3,6,8
112:16 113:3
114:5 115:11,12
115:17,18
118:20 119:14
119:17,20,25
120:2 122:2
123:9,15 124:21
126:16,23 127:1
127:16
**grand**  6:8
**grant**  5:15 10:1
**great**  27:18
29:15 47:5 49:9
105:17 106:20
111:9 113:12
126:13
**greatly**  74:6,24

**group**  26:1,2,2
66:8 67:9 68:14
84:15 106:6,7,10
106:17,19,23,24
121:9,12,18,23
122:7,20,21,25
123:4,21 124:9
**groups**  25:25
29:4,5,5,8,14
65:2 66:5 106:9
118:25 119:4
120:6 123:10
**growing**  40:17
**guess**  39:25 52:8
77:3
**gupta**  118:9

**h**

**h**  132:3
**hand**  10:7
119:23
**handled**  129:8
**hang**  70:5
**hansen**  118:11
**happen**  28:18
81:21
**happened**  15:22
47:9
**happy**  25:5 52:2
76:13
**hard**  12:10
32:20 34:1
**hari**  118:10
**head**  64:12
121:19
**heading**  46:1
62:7 67:2

Page 10

[headings - interrupt]

| | | | |
|---|---|---|---|
| **headings** 66:18 | **human** 48:6 71:8 | 42:24 43:6,7,12 | **inside** 95:12 |
| **heard** 82:1 98:15 | **humans** 71:11 | 43:15,19,21 44:7 | **insofar** 21:1 |
| 111:4 | **hung** 83:2,21 | 45:17,20,21 46:1 | **instance** 38:12 |
| **hearing** 12:10 | **hypothetical** | 46:17,19,21,23 | **integrity** 120:12 |
| 80:18 90:24 | 96:23 98:11 | 46:24 47:6,20 | 120:16 |
| **hearts** 92:25 | 99:2 100:4 | 57:22,25 113:15 | **intended** 42:5 |
| 93:3,11 | 101:25 102:25 | **include** 28:24,25 | 113:22 114:14 |
| **help** 43:25 52:5 | 103:1,15 105:22 | 105:18 | 116:5 |
| 64:24 | 107:2 108:17 | **included** 129:14 | **intention** 29:20 |
| **helpful** 23:20 | 109:3,24 110:5 | 130:3 | **intents** 16:19 |
| 24:4 108:25 | 110:15 | **includes** 117:6 | **inter** 54:13 |
| 116:16 123:14 | **hypotheticals** | **including** 30:4 | **interact** 21:24 |
| **helps** 42:12 | 102:8 | 65:20 87:17,17 | 22:23 23:3,8 |
| 113:2 | | **incomplete** | 30:11 31:6 |
| **herbert** 5:7 10:1 | **i** | 96:22 98:10 | 40:20 41:3 |
| **hey** 27:18 49:16 | **ian** 7:5 9:25 | 99:1 100:3 | 42:10 53:1 76:1 |
| 89:17 90:19 | **idea** 73:15 | 101:24 103:15 | 81:13 112:25 |
| **high** 40:23 41:8 | **identify** 9:14 | 105:22 107:1,1 | **interacting** |
| 41:18 42:21 | **image** 82:11,15 | 108:16 109:23 | 30:18 |
| 43:2,4,20 45:13 | 82:21 83:6,19 | **increase** 40:18 | **interaction** 54:6 |
| 47:1,3 89:12 | 84:5,11 | 71:23 75:6,21,23 | 54:13 61:12 |
| 116:11,18 117:3 | **imagine** 37:19 | **increased** 33:1 | 62:1 63:2 |
| **highly** 1:10 | 38:9 | 33:12 45:13 | **interactions** |
| 127:10 | **impaired** 90:25 | 74:6,24 75:3,4 | 51:24 53:21 |
| **history** 123:19 | **implicates** | 76:3,7,11,23 | 57:17,18 58:21 |
| **hm** 44:16 | 108:15 110:2 | **indicate** 127:9 | 59:10 62:21 |
| **hope** 42:12 | **important** 34:21 | **individual** 76:17 | 80:11 |
| 107:7 113:14 | 41:10 47:8 | **indulgence** 68:6 | **interested** 48:3 |
| **hoped** 75:16 | 56:21 | **information** | 115:13 128:18 |
| **hopefully** 126:21 | **imposter** 89:17 | 47:16 | **interests** 34:23 |
| **horizontal** 25:22 | **improve** 34:17 | **infrastructure** | **interface** 54:20 |
| 105:7,11 | 58:1 | 39:2,12,18 40:22 | 55:5,12 67:25 |
| **hour** 44:18 | **improved** 49:3 | 41:11,14,19,24 | **interfere** 119:23 |
| 112:5 | 76:4 | **inherently** 79:4 | **internet** 82:3,6 |
| **how's** 101:9 | **improvement** | **initial** 15:12 | 84:6,12 93:2,10 |
| **huh** 65:15 78:12 | 49:5 | **initially** 14:16 | **interrupt** 46:13 |
| 98:3 | **improvements** | 15:20 16:10 | 107:7 |
| | 40:22 41:11 | | |

Veritext Legal Solutions
866 299-5127

[interrupting - list]

**interrupting**
   25:1
**introduce**   28:20
**introduced**   20:8
   20:9 26:24
   31:19 32:4
   51:20 64:3
   81:23 91:12
**introduction**
   86:14 88:4,10,16
**investing**   37:22
**investments**
   42:18
**involved**   26:14
**iphone**   38:11,13
   38:14
**ipo**   15:17
**ish**   124:16
**issue**   113:23
**items**   48:5

**j**

**jams**   6:13
**jamsadr.com**
   6:20
**jayaraman**
   118:10
**job**   1:24 83:13
   129:5 132:2
**john**   7:9 9:11
   112:9
**joined**   118:2
   123:17
**jsc**   1:6 2:6
**july**   1:16 2:18
   9:1,7 128:21
   129:3,5

**k**

**karan**   118:19,22
   118:23,23 124:5
**karsten**   118:11
**keep**   103:4
**keller**   3:5 4:5
   9:17
**kellerrohrback...**
   3:15,16,17,18
   4:12
**kelly**   5:7 10:1
**kherbert**   5:13
**kind**   24:4 29:25
   33:1 41:18
   42:10,14 52:12
   52:17,23 79:23
   93:15 94:1
   96:10 113:7
   115:19 116:24
   117:6
**kinds**   41:18
   43:14,18 52:9
   58:23
**know**   13:13 14:9
   14:22,23 15:10
   15:19 16:12,19
   18:4 19:12,13,13
   19:20,23 20:7,17
   21:5 22:1,9,16
   24:4,10 27:23
   29:10 30:20
   31:1 32:12 33:8
   34:3 35:1 36:7,8
   36:12,13 37:18
   38:19 40:15,23
   42:1,17 45:8
   49:3 52:20 54:1
   54:20 55:2,7,25

56:14,15,17 59:9
59:23 60:2
61:23,24 63:18
64:8,10,11,12
68:4 69:9,13,16
69:18,21,23,24
70:20 71:5,11,17
72:10,18 75:10
78:4,10,13 79:24
80:6,12 81:7,17
81:21 82:25
85:7 87:2 89:8
89:19 90:5,12
91:12,19,21 92:6
92:9,10,12,22
93:22 94:7,7,8,8
94:19 95:4,5
96:13,24 98:22
100:7 103:17
106:4,17 107:6
109:13 111:19
115:15,17,21,22
115:23 117:19
119:9 120:19,24
123:10
**knowledge**   81:17
   88:18
**knowledgeably**
   73:20
**known**   33:17

