```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10               **HIGHLY CONFIDENTIAL**
11
12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13       CORPORATE REPRESENTATIVE - MICHAEL FAHEY
14  (Reported Remotely via Video & Web Videoconference)
15   Steamboat Springs, Colorado (Deponent's location)
16              Thursday, July 21, 2022
17                   Volume 1
18
19  REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5300517
25  PAGES 1 - 113
```

Page 1

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3

    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12
13
14
15         DEPOSITION OF MICHAEL FAHEY, taken on
16  behalf of the Plaintiffs, with the deponent located
17  in Steamboat Springs, Colorado, commencing at
18  10:19 a.m., Thursday, July 21, 2022, remotely
19  reported via Video & Web videoconference before
20  REBECCA L. ROMANO, a Certified Shorthand Reporter,
21  Certified Court Reporter, Registered Professional
22  Reporter.
23
24
25
```

HIGHLY CONFIDENTIAL

```
 1                    APPEARANCES OF COUNSEL

 2     (All parties appearing via Web videoconference)

 3

 4     For the Plaintiffs:

 5          KELLER ROHRBACK L.L.P.

 6          BY:  BENJAMIN GOULD

 7          BY:  DEREK W. LOESER

 8          BY:  CARI CAMPEN LAUFENBERG

 9          BY:  ADELE DANIEL

10          Attorneys at Law

11          1201 Third Avenue

12          Suite 3200

13          Seattle, Washington 98101

14          (206) 623-1900

15          bgould@kellerrohrback.com

16          dloeser@kellerrohrback.com

17          claufenberg@kellerrohrback.com

18          adaniel@kellerrohrback.com

19

20

21

22

23

24

25     /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL
2    (All parties appearing via Web videoconference)
3
4    For the Plaintiffs:
5         KELLER ROHRBACK L.L.P.
6         BY: CHRIS SPRINGER
7         Attorney at Law
8         801 Garden Street
9         Suite 301
10        Santa Barbara, California 93101
11        (805) 456-1496
12        cspringer@kellerrohrback.com
13
14   For Facebook, Inc.:
15        GIBSON, DUNN & CRUTCHER LLP
16        BY:  AUSTIN V. SCHWING
17        BY:  ROSEMARIE T. RING
18        Attorneys at Law
19        555 Mission Street
20        Suite 3000
21        San Francisco, California 94105-0921
22        (415) 393-8200
23        aschwing@gibsondunn.com
24        rring@gibsondunn.com
25   /////
```

Page 4

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2     (All parties appearing via Web videoconference)
 3
 4     For Facebook, Inc.:
 5          GIBSON, DUNN & CRUTCHER LLP
 6          BY:  CASSARAH M. CHU
 7          BY:  KELLY E. HERBERT
 8          BY:  MICHAEL McQUEENEY
 9          Attorneys at Law
10          200 Park Avenue
11          New York, New York 10166-0193
12          (212) 351-6381
13          cmchu@gibsondunn.com
14          kherbert@gibsondunn.com
15          mmcqueeney@gibsondunn.com
16     and
17          BY:  SHAQUILLE GRANT
18          Attorney at Law
19          2001 Ross Avenue
20          Suite 2100
21          Dallas, Texas 75201
22          (214) 698-3206
23          sgrant@gibsondunn.com
24
25     /////
```

Page 5

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2     (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5         GIBSON, DUNN & CRUTCHER LLP

 6         BY:  FELISHA R. MILES

 7         Attorney at Law

 8         333 South Grand Avenue

 9         Los Angeles, California 90071-3197

10         (213) 229-7523

11         fmiles@gibsondunn.com

12

13         JAMS

14         BY:  DANIEL B. GARRIE

15         Special Master

16         555 W. 5th Street

17         32nd Floor

18         Los Angeles, California 90013

19         (213) 253-9706

20         dgarrie@jamsadr.com

21

22    ALSO PRESENT:

23         Francine Bendat, Associate General Counsel,

24    Meta Platforms

25         John Macdonell, Videographer
```

HIGHLY CONFIDENTIAL

```
 1                    I N D E X

 2   DEPONENT                              EXAMINATION

 3   MICHAEL FAHEY                               PAGE

     VOLUME 1

 4

 5                  BY MR. GOULD                   12

 6

 7

 8                 E X H I B I T S

 9   NUMBER                                      PAGE

10                  DESCRIPTION

11   Exhibit 619  Native Excel Spreadsheet,        19

12               FB-CA-MDL-03959476;

13

14   Exhibit 620  Native Excel Spreadsheet,        25

15               FB-CA-MDL-03959477;

16

17   Exhibit 621  Native Excel Spreadsheet,        45

18               FB-CA-MDL-03962689;

19

20   Exhibit 622  Native Excel Spreadsheet,        56

21               FB-CA-MDL-03962690;

22

23   Exhibit 623  Native Excel Spreadsheet         61

24               FB-CA-MDL-03962691;

25   /////
```

HIGHLY CONFIDENTIAL

1               E X H I B I T S(cont'd)

2    NUMBER                                        PAGE

3                      DESCRIPTION

4    Exhibit 624  Native Excel Spreadsheet          63

5                 FB-CA-MDL-03970356;

6

7    Exhibit 625  Native Excel Spreadsheet,         67

8                 FB-CA-MDL-03962693;

9

10   Exhibit 626  Native Excel Spreadsheet,         70

11                FB-CA-MDL-03962694;

12

13   Exhibit 627  Native Excel Spreadsheet,         73

14                FB-CA-MDL-03962695;

15

16

17               PREVIOUSLY MARKED EXHIBITS

18   NUMBER                                        PAGE

19   Exhibit 330                                    13

20

21

22

23

24

25   /////

                                           Page  8

HIGHLY CONFIDENTIAL

```
 1              Steamboat Springs, Colorado;              09:04:04

 2                Thursday, July 21, 2022

 3                    10:19 a.m.

 4                    ---o0o---

 5

 6          THE VIDEOGRAPHER:  Okay.  We're on the

 7   record.  It's 10:19 a.m. Mountain Time on

 8   July 21st, 2022.

 9          This is the deposition of Michael Fahey.

10   We're here in the matter of Facebook Consumer      10:19:39

11   Privacy User Profile Litigation.

12          I'm John Macdonell, the videographer,

13   with Veritext.

14          Before the reporter swears the witness,

15   would counsel please identify themselves, beginning  10:19:51

16   with the noticing attorney, please.

17          MR. GOULD:  For the plaintiffs and the

18   proposed class, Benjamin Gould with

19   Keller Rohrback.

20          And with me today is Chris Springer, also     10:20:03

21   of Keller Rohrback.

22          MR. SCHWING:  Austin Schwing,

23   Gibson, Dunn & Crutcher for the defendant.

24          I am joined by Cassarah Chu,

25   Kelly Herbert, Shaquille Grant, Rose Ring.           10:20:23
```

Veritext Legal Solutions
866 299-5127

```
1    Francine Bendat, who is with Meta.                  10:20:26

2    Michael McQueeney, Felisha Miles.

3            I also note that there's a video one and

4    a video two showing on our screen.  Is -- that's

5    related to the court reporter?                      10:20:40

6            THE VIDEOGRAPHER:  That -- that's me, the

7    videographer.

8            MR. SCHWING:  Okay.

9            THE VIDEOGRAPHER:  Just capturing

10   devices, yeah.                                       10:20:45

11           MR. SCHWING:  Okay.  Thank you.

12           SPECIAL MASTER GARRIE:  And

13   Special Master Garrie here on behalf of the Court.

14           THE COURT REPORTER:  At this time, I will

15   ask counsel to agree on the record that there is no  10:20:54

16   objection to this deposition officer administering

17   a binding oath to the deponent via remote

18   videoconference, starting with the noticing

19   attorney, please.

20           MR. GOULD:  No objection.                    10:21:11

21           MR. SCHWING:  No objection.

22           THE COURT REPORTER:  Mr. Fahey, If you

23   could raise your right hand for me, please.

24           THE DEPONENT:  (Complies.)

25           THE COURT REPORTER:  You do solemnly         10:21:14
```

Page 10

HIGHLY CONFIDENTIAL

```
 1    state, under penalty of perjury, that the testimony      10:21:14

 2    you are about to give in this deposition shall be

 3    the truth, the whole truth and nothing but the

 4    truth?

 5            THE DEPONENT:  I do.                              10:21:14

 6

 7

 8

 9

10                                                             10:21:14

11

12

13

14

15                                                             10:21:14

16

17

18

19

20                                                             10:21:14

21

22

23

24

25    /////                                                    10:21:14
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1                    MICHAEL FAHEY,                      10:21:32

 2    having been administered an oath, was examined and

 3    testified as follows:

 4

 5                    EXAMINATION                         10:21:32

 6    BY MR. GOULD:

 7        Q.   Good morning, Mr. Fahey.

 8             My name is Benjamin Gould, and I'll be

 9    taking your deposition today.  Try to get through

10    this as quickly as possible.                        10:21:44

11             Just a few ground rules.  You know it's

12    important that we not talk over each so we have a

13    clean record.  If you don't understand a question,

14    please let me know.

15             I will probably be asking you -- and       10:21:58

16    this -- I told other witnesses this in this case --

17    you know, at times I'll be asking you like what

18    seem like insanely stupid questions.

19             But I don't mean that to like insult your

20    intelligence.  This is sort of just what we have to  10:22:14

21    do in the law to -- to -- to establish facts and --

22    and things like that.

23             So I wanted you to be prepared for that

24    just so you don't feel like insulted or surprised,

25    or whatever.                                         10:22:28
```

Page 12

HIGHLY CONFIDENTIAL

```
 1              I wanted -- now I think we should start        10:22:28

 2    with previously marked Exhibit 330.

 3         Q.   (By Mr. Gould)  If you could call that up

 4    on your Exhibit Share screen, Mr. Fahey, and go to

 5    the very bottom, when you're there, of page 14.         10:22:43

 6              Let me know when you're there.

 7         A.   I'm there.

 8         Q.   Okay.  So topic 9a reads "Video content

 9    and information relating to video content,

10    requested or obtained, available to or accessed,        10:23:04

11    interacted with, or shared by users on or via the"

12    platform -- "Facebook Platform, specifically:

13    A. The amount of such content and how the amount of

14    such content has changed or varied over time."

15              You understand that you are testifying on     10:23:24

16    behalf of Facebook about subtopic a, the -- the --

17    the words that are right next to that -- to that

18    little a there, yes?

19         A.   Yes, I do.

20         Q.   Okay.  And is there any portion of that       10:23:37

21    subtopic that is unclear to you?

22         A.   No, I don't believe so.

23         Q.   Okay.  And so you're -- you realize

24    you're testifying on behalf of Facebook, yes?

25              You're not testifying in your individual      10:23:55
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1   capacity?                                              10:23:57

2        A.   If by Facebook you mean Meta, yes, I do.

3        Q.   Thank you.  Thank you for the correction,

4   yes.

5             And do you understand that your testimony    10:24:08

6   is intended here to cover the time period

7   January 1, 2007, to the present, unless we are

8   specifying some other range?

9        A.   Yes.

10        Q.   Okay.  Obviously, that is a long period     10:24:34

11   and a lot of -- has happened to the artist formally

12   known as Facebook, now Meta.  So I will try to be

13   as specific in my questioning as I can.  If I'm

14   not, I hope you will point out that the -- the time

15   period about which you are talking specifically.      10:24:57

16             So what did you do to prepare for this

17   deposition?

18        A.   I spoke with a handful of people on the

19   topic.  I reviewed a set of press releases, and I

20   also looked at a set of charts.                       10:25:17

21        Q.   And were some of the people you spoke

22   with former or current Meta employees?

23        A.   I only spoke with current Meta employees.

24        Q.   Okay.  Would you -- would you mind,

25   because I'm going to -- I'm -- I'm going to slip      10:25:39

                                                    Page 14

HIGHLY CONFIDENTIAL

```
 1    otherwise.                                          10:25:45

 2         Would you mind if we just referred to

 3    Meta as Facebook for the purposes of this

 4    deposition?

 5    A.   I -- I have no issues with that.  The         10:25:52

 6    only reason why I clarified is I have a role within

 7    the company where my role is actually attached to

 8    what is now called Facebook, and I did not want to

 9    get that confused.

10    Q.   Do you mean what is now called Meta?           10:26:06

11    A.   Yeah.  So there's the company which is

12    Meta --

13    Q.   Got it.

14    A.   -- and then within the company is

15    Facebook.  And because the business unit I am        10:26:13

16    within is Facebook, I did not want there to be

17    confusion at a future point in time.

18    Q.   Okay.  Great.

19         Like I said, I will just refer to

20    everything that's under the umbrella of Meta as      10:26:30

21    Facebook, unless I tell you otherwise.

22         Who -- excuse me -- which current

23    employees of Facebook did you speak with?

24    A.   I spoke with a gentleman named

25    Cayman Simpson.  Another gentle- -- gentleman named  10:26:53
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    Yondy Kang.  I spoke with Amanda Yin.  Fan Wu.          10:26:57

2    Shweta Metkar (phonetic).  And Maggie Gee.

3         Q.   And you're aware we provided documents to

4    your counsel at Gibson Dunn in advance of this

5    deposition?                                              10:27:18

6         A.   Yes, I'm aware.

7         Q.   And did you -- did you personally review

8    any of those documents in -- in advance of this

9    deposition?

10        A.   Yes.                                           10:27:28

11        Q.   Okay.  Do you remember which ones?

12        A.   I do not.  I -- I scanned through all of

13   them and really reviewed them to make sure that

14   they related to the topic at hand.

15        Q.   Okay.  We can probably move on here.           10:27:42

16             What is your current position at

17   Facebook?

18        A.   I support data engineering for Facebook

19   application within -- within Facebook.

20        Q.   And what is data engineering?                  10:28:08

21        A.   Data engineering is the team responsible

22   for measuring what happens on the application and

23   taking that measurement and putting it into systems

24   for the purpose of product analytics.

25        Q.   How long have you been in that position?       10:28:32

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1       A.    Four and a half years.                      10:28:36

2       Q.    Wow.  Okay.

3             And before that were you in any position

4    related to the measuring of what goes on, on the

5    Facebook Platform?                                   10:28:52

6       A.    No.

7       Q.    Okay.  What was your -- let's just start

8    here.

9             What was your immediately prior position

10   to the position you have now?                        10:29:00

11      A.    The immediately prior position was data

12   engineering also.  But supporting the sales and

13   marketing team --

14      Q.    Okay.

15      A.    -- at Facebook.                             10:29:12

16      Q.    And what were like the approximate dates

17   that you held that position?

18      A.    Approximately October 2014 to -- I'm

19   going to get the math wrong here -- January of

20   200- -- I'm going to say 2018, but I often get it    10:29:35

21   confused.  It's either 2018 or 2017.

22      Q.    You have had, though, a position within

23   data engineering at Facebook since 2014, yes?

24      A.    That's correct.

25      Q.    Okay.  And then before the position that    10:29:47

Page 17

HIGHLY CONFIDENTIAL

1    we just spoke about, that you started in 2014, what        10:29:51

2    position did you hold before that?

3        A.   I was a principal in a consulting firm.

4            MR. GOULD:  Okay.  Fabulous.  Okay.

5    Thanks.                                                    10:30:05

6            Okay.  Chris, let's go to Bates

7    number -9476.

8            MR. SPRINGER:  One moment, please.

9            MR. GOULD:  Of course.

10           MR. SCHWING:  Mr. Fahey, I'll let you in          10:30:32

11   on a tip for the document share --

12           THE DEPONENT:  Yes.

13           MR. SCHWING:  -- which is, a lot of times

14   the documents, when they get loaded, they don't

15   immediately show up.  And so if you click the             10:30:45

16   refresh button within your browser, sometimes the

17   documents will -- will appear.

18           THE DEPONENT:  Gotcha.  Okay.  I'm

19   still -- at this point, I'm still waiting.  I still

20   just see Exhibit 330.                                     10:30:58

21           MR. GOULD:  Yeah, me, too.  I think

22   Mr. Springer will let us know.

23           And, Mr. Springer, again, when you have

24   time -- I know you're uploading one document now --

25   if you could also upload Bates number -9477, that         10:31:15

HIGHLY CONFIDENTIAL

```
 1    would be great.                                10:31:26

 2            (Exhibit 619 was marked for

 3    identification by the court reporter and is

 4    attached hereto.)

 5            MR. SPRINGER:  Got it.                  10:31:31

 6            The first document has been introduced as

 7    Exhibit 619.

 8       Q.   (By Mr. Gould)  Okay.  So that should be

 9    showing up, and let me know when it's up for you,

10    Mr. Fahey.                                      10:31:46

11       A.   I have it up.

12       Q.   Okay.  Fabulous.

13            And did you review this document in

14    advance of this deposition?

15       A.   I did.                                  10:31:52

16       Q.   Okay.  Let -- let me just ask you a

17    couple of preliminary questions just so -- because

18    I don't want to waste your or anyone's time.

19            Are you prepared today to testify about

20    what drove changes in these numbers?            10:32:05

21            MR. SCHWING:  Object to form.

22            THE DEPONENT:  When you say "drove

23    changes," I -- I wouldn't necessarily know exactly

24    what you mean there.  Could you --

25       Q.   (By Mr. Gould)  Sure.  Of course.       10:32:29
```

Page 19

HIGHLY CONFIDENTIAL

1      A.    -- be a little bit more specific.                    10:32:31

2      Q.    Fair to say that a lot of the numbers

3  we're going to be talking about today, numbers that

4  you reviewed in advance of this deposition, went up

5  and down, yes?                                               10:32:42

6      A.    Yes, the numbers changed.

7      Q.    Those are the kinds of changes I am

8  talking about.

9          And by "drive," I just am talking about

10 what caused them to go up and down.                          10:32:55

11         Does that clarify sufficiently for you

12 what I'm talking about?

13         MR. SCHWING:  Object to form.

14     Q.    (By Mr. Gould)  All I'm asking is whether

15 you understand what I mean.  That's all.                     10:33:08

16     A.    I understand what you mean by drive, yes.

17     Q.    Okay.  Great.

18         So -- and, again, this is so that we're

19 not wasting time.

20         Are you prepared today to testify about     10:33:21

21 what drove changes in the numbers we're going to be

22 talking about today?

23         MR. SCHWING:  Object to form.

24         THE DEPONENT:  I feel comfortable talking

25 about the numbers as they're presented.  My area of  10:33:37

Page 20

HIGHLY CONFIDENTIAL

```
 1    expertise is not product strategy or -- or anything        10:33:42

 2    else --

 3          Q.   (By Mr. Gould)  Okay.

 4          A.   -- that might -- might have had -- had an

 5    impact on how the numbers changed.                          10:33:52

 6                MR. GOULD:  That is super helpful.

 7    That's great.

 8                I just wanted to say, for the record,

 9    that -- that Mr. -- Mr. Schwing, we'll expect that

10    the -- the witness designated to testify on                 10:34:01

11    subtopic c will be able to testify on what drove

12    changes in the numbers.

13          Q.   (By Mr. Gould)  I want to direct your

14    attention, Mr. Fahey, again to the -- to the

15    spreadsheet that's open here.                               10:34:18

16                Are -- are you prepared to testify about

17    the resources that Facebook devotes to keeping

18    track of this data?

19                MR. SCHWING:  Object to form.

20                THE DEPONENT:  Again, what I -- what I           10:34:46

21    prepared for was to talk about the numbers.

22          Q.   (By Mr. Gould)  In other words, you're

23    prepared -- oh, sorry.  Go ahead.

24          A.   No, please, go ahead.

25          Q.   In other words, you're prepared to talk          10:34:58
```

Page 21

HIGHLY CONFIDENTIAL

```
 1    about the numbers themselves?                    10:34:59

 2        A.    Correct.

 3        Q.    And not the resources that Facebook

 4    devotes to keeping track of those numbers?

 5             MR. SCHWING:  Object -- object to form.   10:35:14

 6             THE DEPONENT:  I think when you say

 7    resources to keep track of, I think that's --

 8    that's a very broad topic and --

 9        Q.    (By Mr. Gould)  Sure.

10        A.    -- I would not be the person to talk to  10:35:27

11    about the resources because I just wouldn't be able

12    to speculate or guess.

13             MR. GOULD:  Great.  Okay.  Super helpful.

14             Again, Mr. Schwing, just for the record,

15    I will expect that the witness designated to        10:35:40

16    testify on subtopic c will be prepared to testify

17    about -- about that.

18             MR. SCHWING:  Well, let -- let me pause

19    here to -- if we could, to just make sure that we

20    have some clarity.                                  10:35:53

21             I think the Special Master indicated

22    earlier it's helpful if we talk about, you know,

23    which -- which witness will cover what.

