# EXHIBIT 1-B

**Redacted Version of**

**Document Sought to be Sealed**

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843
 5   CONSUMER USER PROFILE        Case No.
 6   LITIGATION                   18-md-02843-VC-JSC
     _____
 7   This document relates to:
 8   ALL ACTIONS
 9   _____
10              **HIGHLY CONFIDENTIAL**
11
12        ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13        CORPORATE REPRESENTATIVE - DAVID MILLER
14   (Reported Remotely via Video & Web Videoconference)
15      Los Angeles, California (Deponent's location)
16                 Friday, July 22, 2022
17                    Volume 1
18
19
20   STENOGRAPHICALLY REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR, CCR
     California CSR No. 12546
22   Nevada CCR No. 827
     Oregon CSR No. 20-0466
23   Washington CCR No. 3491
24   JOB NO. 5300521(b)
25   PAGES 1 - 132
```

Page 1

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843

 5   CONSUMER USER PROFILE        Case No.

 6   LITIGATION                   18-md-02843-VC-JSC

 7   _____

 8   This document relates to:

 9   ALL ACTIONS

10   _____

11

12

13

14

15           DEPOSITION OF DAVID MILLER, taken on

16   behalf of the Plaintiffs, with the deponent located

17   in Los Angeles, California, commencing at

18   12:41 p.m., Friday, July 22, 2022, remotely

19   reported via Video & Web videoconference before

20   REBECCA L. ROMANO, a Certified Shorthand Reporter,

21   Certified Court Reporter, Registered Professional

22   Reporter.

23

24

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1                 APPEARANCES OF COUNSEL
 2     (All parties appearing via Web videoconference)
 3
 4    For the Plaintiffs:
 5         KELLER ROHRBACK L.L.P.
 6         BY:  BENJAMIN GOULD
 7         BY:  DEREK W. LOESER
 8         BY:  CARI CAMPEN LAUFENBERG
 9         BY:  ADELE DANIEL
10         Attorneys at Law
11         1201 Third Avenue
12         Suite 3200
13         Seattle, Washington 98101
14         (206) 623-1900
15         bgould@kellerrohrback.com
16         dloeser@kellerrohrback.com
17         claufenberg@kellerrohrback.com
18         adaniel@kellerrohrback.com
19
20
21
22
23
24
25    /////
```

Page 3

HIGHLY CONFIDENTIAL

```
 1                  APPEARANCES OF COUNSEL
 2    (All parties appearing via Web videoconference)
 3
 4   For the Plaintiffs:
 5        KELLER ROHRBACK L.L.P.
 6        BY: CHRIS SPRINGER
 7        Attorney at Law
 8        801 Garden Street
 9        Suite 301
10        Santa Barbara, California 93101
11        (805) 456-1496
12        cspringer@kellerrohrback.com
13
14   For Facebook, Inc.:
15        GIBSON, DUNN & CRUTCHER LLP
16        BY:  AUSTIN V. SCHWING
17        BY:  ROSEMARIE T. RING
18        Attorneys at Law
19        555 Mission Street
20        Suite 3000
21        San Francisco, California 94105-0921
22        (415) 393-8200
23        aschwing@gibsondunn.com
24        rring@gibsondunn.com
25   /////
```

                                        Page  4

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4   For Facebook, Inc.:

 5        GIBSON, DUNN & CRUTCHER LLP

 6        BY:  CASSARAH M. CHU

 7        BY:  KELLY E. HERBERT

 8        Attorneys at Law

 9        200 Park Avenue

10        New York, New York 10166-0193

11        (212) 351-6381

12        cmchu@gibsondunn.com

13        kherbert@gibsondunn.com

14   and

15        BY:  SHAQUILLE GRANT

16        Attorney at Law

17        2001 Ross Avenue

18        Suite 2100

19        Dallas, Texas 75201

20        (214) 698-3206

21        sgrant@gibsondunn.com

22

23

24

25   /////
```

Page 5

HIGHLY CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL(cont'd)
2     (All parties appearing via Web videoconference)
3
4    For Facebook, Inc.:
5         GIBSON, DUNN & CRUTCHER LLP
6         BY:  FELISHA R. MILES
7         Attorney at Law
8         333 South Grand Avenue
9         Los Angeles, California 90071-3197
10        (213) 229-7523
11        fmiles@gibsondunn.com
12
13        JAMS
14        BY:  DANIEL B. GARRIE
15        Special Master
16        555 W. 5th Street
17        32nd Floor
18        Los Angeles, California 90013
19        (213) 253-9706
20        dgarrie@jamsadr.com
21
22
23
24
25    /////
```

Page  6

HIGHLY CONFIDENTIAL

```
 1                APPEARANCES(cont'd)

 2   (All parties appearing via Web videoconference)

 3

 4   ALSO PRESENT:

 5        Ian Chen, Associate General Counsel,

 6   Litigation and Regulatory at Meta

 7        Abimbola Oladokun, Lead Counsel, General

 8   Litigation at Meta

 9        John Macdonell, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   /////
```

HIGHLY CONFIDENTIAL

```
 1                   I N D E X

 2   DEPONENT                        EXAMINATION

 3   DAVID MILLER                          PAGE

 4   VOLUME 1

 5                 BY MR. GOULD            11

 6                 BY MR. SCHWING          125

 7

 8

 9          PREVIOUSLY MARKED EXHIBITS

10   NUMBER                              PAGE

11   Exhibit 619                           72

12

13

14

15

16

17

18

19

20

21

22

23

24

25   /////
```

Page 8

HIGHLY CONFIDENTIAL

```
 1        Los Angeles, California; Friday, July 22, 2022

 2                     12:41 p.m.

 3                     ---o0o---

 4

 5             THE VIDEOGRAPHER:  Okay.  We're on the        12:41:09

 6     record.  It's 12:41 p.m. Pacific Time on

 7     July 22nd, 2022.

 8             This is the deposition of David Miller.

 9     We're here in the matter of Facebook Consumer

10     Privacy User Profile Litigation.                     12:41:23

11             I'm John Macdonell, the videographer,

12     with Veritext.

13             Before the reporter swears the witness,

14     would counsel please identify themselves, beginning

15     with the noticing attorney, please.                  12:41:35

16             MR. GOULD:  My name is Benjamin Gould

17     with Keller Rohrback LLP, and I am representing the

18     plaintiffs in the proposed class.

19             MR. SCHWING:  Austin Schwing -- I'm

20     sorry.  My voice is shot.                            12:41:53

21             (Discussion off the stenographic record.)

22             MR. SCHWING:  Austin Schwing,

23     Gibson, Dunn & Crutcher.  I represent the

24     defendant.

25             And with me are Ian Chen, Cassarah Chu,      12:42:06
```

Page 9

| | | |
|---|---|---|
| 1 | Felisha Miles, Shaquille Grant, Kelly Herbert, and | 12:42:12 |
| 2 | that's all. | |
| 3 | SPECIAL MASTER GARRIE:  And this is | |
| 4 | Special Master Daniel Garrie.  I'm here on behalf | |
| 5 | of the Court. | 12:42:26 |
| 6 | THE COURT REPORTER:  Mr. Miller, if you | |
| 7 | could raise your right hand for me, please. | |
| 8 | THE DEPONENT:  (Complies.) | |
| 9 | THE COURT REPORTER:  You do solemnly | |
| 10 | state, under penalty of perjury, that the testimony | 12:22:22 |
| 11 | you are about to give in this deposition shall be | |
| 12 | the truth, the whole truth and nothing but the | |
| 13 | truth? | |
| 14 | THE DEPONENT:  Yes, I do. | |
| 15 | | 12:22:22 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | 12:22:22 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | ///// | 12:22:22 |

Page 10

HIGHLY CONFIDENTIAL

```
 1                    DAVID MILLER,              12:22:22

 2   having been administered an oath, was examined and

 3   testified as follows:

 4

 5                    EXAMINATION                12:42:45

 6   BY MR. GOULD:

 7       Q.   Good afternoon, Mr. Miller.  Thanks for

 8   making yourself available.

 9            Rather than showing you the notice of

10   deposition and the subtopic on which you've been    12:43:01

11   designated to testify, I -- I will just ask you,

12   you've been designated by Facebook to testify on

13   its behalf on a topic that is related to video

14   content on the Facebook Platform, correct?

15       A.   Yes.                              12:43:27

16            MR. SCHWING:  I'm sorry.  Just for the

17   record, just -- not across all video content and

18   all content -- I don't want to be difficult, Ben,

19   but like that -- that's just too --

20            MR. GOULD:  No, no, I get it --    12:43:41

21            MR. SCHWING:  That's not what he's here

22   to talk about.

23            MR. GOULD:  Sure.  Right.

24       Q.   (By Mr. Gould)  And Mr. Miller, you --

25   you realize that your testimony here is on behalf    12:43:50
```

Page 11

HIGHLY CONFIDENTIAL

```
 1   of Facebook, correct?                            12:43:55

 2       A.   That's correct.

 3       Q.   And by "Facebook," I should clarify,

 4   like, I mean Meta and everything under that general

 5   umbrella.                                         12:44:07

 6            Okay if I use "Facebook" to refer to

 7   that?

 8       A.   I'm -- I'm okay with that.

 9            MR. GOULD:  Okay.  Fabulous.

10            I'm having a really hard time hearing    12:44:17

11   Mr. Miller.  Is anyone -- is that true for anybody

12   else or am I the only one?

13            THE VIDEOGRAPHER:  Yeah.  If you want to

14   go off the record real quick, we can change it to

15   his cell phone audio.                             12:44:26

16            MR. SCHWING:  I've got a -- can we just

17   go in a breakout room and I'll chat with tech folks

18   and we -- I -- and there may be another computer we

19   can use, or something like that, and we just try to

20   figure this out real quick.                       12:44:37

21            MR. GOULD:  Sure.  Of course.  Of course.

22            THE VIDEOGRAPHER:  Okay.  We're off the

23   record.  It's 12:44 p.m.

24            (Recess taken.)

25            THE VIDEOGRAPHER:  Okay.  We're back on   12:50:04
```

                                                    Page 12

HIGHLY CONFIDENTIAL

```
 1    the record.  It's 12:50 p.m.                      12:50:05

 2             THE DEPONENT:  You're on mute.

 3             MR. GOULD:  Thank you, Mr. Miller.  I

 4    appreciate it.

 5        Q.   (By Mr. Gould)  So currently, Facebook    12:50:22

 6    users are able to upload videos to the

 7    Facebook Platform; is that correct?

 8        A.   That's correct.

 9        Q.   Okay.  When did Facebook first enable its

10    users to upload video content to the platform?      12:50:43

11        A.   In 2006.

12        Q.   When did the Facebook Platform begin, if

13    you know?

14        A.   With -- do you mean with respect to

15    video?                                              12:51:10

16        Q.   No, I'm -- I'm sorry.

17             When did -- when did like the Facebook

18    social media platform like come into existence?

19             Was -- was it -- it was before 2006,

20    right?                                              12:51:24

21        A.   Before video -- do you mean before video?

22        Q.   Yeah.  Before video.

23        A.   Before 2006.

24        Q.   Okay.  Sorry.  I'm just trying to get

25    some perspective on -- on what sort of time we're   12:51:39
```

Page 13

```
 1   talking about.                                  12:51:41

 2          So is it fair to say that quite early,

 3   though, in Facebook's existence, it enabled its

 4   users to upload video to the platform?

 5          MR. SCHWING:  Vague.                      12:51:56

 6          THE DEPONENT:  What -- how are you

 7   defining the beginning of Facebook's existence?

 8      Q.   (By Mr. Gould)  Sure.

 9          Do you know when Mark Zuckerberg created

10   Facebook?                                        12:52:14

11      A.   Approximately.

12      Q.   When?

13      A.   Say around -- around 2005.

14      Q.   Right.

15          And like if I remember correctly,        12:52:30

16   initially, for some period, it was only people with

17   an .EDU email address who were able to access the

18   platform.

19          Am I -- am I right about that?

20          MR. SCHWING:  That's outside the scope    12:52:48

21   of the -- the deposition.

22      Q.   (By Mr. Gould)  If -- if you don't know,

23   you can say you don't know.

24      A.   I'm -- sorry.  Can you repeat the

25   question.                                        12:52:55
```

                                            Page 14

HIGHLY CONFIDENTIAL

```
 1        Q.    Sure.                                    12:52:56

 2              If I remember correctly, there was some

 3    period around 2005/2006, when only people with an

 4    .EDU email address were able to create an account

 5    on -- on Facebook?                                 12:53:17

 6              MR. SCHWING:  It's outside the scope of

 7    the deposition.

 8              THE DEPONENT:  I -- I remember there was

 9    a time where some affiliation with a school was

10    required, but that's all I know.                   12:53:31

11        Q.    (By Mr. Gould)  Fair enough.

12              When was Facebook's initial public

13    offering?

14              MR. SCHWING:  It's outside the scope of

15    the deposition.                                    12:53:41

16              THE DEPONENT:  Oh, I don't -- I don't --

17    I don't remember the date of the IPO.

18        Q.    (By Mr. Gould)  Fair enough.

19              Do you know what changes had to be made

20    to the Facebook Platform initially in order for its 12:54:01

21    users to be able to upload video?

22        A.    Some examples of what happened in 2006

23    would be the ability to, say, upload a movie file.

24    And -- and after a user would share a movie file,

25    if other users wanted to watch that movie file,    12:54:35
```

Page 15

HIGHLY CONFIDENTIAL

1    some rendering capabilities, some movie play, some          12:54:40

2    video play, movie file play, some video play

3    capabilities would have to have been added to the

4    platform.

5         Q.   And by "movie file," do you mean a file          12:54:55

6    that ends with .MOV?

7         A.   That's what I meant.  There are other

8    video files.  For example, today there are .MP4

9    files.  But that's what I meant by a .MOV file.

10        Q.   And so initially, in 2006, is it the case        12:55:20

11   that only .MOV files were enabled to be uploaded,

12   do you know?

13        A.   Here -- here's what I can say.  You could

14   also in 2006 -- so let me -- let me clarify.

15             In 2006, a link to a video that was on           12:55:41

16   another website could be added.  The files

17   themselves could be uploaded, so the video files

18   themselves.  And the extensions, I don't remember.

19             But, you know, for all intents and

20   purposes, these are -- these are -- these are        12:56:01

21   things that render video.  The files themselves

22   could be uploaded in 2007.

23        Q.   Okay.  So it was in -- okay.

24             So prior to 2007, users could link to

25   videos somewhere else on the Web, but not upload        12:56:26

Page 16

HIGHLY CONFIDENTIAL

```
 1    them to the Facebook Platform.                    12:56:31

 2            Am I understanding you correctly?

 3        A.   Yes.

 4        Q.   Okay.  Could you describe, generally, the

 5    changes that have been made to Facebook's platform    12:56:56

 6    since 2007, in order to facilitate the uploading of

 7    videos by users?

 8        A.   So to facilitate video upload, some

 9    changes could be where you would have to go to

10    upload those -- those files.  In some cases, you     12:57:30

11    would have to go to your profile -- I mean, early

12    on.

13            You -- if you were a page in 2007, you

14    would go to your page.  You could upload it.  There

15    were many -- there were various other -- I would --  12:57:51

16    I would call it entry points that got created over

17    the years.

18        Q.   What's --

19        A.   And -- yeah.

20        Q.   I'm sorry.  Go ahead.                      12:58:02

21        A.   Yeah.  So --

22            MR. SCHWING:  Were -- were you finished,

23    Mr. Miller?

24            You should con- -- continue with your

25    answer, if you were -- if you're done, that's fine.  12:58:07
```

                                              Page 17

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  I'm done.                    12:58:10

 2         Q.   (By Mr. Schwing)  Okay.  What were the

 3    first entry points to be created after 2007?

 4         A.   So I -- I actually don't know the first

 5    entry points that were created after 2007, but I      12:58:36

 6    can describe entry points that exist today.

 7         Q.   Please -- please do.  Thank you.

 8         A.   So the ways that you can upload video to

 9    the platform were directly on the profile, directly

10    on the page.                                          12:58:58

11         Today, for example, if you went to

12    Facebook, you could -- you don't have to go to a

13    profile or a page to upload video.  You could

14    upload it from, say, newsfeed directly.  You could

15    record from newsfeed.                                 12:59:24

16         There -- other things that I'm aware of

17    today are some Facebook tools that give those who

18    want to produce, or those who want to upload video,

19    the ability to do that.

20         Today some of those are called, Meta --         12:59:48

21    Meta Business Suite, Creator Studio.

22         Q.   Anything else that you can think of?

23         A.   The other thing that I can think of is

24    the -- the fact that you can live stream on -- on

25    Facebook, and you can do these things from, say,      01:00:19
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    the app, the mobile app, or from the desktop.          01:00:24

 2            So as an example, most of the things I

 3    mentioned have a desktop version and an app

 4    version.

 5        Q.   When did Facebook first make it possible       01:00:41

 6    for users to upload videos using the newsfeed?

 7        A.   I -- I don't recall when.

 8        Q.   Can you give an approximate year or -- or

 9    years?

10        A.   No.  I -- I would be speculating.              01:01:10

11        Q.   Okay.  Was it before 2015?

12        A.   Again, I -- I mean, I -- I know it's live

13    today and -- and I don't know.  I -- you know,

14    sitting here today, I -- I don't.

15        Q.   Okay.  And you mentioned that Facebook          01:01:39

16    enables users to record videos from their newsfeed,

17    correct?

18        A.   Right.

19        Q.   When was that functionality first

20    enabled, if you know?                                   01:01:54

21        A.   No.  Similar to the upload of the -- of

22    the file itself, I -- I can't say exactly when the

23    live -- or when the -- when the -- you know, on

24    platform record.

25            What I can say is that -- and I can -- I         01:02:15
```

Page 19

HIGHLY CONFIDENTIAL

```
 1    can talk about different parts of -- I -- I can        01:02:19

 2    talk about, say, when you could go live on

 3    Facebook.  But regarding the feed, I -- I don't

 4    recall exactly when.

 5        Q.   Fair enough.  I'm just trying to be           01:02:31

 6    exhaustive here.

 7             Do you know when the newsfeed was first

 8    introduced?

 9        A.   I recall newsfeed being introduced in

10    2006.                                                  01:02:46

11        Q.   Okay.  You mentioned Facebook tools that

12    give people the ability to upload video to the

13    Facebook Platform, right?

14        A.   Yeah, I mentioned.

15        Q.   What, generally, is a Facebook tool?         01:03:08

16             MR. SCHWING:  It's vague.

17             You can answer, if you know, if you can.

18             THE DEPONENT:  The way I think of tools

19    would be an ability to perform a function or an

20    action on the Facebook Platform.                       01:03:27

21        Q.   (By Mr. Gould)  And is it -- let's focus

22    on -- on the two specific tools you mentioned; the

23    Meta Business Suite -- Suite and the

24    Creator Studio.

25             What functionality does the Meta             01:03:54
```

Page 20

HIGHLY CONFIDENTIAL

```
 1    Business Suite enable, insofar as uploading videos      01:03:57

 2    is concerned?

 3         A.   So an example would be accessing the --

 4    the video file, uploading it to Facebook's

 5    platform.  That's, you know, a very standard upload    01:04:19

 6    process.

 7         Q.   And the Meta Business Suite is designed

 8    to make that process seamless for the business

 9    that's using it?

10         A.   For the user or entity that's using it,      01:04:38

11    the -- the goal is to make it easy to do that.

12         Q.   You mentioned Creator Studio.

13              What does the Creator Studio enable users

14    to do?

15         A.   Similar -- regarding video, similar          01:05:03

16    ability to upload.

17         Q.   And, again, it's designed to make that

18    uploading process easy?

19         A.   Yeah.

20         Q.   Okay.  Does the Meta Business Suite give     01:05:19

21    the user the ability to record videos as well?

22         A.   So in -- in the preparation that I did,

23    around the -- the changes that -- that Facebook

24    made to allow users to share and interact with

25    video, I -- I focused most of my preparation on       01:05:47
```

Page 21

```
 1    what -- what general users can do.  And, you know,      01:05:50

 2    as -- as opposed to the professional tools that

 3    you're mentioning.

 4        Q.   Okay.  Is Creator Studio one of the

 5    professional stu- -- tools?                             01:06:02

 6            Okay.

 7        A.   Yeah, I -- I would think of it that way.

 8        Q.   Okay.  I'm just going to ask just to

 9    be -- just to see if you know.

10            Does Creator Studio enable the user to          01:06:15

11    record video content?

12        A.   I -- I couldn't say for sure.

13        Q.   Fair enough.

14            Forgive me if I already asked you this.

15            When were those two tools created, if you       01:06:42

16    know?

17        A.   I don't remember when those two tools

18    were created.

19        Q.   Were those two tools created before 2017,

20    do you think?                                           01:06:55

21        A.   So in the preparation that I did to allow

22    for users to share and -- and -- and view and

23    interact with video on Facebook, I didn't focus my

24    preparation on the professional tools.

25        Q.   Okay.  Fair enough.                            01:07:15
```

Page 22

HIGHLY CONFIDENTIAL

```
 1              Once a video is uploaded to the          01:07:26

 2    Facebook Platform by a user, currently, what are

 3    some of the ways in which other users can interact

 4    with or share that content?

 5        A.   So let me start with the fact that        01:07:54

 6    there's a video file that's on the

 7    Facebook Platform, and I think the first thing that

 8    you asked was, how could users interact with that.

 9              So let me -- let me -- let me take that

10    one first.                                          01:08:14

11        Q.   Okay.

12        A.   Facebook Platform has various -- we call

13    them surfaces -- but parts of the Facebook Platform

14    where users can even see that a video post exists.

15    I can -- I can give you some examples, like         01:08:37

16    newsfeed itself.

17              When a user comes to newsfeed, Facebook

18    could recommend a post that -- that really is a

19    video.  And that would be one example.

20        Q.   So that's super helpful because what I --  01:08:57

21    what I could then -- what I think I want to ask you

22    then is, what are the surfaces where a user can

23    access video content uploaded by somebody else to

24    the Facebook Platform?

25        A.   Got it.                                    01:09:23
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Vague -- vague as to time.      01:09:27

 2              MR. GOULD:  Sure.

 3              MR. SCHWING:  I'm trying to be actually

 4     kind of helpful here, Ben.  I don't know if you --

 5              MR. GOULD:  Yeah.  No.  No.  You -- thank     01:09:35

 6     you.  Thank you.

 7              MR. SCHWING:  Now versus when -- some

 8     other time.

 9              MR. GOULD:  Sure.

10              MR. SCHWING:  But do you want to know         01:09:39

11     now?

12         Q.  (By Mr. Gould)  Currently, where are

13     the -- what are the surfaces where users can access

14     video content uploaded by another user?

15         A.  Got it.                                       01:09:50

16              So I mentioned newsfeed.  And there's a

17     tab which is just video only.  That's another

18     surface.

19         Q.  Can I stop you there?

20         A.  Sure.                                         01:10:08

21         Q.  Is that a tab on newsfeed?

22         A.  It's a tab on the platform itself.

23         Q.  Okay.

24         A.  So I think of newsfeed as a tab, and I

25     think of a separate tab, yeah.                        01:10:17
```

HIGHLY CONFIDENTIAL

```
1        Q.   Okay.  Sorry for interrupting you.          01:10:19

2   Please go on.

3        A.   No, no worries.

4        Q.   If you want me to repeat the question,

5   I'm happy to, by the way.                             01:10:27

6        A.   Oh, no, I -- I remember.

7        Q.   Okay.

8        A.   A user can search for a video.  So I

9   would say -- I would say that that -- that's part

10  of the ways that a user can access video.             01:10:40

11          A user could go to someone's profile,

12  if -- if the -- if -- video.  A user could go to a

13  page.  Page can also share or post a video file.

14          A user could receive a video file from

15  someone else in a Messenger conversation.             01:11:13

16       Q.   Any other surfaces you can think of?

17       A.   I'm thinking.

18       Q.   Oh, sure.  Go ahead.

19       A.   Another surface I can think of is

20  something we call stories.  So when -- when the       01:11:34

21  user is in their newsfeed, sometimes there's a

22  horizontal scroll or tray of -- like I said,

23  these are -- these are posts that -- that will

24  expire.  Some of them are video.

25          And a user could go to groups on              01:12:00
```

Page 25

HIGHLY CONFIDENTIAL

```
 1    Facebook.  They -- you're part of a group.  You can        01:12:09

 2    upload a video to a group and say a group member

 3    can also see video there.

 4              And --

 5        Q.    Yeah.                                              01:12:28

 6        A.    -- and sit -- sitting here today, that --

 7    that's all I recall.

 8        Q.    When did Facebook first enable users to

 9    search for videos?

10        A.    I -- I believe that video search came            01:12:42

11    about -- let me think -- sometime in 2016.

12        Q.    Was there a search function that Facebook

13    had before 2016?

14        A.    If -- if it wasn't involved -- I mean, as

15    far as what I prepared on the topic of video, my --        01:13:17

16    in my education and -- and in my prep, I do recall

17    learning about the -- the ability to search for

18    video on 2016.  I think it's fair to assume that

19    search existed.  But I -- I couldn't say because it

20    would go before the research that I conducted.             01:13:44

21        Q.    And you spoke of a video tab; is that --

22    am I remembering correctly?

23        A.    Right.  I mentioned a video tab.

24        Q.    When was the video tab introduced to the

25    Facebook Platform?                                          01:13:58
```

Page 26

HIGHLY CONFIDENTIAL

1          A.    The video tab launched in 2016.          01:14:02

2          Q.    20- -- I'm sorry.  Say that again.  I

3     apologize.

4          A.    2016.

5          Q.    Okay.  When -- sorry.                     01:14:14

6                Is it fair to say that users were first

7     able to upload videos to their profile in 2006?

8          A.    I think that what we said was -- or what

9     you and I talked about was, in 2006, you could post

10    a link to a video.  And in 2007, you could -- you    01:14:41

11    could -- you could share a video file.

12         Q.    In 2007, could you upload a video to your

13    profile on Facebook?

14         A.    I think that -- I mean, it depends on how

15    you define "profile."                                01:15:10

16                So as an example, are you -- are you

17    saying that as an owner of a profile, you post

18    like, hey, here's a -- here's a great video I saw.

19         Q.    Exactly.

20                When was that first enabled?             01:15:30

21         A.    Well, yeah.  So I would say that that is

22    the -- the 2007 launch I talked about.  So -- so,

23    you know, feed existed.  But it could be shown in

24    feed.  You could see it in the profile.  But really

25    it's -- it's the profile that's sharing the video    01:15:51

                                                    Page 27

HIGHLY CONFIDENTIAL

```
 1    at that time.                                        01:15:54

 2        Q.   Understood.

 3             When did Facebook first enable users to

 4    send and receive video files via

 5    Facebook Messenger?                                  01:16:08

 6        A.   So Messenger video files or -- or links

 7    to videos, I recall came out in 2008.

 8        Q.   You -- I don't want -- I'm not trying to

 9    be difficult.  I -- you talked about two different

10    things.  You talked about video files and you       01:16:36

11    talked about links to videos.

12             Are you saying that in 2008, that was

13    when Messenger enabled users to send and receive

14    both video files and links to videos?

15        A.   So I -- no, I don't -- I don't think that   01:16:55

16    you're being difficult.

17             I -- definitely links.  And for files

18    themselves, if it didn't happen then, it would have

19    been around that time.

20        Q.   Okay.  When did Facebook introduce          01:17:09

21    stories?

22        A.   Stories came out in 2017.

23        Q.   And from the beginning, was it the case

24    that stories could include videos?  Video content?

25        A.   If stories didn't include video content     01:17:38
```

                                                          Page 28

HIGHLY CONFIDENTIAL

```
1    at its launch, it would have been not too long        01:17:41

2    after that.

3         Q.   When did Facebook first enable users to

4    create groups?

5         A.   Groups with video or groups without        01:18:02

6    video?

7         Q.   Just to give a picture of the timeline,

8    let's say just groups without video.

9              MR. SCHWING:  It's outside the scope.

10             If you know, go ahead.                       01:18:16

11             THE DEPONENT:  So -- but I -- I think I

12   get what you're asking, Ben.

13             And so based on the preparation I did,

14   groups video started in 2010.

15        Q.   (By Mr. Gould)  Okay.  Great.                01:18:33

16             So currently, Facebook enables users to

17   access video content on multiple different

18   surfaces, correct?

19        A.   That's correct.

20        Q.   Okay.  Is it Facebook's intention to make    01:19:03

21   it easy for viewers to access video content on the

22   platform?

23        A.   What -- what I'll say is -- or -- or the

24   way I think about it is Facebook makes it easy to

25   access almost any kind of content that a user wants   01:19:23
```

Page 29

HIGHLY CONFIDENTIAL

```
 1    to share on the platform.                          01:19:27

 2            And I think we -- we think of the -- the

 3    content as video and/or photos and/or text and/or

 4    links.  And we want to make everything, including

 5    video, easy to access.                              01:19:47

 6        Q.   We talked about multiple different

 7    surfaces to test video content, right?