**l**

**l**   1:21 2:20 91:18
   91:18,18 128:1
   128:24
**l.l.p.**   3:5 4:5
**labeled**   72:22

**lacks**   78:18
**lada**   118:10
**larger**   41:11
**late**   125:17,25
**laufenberg**   3:8
**launch**   27:22
   29:1 51:4 85:17
   91:21
**launched**   27:1
   94:8
**law**   3:10 4:7,18
   5:8,16 6:7
   107:16
**lawyers**   118:5
**lead**   7:7
**learning**   26:17
   48:9 113:22
**legal**   129:7
**level**   40:23 41:8
   41:18 42:21,23
   43:2,4,21 45:13
   47:1,3 89:12
   116:9,11,18
   117:4
**likes**   115:18
**liking**   31:16
**line**   129:15
   130:4 132:4,7,10
   132:13,16,19
**lines**   71:14
**link**   16:15,24
   27:10 99:14
   100:19 103:11
   111:20
**links**   28:6,11,14
   28:17 30:4
**list**   56:22 58:15
   59:9 119:4

**[list - messenger]**

120:7,15
**listed** 58:22
121:12 122:24
**litigation** 1:6 2:6
7:6,8 9:10 129:4
132:1
**little** 36:21 38:25
45:19 62:13
64:24 65:8,11
93:6
**live** 18:24 19:12
19:23 20:2 54:4
60:19,22,24,24
61:2,10,12,19
62:1,3,5,6,8,9,12
62:13,14,20,25
63:4,5,21,22,24
65:17,17,18,18
66:7,10 67:19,21
67:24 68:2,3,4
86:22,25 87:4,8
87:18,19,20,25
88:5,5,9,11,13
88:14,17,22 89:1
89:2 90:8,13,15
90:16,18,19 91:4
91:6,7,10,15
92:19 93:19,22
93:23 94:7,11,12
94:15 95:14,14
95:19,21,22 96:2
96:15 105:19
119:10
**llp** 4:15 5:5 6:5
9:17
**located** 2:16
**location** 1:15

**locked** 129:12
130:1
**loeser** 3:7
**logged** 67:22
**long** 29:1 85:24
90:3 94:4
123:11
**longer** 62:6
92:10,11,13,16
92:17
**look** 40:4 49:7,8
49:9,16 63:24
116:24 123:18
**looked** 75:24
115:4,8,9
**looking** 73:1
**looks** 78:6
116:19,21,21
**loose** 122:11
**los** 1:15 2:17 6:9
6:18 9:1
**lost** 100:25
**lot** 36:15 102:5,5
119:14 124:13
**loves** 115:12,20
**lowest** 42:23

**m**

**m** 5:6
**macdonell** 7:9
9:11
**machine** 48:6,9
113:22 128:10
**machines** 77:2
**main** 65:3
**major** 42:18
43:7,20 45:10
47:1 50:16,20,25

56:17 75:25
**majority** 48:8
**making** 11:8
38:21 40:16
113:5
**mark** 14:9
**marked** 8:9
72:12
**markedly** 76:11
76:23
**marks** 111:7
**master** 6:15 10:3
10:4 77:1
126:25
**match** 120:4
**matter** 9:9
**md** 1:6 2:6
**mdl** 1:4 2:4
**mean** 12:4 13:14
13:21 16:5
17:11 19:12
26:14 27:14
30:12,13,24 33:5
34:16 38:1
40:25 41:5
44:16 46:4,7
50:6 54:25
55:16,17 56:22
60:10,22 62:2,8
64:1 74:16,18
76:15 80:14,16
82:25 89:11
90:11 96:8,12,13
99:3,5,9 101:4
104:22 105:1
106:12 107:7
114:16 117:12
119:22,23

120:21 123:17
**meaning** 122:12
**means** 34:3 38:6
41:5 70:21 71:6
82:21 100:22
**meant** 16:7,9
54:21 59:6 64:4
97:18
**media** 13:18
69:2
**medium** 40:13
40:18
**member** 26:2
106:6,23
**mention** 118:16
118:21
**mentioned** 19:3
19:15 20:11,14
20:22 21:12
24:16 26:23
31:15 43:18,24
43:25 48:5
58:10 59:10,12
65:25 66:19
70:15 77:17
78:11,20 79:6
87:18 88:19
118:24 120:16
120:16
**mentioning** 22:3
105:5
**mess** 86:9
**message** 77:1
**messenger** 25:15
28:5,6,13 66:24
100:15,18,20
101:13,23 103:9

[meta - okay]

**meta** 7:6,8 12:4
 18:20,21 20:23
 20:25 21:7,20
 67:4
**metric** 68:22
**metrics** 60:4
 73:1,19
**middle** 94:20
**midstream**
 94:17
**miles** 6:6 10:1
**miller** 1:13 2:15
 8:3 9:8 10:6
 11:1,7,24 12:11
 13:3 17:23
 41:23 42:8,17
 45:6 57:9 70:6
 72:4 75:11,16
 107:6 120:3
 125:3 126:18,23
 129:5 131:1,13
 132:2,24
**mind** 72:4,13
 119:3 124:9
**mine** 99:21
 101:12
**minute** 44:22
**mischaracteriz...**
 113:20
**misheard** 48:21
**mission** 4:19
 38:20
**mobile** 19:1
**model** 49:16,19
**models** 49:13,23
**mom** 98:4,6,20
 98:21,24 99:13

**moment** 56:20
**mov** 16:6,9,11
**move** 57:15
 58:13,17 62:19
 62:20 63:2
**movement** 57:12
**movie** 15:23,24
 15:25 16:1,2,5
 32:10,13 36:7,11
**movies** 36:15
**mp4** 16:8 32:10
**multiple** 29:17
 30:6 53:2
**municipalities**
 107:22
**mute** 13:2 53:9
 61:11
**mutual** 101:16

**n**

**n** 8:1
**name** 9:16 64:18
 64:19 98:22
 121:9,13 122:20
 122:25 128:21
**named** 78:15
**names** 119:11
 120:4,17,21
**nearing** 112:8
**necessary**
 129:14 130:3
**need** 52:1 68:8
 77:2 126:10
**neither** 128:17
**nevada** 1:22
**never** 72:13
 124:9

**new** 5:10,10 38:9
**news** 114:13
**newsfeed** 18:14
 18:15 19:6,16
 20:7,9 23:16,17
 24:16,21,24
 25:21 45:22
 46:2,8,10,17,19
 47:7,11,24 68:3
 68:5 77:20
 105:6,7 113:16
 114:10,13,15,17
 114:21,25
 117:16 120:11
 120:16,19
 122:25 123:23
 124:6
**newsfeed's** 47:9
**nondigital** 40:7
**nonprofit** 107:13
**nonvideo** 115:25
**normal** 57:4,16
 64:10
**northern** 1:2 2:2
**notating** 129:15
 130:4
**note** 119:10
**noted** 75:16
 127:19
**notes** 131:4
**notice** 11:9
 124:17
**noticing** 9:15
**number** 8:10
 33:1,12 40:9
 41:12 45:14
 68:22 74:17
 76:3,5 115:1

129:15 130:4

**o**

**o** 91:18,18
**o0o** 9:3 127:22
**oath** 11:2 128:9
**object** 103:12
**objection** 69:20
 71:10,16 114:1
**objections** 104:6
**obviously** 40:11
**offering** 15:13
**offers** 113:7
**office** 129:11
**official** 122:20
**offline** 89:19
**oh** 15:16 25:6,18
 43:24 44:2,11
 49:19 57:14
 63:11,11 70:24
 72:9,13 73:16
 78:3 79:6 93:8
 97:14 104:20
 110:7,8 115:16
 116:13 118:15
**okay** 9:5 12:6,8
 12:9,22,25 13:9
 13:24 16:23,23
 17:4 18:2 19:11
 19:15 20:11
 21:20 22:4,6,8
 22:25 23:11
 24:23 25:1,7
 27:5 28:20
 29:15,20 30:9
 31:15 32:3,23
 33:11 34:6 36:3
 38:23 39:2