24             Mr. Fahey, I believe, can speak to,

25    you know, the -- the -- the infrastructure that's   10:36:04
```

Page 22

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | used to store the -- you know, and -- and track | 10:36:08 |
| 2 | this information. | |
| 3 | And, you know -- you know, what -- what | |
| 4 | ████████████████████████████████████ | |
| 5 | are stored, and I think perhaps what you were | 10:36:21 |
| 6 | asking related to that.  So Mr. Fahey would be the | |
| 7 | right person to ask -- | |
| 8 | MR. GOULD:  Fabulous. | |
| 9 | MR. SCHWING:  -- that question. | |
| 10 | MR. GOULD:  Thank you, Mr. Schwing. | 10:36:32 |
| 11 | MR. SCHWING:  I -- I think there may have | |
| 12 | been just some confusion about what -- what it is | |
| 13 | you were after. | |
| 14 | Q.   (By Mr. Gould)  Okay.  Again, let's -- | |
| 15 | let's go back to this -- to this spreadsheet here. | 10:36:39 |
| 16 | Fair to say that this spreadsheet -- | |
| 17 | MR. GOULD:  Mr. Springer, can you remind | |
| 18 | me what the exhibit number for this is. | |
| 19 | MR. SPRINGER:  619. | |
| 20 | Q.   (By Mr. Gould)  Okay.  I'll just refer to | 10:37:01 |
| 21 | it as Exhibit 619, Mr. Fahey. | |
| 22 | ████████████████████████████ | |
| ██ | ██  ███ | |
| 24 | ██ ███████████████████████ | |
| ██ | ██  ███ | ████████ |

Page 23

HIGHLY CONFIDENTIAL



```
 9         Q.   And correct me if I'm wrong here, but
10    Messenger is Facebook's direct messaging app; is        10:37:57
11    that correct?
12         A.   Messenger is a messaging app within --
13    within Meta -- within Facebook, and it can be used
14    for direct messaging.
15         Q.   So what I'm wondering is whether these --     10:38:24
16    well, let me step back.
17              It's possible, I assume, to upload videos
18    to the Facebook Platform other than using
19    Messenger; is that correct?
20         A.   Yes.                                          10:38:49
```

Page 24

HIGHLY CONFIDENTIAL



14          Okay.  Great.

15     A.   No.  That's quite all right.                10:39:59

16          MR. GOULD:  Let's go on to the next

17     exhibit, which I presume is marked 620.

18          (Exhibit 620 was marked for

19     identification by the court reporter and is

20     attached hereto.)                                10:40:05

21          MR. GOULD:  Let me see here.  Yeah.

22     Q.   (By Mr. Gould)  And let me know when you

23     have that up.

24     A.   It's up right now, yes.

25     Q.   Fabulous.  Okay.                            10:40:24

Page 25

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | This document, Exhibit 620, did you | 10:40:30 |
| 2 | review it in preparation for this deposition? | |
| 3 | A.   Yes, I did. | |
| 4 | Q.   And just to clarify, both this exhibit | |
| 5 | and the previous exhibit, these were prepared by | 10:40:39 |
| 6 | Facebook employees. | |
| 7 | They were -- these documents were created | |
| 8 | by Facebook employees, I assume? | |
| 9 | A.   I was not directly involved in the | |
| 10 | creation of the documents.  So I would only be | 10:40:55 |
| 11 | speculating as to who -- who created them or how | |
| 12 | they were created. | |
| 13 | Q.   They were created, though, by somebody at | |
| 14 | Facebook, yes? | |
| 15 | A.   They would have to have been, yes. | 10:41:07 |
| 16 | Q.   Okay.  Fabulous. | |
| 17 | Any reason to think that the data in | |
| 18 | these spreadsheets is -- doesn't reflect the actual | |
| 19 | data that Facebook has? | |
| 20 | A.   No. | 10:41:21 |
| 21 | Q.   Okay.  Fabulous.  That's what I'm | |
| 22 | wondering. | |
| 23 | So again, in this exhibit, there appears | |
| 24 | | |

Page 26

HIGHLY CONFIDENTIAL



Page 27

HIGHLY CONFIDENTIAL

1

2

3

4

5

6

7

8              MR. SCHWING:  Object to form.

9              THE DEPONENT:  That's actually not my

10    area of expertise.  So -- so I wouldn't -- I                10:43:49

11    wouldn't be comfortable, you know, really

12    speculating in that area at all.

13        Q.   (By Mr. Gould)  Who at Facebook do you

14    think would know that question -- the answer to

15    that question?                                              10:44:02

16        A.   I honestly would not know.

17        Q.   Okay.  Are you familiar with how these

18    documents -- well, excuse me.

19              Are you familiar with the general process

20    for how these documents, this spreadsheet and the          10:44:26

21    previous one were created?

22        A.   I am.

23        Q.   And how -- can you describe that process

24    for me.

25

Page 28



Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



18          MR. SCHWING:  Object to form.

19          THE DEPONENT:  Yeah.  Again, I -- I --

20    I'd hesitate to put a label on it and that's why          10:48:05

21    I -- you know, maybe using casual language here is

22    problematic.  I would just go back to the way I

23    explained it.  I don't know that I'd be comfortable

24    summarizing it.

25       Q.   (By Mr. Gould)  And here I'm just trying          10:48:23

Page 30



```
 1    to make sure I understand.                        10:48:25

 2

12              MR. SCHWING:  It's vague.

13              THE DEPONENT:  Would you maybe --

14        Q.   (By Mr. Gould)  Sure.

15        A.   Yeah.                                     10:49:44

16        Q.   Here's another way of asking it.  I'm

17    sorry.

18

20              MR. SCHWING:  Object to form.           10:49:55

21
```

Page 31

HIGHLY CONFIDENTIAL



1

2

3

4        MR. SCHWING:  Vague.

5

6

7

8        Maybe you could give me a more

9   specific --

10       Q.   (By Mr. Gould)  Sure.                    10:51:04

11       A.   -- with what would be Meta.

12

13

14

15

16

17

18

19

20

21

22       MR. SCHWING:  Object to form.

23       THE DEPONENT:  I think I understand what

24   you're saying.

25

HIGHLY CONFIDENTIAL



```
 1

                                                                10:52:32

 6        A.   I'm sorry.  What was the word right

 7   before --

 8

 9        A.   Yeah, I understand.

10
```



```
 1   ███████████████████████████████      ██████████

 ▪   ████████████████████████████

 ▪   ███████████████       ████████████████████

 ▪   ██████████████████████████

 5       Q.   I see.                              10:54:24

 6            Then perhaps a better way of answering my

 7   question then would be to say -- or to ask you, the

 ▪   ████████████████████████████████

 ▪   ████████████████████████████████

 ▪   ██████████████████████████            ██████████

 ▪   ██████████████████████████████

 ▪   ████████████████████████████████

 ▪   █████████████████████████

 ▪   ████████████████████████████████

 ▪   ███████████████████████          ██████████

16            MR. SCHWING:  Object to form.

 ▪             █████████████   ████████████████

 ▪   ██████████████████████████████

 ▪   ████████████████████████████████

 ▪   ██████████████████████████            ██████████

 ▪   ███████████████

22       Q.   (By Mr. Gould)  Forgive me --

23       A.   For sure.

 ▪             ██   ████████████████████████████████

 ▪   ██████████████████            ██████████
```

Page 34



MR. SCHWING:  Vague.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



8          Okay?

9     A.   (Deponent nods head.)

                                    10:59:14

16     Q.   Great.

17          And I will use the term -- and I don't

18   know if it's the correct technical term.  But I

1

which these produced numbers are based.     10:59:33

21          Do you at least understand sort of what

22   I'm getting at by that term?

23     A.   I do.

24     Q.   Okay.  Fabulous.

2



```
 1

 ▪

 ▪

 4              MR. SCHWING:  Object to form.

 5              THE DEPONENT:  So I think what you're          11:00:30

 6   asking me is, what is the system or the process

 7   that --

 8       Q.   (By Mr. Gould)  Let's start there.

 9       A.   -- that's taking place?

10       Q.   Let's start there.                              11:00:42

11

 ▪

 ▪

 ▪

 ▪

16       Q.   Okay.  And so it sounds to me like there

 ▪

 ▪

 ▪

 ▪

 ▪

 ▪

 ▪

 ▪

 ▪
```

Page 37

HIGHLY CONFIDENTIAL



```
 1
```

```
15        MR. SCHWING:  Objection.  Vague.              11:02:52
```

```
23        MR. SCHWING:  Objection.  Vague.
24        I -- I don't want to -- it's -- it's
25   compound, Ben.                                     11:03:54
```

Page 38

HIGHLY CONFIDENTIAL

```
 1              Do you want to take them like one at a        11:03:56
 2   time?  I just -- I want to make sure he can answer.
 3              MR. GOULD:  Okay.
 4        ████   ████████████   █████████████████
     █  ████████████████████████████████████████   ████████████
     █  ██████████████████████████
 7        A.   So we're looking at -9477 now, correct,
 8   620; is that right?
 9        Q.   Yeah.  Let's start there.
1█        ████   █████████████████████████████████   ████████████
     █  ████████████████████████████████████████
     █  █████████████████████████
     █  ████   ████████████████████████████████
     █  ██████████████████████████████████████
     █  █████████████████████████████████████   ████████████
     █  ████   ████████████
17        Q.   Okay.  Fabulous.
18              Let's go back -- I believe we were just
19   talking about Exhibit 620, yes?
20        A.   I think so.                                   11:05:01
21        Q.   Okay.  Let's go back to 619.
22        A.   Okay.
23        Q.   You carefully reviewed those numbers,
24   correct?
25        A.   Yes.                                          11:05:11
```

Page 39

HIGHLY CONFIDENTIAL

1 ████████ ████████████████████ ████████

█ ████████████████████

█ ████ ████████

4          MR. GOULD:  Chris, I would like you to

5    upload a whole bunch of files here.  Let's start          11:05:26

6    with -2689.

7          MR. SPRINGER:  Okay.

8          MR. GOULD:  And do you see where -- where

9    I am, Chris?

10          MR. SPRINGER:  Yes.                               11:05:46

11          MR. SCHWING:  Ben- --

12          MR. GOULD:  So I want you to -- to --

13    to --

14          MR. SCHWING:  Ben- -- Benjamin, can I

15    interrupt you for just -- I'm sorry -- for just one      11:05:50

16    second.

17          While you're loading up a bunch of stuff,

18    can we just take like a three-minute break.  I have

19    to let a contractor into my backyard --

20          MR. GOULD:  Yeah, absolutely.                     11:05:57

21          MR. SCHWING:  Just five -- maybe five

22    minutes and we can -- we'll break away and then

23    we'll --

24          MR. GOULD:  Yeah.  That would actually be

25    helpful.  Thank you.                                    11:06:03

Page 40

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Sorry -- sorry about that.      11:06:05

 2   Thank you.  Appreciate it.

 3              Let's go to the breakout room.

 4              THE VIDEOGRAPHER:  Okay.  We're off the

 5   record.  It's 11:06 a.m.                                11:06:09

 6              (Recess taken.)

 7              THE VIDEOGRAPHER:  We're back on the

 8   record.  It's 11:13 a.m.

 9       Q.  (By Mr. Gould)  Let me go back briefly to

10   the two spreadsheets we have talked about earlier       11:13:50

11   in this deposition, Exhibits 619 and 620.

12   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

13   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

14   correct?

15       A.  Correct.                                        11:14:14

16       ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

17   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

18       A.  Correct.

19       Q.  If I am a Facebook user and I upload a

20   video I took of my kids to my Facebook profile, I'm     11:14:24

21   not uploading it via Facebook Messenger, am I?

22       A.  No, you're uploading it via Facebook.

23       Q.  Okay.  If I am live streaming playing

24   Call of Duty, I'm not doing that using Facebook

25   Messenger, am I?                                        11:14:51
```

Page 41

HIGHLY CONFIDENTIAL

```
 1        A.   No.                                    11:14:56

 2        Q.   Okay.  If I'm an advertiser and I

 3   advertise using video, that video isn't uploaded

 4   via Facebook Messenger, is it?

 5        A.   No.                                    11:15:15

 6        Q.   Okay.  All right.  I have -- I have a

 7   whole bunch of other ones to go through.  But...

 8             I'm actually just trying to get -- get my

 9   head around like the proper nomenclature.

10             You said that if I'm a Facebook user and 11:15:36

11   I'm uploading a video to my profile, I'd be

12   uploading it via the Facebook Platform; is that

13   correct?

14        A.   That is the -- that is the verbiage that

15   I tend to use.                                   11:15:50

16        Q.   Okay.

17        A.   I think -- I -- I -- maybe to help you a

18   little bit.  We have Facebook as an application.

19   We also have Messenger as a separate application.

20   So if you think about it on your, say, phone or   11:16:02

21   your device, you're going to see two separate

22   applications.

23        Q.   Got it.

24        A.   So whatever you're uploading through,

25   you're in the Messenger application or you're in  11:16:12
```

Page 42

HIGHLY CONFIDENTIAL

```
 1    the Facebook application.                          11:16:15

 2        Q.   Got it.  I see.

 3             And organizations or groups that have

 4    Facebook pages, if they were to upload a video to

 5    that page, they're not uploading it via            11:16:25

 6    Facebook Messenger, right?

 7        A.   No.

 8        Q.   They're uploading it via the

 9    Facebook Platform?

10        A.   They have a few ways to upload.           11:16:36

11        Q.   How -- what -- what are those ways?

12        A.   Creator Studio would be more than likely

13    the most prominent.  But there are also ways to

14    upload videos directly to your page without going

15    through Creator Studio.                            11:16:53

16        Q.    Is Creator Studio another -- another

17    Facebook app?

18        A.    I would consider it part of the

19    Facebook Platform.  But when you get into app,

20    right, that's very much like a concept you would   11:17:15

21    see on a phone or an iPad, or whatever.  So it is

22    an aspect of the Facebook Platform, I think, is --

23    is a better way to think of it.

24        Q.   Got it.

25             Okay.  Again, I want to make sure that I   11:17:26
```

Page 43

HIGHLY CONFIDENTIAL

```
 1    get everything correct.                          11:17:31

 2            Can you think of -- so we've -- we've

 3    spoken about uploading videos via

 4    Facebook Messenger.  We've spoken about uploading

 5    videos using the Facebook Platform, including by  11:17:45

 6    this Creator Studio -- is that the correct -- or

 7    studio creator?

 8        A.   Creator Studio.

 9        Q.   Creator Studio.  Okay.

10            Are there other ways to upload video that 11:17:58

11    you know of to Facebook?

12        A.   I'd be guessing, if I was going to

13    speculate beyond what I just said.

14        Q.   Okay.  Okay.  Fair.

15            We'll get to that with another designee.   11:18:10

16            And do you know how Facebook delivers

17    video ads on behalf of advertisers?

18            MR. SCHWING:  Object to scope.

19            THE DEPONENT:  So the -- really the topic

20    that I prepared for was the metrics and the       11:18:41

21    numbers.  So I don't -- I don't know that I could

22    get into any of that.

23            MR. GOULD:  Okay.  Okay.  We'll cover

24    that with -- planning on covering that just -- I

25    want to state, for the record, with another       11:18:50
```

Page 44

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | designee. | 11:18:54 |
| 2 | Q.   (By Mr. Gould)   Okay.  So let's go to | |
| 3 | Exhibit 621, Mr. Fahey. | |
| 4 | A.   All right. | |
| 5 | Q.   Let me know when you have that open. | 11:19:06 |
| 6 | A.   Yup. | |
| 7 | Q.   Fabulous. | |
| 8 | So in the columns -- | |
| 9 | MR. SCHWING:  Mr. Gould, just before you | |
| 10 | get to the next question, you said "another | 11:19:11 |
| 11 | designee." | |
| 12 | I just want to be clear we've identified | |
| 13 | that advertising questions should be directed to | |
| 14 | the advertising designees that we put forward as of | |
| 15 | those two -- the two witnesses over the next couple | 11:19:19 |
| 16 | days.  But you and I can chat about that further. | |
| 17 | MR. GOULD:  I understand that to be your | |
| 18 | concern. | |
| 19 | MR. SCHWING:  Okay. | |
| 20 | (Exhibit 621 was marked for | 11:19:27 |
| 21 | identification by the court reporter and is | |
| 22 | attached hereto.) | |
| 23 | Q.   (By Mr. Gould)  So let -- so what -- | |
| 24 | let's see here.  This is 621. | |
| 25 | Okay.  This spreadsheet that's been | 11:19:35 |

Page 45

1    marked as Exhibit 621, the -- I'm going to go          11:19:37



Page 46



1

7      Q.    Okay.  That's super helpful.  Thank you.

18     Q.    Got it.

19     A.    -- for the other sheet.

Page 47

HIGHLY CONFIDENTIAL



11      Q.    Okay.  Does this include videos available

12   only through third-party apps?

13           MR. SCHWING:  Object to form.

14           THE DEPONENT:  I -- I would not be able

15   to speculate on anything related to -- to                11:23:30

16   third-party apps.

21      Q.    And so --

Page 48

HIGHLY CONFIDENTIAL



```
 1   ███████████████████████████████████     ██████████

 ■   ████████████████████████████

 3           MR. SCHWING:  Vague.

 4           THE DEPONENT:  So you're asking me what

 ■   ██████████████████████████████████     ██████████

 ■   ██████████████████████

 7       Q.  (By Mr. Gould)  Right.

 8       A.   That's not something I could -- I could

 9   speak to because it's not really part of the

10   process.                                     11:24:54

11       Q.   Got it.

 ■           ████████████████████████████

 ■   ██████████████████████████████████

 ■   ██████████████████████████████

15       A.   Can you say that question again, please.   11:25:10

16       Q.   Sure.  Sure.  Be happy to.

 ■           ████████████████████████████████

 ■   ████████████████████████████

 ■   ██████████████████████████████████

 ■   █████████                               ██████████

 ■       ██  ██████████████████████████████████

 ■   ██████████████████████████

 ■       ██  ████████████████████████████████

 ■   ████████

25       A.   That -- that gets into --                 11:25:51
```



1      Q.   Let me ask it differently.  Sorry.          11:25:55

2           If I'm watching a video on Facebook, I'm

3      not watching it on -- or excuse me.

4

9      Q.   Do you know who would be able to speak to

10     that?                                              11:26:16

11     A.   Honestly --

12          MR. SCHWING:  Sorry.  Just give me a

13     second.

14          The question is vague.

25     A.   I wouldn't be able to speculate if a         11:27:18

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7

8

9

10          MR. SCHWING:  Vague.                    11:27:58

11

12

13

14

15

16

17

18

19

20

21      Q.   Okay.  Thank you.

22           Sorry.  I didn't mean to spend too much

23  time on that, but that's very helpful to me.

24

25  correct?                                         11:28:54



1

2

3

4          MR. SCHWING:  Compound.

5          THE DEPONENT:  I'm sorry.  Did somebody          11:29:14

6    say something?

7          MR. SCHWING:  I said it's com- --

8    compound.

9

10

11     A.   Again, I wasn't involved in how the --

12    the data was pulled.  So all I can speak to is the

13    data that's on the --

14     Q.   Okay.

15     A.   -- on -- in the spreadsheet.          11:29:37

16     Q.   And so similarly, you don't know whether

17

18    correct?

19

20

21

22          MR. SCHWING:  Scope.  Outside the scope.

23     Q.   (By Mr. Gould)  Let me step back then,

24    Mr. Fahey, because, again, I don't want to waste

25    anybody's time.          11:30:14

Page 52

HIGHLY CONFIDENTIAL

```
1        A.    Sure.                                        11:30:15

2        ███         ████████████████████████

███   █████████████████████████████████████████████████████

███   ████████████████████████████████████████

5              MR. SCHWING:  Vague.                         11:30:27

6              THE DEPONENT:  That is correct.  I'm

7    prepared to talk about the numbers themselves.

8              MR. GOULD:  Great.  So, again, just for

9    the record, I'll be expecting your designee for

10   subtopic c to be able to talk about -- to talk        11:30:38

11   about that.

12        Q.   (By Mr. Gould)  So do you know whether

13   Facebook enables video content creators to keep

███   ██████████████████████████████

15             MR. SCHWING:  I -- I think -- let's pause    11:30:50

16   on that.

17             I do think that the witness can generally

18   speak to the fact that -- you know, that there

19   are -- are metrics and that different kind of

20   general -- you know, kind of use cases, why things    11:30:59

21   are, you know, asked for.  But I think your

22   question was just -- I just want to be helpful,

23   Mr. Gould, in terms of kind of the -- the scope

24   here.

25             MR. GOULD:  Okay.                            11:31:12
```

Page 53

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  You know, specific -- like        11:31:13

 2    it depends what you're asking exactly.  He -- he's

 3    not going to know every metric ever pulled and --

 4    and why and how it was used because it's a giant

 5    business.  But I do think he can generally speak       11:31:21

 6    to the -- the topic.  So I want to -- I want to

 7    pause you there and let you explore that, if you'd

 8    like to.