 8        A.   Right.

 9        Q.   Okay.  Currently, do all of those

10    surfaces provide the same ways for users to         01:20:23

11    interact or share that video content?

12        A.   So if you mean -- or let's talk about

13    sharing.  If you mean sharing and the existence of

14    a share button, very -- very similar -- sure --

15    across all -- across all the surfaces we talked     01:20:46

16    about.

17            And then what else were you asking?

18        Q.   Interacting with.

19            So if I use the term "reaction," do you

20    know what I'm referring to?                         01:21:01

21            MR. SCHWING:  Vague.

22            THE DEPONENT:  I do.

23            MR. SCHWING:  And potentially calls for

24    speculation.  I mean...

25        Q.   (By Mr. Gould)  And in the context of the  01:21:12
```

Page 30

HIGHLY CONFIDENTIAL

```
 1    Facebook Platform, you know, if I'm using the        01:21:13

 2    term -- or excuse me.

 3            In the context of the Facebook Platform,

 4    what does the term "reaction" refer to?

 5        A.   So specifically in the preparation that I     01:21:24

 6    did for how users can interact, a reaction would be

 7    the ability to go to the video post that's been

 8    shared and click a button where you could like or

 9    have a few other reactions to that video post.

10        Q.   When did Facebook first enable users to      01:22:02

11    like uploaded video content?

12        A.   Users could first upload -- sorry.

13            Users could first like video content in

14    2009.

15        Q.   Okay.  You mentioned there are currently     01:22:31

16    reactions other than liking, correct?

17        A.   Right.

18        Q.   Do you have any sense of when those other

19    reactions were introduced to the Facebook Platform?

20        A.   Other reactions besides like came out in     01:22:55

21    2016.

22        Q.   And I don't think I've asked this

23    question, but you referred to a share button where

24    you -- I think -- where -- where users could click

25    it and share a video with some other user; is that   01:23:26
```

HIGHLY CONFIDENTIAL

1    correct?                                              01:23:29

2        A.    Right.

3        Q.    Okay.  When was that share button

4    introduced for uploaded videos?

5        A.    Share came out in 2012.                     01:23:45

6        Q.    What are the video formats that Facebook

7    currently allows users to upload?

8        A.    So Facebook allows users to upload most

9    video formats, I think the most popular of which

10   would be .MP4 files.  Movie files.                    01:24:21

11            I -- it's the -- it's the common video

12   files that I think we all know of and think of when

13   it comes to movie files.

14       Q.    Let -- let me then ask the question this

15   way.                                                  01:24:51

16            Can you think of a commonly used format

17   for video content that Facebook does not enable

18   users to upload to the platform currently?

19            MR. SCHWING:  That's vague.

20            THE DEPONENT:  I -- it would be hard for      01:25:11

21   me to think of a commonly used video format that

22   Facebook doesn't allow for upload.

23       Q.    (By Mr. Gould)  Okay.  Are you familiar

24   with -- sorry.

25            Was it the case that over the years          01:25:39

                                                Page 32

HIGHLY CONFIDENTIAL

```
 1    Facebook has increased the number of and kind of          01:25:42

 2    video content formats it enables users to upload to

 3    the platform?

 4            MR. SCHWING:  Compound and vague.

 5            THE DEPONENT:  For -- I mean -- sorry.             01:26:01

 6    Can you...

 7        Q.   (By Mr. Gould)  Yeah.  Sure.

 8            Has -- over -- over the years -- you know

 9    what, let me be more specific.

10            Since 2007 --                                     01:26:11

11        A.   Okay.

12        Q.   -- has Facebook increased the number of

13    video content formats it enables users to upload?

14        A.   Here's -- here's how I think about that.

15            If -- if there wasn't a video format in           01:26:29

16    2007, that came out later, then -- and -- and it

17    was not known to the -- say, to the -- the user

18    community, or wasn't used by the user community but

19    came out later, it's very likely that Facebook

20    would make it available for upload.                       01:26:55

21        Q.   So in other words, Facebook made an

22    effort to make -- to enable users to upload

23    commonly used video formats as soon as possible

24    after those formats came into common use?

25            MR. SCHWING:  Vague.                              01:27:20
```

Page 33

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Yeah.  It -- it's hard for     01:27:20

 2   me to -- to qualify what "as soon as possible"

 3   means.  But what -- you know, based on my

 4   preparation, where -- and -- and based on what is

 5   it that Facebook Platform wants to do about video,    01:27:35

 6   so really it's -- it's about, okay, what -- what

 7   types of -- how do we allow users to have a good

 8   experience on the platform.  And before video, we

 9   talked about, say, photos.

10              After video became a more commonly used     01:28:02

11   and -- and more, say, accessible way of

12   expressing -- in service of a good user experience,

13   if there were video that was commonly used by what

14   I would call the -- the general user base of

15   Facebook, sure.                                        01:28:38

16              I mean, that would be -- that would --

17   that would be something that would improve the user

18   experience because that's all that our sharing

19   platform is trying to do.

20              If it's -- if it's a video file that you     01:28:52

21   have and you feel that it's important for you to

22   share it with others, I think it's in the best

23   interests of the user experience and the user --

24   and users, in general, to allow for the user to be

25   able to share it on the platform.                      01:29:12
```

Page 34

HIGHLY CONFIDENTIAL

```
1          Q.   (By Mr. Gould)  So let me know if I'm        01:29:15

2    charac- -- characterizing your -- your testimony

3    correctly.

4            When a video format became commonly used

5    by the general user base of Facebook, Facebook        01:29:38

6    would make an effort to ensure that users could

7    upload video content in that format to the

8    Facebook Platform; is that a fair characterization

9    of at least part of your testimony?

10           MR. SCHWING:  Vague.                           01:30:02

11           THE DEPONENT:  Say -- try -- try me one

12   more time on that question.

13         Q.   (By Mr. Gould)  Yeah, of course.  Of

14   course.

15           Tell me whether you think the following       01:30:07

16   is correct:  Once a video format became commonly

17   used by the general user base of Facebook, Facebook

18   would make an effort to ensure that users could

19   upload video content in that format to the

20   Facebook Platform.                                    01:30:28

21         A.   I --

22           MR. SCHWING:  I'm sorry.  Just for

23   clarity, you're asking if that's his previous

24   testimony or you're asking if he agrees --

25           (Simultaneously speaking.)                    01:30:38
```

Page 35

HIGHLY CONFIDENTIAL

```
 1              MR. GOULD:  I'm just asking whether you        01:30:39

 2      would -- whether what I just said is accurate.

 3              MR. SCHWING:  Okay.  Thank you.

 4              THE DEPONENT:  I -- I wouldn't let --

 5      let me -- sorry.  Let -- I wouldn't say that was        01:30:46

 6      accurate, only -- only because I'm not an expert

 7      in, say, how movie theaters work.  I don't know how

 8      other video files -- you know, what we define as

 9      commonly used.

10              Say, for example, there are some                01:31:08

11      sophisticated -- say, for example, a movie theater

12      is using some -- I don't know -- pla- -- some

13      plastic film or some other digital -- you know,

14      that's -- Mr. Gould, you could say that that's

15      popular because a lot of people go to the movies.      01:31:30

16      But that wouldn't be something that our -- that the

17      Facebook Platform would be rushing to be compatible

18      with.

19              So I -- I just -- I didn't want -- I -- I

20      felt that -- I felt that your statement was a          01:31:50

21      little broad.

22         Q.   (By Mr. Gould)  Sure.

23              So by commonly used by the general user

24      base of Facebook, I am excluding video formats that

25      are used -- even commonly used by video content        01:32:05
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    professionals, if they are not commonly used by        01:32:16

 2    others.

 3           Under that definition of commonly used

 4    video formats by the general user base of Facebook,

 5    is it accurate to say that once a video format that    01:32:34

 6    is commonly used by the general user base of

 7    Facebook becomes commonly used by the general user

 8    base of Facebook, Facebook has made an effort to

 9    ensure that users can upload videos in that format

10    to the Facebook Platform?                              01:33:00

11           MR. SCHWING:  The question is vague.

12           THE DEPONENT:  I -- I -- here -- here's

13    how I would -- I would put it.  Because I didn't --

14    I don't want to -- I don't want to make a statement

15    that -- that -- that -- of course that's not true.     01:33:14

16           And so for example, users who are --

17    users who are avidly using some other -- I didn't

18    want to make that professional or that, you know,

19    amateur distinction.  And I can imagine amateurs

20    are -- are -- there are still amateurs that are        01:33:41

21    showing video off of plastic film.  And that's not

22    something that the Facebook Platform is investing

23    in, like uploading or converting and --

24           Q.   (By Mr. Gould)  By plastic film --

25           A.   Like --                                    01:33:58
```

Page 37

HIGHLY CONFIDENTIAL

```
 1        Q.   You mean -- yeah.                        01:33:59

 2             (Simultaneously speaking.)

 3             MR. SCHWING:  Let him finish.

 4             THE DEPONENT:  Like -- so the way I would

 5      characterize it, Mr. Gould, is video on the     01:34:04

 6      Facebook Platform is really just another means of

 7      expression or entertainment and -- and so on and so

 8      forth.

 9             So imagine when, say, a new consumer

10      device came out and became popular -- maybe we   01:34:28

11      could talk about the iPhone for an example -- for

12      instance.  And I don't remember how popular video

13      files from iPhone -- or the format that was used

14      before and after iPhone.

15             But if there was a change in the way       01:34:50

16      that -- the way that consumers could access either

17      technology or -- or make digital video files in

18      service of -- get -- allowing users to share that

19      with, you know, whomever they want as part of what

20      the mission of the Facebook Platform is, we would  01:35:21

21      put effort into making that easy or seamless or

22      frictionless.

23        Q.   (By Mr. Gould)  Okay.

24        A.   So I felt that your other statement was a

25      little broad, and I felt more comfortable with     01:35:41
```

Page 38

```
 1   saying what I just told you.                    01:35:45

 2       Q.   Okay.  What changes to its infrastructure

 3   has Facebook made since 2007 to facilitate the

 4   uploading and sharing of video content?

 5           MR. SCHWING:  The question is vague.      01:36:18

 6           THE DEPONENT:  I -- I understand -- I

 7   think I understand what you're asking.

 8           And the way I think about it is from the

 9   time that Facebook allowed for video on the

10   platform, let's -- let's say maybe 2007.  And I    01:36:36

11   think you're asking me from -- are you asking me

12   from 2007 through today infrastructure changes that

13   have -- and then I'll let -- is that what you're

14   asking me and --

15       Q.   (By Mr. Gould)  Right.  Right.  So let me  01:36:52

16   then rephrase.

17       A.   Right.

18       Q.   I'm asking about infrastructure changes

19   from 2007 to the present that have been made in

20   order to facilitate access to --                  01:37:05

21       A.   Right.

22       Q.   -- uploading or sharing of video content.

23           Is that a subject you're prepared to --

24   to talk about?

25           MR. SCHWING:  I guess --                   01:37:25
```

Page 39

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Without getting into too        01:37:27

 2   much detail about the -- the changes themselves,

 3   here's what I am prepared to talk about.

 4              If you just look at the amount of

 5   video -- or maybe in this case we'll call it           01:37:43

 6   digital video, right, as opposed to video that we

 7   were discussing -- like nondigital video that we

 8   were discussing.

 9              But if you think about the number of

10   users on Facebook, and if you think about whether      01:37:55

11   or not video was popular -- and, obviously, I think

12   it's fair to say that video has become a more

13   popular medium over time.

14              And if you were to compare users'

15   appetite for sharing video, you know, producing --     01:38:14

16   making video and watching video, and if you were to

17   think about the growing popularity of video as a

18   medium and also think about the user increase, in

19   order to successfully allow users to upload video

20   and -- and -- and interact with video and watch        01:38:43

21   video on the platform, what I can tell you is

22   infrastructure improvements had to take place,

23   you know, at a high level.

24              And I'm not prepared to talk about the --

25   the technical -- I mean, if -- if I think about the     01:39:05
```

Page 40

HIGHLY CONFIDENTIAL

```
 1    topic that I'm prepared to talk about, the changes      01:39:11

 2    that we made to allow for the ways that users

 3    interact with video, of course, we want users to

 4    have a successful experience.

 5            So what does that mean.  It means, it          01:39:25

 6    doesn't -- the upload doesn't fail or the playback

 7    doesn't fail.

 8            So at a high level, I can only say

 9    that -- a quality experience, a good user

10    experience like that is important to Facebook.  So     01:39:44

11    infrastructure improvements to allow for a larger

12    number of video files being uploaded and played

13    had to have -- had to have taken place.  And -- and

14    that's really the depth of the infrastructure

15    preparation that I did.                                01:40:01

16       Q.   (By Mr. Gould)  Okay.  So in order to not

17    waste your time, are you prepared to talk, at a

18    high level, about the kind -- general kinds of

19    infrastructure changes that have been made in order

20    to facilitate the access to uploading of and          01:40:18

21    sharing of video content?

22            MR. SCHWING:  We haven't -- just to be

23    clear, we haven't designated Mr. Miller to talk

24    about like technical infrastructure.

25            MR. GOULD:  Okay.                              01:40:34
```

Page 41

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  But, you know, storage or      01:40:35

 2     showing video, that's not something we understood

 3     that you --

 4              MR. GOULD:  Okay.

 5              MR. SCHWING:  -- you intended to ask          01:40:42

 6     about.  And that's not part of topic 9c, as we've

 7     understood it.

 8              Mr. Miller is focused on -- on the

 9     actions taken, decisions made that would allow

10     people to kind of interact, like on surfaces that    01:40:55

11     he's been discussing.

12              So I hope that -- that helps to clarify.

13     He's not going to be able to talk about like the

14     servers and the server system and that kind of

15     thing.                                                01:41:05

16         Q.   (By Mr. Gould)  If I were to ask you,

17     you know, Mr. Miller, since 2007, what are the

18     major investments that Facebook has made,

19     generally, in order to facilitate user access to

20     and sharing of and uploading of video content, is    01:41:26

21     that, at a high level, a question that you're

22     prepared to answer?

23         A.   I would say that the -- the lowest level

24     that I could answer is improvements in storage, in

25     coding and playback.  And not -- I'm not prepared     01:41:52
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    to talk -- I think that that would be the          01:42:03

 2    high-level answer to your original question.

 3            But regarding the specifics under those

 4    high-level areas, I didn't find that as relevant to

 5    my topic and the research that I did.               01:42:20

 6        Q.   Okay.  What improvements since 2007 --

 7    major improvements since 2007 have been made in

 8    order to facilitate access to sharing of and

 9    uploading of video content?

10        A.   I can give examples of the way that we     01:42:52

11    recommend or rank video as a -- as basically a -- a

12    bucket of improvements that we've made.

13        Q.   What -- okay.  Well, then -- let me then

14    be more specific and we'll talk about maybe kinds

15    of improvements.                                    01:43:17

16        A.   Okay.

17        Q.   That might focus our discussion.

18            One of those kinds that you mentioned

19    earlier was improvements in storage.

20            Since 2007, what are the major, at a high   01:43:26

21    level, improvements that Facebook has made in order

22    to facilitate access to sharing of, uploading of

23    video content?

24        A.   Oh, you -- I'm confused.  You mentioned

25    storage, and then you mentioned my topic.  But help 01:43:49
```

Page 43

HIGHLY CONFIDENTIAL

```
1    me understand the tie between the two.              01:43:52

2         Q.   Oh, sorry.  I -- I -- sorry.  One second.

3    I just want to -- I -- I -- because I want to make

4    sure I understood what you are and are not prepared

5    to talk about.                                       01:44:13

6              I -- I thought you said you -- you can

7    answer questions regarding improvements in storage,

8    in coding and in playback.

9              Am I right about that?

10        A.   I don't think that that's what I said.     01:44:30

11        Q.   Oh, okay.

12        A.   Do -- I could restate, or maybe we can

13   restate what I had said --

14        Q.   Yeah.

15        A.   -- or maybe clear it up --                 01:44:42

16        Q.   I mean -- well, hm.

17             MR. SCHWING:  May be useful to take a

18   break.  We're at about an hour and maybe we could

19   give some clarify.

20             MR. GOULD:  Okay.  Let's take a short       01:44:56

21   break.

22             Could -- could we make it a five-minute

23   break and be sure to be back here at -- at 1:50?

24             MR. SCHWING:  Sure.

25             MR. GOULD:  Okay.  Thank you.               01:45:07
```

Page  44

HIGHLY CONFIDENTIAL

```
 1              THE VIDEOGRAPHER:  Okay.  We're off the      01:45:08

 2     record.  It's 1:45 p.m.

 3              (Recess taken.)

 4              THE VIDEOGRAPHER:  We're back on the

 5     record.  It's 2:03 p.m.                               02:03:10

 6        Q.   (By Mr. Gould)  Thanks, Mr. Miller.

 7              I'm -- I'm going to ask a broad question

 8     and, you know, you can answer it however you can

 9     answer it, and then we can go from there.

10              What are the major actions taken by          02:03:32

11     Facebook, since 2007, in order to facilitate user

12     access to uploaded video content on the platform?

13        A.   At a high level, Facebook increased the

14     number of services.  So we talked about that,

15     the -- the ways on Facebook app users can access --   02:04:02

16     or where on Facebook app users can access video.

17     And also improvements in how we ranked video for

18     users.

19        Q.   We'll talk a little bit more about

20     improvements and how you ranked video.                02:04:24

21              Are you talking about improvements in how

22     video was ranked on a user's newsfeed?

23        A.   Yes.

24        Q.   Yeah.

25              Anything -- anything else that goes under     02:04:34
```

Page 45

HIGHLY CONFIDENTIAL

```
 1    the heading of improvements and ranking?          02:04:35

 2         A.   I -- sorry.  Ranking on newsfeed or

 3    ranking on the other services we talked about?

 4         Q.   That's -- yeah.  I mean, that's precisely

 5    what I'm wondering, is like, when you said, how we  02:04:51

 6    rank video -- when you said that phrase, did you

 7    mean something other than -- or something besides

 8    how video is ranked on newsfeed?

 9         A.   That is -- so I'm prepared to talk about

10    how video is ranked on, say, newsfeed and also,     02:05:19

11    say, the video tab.

12              MR. GOULD:  Fabulous.  Okay.

13              MR. SCHWING:  Can I -- can I interrupt

14    for just one second.

15              (Discussion off the stenographic record.)  02:05:40

16         Q.   (By Mr. Gould)  What were the

17    improvements in the video ranking for the newsfeed

18    designed to do?

19         A.   Ranking improvements on newsfeed were

20    designed to give users a better experience.        02:06:32

21         Q.   And when we're talking about improvements

22    in ranking, are we talking about like a series of

23    improvements or like one big upgrade?

24         A.   More of a series of improvements.

25         Q.   Okay.  Are you prepared to talk about,    02:06:55
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    like at a high level, the major decisions or      02:06:56

2    changes that were part of that series?

3        A.   At a high level, that was part of the

4    prep that I did.

5        Q.   Fabulous.  Great.             02:07:13

6           When did the -- these improvements to

7    ranking on a newsfeed start to be made?

8        A.   We can say that one of the more important

9    changes to newsfeed's ranking happened in 2011.

10        Q.   And what change was that?        02:07:43

11        A.   And in that year, newsfeed ranking

12    changed from being chronological to being

13    recommendation-based.

14        Q.   And how did the platform come up with

15    these recommendations -- that's a broad question.   02:08:10

16           So let's start out with, what information

17    did the platform consider in order to make these

18    recommendations?

19        A.   So in 2011 or in general?

20        Q.   In -- in 2011, what were the improvements   02:08:27

21    to what -- or -- yeah.  What did it begin to

22    consider?

23        A.   There were many changes and things that

24    the -- that the newsfeed would consider would be a

25    variety of things that it understood about the --   02:08:49

Page 47

HIGHLY CONFIDENTIAL

```
 1    the content or the video itself, a variety of          02:08:58

 2    things that it understood about what the user would

 3    be interested in.  Those types of things.

 4        Q.   And it's fair to say that the

 5    consideration of these items you just mentioned was    02:09:23

 6    done by machine, not by actual human beings,

 7    correct?

 8        A.   For the vast majority of these ranking

 9    changes, they were done by machine learning.

10        Q.   How would -- how would the platform          02:09:55

11    determine what the content of a video itself was?

12        A.   So in general -- and if you're okay with

13    a general answer to that --

14        Q.   Please.

15        A.   -- ways that a platform can figure out       02:10:16

16    what a video is about or what -- what was the --

17    the word you used?

18        Q.   The content of the video.

19        A.   The content -- the subject of the

20    content?                                               02:10:32

21             I -- I might have misheard you.

22        Q.   Yeah.  No, like -- like -- yeah.  What's

23    the video about.  Sure.  Yeah.

24        A.   Okay.  Here's an example -- I'll use dogs

25    as an example, right.                                  02:10:49
```

Page 48

HIGHLY CONFIDENTIAL

```
 1              There's a video about my dogs.  A        02:10:50

 2    couple -- a couple of things that the platform

 3    did -- and, you know, this would be improved over

 4    time.  It's -- it's still something that -- there's

 5    always room for improvement.                       02:11:04

 6              But some examples of -- of things that

 7    the platform did would be, say, look at the text in

 8    the title.  Look at the description of the video.

 9    "Great dogs."  Look at say, comments on the video.

10              Those are some straightforward examples   02:11:29

11    where the platform would understand what the video

12    was about.  And other examples would be some

13    content is -- there are models, like I'll make up

14    the dog thing.

15              Here's a bunch of videos that are about   02:11:52

16    dogs.  Hey, model, please -- please take a look at

17    what you find.  Find similarities in the video

18    content so that the next time you see a video about

19    dogs, the model would predict, oh, yeah, I think

20    that video is about dogs.                          02:12:13

21              And so those are the general -- that's

22    the general gist of how content-understanding

23    models work.

24         Q.   All right.  When -- in 2007, when the

25    video uploads first began in the platform, were    02:12:36
```

HIGHLY CONFIDENTIAL

```
 1   users able to give uploaded videos titles?          02:12:42

 2        A.   When you -- when a user would post a

 3   video, you -- you can say almost anything in that

 4   post.

 5             So if you say, "Here's my video about     02:12:59

 6   dogs," you could -- I mean, that, in a way, could

 7   be the title.  It's -- it's what you've said in

 8   your post and the post comes with the dog video.

 9        Q.   So in other words, from the very

10   beginning of Facebook enabling the upload of        02:13:13

11   videos, Facebook enabled the uploader to associate

12   or attach text to the video?

13        A.   Yes.

14        Q.   And that hasn't changed, right?

15        A.   Correct.                                  02:13:37

16        Q.   Since 2007, what are the major actions

17   that Facebook has taken to facilitate -- sorry.

18             We just -- we just talked very generally

19   about actions that Facebook had taken since 200- --

20   major actions that Facebook had taken since 2007 to 02:14:19

21   facilitate user access to -- to videos -- to video

22   content.

23             I -- I now want to talk about like the

24   sharing of that content.

25             So what are the major actions that        02:14:33
```

HIGHLY CONFIDENTIAL

```
1    Facebook has taken, since 2007, to facilitate the        02:14:38

2    sharing of uploaded video content?

3         A.   A very straightforward example of that

4    would be the -- the launch of sharing in 2012.  So

5    there's a share button.  That's what I was              02:15:06

6    referring to as sharing.

7         Q.   From the beginning of -- sorry.  Yes.

8              From the beginning of when Facebook

9    enabled users to upload video to the platform, it

10   also enabled comments on those videos, correct?        02:15:33

11        A.   I think we said that comments came in

12   2010.

13        Q.   Got it.  Okay.  Thank you.

14             And there have been comments on videos

15   then ever since 2010, right?                           02:15:52

16        A.   If a user commented, yes.

17        Q.   When was the -- I'm sorry if I've already

18   asked you this.

19             But when was the like of an uploaded

20   video first introduced?                                02:16:16

21        A.   No worries.

22             Like came out in 2009.

23        Q.   Okay.  Are there -- currently, are there

24   any user interactions with uploaded video content

25   that like are specific to uploaded video content?      02:16:42
```

Page 51

HIGHLY CONFIDENTIAL

```
 1              And if I need to explain that question,      02:16:49

 2      to make it clear, I'm happy to do so.

 3          A.   Yeah.

 4          Q.   Okay.

 5          A.   That will help.                             02:16:56

 6          Q.   Sure.

 7               Let's step back for a -- for a bit.

 8               You'd agree, I guess, that like there are

 9      many different kinds of posts a Facebook user can

10      make to the Facebook Platform, correct?             02:17:11

11          A.   Correct.

12          Q.   One kind of post would be a video --

13      excuse me -- a photo, right?

14          A.   Right.

15          Q.   Another would be just like text, right?    02:17:24

16          A.   Yes.

17          Q.   Would a status update also be a kind of

18      post?

19          A.   You can think of it that way, though, I

20      should just let you know that that's not related to 02:17:44

21      video.

22          Q.   Sure.

23               Another kind of post would be the user's

24      uploading of a video to the platform, right?

25          A.   Agree.                                     02:18:01
```

Page 52

HIGHLY CONFIDENTIAL

```
 1          Q.   Okay.  So users can interact with posts      02:18:01

 2    in multiple different ways, correct?

 3          A.   Correct.

 4          Q.   Okay.  Were any of those ways unique to

 5    video content?                                          02:18:22

 6          A.   I -- I understand what you were asking.

 7               The answer is yes.

 8          Q.   And what are those ways?

 9          A.   Some examples would be mute.  Unmute,

10    right.                                                  02:18:43

11               Is that --

12               (Simultaneously speaking.)

13          Q.   (By Mr. Gould)  Sure.

14          A.   -- what you're asking?

15          Q.   Yeah, totally.                               02:18:48

16               Anything else?

17          A.   Full screen, right.  Change the volume.

18               I think that those are good examples.

19          Q.   I assume play and pause also?

20          A.   Yes.                                         02:19:16

21          Q.   Any other interactions that you can think

22    of --

23          A.   Yeah.

24          Q.   -- that are unique to video content?

25          A.   Sitting here today, you can save a video.    02:19:31
```

                                                          Page 53

HIGHLY CONFIDENTIAL

1      I -- I don't know if that's unique, though.  So          02:19:35

2      maybe -- maybe I wouldn't say that that's unique.

3               You can -- I'm just trying to think here.

4               An example of a comment, say, on a live

5      video, would be -- could be time-stamped; is             02:20:02

6      that -- that -- that's an interaction that is

7      slightly different from --

8          Q.   Sure.

9          A.   -- say, a static post.

10              Let me think if I can think of other              02:20:20

11     ones.

12         Q.   Sure.  Take your time.

13         A.   An inter- -- another interaction that

14     might be different for video than, say, the other

15     ones, would be the time you spend watching it.          02:20:31

16         Q.   That is something that Facebook tracks,

17     in other words?

18         A.   Yes.

19         Q.   Okay.  If I were to speak of Facebook's

20     user interface for uploaded videos, would you know      02:21:12

21     what I meant?

22              MR. SCHWING:  Calls for speculation.

23              THE DEPONENT:  May- -- I might.

24         Q.   (By Mr. Gould)  Okay.

25         A.   I mean -- yeah.                                  02:21:23

                                                         Page 54

HIGHLY CONFIDENTIAL

```
 1        Q.   Okay.                                      02:21:24

 2        A.   Let me know...

 3        Q.   Okay.  Then let me ask it this way.

 4        A.   Yeah.

 5        Q.   Like, does Facebook have a user interface  02:21:29

 6   that is specific to uploaded video content?

 7        A.   I think I know what you're asking.

 8        Q.   Okay.

 9        A.   For example, a player -- a player could

10   be said to be unique to a video.  And it has, like  02:21:47

11   you said, a play or a pause button, and that

12   interface is different for, say, photos and text,

13   et cetera.

14        Q.   And Facebook has a proprietary video

15   player, correct?                                    02:22:08

16        A.   I -- what -- what do you mean by --

17        Q.   I -- I mean --

18        A.   -- video player?

19        Q.   -- it -- it uses Facebook-designed

20   software in order to play uploaded videos for users 02:22:24

21   who want to watch such videos.