Veritext Legal Solutions
866 299-5127

**[okay - partners]**

41:16,25 42:4
43:6,13,16 44:11
44:20,25 45:1
46:12,25 48:12
48:24 51:13,23
52:4 53:1,4
54:19,24 55:1,3
55:8 56:15,15
57:8,10 59:12
61:6,25 62:24
63:4,11,14 64:1
64:14 66:4,7
68:3,11,25 69:14
71:19,19 72:17
72:18,20,25
73:13,16,16,17
73:24,24 75:5
76:15,19 77:5
78:15 79:6 80:2
80:16 82:1 84:2
84:15,20 85:6,8
85:15,21,24 86:2
86:21,24 87:13
88:4,8 90:3,7
91:14 92:12
93:13,24 94:4,21
95:8 96:1,14,17
96:19 97:12,20
97:20,20 99:10
99:20 102:11,16
103:4 104:10
105:12,15,16
106:6,13,16,20
106:21 107:9,13
107:22 108:3,5
109:11,18 110:7
110:21 111:25
112:3,7 113:12

113:20 114:7,19
115:1,7 116:12
116:14 117:14
118:5 119:3,6,14
120:5,23 121:12
121:20 122:2,2
122:24 123:3,9
123:20,25 124:7
124:7,10,21
125:6,12 126:11
126:16,22 127:8
127:17
**oladokun**   7:7
**once**   23:1 35:16
37:5 67:22
72:18
**ones**   54:11,15
65:24
**online**   76:17
**open**   105:6
**opening**   72:6,6
72:14
**opens**   115:11
**operated**   111:14
**operates**   111:18
**opposed**   22:2
40:6 58:23
104:15,17
**option**   63:1
**order**   15:20 17:6
39:20 40:19
41:16,19 42:19
43:8,21 45:11
47:17 55:20
110:16,17
114:24 115:2
117:18

**oregon**   1:22
**org**   121:5 123:18
**organizations**
107:13
**original**   43:2
69:2,6,17 125:16
128:14 129:10
129:21
**originally**
108:12,21
109:20
**outside**   14:20
15:6,14 29:9
59:15,19 61:21
67:11 68:17
69:3,10 70:3,8
71:3,4 73:3
74:25 75:8 80:9
80:9 94:25
103:13 105:21
107:25 108:14
110:1 121:24
123:6,12
**outward**   100:24
**owner**   27:17

**p**

**p**   91:18
**p.m.**   2:18 9:2,6
12:23 13:1 45:2
45:5 77:6,9
112:12,15 127:4
127:7,18,19
**pacific**   9:6
**page**   8:3,10
17:13,14 18:10
18:13 25:13,13
67:9 68:1,14,18

83:8 84:15
89:13,17 106:7
106:16 107:4
108:8,9,11,20
109:19,22
110:22,23,25
111:13,18
129:15 130:4
132:4,7,10,13,16
132:19
**page's**   111:21
**pages**   1:25 66:3
88:12,12,19,21
89:1,7 106:9
107:11,14,16,20
107:23 111:14
129:14,17,17
130:3,6,6
**park**   5:9
**part**   25:9 26:1
35:9 38:19 42:6
47:2,3 79:10
87:16 113:11,21
116:2,7 117:11
117:20 118:6
121:2 124:23
**part's**   111:10
**participation**
76:16
**parties**   3:2 4:2
5:2 6:2 7:2 69:8
69:16,19,22
91:24 92:3
112:12
**partnered**   68:25
69:8,16
**partners**   69:23

[partnership - post]

partnership   70:1
   70:19
parts   20:1 23:13
   83:15
party   61:1,5
   70:2,19 128:19
paste   100:19
   111:20
pause   53:19
   55:11 56:24
pdf   129:12 130:1
penalty   10:10
   129:16 130:5
   131:2
people   14:16
   15:3 20:12
   36:15 42:10
   68:15 91:15
   92:19 93:19
   111:14 118:12
   118:24 119:5
   120:7
perform   20:19
period   14:16
   15:3 86:17 91:1
   91:2 124:6
   129:18 130:7
perjury   10:10
   129:17 130:6
   131:2
person   61:5
   89:13,21 98:23
   111:13,15,18
   113:10 124:4
persons   80:18
perspective
   13:25

pertain   90:15
pertains   128:13
phone   12:15
photo   52:13
   78:22
photos   30:3 34:9
   55:12 78:22
   79:16,20,23
   115:12,20
phrase   46:6 58:7
picture   29:7
piece   81:8
pla   36:12
place   40:22
   41:13 92:25
   109:19 110:25
   117:15,25 118:4
   128:6
plaintiffs   2:16
   3:4 4:4 9:18
plastic   36:13
   37:21,24
platform   11:14
   13:7,10,12,18
   14:4,18 15:20
   16:4 17:1,5 18:9
   19:24 20:13,20
   21:5 23:2,7,12
   23:13,24 24:22
   26:25 29:22
   30:1 31:1,3,19
   32:18 33:3 34:5
   34:8,19,25 35:8
   35:20 36:17
   37:10,22 38:6,20
   39:10 40:21
   45:12 47:14,17
   48:10,15 49:2,7

49:11,25 51:9
52:10,24 56:2,7
58:5,23 60:20,23
61:3 62:21
63:15 64:3
65:19,22 66:12
66:17 67:18
71:23 74:6,17,19
74:21,23 75:22
76:1,8,22 77:13
81:23 83:8 85:5
87:6,8,17,21
88:6,10,16 90:9
90:17 92:20
93:20 108:21
109:21 110:11
110:20 111:7
112:21,24 113:9
124:20
play   16:1,2,2,2
53:19 55:11,20
56:8,12,23 57:5
58:4 82:15
83:18,19,22 84:5
84:7,8,11
playable   83:17
playback   41:6
   42:25 44:8
   63:16
played   41:12
   82:14,22 83:7
   84:13
player   55:9,9,15
   55:18 56:5,11,13
   56:18 57:18,19
   57:23 64:10
   67:19

plays   83:17
please   9:14,15
   10:7 18:7,7 25:2
   48:14 49:16,16
   73:7 83:12
   102:7 103:18
   110:15
point   92:17
points   17:16
   18:3,5,6
poll   91:21
polls   91:14
popular   32:9
   36:15 38:10,12
   40:11,13
popularity   40:17
possible   19:5
   33:23 34:2
   87:20 88:5,9
   103:22,23 104:4
   104:11 116:1
post   23:14,18
   25:13 27:9,17
   31:7,9 50:2,4,8,8
   52:12,18,23 54:9
   95:11 98:24
   99:6,9,10,11,12
   99:14,15,15,15
   99:22 100:7,7,8
   100:9 101:11,12
   102:14 106:1,6,7
   106:23,24
   108:11,12,20,20
   109:20 110:22
   110:25 111:15
   111:20,21,21
   125:13,15 126:2
   126:4

HIGHLY CONFIDENTIAL

[posted - quite]

**posted** 99:22
100:15 108:12
108:21 109:10
109:14,20,21
113:24
**poster** 97:3
101:19
**poster's** 125:16
**posts** 25:23 52:9
53:1 103:8
109:6 110:19
111:5,6 125:9
**potentially**
30:23
**preceded** 86:3
**precisely** 46:4
106:2
**predict** 49:19
**prep** 26:16 47:4
**preparation**
21:22,25 22:21
22:24 29:13
31:5 34:4 41:15
74:3 75:24 76:2
76:2 81:14
89:20 118:6
124:11
**prepare** 84:25
121:25
**prepared** 26:15
39:23 40:3,24
41:1,17 42:22,25
44:4 46:9,25
71:25 81:12
85:2 109:3
110:10,14
112:18,23 113:1
113:6 121:3,16