 9         Q.   (By Mr. Gould)  Okay.  So does Facebook

10    enable video content creators to keep track --         11:31:36

██

12         A.   We enable content creators, through

13    Creator Studio, to keep track of a set of metrics.

██

15    there.  But there is -- there are metrics related       11:31:51

16    to watch time.
```

Page 54

HIGHLY CONFIDENTIAL



18          MR. SCHWING:  Objection.

19          THE DEPONENT:  Yeah.  I -- I -- I

20   apologize.  I'm very much a numbers person so I'm          11:33:48

21   hesitant to use adverbs and adjectives.

22          Q.   (By Mr. Gould)  Sure.  Qualitative to

23   describe the quantitative?

24          A.   Yeah.

25          MR. GOULD:  Got it.  Okay.  Let's go on          11:33:59

HIGHLY CONFIDENTIAL

1    to 622.                                            11:34:00

2         (Exhibit 622 was marked for

3    identification by the court reporter and is

4    attached hereto.)

5         Q.   (By Mr. Gould)  Okay.  And this is a     11:34:03

6    spreadsheet, correct?

7         A.   Yeah.  Bear with me with one second.

8         Q.   Oh, sure.  Of course.

9         A.   I got to put the password back in.  The

10   laptop locked up.                                  11:34:18

11        622.  Okay.  I have it up.

12        Q.   Got it.  Okay.

13        You reviewed this spreadsheet in advance

14   of your deposition today, correct?

15        A.   Yes.                                      11:34:50

25   excuse me.                                          11:35:25

Page 56

HIGHLY CONFIDENTIAL



Page 57

HIGHLY CONFIDENTIAL



```
 1   ███████████████████████████████████   ████████

 █   ████████████████████████

 3        A.   I wouldn't be able to speak to -- to

 4   that.  Again, I'm really only prepared to talk

 █   ██████████████████████████   ████████

 6        Q.   Sure.

 █            ████████████████████████

 █   ███████████████████████████████████

 9        A.   Yes.  My understanding is this is

 █   ████████████████   ████████

11        Q.   Okay.  Let's go on to -- this is 622.

12   Let's go on to 623.

13        A.   Before we move on -- you know, I just --

14   I wanted to flag something because you had asked me

 █   ██████████████████████████████   ████████

 █       ████   ██████

 █       ████   ████████████████████

 █       ████   ██████

 █       ████   ██████████████████████████

 █   ████████████████████████████   ████████

21        Q.   Yes.  Thank you.  Yes.  Thank you.  Yes.

22        A.   I just didn't want you to think I was

23   glossing over that.

24        Q.   No, Mr. Fahey.  Thank you.  Thank you for

25   pointing that out.                          11:38:08
```

Page 58



15      Q.   And are you able to produce a spreadsheet         11:38:46

18           MR. GOULD:  Okay.  Mr. Schwing --

19           MR. SCHWING:  Yes.

20           MR. GOULD:  -- I would just respectfully          11:39:04

21   ask that -- that Facebook do so and produce it to

22   us, if it hasn't already.

23           MR. SCHWING:  Yeah.  And it may be

24   helpful to speak to Mr. Fahey about that.  It -- I

25   think it depends on -- I'm -- I'm happy to speak          11:39:16

Page 59

HIGHLY CONFIDENTIAL

1  ████████  ██████████████  ████████

   █  ██████████████████████

   █  ██████████████████████████

   █  ████████████████

5          And you can ask Mr. Fahey more about that        11:39:34

6  now, if you would like to, but -- or we -- or we

7  can discuss it later.  Whatever -- whatever makes

8  sense.  But it's not the kind of thing that I can

9  just easily do.  I think it may be --

10         (Simultaneously speaking.)                        11:39:46

11         MR. GOULD:  No, I'm not asking you today,

12  by any means.

13         MR. SCHWING:  Well, or even -- it may be

14  difficult later even.  We need to discuss the --

15  the specifics of it because I think it's a little      11:39:54

16  bit of a complex issue.

17         And so if you want to ask Mr. Fahey more

18  about it now, you can, or we can talk about it --

19         MR. GOULD:  Okay.

20         MR. SCHWING:  It's certainly not                  11:40:02

21  something we can resolve right now.

22         MR. GOULD:  Sure.  Get it.

23     Q.   (By Mr. Gould)  So Mr. Fahey, on this

   █  █████████████████████

   █  █████████████████████  ████████

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7            MR. GOULD:  Okay.  So that was 622, I

8    believe.  I think -- yes.

9            (Exhibit 623 was marked for

10   identification by the court reporter and is     11:40:47

11   attached hereto.)

12           MR. GOULD:  So let's move on to 623 --

13   Exhibit 623, Mr. Fahey.

14           This is Bates number -03962691.

15    Q.   (By Mr. Gould)  Mr. Fahey, did you review    11:41:04

16   this document in advance of the deposition today?

17    A.   I did.

18

Page 61

HIGHLY CONFIDENTIAL



12          Let's leave it there for now.

22          Thank you.

Page 62

HIGHLY CONFIDENTIAL

1

5      A.    That is a very difficult question to          11:43:22

6   answer as yes or no.

7      Q.    Then -- then answer to your best -- the

8   best of your ability.

9

13          MR. GOULD:  Okay.  Okay.  Moving on to

14   the next exhibit.

15          (Exhibit 624 was marked for               11:43:59

16   identification by the court reporter and is

17   attached hereto.)

18          MR. GOULD:  That would be 624, I believe.

19   And that corresponds to Bates number -- for those

20   of you following along -- -03970356.              11:44:14

21      Q.    (By Mr. Gould)  Mr. Fahey, did you review

22   this document in advance of your deposition today?

23      A.    I did.

24      Q.    Okay.  And the following question applies

25   to both this spreadsheet and the rest of the      11:44:35

Page 63



1    spreadsheets that we've seen today.                    11:44:38

2

5        Q.    Okay.   Thank you.                           11:44:43

6

18            Can you tell me what that captures?

22            So in other words, is this by -- by

24    you don't have to answer this question because I'm

25    going to put it in -- in a form that is admissible.    11:45:58

Page 64

HIGHLY CONFIDENTIAL

```
 1            But the things that I am -- I am talking          11:46:01

 2    ████████████████████████████████████████████████

      ████████████████████████████████████████

      ████████████████████████████████████████████

      ██████████  ████████████████████████████████        ██████████

      ████████████████████████████████████████████

      ██████████████████████████████

 8            That's the sort of metric I'm talking

 9    about.

10            ████████████████████████████████████████        ██████████

      ████████████████████████████

12            MR. SCHWING:  I'm going to object to the

13    form with all the -- the lead-in.  But maybe --

14    just to help you out maybe, Ben, like can -- give a

15    little explanation.  Maybe it's helpful.            11:47:05

16            Do you want to start with a new question

17    so that he can answer it so I don't have to object

18    to it.

19            MR. GOULD:  Sure.

20            MR. SCHWING:  Okay.                          11:47:11

      ████   ████   ████████████   ████████████████████

      ████████████████████████████

      ████   ██████████████████████████████

      ████████████████████████████████████████████

      ████████████████████████████████████████████        ██████████
```

Page 65

HIGHLY CONFIDENTIAL



11        Q.    Anything else?

Page 66

HIGHLY CONFIDENTIAL

1

2      A.   That's correct.  I can only speak of --

3

6           MR. GOULD:  Moving on to I think -- was

7      that 624?  I think it was.

8           (Exhibit 625 was marked for

9      identification by the court reporter and is

10     attached hereto.)                              11:49:48

11          MR. GOULD:  So moving on to 625, which is

12     Bates number -03962693.

13     Q.   (By Mr. Gould)  There are two columns

14     here.

Page 67

HIGHLY CONFIDENTIAL



12      Q.   And a video that is recorded using that

13   live button, it can, after it's recording, be

14   uploaded to the Facebook Platform to be viewed on

15   demand, if the content creator so wishes?            11:51:25

16      A.   If the content creator wishes, they

17   can -- at the conclusion of streaming, they can

18   choose to save.  They can choose to share.

19   They can -- they can -- they can choose to put it

20   on the platform.                                      11:51:47

23      A.   Give me one second here.



```
 1        ■   ■    ■■■■■■■■■■■■■■■■■■            ■■■           11:52:17

          ■■■■■■■■■■■■■■■■■■

          ■■■■■■■■

          ■    ■■

 5        Q.    Okay.  The way that Facebook gathers this          11:52:17

 6   data is, broadly speaking, the same process we've

 7   spoken about earlier, correct?

 8        A.    Correct.

 9        ■    ■■■■■■■■■■■■■■■■■

          ■■■■■■■■■■■■■■■■■■            ■■■

          ■■■■■■■■■■■■■

          ■    ■■■■■■

          ■    ■■   ■■■■■■■■

          ■■■■■■■■■■■■■■■■■■

          ■    ■■                         ■■■

16        Q.    Okay.  Let's go back to 624.

          ■■■■■■■■■■■■■

18        A.    Okay.

19        Q.    Okay.  So similar questions, in producing

          ■■■■■■■■■■■■■■■■■■            ■■■

          ■■■■■■■■■■■■■■■■

          ■■■■■■■

          ■    ■■■■■

          ■    ■■■■■■■■■■■

          ■■■■■■■■■■■■■■■■■■            ■■■
```

Page 69

HIGHLY CONFIDENTIAL



```
 1

                                                                    11:53:47

 6        A.    In reviewing this sheet, no, correct.

 7              MR. GOULD:  Let's -- we were just on 625.

 8   So let's move on to 626.

 9              The Bates number here is -03962694.

10              (Exhibit 626 was marked for                          11:54:04

11   identification by the court reporter and is

12   attached hereto.)

13        Q.    (By Mr. Gould)  And did you review this

14   spreadsheet in advance of the deposition,

15   Mr. Fahey?                                                      11:54:16

16        A.    I did.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



21          MR. SCHWING:  Object -- object to form.

22          Just to be helpful, Ben, you just left

24    just have --

25          MR. GOULD:  Oh, I'm sorry.                11:56:19



1

5          Q.    No.                                        11:56:40

6                Okay.  What does it show?

19               MR. SCHWING:  Okay.  My -- my apologies

20    for trying to be helpful there.  I almost got in      11:57:23

21    the way.

22               MR. GOULD:  It is okay.  You at least --

23    you at least removed all ambiguity.

24               MR. SCHWING:  I'm trying to get -- I'm

25    trying to help us get through this.                   11:57:31

                                                Page 72



```
 1            MR. GOULD:  Yeah.  Yeah.  Yeah.  No, it's        11:57:33

 2    great.  I appreciate it.

 3

15            MR. GOULD:  Okay.  Got it.                        11:58:11

16            Moving on to 627, which is

17    Bates number -03962695.

18            (Exhibit 627 was marked for

19    identification by the court reporter and is

20    attached hereto.)                                        11:58:16

21            THE DEPONENT:  Okay.  I have it open.
```

Page 73

HIGHLY CONFIDENTIAL



14       Q.   Great.

17            Does this -- what does that show --

18       A.   That shows --

19       Q.   -- the last column?

20       A.   Yeah, that's a good question.          11:59:24

Page 74



```
  1

  ▪

  ▪

  ▪

  ▪

  ▪

  ▪

  8      Q.    Thank you.

  9      A.    Yeah.

  ▪

  ▪

  ▪

  ▪

  ▪

  ▪

  ▪

  ▪

  ▪

  ▪

 20      Q.    Okay.  Moving on, we have just reviewed      12:00:49

  ▪

  ▪

 23            Sorry.  Let me restate that.

  ▪

  ▪
```

Page 75

HIGHLY CONFIDENTIAL

1  ███████████████████████████████    ████████████

   ██  █████████████████████████████████

   ██  ████████████████████████

   ██      ██  █████████████████

5       Q.    Okay.  Are there other ways that Facebook      12:01:49

6  measures video content, that's delivered via the

7  Facebook Platform, that do not appear in the

8  documents we've gone over so far?

9          MR. SCHWING:  The question is vague.

10         THE DEPONENT:  That's pretty open-ended.      12:02:20

11  Could you be more specific about the kind of metric

12  you're looking for.

13      Q.   (By Mr. Gould)  Well, sitting here, can

14  you think of any metric that, in your experience,

15  you've seen applied to video content on the      12:02:45

16  Facebook Platform that we haven't spoken about thus

17  far in this deposition?

18          Please take your time.

19          MR. SCHWING:  The question is vague.

20          THE DEPONENT:  No.      12:03:25

21      Q.   (By Mr. Gould)  Okay.  So does

22  Facebook -- I'll be more specific now.

   ██          ███████████████████████████████████

   ██      ████████████████████████████████

   ██      ████████████████████████████████    ████████████

                                              Page 76

HIGHLY CONFIDENTIAL

1   ███████████████████████████████                    ████████

2            MR. SCHWING:  Sorry --

3            THE DEPONENT:  If you mean in

    █  ████████████

5            MR. SCHWING:  I'm sorry, Mr. Fahey,          12:04:06

6   just -- sorry.  You're quicker -- quicker than I

7   am.

8            THE DEPONENT:  Sorry.

9            MR. SCHWING:  The question is vague.

10           I apologize for interrupting you.            12:04:11

11           You can go ahead, if you understand.

12      Q.   (By Mr. Gould)  Mr. Fahey, I'll -- just

13   for -- to make things easier, I'm going to restate

14   it.

15           Can Facebook measure the amount of data      12:04:28

16   that's related to video content on the

17   Facebook Platform, relative to the total amount of

18   data on the Facebook Platform?

19           MR. SCHWING:  The question is vague.

20           THE DEPONENT:  Could I maybe help?           12:04:54

21      Q.   (By Mr. Gould)  Please.  Please.

22      A.   Do you mean -- do you mean like -- do you

23   mean in terms --

24      Q.   I will take all the help I can get.

    █     █     ████████████████     ████████

HIGHLY CONFIDENTIAL

1        Q.    Yeah.                                            12:05:07

2        A.    Is that what you mean?

3        Q.    Yeah.

4        A.    I would have to -- I would only be

5    speculating.  I am not aware --                           12:05:13

6        Q.    Okay.

7        A.    -- of anything related to that.

8        Q.    Does -- can Facebook measure the

9    proportion out of the aggregate user time spent on

10   the platform that users spend watching videos?           12:05:28

11           MR. SCHWING:  Vague.

█  ████████      ████████████

█  ███████████████████████

█  ███████████████████████████

█  ███████                         ████████

16       Q.    (By Mr. Gould)  Sure.  Let's start there.

17           Yes, that's what I mean.

18       A.    For that one, no.

19           Let me take a look here.  I might be in

20   the wrong sheets.                                         12:06:40

21           Yeah.  I'm -- I'm not -- you know, I'd

22   have to -- I'd be speculating.  I'm going through

23   these sheets and I -- and I -- I think understand

24   the question you're asking.  And I could only

25   speculate or guess.  I'm not aware.                       12:06:55

                                                              Page 78

HIGHLY CONFIDENTIAL

```
 1        Q.   How about -- go to Exhibit 621, if you        12:07:00

 2   wouldn't mind --

 3        A.   Sure.

 4        Q.   -- which is Bates number, I believe,

 5   -03962689?                                               12:07:09

 6        A.   Correct.

 7        Q.   Okay.  And do you see column D there?
```

██     ██   ████████████████

██     ██   ████████████████████████████████

██   ████████████████████████████████████████        ███████████

```
11             MR. SCHWING:  The question is vague.
```

██         ██████████████    ████████████████████

██   ██████████████████████████████

```
14        Q.   (By Mr. Gould)  Do you know whether

15   Facebook measures the amount of time that users         12:07:45

16   spend on the Facebook Platform?

17             MR. SCHWING:  Outside the scope.

18             THE DEPONENT:  I do.

19        Q.   (By Mr. Gould)  And does it keep track of

20   that?                                                   12:08:11

21             MR. SCHWING:  Same objection.
```

██         ██████████████    ██████████████████

██   ███████    ████████████████████████████████

██   ███████████████████████████████████████████

██   █████████████████████████████████████████        ███████████

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1        Q.    (By Mr. Gould)  Fair.                    12:08:44

 2             It is correct to say, however, that

 3    Facebook has the capacity to produce numbers

 4    showing the aggregate amount of time that all users

 5    spend on the Facebook Platform for a given year; is  12:09:10

 6    that correct?

 7             MR. SCHWING:  Outside the scope.

 8             THE DEPONENT:  I would only be

 9    speculating at this point in time whether or not

10    we -- we do or have produced that number.           12:09:30
```

▮        ▬▬   ▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬

▮   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

```
14        A.    That's correct.

15        Q.    And does Facebook store the raw data that  12:09:49

16    is produced by that measurement somewhere?

17        A.    I honestly don't know.
```

▮        ▬▬   ▬▬▬▬▬▬▬▬▬▬▬▬

▮   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮   ▬▬▬▬▬▬▬▬▬▬                      ▬▬▬▬

▮        ▬▬   ▬▬▬▬▬▬▬▬▬▬▬

▮   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮   ▬▬▬▬▬▬▬▬▬

▮        ▬▬   ▬▬▬   ▬▬▬

▮        ▬▬   ▬▬▬                      ▬▬▬▬

```
                                          Page 80
```



1      Q.   Okay.  And here we're -- we talked          12:10:59

2   about -- actually, never mind.

7      Q.   Okay.

14     A.   I'm sorry.  Say that again, please.

15     Q.   Sure.                                         12:11:48

23     A.   So I'm just trying to correlate your

25     Q.   Take your time.                               12:12:43

Page 81

HIGHLY CONFIDENTIAL

1        A.    For that I would be speculating.          12:13:01

2   That would -- that's not something I could -- I

3   could say yes or no to.

4        Q.    For the spreadsheets we have discussed so

5   far, videos that are included in advertisements on    12:13:18

6   the Facebook Platform have not been included in any

7   of the numbers we have looked at, correct?

8        A.    That's a great question.

▮   ████████████████████████████████████████

▮   ██████████████████████████████████████████        ███████████

▮   ██████████████

▮        ██   ████████████████████████████████████

▮   ████████████████████

14       A.    Yeah.  Sorry for the -- for the term.

15       Q.    That's fine.                                12:14:10

▮        ██   ██████████████████████████████████████

▮   ██████████████████████████████████████████

▮   ██████████████████████████████████████████

▮      ███   ████████████████████████████████

▮   ██████████████████████████   ████████████████        ███████████

▮   █████████████████████████

▮        ██   ████████████████████████████████

▮   ████████████████████████████████████████

▮   ██████████████████████████████████

25       A.    I can't -- I can't speak to the -- the      12:15:11

Page 82

1 ████████   ████████████████████████   ████████

2 ████████████████████████████████████

3 ████████████████████████████████████████

4 ██████████████████████████████████

5 ████████████████████                    12:15:29

6       Q.   Let me give an example to see if I

7 understand what this means.

8           Suppose that Larry David uploads -- do

9 you know who Larry David is?

10      A.   (Deponent nods head.)                12:15:56

11      Q.   Okay.  Let's suppose that Larry David

12 uploads a video showing him buying cryptocurrency.

13 Let's say a cryptocurrency exchange wants to ensure

14 that people see that video -- or more people see

15 that video.                                    12:16:26

16          Would one way to do that be to boost that

17 video?

18          MR. SCHWING:  Outside the scope, insofar

19 as it relates to advertising.  There's another

20 witness for that.                              12:16:41

21          THE DEPONENT:  I'd be -- I -- I would be

22 speculating on how that interplay between the

23 creator and the company would work.  I -- I don't

24 know the answer to that.

25          MR. GOULD:  Okay.                     12:16:57

                                                 Page 83

```
 1              MR. SCHWING:  Ben, we've been going for a       12:17:13

 2    little over an hour.  Is this a good time for a

 3    break?

 4              MR. GOULD:  Sure.  Do you want to take a

 5    five- or ten-minute break?  I'm happy to do that.       12:17:20

 6              MR. SCHWING:  Okay.  And without holding

 7    you to anything hard and fast, do you have a sense

 8    of --

 9              MR. GOULD:  Oh, I would say -- I -- I

10    would say that we probably have an hour to go.          12:17:34

11              MR. SCHWING:  Okay.  All right.  That's

12    helpful.  I was just, you know --

13              MR. GOULD:  Yeah.

14              MR. SCHWING:  -- an approximation, and

15    we're trying to get other folks.  So that -- all        12:17:49

16    right.  Why don't we go ahead and take a break and

17    we'll be back in about ten.

18              THE VIDEOGRAPHER:  Okay.  We're off the

19    record.  It's 12:17 p.m.

20              (Recess taken.)                                12:20:52

21              THE VIDEOGRAPHER:  We're back on the

22    record.  It's 12:36 p.m.