22             Correct?

23        A.   Yes.

24        Q.   When was that software first designed, if

25   you know?                                           02:22:45
```

Page 55

HIGHLY CONFIDENTIAL

```
1          A.   Well, video was first displayed on the        02:22:50
2    platform in 2006 with the -- the rendering of those
3    videos that were on the other websites.  And one
4    could say that would be the beginning of the
5    Facebook video player.                                    02:23:14
6          Q.   In 2007, when Facebook started to allow
7    users to upload video to the platform, other users
8    who wanted to access that video could play those
9    uploaded videos, right?
10         A.   Yes.                                            02:23:37
11         Q.   And the -- in 2007, the player used to
12   play those videos, was that a Facebook-designed
13   player?
14         A.   I -- I actually don't know.
15         Q.   Okay.  Okay.  Do you know whether -- or        02:23:52
16   excuse me.
17              Do you know what, if any, major changes
18   have been made to the Facebook video player over
19   the years?
20         A.   Yeah, let me think for a moment.               02:24:23
21              I can't think of any big important
22   changes.  I mean, just to list off what we talked
23   about, you've got a video.  You can play it.  You
24   can pause it.  You can change the sound -- I'm
25   sorry -- you can adjust the volume.  You can -- in        02:24:59
```

Page 56

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | some cases, you can change where you want to go in | 02:25:08 |
| 2 | the video. | |
| 3 |      Q.   Right. | |
| 4 |      A.   That -- I'm speaking to the normal video | |
| 5 | play technologies that I think everybody is used | 02:25:21 |
| 6 | to.  The difference or -- | |
| 7 |           (Discussion off the stenographic record.) | |
| 8 |           THE DEPONENT:  Okay. | |
| 9 |      Q.   (By Mr. Gould)  Sorry, Mr. Miller. | |
| 10 |      A.   So -- okay.  Give me a second. | 02:26:01 |
| 11 |      Q.   Sure. | |
| 12 |      A.   The -- the movement or where you want to | |
| 13 | go in the video, sometimes we call that a scrubber | |
| 14 | and -- oh, fast-forward.  Rewind. | |
| 15 |           These things -- or move ahead | 02:26:24 |
| 16 | by ten seconds, these are -- these normal video | |
| 17 | interactions -- these, what I would call typically | |
| 18 | video player interactions, I -- I wouldn't be able | |
| 19 | to say what that evolution was on the player | |
| 20 | between day zero and today. | 02:26:45 |
| 21 |      Q.   Fair to say that over the years | |
| 22 | improvements have been made to the Facebook video | |
| 23 | player? | |
| 24 |      A.   Yes. | |
| 25 |      Q.   And the goal of those improvements is, I | 02:26:59 |

Page 57

HIGHLY CONFIDENTIAL

```
 1    assume, to improve the user experience of those        02:27:06

 2    videos, right?

 3        A.   That is correct.

 4        Q.   To make video play seamless with the rest

 5    of the Facebook Platform, right?                        02:27:16

 6             MR. SCHWING:  Vague.

 7             THE DEPONENT:  Well, the way I'd phrase

 8    it is to have an enjoyable video consumption

 9    experience.

10        Q.   (By Mr. Gould)  You mentioned a scrubber,      02:27:35

11    correct?

12        A.   Right.

13        Q.   The -- a move ahead button, correct?

14        A.   Right.

15        Q.   I'll -- I'll -- I'll just list a few           02:27:49

16    others.

17             Move behind button.  Fast-forward.

18    Rewind.  You referenced those in -- in reference

19    to -- to uploaded video, correct?

20        A.   Yes.                                           02:28:01

21        Q.   All of those interactions that I just

22    listed are, I take it, unique to video content on

23    the Facebook Platform, as opposed to other kinds of

24    content, correct?

25        A.   Let -- yeah.  Let me -- let me think           02:28:15
```

Page 58

HIGHLY CONFIDENTIAL

```
 1   about that for one second.                    02:28:17

 2          Those -- couple -- couple things.

 3      Q.   Sure.

 4      A.   So when I -- when I said skip ahead

 5   ten seconds, when I said go back ten seconds,  02:28:31

 6   that's what I meant by forward and rewind.

 7      Q.   I get it.

 8      A.   Yeah.

 9          But, you know, that list that you

10   mentioned, those interactions are unique to video  02:28:43

11   content.

12      Q.   Okay.  You mentioned that Facebook tracks

13   time spent watching videos, right?

14      A.   That is correct.

15          MR. SCHWING:  Sorry.  It's outside the  02:29:16

16   scope of the deposition.

17      Q.   (By Mr. Gould)  When did it first begin

18   to do that?

19          MR. SCHWING:  It's outside the scope of

20   the deposition.                                02:29:23

21          There's another witness that's been

22   designated to testify on that subject.

23          If you know, you can answer.

24          THE DEPONENT:  So I -- I would be

25   speculating as to when that started.           02:29:42
```

Page 59

HIGHLY CONFIDENTIAL

```
 1              As I sit here today -- or as I -- as I        02:29:48

 2     understand the product today, I know we track it.

 3     But it's -- that's not -- when we started tracking

 4     metrics wasn't relevant, as far as I saw, to how we

 5     allow users to --                                      02:30:06

 6              MR. GOULD:  No, I get it.

 7              THE DEPONENT:  Yeah.  Yeah.

 8              MR. GOULD:  So I just want to state this

 9     for the -- for the record.  And, again, I don't

10     mean to be combative and this is not a criticism of   02:30:15

11     the witness.

12              When I asked Facebook's designee for

13     subtopic a, and subtopic b, whether there were

14     years in which time spent watching videos was

15     tracked, other than those shown on the                02:30:41

16     spreadsheets, he was unable to answer that

17     question.

18       Q.   (By Mr. Gould)  The other thing I want to

19     ask about is the live stream videos on the

20     Facebook Platform.                                     02:31:01

21              When did Facebook first enable users

22     to -- and here I specifically mean users -- to live

23     stream video content on the Facebook platform?

24       A.   Users could live stream live video

25     content in 2016.                                       02:31:31
```

Page 60

1      Q.   When were third-party apps first enabled      02:31:39

2    to live stream video content on the

3    Facebook Platform?

4      A.   I -- I apologize.  I'm not the right

5    person to talk about third-party apps.          02:31:56

6      Q.   Okay.  I'm going to go through a few of

7    the reactions we talked about in reference to

8    uploaded video.  And I want to see whether they --

9    they are also -- they -- they are also made

10   available for live streamed video.            02:32:18

11         Mute, unmute, I assume, it is also an

12   interaction that's made available for live stream

13   video, correct?

14     A.   Yes.

15     Q.   Same with full screen?                02:32:30

16     A.   Yes.

17     Q.   Change volume, same?

18     A.   Yes.

19     Q.   Is time spent watching a live streamed

20   video also tracked by Facebook?              02:32:47

21         MR. SCHWING:  It's outside of the scope.

22     Q.   (By Mr. Gould)  You can answer, if you

23   know.

24     A.   I know it's tracked.

25     Q.   Okay.  To what extent does the scrubbing   02:32:57

                                                    Page 61

HIGHLY CONFIDENTIAL

```
 1    interaction apply to a live streamed video?          02:33:11

 2            I mean, how -- to what extent can you use

 3    that for a live stream video?

 4        A.   I'll -- I'll answer that in two ways.

 5            One, is a live stream video, after it's     02:33:28

 6    no longer live, it can be shown to a user.

 7            It comes with a heading on it, like

 8    Benjamin Gould was live.  And I don't -- I mean,

 9    technically, it's a prerecorded live and -- but you

10    could scrub.                                         02:33:56

11            The other example would be, Mr. Gould, if

12    you were streaming live and I were watching you

13    stream live, I can go back a -- a little bit.  I

14    can't fast-forward while you're live.  But I could

15    catch up to where -- where you were -- where you     02:34:18

16    were in real-time.

17        Q.   Right.

18        A.   Does that -- yeah.

19        Q.   And same with move ten seconds ahead,

20    move ten seconds behind, if a live streamed video    02:34:29

21    has been saved to the platform, those interactions

22    can be used on that video, correct?

23        A.   Correct.

24        Q.   Okay.  And is it -- is it the case that

25    when a video is being live streamed, a user, who is  02:34:48
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    watching that video, has the option of selecting a          02:34:53

2    move ten seconds back interaction?

3         A.   My -- from my best understanding, yes.

4         Q.   Okay.  Can a user, who is live

5    streaming -- or excuse me -- who is watching a live         02:35:13

6    stream video, select rewind?

7         A.   Sorry.  Let me clarify something I said

8    earlier.

9         Q.   Sure.

10        A.   Rewind would be, go ten seconds back.            02:35:26

11        Q.   Oh.  Oh, okay.  I see.  Got it.

12        A.   There -- there's no rewind button, but

13   there is go back ten seconds.

14        Q.   Okay.  And here I'm talking about for any

15   video on the Facebook Platform, does Facebook              02:35:44

16   enable users to speed up or slow down the playback

17   of that video?

18        A.   I know I've seen some tests -- let me

19   think for a second.

20        Q.   Sure.                                            02:36:11

21        A.   If it's live or -- I'm not sure if it's

22   live in production.  I'm aware of some experiments,

23   but I -- I would have to just -- I would have to

24   look at it to see if it's actually live in

25   production.                                                02:36:35

                                                    Page 63

HIGHLY CONFIDENTIAL

1       Q.   Okay.  By "some tests," you mean Facebook        02:36:35

2    has experimented with such a tool, but hasn't

3    introduced it to the platform, correct?

4       A.   That -- that's what I meant by -- so for

5    example, maybe the test would be -- here's a             02:37:00

6    functionality that would be given to a set of

7    users.

8            But, you know, I -- I -- I would actually

9    have to check to say is that generally available

10   to -- you know, as the normal player.  And,             02:37:17

11   you know, sitting here today, off the top of my

12   head, I -- I don't know if that's one of the

13   controls.

14      Q.   Okay.  Are you familiar with a product

15   called Facebook Watch?                                   02:37:48

16      A.   Yes.

17      Q.   What is or was Facebook Watch?

18      A.   Facebook Watch is the name that was

19   given -- or I would call it the brand name given to

20   the video tab.                                           02:38:09

21      Q.   Does Facebook produce its own video

22   content?

23      A.   Can you like -- can you -- or define

24   "produce"?  Help me a little bit.

25      Q.   Sure.  Sure.                                     02:38:36

Page 64

HIGHLY CONFIDENTIAL

```
 1              Well, let me ask you this, are there any        02:38:46

 2    groups or divisions within the Facebook company

 3    whose main responsibility is -- is the user

 4    experience of video content?

 5              MR. SCHWING:  It's vague.                        02:39:15

 6              THE DEPONENT:  Yeah.  I -- I was going to

 7    ask you a clarification.

 8              So I could use a little bit more clarity

 9    on the word "video content."

10       Q.   (By Mr. Gould)  Sure.                             02:39:25

11       A.   Use a little bit more clarity on the word

12    "user experience."

13       Q.   Sure.

14              For purposes of this question --

15       A.   Uh-huh.                                           02:39:34

16       Q.   -- I'm talking about uploaded video and

17    live streamed video, whether or not that live

18    streamed video is live streaming, or was live

19    streaming, and then saved to the platform.

20              I'm including those things.                     02:39:56

21              Is there another type of video content

22    that's available on the Facebook Platform that you

23    can think of?

24       A.   Start back with the -- the ones you

25    mentioned.  I'll -- let's -- I want to be --            02:40:12
```

                                                              Page 65

HIGHLY CONFIDENTIAL

```
 1        Q.   Yeah.  Sure.                          02:40:15

 2        A.   -- I want to be sure.

 3        Q.   Videos uploaded by user's pages --

 4        A.   Okay.

 5        Q.   -- groups, right.                      02:40:21

 6        A.   Got that.

 7        Q.   Okay.  Live streamed videos, that would

 8   be another type of this group I'm talking about.

 9             Another type would be -- if we want to

10   classify it as a separate category, I suppose, live  02:40:38

11   streamed videos that are then saved to the

12   Facebook Platform and are available on demand.

13             Is --

14        A.   Those three?

15        Q.   Yeah.                                  02:40:51

16             Is -- is there another type of video

17   content available on the Facebook Platform that

18   does not fall under one of the headings I just

19   mentioned?

20        A.   Is there -- I -- I'm sorry.            02:41:10

21             Is there another type of video content?

22        Q.   Yeah.

23        A.   I could think of a video call on

24   Messenger as maybe not falling under those.

25        Q.   Anything else?                         02:41:26
```

Page 66

HIGHLY CONFIDENTIAL

```
 1        A.   And after those four, I can't think of        02:41:31

 2   any other heading.

 3        Q.   Fair enough.

 4             We earlier talked about Meta

 5   Business Suite and Creator Studio, and I don't want      02:41:48

 6   to talk about those.

 7             What I want to talk about is any other

 8   functionality aside from those tools that allows a

 9   Facebook user, Facebook group, Facebook page to

10   record video.                                            02:42:07

11        A.   You're saying outside of those tools?

12        Q.   Yes.

13        A.   An example is, you can go to Facebook

14   right now, you're in feed, and you can record a

15   video that shows in feed.                                02:42:31

16        Q.   Is there any other functionality that you

17   can think of that's used to record video on the

18   Facebook Platform?

19        A.   You can go to the live player.  I would

20   call that as recording video.  So you can click the      02:42:58

21   go live button.

22        Q.   And once a user has logged onto Facebook,

23   where does the user have to go to click or access

24   the go live button?

25        A.   I don't have the interface in front of         02:43:32
```

Page 67

HIGHLY CONFIDENTIAL

```
1    me.  But if you go to your page or profile, or --       02:43:34

2    or whatnot, you can -- you can go live from there.

3         Q.   Okay.  Can you go live from the newsfeed?

4         A.   I -- I don't know if you can go live from

5    the newsfeed.                                            02:43:58

6              MR. SCHWING:  Can I beg your indulgence

7    to have 20 seconds before you ask your next

8    question.  I just need to do something --

9              MR. GOULD:  Sure.  Sure.  Of course, you

10   can.                                                     02:44:37

11             MR. SCHWING:  Okay.  Thank you.

12             MR. GOULD:  Yeah, no problem.

13        Q.   (By Mr. Gould)  Let's see here.  Does

14   Facebook enable a user page or group that has

15   uploaded a video to track how many people have          02:45:32

16   watched that video?

17             MR. SCHWING:  It's outside the scope.

18             THE DEPONENT:  So if a user or a page

19   entity, whatever, has uploaded a video, just about

20   anybody can see how many views it's gotten.              02:46:10

21        Q.   (By Mr. Gould)  And I would assume that

22   this number of views metric would have to be unique

23   to video content on Facebook, correct?

24        A.   That's correct.

25        Q.   Okay.  Has -- has Facebook partnered or        02:46:36
```

Page 68

HIGHLY CONFIDENTIAL

```
 1    entered into any venture that you can think of with      02:46:53

 2    a media company to produce original video content?

 3            MR. SCHWING:  It's outside of the scope

 4    of the deposition.

 5            THE DEPONENT:  I'm -- I'm aware of such          02:47:16

 6    original content.

 7        Q.  (By Mr. Gould)  What are those third

 8    parties that Facebook has partnered with to provide

 9    such content, if you know?

10            MR. SCHWING:  Outside the scope of the           02:47:35

11    deposition.

12            THE DEPONENT:  That's correct.  I do not

13    know.

14        Q.  (By Mr. Gould)  Okay.  Fair enough.

15            Am I right in -- in surmising that you           02:47:43

16    know that Facebook has partnered with third parties

17    to provide original video content, but you don't

18    know what that content is or who those third

19    parties are?

20            MR. SCHWING:  Same objection.                    02:48:01

21            THE DEPONENT:  I don't know who the

22    parties -- sorry.

23            I don't know who the partners are, but I

24    know of a show called Red Table Talk.

25        Q.  (By Mr. Gould)  And that's a show that           02:48:15
```

Page 69

HIGHLY CONFIDENTIAL

```
 1    has been produced by Facebook in partnership with a      02:48:19

 2    third party?

 3             MR. SCHWING:  That's outside the scope.

 4             THE DEPONENT:  I believe --

 5             MR. SCHWING:  I'm sorry.  Hang on.            02:48:28

 6             Mr. Miller, you're faster than I am.

 7             THE DEPONENT:  Sorry.

 8             MR. SCHWING:  Outside the scope of the

 9    deposition.

10             Go ahead.                                    02:48:36

11             THE DEPONENT:  Sorry.  Mr. Gould, you'll

12    have to repeat that.  I'm sorry.

13        Q.   (By Mr. Gould) Sure.  Yeah.  No, no

14    problem.

15             You mentioned a show called              02:48:47

16    Red Table Talk, right?

17        A.   Correct.

18        Q.   And that's a show that has been produced

19    by Facebook in partnership with a third party?

20        A.   Maybe I just don't know what the word      02:49:04

21    "produced" means.

22             Can you rephrase it?

23        Q.   Sure.

24             By "produce," in this context -- oh,

25    sorry.                                               02:49:18
```

Page 70

HIGHLY CONFIDENTIAL

```
1              Is it a scripted show?                    02:49:18

2         A.   I --

3              MR. SCHWING:  Outside of the scope --

4    outside of the scope of the deposition.

5              THE DEPONENT:  I don't know what that     02:49:26

6    means.  Sorry.

7         Q.   (By Mr. Gould)  Yeah.  Sure.

8              Are there human beings in the show called

9    Red Table Talk?

10             MR. SCHWING:  Same objection.             02:49:39

11             THE DEPONENT:  I know there are humans in

12   the show, Red Table Talk.

13        Q.   (By Mr. Gould)  And when they speak, are

14   they speaking lines from a script or are they doing

15   something other than that?                          02:49:59

16             MR. SCHWING:  Same objection.

17             THE DEPONENT:  I don't know the answer to

18   your question.

19        Q.   (By Mr. Gould)  Okay.  Okay.  Fair

20   enough.                                             02:50:08

21             To what extent can you speak today on --

22   on what has caused the amount of video content

23   available on the Facebook Platform to increase or

24   decrease over the years?

25             Is that a subject that you're prepared    02:50:56
```

Page 71

HIGHLY CONFIDENTIAL

```
 1    to -- to speak about today, to some degree?          02:50:58

 2         A.   Only to a small degree.

 3         Q.   Well, let's just see how far we can get.

 4              If you wouldn't mind, Mr. Miller, going

 5    to the -- the -- the Veritext Exhibit Share here      02:51:17

 6    and opening -- opening Exhibit 619.

 7         A.   I am --

 8              MR. SPRINGER:  I'm copying that now.

 9              THE DEPONENT:  Oh, thanks.

10         Q.   (By Mr. Gould)  Let me know when you're     02:51:56

11    there.  Take your time.

12         A.   So I'm in a folder called Marked

13    Exhibits -- oh, never mind.

14              I see an Excel file.  I'm opening up an

15    Excel file.                                           02:52:12

16         Q.   Fabulous.

17         A.   Okay.

18         Q.   Let me know once it -- okay.  So --

19         A.   It's a table.

20         Q.   Okay.  So this appears to be an Excel       02:52:21

21    file with two columns, the first denoting "year"

22    and the second being labeled "video_sends,"

23    correct?

24         A.   I see that.

25         Q.   Okay.  Do you have any sense of the         02:52:41
```

Page 72

HIGHLY CONFIDENTIAL

```
 1    metrics that you are looking at -- at -- on this        02:52:47

 2    table?

 3              MR. SCHWING:  It's outside the scope of

 4    the deposition.

 5              THE DEPONENT:  I -- I have two things to        02:52:59

 6    say about --

 7         Q.   (By Mr. Gould)  Of course, please.

 8         A.   -- about the exhibit.

 9              I reviewed all of the documents that were

10    sent to me.  I don't remember seeing this as one of      02:53:09

11    them.

12         Q.   Sure.

13              Okay.  What was the second thing you

14    wanted to say?

15         A.   I have no idea what this is.                   02:53:20

16         Q.   Oh, okay.  Okay.  Fair enough.

17              Okay.  Fair to say then that if I were to

18    ask you about similar tables displaying

19    video-content-related metrics, you wouldn't be able

20    to speak knowledgeably about those; is that             02:53:50

21    correct?

22              I don't want to waste your time.

23         A.   That's correct.

24         Q.   Okay.  Okay.  So then let me ask you a

25    more qualitative question and see if --                 02:54:07
```

Page 73

HIGHLY CONFIDENTIAL

```
 1        A.   Yeah.                                    02:54:10

 2        Q.   -- this is sort of within your area of --

 3   of preparation.

 4             Is it fair to say that since 2007, the

 5   amount of video content available on the          02:54:21

 6   Facebook Platform has greatly increased?

 7             MR. SCHWING:  Vague.

 8             THE DEPONENT:  When you say "amount" --

 9        Q.   (By Mr. Gould)  Sure.

10        A.   -- could I --                            02:54:40

11        Q.   Sure.

12             If I were to say "volume of video

13   content," would that be easier to understand?

14        A.   I --

15             MR. SCHWING:  It's vague.                02:54:50

16             THE DEPONENT:  Amount and -- did you mean

17   the number of videos on the platform or did you

18   mean how much video was being watched on the

19   platform?

20        Q.   (By Mr. Gould)  Let's talk first about   02:55:09

21   how much video is uploaded to the platform.

22             Is it fair to say that since 2007, the

23   amount of video uploaded to the platform has

24   greatly increased?

25             MR. SCHWING:  Calls for -- it's outside   02:55:29
```

Page 74

HIGHLY CONFIDENTIAL

```
 1    the scope of the deposition.                    02:55:31

 2            THE DEPONENT:  What I would say is it has

 3    increased.  I -- I don't have the data, but it's

 4    increased.

 5        Q.   (By Mr. Gould)  Okay.  And what, in      02:55:40

 6    Facebook's view, has caused that increase?

 7        A.   So based on --

 8            MR. SCHWING:  Sorry.  It's outside the

 9    scope of the deposition.

10            If you know, you can answer.             02:56:04

11            MR. GOULD:  Sorry, Mr. Miller.  I will

12    reask the question.

13            But I just want to say, for the record,

14    that -- that this was a topic that -- when

15    questioning Facebook's designee on subtopics 9a and  02:56:16

16    9b, I explicitly noted that I hoped Mr. Miller

17    would be able to cover.

18        Q.   (By Mr. Gould)  I'll reask the question.

19        A.   Sure.

20        Q.   The question was -- so we were talking   02:56:34

21    about an increase in the amount of video content

22    uploaded to the platform, and I asked you, what, in

23    Facebook's view, has caused that increase?

24        A.   Based on my preparation, where I looked

25    at major things that Facebook did to allow users to  02:56:56
```

Page 75

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | access video on the platform, interact, et cetera, | 02:57:03 |
| 2 | in my preparation -- or based on my preparation, I | |
| 3 | would say that the increased number of surfaces | |
| 4 | where a video has shown, the improved ranking of | |
| 5 | those videos, the number of users that have come to | 02:57:24 |
| 6 | Facebook since 2006 through today, those are | |
| 7 | factors that have increased the amount of video on | |
| 8 | the platform. | |
| 9 |     Q.   Is it fair to say that since 2007, the | |
| 10 | amount of user engagement with video content has | 02:58:02 |
| 11 | markedly increased? | |
| 12 |         Do you want me to define "engagement"? | |
| 13 | I'm happy to. | |
| 14 |     A.   Sure. | |
| 15 |     Q.   Okay.  By "engagement," I -- I mean | 02:58:16 |
| 16 | something like the degree of participation and | |
| 17 | communication an individual has within an online | |
| 18 | community. | |
| 19 |         Okay.  So understanding that that is | |
| 20 | the -- my working definition of "engagement," is it | 02:58:40 |
| 21 | correct to say that the amount of user engagement | |
| 22 | with video content on the Facebook Platform has | |
| 23 | markedly increased since 2007? | |
| 24 |     A.   Yeah -- | |
| 25 |         MR. SCHWING:  Sorry.  It's -- we're | 02:59:02 |

Page 76

HIGHLY CONFIDENTIAL

```
  1    getting a message from the Special Master I just        02:59:06

  2    saw, "I need to restart my machines.  Be right

  3    back."  So I guess we can --

  4              MR. GOULD:  Let's go off the record then.

  5              THE VIDEOGRAPHER:  Okay.  We're off the        02:59:17

  6    record.  It's 2:59 p.m.

  7              (Recess taken.)

  8              THE VIDEOGRAPHER:  We're back on the

  9    record.  It's 3:08 p.m.

 10       Q.   (By Mr. Gould)  I just want to go through        03:08:20

 11    a few other video-content-related functionality

 12    that seems to be available on the

 13    Facebook Platform.

 14              Does Facebook make available to users a

 15    video editor?                                            03:08:39

 16       A.   Some of those professional tools I

 17    mentioned has video editing.

 18       Q.   Is there such a thing as a basic video

 19    editor?

 20       A.   In newsfeed, when you make a video, you          03:09:02

 21    can do basic editing.

 22       Q.   Can you tell me what functionalities are

 23    available on that basic video -- video editing

 24    thing?

 25       A.   So I'll -- I'll call it the basic video          03:09:19
```

Page 77

HIGHLY CONFIDENTIAL

```
 1    editing tool.                                    03:09:25

 2        Q.    Fabulous.

 3        A.    And examples would be -- oh, clipping,

 4    you know, chopping off.  You can add a sound like

 5    an audio track.  And you can add like a filter.    03:09:42

 6    Change some of the ways it looks.  And then you can

 7    add some text.

 8        Q.    When was this basic editing tool first

 9    made available to users?

10        A.    I -- I don't know -- the basic editing   03:10:14

11    that I just mentioned?

12        Q.    Uh-huh.

13        A.    I don't know when it -- when it was first

14    made available.

15        Q.    Okay.  Fair to say that a tool named      03:10:23

16    basic video editing is unique to video content,

17    correct?

18            MR. SCHWING:  Lacks foundation.

19            THE DEPONENT:  If I understood your

20    question, though, the things that I mentioned,      03:10:52

21    like, for example, clipping, clipping wouldn't

22    apply to, say, a photo.  So -- but photos, you can

23    still do some filters.

24            So given that ambiguity, did you want to

25    rephrase anything?                                  03:11:18
```

Page 78

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Gould)  Yeah.  Of course.              03:11:19

 2             The clipping -- the clipping

 3   functionality in the basic editing tool is

 4   inherently unique to video content, correct?

 5        A.   Correct.                                        03:11:42

 6        Q.   Okay.  Oh, and you mentioned an audio

 7   track tool, correct --

 8        A.   Correct.

 9        Q.   -- or audio track -- track functionality

10   that's part of this basic video editing tool,            03:12:01

11   correct?

12        A.   Correct.

13        Q.   Is that in any way unique to video

14   content?

15        A.   So you can add audio to a -- like a            03:12:18

16   sequence of photos.  So I -- I wouldn't say that

17   audio would be unique.

18        Q.   But with that qualification, that you can

19   also use it -- you can also have it added to a

20   sequence of photos, then it's accurate to say that       03:12:45

21   adding an audio track is something you, as a

22   Facebook user, can do to video content and a

23   sequence of photos, but no other kind of content?

24        A.   You know, I can definitely say that you

25   can add audio to video -- sorry -- an audio track        03:13:14
```

Page 79

HIGHLY CONFIDENTIAL

```
 1    to video.                                              03:13:19

 2         Q.   Okay.

 3         A.   But beyond video -- yeah.

 4         Q.   Can you add captions to a video that you

 5    upload?                                                 03:13:39

 6              Let me know if you want me to define

 7    that.

 8         A.   I --

 9              MR. SCHWING:  Outside -- outside the

10    scope of the deposition, which relates to access        03:13:47

11    interactions with video.

12              Go ahead, if you know.

13         Q.   (By Mr. Gould)  Do you want me to -- do

14    you want me to define what I mean by "captions"?

15         A.   I -- I -- sure.                               03:13:58

16         Q.   Okay.  What I mean by "captions" is text

17    that is designed to enable better access to video

18    content by persons with hearing disabilities.

19              Under that definition of "captions," can

20    you add -- can a Facebook user add captions to          03:14:30

21    uploaded video?

22         A.   Yes.

23         Q.   Does Facebook have auto-generated

24    captions for any of its uploaded -- for any video

25    content that is uploaded by Facebook users?             03:14:53
```

Page 80

HIGHLY CONFIDENTIAL

1      A.   I'm thinking.                              03:15:08

2      Q.   Sure.

3      A.   I'm trying to figure out -- so video

4  content that's uploaded to Facebook can have

5  auto -- software-generated captions displayed on    03:15:23

6  it.

7      Q.   And do you know what determines whether a

8  given piece of video content will have

9  software-generated captions?

10     A.   I want to say a couple things.             03:15:54

11     Q.   Sure.

12     A.   So being prepared to talk about how video

13  was shown to users and how users can interact with

14  it, most of my preparation is on the user

15  consumption side, right.  Users have -- users       03:16:08

16  consuming video.

17         Based on my knowledge, I don't know all

18  the reasons for why or why not a video would have

19  captions on it.

20     Q.   Fair enough.                               03:16:33

21         Do you happen to know when

22  software-generated captions were first made

23  available or introduced on the Facebook Platform

24  for video content?

25     A.   No.                                        03:16:46

                                               Page 81

HIGHLY CONFIDENTIAL

1      Q.   Okay.  Have you heard the term          03:16:46

2   "thumbnail" in relation to video content on the

3   Internet?

4      A.   Yes.

5      Q.   When it's used in relation to video      03:17:06

6   content on the Internet, what is a thumbnail?

7           MR. SCHWING:  It's vague.

8           THE DEPONENT:  My -- my definition?

9      Q.   (By Mr. Gould)  Yes.  Sure.  Your

10  definition.                                      03:17:20

11     A.   To me, a thumbnail is a static image that

12  shows on top of whatever real estate on the screen

13  is -- is representing where the video would show.

14  So you haven't played the video, it's a static

15  image before you play it.                        03:17:45

16          Is that your understanding?

17     Q.   Right.

18          So let me -- let me see if I'm -- I'm

19  characterizing this correctly.

20          As -- as you understand the term          03:17:57

21  "thumbnail" then, it -- it means a static image

22  that, before video content is played, shows the

23  availability of that video content to a user; is

24  that about right?

25     A.   I -- I don't know what you mean by        03:18:21

                                                     Page 82

```
 1    "availability."  But -- I'm -- I'm getting a gist,        03:18:23

 2    but I -- I got hung up on the word "availability."