121:21 123:3,18
**prerecorded**
62:9 94:2
**presence** 83:22
**present** 7:4
39:19 112:11
114:13,24
116:16
**presenting** 114:9
114:19
**presumably** 85:2
**pretending**
89:23
**previous** 35:23
**previously** 8:9
**prior** 16:24
128:8
**privacy** 9:10
103:14,25 104:3
104:8 108:16,19
109:19 110:2,24
111:2 125:16
126:5
**problem** 68:12
70:14 125:20
**procedure**
129:19,20
**proceedings**
128:5,8,9,15
**process** 21:6,8
21:18 89:19
**produce** 18:18
64:21,24 69:2
70:24
**produced** 70:1
70:18,21
**producer** 87:9
87:11 95:19

**producing** 40:15
**product** 60:2
64:14 95:16
124:19
**production**
63:22,25 84:25
95:3,7 106:3,5
113:2
**professional**
2:21 22:2,5,24
37:18 77:16
84:22 128:2
**professionals**
37:1
**profile** 1:5 2:5
9:10 17:11 18:9
18:13 25:11
27:7,13,15,17,24
27:25 68:1
98:25 99:22,23
129:4 132:1
**profit** 107:19
**proposed** 9:18
**proprietary**
55:14
**provide** 30:10
69:8,17 86:5,18
115:24
**provided** 100:1
129:19 130:8
**provides** 113:4
**public** 15:12
111:8,12,15,20
112:1
**purposes** 16:20
65:14 96:7
116:16

**put** 37:13 38:21
117:15,23
122:17

**q**

**qualification**
79:18
**qualify** 34:2
**qualitative**
73:25
**quality** 41:9
**question** 14:25
25:4 31:23
32:14 35:12
37:11 39:5
42:21 43:2 45:7
47:15 52:1
60:17 65:14
68:8 71:18
73:25 75:12,18
75:20 78:20
87:23 95:18
96:8 97:3,17
98:14 100:11,12
100:17 111:23
112:16,22 114:3
122:16,17
125:19
**questioning**
75:15
**questions** 44:7
95:1 100:23
124:23,25 125:4
125:7
**quick** 12:14,20
**quite** 14:2

Page 17

[r - research]

| r |
|---|

**r**  6:6 132:3,3
**r&s**  130:1,9
**raise**  10:7
**raises**  124:23
**ramya**  118:8
  120:10
**rank**  43:11 46:6
  114:14 115:2
  117:18
**ranked**  45:17,20
  45:22 46:8,10
**ranking**  46:1,2,3
  46:17,19,22 47:7
  47:9,11 48:8
  76:4 113:15,21
  116:2 120:13,19
  120:20,25
  121:10 123:1,23
  124:6
**react**  96:1
**reaction**  30:19
  31:4,6 96:2,9
**reactions**  31:9
  31:16,19,20 61:7
**read**  118:13
  124:15,17,18
  131:2
**reading**  129:23
  130:9
**real**  12:14,20
  62:16 82:12
  119:17
**realize**  11:25
**really**  12:10
  23:18 27:24
  34:6 38:6 41:14
  89:13,20,23

100:21 115:13
115:13 119:15
122:12 126:24
**reask**  75:12,18
**reason**  132:6,9
  132:12,15,18,21
**reasons**  81:18
**rebecca**  1:21
  2:20 128:1,24
**recall**  19:7 20:4
  20:9 26:7,16
  28:7
**receipt**  127:14
**receive**  25:14
  28:4,13 127:12
**recess**  12:24
  45:3 77:7
  112:13 127:5
**recipient**  101:3
**recommend**
  23:18 43:11
  115:2
**recommendation**
  47:13
**recommendati...**
  47:15,18
**recommended**
  115:25
**record**  9:6,21
  11:17 12:14,23
  13:1 18:15
  19:16,24 21:21
  22:11 45:2,5
  46:15 57:7 60:9
  67:10,14,17
  75:13 77:4,6,9
  84:3 96:2,5 98:1
  112:10,12,15

127:3,6,9,18
128:9,12
**recording**  67:20
**red**  69:24 70:16
  71:9,12
**redirect**  124:22
**refer**  12:6 31:4
  83:6
**reference**  58:18
  61:7
**referenced**  58:18
  129:6
**referred**  31:23
  122:8,22 123:22
**referring**  30:20
  51:6 105:11
**regarding**  20:3
  21:15 43:3 44:7
  101:1
**registered**  2:21
  128:1
**regulatory**  7:6
**reins**  119:23
**related**  11:13
  52:20 73:19
  77:11 116:20
**relates**  1:7 2:8
  80:10
**relation**  82:2,5
**relative**  113:16
  128:18
**released**  129:21
**relevant**  43:4
  60:4
**remember**  14:15
  15:2,8,17 16:18
  22:17 25:6
  38:12 73:10

91:5 92:7
113:17,19
118:12 125:10
125:11
**remembering**
  26:22
**remind**  114:10
**remotely**  1:14
  2:18 128:6
**render**  16:21
**rendering**  16:1
  56:2
**repeat**  14:24
  25:4 70:12 84:7
  86:6 87:22
  98:14 111:4
  125:18
**repeating**  116:10
**rephrase**  39:16
  70:22 78:25
  83:4,11
**replaced**  93:3,11
**reported**  1:14,20
  2:19
**reporter**  2:20,21
  2:22 9:13 10:6,9
  112:9 128:2,3,3
**represent**  9:23
**representative**
  1:13
**representing**
  9:17 82:13
**requested**
  128:16 130:1,9
  130:10
**required**  15:10
**research**  26:20
  43:5

[respect - second]

| | | | |
|---|---|---|---|
| **respect** 13:14 | 81:15 82:17,24 | **saying** 27:17 | 107:1,25 108:14 |
| 110:14 126:6 | 85:13 88:1 89:6 | 28:12 39:1 | 108:23 109:16 |
| **responsibilities** | 90:1 97:25 99:9 | 67:11 91:11 | 109:23 110:1 |
| 121:22 | 99:24 100:10 | 99:13,19 | 111:1 112:4,7,22 |
| **responsibility** | 102:24 103:20 | **says** 105:8 | 114:1 119:7,16 |
| 65:3 | 104:2,8 110:4 | **scenario** 99:14 | 119:18,22 |
| **rest** 58:4 | 113:10 114:22 | 102:4 104:5 | 121:24 123:6,12 |
| **restart** 77:2 | 119:20 122:10 | 110:17 | 124:22,24 125:2 |
| **restate** 44:12,13 | 126:14 | **scenarios** 103:21 | 126:14,18 127:8 |
| 108:18 116:14 | **ring** 4:17 | 103:22 | 129:1 |
| 116:15,18 | **rohrback** 3:5 4:5 | **schedule** 129:10 | **scope** 14:20 15:6 |
| **return** 129:17 | 9:17 | **school** 15:9 | 15:14 29:9 |
| 130:6 | **romano** 1:21 | **schwing** 4:16 8:6 | 59:16,19 61:21 |
| **review** 124:10 | 2:20 128:1,24 | 9:19,19,22,22 | 68:17 69:3,10 |
| 127:13 128:15 | **room** 12:17 49:5 | 11:16,21 12:16 | 70:3,8 71:3,4 |
| 129:8,10,13 | 126:19 | 14:5,20 15:6,14 | 73:3 75:1,9 |
| 130:2 | **rosemarie** 4:17 | 17:22 18:2 | 80:10 94:25 |
| **reviewed** 73:9 | **ross** 5:17 | 20:16 24:1,3,7 | 103:13 105:21 |
| 124:13 | **rpr** 1:21 128:24 | 24:10 29:9 | 107:25 108:14 |
| **rewind** 57:14 | **rring** 4:24 | 30:21,23 32:19 | 110:1 121:24 |
| 58:18 59:6 63:6 | **rules** 130:8 | 33:4,25 35:10,22 | 122:1 123:6,12 |
| 63:10,12 | **running** 116:25 | 36:3 37:11 38:3 | **screen** 53:17 |
| **right** 10:7 11:23 | **rushing** 36:17 | 39:5,25 41:22 | 61:15 82:12 |
| 13:20 14:14,19 | | 42:1,5 44:17,24 | **script** 71:14 |
| 19:18 20:13 | **s** | 46:13 54:22 | **scripted** 71:1 |
| 26:23 30:7,8 | | 58:6 59:15,19 | **scroll** 25:22 |
| 31:17 32:2 | **s** 91:18 132:3 | 61:21 65:5 68:6 | **scrub** 62:10 |
| 39:15,15,17,21 | **san** 4:21 | 68:11,17 69:3,10 | **scrubber** 57:13 |
| 40:6 44:9 48:25 | **santa** 4:10 | 69:20 70:3,5,8 | 58:10 |
| 49:24 50:14 | **saurabh** 118:9 | 71:3,10,16 73:3 | **scrubbing** 61:25 |
| 51:15 52:13,14 | 120:13 | 74:7,15,25 75:8 | **seamless** 21:8 |
| 52:15,24 53:10 | **save** 53:25 87:7 | 76:25 78:18 | 38:21 58:4 |
| 53:17 56:9 57:3 | 87:14,15 89:25 | 80:9 82:7 83:10 | **search** 25:8 26:9 |
| 58:2,5,12,14 | 90:5 | 93:5 94:25 | 26:10,12,17,19 |
| 59:13 61:4 | **saved** 62:21 | 96:22 98:10 | **seattle** 3:13 |
| 62:17 66:5 | 65:19 66:11 | 99:1 100:3 | **second** 44:2 |
| 67:14 69:15 | 87:16 90:6 | 101:24 103:12 | 46:14 57:10 |
| 70:16 77:2 | **saw** 27:18 60:4 | 104:6 105:21 | 59:1 63:19 |
| | 77:2 111:15 | | |