23         Q.   (By Mr. Gould)  Mr. Fahey, I asked you

24    whether -- for any of the spreadsheets we have
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL



```
 1

 3          Do you remember that question?

 4     A.   I do.

 8     A.   Say that again, please.

22     A.   I'm going to give you my best

23   layperson --

24     Q.   Please.

25     A.   -- understanding.  Ads are not my area of      12:38:51
```

Page 85

HIGHLY CONFIDENTIAL



```
 1    ███████████                              ███████████

      ██          ████████████████████████████

      ██    ████████████████████████████

      ██    ████████████████████████████████

      ██    █████████████████████████        ████████████

      ██    ████████████    ████████████████████

      ██    █████████████████████████████████

      ██    ████████████████████████████████

      ██    ██████

10          Q.   I see.                               12:39:28

      ██          ████████████████████████████

      ██    ██████████████████████████████████

      ██    ████████████████████

14          A.   That's where you're pushing my

15    understanding of how things work.  I -- I don't    12:39:45

      ██    █████████████████████    ███████████████████

      ██    ████████████████████████████████

      ██    ██████████

      ██       █  ████████████████████████████

      ██    ████████████████████████████████    ████████████

      ██          ███████████████████████████

      ██    ██████████████████████████

      ██    ██████████████████████████████

      ██    ████████████████████████████████████

      ██    ████████████████████████        ████████████
```

Page 86

HIGHLY CONFIDENTIAL

1   ▐████████████████████████████▌        ▐██████▌

2           MR. SCHWING:  Objection.  Vague.

▐   ▐███████████▌  ▐████████████████▌

▐   ▐████████████▌  ▐████████████▌

▐   ▐████████████████████████▌        ▐██████▌

▐   ▐████▌

7           Q.   (By Mr. Gould)  Sure.

▐   ▐███████████████████▌

▐   ▐██████████████████▌

▐   ▐████████▌                          ▐██████▌

▐   ▐█▌  ▐████████████████▌

▐   ▐██████████████████████▌

▐   ▐████████████████████▌

▐   ▐████▌

▐   ▐█▌  ▐████████████████▌        ▐██████▌

▐   ▐██████████▌

17          A.   So if you think about the process by

18   which someone would choose to share a video, they

19   can upload the video without choosing to publish

20   it.  Meaning that it's been uploaded and it's        12:42:20

21   stored, but it is not available to anyone other

22   than the person who uploaded it.

▐   ▐█▌  ▐███████████▌

▐   ▐██████████████████▌

▐   ▐███████████▌                       ▐██████▌

                                              Page 87

1          One of those ways is if a user uploads a          12:42:53

2     video and then shares it with friends, correct?

3          A.   If a user that is not -- that is --

4     that -- when you say "user," do you mean somebody

5     like yourself or myself, that kind.          12:43:15

6          Q.   Yeah.

7          A.   If a user uploads a video, it will be

8     published unless they have specifically set their

9     privacy settings or their app settings to be

10    otherwise.          12:43:43

11         Q.   What about if a user live streams a

12    video, is that -- does that fall -- live streams it

13    such that other Facebook users can watch it.

14         Does that come under the heading of

15    publishing a video?          12:44:09

23         Q.   If an organization or group with a

24    Facebook page uploads a video to their page, and

25    the privacy settings are such that other Facebook          12:45:00

HIGHLY CONFIDENTIAL

```
1    users that -- that -- that Facebook users can watch      12:45:03
2    it, is that -- does that fall under the heading of
3    pub- -- publishing the video?
4         A.   If a user uploads to a page the way you
5    described, yes.                                           12:45:19
6         Q.   Okay.  And -- well, by -- by user, are
7    you -- do you -- are you including organizations or
8    groups of Facebook pages?
9         A.   Yes.
10        Q.   Okay.  If a brand places an ad with            12:45:40
11   Facebook and that ad includes video content, is
12   that publishing a video?
13        A.   Going back to my caveat that I'm not an
14   expert on the ad system, if -- when you say
15   "brand," do you mean an organization or -- or a          12:46:21
16   user, or somebody -- what do you mean by "brand"?
17        Q.   J.C. Penney.  Boeing.
18        A.   Okay.
19        Q.   Sears.
20        A.   Sure.                                           12:46:32
21        Q.   Microsoft, whatever.
22        A.   If they upload a video to their page,
23   that's what I mean by published.
24        Q.   What if they don't upload it to the page
25   but simply place it as an ad with Facebook; is that      12:46:50
```

Page 89

HIGHLY CONFIDENTIAL

```
 1    publishing a video?                            12:46:55

 2        A.   That starts to get into how the ad system

 3    works.  I -- I couldn't speak to that process at

 4    all.  Like the -- the way you're summarizing that,

 5    I couldn't speak to that.                       12:47:07

 6        Q.   When a Facebook user uploads video

 7    content to the Facebook Platform, the

 8    Facebook Platform stores that video content

 9    somewhere, correct?

10        A.   Yes.                                   12:47:32

11        Q.   Where does it store the video content?

12        A.   I don't mean to be difficult here.  But

13    when you say "where" --

14        Q.   Uh-huh.

18        A.   I -- I couldn't speak to physically

19    where.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1 ████████████████████████████████  ██████████

2 ██████████████████████████

3 ██  ████████████████████████████

4 ████████  ████████████████████████

5 █████████████████████████  ██████████

6 ██  ████  ████████████████████████

7 ████████████████████████████████

8 ██████████████████████████████

9        A.    Are you asking how is a video stored?

10       Q.    Yes.  Sure.  Let's start there.          12:49:19

11             How is the video stored?

12       A.    I could not really speak to the mechanics

13   of how it's stored.

14       Q.    And --

15             MR. SCHWING:  Yeah, I'm just going to     12:49:37

16   insert a belated objection that this is outside of

17   the scope.  Mr. Fahey can talk about the user's --

18   kind of the infrastructure for the user's access,

19   and, you know, tracking of user's access

20   interactions.  But the storing of the actual video  12:49:50

21   is not something that is contemplated under

22   topic 9a or b.  And there will be another witness

23   with respect to advertising.

24       Q.    (By Mr. Gould)  Mr. Fahey, would you mind

25   going back to -- going back to Exhibit 330 for me.   12:50:14

Page 91

HIGHLY CONFIDENTIAL

1    I'm going to direct your attention to page 15.          12:50:34

2          Let me know when you're there.

3          A.   I'm on page 15.

4          Q.   Okay.  And do you see at the very top of

5    the page, it reads "b. the records or information        12:51:07

6    that Facebook has regarding such content and users'

7    access to, interactions with or sharing of such

8    content."

9          You understand that that's one of the

10   subtopics you were designated to testify on; is          12:51:24

11   that correct?

12         A.   Yes, I do.

13         Q.   Okay.  And do you have any questions

14   about what that means?

15         A.   Yes, I do.                                     12:51:38

16         Q.   Okay.  What questions do you have about

17   what subtopic b means?

18         A.   What is meant by records or information.

19         Q.   Well, among other things, you know, what

20   we meant was where and how video content is stored.       12:51:57

21   But let's -- let's put that aside for now.

22         Are you -- let me just -- again, I don't

23   want to waste anybody's time.

24         Are you prepared to testify about how and

25   where video content is stored on Facebook when --         12:52:19

                                                     Page 92

1    when -- when video content is uploaded to Facebook?        12:52:23

2        A.   I'm prepared to testify about how we

3    track and measure video.

4        Q.   Okay.

5        A.   And interactions and sharing.        12:52:37

6        Q.   Okay.  So you're -- you're not prepared

7    to testify about storage of video content, correct?

8        A.   Correct.  That's not my area of

9    expertise.

10       Q.   Okay.  Okay.  So you wouldn't be able to        12:52:54

11   prepare -- you -- you wouldn't be prepared to

12   testify about whether, say, comments on an uploaded

13   video are one of the things that are stored along

14   with the video content itself?

23       Q.   Okay.  Are you prepared to testify about

24   how video content is retrieved or made available to

25   a user who views it?        12:54:24

HIGHLY CONFIDENTIAL

```
 1          A.   No.                                    12:54:30

 2          Q.   Okay.  Are you prepared to testify about

 3     how video content is retrieved or made available to

 4     a user who comments on it?

 5          A.   No.                                    12:54:47

 6          Q.   Are you prepared to testify about how

 7     video content is delivered to or made available to

 8     a user who shares it?

 9               MR. SCHWING:  I'll just note that there

10     is another witness who we've identified who can     12:55:12

11     discuss how users are able to access video.

12               David Miller will -- will be able to

13     speak to that.  Not necessarily the -- like the

14     nitty-gritty technical storage issue.  But if

15     you're asking about, you know, video made available 12:55:35

16     to users, he -- he can address that.

17               So I wanted to just flag that.  But if

18     your questions are more sort of technical in

19     nature, then...

20               MR. GOULD:  Okay.  David Miller, who's    12:55:51

21     designated to testify about subtopic c, will be

22     able to discuss how users are able to access video?

23               MR. SCHWING:  Yeah.  In terms of --

24     right.  I mean, there are different tabs in -- on

25     Facebook you can see through watch or live or --     12:56:04
```

                                           Page 94

HIGHLY CONFIDENTIAL

```
 1     you know, and -- and how you could go about doing        12:56:06

 2     that.

 3              MR. GOULD:  Okay.

 4              MR. SCHWING:  If your questions are

 5     nitty-gritty technical questions --                      12:56:13

 6              MR. GOULD:  Okay.

 7              MR. SCHWING:  -- about where a video is

 8     stored, like -- you know, and how it works through,

 9     you know, an -- an edge server, or something like

10     that, I'm not sure why that would be relevant to        12:56:24

11     the case, but he wouldn't be able to do that.

12              I don't know why you would want to know

13     that, but we can -- we can chat with you about

14     that.  I just wanted to make sure that -- to -- to

15     try to be helpful in terms of, you know, Mr. Fahey      12:56:33

16     today and what he can cover versus other witnesses

17     that -- that I share that.

18        Q.   (By Mr. Gould)  Again, I don't want to

19     waste your time, Mr. Fahey.

20              So are you -- are you prepared to testify      12:56:51

21     about whether video content is stored, just the

22     fact of storage?

23        A.   As I mentioned before, yeah, I can say

24     that video is stored.  It -- it gets into --

25     the how is not my area of expertise.                    12:57:09
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1          I interpreted topic b as the -- as being        12:57:16

2     related to topic a.  So the systems related to the

3     counts.  The systems related to the numbers and the

4     metrics that are produced.  So that's what I

5     prepared for today.                                     12:57:29

6          Q.   Got it.

7               Are you aware of any time during which

8     video content was capable of being uploaded to the

9     Facebook Platform where uploaded videos were not

10    stored?                                                 12:57:49

11         A.   I couldn't speak to that one way or the

12    other because that predates my time here.

13         Q.   Okay.  During your tenure at Facebook,

14    i.e., since 2014, are you aware of any time during

15    which videos uploaded to the Facebook Platform were     12:58:09

16    not stored?

17         A.   My definition for upload implies storage.

18    So if the video was uploaded, it would have been

19    de facto stored.

20         Q.   In other words, storage is inherently a       12:58:37

21    part of uploading, correct?

22         A.   Correct, because if it was not -- if it

23    was a failed upload, it would not have been stored.

24         Q.   Fabulous.

25              If video is live streamed and then saved      12:58:58

Page 96

HIGHLY CONFIDENTIAL

```
1    to the Facebook Platform, that saving likewise        12:59:01

2    inherently involves storage, correct?

3         A.   That saving process effectively is

4    another upload -- is another upload process, yes.

5         Q.   So every time video content that has been   12:59:20

6    live streamed is saved to the Facebook Platform, it

7    is stored?

8         A.   Not my area of expertise.  And the reason

9    I'm equivocating here is because you said "every

10   time," and I would be speculating.                    12:59:43
```

███    ██    ███████████████████████

███    ███████████████████████████████

███    ███████████████████████████████

███    ██████████████████████████

███    ██    ███████████████████████        ████████

███    ████████    ██████████████████████████

███    ██████████    ██████████████████

```
18        Q.   Okay.

19        A.   It's really -- it's really outside of

20   what I know.                                          01:00:15

21        Q.   Okay.  Are you prepared to -- to testify

22   about whether or not "comments" and "likes," or

23   other interactions with video content, whether that

24   is -- that data is stored?

25        A.   Yes, that data is stored.                   01:00:50
```

Page 97



1       ▮▮  ▮▮▮  ▮▮▮                                    ▮▮▮▮

▮      ▮▮▮▮▮▮▮▮▮▮▮▮

3       which users watch a piece of video content?

4           A.   Can you be more specific or provide an

5       example?                                        01:01:12

6           Q.   Sure.

7                Suppose that ten Facebook users watch a

8       video one of their friends has uploaded, are the

9       names and user ID numbers of those watchers stored

10      somewhere on Facebook's systems as having watched   01:01:40

11      the video?

12               MR. SCHWING:   The question is vague.

▮       ▮▮▮▮▮▮   ▮▮▮▮▮▮▮

▮       ▮▮▮▮▮▮▮▮▮▮

▮       ▮▮▮▮▮▮▮▮▮                                      ▮▮▮

▮       ▮▮▮▮

17          Q.   (By Mr. Gould)  I'm -- I'm -- no, I'm

18      talking about watching.

▮       ▮▮▮▮▮▮▮▮▮

▮       ▮▮▮▮▮▮▮▮                                       ▮▮▮

▮       ▮▮  ▮▮

▮       ▮▮  ▮▮▮▮▮▮

▮       ▮▮▮▮▮▮▮▮

▮       ▮▮  ▮▮▮▮▮

▮       ▮▮  ▮▮▮▮▮▮▮                                    ▮▮▮

HIGHLY CONFIDENTIAL



```
1
2
3
4        Q.   Are the aggregate numbers of persons who

5   have watched a video stored by Facebook?          01:03:20

6        A.   Say that again, please.
```

```
                                                      Page 99
```

HIGHLY CONFIDENTIAL



23          MR. GOULD:  Mr. Schwing, I think if we

24   take a quick two- or three-minute break, we will

25   probably be able to finish up very quickly          01:06:33

Page 100

HIGHLY CONFIDENTIAL

```
 1    thereafter.                                              01:06:35

 2           Okay?

 3           MR. SCHWING:  Okay.  Why don't we take --

 4    why don't we take a short break and we'll be back.

 5           MR. GOULD:  Thanks.                               01:06:42

 6           THE VIDEOGRAPHER:  Okay.  Off the record.

 7    It's 1:06 p.m.

 8           (Recess taken.)

 9           THE VIDEOGRAPHER:  We're back on the

10    record.  It's 1:19 p.m.                                  01:19:49

11      Q.   (By Mr. Gould)  We have talked about what

12    Facebook tracks on its platform, correct?

13      A.   Correct.

14      Q.   What I want to know is, you know, do you

15    know whether Facebook tracks access to video             01:20:10

16    content by third parties?

17      A.   I don't.

18           MR. SCHWING:  It's outside the scope.

19      Q.   (By Mr. Gould)  So tell me if this is a

20    fair understanding of -- of -- of what you have          01:20:30

21    been prepared to testify about today.

22           As I understand it, you prepared to

23    testify today, and are prepared to testify today,

24    about the metrics related to user access to video

25    content, correct?                                        01:20:55
```

Page 101

HIGHLY CONFIDENTIAL

1      A.   That's topic 9a, correct, that you                    01:21:00

2   just --

3      Q.   Yeah.  I mean -- yes, that's in -- in my

4   view, it's included in 9a.

5           But what I want to know is I -- I just               01:21:08

6   want to know what -- what -- putting aside,

7   you know -- the -- the notice of deposition, I just

8   want to know the answer to what you are and are not

9   prepared to testify about today.  So let me just

10  reask the question.                                           01:21:22

11          You are prepared to testify today about

12  metrics related to user access to video content,

13  correct?

14     A.   Metrics related to user access.

15          I'm prepared to -- to talk about metrics           01:21:40

16  related to video.  You'd have to be more specific

17  when you say -- when you get into user access.

18     Q.   By "user access," I mean user -- the

19  amount of time users have spent watching videos,

20  the numbers of users who have watched videos, the           01:22:03

21  interactions by viewers to -- to -- by users to --

22  to videos.  That's the heading under which I would

23  put "user access."

24          Did -- so -- so that's what I mean by

25  "user access."                                               01:22:25

                                                      Page 102

HIGHLY CONFIDENTIAL

1          Is that -- is that fairly clear?          01:22:26

2      A.   That is clear.

3      Q.   Okay.  So under that definition of user

4  access, you are testi- -- you are prepared to

5  testify about metrics related to user access,          01:22:33

6  correct -- to video content, correct?

7      A.   I'm prepared to -- to speak about metrics

8  related to video content.



14      Q.   Sure.

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   Correct. | 01:24:01 |
| 2 | Q.   So I just -- I -- I just want to | |
| 3 | understand.   Okay. | |
| 4 | We've talked about three things you're | |
| 5 | prepared to testify about. | 01:24:10 |
| 6 | You're prepared to testify about | |
| 7 | aggregated metrics related to user access to video | |
| 8 | content. | |
| 9 | You're prepared to testify about metrics | |
| 10 | related to the aggregate amount of video content. | 01:24:18 |
| 11 | And you're prepared to testify about the | |
| 12 | systems that are used to produce those metrics, | |
| 13 | correct? | |
| 14 | A.   Yes. | |
| 15 | Q.   Is there anything else that you prepared | 01:24:31 |
| 16 | to testify about today? | |
| 17 | A.   No. | |
| 18 | MR. GOULD:   Okay.  I think that does it, | |
| 19 | except for -- | |
| 20 | Q.   (By Mr. Gould)  So during your testimony, | 01:24:53 |
| 21 | have you consulted with anybody about the substance | |
| 22 | of your testimony? | |
| 23 | A.   No. | |
| 24 | Q.   And during this deposition, including | |
| 25 | during breaks, has anyone communicated to you about | 01:25:06 |