 3         Q.   Sure.  Sure.  Sure.  Let me then -- let

 4    me rephrase it.

 5              As you understand it, does a thumbnail         03:18:35

 6    refer to a static image displayed to a user, before

 7    video content is played, that shows that certain

 8    video content exists on a given platform, Web page,

 9    whatever?

10              MR. SCHWING:  It's vague.                      03:19:11

11              THE DEPONENT:  Mr. Gould, can I rephrase?

12         Q.   (By Mr. Gould)  Yeah.  Sure.  Please,

13    yeah.  I'll bet you'll do a much better job than I

14    can.

15         A.   I think there was two parts to that.          03:19:20

16              My understanding of a thumbnail is if

17    there is a video that is playable, before it plays,

18    and there's a play button, you -- sometimes you can

19    see a static image behind -- behind that play

20    button.                                                 03:19:46

21              But I got hung up on the word

22    "availability."  I -- to me, the presence of a play

23    button is what signifies the availability of a

24    video with or without a thumbnail.

25         Q.   Got it.                                       03:20:01
```

                                                          Page 83

HIGHLY CONFIDENTIAL

```
1          A.   But --                              03:20:04

2          Q.   Okay.  So -- sorry.  I -- then -- I'm

3     just trying to create a clean record here.

4               A thumbnail, under your understanding, is

5     a static image that sometimes appears behind a play    03:20:14

6     button or video content on the Internet?

7          A.   Behind a play button -- repeat the

8     sentence.  Behind a play button...

9          Q.   Sure.

10              Under your understanding, a thumbnail is    03:20:35

11    a static image that sometimes appears behind a play

12    button on video content, on the Internet, before

13    the video content is played?

14         A.   That's my understanding.

15         Q.   Okay.  A user page or group, or just     03:20:51

16    uploader of video content onto Facebook, can such

17    an uploader select the thumbnail they wish to use

18    for that video?

19         A.   There are circumstances where they can.

20         Q.   Okay.  What are those circumstances?      03:21:20

21         A.   I'm not aware of all the circumstances or

22    what's available in, say, the professional tools we

23    talked about, only because the focus was on how we

24    make video accessible to users, and I -- I didn't

25    prepare on the -- the production side.            03:21:48
```

Page 84

HIGHLY CONFIDENTIAL

```
1        Q.    Sure.                                      03:21:53

2              So then, presumably, you're not prepared

3    to answer when the ability to select a thumbnail

4    first became available to a user who uploads video

5    content to the Facebook Platform?                    03:22:11

6              You can't answer that.  Okay.

7        A.    I wouldn't know.

8        Q.    Okay.  Fair enough.

9              Correct me if I'm wrong, but I believe

10   you characterized Facebook Watch as synonymous with  03:22:25

11   the video's tab surface that you had spoken about

12   earlier in this deposition.

13             Am I right?

14       A.    Almost.

15       Q.    Okay.  How would you characterize          03:22:48

16   Facebook Watch then?

17       A.    So in 2017, Facebook announced the launch

18   of Facebook Watch, which was a video tab, and this

19   is a tab where users can go to consume just video

20   content.                                             03:23:16

21       Q.    Okay.  Did a video tab exist before

22   Facebook Watch?

23       A.    Yes.

24       Q.    Okay.  And how long was that video tab

25   around before Facebook Watch?                        03:23:33
```

Page 85

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   About a year. | 03:23:38 |
| 2 | Q.   Okay.  And before Facebook Watch, but | |
| 3 | during the existence of the video tab that preceded | |
| 4 | it, did a -- did the -- did the video tab surface | |
| 5 | provide only video content to the user? | 03:23:56 |
| 6 | A.   Can you -- you -- you -- can you repeat | |
| 7 | the type of -- I think you said -- | |
| 8 | Q.   Yeah.  Sure. | |
| 9 | A.   I didn't want to mess up on the time | |
| 10 | frame. | 03:24:12 |
| 11 | Q.   No, it's fine. | |
| 12 | A.   You said -- | |
| 13 | Q.   You said that the video tab was around | |
| 14 | for about a year before the introduction to | |
| 15 | Facebook Watch, correct? | 03:24:21 |
| 16 | A.   Correct. | |
| 17 | Q.   During that approximately year period, | |
| 18 | did that video tab provide video-only content to | |
| 19 | the user? | |
| 20 | A.   Yes. | 03:24:38 |
| 21 | Q.   Okay.  I think we touched on a feature | |
| 22 | called Facebook Live, correct? | |
| 23 | A.   Correct. | |
| 24 | Q.   Okay.  How would you characterize | |
| 25 | Facebook Live? | 03:25:01 |

Page 86

1          How would you describe it to somebody who          03:25:02

2    wanted to know what it was?

3          A.    I would describe it as the ability for

4    you to live stream whatever off of your camera and

5    share it with whomever you would choose on the          03:25:26

6    Facebook Platform.

7          Q.    And then if you so choose, you can save

8    that live streamed video to the Facebook Platform?

9          A.    Sorry.  As -- as the producer of that

10   content or as the --                                    03:25:48

11         Q.    As the producer of that content.

12         A.    Yes.

13         Q.    Okay.  Can consumers of that content also

14   save that video content?

15         A.    So in general, a user can save a video,     03:26:03

16   and it would show up in their saved videos part of

17   the Facebook Platform, including -- including the

18   was live version of what you mentioned.

19         Q.    Before the Facebook Live feature of --

20   was it possible to live stream video on the             03:26:29

21   Facebook Platform?

22         A.    I -- I don't -- well, sorry.  Repeat the

23   question.

24         Q.    Sure.  Yeah.

25               You said Facebook Live began in 2017,       03:26:47

Page 87

HIGHLY CONFIDENTIAL

```
 1   right?                                          03:26:50

 2        A.    2016.

 3        Q.    Sorry.   2016.

 4              Okay.   Before the introduction of

 5   Facebook Live, was it possible to live stream video    03:26:58

 6   on the Facebook Platform?

 7        A.    Yes.

 8        Q.    Okay.   And what were the ways in which it

 9   was possible to live stream video on the

10   Facebook Platform before the introduction of      03:27:17

11   Facebook Live?

12        A.    Some pages -- some pages could stream

13   live.

14        Q.    Any other ways in which live stream to

15   video could be made accessible to Facebook users on    03:27:44

16   the Facebook Platform, before the introduction of

17   Facebook Live?

18        A.    Not -- not -- not to my knowledge, before

19   what I just mentioned about some pages.

20        Q.    Sure.                                 03:28:00

21              When did some pages first become enabled

22   to stream live video?

23        A.    In 2015.

24        Q.    And was it Facebook -- sorry.

25              Was there some criterion by which some    03:28:37
```

Page 88

HIGHLY CONFIDENTIAL

```
 1   pages could live stream videos before          03:28:42

 2   Facebook Live, but others couldn't?

 3        A.   Yes.

 4        Q.   And what was that criterion, or criteria,

 5   maybe?                                          03:28:54

 6        A.   Right.

 7             These pages had to be trustworthy.  And I

 8   know an example that would be, they would be

 9   verified.

10        Q.   So -- and by "verified," what do you    03:29:14

11   mean?

12        A.   At a -- at a high level, it's here's a

13   person or a page that really is who they say they

14   are.

15             For example, let's say that             03:29:40

16   Benjamin Gould is a famous actor.  Nobody wants an

17   imposter to create a page, "Hey, I am

18   Benjamin Gould, the famous actor."  And so there's

19   some offline process, that I don't know the details

20   about, based on my preparation, but it's really    03:30:04

21   just, yup, this is the -- this is the person or

22   actor, or whatever, that it's -- it's -- it's

23   pretending to be.  This is really them.

24        Q.   We talked about a functionality that

25   allowed users to save videos on the consumer side,   03:30:30
```

Page 89

HIGHLY CONFIDENTIAL

```
 1   right?                                          03:30:36

 2       A.   Correct.

 3       Q.   Okay.  How long has that functionality

 4   been around?

 5       A.   A user could save a video to, you know,   03:30:45

 6   their saved whatevers in -- in 2014.

 7       Q.   Okay.  Are you familiar with any features

 8   made available to somebody who is live streaming on

 9   the Facebook Platform?

10       A.   What --                                 03:31:40

11       Q.   What do I mean by "features"?

12       A.   Yeah.  And -- and do you -- you know,

13   exclusively to the live streamer or app -- sorry.

14       Q.   Yes.  So -- so what features or

15   functionalities that pertain solely to the live     03:31:52

16   stream are made available to somebody who is live

17   streaming on the Facebook Platform?

18       A.   So one example would be the live streamer

19   could create an event.  "Hey, I'm going to go live

20   at this time."                                    03:32:29

21       Q.   Can they add a donate button, say, if

22   they are doing a fundraiser?

23       A.   I believe so.

24       Q.   Can they add captions for the hearing

25   impaired?                                         03:32:48
```

Page 90

| | |
|---|---|
| 1 | A.    What time period? | 03:32:52 |
| 2 | Q.    For any time period. |
| 3 | A.    Sorry.  Well, here's what I will say. |
| 4 | You can live stream, captions can show. |
| 5 | I don't remember when captioning was available for | 03:33:05 |
| 6 | live streaming. |
| 7 | Q.    But it currently is available for live |
| 8 | streaming? |
| 9 | A.    It's currently available for |
| 10 | live streaming. | 03:33:19 |
| 11 | Q.    And what you're saying is you -- you |
| 12 | don't know when that was first introduced? |
| 13 | A.    Correct. |
| 14 | Q.    Okay.  Is there a polls functionality |
| 15 | that's made available to people who are live | 03:33:28 |
| 16 | streaming video on Facebook? |
| 17 | A.    So there's a -- |
| 18 | Q.    O-L -- sorry.  P-O-L-L-S.  Sorry. |
| 19 | A.    No, I -- I caught the gist.  And I know |
| 20 | what feature you're talking about. | 03:33:49 |
| 21 | You can launch a poll.  I don't know if |
| 22 | it's still available, but -- it might be.  But |
| 23 | there were times when it was, if not still. |
| 24 | Q.    Is there a watch parties feature |
| 25 | available on Facebook? | 03:34:24 |

Page 91

HIGHLY CONFIDENTIAL

1          A.    I don't think that feature is available          03:34:30

2    anymore.

3          Q.    Was there a watch parties feature

4    available on Facebook at any time?

5          A.    Yes.                                               03:34:41

6          Q.    Do you know when it was available?

7          A.    I don't remember when it was made

8    available.

9          Q.    And you don't know -- but -- sorry.

10               You know it is no longer available?             03:34:58

11         A.    I don't think it's any longer available.

12         Q.    Okay.  And you don't know when it was

13   made no longer available also, correct?

14         A.    Let me think about it for a second.

15         Q.    Sure.                                             03:35:09

16         A.    It was no longer available -- what I can

17   say is some point after 2019, it was no longer

18   available.  But specifically when, I'm not sure.

19         Q.    Can people who are live streaming to the

20   Facebook Platform add video effects?                         03:35:40

21         A.    Can you give me an example of that.  I

22   think I know what you're asking --

23         Q.    Sure.  Yeah, of course.

24               An example of a video effect of the sort

25   I'm talking about is like hearts in place of your            03:36:05

                                                  Page 92

HIGHLY CONFIDENTIAL

```
 1    eyes.                                              03:36:13

 2            Have you ever seen that on the Internet,

 3    videos where somebody's hearts are replaced by

 4    special effect eyes?

 5            MR. SCHWING:  I think you may have that      03:36:27

 6    backwards.  Otherwise it would be a little creepy,

 7    but...

 8            MR. GOULD:  Oh.  Thank you, Austin.

 9       Q.   (By Mr. Gould)  Have you ever seen a

10    video on the Internet where somebody's eyes are    03:36:36

11    replaced by special effect hearts?

12       A.   I have.

13       Q.   Okay.  So that's --

14       A.   Yeah.

15       Q.   -- the kind of thing I'm talking about.    03:36:47

16            Do you understand the general category of

17    things I'm talking about here?

18       A.   Yes.

19       Q.   Does Facebook enable people who are live

20    streaming on the Facebook Platform to add effects  03:37:03

21    of that general sort?

22       A.   I don't know if you can live stream with

23    a live version of these effects on Facebook.

24       Q.   Okay.  Does Facebook make available to

25    its users any tool or functionality by which       03:37:30
```

Page 93

HIGHLY CONFIDENTIAL

1    effects of the kind that we're talking about can be          03:37:36

2    added to prerecorded uploaded videos?

3         A.   Yes.

4         Q.   Okay.  How long has that functionality or

5    tool been available to users?                                03:37:50

6         A.   I'm thinking about Facebook and I don't

7    know exactly.  I know it's live today.  And I don't

8    know exactly when it launched.  But I know that it

9    must have been within like, say, the year or so --

10   in the past year or so.                                      03:38:15

11        Q.   Can you -- say one user is live streaming

12   and wants to add in another user, who is also live

13   streaming.

14             Can those -- can one user add another

15   user to a live stream?                                       03:38:50

16        A.   I think you're asking if -- are you

17   asking if they can be added midstream --

18        Q.   Yes.

19        A.   -- or they -- I -- I don't know if in the

20   middle of a stream you can add another streamer.             03:39:12

21        Q.   Okay.  Can you add another stream -- or

22   excuse me.

23             Can two separate streamers stream

24   together -- start streaming together?

25             MR. SCHWING:  It's outside the scope.              03:39:35

                                                        Page 94

HIGHLY CONFIDENTIAL

```
 1              I've -- I've -- I've let these questions      03:39:37
 2    go.  But almost all of them have to do with
 3    production of video, not access to video.
 4              You can answer, if you know the answer.
 5              THE DEPONENT:  So I don't know if that        03:39:46
 6    feature is available on Facebook or if that
 7    production capability is available on Facebook.
 8         Q.   (By Mr. Gould)  Okay.  Can one user tag
 9    another user on uploaded video?
10         A.   I think a user can be tagged in a video       03:40:23
11    post.  But no user can be, for example, tagged
12    inside the video.
13         Q.   Does Facebook enable somebody who is
14    watching a live stream to share that live stream
15    with a Facebook friend?                                 03:40:54
16         A.   I'm thinking about the product case you
17    just asked me.  Users -- sorry.  Make -- I want to
18    make sure I understand the question.
19              A -- a producer is live streaming.  A --
20         Q.   Yeah.                                         03:41:13
21              A user is watching that -- that live
22    stream and wants to share that live stream with a
23    friend.
24              Is there a share button that can do that?
25         A.   I believe there is.                           03:41:28
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1          Q.   Okay.  Are there -- can a user react --        03:41:30

 2     record a reaction to a live stream?

 3          A.   Sorry.

 4          Q.   Yeah.

 5          A.   Record?                                        03:41:54

 6          Q.   Yeah.  Sorry.  That was bad.

 7               I'm going to, for the purposes of the

 8     next question, only use the word "like" to mean

 9     like -- or any other reaction.  Like, for an

10     example, like a smiley, emoji, that kind of thing.      03:42:14

11               Does that make sense?  Do you understand

12     what I mean?

13          A.   It makes sense.  I know what you mean.

14          Q.   Okay.  So under that definition of

15     "like," can a user like a live stream?                  03:42:24

16          A.   Yes.

17          Q.   Okay.  What are all the ways in which a

18     user can share an uploaded video with another user?

19          A.   Okay.  Let me think about that for a

20     second.                                                 03:42:57

21               MR. GOULD:  Sure.

22               MR. SCHWING:  It's vague.  Incomplete

23     hypothetical.

24               If you know, you can answer.

25               THE DEPONENT:  I -- I can think of a           03:43:11
```

Page 96

```
 1    couple ways that a user can share an uploaded video      03:43:13

 2    with another user.

 3            In your question, who was the poster and

 4    who was the consumer and --

 5        Q.   (By Mr. Gould)  Sure.                           03:43:33

 6        A.   -- who's the other user?

 7        Q.   Yeah.

 8            Let's say the user who wants to share is

 9    a consumer of that uploaded video and wants to

10    share that uploaded video with another consumer of      03:43:47

11    that uploaded video.

12        A.   Okay.  Sorry.  Now you -- now you

13    confused me with -- with one more thing.

14        Q.   Oh, I --

15        A.   Can we -- can -- can you -- can you give        03:43:59

16    me the example -- how about this -- could you give

17    me the example question as a -- can you -- I

18    don't -- I didn't understand what you meant by

19    "consumer."

20        Q.   Okay.  Okay.  Okay.                             03:44:14

21        A.   Sorry.

22        Q.   Sure.

23            Of course.  Let me give you -- then let

24    me give you like a concrete example.

25        A.   Right.                                          03:44:23
```

Page 97

HIGHLY CONFIDENTIAL

1      Q.   I record a video of my -- my child and          03:44:24

2  upload it to Facebook.

3      A.   Uh-huh.

4      Q.   My mom then watches that video and wants

5  to share it with my aunt.                                03:44:50

6           What are the ways in which my mom could

7  share that video with my aunt, supposing they're

8  both Facebook users?

9      A.   I --

10          MR. SCHWING:   It's an incomplete              03:45:05

11  hypothetical.

12          Go ahead.

13          THE DEPONENT:   If I'm understanding your

14  question correctly -- and I'll repeat what I

15  heard -- you uploaded a video.  A friend of yours      03:45:15

16  watched that video, and then that friend wants to

17  share that video with a friend of theirs; is that

18  correct?

19      Q.   (By Mr. Gould)  That's correct.

20      A.   So in this case, your mom could click --      03:45:33

21  could, say, click the share button.  And your mom

22  could share it with, you know, the -- the name of

23  that person who is your aunt.

24      Q.   Could my mom re-post that video to her --

25  to her own profile?                                     03:45:56

                                                    Page 98

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Vague.  And incomplete        03:46:00

 2     hypothetical.

 3              THE DEPONENT:  Did you mean that -- well,

 4     how about this.

 5              Did you mean that you've uploaded a         03:46:12

 6     video.  It's a post.  It sells --

 7              (Simultaneously speaking.)

 8        Q.   (By Mr. Gould)  Sure.

 9        A.   Right.  Exactly.  I mean, post is many

10     different -- okay.  It's a post.                     03:46:24

11              So this post, it has -- there's a URL

12     associated with this post.  And could your --

13     are -- are you saying, could your mom, with whom

14     you're friends in this scenario, post that link,

15     like post your post as her post.                     03:46:41

16              Sorry for the...

17        Q.   No, no, no.

18              Thank you.

19              Maybe a better way of saying it is this.

20        A.   Okay.                                        03:46:57

21        Q.   If a -- if -- if a friend of mine wants

22     to re-post a video I have posted to my profile to

23     his or her own profile --

24        A.   Right.

25        Q.   -- is there a functionality button or       03:47:15
```

Page 99

HIGHLY CONFIDENTIAL

```
 1   feature provided by Facebook that allows that to be      03:47:20

 2   done with a -- with a single click?

 3              MR. SCHWING:  Vague.  Incomplete

 4   hypothetical.

 5              THE DEPONENT:  I -- I -- I can't speak to       03:47:36

 6   how many clicks, but you can share -- you can share

 7   a video post.  You can post, you know, to -- to

 8   your friends another video post, someone else's

 9   video post.

10        Q.   (By Mr. Gould)  Right.                           03:48:01

11        A.   Is that your question?

12        Q.   That's my question.

13        A.   Yeah.

14        Q.   Could one of my friends share a video I

15   had posted via the Facebook Messenger app?           03:48:20

16        A.   I want to say two things.  I -- because I

17   think I understand your question.

18              You can -- you can share to Messenger.

19   You can, for example, copy the link and paste it

20   into Messenger.  But I -- I want to make sure that   03:48:50

21   in this testimony I'm being really clear about what

22   the word "share" means.

23              Because in these few questions, I've

24   talked about sharing as like an outward activity.

25   But I want to make sure that nothing is lost in      03:49:06
```

```
 1     translation regarding consumption because not          03:49:10

 2     everything that is shared is viewable by the

 3     recipient.  So I want to be clear about what you

 4     mean by "share."

 5          Q.   Sure.                                         03:49:26

 6          A.   And maybe we just should separate for

 7     clarity the ability to share and then the ability

 8     to view what was shared.

 9               How's that?

10          Q.   Sure.  Absolutely.                            03:49:35

11               If I upload a video, could -- as a post,

12     could a friend of mine share that post via

13     Facebook Messenger?

14          A.   Yes.

15          Q.   And suppose now that my friend shares         03:49:57

16     that video with a third user who is a mutual

17     friend.  Got that?

18               So in other words, a friend both of the

19     sharer and of the poster.

20          A.   So far -- so far so good.                     03:50:21

21          Q.   Could the third user then watch the video

22     if it was shared with him via the

23     Facebook Messenger?

24               MR. SCHWING:  Vague.  Incomplete

25     hypothetical.                                           03:50:46
```

Page 101

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Unfortunately -- so I          03:50:51

 2    almost caught -- I -- I'm so sorry.

 3         Q.   (By Mr. Gould)  No, that's fine.

 4         A.   Try, in this scenario -- because there

 5    are a lot of users and there are a lot of friends.      03:50:59

 6         Q.   Yeah.

 7         A.   But go ahead, please, one more time on

 8    who these hypotheticals are and like who's friends

 9    with whom, one more time.

10         Q.   Sure.                                          03:51:13

11         A.   Okay.

12         Q.   Sure.

13              So the first user uploads a video as a

14    post.  That user is friends with a second user.

15    The second user is friends with a third user.           03:51:37

16         A.   Okay.

17         Q.   That third user is also friends with the

18    first user.

19              Follow me thus far?

20         A.   So Mr. Gould --                                03:51:48

21         Q.   Yeah.

22         A.   Every- -- everybody is friends.

23         Q.   Everybody is friends --

24         A.   Right.

25         Q.   -- in this hypothetical.                       03:51:53
```

Page 102

HIGHLY CONFIDENTIAL

```
 1          A.    In this hypothetical, everybody is        03:51:54

 2   friends with each other.

 3          Q.    Correct.

 4          A.    Okay.  Keep going.

 5          Q.    If a -- a video that the first friend --   03:52:03

 6   or the first user --

 7          A.    Yeah.

 8          Q.    -- posts, and the second user then shares

 9   it with the third user via Facebook Messenger, is

10   the third user then able to click on the shared       03:52:25

11   link and watch the video?

12              MR. SCHWING:  I'm going to object.  It's

13   outside the scope of the deposition.  There's a

14   separate topic for privacy and apps settings.  It's

15   vague.  Incomplete hypothetical.                      03:52:41

16              THE DEPONENT:  Can I tell you what I

17   know?

18          Q.    (By Mr. Gould)  Sure.  Please.

19          A.    It -- it depends on the settings.

20          Q.    Right.                                    03:52:53

21          A.    I can give you scenarios where it's

22   possible.  I can give you scenarios where it's not

23   possible.  So --

24          Q.    Totally.  Totally.  Totally.

25          A.    -- it all depends on those privacy        03:52:58
```

                                                Page 103

HIGHLY CONFIDENTIAL

```
1    settings.                                         03:53:00

2        Q.   Right.

3             There are privacy settings under which it

4    is possible for that third user to watch the video

5    under the scenario I just gave, though, correct?   03:53:14

6             MR. SCHWING:  Same objections.

7             THE DEPONENT:  Based on my understanding,

8    Mr. Gould, if the right privacy settings are,

9    then -- then, yes --

10       Q.   (By Mr. Gould)  Okay.                     03:53:33

11       A.   -- it's possible.

12       Q.   Can -- sorry.  Let me step back.

13            Are Facebook stories created by users

14   themselves?

15       A.   As -- sorry.  As opposed to what?         03:53:58

16       Q.   Yeah.

17            As opposed to like being, say,

18   automatically created by -- for them by algorithm

19   or something.

20       A.   Oh.  A user can create a Facebook          03:54:11

21   story -- let me make sure I understand what you

22   mean by --

23       Q.   Yeah.  Sorry.

24       A.   What's your -- how are you defining

25   Facebook story?                                    03:54:32
```

Page 104

HIGHLY CONFIDENTIAL

```
 1        Q.   Well, how -- how -- I don't mean to be        03:54:32

 2   difficult, but how would you define a Facebook

 3   story?

 4        A.   Here's how I would define a Facebook

 5   story.  Maybe it's what you were mentioning.             03:54:41

 6             When you open up newsfeed at the top of

 7   newsfeed, sometimes there's a horizontal tray -- it

 8   actually says stories.

 9             I only say this because the word "story"

10   can be used in different capacities, but -- are you      03:54:58

11   referring to the -- the horizontal tray content at

12   the top of -- okay.

13        Q.   Correct.

14        A.   And -- I'm not aware of any automatic --

15        Q.   Okay.                                          03:55:19

16        A.   Okay.

17        Q.   Great.

18             So can a user include in a Facebook story

19   a uploaded video or a live stream from one of his

20   or her friends?                                          03:55:47

21             MR. SCHWING:  It's outside the scope.

22   Incomplete hypothetical.

23             You can answer.

24             THE DEPONENT:  Mr. Gould, are you asking

25   if a user creates a story, can they embed in that        03:56:10
```

Page 105

HIGHLY CONFIDENTIAL

```
 1    story somebody else's post?                        03:56:17

 2         Q.   (By Mr. Gould)  Yes.  Precisely.

 3         A.   Yeah.  On the production -- I -- I

 4    wouldn't know, just based on what we talked about

 5    in the production side.                             03:56:26

 6         Q.   Okay.  Can a member of a group re-post

 7    somebody else's post on a group page?

 8         A.   To where?

 9         Q.   So Facebook groups have Facebook pages

10    that are devoted to that group, correct?           03:57:04

11         A.   More -- more or less.  I -- I understand

12    what you mean.

13         Q.   Okay.  How -- how would you -- is it --

14    sorry.  Go ahead.

15         A.   No, no.  You go.                          03:57:17

16         Q.   Okay.  If I spoke of the page for a

17    Facebook group, would you know what I was talking

18    about?

19         A.   I would call it the group itself.

20         Q.   Okay.  Great.                             03:57:38

21              Okay.  Then that's the term we'll use.

22         A.   Sure.

23         Q.   Can the member of a group re-post

24    somebody else's post to a Facebook group?

25         A.   Yes.                                      03:57:58

                                              Page 106
```

1          MR. SCHWING:  Incomplete -- incomplete          03:57:58

2    hypothetical.

3          Q.   (By Mr. Gould)  Can -- what sort of

4    entities are able to create a Facebook page?

5          A.   So --                                       03:58:19

6          Q.   You know what, Mr. Miller, I'm sorry.  I

7    don't mean to interrupt you.  I -- I hope this will

8    make it easier.

9          A.   Okay.

10         Q.   A wide variety of entities can create       03:58:25

11   Facebook pages; is that fair to say?

12         A.   Yes.

13         Q.   Okay.  So like nonprofit organizations

14   can create Facebook pages, correct?

15         A.   Correct.                                     03:58:41

16         Q.   Law firms can create Facebook pages,

17   correct?

18         A.   Correct.

19         Q.   Companies -- for-profit companies can

20   create Facebook pages, correct?                         03:58:53

21         A.   Correct.

22         Q.   Okay.  Can municipalities create Facebook

23   pages?

24         A.   So --

25         MR. SCHWING:  Outside the scope.                  03:59:07

                                                  Page 107

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  So I -- I -- I don't want      03:59:09

 2    to speculate --

 3         Q.   (By Mr. Gould)  Okay.

 4         A.   -- Mr. Gould and -- yeah.

 5         Q.   Okay.                                         03:59:14

 6         A.   Yeah.

 7         Q.   Fair enough.  Fair enough.

 8              So speaking then of the page -- a

 9    Facebook page that's been created by an entity --

10         A.   Got it.                                       03:59:32

11         Q.   -- can an entity re-post on its page a

12    post originally posted to Facebook by somebody

13    else?

14              MR. SCHWING:  It's outside the scope of

15    the deposition.  To the extent it implicates          03:59:54

16    privacy or apps settings, it's an incomplete

17    hypothetical and vague.

18         Q.   (By Mr. Gould)  Let me restate.

19              If the correct privacy settings have been

20    selected, can a page re-post a post that was          04:00:17

21    originally posted to the Facebook Platform by

22    somebody else?

23              MR. SCHWING:  It's vague.

24              THE DEPONENT:  Can -- to -- I want to be

25    helpful.                                               04:00:38
```

                                                      Page 108

HIGHLY CONFIDENTIAL

1          Q.    (By Mr. Gould)   Yeah.                    04:00:38

2          A.    So within the video topic for which I

3     prepared, can you give me a hypothetical?