Veritext Legal Solutions
866 299-5127

[second - sophisticated]

72:22 73:13
92:14 96:20
102:14,15 103:8
124:12
**seconds** 57:16
59:5,5 62:19,20
63:2,10,13 68:7
**see** 22:9 23:14
26:3 27:24
49:18 61:8
63:11,24 68:13
68:20 72:3,14,24
73:25 82:18
83:19 110:12
116:25 120:21
125:15 126:4
**seeing** 73:10
**seen** 63:18 93:2
93:9
**seetharaman**
118:8
**select** 63:6 84:17
85:3
**selected** 108:20
**selecting** 63:1
**sells** 99:6
**send** 28:4,13
**sends** 72:22
**sense** 31:18
72:25 96:11,13
109:12
**sent** 73:10
124:16
**sentence** 84:8
**separate** 24:25
66:10 94:23
101:6 103:14

**sequence** 79:16
79:20,23
**series** 46:22,24
47:2
**seriously** 123:14
**server** 42:14
**servers** 42:14
**service** 34:12
38:18
**services** 45:14
46:3
**set** 64:6 115:24
126:6 128:6
**settings** 103:14
103:19 104:1,3,8
108:16,19
109:19 110:3,24
111:2 125:16
126:5
**sgrant** 5:21
**shakes** 121:19
**shaquille** 5:15
10:1
**share** 15:24
21:24 22:22
23:4 25:13
27:11 30:1,11,14
31:23,25 32:3,5
34:22,25 38:18
51:5 72:5 87:5
95:14,22,24
96:18 97:1,8,10
98:5,7,17,21,22
100:6,6,14,18,22
101:4,7,12 125:8
125:13 126:2
**shared** 31:8
101:2,8,22

103:10
**sharer** 101:19
**shares** 101:15
103:8
**sharing** 27:25
30:13,13 34:18
39:4,22 40:15
41:21 42:20
43:8,22 50:24
51:2,4,6 100:24
**short** 44:20
112:4
**shorthand** 2:20
128:2,10
**shot** 9:20
**show** 69:24,25
70:15,18 71:1,8
71:12 82:13
87:16 91:4
**showed** 124:20
**showing** 11:9
37:12 42:2
**shown** 27:23
60:15 62:6 76:4
81:13 121:4
**shows** 67:15
82:12,22 83:7
**side** 81:15 84:25
89:25 106:5
**sign** 129:16
130:5
**signature** 128:23
129:21,23,23
130:9
**signifies** 83:23
**similar** 19:21
21:15,15 30:14
73:18

**similarities**
49:17
**simultaneously**
35:25 38:2
53:12 99:7
114:4 118:18
119:21
**singh** 118:19,22
118:23 124:5
**single** 100:2
**sit** 26:6 60:1
**sitting** 19:14
26:6 53:25
64:11
**skip** 59:4
**slightly** 54:7
120:20
**slow** 63:16
**small** 72:2
**smiley** 96:10
**social** 13:18
**software** 55:20
55:24 81:5,9,22
**solely** 90:15
**solemnly** 10:9
**solutions** 129:7
**somebody** 23:23
87:1 90:8,16
95:13 106:1,7,24
108:12,22
113:24 118:21
126:1
**somebody's** 93:3
93:10
**someone's** 25:11
**soon** 33:23 34:2
**sophisticated**
36:11

**[sorry - suite]**

| | | | |
|---|---|---|---|
| **sorry**  9:20 11:16 | 71:14 99:7 | **started**  29:14 | 93:22 94:15,20 |
| 13:16,24 14:24 | 108:8 114:4 | 56:6 59:25 60:3 | 94:21,23 95:14 |
| 17:20 25:1 27:2 | 118:18 119:21 | 117:20,21 | 95:14,22,22 96:2 |
| 27:5 31:12 | **special**  6:15 10:3 | **state**  10:10 60:8 | 96:15 105:19 |
| 32:24 33:5 | 10:4 77:1 93:4 | 129:9,12 | **streamed**  61:10 |
| 35:22 36:5 44:2 | 93:11 126:25 | **statement**  36:20 | 61:19 62:1,20,25 |
| 44:2 46:2 50:17 | **specific**  20:22 | 37:14 38:24 | 65:17,18 66:7,11 |
| 51:7,17 56:25 | 33:9 43:14 | **states**  1:1 2:1 | 87:8 |
| 57:9 59:15 63:7 | 51:25 55:6 | **static**  54:9 82:11 | **streamer**  90:13 |
| 66:20 69:22 | **specifically**  31:5 | 82:14,21 83:6,19 | 90:18 94:20 |
| 70:5,7,11,12,25 | 60:22 92:18 | 84:5,11 | **streamers**  94:23 |
| 71:6 75:8,11 | 109:9 | **status**  52:17 | **streaming**  62:12 |
| 76:25 79:25 | **specifics**  43:3 | **stenographic** | 63:5 65:18,19 |
| 84:2 87:9,22 | **speculate**  108:2 | 9:21 46:15 57:7 | 90:8,17 91:6,8 |
| 88:3,24 90:13 | **speculating** | **stenographically** | 91:10,16 92:19 |
| 91:3,18,18 92:9 | 19:10 59:25 | 1:20 | 93:20 94:11,13 |
| 95:17 96:3,6 | **speculation** | **step**  52:7 104:12 | 94:24 95:19 |
| 97:12,21 99:16 | 30:24 54:22 | **stipulation** | **street**  4:8,19 |
| 102:2 104:12,15 | 109:16 | 129:20 | 6:16 |
| 104:23 106:14 | **speed**  63:16 | **stop**  24:19 114:9 | **stu**  22:5 |
| 107:6 109:4 | **spelled**  119:15 | 121:14 | **studio**  18:21 |
| 110:8,10 118:15 | **spend**  54:15 | **stopped**  114:19 | 20:24 21:12,13 |
| 120:11 124:1 | **spent**  59:13 | **storage**  42:1,24 | 22:4,10 67:5 |
| 125:17,18 | 60:14 61:19 | 43:19,25 44:7 | **subject**  39:23 |
| **sort**  13:25 74:2 | **spoke**  26:21 | **stories**  25:20 | 48:19 59:22 |
| 92:24 93:21 | 106:16 118:8,8,9 | 28:21,22,24,25 | 71:25 |
| 107:3 113:23 | 118:9,10,10 | 104:13 105:8 | **subscribed** |
| **sound**  56:24 | **spoken**  85:11 | **story**  104:21,25 | 128:21 |
| 78:4 | **spreadsheets** | 105:3,5,9,18,25 | **subtopic**  11:10 |
| **sounds**  116:3 | 60:16 | 106:1 | 60:13,13 |
| 117:5 122:5 | **springer**  4:6 | **straightforward** | **subtopics**  75:15 |
| **south**  6:8 | 72:8 | 49:10 51:3 | **successful**  41:4 |
| **speak**  54:19 | **stages**  114:8 | **stream**  18:24 | **successfully** |
| 71:13,21 72:1 | **stamped**  54:5 | 60:19,23,24 61:2 | 40:19 |
| 73:20 100:5 | **standard**  21:5 | 61:12 62:3,5,13 | **suggestion**  119:8 |
| 110:11 118:6 | **start**  23:5 47:7 | 63:6 87:4,20 | **suite**  3:12 4:9,20 |
| **speaking**  35:25 | 47:16 65:24 | 88:5,9,12,14,22 | 5:18 18:21 |
| 38:2 53:12 57:4 | 94:24 125:23 | 89:1 90:16 91:4 | 20:23,23 21:1,7 |