Page 104

HIGHLY CONFIDENTIAL

```
1    the substance of your testimony?                  01:25:09

2           MR. SCHWING:  Are you talking about other

3    than attorneys?

4           MR. GOULD:  I'm -- I'm including

5    attorneys, yes.                                    01:25:19

6           MR. SCHWING:  All right.  Well, I'll

7    instruct the witness not divulge any

8    attorney-client privileged communications that may

9    or may not have happened.

10          But if you spoke with anybody else, you    01:25:29

11   can answer that question.

12      Q.   (By Mr. Gould)  Mr. Fahey, I'm not asking

13   about the substance of anyone -- anything anyone

14   may have said to you.

15          What I'm asking about is that -- is        01:25:38

16   during your deposition today has -- including

17   during breaks -- has anyone communicated to you

18   about the substance of your testimony?

19          MR. SCHWING:  And the witness is not

20   going to reveal any communications or the nature of 01:25:50

21   any communications he had with attorneys.  But if

22   he spoke with a nonattorney, you can ask that.

23      Q.   (By Mr. Gould)  Do you want me to reask

24   the question, Mr. Fahey?

25          I'm sorry.                                  01:26:14
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | SPECIAL MASTER GARRIE:  Can I make a | 01:26:17 |
| 2 | suggestion? | |
| 3 | MR. GOULD:  Yeah, of course. | |
| 4 | SPECIAL MASTER GARRIE:  Well, Mr. Fahey, | |
| 5 | do you have a question about privilege right now? | 01:26:20 |
| 6 | THE DEPONENT:  I do. | |
| 7 | SPECIAL MASTER GARRIE:  Okay.  So here's | |
| 8 | what's going to happen. | |
| 9 | We're going to go off the record. | |
| 10 | Counsel Schwing, you're going to take five minutes | 01:26:28 |
| 11 | and explain to Mr. Fahey -- let's go off the | |
| 12 | record.  Strike what I just said.  Let's just go | |
| 13 | off the record, please. | |
| 14 | THE VIDEOGRAPHER:  Okay.  We're off the | |
| 15 | record.  It's 1:26 p.m. | 01:26:41 |
| 16 | (Recess taken.) | |
| 17 | THE VIDEOGRAPHER:  We're back on the | |
| 18 | record.  It's 1:33 p.m. | |
| 19 | MR. GOULD:  I'll just reask the question | |
| 20 | again just to make sure we all understand each | 01:33:17 |
| 21 | other. | |
| 22 | Q.  (By Mr. Gould)  During this deposition, | |
| 23 | including during breaks, has anyone communicated to | |
| 24 | you about the content and substance of your | |
| 25 | testimony? | 01:33:31 |

Page 106

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    No. | 01:33:33 |
| 2 | MR. GOULD:  Thank you.  That does it for | |
| 3 | me.  Appreciate it. | |
| 4 | SPECIAL MASTER GARRIE:  Counsel Schwing, | |
| 5 | any redirect? | 01:33:45 |
| 6 | MR. SCHWING:  No. | |
| 7 | SPECIAL MASTER GARRIE:  We will go -- oh, | |
| 8 | do you want to designate this transcript? | |
| 9 | MR. SCHWING:  Yeah.  We'll designate the | |
| 10 | transcript as "Highly Confidential." | 01:33:54 |
| 11 | I think what we've been doing in the -- | |
| 12 | with other depositions is the witness, once we get | |
| 13 | the transcript, will have 45 days to review it and | |
| 14 | make any changes. | |
| 15 | Is that acceptable? | 01:34:09 |
| 16 | SPECIAL MASTER GARRIE:  So noted -- so | |
| 17 | noted for the record. | |
| 18 | Counsel Gould, you're finished, so I'll | |
| 19 | leave it to the parties if, you want to let the | |
| 20 | witness go, and we can -- | 01:34:21 |
| 21 | MR. GOULD:  Since Mr. Fahey isn't | |
| 22 | testifying about subtopics c or d, I think he can | |
| 23 | go. | |
| 24 | MR. SCHWING:  Yeah. | |
| 25 | SPECIAL MASTER GARRIE:  Well, | 01:34:40 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    Mr. Fahey --                                      01:34:40

2            THE DEPONENT:  I can hang up.

3            MR. SCHWING:  Yeah.  Thank you,

4    Mr. Fahey.

5            SPECIAL MASTER GARRIE:  We'll go off the    01:34:45

6    record.

7            THE VIDEOGRAPHER:  Okay.  We're off the

8    record.  It's 1:34 p.m.

9            (TIME NOTED:  1:34 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1       I, Rebecca L. Romano, a Registered

2   Professional Reporter, Certified Shorthand

3   Reporter, Certified Court Reporter, do hereby

4   certify:

5       That the foregoing proceedings were taken

6   before me remotely at the time and place herein set

7   forth; that any deponents in the foregoing

8   proceedings, prior to testifying, were administered

9   an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13      Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17      I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20      IN WITNESS WHEREOF, I have this date

21  subscribed my name this 26th day of July, 2022.

22

23

24      Rebecca L. Romano, RPR, CCR

25      CSR. No 12546

                                        Page 109

HIGHLY CONFIDENTIAL

1    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2    MICHAEL FAHEY (JOB NO. 5300517)

3                E R R A T A   S H E E T

4    PAGE__16__ LINE__2__ CHANGE_____"Shweta Metkar" to_____

5    "Shweta Medhekar"_____

6    REASON___Typo_____

7    PAGE__16__ LINE__2__ CHANGE_"Gee" to "Ji"_____

8    _____

9    REASON_Typo_____

10   PAGE__24__ LINE__7__  CHANGE_███████████_____

11   _____

12   REASON_Misspoke_____

13   PAGE__29__ LINE__21__ CHANGE_███████████████_____

14   _███████████████_____

15   REASON__Mistranscription_____

16   PAGE__30_ LINE__9__  CHANGE_███████████████████████████

17   _____

18   REASON__Misspoke_____

19   PAGE_70__  LINE 22-24 CHANGE_████████████████████████████

20   ██████████████████████████__████___██████████████████████

21   REASON_Mistranscription (deponent's ████  is audible in

22        the deposition video)

23   _____  *Michael Fahey* _____   _____
                                                   09-Sep-22 | 21:00 PDT

24   MICHAEL FAHEY                          Date

25

                                          Page 113

HIGHLY CONFIDENTIAL

```
1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   MICHAEL FAHEY (JOB NO. 5300517)

3                E R R A T A   S H E E T

4   PAGE_70___ LINE_22-24  CHANGE_███████████████████████

5   ████████████████████████_____

6   REASON_Mistranscription_____

7   PAGE_86____ LINE_8____  CHANGE███████████████████████

8   ████████████████_____

9   REASON_Mistranscription_____

10  PAGE_____ LINE_____  CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____  CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____  CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____  CHANGE_____