4          Q.    Sure.   Yeah.   Sorry.

5                I'm just trying to -- I thought maybe     04:00:51

6     talking about posts would be easier, but clearly

7     not.

8                I'm talking -- let -- would it be easier

9     just to talk specifically about a video that has

10    been posted to Facebook?                             04:01:05

11               Let's talk about that.   Okay?

12               Does that make sense to you?   Would you

13    know what I'm talking about if I talked about a

14    video posted to Facebook?

15         A.    Yeah.                                      04:01:15

16               MR. SCHWING:   It calls for speculation as

17    to what you would think.

18         Q.    (By Mr. Gould)   Okay.   Can -- if the

19    correct privacy settings are in place, can a page

20    re-post a video that had originally been posted --   04:01:27

21    posted to the Facebook Platform by another user or

22    another page?

23               MR. SCHWING:   It's an incomplete

24    hypothetical.   It's vague.

25               THE DEPONENT:   Can --                     04:01:53

                                                           Page 109

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Outside of the scope of the        04:01:53

 2   deposition, to the extent it implicates privacy or

 3   app settings.

 4              THE DEPONENT:  All right.  Mr. --

 5   Mr. Gould, can you give me your hypothetical using       04:02:04

 6   a video --

 7        Q.   (By Mr. Gould)  Oh, okay.  You want --

 8   you want a concrete example -- oh, sorry.

 9              Go ahead.

10        A.   Sorry.  Can you -- because I'm prepared        04:02:13

11   to speak about how users -- how the platform has

12   allowed users to see video.

13        Q.   Yeah.

14        A.   With respect to how I prepared, can you

15   please give me the hypothetical using video and         04:02:26

16   using it in chronological order -- using the

17   scenario in chronological order.

18        Q.   Sure.

19              On Thursday, a Facebook user posts a

20   video to the Facebook Platform.                          04:02:51

21        A.   Okay.

22        Q.   On Friday, a page wants to re-post that

23   video to its own page.

24              Assuming the correct privacy settings are

25   in place, can that page re-post that video?             04:03:10
```

                                              Page 110

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  It's vague as to correct      04:03:20

2     privacy settings.

3              THE DEPONENT:  Let me -- let me -- let me

4     try to repeat what I heard.

5              On day one, a user posts a video --         04:03:33

6     let -- how about this, on day one, a user posts a

7     video to the Facebook Platform and marks it as

8     public.

9         Q.   (By Mr. Gould)  Yes.  Great.

10        A.   That part's good?                           04:03:50

11        Q.   Sure.  Fabulous.

12        A.   On day -- somehow, because it's public, a

13    page -- well, it's actually -- it's a person,

14    because pages are operated by people.  But there's

15    a person who found -- who saw that public post.     04:04:05

16             So far so good?

17        Q.   Sure.

18        A.   Now, that person also operates a page and

19    they -- they want to -- you know, for example, take

20    the link of that public post, paste it into their   04:04:21

21    page's post, and can they post that?

22             The answer is --

23        Q.   That's the question.

24        A.   And the answer is yes.

25        Q.   Okay.                                       04:04:33
```

Page 111

HIGHLY CONFIDENTIAL

```
 1        A.   If everything is public, the answer is        04:04:35

 2   yes.

 3             MR. GOULD:  Okay.  Thank you.

 4             MR. SCHWING:  Can we take a short break?

 5   We've been going about an hour.                          04:04:41

 6             MR. GOULD:  Sure.

 7             MR. SCHWING:  Okay.

 8             MR. GOULD:  We're nearing completion.

 9             THE COURT REPORTER:  John, can you go off

10   the record.                                              04:04:49

11             (Videographer was not present, the

12   parties went off the record at 4:05 p.m.)

13             (Recess taken.)

14             THE VIDEOGRAPHER:  We're back on the

15   record.  It's 4:15 p.m.                                  04:15:40

16        Q.   (By Mr. Gould)  I ask this question

17   because I don't want to waste your time.

18             Are you prepared today to testify about

19   what assistance, if any, Facebook gives video

20   content creators who want to make their content         04:15:58

21   available via the Facebook Platform?

22             MR. SCHWING:  The question is vague.

23             THE DEPONENT:  So when I prepared for

24   this topic on how the platform makes video

25   available and how users can interact with video,        04:16:17
```

Page 112

HIGHLY CONFIDENTIAL

| | |
|---|---|
| 1 | that said, I'm not prepared to talk about how | 04:16:22 |
| 2 | Facebook helps the production of the video. |
| 3 |     Q.   (By Mr. Gould)  How about whether |
| 4 | Facebook provides like technical assistance in |
| 5 | uploading or otherwise making videos available, are | 04:16:41 |
| 6 | you prepared to testify about whether Facebook |
| 7 | offers that kind of assistance to video content |
| 8 | creators who want to make their content available |
| 9 | on the Facebook Platform? |
| 10 |     A.   I -- I wouldn't be the right person for | 04:17:05 |
| 11 | that and it's not part of my topic. |
| 12 |     Q.   Okay.  Great.  So then I won't ask you |
| 13 | about it. |
| 14 |         I want to go back briefly, I hope, to the |
| 15 | improvements in ranking that we were talking about | 04:17:22 |
| 16 | relative to the newsfeed. |
| 17 |         Do you remember we were talking about |
| 18 | that? |
| 19 |     A.   I remember. |
| 20 |     Q.   Okay.  Am I mischaracterizing your | 04:17:32 |
| 21 | testimony when I say that part of the ranking was a |
| 22 | machine-learning system that was intended to |
| 23 | discern what sort of video content was at issue |
| 24 | when -- when somebody posted a video to Facebook? |
| 25 |     A.   I didn't -- | 04:18:20 |

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Objection.              04:18:22

 2            THE DEPONENT:  I didn't catch the

 3    question --

 4            (Simultaneously speaking.)

 5       Q.   (By Mr. Gould)  Sure.  Sure.          04:18:24

 6       A.   -- in that -- in that --

 7       Q.   Okay.  Let -- then let me ask it in

 8    stages.

 9            When did Facebook stop presenting the

10    newsfeed chronologically, remind me?          04:18:42

11       A.   Yeah.  Let -- in 2011.

12       Q.   And beginning in 2011, it began to

13    present users in a news- -- with their newsfeed in

14    such a way -- in a way that was intended to rank

15    that content on the newsfeed.                 04:19:18

16       A.   What -- what did you mean by "with their

17    newsfeed" --

18       Q.   Yeah.

19            Okay.  After Facebook stopped presenting

20    content chronologically to users on their      04:19:35

21    newsfeed --

22       A.   Right.

23       Q.   -- what criteria did Facebook then begin

24    to use in order to present content to users on

25    their newsfeed?                               04:19:51
```

Page 114

HIGHLY CONFIDENTIAL



Page 115

HIGHLY CONFIDENTIAL



1

2

3

4

5

6

7

8

9

10      A.   So I'm only repeating what I had said          04:22:03

11  earlier, at a very high level, that said --

12      Q.   Okay.

13      A.   Oh, did -- because it's in my testimony,

14  is that okay or should I restate?

15      Q.   If you could restate, that would be super     04:22:16

16  helpful for present purposes.

17      A.   Yeah.

18           At a -- at a very high level, to restate,

19

20

21

22

23

24

25                                                          04:22:44

Page 116



1

2

3

4

5

6

7

8        A.    I'm going to change that word.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23        Q.    Are you able to put any approximate date

24    by which you are sure that content analysis was in

25    place?                                          04:24:46

Page 117

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.    Well, here's an example. | 04:24:49 |
| 2 | When I joined the company at the end of | |
| 3 | 2018, that type of content analysis or content | |
| 4 | understanding was in place. | |
| 5 | Q.    Okay.  Excluding any lawyers, who did you | 04:25:03 |
| 6 | speak to as part of your preparation for today's | |
| 7 | deposition? | |
| 8 | A.    I spoke to Ramya Seetharaman.  I spoke to | |
| 9 | Saurabh Gupta.  I spoke to Anjana Dasu.  I spoke to | |
| 10 | Hari Jayaraman.  I spoke to Akos Lada.  I spoke to | 04:25:59 |
| 11 | Karsten Hansen. | |
| 12 | And I don't remember how many people I | |
| 13 | read off. | |
| 14 | Q.    That's fine. | |
| 15 | A.    Oh, I'm sorry. | 04:26:33 |
| 16 | Q.    No.  You were going to mention -- did | |
| 17 | you -- | |
| 18 | (Simultaneously speaking.) | |
| 19 | THE DEPONENT:  Karan Singh. | |
| 20 | Q.    (By Mr. Gould)  -- you were going to | 04:26:37 |
| 21 | mention somebody else -- | |
| 22 | A.    Karan Singh. | |
| 23 | Yeah, Karan -- Karan Singh. | |
| 24 | Q.    Are the people you just mentioned in | |
| 25 | different divisions or groups within the Facebook | 04:26:52 |

Page 118

HIGHLY CONFIDENTIAL

```
 1   company?                                           04:26:55

 2       A.   Yes.

 3       Q.   Okay.  Go through, if you wouldn't mind,

 4   and list the groups or divisions in which all those

 5   people work.                                       04:27:14

 6       A.   Okay.

 7            MR. SCHWING:  Ben, could I make a

 8   friendly suggestion?

 9            I don't know if you have the

10   transcript -- the Live Note up, or whatever.  But  04:27:19

11   maybe you could just give him the names or

12   something.  I don't -- just -- it may make it

13   easier.

14            MR. GOULD:  Okay.  A lot of them are --

15   are not really spelled in the --                   04:27:28

16            MR. SCHWING:  No.

17            MR. GOULD:  -- in the real time.

18            MR. SCHWING:  Maybe you could just

19   broadly --

20            MR. GOULD:  Yeah.  Right.  I'm not --     04:27:42

21            (Simultaneously speaking.)

22            MR. SCHWING:  I don't mean -- I don't

23   mean to interfere.  I'll -- I'll hand you the reins

24   back.  I'm just trying to think about how do we --

25            MR. GOULD:  No, no, totally, Austin.  I   04:27:46
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    appreciate that.                                      04:27:48

2         Q.   (By Mr. Gould)  Here's what -- here's

3    what I'd like you to do, Mr. Miller.

4              I don't want you to match up names --

5         A.   Okay.                                       04:27:55

6         Q.   -- with groups or divisions.  I just want

7    you to list the divisions in which those people

8    work.

9         A.   Yeah.

10             So for example, Ramya is in -- was in --    04:28:06

11   sorry -- was in, say, newsfeed.  Now is in

12   integrity.

13             Saurabh is in video ranking.  Anjana is

14   in video.

15             I'm just trying to list all the areas.  I   04:28:37

16   mentioned integrity.  I mentioned newsfeed.  I'm

17   just going through some of the names.

18        Q.   Sure.  Take your time.

19        A.   Newsfeed video ranking, you know, is --

20   is slightly different than video ranking.  I -- I    04:29:02

21   think -- I mean, unless I see the names again, I

22   think that that's exhaustive.

23        Q.   Okay.  That's fine.

24             Do you know approximately how many

25   Facebook employees work on video ranking?           04:29:23

                                                Page 120

HIGHLY CONFIDENTIAL

```
 1          A.   A couple things, only because I -- I        04:29:38

 2     would be ballparking it only because -- as part of

 3     what I prepared for today.

 4               How video is shown to its users, I -- I

 5     didn't -- I didn't count like org charts and         04:30:02

 6     things.

 7          Q.   Fair enough.

 8               Fair to say, though, that there is a

 9     group or division within Facebook that has the name

10     video ranking?                                       04:30:12

11          A.   That's fair.

12          Q.   Okay.  You listed, I believe, a group or

13     division that you gave the name video to, like full

14     stop?

15          A.   Yeah.                                       04:30:30

16          Q.   And I take it you're not prepared to

17     testify today about how many employees are in that

18     division or group?

19          A.   (Deponent shakes head.)

20          Q.   Okay.  Fair enough.                         04:30:46

21               Are you prepared to testify today about

22     the responsibilities or tasks assigned to that

23     division or group?

24               MR. SCHWING:  It's outside the scope.

25               THE DEPONENT:  I didn't prepare for it      04:31:03
```

HIGHLY CONFIDENTIAL

```
 1    only because of the scope of -- of 9c.              04:31:04

 2         Q.   (By Mr. Gould)  Okay.  Okay.  Fair

 3    enough.

 4         A.   Yeah.

 5         Q.   It sounds to me, though, like from your    04:31:12

 6    testimony, that at least there is a division or

 7    group within Facebook that -- that is commonly

 8    referred to as video, correct?

 9         A.   There -- video is now -- that might not

10    be the right like -- that might be a broad word,     04:31:46

11    but I think it has -- it -- there's a loose

12    meaning, and so that's why I want to be really

13    careful about --

14         Q.   Yeah.

15         A.   I want to be like accurate about how I     04:32:00

16    answer your question, but -- so one more time?

17         Q.   Let me put my question this way.

18         A.   Yeah.

19         Q.   Is it fair to say that whatever the

20    official name of the group or division, there is a   04:32:16

21    group or division within Facebook that is commonly

22    referred to by Facebook employees as video?

23         A.   Yes.

24         Q.   Okay.  You also, I believe, listed a

25    group or division that you gave the name newsfeed    04:32:45
```

Page 122

HIGHLY CONFIDENTIAL

```
 1    video ranking to, correct?                         04:32:48

 2        A.   Correct.

 3        Q.   Okay.  And you're not prepared to testify

 4    today about how many employees are in that group or

 5    division, correct?                                  04:32:59

 6             MR. SCHWING:  Outside the scope.

 7             THE DEPONENT:  And -- and I would have no

 8    clue.

 9        Q.   (By Mr. Gould)  Okay.  And any of the

10    groups or divisions we've talked about, do you know  04:33:08

11    how long they've been around?

12             MR. SCHWING:  It's outside the scope.

13             THE DEPONENT:  I'm -- I'm trying to --

14    I'm seriously trying to be helpful, but --

15        Q.   (By Mr. Gould)  Yeah.  Yeah.  Yeah.  I      04:33:26

16    get it.

17        A.   I mean, based on when I joined and based

18    on how I prepared, I -- I didn't look into org

19    history.

20        Q.   Okay.  Fair to say, though, that there is   04:33:35

21    a group or division within Facebook that is

22    commonly referred to by Facebook employees as

23    newsfeed video ranking?

24        A.   No.

25        Q.   Okay.  Fair enough.                         04:34:04
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1         A.   It would -- it would be called -- sorry.    04:34:05

 2    No.

 3         Q.   What would it be called?

 4         A.   So when I said -- for example, the person

 5    I talked to in -- Karan Singh, I would just say       04:34:17

 6    newsfeed ranking, period.

 7         Q.   Okay.  Okay.

 8         A.   Yeah.

 9         Q.   Is there a group -- well, never mind.

10              Okay.  What documents did you review in      04:34:52

11    preparation for today's deposition?

12         A.   I -- let me think about this for a second

13    because I reviewed a lot of documents.

14         Q.   Yeah.  Take your time.

15         A.   I -- I read over all the documents that      04:35:08

16    were sent over a few days ago, 20-ish, whatever.

17    I read over the notice and the complaint.

18              I also read over documents that talked

19    about some of these product changes to how the

20    platform showed video to users over time.           04:35:31

21              MR. GOULD:  Okay.  I think that does it

22    for me today, unless Mr. Schwing has redirect that

23    raises further questions on my part.

24              MR. SCHWING:  I just have a few

25    questions.                                           04:35:54
```

Veritext Legal Solutions
866 299-5127

```
 1                        EXAMINATION                  04:35:56

 2     BY MR. SCHWING:

 3          Q.   Mr. Miller, is this a good time to go

 4     over a couple questions?

 5          A.   Sure.                                 04:36:02

 6          Q.   Okay.  I'll be brief.

 7               You were asked some questions and gave

 8     some testimony about when users could share videos

 9     or posts with video with others.

10               Do you remember that?                 04:36:18

11          A.   I remember.

12          Q.   Okay.  And is it your understanding that

13     someone can try to share a video or post with a

14     video, but whether another user can actually get

15     access and see that post or video would depend on  04:36:32

16     the original poster's privacy settings?

17          A.   That's -- I'm so sorry.  It's late in the

18     day.  I'm so sorry for you to have to repeat the

19     question --

20          Q.   No problem.                           04:36:48

21          A.   -- but...

22          Q.   Is it your understanding that whether

23     or -- let me start over.

24          A.   Yeah.  I apologize.

25          Q.   It's -- it's late in the day for me, too.  04:36:58
```

Page 125

```
 1              Is it your understanding that somebody        04:37:01

 2    could try to share a video or post with a video in

 3    it with another user, but whether that user could

 4    actually see the video or the post with the video

 5    would depend on the privacy settings that had been     04:37:22

 6    set with respect to that content?

 7         A.   That's correct.

 8              Can -- am I allowed to say anything more

 9    on that or -- or --

10         Q.   I don't -- I don't think you need to.        04:37:36

11         A.   Okay.

12         Q.   I think if it's correct, that's fine.

13         A.   Great.

14              MR. SCHWING:  All right.  I don't -- I

15    don't have anything else.                              04:37:44

16              MR. GOULD:  Okay.  Nothing further from

17    me.

18              MR. SCHWING:  Thanks so much, Mr. Miller.

19    Maybe you could just go to the breakout room, just

20    so I can thank you and say goodbye to you and          04:37:55

21    hopefully won't --

22              THE DEPONENT:  Okay.

23              MR. GOULD:  Mr. Miller, thank you.  I

24    really appreciate it.  And I appreciate --

25              SPECIAL MASTER GARRIE:  Congratulations.     04:38:02
```

Page 126

HIGHLY CONFIDENTIAL

```
 1            MR. GOULD:  -- your conscientious        04:38:02

 2    efforts.

 3            THE VIDEOGRAPHER:  We're off the record.

 4    It's 4:38 p.m.

 5            (Recess taken.)                          04:38:26

 6            THE VIDEOGRAPHER:  Back on the record.

 7    It's 4:38 p.m.

 8            MR. SCHWING:  Okay.  We -- I just wanted

 9    to come back on the record to indicate that the

10    transcript should be treated as "Highly          04:39:02

11    Confidential."

12            The witness will receive the transcript

13    and will review it to make any corrections, will do

14    that within 45 days of receipt of the -- the

15    transcript.                                      04:39:15

16            MR. GOULD:  And that does it, I think.

17            THE VIDEOGRAPHER:  That does it.  Okay.

18            Off the record.  It's 4:39 p.m.

19            (TIME NOTED:  4:39 p.m.)

20                                                     04:39:28

21

22                    ---o0o---

23

24

25

                                                Page 127
```

HIGHLY CONFIDENTIAL

1      I, Rebecca L. Romano, a Registered

2   Professional Reporter, Certified Shorthand

3   Reporter, Certified Court Reporter, do hereby

4   certify:

5      That the foregoing proceedings were taken

6   before me remotely at the time and place herein set

7   forth; that any deponents in the foregoing

8   proceedings, prior to testifying, were administered

9   an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13     Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17     I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20     IN WITNESS WHEREOF, I have this date

21  subscribed my name this 27th day of July, 2022.

22

23

24     Rebecca L. Romano, RPR, CCR

25     CSR. No 12546

Page 128

HIGHLY CONFIDENTIAL

```
1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   DAVID MILLER (JOB NO. 5300521)

3                E R R A T A   S H E E T

4   PAGE 17    LINE 14    CHANGE "would go to" to "would --

5   could go to"

6   REASON Mistranscription

7   PAGE 19    LINE 14    CHANGE "I don't" to "I don't remember

8   when it was launched"

9   REASON Mistranscription

10  PAGE 25    LINE 12    CHANGE "if -- video" to "if -- the profile

11  owner had posted a video"

12  REASON Mistranscription

13  PAGE 26    LINE 18    CHANGE "video on 2016" to "video

14  around 2016"

15  REASON Mistranscription

16  PAGE 30    LINE 12    CHANGE "or let's" to "well let's"

17  _____

18  REASON Mistranscription

19  PAGE 30    LINE 15    CHANGE "across all -- across all the"

20  to "across all the -- across all the"

21  REASON Transcription Error

22

23  _____        _____

24  DAVID MILLER                        Date

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   DAVID MILLER (JOB NO. 5300521)

3                    E R R A T A   S H E E T

4   PAGE 34   LINE 23   CHANGE "experience and the user"

5   to "experience and the users"

6   REASON Mistranscription

7   PAGE 45   LINE 14   CHANGE "number of services" to

8   "number of surfaces"

9   REASON Mistranscription

10  PAGE 46   LINE 3   CHANGE "services" to "surfaces"

11  _____

12  REASON Mistranscription

13  PAGE 49   LINE 19-20   CHANGE "oh, yeah, I think that video

14  is about dogs." to ""oh, yeah, I think that video is about dogs.""

15  REASON Mistranscription

16  PAGE 56   LINE 10   CHANGE "A. Yes." to "A. Yeah."

17  _____

18  REASON Mistranscription

19  PAGE 57   LINE 17   CHANGE "typically" to "typical"

20  _____

21  REASON Mistranscription

22

23  _____        _____

24  DAVID MILLER                            Date

25

                                            Page 132

HIGHLY CONFIDENTIAL

```
1    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2    DAVID MILLER (JOB NO. 5300521)

3                   E R R A T A   S H E E T

4    PAGE 62    LINE 5    CHANGE "live stream video" to "live

5    streamed video"

6    REASON Mistranscription

7    PAGE 62    LINE 7-8    CHANGE "like Benjamin Gould was

8    live." to "like, "Benjamin Gould was live.""

9    REASON Mistranscription

10   PAGE 65    LINE 11    CHANGE "Use a little" to "I could use

11   a little"

12   REASON Mistranscription

13   PAGE 76    LINE 4    CHANGE "where a video has shown" to

14   "where video is shown"

15   REASON Misspoke

16   PAGE 89    LINE 8    CHANGE "example that" to "example

17   of that"

18   REASON Mistranscription

19   PAGE 99    LINE 6    CHANGE "It sells" to "It's also"

20

21   REASON Mistranscription

22

23   _____     _____

24   DAVID MILLER                          Date

25

                                              Page 132
```

HIGHLY CONFIDENTIAL

1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   DAVID MILLER (JOB NO. 5300521)

3           E R R A T A   S H E E T

4   PAGE 101   LINE 6   CHANGE "we just should" to "we

5   should just"

6   REASON Mistranscription

7   PAGE 105   LINE 11   CHANGE "horizontal tray content" to

8   "horizontal tray of content"

9   REASON Mistranscription

10  PAGE 106   LINE 15   CHANGE "No, no. You go." to "No,

11  you go."

12  REASON Mistranscription

13  PAGE 117   LINE 21   CHANGE ██████████████████

14  _____

15  REASON Mistranscription

16  PAGE 118   LINE 8   CHANGE "Ramya Seetharaman" to

17  "Ramya Sethuraman"

18  REASON Mistranscription

19  PAGE 118   LINE 11   CHANGE "Karsten Hansen" to

20  "Carsten Hansen"

21  REASON Mistranscription

22

23  _____   _____

24  DAVID MILLER                      Date

25

Page 132

HIGHLY CONFIDENTIAL

```
1    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2    DAVID MILLER (JOB NO. 5300521)

3              E R R A T A   S H E E T

4    PAGE 121   LINE 3    CHANGE "what I prepared for today."

5    to "what I prepared for today --"