Veritext Legal Solutions
866 299-5127

[suite - thank]

21:20 67:5
**super**   23:20
   116:15
**suppose**   66:10
   101:15
**supposing**   98:7
**sure**   11:23 12:21
   14:8 15:1 22:12
   24:2,9,20 25:18
   30:14 33:7
   34:15 36:22
   44:4,23,24 48:23
   52:6,22 53:13
   54:8,12 57:11
   59:3 63:9,20,21
   64:25,25 65:10
   65:13 66:1,2
   68:9,9 70:13,23
   71:7 73:12 74:9
   74:11 75:19
   76:14 80:15
   81:2,11 82:9
   83:3,3,3,12 84:9
   85:1 86:8 87:24
   88:20 92:15,18
   92:23 95:18
   96:21 97:5,22
   99:8 100:20,25
   101:5,10 102:10
   102:12 103:18
   104:21 106:22
   109:4 110:18
   111:11,17 112:6
   114:5,5 117:24
   120:18 125:5
**surface**   24:18
   25:19 85:11
   86:4

**surfaces**   23:13
   23:22 24:13
   25:16 29:18
   30:7,10,15 42:10
   76:3
**surmising**   69:15
**swears**   9:13
**synonymous**
   85:10
**system**   42:14
   113:22

**t**

**t**   4:17 132:3,3
**tab**   24:17,21,22
   24:24,25 26:21
   26:23,24 27:1
   46:11 64:20
   85:11,18,19,21
   85:24 86:3,4,13
   86:18
**table**   69:24
   70:16 71:9,12
   72:19 73:2
**tables**   73:18
**tag**   95:8
**tagged**   95:10,11
**take**   23:9 40:22
   44:17,20 49:16
   54:12 58:22
   72:11 111:19
   112:4 120:18
   121:16 124:14
**taken**   2:15 12:24
   41:13 42:9 45:3
   45:10 50:17,19
   50:20 51:1 77:7
   112:13 127:5

128:5
**talk**   11:22 20:1,2
   30:12 38:11
   39:24 40:3,24
   41:1,17,23 42:13
   43:1,14 44:5
   45:19 46:9,25
   50:23 61:5 67:6
   67:7 69:24
   70:16 71:9,12
   74:20 81:12
   109:9,11 113:1
**talked**   27:9,22
   28:9,10,11 30:6
   30:15 34:9
   45:14 46:3
   50:18 56:22
   61:7 67:4 84:23
   89:24 100:24
   106:4 109:13
   115:6 123:10
   124:5,18
**talking**   14:1
   45:21 46:21,22
   63:14 65:16
   66:8 75:20
   91:20 92:25
   93:15,17 94:1
   106:17 109:6,8
   109:13 113:15
   113:17
**tasks**   121:22
**tech**   12:17
**technical**   40:25
   41:24 113:4
**technically**   62:9
**technologies**
   57:5

**technology**
   38:17
**tell**   35:15 40:21
   77:22 103:16
**ten**   57:16 59:5,5
   62:19,20 63:2,10
   63:13
**term**   30:19 31:2
   31:4 82:1,20
   106:21
**test**   30:7 64:5
**testified**   11:3
**testify**   11:11,12
   59:22 112:18
   113:6 121:17,21
   123:3
**testifying**   128:8
**testimony**   10:10
   11:25 35:2,9,24
   100:21 113:21
   116:13 122:6
   125:8 128:12
   131:4
**tests**   63:18 64:1
**texas**   5:19
**text**   30:3 49:7
   50:12 52:15
   55:12 78:7
   80:16 116:19
**textual**   116:19
   117:3
**thank**   13:3 18:7
   24:5,6 36:3
   44:25 51:13
   68:11 93:8
   99:18 112:3
   126:20,23

**[thanks - trustworthy]**

**thanks** 11:7 45:6
72:9 126:18
**theater** 36:11
**theaters** 36:7
**theirs** 98:17
**thing** 18:23 23:7
42:15 49:14
60:18 73:13
77:18,24 93:15
96:10 97:13
**things** 16:21
18:16,25 19:2
28:10 47:23,25
48:2,3 49:2,6
57:15 59:2
65:20 73:5
75:25 78:20
81:10 93:17
100:16 115:3,23
116:21,24 121:1
121:6
**think** 18:22,23
20:18 22:7,20
23:7,21 24:24,25
25:16,19 26:11
26:18 27:8,14
28:15 29:11,24
30:2,2 31:22,24
32:9,12,12,16,21
33:14 34:22
35:15 39:7,8,11
40:9,10,11,17,18
40:25 43:1
44:10 49:19
51:11 52:19
53:18,21 54:3,10
54:10 55:7
56:20,21 57:5

58:25 63:19
65:23 66:23
67:1,17 69:1
83:15 86:7,21
92:1,11,14,22
93:5 94:16
95:10 96:19,25
100:17 109:17
115:6,18 116:25
119:24 120:21
120:22 122:11
124:12,21
126:10,12
127:16
**thinking** 25:17
81:1 94:6 95:16
**third** 3:11 61:1,5
69:7,16,18 70:2
70:19 101:16,21
102:15,17 103:9
103:10 104:4
**thought** 44:6
109:5
**three** 66:14
**thumbnail** 82:2
82:6,11,21 83:5
83:16,24 84:4,10
84:17 85:3
**thursday** 110:19
**tie** 44:1
**time** 9:6 12:10
13:25 15:9 24:1
24:8 28:1,19
35:12 39:9
40:13 41:17
49:4,18 54:5,12
54:15 59:13
60:14 61:19

62:16 72:11
73:22 86:9
90:20 91:1,2
92:4 102:7,9
112:17 119:17
120:18 122:16
124:14,20 125:3
127:19 128:6
129:10,18,24
130:7
**timeline** 29:7
**times** 91:23
**title** 49:8 50:7
116:20
**titles** 50:1
**today** 16:8 18:6
18:11,17,20
19:13,14 26:6
39:12 53:25
57:20 60:1,2
64:11 71:21
72:1 76:6 94:7
112:18 121:3,17
121:21 123:4
124:22
**today's** 117:20
118:6 124:11
**told** 39:1
**tool** 20:15 64:2
78:1,8,15 79:3,7
79:10 93:25
94:5
**tools** 18:17 20:11
20:18,22 22:2,5
22:15,17,19,24
67:8,11 77:16
84:22