20  _____

21  REASON_____

22

23  _____  Michael Fahey _____   09-Sep-22 | 21:00 PDT

24  MICHAEL FAHEY                    Date

25
```

Page 113

**[& - 75201]**

| & |
|---|
| **&**   1:14 2:19 4:15 5:5 6:5 9:23 110:23 111:9 |

| 0 |
|---|
| **013**   65:25 |
| **02843**   1:4 2:4 |
| **03959476**   7:12 |
| **03959477**   7:15 |
| **03962689**   7:18 79:5 |
| **03962690**   7:21 |
| **03962691**   7:24 61:14 |
| **03962693**   8:8 67:12 |
| **03962694**   8:11 70:9 |
| **03962695**   8:14 73:17 |
| **03970356**   8:5 63:20 |

| 1 |
|---|
| **1**   1:17,25 7:3 14:7 111:1 |
| **1,000**   66:4 |
| **10166-0193**   5:11 |
| **10:19**   2:18 9:3,7 |
| **113**   1:25 |
| **11:06**   41:5 |
| **11:13**   41:8 |
| **12**   7:5 |
| **1201**   3:11 |
| **12546**   1:21 109:25 |
| **12:17**   84:19 |

**12:36**   84:22
**13**   8:19 65:24 66:3
**14**   13:5
**15**   92:1,3
**18**   1:4 2:4
**19**   7:11
**1:06**   101:7
**1:19**   101:10
**1:26**   106:15
**1:33**   106:18
**1:34**   108:8,9

| 2 |
|---|
| **20-0466**   1:22 |
| **200**   5:10 17:20 |
| **2001**   5:19 |
| **2007**   14:7 |
| **2014**   17:18,23 18:1 51:24 52:3 52:10 55:13,14 67:1 96:14 |
| **2016**   58:17 69:2 |
| **2017**   17:21 |
| **2018**   17:20,21 |
| **2019**   51:24 52:3 52:17 55:13,14 58:2 65:23 66:4 67:4 69:3 |
| **2022**   1:16 2:18 9:2,8 109:21 110:3,5 112:7 |
| **2025.520**   110:9 110:12 |
| **206**   3:14 |
| **21**   1:16 2:18 9:2 110:5 |

**2100**   5:20
**212**   5:12
**213**   6:10,19
**214**   5:22
**21st**   9:8
**229-7523**   6:10
**24**   34:3
**25**   7:14
**253-9706**   6:19
**26**   110:3
**2689**   40:6
**2690**   78:13
**26th**   109:21
**2843**   1:3 2:3

| 3 |
|---|
| **30**   1:12 111:1 |
| **3000**   4:20 |
| **301**   4:9 |
| **3200**   3:12 |
| **32nd**   6:17 |
| **330**   8:19 13:2 18:20 91:25 |
| **333**   6:8 |
| **3491**   1:23 |
| **351-6381**   5:12 |
| **393-8200**   4:22 |
| **3s**   74:16 |

| 4 |
|---|
| **415**   4:22 |
| **45**   7:17 107:13 |
| **456-1496**   4:11 |

| 5 |
|---|
| **50**   72:12 |
| **5300517**   1:24 110:5 113:2 |
| **555**   4:19 6:16 |

**56**   7:20
**5th**   6:16

| 6 |
|---|
| **6**   1:12 |
| **61**   7:23 |
| **619**   7:11 19:2,7 23:19,21,22 25:8 39:21 41:11 |
| **620**   7:14 25:17 25:18 26:1 39:8 39:19 41:11 |
| **621**   7:17 45:3,20 45:24 46:1 79:1 80:21 |
| **622**   7:20 56:1,2 56:11 58:11 61:7 78:14 |
| **623**   7:23 58:12 61:9,12,13 |
| **623-1900**   3:14 |
| **624**   8:4 63:15,18 67:7 69:16 70:3 |
| **625**   8:7 67:8,11 70:7 |
| **626**   8:10 70:8,10 |
| **627**   8:13 73:16 73:18 |
| **63**   8:4 |
| **67**   8:7 |
| **698-3206**   5:22 |

| 7 |
|---|
| **70**   8:10 |
| **73**   8:13 |
| **7321**   109:23 |
| **75201**   5:21 |

Page 1

**[801 - application]**

| **8** | 103:5,16 104:7 | **adverbs** 55:21 | 104:10 |
|---|---|---|---|
| **801** 4:8 | **accessed** 13:10 | **advertise** 42:3 | **analysis** 54:25 |
| **805** 4:11 | **accurate** 28:6 | **advertisement** | **analytics** 16:24 |
| **827** 1:22 | 33:11,14,17 | 86:4,5,6,7,8 87:9 | 29:6,6 |

| **9** | **accurately** 32:21 | **advertisements** | **analyzed** 31:4 |
|---|---|---|---|
| **90013** 6:18 | 32:25 33:4,8 | 82:5 85:1 | 37:12 |
| **90071-3197** 6:9 | **action** 109:18,19 | **advertiser** 42:2 | **angeles** 6:9,18 |
| **93101** 4:10 | **actions** 1:7 2:7 | **advertisers** | **answer** 28:14 |
| **94105-0921** 4:21 | **activity** 49:5 | 44:17 | 39:2 63:6,7 |
| **9476** 18:7 25:8 | **actual** 26:18 | **advertising** | 64:24 65:17 |
| **9477** 18:25 39:7 | 27:21 29:16 | 45:13,14 83:19 | 83:24 86:16 |
| **98101** 3:13 | 91:20 | 91:23 | 98:24 99:3 |
| **9a** 13:8 91:22 | **ad** 82:19,20 83:4 | **affect** 35:7 | 102:8 105:11 |
| 102:1,4 | 85:7,11,13,13,15 | **aggregate** 24:8 | **answered** 50:18 |
| | 85:21 86:13,17 | 48:7 57:13,13 | **answering** 34:6 |
| **a** | 86:20 87:1,13 | 65:6 72:2 74:23 | **anybody** 104:21 |
| **a.m.** 2:18 9:3,7 | 89:10,11,14,25 | 78:9 80:4 81:6 | 105:10 |
| 41:5,8 | 90:2 | 81:17 99:4,7,10 | **anybody's** 52:25 |
| **ability** 63:8 | **adaniel** 3:18 | 100:22 103:20 | 92:23 |
| **able** 21:11 22:11 | **add** 34:18,24 | 104:10 | **anyone's** 19:18 |
| 27:21 31:7 | **address** 27:18 | **aggregated** | **apologies** 72:19 |
| 35:10,20 39:11 | 28:2 30:12 | 37:13 56:22 | **apologize** 55:20 |
| 39:12,14 40:1 | 94:16 | 71:8 72:7 | 77:10 |
| 48:14 50:9,25 | **adele** 3:9 | 103:10,16 104:7 | **app** 24:10,12,24 |
| 52:19 53:10 | **adjectives** 55:21 | **aggregation** | 25:1 43:17,19 |
| 55:8 58:3 59:15 | **administered** | 99:11,12 | 48:22,25 82:11 |
| 63:3 93:10,19 | 12:2 109:8 | **agree** 10:15 | 85:12 88:9 |
| 94:11,12,22,22 | **administering** | **ahead** 21:23,24 | **appear** 18:17 |
| 95:11 100:25 | 10:16 | 77:11 84:16 | 76:7 112:4 |
| **absolutely** 36:14 | **admissible** 64:25 | **algorithm** 27:22 | **appearances** 3:1 |
| 40:20 | **ads** 44:17 85:16 | 28:6 | 4:1 5:1 6:1 |
| **acceptable** | 85:17,25 87:5,13 | **amanda** 16:1 | **appearing** 3:2 |
| 107:15 | **advance** 16:4,8 | **ambiguity** 72:23 | 4:2 5:2 6:2 |
| **access** 91:18,19 | 19:14 20:4 | **amount** 13:13,13 | 110:18 111:7 |
| 92:7 94:11,22 | 32:16 34:10 | 48:7 76:24,25 | **appears** 23:24 |
| 101:15,24 | 56:13 61:16 | 77:15,17 79:15 | 26:23 64:7 87:8 |
| 102:12,14,17,18 | 63:22 69:25 | 80:4 99:22 | **application** |
| 102:23,25 103:4 | 70:14 73:12 | 102:19 103:20 | 16:19,22 33:3 |

[application - broadly]

42:18,19,25 43:1
**applications**
42:22
**applied**  76:15
**applies**  63:24
**appreciate**  41:2
73:2 107:3
**approach**  29:8
**approximate**
17:16
**approximately**
17:18
**approximation**
84:14
**apps**  48:12,16
**area**  20:25 28:10
28:12 29:21
85:25 93:8
95:25 97:8,15
**artist**  14:11
**aschwing**  4:23
110:2
**aside**  75:24
92:21 102:6
**asked**  34:1,3
50:15 53:21
58:14 79:23
84:23
**asking**  12:15,17
20:14 23:6
31:16 37:6 49:4
50:6 54:2 60:11
78:12,14,24
80:21 91:9
94:15 105:12,15
**aspect**  43:22
**associate**  6:23

**associated**  91:8
**assume**  24:17
26:8 71:3
**assuming**  62:15
**attached**  15:7
19:4 25:20
45:22 56:4
61:11 63:17
67:10 70:12
73:20
**attention**  21:14
25:11 92:1
**attorney**  4:7
5:18 6:7 9:16
10:19 105:8
109:19
**attorneys**  3:10
4:18 5:9 105:3,5
105:21
**austin**  4:16 9:22
110:1
**available**  13:10
35:2 48:11 51:6
51:13 52:2,10,17
57:4,14 58:2
66:18,21,25 67:3
69:2 87:21
93:24 94:3,7,15
**avenue**  3:11 5:10
5:19 6:8
**average**  30:9
**avoid**  36:6,14
38:4,8,13 55:5
61:4 73:8 75:15
**aware**  16:3,6
78:5,25 96:7,14

**b**

**b**  1:12 6:14 7:8
8:1 27:3 78:13
91:22 92:5,17
96:1 111:1
**back**  23:15
24:16 29:23
30:22 39:18,21
41:7,9 52:23
56:9 59:10
69:16 84:17,21
89:13 90:24,25
91:25,25 101:4,9
106:17
**backyard**  40:19
**barbara**  4:10
**based**  28:1 33:15
36:20 39:10
47:16 87:3
**basketball**  46:21
51:13
**bates**  18:6,25
61:14 63:19
67:12 70:9
73:17 78:13
79:4
**bear**  56:7
**bearing**  87:13,16
**beginning**  9:15
**behalf**  2:16
10:13 13:16,24
44:17
**belated**  91:16
**believe**  13:22
22:24 39:18
61:8 63:18 79:4
**ben**  38:25 40:11
40:14 65:14

71:22 84:1
**bendat**  6:23 10:1
**benjamin**  3:6
9:18 12:8 40:14
**best**  34:12 35:1
35:14 63:7,8
85:22
**better**  34:6
43:23 86:17
**beyond**  44:13
**bgould**  3:15
**binding**  10:17
**bit**  20:1 30:5
42:18 58:20
60:16
**boeing**  89:17
**boost**  82:18 83:4
83:16
**boosted**  82:10,13
82:23 85:7,11
**bottom**  13:5
**brand**  89:10,15
89:16
**break**  40:18,22
63:3,12 84:3,5
84:16 100:24
101:4
**breakdown**
63:12
**breakout**  41:3
**breaks**  104:25
105:17 106:23
**briefly**  41:9
**broad**  22:8
54:19
**broadly**  57:22
69:6

[browser - comes]

browser  18:16
bug  59:2,4,8,16
  60:4 61:1
builds  37:14
bunch  40:5,17
  42:7 65:25
business  15:15
  32:12,18 54:5
button  18:16
  60:2 68:13
buying  83:12

c

c  21:11 22:16
  47:8 53:10
  94:21 107:22
ca  7:12,15,18,21
  7:24 8:5,8,11,14
  110:9,12,20
calculation  55:2
  55:4
california  1:2,21
  2:2 4:10,21 6:9
  6:18
call  13:3 30:12
  41:24
called  15:8,10
  29:15 54:14
  91:5
campen  3:8

capable  96:8
capacity  14:1
  80:3
capture  47:23
  48:4 56:21
  57:12 67:21
  71:7

captured  46:13
  49:2,6,14,19
  50:17 51:19
captures  47:24
  47:25 48:7
  51:24 64:18
  71:12
capturing  10:9
careful  35:24
  36:1,4,5,10,12
carefully  39:13
  39:23
cari  3:8
case  1:4 2:4
  12:16 32:19
  51:16 95:11
  99:14 109:15
cases  53:20
cassarah  5:6
  9:24
casual  30:21
categories  66:13
category  100:9
caused  20:10
caveat  89:13
caveated  34:19
  34:20
caveats  34:18,24
  87:5
cayman  15:25
ccp  110:9,12
ccr  1:21,22,23
  109:24
certain  31:3
certainly  60:20
certified  2:20,21
  109:2,3

certify  109:4,17
change  33:14
  113:4,7,10,13,16
  113:19
changed  13:14
  20:6 21:5
changes  19:20
  19:23 20:7,21
  21:12 107:14
changing  33:20
characteristics
  27:24
characterize
  31:18,22 35:24
  36:11,13 38:21
characterized
  36:6
chart  58:5 68:8
charts  14:20
  81:24
chat  45:16 95:13
child's  46:20
choose  46:24
  68:18,18,19
  82:16,17 87:18
choosing  87:19
chris  4:6 9:20
  18:6 40:4,9
chu  5:6 9:24
circumstances
  31:5
civil  110:19,20
clarified  15:6
clarify  20:11
  26:4
clarity  22:20
class  9:18

classification
  82:21,22
claufenberg  3:17
clean  12:13
clear  45:12
  103:1,2
click  18:15
client  105:8
cmchu  5:13
code  110:9,12,19
  110:20
collected  59:5
collection  37:19
  37:20 38:3
  54:22
colloquialism
  30:5
colorado  1:15
  2:17 9:1
column  24:1,5
  24:22 27:1,3
  41:13 46:3,12
  47:8,8,20 49:19
  50:18 57:11
  61:18 62:4 64:9
  64:16,17 67:20
  71:7 74:4,12,15
  74:19 78:13
  79:7
columns  23:22
  26:24 45:8 46:2
  56:16 64:6
  67:13 70:22
  73:22
com  52:7
come  88:14
comes  60:2

**[comfortable - counts]**

**comfortable**
20:24 28:5,11
30:23
**commencing**
2:17
**comment** 62:7
**commented**
98:14,15
**comments** 62:16
62:23 63:4
75:25 93:12,15
94:4 97:22
**common** 30:16
**communicated**
104:25 105:17
106:23
**communications**
105:8,20,21
**company** 15:7
15:11,14 83:23
**completed** 110:7
110:17 111:6
**completion**
109:15 111:10
**complex** 60:16
**complexities**
60:3
**complies** 10:24
**compound** 38:25
52:4,8
**con** 51:5
**concept** 43:20
**concern** 45:18
**conclusion** 68:17
**confidential** 1:10
107:10
**conflict** 27:20

**confused** 15:9
17:21
**confusion** 15:17
23:12
**consider** 43:18
**considered** 87:9
**consulted** 104:21
**consulting** 18:3
**consults** 32:13
**consumer** 1:4
2:4 9:10 110:4
113:1
**cont'd** 5:1 6:1
8:1
**contact** 110:9
**contained** 112:4
**containing** 75:21
**contemplated**
91:21
**content** 13:8,9
13:13,14 51:4,5
53:13 54:10,12
63:1,2 64:20
65:11 66:4,6,18
68:15,16 75:22
76:3,6,15,24
77:16 84:25
86:3,23 89:11
90:7,8,11 91:7
92:6,8,20,25
93:1,7,14,20,24
94:3,7 95:21
96:8 97:5,23
98:3 101:16,25
102:12 103:6,8
103:17,20 104:8
104:10 106:24

**context** 36:5
**contractor** 40:19
**converting** 29:10
**corporate** 1:13
**correct** 17:24
22:2 23:24 24:2
24:3,9,11,19
26:24,25 27:1,2
27:3 28:4 36:18
39:7,16,24 41:14
41:15,17,18
42:13 44:1,6
46:3,4,6,7 47:6,9
47:10,12,13,21
47:22 48:5,6,10
49:20,24 50:18
50:24 51:19,20
51:25 52:1,18
53:4,6 54:20,21
54:23,24 55:1
56:6,14,16,17
57:7,10,16,17,18
57:19,19,23 59:6
59:7 61:19,20,22
61:24,25 62:2,3
62:5,8,9,13,18
62:19 64:3,4,7
64:14,15 66:19
66:20,22,23 67:1
67:2,5,15,16,18
67:19 68:24
69:3,4,7,8,11,22
69:23 70:6,19,20
71:1,2,5,19
72:16 73:5,6,9
73:10,23,24,25
74:5,6,8,9,12,13
75:2,4,22 76:3,4

79:6 80:2,6,13
80:14 81:5,13,18
81:19 82:7 85:7
86:13 88:2 90:9
91:8 92:11 93:7
93:8,21,22 96:21
96:22 97:2
99:17,20,23,24
100:2,3,15,19
101:12,13,25
102:1,13 103:6,6
103:17,21,22,25
104:1,13 112:5
**corrected** 112:5
**correction** 14:3
**corrections**
110:14,15 111:3
111:4 112:3
**correlate** 81:23
**corresponds**
63:19
**counsel** 3:1 4:1
5:1 6:1,23 9:15
10:15 16:4
106:10 107:4,18
110:18,21 111:7
**count** 59:6 67:23
85:15
**counted** 46:23
57:5 66:6 68:10
85:18 86:8,11
**counting** 33:21
65:5
**country** 47:9
48:2 74:2,23
**counts** 31:23
33:2,5,8 82:9
85:6,10 87:3

[counts - determined]

96:3
**couple** 19:17
45:15
**course** 18:9
19:25 56:8
86:19 106:3
**court** 1:1 2:1,21
10:5,13,14,22,25
19:3 25:19
45:21 56:3
61:10 63:16
67:9 70:11
73:19 109:3
**cover** 14:6 22:23
44:23 95:16
**covering** 44:24
**create** 57:21
86:4
**created** 26:7,11
26:12,13 28:21
29:3 64:2 74:7
75:11 86:23
**creating** 73:7
75:14
**creation** 26:10
**creative** 86:2
**creator** 43:12,15
43:16 44:6,7,8,9
54:13 68:15,16
83:23
**creators** 53:13
54:10,12
**criteria** 27:12,25
30:3 74:7
**crutcher** 4:15
5:5 6:5 9:23
**cryptocurrency**
83:12,13

**cspringer** 4:12
**csr** 1:21,21,22
109:25
**current** 14:22,23
15:22 16:16

**d**

**d** 7:1 62:16 79:7
107:22
**dallas** 5:21
**daniel** 3:9 6:14
**data** 16:18,20,21
17:11,23 21:18
24:21,25 26:17
26:19 27:19
29:17,21 36:19
36:19 37:1,11,15
37:17,20,24 38:3
38:7 41:13 52:2
52:9,12,13,17
54:23 55:1
56:21 57:25
59:4 63:9 66:25
69:2,6 73:4
76:24 77:1,15,18
80:15 97:24,25
**date** 109:20
110:16 111:5
113:24
**dates** 17:16
**david** 83:8,9,11
94:12,20
**day** 32:12,12,18
32:18 57:4
80:20,23 81:3,6
81:12,17,21
109:21 112:6

**days** 45:16
107:13
**de** 96:19
**decisions** 31:11
**declare** 112:1
**defendant** 9:23
**definition** 36:4
36:10 96:17
103:3
**definitive** 33:18
**delivered** 76:6
94:7
**delivers** 44:16
**demand** 47:5
57:3,7,16 58:8
68:15
**denominator**
66:17
**department** 29:4
**depends** 54:2
59:25
**deponent** 2:16
7:2 10:17,24
11:5 18:12,18
19:22 20:24
21:20 22:6 28:9
30:19 31:13,21
32:5,23 34:17
35:18 36:9 37:5
38:16 44:19
48:14 49:4 52:5
53:6 55:19
73:21 76:10,20
77:3,8,20 78:12
79:12,18,22 80:8
83:10,21 87:3
98:13 106:6
108:2

**deponent's** 1:15
**deponents** 109:7
**deposition** 1:12
2:15 9:9 10:16
11:2 12:9 14:17
15:4 16:5,9
19:14 20:4 26:2
32:17 34:11
41:11 56:14
61:16 63:22
69:25 70:14
73:12 76:17
102:7 104:24
105:16 106:22
109:14 110:19
110:22,24 111:8
111:10
**depositions**
107:12
**derek** 3:7
**describe** 28:23
30:2 46:10
55:23
**described** 27:4
35:21 89:5
**description** 7:10
8:3 30:17 31:2
**designate** 107:8
107:9
**designated** 21:10
22:15 92:10
94:21
**designee** 44:15
45:1,11 53:9
**designees** 45:14
**determine** 27:13
**determined**
110:18,22 111:7

Page 6

[device - exhibits]

**device** 42:21
**devices** 10:10
**devotes** 21:17
22:4
**dgarrie** 6:20
**different** 53:19
82:21,22 94:24
**differently** 50:1
85:19
**difficult** 60:14
63:5 90:12
**direct** 21:13
24:10,14 92:1
**directed** 25:10
45:13
**direction** 109:11
**directly** 24:7
26:9 43:14
**discern** 39:12,15
40:1 55:8 69:14
69:25 73:12
75:17
**disclosed** 27:18
28:2
**disclosing** 32:3
**discuss** 60:7,14
94:11,22
**discussed** 62:2
75:25 79:10
82:4 84:25
**discussion** 59:11
**distinction** 68:2
**district** 1:1,2 2:1
2:2
**divulge** 105:7
**dloeser** 3:16
**document** 1:6
2:6 18:11,24

19:6,13 26:1
55:8 61:16
63:22
**documents** 16:3
16:8 18:14,17
26:7,10 28:18,20
38:17 76:8
**doing** 41:24 95:1
107:11
**dominant** 66:13
**drive** 20:9,16
**drove** 19:20,22
20:21 21:11
**dunn** 4:15 5:5
6:5 9:23 16:4
**duration** 30:7
48:4 56:20,22
58:1,19 59:14
71:1,3,7 72:2,2,8
**durations** 59:9
59:12
**duty** 41:24

**e**

**e** 5:7 7:1,8 8:1
110:9,12 111:1
113:3,3,3
**earlier** 22:22
41:10 47:17
54:19 57:23
62:2 69:7 74:8
74:12
**easier** 77:13
**easiest** 66:2,7,9
**easily** 60:9
**edge** 95:9
**effectively** 82:18
82:20 97:3

**effort** 36:6,14
38:4,7 55:5 61:4
69:9,12,21 73:8
75:15
**either** 17:21 99:3
**emoji** 100:13
**employee** 109:18
**employees** 14:22
14:23 15:23
26:6,8
**enable** 54:10,12
**enables** 53:13
**encompass**
27:10
**ended** 76:10
**engineering**
16:18,20,21
17:12,23
**english** 29:3,5
**ensure** 38:18
69:9,21 83:13
**entire** 47:3
**equivocating**
97:9
**errata** 110:14,16
111:3,5
**errors** 36:6,14
37:2 38:4,8,13
38:18,21 39:4,11
39:15 40:1 55:5
55:8 58:15
60:24 61:5
69:11,14,21 70:1
73:8,13 75:15,18
**essence** 100:16
**essentially** 37:17
**establish** 12:21

**everybody** 47:14
**evolved** 83:3
**exactly** 19:23
54:2
**examination** 7:2
12:5
**examined** 12:2
**example** 30:6
46:19 47:25
51:11 66:14
83:6 98:5
100:12,13
**excel** 7:11,14,17
7:20,23 8:4,7,10
8:13
**excellent** 27:15
**exchange** 83:13
**excuse** 15:22
28:18 50:3
56:25 97:12
**executed** 112:6
**exhaustive** 66:8
**exhibit** 7:11,14
7:17,20,23 8:4,7
8:10,13,19 13:2
13:4 18:20 19:2
19:7 23:18,21,22
24:22 25:17,18
26:1,4,5,23 27:5
39:19 45:3,20
46:1 56:2 61:9
61:13 63:14,15
67:8 70:10
73:18 78:14
79:1 80:21
91:25
**exhibits** 8:17
41:11

Veritext Legal Solutions
866 299-5127

[existence - five]

existence  86:12
  86:25
existing  81:24
expect  21:9
  22:15 29:14
expecting  53:9
experience  76:14
expert  89:14
expertise  21:1
  28:10 29:21
  86:1 93:9 95:25
  97:8,16
explain  68:2
  82:12 106:11
explained  30:23
explanation
  65:15
explore  54:7
external  29:5
externally  30:1
  31:9

f

fabulous  18:4
  19:12 23:8
  25:25 26:16,21
  36:24 39:17
  45:7 96:24
face  100:13
facebook  1:3 2:3
  4:14 5:4 6:4
  9:10 13:12,16,24
  14:2,12 15:3,8
  15:15,16,21,23
  16:17,18,19 17:5
  17:15,23 21:17
  22:3 24:13,18,24
  25:1,6 26:6,8,14

26:19 27:7,8,12
28:7,13 31:10
32:3,18,20 34:14
34:14 35:12,13
35:15,15 36:11
36:25 38:13
41:17,19,20,21
41:22,24 42:4,10
42:12,18 43:1,4
43:6,9,17,19,22
44:4,5,11,16
48:20,22,22,23
48:24 49:1,13,17
49:21,22,23 50:2
50:5,16,19,20,22
50:22,23,24 51:1
51:6,13,17 52:20
53:3,13 54:9,17
57:9,18 59:21
61:3 63:3 64:3
64:20 65:21
66:19,22 68:4,14
69:5,9,20 70:19
71:13,19 72:3,15
73:8 75:4,7,11
75:14 76:5,7,16
76:22,23 77:1,15
77:17,18 78:8
79:15,16 80:3,5
80:12,13,15,18
80:19,20 81:4,13