6    REASON Mistranscription

7    PAGE 121   LINE 4    CHANGE "How video" to "how video"

8    Mistranscription

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____        9/9/2022

24   DAVID MILLER                        Date

25

                                         Page 132
```

**[& - access]**

| & |
|---|
| **&**   1:14 2:19 4:15 5:5 6:5 9:23 129:23 130:9 |

| 0 |
|---|
| **02843**   1:6 2:6 |

| 1 |
|---|
| **1**   1:17,25 8:4 130:1 |
| **10166-0193**   5:10 |
| **11**   8:5 |
| **1201**   3:11 |
| **125**   8:6 |
| **12546**   1:21 128:25 |
| **12:41**   2:18 9:2,6 |
| **12:44**   12:23 |
| **12:50**   13:1 |
| **132**   1:25 |
| **18**   1:6 2:6 |
| **1:45**   45:2 |
| **1:50**   44:23 |

| 2 |
|---|
| **20**   27:2 68:7 124:16 |
| **20-0466**   1:22 |
| **200**   5:9 50:19 |
| **2001**   5:17 |
| **2005**   14:13 |
| **2005/2006**   15:3 |
| **2006**   13:11,19,23 15:22 16:10,14 16:15 20:10 27:7,9 56:2 76:6 |
| **2007**   16:22,24 17:6,13 18:3,5 |

27:10,12,22
33:10,16 39:3,10
39:12,19 42:17
43:6,7,20 45:11
49:24 50:16,20
51:1 56:6,11
74:4,22 76:9,23
**2008**   28:7,12
**2009**   31:14 51:22
**2010**   29:14 51:12
51:15
**2011**   47:9,19,20
114:11,12
117:15,22
**2012**   32:5 51:4
**2014**   90:6
**2015**   19:11 88:23
**2016**   26:11,13,18
27:1,4 31:21
60:25 88:2,3
**2017**   22:19 28:22
85:17 87:25
**2018**   118:3
**2019**   92:17
**2022**   1:16 2:18
9:1,7 128:21
129:3,5 131:7
**2025.520**   129:9
129:12
**206**   3:14
**2100**   5:18
**212**   5:11
**213**   6:10,19
**214**   5:20
**22**   1:16 2:18 9:1
129:5
**229-7523**   6:10

**22nd**   9:7
**253-9706**   6:19
**27**   129:3
**27th**   128:21
**2843**   1:4 2:4
**2:03**   45:5
**2:59**   77:6

| 3 |
|---|
| **30**   1:12 130:1 |
| **3000**   4:20 |
| **301**   4:9 |
| **3200**   3:12 |
| **32nd**   6:17 |
| **333**   6:8 |
| **3491**   1:23 |
| **351-6381**   5:11 |
| **393-8200**   4:22 |
| **3:08**   77:9 |

| 4 |
|---|
| **415**   4:22 |
| **45**   127:14 |
| **456-1496**   4:11 |
| **4:05**   112:12 |
| **4:15**   112:15 |
| **4:38**   127:4,7 |
| **4:39**   127:18,19 |

| 5 |
|---|
| **5300521**   1:24 129:5 132:2 |
| **555**   4:19 6:16 |
| **5th**   6:16 |

| 6 |
|---|
| **6**   1:12 |
| **619**   8:11 72:6 |
| **623-1900**   3:14 |

| 698-3206   5:20 |
|---|

| 7 |
|---|
| **72**   8:11 |
| **7321**   128:23 |
| **75201**   5:19 |

| 8 |
|---|
| **801**   4:8 |
| **805**   4:11 |
| **827**   1:22 |

| 9 |
|---|
| **90013**   6:18 |
| **90071-3197**   6:9 |
| **93101**   4:10 |
| **94105-0921**   4:21 |
| **98101**   3:13 |
| **9a**   75:15 |
| **9b**   75:16 |
| **9c**   42:6 122:1 |

| a |
|---|
| **ability**   15:23 18:19 20:12,19 21:16,21 26:17 31:7 85:3 87:3 101:7,7 |
| **abimbola**   7:7 |
| **able**   13:6 14:17 15:4,21 27:7 34:25 42:13 50:1 57:18 73:19 75:17 103:10 107:4 117:23 |
| **absolutely**   101:10 |
| **access**   14:17 23:23 24:13 |

[access - associate]

25:10 29:17,21
29:25 30:5
38:16 39:20
41:20 42:19
43:8,22 45:12,15
45:16 50:21
56:8 67:23 76:1
80:10,17 95:3
125:15
**accessible**  34:11
84:24 88:15
**accessing**  21:3
**account**  15:4
**accurate**  36:2,6
37:5 79:20
122:15
**accurately**
117:18
**action**  20:20
128:18,19
**actions**  1:8 2:9
42:9 45:10
50:16,19,20,25
**activity**  100:24
**actor**  89:16,18
89:22
**actual**  48:6
**adaniel**  3:18
**add**  78:4,5,7
79:15,25 80:4,20
80:20 90:21,24
92:20 93:20
94:12,14,20,21
**added**  16:3,16
79:19 94:2,17
**adding**  79:21
**address**  14:17
15:4

**adele**  3:9
**adjust**  56:25
**administered**
11:2 128:8
**affiliation**  15:9
**afternoon**  11:7
**ago**  124:16
**agree**  52:8,25
**agrees**  35:24
**ahead**  17:20
25:18 29:10
57:15 58:13
59:4 62:19
70:10 80:12
98:12 102:7
106:14 110:9
**akos**  118:10
**algorithm**
104:18 115:16
116:2,8 117:16
**algorithms**
117:21
**allow**  21:24
22:21 32:22
34:7,24 40:19
41:2,11 42:9
56:6 60:5 75:25
**allowed**  39:9
89:25 110:12
126:8
**allowing**  38:18
**allows**  32:7,8
67:8 100:1
**amateur**  37:19
**amateurs**  37:19
37:20
**ambiguity**  78:24

**amount**  40:4
71:22 74:5,8,16
74:23 75:21
76:7,10,21
**analyses**  117:10
**analysis**  117:7
117:12,13,19,24
118:3
**analyzed**  117:17
**angeles**  1:15
2:17 6:9,18 9:1
**anjana**  118:9
120:13
**announced**
85:17
**answer**  17:25
20:17 42:22,24
43:2 44:7 45:8,9
48:13 53:7
59:23 60:16
61:22 62:4
71:17 75:10
85:3,6 95:4,4
96:24 105:23
111:22,24 112:1
122:16
**anybody**  12:11
68:20
**anymore**  92:2
**apologize**  27:3
61:4 125:24
**app**  19:1,1,3
45:15,16 90:13
100:15 110:3
**appear**  131:4
**appearances**  3:1
4:1 5:1 6:1 7:1

**appearing**  3:2
4:2 5:2 6:2 7:2
129:18 130:7
**appears**  72:20
84:5,11
**appetite**  40:15
**applied**  117:16
**apply**  62:1 78:22
120:1 126:24,24
**appreciate**  13:4
120:1 126:24,24
**approximate**
19:8 117:23
**approximately**
14:11 86:17
120:24
**apps**  61:1,5
103:14 108:16
**area**  74:2
**areas**  43:4
120:15
**aschwing**  4:23
129:2
**aside**  67:8
**asked**  22:14 23:8
31:22 51:18
60:12 75:22
95:17 125:7
**asking**  29:12
30:17 35:23,24
36:1 39:7,11,11
39:14,18 53:6,14
55:7 92:22
94:16,17 105:24
**assigned**  121:22
**assistance**
112:19 113:4,7
**associate**  7:5
50:11

[associated - called]

**associated** 99:12
**assume** 26:18
   53:19 58:1
   61:11 68:21
**assuming** 110:24
**attach** 50:12
**attorney** 4:7
   5:16 6:7 9:15
   128:19
**attorneys** 3:10
   4:18 5:8
**audio** 12:15 78:5
   79:6,9,15,17,21
   79:25,25
**aunt** 98:5,7,23
**austin** 4:16 9:19
   9:22 93:8
   119:25 129:1
**auto** 80:23 81:5
**automatic**
   105:14
**automatically**
   104:18
**availability**
   82:23 83:1,2,22
   83:23
**available** 11:8
   33:20 61:10,12
   64:9 65:22
   66:12,17 71:23
   74:5 77:12,14,23
   78:9,14 81:23
   84:22 85:4 90:8
   90:16 91:5,7,9
   91:15,22,25 92:1
   92:4,6,8,10,11
   92:13,16,18
   93:24 94:5 95:6

95:7 112:21,25
   113:5,8
**avenue** 3:11 5:9
   5:17 6:8
**avidly** 37:17
**aware** 18:16
   63:22 69:5
   84:21 105:14

**b**

**b** 1:12,24 6:14
   60:13 130:1
**back** 12:25
   44:23 45:4 52:7
   59:5 62:13 63:2
   63:10,13 65:24
   77:3,8 104:12
   112:14 113:14
   119:24 127:6,9
**backwards** 93:6
**bad** 96:6
**ballparking**
   121:2
**barbara** 4:10
**base** 34:14 35:5
   35:17 36:24
   37:4,6,8
**based** 29:13 34:3
   34:4 47:13 75:7
   75:24 76:2
   81:17 89:20
   104:7 106:4
   123:17,17
**basic** 77:18,21
   77:23,25 78:8,10
   78:16 79:3,10
**basically** 43:11

**beg** 68:6
**began** 49:25
   87:25 114:12
**beginning** 9:14
   14:7 28:23
   50:10 51:7,8
   56:4 114:12
   117:15
**behalf** 2:16 10:4
   11:13,25
**beings** 48:6 71:8
**believe** 26:10
   70:4 85:9 90:23
   95:25 121:12
   122:24
**ben** 11:18 24:4
   29:12 119:7
**benjamin** 3:6
   9:16 62:8 89:16
   89:18 115:11,12
   115:17,18,18,19
   115:24
**best** 34:22 63:3
   115:2,24,25
**bet** 83:13
**better** 46:20
   80:17 83:13
   99:19
**beyond** 80:3
**bgould** 3:15
**big** 46:23 56:21
**bit** 45:19 52:7
   62:13 64:24
   65:8,11
**brand** 64:19
**break** 44:18,21
   44:23 112:4

**breakout** 12:17
   126:19
**brief** 125:6
**briefly** 113:14
**broad** 36:21
   38:25 45:7
   47:15 122:10
**broadly** 119:19
**bucket** 43:12
**bunch** 49:15
**business** 18:21
   20:23 21:1,7,8
   21:20 67:5
**button** 30:14
   31:8,23 32:3
   51:5 55:11
   58:13,17 63:12
   67:21,24 83:18
   83:20,23 84:6,7
   84:8,12 90:21
   95:24 98:21
   99:25

**c**

**ca** 129:9,12,20
**california** 1:2,15
   1:21 2:2,17 4:10
   4:21 6:9,18 9:1
**call** 17:16 23:12
   25:20 34:14
   40:5 57:13,17
   64:19 66:23
   67:20 77:25
   106:19 115:4
   116:22 117:11
**called** 18:20
   64:15 69:24
   70:15 71:8

[called - company]

72:12 86:22
124:1,3
**calls**  30:23 54:22
74:25 109:16
**camera**  87:4
**campen**  3:8
**capabilities**  16:1
16:3
**capability**  95:7
**capacities**
105:10
**captioning**  91:5
**captions**  80:4,14
80:16,19,20,24
81:5,9,19,22
90:24 91:4
**careful**  122:13
**cari**  3:8
**case**  1:5 2:5
16:10 28:23
32:25 40:5
62:24 95:16
98:20 128:15
**cases**  17:10 57:1
**cassarah**  5:6
9:25
**catch**  62:15
114:2
**category**  66:10
93:16
**caught**  91:19
102:2
**caused**  71:22
75:6,23
**ccp**  129:9,12
**ccr**  1:21,22,23
128:24

**cell**  12:15
**certain**  83:7
**certified**  2:20,21
128:2,3
**certify**  128:4,17
**cetera**  55:13
76:1
**change**  12:14
38:15 47:10
53:17 56:24
57:1 61:17 78:6
117:8 132:4,7,10
132:13,16,19
**changed**  47:12
50:14
**changes**  15:19
17:5,9 21:23
39:2,12,18 40:2
41:1,19 47:2,9
47:23 48:9
56:17,22 124:19
**charac**  35:2
**characterization**
35:8
**characterize**
38:5 85:15
86:24
**characterized**
85:10
**characterizing**
35:2 82:19
**charts**  121:5
**chat**  12:17
**check**  64:9
**chen**  7:5 9:25
**child**  98:1
**choose**  87:5,7

**chopping**  78:4
**chris**  4:6
**chronological**
47:12 110:16,17
**chronologically**
114:10,20
**chu**  5:6 9:25
**circumstances**
84:19,20,21
**civil**  129:19,20
**clarification**
65:7
**clarify**  12:3
16:14 42:12
44:19 63:7
**clarity**  35:23
65:8,11 101:7
**class**  9:18
**classify**  66:10
115:5
**claufenberg**  3:17
**clean**  84:3
**clear**  41:23
44:15 52:2
100:21 101:3
**clearly**  109:6
**click**  31:8,24
67:20,23 98:20
98:21 100:2
103:10
**clicks**  100:6
**clipping**  78:3,21
78:21 79:2,2
**clue**  123:8
**cmchu**  5:12
**code**  129:9,12,19
129:20

**coding**  42:25
44:8
**columns**  72:21
**combative**  60:10
**combination**
115:23
**come**  13:18
47:14 76:5
115:10 127:9
**comes**  23:17
32:13 50:8 62:7
**comfortable**
38:25
**commencing**
2:17
**comment**  54:4
**commented**
51:16
**comments**  49:9
51:10,11,14
**common**  32:11
33:24
**commonly**  32:16
32:21 33:23
34:10,13 35:4,16
36:9,23,25 37:1
37:3,6,7 122:7
122:21 123:22
**communication**
76:17
**community**
33:18,18 76:18
**companies**
107:19,19
**company**  65:2
69:2 118:2
119:1

Page 4

**[compare - court]**

| | | | |
|---|---|---|---|
| **compare** 40:14 | **consumers** 38:16 | 84:6,12,13,16 | 79:11,12 85:9 |
| **compatible** | 87:13 | 85:5,20 86:5,18 | 86:15,16,22,23 |
| 36:17 | **consuming** | 87:10,11,13,14 | 90:2 91:13 |
| **complaint** | 81:16 | 105:11 112:20 | 92:13 98:18,19 |
| 124:17 | **consumption** | 112:20 113:7,8 | 103:3 104:5 |
| **completed** 129:7 | 58:8 81:15 | 113:23 114:15 | 105:13 106:10 |
| 129:17 130:6 | 101:1 | 114:20,24 115:8 | 107:14,15,17,18 |
| **completion** | **cont'd** 5:1 6:1 | 115:24 117:2,9 | 107:20,21 |
| 112:8 128:15 | 7:1 | 117:11,17,19,24 | 108:19 109:19 |
| 130:10 | **contact** 129:9 | 118:3,3 126:6 | 110:24 111:1 |
| **complies** 10:8 | **contained** 131:4 | **context** 30:25 | 116:6,7 122:8 |
| **compound** 33:4 | **content** 11:14,17 | 31:3 70:24 | 123:1,2,5 126:7 |
| **computer** 12:18 | 11:18 13:10 | **contextual** | 126:12 131:5 |
| **con** 17:24 117:1 | 22:11 23:4,23 | 116:22 117:2,6 | **corrected** 131:5 |
| 117:5 | 24:14 28:24,25 | 117:12 | **corrections** |
| **concerned** 21:2 | 29:17,21,25 30:3 | **continue** 17:24 | 127:13 129:14 |
| **concrete** 97:24 | 30:7,11 31:11,13 | **controls** 64:13 | 129:15 130:3,4 |
| 110:8 | 32:17 33:2,13 | **conversation** | 131:3 |
| **conducted** 26:20 | 35:7,19 36:25 | 25:15 | **correctly** 14:15 |
| **confidential** 1:10 | 39:4,22 41:21 | **converting** 37:23 | 15:2 17:2 26:22 |
| 127:11 | 42:20 43:9,23 | **copy** 100:19 | 35:3 82:19 |
| **confused** 43:24 | 45:12 48:1,11,18 | **copying** 72:8 | 98:14 |
| 97:13 | 48:19,20 49:13 | **corporate** 1:13 | **counsel** 3:1 4:1 |
| **congratulations** | 49:18,22 50:22 | **correct** 11:14 | 5:1 6:1 7:5,7 |
| 126:25 | 50:24 51:2,24,25 | 12:1,2 13:7,8 | 9:14 129:18,21 |
| **conscientious** | 53:5,24 55:6 | 19:17 29:18,19 | 130:7 |
| 127:1 | 58:22,24 59:11 | 31:16 32:1 | **count** 121:5 |
| **consider** 47:17 | 60:23,25 61:2 | 35:16 48:7 | **couple** 49:2,2 |
| 47:22,24 | 64:22 65:4,9,21 | 50:15 51:10 | 59:2,2 81:10 |
| **consideration** | 66:17,21 68:23 | 52:10,11 53:2,3 | 97:1 121:1 |
| 48:5 | 69:2,6,9,17,18 | 55:15,22 58:3,11 | 125:4 |
| **consume** 85:19 | 71:22 73:19 | 58:13,19,24 | **course** 12:21,21 |
| **consumer** 1:5 | 74:5,13 75:21 | 59:14 61:13 | 35:13,14 37:15 |
| 2:5 9:9 38:9 | 76:10,22 77:11 | 62:22,23 64:3 | 41:3 68:9 73:7 |
| 89:25 97:4,9,10 | 78:16 79:4,14,22 | 68:23,24 69:12 | 79:1 92:23 |
| 97:19 129:4 | 79:23 80:18,25 | 70:17 72:23 | 97:23 |
| 132:1 | 81:4,8,24 82:2,6 | 73:21,23 76:21 | **court** 1:1 2:1,21 |
| | 82:22,23 83:7,8 | 78:17 79:4,5,7,8 | 10:5,6,9 112:9 |

Veritext Legal Solutions
866 299-5127

**[court - different]**

128:3
**cover** 75:17
**create** 15:4 29:4
  84:3 89:17
  90:19 104:20
  107:4,10,14,16
  107:20,22
**created** 14:9
  17:16 18:3,5
  22:15,18,19
  104:13,18 108:9
**creates** 105:25
**creator** 18:21
  20:24 21:12,13
  22:4,10 67:5
**creators** 112:20
  113:8
**creepy** 93:6
**criteria** 89:4
  114:23 115:2
**criterion** 88:25
  89:4
**criticism** 60:10
**crutcher** 4:15
  5:5 6:5 9:23
**cspringer** 4:12
**csr** 1:21,21,22
  128:25
**currently** 13:5
  23:2 24:12
  29:16 30:9
  31:15 32:7,18
  51:23 91:7,9

**d**

**d** 8:1
**dallas** 5:19

**daniel** 3:9 6:14
  10:4
**dasu** 118:9
**data** 75:3
**date** 15:17
  117:23 128:20
  129:16 130:5
  132:24
**david** 1:13 2:15
  8:3 9:8 11:1
  129:5 131:1,13
  132:2,24
**day** 57:20 111:5
  111:6,12 125:18
  125:25 128:21
  131:6
**days** 124:16
  127:14
**decisions** 42:9
  47:1
**declare** 131:1
**decrease** 71:24
**defendant** 9:24
**define** 27:15
  36:8 64:23
  76:12 80:6,14
  105:2,4
**defining** 14:7
  104:24
**definitely** 28:17
  79:24
**definition** 37:3
  76:20 80:19
  82:8,10 96:14
**degree** 72:1,2
  76:16
**demand** 66:12

**denoting** 72:21
**depend** 125:15
  126:5
**depends** 27:14
  103:19,25
**deponent** 2:16
  8:2 10:8,14 13:2
  14:6 15:8,16
  18:1 20:18
  29:11 30:22
  32:20 33:5 34:1
  35:11 36:4
  37:12 38:4 39:6
  40:1 54:23 57:8
  58:7 59:24 60:7
  65:6 68:18 69:5
  69:12,21 70:4,7
  70:11 71:5,11,17
  72:9 73:5 74:8
  74:16 75:2
  78:19 82:8
  83:11 95:5
  96:25 98:13
  99:3 100:5
  102:1 103:16
  104:7 105:24
  108:1,24 109:25
  110:4 111:3
  112:23 114:2
  118:19 121:19
  121:25 123:7,13
  126:22
**deponent's** 1:15
**deponents** 128:7
**deposition** 1:12
  2:15 9:8 10:11
  11:10 14:21
  15:7,15 59:16,20

69:4,11 70:9
  71:4 73:4 75:1,9
  80:10 85:12
  103:13 108:15
  110:2 118:7
  124:11 128:14
  129:19,22,24
  130:8,10
**depth** 41:14
**derek** 3:7
**describe** 17:4
  18:6 87:1,3
**description** 49:8
**descriptions**
  116:20
**designated** 11:11
  11:12 41:23
  59:22
**designed** 21:7,17
  46:18,20 55:19
  55:24 56:12
  80:17
**designee** 60:12
  75:15
**desktop** 19:1,3
**detail** 40:2
**details** 89:19
**determine** 48:11
**determined**
  129:18,22 130:7
**determines** 81:7
**device** 38:10
**devoted** 106:10
**dgarrie** 6:20
**difference** 57:6
**different** 20:1
  28:9 29:17 30:6
  52:9 53:2 54:7

Page 6

[different - example]

54:14 55:12
99:10 105:10
118:25 120:20
**difficult** 11:18
28:9,16 105:2
**digital** 36:13
38:17 40:6
**direction** 128:11
**directly** 18:9,9
18:14
**disabilities**
80:18
**discern** 113:23
116:5
**discussing** 40:7
40:8 42:11
**discussion** 9:21
43:17 46:15
57:7
**displayed** 56:1
81:5 83:6
**displaying** 73:18
**distinction** 37:19
**district** 1:1,2 2:1
2:2
**division** 121:9
121:13,18,23
122:6,20,21,25
123:5,21
**divisions** 65:2
118:25 119:4
120:6,7 123:10
**dloeser** 3:16
**document** 1:7
2:8
**documents** 73:9
124:10,13,15,18

**dog** 49:14 50:8
115:7 117:1
**dogs** 48:24 49:1
49:9,16,19,20
50:6 115:6,7,12
115:14,18,19,20
116:25
**doing** 71:14
90:22
**donate** 90:21
**dunn** 4:15 5:5
6:5 9:23

**e**

**e** 5:7 8:1 129:9
129:12 130:1
132:3,3,3
**earlier** 43:19
63:8 67:4 85:12
115:6 116:11
**early** 14:2 17:11
**easier** 74:13
107:8 109:6,8
119:13
**easy** 21:11,18
29:21,24 30:5
38:21
**editing** 77:17,21
77:23 78:1,8,10
78:16 79:3,10
**editor** 77:15,19
**edu** 14:17 15:4
**education** 26:16
**effect** 92:24 93:4
93:11
**effects** 92:20
93:20,23 94:1

**effort** 33:22 35:6
35:18 37:8
38:21
**efforts** 127:2
**either** 38:16
**element** 117:3,3
117:6
**else's** 100:8
106:1,7,24
**email** 14:17 15:4
**embed** 105:25
**emoji** 96:10
**employee** 128:18
**employees**
120:25 121:17
122:22 123:4,22
**enable** 13:9 21:1
21:13 22:10
26:8 28:3 29:3
31:10 32:17
33:22 60:21
63:16 68:14
80:17 93:19
95:13
**enabled** 14:3
16:11 19:20
27:20 28:13
50:11 51:9,10
61:1 88:21
**enables** 19:16
29:16 33:2,13
**enabling** 50:10
**ends** 16:6
**engagement**
76:10,12,15,20
76:21
**enjoyable** 58:8

**ensure** 35:6,18
37:9
**entered** 69:1
**entertainment**
38:7
**entities** 107:4,10
**entity** 21:10
68:19 108:9,11
**entry** 17:16 18:3
18:5,6
**errata** 129:14,16
130:3,5
**estate** 82:12
**et** 55:13 76:1
**event** 90:19
**everybody** 57:5
102:22,23 103:1
**evolution** 57:19
**exactly** 19:22
20:4 27:19 94:7
94:8 99:9
**examination** 8:2
11:5 125:1
**examined** 11:2
**example** 16:8
18:11 19:2 21:3
23:19 27:16
36:10,11 37:16
38:11 48:24,25
51:3 54:4 55:9
62:11 64:5
67:13 78:21
89:8,15 90:18
92:21,24 95:11
96:10 97:16,17
97:24 100:19
110:8 111:19
115:11 116:24

Page 7

**[example - fair]**

118:1 120:10
124:4
**examples**  15:22
23:15 43:10
49:6,10,12 53:9
53:18 78:3
**excel**  72:14,15
72:20
**excluding**  36:24
118:5
**exclusively**
90:13
**excuse**  31:2
52:13 56:16
63:5 94:22
**executed**  131:6
**exhaustive**  20:6
120:22
**exhibit**  8:11 72:5
72:6 73:8
**exhibits**  8:9
72:13
**exist**  18:6 85:21
**existed**  26:19
27:23
**existence**  13:18
14:3,7 30:13
86:3
**exists**  23:14 83:8
**experience**  34:8
34:12,18,23 41:4
41:9,10 46:20
58:1,9 65:4,12
115:17
**experimented**
64:2
**experiments**
63:22

**expert**  36:6
**expire**  25:24
**explain**  52:1
**explicitly**  75:16
**expressing**  34:12
**expression**  38:7
**extensions**  16:18
**extent**  61:25
62:2 71:21
108:15 110:2
**eyes**  93:1,4,10

**f**

**fabulous**  12:9
46:12 47:5
72:16 78:2
111:11
**facebook**  1:4 2:4
4:14 5:4 6:4 9:9
11:12,14 12:1,3
12:6 13:5,7,9,12
13:17 14:10
15:5,20 17:1
18:12,17,25 19:5
19:15 20:3,11,13
20:15,20 21:23
22:23 23:2,7,12
23:13,17,24 26:1
26:8,12,25 27:13
28:3,5,20 29:3
29:16,24 31:1,3
31:10,19 32:6,8
32:17,22 33:1,12
33:19,21 34:5,15
35:5,5,8,17,17
35:20 36:17,24
37:4,7,8,8,10,22
38:6,20 39:3,9

40:10 41:10
42:18 43:21
45:11,13,15,16
50:10,11,17,19
50:20 51:1,8
52:9,10 54:16
55:5,14,19 56:5
56:6,12,18 57:22
58:5,23 59:12
60:20,21,23 61:3
61:20 63:15,15
64:1,15,17,18,21
65:2,22 66:12,17
67:9,9,9,13,18
67:22 68:14,23
68:25 69:8,16
70:1,19 71:23
74:6 75:25 76:6
76:22 77:13,14
79:22 80:20,23
80:25 81:4,23
84:16 85:5,10,16
85:17,18,22,25
86:2,15,22,25
87:6,8,17,19,21
87:25 88:5,6,10
88:11,15,16,17
88:24 89:2 90:9
90:17 91:16,25
92:4,20 93:19,20
93:23,24 94:6
95:6,7,13,15
98:2,8 100:1,15
101:13,23 103:9
104:13,20,25
105:2,4,18 106:9
106:9,17,24
107:4,11,14,16

107:20,22 108:9
108:12,21
109:10,14,21
110:19,20 111:7
112:19,21 113:2
113:4,6,9,24
114:9,19,23
115:1 117:15
118:25 120:25
121:9 122:7,21
122:22 123:21
123:22 129:4
132:1
**facebook's**  1:12
14:3,7 15:12
17:5 21:4 29:20
54:19 60:12
75:6,15,23
**facilitate**  17:6,8
39:3,20 41:20
42:19 43:8,22
45:11 50:17,21
51:1
**fact**  18:24 23:5
**factors**  76:7
**fail**  41:6,7
**fair**  14:2 15:11
15:18 20:5
22:13,25 26:18
27:6 35:8 40:12
48:4 57:21 67:3
69:14 71:19
73:16,17 74:4,22
76:9 78:15
81:20 85:8
107:11 108:7,7
117:14 121:7,8
121:11,20 122:2

Veritext Legal Solutions
866 299-5127

**[fair - general]**

122:19 123:20 123:25
**fall** 66:18
**falling** 66:24
**familiar** 32:23 64:14 90:7
**famous** 89:16,18
**far** 26:15 60:4 72:3 101:20,20 102:19 111:16
**fast** 57:14 58:17 62:14
**faster** 70:6
**feature** 86:21 87:19 91:20,24 92:1,3 95:6 100:1 116:19
**features** 90:7,11 90:14 116:20,22
**federal** 128:14 130:1,8,9
**feed** 20:3 27:23 27:24 67:14,15 115:3,10,12,25
**feel** 34:21
**felisha** 6:6 10:1
**felt** 36:20,20 38:24,25
**figure** 12:20 48:15 81:3
**file** 15:23,24,25 16:2,5,5,9 19:22 21:4 23:6 25:13 25:14 27:11 34:20 72:14,15 72:21
**files** 16:8,9,11,16 16:17,21 17:10

28:4,6,10,14,17 32:10,10,12,13 36:8 38:13,17 41:12
**film** 36:13 37:21 37:24
**filter** 78:5
**filters** 78:23
**financially** 128:17
**find** 43:4 49:17 49:17
**fine** 17:25 86:11 102:3 118:14 120:23 126:12
**finish** 38:3
**finished** 17:22
**firms** 107:16
**first** 13:9 18:3,4 19:5,19 20:7 23:7,10 26:8 27:6,20 28:3 29:3 31:10,12,13 49:25 51:20 55:24 56:1 59:17 60:21 61:1 72:21 74:20 78:8,13 81:22 85:4 88:21 91:12 102:13,18 103:5 103:6
**five** 44:22
**floor** 6:17
**fmiles** 6:11
**focus** 20:21 22:23 43:17 84:23

**focused** 21:25 42:8
**folder** 72:12
**folks** 12:17
**follow** 102:19
**following** 35:15
**follows** 11:3 129:8
**foregoing** 128:5 128:7,11,13 131:2
**forgive** 22:14
**format** 32:16,21 33:15 35:4,7,16 35:19 37:5,9 38:13
**formats** 32:6,9 33:2,13,23,24 36:24 37:4
**forth** 38:8 128:7
**forward** 57:14 58:17 59:6 62:14
**found** 111:15
**foundation** 78:18
**four** 67:1
**frame** 86:10 117:10
**frames** 117:7
**francisco** 4:21
**frcp** 130:1
**frictionless** 38:22
**friday** 1:16 2:18 9:1 110:22
**friend** 95:15,23 98:15,16,17

99:21 101:12,15 101:17,18 103:5