**top** 64:11 82:12
105:6,12
**topic** 11:13
26:15 41:1 42:6
43:5,25 75:14
103:14 109:2
112:24 113:11
115:5,9 116:5
**totally** 53:15
103:24,24,24
119:25
**touched** 86:21
**track** 60:2 68:15
78:5 79:7,9,9,21
79:25
**tracked** 60:15
61:20,24
**tracking** 60:3
**tracks** 54:16
59:12
**transcribed**
128:11
**transcript**
119:10 127:10
127:12,15
128:12,14,16
129:6,8,10,13,13
129:21 130:2,2
131:3
**translation**
101:1
**tray** 25:22 105:7
105:11
**treated** 127:10
**true** 12:11 37:15
128:12 131:5
**trustworthy**
89:7

Page 23

**[truth - users]**

truth   10:12,12
    10:13
try   12:19 35:11
    35:11 102:4
    111:4 125:13
    126:2
trying   13:24
    20:5 24:3 28:8
    34:19 54:3 81:3
    84:3 109:5
    119:24 120:15
    123:13,14
two   20:22 22:15
    22:17,19 28:9
    44:1 62:4 72:21
    73:5 83:15
    94:23 100:16
type   65:21 66:8
    66:9,16,21 86:7
    118:3
types   34:7 48:3
typically   57:17

**u**

uh   65:15 78:12
    98:3
umbrella   12:5
unable   60:16
understand   39:6
    39:7 44:1 49:11
    53:6 60:2 74:13
    82:20 83:5
    93:16 95:18
    96:11 97:18
    100:17 104:21
    106:11
understanding
    17:2 49:22 63:3

76:19 82:16
83:16 84:4,10,14
98:13 104:7
117:10 118:4
125:12,22 126:1
understood   28:2
    42:2,7 44:4
    47:25 48:2
    78:19 115:8,10
unfortunately
    102:1
unique   53:4,24
    54:1,2 55:10
    58:22 59:10
    68:22 78:16
    79:4,13,17
united   1:1 2:1
unmute   53:9
    61:11
update   52:17
upgrade   46:23
upload   13:6,10
    14:4 15:21,23
    16:25 17:8,10,14
    18:8,13,14,18
    19:6,21 20:12
    21:5,16 26:2
    27:7,12 31:12
    32:7,8,18,22
    33:2,13,20,22
    35:7,19 37:9
    40:19 41:6
    50:10 51:9 56:7
    80:5 98:2
    101:11
uploaded   16:11
    16:17,22 23:1,23
    24:14 31:11

32:4 41:12
45:12 50:1 51:2
51:19,24,25
54:20 55:6,20
56:9 58:19 61:8
65:16 66:3
68:15,19 74:21
74:23 75:22
80:21,24,25 81:4
94:2 95:9 96:18
97:1,9,10,11
98:15 99:5
105:19
uploader   50:11
    84:16,17
uploading   17:6
    21:1,4,18 37:23
    39:4,22 41:20
    42:20 43:9,22
    52:24 113:5
uploads   49:25
    85:4 102:13
url   99:11
use   12:6,19
    30:19 33:24
    48:24 62:2 65:8
    65:11 79:19
    84:17 96:8
    106:21 114:24
    115:23
useful   44:17
user   1:5 2:5 9:10
    15:24 21:10,21
    22:10 23:2,17,22
    24:14 25:8,10,11
    25:12,14,21,25
    29:25 31:25
    33:17,18 34:12

34:14,17,23,23
34:24 35:5,17
36:23 37:4,6,7
40:18 41:9
42:19 45:11
48:2 50:2,21
51:16,24 52:9
54:20 55:5 58:1
62:6,25 63:4
65:3,12 67:9,22
67:23 68:14,18
76:10,21 79:22
80:20 81:14
82:23 83:6
84:15 85:4 86:5
86:19 87:15
90:5 94:11,12,14
94:15 95:8,9,10
95:11,21 96:1,15
96:18,18 97:1,2
97:6,8 101:16,21
102:13,14,14,15
102:15,17,18
103:6,8,9,10
104:4,20 105:18
105:25 109:21
110:19 111:5,6
115:3,10,21
117:18 125:14
126:3,3 129:4
132:1
user's   45:22
    52:23 66:3
users   13:6,10
    14:4 15:21,25
    16:24 17:7 19:6
    19:16 21:13,24
    22:1,22 23:3,8

Veritext Legal Solutions
866 299-5127

**[users - video]**

| | | | |
|---|---|---|---|
| 23:14 24:13 | 101:24 103:15 | 34:5,8,10,13,20 | 77:15,17,18,20 |
| 26:8 27:6 28:3 | 108:17,23 | 35:4,7,16,19 | 77:23,23,25 |
| 28:13 29:3,16 | 109:24 111:1 | 36:8,24,25 37:4 | 78:16,16 79:4,10 |
| 30:10 31:6,10,12 | 112:22 | 37:5,21 38:5,12 | 79:13,22,25 80:1 |
| 31:13,24 32:7,8 | **variety**  47:25 | 38:17 39:4,9,22 | 80:3,4,11,17,21 |
| 32:18 33:2,13,22 | 48:1 107:10 | 40:5,6,6,7,11,12 | 80:24 81:3,8,12 |
| 34:7,24 35:6,18 | **various**  17:15 | 40:15,16,16,17 | 81:16,18,24 82:2 |
| 37:9,16,17 38:18 | 23:12 | 40:19,20,21 41:3 | 82:5,13,14,22,23 |
| 40:10,14,19 41:2 | **vast**  48:8 | 41:12,21 42:2,20 | 83:7,8,17,24 |
| 41:3 45:15,16,18 | **vc**  1:6 2:6 | 43:9,11,23 45:12 | 84:6,12,13,16,18 |
| 46:20 50:1 51:9 | **venture**  69:1 | 45:16,17,20,22 | 84:24 85:4,18,19 |
| 53:1 55:20 56:7 | **verified**  89:9,10 | 46:6,8,10,11,17 | 85:21,24 86:3,4 |
| 56:7 60:5,21,22 | **veritext**  9:12 | 48:1,11,16,18,23 | 86:5,13,18,18 |
| 60:24 63:16 | 72:5 129:7,9,11 | 49:1,8,9,11,17 | 87:8,14,15,20 |
| 64:7 75:25 76:5 | **version**  19:3,4 | 49:18,20,25 50:3 | 88:5,9,15,22 |
| 77:14 78:9 | 87:18 93:23 | 50:5,8,12,21 | 90:5 91:16 |
| 80:25 81:13,13 | **versus**  24:7 | 51:2,9,20,24,25 | 92:20,24 93:10 |
| 81:15,15 84:24 | **video**  1:14 2:19 | 52:12,21,24 53:5 | 95:3,3,9,10,12 |
| 85:19 88:15 | 11:13,17 13:10 | 53:24,25 54:5,14 | 96:18 97:1,9,10 |
| 89:25 93:25 | 13:15,21,21,22 | 55:6,10,14,18 | 97:11 98:1,4,7 |
| 94:5 95:17 98:8 | 14:4 15:21 16:2 | 56:1,5,7,8,18,23 | 98:15,16,17,24 |
| 102:5 104:13 | 16:2,8,15,17,21 | 57:2,4,13,16,18 | 99:6,22 100:7,8 |
| 110:11,12 | 17:8 18:8,13,18 | 57:22 58:4,8,19 | 100:9,14 101:11 |
| 112:25 114:13 | 20:12 21:4,15,25 | 58:22 59:10 | 101:16,21 |
| 114:20,24 121:4 | 22:11,23 23:1,6 | 60:23,24 61:2,8 | 102:13 103:5,11 |
| 124:20 125:8 | 23:14,19,23 | 61:10,13,20 62:1 | 104:4 105:19 |
| **uses**  55:19 | 24:14,17 25:8,10 | 62:3,5,20,22,25 | 109:2,9,14,20 |
| | 25:12,13,14,24 | 63:1,6,15,17 | 110:6,12,15,20 |
| **v** | 26:2,3,10,15,18 | 64:20,21 65:4,9 | 110:23,25 111:5 |
| **v**  4:16 129:1 | 26:21,23,24 27:1 | 65:16,17,18,21 | 111:7 112:19,24 |
| **vague**  14:5 20:16 | 27:10,11,12,18 | 66:16,21,23 | 112:25 113:2,7 |
| 24:1,1 30:21 | 27:25 28:4,6,10 | 67:10,15,17,20 | 113:23,24 115:5 |
| 32:19 33:4,25 | 28:14,24,25 29:5 | 68:15,16,19,23 | 115:7,22,25 |
| 35:10 37:11 | 29:6,8,14,17,21 | 69:2,17 71:22 | 116:6,20,22 |
| 39:5 58:6 65:5 | 30:3,5,7,11 31:7 | 72:22 73:19 | 117:2,7 120:13 |
| 74:7,15 82:7 | 31:9,11,13,25 | 74:5,12,18,21,23 | 120:14,19,20,25 |
| 83:10 96:22 | 32:6,9,11,17,21 | 75:21 76:1,4,7 | 121:4,10,13 |
| 99:1 100:3 | 33:2,13,15,23 | 76:10,22 77:11 | 122:8,9,22 123:1 |