81:16 82:6,24
87:1 88:13,24,25
89:1,8,11,25
90:6,7,8,16,24
91:1,6 92:6,25
93:1 94:25 96:9
96:13,15 97:1,6

97:13 98:2,7,13
98:19,22,23 99:1
99:2,5,9,15
100:19 101:12
101:15 110:4
113:1
facebook's  1:12
24:10 32:12
38:2 55:4 90:21
90:21 97:14
98:10
fact  53:18 95:22
facto  96:19
factors  27:16
35:7
facts  12:21
fahey  1:13 2:15
7:3 9:9 10:22
12:1,7 13:4
18:10 19:10
21:14 22:24
23:6,21 39:6
45:3 46:2 52:24
58:24 59:24
60:5,17,23 61:13
61:15 63:21
70:15 75:22
77:5,12 84:23
91:17,24 95:15
95:19 105:12,24
106:4,11 107:21
108:1,4 110:5
112:1,13 113:2
113:24
failed  96:23
fair  20:2 23:16
30:14,16 31:2
34:11 37:25

38:1 39:13
44:14 55:11
80:1 86:21
101:20
fairly  103:1
fall  88:12 89:2
familiar  28:17
28:19
family  49:1
fan  16:1
far  76:2,8,17
82:5 99:8
fast  84:7
fb  7:12,15,18,21
7:24 8:5,8,11,14
feasible  63:11
federal  109:14
111:1,8,9
feel  12:24 20:24
28:5
felisha  6:6 10:2
file  25:13 27:8
files  40:5
final  74:15
financially
109:17
fine  82:15
finish  100:25
finished  107:18
finishes  29:19
firm  18:3
first  19:6 37:19
46:3 56:18
61:18 64:9
67:15 70:23
73:25
five  33:23,25
34:3 40:21,21

[five - gould]

72:9,11 84:5
106:10
flag  58:14 94:17
floor  6:17
fmiles  6:11
folks  84:15
followed  29:2
following  63:20
63:24
follows  12:3
110:8
foregoing  109:5
109:7,11,13
112:2
forgive  34:22
form  19:21
20:13,23 21:19
22:5 28:8 30:18
31:20 32:22
34:16 37:4
48:13 64:25
65:13 71:21
formally  14:11
former  14:22
forth  109:7
forward  45:14
87:5
found  59:2
four  17:1
frame  81:8,9,12
81:18,18,21,22
frames  91:8
francine  6:23
10:1
francisco  4:21
frcp  111:1
free  69:11 82:24

friends  88:2 98:8
function  71:13
further  45:16
109:13,17
future  15:17

**g**

game  46:21,21
51:13
garden  4:8
garrie  6:14
10:12,13 106:1,4
106:7 107:4,7,16
107:25 108:5
gathers  69:5
gee  16:2
gen  35:6
general  6:23
28:19 34:21
38:10 53:20
generally  32:20
53:17 54:5
generating  35:6
gentle  15:25
gentleman  15:24
15:25
geographic  28:2
geography  61:21
61:24 64:11
getting  32:5
36:22 97:16
giant  54:4
gibson  4:15 5:5
6:5 9:23 16:4
gibsondunn.com
4:23,24 5:13,14
5:15,23 6:11
110:2

██████████████
give  11:2 32:8
50:12 65:14
68:23 83:6
85:22
given  24:8 28:7
29:6 31:5 48:1,1
48:1 62:17
74:22,22 80:5
109:12
global  33:22
glossing  58:23
go  13:4 18:6
20:10 21:23,24
23:15 25:16
27:16 30:22
35:10 39:18,21
41:3,9 42:7 45:2
46:1 49:1 55:25
58:11,12 68:5
69:16 77:11
79:1 84:10,16
95:1 106:9,11,12
107:7,20,23
108:5
goes  17:4 30:1
37:18 51:17
going  14:25,25
17:19,20 20:3,21
27:17 34:8,13
35:5,14 38:12,17
42:21 43:14
44:12 46:1,23
53:4 54:3 59:10
64:25 65:12
66:13 67:25
77:13 78:22
84:1 85:22

88:16 89:13
90:23 91:15,25
91:25 92:1
105:20 106:8,9
106:10
good  12:7 74:20
84:2
gotcha  18:18
gould  3:6 7:5
9:17,18 10:20
12:6,8 13:3 18:4
18:9,21 19:8,25
20:14 21:3,6,13
21:22 22:9,13
23:8,10,14,17,20
25:16,21,22
28:13 30:25
31:14,25 32:10
33:4 34:22
35:23 37:8
38:20 39:3,4
40:4,8,12,20,24
41:9 44:23 45:2
45:9,17,23 48:18
49:7 50:15
51:11 52:9,23
53:8,12,23,25
54:9 55:22,25
56:5 59:18,20
60:11,19,22,23
61:7,12,15 63:13
63:18,21 65:19
65:21 67:6,11,13
70:7,13 71:25
72:1,22 73:1,3
73:15,22 76:13
76:21 77:12,21
78:16 79:14,19

Veritext Legal Solutions
866 299-5127

**[gould - insult]**

80:1,11 83:25
84:4,9,13,23
87:7 91:24
94:20 95:3,6,18
98:17 100:23
101:5,11,19
104:18,20 105:4
105:12,23 106:3
106:19,22 107:2
107:18,21
**grand** 6:8
**grant** 5:17 9:25
**great** 15:18 19:1
20:17 21:7
22:13 25:4,14
36:16 53:8 73:2
74:14 82:8 98:1
**gritty** 94:14 95:5
**ground** 12:11
**group** 88:23
**groups** 43:3 89:8
**guess** 22:12
78:25
**guessing** 44:12

**h**

**h** 7:8 8:1 113:3
**half** 17:1
**hand** 10:23
16:14
**handful** 14:18
**handled** 110:8
**hang** 108:2
**happen** 106:8
**happened** 14:11
105:9
**happens** 16:22
29:25

**happy** 49:16
59:25 84:5
**hard** 84:7
**head** 36:9 42:9
83:10
**heading** 88:14
89:2 102:22
**held** 17:17
**help** 42:17 65:14
72:25 77:20,24
**helpful** 21:6
22:13,22 40:25
47:7 51:23
53:22 59:24
65:15 71:22
72:20 84:12
95:15
**herbert** 5:7 9:25
**hereto** 19:4
25:20 45:22
56:4 61:11
63:17 67:10
70:12 73:20
**hesitant** 55:21
**hesitate** 30:20
33:16
**hesitation** 33:11
**hey** 68:5
**highly** 1:10
107:10
**hold** 18:2
**holding** 84:6
**honestly** 28:16
50:11 80:17
**hope** 14:14
**hour** 84:2,10
**hours** 34:3 47:20
48:2,23 49:12,14

49:17,19,21
50:15,17,19,21
50:23 51:19
52:2,9,17,21
53:14 54:11,14
55:4,12,16 56:23
71:4,8,15,18
79:8 81:3,6,17
**hrs** 71:1,7
**huh** 90:14

▬▬▬▬▬
▬▬▬▬
▬▬▬

**i**

**i.e.** 96:14
**idea** 33:2 34:20
34:21
**identification**
19:3 25:19
45:21 56:3
61:10 63:16
67:9 70:11
73:19
**identified** 45:12
60:25 94:10
**identify** 9:15
**imagine** 33:21
97:11
**immediately**
17:9,11 18:15
71:17 73:4
**impact** 21:5
**impacted** 60:4
**implies** 96:17
**important** 12:12
27:17 38:13,17

**include** 24:23
25:5 48:11 57:6
57:8 58:7 59:16
68:21 82:9 85:6
85:10 91:1,2
**included** 49:18
50:17 57:1 82:5
82:6 84:25 85:1
86:24 100:9
102:4 110:14
111:3
**includes** 56:24
85:15 89:11
91:3
**including** 44:5
89:7 104:24
105:4,16 106:23
**increase** 55:12
**independent**
72:14 86:12,25
**indicated** 22:21
**individual** 13:25
**information**
13:9 23:2 24:4,5
29:1,1 49:5 92:5
92:18 98:2
**infrastructure**
22:25 90:15,17
91:18
**inherently** 96:20
97:2
**insanely** 12:18
**insert** 91:16
**insofar** 32:13
83:18
**instruct** 105:7
**insult** 12:19

Veritext Legal Solutions
866 299-5127

[insulted - live]

insulted 12:24
integrated 48:25
intelligence
12:20
intended 14:6
intents 83:1
interacted 13:11
interacting 29:4
interactions
91:20 92:7 93:5
97:23 102:21
interested
109:18
internal 28:25
31:23
internally 31:8
interplay 83:22
interpreted 96:1
interrupt 40:15
interrupting
77:10
introduced 19:6
involve 65:7
involved 26:9
52:11
involves 54:18
54:22 97:2
ip 28:2
ipad 43:21
issue 60:16
94:14
issues 15:5
items 66:5

**j**

j.c. 89:17
jams 6:13

jamsadr.com
6:20
january 14:7
17:19
job 1:24 110:5
113:2
john 6:25 9:12
joined 9:24
jsc 1:4 2:4
july 1:16 2:18
9:2,8 109:21
110:3,5

**k**

kang 16:1
keep 22:7 52:20
53:13 54:10,13
79:19,22
keeping 21:17
22:4
keeps 53:3 80:12
keller 3:5 4:5
9:19,21
kellerrohrback...
3:15,16,17,18
4:12
kelly 5:7 9:25
kherbert 5:14
kid's 51:12
kids 41:20 51:12
kind 32:13 38:12
51:9 53:19,20,23
60:8 76:11 88:5
91:18 100:14,17
100:18
kinds 20:7
know 12:11,14
12:17 13:6

18:22,24 19:9,23
22:22,25 23:1,3
23:3 25:22
28:11,14,16
30:21,23 35:25
36:1,18 44:11,16
44:21 45:5 50:9
52:16 53:12,18
53:20,21 54:1,3
54:14 57:25
58:13 65:6
66:24 67:3 69:1
72:12 78:21
79:14 80:17
83:3,9,24 84:12
86:16,20 91:19
92:2,19 94:15
95:1,8,9,12,12
95:15 97:20
98:24 99:3
100:6 101:14,14
101:17 102:5,6,7
102:8
known 14:12
knows 86:17,20

**l**

l 1:21 2:20 109:1
109:24
l.l.p. 3:5 4:5
label 30:20
labeled 56:20
language 30:21
laptop 56:10
larry 83:8,9,11
laufenberg 3:8
law 3:10 4:7,18
5:9,18 6:7 12:21

layperson 85:23
lead 65:13
leave 62:12
107:19
left 71:22
leftover 83:2
legal 29:3 110:7
level 33:22 54:19
103:13
liked 98:16
100:4
likes 62:17 63:4
76:1 93:18
97:22 100:6
likewise 81:22
97:1
limited 81:8,17
81:21
line 29:14
110:15 111:4
113:4,7,10,13,16
113:19
litigation 1:4 2:4
9:11 110:4
113:1
little 13:18 20:1
42:18 60:15
65:15 84:2
live 41:23 46:18
46:19,20,23 47:1
47:1 57:6 67:22
67:23,24,25,25
68:5,7,8,9,10,13
71:8,12,13,15
72:2,8 88:11,12
88:16,20,20,21
94:25 96:25
97:6,12

**[llp - moving]**

**llp**   4:15 5:5 6:5
**loaded**   18:14
**loading**   40:17
**located**   2:16
**location**   1:15
27:18,22 28:3
47:17 90:20
**locked**   56:10
110:12 111:1
**loeser**   3:7
**long**   14:10 16:25
30:8 72:9
**look**   29:13 30:6
33:1 36:3 58:17
65:23 78:19
**looked**   14:20
82:7 85:2
**looking**   29:1
35:19 37:15
39:7 76:12 91:4
**los**   6:9,18
**lot**   14:11 18:13
20:2

**m**

**m**   5:6
**macdonell**   6:25
9:12
**machine**   109:10
**maggie**   16:2
**marked**   8:17
13:2 19:2 25:17
25:18 45:20
46:1 56:2 61:9
63:15 67:8
70:10 73:18
**marketing**   17:13

**master**   6:15
10:12,13 22:21
106:1,4,7 107:4
107:7,16,25
108:5
**math**   17:19
**matter**   9:10
38:11
**mcqueeney**   5:8
10:2
**md**   1:4 2:4
**mdl**   1:3 2:3 7:12
7:15,18,21,24
8:5,8,11,14
**mean**   12:19 14:2
15:10 19:24
20:15,16 30:15
32:15 33:1,20
34:9 36:2,6,19
48:19 50:23
51:12,22 64:23
64:23 74:25
77:3,22,22,23,25
78:2,17 82:12
85:21 87:15
88:4 89:15,16,23
90:12 94:24
102:3,18,24
**meaning**   62:2
74:11 87:20
**means**   47:14,16
60:12 71:3 83:7
92:14,17
**meant**   46:8,10
92:18,20
**measure**   65:21
76:2,2 77:15
78:8 93:3

**measured**   64:21
65:11
**measurement**
16:23 80:16
**measures**   75:3,5
76:6 79:15
**measuring**   16:22
17:4 76:23
80:18
**mechanics**   91:12
**megabytes**   65:3
77:4,25
**members**   29:20
**mentioned**   46:19
66:14 95:23
**messaging**   24:10
24:12,14
**messenger**   24:7
24:10,12,19,24
25:1 41:17,21,25
42:4,19,25 43:6
44:4
**meta**   6:24 10:1
14:2,12,22,23
15:3,10,12,20
24:13 32:11
**metadata**   25:11
**methodology**
29:16
**metkar**   16:2
**metric**   49:2 54:3
62:5 64:21,23
65:8,10 76:11,14
81:4
**metrics**   44:20
53:19 54:13,15
75:21 76:2
86:20,22,24 96:4

**101:24 102:12
102:14,15 103:5
103:7,9,16,19,25
104:7,9,12
**michael**   1:13
2:15 5:8 7:3 9:9
10:2 12:1 110:5
112:1,13 113:2
113:24
**microsoft**   89:21
**midnight**   57:4
**miles**   6:6 10:2
**miller**   94:12,20
**mind**   14:24 15:2
79:2 81:2 91:24
**minimize**   37:2
**minute**   40:18
72:11 84:5
100:24
**minutes**   40:22
72:9,12 106:10
**mission**   4:19
**mistakenly**   59:8
**mmcqueeney**
5:15
**modern**   49:1
**moment**   18:8
**morning**   12:7
**mountain**   9:7
**move**   16:15
58:13 61:12
70:8
**moves**   88:19
**moving**   63:13
67:6,11 73:16
75:20

HIGHLY CONFIDENTIAL

**[n - okay]**

|  **n**  |
| :---: |

**n**  7:1
**name**  12:8 98:22
 109:21
**named**  15:24,25
**names**  98:9
**native**  7:11,14
 7:17,20,23 8:4,7
 8:10,13
**nature**  94:19
 105:20
**necessarily**
 19:23 94:13
**necessary**
 110:14 111:3
**need**  30:12 60:14
 88:22
**neither**  109:17
**nevada**  1:22
**never**  81:2
**new**  5:11,11
 65:16
**night**  57:14
**nitty**  94:14 95:5
**nods**  36:9 83:10
**nomenclature**
 42:9
**nonattorney**
 105:22
**northern**  1:2 2:2
**notating**  110:15
 111:4
**note**  10:3 94:9
**noted**  107:16,17
 108:9
**notes**  112:4
**notice**  58:19
 102:7

**noticing**  9:16
 10:18
**number**  7:9 8:2
 8:18 18:7,25
 23:18 24:6
 27:16 29:18
 30:11,11 31:7
 35:7,7,9,19
 37:14 48:2 49:6
 57:2,13,15,21
 58:20 61:14
 63:19 66:3,6
 67:12 68:21
 70:9 72:11,14
 73:17 74:21
 78:13 79:4
 80:10 98:25
 99:15,18,25
 100:4,19,21
 110:15 111:4
**numbers**  19:20
 20:2,3,6,21,25
 21:5,12,21 22:1
 22:4 29:13,14
 30:16 31:3,10,18
 31:22,22 32:2,13
 32:15,19,20 33:1
 33:12,14,19,20
 34:8,9,10,12,15
 35:4,4,6,13,16
 35:19,20,22
 36:12,20 37:1,18
 37:24 38:11
 39:5,14,23 44:21
 53:3,7 54:18
 55:7,20 57:21
 58:7 61:4 62:11
 62:16 65:5,25

 69:10,10,14,20
 79:25 80:3
 81:11,20 82:7
 85:1 96:3 98:9
 99:4,7,10 102:20
 103:11,12
**numerator**
 78:15 79:9

|  **o**  |
| :---: |

**o0o**  9:4
**oath**  10:17 12:2
 109:9
**object**  19:21
 20:13,23 21:19
 22:5,5 28:8
 30:18 31:20
 32:22 34:16
 37:4 44:18
 48:13 65:12,17
 71:21,21
**objection**  10:16
 10:20,21 38:15
 38:23 55:18
 79:21 87:2
 91:16
**obtained**  13:10
**obviously**  14:10
**october**  17:18
**office**  110:11
**officer**  10:16
**oh**  21:23 56:8
 71:25 84:9
 107:7
**okay**  9:6 10:8,11
 13:8,20,23 14:10
 14:24 15:18
 16:11,15 17:2,7

 17:14,25 18:4,4
 18:6,18 19:8,12
 19:16 20:17
 21:3 22:13
 23:14,20 24:4
 25:4,14,25 26:16
 26:21 28:5,17
 30:10 33:10
 36:3,5,8,10,24
 37:16 38:2,10,20
 39:3,17,21,22
 40:7 41:4,23
 42:2,6,16 43:25
 44:9,14,14,23,23
 45:2,19,25 47:7
 47:23 48:11
 51:21 52:14,20
 53:25 54:9,17
 55:3,11,25 56:5
 56:11,12,16
 57:11,20,25
 58:11 59:3,18
 60:19 61:3,7
 62:15,20 63:2,13
 63:13,24 64:5,6
 64:16 65:20
 66:24 69:1,5,13
 69:16,18,19
 70:21 71:6 72:6
 72:7,19,22 73:7
 73:15,21 74:10
 75:10,14,20 76:5
 76:21 78:6 79:7
 81:1,7,11 83:11
 83:25 84:6,11,18
 85:5,14 89:6,10
 89:18 92:4,13,16
 93:4,6,10,10,23

Veritext Legal Solutions
866 299-5127

**[okay - point]**

94:2,20 95:3,6
96:13 97:18,21
98:1 100:17
101:2,3,6 103:3
104:3,18 106:7
106:14 108:7
**omissions** 36:7
36:15 37:3 38:4
38:8,14,18,21
39:4,11,15 40:2
55:5,9 58:15
60:24 61:5
69:11,14,22 70:1
73:9,13 75:15,18
**once** 107:12
**ones** 16:11 42:7
**open** 21:15 45:5
73:21 76:10
**operates** 82:20
**order** 86:11,23
87:23
**oregon** 1:22
**organization**
88:23 89:15
**organizations**
43:3 89:7
**original** 109:14
110:10,21
**originally** 82:23
**outside** 27:25
47:15 52:22
79:17 80:7
83:18 86:13
87:1 91:16
97:17,19 101:18

**p**

**p.m.** 84:19,22
101:7,10 106:15
106:18 108:8,9
**page** 7:3,9 8:2,18
13:5 43:5,14
88:24,24 89:4,22
89:24 92:1,3,5
110:15 111:4
113:4,7,10,13,16
113:19
**pages** 1:25 43:4
89:8 110:14,17
110:17 111:3,6,6
**park** 5:10
**part** 37:19 43:18
49:9,13 96:21
**particular** 51:5
**parties** 3:2 4:2
5:2 6:2 101:16
107:19
**partner** 71:9
**parts** 37:17
**party** 29:5 48:12
48:16 109:19
**password** 56:9
**pause** 22:18
53:15 54:7
**pay** 82:16,17
**pct** 64:17 66:25
69:17
**pdf** 110:12 111:1
**penalty** 11:1
110:16 111:5
112:2
**penney** 89:17
**people** 14:18,21
29:17 35:5 48:2

83:14,14 99:18
99:22
**percentage**
64:19 65:2,4,10
65:22,24
**period** 14:6,10
14:15 110:18
111:7
**perjury** 11:1
110:17 111:6
112:2
**permissions**
88:21
**person** 22:10
23:7 46:24
55:20 87:22
**person's** 30:9
**personally** 16:7
**persons** 99:4,8
99:25 100:4
**perspective**
90:23
**pertains** 109:13
**phone** 42:20
43:21 47:3
**phonetic** 16:2
**photos** 66:10
**phrase** 32:6
33:17 98:15
**physically** 90:18
**picture** 34:13
35:14
**piece** 51:5 86:2
98:3
**pieces** 66:4,6,18
**place** 33:24 37:9
37:12 89:25
109:6

**places** 89:10
**plain** 29:2,5
**plaintiffs** 2:16
3:4 4:4 9:17
**planning** 44:24
**platform** 13:12
13:12 17:5
24:18 34:14
35:15 42:12
43:9,19,22 44:5
46:17 48:22
51:7 57:9,18
66:19,22 68:14
68:20 71:19
72:3 75:4,7 76:7
76:16 77:1,17,18
78:10 79:16
80:5,13,20 82:6
82:24 83:3 87:1
90:7,8,24 91:1
96:9,15 97:1,6
97:13 98:20
101:12
**platforms** 6:24
51:15
**playing** 41:23
**please** 9:15,16
10:19,23 12:14
18:8 21:24
49:15 62:21
76:18 77:21,21
81:14 85:8,24
99:6 106:13
**plus** 68:24
**point** 14:14
15:17 18:19
29:24 33:15
41:13 56:21

Page 14

**[point - put]**

80:9
**pointing** 58:25
**points** 27:19
**portion** 13:20
**portrayal** 28:6
**position** 16:16
 16:25 17:3,9,10
 17:11,17,22,25
 18:2
**possibilities**
 47:11
**possible** 12:10
 24:17 61:23
 62:7 64:13 74:4
 80:22 81:4
**post** 65:5 66:15
 66:16
**posted** 66:21
**posts** 65:6 66:14
**potential** 38:20
**practicable**
 35:14 63:11
**predates** 96:12
**predicted** 27:22
 47:16
**preliminary**
 19:17
**prep** 59:1
**preparation**
 26:2
**prepare** 14:16
 93:11
**prepared** 12:23
 19:19 20:20
 21:16,21,23,25
 22:16 26:5
 44:20 53:2,7
 58:4 92:24 93:2

93:6,11,23 94:2
94:6 95:20 96:5
97:21 101:21,22
101:23 102:9,11
102:15 103:4,7
103:11,12,15,19
103:23 104:5,6,9
104:11,15
**present** 6:22
 14:7
**presented** 20:25
**press** 14:19
**presume** 24:21
 25:17 28:1
**pretty** 76:10
**previous** 26:5
 28:21 71:18
 73:4
**previously** 8:17
 13:2
**primarily** 27:24
 66:15
**principal** 18:3
**principally** 28:2
**prior** 17:9,11
 27:5 68:8 109:8
**privacy** 9:11
 88:9,25
**privilege** 106:5
**privileged** 105:8
**probably** 12:15
 16:15 30:8
 34:17 84:10
 100:25
**problem** 86:19
**problematic**
 30:22

**procedure**
 110:19,20
**proceedings**
 109:5,8,9,15
**process** 28:19,23
 29:2,17 31:3,3,6
 31:11,19 32:1,2
 35:5,21,24 36:11
 36:13 37:6,11,13
 49:10 57:20,22
 69:6 87:17 90:3
 97:3,4
**processes** 54:19
**produce** 29:18
 31:7,8 32:1,2
 34:14 35:4,13,20
 35:22 36:12
 37:24 59:15,21
 80:3,22 81:5,13
 81:16 103:24
 104:12
**produced** 29:23
 31:11,19,23
 35:16 36:20
 70:18 80:10,16
 81:10,22 96:4
**producer** 51:2
**produces** 34:15
 35:12 36:25
 54:17
**producing** 61:4
 69:19
**product** 16:24
 21:1 97:17
**production**
 38:11
**professional**
 2:21 109:2

**profile** 1:4 2:4
 9:11 41:20
 42:11 110:4
 113:1
**prominent** 43:13
**proper** 42:9
**proportion**
 76:25 78:9
 79:23
**proposed** 9:18
**provide** 63:11
 98:4
**provided** 16:3
 110:19 111:8
**pub** 89:3
**publish** 87:19
**published** 51:1
 57:3,14 87:4,10
 87:11,12,12,24
 87:25 88:8,17
 89:23
**publisher** 82:16
**publishing** 88:15
 89:3,12 90:1
**pull** 35:3,10,11
**pulled** 29:17
 35:8 52:12 54:3
**purport** 39:5
**purpose** 16:24
 31:6,25 32:1
**purposes** 15:3
 27:13 66:5
**push** 60:2
**pushing** 86:14
**put** 30:20 37:11
 45:14 56:9
 64:25 68:19
 87:5 92:21

Veritext Legal Solutions
866 299-5127

**[put - representative]**

102:23

**putting** 16:23
75:24 102:6

**q**

**qualify** 35:1,2
**qualitative**
55:22
**quantitative**
55:23
**query** 29:10,11
**question** 12:13
23:9 27:15
28:14,15 34:7
45:10 49:15
50:14 53:22
63:5,24 64:24
65:16 74:20
76:9,19 77:9,19
78:24 79:11
81:24 82:8 85:3
86:17 98:12
102:10 105:11
105:24 106:5,19
**questioning**
14:13
**questions** 12:18
19:17 45:13
69:19 92:13,16
94:18 95:4,5
**quick** 100:24
**quicker** 77:6,6
**quickly** 12:10
100:25
**quite** 25:15
58:20 60:1

**r**

**r** 6:6 113:3,3
**r&s** 111:1,9
**raise** 10:23
**range** 14:8
**raw** 36:19 37:1
37:11,15,17,20
37:24 38:3,7
54:23 55:1 59:4
80:15
**reactions** 62:24
62:25 100:7,8,9
100:14,17,18,20
100:21
**read** 25:12 112:2
**reading** 110:23
111:9
**reads** 13:8 92:5
**reality** 32:21,25
**realize** 13:23
**really** 16:13
28:11 44:19
49:9 58:4 91:12
97:17,19,19
**reask** 102:10
105:23 106:19
**reason** 15:6
26:17 97:8
113:6,9,12,15,18