**friendly** 119:8
**friends** 99:14 100:8,14 102:5,8 102:14,15,17,22 102:23 103:2 105:20
**front** 67:25
**full** 53:17 61:15 121:13
**function** 20:19 26:12
**functionalities** 77:22 90:15
**functionality** 19:19 20:25 64:6 67:8,16 77:11 79:3,9 89:24 90:3 91:14 93:25 94:4 99:25
**fundraiser** 90:22
**further** 124:23 126:16 128:13 128:17

**g**

**garden** 4:8
**garrie** 6:14 10:3 10:4 126:25
**general** 7:5,7 12:4 22:1 34:14 34:24 35:5,17 36:23 37:4,6,7 41:18 47:19 48:12,13 49:21 49:22 87:15

[general - heading]

93:16,21 116:9
**generally** 17:4
20:15 42:19
50:18 64:9
**generated** 80:23
81:5,9,22
**getting** 40:1 77:1
83:1
**gibson** 4:15 5:5
6:5 9:23
**gibsondunn.com**
4:23,24 5:12,13
5:21 6:11 129:2
**gist** 49:22 83:1
91:19
**give** 10:11 18:17
19:8 20:12
21:20 23:15
29:7 43:10
44:19 46:20
50:1 57:10
92:21 97:15,16
97:23,24 103:21
103:22 109:3
110:5,15 119:11
**given** 64:6,19,19
78:24 81:8 83:8
128:12
**gives** 112:19
**go** 12:14,17 17:9
17:11,14,20
18:12 20:2 25:2
25:11,12,18,25
26:20 29:10
31:7 36:15 45:9
57:1,13 59:5
61:6 62:13
63:10,13 67:13

67:19,21,23,24
68:1,2,3,4 70:10
77:4,10 80:12
85:19 90:19
95:2 98:12
102:7 106:14,15
110:9 112:9
113:14 119:3
125:3 126:19
**goal** 21:11 57:25
**goes** 45:25
**going** 22:8 42:13
45:7 61:6 65:6
72:4 90:19 96:7
103:4,12 112:5
117:8,11 118:16
118:20 120:17
**good** 11:7 34:7
34:12 41:9
53:18 101:20
111:10,16 125:3
**goodbye** 126:20
**gotten** 68:20
**gould** 3:6 8:5
9:16,16 11:6,20
11:23,24 12:9,21
13:3,5 14:8,22
15:11,18 20:21
24:2,5,9,12
29:15 30:25
32:23 33:7 35:1
35:13 36:1,14,22
37:24 38:5,23
39:15 41:16,25
42:4,16 44:20,25
45:6 46:12,16
53:13 54:24
57:9 58:10

59:17 60:6,8,18
61:22 62:8,11
65:10 68:9,12,13
68:21 69:7,14,25
70:11,13 71:7,13
71:19 72:10
73:7 74:9,20
75:5,11,18 77:4
77:10 79:1
80:13 82:9
83:11,12 89:16
89:18 93:8,9
95:8 96:21 97:5
98:19 99:8
100:10 102:3,20
103:18 104:8,10
105:24 106:2
107:3 108:3,4,18
109:1,18 110:5,7
111:9 112:3,6,8
112:16 113:3
114:5 115:11,12
115:17,18
118:20 119:14
119:17,20,25
120:2 122:2
123:9,15 124:21
126:16,23 127:1
127:16
**grand** 6:8
**grant** 5:15 10:1
**great** 27:18
29:15 47:5 49:9
105:17 106:20
111:9 113:12
126:13
**greatly** 74:6,24

**group** 26:1,2,2
66:8 67:9 68:14
84:15 106:6,7,10
106:17,19,23,24
121:9,12,18,23
122:7,20,21,25
123:4,21 124:9
**groups** 25:25
29:4,5,5,8,14
65:2 66:5 106:9
118:25 119:4
120:6 123:10
**growing** 40:17
**guess** 39:25 52:8
77:3
**gupta** 118:9

**h**

**h** 132:3
**hand** 10:7
119:23
**handled** 129:8
**hang** 70:5
**hansen** 118:11
**happen** 28:18
81:21
**happened** 15:22
47:9
**happy** 25:5 52:2
76:13
**hard** 12:10
32:20 34:1
**hari** 118:10
**head** 64:12
121:19
**heading** 46:1
62:7 67:2

[headings - interrupt]

headings  66:18
heard  82:1 98:15
  111:4
hearing  12:10
  80:18 90:24
hearts  92:25
  93:3,11
help  43:25 52:5
  64:24
helpful  23:20
  24:4 108:25
  116:16 123:14
helps  42:12
  113:2
herbert  5:7 10:1
hey  27:18 49:16
  89:17 90:19
high  40:23 41:8
  41:18 42:21
  43:2,4,20 45:13
  47:1,3 89:12
  116:11,18 117:3
highly  1:10
  127:10
history  123:19
hm  44:16
hope  42:12
  107:7 113:14
hoped  75:16
hopefully  126:21
horizontal  25:22
  105:7,11
hour  44:18
  112:5
how's  101:9
huh  65:15 78:12
  98:3

human  48:6 71:8
humans  71:11
hung  83:2,21
hypothetical
  96:23 98:11
  99:2 100:4
  101:25 102:25
  103:1,15 105:22
  107:2 108:17
  109:3,24 110:5
  110:15
hypotheticals
  102:8

i

ian  7:5 9:25
idea  73:15
identify  9:14
image  82:11,15
  82:21 83:6,19
  84:5,11
imagine  37:19
  38:9
impaired  90:25
implicates
  108:15 110:2
important  34:21
  41:10 47:8
  56:21
imposter  89:17
improve  34:17
  58:1
improved  49:3
  76:4
improvement
  49:5
improvements
  40:22 41:11

42:24 43:6,7,12
43:15,19,21 44:7
45:17,20,21 46:1
46:17,19,21,23
46:24 47:6,20
57:22,25 113:15
include  28:24,25
  105:18
included  129:14
  130:3
includes  117:6
including  30:4
  65:20 87:17,17
incomplete
  96:22 98:10
  99:1 100:3
  101:24 103:15
  105:22 107:1,1
  108:16 109:23
increase  40:18
  71:23 75:6,21,23
increased  33:1
  33:12 45:13
  74:6,24 75:3,4
  76:3,7,11,23
indicate  127:9
individual  76:17
indulgence  68:6
information
  47:16
infrastructure
  39:2,12,18 40:22
  41:11,14,19,24
inherently  79:4
initial  15:12
initially  14:16
  15:20 16:10

inside  95:12
insofar  21:1
instance  38:12
integrity  120:12
  120:16
intended  42:5
  113:22 114:14
  116:5
intention  29:20
intents  16:19
inter  54:13
interact  21:24
  22:23 23:3,8
  30:11 31:6
  40:20 41:3
  42:10 53:1 76:1
  81:13 112:25
interacting
  30:18
interaction  54:6
  54:13 61:12
  62:1 63:2
interactions
  51:24 53:21
  57:17,18 58:21
  59:10 62:21
  80:11
interested  48:3
  115:13 128:18
interests  34:23
interface  54:20
  55:5,12 67:25
interfere  119:23
internet  82:3,6
  84:6,12 93:2,10
interrupt  46:13
  107:7

Veritext Legal Solutions
866 299-5127

[interrupting - list]

**interrupting**
  25:1
**introduce**  28:20
**introduced**  20:8
  20:9 26:24
  31:19 32:4
  51:20 64:3
  81:23 91:12
**introduction**
  86:14 88:4,10,16
**investing**  37:22
**investments**
  42:18
**involved**  26:14
**iphone**  38:11,13
  38:14
**ipo**  15:17
**ish**  124:16
**issue**  113:23
**items**  48:5

**j**

**jams**  6:13
**jamsadr.com**
  6:20
**jayaraman**
  118:10
**job**  1:24 83:13
  129:5 132:2
**john**  7:9 9:11
  112:9
**joined**  118:2
  123:17
**jsc**  1:6 2:6
**july**  1:16 2:18
  9:1,7 128:21
  129:3,5

**k**

**karan**  118:19,22
  118:23,23 124:5
**karsten**  118:11
**keep**  103:4
**keller**  3:5 4:5
  9:17
**kellerrohrback...**
  3:15,16,17,18
  4:12
**kelly**  5:7 10:1
**kherbert**  5:13
**kind**  24:4 29:25
  33:1 41:18
  42:10,14 52:12
  52:17,23 79:23
  93:15 94:1
  96:10 113:7
  115:19 116:24
  117:6
**kinds**  41:18
  43:14,18 52:9
  58:23
**know**  13:13 14:9
  14:22,23 15:10
  15:19 16:12,19
  18:4 19:12,13,13
  19:20,23 20:7,17
  21:5 22:1,9,16
  24:4,10 27:23
  29:10 30:20
  31:1 32:12 33:8
  34:3 35:1 36:7,8
  36:12,13 37:18
  38:19 40:15,23
  42:1,17 45:8
  49:3 52:20 54:1
  54:20 55:2,7,25

56:14,15,17 59:9
59:23 60:2
61:23,24 63:18
64:8,10,11,12
68:4 69:9,13,16
69:18,21,23,24
70:20 71:5,11,17
72:10,18 75:10
78:4,10,13 79:24
80:6,12 81:7,17
81:21 82:25
85:7 87:2 89:8
89:19 90:5,12
91:12,19,21 92:6
92:9,10,12,22
93:22 94:7,7,8,8
94:19 95:4,5
96:13,24 98:22
100:7 103:17
106:4,17 107:6
109:13 111:19
115:15,17,21,22
115:23 117:19
119:9 120:19,24
123:10
**knowledge**  81:17
88:18
**knowledgeably**
73:20
**known**  33:17

**l**

**l**  1:21 2:20 91:18
91:18,18 128:1
128:24
**l.l.p.**  3:5 4:5
**labeled**  72:22

**lacks**  78:18
**lada**  118:10
**larger**  41:11
**late**  125:17,25
**laufenberg**  3:8
**launch**  27:22
  29:1 51:4 85:17
  91:21
**launched**  27:1
  94:8
**law**  3:10 4:7,18
  5:8,16 6:7
  107:16
**lawyers**  118:5
**lead**  7:7
**learning**  26:17
  48:9 113:22
**legal**  129:7
**level**  40:23 41:8
  41:18 42:21,23
  43:2,4,21 45:13
  47:1,3 89:12
  116:9,11,18
  117:4
**likes**  115:18
**liking**  31:16
**line**  129:15
  130:4 132:4,7,10
  132:13,16,19
**lines**  71:14
**link**  16:15,24
  27:10 99:14
  100:19 103:11
  111:20
**links**  28:6,11,14
  28:17 30:4
**list**  56:22 58:15
  59:9 119:4

Veritext Legal Solutions
866 299-5127

**[list - messenger]**

120:7,15
**listed** 58:22
121:12 122:24
**litigation** 1:6 2:6
7:6,8 9:10 129:4
132:1
**little** 36:21 38:25
45:19 62:13
64:24 65:8,11
93:6
**live** 18:24 19:12
19:23 20:2 54:4
60:19,22,24,24
61:2,10,12,19
62:1,3,5,6,8,9,12
62:13,14,20,25
63:4,5,21,22,24
65:17,17,18,18
66:7,10 67:19,21
67:24 68:2,3,4
86:22,25 87:4,8
87:18,19,20,25
88:5,5,9,11,13
88:14,17,22 89:1
89:2 90:8,13,15
90:16,18,19 91:4
91:6,7,10,15
92:19 93:19,22
93:23 94:7,11,12
94:15 95:14,14
95:19,21,22 96:2
96:15 105:19
119:10
**llp** 4:15 5:5 6:5
9:17
**located** 2:16
**location** 1:15

**locked** 129:12
130:1
**loeser** 3:7
**logged** 67:22
**long** 29:1 85:24
90:3 94:4
123:11
**longer** 62:6
92:10,11,13,16
92:17
**look** 40:4 49:7,8
49:9,16 63:24
116:24 123:18
**looked** 75:24
115:4,8,9
**looking** 73:1
**looks** 78:6
116:19,21,21
**loose** 122:11
**los** 1:15 2:17 6:9
6:18 9:1
**lost** 100:25
**lot** 36:15 102:5,5
119:14 124:13
**loves** 115:12,20
**lowest** 42:23

**m**

**m** 5:6
**macdonell** 7:9
9:11
**machine** 48:6,9
113:22 128:10
**machines** 77:2
**main** 65:3
**major** 42:18
43:7,20 45:10
47:1 50:16,20,25

56:17 75:25
**majority** 48:8
**making** 11:8
38:21 40:16
113:5
**mark** 14:9
**marked** 8:9
72:12
**markedly** 76:11
76:23
**marks** 111:7
**master** 6:15 10:3
10:4 77:1
126:25
**match** 120:4
**matter** 9:9
**md** 1:6 2:6
**mdl** 1:4 2:4
**mean** 12:4 13:14
13:21 16:5
17:11 19:12
26:14 27:14
30:12,13,24 33:5
34:16 38:1
40:25 41:5
44:16 46:4,7
50:6 54:25
55:16,17 56:22
60:10,22 62:2,8
64:1 74:16,18
76:15 80:14,16
82:25 89:11
90:11 96:8,12,13
99:3,5,9 101:4
104:22 105:1
106:12 107:7
114:16 117:12
119:22,23

120:21 123:17
**meaning** 122:12
**means** 34:3 38:6
41:5 70:21 71:6
82:21 100:22
**meant** 16:7,9
54:21 59:6 64:4
97:18
**media** 13:18
69:2
**medium** 40:13
40:18
**member** 26:2
106:6,23
**mention** 118:16
118:21
**mentioned** 19:3
19:15 20:11,14
20:22 21:12
24:16 26:23
31:15 43:18,24
43:25 48:5
58:10 59:10,12
65:25 66:19
70:15 77:17
78:11,20 79:6
87:18 88:19
118:24 120:16
120:16
**mentioning** 22:3
105:5
**mess** 86:9
**message** 77:1
**messenger** 25:15
28:5,6,13 66:24
100:15,18,20
101:13,23 103:9

Veritext Legal Solutions
866 299-5127

[meta - okay]

**meta** 7:6,8 12:4
    18:20,21 20:23
    20:25 21:7,20
    67:4
**metric** 68:22
**metrics** 60:4
    73:1,19
**middle** 94:20
**midstream**
    94:17
**miles** 6:6 10:1
**miller** 1:13 2:15
    8:3 9:8 10:6
    11:1,7,24 12:11
    13:3 17:23
    41:23 42:8,17
    45:6 57:9 70:6
    72:4 75:11,16
    107:6 120:3
    125:3 126:18,23
    129:5 131:1,13
    132:2,24
**mind** 72:4,13
    119:3 124:9
**mine** 99:21
    101:12
**minute** 44:22
**mischaracteriz...**
    113:20
**misheard** 48:21
**mission** 4:19
    38:20
**mobile** 19:1
**model** 49:16,19
**models** 49:13,23
**mom** 98:4,6,20
    98:21,24 99:13

**moment** 56:20
**mov** 16:6,9,11
**move** 57:15
    58:13,17 62:19
    62:20 63:2
**movement** 57:12
**movie** 15:23,24
    15:25 16:1,2,5
    32:10,13 36:7,11
**movies** 36:15
**mp4** 16:8 32:10
**multiple** 29:17
    30:6 53:2
**municipalities**
    107:22
**mute** 13:2 53:9
    61:11
**mutual** 101:16

**n**

**n** 8:1
**name** 9:16 64:18
    64:19 98:22
    121:9,13 122:20
    122:25 128:21
**named** 78:15
**names** 119:11
    120:4,17,21
**nearing** 112:8
**necessary**
    129:14 130:3
**need** 52:1 68:8
    77:2 126:10
**neither** 128:17
**nevada** 1:22
**never** 72:13
    124:9

**new** 5:10,10 38:9
**news** 114:13
**newsfeed** 18:14
    18:15 19:6,16
    20:7,9 23:16,17
    24:16,21,24
    25:21 45:22
    46:2,8,10,17,19
    47:7,11,24 68:3
    68:5 77:20
    105:6,7 113:16
    114:10,13,15,17
    114:21,25
    117:16 120:11
    120:16,19
    122:25 123:23
    124:6
**newsfeed's** 47:9
**nondigital** 40:7
**nonprofit** 107:13
**nonvideo** 115:25
**normal** 57:4,16
    64:10
**northern** 1:2 2:2
**notating** 129:15
    130:4
**note** 119:10
**noted** 75:16
    127:19
**notes** 131:4
**notice** 11:9
    124:17
**noticing** 9:15
**number** 8:10
    33:1,12 40:9
    41:12 45:14
    68:22 74:17
    76:3,5 115:1

    129:15 130:4

**o**

**o** 91:18,18
**o0o** 9:3 127:22
**oath** 11:2 128:9
**object** 103:12
**objection** 69:20
    71:10,16 114:1
**objections** 104:6
**obviously** 40:11
**offering** 15:13
**offers** 113:7
**office** 129:11
**official** 122:20
**offline** 89:19
**oh** 15:16 25:6,18
    43:24 44:2,11
    49:19 57:14
    63:11,11 70:24
    72:9,13 73:16
    78:3 79:6 93:8
    97:14 104:20
    110:7,8 115:16
    116:13 118:15
**okay** 9:5 12:6,8
    12:9,22,25 13:9
    13:24 16:23,23
    17:4 18:2 19:11
    19:15 20:11
    21:20 22:4,6,8
    22:25 23:11
    24:23 25:1,7
    27:5 28:20
    29:15,20 30:9
    31:15 32:3,23
    33:11 34:6 36:3
    38:23 39:2

Veritext Legal Solutions
866 299-5127

**[okay - partners]**

| | | | |
|---|---|---|---|
| 41:16,25 42:4 | 113:20 114:7,19 | **oregon** 1:22 | 83:8 84:15 |
| 43:6,13,16 44:11 | 115:1,7 116:12 | **org** 121:5 123:18 | 89:13,17 106:7 |
| 44:20,25 45:1 | 116:14 117:14 | **organizations** | 106:16 107:4 |
| 46:12,25 48:12 | 118:5 119:3,6,14 | 107:13 | 108:8,9,11,20 |
| 48:24 51:13,23 | 120:5,23 121:12 | **original** 43:2 | 109:19,22 |
| 52:4 53:1,4 | 121:20 122:2,2 | 69:2,6,17 125:16 | 110:22,23,25 |
| 54:19,24 55:1,3 | 122:24 123:3,9 | 128:14 129:10 | 111:13,18 |
| 55:8 56:15,15 | 123:20,25 124:7 | 129:21 | 129:15 130:4 |
| 57:8,10 59:12 | 124:7,10,21 | **originally** | 132:4,7,10,13,16 |
| 61:6,25 62:24 | 125:6,12 126:11 | 108:12,21 | 132:19 |
| 63:4,11,14 64:1 | 126:16,22 127:8 | 109:20 | **page's** 111:21 |
| 64:14 66:4,7 | 127:17 | **outside** 14:20 | **pages** 1:25 66:3 |
| 68:3,11,25 69:14 | **oladokun** 7:7 | 15:6,14 29:9 | 88:12,12,19,21 |
| 71:19,19 72:17 | **once** 23:1 35:16 | 59:15,19 61:21 | 89:1,7 106:9 |
| 72:18,20,25 | 37:5 67:22 | 67:11 68:17 | 107:11,14,16,20 |
| 73:13,16,16,17 | 72:18 | 69:3,10 70:3,8 | 107:23 111:14 |
| 73:24,24 75:5 | **ones** 54:11,15 | 71:3,4 73:3 | 129:14,17,17 |
| 76:15,19 77:5 | 65:24 | 74:25 75:8 80:9 | 130:3,6,6 |
| 78:15 79:6 80:2 | **online** 76:17 | 80:9 94:25 | **park** 5:9 |
| 80:16 82:1 84:2 | **open** 105:6 | 103:13 105:21 | **part** 25:9 26:1 |
| 84:15,20 85:6,8 | **opening** 72:6,6 | 107:25 108:14 | 35:9 38:19 42:6 |
| 85:15,21,24 86:2 | 72:14 | 110:1 121:24 | 47:2,3 79:10 |
| 86:21,24 87:13 | **opens** 115:11 | 123:6,12 | 87:16 113:11,21 |
| 88:4,8 90:3,7 | **operated** 111:14 | **outward** 100:24 | 116:2,7 117:11 |
| 91:14 92:12 | **operates** 111:18 | **owner** 27:17 | 117:20 118:6 |
| 93:13,24 94:4,21 | **opposed** 22:2 | **p** | 121:2 124:23 |
| 95:8 96:1,14,17 | 40:6 58:23 | | **part's** 111:10 |
| 96:19 97:12,20 | 104:15,17 | **p** 91:18 | **participation** |
| 97:20,20 99:10 | **option** 63:1 | **p.m.** 2:18 9:2,6 | 76:16 |
| 99:20 102:11,16 | **order** 15:20 17:6 | 12:23 13:1 45:2 | **parties** 3:2 4:2 |
| 103:4 104:10 | 39:20 40:19 | 45:5 77:6,9 | 5:2 6:2 7:2 69:8 |
| 105:12,15,16 | 41:16,19 42:19 | 112:12,15 127:4 | 69:16,19,22 |
| 106:6,13,16,20 | 43:8,21 45:11 | 127:7,18,19 | 91:24 92:3 |
| 106:21 107:9,13 | 47:17 55:20 | **pacific** 9:6 | 112:12 |
| 107:22 108:3,5 | 110:16,17 | **page** 8:3,10 | **partnered** 68:25 |
| 109:11,18 110:7 | 114:24 115:2 | 17:13,14 18:10 | 69:8,16 |
| 110:21 111:25 | 117:18 | 18:13 25:13,13 | **partners** 69:23 |
| 112:3,7 113:12 | | 67:9 68:1,14,18 | |

[partnership - post]

**partnership** 70:1
70:19
**parts** 20:1 23:13
83:15
**party** 61:1,5
70:2,19 128:19
**paste** 100:19
111:20
**pause** 53:19
55:11 56:24
**pdf** 129:12 130:1
**penalty** 10:10
129:16 130:5
131:2
**people** 14:16
15:3 20:12
36:15 42:10
68:15 91:15
92:19 93:19
111:14 118:12
118:24 119:5
120:7
**perform** 20:19
**period** 14:16
15:3 86:17 91:1
91:2 124:6
129:18 130:7
**perjury** 10:10
129:17 130:6
131:2
**person** 61:5
89:13,21 98:23
111:13,15,18
113:10 124:4
**persons** 80:18
**perspective**
13:25

**pertain** 90:15
**pertains** 128:13
**phone** 12:15
**photo** 52:13
78:22
**photos** 30:3 34:9
55:12 78:22
79:16,20,23
115:12,20
**phrase** 46:6 58:7
**picture** 29:7
**piece** 81:8
**pla** 36:12
**place** 40:22
41:13 92:25
109:19 110:25
117:15,25 118:4
128:6
**plaintiffs** 2:16
3:4 4:4 9:18
**plastic** 36:13
37:21,24
**platform** 11:14
13:7,10,12,18
14:4,18 15:20
16:4 17:1,5 18:9
19:24 20:13,20
21:5 23:2,7,12
23:13,24 24:22
26:25 29:22
30:1 31:1,3,19
32:18 33:3 34:5
34:8,19,25 35:8
35:20 36:17
37:10,22 38:6,20
39:10 40:21
45:12 47:14,17
48:10,15 49:2,7

49:11,25 51:9
52:10,24 56:2,7
58:5,23 60:20,23
61:3 62:21
63:15 64:3
65:19,22 66:12
66:17 67:18
71:23 74:6,17,19
74:21,23 75:22
76:1,8,22 77:13
81:23 83:8 85:5
87:6,8,17,21
88:6,10,16 90:9
90:17 92:20
93:20 108:21
109:21 110:11
110:20 111:7
112:21,24 113:9
124:20
**play** 16:1,2,2,2
53:19 55:11,20
56:8,12,23 57:5
58:4 82:15
83:18,19,22 84:5
84:7,8,11
**playable** 83:17
**playback** 41:6
42:25 44:8
63:16
**played** 41:12
82:14,22 83:7
84:13
**player** 55:9,9,15
55:18 56:5,11,13
56:18 57:18,19
57:23 64:10
67:19

**plays** 83:17
**please** 9:14,15
10:7 18:7,7 25:2
48:14 49:16,16
73:7 83:12
102:7 103:18
110:15
**point** 92:17
**points** 17:16
18:3,5,6
**poll** 91:21
**polls** 91:14
**popular** 32:9
36:15 38:10,12
40:11,13
**popularity** 40:17
**possible** 19:5
33:23 34:2
87:20 88:5,9
103:22,23 104:4
104:11 116:1
**post** 23:14,18
25:13 27:9,17
31:7,9 50:2,4,8,8
52:12,18,23 54:9
95:11 98:24
99:6,9,10,11,12
99:14,15,15,15
99:22 100:7,7,8
100:9 101:11,12
102:14 106:1,6,7
106:23,24
108:11,12,20,20
109:20 110:22
110:25 111:15
111:20,21,21
125:13,15 126:2
126:4

Veritext Legal Solutions
866 299-5127

**[posted - quite]**

**posted** 99:22
100:15 108:12
108:21 109:10
109:14,20,21
113:24
**poster** 97:3
101:19
**poster's** 125:16
**posts** 25:23 52:9
53:1 103:8
109:6 110:19
111:5,6 125:9
**potentially**
30:23
**preceded** 86:3
**precisely** 46:4
106:2
**predict** 49:19
**prep** 26:16 47:4
**preparation**
21:22,25 22:21
22:24 29:13
31:5 34:4 41:15
74:3 75:24 76:2
76:2 81:14
89:20 118:6
124:11
**prepare** 84:25
121:25
**prepared** 26:15
39:23 40:3,24
41:1,17 42:22,25
44:4 46:9,25
71:25 81:12
85:2 109:3
110:10,14
112:18,23 113:1
113:6 121:3,16

121:21 123:3,18
**prerecorded**
62:9 94:2
**presence** 83:22
**present** 7:4
39:19 112:11
114:13,24
116:16
**presenting** 114:9
114:19
**presumably** 85:2
**pretending**
89:23
**previous** 35:23
**previously** 8:9
**prior** 16:24
128:8
**privacy** 9:10
103:14,25 104:3
104:8 108:16,19
109:19 110:2,24
111:2 125:16
126:5
**problem** 68:12
70:14 125:20
**procedure**
129:19,20
**proceedings**
128:5,8,9,15
**process** 21:6,8
21:18 89:19
**produce** 18:18
64:21,24 69:2
70:24
**produced** 70:1
70:18,21
**producer** 87:9
87:11 95:19

**producing** 40:15
**product** 60:2
64:14 95:16
124:19
**production**
63:22,25 84:25
95:3,7 106:3,5
113:2
**professional**
2:21 22:2,5,24
37:18 77:16
84:22 128:2
**professionals**
37:1
**profile** 1:5 2:5
9:10 17:11 18:9
18:13 25:11
27:7,13,15,17,24
27:25 68:1
98:25 99:22,23
129:4 132:1
**profit** 107:19
**proposed** 9:18
**proprietary**
55:14
**provide** 30:10
69:8,17 86:5,18
115:24
**provided** 100:1
129:19 130:8
**provides** 113:4
**public** 15:12
111:8,12,15,20
112:1
**purposes** 16:20
65:14 96:7
116:16

**put** 37:13 38:21
117:15,23
122:17

**q**

**qualification**
79:18
**qualify** 34:2
**qualitative**
73:25
**quality** 41:9
**question** 14:25
25:4 31:23
32:14 35:12
37:11 39:5
42:21 43:2 45:7
47:15 52:1
60:17 65:14
68:8 71:18
73:25 75:12,18
75:20 78:20
87:23 95:18
96:8 97:3,17
98:14 100:11,12
100:17 111:23
112:16,22 114:3
122:16,17
125:19
**questioning**
75:15
**questions** 44:7
95:1 100:23
124:23,25 125:4
125:7
**quick** 12:14,20
**quite** 14:2

Veritext Legal Solutions
866 299-5127

**[r - research]**

| r |
|---|

**r** 6:6 132:3,3
**r&s** 130:1,9
**raise** 10:7
**raises** 124:23
**ramya** 118:8
120:10
**rank** 43:11 46:6
114:14 115:2
117:18
**ranked** 45:17,20
45:22 46:8,10
**ranking** 46:1,2,3
46:17,19,22 47:7
47:9,11 48:8
76:4 113:15,21
116:2 120:13,19
120:20,25
121:10 123:1,23
124:6
**react** 96:1
**reaction** 30:19
31:4,6 96:2,9
**reactions** 31:9
31:16,19,20 61:7
**read** 118:13
124:15,17,18
131:2
**reading** 129:23
130:9
**real** 12:14,20
62:16 82:12
119:17
**realize** 11:25
**really** 12:10
23:18 27:24
34:6 38:6 41:14
89:13,20,23

100:21 115:13
115:13 119:15
122:12 126:24
**reask** 75:12,18
**reason** 132:6,9
132:12,15,18,21
**reasons** 81:18
**rebecca** 1:21
2:20 128:1,24
**recall** 19:7 20:4
20:9 26:7,16
28:7
**receipt** 127:14
**receive** 25:14
28:4,13 127:12
**recess** 12:24
45:3 77:7
112:13 127:5
**recipient** 101:3
**recommend**
23:18 43:11
115:2
**recommendation**
47:13
**recommendati...**
47:15,18
**recommended**
115:25
**record** 9:6,21
11:17 12:14,23
13:1 18:15
19:16,24 21:21
22:11 45:2,5
46:15 57:7 60:9
67:10,14,17
75:13 77:4,6,9
84:3 96:2,5 98:1
112:10,12,15

127:3,6,9,18
128:9,12