HIGHLY CONFIDENTIAL

**[video - yeah]**

| | w | | |
|---|---|---|---|
| 123:23 124:20<br>125:9,13,14,15<br>126:2,2,4,4<br>**video's**  85:11<br>**videoconference**<br>1:14 2:19 3:2<br>4:2 5:2 6:2 7:2<br>**videographer**<br>7:9 9:5,11 12:13<br>12:22,25 45:1,4<br>77:5,8 112:11,14<br>127:3,6,17<br>**videos**  13:6<br>16:25 17:7 19:6<br>19:16 21:1,21<br>26:9 27:7 28:7<br>28:11,14,24 32:4<br>37:9 49:15 50:1<br>50:11,21 51:10<br>51:14 54:20<br>55:20,21 56:3,9<br>56:12 58:2<br>59:13 60:14,19<br>66:3,7,11 74:17<br>76:5 87:16 89:1<br>89:25 93:3 94:2<br>113:5 115:3,14<br>115:19 117:17<br>117:18 125:8<br>**view**  22:22 75:6<br>75:23 101:8<br>**viewable**  101:2<br>**viewers**  29:21<br>**views**  68:20,22<br>**voice**  9:20<br>**volume**  1:17 8:4<br>53:17 56:25<br>61:17 74:12 | **w**  3:7 6:16<br>**waived**  129:23<br>129:23<br>**waiving**  129:20<br>**want**  11:18<br>12:13 18:18,18<br>23:21 24:10<br>25:4 28:8 30:4<br>36:19 37:14,14<br>37:18 38:19<br>41:3 44:3,3<br>50:23 55:21<br>57:1,12 60:8,18<br>61:8 65:25 66:2<br>66:9 67:5,7<br>73:22 75:13<br>76:12 77:10<br>78:24 80:6,13,14<br>81:10 86:9<br>95:17 100:16,20<br>100:25 101:3<br>108:1,24 110:7,8<br>111:19 112:17<br>112:20 113:8,14<br>120:4,6 122:12<br>122:15<br>**wanted**  15:25<br>56:8 73:14 87:2<br>127:8<br>**wants**  29:25 34:5<br>89:16 94:12<br>95:22 97:8,9<br>98:4,16 99:21<br>110:22 115:16<br>**washington**  1:23<br>3:13 | **waste**  41:17<br>73:22 112:17<br>**watch**  15:25<br>40:20 55:21<br>64:15,17,18<br>85:10,16,18,22<br>85:25 86:2,15<br>91:24 92:3<br>101:21 103:11<br>104:4<br>**watched**  68:16<br>74:18 98:16<br>**watches**  98:4<br>**watching**  40:16<br>54:15 59:13<br>60:14 61:19<br>62:12 63:1,5<br>95:14,21<br>**way**  20:18 22:7<br>25:5 29:24<br>32:15 34:11<br>38:4,15,16 39:8<br>43:10 50:6<br>52:19 55:3 58:7<br>79:13 99:19<br>114:14,14<br>122:17<br>**ways**  18:8 23:3<br>25:10 30:10<br>41:2 45:15<br>48:15 53:2,4,8<br>62:4 78:6 88:8<br>88:14 96:17<br>97:1 98:6<br>**we've**  42:6 43:12<br>112:5 123:10<br>**web**  1:14 2:19<br>3:2 4:2 5:2 6:2 | 7:2 16:25 83:8<br>**website**  16:16<br>**websites**  56:3<br>**went**  18:11<br>112:12<br>**whatevers**  90:6<br>**whatnot**  68:2<br>**whereof**  128:20<br>**wide**  107:10<br>**wish**  84:17<br>**witness**  9:13<br>59:21 60:11<br>127:12 128:20<br>129:13,16 130:2<br>130:5<br>**wondering**  46:5<br>**word**  48:17 65:9<br>65:11 70:20<br>83:2,21 96:8<br>100:22 105:9<br>117:8 122:10<br>**words**  33:21<br>50:9 54:17<br>101:18<br>**work**  36:7 49:23<br>119:5 120:8,25<br>**working**  76:20<br>**worries**  25:3<br>51:21<br>**wrong**  85:9 |
| | | | **x** |
| | | | **x**  8:1 128:16<br>**xx**  130:1 |
| | | | **y** |
| | | | **yeah**  12:13 13:22<br>17:19,21 20:14<br>21:19 22:7 24:5 |

Page 26

HIGHLY CONFIDENTIAL

**[yeah - zuckerberg]**

| | |
|---|---|
| 24:25 26:5 | **york**   5:10,10 |
| 27:21 33:7 34:1 | **yup**   89:21 |
| 35:13 38:1 | **z** |
| 44:14 45:24 | |
| 46:4 47:21 | **zero**   57:20 |
| 48:22,22,23 | **zoom**   1:12 |
| 49:19 52:3 | **zuckerberg**   14:9 |
| 53:15,23 54:25 | |
| 55:4 56:20 | |
| 58:25 59:8 60:7 | |
| 60:7 62:18 65:6 | |
| 66:1,15,22 68:12 | |
| 70:13 71:7 74:1 | |
| 76:24 79:1 80:3 | |
| 83:12,13 86:8 | |
| 87:24 90:12 | |
| 92:23 93:14 | |
| 95:20 96:4,6 | |
| 97:7 100:13 | |
| 102:6,21 103:7 | |
| 104:16,23 106:3 | |
| 108:4,6 109:1,4 | |
| 109:15 110:13 | |
| 114:11,18 116:4 | |
| 116:17 118:23 | |
| 119:20 120:9 | |
| 121:15 122:4,14 | |
| 122:18 123:15 | |
| 123:15,15 124:8 | |
| 124:14 125:24 | |
| **year**   19:8 47:11 | |
| 72:21 86:1,14,17 | |
| 94:9,10 | |
| **years**   17:17 19:9 | |
| 32:25 33:8 | |
| 56:19 57:21 | |
| 60:14 71:24 | |

Page 27

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted
to access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.