113:21
**reasonability**
29:13 30:2,4,15
59:11
**reasonable** 30:9
30:11 31:5 59:9
59:10
**rebecca** 1:21
2:20 109:1,24

**recess** 41:6
84:20 101:8
106:16
**record** 9:7 10:15
12:13 21:8
22:14 41:5,8
44:25 53:9
71:14 84:19,22
101:6,10 106:9
106:12,13,15,18
107:17 108:6,8
109:9,12
**recorded** 47:2
68:12 71:13,14
71:16
**recording** 68:5,6
68:13
**records** 92:5,18
**redirect** 107:5
**refer** 15:19
23:20 41:16
**referenced** 110:6
**referred** 15:2
**reflect** 26:18
33:2,4,8 34:12
**reflective** 32:21
32:25
**refresh** 18:16
**regarding** 86:22
92:6
**regardless** 86:7
**registered** 2:21
109:1
**related** 10:5
16:14 17:4 23:6
48:15 54:15
76:2,24 77:16
78:7 87:5 96:2,2

96:3 101:24
102:12,14,16
103:5,8,16,20
104:7,10
**relates** 1:6 2:6
83:19
**relating** 13:9
**relation** 93:20
**relationship**
93:17
**relative** 76:25
77:17 109:18
**released** 110:21
**releases** 14:19
**relevant** 95:10
**reliable** 31:19
33:11
**relied** 32:2,6,6
**rely** 31:10
**remember** 16:11
85:3
**remind** 23:17
**remote** 10:17
**remotely** 1:14
2:18 109:6
**removed** 72:23
**reported** 1:14,20
2:19
**reporter** 2:20,21
2:22 9:14 10:5
10:14,22,25 19:3
25:19 45:21
56:3 61:10
63:16 67:9
70:11 73:19
109:2,3,3
**representative**
1:13

[represents - see]

**represents**  24:6
  27:6
**request**  28:25
  29:3,5,7
**requested**  13:10
  109:16 111:1,9
  111:10
**requesting**  29:23
**resolve**  60:21
**resolves**  27:22
**resources**  21:17
  22:3,7,11
**respect**  91:23
**respectfully**
  59:20
**responsible**
  16:21
**rest**  25:6 27:7
  47:12,14 55:13
  58:8 61:24
  62:18 63:25
  64:13 68:22,25
  73:5 74:5
**restate**  75:23
  77:13
**results**  28:6
  29:11,12
**retrieval**  37:23
  38:6 54:25 55:2
**retrieved**  93:24
  94:3
**return**  110:17
  111:6
**reveal**  105:20
**review**  16:7
  19:13 26:2
  29:20 39:10
  55:7 59:1 60:25

  61:15 63:21
  69:13 70:13
  107:13 109:15
  110:8,10,13
  111:2
**reviewed**  14:19
  16:13 20:4
  32:16 34:10
  39:14,23 56:13
  70:18 75:20
**reviewing**  32:19
  69:24 70:2,6
  73:11 75:17
**right**  10:23
  13:17 23:7 25:3
  25:10,10,15,24
  27:6 29:10 33:6
  35:2 39:8 42:6
  43:6,20 45:4
  46:22 49:7,14
  50:5 57:9 60:21
  65:4 66:15
  70:23 75:12
  84:11,16 94:24
  98:15 105:6
  106:5
**ring**  4:17 9:25
**rohrback**  3:5 4:5
  9:19,21
**role**  15:6,7
**romano**  1:21
  2:20 109:1,24
**room**  41:3
**rose**  9:25
**rosemarie**  4:17
**ross**  5:19
**row**  65:24 80:22
  80:23

**rpr**  1:21 109:24
**rring**  4:24
**rules**  12:11
  111:8
**run**  29:11

**s**

**s**  7:8 8:1 113:3
**sales**  17:12
**san**  4:21
**santa**  4:10
**save**  46:24 68:18
**saved**  96:25 97:6
  97:13
**saving**  97:1,3
**saw**  68:8 74:12
**saying**  28:5
  32:24 46:9
**says**  74:15
**scanned**  16:12
**scene**  48:3
**schedule**  110:10
**schwing**  4:16
  9:22,22 10:8,11
  10:21 18:10,13
  19:21 20:13,23
  21:9,19 22:5,14
  22:18 23:9,10,11
  28:8 30:18
  31:12,20 32:4,22
  34:16 35:17
  37:4 38:15,23
  40:11,14,21 41:1
  44:18 45:9,19
  48:13 49:3
  50:12 51:10
  52:4,7,22 53:5
  53:15 54:1

  55:18 59:18,19
  59:23 60:13,20
  65:12,20 71:21
  72:19,24 76:9,19
  77:2,5,9,19
  78:11 79:11,17
  79:21 80:7
  83:18 84:1,6,11
  84:14 87:2
  91:15 94:9,23
  95:4,7 98:12
  100:23 101:3,18
  105:2,6,19
  106:10 107:4,6,9
  107:24 108:3
  110:1
**scope**  44:18
  52:22,22 53:23
  79:17 80:7
  83:18 91:17
  101:18
**screen**  10:4 13:4
**sears**  89:19
**seattle**  3:13
**second**  24:1
  37:13,23 40:16
  50:13 56:7,20
  64:11 67:17
  68:23 70:25
  74:2,21,24 75:5
**seconds**  75:1
  100:1
**see**  18:20 25:21
  29:15 34:5 40:8
  42:21 43:2,21
  45:24 72:12
  79:7 83:6,14,14
  86:10 92:4

[see - spreadsheet]

| | | | |
|---|---|---|---|
| 94:25 | **show** 18:15 39:5 | **solely** 87:9 | 107:7,16,25 |
| **seen** 38:22 64:1 | 62:11 71:18 | **solemnly** 10:25 | 108:5 |
| 76:15 99:11 | 72:6 73:4 74:17 | **solutions** 110:7 | **specific** 14:13 |
| **selects** 37:2 | **showed** 41:12 | **somebody** 26:13 | 20:1 32:9 54:1 |
| **self** 27:18 | **showing** 10:4 | 27:14 52:5 | 76:11,22 98:4 |
| **sends** 24:2,5,22 | 19:9 80:4 83:12 | 66:16 88:4 | 99:12,19,23 |
| 27:3,4 31:24 | **shown** 24:21 | 89:16 | 102:16 103:12 |
| 33:22,23,24 34:2 | 62:16 86:3 | **sorry** 21:23 | **specifically** |
| 39:5 41:13 | **shows** 72:1 | 31:17 33:6 | 13:12 14:15 |
| **senior** 29:20 | 74:18,21 | 40:15 41:1,1 | 88:8 100:11 |
| **sense** 30:16 60:8 | **shweta** 16:2 | 50:1,12 51:22 | **specifics** 60:15 |
| 84:7 | **sign** 110:16 | 52:5 71:25 | **specifying** 14:8 |
| **separate** 42:19 | 111:5 | 75:23 77:2,5,6,8 | **speculate** 22:12 |
| 42:21 | **signature** 109:23 | 81:14 82:14 | 44:13 48:15 |
| **server** 95:9 | 110:21,23,23 | 105:25 | 50:7,25 52:19 |
| **set** 14:19,20 | 111:9 | **sort** 12:20 30:15 | 78:25 79:13 |
| 33:23 37:1 | **significant** 55:12 | 33:17 36:21 | **speculating** |
| 54:13 63:10 | **significantly** | 65:8 94:18 | 26:11 28:12 |
| 88:8,22 109:6 | 55:17 | **sorts** 32:19 | 78:5,22 79:24 |
| **settings** 88:9,9 | **similar** 69:19 | **sounds** 37:16 | 80:9 82:1 83:2 |
| 88:25 | 79:9 83:5 | **south** 6:8 | 83:22 97:10 |
| **sgrant** 5:23 | **similarly** 52:16 | **speak** 15:23 | **spend** 51:22 |
| **shaquille** 5:17 | **simple** 30:5 60:1 | 22:24 27:21 | 72:15 78:10 |
| 9:25 | **simplest** 29:9 | 29:25 39:11 | 79:16 80:5 |
| **share** 13:4 18:11 | **simply** 89:25 | 49:9 50:8,9 | **spent** 48:2,23 |
| 68:6,18 87:18 | **simpson** 15:25 | 52:12 53:18 | 49:12,17,21 |
| 95:17 | **simultaneously** | 54:5 58:3 59:24 | 50:16,19,21,23 |
| **shared** 13:11 | 60:10 | 59:25 67:2 | 78:9 79:23 |
| 31:9 | **sitting** 76:13 | 82:25 87:4 90:3 | 80:12 102:19 |
| **shares** 88:2 94:8 | **situation** 51:9 | 90:5,18 91:12 | **spoke** 14:18,21 |
| **sharing** 92:7 | 97:11 | 94:13 96:11 | 14:23 15:24 |
| 93:5 | **size** 65:2 | 103:7 | 16:1 18:1 57:22 |
| **sheet** 47:19 70:2 | **skews** 59:13 | **speaking** 57:22 | 74:8 105:10,22 |
| 70:3,6 71:9,11 | **slightly** 85:19 | 60:10 69:6 | **spoken** 44:3,4 |
| **sheets** 78:20,23 | **slip** 14:25 | **spec** 79:24 | 69:7 76:16 |
| **short** 101:4 | **smiley** 100:13 | **special** 6:15 | **spreadsheet** 7:11 |
| **shorthand** 2:20 | **soccer** 46:21 | 10:12,13 22:21 | 7:14,17,20,23 |
| 109:2,10 | | 106:1,4,7 107:4 | 8:4,7,10,13 |

Page 18

[spreadsheet - tables]

| | | | |
|---|---|---|---|
| 21:15 23:15,16<br>27:14 28:20<br>45:25 52:15<br>54:18 56:6,13<br>59:15 60:24<br>63:25 64:7<br>65:24 69:20,24<br>70:14,18,21<br>71:18 73:4,7,11<br>73:23 75:12,24<br>**spreadsheets**<br>26:18 32:16<br>38:22 41:10<br>64:1,2 70:17<br>75:21 76:1 82:4<br>84:24<br>**springer** 4:6<br>9:20 18:8,22,23<br>19:5 23:17,19<br>40:7,10<br>**springs** 1:15<br>2:17 9:1<br>**standpoint** 30:9<br>**stands** 47:5<br>**start** 13:1 17:7<br>37:8,10 39:9<br>40:5 65:16<br>78:16 91:10<br>**started** 18:1<br>**starting** 10:18<br>**starts** 90:2 97:16<br>**state** 11:1 44:25<br>46:5,8 48:1<br>74:10,12,23<br>110:9,12<br>**states** 1:1 2:1<br>**steamboat** 1:15<br>2:17 9:1 | **stenographically**<br>1:20<br>**step** 24:16 52:23<br>**sticks** 58:20<br>**stipulation**<br>110:20<br>**storage** 37:20<br>38:3 54:22 93:7<br>94:14 95:22<br>96:17,20 97:2<br>**store** 23:1 80:15<br>90:11 98:2<br>**stored** 23:5 63:9<br>87:21 90:15,17<br>90:22,24 91:9,11<br>91:13 92:20,25<br>93:13,16,16,19<br>93:20 95:8,21,24<br>96:10,16,19,23<br>97:7,12,14,24,25<br>98:9,23 99:1,5,8<br>99:10,17,20,21<br>99:23 100:2,5,6<br>100:7,18,22<br>**stores** 90:8 91:6<br>98:13<br>**storing** 91:7,7,20<br>**strategy** 21:1<br>**stream** 57:6 72:8<br>72:11 88:16<br>**streamed** 67:24<br>68:1 71:15,18<br>72:3 96:25 97:6<br>97:12<br>**streaming** 41:23<br>46:18,20,20,22<br>46:23,25 47:1,1<br>68:9,9,10,17 | 88:20,20,21<br>**streams** 72:10<br>88:11,12<br>**street** 4:8,19<br>6:16<br>**strike** 106:12<br>**stuck** 32:5<br>**studio** 43:12,15<br>43:16 44:6,7,8,9<br>54:13<br>**stuff** 40:17<br>**stupid** 12:18<br>**subscribed**<br>109:21<br>**subset** 25:9<br>**substance**<br>104:21 105:1,13<br>105:18 106:24<br>**subtopic** 13:16<br>13:21 21:11<br>22:16 53:10<br>92:17 94:21<br>**subtopics** 92:10<br>107:22<br>**suffer** 39:6<br>**sufficiently**<br>20:11<br>**suggestion** 106:2<br>**suite** 3:12 4:9,20<br>5:20<br>**summarizing**<br>30:24 90:4<br>**super** 21:6 22:13<br>47:7<br>**support** 16:18<br>**supporting**<br>17:12 | **suppose** 83:8,11<br>87:8 98:7<br>**sure** 16:13 19:25<br>22:9,19 31:1,14<br>32:10 34:23<br>36:2 39:2 43:25<br>46:11 49:16,16<br>51:3 53:1 55:22<br>56:8 58:6 60:1<br>60:22 65:19<br>66:12 78:16<br>79:3 80:24<br>81:15 84:4 87:7<br>89:20 91:10<br>95:10,14 98:6<br>99:12 103:14<br>106:20<br>**surprised** 12:24<br>**surrounding**<br>31:5<br>**swears** 9:14<br>**switches** 46:25<br>**system** 33:13<br>35:3,4 37:6<br>86:18,20 87:14<br>89:14 90:2 91:5<br>**systems** 16:23<br>31:23 63:10<br>90:21,21,23 91:2<br>91:4 96:2,3<br>97:14 98:10<br>103:24 104:12 |
| | | | **t** |
| | | | **t** 4:17 7:8 8:1<br>113:3,3<br>**tables** 23:4 |

**[tabs - today]**

**tabs** 94:24

**tagged** 59:8

**take** 39:1 40:18
66:24 76:18
77:24 78:19
81:25 84:4,16
100:24 101:3,4
106:10

**taken** 2:15 41:6
84:20 101:8
106:16 109:5

**talk** 12:12 21:21
21:25 22:10,22
53:7,10,10 58:4
60:18 85:20
87:24 91:17
102:15 103:11
103:12

**talked** 41:10
47:17 54:19
61:1 81:1
101:11 104:4

**talking** 14:15
20:3,8,9,12,22
20:24 32:14,14
34:8,8 38:12
39:19 51:8,9
53:4 65:1,8
98:18 99:13,14
105:2

███████ 

**taxonomy** 66:8

**team** 16:21
17:13 29:6,6,21
29:23

**technical** 29:8
36:18 62:24
94:14,18 95:5

**tell** 15:21 64:18
100:8 101:19

**ten** 72:9,10 84:5
84:17 98:7

**tend** 42:15

**tenure** 96:13
████████

**term** 36:17,18,19
36:22 82:14
83:3

**terms** 31:24
53:23 77:23,25
90:20 94:23
95:15

**testi** 103:4

**testified** 12:3
80:11 81:16

**testify** 19:19
20:20 21:10,11
21:16 22:16,16
53:2 92:10,24
93:2,7,12,19,23
94:2,6,21 95:20
97:21 101:21,23
101:23 102:9,11
103:5,15,19,23
104:5,6,9,11,16

**testifying** 13:15
13:24,25 107:22
109:8

**testimony** 11:1
14:5 85:5,9
104:20,22 105:1
105:18 106:25
109:12 112:4

**texas** 5:21

**text** 66:10,16

**thank** 10:11 14:3
14:3 23:10
40:25 41:2 47:7
51:21 58:21,21
58:24,24 62:22
64:5 75:8 107:2
108:3

**thanks** 18:5
101:5

**thing** 27:6 60:8

**things** 12:22
23:4 53:20
64:23 65:1,2
68:3 77:13
86:15 92:19
93:13 104:4

**think** 13:1 18:21
22:6,7,21 23:5
23:11 26:17
28:14 29:9
32:23 33:10
34:19,20 37:5
39:20 42:17,20
43:22,23 44:2
46:9 53:15,17,21
54:5 58:22
59:25 60:9,15
61:8 66:2,7,9,9
67:6,7 71:14,23
76:14 78:23
83:1,2,4 85:9
87:17 91:4
98:14 100:23
104:18 107:11
107:22

**third** 3:11 48:12
48:16 101:16

**thought** 29:16

**three** 30:7 40:18
56:16 64:6
74:21,24 75:1,5
100:1,24 104:4

**thursday** 1:16
2:18 9:2

**time** 9:7 10:14
13:14 14:6,14
15:17 18:24
19:18 20:19
29:24 33:14,15
33:20 34:15
35:10,16,21 39:2
48:8 51:23
52:25 54:16
72:15,18 76:18
78:9 79:15,22
80:4,9,12 81:8,9
81:12,18,18,21
81:22,25 84:2
92:23 95:19
96:7,12,14 97:5
97:10 99:22
102:19 103:10
108:9 109:6
110:10,18,24
111:7

**times** 12:17
18:13

**tip** 18:11

**title** 25:12

**titled** 24:1 41:13
62:4 64:17
70:25

**today** 9:20 12:9
19:19 20:3,20,22
29:2 32:14,15

**[today - users]**

33:23 34:1,9
37:15 38:12,22
53:2,4 56:14
60:11 61:16
63:22 64:1
70:18 95:16
96:5 101:21,23
101:23 102:9,11
104:16 105:16
**told**  12:16
**tomorrow**  34:1
**top**  92:4
**topic**  13:8 14:19
16:14 22:8
29:22 44:19
54:6 91:22 96:1
96:2 102:1
**total**  24:6 48:2
56:20 57:11,15
58:1,1,1,19 59:6
59:13 62:23,24
66:17 67:17,20
69:10 71:1,3,7
71:15 72:1,2,7
74:16 76:25
77:17 99:18,18
99:22
**track**  21:18 22:4
22:7 23:1 52:20
53:3,14 54:10,11
54:13 79:19,22
80:12 93:3
98:19
**tracking**  91:19
**tracks**  98:13
101:12,15
**transcribed**
109:11

**transcript**  107:8
107:10,13
109:12,14,16
110:6,8,10,13,13
110:21 111:2,2
112:3
**translation**  29:7
**treats**  32:20
**true**  109:12
112:5
**truth**  11:3,3,4
**try**  12:9 14:12
95:15
**trying**  30:25
35:13 42:8
72:20,24,25
81:23 84:15
**two**  10:4 23:22
26:24 27:19,24
29:12,20 37:17
38:21 41:10
42:21 45:15,15
47:11 67:13
68:3 70:21
79:25 100:24
**type**  46:5,8
72:17 74:10,12
74:23
**types**  33:12
**typically**  29:3
31:7
**typo**  85:10

| u |
|---|

**uh**  90:14
**umbrella**  15:20
**unclear**  13:21

**understand**  12:13 13:15
14:5 20:15,16
31:1 32:23 33:9
36:21 45:17
51:7 66:2 77:11
78:23 83:7 86:4
88:19 92:9
101:22 104:3
106:20
**understanding**
27:8,23 58:9
85:25 86:15,22
101:20
**understood**
38:19
**unit**  15:15
**united**  1:1 2:1
**universe**  57:1
**unreasonable**
59:13
**upload**  18:25
24:17 40:5
41:19 43:4,10,14
44:10 87:19
89:22,24 96:17
96:23 97:4,4
**uploaded**  24:7
24:23,25 25:5
41:16 42:3
46:17 47:3
51:15 58:8
68:14 81:11,20
82:24 87:20,22
91:6 93:1,12
96:8,9,15,18
98:8,20,23

**uploader**  24:8
**uploading**  18:24
41:21,22 42:11
42:12,24 43:5,8
44:3,4 96:21
**uploads**  83:8,12
88:1,7,24 89:4
90:6
**use**  33:16 36:17
36:19 37:24
38:7 42:15
47:25 53:20
55:21 86:5,6
**user**  1:4 2:4 9:11
27:14,25 28:7,7
41:19 42:10
48:24 51:17
78:9 88:1,3,4,7
88:11 89:4,6,16
90:6 93:25 94:4
94:8 98:9,22,25
99:1 101:24
102:12,14,17,18
102:18,23,25
103:3,5,13,16
104:7 110:4
113:1
**user's**  91:17,18
91:19
**users**  13:11 25:6
27:7,9 48:8
49:13,17,22
50:16,19,22,23
58:8 72:15
78:10 79:15
80:4 88:13 89:1
89:1 92:6 94:11
94:16,22 98:3,7

Veritext Legal Solutions
866 299-5127

**[users - waste]**

98:19 99:15
102:19,20,21
**uses**   27:13 36:12

**v**

**v**  4:16 110:1
**vague**  31:12 32:4
35:17 38:15,23
49:3 50:14
51:10 53:5 76:9
76:19 77:9,19
78:11 79:11
87:2 98:12
**value**  62:10
78:12 82:18
**values**  46:10
47:11 61:23
62:7,16,20 64:13
74:4
**varied**  13:14
**variety**  75:21
91:3
**various**  76:2
**vc**  1:4 2:4
**verbiage**  42:14
**veritext**  9:13
110:7,9,11
**versus**  67:25
68:9 95:16
**vestige**  62:25
**vetted**  29:12,12
29:15
**vetting**  30:15
**video**  1:14 2:19
10:3,4 13:8,9
24:2,5,22,25
27:3,4 30:6,7
31:24 33:22

34:2 39:5 41:13
41:20 42:3,3,11
43:4 44:10,17
46:5,8,16,18
47:3,5 48:1,5,8,9
48:23 49:22
50:2,4,20,22,24
51:1,4,5,5,12,14
51:18 53:13
54:10 57:3,6,7
58:7 59:6 63:1,2
64:17,20 65:5,7
65:11,22,25
66:25 68:7,12
69:10,17 71:18
74:10,12,22,23
74:24 75:5,22
76:3,6,15,24
77:16 81:11
82:12,16,18,19
82:23 83:12,14
83:15,17 84:25
85:20 86:2,5,6,9
86:12,22,24,24
87:3,8,10,11,18
87:19,23,25 88:2
88:7,12,15,17,24
89:3,11,12,22
90:1,6,8,11 91:6
91:7,8,9,11,20
92:20,25 93:1,3
93:7,13,14,15,17
93:20,24 94:3,7
94:11,15,22 95:7
95:21,24 96:8,18
96:25 97:5,12,23
98:3,8,11,20,23
99:1,5,8,16,18

99:19,23 100:1,5
100:21 101:15
101:24 102:12
102:16 103:6,8
103:16,20 104:7
104:10
**videoconference**
1:14 2:19 3:2
4:2 5:2 6:2
10:18
**videographer**
6:25 9:6,12 10:6
10:7,9 41:4,7
84:18,21 101:6,9
106:14,17 108:7
**videos**  24:7,17
24:23 25:5
41:16 43:14
44:3,5 46:16
47:24 48:3,11,17
48:18 49:13,18
49:23 50:16
56:22,24 57:1,8
57:11,14,16 58:1
59:7,12 60:4
62:17 63:4 66:4
66:10 67:17,20
67:22,23,24 71:9
71:12,15 72:3,8
72:9,16 75:3,6
78:10 80:19
81:20 82:5,9,9
85:6,6,10,11,15
85:16,18 87:4
96:9,15 100:18
102:19,20,22
**view**  102:4

**viewed**  68:14
76:1
**viewer**  74:25
**viewers**  102:21
**views**  74:16,22
74:24,25 75:5
93:25
**vod**  47:4
**voice**  33:12
**volume**  1:17 7:3

**w**

**w**  3:7 6:16
**waiting**  18:19
**waived**  110:23
110:23
**waiving**  110:20
**want**  15:8,16
19:18 21:13
38:24 39:1,2
40:12 43:25
44:25 45:12
52:24 53:22
54:6,6 58:22
60:17 65:16
68:6 71:16 84:4
86:3 92:23
95:12,18 101:14
102:5,6,8 104:2
105:23 107:8,19
**wanted**  12:23
13:1 21:8 58:14
94:17 95:14
**wants**  83:13
**washington**  1:23
3:13
**waste**  19:18
52:24 92:23

Veritext Legal Solutions
866 299-5127

**[waste - zoom]**

95:19
**wasting** 20:19
**watch** 47:20
48:8,8,23 49:1
49:14,19,21
50:17,19,21,23
51:19 52:2,9,17
52:21 53:14
54:11,14,16 55:4
55:12,16 72:18
79:8 81:3,6,17
88:13 89:1
94:25 98:3,7,19
99:15 103:10
**watched** 71:23
71:23 72:3
74:25 80:19
98:10,23 99:5,8
99:19,23 100:1
102:20
**watchers** 98:9
**watches** 51:18
99:1
**watching** 48:3
48:23 49:13,17
49:22 50:2,3,4,5
50:16,19,22,23
72:15 78:10
98:18 102:19
**way** 27:4 29:9
30:22 31:8,16
33:18 34:6,19
37:2 43:23
54:17 63:9,10,11
66:2,7,9 69:5
72:21 76:23
79:10 80:18
83:4,16 87:12

89:4 90:4 96:11
**ways** 29:12
43:10,11,13
44:10 76:5
87:24 88:1
**we've** 38:22 44:2
44:2,4 45:12
64:1 69:6 70:17
76:8 84:1 94:10
99:11,11 103:9
104:4 107:11
**web** 1:14 2:19
3:2 4:2 5:2 6:2
**went** 20:4 29:17
35:21 71:10,11
**whereof** 109:20
**wishes** 68:15,16
**witness** 9:14
21:10 22:15,23
53:17 83:20
91:22 94:10
105:7,19 107:12
107:20 109:20
110:13,16 111:2
111:5
**witnesses** 12:16
45:15 95:16
**wondering**
24:15 26:22
**word** 32:6 33:6
35:1,2 36:1
87:12
**words** 13:17
21:22,25 49:12
64:22 96:20
**work** 33:13
83:23 86:15

**works** 50:7 90:3
95:8 97:17
**world** 25:7 27:7
33:24 47:12,14
55:13 58:8
61:24 62:18
64:14 68:22,25
73:5 74:5
**worldwide** 27:9
58:10
**wow** 17:2
**wrong** 17:19
24:9 78:20
**wu** 16:1

### x

**x** 7:1,8 8:1
109:16
**xx** 111:1

### y

**yeah** 10:10 15:11
18:21 25:21
30:19 31:15
33:9 39:9 40:20
40:24 46:15
55:2,15,17,19,24
56:7 58:16
59:23 61:21
62:23 67:4
69:17 70:22
73:1,1,1 74:20
75:9,11 78:1,3
78:21 79:8,12
82:14,19 84:13
88:6 91:15
94:23 95:23
102:3 106:3
107:9,24 108:3

**year** 24:8 46:3
46:17 48:1
56:18 61:18
62:17 64:9
66:22 67:1,4,15
67:23 70:23
73:25 74:22
80:5,23 81:24
**years** 17:1 23:24
27:1 30:8 51:24
**yin** 16:1
**yondy** 16:1
**york** 5:11,11
██████████████
████████
**yup** 45:6 56:19
71:20

### z

**zoom** 1:12

Page 23

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.