**recording** 67:20
**red** 69:24 70:16
71:9,12
**redirect** 124:22
**refer** 12:6 31:4
83:6
**reference** 58:18
61:7
**referenced** 58:18
129:6
**referred** 31:23
122:8,22 123:22
**referring** 30:20
51:6 105:11
**regarding** 20:3
21:15 43:3 44:7
101:1
**registered** 2:21
128:1
**regulatory** 7:6
**reins** 119:23
**related** 11:13
52:20 73:19
77:11 116:20
**relates** 1:7 2:8
80:10
**relation** 82:2,5
**relative** 113:16
128:18
**released** 129:21
**relevant** 43:4
60:4
**remember** 14:15
15:2,8,17 16:18
22:17 25:6
38:12 73:10

91:5 92:7
113:17,19
118:12 125:10
125:11
**remembering**
26:22
**remind** 114:10
**remotely** 1:14
2:18 128:6
**render** 16:21
**rendering** 16:1
56:2
**repeat** 14:24
25:4 70:12 84:7
86:6 87:22
98:14 111:4
125:18
**repeating** 116:10
**rephrase** 39:16
70:22 78:25
83:4,11
**replaced** 93:3,11
**reported** 1:14,20
2:19
**reporter** 2:20,21
2:22 9:13 10:6,9
112:9 128:2,3,3
**represent** 9:23
**representative**
1:13
**representing**
9:17 82:13
**requested**
128:16 130:1,9
130:10
**required** 15:10
**research** 26:20
43:5

Veritext Legal Solutions
866 299-5127

[respect - second]

**respect** 13:14
110:14 126:6
**responsibilities**
121:22
**responsibility**
65:3
**rest** 58:4
**restart** 77:2
**restate** 44:12,13
108:18 116:14
116:15,18
**return** 129:17
130:6
**review** 124:10
127:13 128:15
129:8,10,13
130:2
**reviewed** 73:9
124:13
**rewind** 57:14
58:18 59:6 63:6
63:10,12
**right** 10:7 11:23
13:20 14:14,19
19:18 20:13
26:23 30:7,8
31:17 32:2
39:15,15,17,21
40:6 44:9 48:25
49:24 50:14
51:15 52:13,14
52:15,24 53:10
53:17 56:9 57:3
58:2,5,12,14
59:13 61:4
62:17 66:5
67:14 69:15
70:16 77:2

81:15 82:17,24
85:13 88:1 89:6
90:1 97:25 99:9
99:24 100:10
102:24 103:20
104:2,8 110:4
113:10 114:22
119:20 122:10
126:14
**ring** 4:17
**rohrback** 3:5 4:5
9:17
**romano** 1:21
2:20 128:1,24
**room** 12:17 49:5
126:19
**rosemarie** 4:17
**ross** 5:17
**rpr** 1:21 128:24
**rring** 4:24
**rules** 130:8
**running** 116:25
**rushing** 36:17

**s**

**s** 91:18 132:3
**san** 4:21
**santa** 4:10
**saurabh** 118:9
120:13
**save** 53:25 87:7
87:14,15 89:25
90:5
**saved** 62:21
65:19 66:11
87:16 90:6
**saw** 27:18 60:4
77:2 111:15

**saying** 27:17
28:12 39:1
67:11 91:11
99:13,19
**says** 105:8
**scenario** 99:14
102:4 104:5
110:17
**scenarios** 103:21
103:22
**schedule** 129:10
**school** 15:9
**schwing** 4:16 8:6
9:19,19,22,22
11:16,21 12:16
14:5,20 15:6,14
17:22 18:2
20:16 24:1,3,7
24:10 29:9
30:21,23 32:19
33:4,25 35:10,22
36:3 37:11 38:3
39:5,25 41:22
42:1,5 44:17,24
46:13 54:22
58:6 59:15,19
61:21 65:5 68:6
68:11,17 69:3,10
69:20 70:3,5,8
71:3,10,16 73:3
74:7,15,25 75:8
76:25 78:18
80:9 82:7 83:10
93:5 94:25
96:22 98:10
99:1 100:3
101:24 103:12
104:6 105:21

107:1,25 108:14
108:23 109:16
109:23 110:1
111:1 112:4,7,22
114:1 119:7,16
119:18,22
121:24 123:6,12
124:22,24 125:2
126:14,18 127:8
129:1
**scope** 14:20 15:6
15:14 29:9
59:16,19 61:21
68:17 69:3,10
70:3,8 71:3,4
73:3 75:1,9
80:10 94:25
103:13 105:21
107:25 108:14
110:1 121:24
122:1 123:6,12
**screen** 53:17
61:15 82:12
**script** 71:14
**scripted** 71:1
**scroll** 25:22
**scrub** 62:10
**scrubber** 57:13
58:10
**scrubbing** 61:25
**seamless** 21:8
38:21 58:4
**search** 25:8 26:9
26:10,12,17,19
**seattle** 3:13
**second** 44:2
46:14 57:10
59:1 63:19

[second - sophisticated]

72:22 73:13
92:14 96:20
102:14,15 103:8
124:12
**seconds** 57:16
59:5,5 62:19,20
63:2,10,13 68:7
**see** 22:9 23:14
26:3 27:24
49:18 61:8
63:11,24 68:13
68:20 72:3,14,24
73:25 82:18
83:19 110:12
116:25 120:21
125:15 126:4
**seeing** 73:10
**seen** 63:18 93:2
93:9
**seetharaman**
118:8
**select** 63:6 84:17
85:3
**selected** 108:20
**selecting** 63:1
**sells** 99:6
**send** 28:4,13
**sends** 72:22
**sense** 31:18
72:25 96:11,13
109:12
**sent** 73:10
124:16
**sentence** 84:8
**separate** 24:25
66:10 94:23
101:6 103:14

**sequence** 79:16
79:20,23
**series** 46:22,24
47:2
**seriously** 123:14
**server** 42:14
**servers** 42:14
**service** 34:12
38:18
**services** 45:14
46:3
**set** 64:6 115:24
126:6 128:6
**settings** 103:14
103:19 104:1,3,8
108:16,19
109:19 110:3,24
111:2 125:16
126:5
**sgrant** 5:21
**shakes** 121:19
**shaquille** 5:15
10:1
**share** 15:24
21:24 22:22
23:4 25:13
27:11 30:1,11,14
31:23,25 32:3,5
34:22,25 38:18
51:5 72:5 87:5
95:14,22,24
96:18 97:1,8,10
98:5,7,17,21,22
100:6,6,14,18,22
101:4,7,12 125:8
125:13 126:2
**shared** 31:8
101:2,8,22

103:10
**sharer** 101:19
**shares** 101:15
103:8
**sharing** 27:25
30:13,13 34:18
39:4,22 40:15
41:21 42:20
43:8,22 50:24
51:2,4,6 100:24
**short** 44:20
112:4
**shorthand** 2:20
128:2,10
**shot** 9:20
**show** 69:24,25
70:15,18 71:1,8
71:12 82:13
87:16 91:4
**showed** 124:20
**showing** 11:9
37:21 42:2
**shown** 27:23
60:15 62:6 76:4
81:13 121:4
**shows** 67:15
82:12,22 83:7
**side** 81:15 84:25
89:25 106:5
**sign** 129:16
130:5
**signature** 128:23
129:21,23,23
130:9
**signifies** 83:23
**similar** 19:21
21:15,15 30:14
73:18

**similarities**
49:17
**simultaneously**
35:25 38:2
53:12 99:7
114:4 118:18
119:21
**singh** 118:19,22
118:23 124:5
**single** 100:2
**sit** 26:6 60:1
**sitting** 19:14
26:6 53:25
64:11
**skip** 59:4
**slightly** 54:7
120:20
**slow** 63:16
**small** 72:2
**smiley** 96:10
**social** 13:18
**software** 55:20
55:24 81:5,9,22
**solely** 90:15
**solemnly** 10:9
**solutions** 129:7
**somebody** 23:23
87:1 90:8,16
95:13 106:1,7,24
108:12,22
113:24 118:21
126:1
**somebody's** 93:3
93:10
**someone's** 25:11
**soon** 33:23 34:2
**sophisticated**
36:11

Veritext Legal Solutions
866 299-5127

[sorry - suite]

**sorry**  9:20 11:16
13:16,24 14:24
17:20 25:1 27:2
27:5 31:12
32:24 33:5
35:22 36:5 44:2
44:2 46:2 50:17
51:7,17 56:25
57:9 59:15 63:7
66:20 69:22
70:5,7,11,12,25
71:6 75:8,11
76:25 79:25
84:2 87:9,22
88:3,24 90:13
91:3,18,18 92:9
95:17 96:3,6
97:12,21 99:16
102:2 104:12,15
104:23 106:14
107:6 109:4
110:8,10 118:15
120:11 124:1
125:17,18
**sort**  13:25 74:2
92:24 93:21
107:3 113:23
**sound**  56:24
78:4
**sounds**  116:3
117:5 122:5
**south**  6:8
**speak**  54:19
71:13,21 72:1
73:20 100:5
110:11 118:6
**speaking**  35:25
38:2 53:12 57:4

71:14 99:7
108:8 114:4
118:18 119:21
**special**  6:15 10:3
10:4 77:1 93:4
93:11 126:25
**specific**  20:22
33:9 43:14
51:25 55:6
**specifically**  31:5
60:22 92:18
109:9
**specifics**  43:3
**speculate**  108:2
**speculating**
19:10 59:25
**speculation**
30:24 54:22
109:16
**speed**  63:16
**spelled**  119:15
**spend**  54:15
**spent**  59:13
60:14 61:19
**spoke**  26:21
106:16 118:8,8,9
118:9,10,10
**spoken**  85:11
**spreadsheets**
60:16
**springer**  4:6
72:8
**stages**  114:8
**stamped**  54:5
**standard**  21:5
**start**  23:5 47:7
47:16 65:24
94:24 125:23

**started**  29:14
56:6 59:25 60:3
117:20,21
**state**  10:10 60:8
129:9,12
**statement**  36:20
37:14 38:24
**states**  1:1 2:1
**static**  54:9 82:11
82:14,21 83:6,19
84:5,11
**status**  52:17
**stenographic**
9:21 46:15 57:7
**stenographically**
1:20
**step**  52:7 104:12
**stipulation**
129:20
**stop**  24:19 114:9
121:14
**stopped**  114:19
**storage**  42:1,24
43:19,25 44:7
**stories**  25:20
28:21,22,24,25
104:13 105:8
**story**  104:21,25
105:3,5,9,18,25
106:1
**straightforward**
49:10 51:3
**stream**  18:24
60:19,23,24 61:2
61:12 62:3,5,13
63:6 87:4,20
88:5,9,12,14,22
89:1 90:16 91:4

93:22 94:15,20
94:21,23 95:14
95:14,22,22 96:2
96:15 105:19
**streamed**  61:10
61:19 62:1,20,25
65:17,18 66:7,11
87:8
**streamer**  90:13
90:18 94:20
**streamers**  94:23
**streaming**  62:12
63:5 65:18,19
90:8,17 91:6,8
91:10,16 92:19
93:20 94:11,13
94:24 95:19
**street**  4:8,19
6:16
**stu**  22:5
**studio**  18:21
20:24 21:12,13
22:4,10 67:5
**subject**  39:23
48:19 59:22
71:25
**subscribed**
128:21
**subtopic**  11:10
60:13,13
**subtopics**  75:15
**successful**  41:4
**successfully**
40:19
**suggestion**  119:8
**suite**  3:12 4:9,20
5:18 18:21
20:23,23 21:1,7

Veritext Legal Solutions
866 299-5127

**[suite - thank]**

21:20 67:5
**super**  23:20
116:15
**suppose**  66:10
101:15
**supposing**  98:7
**sure**  11:23 12:21
14:8 15:1 22:12
24:2,9,20 25:18
30:14 33:7
34:15 36:22
44:4,23,24 48:23
52:6,22 53:13
54:8,12 57:11
59:3 63:9,20,21
64:25,25 65:10
65:13 66:1,2
68:9,9 70:13,23
71:7 73:12 74:9
74:11 75:19
76:14 80:15
81:2,11 82:9
83:3,3,3,12 84:9
85:1 86:8 87:24
88:20 92:15,18
92:23 95:18
96:21 97:5,22
99:8 100:20,25
101:5,10 102:10
102:12 103:18
104:21 106:22
109:4 110:18
111:11,17 112:6
114:5,5 117:24
120:18 125:5
**surface**  24:18
25:19 85:11
86:4

**surfaces**  23:13
23:22 24:13
25:16 29:18
30:7,10,15 42:10
76:3
**surmising**  69:15
**swears**  9:13
**synonymous**
85:10
**system**  42:14
113:22

**t**

**t**  4:17 132:3,3
**tab**  24:17,21,22
24:24,25 26:21
26:23,24 27:1
46:11 64:20
85:11,18,19,21
85:24 86:3,4,13
86:18
**table**  69:24
70:16 71:9,12
72:19 73:2
**tables**  73:18
**tag**  95:8
**tagged**  95:10,11
**take**  23:9 40:22
44:17,20 49:16
54:12 58:22
72:11 111:19
112:4 120:18
121:16 124:14
**taken**  2:15 12:24
41:13 42:9 45:3
45:10 50:17,19
50:20 51:1 77:7
112:13 127:5

128:5
**talk**  11:22 20:1,2
30:12 38:11
39:24 40:3,24
41:1,17,23 42:13
43:1,14 44:5
45:19 46:9,25
50:23 61:5 67:6
67:7 69:24
70:16 71:9,12
74:20 81:12
109:9,11 113:1
**talked**  27:9,22
28:9,10,11 30:6
30:15 34:9
45:14 46:3
50:18 56:22
61:7 67:4 84:23
89:24 100:24
106:4 109:13
115:6 123:10
124:5,18
**talking**  14:1
45:21 46:21,22
63:14 65:16
66:8 75:20
91:20 92:25
93:15,17 94:1
106:17 109:6,8
109:13 113:15
113:17
**tasks**  121:22
**tech**  12:17
**technical**  40:25
41:24 113:4
**technically**  62:9
**technologies**
57:5

**technology**
38:17
**tell**  35:15 40:21
77:22 103:16
**ten**  57:16 59:5,5
62:19,20 63:2,10
63:13
**term**  30:19 31:2
31:4 82:1,20
106:21
**test**  30:7 64:5
**testified**  11:3
**testify**  11:11,12
59:22 112:18
113:6 121:17,21
123:3
**testifying**  128:8
**testimony**  10:10
11:25 35:2,9,24
100:21 113:21
116:13 122:6
125:8 128:12
131:4
**tests**  63:18 64:1
**texas**  5:19
**text**  30:3 49:7
50:12 52:15
55:12 78:7
80:16 116:19
**textual**  116:19
117:3
**thank**  13:3 18:7
24:5,6 36:3
44:25 51:13
68:11 93:8
99:18 112:3
126:20,23

Veritext Legal Solutions
866 299-5127

**[thanks - trustworthy]**

**thanks** 11:7 45:6
72:9 126:18
**theater** 36:11
**theaters** 36:7
**theirs** 98:17
**thing** 18:23 23:7
42:15 49:14
60:18 73:13
77:18,24 93:15
96:10 97:13
**things** 16:21
18:16,25 19:2
28:10 47:23,25
48:2,3 49:2,6
57:15 59:2
65:20 73:5
75:25 78:20
81:10 93:17
100:16 115:3,23
116:21,24 121:1
121:6
**think** 18:22,23
20:18 22:7,20
23:7,21 24:24,25
25:16,19 26:11
26:18 27:8,14
28:15 29:11,24
30:2,2 31:22,24
32:9,12,12,16,21
33:14 34:22
35:15 39:7,8,11
40:9,10,11,17,18
40:25 43:1
44:10 49:19
51:11 52:19
53:18,21 54:3,10
54:10 55:7
56:20,21 57:5

58:25 63:19
65:23 66:23
67:1,17 69:1
83:15 86:7,21
92:1,11,14,22
93:5 94:16
95:10 96:19,25
100:17 109:17
115:6,18 116:25
119:24 120:21
120:22 122:11
124:12,21
126:10,12
127:16
**thinking** 25:17
81:1 94:6 95:16
**third** 3:11 61:1,5
69:7,16,18 70:2
70:19 101:16,21
102:15,17 103:9
103:10 104:4
**thought** 44:6
109:5
**three** 66:14
**thumbnail** 82:2
82:6,11,21 83:5
83:16,24 84:4,10
84:17 85:3
**thursday** 110:19
**tie** 44:1
**time** 9:6 12:10
13:25 15:9 24:1
24:8 28:1,19
35:12 39:9
40:13 41:17
49:4,18 54:5,12
54:15 59:13
60:14 61:19

62:16 72:11
73:22 86:9
90:20 91:1,2
92:4 102:7,9
112:17 119:17
120:18 122:16
124:14,20 125:3
127:19 128:6
129:10,18,24
130:7
**timeline** 29:7
**times** 91:23
**title** 49:8 50:7
116:20
**titles** 50:1
**today** 16:8 18:6
18:11,17,20
19:13,14 26:6
39:12 53:25
57:20 60:1,2
64:11 71:21
72:1 76:6 94:7
112:18 121:3,17
121:21 123:4
124:22
**today's** 117:20
118:6 124:11
**told** 39:1
**tool** 20:15 64:2
78:1,8,15 79:3,7
79:10 93:25
94:5
**tools** 18:17 20:11
20:18,22 22:2,5
22:15,17,19,24
67:8,11 77:16
84:22

**top** 64:11 82:12
105:6,12
**topic** 11:13
26:15 41:1 42:6
43:5,25 75:14
103:14 109:2
112:24 113:11
115:5,9 116:5
**totally** 53:15
103:24,24,24
119:25
**touched** 86:21
**track** 60:2 68:15
78:5 79:7,9,9,21
79:25
**tracked** 60:15
61:20,24
**tracking** 60:3
**tracks** 54:16
59:12
**transcribed**
128:11
**transcript**
119:10 127:10
127:12,15
128:12,14,16
129:6,8,10,13,13
129:21 130:2,2
131:3
**translation**
101:1
**tray** 25:22 105:7
105:11
**treated** 127:10
**true** 12:11 37:15
128:12 131:5
**trustworthy**
89:7

Page 23

[truth - users]

| | | | |
|---|---|---|---|
| **truth** 10:12,12 10:13 | 76:19 82:16 83:16 84:4,10,14 | 32:4 41:12 45:12 50:1 51:2 | 34:14,17,23,23 34:24 35:5,17 |
| **try** 12:19 35:11 35:11 102:4 111:4 125:13 126:2 | 98:13 104:7 117:10 118:4 125:12,22 126:1 **understood** 28:2 | 51:19,24,25 54:20 55:6,20 56:9 58:19 61:8 65:16 66:3 | 36:23 37:4,6,7 40:18 41:9 42:19 45:11 48:2 50:2,21 |
| **trying** 13:24 20:5 24:3 28:8 34:19 54:3 81:3 84:3 109:5 119:24 120:15 123:13,14 | 42:2,7 44:4 47:25 48:2 78:19 115:8,10 **unfortunately** 102:1 **unique** 53:4,24 | 68:15,19 74:21 74:23 75:22 80:21,24,25 81:4 94:2 95:9 96:18 97:1,9,10,11 98:15 99:5 | 51:16,24 52:9 54:20 55:5 58:1 62:6,25 63:4 65:3,12 67:9,22 67:23 68:14,18 76:10,21 79:22 |
| **two** 20:22 22:15 22:17,19 28:9 44:1 62:4 72:21 73:5 83:15 94:23 100:16 | 54:1,2 55:10 58:22 59:10 68:22 78:16 79:4,13,17 **united** 1:1 2:1 | 105:19 **uploader** 50:11 84:16,17 **uploading** 17:6 21:1,4,18 37:23 | 80:20 81:14 82:23 83:6 84:15 85:4 86:5 86:19 87:15 90:5 94:11,12,14 |
| **type** 65:21 66:8 66:9,16,21 86:7 118:3 | **unmute** 53:9 61:11 **update** 52:17 | 39:4,22 41:20 42:20 43:9,22 52:24 113:5 | 94:15 95:8,9,10 95:11,21 96:1,15 96:18,18 97:1,2 |
| **types** 34:7 48:3 **typically** 57:17 | **upgrade** 46:23 **upload** 13:6,10 14:4 15:21,23 | **uploads** 49:25 85:4 102:13 **url** 99:11 | 97:6,8 101:16,21 102:13,14,14,15 102:15,17,18 |
| **u** | 16:25 17:8,10,14 18:8,13,14,18 19:6,21 20:12 | **use** 12:6,19 30:19 33:24 48:24 62:2 65:8 | 103:6,8,9,10 104:4,20 105:18 105:25 109:21 |
| **uh** 65:15 78:12 98:3 | 21:5,16 26:2 27:7,12 31:12 32:7,8,18,22 | 65:11 79:19 84:17 96:8 106:21 114:24 | 110:19 111:5,6 115:3,10,21 117:18 125:14 |
| **umbrella** 12:5 **unable** 60:16 **understand** 39:6 | 33:2,13,20,22 35:7,19 37:9 40:19 41:6 | 115:23 **useful** 44:17 **user** 1:5 2:5 9:10 | 126:3,3 129:4 132:1 |
| 39:7 44:1 49:11 53:6 60:2 74:13 82:20 83:5 93:16 95:18 96:11 97:18 100:17 104:21 106:11 | 50:10 51:9 56:7 80:5 98:2 101:11 **uploaded** 16:11 16:17,22 23:1,23 24:14 31:11 | 15:24 21:10,21 22:10 23:2,17,22 24:14 25:8,10,11 25:12,14,21,25 29:25 31:25 33:17,18 34:12 | **user's** 45:22 52:23 66:3 **users** 13:6,10 14:4 15:21,25 16:24 17:7 19:6 19:16 21:13,24 22:1,22 23:3,8 |
| **understanding** 17:2 49:22 63:3 | | | |

Veritext Legal Solutions
866 299-5127

**[users - video]**

| | | | |
|---|---|---|---|
| 23:14 24:13 | 101:24 103:15 | 34:5,8,10,13,20 | 77:15,17,18,20 |
| 26:8 27:6 28:3 | 108:17,23 | 35:4,7,16,19 | 77:23,23,25 |
| 28:13 29:3,16 | 109:24 111:1 | 36:8,24,25 37:4 | 78:16,16 79:4,10 |
| 30:10 31:6,10,12 | 112:22 | 37:5,21 38:5,12 | 79:13,22,25 80:1 |
| 31:13,24 32:7,8 | **variety**  47:25 | 38:17 39:4,9,22 | 80:3,4,11,17,21 |
| 32:18 33:2,13,22 | 48:1 107:10 | 40:5,6,6,7,11,12 | 80:24 81:3,8,12 |
| 34:7,24 35:6,18 | **various**  17:15 | 40:15,16,16,17 | 81:16,18,24 82:2 |
| 37:9,16,17 38:18 | 23:12 | 40:19,20,21 41:3 | 82:5,13,14,22,23 |
| 40:10,14,19 41:2 | **vast**  48:8 | 41:12,21 42:2,20 | 83:7,8,17,24 |
| 41:3 45:15,16,18 | **vc**  1:6 2:6 | 43:9,11,23 45:12 | 84:6,12,13,16,18 |
| 46:20 50:1 51:9 | **venture**  69:1 | 45:16,17,20,22 | 84:24 85:4,18,19 |
| 53:1 55:20 56:7 | **verified**  89:9,10 | 46:6,8,10,11,17 | 85:21,24 86:3,4 |
| 56:7 60:5,21,22 | **veritext**  9:12 | 48:1,11,16,18,23 | 86:5,13,18,18 |
| 60:24 63:16 | 72:5 129:7,9,11 | 49:1,8,9,11,17 | 87:8,14,15,20 |
| 64:7 75:25 76:5 | **version**  19:3,4 | 49:18,20,25 50:3 | 88:5,9,15,22 |
| 77:14 78:9 | 87:18 93:23 | 50:5,8,12,21 | 90:5 91:16 |
| 80:25 81:13,13 | **versus**  24:7 | 51:2,9,20,24,25 | 92:20,24 93:10 |
| 81:15,15 84:24 | **video**  1:14 2:19 | 52:12,21,24 53:5 | 95:3,3,9,10,12 |
| 85:19 88:15 | 11:13,17 13:10 | 53:24,25 54:5,14 | 96:18 97:1,9,10 |
| 89:25 93:25 | 13:15,21,21,22 | 55:6,10,14,18 | 97:11 98:1,4,7 |
| 94:5 95:17 98:8 | 14:4 15:21 16:2 | 56:1,5,7,8,18,23 | 98:15,16,17,24 |
| 102:5 104:13 | 16:2,8,15,17,21 | 57:2,4,13,16,18 | 99:6,22 100:7,8 |
| 110:11,12 | 17:8 18:8,13,18 | 57:22 58:4,8,19 | 100:9,14 101:11 |
| 112:25 114:13 | 20:12 21:4,15,25 | 58:22 59:10 | 101:16,21 |
| 114:20,24 121:4 | 22:11,23 23:1,6 | 60:23,24 61:2,8 | 102:13 103:5,11 |
| 124:20 125:8 | 23:14,19,23 | 61:10,13,20 62:1 | 104:4 105:19 |
| **uses**  55:19 | 24:14,17 25:8,10 | 62:3,5,20,22,25 | 109:2,9,14,20 |
| **v** | 25:12,13,14,24 | 63:1,6,15,17 | 110:6,12,15,20 |
| **v**  4:16 129:1 | 26:2,3,10,15,18 | 64:20,21 65:4,9 | 110:23,25 111:5 |
| **vague**  14:5 20:16 | 26:21,23,24 27:1 | 65:16,17,18,21 | 111:7 112:19,24 |
| 24:1,1 30:21 | 27:10,11,12,18 | 66:16,21,23 | 112:25 113:2,7 |
| 32:19 33:4,25 | 27:25 28:4,6,10 | 67:10,15,17,20 | 113:23,24 115:5 |
| 35:10 37:11 | 28:14,24,25 29:5 | 68:15,16,19,23 | 115:7,22,25 |
| 39:5 58:6 65:5 | 29:6,8,14,17,21 | 69:2,17 71:22 | 116:6,20,22 |
| 74:7,15 82:7 | 30:3,5,7,11 31:7 | 72:22 73:19 | 117:2,7 120:13 |
| 83:10 96:22 | 31:9,11,13,25 | 74:5,12,18,21,23 | 120:14,19,20,25 |
| 99:1 100:3 | 32:6,9,11,17,21 | 75:21 76:1,4,7 | 121:4,10,13 |
| | 33:2,13,15,23 | 76:10,22 77:11 | 122:8,9,22 123:1 |

Veritext Legal Solutions
866 299-5127

**[video - yeah]**

| w |
|---|

123:23 124:20
125:9,13,14,15
126:2,2,4,4
**video's** 85:11
**videoconference**
1:14 2:19 3:2
4:2 5:2 6:2 7:2
**videographer**
7:9 9:5,11 12:13
12:22,25 45:1,4
77:5,8 112:11,14
127:3,6,17
**videos** 13:6
16:25 17:7 19:6
19:16 21:1,21
26:9 27:7 28:7
28:11,14,24 32:4
37:9 49:15 50:1
50:11,21 51:10
51:14 54:20
55:20,21 56:3,9
56:12 58:2
59:13 60:14,19
66:3,7,11 74:17
76:5 87:16 89:1
89:25 93:3 94:2
113:5 115:3,14
115:19 117:17
117:18 125:8
**view** 22:22 75:6
75:23 101:8
**viewable** 101:2
**viewers** 29:21
**views** 68:20,22
**voice** 9:20
**volume** 1:17 8:4
53:17 56:25
61:17 74:12

**w** 3:7 6:16
**waived** 129:23
129:23
**waiving** 129:20
**want** 11:18
12:13 18:18,18
23:21 24:10
25:4 28:8 30:4
36:19 37:14,14
37:18 38:19
41:3 44:3,3
50:23 55:21
57:1,12 60:8,18
61:8 65:25 66:2
66:9 67:5,7
73:22 75:13
76:12 77:10
78:24 80:6,13,14
81:10 86:9
95:17 100:16,20
100:25 101:3
108:1,24 110:7,8
111:19 112:17
112:20 113:8,14
120:4,6 122:12
122:15
**wanted** 15:25
56:8 73:14 87:2
127:8
**wants** 29:25 34:5
89:16 94:12
95:22 97:8,9
98:4,16 99:21
110:22 115:16
**washington** 1:23
3:13

**waste** 41:17
73:22 112:17
**watch** 15:25
40:20 55:21
64:15,17,18
85:10,16,18,22
85:25 86:2,15
91:24 92:3
101:21 103:11
104:4
**watched** 68:16
74:18 98:16
**watches** 98:4
**watching** 40:16
54:15 59:13
60:14 61:19
62:12 63:1,5
95:14,21
**way** 20:18 22:7
25:5 29:24
32:15 34:11
38:4,15,16 39:8
43:10 50:6
52:19 55:3 58:7
79:13 99:19
114:14,14
122:17
**ways** 18:8 23:3
25:10 30:10
41:2 45:15
48:15 53:2,4,8
62:4 78:6 88:8
88:14 96:17
97:1 98:6
**we've** 42:6 43:12
112:5 123:10
**web** 1:14 2:19
3:2 4:2 5:2 6:2

7:2 16:25 83:8
**website** 16:16
**websites** 56:3
**went** 18:11
112:12
**whatevers** 90:6
**whatnot** 68:2
**whereof** 128:20
**wide** 107:10
**wish** 84:17
**witness** 9:13
59:21 60:11
127:12 128:20
129:13,16 130:2
130:5
**wondering** 46:5
**word** 48:17 65:9
65:11 70:20
83:2,21 96:8
100:22 105:9
117:8 122:10
**words** 33:21
50:9 54:17
101:18
**work** 36:7 49:23
119:5 120:8,25
**working** 76:20
**worries** 25:3
51:21
**wrong** 85:9

| x |
|---|

**x** 8:1 128:16
**xx** 130:1

| y |
|---|

**yeah** 12:13 13:22
17:19,21 20:14
21:19 22:7 24:5

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

**[yeah - zuckerberg]**

| | |
|---|---|
| 24:25 26:5 | **york**   5:10,10 |
| 27:21 33:7 34:1 | **yup**   89:21 |
| 35:13 38:1 | **z** |
| 44:14 45:24 | |
| 46:4 47:21 | **zero**   57:20 |
| 48:22,22,23 | **zoom**   1:12 |
| 49:19 52:3 | **zuckerberg**   14:9 |
| 53:15,23 54:25 | |
| 55:4 56:20 | |
| 58:25 59:8 60:7 | |
| 60:7 62:18 65:6 | |
| 66:1,15,22 68:12 | |
| 70:13 71:7 74:1 | |
| 76:24 79:1 80:3 | |
| 83:12,13 86:8 | |
| 87:24 90:12 | |
| 92:23 93:14 | |
| 95:20 96:4,6 | |
| 97:7 100:13 | |
| 102:6,21 103:7 | |
| 104:16,23 106:3 | |
| 108:4,6 109:1,4 | |
| 109:15 110:13 | |
| 114:11,18 116:4 | |
| 116:17 118:23 | |
| 119:20 120:9 | |
| 121:15 122:4,14 | |
| 122:18 123:15 | |
| 123:15,15 124:8 | |
| 124:14 125:24 | |
| **year**   19:8 47:11 | |
| 72:21 86:1,14,17 | |
| 94:9,10 | |
| **years**   17:17 19:9 | |
| 32:25 33:8 | |
| 56:19 57:21 | |
| 60:14 71:24 | |

Page 27

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.