# EXHIBIT 105-B

**Redacted Version of Document Sought to be Sealed**

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                   ---oOo---

4

5     IN RE: FACEBOOK, INC.,

      CONSUMER PRIVACY USER

6     PROFILE LITIGATION

      _____/

7                            MDL No. 2843

8                            Case No. 18-md-02843-VC-JSC

      This document relates to:

9

      ALL ACTIONS

10    _____/

11

12

13            ***CONFIDENTIAL***

14

15

16        REMOTE VIDEOTAPED DEPOSITION OF

17              SIMON CROSS

18        30(B)(6) DESIGNEE, FACEBOOK, INC.

19        _____

20            MONDAY, MAY 9, 2022

21

22

23

24    REPORTED BY:  HOLLY THUMAN, CSR No. 6834, RMR, CRR

25    JOB NUMBER 5210141

                                    Page 1

CONFIDENTIAL

```
 1                        --o0o--
 2          Remote videotaped deposition of SIMON CROSS, taken
 3      by the Plaintiffs, with the witness located in London,
 4      United Kingdom, commencing at 3:49 P.M. London Daylight
 5      Time, on MONDAY, MAY 9, 2022, before me, HOLLY THUMAN,
 6      CSR, RMR, CRR.
 7                        --o0o--
 8                        APPEARANCES
 9               (ALL APPEARANCES REMOTE)
10      FOR THE PLAINTIFFS:
11          KELLER ROHRBACK LLP
            1201 Third Avenue, Suite 3200
12          Seattle, Washington 98101
            By:  CARI LAUFENBERG, Attorney at Law
13               CLaufenberg@kellerrohrback.com
            By:  ADELE DANIEL, Attorney at Law
14               ADaniel@kellerrohrback.com
            By:  DEREK W. LOESER, Attorney at Law
15               DLoeser@kellerrohrback.com
            By:  EMMA WRIGHT
16               EWright@kellerrohrback.com
            By:  DAVID KO, Attorney at Law
17               DKo@kellerrohrback.com
18
            BLEICHMAR FONTI & AULD
19          555 12th Street, Suite 1600
            Oakland, California 94607
20          By:  LESLEY E. WEAVER, Attorney at Law
                 lweaver@bfalaw.com
21          By:  MATTHEW MELAMED, Attorney at Law
                 mmelamed@bfalaw.com
22
23
24
25                        (CONTINUED)
```

Page  2

```
1                    APPEARANCES (Continued)
2                   (ALL APPEARANCES REMOTE)
3

      FOR DEFENDANT FACEBOOK, INC.:
4
           GIBSON, DUNN & CRUTCHER
5          1801 California Street, Suite 4200
           Denver, Colorado 80220
6          By:  ROBERT BLUME, Attorney at Law
                RBlume@gibsondunn.com
7
           GIBSON, DUNN & CRUTCHER
8          1881 Page Mill Road
           Palo Alto, California
9          By:  PHUNTSO WANGDRA, Attorney at Law
                PWangdra@gibsondunn.com
10
           GIBSON DUNN & CRUTCHER LLP
11         2001 Ross Avenue, Suite 2100
           Dallas, Texas 75210-2911
12         By:  MATT BUONGIORNO, Attorney at Law
                MBuongiorno@gibsondunn.com
13         By:  HANNAH REGAN-SMITH, Attorney at Law
                HRegan-Smith@gibsondunn.com
14
           GIBSON DUNN & CRUTCHER LLP
15         811 Main Street, Suite 3000
           Houston, Texas 77002
16         By:  JOSIAH CLARKE, Attorney at Law
                JClarke@gibsondunn.com
17
      ALSO PRESENT:
18
           IAN CHEN, In-House Counsel, Meta Platforms
19
           ROSE RING, In-House Counsel, Meta Platforms
20
           JOHN MACDONELL, Videographer
21
           DANIEL GARRIE, Special Master
22
23
24
25
                                            Page 3
```

CONFIDENTIAL

```
 1                        I N D E X
 2                 INDEX OF EXAMINATIONS
 3     EXAMINATION BY:                              PAGE
 4     MR. LOESER                                      6
 5                        --o0o--
 6            EXHIBITS MARKED FOR IDENTIFICATION
 7     NO.             DESCRIPTION                  PAGE
 8     Exhibit 332   September 27, 2013, email chain,    75
                     Konstantinos Papamiltiadis to Allison
 9                   Hendrix and others
                     (FB-CA-MDL-00198455 through -457)
10
       Exhibit 333   December 9, 2013, message summary,   92
11                   David Poll to Eddie O'Neil, David
                     Poll (FB-CA-MDL-02140404 to -414)
12
       Exhibit 334   Presentation deck, Login v4 (+PS12n)  125
13                   - 1/24/2014 update
                     (FB-CA-MDL-01685319.ppt)
14
       Exhibit 335   Document provided at deposition,      153
15                   "Simon's in-depo notes"
16     Exhibit 336   October 31, 2013, email Simon Cross   173
                     to Zhen Fang (FB-CA-MDL-00200051)
17
       Exhibit 337   Changes made to v2 at f8**User        176
18                   Trust** (FB-CA-MDL-02145706 through
                     -711)
19
20            PREVIOUSLY MARKED EXHIBITS REFERENCED
21     NO.             DESCRIPTION                  PAGE
22     Exhibit 330   Previously marked                      18
       Exhibit 98    Previously marked                     115
23
24                        --o0o--
25

                                                   Page  4
```

CONFIDENTIAL

```
 1              MONDAY, MAY 9, 2022

 2                  3:49 P.M.

 3                  --oOo--

 4                PROCEEDINGS

 5                  --oOo--

 6          THE VIDEO OPERATOR:  We're on the record.      15:49:21

 7    It's 3:49 P.M. London time on May 9, 2022.  This is   15:49:22

 8    the deposition of Simon Cross, and we're here in      15:49:29

 9    the matter of Facebook Consumer Privacy User          15:49:32

10    Profile Litigation.                                   15:49:35

11          I'm John MacDonell, the videographer, with      15:49:39

12    Veritext.                                             15:49:42

13          Before the reporter swears the witness,         15:49:43

14    would Counsel please identify themselves, beginning   15:49:45

15    with the noticing party, please.                      15:49:48

16          MR. LOESER:  Good morning.  This is             15:49:51

17    Derek Loeser from Keller Rohrback for Plaintiffs.     15:49:52

18    With me is Adele Daniel and Cari Laufenberg and       15:49:56

19    Emma Wright, also from Keller Rohrback.               15:50:00

20          MR. BLUME:  This is Rob Blume from              15:50:03

21    Gibson Dunn on behalf of Facebook.  With me is        15:50:05

22    Hannah Regan-Smith, Ian Chen, Josiah Clarke,          15:50:08

23    Matt Buongiorno, and Phuntso Wangdra.                 15:50:17

24          MS. WEAVER:  And good morning.  It's            15:50:23

25    Lesley Weaver from Bleichmar Fonti & Auld, also on    15:50:24
```

Page 5

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | behalf of the plaintiffs. | 15:50:30 |
| 2 | SPECIAL MASTER GARRIE:  This is Special | 15:50:31 |
| 3 | Master Garrie, here on behalf of the court. | 15:50:31 |
| 4 | --oOo-- | 15:50:52 |
| 5 | SIMON CROSS, | 15:50:52 |
| 6 | _____ | 15:50:52 |
| 7 | called as a witness, having been first duly | 15:50:52 |
| 8 | sworn, was examined and testified as follows: | 15:50:52 |
| 9 | ---oOo--- | 15:50:52 |
| 10 | EXAMINATION BY MR. LOESER | 15:50:52 |
| 11 | BY MR. LOESER: | 15:50:52 |
| 12 | Q.  Good morning, Mr. Cross.  We met before we | 15:50:56 |
| 13 | went on the record, but I'll introduce myself | 15:50:58 |
| 14 | again.  My name is Derek Loeser.  I'm from the firm | 15:51:00 |
| 15 | of Keller Rohrback for the plaintiffs in this | 15:51:03 |
| 16 | litigation, and with me is Cari Laufenberg, | 15:51:05 |
| 17 | Adele Daniel, Emma Wright, and Ms. Weaver from her | 15:51:07 |
| 18 | firm as well. | 15:51:12 |
| 19 | Have you had your deposition taken before? | 15:51:13 |
| 20 | A.  I -- I've been deposed previously, but I | 15:51:17 |
| 21 | don't think I've been deposed in this particular | 15:51:20 |
| 22 | case before. | 15:51:23 |
| 23 | Q.  Okay.  And how many times have you been | 15:51:24 |
| 24 | deposed previously? | 15:51:26 |
| 25 | A.  Twice. | 15:51:28 |

Page 6

CONFIDENTIAL

```
 1           Q.  And do you recall what those matters were        15:51:30

 2      in which you were deposed?                                15:51:32

 3           A.  The first was some -- a matter relating to       15:51:34

 4      '643, the '643 case, and then the second was a -- I       15:51:38

 5      don't recall exactly, but it's the -- the                 15:51:45

 6      Washington District Attorney's -- Washington D.C.,        15:51:48

 7      I think, case against -- against Meta relating to         15:51:52

 8      some of the matters --                                    15:51:56

 9               (Reporter requested clarification.)              15:52:04

10               THE WITNESS:  -- relating to the, I              15:52:04

11      recall, the Cambridge Analytica matter.                   15:52:05

12      BY MR. LOESER:                                            15:52:08

13           Q.  And the '643 matter was against Facebook         15:52:10

14      as well.  Is that right?                                  15:52:13

15           A.  That's correct, yes.                             15:52:16

16           Q.  Okay.  Well, you've been through this            15:52:18

17      before, so -- but I'll just remind you of the basic       15:52:20

18      rules, which are really designed to have a clear          15:52:23

19      record.                                                   15:52:26

20               As the Special Master indicated, it's very      15:52:26

21      important that we're not talking at the same time         15:52:28

22      and that we let the court reporter take down what         15:52:30

23      we are saying.                                            15:52:32

24               If I ask a question and you don't               15:52:33

25      understand the question, could you please ask me to       15:52:35
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | restate it, and I'll attempt to do that. | 15:52:38 |
| 2 | And when you're answering questions, it's | 15:52:42 |
| 3 | important to answer verbally, so that would be a | 15:52:44 |
| 4 | good example.  Shaking your head doesn't make it | 15:52:47 |
| 5 | onto the record, but Yes/No does. | 15:52:50 |
| 6 | So could we make sure that you answer | 15:52:52 |
| 7 | verbally? | 15:52:54 |
| 8 | A.  I understand. | 15:52:55 |
| 9 | Q.  And if you do answer one of my questions, | 15:52:56 |
| 10 | I will assume you understood the question. | 15:52:59 |
| 11 | Is that a fair assumption? | 15:53:01 |
| 12 | A.  That's fine, yes. | 15:53:04 |
| 13 | Q.  And over the course of the day, your | 15:53:06 |
| 14 | attorney may object to questions that I ask.  And | 15:53:10 |
| 15 | when he does so, unless he instructs you not to | 15:53:12 |
| 16 | answer the question, please wait for him to finish | 15:53:15 |
| 17 | objecting and then go ahead and answer the | 15:53:17 |
| 18 | question. | 15:53:19 |
| 19 | Do you understand that? | 15:53:20 |
| 20 | A.  I understand that, yes. | 15:53:21 |
| 21 | Q.  And we'll be going for a while, and if at | 15:53:23 |
| 22 | any point you need a break, please just ask for | 15:53:26 |
| 23 | one, and I will accommodate that the best I can. | 15:53:28 |
| 24 | The only caveat is if there is a question | 15:53:31 |
| 25 | that is pending, I will ask you to finish the | 15:53:35 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | question before we take a break. | 15:53:37 |
| 2 | Is that understood? | 15:53:40 |
| 3 | A.  Yeah.  I understand. | 15:53:41 |
| 4 | Q.  And sometimes if we're -- if there's a | 15:53:42 |
| 5 | series of questions and I'm almost through the | 15:53:44 |
| 6 | series, I'll ask if it's okay if we just finish the | 15:53:46 |
| 7 | series before taking a break. | 15:53:49 |
| 8 | Does that sound fair to you? | 15:53:51 |
| 9 | A.  That sounds fair. | 15:53:53 |
| 10 | Q.  Okay.  And as the Special Master | 15:53:54 |
| 11 | indicated, he will be observing today, and so he | 15:53:55 |
| 12 | may come on camera at some point to discuss | 15:53:58 |
| 13 | matters. | 15:54:01 |
| 14 | And it's important there as well that we | 15:54:01 |
| 15 | make sure that he has the time and space to talk | 15:54:03 |
| 16 | and that the record is clear so that we're not | 15:54:06 |
| 17 | talking at the same time. | 15:54:08 |
| 18 | Is that fair? | 15:54:09 |
| 19 | A.  Yep.  That's fair. | 15:54:10 |
| 20 | Q.  Okay.  And, Mr. Cross, is there anything | 15:54:12 |
| 21 | that may impact your ability to testify honestly | 15:54:14 |
| 22 | and truthfully today? | 15:54:18 |
| 23 | A.  Not that I'm aware of. | 15:54:20 |
| 24 | Q.  Okay.  No medications or anything of that | 15:54:22 |
| 25 | sort that may interfere with your recall or ability | 15:54:24 |

Page 9

| | | |
|---|---|---|
| 1 | to testify? | 15:54:29 |
| 2 | A.  No.  I'm not on any medication, no. | 15:54:29 |
| 3 | Q.  And, Mr. Cross, you're located in London? | 15:54:32 |
| 4 | A.  That's correct. | 15:54:36 |
| 5 | Q.  And is that where you -- and I gather you | 15:54:37 |
| 6 | work for -- for Meta.  Right? | 15:54:40 |
| 7 | A.  That's correct, yeah.  I still work for | 15:54:44 |
| 8 | Meta and live in London. | 15:54:46 |
| 9 | Q.  Okay.  And so how often do you come to the | 15:54:52 |
| 10 | United States as part of your work? | 15:54:54 |
| 11 | A.  In the last two years, not at all, sadly. | 15:54:56 |
| 12 | Before that, I used to come several times a year. | 15:55:02 |
| 13 | Q.  Okay.  And do you think that going forward | 15:55:06 |
| 14 | you'll be coming stateside more often? | 15:55:08 |
| 15 | A.  It's too early to say how much -- how much | 15:55:13 |
| 16 | international we'll be doing.  I doubt I'll be | 15:55:15 |
| 17 | doing it as much as we used to. | 15:55:18 |
| 18 | Q.  And, sir, if there were a trial in this | 15:55:20 |
| 19 | case, would you be willing to fly across the ocean | 15:55:22 |
| 20 | to attend the trial? | 15:55:25 |
| 21 | A.  I have to consult with my counsel on | 15:55:29 |
| 22 | whether or not that would be an appropriate thing | 15:55:32 |
| 23 | to do. | 15:55:34 |
| 24 | Q.  Okay.  And are you communicating -- and | 15:55:35 |
| 25 | this is -- you know, we're in this new world of | 15:55:39 |

Page 10

| | | |
|---|---|---|
| 1 | remote depositions, so there are some things we | 15:55:41 |
| 2 | need to sort out for that as well. | 15:55:43 |
| 3 | You are not actively communicating with | 15:55:46 |
| 4 | anybody during the time that I'm asking you these | 15:55:47 |
| 5 | questions, are you? | 15:55:50 |
| 6 | A.  No.  I am not communicating with anyone. | 15:55:51 |
| 7 | Q.  Okay.  No texting or messaging or anything | 15:55:54 |
| 8 | of that sort happening? | 15:55:57 |
| 9 | A.  No.  My phone is screen side down on the | 15:55:59 |
| 10 | desk, and I've cleared my computer. | 15:56:02 |
| 11 | Q.  Excellent.  Thank you. | 15:56:07 |
| 12 | And, Mr. Cross, did you prepare any notes | 15:56:09 |
| 13 | or other materials to assist you with your | 15:56:12 |
| 14 | testimony today? | 15:56:14 |
| 15 | A.  I have a document that I prepared that | 15:56:17 |
| 16 | includes some facts to help me answer -- I think | 15:56:20 |
| 17 | that might come up to help me answer your | 15:56:25 |
| 18 | questions, but that's all I've prepared. | 15:56:27 |
| 19 | Q.  And do you have that with you today, sir? | 15:56:31 |
| 20 | A.  I do, yes. | 15:56:33 |
| 21 | Q.  And do you intend to refer to that during | 15:56:35 |
| 22 | your testimony today? | 15:56:39 |
| 23 | A.  If -- if you ask me a question and I can't | 15:56:42 |
| 24 | remember a fact -- a specific fact I may have noted | 15:56:44 |
| 25 | down, then I was planning to refer to that, yes, as | 15:56:50 |

Page 11

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to best answer your questions. | 15:56:54 |
| 2 | MR. LOESER:  Thank you. | 15:56:57 |
| 3 | And, Counsel, Mr. Blume, we would like a | 15:56:57 |
| 4 | copy of those notes.  And we don't need to go off | 15:57:00 |
| 5 | the record right now to get them, but we would like | 15:57:03 |
| 6 | them as soon as you can get them to us during the | 15:57:06 |
| 7 | deposition, not after. | 15:57:08 |
| 8 | Could you accommodate that request, | 15:57:10 |
| 9 | please? | 15:57:13 |
| 10 | MR. BLUME:  Noted. | 15:57:14 |
| 11 | BY MR. LOESER: | 15:57:19 |
| 12 | Q.  And since your counsel noted that request | 15:57:19 |
| 13 | but did not actually tell me he was going to do it, | 15:57:21 |
| 14 | this is something I'll bring up again in a little | 15:57:24 |
| 15 | bit just to make sure we actually get those notes | 15:57:27 |
| 16 | during the deposition today.  Okay? | 15:57:30 |
| 17 | And, Mr. Cross, you indicated that you | 15:57:33 |
| 18 | currently work for Meta.  Is that right? | 15:57:35 |
| 19 | A.  That's correct.  I work for Meta -- the | 15:57:41 |
| 20 | U.K. arm of Meta.  Meta Platforms, Inc., has a U.K. | 15:57:44 |
| 21 | arm. | 15:57:50 |
| 22 | Q.  Okay.  And over the course of the day, | 15:57:51 |
| 23 | I'll be referring to Facebook frequently.  And when | 15:57:53 |
| 24 | I refer to Facebook and ask you a question about | 15:57:55 |
| 25 | Facebook, will you be drawing any distinction | 15:57:58 |

Page 12

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | between Meta and Facebook when you answer? | 15:58:00 |
| 2 | A.  Whether or not I need to do so may depend | 15:58:09 |
| 3 | on the context of the question.  So I can ask for | 15:58:11 |
| 4 | clarification if needed. | 15:58:16 |
| 5 | Q.  Okay.  That would be helpful.  I | 15:58:18 |
| 6 | appreciate that. | 15:58:20 |
| 7 | Mr. Cross, how long have you been employed | 15:58:21 |
| 8 | at -- and I'm going to say Facebook, and I mean | 15:58:23 |
| 9 | both Facebook and Meta. | 15:58:27 |
| 10 | A.  I joined the company in September 2010. | 15:58:30 |
| 11 | Q.  And I'm not going to take the time during | 15:58:38 |
| 12 | today's deposition to go through your LinkedIn | 15:58:40 |
| 13 | résumé in detail, but I would ask you to describe | 15:58:44 |
| 14 | the major responsibilities that you've had over | 15:58:47 |
| 15 | your time at Facebook and Meta. | 15:58:49 |
| 16 | A.  Sure.  The first part of my career was | 15:58:54 |
| 17 | working on the Platform Partnerships team, first as | 15:58:59 |
| 18 | a partner engineer, then as a -- for a short time | 15:59:04 |
| 19 | as a developer advocate, and then for a short time | 15:59:07 |
| 20 | as a strategic partnership manager. | 15:59:10 |
| 21 | In -- that was from September 2010 to | 15:59:12 |
| 22 | January 2014. | 15:59:18 |
| 23 | From January 2014 to the end of 2015, I | 15:59:21 |
| 24 | was a product manager on the Facebook Platform | 15:59:25 |
| 25 | team. | 15:59:28 |

Page 13

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | From 2016 to late 2018, I worked on the | 15:59:31 |
| 2 | Workplace by Facebook -- now just Workplace -- team | 15:59:33 |
| 3 | in London. | 15:59:38 |
| 4 | From late 2018 to mid-2021, I worked on | 15:59:41 |
| 5 | the Central Integrity team. | 15:59:47 |
| 6 | And since mid-2021, I've been working on a | 15:59:52 |
| 7 | team called "Central Customer Support." | 15:59:57 |
| 8 | Q.  Okay.  Thank you. | 16:00:01 |
| 9 | And what -- what is your degree? | 16:00:03 |
| 10 | Do you have a degree after high school? | 16:00:07 |
| 11 | A.  My education, I have a master's in | 16:00:11 |
| 12 | engineering from the University of Nottingham. | 16:00:15 |
| 13 | Q.  And was that -- | 16:00:18 |
| 14 | A.  Specifically, it's in -- sorry. | 16:00:19 |
| 15 | Q.  Sorry.  Go ahead. | 16:00:21 |
| 16 | A.  Sorry, it's a master's in electronic | 16:00:22 |
| 17 | engineering from the University of Nottingham. | 16:00:25 |
| 18 | Q.  Thank you.  Mr. Cross, have you spoken to | 16:00:30 |
| 19 | anyone other than your attorneys about your | 16:00:32 |
| 20 | deposition today? | 16:00:35 |
| 21 | A.  I have. | 16:00:39 |
| 22 | I -- what kind of information are you | 16:00:41 |
| 23 | looking for there? | 16:00:45 |
| 24 | Q.  Sure.  I'll ask more specific questions. | 16:00:47 |
| 25 | Did you speak to colleagues of yours about | 16:00:50 |

Page 14

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | your testimony today? | 16:00:53 |
| 2 | A.  I spoke to some people currently employed | 16:00:55 |
| 3 | by Meta to understand their experiences relating to | 16:00:57 |
| 4 | this matter, yes. | 16:01:05 |
| 5 | Q.  And who did you speak with? | 16:01:07 |
| 6 | A.  I spoke with Eddie O'Neil, Ime Archibong, | 16:01:11 |
| 7 | Steven Elia, Dan Xu, Allison Hendrix, Eugene | 16:01:18 |
| 8 | Zarakhovsky, Francisco Varela, and Amit Sangani. | 16:01:25 |
| 9 | Q.  And were those conversations all of | 16:01:34 |
| 10 | different amounts of time? | 16:01:37 |
| 11 | Were there some people you spoke to more | 16:01:38 |
| 12 | than others? | 16:01:40 |
| 13 | Describe in a little more detail, if you | 16:01:41 |
| 14 | can. | 16:01:43 |
| 15 | A.  I spoke to each of those people once for | 16:01:45 |
| 16 | between 30 and 45 minutes each.  The conversation | 16:01:51 |
| 17 | between Dan and Steven was one conversation with | 16:01:57 |
| 18 | both of them on the call. | 16:02:01 |
| 19 | Q.  And were any attorneys present during any | 16:02:09 |
| 20 | of those conversations? | 16:02:11 |
| 21 | A.  Yes.  Attorneys for Facebook/Meta, were | 16:02:14 |
| 22 | present for all of those conversations, yes. | 16:02:18 |
| 23 | Q.  Okay.  And who were the attorneys that | 16:02:22 |
| 24 | were present, if you know their names? | 16:02:23 |
| 25 | A.  There were a number of people on the call, | 16:02:29 |

Page 15

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | so I probably can't give you everybody who was | 16:02:30 |
| 2 | there, but a combination of Rob -- Mr. Blume, | 16:02:34 |
| 3 | Ian Chen, and Matt -- I'm not sure I'm going to | 16:02:41 |
| 4 | pronounce this correctly -- Buongiorno. | 16:02:49 |
| 5 | Sorry, Matt, if you're listening.  I | 16:02:52 |
| 6 | apologize if I got that wrong. | 16:02:55 |
| 7 | Q.  Thank you.  Good enough to identify him. | 16:02:59 |
| 8 | And, sir, did you review any of the | 16:03:01 |
| 9 | pleadings or filings that have been made in this | 16:03:03 |
| 10 | case to prepare for your testimony today? | 16:03:06 |
| 11 | A.  I have, yes. | 16:03:09 |
| 12 | Q.  And do you recall what specifically you | 16:03:11 |
| 13 | reviewed? | 16:03:13 |
| 14 | A.  My attorneys sent over a -- a set of | 16:03:16 |
| 15 | documents for me to review in advance of this | 16:03:21 |
| 16 | testimony, and I also received a set of documents, | 16:03:25 |
| 17 | I think, from you folks; around 36 documents, I | 16:03:28 |
| 18 | think. | 16:03:34 |
| 19 | Q.  And were you sent a stack of documents | 16:03:34 |
| 20 | from your attorneys? | 16:03:36 |
| 21 | Were they assembled in a binder or | 16:03:38 |
| 22 | presented to you in some other manner like that? | 16:03:40 |
| 23 | A.  All of the documents I've reviewed to | 16:03:43 |
| 24 | prepare for today I've reviewed electronically. | 16:03:46 |
| 25 | Q.  Okay.  In a single folder? | 16:03:50 |

Page 16

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Were they delivered in a single folder, or | 16:03:53 |
| 2 | was it a series of separate files? | 16:03:55 |
| 3 | A.  I received a link to a Google Drive folder | 16:03:58 |
| 4 | that contained a number of files. | 16:04:02 |
| 5 | Q.  Thank you. | 16:04:04 |
| 6 | MR. LOESER:  And, Counsel, as you know, | 16:04:08 |
| 7 | we've asked for Facebook to provide us with | 16:04:09 |
| 8 | identification of the materials given to the | 16:04:11 |
| 9 | witness to prepare for his testimony, and we would, | 16:04:13 |
| 10 | again, ask that you do that with respect to this | 16:04:15 |
| 11 | deposition. | 16:04:18 |
| 12 | (Reporter requested clarification.) | 16:04:18 |
| 13 | MR. BLUME:  I understood the request. | 16:04:25 |
| 14 | BY MR. LOESER: | 16:04:28 |
| 15 | Q.  And, Mr. Cross, you also indicated that | 16:04:29 |
| 16 | you reviewed some materials that you believe that | 16:04:31 |
| 17 | the plaintiffs sent over to you.  Is that correct? | 16:04:33 |
| 18 | A.  Yes.  That's my understanding.  There was | 16:04:37 |
| 19 | a set of documents that was sent over for me to | 16:04:41 |
| 20 | read in advance of today's testimony. | 16:04:46 |
| 21 | Q.  And did you review those documents? | 16:04:49 |
| 22 | A.  I did review those documents, yes. | 16:04:54 |
| 23 | Q.  And how long would you say you spent | 16:05:00 |
| 24 | reviewing the documents that were delivered to you | 16:05:03 |
| 25 | from the plaintiffs? | 16:05:05 |

Page 17

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.  On the order of eight to ten hours or so. | 16:05:12 |
| 2 | Q.  Good.  Thank you. | 16:05:20 |
| 3 | And were those all documents that you had | 16:05:21 |
| 4 | seen before, or were there some new things in there | 16:05:23 |
| 5 | for you? | 16:05:26 |
| 6 | A.  That list contained documents that I | 16:05:29 |
| 7 | hadn't seen before. | 16:05:30 |
| 8 | Q.  Including documents that were -- that were | 16:05:33 |
| 9 | produced by Facebook in this case. | 16:05:36 |
| 10 | Let me ask that slightly differently. | 16:05:40 |
| 11 | Including documents that were internal | 16:05:42 |
| 12 | correspondence and other materials that were | 16:05:43 |
| 13 | created by Facebook? | 16:05:45 |
| 14 | A.  That's my understanding, yes. | 16:05:48 |
| 15 | MR. LOESER:  So if we could mark -- | 16:05:55 |
| 16 | actually, we don't need to mark.  If we could show | 16:05:56 |
| 17 | Mr. Cross what has been previously marked | 16:06:00 |
| 18 | Exhibit 330, I believe. | 16:06:02 |
| 19 | (Previously marked Exhibit 330 was | 16:06:03 |
| 20 | presented to the witness.) | 16:06:03 |
| 21 | BY MR. LOESER: | 16:06:04 |
| 22 | Q.  This should come up on your screen. | 16:06:04 |
| 23 | Again, we're at the mercy of the great Internet | 16:06:07 |
| 24 | here, but you will see the deposition notice that's | 16:06:10 |
| 25 | been served in this case by the plaintiffs on | 16:06:13 |

Page 18

| | | |
|---|---|---|
| 1 | Facebook. | 16:06:16 |
| 2 | Let me know when you can see that | 16:06:17 |
| 3 | document. | 16:06:19 |
| 4 | MR. BLUME:  I believe that's Exhibit 332. | 16:06:26 |
| 5 | MR. LOESER:  We have it as Exhibit 330. | 16:06:29 |
| 6 | Prior Exhibit 330, yeah.  This isn't a new exhibit, | 16:06:34 |
| 7 | Rob, sorry.  This is -- it was marked during | 16:06:38 |
| 8 | Ms. Hendrix's deposition.  I'll try and make | 16:06:40 |
| 9 | that -- | 16:06:43 |
| 10 | MR. BLUME:  On the screen that I'm looking | 16:06:44 |
| 11 | at, it says "332" on the exhibit sticker. | 16:06:45 |
| 12 | MR. LOESER:  Refresh your screen.  My | 16:06:52 |
| 13 | technology expert tells me that you need to refresh | 16:06:55 |
| 14 | your screen. | 16:06:58 |
| 15 | It should be corrected now. | 16:07:05 |
| 16 | MR. BLUME:  Yes, with thanks to your | 16:07:08 |
| 17 | technology expert.  Appreciate it. | 16:07:09 |
| 18 | BY MR. LOESER: | 16:07:12 |
| 19 | Q.  So, Mr. Cross, you're looking at what's | 16:07:12 |
| 20 | called "Plaintiff's Second Amended Notice of | 16:07:16 |
| 21 | Deposition of Defendant Facebook, Inc., Pursuant to | 16:07:18 |
| 22 | Federal Rule of Civil Procedure 30(b)(6)." | 16:07:20 |
| 23 | Have you seen this notice before? | 16:07:25 |
| 24 | A.  Yes. | 16:07:29 |
| 25 | Q.  And you understand that you have been | 16:07:31 |

Page 19

| | | |
|---|---|---|
| 1 | designated to testify as to certain topics in | 16:07:33 |
| 2 | response to this notice. | 16:07:36 |
| 3 | A.  That's my understanding, yes. | 16:07:40 |
| 4 | Q.  Okay.  And if you could turn -- attached | 16:07:42 |
| 5 | to the notice, there is an appendix.  And if you | 16:07:45 |
| 6 | turn all the way to page 13, or click through to | 16:07:48 |
| 7 | that page or whatever you would need to do on your | 16:07:51 |
| 8 | screen.  I'm turning to page 13, but ... | 16:07:54 |
| 9 | A.  I have page 13 in front of me. | 16:08:02 |
| 10 | Q.  Okay.  And on page 13, there are three | 16:08:04 |
| 11 | topics.  The bottom two, there's Topic 6 and | 16:08:07 |
| 12 | Topic 7. | 16:08:13 |
| 13 | Do you see that? | 16:08:14 |
| 14 | A.  I see that. | 16:08:14 |
| 15 | Q.  And is it your understanding that you have | 16:08:15 |
| 16 | been designated to testify on behalf of Facebook | 16:08:17 |
| 17 | with regard to Topics 6 and 7? | 16:08:23 |
| 18 | A.  That's correct. | 16:08:27 |
| 19 | Q.  Okay.  And as we get into these topics in | 16:08:28 |
| 20 | more detail, your counsel will probably want to | 16:08:31 |
| 21 | clarify the -- the particular matters within those | 16:08:34 |
| 22 | paragraphs that you are prepared to testify about, | 16:08:37 |
| 23 | but we can get to that later. | 16:08:40 |
| 24 | But for present purposes, what's important | 16:08:43 |
| 25 | is that these are the two topics that you | 16:08:46 |

Page 20

| | | |
|---|---|---|
| 1 | understand that you are here to testify about. | 16:08:48 |
| 2 | A.  Those are the two topics I understand I'm | 16:08:53 |
| 3 | here to testify about. | 16:08:55 |
| 4 | Q.  And do you understand that by being | 16:08:58 |
| 5 | designated to testify about these topics, you are | 16:09:00 |
| 6 | authorized to speak for Meta/Facebook on the | 16:09:04 |
| 7 | specified matters? | 16:09:08 |
| 8 | A.  That's -- that's my understanding, yes. | 16:09:11 |
| 9 | Q.  And you understand that your testimony, | 16:09:14 |
| 10 | which is under oath, is binding on Meta. | 16:09:15 |
| 11 | A.  That's my understanding, yes. | 16:09:20 |
| 12 | Q.  Okay.  And I'm going to use Meta and | 16:09:22 |
| 13 | Facebook interchangeably here.  I mean the same | 16:09:24 |
| 14 | thing every time, and, like you said before, if | 16:09:26 |
| 15 | there's a distinction that needs to be drawn, you | 16:09:29 |
| 16 | are going to draw that for me. | 16:09:32 |
| 17 | A.  I will ask for clarification where I think | 16:09:33 |
| 18 | one is needed if the entities need to be | 16:09:36 |
| 19 | distinguished, yes. | 16:09:38 |
| 20 | Q.  And, sir, do you understand that the time | 16:09:40 |
| 21 | period at issue in this litigation is 2007 to the | 16:09:42 |
| 22 | present? | 16:09:46 |
| 23 | A.  That's my understanding, yes. | 16:09:48 |
| 24 | Q.  Okay.  So all of my questions will concern | 16:09:50 |
| 25 | that time period unless I specify something | 16:09:53 |

Page 21

| | | |
|---|---|---|
| 1 | narrower. | 16:09:55 |
| 2 | Is that fair? | 16:09:56 |
| 3 | A.  That's fair. | 16:09:57 |
| 4 | Q.  So before we get into the specifics of | 16:10:06 |
| 5 | each of these topics, I think it would be important | 16:10:08 |
| 6 | to have a conversation about basic terminology to | 16:10:10 |
| 7 | make sure that when you testify, the record is | 16:10:13 |
| 8 | clear as to what you're saying. | 16:10:14 |
| 9 | Is that fair? | 16:10:16 |
| 10 | A.  I'm happy to make sure we can align on | 16:10:18 |
| 11 | terminology, yes. | 16:10:22 |
| 12 | Q.  Okay.  Some of it will seem very basic to | 16:10:23 |
| 13 | you, but trust me, it's important for the court and | 16:10:25 |
| 14 | for the record and, if there's a jury in this case, | 16:10:27 |
| 15 | for the jury to understand and hear from Facebook | 16:10:30 |
| 16 | what these terms mean. | 16:10:33 |
| 17 | So if you'll bear with me, I'll run | 16:10:34 |
| 18 | through some of these basic concepts. | 16:10:36 |
| 19 | To start, what is an "app"? | 16:10:39 |
| 20 | A.  An app is an entity in Facebook's systems | 16:10:43 |
| 21 | that has the ability to access information via the | 16:10:53 |
| 22 | Graph API. | 16:11:00 |
| 23 | There was a broader definition of "app" | 16:11:01 |
| 24 | that is pursuant to mobile applications and so on, | 16:11:05 |
| 25 | but an app in the Facebook ecosystem is a -- an | 16:11:08 |

Page 22

| | | |
|---|---|---|
| 1 | entity that -- that has an app ID and can access | 16:11:13 |
| 2 | the Graph API in some way. | 16:11:18 |
| 3 |     Q.  And there are third-party apps and | 16:11:22 |
| 4 | Facebook apps.  Correct? | 16:11:24 |
| 5 |     A.  Can you help me understand what you mean | 16:11:28 |
| 6 | by "third-party apps"? | 16:11:29 |
| 7 |     Q.  Yeah.  I'm glad you asked. | 16:11:31 |
| 8 |     So Facebook creates apps itself for the | 16:11:34 |
| 9 | platform.  Right? | 16:11:36 |
| 10 |     A.  There are some apps that Facebook | 16:11:41 |
| 11 | engineers, Facebook, Inc., would have built that | 16:11:45 |
| 12 | may call the Platform APIs, yes. | 16:11:49 |
| 13 |     Q.  And then there are -- I'll call them | 16:11:54 |
| 14 | "third parties," but entities not owned or | 16:11:57 |
| 15 | affiliated with Facebook that also create apps. | 16:11:59 |
| 16 |     A.  The Facebook Platform allowed developers | 16:12:04 |
| 17 | to create -- third parties to create applications | 16:12:07 |
| 18 | on the Facebook Platform, yes. | 16:12:10 |
| 19 |     Q.  Okay.  And so over the course of our | 16:12:12 |
| 20 | conversation today, when I refer to "third-party | 16:12:14 |
| 21 | apps," that is what I will be referring to. | 16:12:16 |
| 22 |     Is that fair? | 16:12:19 |
| 23 |     A.  So to be clear, you're referring to a | 16:12:20 |
| 24 | third party that, in this context, is an | 16:12:23 |
| 25 | application developed by an entity other than | 16:12:28 |

Page 23

| | | |
|---|---|---|
| 1 | Facebook, Inc., or Meta Platforms? | 16:12:31 |
| 2 |     Q.  Yes.  Thank you.  That's a good | 16:12:36 |
| 3 | clarification. | 16:12:38 |
| 4 |         And you used some other terms in your | 16:12:39 |
| 5 | answer, and I guess we may as well define those as | 16:12:42 |
| 6 | well. | 16:12:46 |
| 7 |         What is the "Facebook Platform"? | 16:12:46 |
| 8 |     A.  The Facebook Platform is a collection of | 16:12:50 |
| 9 | technologies that enable developers to build | 16:12:57 |
| 10 | applications that could interact with the Facebook | 16:13:01 |
| 11 | product, Facebook.com or the Facebook product as | 16:13:08 |
| 12 | a -- as a regular user would think of it. | 16:13:14 |
| 13 |     Q.  And help me understand:  What is the | 16:13:19 |
| 14 | "Facebook product"? | 16:13:21 |
| 15 |     A.  So the Facebook product, by that, I'm | 16:13:25 |
| 16 | referring to, you know, the website Facebook.com | 16:13:28 |
| 17 | and the Facebook iOS and Android apps, for example, | 16:13:32 |
| 18 | and the experience you have when using the | 16:13:39 |
| 19 | Facebook.com website or the Facebook mobile apps on | 16:13:43 |
| 20 | iOS and Android. | 16:13:48 |
| 21 |     Q.  Thank you for that. | 16:13:52 |
| 22 |         And, sir, what is the "Facebook | 16:13:54 |
| 23 | Social Graph"? | 16:13:55 |
| 24 |     A.  My understanding is that the Social Graph | 16:13:57 |
| 25 | would be a term used to explain the relationships | 16:13:59 |

Page 24

| | | |
|---|---|---|
| 1 | between users of the Facebook product; who is | 16:14:06 |
| 2 | friends with who. | 16:14:11 |
| 3 |    Q.  Okay.  And we'll have some more specific | 16:14:13 |
| 4 | questions about how that functions later. | 16:14:16 |
| 5 |     What is an "API"? | 16:14:18 |
| 6 |    A.  An API, which stands for application | 16:14:24 |
| 7 | programming interface, is a way for -- a technical | 16:14:27 |
| 8 | means by which information can be exchanged between | 16:14:34 |
| 9 | entities. | 16:14:37 |
| 10 |    Q.  And are you familiar with the term | 16:14:42 |
| 11 | "high-signal APIs"? | 16:14:44 |
| 12 |    A.  I'm not familiar with that term. | 16:14:47 |
| 13 |    Q.  Are some APIs considered more sensitive in | 16:14:51 |
| 14 | terms of the information they provide than others? | 16:14:53 |
| 15 |    A.  Can you help me understand in which | 16:14:58 |
| 16 | context you are referring to?  My answer with APIs | 16:15:00 |
| 17 | was a general concept. | 16:15:03 |
| 18 |    Q.  Sure.  In the context of an app obtaining | 16:15:06 |
| 19 | information about Facebook users through APIs, are | 16:15:10 |
| 20 | there some APIs that are considered more sensitive | 16:15:13 |
| 21 | than others in terms of the information that's | 16:15:17 |
| 22 | being gathered? | 16:15:22 |
| 23 |    A.  So I would -- yeah, I think it's fair to | 16:15:27 |
| 24 | say that there are some APIs which are considered | 16:15:31 |
| 25 | more sensitive than others, yes. | 16:15:37 |

Page 25

1     Q.  And why is that?  What is the type of        16:15:41

2  information that would be considered more sensitive    16:15:43

3  in that context?                                       16:15:46

4     A.  So it depends on the definition of             16:15:48

5  "sensitive."                                           16:15:52

6        Can you help me understand what you mean         16:15:52

7  by "sensitive"?                                        16:15:54

8     Q.  Yes.  I mean about the Facebook user data       16:15:55

9  and information that is accessed via an API.            16:15:57

10        Are there some APIs that have the ability       16:16:01

11  to access what Facebook has considered more            16:16:03

12  sensitive information about its users?                  16:16:07

13     A.  So good example of a -- of an API that I       16:16:11

14  think is -- would be considered sensitive is an API    16:16:15

15  called "auth.log-in," which would allow a user to      16:16:19

16  log in to a third-party application using their         16:16:26

17  Facebook user name and password.                        16:16:29

18        And that would be considered potentially        16:16:31

19  sensitive because the user is entering their            16:16:36

20  Facebook user name and password into a third-party     16:16:38

21  context.                                               16:16:42

22     Q.  Okay.  And help me understand why that         16:16:46

23  would be considered sensitive.                          16:16:50

24        Would that be considered highly sensitive       16:16:52

25  in the Facebook terminology?                           16:16:55

Page 26

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A. I'm not sure what you would be referring | 16:16:58 |
| 2 | to with -- by "highly sensitive." I'm not aware of | 16:16:59 |
| 3 | a specific set of things that would be classed as | 16:17:05 |
| 4 | "highly sensitive." | 16:17:09 |
| 5 | Q. Okay. How about friends permissions | 16:17:12 |
| 6 | and/or -- friend-related APIs? | 16:17:16 |
| 7 | Are you familiar with friend-related APIs? | 16:17:19 |
| 8 | A. Can you understand -- just represent -- | 16:17:23 |
| 9 | just for clarification, can you help me understand | 16:17:26 |
| 10 | what you mean by "friend-related APIs"? | 16:17:28 |
| 11 | Q. Sure. And we'll get into this more -- in | 16:17:30 |
| 12 | more detail later as well. | 16:17:33 |
| 13 | But APIs that provide access to the | 16:17:35 |
| 14 | information about a Facebook user's friends, are | 16:17:36 |
| 15 | those referred to by Facebook as "friends | 16:17:39 |
| 16 | permissions" or "friends APIs"? | 16:17:42 |
| 17 | A. There was a set of permissions that | 16:17:46 |
| 18 | were -- were referred to as the friend permissions, | 16:17:48 |
| 19 | yes. | 16:17:52 |
| 20 | Q. And did Facebook consider those | 16:17:54 |
| 21 | permissions to be sensitive? | 16:17:56 |
| 22 | A. I think -- I'm not sure -- I'm not sure if | 16:18:01 |
| 23 | there's a way to specifically answer that. Those | 16:18:08 |
| 24 | were a set of permissions that were available at | 16:18:14 |
| 25 | one time on the Platform and are no longer | 16:18:16 |

Page 27

| | | |
|---|---|---|
| 1 | generally available. | 16:18:21 |
| 2 | Q. And, again, from the perspective of | 16:18:24 |
| 3 | Facebook, did Facebook discuss those permissions in | 16:18:26 |
| 4 | terms of them being sensitive or highly sensitive? | 16:18:31 |
| 5 | A. They were certainly discussed in the | 16:18:39 |
| 6 | context of being a set of permissions worth | 16:18:41 |
| 7 | discussing. | 16:18:47 |
| 8 | They may have been discussed at times as | 16:18:48 |
| 9 | sensitive. I'm not sure about whether or not they | 16:18:51 |
| 10 | were discussed as highly sensitive. There's no | 16:18:53 |
| 11 | official designation for those permissions that was | 16:18:55 |
| 12 | consistent across the company. | 16:19:00 |
| 13 | Q. And we're about to move on to some other | 16:19:03 |
| 14 | topics, but can you give me an example of a | 16:19:06 |
| 15 | permission that Facebook did refer to as "highly | 16:19:09 |
| 16 | sensitive"? | 16:19:11 |
| 17 | A. I can't give you an example here today of | 16:19:14 |
| 18 | a permission or a -- do you -- from reviewing the | 16:19:16 |
| 19 | documents I've reviewed, I don't recall a set of | 16:19:21 |
| 20 | APIs or permissions that would have been | 16:19:24 |
| 21 | considered -- referred to as "highly sensitive." | 16:19:26 |
| 22 | It's possible that they were referred to | 16:19:29 |
| 23 | using that term by some people, but I don't -- I | 16:19:31 |
| 24 | don't think there was an official designation in | 16:19:35 |
| 25 | any way. | 16:19:38 |

Page 28

| | | |
|---|---|---|
| 1 | Sorry.  Official -- I'm not aware of an | 16:19:41 |
| 2 | official designation of "highly sensitive." | 16:19:44 |
| 3 | Q.  And if you were asked to prepare a list of | 16:19:47 |
| 4 | everything that Facebook -- every API Facebook | 16:19:50 |
| 5 | considered sensitive or highly sensitive, who at | 16:19:54 |
| 6 | Facebook would you go talk to to get that | 16:19:57 |
| 7 | information? | 16:19:59 |
| 8 | A.  There was a categorization of some APIs | 16:20:03 |
| 9 | done in, I think, 2018 to categorize APIs that were | 16:20:08 |
| 10 | still generally available that were still in | 16:20:17 |
| 11 | existence in that time against -- against a set of | 16:20:21 |
| 12 | criteria. | 16:20:27 |
| 13 | I would go speak to one of the people that | 16:20:29 |
| 14 | was involved in that project in around 2018. | 16:20:32 |
| 15 | Q.  And do you know -- do you recall who those | 16:20:36 |
| 16 | people -- who was in charge of that project? | 16:20:38 |
| 17 | A.  I think Konstantine -- Konstantinos -- I | 16:20:41 |
| 18 | really can't pronounce his last name. | 16:20:47 |
| 19 | "KP" as he is otherwise known -- | 16:20:50 |
| 20 | Konstantinos Papamiltiadis -- I don't even want to | 16:20:52 |
| 21 | try -- was leading that project, as I understand | 16:20:55 |
| 22 | it. | 16:20:57 |
| 23 | Q.  Okay.  And there are some documents that | 16:20:57 |
| 24 | have his name, and I can't begin to pronounce that | 16:20:59 |
| 25 | either, so we'll just refer to him as "KP" for the | 16:21:02 |

Page 29

```
1      benefit of the court reporter.                    16:21:05

2             Understood?                                 16:21:07

3          A.  That's good.  That's good with me.         16:21:08

4          Q.  So there was a few other terms that you    16:21:10

5      mentioned that I want to make sure we understand   16:21:12

6      and I've used as well.                             16:21:14

7             One is a "permission."                      16:21:16

8             In the context of an API, what is a         16:21:18

9      "permission"?                                      16:21:20

10         A.  In the context of -- can you help me       16:21:23

11     understand, "in the context of an API"?            16:21:26

12         Q.  Or APIs generally.                         16:21:32

13         A.  So my understanding would be that in the   16:21:35

14     context of an API generally, a permission would    16:21:38

15     refer to a way for users -- users of the API or    16:21:42

16     consumers or integration -- integrators of the API 16:21:48

17     to determine what information was available over   16:21:52

18     that interface.                                    16:21:59

19         Q.  And speaking specifically about the -- the 16:22:03

20     entities that were accessing information on the    16:22:07

21     Facebook Platform, does "permission" refer to the  16:22:10

22     grant of access by Facebook to APIs?               16:22:13

23         A.  "Permissions" in the Facebook Platform     16:22:17

24     context refers to permissions that a user, a       16:22:22

25     Facebook user, would grant an application to which 16:22:27
```

Page 30

| | | |
|---|---|---|
| 1 | information the application would then have access | 16:22:34 |
| 2 | to after the user had given permission. | 16:22:36 |
| 3 | Q. And that brings me to my next question, | 16:22:41 |
| 4 | which is capability. | 16:22:44 |
| 5 | In the context of APIs, what is the | 16:22:46 |
| 6 | definition of "capabilities" or a "capability"? | 16:22:49 |
| 7 | A. Again, do you mean in the context of an | 16:22:54 |
| 8 | API generally, or -- | 16:22:56 |
| 9 | Q. Yes. | 16:22:59 |
| 10 | A. So in the context of an API generally, | 16:23:01 |
| 11 | "capability" doesn't have an industry-standard | 16:23:04 |
| 12 | meaning. | 16:23:07 |
| 13 | Q. How does Facebook generally use that term? | 16:23:13 |
| 14 | A. In the context -- in the context of the | 16:23:18 |
| 15 | Facebook Platform, "capability" refers to a set of | 16:23:21 |
| 16 | features that would be available to some apps on | 16:23:30 |
| 17 | the Facebook Platform, and that would have enabled | 16:23:37 |
| 18 | a range of functionality. | 16:23:41 |
| 19 | Q. And specifically, when talking about APIs, | 16:23:44 |
| 20 | would a "capability" relate to the entity's ability | 16:23:47 |
| 21 | to have access to certain APIs on the Platform? | 16:23:54 |
| 22 | A. Capabilities would -- would modify the -- | 16:24:00 |
| 23 | the behavior of the Facebook Platform in a number | 16:24:06 |
| 24 | of different ways. | 16:24:08 |
| 25 | Q. And, again, I'm trying to understand how | 16:24:11 |

Page 31

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the term is used in the context of Facebook's | 16:24:13 |
| 2 | discussions of what APIs a third party has access | 16:24:15 |
| 3 | to. | 16:24:19 |
| 4 | Does that help in any way to flesh out | 16:24:21 |
| 5 | what it means? | 16:24:25 |
| 6 | A. So a capability -- my previous answer, I | 16:24:27 |
| 7 | think, is accurate in that a capability is a way | 16:24:30 |
| 8 | for the standard behavior of the Facebook Platform | 16:24:34 |
| 9 | to be modified in some way. | 16:24:37 |
| 10 | Q. And I'm -- I apologize for struggling to | 16:24:42 |
| 11 | understand this, but -- so let's assume that an app | 16:24:44 |
| 12 | or a developer wants to have access to friend | 16:24:49 |
| 13 | data-related permissions. Okay? | 16:24:53 |
| 14 | Can we start with that premise? | 16:24:59 |
| 15 | And I'll ask a question based on that | 16:25:03 |
| 16 | premise: | 16:25:05 |
| 17 | Is there a capability that would be | 16:25:06 |
| 18 | provided to that developer that would enable access | 16:25:07 |
| 19 | to those permissions -- or to those APIs? | 16:25:10 |
| 20 | A. Can you help me understand what time frame | 16:25:15 |
| 21 | you're referring to? | 16:25:17 |
| 22 | Q. Sure. Any time between 2007 and the | 16:25:21 |
| 23 | present. | 16:25:24 |
| 24 | A. So I think the answer depends on the time. | 16:25:28 |
| 25 | In -- you know, the early part of that time period, | 16:25:34 |

Page 32

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | let's say 2012, access to the friend permissions | 16:25:40 |
| 2 | was available to all applications on the Facebook | 16:25:47 |
| 3 | Platform. | 16:25:51 |
| 4 | Later on, the friend permissions were not | 16:25:53 |
| 5 | available to every app on the Platform, and access | 16:25:58 |
| 6 | to those would have required a modification to the | 16:26:03 |
| 7 | standard API behavior.  And that would have been | 16:26:06 |
| 8 | governed by capability. | 16:26:10 |
| 9 | Q.  Thank you.  You've helped me understand | 16:26:12 |
| 10 | any number of documents I have reviewed now. | 16:26:14 |
| 11 | That's helpful information. | 16:26:17 |
| 12 | We can move on. | 16:26:20 |
| 13 | Do you understand what "read permission | 16:26:22 |
| 14 | APIs" are? | 16:26:24 |
| 15 | A.  So there's two different concepts that are | 16:26:28 |
| 16 | worth picking apart:  There's the concept of | 16:26:31 |
| 17 | permissions, and there's a concept of APIs, and | 16:26:35 |
| 18 | those are separate concepts. | 16:26:38 |
| 19 | So I'm not sure how to answer the | 16:26:44 |
| 20 | question. | 16:26:46 |
| 21 | Q.  Let me break it down.  I've seen reference | 16:26:47 |
| 22 | to "read stream APIs," for example. | 16:26:50 |
| 23 | Are you familiar with those? | 16:26:52 |
| 24 | A.  I am familiar with the -- the concept of a | 16:26:56 |
| 25 | read stream API, yes. | 16:26:59 |

Page 33

| | | |
|---|---|---|
| 1 | Q.  Okay.  What is that? | 16:27:02 |
| 2 | A.  In the context of the Facebook Platform? | 16:27:07 |
| 3 | Is that what you're asking about? | 16:27:09 |
| 4 | Q.  Yes. | 16:27:11 |
| 5 | A.  My understanding is that the read stream | 16:27:13 |
| 6 | API would allow an application to access a -- | 16:27:16 |
| 7 | the -- an authorized -- a user who -- let me start | 16:27:20 |
| 8 | again to make sure I'm framing this correctly for | 16:27:24 |
| 9 | you. | 16:27:26 |
| 10 | The read stream API would allow an | 16:27:28 |
| 11 | application to access a user's Newsfeed.  In order | 16:27:31 |
| 12 | to access that API, the user would have to give the | 16:27:35 |
| 13 | application permission to do so. | 16:27:41 |
| 14 | Q.  And what about Social Context APIs?  What | 16:27:45 |
| 15 | are those? | 16:27:50 |
| 16 | A.  My understanding is a Social Context API | 16:27:54 |
| 17 | refers to an API that helped applications | 16:27:57 |
| 18 | understand the relationships between two users of | 16:28:02 |
| 19 | the application. | 16:28:06 |
| 20 | Q.  Two users, or any number of users? | 16:28:10 |
| 21 | A.  My understanding is the Social Context API | 16:28:15 |
| 22 | referred to social context between two app-using | 16:28:17 |
| 23 | users. | 16:28:22 |
| 24 | Q.  And we'll get into this in more detail | 16:28:25 |
| 25 | later, but both with read stream and social context | 16:28:28 |

Page 34

| | | |
|---|---|---|
| 1 | APIs, the information that the app or developer | 16:28:31 |
| 2 | would access would include friend information for | 16:28:36 |
| 3 | the users that authorized the app or developer to | 16:28:38 |
| 4 | have access.  Right? | 16:28:43 |
| 5 | A.  Sorry.  Can you restate the question?  I | 16:28:44 |
| 6 | want to make sure I fully understand. | 16:28:46 |
| 7 | Q.  Sure.  You described what a read stream | 16:28:48 |
| 8 | permission was, and you described what a social | 16:28:50 |
| 9 | context API was. | 16:28:53 |
| 10 | Both of those APIs, if authorized by a | 16:28:55 |
| 11 | user, would provide access to friends information | 16:28:57 |
| 12 | of that user.  Right? | 16:28:59 |
| 13 | A.  The read stream API would grant access to | 16:29:04 |
| 14 | an app using a person's Newsfeed.  A Newsfeed on | 16:29:07 |
| 15 | Facebook typically contains content posted by that | 16:29:13 |
| 16 | user's friends. | 16:29:17 |
| 17 | Q.  Okay.  And how about the social context | 16:29:18 |
| 18 | API?  Would that do the same? | 16:29:19 |
| 19 | A.  I'd have to review the API documentation | 16:29:24 |
| 20 | for -- for the -- if there was a specific API | 16:29:26 |
| 21 | you're referring to, exactly how it behaved. | 16:29:31 |
| 22 | Q.  And that's a helpful qualification. | 16:29:36 |
| 23 | Is there a set of -- or a place where | 16:29:40 |
| 24 | documentation of APIs is stored so that if Facebook | 16:29:43 |
| 25 | wanted to understand the specific information that | 16:29:46 |

Page 35

| | | |
|---|---|---|
| 1 | that API made available, it could go to that set | 16:29:49 |
| 2 | and find the answer? | 16:29:52 |
| 3 | A.  The Facebook developer website is | 16:29:56 |
| 4 | typically where API documentation is stored and | 16:29:58 |
| 5 | published. | 16:30:02 |
| 6 | Q.  And that's true for any API that has ever | 16:30:04 |
| 7 | existed, or simply for the active APIs? | 16:30:08 |
| 8 | A.  That -- the Facebook developer website is | 16:30:16 |
| 9 | typically for APIs that are available -- publicly | 16:30:18 |
| 10 | available. | 16:30:22 |
| 11 | And so not every API that's ever existed | 16:30:23 |
| 12 | would necessarily have a documentation -- would | 16:30:26 |
| 13 | have a document on the Facebook developer website. | 16:30:30 |
| 14 | Q.  Okay.  So where would one go to find | 16:30:33 |
| 15 | information on every API that ever existed? | 16:30:35 |
| 16 | A.  The -- I'm not sure every API that ever | 16:30:42 |
| 17 | existed necessarily had a -- a document -- an | 16:30:46 |
| 18 | associated document written about it. | 16:30:51 |
| 19 | The source of truth for which APIs existed | 16:30:53 |
| 20 | and so on would have been the Facebook code base | 16:30:57 |
| 21 | itself. | 16:31:01 |
| 22 | Q.  And how would one go about searching that | 16:31:03 |
| 23 | for information about a defunct API? | 16:31:06 |
| 24 | A.  There are internal tools at Facebook that | 16:31:10 |
| 25 | allow user search for code which existed in the | 16:31:13 |

Page 36

| | | |
|---|---|---|
| 1 | Facebook code base. | 16:31:19 |
| 2 | Q.  And what are those internal tools? | 16:31:21 |
| 3 | A.  I am not sure of the name of the internal | 16:31:27 |
| 4 | tools.  I'd have to get back to you on -- on the | 16:31:31 |
| 5 | specific name of the tool. | 16:31:35 |
| 6 | MR. LOESER:  And, Counsel, if you could | 16:31:39 |
| 7 | get back to us with that information, I'd | 16:31:40 |
| 8 | appreciate it. | 16:31:42 |
| 9 | MR. BLUME:  Noted. | 16:31:47 |
| 10 | BY MR. LOESER: | 16:31:48 |
| 11 | Q.  And, Mr. Cross, what is a "private API"? | 16:31:50 |
| 12 | A.  Can you help me understand the context in | 16:31:58 |
| 13 | which you're asking the question? | 16:32:01 |
| 14 | Q.  Sure.  In the context of email and other | 16:32:03 |
| 15 | materials reviewed -- that you reviewed to prepare | 16:32:05 |
| 16 | for this deposition, the term "private API" is | 16:32:09 |
| 17 | frequently used. | 16:32:14 |
| 18 | Do you have an understanding of what is | 16:32:15 |
| 19 | meant by that at Facebook? | 16:32:17 |
| 20 | A.  My understanding of the term "private API" | 16:32:19 |
| 21 | is that it would be an API that was not generally | 16:32:22 |
| 22 | available to most applications on the Facebook | 16:32:27 |
| 23 | Developer Platform. | 16:32:33 |
| 24 | Q.  Okay.  So explain to me what the | 16:32:36 |
| 25 | difference is between a private API and a | 16:32:38 |

Page 37

| | | |
|---|---|---|
| 1 | capability. | 16:32:41 |
| 2 | A.  So a "private API" would refer to a | 16:32:42 |
| 3 | specific API method, generally, that could be | 16:32:47 |
| 4 | accessed by developers. | 16:32:51 |
| 5 | A "capability" is the means by which | 16:32:53 |
| 6 | access to that API is governed. | 16:32:56 |
| 7 | Q.  We discussed how APIs function and how | 16:33:07 |
| 8 | APIs provide access to developers or other entities | 16:33:09 |
| 9 | about information about Facebook users. | 16:33:16 |
| 10 | Were there any other technical means by | 16:33:21 |
| 11 | which Facebook shared information about its users | 16:33:24 |
| 12 | with developers or other entities? | 16:33:25 |
| 13 | A.  The Graph API was the -- was a primary way | 16:33:31 |
| 14 | that information would be exchanged with third | 16:33:36 |
| 15 | parties.  It's possible at the company there were | 16:33:40 |
| 16 | other ways for people to exchange information with | 16:33:44 |
| 17 | third parties; email, for example.  But the | 16:33:49 |
| 18 | Graph API would have been one of the common ways to | 16:33:55 |
| 19 | programmatically exchange information. | 16:33:58 |
| 20 | Q.  And can you identify any other ways to | 16:34:01 |
| 21 | programmatically exchange information? | 16:34:04 |
| 22 | A.  I don't have the ability to -- to know | 16:34:11 |
| 23 | every form of information interchange ever used | 16:34:15 |
| 24 | by -- by the company, so I -- I don't feel I can | 16:34:20 |
| 25 | specify other -- any specific other systems.  The | 16:34:26 |

Page 38

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Graph API would have been a common one. | 16:34:31 |
| 2 | There were other APIs in existence over | 16:34:34 |
| 3 | time.  Two examples would be the REST API and | 16:34:38 |
| 4 | something called FQL. | 16:34:45 |
| 5 | Q.  And explain, if you can, what those two | 16:34:49 |
| 6 | systems are. | 16:34:51 |
| 7 | A.  So the REST API was a -- a mechanism, a | 16:34:53 |
| 8 | form of API used by the Facebook Platform to | 16:34:59 |
| 9 | exchange information with third parties that | 16:35:03 |
| 10 | pre-existed the Graph API, and the two were in use | 16:35:05 |
| 11 | simultaneously for a period. | 16:35:12 |
| 12 | FQL -- | 16:35:14 |
| 13 | Q.  Let me pause you there.  Sorry to | 16:35:16 |
| 14 | interrupt, but what period did that exist, and when | 16:35:17 |
| 15 | was it overlapping? | 16:35:21 |
| 16 | A.  The REST API, my understanding, was the | 16:35:24 |
| 17 | original form of the Facebook Developer Platform. | 16:35:28 |
| 18 | So my understanding is that was launched in 2007. | 16:35:30 |
| 19 | And my understanding is the REST API was | 16:35:37 |
| 20 | deprecated in -- I'm not sure of the specific date, | 16:35:39 |
| 21 | but my understanding is around the time that | 16:35:43 |
| 22 | Graph API Version 1.1 or 1.2 was -- was announced. | 16:35:46 |
| 23 | But that -- we can follow up with a | 16:35:53 |
| 24 | specific because I want to make sure I don't give | 16:35:57 |
| 25 | you the wrong answer. | 16:36:00 |

Page 39

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  Sure.  And do you have a rough idea of | 16:36:01 |
| 2 | what year the Graph API came into being? | 16:36:03 |
| 3 | A.  The Graph API was launched in April 2010. | 16:36:07 |
| 4 | Q.  So we've touched on the Graph API | 16:36:17 |
| 5 | Version 1, and that's another important term.  I | 16:36:20 |
| 6 | want to make sure I understand that. | 16:36:23 |
| 7 | So Graph API version, was it 1.0 or 1.1? | 16:36:26 |
| 8 | What was the very first version of that | 16:36:31 |
| 9 | system? | 16:36:33 |
| 10 | A.  The Graph API was launched in April 2010. | 16:36:35 |
| 11 | At the time, it was just called the "Graph API." | 16:36:39 |
| 12 | Q.  Okay.  And I gather from your LinkedIn | 16:36:42 |
| 13 | résumé, you had something to do with the initial | 16:36:45 |
| 14 | development of the Graph API version zero, I guess, | 16:36:47 |
| 15 | whatever you call it.  Is that right? | 16:36:53 |
| 16 | A.  So the version of the API that was | 16:36:55 |
| 17 | originally launched in April 2010 is what later | 16:36:57 |
| 18 | became known as Version 1. | 16:37:00 |
| 19 | I was actually not involved in the | 16:37:03 |
| 20 | development of that.  It was launched in | 16:37:05 |
| 21 | April 2010.  I joined the company in | 16:37:07 |
| 22 | September 2010. | 16:37:11 |
| 23 | Q.  Okay.  So let's -- let me make sure I | 16:37:15 |
| 24 | understand the different versions. | 16:37:17 |
| 25 | It starts with Graph API, period, and then | 16:37:19 |

Page 40

| | | |
|---|---|---|
| 1 | it evolved into what? | 16:37:22 |
| 2 | What were the different evolutions of | 16:37:24 |
| 3 | that, of the Graph API? | 16:37:26 |
| 4 | A.  It was called just the "Graph API" from -- | 16:37:29 |
| 5 | from launch in April 2010.  That -- that, kind of, | 16:37:32 |
| 6 | version later became known as "API Version 1" when | 16:37:38 |
| 7 | a new version that was referred to as | 16:37:43 |
| 8 | "API Version 2" was launched in April 2014. | 16:37:45 |
| 9 | Q.  And in the evolution from Version 1 and | 16:37:52 |
| 10 | Version 2, were there specific reasons why Facebook | 16:37:55 |
| 11 | made changes? | 16:37:59 |
| 12 | A.  The Graph API, the original version of the | 16:38:02 |
| 13 | Graph API, evolved constantly over time as well. | 16:38:06 |
| 14 | So there were changes being made to the -- to the | 16:38:10 |
| 15 | Graph API from launch for a wide range of reasons. | 16:38:14 |
| 16 | Q.  Okay.  And, specifically, in the changes | 16:38:20 |
| 17 | from Version 1 to Version 2, what were the | 16:38:22 |
| 18 | reasons -- what were the major changes that were | 16:38:24 |
| 19 | made? | 16:38:27 |
| 20 | A.  It was a large number of changes launched | 16:38:29 |
| 21 | as part of API Version 2. | 16:38:33 |
| 22 | How much -- how much depth would you like | 16:38:37 |
| 23 | me to go into? | 16:38:39 |
| 24 | Q.  Well, let me ask it this way:  What were | 16:38:41 |
| 25 | the problems that Facebook was trying to solve in | 16:38:44 |

Page 41

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the transition from Version 1 to Version 2? | 16:38:47 |
| 2 | A.   There was a -- also a whole -- also a | 16:38:51 |
| 3 | whole range of problems that -- that we were | 16:38:53 |
| 4 | attempting to solve. | 16:38:56 |
| 5 | Can you help me understand, like, what you | 16:38:58 |
| 6 | are looking for? | 16:39:00 |
| 7 | Q.   Well, let's start at the -- are you | 16:39:01 |
| 8 | familiar with the expression "the 30,000-foot | 16:39:03 |
| 9 | level"? | 16:39:07 |
| 10 | A.   I've heard of that term, yes. | 16:39:08 |
| 11 | Q.   Okay.   So let's think about it in terms of | 16:39:10 |
| 12 | at the 30,000-foot level if there were major issues | 16:39:13 |
| 13 | that Facebook was attempting to solve through that | 16:39:17 |
| 14 | transition, if any of those come to mind. | 16:39:19 |
| 15 | A.   I'll do my best to explain some. | 16:39:23 |
| 16 | One was that the original way that | 16:39:27 |
| 17 | breaking changes had been made in the Facebook | 16:39:32 |
| 18 | Developer Platform was in an app configuration. | 16:39:34 |
| 19 | So in your app, configuring your app | 16:39:39 |
| 20 | settings, that was a workable mechanism when the | 16:39:42 |
| 21 | Facebook Platform was primarily called by | 16:39:48 |
| 22 | server-side applications. | 16:39:52 |
| 23 | In the early 2010s, the developer | 16:39:55 |
| 24 | ecosystem moved more and more to mobile | 16:40:00 |
| 25 | applications, which meant developers' code running | 16:40:02 |

Page  42

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | on devices, which meant that it was harder for them | 16:40:08 |
| 2 | to centrally control changes to the API. | 16:40:12 |
| 3 | And so one of the big problems that | 16:40:15 |
| 4 | Facebook was trying to solve with the launch of | 16:40:18 |
| 5 | API Version 2 was the introduction of versioning | 16:40:21 |
| 6 | itself; to allow developers to specify the API | 16:40:23 |
| 7 | behavior they wanted when calling the API. | 16:40:28 |
| 8 | Q.  Okay.  And can you think any of other | 16:40:32 |
| 9 | major problems Facebook was attempting to resolve | 16:40:34 |
| 10 | with Graph API Version 2? | 16:40:39 |
| 11 | A.  Another thing that was being solved with | 16:40:45 |
| 12 | Version 2 is the limiting of the amount of data | 16:40:48 |
| 13 | that was available via the API. | 16:40:53 |
| 14 | Q.  And why did Facebook want to do that? | 16:40:58 |
| 15 | A.  It was a range of reasons why Facebook was | 16:41:02 |
| 16 | attempting to alter the amount of information that | 16:41:07 |
| 17 | was available via the API. | 16:41:10 |
| 18 | One reason that comes to mind is that we | 16:41:14 |
| 19 | had heard feedback from users that they were | 16:41:18 |
| 20 | concerned about the amount of information that was | 16:41:22 |
| 21 | available via the API, and we wanted to increase | 16:41:25 |
| 22 | trust -- user trust in the Facebook Developer | 16:41:30 |
| 23 | Platform, and that was one of the drivers behind | 16:41:32 |
| 24 | that decision. | 16:41:39 |
| 25 | Q.  And when Facebook heard from users about | 16:41:40 |

Page 43

|   |   |   |
|---|---|---|
| 1 | their concerns, were those concerns with respect to | 16:41:43 |
| 2 | any particular types of user information that was | 16:41:48 |
| 3 | being made available to third parties? | 16:41:51 |
| 4 | A.  There was a -- a range of concerns.  One | 16:41:55 |
| 5 | of them was the ability for apps to access friends | 16:41:59 |
| 6 | information. | 16:42:04 |
| 7 | Q.  And was another reason to limit the amount | 16:42:07 |
| 8 | of user information made available to developers a | 16:42:10 |
| 9 | desire by Facebook to better profit from the data | 16:42:17 |
| 10 | it collected about users by giving away less to | 16:42:20 |
| 11 | developers for free? | 16:42:23 |
| 12 | A.  Can you repeat the question? | 16:42:28 |
| 13 | Sorry, I want to make sure I understand. | 16:42:29 |
| 14 | Q.  Sure.  It took me great mental acuity to | 16:42:31 |
| 15 | say it in the first place, so how about if I | 16:42:36 |
| 16 | just -- if we read it back and see, if you heard it | 16:42:38 |
| 17 | a second time, it makes better sense.  It might | 16:42:41 |
| 18 | just be a bad question, but let me look and see. | 16:42:44 |
| 19 | And I can read it. | 16:42:47 |
| 20 | Was another reason to limit the amount of | 16:42:48 |
| 21 | user information made available to developers a | 16:42:50 |
| 22 | desire by Facebook to better profit from the data | 16:42:53 |
| 23 | it collected about users by giving away less of | 16:42:55 |
| 24 | that information for free? | 16:42:59 |
| 25 | A.  Having spoken to people and read | 16:43:05 |

Page 44

| | | |
|---|---|---|
| 1 | documents, that's -- that's not a concern that was, | 16:43:08 |
| 2 | as I understand it, front and center in the | 16:43:11 |
| 3 | decision-making. | 16:43:14 |
| 4 | Q.  Was that a concern that was discussed or | 16:43:15 |
| 5 | expressed at times, however? | 16:43:17 |
| 6 | A.  I have recalled seeing documents that | 16:43:23 |
| 7 | were -- there were a number of discussions about | 16:43:28 |
| 8 | how to balance the equities between users, | 16:43:32 |
| 9 | developers, and Facebook -- in this case, the | 16:43:36 |
| 10 | company Meta but also the application -- as to how | 16:43:39 |
| 11 | the Facebook Developer Platform was being used. | 16:43:43 |
| 12 | Q.  Thank you.  Do you know, when was the | 16:43:50 |
| 13 | first time or time period that Facebook heard | 16:43:53 |
| 14 | concerns expressed by users about the amount of | 16:43:58 |
| 15 | their information that was being made available to | 16:44:01 |
| 16 | third parties? | 16:44:04 |
| 17 | A.  I don't know -- I'm not able to sense | 16:44:09 |
| 18 | specifically when those concerns began to be heard. | 16:44:14 |
| 19 | I am aware that there was some -- some | 16:44:18 |
| 20 | research done, and there were some discussions | 16:44:20 |
| 21 | happening in -- in the 2012 and 2013 time period; | 16:44:23 |
| 22 | but exactly, you know, when this was -- was -- | 16:44:28 |
| 23 | began to be discussed is hard for me to say with | 16:44:36 |
| 24 | specificity. | 16:44:38 |
| 25 | Q.  And then Graph API Version 2 became | 16:44:39 |

Page 45

| | | |
|---|---|---|
| 1 | operative when? | 16:44:43 |
| 2 | A.  Graph API Version 2 was made broadly | 16:44:48 |
| 3 | available on April the 30th, 2015 -- sorry, | 16:44:53 |
| 4 | April the 30th, 2014. | 16:44:56 |
| 5 | Q.  Okay.  So during the time that Facebook | 16:44:58 |
| 6 | users expressed some concern -- you think sometime | 16:45:03 |
| 7 | starting in around 2012 -- and those concerns | 16:45:06 |
| 8 | were -- or were those concerns addressed in | 16:45:09 |
| 9 | Graph API Version 2? | 16:45:13 |
| 10 | A.  API Version 2 contained a number of | 16:45:20 |
| 11 | changes designed to -- to satisfy some of those | 16:45:22 |
| 12 | concerns. | 16:45:26 |
| 13 | Q.  And those changes were implemented in -- | 16:45:28 |
| 14 | in 2015. | 16:45:31 |
| 15 | A.  The -- API Version 2, you know, was | 16:45:36 |
| 16 | launched in -- on April 30, 2014, and the previous | 16:45:41 |
| 17 | versions of the API began to be deprecated -- began | 16:45:44 |
| 18 | to be deprecated in -- on April 30, 2015. | 16:45:47 |
| 19 | Q.  I'm confident that all these questions | 16:46:02 |
| 20 | will make the more specific testimony a lot faster | 16:46:05 |
| 21 | because we have a basic understanding now of these | 16:46:08 |
| 22 | terms, so I appreciate your patience as we go | 16:46:10 |
| 23 | through.  I have a few more questions that are | 16:46:13 |
| 24 | general in nature like this before we get | 16:46:15 |
| 25 | specifically into the topics and subtopics of the | 16:46:19 |

Page 46

| | | |
|---|---|---|
| 1 | notice. | 16:46:21 |
| 2 | You testified that Facebook provided | 16:46:22 |
| 3 | access to Facebook user information to what we've | 16:46:23 |
| 4 | called "third parties" through APIs.  Right? | 16:46:26 |
| 5 | A.  The Facebook Developer Platform allowed | 16:46:30 |
| 6 | third parties to build applications that accessed | 16:46:33 |
| 7 | data on Facebook users via the Graph API or via a | 16:46:38 |
| 8 | set of APIs. | 16:46:44 |
| 9 | Q.  And apps are one category of the third | 16:46:47 |
| 10 | parties that could access APIs on the Facebook | 16:46:50 |
| 11 | Platform? | 16:46:54 |
| 12 | A.  Sorry.  Can you -- this is one of the | 16:47:00 |
| 13 | things that -- to make sure we get right and | 16:47:01 |
| 14 | understand, can you specify -- just repeat the | 16:47:04 |
| 15 | question again? | 16:47:06 |
| 16 | And -- if you're referring to one of the | 16:47:07 |
| 17 | categories, could you help me understand what, in | 16:47:10 |
| 18 | your mind, is the other categories? | 16:47:12 |
| 19 | Q.  Sure.  I'm going to go through some | 16:47:14 |
| 20 | different categories.  I'm trying to understand the | 16:47:16 |
| 21 | different entities that were allowed to use the -- | 16:47:18 |
| 22 | the -- use APIs to access information. | 16:47:21 |
| 23 | And one of those -- and I'm calling them | 16:47:23 |
| 24 | "categories."  If you have different terminology, | 16:47:25 |
| 25 | please tell me what it is. | 16:47:27 |

Page 47

| | | |
|---|---|---|
| 1 | But one of the categories that could | 16:47:29 |
| 2 | access APIs was -- are referred to as "apps." | 16:47:30 |
| 3 | Right? | 16:47:34 |
| 4 | A.  So in the context of the Facebook | 16:47:36 |
| 5 | Developer Platform, to access any information via | 16:47:38 |
| 6 | the API had to be done through a Facebook app ID; | 16:47:43 |
| 7 | through a Facebook application with a specific | 16:47:47 |
| 8 | Facebook app ID. | 16:47:50 |
| 9 | Q.  Okay.  So that brings me to my next | 16:47:51 |
| 10 | question, which is partners. | 16:47:54 |
| 11 | Facebook has what it refers to as | 16:47:56 |
| 12 | "partners."  Correct? | 16:47:58 |
| 13 | A.  I've heard -- I've seen the term "partner" | 16:48:02 |
| 14 | used.  It refers to a wide range of relationships | 16:48:05 |
| 15 | between Facebook and its -- and various third | 16:48:08 |
| 16 | parties. | 16:48:13 |
| 17 | Q.  Okay.  And you were involved in the | 16:48:14 |
| 18 | partnerships group for four years or so at | 16:48:16 |
| 19 | Facebook? | 16:48:19 |
| 20 | A.  I was -- I was involved in the | 16:48:21 |
| 21 | partnerships organization from September 2010 until | 16:48:22 |
| 22 | around January 2014. | 16:48:25 |
| 23 | Q.  Okay.  And what did the term | 16:48:28 |
| 24 | "partnerships" mean in that context? | 16:48:30 |
| 25 | A.  In that context, "partnerships" refers to | 16:48:33 |

Page 48

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | a range of relationships between Facebook and -- | 16:48:37 |
| 2 | and third parties, ranging from informal to more | 16:48:41 |
| 3 | structured relationships governed by contracts. | 16:48:48 |
| 4 | Q.  And with regard to those partnerships, was | 16:48:51 |
| 5 | Facebook providing access to user information | 16:48:55 |
| 6 | through APIs? | 16:48:57 |
| 7 | A.  In the context of the Platform | 16:49:00 |
| 8 | Partnerships team, we typically -- the people on | 16:49:02 |
| 9 | the Platform Partnerships team would typically be | 16:49:05 |
| 10 | working with third parties that were using the | 16:49:09 |
| 11 | Facebook Platform in some way. | 16:49:11 |
| 12 | Q.  Okay.  And I think this is what I'm trying | 16:49:13 |
| 13 | to get at. | 16:49:15 |
| 14 | Are there entities that Facebook calls | 16:49:16 |
| 15 | "partners" that have access to Facebook user | 16:49:17 |
| 16 | information but do not have apps on the Platform? | 16:49:21 |
| 17 | A.  In this specific -- in this context, I -- | 16:49:27 |
| 18 | I am not aware of -- of -- in this specific | 16:49:34 |
| 19 | context, when we're talking about platform | 16:49:39 |
| 20 | partnerships, it's typically referring to entities | 16:49:41 |
| 21 | that use the Facebook Developer Platform, which | 16:49:44 |
| 22 | would typically be done by -- through an app ID, | 16:49:47 |
| 23 | but there were other features of the Facebook | 16:49:51 |
| 24 | Developer Platform that did not require you to use | 16:49:53 |
| 25 | an app ID. | 16:49:56 |

Page 49

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q. And, generally speaking, what were those | 16:49:57 |
| 2 | features? | 16:49:59 |
| 3 | A. One common set of examples was the social | 16:50:02 |
| 4 | plug-ins, which a developer or an entity could | 16:50:04 |
| 5 | embed on their own website, that didn't access the | 16:50:09 |
| 6 | Facebook API -- sorry -- didn't access the | 16:50:13 |
| 7 | Graph API. | 16:50:19 |
| 8 | Q. And how did those features provide access | 16:50:20 |
| 9 | to Facebook user information? | 16:50:24 |
| 10 | A. Those products were embedded on -- | 16:50:29 |
| 11 | typically embedded on the third-party website and | 16:50:33 |
| 12 | would render information to the -- to the person | 16:50:36 |
| 13 | viewing the web page. | 16:50:40 |
| 14 | The -- the entity that ran the web page | 16:50:43 |
| 15 | would not see the contents within the social | 16:50:46 |
| 16 | plug-in. | 16:50:50 |
| 17 | Q. And would Facebook obtain that | 16:50:53 |
| 18 | information? | 16:50:54 |
| 19 | A. To render a social plug-in, it would be | 16:50:57 |
| 20 | rendered by Facebook servers. | 16:50:59 |
| 21 | Q. Okay. So that was a mechanism by which | 16:51:02 |
| 22 | Facebook obtained information about Facebook users | 16:51:04 |
| 23 | while they were off-platform? | 16:51:07 |
| 24 | A. The way the "Like" button worked was to | 16:51:12 |
| 25 | render -- if you visited a website that had the | 16:51:15 |

Page 50

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | "Like" button embedded on it, then the Like button | 16:51:17 |
| 2 | would render.  And in order to render it, Facebook | 16:51:21 |
| 3 | would receive a request from the user's web | 16:51:24 |
| 4 | browser. | 16:51:29 |
| 5 | Q.  Okay.  And that was not through an API; | 16:51:29 |
| 6 | that was through this other product. | 16:51:31 |
| 7 | A.  The social plug-ins are a different way of | 16:51:36 |
| 8 | Facebook integrating information into third-party | 16:51:40 |
| 9 | contexts that users could access. | 16:51:45 |
| 10 | Q.  And what is the time period that social | 16:51:49 |
| 11 | plug-ins have existed? | 16:51:52 |
| 12 | A.  My understanding is that social plug-ins | 16:51:55 |
| 13 | were launched alongside the Graph API in | 16:51:58 |
| 14 | April 2010. | 16:52:00 |
| 15 | Q.  And are they still active today? | 16:52:03 |
| 16 | A.  I think there are some social plug-ins | 16:52:06 |
| 17 | still active today, although I'm not certain, and | 16:52:09 |
| 18 | that's something we can follow up on. | 16:52:12 |
| 19 | Q.  And is there a tool that allows Facebook | 16:52:15 |
| 20 | to identify what social plug-ins exist and the time | 16:52:17 |
| 21 | period in which they've been active? | 16:52:21 |
| 22 | A.  The Facebook code base, similar to my | 16:52:25 |
| 23 | previous answer, would allow you to -- would allow | 16:52:29 |
| 24 | someone to understand which social plug-ins have | 16:52:31 |
| 25 | existed over what period of time. | 16:52:34 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  Are you familiar with the term | 16:52:39 |
| 2 | "integration partners"? | 16:52:40 |
| 3 | A.  I've heard the phrase "integration | 16:52:43 |
| 4 | partners," yes. | 16:52:46 |
| 5 | Q.  And what is an "integration partner"? | 16:52:49 |
| 6 | A.  Again, can you help me understand in the | 16:52:52 |
| 7 | context in which you're asking the question? | 16:52:54 |
| 8 | Q.  Sure.  All of my questions are around | 16:52:57 |
| 9 | trying to understand how Facebook shares | 16:52:59 |
| 10 | information with what I'm calling "third parties," | 16:53:00 |
| 11 | and my understanding is that integration partners | 16:53:02 |
| 12 | are an entity with which Facebook shares user | 16:53:06 |
| 13 | information. | 16:53:08 |
| 14 | So in that context. | 16:53:08 |
| 15 | A.  My understanding of the term -- of | 16:53:12 |
| 16 | integration partners in that context is a set of | 16:53:14 |
| 17 | entities, third parties, that Facebook had a | 16:53:19 |
| 18 | relationship with to enable them to build | 16:53:24 |
| 19 | Facebook-like or -- Facebook-branded or | 16:53:28 |
| 20 | Facebook-like or feedback-branded experiences on | 16:53:33 |
| 21 | the third party's platforms and services. | 16:53:37 |
| 22 | Q.  And so Facebook user information was | 16:53:42 |
| 23 | provided to integration partners.  Right? | 16:53:46 |
| 24 | A.  Typically, the way that an integration | 16:53:52 |
| 25 | partner application works is that the application | 16:53:54 |

Page 52

| | | |
|---|---|---|
| 1 | was offered to users on that platform. | 16:53:59 |
| 2 | Users would choose to use that application | 16:54:02 |
| 3 | and, as a result of the user choosing to use the | 16:54:05 |
| 4 | application, information about -- information would | 16:54:12 |
| 5 | be shared -- that the user had granted access to | 16:54:17 |
| 6 | would be shared with the third party in order for | 16:54:22 |
| 7 | them to provide the experience for a user. | 16:54:24 |
| 8 | Q.  And do integration partners have apps on | 16:54:28 |
| 9 | the Facebook Platform? | 16:54:31 |
| 10 | A.  The way that you would -- a developer | 16:54:34 |
| 11 | would interact with the Facebook APIs would be | 16:54:38 |
| 12 | through an app ID, which is what I'm referring to | 16:54:42 |
| 13 | as an "application" in this specific context. | 16:54:47 |
| 14 | Q.  Okay.  And, again, I'm just -- I want to | 16:54:50 |
| 15 | make sure I understand. | 16:54:53 |
| 16 | So in order to create that Facebook | 16:54:54 |
| 17 | experience on a phone, would the information | 16:54:56 |
| 18 | necessary to create that experience be communicated | 16:55:03 |
| 19 | to that phone company via the Graph API or through | 16:55:06 |
| 20 | some other mechanism? | 16:55:12 |
| 21 | A.  To build one of these integration partner | 16:55:16 |
| 22 | experiences, the information would be made | 16:55:19 |
| 23 | available through the Graph API; but, typically, | 16:55:22 |
| 24 | the information would be accessed from the device | 16:55:27 |
| 25 | itself that the user was using. | 16:55:32 |

Page 53

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Okay.  So not through an app on the | 16:55:36 |
| 2 | Facebook Platform. | 16:55:38 |
| 3 | A.   This is where we need to make sure we're | 16:55:42 |
| 4 | using the specific terms. | 16:55:44 |
| 5 | The way you access the Facebook set of | 16:55:47 |
| 6 | APIs, the Facebook Platform, is through an entity | 16:55:49 |
| 7 | called a "Facebook app ID" or a "Facebook app," | 16:55:52 |
| 8 | which has an app ID.  That identifies -- that | 16:55:55 |
| 9 | allows the owner of the app to make calls against | 16:56:00 |
| 10 | the Facebook APIs. | 16:56:03 |
| 11 | So, in that context, that's very | 16:56:06 |
| 12 | specifically what I'm referring to as a "Facebook | 16:56:09 |
| 13 | app." | 16:56:10 |
| 14 | Q.   Okay.  And is there anything -- And, | 16:56:13 |
| 15 | again, this clarification is really helpful. | 16:56:16 |
| 16 | In thinking about how integration partners | 16:56:21 |
| 17 | get information about Facebook users, is there | 16:56:23 |
| 18 | anything different about that system than the way a | 16:56:26 |
| 19 | normal app developer gets information about users? | 16:56:28 |
| 20 | A.   On a technical level, the way that the | 16:56:34 |
| 21 | information is exchanged would have been done | 16:56:37 |
| 22 | through the Graph API, which is the standard way to | 16:56:39 |
| 23 | access -- that users would give their information | 16:56:44 |
| 24 | to apps and third parties. | 16:56:50 |
| 25 | So, at a technical level, the mechanism of | 16:56:55 |

Page 54

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | information interchange is the same, but an | 16:56:59 |
| 2 | integration partner would be -- would be billing, | 16:57:03 |
| 3 | typically, a different kind of experience than a | 16:57:06 |
| 4 | regular Facebook Platform developer. | 16:57:09 |
| 5 | Q.  And that experience was different because | 16:57:14 |
| 6 | one is on the Platform, the Facebook Platform, and | 16:57:17 |
| 7 | the other is on the integration partner's device? | 16:57:20 |
| 8 | A.  So this -- again, this is for me to get | 16:57:27 |
| 9 | very specific about. | 16:57:31 |
| 10 | In the context of the Facebook Platform, | 16:57:32 |
| 11 | there is a concept of a feedback app, which is the | 16:57:34 |
| 12 | entity that determines the -- how the information | 16:57:38 |
| 13 | is accessed, what permissions have been granted by | 16:57:42 |
| 14 | users, and so on. | 16:57:45 |
| 15 | What developers build are often also | 16:57:47 |
| 16 | called "apps," and, like, that's a -- that's a | 16:57:50 |
| 17 | different concept. | 16:57:56 |
| 18 | The application that a third-party | 16:57:58 |
| 19 | developer would build might run on their web | 16:58:01 |
| 20 | server.  It might run on their hardware.  It might | 16:58:05 |
| 21 | run on a user's physical device. | 16:58:08 |
| 22 | And so these are distinct concepts which | 16:58:12 |
| 23 | are important to -- to separate. | 16:58:15 |
| 24 | Q.  Does Facebook have a term for -- for users | 16:58:19 |
| 25 | that interact with integration partners, or are | 16:58:23 |

Page 55

CONFIDENTIAL

1     they called "integration users," or is there some        16:58:27

2     terminology that applies to that?                         16:58:30

3          A.  I'm not aware of distinct terminology that       16:58:32

4     would be different.  These are just users.                16:58:35

5          Q.  And before, you mentioned that a user            16:58:42

6     authorizes the integration partner to obtain              16:58:45

7     information when the user interacts with that --           16:58:47

8     let's call it -- again, let's call it a phone, a           16:58:52

9     mobile phone.  Is that right?                             16:58:57

10         A.  When a -- a good -- I think the easiest          16:59:00

11    way to answer this question is with an example.           16:59:04

12              So one good example here would be a             16:59:07

13    Facebook-branded app on the BlackBerry mobile             16:59:11

14    platform.                                                 16:59:15

15              The user -- a user would typically have a       16:59:17

16    BlackBerry device or buy a BlackBerry device.             16:59:21

17    There would be a Facebook-branded app available on        16:59:24

18    that device.  The user would choose to log in to          16:59:29

19    the application and, as a result of doing that,           16:59:32

20    would give the code running on the BlackBerry             16:59:35

21    device the ability to access that information that        16:59:40

22    that user would have had access to on Facebook on         16:59:46

23    the app built onto the -- the Facebook-branded            16:59:49

24    application built onto the BlackBerry device they         16:59:54

25    were using.                                               16:59:59

Page 56

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q. Okay. And in that example, the user | 17:00:00 |
| 2 | authorizes access to the Facebook user's | 17:00:03 |
| 3 | information. Correct? | 17:00:06 |
| 4 | A. When I -- if a user chooses to use the | 17:00:09 |
| 5 | Facebook-branded application on a BlackBerry | 17:00:14 |
| 6 | device, they are logging in on -- to that | 17:00:17 |
| 7 | application; and, as a result, the application has | 17:00:22 |
| 8 | access to some of the information that that user | 17:00:24 |
| 9 | would be able to see on Facebook. | 17:00:26 |
| 10 | Q. And that information that that company | 17:00:29 |
| 11 | would have access to would include information | 17:00:33 |
| 12 | about the user's friends. Right? | 17:00:36 |
| 13 | A. In the specific example I was just talking | 17:00:40 |
| 14 | about here, this would be a Facebook-branded | 17:00:42 |
| 15 | application; a Facebook-branded product running on | 17:00:46 |
| 16 | the user's BlackBerry device. | 17:00:52 |
| 17 | And the user's BlackBerry device would | 17:00:54 |
| 18 | then be making calls to Facebook's API in order to | 17:00:56 |
| 19 | render a Facebook experience -- a representative | 17:01:00 |
| 20 | Facebook experience on that user's BlackBerry | 17:01:04 |
| 21 | device. | 17:01:06 |
| 22 | Q. And that would -- among other types of | 17:01:08 |
| 23 | information that would be made available in that | 17:01:12 |
| 24 | example, friends information would be made | 17:01:14 |
| 25 | available. Right? | 17:01:17 |

Page 57

| | | |
|---|---|---|
| 1 | A.  Typically, a user would expect when | 17:01:18 |
| 2 | they're using a Facebook-branded experience to see | 17:01:20 |
| 3 | information about their friends and what their | 17:01:26 |
| 4 | friends had been doing. | 17:01:28 |
| 5 | Q.  And so the answer is yes? | 17:01:30 |
| 6 | A.  If I'm using a Facebook-branded | 17:01:34 |
| 7 | application on a BlackBerry device, I would expect | 17:01:37 |
| 8 | to see information about my friend, yes. | 17:01:40 |
| 9 | Q.  And in that example, the friends are not | 17:01:42 |
| 10 | the ones who authorized BlackBerry to obtain that | 17:01:45 |
| 11 | information.  Right? | 17:01:50 |
| 12 | A.  The user is using a BlackBerry application | 17:01:51 |
| 13 | on the BlackBerry device, and the user has | 17:01:54 |
| 14 | authorized that application to access Facebook's | 17:01:57 |
| 15 | APIs in order to render a Facebook experience on | 17:02:01 |
| 16 | that device. | 17:02:05 |
| 17 | Q.  So the answer to my question is, correct, | 17:02:06 |
| 18 | the friends did not authorize BlackBerry's access | 17:02:11 |
| 19 | to their information? | 17:02:14 |
| 20 | A.  One of my friends may have also had a | 17:02:16 |
| 21 | BlackBerry device and may have logged in to the | 17:02:19 |
| 22 | Facebook-branded experience on that device. | 17:02:22 |
| 23 | Where I have -- I'm using Facebook -- the | 17:02:27 |
| 24 | Facebook-branded experience on my BlackBerry | 17:02:31 |
| 25 | device, then I am receiving -- I would be seeing | 17:02:34 |

Page 58

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | data on my phone that was from my friends that may | 17:02:37 |
| 2 | not have been using BlackBerry. | 17:02:43 |
| 3 | Q.  So, again, to answer the question, when | 17:02:50 |
| 4 | BlackBerry obtained friend information, that friend | 17:02:52 |
| 5 | information would include the information of people | 17:02:56 |
| 6 | who did not themselves use the BlackBerry device. | 17:02:59 |
| 7 | A.  I'm trying to -- I'm trying to | 17:03:04 |
| 8 | understand -- | 17:03:05 |
| 9 | Q.  I -- like -- | 17:03:06 |
| 10 | A.  Sorry. | 17:03:08 |
| 11 | Q.  Sorry.  Go ahead.  I apologize for | 17:03:09 |
| 12 | interrupting. | 17:03:10 |
| 13 | A.  I -- I'm trying to work through the | 17:03:12 |
| 14 | specific example and explain the -- you know, how | 17:03:16 |
| 15 | these things, you know, worked from a user level | 17:03:18 |
| 16 | and a technical level. | 17:03:22 |
| 17 | In this case, you know, it's a -- it's a | 17:03:24 |
| 18 | set of code that happened to be written by | 17:03:27 |
| 19 | engineers at BlackBerry that ran on a user's | 17:03:31 |
| 20 | device, and it was that code that would have been | 17:03:36 |
| 21 | accessing -- typically, in that case -- accessing | 17:03:38 |
| 22 | the Facebook API. | 17:03:41 |
| 23 | Q.  Right.  As you said, as you explained in | 17:03:44 |
| 24 | more detail, when a user authorizes BlackBerry to | 17:03:46 |
| 25 | obtain the information, some of those user's | 17:03:49 |

Page 59

| | | |
|---|---|---|
| 1 | friends may also have authorized BlackBerry. | 17:03:53 |
| 2 | And in that situation, both of those | 17:03:56 |
| 3 | people had authorized BlackBerry to obtain their | 17:03:58 |
| 4 | information.  Right? | 17:04:01 |
| 5 | A.  It's possible that -- yes, I would have | 17:04:03 |
| 6 | had -- I might have used -- I never actually had a | 17:04:07 |
| 7 | BlackBerry -- one of my friends -- I may have used | 17:04:10 |
| 8 | the Facebook application on a BlackBerry device. | 17:04:13 |
| 9 | One of my friends may have also used a | 17:04:16 |
| 10 | Facebook application on a BlackBerry device.  But | 17:04:19 |
| 11 | when I was using the Facebook application on the | 17:04:22 |
| 12 | BlackBerry device, the experience would have | 17:04:24 |
| 13 | included information provided by the Facebook API | 17:04:27 |
| 14 | about people who had -- who were not necessarily | 17:04:29 |
| 15 | using the BlackBerry application on their | 17:04:33 |
| 16 | BlackBerry device -- the Facebook-branded | 17:04:36 |
| 17 | application on their BlackBerry device. | 17:04:39 |
| 18 | MR. LOESER:  Okay.  Thank you. | 17:04:41 |
| 19 | Mr. Blume, we have been going for a bit, | 17:04:43 |
| 20 | and we're about to transition into another area. | 17:04:46 |
| 21 | If now would be a time you would want to | 17:04:49 |
| 22 | take a break, that would be fine with me, or we can | 17:04:51 |
| 23 | keep rolling. | 17:04:54 |
| 24 | MR. BLUME:  Now would be great.  Thank you | 17:04:55 |
| 25 | very much. | 17:04:57 |

Page 60

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE VIDEO OPERATOR:  Okay.  And we're off | 17:04:58 |
| 2 | the record.  It's 5:04 P.M. | 17:04:59 |
| 3 | (Recess from 5:04 P.M. to 5:22 P.M.) | 17:21:36 |
| 4 | (Mr. Melamed joined the deposition.) | 17:22:59 |
| 5 | THE VIDEO OPERATOR:  We're back on the | 17:23:01 |
| 6 | record.  It's 5:22 P.M. | 17:23:01 |
| 7 | BY MR. LOESER: | 17:23:03 |
| 8 | Q.  I'm not sure whether to say good morning | 17:23:05 |
| 9 | or good afternoon, but still morning here and late | 17:23:07 |
| 10 | afternoon for you, so whichever. | 17:23:10 |
| 11 | Welcome back. | 17:23:12 |
| 12 | And a few other questions I realized | 17:23:15 |
| 13 | before we get into the notice itself, and I'm going | 17:23:17 |
| 14 | to ask you about a term I've seen in some Facebook | 17:23:21 |
| 15 | documents called "nonapp user-sharing." | 17:23:24 |
| 16 | Is that a term that you're familiar with? | 17:23:28 |
| 17 | A.  I'm not familiar with the term "nonapp | 17:23:33 |
| 18 | user-sharing" specifically, no. | 17:23:36 |
| 19 | Q.  Okay.  Let me try and dig in a bit and see | 17:23:39 |
| 20 | if we can figure it out. | 17:23:42 |
| 21 | In addition to user information and users' | 17:23:44 |
| 22 | friends' information, Facebook at times provided | 17:23:50 |
| 23 | third parties access to information from people who | 17:23:53 |
| 24 | are not friends with the user.  Is that correct? | 17:23:55 |
| 25 | A.  I think my -- sorry. | 17:24:03 |

Page 61

```
 1              Repeat that again.  The specifics matter,    17:24:05

 2    yeah.                                                  17:24:07

 3       Q.  Yeah.  So let me give you an example, and       17:24:09

 4    you can -- and maybe what I said makes more sense.     17:24:12

 5              Are you familiar with the Events API?        17:24:16

 6       A.  I am familiar with the Events API.              17:24:21

 7       Q.  And what is the "Events API"?                   17:24:23

 8       A.  The Events API, as I understand it, refers      17:24:26

 9    to a set of APIs that would be used by a Facebook      17:24:29

10    Platform application to access the events that a       17:24:35

11    user of the application was attending or had been      17:24:40

12    invited to attend, for example, or had attended in    17:24:47

13    the past, and -- yeah.  I think that's -- that's a     17:24:52

14    high-level explanation.                               17:25:00

15       Q.  And so the Events API provided access to       17:25:02

16    information about ██████████████, but also             17:25:05

17    ████████████████████ at an event.  Right?             17:25:08

18       A.  My understanding is that the API allowed        17:25:12

19    an application to see ████████████████████             17:25:15

20    ██████  yes.                                           17:25:20

21       Q.  And some of those ████████████████              17:25:21

22    ████████████████████████████                           17:25:23

23    Correct?                                               17:25:25

24       A.  The API would -- my understanding is the        17:25:27

25    API would return a ████████████████████                17:25:30
```

Page 62

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | ██████████████████████████ | 17:25:34 |
| 2 | ███████ | 17:25:38 |

3      Q.  And is that situation -- have you seen      17:25:39

4   that described as "providing access to nonapp-user   17:25:41

5   information"?   17:25:46

6      A.  I don't recall seeing it described as   17:25:53

7   that, but that -- that term seems like a reasonable   17:25:55

8   one to use in that context.   17:26:02

9      Q.  Let's go back to Exhibit 330 and to   17:26:09

10   page 13, which was the -- and we're going to post   17:26:15

11   all the exhibits on the screen so if it's easier   17:26:21

12   for you to look that way, you can do that.   17:26:23

13      And while we're getting there, I am going   17:26:38

14   to read Topic 6, which is one of the topics for   17:26:40

15   which you have been designated to testify.   17:26:43

16      It is:   17:26:46

17      "The development of friend-sharing,   17:26:46

18      including but not limited to:  its purpose   17:26:48

19      and identification of those involved in its   17:26:50

20      development; how the technology functioned;   17:26:52

21      the APIs and permissions associated with   17:26:55

22      friend-sharing; the communication of this   17:26:59

23      technology to users, including the drafting   17:27:01

24      of Facebook's Terms of Service, SRR, and Data   17:27:04

25      and Privacy Policies relating to   17:27:09

Page 63

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | friend-sharing; and the revenue impact and | 17:27:11 |
| 2 | net profits for Facebook relating to | 17:27:15 |
| 3 | friend-sharing throughout the Class Period." | 17:27:16 |
| 4 | Did I read that correctly? | 17:27:19 |
| 5 | A.  You read that correctly. | 17:27:21 |
| 6 | Q.  And my understanding from communications | 17:27:23 |
| 7 | from your counsel is that you have not prepared or | 17:27:26 |
| 8 | been prepared to testify about the following | 17:27:30 |
| 9 | clause: | 17:27:34 |
| 10 | "...the communication of this technology | 17:27:35 |
| 11 | to users, including the drafting of | 17:27:36 |
| 12 | Facebook's Terms of Service, SRR, and Data | 17:27:39 |
| 13 | and Privacy Policies relating to | 17:27:43 |
| 14 | friend-sharing." | 17:27:44 |
| 15 | Is that correct? | 17:27:46 |
| 16 | A.  That's correct with my understanding, yes. | 17:27:47 |
| 17 | Q.  And, sir, over the course of your | 17:27:50 |
| 18 | employment at Facebook, have you developed personal | 17:27:51 |
| 19 | knowledge of the topic I just read? | 17:27:54 |
| 20 | A.  My personal knowledge would cover that to | 17:28:03 |
| 21 | some degree, yes. | 17:28:05 |
| 22 | Q.  Mr. Cross, tell me what you did to prepare | 17:28:07 |
| 23 | to testify regarding Topic 6. | 17:28:11 |
| 24 | A.  I spoke to a number of people inside the | 17:28:16 |
| 25 | company.  I reviewed the documents that have been | 17:28:18 |

Page 64

| | | |
|---|---|---|
| 1 | produced in this case, both some documents that my | 17:28:25 |
| 2 | legal team shared with me and the documents that | 17:28:30 |
| 3 | you have shared with me. | 17:28:34 |
| 4 | I also spent some time looking at the | 17:28:36 |
| 5 | Facebook developer website as it was in the past to | 17:28:39 |
| 6 | understand how -- how the platform originally | 17:28:45 |
| 7 | worked would refresh my memory. | 17:28:50 |
| 8 | Q.  And as to the statement you just made, | 17:28:54 |
| 9 | where did you go to find how the Developer Platform | 17:28:57 |
| 10 | existed in the past? | 17:29:02 |
| 11 | A.  I used the Wayback Machine, otherwise | 17:29:05 |
| 12 | known as archive.org, I think, is its address. | 17:29:12 |
| 13 | Q.  Okay.  So you didn't use any system or | 17:29:17 |
| 14 | tool within the Facebook structure. | 17:29:20 |
| 15 | A.  Not to access the previous versions of the | 17:29:24 |
| 16 | Facebook developer website, no. | 17:29:26 |
| 17 | Q.  And I asked you about whether you had | 17:29:30 |
| 18 | personal knowledge of the communication subtopic. | 17:29:32 |
| 19 | With regard to the remainder of the topics | 17:29:36 |
| 20 | covered by Topic 6, over the course of your | 17:29:38 |
| 21 | employment, did you develop personal knowledge of | 17:29:41 |
| 22 | those topics as well? | 17:29:43 |
| 23 | A.  Given my involvement in this product area, | 17:29:47 |
| 24 | I did develop personal knowledge of how these | 17:29:50 |
| 25 | things worked. | 17:29:54 |

Page 65

CONFIDENTIAL

```
 1          Q.  And is there any component of this notice        17:29:56

 2     that is a topic that the sole source of your             17:29:58

 3     knowledge is the preparation you did for this            17:30:03

 4     deposition?                                               17:30:06

 5          A.  Give me a second just to read the terms         17:30:10

 6     again.                                                    17:30:15

 7               (Reviewing document.)                           17:30:19

 8               THE WITNESS:  And your question was the --     17:30:26

 9     the -- in preparing -- sorry.                            17:30:29

10               Just repeat your question again.               17:30:31

11               Is it the sole thing is my personal            17:30:33

12     experience, or the sole thing is not my personal         17:30:36

13     experience?                                               17:30:38

14     BY MR. LOESER:                                            17:30:39

15          Q.  Not your personal experience.                   17:30:39

16               I'm trying to find out if there's any          17:30:40

17     aspect of this that you only know about because of       17:30:43

18     the preparations that you did for this deposition        17:30:45

19     today.                                                    17:30:47

20          A.  Of those, the -- the revenue impact and        17:30:49

21     net profits is an area that I was not closely           17:30:51

22     involved in at the time.  And so in trying to            17:30:54

23     answer your forthcoming questions on that topic,         17:30:59

24     I'll be primarily, if not exclusively, relying on        17:31:04

25     the preparation I've done and the documents I've         17:31:07
```

Page 66

| | | |
|---|---|---|
| 1 | read. | 17:31:09 |
| 2 | Q.  And for that particular issue, what | 17:31:11 |
| 3 | preparation did you do? | 17:31:15 |
| 4 | A.  I reviewed a set of documents that had | 17:31:18 |
| 5 | been produced in this -- in this case, and I asked | 17:31:21 |
| 6 | some of the people that I spoke to in preparation | 17:31:25 |
| 7 | what their recollection was around assessments of | 17:31:30 |
| 8 | revenue impact and net profits. | 17:31:34 |
| 9 | Q.  And who were the people that you spoke to | 17:31:38 |
| 10 | on that topic? | 17:31:41 |
| 11 | A.  I would have spoken to Eddie O'Neil, | 17:31:45 |
| 12 | Ime Archibong, and -- I'm trying to remember who I | 17:31:52 |
| 13 | spoke to about what -- and I think Francisco | 17:32:01 |
| 14 | Varela. | 17:32:14 |
| 15 | Q.  Mr. Cross, based on your preparation with | 17:32:21 |
| 16 | regard to Topic 6, do you believe you are | 17:32:25 |
| 17 | reasonably educated to testify on these matters, | 17:32:28 |
| 18 | with the one caveat of the communication piece? | 17:32:31 |
| 19 | A.  I've done my best to be prepared to | 17:32:34 |
| 20 | testify on these matters, yes. | 17:32:36 |
| 21 | Q.  Okay.  So do you believe you are | 17:32:37 |
| 22 | reasonably educated to testify on these matters? | 17:32:39 |
| 23 | A.  I believe I'm reasonably educated to | 17:32:43 |
| 24 | testify on these matters. | 17:32:46 |
| 25 | Q.  And do you agree that the notice concerns | 17:32:47 |

Page 67

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | information that is known or reasonably available | 17:32:50 |
| 2 | to Facebook? | 17:32:53 |
| 3 | A.  That matches my understanding; yes, known | 17:32:56 |
| 4 | or reasonably available to Facebook. | 17:33:02 |
| 5 | Q.  So let's look more at Topic 6. | 17:33:05 |
| 6 | And this topic, obviously, concerns | 17:33:08 |
| 7 | friend-sharing.  Right? | 17:33:16 |
| 8 | A.  The topic concerns the development of | 17:33:19 |
| 9 | friend-sharing, as I understand it, yes. | 17:33:22 |
| 10 | Q.  And tell me:  What was the purpose of | 17:33:24 |
| 11 | friend-sharing for Facebook? | 17:33:26 |
| 12 | A.  To help me answer that, can you define for | 17:33:30 |
| 13 | me what you think you mean by the phrase | 17:33:32 |
| 14 | "friend-sharing"? | 17:33:34 |
| 15 | Q.  That is an excellent question, and so let | 17:33:35 |
| 16 | me ask you: | 17:33:38 |
| 17 | How does Facebook -- what does Facebook | 17:33:40 |
| 18 | mean by the term "friend-sharing"? | 17:33:42 |
| 19 | A.  In this context, my understanding of the | 17:33:47 |
| 20 | phrase "friend-sharing" is where a Facebook | 17:33:51 |
| 21 | application would be able to access some | 17:33:54 |
| 22 | information about an app user's friends that hadn't | 17:33:58 |
| 23 | necessarily explicitly used that application. | 17:34:04 |
| 24 | Q.  And can we expand the definition to also | 17:34:11 |
| 25 | cover the context in which private APIs are used to | 17:34:14 |

Page 68

| | | |
|---|---|---|
| 1 | give access to friend information, or would that be | 17:34:19 |
| 2 | covered by what you said? | 17:34:24 |
| 3 | A.  It's hard to answer that question given | 17:34:30 |
| 4 | the -- the definition of "private API" being a wide | 17:34:31 |
| 5 | range of things would be classified or classifiable | 17:34:37 |
| 6 | as private APIs; many not limited -- or not | 17:34:40 |
| 7 | involving friend-sharing in any way. | 17:34:46 |
| 8 | Q.  And I appreciate that, and so I'm asking | 17:34:48 |
| 9 | specifically about private APIs that provided | 17:34:51 |
| 10 | access to friend-sharing information. | 17:34:54 |
| 11 | I mean, I guess I should ask:  Private | 17:35:01 |
| 12 | APIs did, in fact, for some partners provide access | 17:35:03 |
| 13 | to friend information.  Right? | 17:35:06 |
| 14 | A.  There were some partners who had access to | 17:35:12 |
| 15 | information that users had authorized the | 17:35:18 |
| 16 | application to access that included friend | 17:35:23 |
| 17 | information. | 17:35:29 |
| 18 | Q.  Okay.  And so when I use the phrase | 17:35:30 |
| 19 | "friend-sharing" for purposes of this deposition, I | 17:35:33 |
| 20 | intend to mean any friend-sharing, when it was via | 17:35:35 |
| 21 | private APIs or otherwise via APIs on the Platform. | 17:35:40 |
| 22 | Is that fair? | 17:35:46 |
| 23 | A.  I think we should -- I'll try and call out | 17:35:49 |
| 24 | where that distinction is important because there's | 17:35:52 |
| 25 | a number of different ways in this -- that these | 17:35:56 |

Page 69

| | | |
|---|---|---|
| 1 | things worked. | 17:36:00 |
| 2 | I understand your -- your initial | 17:36:01 |
| 3 | understanding of -- I refer back to my definition | 17:36:04 |
| 4 | of "friend-sharing," and I will try and -- I will | 17:36:08 |
| 5 | try and call out where I see a distinction between | 17:36:12 |
| 6 | friend-sharing as it was available to regular, | 17:36:16 |
| 7 | nonwhitelisted developers and via private APIs. | 17:36:21 |
| 8 | Q.  I appreciate that.  And I have some | 17:36:28 |
| 9 | questions, too, that separate along those lines, so | 17:36:29 |
| 10 | I think that will work quite well. | 17:36:32 |
| 11 | And I asked you what the purpose of | 17:36:34 |
| 12 | "friend-sharing" was. | 17:36:35 |
| 13 | So with that definition of | 17:36:37 |
| 14 | "friend-sharing," can you describe what the purpose | 17:36:37 |
| 15 | was? | 17:36:39 |
| 16 | A.  Friend-sharing was an inherent part of the | 17:36:42 |
| 17 | Facebook Platform as it was built, starting in | 17:36:47 |
| 18 | 2007, to allow app developers to build engaging | 17:36:50 |
| 19 | social experiences. | 17:36:55 |
| 20 | In many cases, a user would be the first | 17:37:02 |
| 21 | person to -- they know to authorize an application, | 17:37:05 |
| 22 | and in order for that application to build an | 17:37:12 |
| 23 | engaging social experience, the application would | 17:37:14 |
| 24 | have access to a subset of the information that | 17:37:18 |
| 25 | that user could see on Facebook. | 17:37:23 |

Page 70

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | The original premise of the Facebook | 17:37:26 |
| 2 | Platform is the -- the app that a user was | 17:37:28 |
| 3 | authorizing would be able to see things that they | 17:37:34 |
| 4 | could also see on Facebook. | 17:37:39 |
| 5 | Q.  And who came up with the idea of | 17:37:43 |
| 6 | friend-sharing? | 17:37:45 |
| 7 | Is there a particular person? | 17:37:46 |
| 8 | A.  I don't know.  We -- I don't know the | 17:37:49 |
| 9 | specific name of the person who came up with | 17:37:54 |
| 10 | friend-sharing. | 17:37:56 |
| 11 | The ability to access information about | 17:37:57 |
| 12 | the friends of a person using an application was, | 17:38:04 |
| 13 | as I understand it, part of the Facebook Developer | 17:38:10 |
| 14 | Platform from its inception; and so the people | 17:38:12 |
| 15 | involved in developing the Facebook Platform would | 17:38:15 |
| 16 | have been the people determining how it operated. | 17:38:17 |
| 17 | Q.  And was Mark Zuckerberg involved in the | 17:38:23 |
| 18 | development of the platform? | 17:38:27 |
| 19 | A.  There were a number of people involved in | 17:38:31 |
| 20 | the development of the platform circa 2007, when it | 17:38:33 |
| 21 | was launched.  I imagine Mark was aware that this | 17:38:36 |
| 22 | platform was launching.  I don't know how much he | 17:38:41 |
| 23 | was involved in the development of the platform. | 17:38:45 |
| 24 | Q.  And do you know if Mark Zuckerberg had | 17:38:49 |
| 25 | anything to say one way or the other about whether | 17:38:55 |

Page 71

CONFIDENTIAL

```
 1    friend-sharing should be part of the platform at      17:38:57

 2    its outset?                                            17:38:59

 3        A.  I have not seen any documents or              17:39:01

 4    communication that would indicate how the decisions   17:39:04

 5    as to how the platform was designed were -- were      17:39:11

 6    come to.                                               17:39:14

 7        Q.  And would you agree that the                  17:39:17

 8    friend-sharing APIs provided a significant amount     17:39:21

 9    of information about users to app developers?         17:39:27

10        A.  Can you help me understand what you mean      17:39:33

11    by the "friend-sharing APIs"?                         17:39:34

12            That's not a term I'm familiar with.          17:39:36

13        Q.  Well, what is the term you use to describe    17:39:38

14    the different APIs that provided for access to        17:39:40

15    friend information?                                    17:39:44

16        A.  They would just be called the "APIs."  The    17:39:48

17    Likes API, for example, would be one.  And then       17:39:52

18    that API could be called in a number of different     17:39:57

19    contexts.                                              17:40:00

20        Q.  And weren't there a number of APIs that       17:40:01

21    had the word "friends" in them?                       17:40:04

22        A.  There were a number of permissions that       17:40:08

23    had the words "friends" in them.  There may have      17:40:10

24    been some APIs with the word "friends" in, but I --   17:40:14

25    again, the difference between APIs and permissions    17:40:18
```

Page 72

| | | |
|---|---|---|
| 1 | is an important concept to draw. | 17:40:21 |
| 2 | Q.   Okay.   Well, let's talk about permissions, | 17:40:24 |
| 3 | then. | 17:40:26 |
| 4 | So when I've seen lists of what I've been | 17:40:27 |
| 5 | referring to as "APIs" that say "friends video | 17:40:30 |
| 6 | watch" or "friends posts" or "friends whatever," | 17:40:33 |
| 7 | I've been -- I think of those as APIs. | 17:40:36 |
| 8 | But you're telling me I should think of | 17:40:39 |
| 9 | those as permissions. | 17:40:42 |
| 10 | A.   There's a -- in Graph API Version 1, there | 17:40:44 |
| 11 | was a specific set of permissions that were | 17:40:47 |
| 12 | referred to as the "friends permissions." | 17:40:50 |
| 13 | And I think that's the most proper way to | 17:40:53 |
| 14 | refer to them. | 17:40:57 |
| 15 | Q.   And were friends permissions widely used | 17:40:59 |
| 16 | permissions prior to the implementation of | 17:41:03 |
| 17 | Graph API Version 2? | 17:41:06 |
| 18 | A.   Can you help me understand what you mean | 17:41:09 |
| 19 | by "widely used"? | 17:41:10 |
| 20 | Q.   Well, what does that term just naturally | 17:41:13 |
| 21 | mean to you? | 17:41:17 |
| 22 | A.   It could mean a number of different | 17:41:18 |
| 23 | things.   It could mean whether or not they were | 17:41:20 |
| 24 | frequently asked by applications; regularly granted | 17:41:23 |
| 25 | by users. | 17:41:31 |

Page 73

```
1              Hard to answer without the specifics.        17:41:32

2         Q.  Well, let's start with frequently called      17:41:34

3    by applications.                                        17:41:36

4              Were friends permissions frequently called    17:41:40

5    by applications?                                        17:41:42

6         A.  They were -- friend permissions were          17:41:45

7    certainly requested by many applications, but many      17:41:48

8    applications -- I think the majority of                17:41:51

9    applications on the Facebook Developer Platform         17:41:55

10   would not have requested -- would not have              17:41:58

11   typically requested access to friends information.      17:42:00

12        Q.  And -- but a tremendous volume of user         17:42:04

13   data was made accessible through friends                17:42:08

14   permissions, wouldn't you say?                          17:42:11

15        A.  I am not sure what you mean by                 17:42:14

16   "tremendous."                                           17:42:15

17             The friend permissions allowed               17:42:17

18   applications on the Facebook Platform to access         17:42:20

19   information about an app user's friends.                17:42:22

20        Q.  And Facebook was concerned about the           17:42:25

21   amount of information that was made available via       17:42:27

22   the friends permissions.  Correct?                      17:42:30

23        A.  There were discussions internally about        17:42:34

24   how the friend permissions were being used by           17:42:38

25   applications.                                           17:42:42
```

Page 74

| | | |
|---|---|---|
| 1 | MR. LOESER:  Why don't we put up an | 17:42:53 |
| 2 | exhibit.  And -- Tab 4, which would be 331 now? | 17:42:54 |
| 3 | 332.  All right.  We're going to mark | 17:43:03 |
| 4 | Exhibit 332. | 17:43:06 |
| 5 | (Deposition Exhibit 332 was marked for | 17:43:07 |
| 6 | identification.) | 17:43:09 |
| 7 | BY MR. LOESER: | 17:43:12 |
| 8 | Q.  And over the course of the day, I'm going | 17:43:12 |
| 9 | to be referring to "tabs."  That's really just for | 17:43:15 |
| 10 | our benefit over here.  A document will magically | 17:43:18 |
| 11 | appear on your screen that are tabs for me but are | 17:43:21 |
| 12 | Bates numbers for you.  So -- and exhibit numbers. | 17:43:25 |
| 13 | This is a slipcover sheet which is not the | 17:43:34 |
| 14 | document itself that has the metadata for the | 17:43:37 |
| 15 | document. | 17:43:39 |
| 16 | So if we can go to the next page of the | 17:43:40 |
| 17 | document, I'm showing you an email from the name | 17:43:42 |
| 18 | that we can't say that we have agreed to call "KP" | 17:43:45 |
| 19 | to a number of people, including Allison Hendrix, | 17:43:50 |
| 20 | dated September 27, 2013. | 17:43:54 |
| 21 | Is that the document that's in front of | 17:43:57 |
| 22 | you? | 17:44:00 |
| 23 | A.  That's the document I see, yes. | 17:44:01 |
| 24 | Q.  And can you look at the first paragraph, | 17:44:09 |
| 25 | the first full paragraph of that document? | 17:44:11 |

Page 75

| | | |
|---|---|---|
| 1 | A. Yep. | 17:44:16 |
| 2 | Q. And KP writes: | 17:44:17 |
| 3 | "Hello, all, A quick update from my end. | 17:44:18 |
| 4 | The spreadsheet with the ███████████ | 17:44:21 |
| 5 | ██████ has now been updated with the number | 17:44:22 |
| 6 | ████████████████ in the course of | 17:44:26 |
| 7 | ██████ This is an indication of the volume | 17:44:30 |
| 8 | of identity required by those third parties. | 17:44:32 |
| 9 | I must admit, I was surprised to find out | 17:44:35 |
| 10 | that we are giving out a lot here for no | 17:44:38 |
| 11 | obvious reason...just to give you an idea." | 17:44:42 |
| 12 | A. You missed the word "data" between | 17:44:44 |
| 13 | "identity" and "required," I think, but other than | 17:44:46 |
| 14 | that, you got -- | 17:44:48 |
| 15 | Q. Thank you. | 17:44:49 |
| 16 | And do you understand what "identity data" | 17:44:50 |
| 17 | is? | 17:44:52 |
| 18 | A. It's hard for me here to be -- to know | 17:44:56 |
| 19 | specifically what he's referring to, but -- yeah, | 17:44:59 |
| 20 | so it's hard for me to know explicitly what he is | 17:45:06 |
| 21 | referring to. | 17:45:09 |
| 22 | In my personal capacity, I would | 17:45:09 |
| 23 | understand that to mean -- no, I'm not sure I could | 17:45:13 |
| 24 | conclusively say what he's referring to by | 17:45:24 |
| 25 | "identity data." | 17:45:26 |

Page 76

```
 1          Q.  Could it be information about Facebook      17:45:28

 2     users?                                               17:45:30

 3          Does that seem like a reasonable                17:45:31

 4     interpretation of that phrase?                       17:45:32

 5          A.  Looking at the API call here, this          17:45:35

 6     would -- my understanding is this is referring to    17:45:40

 7     the number of requests to a user ID, like a user --  17:45:43

 8     the user -- what we would call the "user method" of  17:45:49

 9     the Graph API.                                       17:45:52

10          Q.  Okay.  And is it a fair interpretation      17:45:54

11     that KP was surprised at the volume of identity      17:45:57

12     data -- identity data acquired by third parties who  17:46:02

13     were calling on friends permissions?                 17:46:06

14          A.  No.                                         17:46:13

15          Q.  How do you interpret this email?            17:46:16

16          A.  I interpret this as he uses the word        17:46:19

17     "surprised," and he uses the phrase "identity        17:46:24

18     data."                                               17:46:29

19          But the three -- there were -- two of the       17:46:31

20     three examples here are -- one of the three          17:46:34

21     examples is about the user method, and the friends   17:46:37

22     list and the user feed are two of the other three    17:46:42

23     things he talks about here.                          17:46:45

24          He does not specifically refer in this          17:46:48

25     email to friends data.                               17:46:50
```

Page 77

```
 1        Q.  And what do you think he means when he          17:46:54

 2   says -- or what -- how would Facebook interpret the      17:46:56

 3   phrase that he was "surprised to find out we were        17:46:59

 4   giving out a lot here for no obvious reason"?            17:47:01

 5        A.  My interpretation is that the ███████           17:47:09

 6   ██████  seems -- he's -- he's surprised by the           17:47:12

 7   █████████████, although it doesn't refer                 17:47:20

 8   specifically to the amount of data that was made         17:47:25

 9   available.                                               17:47:27

10        Q.  And why would the -- why did the ███████        17:47:30

11   ████████  matter?                                        17:47:33

12        A.  The ████████████████  is an easily              17:47:37

13   identifiable, retrievable number.  It's potentially      17:47:40

14   indicative of the ███████████████  that those            17:47:48

15   mentioned apps were ███████████████                      17:47:53

16        Q.  And if you look at the first example he         17:47:59

17   provides here, ████████████████████████                  17:48:03

18   █████████ ███████████████████████████  I                 17:48:07

19   interpret this to mean ██████  monthly average           17:48:15

20   users.  Is that right?                                   17:48:18

21        A.  "MAUs" means monthly active users.              17:48:21

22        Q.  So ████████████████  monthly active             17:48:26

23   users, right, according to this?                         17:48:29

24        A.  According to this, when the data was            17:48:32

25   pulled by whoever pulled the data, it suggests that      17:48:33
```

Page 78

```
 1          ████████████████    monthly active users.              17:48:37

 2          Q.  Okay.  And it had what appears to be              17:48:41

 3    ████████████████████████████                                17:48:43

 4          Is that what that says?                                17:48:47

 5          A.  That's what I read from the document.             17:48:48

 6          Q.  So there were 138 times more requests than         17:48:51

 7    there were users in the last 30 days.                        17:48:55

 8          A.  I can't do the math in my head, but I             17:49:00

 9    understand --                                                17:49:03

10          Q.  He has it -- yeah, sorry to interrupt, but        17:49:04

11    the math is there.  It says "138X."  Right?                 17:49:07

12          A.  I see "138S" on the page, yeah.                   17:49:10

13          Q.  You're saying that you're not sure his           17:49:13

14    math is right, but -- right?                                 17:49:14

15          A.  Yeah, I'm not doing a -- I'm not doing the        17:49:17

16    math in my head.  I'm just reading the numbers off          17:49:19

17    the page.                                                    17:49:22

18          Q.  And what does it suggest to Facebook if --        17:49:22

19    if there are 138 times as many requests for                 17:49:26

20    identity data than there are monthly active users?          17:49:31

21          A.  It might suggest that the app was not very        17:49:37

22    efficiently developed.                                       17:49:40

23          Q.  Might it also suggest that the app was            17:49:43

24    obtaining information in ways that weren't related          17:49:45

25    to the use case for the app?                                 17:49:51
```

Page 79

| | | |
|---|---|---|
| 1 | A.  It might mean that the app was making | 17:49:56 |
| 2 | requests for user data.  It doesn't necessarily | 17:49:59 |
| 3 | indicate that that's inappropriate given the use | 17:50:02 |
| 4 | case of the app. | 17:50:08 |
| 5 | Q.  Okay.  But here in this email.  KP | 17:50:09 |
| 6 | indicated that he was "surprised to find out that | 17:50:12 |
| 7 | we were giving out a lot -- giving out a lot here | 17:50:15 |
| 8 | for no obvious reason." | 17:50:18 |
| 9 | And then he says, "Just to give you an | 17:50:20 |
| 10 | idea," and he indicates how much is being given | 17:50:22 |
| 11 | out.  Right? | 17:50:24 |
| 12 | A.  Well, he's indicating ████████████ | 17:50:25 |
| 13 | were made in a ███████████, but he's not making | 17:50:27 |
| 14 | any assertion or diagnosis as to why that was the | 17:50:31 |
| 15 | way it was. | 17:50:40 |
| 16 | Q.  Right.  But he's indicating that it's -- | 17:50:41 |
| 17 | that -- those figures he provided may satisfy and | 17:50:46 |
| 18 | provide meaning to the statement, "giving out a lot | 17:50:50 |
| 19 | here," would you say? | 17:50:53 |
| 20 | A.  I think he's -- by "giving out a lot," | 17:50:56 |
| 21 | he's likely referring to the number of API calls | 17:50:59 |
| 22 | made, but it doesn't necessarily refer to -- it | 17:51:02 |
| 23 | doesn't necessarily mean he's diagnosed that -- you | 17:51:09 |
| 24 | know, information about different users is being | 17:51:14 |
| 25 | exposed here. | 17:51:17 |

Page 80

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | It's eminently possible that Sunrise | 17:51:19 |
| 2 | queried the API for its app users very | 17:51:23 |
| 3 | inefficiently. | 17:51:28 |
| 4 | Q.  And for Facebook, is that considered | 17:51:31 |
| 5 | somewhat of a red flag? | 17:51:33 |
| 6 | A.  I think there's a number of reasons why | 17:51:39 |
| 7 | Facebook might be interested in how applications | 17:51:41 |
| 8 | are calling the API. | 17:51:43 |
| 9 | One example might be that if the app is | 17:51:45 |
| 10 | developed inefficiently, then there is an impact on | 17:51:50 |
| 11 | Facebook's ability to serve those requests 'cause | 17:51:54 |
| 12 | every time the API is called, a lot of code has to | 17:51:57 |
| 13 | be run. | 17:52:01 |
| 14 | Q.  And do you think that's what KP was | 17:52:04 |
| 15 | sending this email about? | 17:52:08 |
| 16 | A.  I'm not -- there's no reference here as to | 17:52:13 |
| 17 | exactly what -- whether or not that was a reason | 17:52:15 |
| 18 | that KP was sending this email. | 17:52:19 |
| 19 | I think my understanding from reading this | 17:52:21 |
| 20 | is that KP was curious as to the ███████ | 17:52:24 |
| 21 | relative to the ███████████████ of | 17:52:32 |
| 22 | the app. | 17:52:36 |
| 23 | Q.  And in the context of the subject of this | 17:52:39 |
| 24 | email, which is ███████████████████ | 17:52:42 |
| 25 | ██████████ what do you think KP -- what was | 17:52:45 |

Page 81

```
 1    Facebook's concern about ████████        17:52:49

 2         A.  From this email, it's hard to know     17:52:58

 3    specifically what the issue was.  I -- I was not on  17:53:00

 4    this email thread in a personal capacity, and I was  17:53:05

 5    unable to talk to KP about what he meant because     17:53:11

 6    he's no longer at the company.                17:53:15

 7         Q.  And in stepping away from this email, was  17:53:19

 8    Facebook aware that friends permissions were often   17:53:23

 9    called by apps in ways that exceeded the use case    17:53:29

10    for the app?                                  17:53:35

11         A.  At the time there was a number of        17:53:40

12    discussions about how apps were using the           17:53:41

13    information they got via the API.  One of those      17:53:46

14    reasons would have been that there were some         17:53:53

15    questions about how that information was being       17:53:58

16    used.                                         17:54:00

17         Q.  And what's the time frame you're referring 17:54:02

18    to in your answer?                            17:54:04

19         A.  My answer here, I'm referring to around   17:54:08

20    2013, the -- roughly when I have reviewed documents  17:54:12

21    about this time, where there was a number of        17:54:15

22    discussions taking place about how apps were using   17:54:18

23    the Facebook Developer Platform and which           17:54:23

24    particular APIs and permissions they were using.    17:54:27

25         Q.  The way friend-sharing was set up, a     17:54:33
```

Page 82

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Facebook user decided whether an app or integration | 17:54:35 |
| 2 | partner got access to the user's friend data. | 17:54:39 |
| 3 | Right? | 17:54:43 |
| 4 | A.  The way the Facebook Platform worked is | 17:54:44 |
| 5 | that users would authorize an application to access | 17:54:46 |
| 6 | their information.  They could also, in API | 17:54:49 |
| 7 | Version 1 and before, grant the application access | 17:54:56 |
| 8 | to information about -- some information about that | 17:54:58 |
| 9 | user's friends who had not -- who were not | 17:55:05 |
| 10 | necessarily using the application. | 17:55:07 |
| 11 | Q.  Okay.  And on an app-by-app basis, the | 17:55:09 |
| 12 | friends themselves did not have a say in whether | 17:55:16 |
| 13 | their information was made available to the app | 17:55:19 |
| 14 | that their friend used.  Right? | 17:55:20 |
| 15 | A.  My understanding is that developers -- | 17:55:24 |
| 16 | users could opt out of the Facebook Developer | 17:55:27 |
| 17 | Platform, and that would prevent their information | 17:55:29 |
| 18 | being shared with most third parties. | 17:55:33 |
| 19 | Q.  Okay.  And that -- and let me make sure I | 17:55:37 |
| 20 | understand your testimony. | 17:55:41 |
| 21 | The only way to stop your friends from | 17:55:43 |
| 22 | sharing your information with an app was to turn | 17:55:45 |
| 23 | off apps altogether on the Platform.  Is that | 17:55:47 |
| 24 | right? | 17:55:49 |
| 25 | A.  The controls available to users changed | 17:55:54 |

Page 83

| | | |
|---|---|---|
| 1 | over time.  For a period, there was a way for users | 17:55:57 |
| 2 | to access a setting -- an area of settings called | 17:56:04 |
| 3 | "Apps Others Use" -- I think I'm getting that | 17:56:08 |
| 4 | right -- which allowed them to control which | 17:56:11 |
| 5 | subsets of their information were available to | 17:56:14 |
| 6 | applications via the friend permissions. | 17:56:19 |
| 7 | Q.  And what period was that choice available? | 17:56:22 |
| 8 | A.  I don't know specifically when that -- | 17:56:31 |
| 9 | those settings were made available or were removed. | 17:56:33 |
| 10 | It was certainly available, as I understand it, in | 17:56:37 |
| 11 | around 2014. | 17:56:40 |
| 12 | Q.  And why was that choice taken away from | 17:56:48 |
| 13 | users? | 17:56:51 |
| 14 | A.  My understanding is that that area of | 17:56:52 |
| 15 | settings was removed when there were no or few | 17:56:54 |
| 16 | third-party applications that had access to that | 17:57:04 |
| 17 | information via the APIs. | 17:57:08 |
| 18 | Q.  And do you have an understanding -- or | 17:57:15 |
| 19 | what is Facebook -- well, strike that. | 17:57:16 |
| 20 | What was the time period for which the | 17:57:18 |
| 21 | only way to stop your friends from sharing | 17:57:20 |
| 22 | information was to turn off apps altogether on the | 17:57:23 |
| 23 | Platform? | 17:57:25 |
| 24 | A.  To answer that question, I'd need to know | 17:57:29 |
| 25 | exactly when the Apps Others Use setting was | 17:57:31 |

Page 84

```
 1    introduced, which is a date I don't have, I'm          17:57:36

 2    afraid.                                                 17:57:38

 3        Q.  Okay.  And will you follow up and provide      17:57:39

 4    that information?                                       17:57:41

 5            You would provide it to your counsel, who      17:57:46

 6    can provide it to us.                                   17:57:47

 7        A.  I'm sure we could try and attempt to           17:57:49

 8    follow up on determining when those settings            17:57:51

 9    were -- were introduced.                                17:57:54

10        Q.  And where would you go to search for the       17:57:57

11    answer to that question?                                17:57:59

12        A.  My immediate step would be to ask the          17:58:08

13    engineers who had worked on that feature or may         17:58:10

14    have worked on that feature to try and identify         17:58:15

15    when that feature was made available.                   17:58:20

16        Q.  Thank you.  During the time that the only      17:58:27

17    way to turn off -- or to block your friend from         17:58:29

18    sharing your information was by turning off apps         17:58:33

19    altogether, can you explain why friend-sharing was      17:58:37

20    set up that way?                                        17:58:41

21        A.  The original design of the Facebook            17:58:45

22    Platform rested on a very simple premise, which is      17:58:47

23    that the user has access to information by using        17:58:54

24    Facebook, and the user could allow apps to access       17:58:58

25    the information that they could see on Facebook,        17:59:04
```

Page 85

| | | |
|---|---|---|
| 1 | and that would allow those applications to build | 17:59:06 |
| 2 | rich, engaging social experiences. | 17:59:11 |
| 3 | That was the simple, clear, founding | 17:59:14 |
| 4 | premise of the Facebook Developer Platform. | 17:59:18 |
| 5 | Q.  From your testimony, it sounds like, just | 17:59:22 |
| 6 | from a technical standpoint, it is possible for | 17:59:25 |
| 7 | Facebook to provide a setting through which, on an | 17:59:27 |
| 8 | app-by-app basis, Facebook users can determine | 17:59:32 |
| 9 | whether their friends share their information. | 17:59:37 |
| 10 | Right? | 17:59:44 |
| 11 | A.  The testimony I think you're referring to | 17:59:44 |
| 12 | from a few minutes ago refers to a set of settings | 17:59:46 |
| 13 | called "Apps Others Use," which allowed users to | 17:59:50 |
| 14 | opt out of certain types of their information being | 17:59:55 |
| 15 | shared with any apps their friend used. | 17:59:59 |
| 16 | My understanding is that was not an | 18:00:03 |
| 17 | app-by-app setting. | 18:00:05 |
| 18 | Q.  Okay.  I want to make sure I understand | 18:00:10 |
| 19 | that. | 18:00:13 |
| 20 | So was there any time when a Facebook user | 18:00:13 |
| 21 | could block a particular app that one of their | 18:00:18 |
| 22 | friends used? | 18:00:23 |
| 23 | Let's call the app "friend's app."  So was | 18:00:25 |
| 24 | there at any time a setting where a user would have | 18:00:30 |
| 25 | the option of saying no to a friend's app getting | 18:00:32 |

Page 86

| | | |
|---|---|---|
| 1 | their information because their friend used that | 18:00:37 |
| 2 | app? | 18:00:40 |
| 3 | A.  The feature that enables -- there was a | 18:00:42 |
| 4 | feature called "Blocks" which allows a user to | 18:00:47 |
| 5 | block a specific application. | 18:00:50 |
| 6 | My understanding is that that would mean | 18:00:52 |
| 7 | the application would not have access to their | 18:00:55 |
| 8 | information by the -- | 18:00:58 |
| 9 | Q.  So would the user get a notice, say, from | 18:01:04 |
| 10 | friend's app that said, "Your friend wants to share | 18:01:07 |
| 11 | your information.  Do you -- are you providing -- | 18:01:11 |
| 12 | like, will you authorize that?" | 18:01:13 |
| 13 | Is that how it functioned? | 18:01:15 |
| 14 | A.  The way friend-sharing worked was that a | 18:01:17 |
| 15 | user could authorize an application, grant | 18:01:20 |
| 16 | permissions to that application to access -- well, | 18:01:24 |
| 17 | actually, let me back up. | 18:01:28 |
| 18 | The -- the permissions were introduced | 18:01:30 |
| 19 | into the API sometime after the Facebook Developer | 18:01:33 |
| 20 | Platform was first launched. | 18:01:39 |
| 21 | When -- in the original version, when a | 18:01:44 |
| 22 | friend -- when a user authorized an application, | 18:01:46 |
| 23 | that application had access to information about | 18:01:48 |
| 24 | that user and some information about that user's | 18:01:52 |
| 25 | friends. | 18:01:55 |

Page 87

| | | |
|---|---|---|
| 1 | There were -- the user -- the user's | 18:01:57 |
| 2 | friends would not get notified that their friend | 18:02:00 |
| 3 | was using the application.  There would be no | 18:02:02 |
| 4 | placebo active notifications. | 18:02:05 |
| 5 | Q.  And what was that time period? | 18:02:08 |
| 6 | A.  The way the permissions -- the granular | 18:02:11 |
| 7 | permissions were launched in April 2010, and so the | 18:02:16 |
| 8 | specific feature I'm referring to there is prior to | 18:02:21 |
| 9 | April 2010, apps would access a range of | 18:02:27 |
| 10 | information without granular permissions needed to | 18:02:35 |
| 11 | be granted. | 18:02:38 |
| 12 | Starting in April 2010, users granted | 18:02:40 |
| 13 | specific permissions to an application determining | 18:02:43 |
| 14 | which data that application had access to. | 18:02:46 |
| 15 | Q.  Right. | 18:02:52 |
| 16 | A.  Through both of those periods, when a user | 18:02:52 |
| 17 | installed an application, their friends would not | 18:02:56 |
| 18 | be notified that they had done so. | 18:02:59 |
| 19 | Q.  Okay.  And was there a point in time when, | 18:03:03 |
| 20 | before a user could share the user's friends | 18:03:04 |
| 21 | information, the users got notice that the app was | 18:03:10 |
| 22 | seeking friends information? | 18:03:13 |
| 23 | A.  I'm not aware of any time where a | 18:03:16 |
| 24 | nonapp-user would be notified that one of their | 18:03:20 |
| 25 | friends was using an application. | 18:03:23 |

Page 88

| | | |
|---|---|---|
| 1 | Q.  Okay.  And why was Facebook set up that | 18:03:26 |
| 2 | way so that friends didn't receive notification | 18:03:29 |
| 3 | when their users -- when their friends were trying | 18:03:33 |
| 4 | to provide access to their information? | 18:03:36 |
| 5 | A.  The original premise of the Facebook | 18:03:41 |
| 6 | Platform was that when a user was using an | 18:03:42 |
| 7 | application, that application had access to, at the | 18:03:48 |
| 8 | limit, potentially, anything that that user would | 18:03:52 |
| 9 | be able to see on Facebook. | 18:03:55 |
| 10 | It was the user taking the information | 18:03:57 |
| 11 | that had been shared with them and making that | 18:03:59 |
| 12 | available to an application. | 18:04:02 |
| 13 | Q.  And have you seen in documents that | 18:04:07 |
| 14 | structure referred to as "authorization by proxy"? | 18:04:10 |
| 15 | A.  I don't recall seeing that phrase in | 18:04:16 |
| 16 | particular. | 18:04:17 |
| 17 | Q.  So, now, could Facebook have set up the | 18:04:24 |
| 18 | platform so that before an app could get access to | 18:04:26 |
| 19 | a person's information, where that person was the | 18:04:30 |
| 20 | friend of someone using the app, that they could | 18:04:33 |
| 21 | have received notice that this app is attempting to | 18:04:36 |
| 22 | gain the nonapp user's information? | 18:04:40 |
| 23 | A.  It's technically possible that when a user | 18:04:50 |
| 24 | authorized an application and granted friends | 18:04:52 |
| 25 | permissions, that a notification could have been | 18:04:58 |

Page 89

| | | |
|---|---|---|
| 1 | sent. That's technically possible. | 18:05:03 |
| 2 | It would have introduced a number of | 18:05:07 |
| 3 | unusual experiences, however. | 18:05:09 |
| 4 | Q. And what do you mean by that? | 18:05:15 |
| 5 | A. So sometimes I'm logging into an | 18:05:21 |
| 6 | application or I'm using an application for the | 18:05:24 |
| 7 | very first time. I'm not necessarily, you know -- | 18:05:26 |
| 8 | I'm using an application for the very first time. | 18:05:30 |
| 9 | It might be unexpected for Facebook to | 18:05:33 |
| 10 | broadcast -- to send a notification to some of my | 18:05:39 |
| 11 | friends that I was using the application. | 18:05:46 |
| 12 | Q. Now, unexpected or not, it would have | 18:05:49 |
| 13 | given those friends the ability to choose not to | 18:05:51 |
| 14 | share information in that context. Right? | 18:05:54 |
| 15 | A. So, again, in this case, the -- the way | 18:05:58 |
| 16 | that the Facebook Developer Platform was originally | 18:06:01 |
| 17 | set up was that an app -- based on the simple | 18:06:03 |
| 18 | founding premise that when -- if there was | 18:06:10 |
| 19 | information that a user could see on Facebook | 18:06:13 |
| 20 | because it had been shared with them on Facebook, | 18:06:15 |
| 21 | the -- that information would also be available to | 18:06:18 |
| 22 | applications that user was using. | 18:06:23 |
| 23 | Q. And were there discussions at Facebook of | 18:06:30 |
| 24 | the pros and cons of that approach to treating | 18:06:33 |
| 25 | information about users' friends? | 18:06:37 |

Page 90

```
 1          A.  I've seen evidence of -- I've seen              18:06:42

 2    evidence of discussions where the -- the impact of        18:06:45

 3    that model was resulting in users being concerned          18:06:49

 4    about the information that they could share with           18:06:55

 5    applications and that their friends might be               18:07:01

 6    sharing with applications, ultimately leading to           18:07:03

 7    the changes made in 2014.                                  18:07:06

 8          Q.  And would it be fair to describe those          18:07:08

 9    concerns as "privacy concerns"?                            18:07:10

10          A.  I think there are a range of concerns as        18:07:13

11    to how information was being shared with                   18:07:15

12    third-party apps through the Developer Platform.           18:07:21

13          Q.  And were privacy concerns included in that      18:07:25

14    range of concerns?                                         18:07:27

15          A.  Privacy would have been -- information          18:07:31

16    expectation would have been one of the concerns           18:07:34

17    that was discussed.                                        18:07:36

18          Q.  And by that, you mean people didn't            18:07:40

19    realize their information was being shared in that         18:07:42

20    way?                                                       18:07:44

21          A.  The -- there was discussion about the fact      18:07:47

22    that some people might not be aware that a friend          18:07:50

23    was using an application and that that friend's --         18:07:56

24    some of that user's friends' information had been          18:08:00

25    shared with the app.                                       18:08:05
```

Page 91

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. LOESER:  Okay.  If we could go to | 18:08:08 |
| 2 | Tab 5. | 18:08:10 |
| 3 | I'm going to introduce what will be marked | 18:08:15 |
| 4 | as Exhibit 333. | 18:08:17 |
| 5 | (Deposition Exhibit 333 was marked for | 18:08:29 |
| 6 | identification.) | 18:08:30 |
| 7 | BY MR. LOESER: | 18:08:31 |
| 8 | Q.  In a moment you'll see an email from | 18:08:32 |
| 9 | David Poll to Eddie O'Neil and also dated | 18:08:35 |
| 10 | December 9, 2013. | 18:08:39 |
| 11 | Do you see that on your screen? | 18:08:42 |
| 12 | A.  I do. | 18:08:44 |
| 13 | Q.  Do you know who David Poll is? | 18:08:44 |
| 14 | A.  David Poll was an employee of Facebook, | 18:08:50 |
| 15 | now Meta, in the past, and I recall him being one | 18:08:54 |
| 16 | of the cofounders of a company called Parse. | 18:08:58 |
| 17 | Q.  And from -- was there discussion at | 18:09:07 |
| 18 | Facebook about who owned friend information; | 18:09:11 |
| 19 | whether it was the user's information or the | 18:09:14 |
| 20 | friends' information? | 18:09:19 |
| 21 | A.  Let me just read the exhibit before I | 18:09:21 |
| 22 | answer your question. | 18:09:23 |
| 23 | Q.  Sure.  And I -- it's a long string, and | 18:09:25 |
| 24 | I'm going to be asking you about some statements | 18:09:29 |
| 25 | made by Eddie O'Neil and David Poll on the second | 18:09:32 |

Page 92

| | | |
|---|---|---|
| 1 | page of the email, if that helps, on the bottom. | 18:09:37 |
| 2 | A.  (Reviewing document.) | 18:09:54 |
| 3 | Okay.  It just scrolled. | 18:09:55 |
| 4 | Q.  Let me apologize.  Let me save some time | 18:09:56 |
| 5 | by just referring you to -- if you go to the second | 18:09:59 |
| 6 | page, this is a chat between Eddie O'Neil and | 18:10:01 |
| 7 | David Poll.  Is that right? | 18:10:04 |
| 8 | A.  This to me represents a chat between Eddie | 18:10:07 |
| 9 | and David, yes. | 18:10:10 |
| 10 | Q.  Okay.  And if you go to the bottom of the | 18:10:11 |
| 11 | second page, about two thirds of the way down, | 18:10:13 |
| 12 | Eddie O'Neil says: | 18:10:17 |
| 13 | "I disagree -- your friends' birthdays | 18:10:19 |
| 14 | aren't yours to take with you.  We let you do | 18:10:22 |
| 15 | that today, and it's created confusion along | 18:10:25 |
| 16 | with ███████████████████  It's also | 18:10:27 |
| 17 | exactly what's gotten us into trouble with | 18:10:29 |
| 18 | ██████ | 18:10:32 |
| 19 | Do you see that? | 18:10:32 |
| 20 | A.  I do see that. | 18:10:33 |
| 21 | Q.  And does this -- does this suggest that at | 18:10:35 |
| 22 | Facebook, there was discussion about who owned -- | 18:10:39 |
| 23 | and I can put in air quotes -- who owned friend | 18:10:43 |
| 24 | information; whether it belonged to the user or | 18:10:46 |
| 25 | belonged to the friends? | 18:10:48 |

Page 93

```
 1        A.  My understanding, this is a discussion        18:10:54

 2   about who -- who did or should have the ability to     18:10:55

 3   choose how information was shared with third           18:11:04

 4   parties.                                               18:11:09

 5        It's -- I'm not sure I'd refer to it as           18:11:10

 6   "who owns," but it's certainly a discussion about      18:11:13

 7   the model or the models for which information could    18:11:19

 8   or should be shared with third parties.                18:11:25

 9        Q.  And what is Mr. O'Neil referring to here      18:11:27

10   when he says "it's created confusion along with        18:11:30

11   ███████████████████████                                18:11:34

12        Do you know what he's talking about?              18:11:35

13        A.  When he's referring to "created              18:11:37

14   confusion," that's, in my understanding, referring     18:11:39

15   to some of the feedback that had been heard from       18:11:43

16   users about how information was being shared with      18:11:50

17   third parties.                                         18:11:57

18        I'm not sure what he's referring to in           18:11:58

19   terms of ██████████████████   in particular.          18:12:02

20        Q.  But Facebook, obviously, knows what          18:12:08

21   ████████████████████  are -- were raised with         18:12:12

22   regard to friends permissions.  Right?                 18:12:22

23        MR. BLUME:  Excuse me.  I object.                18:12:26

24   Privilege.  Potential privilege.  If I may --         18:12:28

25        MR. LOESER:  And let me -- sorry.  Go            18:12:32
```

Page 94

| | | |
|---|---|---|
| 1 | ahead, Mr. Blume. | 18:12:34 |
| 2 | MR. BLUME:  I just was asking permission | 18:12:36 |
| 3 | to instruct the witness unless you want to | 18:12:38 |
| 4 | rephrase. | 18:12:40 |
| 5 | MR. LOESER:  Sure. | 18:12:42 |
| 6 | Q.  Really, the point of my question was, you | 18:12:42 |
| 7 | don't know the answer to this question what the | 18:12:44 |
| 8 | ▮▮▮▮▮▮▮▮▮▮ were, but Facebook knows | 18:12:46 |
| 9 | the answer to that.  Right? | 18:12:49 |
| 10 | A.  Eddie here is likely referring to a -- | 18:12:55 |
| 11 | it's hard to know what the specific "▮▮▮▮▮ | 18:13:00 |
| 12 | ▮▮▮▮▮▮ he's referring to are. | 18:13:02 |
| 13 | So I -- it's hard to answer on behalf of | 18:13:08 |
| 14 | the company in terms of specifically what he's | 18:13:11 |
| 15 | referring to. | 18:13:13 |
| 16 | Q.  And when he refers to -- refers below to | 18:13:15 |
| 17 | "gotten us into trouble with ▮▮▮ do you know | 18:13:19 |
| 18 | what he's referring to? | 18:13:24 |
| 19 | A.  ▮▮▮ was an application that had an | 18:13:26 |
| 20 | unusual behavior.  I don't recall specifically in | 18:13:33 |
| 21 | detail what the application did other than it -- it | 18:13:38 |
| 22 | allowed -- I think, if I remember correctly, women | 18:13:45 |
| 23 | in particular -- specifically women, to rate in | 18:13:50 |
| 24 | some way their friends -- sorry -- rate other | 18:13:52 |
| 25 | people. | 18:13:59 |

Page 95

CONFIDENTIAL

```
 1         But I -- I don't want to get into the --        18:14:01

 2    that's what I remember.  I don't want to get into     18:14:03

 3    the specifics.  I haven't read up on the -- exactly   18:14:06

 4    the specifics of this, but I've heard reference to    18:14:10

 5    █████ and read references to █████ in the documents   18:14:13

 6    I've read in preparation for this testimony.          18:14:17

 7         Q.  And that was -- that would be one of those   18:14:22

 8    concerns that you would consider related to how       18:14:24

 9    friend permissions were used by apps.  Right?         18:14:28

10         A.  My understanding is that the way █████ used  18:14:32

11    friend permissions was -- was something that there    18:14:36

12    was concern about at the time.                        18:14:44

13         Q.  And specifically the -- the nonapp users,    18:14:45

14    or the friends of the user, expressed concern about   18:14:50

15    how their information was being used by the app.      18:14:53

16    Right?                                                18:14:56

17         A.  There were general concerns at the time      18:15:00

18    about how friends information had been -- had been     18:15:02

19    used.  I -- I don't recall reading anything            18:15:05

20    specific about -- I've seen █████ mentioned, but I'm   18:15:12

21    not sure in exactly which -- which contexts.          18:15:16

22         Q.  And if you look at the next line in          18:15:20

23    Mr. O'Neil's chat, it says:                           18:15:23

24             "It's also accrued a huge amount of value    18:15:26

25         to developers at great expense to Facebook as    18:15:29
```

Page 96

| | | |
|---|---|---|
| 1 | a business." | 18:15:31 |
| 2 | And do you know what he is referring to | 18:15:32 |
| 3 | here? | 18:15:34 |
| 4 | A.  There's a couple of terms here. | 18:15:38 |
| 5 | Which one do you want me to focus on | 18:15:40 |
| 6 | first? | 18:15:42 |
| 7 | Q.  Well, is this a reference to the amount of | 18:15:43 |
| 8 | information that friends permissions was making | 18:15:45 |
| 9 | available to developers? | 18:15:48 |
| 10 | A.  Reading this, it seems relevant to the | 18:15:55 |
| 11 | friend permissions, but "huge amount of value" may | 18:15:59 |
| 12 | refer to a number of different ways that a | 18:16:03 |
| 13 | developer would perceive the -- the value of the | 18:16:07 |
| 14 | experience that they had got by integrating with | 18:16:13 |
| 15 | the Facebook Platform. | 18:16:15 |
| 16 | Q.  And what are -- what -- how can you | 18:16:17 |
| 17 | describe or what are the different ways that | 18:16:21 |
| 18 | developers obtained value from friends permission | 18:16:23 |
| 19 | information? | 18:16:28 |
| 20 | A.  So the friend permissions allowed | 18:16:32 |
| 21 | applications to build rich, engaging social | 18:16:35 |
| 22 | experiences even when, you know, one -- let me | 18:16:38 |
| 23 | start that again to make sure I frame this | 18:16:45 |
| 24 | correctly for you. | 18:16:48 |
| 25 | One of the benefits of the friend | 18:16:49 |

Page 97

| | | |
|---|---|---|
| 1 | permissions for developers was that they could | 18:16:51 |
| 2 | build rich, engaging social experiences, including | 18:16:54 |
| 3 | those where not all of a user's friends were also | 18:16:59 |
| 4 | using the same application; also using the same | 18:17:04 |
| 5 | app. | 18:17:09 |
| 6 | That could manifest value in different | 18:17:09 |
| 7 | ways.  It could enable applications to be more | 18:17:12 |
| 8 | retentive, so they were more frequently used a | 18:17:19 |
| 9 | whole number of different ways that the developers | 18:17:23 |
| 10 | might benefit from building social experiences. | 18:17:26 |
| 11 | Q.  And what are the ways that providing | 18:17:32 |
| 12 | access to friends information was at "great expense | 18:17:34 |
| 13 | to Facebook as a business"? | 18:17:39 |
| 14 | A.  So one of the ways that this might be | 18:17:47 |
| 15 | considered an expense is in trust and reputation. | 18:17:50 |
| 16 | Because of the way the APIs functioned originally. | 18:17:57 |
| 17 | And, as I've testified previously, there | 18:18:03 |
| 18 | were some concerns that we'd heard from users about | 18:18:06 |
| 19 | how the Platform worked, and that confusion could | 18:18:10 |
| 20 | have impacted the trust in Facebook as a product. | 18:18:17 |
| 21 | Q.  And can you -- are there other types of | 18:18:24 |
| 22 | expense that Facebook recognized related to | 18:18:28 |
| 23 | providing access to friends permissions to | 18:18:31 |
| 24 | developers -- or partners, for that matter? | 18:18:34 |
| 25 | A.  One way that you might classify that is | 18:18:38 |

Page 98

| | | |
|---|---|---|
| 1 | the computational energy it took to serve these | 18:18:45 |
| 2 | requests. | 18:18:50 |
| 3 | Actually serving an API call requires | 18:18:52 |
| 4 | compute, and so that's another way that providing | 18:18:56 |
| 5 | the platform in general and certain APIs would have | 18:19:02 |
| 6 | been an expense to Facebook. | 18:19:08 |
| 7 | Q.  And what about the value of the -- of the | 18:19:12 |
| 8 | friend information itself? | 18:19:14 |
| 9 | Is that information valuable to Facebook | 18:19:17 |
| 10 | as a business, from a monetization standpoint? | 18:19:19 |
| 11 | A.  Sorry.  Can you help me understand the | 18:19:25 |
| 12 | context of your question? | 18:19:27 |
| 13 | That was a very general -- a general | 18:19:29 |
| 14 | question.  I would like to get to the specifics. | 18:19:31 |
| 15 | Q.  Sure.  I'm just trying to understand from | 18:19:33 |
| 16 | Facebook's perspective what the great expense to | 18:19:36 |
| 17 | Facebook as a business was, and you've given me | 18:19:39 |
| 18 | some examples. | 18:19:42 |
| 19 | And I'm wondering if there's an economic | 18:19:42 |
| 20 | impact as well that would be covered by providing | 18:19:45 |
| 21 | thousands of apps with access to friend | 18:19:47 |
| 22 | permissions. | 18:19:50 |
| 23 | A.  I'm not aware of any analysis that was | 18:19:53 |
| 24 | done that specifically determined -- or attempts to | 18:19:56 |
| 25 | determine the -- the financial value of friend | 18:20:01 |

Page 99

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | permissions or the friend data as part of the | 18:20:08 |
| 2 | Developer Platform. | 18:20:11 |
| 3 | Q.  Okay.  Let's look at David Poll's text at | 18:20:15 |
| 4 | the bottom of the page.  And he states: | 18:20:18 |
| 5 | "If you want to give users a way to | 18:20:21 |
| 6 | protect their data, it seems like the best | 18:20:23 |
| 7 | way to do that is to give them a setting like | 18:20:26 |
| 8 | ███████████████████ unless I've | 18:20:29 |
| 9 | ███████████████ it.'" | 18:20:31 |
| 10 | Do you see that? | 18:20:32 |
| 11 | A.  I see that on the screen, yes. | 18:20:33 |
| 12 | Q.  And as you testified earlier, that's the | 18:20:35 |
| 13 | type of setting that Facebook could have | 18:20:37 |
| 14 | technically implemented had it chosen to do so. | 18:20:40 |
| 15 | A.  Let me just read the statement to make | 18:20:44 |
| 16 | sure I can answer accurately for you. | 18:20:46 |
| 17 | (Reviewing document.) | 18:21:00 |
| 18 | THE WITNESS:  There's a lot of context | 18:21:19 |
| 19 | here to unpack.  So I'm just trying to understand | 18:21:21 |
| 20 | what David Poll is speaking about. | 18:21:24 |
| 21 | So my understanding is that the "apps | 18:21:38 |
| 22 | others use" setting was partly delivered on the | 18:21:41 |
| 23 | expectation that -- that David is referring to | 18:21:51 |
| 24 | here. | 18:21:54 |
| 25 | So it would have been technically possible | 18:21:59 |

Page 100

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to allow a user to choose whether or not an | 18:22:01 |
| 2 | application had access to their data. | 18:22:10 |
| 3 | BY MR. LOESER: | 18:22:14 |
| 4 | Q.  All right.  We've talked a bit about | 18:22:20 |
| 5 | the -- I'm sorry, go ahead. | 18:22:22 |
| 6 | A.  Sorry.  Carry on. | 18:22:25 |
| 7 | Q.  Okay.  So moving on, the -- I've asked you | 18:22:26 |
| 8 | some questions about the different permissions, and | 18:22:28 |
| 9 | you've provided some helpful information about the | 18:22:31 |
| 10 | terminology used to discuss different permissions. | 18:22:33 |
| 11 | I do want to make sure I have a complete | 18:22:37 |
| 12 | understanding of all of the different permissions | 18:22:40 |
| 13 | that allowed access to friend information. | 18:22:44 |
| 14 | And I asked before if a number of the | 18:22:48 |
| 15 | permissions had the word "friends" in them, and you | 18:22:52 |
| 16 | said "Yes." | 18:22:56 |
| 17 | And it's also the case the number of | 18:22:57 |
| 18 | permissions that provided access to friend | 18:22:59 |
| 19 | information did not have the word "friend" in them. | 18:23:02 |
| 20 | Is that right? | 18:23:05 |
| 21 | A.  There were permissions that allowed an app | 18:23:08 |
| 22 | to access information about a user and that user's | 18:23:11 |
| 23 | friends that didn't have "friend" in the title. | 18:23:17 |
| 24 | Q.  Okay.  And I'm going to run through some, | 18:23:22 |
| 25 | and then you can help me understand if there are | 18:23:24 |

Page 101

| | | |
|---|---|---|
| 1 | others. | 18:23:26 |
| 2 | User-posts APIs are a type of -- emit | 18:23:27 |
| 3 | friend information.  Right? | 18:23:37 |
| 4 | A.  The user-posts API allowed an app to | 18:23:38 |
| 5 | access the posts of a user who had authorized the | 18:23:42 |
| 6 | application. | 18:23:46 |
| 7 | Q.  And did it also provide access to the | 18:23:48 |
| 8 | user's friends' posts? | 18:23:52 |
| 9 | A.  My understanding is the user-posts | 18:23:56 |
| 10 | permission is no.  It would not have allowed an app | 18:24:01 |
| 11 | to access a user's friends' posts. | 18:24:04 |
| 12 | Q.  And even where the friend responds to the | 18:24:08 |
| 13 | post or comments or indicates a like to a post? | 18:24:10 |
| 14 | A.  My understanding of the way the user posts | 18:24:16 |
| 15 | permission worked was that it would have emitted | 18:24:19 |
| 16 | the posts of the user who had authorized the | 18:24:23 |
| 17 | application.  It may have also included likes and | 18:24:26 |
| 18 | comments on that post. | 18:24:29 |
| 19 | Q.  Okay.  And likes and comments from a | 18:24:32 |
| 20 | friend would be friend information.  Right? | 18:24:34 |
| 21 | A.  Some posts, if they had only been shared | 18:24:43 |
| 22 | with a friend and they had been liked or commented | 18:24:47 |
| 23 | on by a friend, then the -- the app would be able | 18:24:50 |
| 24 | to see the user ID and the comment and some other | 18:24:57 |
| 25 | information about the comment that you could | 18:25:02 |

Page 102

```
 1      construe as having been made by a friend.          18:25:05

 2          Q.  Okay.  And the Event API, is that a        18:25:08

 3      similar answer to that; that the Event API gives    18:25:13

 4      access to events that the user attended, but any    18:25:18

 5      comment or posts or other information from the      18:25:21

 6      friend regarding that event, that also would be     18:25:24

 7      accessible for the user's friends.  Right?          18:25:28

 8          A.  So, again, the specifics really matter      18:25:35

 9      here.                                               18:25:37

10          The user events permission allowed an app       18:25:38

11      to access the events that a user, as I understand   18:25:41

12      it, had marked themselves as attending or not       18:25:45

13      attending or had responded to in some way.          18:25:48

14          Through that -- through the Events API,         18:25:56

15      the app could also access other information about   18:25:58

16      that event which may have included other attendees, 18:26:01

17      some of whom might be the user's friends, some of   18:26:05

18      whom might not be, depending on the privacy setting 18:26:09

19      of the event and who was attending.                 18:26:14

20          Q.  Okay.  And so the Events API also could     18:26:15

21      obtain some friends information for those reasons.   18:26:19

22          A.  The events API may have allowed an app to   18:26:23

23      access information about a user's friends who were   18:26:29

24      attending an event that the user was attending, for 18:26:33

25      example.                                            18:26:39
```

Page 103

CONFIDENTIAL

```
1           Q.  What is the "Pages API"?                  18:26:42

2           A.  The Pages API refers to a collection of   18:26:45

3      APIs that would allow an application to access      18:26:48

4      content on or information about a Facebook page.    18:26:52

5           Q.  And could that API also allow access to   18:26:58

6      friends information of the user who used the app    18:27:03

7      with access to that API?                            18:27:07

8           A.  So the Pages API allowed an application to 18:27:12

9      access information about the page.  At times, it    18:27:21

10     also allowed the application to access posts on     18:27:24

11     that page's timeline, and those posts could also    18:27:26

12     have included comments on those posts.  And those   18:27:31

13     comments were publicly available on Facebook and    18:27:38

14     may have been also available by the API.            18:27:41

15          Q.  And so that would include friends          18:27:44

16     information as well.  Right?                         18:27:46

17          A.  The Pages API could be called by an        18:27:49

18     application without a specific logged-in user, and  18:27:52

19     so the information available may have included      18:28:00

20     friend information.                                 18:28:03

21          Q.  And what is the "Groups API"?              18:28:06

22          A.  The Groups API refers to a collection of   18:28:12

23     APIs which allow an app to access the groups that a 18:28:15

24     user is a member of.                                18:28:21

25          Q.  And could the Groups APIs also provide     18:28:26
```

Page 104

| | | |
|---|---|---|
| 1 | access to information about friends of the app | 18:28:31 |
| 2 | user? | 18:28:34 |
| 3 | A.  The Groups API would have allowed the app | 18:28:37 |
| 4 | to access the member list of a -- that at the time | 18:28:42 |
| 5 | included the member list of the groups that the | 18:28:49 |
| 6 | user was a member of and posts in the group that | 18:28:51 |
| 7 | the user was a member of. | 18:28:53 |
| 8 | The member list could include people who | 18:28:57 |
| 9 | were the app user's friends. | 18:28:59 |
| 10 | Q.  And it could also include people who were | 18:29:02 |
| 11 | not the app user's friends.  Right? | 18:29:04 |
| 12 | A.  A group on Facebook can be open or closed | 18:29:08 |
| 13 | and secret and may contain people who are not the | 18:29:14 |
| 14 | user's friends, and the group's API would have | 18:29:16 |
| 15 | allowed the app to see the members of the group. | 18:29:21 |
| 16 | Q.  Are you familiar with the Taggable Friends | 18:29:25 |
| 17 | API? | 18:29:27 |
| 18 | A.  I am familiar with the Taggable Friends | 18:29:31 |
| 19 | API. | 18:29:33 |
| 20 | Q.  And what information does that API provide | 18:29:34 |
| 21 | access to? | 18:29:37 |
| 22 | A.  My understanding is that the Taggable | 18:29:39 |
| 23 | Friends API retrieved -- allowed an app to retrieve | 18:29:43 |
| 24 | a very limited set of information about the app | 18:29:48 |
| 25 | user's friends specifically to enable them to | 18:29:51 |

Page 105

| | | |
|---|---|---|
| 1 | render a tagging type-ahead. | 18:29:55 |
| 2 | Q.  And what is a "tagging type-ahead"? | 18:30:01 |
| 3 | A.  I think the best way to illustrate this is | 18:30:04 |
| 4 | through an example. | 18:30:06 |
| 5 | Imagine that you are a runner and you use | 18:30:07 |
| 6 | Strava, and you go on a run with me, but I am not a | 18:30:13 |
| 7 | Strava user.  I track my runs using another app. | 18:30:20 |
| 8 | After the run, you might choose to share | 18:30:25 |
| 9 | your run back to Facebook, and you want to tag me, | 18:30:29 |
| 10 | one of your Facebook friends, in that story because | 18:30:33 |
| 11 | we went on the run together. | 18:30:36 |
| 12 | If I don't use Strava, then there was the | 18:30:39 |
| 13 | desire to give the app away to render a way for you | 18:30:46 |
| 14 | to tag me in that story when it was published back | 18:30:53 |
| 15 | to Facebook. | 18:30:56 |
| 16 | Q.  Okay.  So in that context, it provides | 18:30:59 |
| 17 | friend information about the person who doesn't use | 18:31:03 |
| 18 | Strava. | 18:31:06 |
| 19 | A.  It provides a very, very limited set of | 18:31:07 |
| 20 | information about the person -- the user's friend | 18:31:10 |
| 21 | who doesn't use Strava. | 18:31:13 |
| 22 | Q.  And we talked a bit about the Social | 18:31:25 |
| 23 | Context API.  And you described that as an API that | 18:31:27 |
| 24 | provided information about a user and one other | 18:31:32 |
| 25 | person. | 18:31:34 |

Page 106

```
 1              Do I recall that correctly?              18:31:36

 2        A.  That's not the intent of my testimony.    18:31:37

 3             It provided the social -- it provided     18:31:43

 4   social context between two app users.               18:31:46

 5             So when you called the Social Context API, 18:31:50

 6   it was called on behalf of a user, and you would    18:31:53

 7   also specify one of that user's friends who was     18:31:56

 8   also -- or another user ID of somebody who was      18:32:01

 9   using the application, and the API would return     18:32:04

10   social context between those two people.            18:32:07

11        Q.  And so could that API provide information  18:32:15

12   about people who are not using the app with access  18:32:18

13   to Social Context API?                              18:32:22

14        A.  My understanding is the information        18:32:24

15   returned by that API would be different whether or  18:32:26

16   not two users -- one of the users was using the     18:32:28

17   application and one of the users displayed in the   18:32:32

18   Social Context wasn't.                              18:32:36

19        Q.  And so walk me through what happens when   18:32:39

20   the -- the other person is not using the app.       18:32:44

21             What information about that person is     18:32:49

22   provided through the app?                           18:32:51

23        A.  I'd need to refer to the API documentation 18:32:53

24   at the time to give -- to give you specifics, but   18:32:56

25   my understanding is it would return a very limited  18:32:59
```

Page 107

| | | |
|---|---|---|
| 1 | set of information about people that the two users | 18:33:04 |
| 2 | had in common that were not using the application. | 18:33:09 |
| 3 | Q.  Okay.  So let's -- let's -- let me provide | 18:33:12 |
| 4 | an example.  Maybe this would be helpful. | 18:33:15 |
| 5 | So if a Facebook user watches a movie, | 18:33:17 |
| 6 | let's say The Godfather, and the app that user | 18:33:21 |
| 7 | is -- authorizes an app that has a Social Context | 18:33:29 |
| 8 | API permission, what other information about people | 18:33:34 |
| 9 | watching The Godfather, and from whom, would that | 18:33:39 |
| 10 | API provide access? | 18:33:43 |
| 11 | A.  I can't -- I don't recall the specific | 18:33:47 |
| 12 | behavior of the API, and I think to do that, I'd | 18:33:49 |
| 13 | need to refer to the developer documentation that | 18:33:52 |
| 14 | was available at the time as to how -- how that | 18:33:54 |
| 15 | specific API behaved.  I don't want to speculate if | 18:33:57 |
| 16 | I don't have the -- the facts. | 18:34:01 |
| 17 | Q.  Well, let's try and create enough facts so | 18:34:04 |
| 18 | you can provide some helpful information. | 18:34:06 |
| 19 | Let's say a user did watch the movie | 18:34:08 |
| 20 | Godfather and posts on their Facebook page, "I love | 18:34:11 |
| 21 | the movie Godfather.  I just watched it." | 18:34:15 |
| 22 | Explain to me how the Social Context API | 18:34:20 |
| 23 | would use that information and with whom it would | 18:34:23 |
| 24 | use it if there's an app that has Social Context | 18:34:26 |
| 25 | API. | 18:34:29 |

Page 108

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.  So I need to refer to the specifics about | 18:34:30 |
| 2 | the -- how the social context API works.  You're | 18:34:33 |
| 3 | asking a very -- a question that requires, you | 18:34:36 |
| 4 | know, a detailed answer, and I don't have in my | 18:34:40 |
| 5 | mind the exact behavior of how the Social Context | 18:34:42 |
| 6 | API worked and the context in which it worked and | 18:34:47 |
| 7 | the specifics of the information that would have | 18:34:51 |
| 8 | been returned by the API. | 18:34:53 |
| 9 | Q.  Okay.  Well, then, if you can, describe | 18:34:56 |
| 10 | more generally -- and I'm trying to understand from | 18:34:58 |
| 11 | where the Social Context API draws information. | 18:35:02 |
| 12 | So I know from what you said that it draws | 18:35:05 |
| 13 | information from the user who authorized the app. | 18:35:07 |
| 14 | And what other information does it draw | 18:35:10 |
| 15 | that pertains to that user?  Like -- or from who? | 18:35:13 |
| 16 | Who else would be sort of folded into the -- or who | 18:35:17 |
| 17 | else would be in the net that that API casts? | 18:35:20 |
| 18 | A.  The precise answer depends on the | 18:35:25 |
| 19 | specifics of the Social Context API.  It's one of | 18:35:29 |
| 20 | the APIs that I don't have the details of exactly | 18:35:31 |
| 21 | how it worked -- in my head today -- so it's hard | 18:35:34 |
| 22 | to give you a specific answer to that accurately. | 18:35:38 |
| 23 | Q.  Okay.  But there's -- as you mentioned, | 18:35:43 |
| 24 | there's a source -- there's a place you can go at | 18:35:45 |
| 25 | Facebook where you can see and learn exactly what | 18:35:48 |

Page 109

```
 1    information that API provides access to?            18:35:51

 2         A.  My understanding is that the code base of  18:35:55

 3    Facebook may help understand which API specifically 18:35:59

 4    you're referring to and its behavior over time.     18:36:04

 5         Q.  And based upon what you know now, can you  18:36:09

 6    say whether that API provides access to friends     18:36:12

 7    information?                                         18:36:16

 8         A.  I -- again, to answer that question        18:36:19

 9    specifically, I'd need to go and look at the exact  18:36:22

10    behavior of the Social Context API.  There are      18:36:25

11    other APIs whose behavior I can describe.  The      18:36:28

12    Social Context API, I -- I don't have the           18:36:31

13    information as to, like, exactly which API you're   18:36:34

14    referring to, exactly how it behaved, and exactly   18:36:37

15    who it was available to and when.                   18:36:43

16         So I just don't want to give you incorrect     18:36:46

17    information.                                         18:36:49

18         Q.  Well, that's fair, and I appreciate that   18:36:50

19    answer.                                              18:36:51

20         Do you know of or can you provide any          18:36:52

21    other APIs that provided access to friend           18:36:54

22    information?                                         18:36:59

23         And let me make your answer easier.  Other     18:37:00

24    than those that have the word "friends" in the --   18:37:03

25         A.  When you're referring to friends           18:37:07
```

| | | |
|---|---|---|
| 1 | information here, can you be more specific | 18:37:09 |
| 2 | precisely what information -- what would classify | 18:37:12 |
| 3 | as friends information in your question? | 18:37:15 |
| 4 | Q.  Yeah, and I'm trying to use the definition | 18:37:17 |
| 5 | we came up with before.  But it's really any | 18:37:19 |
| 6 | information about the friends -- any Facebook data | 18:37:22 |
| 7 | or information about the friends of the person who | 18:37:24 |
| 8 | authorized the app. | 18:37:26 |
| 9 | A.  Okay.  Cool. | 18:37:32 |
| 10 | Some other APIs that -- that would have | 18:37:36 |
| 11 | been -- that fit that description, there is an API | 18:37:38 |
| 12 | called a "Taggable Friends API" that you've | 18:37:46 |
| 13 | previously mentioned.  There was another one called | 18:37:51 |
| 14 | the "Invitable Friends API." | 18:37:54 |
| 15 | And then the -- several of the user | 18:38:01 |
| 16 | permissions, user_posts, user_photos, user_videos, | 18:38:08 |
| 17 | as per my previous testimony, would have allowed | 18:38:20 |
| 18 | the app to access the user's photos, but comments | 18:38:23 |
| 19 | and likes on those photos by my friends may also | 18:38:28 |
| 20 | have been returned by that API. | 18:38:33 |
| 21 | Q.  And you said "photos," but that would be | 18:38:36 |
| 22 | the same for videos as well? | 18:38:38 |
| 23 | A.  The user photos and user videos APIs | 18:38:41 |
| 24 | behaved the same way, to my knowledge -- or in a | 18:38:47 |
| 25 | similar way, to my knowledge. | 18:38:50 |

Page 111

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And do you know, with regard to those user | 18:38:52 |
| 2 | permissions, what time period they were active on | 18:38:56 |
| 3 | the Platform? | 18:38:58 |
| 4 | A.  The permissions, as I understand it, were | 18:39:00 |
| 5 | added in April 2010, in terms of the permissions | 18:39:03 |
| 6 | themselves. | 18:39:08 |
| 7 | The behavior of the APIs that were gated | 18:39:11 |
| 8 | by those permissions changed over time.  So it's | 18:39:16 |
| 9 | hard to say exactly when the behavior changed, but | 18:39:20 |
| 10 | the permissions that those -- those specific | 18:39:23 |
| 11 | permissions were made available, as I understand | 18:39:27 |
| 12 | it, in April 2010. | 18:39:29 |
| 13 | MR. BLUME:  I'm sorry to -- when you're at | 18:39:32 |
| 14 | a breaking point, if we could break. | 18:39:34 |
| 15 | MR. LOESER:  Yeah.  One more question. | 18:39:36 |
| 16 | Q.  Those permissions, the user permissions | 18:39:38 |
| 17 | you just described, are they still available on the | 18:39:41 |
| 18 | Platform today? | 18:39:44 |
| 19 | A.  My understanding is that some of those | 18:39:47 |
| 20 | permissions are still available today, but I would | 18:39:49 |
| 21 | want to review the public API documentation to be | 18:39:54 |
| 22 | sure. | 18:39:58 |
| 23 | MR. LOESER:  And I apologize, Mr. Blume, I | 18:39:59 |
| 24 | just have two more questions that relate to this. | 18:40:01 |
| 25 | If that's okay, I'll ask -- | 18:40:04 |

Page 112

| | | |
|---|---|---|
| 1 | MR. BLUME:  Okay. | 18:40:06 |
| 2 | BY MR. LOESER: | 18:40:06 |
| 3 | Q.  Now, we've gone through a number of | 18:40:07 |
| 4 | different APIs, and I have attempted to elicit | 18:40:08 |
| 5 | information about all the APIs that provide access | 18:40:11 |
| 6 | to friend information as we've defined that. | 18:40:13 |
| 7 | Is there a tool or is there a list or a | 18:40:16 |
| 8 | database or something at Facebook that identifies | 18:40:19 |
| 9 | every single API that provides friend information | 18:40:22 |
| 10 | in any way? | 18:40:28 |
| 11 | A.  I'm not aware of a tool that identifies | 18:40:33 |
| 12 | the subset of the Facebook Developer Platform APIs | 18:40:38 |
| 13 | that would have returned information about a user's | 18:40:42 |
| 14 | friends. | 18:40:47 |
| 15 | Q.  And do you know if, at any point, Facebook | 18:40:49 |
| 16 | has undertaken the effort to identify every single | 18:40:51 |
| 17 | API that emitted friend information? | 18:40:55 |
| 18 | A.  I'm aware of an effort in around 2018 that | 18:40:59 |
| 19 | was undertaken to assess the Facebook Platform and | 18:41:06 |
| 20 | the Facebook APIs and determine what information | 18:41:12 |
| 21 | was made available by those APIs. | 18:41:17 |
| 22 | Q.  And do you know if that effort looked at | 18:41:22 |
| 23 | all of the different APIs that I just ran through | 18:41:25 |
| 24 | with you:  Taggable Friends, Invisible Friends, | 18:41:29 |
| 25 | User Permissions, Groups, Events, Posts, and the | 18:41:33 |

Page 113

|   |   |   |
|---|---|---|
| 1 | like? | 18:41:36 |
| 2 | A.  My understanding is that effort would have | 18:41:38 |
| 3 | looked through all of the APIs that were commonly | 18:41:40 |
| 4 | available on the Facebook developer endpoint | 18:41:42 |
| 5 | platform at the time. | 18:41:45 |
| 6 | Q.  My last question, then we can take a | 18:41:47 |
| 7 | break: | 18:41:49 |
| 8 | Facebook can determine definitively with | 18:41:50 |
| 9 | respect to every API whether that API emitted any | 18:41:53 |
| 10 | friend information.  Right? | 18:41:57 |
| 11 | A.  My understanding is that for a given API | 18:42:02 |
| 12 | method, it is determinable what information would | 18:42:06 |
| 13 | have been emitted by that API. | 18:42:10 |
| 14 | MR. LOESER:  Okay.  We can take a break | 18:42:14 |
| 15 | now.  Thank you for continuing on until we finished | 18:42:16 |
| 16 | that topic. | 18:42:19 |
| 17 | THE VIDEO OPERATOR:  Okay.  Then we're off | 18:42:21 |
| 18 | the record at 6:42 P.M. | 18:42:23 |
| 19 | (Recess from 6:42 P.M. to 7:00 P.M.) | 18:42:25 |
| 20 | THE VIDEO OPERATOR:  We're back on the | 19:00:38 |
| 21 | record at 7:00 P.M. | 19:00:39 |
| 22 | MR. LOESER:  Mr. Cross, we're going to put | 19:00:44 |
| 23 | up another exhibit for you.  It's previously been | 19:00:45 |
| 24 | marked Exhibit 98. | 19:00:48 |
| 25 | And while it's being loaded, this appears | 19:00:55 |

Page 114

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to be a post from you on the internal group app | 19:00:58 |
| 2 | review and policy enforcement feedback and | 19:01:03 |
| 3 | questions on June 11, 2015.  Is that right? | 19:01:05 |
| 4 | A.  I'm not seeing anything on the screen just | 19:01:14 |
| 5 | yet.  Or in the Veritext Egnyte thing. | 19:01:16 |
| 6 | (Previously marked Exhibit 98 was | 19:01:21 |
| 7 | presented to the witness.) | 19:01:26 |
| 8 | MR. BLUME:  Do you have an exhibit number? | 19:01:28 |
| 9 | MR. LOESER:  Yeah, it's Exhibit Number 98. | 19:01:30 |
| 10 | THE WITNESS:  I'm just going to quickly | 19:01:39 |
| 11 | turn on the lights in my room.  It's getting dark | 19:01:41 |
| 12 | here. | 19:01:45 |
| 13 | Okay.  I'm seeing something now.  Thank | 19:01:50 |
| 14 | you. | 19:01:52 |
| 15 | BY MR. LOESER: | 19:01:54 |
| 16 | Q.  And do you see the exhibit stamp 98? | 19:01:54 |
| 17 | A.  I do. | 19:01:58 |
| 18 | Q.  Okay.  And then if you look at the top of | 19:01:59 |
| 19 | the next page, it says "App Review and Policy | 19:02:01 |
| 20 | Enforcement Feedback and Questions." | 19:02:04 |
| 21 | A.  I see that, yes. | 19:02:09 |
| 22 | Q.  And what -- is this a -- like, what is | 19:02:11 |
| 23 | this? | 19:02:13 |
| 24 | Where was this posted? | 19:02:15 |
| 25 | A.  I can't confirm where this was posted from | 19:02:20 |

Page 115

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | what I'm seeing here.  It's -- yeah.  I -- from | 19:02:23 |
| 2 | what I'm seeing on the screen, I can't 100 percent | 19:02:27 |
| 3 | confirm where this -- where this was posted. | 19:02:30 |
| 4 | Q.  Okay.  And in June of 2015, what was your | 19:02:34 |
| 5 | position at Facebook? | 19:02:36 |
| 6 | A.  I was a product manager on the Facebook | 19:02:39 |
| 7 | Developer Platform. | 19:02:42 |
| 8 | Q.  Okay.  And was there a list serve or | 19:02:45 |
| 9 | something that was -- where people provided | 19:02:48 |
| 10 | feedback and questions for app review and policy | 19:02:52 |
| 11 | enforcement? | 19:02:55 |
| 12 | A.  There was likely a Facebook group.  We | 19:02:57 |
| 13 | used Facebook internally to discuss that.  That's | 19:02:59 |
| 14 | what this may be.  I just can't 100 percent confirm | 19:03:03 |
| 15 | it from what I'm looking at here. | 19:03:06 |
| 16 | Q.  Okay.  And if you look at just your post | 19:03:09 |
| 17 | starting at the top, it refers to something called | 19:03:13 |
| 18 | " ███████████ | 19:03:16 |
| 19 | But before I ask you questions about that, | 19:03:20 |
| 20 | there's a link below that. | 19:03:23 |
| 21 | Can you tell what that link is? | 19:03:25 |
| 22 | A.  That looks to me like a -- what, a URL to | 19:03:31 |
| 23 | an image of -- first of all, that's what it looks | 19:03:39 |
| 24 | like to me.  I can't confirm if that URL is the URL | 19:03:42 |
| 25 | for the image directly below it.  It's possible, | 19:03:47 |

Page 116

| | | |
|---|---|---|
| 1 | but I can't confirm that. | 19:03:52 |
| 2 | Q.  Okay.  Well, let's look at your -- your | 19:03:54 |
| 3 | post.  It says: | 19:03:57 |
| 4 | "This app, ██████████ -- and I'm | 19:03:59 |
| 5 | skipping the numbers -- "is blowing up:  █  to | 19:04:02 |
| 6 | ████████ MAU in 17 days." | 19:04:06 |
| 7 | Do you see that? | 19:04:09 |
| 8 | A.  I see that on the screen, yeah. | 19:04:09 |
| 9 | Q.  And below that, you write: | 19:04:11 |
| 10 | "They're accessing ███████████ | 19:04:13 |
| 11 | ██████████- and looking at the people | 19:04:15 |
| 12 | (non-app friends) who █████████ on | 19:04:18 |
| 13 | them." | 19:04:21 |
| 14 | And so when you use the expression | 19:04:22 |
| 15 | "non-app friends" here, what are you referring to? | 19:04:26 |
| 16 | A.  I'm referring to people who are friends of | 19:04:30 |
| 17 | the user who's authorized the application who have | 19:04:36 |
| 18 | not yet authorized the application themselves. | 19:04:41 |
| 19 | Q.  Okay.  So in -- on June 11, 2015, this app | 19:04:45 |
| 20 | called "████████ was obtaining friend | 19:04:52 |
| 21 | information.  Correct? | 19:04:55 |
| 22 | A.  My understanding from reading this is I | 19:05:00 |
| 23 | was -- I thought it was accessing information about | 19:05:02 |
| 24 | people who had ████████████ on the ██████ | 19:05:13 |
| 25 | ████████████ of people who had used the | 19:05:17 |

Page 117

```
1     application.                                    19:05:20

2         Q.  Okay.  And then you write:              19:05:21

3              "To me, while technically possible, seems    19:05:23

4         like it violates spirit of the V2 changes and    19:05:26

5         the intended use of user_posts and          19:05:30

6         user_photos -- which is about deriving      19:05:33

7         user-value from the content, not the people 19:05:36

8         who like/comment on the content."           19:05:38

9              Did I read that correctly?             19:05:41

10        A.  You read that correctly.                19:05:43

11        Q.  And "V2," is that a reference to Graph API  19:05:45

12    Version 2?                                       19:05:47

13        A.  That would be a reference to Graph API   19:05:48

14    Version 2.                                       19:05:50

15        Q.  And tell me what you mean when you say   19:05:52

16    that it "seems like it violates spirit of the V2  19:05:54

17    changes and the intended use of user_posts and  19:05:58

18    user_photos."                                    19:06:01

19        A.  So the intended use, as I understand it,  19:06:06

20    and user_posts and user_photos was to grant apps  19:06:08

21    the ability -- well, for users to be able to    19:06:12

22    authorize an application to access their user posts  19:06:15

23    and photos for some value that the application was  19:06:19

24    providing to users.                              19:06:24

25        Q.  Okay.  And you thought that because user  19:06:29
```

Page 118

| | | |
|---|---|---|
| 1 | posts and user photos were emitting friend data and | 19:06:31 |
| 2 | Facebook had announced it had deprecated friend | 19:06:34 |
| 3 | data.  Right? | 19:06:38 |
| 4 | A.  So Facebook had announced it had -- it was | 19:06:41 |
| 5 | deprecating the friend permissions.  That's what | 19:06:44 |
| 6 | Facebook announced as part of the API V1 changes. | 19:06:49 |
| 7 | So that's important to clarify. | 19:06:55 |
| 8 | Q.  Okay.  And -- but when you say that it | 19:06:59 |
| 9 | "violates the spirit of V2 changes," is what you're | 19:07:04 |
| 10 | saying here that it -- this app continues to obtain | 19:07:07 |
| 11 | friend information, and the spirit of the V2 | 19:07:11 |
| 12 | changes was to stop that from happening? | 19:07:14 |
| 13 | A.  Several of the changes in API V2, or the | 19:07:20 |
| 14 | suite of things that were launched along with API | 19:07:26 |
| 15 | V2, were about limiting the ability of applications | 19:07:29 |
| 16 | to access a user's friends' content and | 19:07:36 |
| 17 | information. | 19:07:45 |
| 18 | In this case, what's still available to | 19:07:46 |
| 19 | this application is the likes and comments made by | 19:07:50 |
| 20 | a user's friends on a user's timeline posts. | 19:07:54 |
| 21 | Q.  Okay.  And how does that violate the | 19:08:08 |
| 22 | spirit of the V2 changes? | 19:08:10 |
| 23 | A.  The spirit of the V2 changes, as I | 19:08:16 |
| 24 | recall -- trying to remember what I wrote in this | 19:08:19 |
| 25 | post nearly seven or eight years ago -- is the apps | 19:08:23 |

Page 119

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | would have less access to information about a | 19:08:30 |
| 2 | user's friends who were not using the application. | 19:08:39 |
| 3 | That was indeed behind any of the changes | 19:08:45 |
| 4 | in API V2; but in this case, the application was | 19:08:51 |
| 5 | still accessing some information about the user's | 19:08:58 |
| 6 | friends who had commented or liked on the original | 19:09:02 |
| 7 | post -- on the app-using user's posts. | 19:09:05 |
| 8 | Q.  And so you expressed those concerns. | 19:09:22 |
| 9 | And do you recall whether this app | 19:09:27 |
| 10 | continued to have access to the user posts and user | 19:09:30 |
| 11 | photos after you expressed these concerns? | 19:09:35 |
| 12 | A.  From reading the thread that continues | 19:09:40 |
| 13 | below -- below this, it looks like the conclusion | 19:09:45 |
| 14 | was reached that this activity was not against | 19:09:48 |
| 15 | policy as defined at the time, and this access -- | 19:09:54 |
| 16 | this use case should continue. | 19:10:00 |
| 17 | I don't recall -- I do not know what | 19:10:05 |
| 18 | happened to the app ████████ over time. | 19:10:08 |
| 19 | Q.  Now, Mr. Cross, there were thousands of | 19:10:24 |
| 20 | apps that had access to friend information.  Is | 19:10:26 |
| 21 | that right? | 19:10:28 |
| 22 | A.  Over what time period are you referring | 19:10:35 |
| 23 | to? | 19:10:37 |
| 24 | Q.  Oh, that's a good question. | 19:10:38 |
| 25 | So prior to the introduction of Graph API | 19:10:40 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Version 2, there were thousands of apps that had | 19:10:43 |
| 2 | access to friend permissions.  Right? | 19:10:46 |
| 3 | A.  Prior to the introduction of API | 19:10:49 |
| 4 | Version 2, any application on the Facebook | 19:10:51 |
| 5 | Developer Platform could request the friend | 19:10:53 |
| 6 | permissions from users. | 19:10:56 |
| 7 | Q.  And Facebook evaluated the number of apps | 19:10:59 |
| 8 | that had access to friend permissions as part of | 19:11:04 |
| 9 | its preparation for the introduction of Graph API | 19:11:08 |
| 10 | Version 2.  Right? | 19:11:12 |
| 11 | A.  In preparation for the changes launched on | 19:11:15 |
| 12 | April 30, 2015, a number of initiatives were | 19:11:18 |
| 13 | undertook to understand the potential impact of | 19:11:24 |
| 14 | these changes on the developer ecosystem. | 19:11:26 |
| 15 | Q.  And included in those initiatives was | 19:11:31 |
| 16 | identifying the number of users who downloaded apps | 19:11:34 |
| 17 | with access to friend information.  Right? | 19:11:37 |
| 18 | A.  Can you help me understand what you mean | 19:11:40 |
| 19 | by "downloaded"? | 19:11:41 |
| 20 | Q.  I'm sorry.  Installed the apps. | 19:11:43 |
| 21 | A.  My understanding is that one of the things | 19:11:50 |
| 22 | that was looked at is the number of users who had | 19:11:52 |
| 23 | granted one or more friend permissions to one or | 19:11:56 |
| 24 | more applications. | 19:11:59 |
| 25 | Q.  And as part of those initiatives as well, | 19:12:01 |

Page 121

| | | |
|---|---|---|
| 1 | Facebook identified the number of API calls on the | 19:12:05 |
| 2 | friend-sharing APIs.  Right? | 19:12:09 |
| 3 | A.  I would need to see, like, specific | 19:12:16 |
| 4 | documentation there. | 19:12:19 |
| 5 | Like, recall there was no such thing as | 19:12:21 |
| 6 | the friend APIs.  There are friend permissions, and | 19:12:25 |
| 7 | there are APIs, and those APIs can be called by the | 19:12:29 |
| 8 | app-using user or on behalf of that app-using | 19:12:32 |
| 9 | user's friends. | 19:12:38 |
| 10 | So, again, I want to make sure I'm giving | 19:12:39 |
| 11 | you the right answer, given the specifics. | 19:12:41 |
| 12 | Q.  I appreciate that.  So let's speak in | 19:12:43 |
| 13 | terms of friend permissions, then. | 19:12:45 |
| 14 | One of the things that Facebook can | 19:12:47 |
| 15 | identify is the number of API calls on any of the | 19:12:49 |
| 16 | permissions that are available on the Platform. | 19:12:53 |
| 17 | Right? | 19:12:56 |
| 18 | A.  So, again, the -- | 19:13:00 |
| 19 | Q.  Or did I mix up the terminology -- the | 19:13:01 |
| 20 | calls are referred to the APIs themselves, not the | 19:13:03 |
| 21 | permissions.  Is that right? | 19:13:06 |
| 22 | A.  When you -- when you see a reference to | 19:13:07 |
| 23 | "API calls," that's referring to APIs. | 19:13:09 |
| 24 | The permissions determine what information | 19:13:12 |
| 25 | is available via those APIs. | 19:13:15 |

Page 122

| | | |
|---|---|---|
| 1 | So, yeah, those concepts are separate, | 19:13:18 |
| 2 | yeah. | 19:13:21 |
| 3 | Q.  So Facebook can identify and did identify | 19:13:21 |
| 4 | the number of API calls on the APIs that provided | 19:13:24 |
| 5 | access to friend information. | 19:13:30 |
| 6 | A.  The -- the documents I've read show that | 19:13:41 |
| 7 | there was an effort done to determine how API calls | 19:13:45 |
| 8 | that were made by applications -- and some of the | 19:13:50 |
| 9 | API calls -- some of the APIs would -- would | 19:13:54 |
| 10 | specifically map to friend data; other API calls | 19:13:59 |
| 11 | would not be specific to friend data. | 19:14:03 |
| 12 | Q.  And I appreciate that.  And I'm trying to | 19:14:08 |
| 13 | make sure I understand what Facebook knew about the | 19:14:10 |
| 14 | use of APIs that provided access to friend | 19:14:13 |
| 15 | information. | 19:14:18 |
| 16 | And my understanding is that Facebook | 19:14:18 |
| 17 | identified that thousands of apps installed by | 19:14:20 |
| 18 | millions of users made millions of calls on | 19:14:24 |
| 19 | friend-sharing APIs.  Is that a fair statement? | 19:14:27 |
| 20 | A.  No.  The -- the friend-sharing API part of | 19:14:31 |
| 21 | that doesn't map with my understanding of how the | 19:14:36 |
| 22 | platform worked. | 19:14:39 |
| 23 | If you could show me a document that | 19:14:40 |
| 24 | states that, that might be helpful for me to | 19:14:42 |
| 25 | analyze. | 19:14:45 |

Page 123

1          Q.   Yeah.  And we'll get into a document        19:14:47

2     that -- 'cause as you say, there were various          19:14:49

3     initiatives that studied the extent to which friend    19:14:52

4     information was made available by apps via APIs         19:14:56

5     that provided access to that information.  Okay.        19:15:01

6     Right?                                                  19:15:05

7          A.   There were a number of studies done to       19:15:05

8     analyze the use of the Platform by developers and       19:15:08

9     how they were using the Platform and which              19:15:12

10    permissions they were requesting and which APIs         19:15:15

11    they were -- they were calling.                         19:15:17

12         Q.   And deprecating -- and I hope I'm using       19:15:20

13    the terminology right -- but deprecating friend         19:15:24

14    permissions, that was a thing.  Right?                  19:15:27

15         A.   In API Version 2, the friend permissions      19:15:31

16    were not readily grantable by a user using an           19:15:35

17    application that was using API Version 2.               19:15:40

18         Q.   And that was a big change at Facebook         19:15:44

19    because thousands of apps had access to the APIs        19:15:46

20    that allowed friend-sharing.  Right?                    19:15:52

21         A.   The way that the Facebook Developer          19:16:01

22    Platform worked before API Version 2 allowed any       19:16:03

23    application to request friend permissions, and a       19:16:08

24    number of applications did so.                          19:16:14

25              And so the removal of those permissions      19:16:17

                                                        Page 124

| | | |
|---|---|---|
| 1 | from the public API surface area in API Version 2, | 19:16:21 |
| 2 | yes, was considered a significant change to the | 19:16:27 |
| 3 | Facebook Developer Platform. | 19:16:30 |
| 4 | MR. LOESER:  If we could go to Tab 8. | 19:16:35 |
| 5 | (Deposition Exhibit 334 was marked for | 19:17:10 |
| 6 | identification.) | 19:17:12 |
| 7 | MR. LOESER:  This is Exhibit 334.  The | 19:17:15 |
| 8 | Bates number on this is 01685319.ppt. | 19:17:20 |
| 9 | Q.  Is that right? | 19:17:26 |
| 10 | And, Mr. Cross, do you see what's on your | 19:17:28 |
| 11 | screen? | 19:17:30 |
| 12 | A.  I do. | 19:17:30 |
| 13 | Q.  And this is -- you can take a minute to | 19:17:32 |
| 14 | skim through it.  I just have a few questions about | 19:17:36 |
| 15 | this slide deck.  And the first page says: "Login | 19:17:39 |
| 16 | V4 (+PS12n) - 1/24/2014 update." | 19:17:42 |
| 17 | Can you describe what this refers to just | 19:17:49 |
| 18 | by looking at the title of it? | 19:17:55 |
| 19 | A.  "Login V4" refers to the update to the | 19:17:57 |
| 20 | Facebook Platform Login dialogue that were launched | 19:18:00 |
| 21 | in -- as part of the changes announced on | 19:18:06 |
| 22 | April 30, 2014.  So that's what "Login V4" refers | 19:18:10 |
| 23 | to. | 19:18:16 |
| 24 | And "PS12n" refers to a term called | 19:18:16 |
| 25 | "platform simplification," which was one of the | 19:18:20 |

Page 125

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | terms used as part of the work that led up to the | 19:18:23 |
| 2 | changes that were announced in -- on April 30, | 19:18:30 |
| 3 | 2014. | 19:18:34 |
| 4 | Q.  Okay.  And if you -- if you turn to the | 19:18:37 |
| 5 | next page of that slide deck, there's an "Overview" | 19:18:41 |
| 6 | slide which describes the content of this | 19:18:47 |
| 7 | presentation. | 19:18:51 |
| 8 | And it states, Number 1:  "███████ ████ | 19:18:53 |
| 9 | ████████████████████████████████." | 19:18:56 |
| 10 | Number 2:  "Many ███████████ changes." | 19:19:00 |
| 11 | And Number 3:  "Limited '████████████ | 19:19:02 |
| 12 | ████████ | 19:19:04 |
| 13 | Did I read that correctly? | 19:19:05 |
| 14 | A.  You read that correctly. | 19:19:06 |
| 15 | Q.  And we've discussed user trust. | 19:19:07 |
| 16 | What does "developer trust" refer to? | 19:19:10 |
| 17 | A.  "Developer trust" refers to how Facebook | 19:19:14 |
| 18 | thought about its relationship with its platform | 19:19:17 |
| 19 | developers; whether or not those developers would | 19:19:21 |
| 20 | be keen to continue developing integrations with | 19:19:27 |
| 21 | the Facebook Developer Platform. | 19:19:31 |
| 22 | Q.  And why did Facebook want developers to do | 19:19:33 |
| 23 | that? | 19:19:36 |
| 24 | A.  If you're building a developer platform, | 19:19:40 |
| 25 | you typically want developers to build for your | 19:19:43 |

Page 126

CONFIDENTIAL

```
1    developer platform.                                19:19:46

2         Q.  And what does Facebook gain from that?    19:19:48

3         A.  Facebook gained a number of things from   19:19:55

4    its Developer Platform, various different types,    19:19:56

5    depending on the functionality of the app provided. 19:20:03

6         Q.  Okay.  Are there a couple of main          19:20:08

7    priorities?                                         19:20:11

8         A.  One example would be allowing apps that    19:20:15

9    would -- users using applications where users would 19:20:22

10   share content or activity in their applications     19:20:26

11   back to Facebook so that it could be seen on        19:20:31

12   Facebook by that user's friends on that Newsfeed.   19:20:33

13        Q.  And did Facebook, then, have an appetite   19:20:38

14   for more information because it utilized that       19:20:42

15   information in its Advertising Platform?            19:20:44

16        A.  I haven't prepared to talk about how the   19:20:51

17   advertising systems work.  That's -- that's not my  19:20:54

18   area of expertise in general, and it's not          19:20:57

19   something I prepared in this -- to testify on.  I   19:21:01

20   understand there are other people doing that.       19:21:04

21        My understanding of the reason why we were     19:21:09

22   keen for apps to share contact back to Facebook is  19:21:13

23   that that would result in content on Facebook that  19:21:18

24   could be viewed in Newsfeed that people could like  19:21:21

25   and comment and reshare.                            19:21:24
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q.  And -- and you're not knowledgeable about | 19:21:26 |
| 2 | whether it was also -- that information was used | 19:21:29 |
| 3 | to -- for the benefit of the targeted advertising | 19:21:32 |
| 4 | systems? | 19:21:36 |
| 5 | A.  I am not an expert in how Facebook's | 19:21:38 |
| 6 | targeted advertising systems work or what | 19:21:41 |
| 7 | information is used to inform how ad-targeting | 19:21:43 |
| 8 | works. | 19:21:48 |
| 9 | Q.  And the last thing on Number 1 is "protect | 19:21:49 |
| 10 | the graph." | 19:21:53 |
| 11 | Can you explain what that means? | 19:21:54 |
| 12 | A.  My understanding of "protect the graph" is | 19:21:59 |
| 13 | about limiting the amount of information third | 19:22:06 |
| 14 | parties have about users who authorize their | 19:22:10 |
| 15 | application and their relationships to each other. | 19:22:19 |
| 16 | Q.  Okay.  If you could turn to page 6 of this | 19:22:24 |
| 17 | slide deck -- and it doesn't have page numbers on | 19:22:28 |
| 18 | it, so we'll flip to the sixth page and tell you, | 19:22:31 |
| 19 | "This is the sixth page." | 19:22:34 |
| 20 | Do you see the slide on the screen now? | 19:22:36 |
| 21 | A.  I do. | 19:22:40 |
| 22 | Q.  And do you see the title of that slide? | 19:22:41 |
| 23 | A.  I do. | 19:22:44 |
| 24 | Q.  And what does it say? | 19:22:46 |
| 25 | A.  It says:  "User of high-value perms." | 19:22:48 |

Page 128

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.  And what are "high-value perms"? | 19:22:53 |
| 2 | A.  I -- I don't know what high-value perms | 19:22:57 |
| 3 | are in a general context.  The slide includes a | 19:23:04 |
| 4 | number of permissions that were available on the | 19:23:07 |
| 5 | Facebook Developer Platform, and this slide is by | 19:23:10 |
| 6 | inference calling those "high-value perms." | 19:23:15 |
| 7 | But I can't say today exactly what | 19:23:18 |
| 8 | "high-value perms" means in general. | 19:23:20 |
| 9 | Q.  And what is Facebook's definition of | 19:23:24 |
| 10 | "high-value perms"? | 19:23:27 |
| 11 | And I assume that's the permissions.  So | 19:23:30 |
| 12 | high-value permissions? | 19:23:32 |
| 13 | A.  I'm not aware of Facebook having a | 19:23:34 |
| 14 | definition of "high-value perms" that's general and | 19:23:35 |
| 15 | commonly used.  This seems to be a set of | 19:23:38 |
| 16 | terminology created by the author of this deck. | 19:23:43 |
| 17 | Q.  Okay.  And, based upon this slide, the | 19:23:48 |
| 18 | following permissions were identified as high-value | 19:23:54 |
| 19 | permissions, and those are:  "Friends; | 19:23:57 |
| 20 | read_mailbox; read_requests; read_friendlists; | 19:24:01 |
| 21 | manage_notifications; manage_friendlists; and | 19:24:06 |
| 22 | "create_event." | 19:24:12 |
| 23 | Is that right? | 19:24:13 |
| 24 | A.  I see "manage_notifications," but I don't | 19:24:14 |
| 25 | see "manage_events" listed here, either on your or | 19:24:17 |

Page 129

| | | |
|---|---|---|
| 1 | on mine. | 19:24:24 |
| 2 | Q.  Yeah, we're trying to shrink the -- well, | 19:24:25 |
| 3 | as we're working this out, I'll represent to you | 19:24:30 |
| 4 | that there are a couple more rows that you can't | 19:24:33 |
| 5 | see, and they include "manage_friendlists; | 19:24:36 |
| 6 | create_events," and there's even a couple that I | 19:24:39 |
| 7 | can't see. | 19:24:42 |
| 8 | But nonetheless, what I read through, | 19:24:43 |
| 9 | those are -- the first column of this slide | 19:24:45 |
| 10 | identifies what the -- what are described as | 19:24:48 |
| 11 | ███████████████████   Right? | 19:24:52 |
| 12 | A.  Well, I can see on the slide the number of | 19:24:58 |
| 13 | permissions that the author of this deck has | 19:25:01 |
| 14 | somehow categorized as "████████████ | 19:25:04 |
| 15 | But, like I said, this isn't -- this | 19:25:07 |
| 16 | doesn't resonate to me as a -- as a general | 19:25:09 |
| 17 | classification that was widely used. | 19:25:13 |
| 18 | Q.  And then if you go to the second column of | 19:25:16 |
| 19 | this spreadsheet, it says:  "Total number of apps | 19:25:19 |
| 20 | requesting these permissions a day."  Is that | 19:25:23 |
| 21 | right? | 19:25:26 |
| 22 | A.  That's what I see in the column header, | 19:25:28 |
| 23 | yeah. | 19:25:30 |
| 24 | Q.  And so earlier, I was asking you questions | 19:25:32 |
| 25 | to try and get a scope -- understand the scope of | 19:25:34 |

Page 130

| | | |
|---|---|---|
| 1 | friend-sharing use in particular. | 19:25:38 |
| 2 | And according to this, as of the time of | 19:25:42 |
| 3 | this deck, which was -- looks like 1/24/2014, there | 19:25:46 |
| 4 | were ███ apps requesting friends permissions per | 19:25:51 |
| 5 | day.  Right? | 19:25:57 |
| 6 | A.  My understanding from this is what it's | 19:26:01 |
| 7 | saying is that there were around ███ apps | 19:26:03 |
| 8 | requesting one or more friend permissions on any | 19:26:07 |
| 9 | given day -- on -- on a day. | 19:26:12 |
| 10 | It's not clear from what I'm seeing here | 19:26:16 |
| 11 | whether or not that was an average or what | 19:26:19 |
| 12 | particular day or from what time period that data | 19:26:21 |
| 13 | was collected, to be clear. | 19:26:23 |
| 14 | Q.  And earlier you talked about various | 19:26:27 |
| 15 | initiatives that Facebook undertook before | 19:26:29 |
| 16 | implementing the new version of the graph. | 19:26:32 |
| 17 | And does this appear to be one of the | 19:26:35 |
| 18 | evaluations that Facebook did of the extent of the | 19:26:37 |
| 19 | use of various permissions that were going to be | 19:26:40 |
| 20 | deprecated? | 19:26:44 |
| 21 | A.  Given my understanding of the -- of the | 19:26:48 |
| 22 | date of this slide deck, given it was before the | 19:26:50 |
| 23 | changes were announced and the data contained | 19:26:54 |
| 24 | within, it seems reasonable that this is an output | 19:26:57 |
| 25 | of some of the analysis that was done to understand | 19:27:03 |

Page 131

| | | |
|---|---|---|
| 1 | the scale of the apps using to-be-deprecated | 19:27:07 |
| 2 | permissions, including the friend permissions. | 19:27:14 |
| 3 | Q.  And let's go to the next slide. | 19:27:18 |
| 4 | This slide is called "Key apps," and it | 19:27:21 |
| 5 | has a number of different categories of key apps in | 19:27:24 |
| 6 | the first column, starting with ██████████ | 19:27:29 |
| 7 | and it shows there's ██ apps. | 19:27:33 |
| 8 | What are "████████████ | 19:27:35 |
| 9 | What apps are those? | 19:27:37 |
| 10 | A.  I have -- I do not know which apps are | 19:27:40 |
| 11 | being referred to here, like, which apps are the | 19:27:44 |
| 12 | number -- which represent the ███ and I also don't | 19:27:47 |
| 13 | know how that number was derived. | 19:27:50 |
| 14 | So I -- it's hard for me to -- I am unable | 19:27:56 |
| 15 | to -- to answer the question what -- what were | 19:27:59 |
| 16 | those apps or how were they categorized as ██████ | 19:28:04 |
| 17 | ████████ | 19:28:08 |
| 18 | Q.  And where would Facebook go to identify | 19:28:08 |
| 19 | the apps, the key apps, characterized as "██████ | 19:28:11 |
| 20 | ████████ | 19:28:14 |
| 21 | A.  I don't know how this list was derived or | 19:28:17 |
| 22 | how it was derived or who derived it. | 19:28:22 |
| 23 | Q.  And so if Facebook were asked to provide | 19:28:27 |
| 24 | an answer to what apps are ████████████ how | 19:28:29 |
| 25 | would Facebook answer that question? | 19:28:32 |

Page 132

| | | |
|---|---|---|
| 1 | A.  My first step would be to try and identify | 19:28:40 |
| 2 | the author of the deck and to see if they are | 19:28:43 |
| 3 | contactable and to attempt to determine if they | 19:28:49 |
| 4 | recall how this determination was made. | 19:28:52 |
| 5 | Q.  Is asking Mark perhaps one of the ways to | 19:28:58 |
| 6 | find the answer to that as well? | 19:29:00 |
| 7 | A.  I doubt Mark would know how this slide | 19:29:02 |
| 8 | deck was prepared or what went into determining | 19:29:05 |
| 9 | that number on the screen. | 19:29:08 |
| 10 | Q.  And without having any commentary on the | 19:29:11 |
| 11 | fact that Sheryl has more friends than Mark, where | 19:29:14 |
| 12 | would one go to find out what key apps are Sheryl's | 19:29:17 |
| 13 | friends? | 19:29:21 |
| 14 | A.  Well, so first of all, you said there that | 19:29:22 |
| 15 | Sheryl has more friends than Mark. | 19:29:28 |
| 16 | The numbers here refer to apps, not | 19:29:31 |
| 17 | friends, to be clear. | 19:29:34 |
| 18 | And the same answer applies here, which is | 19:29:35 |
| 19 | I -- I do not know how this slide deck was created | 19:29:40 |
| 20 | or who created it or how they came to this | 19:29:45 |
| 21 | determination.  There's no evidence here of how | 19:29:49 |
| 22 | that was determined. | 19:29:54 |
| 23 | Q.  So I can tell you from the metadata that | 19:29:55 |
| 24 | this is from Eddie O'Neil's custodial file. | 19:29:57 |
| 25 | So does that suggest to you that you would | 19:30:02 |

Page 133

| | | |
|---|---|---|
| 1 | ask -- if he's the author of this deck, you could | 19:30:04 |
| 2 | ask him how he came up with these numbers? | 19:30:07 |
| 3 | A. If he is indeed the author of the deck, | 19:30:09 |
| 4 | it's -- he could be asked. Whether or not he would | 19:30:15 |
| 5 | recall how these numbers were derived is a question | 19:30:17 |
| 6 | for him. | 19:30:21 |
| 7 | Q. Okay. And what is "Generating TPV"? | 19:30:23 |
| 8 | What is "TPV"? | 19:30:27 |
| 9 | A. TPV in this context refers to total | 19:30:29 |
| 10 | payment volume, which is the payments happening in | 19:30:31 |
| 11 | the games, as I understand it, that are being | 19:30:39 |
| 12 | referred to here. | 19:30:44 |
| 13 | Q. Okay. So this appears that when | 19:30:47 |
| 14 | evaluating the deprecation of certain permissions, | 19:30:50 |
| 15 | Mr. O'Neil identified key apps that were generating | 19:30:55 |
| 16 | TPV. Correct? | 19:30:59 |
| 17 | A. Sorry. Can you ask that again? I want to | 19:31:02 |
| 18 | make sure I -- | 19:31:04 |
| 19 | Q. Yeah, I'm just trying to understand -- | 19:31:05 |
| 20 | sorry, we're talking at the same time, which is my | 19:31:07 |
| 21 | fault. | 19:31:10 |
| 22 | But I'm trying to understand the -- this | 19:31:10 |
| 23 | appears to be an analysis of what APIs were going | 19:31:12 |
| 24 | to be deprecated, but also what apps would be | 19:31:16 |
| 25 | affected by those deprecations. Right? | 19:31:20 |

Page 134

```
 1              And so one of the categories here that        19:31:23

 2     appears was -- that was being evaluated was whether   19:31:24

 3     the app that could be impacted by deprecation was     19:31:27

 4     generating TPV.                                        19:31:32

 5              Is that a fair read?                          19:31:34

 6          A.  My understanding is this deck has referred   19:31:36

 7     to a range of potentially to-be-deprecated APIs and   19:31:38

 8     permissions -- sorry -- specifically, the previous    19:31:46

 9     slide refers to permissions that were at this point   19:31:49

10     proposed to be deprecated, publicly -- not publicly   19:31:53

11     available to developers anymore, and the "Key apps"   19:31:59

12     slide is an attempt to quantify the number of apps    19:32:02

13     that the author estimated to be impacted by those     19:32:05

14     deprecations.                                          19:32:09

15          Q.  And what -- is it "Neko"?  Is that "Neko     19:32:12

16     spenders"?                                             19:32:17

17          A.  Neko or Neko, that refers to a product       19:32:18

18     that is -- that came to be known as "Mobile App       19:32:24

19     Install Ads."                                          19:32:27

20          Q.  Okay.  And what are "Neko spenders"?         19:32:31

21          A.  So my understanding is that would refer to   19:32:36

22     apps that were -- in some period of time had spent    19:32:38

23     some money on mobile app install ads.                 19:32:42

24          Q.  And when you say "spend some money," what    19:32:47

25     does that mean?                                        19:32:50
```

Page 135

CONFIDENTIAL

```
 1          A.  "Mobile App Install Ads" is an ads        19:32:52

 2     product.  And so if a developer wanted to have ads  19:32:57

 3     for their app, then they would buy those ads just   19:33:02

 4     like any other ad on Facebook.                       19:33:06

 5          Q.  And the next down the list is "Noisy."      19:33:11

 6          Do you know what "Noisy" refers to with         19:33:16

 7     regard to key apps?                                  19:33:20

 8          A.  I don't know what "Noisy" refers to.        19:33:22

 9          Q.  And what about "T0/" -- or "T0/T1          19:33:24

10     partners?"                                           19:33:30

11          Do you know what that refers to?                19:33:31

12          A.  That's referring to some kind of partner   19:33:33

13     categorization that would have been in use at the   19:33:35

14     time, but there are a number of different ways that  19:33:37

15     the partnership team would have classified and       19:33:40

16     categorized apps over time.                          19:33:46

17          Q.  Do you know what a "T0 partner" is?        19:33:48

18          A.  It would have been some categorization      19:33:51

19     that the platform partnerships team was using, but   19:33:53

20     I don't know exactly what T0 -- the criteria to be   19:33:57

21     classified as a T0 app was.                          19:34:05

22          Q.  And then T1, it -- my understanding is it   19:34:07

23     has to do with the importance of the partner to      19:34:11

24     Facebook.                                            19:34:14

25          Is that consistent with your                    19:34:14
```

Page 136

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | understanding? | 19:34:16 |
| 2 | A.  My understanding is there were various | 19:34:17 |
| 3 | tiers of partners, Tier 0 being the top, Tier 1 | 19:34:20 |
| 4 | being one below. | 19:34:25 |
| 5 | But again, I -- it's unclear.  I am unable | 19:34:27 |
| 6 | to say what was -- why an app would be categorized | 19:34:31 |
| 7 | in Tier 0 versus Tier 1. | 19:34:35 |
| 8 | Q.  And does Facebook classify its partners | 19:34:38 |
| 9 | differently based upon how much revenue Facebook | 19:34:43 |
| 10 | receives from the partner? | 19:34:47 |
| 11 | A.  I don't know how the -- the tiering, as | 19:34:53 |
| 12 | represented here, was -- was determined.  My | 19:34:56 |
| 13 | understanding is there would have been a range of | 19:34:59 |
| 14 | factors that would have gone into that tiering | 19:35:01 |
| 15 | determination. | 19:35:06 |
| 16 | Q.  Now, my understanding of the -- of the | 19:35:14 |
| 17 | purpose of allowing an app to have access to friend | 19:35:18 |
| 18 | information was to use that information in the -- | 19:35:22 |
| 19 | solely in the context of the person who authorized | 19:35:28 |
| 20 | the app to obtain the information. | 19:35:32 |
| 21 | Is that your understanding? | 19:35:34 |
| 22 | A.  My understanding is that the existence of | 19:35:43 |
| 23 | the ability for apps to access information about a | 19:35:50 |
| 24 | user who used the app and their friends was to | 19:35:54 |
| 25 | build an engaging social experience for that user. | 19:35:59 |

Veritext Legal Solutions
866 299-5127

```
 1          Q.  And there were rules at Facebook,          19:36:03

 2     developer rules, that limited the use of friend     19:36:06

 3     information to the purpose you just described.  Is   19:36:09

 4     that right?                                          19:36:12

 5          A.  There was a range of platform policies      19:36:15

 6     that developers -- it was a specific set of          19:36:17

 7     platform policies that the -- that developers of     19:36:20

 8     the Facebook app -- the developers of apps that      19:36:25

 9     used the Facebook Developer Platform would have to   19:36:27

10     agree to.                                            19:36:32

11          Q.  And so if an app gets access to friend      19:36:34

12     data and then uses that information to target the    19:36:39

13     friends of the app users with advertisements, that  19:36:41

14     would be an example of an app using friend           19:36:46

15     information in a way that is -- that violates        19:36:48

16     Facebook's developer policies.  Is that right?       19:36:52

17              MR. BLUME:  Objection to scope.             19:36:55

18              THE WITNESS:  Sorry.  I haven't prepared    19:37:00

19     to speak to Facebook's developer policies and        19:37:01

20     precisely what they allowed or prohibited -- and     19:37:04

21     also how Facebook's advertising ecosystem worked.    19:37:09

22     BY MR. LOESER:                                       19:37:15

23          Q.  And based upon your knowledge of the        19:37:19

24     platform, was my statement correct?                  19:37:20

25          A.  I -- I am not -- I'm not sure I can         19:37:24
```

Page 138

```
 1      confirm exactly that -- that statement.  I am not        19:37:33

 2      sure, as I sit here today, exactly what the              19:37:37

 3      policies were at any given time in the past.             19:37:39

 4          Q.  Okay.  Let me ask one more related               19:37:46

 5      question.  Perhaps this is something that you are        19:37:48

 6      familiar with.                                           19:37:50

 7              If an app gets access to friend data and         19:37:51

 8      then sells that friend information to another third      19:37:53

 9      party, would that be an example of the app using         19:37:56

10      friend information in a way that is not solely           19:37:59

11      within the app user's experience?                        19:38:03

12          A.  If an app developer is making data               19:38:10

13      available to another entity that isn't -- that --        19:38:16

14      it's hard -- yeah.                                        19:38:26

15              It's hard for me to, like, give a specific       19:38:27

16      answer to that based on my understanding of how         19:38:29

17      the -- of what was and wasn't okay in terms of the      19:38:33

18      Facebook Developer Platform policies.                    19:38:37

19          Q.  Okay.  But you described for me Facebook's       19:38:39

20      understanding of how friend information was to be        19:38:43

21      used, which was to create the experience between         19:38:45

22      the user of the app and the app.  Right?                 19:38:48

23          A.  So my answer there was referring to my           19:38:52

24      understanding of the -- the primary reason why the       19:38:56

25      Facebook Platform existed, which was to primarily        19:38:59
```

Page 139

| | | |
|---|---|---|
| 1 | allow developers to build engaging social | 19:39:04 |
| 2 | experiences that users could interact with that was | 19:39:08 |
| 3 | valuable to them. | 19:39:11 |
| 4 | Q.  And Facebook did not intend in that | 19:39:12 |
| 5 | context for apps to use friend information it | 19:39:15 |
| 6 | obtained from a user outside of the context of the | 19:39:18 |
| 7 | user's experience with that app.  Right? | 19:39:25 |
| 8 | A.  So there were a number of users -- uses of | 19:39:29 |
| 9 | the Facebook Developer Platform where | 19:39:33 |
| 10 | information -- often publicly available information | 19:39:37 |
| 11 | about a user's activity would be available to an | 19:39:40 |
| 12 | app developer without the user explicitly | 19:39:43 |
| 13 | authorizing the application. | 19:39:47 |
| 14 | Q.  And let's confine our answer to | 19:39:53 |
| 15 | information obtained about a friend that was | 19:39:55 |
| 16 | intended for friends only; that wasn't public. | 19:39:57 |
| 17 | And I'm just trying to understand kind of | 19:40:01 |
| 18 | how friend-sharing works.  It's not a trick | 19:40:04 |
| 19 | question.  I'm just trying to understand if an app | 19:40:06 |
| 20 | obtains friend information but then uses that | 19:40:08 |
| 21 | information for purposes other than the experience | 19:40:10 |
| 22 | of the app user and the app, is that something that | 19:40:12 |
| 23 | is beyond what Facebook intended when it provided | 19:40:16 |
| 24 | access to the friend information? | 19:40:20 |
| 25 | A.  So limited to -- limited to the context of | 19:40:27 |

Page 140

| | | |
|---|---|---|
| 1 | a user having explicitly authorized an application | 19:40:30 |
| 2 | and then that application having access to the -- | 19:40:36 |
| 3 | the data made available via the friend permissions, | 19:40:39 |
| 4 | my understanding is that the -- that that | 19:40:43 |
| 5 | information was to be used within the context of | 19:40:46 |
| 6 | the application that the user was using. | 19:40:48 |
| 7 | Q.  Did Facebook have any technology making it | 19:40:51 |
| 8 | impossible for apps to use friend data other than | 19:40:54 |
| 9 | in connection with the app user? | 19:40:58 |
| 10 | A.  One piece of technology Facebook has, or | 19:41:06 |
| 11 | had, is the privacy settings available governing | 19:41:11 |
| 12 | visibility of content on Facebook. | 19:41:18 |
| 13 | As a result, it's possible that, for | 19:41:22 |
| 14 | example, if we were friends and you posted a post, | 19:41:26 |
| 15 | you could make that post not visible to me, even | 19:41:31 |
| 16 | though we were friends using on-Facebook privacy | 19:41:36 |
| 17 | settings. | 19:41:40 |
| 18 | If you had done that, then that piece of | 19:41:41 |
| 19 | content wouldn't be available via the API if it was | 19:41:44 |
| 20 | being called on my behalf. | 19:41:50 |
| 21 | Q.  Okay.  And if you have shared information | 19:41:52 |
| 22 | with your friend based upon your privacy setting | 19:41:54 |
| 23 | that allowed friends to have that information, was | 19:41:59 |
| 24 | there technology that prevented an app from -- | 19:42:01 |
| 25 | could Facebook have utilized technology that would | 19:42:07 |

Page 141

| | | |
|---|---|---|
| 1 | prevent that app from getting the friend | 19:42:10 |
| 2 | information since the app is not the friend of the | 19:42:13 |
| 3 | person who posted it? | 19:42:15 |
| 4 | A.  So the -- again, which time frame are you | 19:42:17 |
| 5 | referring to here? | 19:42:20 |
| 6 | Q.  At any point since 2007. | 19:42:22 |
| 7 | A.  Okay.  So once a -- once an app makes an | 19:42:25 |
| 8 | API call on behalf of a user and the Facebook API | 19:42:32 |
| 9 | returns that information to the application, then | 19:42:38 |
| 10 | the application or the developer, whether or not | 19:42:44 |
| 11 | that's their servers or the code, technically has | 19:42:48 |
| 12 | access to that information. | 19:42:51 |
| 13 | And once they have that information, | 19:42:54 |
| 14 | the -- there's very little -- there's no technical | 19:42:57 |
| 15 | way for Facebook to prevent it being used outside | 19:43:01 |
| 16 | the use of the application itself. | 19:43:06 |
| 17 | Q.  Does Facebook perform financial analysis | 19:43:17 |
| 18 | of the different products it offers? | 19:43:20 |
| 19 | A.  That's a very -- | 19:43:25 |
| 20 | Sorry, Rob, it looks like you were going | 19:43:27 |
| 21 | to say something. | 19:43:30 |
| 22 | MR. BLUME:  I was just going to object to | 19:43:31 |
| 23 | the form. | 19:43:33 |
| 24 | THE WITNESS:  Facebook as a company does | 19:43:40 |
| 25 | look at its various products and how they are | 19:43:44 |

Page 142

| | | |
|---|---|---|
| 1 | performing. | 19:43:47 |
| 2 | BY MR. LOESER: | 19:43:47 |
| 3 | Q.  Okay.  And do the different products | 19:43:48 |
| 4 | engage in analysis of revenue and the income, | 19:43:50 |
| 5 | et cetera, of that product to -- to Facebook? | 19:43:55 |
| 6 | A.  Different products assess their | 19:44:01 |
| 7 | performance in different ways.  Ads products, for | 19:44:02 |
| 8 | example, typically would look at revenue as to | 19:44:06 |
| 9 | whether or not they were performing. | 19:44:10 |
| 10 | Q.  And what about partnership-based products? | 19:44:14 |
| 11 | Are there partnership-based products? | 19:44:18 |
| 12 | A.  Help me understand what you mean by | 19:44:21 |
| 13 | "partnership-based products." | 19:44:23 |
| 14 | Q.  Well, you were in the Partnership team. | 19:44:25 |
| 15 | Did it have a product? | 19:44:27 |
| 16 | A.  The Partnership team doesn't have | 19:44:29 |
| 17 | products, no. | 19:44:30 |
| 18 | Q.  And does it report revenue or income? | 19:44:33 |
| 19 | A.  The Partnership -- the Platform | 19:44:39 |
| 20 | Partnerships team would typically assess the | 19:44:41 |
| 21 | utilization of the Facebook Developer Platform | 19:44:49 |
| 22 | product by Platform developers, and income from | 19:44:52 |
| 23 | Platform developers is one of the things that may | 19:45:01 |
| 24 | have been looked at in terms of understanding the | 19:45:05 |
| 25 | performance of the Platform products. | 19:45:08 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1          Q.  And what types of income did Facebook         19:45:11

 2   receive from Platform developers?                         19:45:13

 3          A.  The types of income that Facebook would        19:45:18

 4   receive from Platform developers were, broadly:           19:45:21

 5   One, ad spend related to the Platform developer's         19:45:25

 6   products; and, two, in the case of games that used        19:45:35

 7   in-game currency where that game was rendered             19:45:41

 8   inside the Facebook Chrome on the web, Facebook            19:45:44

 9   would take a cut of the total payment volume inside       19:45:54

10   of that game or app.                                      19:45:59

11          Q.  And does Facebook consider the user data       19:46:07

12   it collects and infers about users valuable?              19:46:09

13          A.  Can you help me understand the -- the          19:46:15

14   context, as in -- yeah.                                   19:46:17

15              Can you help me understand the context         19:46:20

16   you're asking in?                                         19:46:21

17          Q.  Sure.  I'll ask more specifically.             19:46:22

18              Did Facebook do any financial analysis of      19:46:24

19   the value of user data it collects and infers about       19:46:26

20   users?                                                    19:46:30

21          A.  In -- let me understand.  In any way,          19:46:39

22   across any part of the company?  Is that what             19:46:41

23   you're asking?                                            19:46:43

24          Q.  Yes.  Yes.  We can start big and go small.     19:46:44

25   So, in any way.                                           19:46:47
```

Page 144

| | | |
|---|---|---|
| 1 | MR. BLUME:  Objection to scope. | 19:46:50 |
| 2 | THE WITNESS:  Yeah.  It's hard for me to | 19:46:52 |
| 3 | answer that question at the full company level. | 19:46:54 |
| 4 | That's not what I've prepared to testify on. | 19:46:57 |
| 5 | On a personal level, there -- I can say | 19:47:00 |
| 6 | that there are products that the -- where the -- | 19:47:04 |
| 7 | where, like, the impact of the -- or the -- it's | 19:47:18 |
| 8 | hard for me to say.  I can't give you a very crisp | 19:47:22 |
| 9 | and clear and accurate answer to that -- to that | 19:47:26 |
| 10 | question.  It's not what I've testified on, and I'd | 19:47:28 |
| 11 | be giving you an inappropriate answer, I think. | 19:47:31 |
| 12 | BY MR. LOESER: | 19:47:36 |
| 13 | Q.  If I wanted to have Facebook answer the | 19:47:36 |
| 14 | question whether it does financial analysis of the | 19:47:38 |
| 15 | value of user data that it collects, where would I | 19:47:40 |
| 16 | go in the company to get information about that? | 19:47:44 |
| 17 | Is that the finance department or -- or | 19:47:47 |
| 18 | where would that get reported? | 19:47:50 |
| 19 | MR. BLUME:  Objection.  Beyond the scope. | 19:47:52 |
| 20 | THE WITNESS:  Yeah, I think different | 19:47:57 |
| 21 | teams assess the performance of their products in | 19:47:59 |
| 22 | different ways, and those products involve | 19:48:02 |
| 23 | different kinds of information. | 19:48:05 |
| 24 | So it's really hard to give you a specific | 19:48:07 |
| 25 | answer to that question.  I couldn't give you a | 19:48:09 |

Page 145

```
 1     specific answer to that question.              19:48:11

 2     BY MR. LOESER:                                 19:48:15

 3          Q.  Okay.  And has Facebook done any analysis   19:48:15

 4     of the value of the data it makes available to  19:48:17

 5     third parties through the Facebook Social Graph?  19:48:20

 6               MR. BLUME:  Objection.  Scope.        19:48:24

 7               THE WITNESS:  I've seen some analysis of   19:48:33

 8     the impact of the Platform changes that were    19:48:34

 9     proposed, and I've also seen and heard about    19:48:37

10     analysis done of the -- of the use of the Facebook   19:48:43

11     Developer Platform in terms of how people use it   19:48:46

12     and how that contributes revenue to Facebook.  But   19:48:51

13     I've -- I don't recall seeing analysis specific to,   19:48:58

14     like, the user data itself.                    19:49:01

15     BY MR. LOESER:                                 19:49:04

16          Q.  Okay.  Well, walk me through the two types   19:49:06

17     of analyses you just mentioned.                19:49:12

18               MR. BLUME:  Objection to scope, but he can   19:49:18

19     in his personal capacity.                      19:49:21

20     BY MR. LOESER:                                 19:49:23

21          Q.  Well, let me clarify.                 19:49:23

22               Your answer was:  "I've seen some analysis   19:49:25

23     of the impact of the Platform changes that were   19:49:26

24     proposed."                                     19:49:29

25               So what's the analysis that you've seen of   19:49:30
```

Page 146

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the impact of the Platform changes that were | 19:49:32 |
| 2 | proposed? | 19:49:34 |
| 3 | A.  So one of the documents I reviewed in | 19:49:38 |
| 4 | preparation for the testimony today seems to -- | 19:49:40 |
| 5 | seems to make an assessment of the various changes | 19:49:45 |
| 6 | that were proposed to be launched and estimates the | 19:49:48 |
| 7 | impact that might have on Facebook's revenues from | 19:49:53 |
| 8 | developers. | 19:49:57 |
| 9 | So I recall reviewing a document of that | 19:50:00 |
| 10 | form. | 19:50:02 |
| 11 | Q.  And can you tell me more about that | 19:50:03 |
| 12 | document; who created it and when it was created? | 19:50:05 |
| 13 | A.  I don't know who created it or when it was | 19:50:10 |
| 14 | created, but I do know it was -- my understanding | 19:50:12 |
| 15 | is it was previously produced in -- in this | 19:50:15 |
| 16 | litigation.  So it should be available to you. | 19:50:20 |
| 17 | Q.  Okay.  We'll follow up with Mr. Blume and | 19:50:28 |
| 18 | try and pin down that document. | 19:50:33 |
| 19 | And the second thing you said was an | 19:50:35 |
| 20 | assessment of the various changes that were | 19:50:39 |
| 21 | proposed and estimates of the impact they might | 19:50:46 |
| 22 | have on Facebook's revenue from developers. | 19:50:48 |
| 23 | So what was that analysis? | 19:50:51 |
| 24 | A.  So I think that's the thing I've just -- | 19:50:52 |
| 25 | that's the thing I've just talked about. | 19:50:54 |

Page 147

| | | |
|---|---|---|
| 1 | Q.  Okay.  Was there -- I thought you | 19:50:56 |
| 2 | mentioned two different assessments that you saw. | 19:50:58 |
| 3 | A.  So that -- that document, I -- I saw in | 19:51:03 |
| 4 | preparation for this case, this testimony. | 19:51:06 |
| 5 | The other thing I recall mentioning is in | 19:51:10 |
| 6 | my personal capacity, I recall there being analysis | 19:51:16 |
| 7 | done of the -- the revenue that Facebook games | 19:51:20 |
| 8 | provided to the Facebook company. | 19:51:28 |
| 9 | But I don't recall a specific document on | 19:51:32 |
| 10 | that, and I have not reviewed a document of that | 19:51:36 |
| 11 | form in reference -- in preparation for this | 19:51:38 |
| 12 | testimony. | 19:51:41 |
| 13 | Q.  And this may be covered by what you said | 19:51:45 |
| 14 | before, but has Facebook ever analyzed the | 19:51:47 |
| 15 | financial or other business benefits Facebook | 19:51:49 |
| 16 | obtained by allowing third-party access to Facebook | 19:51:52 |
| 17 | user friends data in particular? | 19:51:56 |
| 18 | MR. BLUME:  Objection to scope. | 19:52:00 |
| 19 | THE WITNESS:  I don't recall seeing any | 19:52:03 |
| 20 | analysis that was specifically limited to friends | 19:52:07 |
| 21 | data, no. | 19:52:12 |
| 22 | BY MR. LOESER: | 19:52:14 |
| 23 | Q.  And what about analysis that was limited | 19:52:16 |
| 24 | to deprecated permissions more broadly? | 19:52:19 |
| 25 | A.  I have not seen analysis related to | 19:52:24 |

Page 148

| | | |
|---|---|---|
| 1 | deprecated permissions specifically, no. | 19:52:27 |
| 2 | Q. And has Facebook ever analyzed the | 19:52:35 |
| 3 | financial or other business impact of continuing to | 19:52:37 |
| 4 | allow certain apps and partners to have access to | 19:52:40 |
| 5 | friend-sharing after publicly deprecating | 19:52:46 |
| 6 | friend-sharing permissions? | 19:52:49 |
| 7 | A. So here we need to be specific when we | 19:52:51 |
| 8 | talk about friend-sharing permissions versus your | 19:52:54 |
| 9 | broader definition of friends data. | 19:52:57 |
| 10 | No, I -- I have not seen and am not aware | 19:53:00 |
| 11 | of any analysis that was done relating to | 19:53:04 |
| 12 | extensions allowing apps to continue to have | 19:53:10 |
| 13 | access -- some apps to continue to have access to | 19:53:14 |
| 14 | the friend permissions after they were more | 19:53:17 |
| 15 | publicly deprecated. | 19:53:22 |
| 16 | Q. And if the question is not friends | 19:53:24 |
| 17 | permissions specifically, but deprecated | 19:53:27 |
| 18 | permissions, does that change your answer? | 19:53:30 |
| 19 | A. I am not aware of any analysis that was | 19:53:33 |
| 20 | done to understand the impact of deprecated | 19:53:36 |
| 21 | permissions in particular. | 19:53:40 |
| 22 | As I testified previously, I -- sorry. | 19:53:44 |
| 23 | Q. Go ahead. I'm sorry. | 19:53:46 |
| 24 | A. As I testified previously, I have seen | 19:53:50 |
| 25 | analysis of the impact of the changes in general, | 19:53:53 |

Page 149

| | | |
|---|---|---|
| 1 | but not specifically I recall seeing anything | 19:53:59 |
| 2 | related to just the deprecation of permissions. | 19:54:03 |
| 3 | Q.  And did Facebook evaluate the loss of | 19:54:08 |
| 4 | revenue that could occur if a Facebook partner or | 19:54:13 |
| 5 | partners stopped doing business with Facebook | 19:54:17 |
| 6 | because Facebook deprecated permissions that the | 19:54:20 |
| 7 | partner used? | 19:54:23 |
| 8 | A.  I don't recall seeing any analysis of | 19:54:29 |
| 9 | the -- on an app-specific basis or a | 19:54:35 |
| 10 | partner-specific basis. | 19:54:40 |
| 11 | It's possible that people that worked with | 19:54:43 |
| 12 | that partner might assert a potential loss of | 19:54:45 |
| 13 | revenue, but I don't recall any, you know, formal | 19:54:52 |
| 14 | analysis being done of -- of the financial impact | 19:54:55 |
| 15 | of deprecating something. | 19:54:58 |
| 16 | Q.  And you say you don't recall, but I want | 19:55:01 |
| 17 | to make sure I understand what you're saying. | 19:55:04 |
| 18 | Did Facebook do that analysis, do you | 19:55:06 |
| 19 | know? | 19:55:10 |
| 20 | A.  I do not know, and I have not seen any | 19:55:11 |
| 21 | evidence in preparation for this that they did. | 19:55:13 |
| 22 | Q.  And if you were to find -- to search for | 19:55:16 |
| 23 | the answer to that question, who would you ask? | 19:55:19 |
| 24 | A.  I would ask Ime, probably, who was | 19:55:26 |
| 25 | involved in -- who led the Partnerships team around | 19:55:35 |

Page 150

| | | |
|---|---|---|
| 1 | this time -- sorry, let me be clearer about around | 19:55:39 |
| 2 | this time. | 19:55:42 |
| 3 | In the period 2013 to 2018, I believe, he | 19:55:45 |
| 4 | may be aware of whether or not such analysis was | 19:55:51 |
| 5 | done. | 19:55:53 |
| 6 | Q.  So -- sorry, I have to reach for a | 19:56:02 |
| 7 | document. | 19:56:05 |
| 8 | Going back to the notice, on Topic 6, you | 19:56:06 |
| 9 | have -- the last part of that notice calls for | 19:56:08 |
| 10 | testimony about the revenue impact and net profits | 19:56:15 |
| 11 | for Facebook relating to friend-sharing throughout | 19:56:19 |
| 12 | the class period.  Correct? | 19:56:21 |
| 13 | A.  I'll wait to see till it comes on the | 19:56:26 |
| 14 | screen. | 19:56:29 |
| 15 | Q.  Sure.  And so I am going to ask you a | 19:56:30 |
| 16 | question -- yeah, I'm going to ask you a question | 19:56:36 |
| 17 | based on the notice, and you can tell me what | 19:56:38 |
| 18 | Facebook's answer is. | 19:56:40 |
| 19 | But what is the revenue impact and net | 19:56:41 |
| 20 | profits for Facebook related to friend-sharing | 19:56:44 |
| 21 | before Facebook publicly deprecated friend-sharing | 19:56:46 |
| 22 | APIs? | 19:56:49 |
| 23 | A.  My understanding is that Facebook did | 19:56:53 |
| 24 | not -- has not done analysis as to the revenue | 19:56:56 |
| 25 | impact and net profits related to friend-sharing. | 19:57:01 |

Page 151

| | | |
|---|---|---|
| 1 | Q.  And what is the revenue impact and net | 19:57:07 |
| 2 | profits for Facebook related to friend-sharing | 19:57:09 |
| 3 | after publicly deprecating friend-sharing APIs but | 19:57:16 |
| 4 | continuing to allow friend-sharing for certain apps | 19:57:19 |
| 5 | and partners? | 19:57:21 |
| 6 | A.  In preparation for this -- this testimony, | 19:57:24 |
| 7 | I attempted to see whether or not any such analysis | 19:57:28 |
| 8 | has been done. | 19:57:33 |
| 9 | My understanding is that no analysis was | 19:57:34 |
| 10 | done.  I am not aware of any analysis having been | 19:57:36 |
| 11 | done about the revenue impact to net profits | 19:57:40 |
| 12 | relating to friend-sharing before or after the | 19:57:44 |
| 13 | deprecation period. | 19:57:47 |
| 14 | Q.  And who -- what did you do to educate | 19:57:48 |
| 15 | yourself on that question? | 19:57:52 |
| 16 | A.  I spoke to Ime, and I reviewed the | 19:57:56 |
| 17 | document -- several documents provided to me in | 19:58:03 |
| 18 | this case. | 19:58:05 |
| 19 | Q.  So I'm about to move on to Topic 7, and | 19:58:27 |
| 20 | we've been going for about an hour, so it's | 19:58:30 |
| 21 | probably a good time to take a break.  We also have | 19:58:33 |
| 22 | your notes, and I just need to quickly look at them | 19:58:36 |
| 23 | and see if I have any other questions about Topic 6 | 19:58:38 |
| 24 | regarding your notes. | 19:58:39 |
| 25 | If you don't want to take a break, I can | 19:58:42 |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | plow ahead, but it's been an hour, and if you want | 19:58:42 |
| 2 | to take a break, that's fine too. | 19:58:42 |
| 3 | A.  Yeah, let's just take five minutes.  That | 19:58:44 |
| 4 | would be good.  I'll just stretch a bit; make sure | 19:58:48 |
| 5 | I'm fresh. | 19:58:51 |
| 6 | THE VIDEO OPERATOR:  We're off the record | 19:58:52 |
| 7 | at 7:58 P.M. | 19:58:53 |
| 8 | (Recess from 7:58 P.M. to 8:12 P.M.) | 19:58:55 |
| 9 | THE VIDEO OPERATOR:  We're back on the | 20:12:47 |
| 10 | record.  It's 8:12 P.M. | 20:12:48 |
| 11 | MR. LOESER:  Mr. Cross, we're going to | 20:12:56 |
| 12 | mark as an exhibit the notes that -- that you | 20:12:57 |
| 13 | provided to your counsel who then provided them to | 20:13:01 |
| 14 | us. | 20:13:03 |
| 15 | And if we have time today, we might come | 20:13:14 |
| 16 | back and ask a few questions about them, but for | 20:13:17 |
| 17 | now, I just wanted to mark them as an exhibit.  So | 20:13:19 |
| 18 | we can just put them up, introduce them, and move | 20:13:22 |
| 19 | on. | 20:13:25 |
| 20 | (Deposition Exhibit 335 was marked for | 20:13:25 |
| 21 | identification.) | 20:13:29 |
| 22 | BY MR. LOESER: | 20:13:30 |
| 23 | Q.  I do have, actually, one -- we don't need | 20:13:31 |
| 24 | to put the exhibit back up, but I had noticed in | 20:13:33 |
| 25 | your notes when I asked you earlier who had | 20:13:35 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | developed friend-sharing, you couldn't recall, but | 20:13:38 |
| 2 | your notes indicate it was Luke Shepherd, | 20:13:40 |
| 3 | Ari Steinberg, and Alex Himmel.  Is that correct? | 20:13:43 |
| 4 | A.  Those are three names of people that I | 20:13:49 |
| 5 | believe to have been involved in the early | 20:13:51 |
| 6 | development of the Facebook Developer Platform | 20:13:53 |
| 7 | which included sharing friends data as part of the | 20:13:55 |
| 8 | model. | 20:14:02 |
| 9 | Q.  And when you say "early development," | 20:14:02 |
| 10 | what's the time period that you're referring to? | 20:14:03 |
| 11 | A.  My understanding is that Ari Steinberg was | 20:14:11 |
| 12 | involved in the 2007/2008 time frame, although I | 20:14:14 |
| 13 | don't have the specifics. | 20:14:19 |
| 14 | Luke Shepherd was involved in the Platform | 20:14:21 |
| 15 | when I joined in September 2010.  I'm not sure when | 20:14:24 |
| 16 | his tenure in that space began or ended. | 20:14:29 |
| 17 | And Alex Himmel is another person that I | 20:14:36 |
| 18 | know was involved in the Facebook Developer | 20:14:39 |
| 19 | Platform. | 20:14:40 |
| 20 | Whether or not these folks were | 20:14:42 |
| 21 | specifically involved in the original design of the | 20:14:44 |
| 22 | platform, which included friend-sharing, it's hard | 20:14:49 |
| 23 | for me to know specifically. | 20:14:53 |
| 24 | Q.  Okay.  Thank you. | 20:14:57 |
| 25 | Let's go back to the notice.  We're going | 20:14:59 |

Page 154

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | to move on to Topic 7. | 20:15:00 |
| 2 | It's a little longer, so I won't read the | 20:15:08 |
| 3 | whole thing into the record, but I gather you have | 20:15:10 |
| 4 | read all of Topic 7 and you are prepared to testify | 20:15:12 |
| 5 | about this topic. | 20:15:19 |
| 6 | And you've described what you did to | 20:15:34 |
| 7 | prepare for Topic 6. | 20:15:36 |
| 8 | When you prepared for Topic 6, were you | 20:15:38 |
| 9 | also at the same time preparing for Topic 7? | 20:15:40 |
| 10 | A.  That's correct.  I was preparing for the | 20:15:44 |
| 11 | two in parallel. | 20:15:45 |
| 12 | Q.  And is there anybody that you talked to at | 20:15:49 |
| 13 | Facebook to get information about Topic 7 that is | 20:15:51 |
| 14 | different than the folks that you talked to about | 20:15:54 |
| 15 | Topic 6? | 20:15:57 |
| 16 | A.  No.  The set of people I talked to, I | 20:15:59 |
| 17 | talked to about all of the matters I was preparing | 20:16:03 |
| 18 | to testify on. | 20:16:05 |
| 19 | Q.  And is there any component of Topic 7 that | 20:16:14 |
| 20 | you only have knowledge of based upon the | 20:16:17 |
| 21 | preparations that you did for this deposition? | 20:16:19 |
| 22 | A.  Yes.  I think 7-a, each whitelisted | 20:16:24 |
| 23 | entity; b, only -- so b, I have some personal | 20:16:33 |
| 24 | experience there; c, I also have some personal | 20:16:46 |
| 25 | experience. | 20:16:56 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | D -- could you scroll d onto the screen, | 20:17:02 |
| 2 | please?  There you go.  That was easy. | 20:17:05 |
| 3 | So I think I have some personal experience | 20:17:08 |
| 4 | in all, but with 7-a, primarily I'm relying on the | 20:17:11 |
| 5 | forensic work that was done after my involvement in | 20:17:19 |
| 6 | the Facebook Developer Platform to answer those | 20:17:25 |
| 7 | questions. | 20:17:29 |
| 8 | Q.  And based on your preparation with regard | 20:17:31 |
| 9 | to Topic 7, do you believe you are reasonably | 20:17:33 |
| 10 | educated to testify on these matters? | 20:17:37 |
| 11 | A.  I believe I am reasonably educated to | 20:17:39 |
| 12 | testify.  I've done as much as I could to prepare. | 20:17:41 |
| 13 | Q.  And last night, your counsel informed us | 20:17:53 |
| 14 | that you are not prepared to testify about call | 20:17:54 |
| 15 | logs, APIs, or permissions granted to any | 20:17:57 |
| 16 | particular entity. | 20:18:00 |
| 17 | And is that -- is that your understanding? | 20:18:03 |
| 18 | A.  Yeah.  We -- I want to make sure that I -- | 20:18:12 |
| 19 | in answering those questions, I want to make sure I | 20:18:15 |
| 20 | have done as much preparation as possible, and I | 20:18:17 |
| 21 | think a couple more -- a bit more time to make sure | 20:18:25 |
| 22 | I can speak to those topics would be valuable. | 20:18:28 |
| 23 | Q.  Okay.  And over the course of your | 20:18:33 |
| 24 | employment at Facebook, did you develop any | 20:18:34 |
| 25 | personal knowledge of call logs, APIs, or | 20:18:36 |

Page 156

| | | |
|---|---|---|
| 1 | permissions granted to any particular entity? | 20:18:40 |
| 2 | A.   I developed -- I was in -- I had access to | 20:18:44 |
| 3 | and would have used some of the tools that would | 20:18:48 |
| 4 | help analyze call logs and Platform API usage and, | 20:18:56 |
| 5 | in the course of doing that, would have seen | 20:19:03 |
| 6 | information to do with particular apps. | 20:19:05 |
| 7 | But that's a long time ago, and I wouldn't | 20:19:10 |
| 8 | remember the specifics, and I don't know what in | 20:19:13 |
| 9 | general Facebook would have access to today, many | 20:19:15 |
| 10 | years after -- many years after my time directly | 20:19:18 |
| 11 | involved in this stuff. | 20:19:23 |
| 12 | Q.   Okay.  Thank you. | 20:19:24 |
| 13 | Mr. Cross, please explain what it means to | 20:19:27 |
| 14 | "whitelist" an app or a partner in the context of | 20:19:29 |
| 15 | access to APIs. | 20:19:33 |
| 16 | A.   The -- can you be specific? | 20:19:47 |
| 17 | Which APIs are we referring to here? | 20:19:49 |
| 18 | Q.   Just generally, back to making sure we | 20:19:52 |
| 19 | have the terminology down and I'm using the right | 20:19:54 |
| 20 | words to talk about what we're discussing, there's, | 20:19:57 |
| 21 | obviously, a lot of documents that talk about, | 20:19:59 |
| 22 | refer to, and use the term "whitelist," and I | 20:20:01 |
| 23 | gather that's a term that can be applied in a | 20:20:05 |
| 24 | variety of contexts. | 20:20:07 |
| 25 | But when it's connected to granting access | 20:20:08 |

Page 157

| | | |
|---|---|---|
| 1 | to particular APIs or -- I'm continually getting | 20:20:11 |
| 2 | this wrong -- permissions, does it have a | 20:20:17 |
| 3 | particular meaning? | 20:20:20 |
| 4 | A.  In the context -- we referred to in the | 20:20:21 |
| 5 | context of the Facebook Developer Platform again? | 20:20:23 |
| 6 | Q.  Yeah.  Yes. | 20:20:26 |
| 7 | A.  So in that context, I understand | 20:20:32 |
| 8 | "whitelisting" to refer to where a given | 20:20:33 |
| 9 | application is added to a list of applications | 20:20:38 |
| 10 | that -- whose behavior or whose -- the behavior of | 20:20:45 |
| 11 | the API, and the Facebook Developer Platform is | 20:20:50 |
| 12 | modified in some way for those applications. | 20:20:53 |
| 13 | Q.  And consistent with that definition, when | 20:21:05 |
| 14 | did Facebook first start whitelisting any app or | 20:21:07 |
| 15 | partner? | 20:21:10 |
| 16 | A.  So the -- given that the concept of | 20:21:14 |
| 17 | whitelisting in general applies to making -- you | 20:21:16 |
| 18 | know, modifying the changes to the -- modifying the | 20:21:21 |
| 19 | behavior of the Facebook Developer Platform, then | 20:21:24 |
| 20 | whitelisting in some form has been used | 20:21:27 |
| 21 | consistently throughout the development of the | 20:21:31 |
| 22 | Facebook Developer Platform in some way. | 20:21:35 |
| 23 | Q.  And, again, I want to make sure I have the | 20:21:46 |
| 24 | technology correct, but what does it mean to | 20:21:48 |
| 25 | whitelist friend-sharing APIs for an app? | 20:21:52 |

Page 158

```
 1            Or let me put it this way:  What does it        20:21:55

 2     mean to whitelist an app's ability to collect          20:21:58

 3     friend-sharing data?                                   20:22:00

 4        A.  So this would refer to what we mean by           20:22:06

 5     "friend-sharing data."  In this context, one way       20:22:11

 6     that that could have manifested is where an app has    20:22:20

 7     access to APIs and permissions which were not          20:22:28

 8     generally available to other Facebook developers       20:22:33

 9     and applications at the time.                          20:22:38

10        Q.  Okay.  And I've seen in Facebook's              20:22:42

11     documents "whitelisting" used in reference to apps,    20:22:45

12     but I've also seen it used in reference to             20:22:50

13     partners.                                              20:22:52

14            Is there a different definition that            20:22:53

15     Facebook uses when thinking of whitelisting           20:22:55

16     partners in the context of the Platform?               20:22:59

17        A.  So back to my original definition of           20:23:04

18     "application" being a very specific entity in the      20:23:06

19     Facebook Developer Platform ecosystem, a partner      20:23:08

20     would refer to an entity, a -- for example, a          20:23:14

21     company.  And that company may have several, one or    20:23:17

22     more, Facebook applications, and those applications    20:23:24

23     may or may not have been whitelisted for               20:23:32

24     alternative API behavior.                              20:23:35

25            So in that context, you know, when a -- a       20:23:38
```

| | | |
|---|---|---|
| 1 | partner is -- if you see the phrase "partner has | 20:23:41 |
| 2 | been whitelisted," what specifically happens in | 20:23:45 |
| 3 | the -- in the -- in the code base is that the | 20:23:48 |
| 4 | applications owned -- the Facebook applications | 20:23:54 |
| 5 | owned and maintained by that partner, the app IDs | 20:23:59 |
| 6 | have been granted some modification to the standard | 20:24:05 |
| 7 | API behavior. | 20:24:09 |
| 8 | Q.  And through those modifications, those | 20:24:12 |
| 9 | partners, vis-à-vis their apps or, if it's a | 20:24:15 |
| 10 | developer, the developer vis-à-vis its app would | 20:24:19 |
| 11 | gain access to friend data that would not otherwise | 20:24:23 |
| 12 | have been available to that app or partner. | 20:24:28 |
| 13 | Is that a fair description? | 20:24:33 |
| 14 | A.  Well, it's a wide range of whitelists and | 20:24:35 |
| 15 | capabilities that were in the system.  Many of | 20:24:39 |
| 16 | them, in fact, my understanding is the vast | 20:24:44 |
| 17 | majority of them were not related to friend data at | 20:24:47 |
| 18 | all. | 20:24:49 |
| 19 | Q.  Okay.  And, in fact, there's plenty of | 20:24:54 |
| 20 | discussion in Facebook documents about the other | 20:24:56 |
| 21 | permissions that were deprecated with Version 2 | 20:24:58 |
| 22 | that also were whitelisted for certain apps and | 20:25:03 |
| 23 | partners.  Right? | 20:25:07 |
| 24 | A.  There's -- when you say "whitelisted," | 20:25:09 |
| 25 | what time period are you referring to here? | 20:25:13 |

Page 160

CONFIDENTIAL

```
 1              It's very specific, given that          20:25:15

 2    whitelisting as a concept is something that's very  20:25:17

 3    common in the industry and will have been used in   20:25:21

 4    this context for many years.                        20:25:24

 5         Q.  Sure.  Is the use of whitelisting         20:25:26

 6    vis-à-vis the Facebook Platform, did that mean      20:25:30

 7    something different at different times in           20:25:35

 8    Facebook's lifespan?                                20:25:38

 9         A.  Well, the general definition of           20:25:42

10    whitelisting in the context of the Facebook         20:25:44

11    Platform is that by being on a whitelist, you get   20:25:46

12    some kind of different behavior -- the Platform     20:25:50

13    behaves in some kind of different way to people not 20:25:54

14    on the whitelist.                                   20:25:57

15              Exactly what that behavior is depends on  20:25:59

16    specifically what the capability is.                20:26:02

17              And so, again, over time, the high -- at  20:26:06

18    the conceptual level, the concept of whitelisting   20:26:11

19    hasn't changed, but exactly which whitelists        20:26:15

20    existed, for what purpose they were used, and who   20:26:18

21    had access to them at any given time will have      20:26:21

22    changed considerably over time.                     20:26:23

23         Q.  Okay.  And so we've talked about          20:26:26

24    whitelisting.                                       20:26:28

25              Let's talk about private APIs for a      20:26:29
```

Page 161

| | | |
|---|---|---|
| 1 | minute. | 20:26:32 |
| 2 | Does Facebook conceive of private APIs as | 20:26:32 |
| 3 | something different than whitelisting? | 20:26:36 |
| 4 | A.  I think we discussed the definition of | 20:26:42 |
| 5 | private APIs earlier in the -- in the testimony. | 20:26:44 |
| 6 | So that would be, in my -- in my determination, | 20:26:46 |
| 7 | APIs or behaviors which were not available -- in | 20:26:55 |
| 8 | this case, "private APIs" would typically refer to | 20:27:01 |
| 9 | APIs or permissions that were not generally | 20:27:04 |
| 10 | available. | 20:27:06 |
| 11 | Whitelisting is the concept of who has | 20:27:07 |
| 12 | access to the private APIs, but there is also | 20:27:10 |
| 13 | whitelisting which is nothing to do with private | 20:27:15 |
| 14 | APIs or permissions in any way. | 20:27:19 |
| 15 | Q.  And your answer probably helps to explain | 20:27:22 |
| 16 | why there is some confusion in the documents about | 20:27:25 |
| 17 | this because these terms do seem to get -- they | 20:27:27 |
| 18 | seem overlapping but also different; so I want to | 20:27:30 |
| 19 | make sure I understand. | 20:27:33 |
| 20 | The only way an app that is created by a | 20:27:34 |
| 21 | developer that is not a partner with Facebook can | 20:27:40 |
| 22 | get access to publicly deprecated APIs is through a | 20:27:43 |
| 23 | whitelist.  Right? | 20:27:47 |
| 24 | A.  That would depend on the precise time | 20:27:50 |
| 25 | we're talking about.  It would also depend on when | 20:27:53 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the application was created. | 20:27:56 |
| 2 | Q.  Okay.  Well, let's talk about 2014 to the | 20:27:59 |
| 3 | present. | 20:28:02 |
| 4 | Is there a way other than a whitelist for | 20:28:04 |
| 5 | a developer or an app that is not considered a | 20:28:07 |
| 6 | partner of Facebook's to get access to publicly | 20:28:10 |
| 7 | deprecated permissions? | 20:28:13 |
| 8 | A.  Via permission being publicly | 20:28:21 |
| 9 | deprecated -- let's take an example, I think, is | 20:28:23 |
| 10 | the easiest way to answer that question. | 20:28:26 |
| 11 | So the -- where permissions which were | 20:28:28 |
| 12 | publicly available to API Version 1 which were not | 20:28:33 |
| 13 | publicly available in API Version 2, for | 20:28:37 |
| 14 | applications that originally could call API | 20:28:41 |
| 15 | Version 1 that later could only call API Version 2, | 20:28:45 |
| 16 | when that public deprecation was complete, the only | 20:28:52 |
| 17 | way to access those publicly deprecated permissions | 20:28:56 |
| 18 | would have been to be on a whitelist; one or more | 20:29:01 |
| 19 | whitelists. | 20:29:06 |
| 20 | Q.  And so developers -- well, let's start | 20:29:09 |
| 21 | with apps. | 20:29:12 |
| 22 | Apps could be on that whitelist, right? | 20:29:13 |
| 23 | A.  In the context of the Facebook Developer | 20:29:17 |
| 24 | Platform and specifically referring to app-based | 20:29:18 |
| 25 | whitelisting -- there are other forms of | 20:29:21 |

Page 163

| | | |
|---|---|---|
| 1 | whitelisting available -- then, yes, the | 20:29:23 |
| 2 | application ID would have been on a whitelist. | 20:29:28 |
| 3 | Q.  And partners could be on a whitelist too. | 20:29:33 |
| 4 | But in order for that to be functional, they had to | 20:29:39 |
| 5 | have a private API? | 20:29:41 |
| 6 | A.  Sorry.  I think we're getting our concepts | 20:29:44 |
| 7 | mixed up here, and it's getting hard to answer -- | 20:29:47 |
| 8 | answer the questions. | 20:29:50 |
| 9 | So how do you want to proceed?  I feel | 20:29:52 |
| 10 | like we may need to reclarify some of these | 20:29:56 |
| 11 | definitions because you're mixing them up in your | 20:29:59 |
| 12 | questions. | 20:30:02 |
| 13 | Q.  All I'm trying to do is figure out what | 20:30:03 |
| 14 | the distinction is between a whitelist and a | 20:30:05 |
| 15 | private API, and specifically in the context of | 20:30:08 |
| 16 | giving a third-party access to deprecated | 20:30:10 |
| 17 | permissions after 2014. | 20:30:12 |
| 18 | So is there a difference between, in that | 20:30:14 |
| 19 | context, a whitelist and a private API? | 20:30:16 |
| 20 | A.  Yes.  As I previously testified, a | 20:30:20 |
| 21 | whitelist is a -- a mechanism by which -- in the | 20:30:22 |
| 22 | context of the Facebook Platform, an app ID is | 20:30:26 |
| 23 | specified in some way as having alternative -- you | 20:30:30 |
| 24 | know, having a different API behavior than happens | 20:30:33 |
| 25 | that are not on the whit list. | 20:30:37 |

Page 164

| | | |
|---|---|---|
| 1 | Private APIs are -- some of the things | 20:30:39 |
| 2 | that you could be whitelisted for, but there are | 20:30:43 |
| 3 | other things that you could also be whitelisted | 20:30:45 |
| 4 | for. For example, rate limit behavior. Different | 20:30:48 |
| 5 | rate limit behavior. Right? | 20:30:51 |
| 6 | So whitelisting is the concept by which an | 20:30:53 |
| 7 | application ID, in the -- sorry. | 20:30:56 |
| 8 | Whitelisting is the concept by which an | 20:30:59 |
| 9 | application ID in the context of the Facebook | 20:31:02 |
| 10 | Platform is offered some deeper, nonstandard, or | 20:31:03 |
| 11 | nonpublic behavior, different behavior. | 20:31:09 |
| 12 | And then there are some whitelists, | 20:31:11 |
| 13 | specifically called "capabilities," that would | 20:31:16 |
| 14 | determine exactly what behavior those applications | 20:31:18 |
| 15 | had that was different to the standard. | 20:31:23 |
| 16 | Q. Okay. And are private APIs established | 20:31:28 |
| 17 | through a contract between Facebook and a Facebook | 20:31:30 |
| 18 | partner? | 20:31:32 |
| 19 | A. Not always. Not always. There -- again, | 20:31:38 |
| 20 | there are a number of private APIs and a number of | 20:31:42 |
| 21 | different private behaviors -- different behaviors. | 20:31:45 |
| 22 | Some of those would be governed -- granted under a | 20:31:49 |
| 23 | contract; others would not. | 20:31:53 |
| 24 | For example, rate-limiting; you wouldn't | 20:31:56 |
| 25 | necessarily expect a developer to agree to a | 20:31:58 |

Page 165

| | | |
|---|---|---|
| 1 | contract to be on the rate-limit whitelist. | 20:32:01 |
| 2 | Q.  What is a "rate-limit whitelist"? | 20:32:06 |
| 3 | A.  So "rate limits" refers to the number of | 20:32:09 |
| 4 | API calls that an application can make within a | 20:32:14 |
| 5 | given time period in a number of different, | 20:32:17 |
| 6 | complicated ways. | 20:32:20 |
| 7 | There's the standard set of how the rate | 20:32:22 |
| 8 | limits work. | 20:32:26 |
| 9 | And then, for some applications that | 20:32:27 |
| 10 | needed to operate differently, then there was a | 20:32:32 |
| 11 | whitelist that allowed those rate limits to be | 20:32:35 |
| 12 | changed for certain applications. | 20:32:39 |
| 13 | And so, again, that's an example of a | 20:32:43 |
| 14 | whitelist, which is a concept implemented by a | 20:32:45 |
| 15 | capability, which is a specific thing that modified | 20:32:49 |
| 16 | the behavior of the API for the people on the | 20:32:53 |
| 17 | whitelist that was not in any way related to | 20:32:56 |
| 18 | friends data. | 20:32:59 |
| 19 | Q.  And so one of the ways private APIs were | 20:33:01 |
| 20 | used at Facebook was to enable certain Facebook | 20:33:05 |
| 21 | partners to continue to have access to friends | 20:33:08 |
| 22 | data.  Right? | 20:33:11 |
| 23 | A.  Can you be specific as to what time period | 20:33:14 |
| 24 | you're talking about here?  Because this -- the | 20:33:16 |
| 25 | time periods here matter greatly in the specificity | 20:33:18 |

Page 166

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | of my answers. | 20:33:22 |
| 2 |     Q.  So when did private APIs first appear at | 20:33:24 |
| 3 | Facebook? | 20:33:29 |
| 4 |     A.  The -- the concept of private API, I -- | 20:33:33 |
| 5 | you're -- I'm referring to any API or permission | 20:33:37 |
| 6 | that was not generally available. | 20:33:41 |
| 7 |       When the Facebook Developer Platform was | 20:33:47 |
| 8 | launched, it was launched with launch partners. | 20:33:49 |
| 9 |       Actually, a better example is, let's say, | 20:33:52 |
| 10 | Facebook Connect in 2008.  There were a number | 20:33:55 |
| 11 | of -- Facebook Connect as a product was -- before | 20:33:59 |
| 12 | it was launched -- not publicly available; and yet | 20:34:05 |
| 13 | on launch day, there were a number of partners that | 20:34:08 |
| 14 | had built integrations with it. | 20:34:11 |
| 15 |       Before the launch, you could consider | 20:34:14 |
| 16 | Facebook Connect a private API; and, therefore, | 20:34:16 |
| 17 | access to it was governed by a whitelist. | 20:34:20 |
| 18 |       After the launch, Facebook Connect was | 20:34:23 |
| 19 | generally available to all developers, and so you | 20:34:25 |
| 20 | didn't need to be on a whitelist to access it. | 20:34:28 |
| 21 |       So whitelists are an industry-standard way | 20:34:31 |
| 22 | of modifying API behavior in certain circumstances, | 20:34:34 |
| 23 | launching new products, and offering them to your | 20:34:39 |
| 24 | launch partners in advance of them being generally | 20:34:43 |
| 25 | available. | 20:34:45 |

Veritext Legal Solutions
866 299-5127

```
 1              And, in the context of the Facebook          20:34:48

 2    Platform in this litigation, it's also possible to     20:34:50

 3    use a whitelist to grant some developers and           20:34:57

 4    partners access to permissions that had been           20:35:01

 5    removed from other developers.                         20:35:04

 6         Q.  Okay.  And when was the first time that       20:35:09

 7    partners obtained access to publicly deprecated        20:35:11

 8    friend permissions via a private API?                  20:35:18

 9              (Rose Ring joined the deposition.)           20:35:21

10              THE WITNESS:  The -- strange noise.          20:35:25

11              So, specifically, when it comes to friend    20:35:28

12    permissions, as a set of things that were              20:35:32

13    deprecated, then up until beginning April 30, 2015,    20:35:35

14    if your app had been created before April 30, 2014,    20:35:44

15    then you would have access to those permissions.       20:35:50

16              When the deprecation of API 1 -- the         20:35:55

17    public deprecation of API V1 began on April 30,        20:36:00

18    2015, that's when the -- that's the beginning where    20:36:03

19    an application that would otherwise have lost          20:36:07

20    access to their friend permissions could have          20:36:09

21    continued to access them if they were on a             20:36:13

22    whitelist.                                             20:36:18

23    BY MR. LOESER:                                         20:36:19

24         Q.  Through private APIs.                         20:36:19

25         A.  Well, via being on a whitelist.               20:36:22
```

Page 168

| | | |
|---|---|---|
| 1 | In this case, we're specifically referring | 20:36:25 |
| 2 | to friend permissions, which is, I think, what your | 20:36:27 |
| 3 | original question was. | 20:36:30 |
| 4 | Q.  And what is the "Capability" tool at | 20:36:33 |
| 5 | Facebook? | 20:36:36 |
| 6 | A.  The Capability tool is an internal tool | 20:36:39 |
| 7 | used at Facebook to manage ███████████████ | 20:36:42 |
| 8 | ███████████████████ | 20:36:47 |
| 9 | (Discussion off the record.) | 20:36:50 |
| 10 | MS. RING:  I am very sorry.  This is | 20:37:12 |
| 11 | Rose Ring, and I am counsel for Meta.  I'm sorry | 20:37:12 |
| 12 | for not announcing myself. | 20:37:16 |
| 13 | BY MR. LOESER: | 20:37:26 |
| 14 | Q.  And, Mr. Cross, you were starting to | 20:37:28 |
| 15 | describe the Capability tool, so keep going. | 20:37:31 |
| 16 | A.  So the Capability tool is an internal tool | 20:37:35 |
| 17 | at Facebook Meta that's used to manage which | 20:37:39 |
| 18 | ██████████████████████████ a | 20:37:44 |
| 19 | "capability" being a -- a mechanism for changing | 20:37:51 |
| 20 | the -- modifying the behavior of the Facebook | 20:37:58 |
| 21 | Developer Platform. | 20:38:01 |
| 22 | So with an application having access to a | 20:38:02 |
| 23 | capability, you would say it had been | 20:38:05 |
| 24 | "whitelisted." | 20:38:07 |
| 25 | Q.  And for what period of time has the | 20:38:09 |

Page 169

```
 1      Capability tool been in existence?                20:38:13

 2           A.  My understanding is it was built in around   20:38:16

 3      2011 and replaced a previous tool that did a      20:38:20

 4      similar job.                                      20:38:30

 5           But the development, as I understand it,     20:38:31

 6      began in around 2011.                             20:38:33

 7           Q.  And do you know what the previous tool was  20:38:36

 8      called?                                           20:38:38

 9           A.  There was a previous tool called         20:38:40

10      "Pearly Gates."                                   20:38:42

11           Q.  Okay.  It seems like it had bold         20:38:47

12      ambitions.                                        20:38:49

13           So -- and Pearly Gates was self-deprecated   20:38:53

14      and replaced by the capability tool?              20:39:01

15           A.  My understanding is that the Capabilities  20:39:04

16      tool replaced Pearly Gates as a way of managing   20:39:05

17      ███████████████████████████████████████          20:39:12

18      ████████████████████████                          20:39:17

19           Q.  And do you know why it was called        20:39:19

20      "Pearly Gates"?                                   20:39:21

21           A.  I do not.                                20:39:23

22           Q.  And what are "Gatekeepers"?              20:39:26

23           A.  So a Gatekeeper is -- or Gatekeepers.    20:39:30

24      Gatekeeper is a tool at Meta which is widely used  20:39:34

25      to ████████████████████ within the Facebook apps  20:39:38
```

Page 170

| | | |
|---|---|---|
| 1 | and services, including the Facebook app itself and | 20:39:47 |
| 2 | a number of other services inside the company. | 20:39:56 |
| 3 | "Gatekeepers" refers to the ████████ | 20:39:59 |
| 4 | that exist in code to determine ████████ | 20:40:09 |
| 5 | ████████ | 20:40:14 |
| 6 | I think the best way to explain it is with | 20:40:16 |
| 7 | an example. | 20:40:18 |
| 8 | Typically, when Facebook develops a new | 20:40:20 |
| 9 | feature, the engineers will -- will gate that | 20:40:22 |
| 10 | feature behind a Gatekeeper. | 20:40:29 |
| 11 | So let's imagine Facebook Dating. So the | 20:40:31 |
| 12 | team working on Facebook Dating would be working on | 20:40:36 |
| 13 | that feature. That feature would be gated by a | 20:40:39 |
| 14 | gatekeeper or multiple gatekeepers, and then the | 20:40:44 |
| 15 | Gatekeeper tool would be used to ████████ | 20:40:48 |
| 16 | ████████ | 20:40:50 |
| 17 | And so Gatekeeper is a mechanism by which | 20:40:54 |
| 18 | Meta typically ████████ | 20:41:00 |
| 19 | ████ across many aspects of our business. | 20:41:04 |
| 20 | Q. So the Capabilities tool is more or less a | 20:41:11 |
| 21 | tracking device, and the Gatekeeper is more or less | 20:41:13 |
| 22 | a functional system. | 20:41:17 |
| 23 | Is that a fair description? | 20:41:19 |
| 24 | A. I wouldn't characterize them that way. | 20:41:20 |
| 25 | They both, in some ways, do a similar job. | 20:41:22 |

Page 171

CONFIDENTIAL

```
 1            The Gatekeeper tool is widely used at Meta    20:41:26

 2    to manage ███████████████████████ to            20:41:32

 3    things.                                             20:41:37

 4            The Capabilities tool is specifically just   20:41:38

 5    used for the Facebook Developer Platform and how to  20:41:41

 6    manage ████████████████████████████████            20:41:47

 7    ████████████████.                                   20:41:51

 8        Q.   Okay.  So if you wanted to identify every   20:41:52

 9    single app that had been whitelisted and, because    20:41:54

10    of that, received deprecated permissions, would all  20:41:59

11    of your information be in the Capability tool, or     20:42:03

12    would you also need to look at the Gatekeeper tool?   20:42:06

13        A.   My understanding is that most of the        20:42:11

14    whitelists -- most of the way in which publicly      20:42:16

15    deprecated permissions were made available to        20:42:23

16    applications was via the Capabilities tool.          20:42:28

17            There was, as I understand it, some          20:42:32

18    whitelists managed by Gatekeeper, and an effort was   20:42:36

19    undertaken to migrate that management from           20:42:40

20    Gatekeeper to the Capabilities tool for              20:42:42

21    consistency.                                         20:42:45

22        Q.   And when was that done?                     20:42:46

23        A.   I don't have the information as to when     20:42:50

24    that was done.                                       20:42:52

25        Q.   So, today, is the Capability tool the more   20:42:54
```

Page 172

CONFIDENTIAL

```
 1    complete set of information on whitelisted          20:42:58

 2    entities?                                           20:43:01

 3        A.  When it comes to Facebook Developer         20:43:02

 4    Platform and app IDs being whitelisted, my          20:43:04

 5    understanding is that the Capabilities tool is the  20:43:09

 6    primary and most complete system that tracks which  20:43:11

 7    ███████████████████████████████████                20:43:17

 8        Q.  And what is "Sitevars"?                     20:43:20

 9        A.  Sitevars is another mechanism that is used  20:43:25

10    at Meta to ████████████████████████████ -- of      20:43:30

11    various products.  It has a different set of        20:43:36

12    features the Gatekeeper and the Capabilities tool   20:43:39

13    do not have.                                        20:43:45

14        Q.  And are there entities that have access to  20:43:46

15    publicly deprecated permissions tracked by Sitevars 20:43:48

16    that are not tracked by the Capabilities tool?      20:43:52

17        A.  My understanding, but -- from talking to    20:43:56

18    the engineers involved in this is that no, Sitevars 20:43:59

19    would not be a way of determining whether or not an 20:44:06

20    application had access to publicly deprecated       20:44:11

21    permissions.                                        20:44:14

22            MR. LOESER:  Okay.  If we could have        20:44:18

23    Tab 9.                                              20:44:26

24            (Deposition Exhibit 336 was marked for      20:44:26

25            identification.)                            20:44:26
```

Page 173

| | | |
|---|---|---|
| 1 | MR. LOESER:  I'm going to mark the next | 20:44:41 |
| 2 | exhibit.  This is Exhibit 336.  The Bates number on | 20:44:42 |
| 3 | this is FB-CA-MDL-00200051. | 20:44:53 |
| 4 | And you're looking at, Mr. Cross, an email | 20:44:59 |
| 5 | from you to Zhen Fang, cc to Jackie Chang and | 20:45:02 |
| 6 | Christopher Blizzard, October 31, 2013, "Subject: | 20:45:09 |
| 7 | Docs for Private Platform/Capabilities." | 20:45:14 |
| 8 | Do you see that? | 20:45:17 |
| 9 | A.  I do. | 20:45:18 |
| 10 | Q.  And do you recall writing this email? | 20:45:20 |
| 11 | A.  I do not recall writing it, but I have | 20:45:24 |
| 12 | seen this document as part of my preparation for my | 20:45:28 |
| 13 | testimony today. | 20:45:31 |
| 14 | Q.  Okay.  And you write: | 20:45:32 |
| 15 | "Hey Zhen, As we're deep in looking at | 20:45:34 |
| 16 | Capabilities, it's clear:" | 20:45:38 |
| 17 | Can you read the Number 1? | 20:45:39 |
| 18 | A.  (Reading): | 20:45:41 |
| 19 | "Number 1, we have no idea what most of | 20:45:42 |
| 20 | them are - the documentation is scattered all | 20:45:44 |
| 21 | over, if there at all." | 20:45:47 |
| 22 | Q.  And do you recall -- or explain for me if | 20:45:53 |
| 23 | Facebook had a tough time figuring out what all of | 20:45:56 |
| 24 | the -- what all was supposed to be included on the | 20:46:00 |
| 25 | Capabilities tool or who all had been whitelisted | 20:46:03 |

Page 174

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | at this time. | 20:46:11 |
| 2 | MR. BLUME:  Objection.  Compound. | 20:46:12 |
| 3 | THE WITNESS:  Yeah.  Could you separate | 20:46:13 |
| 4 | the question into two parts because I think the | 20:46:14 |
| 5 | answer -- the answer may be different depending on | 20:46:17 |
| 6 | which part I'm answering. | 20:46:20 |
| 7 | BY MR. LOESER: | 20:46:22 |
| 8 | Q.  Sure.  It looked like, based upon your | 20:46:22 |
| 9 | email here, that tracking the capabilities that | 20:46:24 |
| 10 | apps had was at this time disorganized and | 20:46:28 |
| 11 | difficult. | 20:46:31 |
| 12 | Is that fair? | 20:46:34 |
| 13 | A.  What I -- what's being referred to here is | 20:46:35 |
| 14 | to do with the capabilities themselves and what | 20:46:39 |
| 15 | their behavior was; what each individual capability | 20:46:45 |
| 16 | did or could do. | 20:46:50 |
| 17 | So that's what this is referring to. | 20:46:55 |
| 18 | Q.  And so you're proposing here creating a | 20:46:59 |
| 19 | tool that would allow Facebook to better understand | 20:47:02 |
| 20 | and organize the capabilities that the different | 20:47:04 |
| 21 | apps have.  Right? | 20:47:08 |
| 22 | A.  No.  What I'm referring to here is the -- | 20:47:12 |
| 23 | the idea, or the request, to be able to gate | 20:47:16 |
| 24 | documents on the Facebook Developer website based | 20:47:21 |
| 25 | on whether or not the viewer of the website had -- | 20:47:26 |

Page 175

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | was a developer of an app that had a specific | 20:47:32 |
| 2 | capability. | 20:47:34 |
| 3 | Q.  So what problem were you trying to solve | 20:47:36 |
| 4 | here? | 20:47:38 |
| 5 | Or let me ask it another way. | 20:47:41 |
| 6 | What problem was Facebook trying to solve | 20:47:43 |
| 7 | here? | 20:47:45 |
| 8 | A.  What Facebook is trying to solve here is a | 20:47:46 |
| 9 | way to automatically control whether or not a given | 20:47:49 |
| 10 | developer user -- so an individual person -- had | 20:47:57 |
| 11 | the ability to see a document on the Facebook | 20:48:01 |
| 12 | Developer website that was only visible to them if | 20:48:04 |
| 13 | they were the developer of an application that | 20:48:08 |
| 14 | had -- was granted a particular capability. | 20:48:11 |
| 15 | MR. LOESER:  Okay.  We can go to the next | 20:48:30 |
| 16 | exhibit, Tab 10. | 20:48:32 |
| 17 | (Deposition Exhibit 337 was marked for | 20:48:36 |
| 18 | identification.) | 20:48:40 |
| 19 | BY MR. LOESER: | 20:48:53 |
| 20 | Q.  So as we're waiting for the document, | 20:48:53 |
| 21 | Mr. Cross, as we've discussed already today, with | 20:48:55 |
| 22 | the implementation of Graph API Version 2, Facebook | 20:48:58 |
| 23 | had decided to deprecate a number of permissions, | 20:49:00 |
| 24 | right, and had come up with a list of the | 20:49:06 |
| 25 | permissions that would be deprecated. | 20:49:09 |

Page 176

| | | |
|---|---|---|
| 1 | Is that an accurate description? | 20:49:11 |
| 2 | A.  As part of API Version 2 launch, Version 2 | 20:49:14 |
| 3 | contained -- there were a number of permissions | 20:49:18 |
| 4 | that were not available to API Version 2 in general | 20:49:20 |
| 5 | that were available in API Version 1. | 20:49:24 |
| 6 | Q.  And so if you look at Exhibit 337, which | 20:49:30 |
| 7 | is a -- which is a document that is captioned | 20:49:32 |
| 8 | "Changes made to V2 at F8**User Trust**." | 20:49:40 |
| 9 | Do you see that? | 20:49:49 |
| 10 | A.  I do see that. | 20:49:50 |
| 11 | Q.  And this appears to be a document that was | 20:49:50 |
| 12 | describing the changes that would be made to the | 20:49:52 |
| 13 | platform in the transition from Version 1 to | 20:49:58 |
| 14 | Version 2.  Right? | 20:50:01 |
| 15 | A.  It seems to talk about those changes, but | 20:50:04 |
| 16 | it's not clear to me when this document was | 20:50:06 |
| 17 | authored or the audience of the document. | 20:50:09 |
| 18 | Q.  Okay.  At the very top of the document, | 20:50:14 |
| 19 | you can see that it was authored -- it's a little | 20:50:15 |
| 20 | faint, but it's June 5, 2014. | 20:50:18 |
| 21 | Do you see that? | 20:50:22 |
| 22 | A.  I see that there, but it's not clear to me | 20:50:24 |
| 23 | that this is when the document was authored.  That | 20:50:26 |
| 24 | may have been when the document was captured.  It's | 20:50:31 |
| 25 | hard to read from this exactly what this -- where | 20:50:35 |

| | | |
|---|---|---|
| 1 | this document was posted.  It seems to contain -- | 20:50:40 |
| 2 | Q.  Okay.  And I'll just -- | 20:50:48 |
| 3 | A.  Yeah, it -- I'm not clear -- I'm not clear | 20:50:50 |
| 4 | when this document was authored or whether or not | 20:50:53 |
| 5 | that date -- what that date at the top right | 20:50:55 |
| 6 | pertains to. | 20:50:58 |
| 7 | MR. LOESER:  Okay.  And just for the | 20:50:59 |
| 8 | record, I'll note that the metadata of this | 20:51:00 |
| 9 | document indicates that it was created June 5, | 20:51:03 |
| 10 | 2014.  The author is Gillian Dunne, and the | 20:51:06 |
| 11 | custodian for the document was Bill Fusz. | 20:51:12 |
| 12 | But I'm just noting that for the record, | 20:51:15 |
| 13 | and perhaps it provides you some context. | 20:51:18 |
| 14 | But all I want to do with this document is | 20:51:20 |
| 15 | look at -- if you go down to the bottom of the | 20:51:22 |
| 16 | first page, there is a statement:  "Permissions no | 20:51:24 |
| 17 | longer available in V2.0." | 20:51:29 |
| 18 | Q.  And do you see there's a list that begins | 20:51:33 |
| 19 | there and goes onto the next page? | 20:51:35 |
| 20 | A.  I do see that. | 20:51:37 |
| 21 | Q.  And included in that there's the category | 20:51:40 |
| 22 | that says:  "All friends_* permissions have been | 20:51:44 |
| 23 | removed," and then it lists all of them? | 20:51:48 |
| 24 | A.  I see a list of permissions, yes. | 20:51:51 |
| 25 | Q.  And above that, there's also a number of | 20:51:54 |

Page 178

```
 1      other permissions.                              20:51:58

 2           Now, does this list of deprecated          20:52:02

 3      permissions include all permissions that provided   20:52:05

 4      for the sharing of friend data?                 20:52:09

 5           A.  Can you -- in this context, can you help   20:52:19

 6      me understand what you mean by "friends data"?  20:52:21

 7           Q.  Yeah.  We earlier talked quite a bit about   20:52:25

 8      different APIs that didn't have the word "friends"   20:52:27

 9      in the permissions but, based on how they worked,   20:52:33

10      resulted in an app's ability to access information   20:52:35

11      about a user's friends.                         20:52:39

12           Do you recall that testimony?              20:52:41

13           A.  Yes, I recall that testimony.          20:52:42

14           Q.  And so looking at this list here, does it   20:52:45

15      appear to you that this removes -- indicates that   20:52:47

16      the deprecated permissions will cover all of the   20:52:54

17      different permissions that existed at the time that   20:52:57

18      allowed access to friends data?                 20:53:00

19           A.  No.  This looks relatively complete in   20:53:06

20      terms of the -- the friends permissions that   20:53:10

21      allowed an app access to a friend's data in terms   20:53:15

22      of the specific things listed here.             20:53:22

23           Your definition earlier was -- included    20:53:25

24      things like a friend's comments on my photos.   20:53:32

25           Through that definition, then other        20:53:40
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | permissions, including, for example, user_photos, | 20:53:42 |
| 2 | would have also emitted some friends' data; | 20:53:46 |
| 3 | specifically, the comments that they had made on my | 20:53:55 |
| 4 | photos. | 20:53:57 |
| 5 | So that is not a set of things that was | 20:53:58 |
| 6 | removed in API Version 2. | 20:54:01 |
| 7 | What was removed is this list of | 20:54:03 |
| 8 | permissions which, for example, would have | 20:54:05 |
| 9 | allowed -- the friends_photos permission would have | 20:54:08 |
| 10 | allowed an app to access the photos of an app-using | 20:54:12 |
| 11 | user's friends. | 20:54:17 |
| 12 | Q.  And at the time that Facebook was | 20:54:19 |
| 13 | analyzing and identifying all of the permissions | 20:54:20 |
| 14 | that provided access to friends data, did Facebook | 20:54:25 |
| 15 | make a list that included every single one of those | 20:54:30 |
| 16 | permissions so that it could identify whether there | 20:54:33 |
| 17 | was any friend-sharing that would be still | 20:54:37 |
| 18 | publicly -- still be a publicly available API? | 20:54:41 |
| 19 | A.  No.  The focus of the deprecations | 20:54:48 |
| 20 | announced in Version 2 was the removal of the | 20:54:50 |
| 21 | friend permissions and the other permissions that | 20:54:53 |
| 22 | are represented here. | 20:54:56 |
| 23 | Q.  Okay.  And when you say "friend | 20:54:59 |
| 24 | permissions," you mean the ones that had the word | 20:55:00 |
| 25 | "friends" in them? | 20:55:03 |

Page 180

```
 1          A.   When I said "friend permission," that        20:55:05

 2     specifically refers to the permissions that have       20:55:07

 3     the word "friend" in them.                             20:55:10

 4          And by "other permissions," I'm referring         20:55:12

 5     to the ones listed above; for example -- I'm trying    20:55:14

 6     to give an example -- like, manage_friend lists,       20:55:27

 7     for example.                                           20:55:31

 8          Q.   Now, if we move up this document back to     20:55:33

 9     the first page, there's a heading:  "New features      20:55:36

10     available in Version 2.0."                             20:55:40

11          Do you see that?                                  20:55:42

12          A.   I do.                                        20:55:43

13          Q.   And there is a list of APIs that we've       20:55:43

14     discussed:  "Taggable Friends, Invitable Friends,      20:55:47

15     Social Context."                                       20:55:51

16          And there's one, "Business Mapping API,"          20:55:51

17     which we haven't discussed, and another one that       20:55:53

18     looks like it says "Tagged Places API."                20:55:56

19          Do you see that?                                  20:55:59

20          A.   I do see that.                               20:55:59

21          Q.   And for Taggable Friends, Invitable          20:56:01

22     Friends, Social Context, those are all permissions     20:56:06

23     that it appears did not exist prior to Version 2.0     20:56:09

24     but were going to be introduced at this time.          20:56:13

25          Is that a fair read?                              20:56:16
```

| | | |
|---|---|---|
| 1 | A.  These are specifically -- these are APIs | 20:56:18 |
| 2 | that were introduced in Version 2 that were not | 20:56:20 |
| 3 | previously available. | 20:56:26 |
| 4 | These are not permissions; these an APIs. | 20:56:27 |
| 5 | Q.  And a number of those APIs that we've | 20:56:29 |
| 6 | discussed did provide access to certain friend | 20:56:31 |
| 7 | information of users not using the apps that would | 20:56:33 |
| 8 | be -- that would have access to those APIs.  Right? | 20:56:36 |
| 9 | A.  So, yeah.  If we go back to the | 20:56:41 |
| 10 | previous -- the previous testimony I gave on this, | 20:56:43 |
| 11 | the Taggable Friend API returned a list of the | 20:56:47 |
| 12 | user's -- a list of the authorized user's friends | 20:56:51 |
| 13 | that were taggable in the application. | 20:56:58 |
| 14 | The amount of data that these APIs | 20:57:00 |
| 15 | returned was very, very limited.  In the case of | 20:57:03 |
| 16 | the Taggable Friend API, for example, the amount of | 20:57:09 |
| 17 | data emitted was the name, a URL to a person's | 20:57:13 |
| 18 | profile picture, and a token which could be passed | 20:57:17 |
| 19 | back to the API to tag them in a post. | 20:57:21 |
| 20 | That was the extent of the information | 20:57:24 |
| 21 | available via those APIs -- via the Taggable | 20:57:26 |
| 22 | Friends API, in my recollection. | 20:57:30 |
| 23 | Q.  And you say it's limited information, but | 20:57:33 |
| 24 | it is still fairly described as "friends data." | 20:57:36 |
| 25 | Right? | 20:57:39 |

Page 182

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.  It is some information about a friend or a | 20:57:40 |
| 2 | list of friends. | 20:57:45 |
| 3 | But I would draw a distinction between | 20:57:47 |
| 4 | that and the friend permissions, which gated a very | 20:57:50 |
| 5 | different set of information. | 20:57:55 |
| 6 | Q.  And we might need to blow it up a bit, but | 20:57:59 |
| 7 | I'm interested in the Social Context API here, and | 20:58:02 |
| 8 | I'll read it: | 20:58:07 |
| 9 | "We've added a new endpoint to objects | 20:58:09 |
| 10 | and apps that allow you to display a person's | 20:58:12 |
| 11 | friend's actions on an object.  For example, | 20:58:16 |
| 12 | you might be able to answer the question | 20:58:19 |
| 13 | 'Which of my friends have watched this | 20:58:20 |
| 14 | movie?' by looking at the | 20:58:22 |
| 15 | /{movie-id}?fields=context endpoint." | 20:58:24 |
| 16 | Did I more or less read that sentence | 20:58:32 |
| 17 | accurately? | 20:58:34 |
| 18 | A.  You more or less read it accurately. | 20:58:35 |
| 19 | Q.  And what is an "endpoint"? | 20:58:37 |
| 20 | A.  An "endpoint" is another word to describe | 20:58:42 |
| 21 | an API.  It's a -- it's a -- a term used to | 20:58:47 |
| 22 | describe an API that a developer could call. | 20:58:54 |
| 23 | Q.  And so using this example of the -- the | 20:59:02 |
| 24 | movie ID context endpoint, it says: | 20:59:07 |
| 25 | "For example, you might be able to answer | 20:59:12 |

Page 183

| | | |
|---|---|---|
| 1 | the question, 'Which of my friend have | 20:59:13 |
| 2 | watched this movie?'" | 20:59:16 |
| 3 | So, technically, how would that app be | 20:59:17 |
| 4 | able to answer that question with the Social | 20:59:20 |
| 5 | Context API? | 20:59:22 |
| 6 | A.  As I talked about earlier, the precise way | 20:59:26 |
| 7 | that the Social Context API worked is not something | 20:59:30 |
| 8 | I am very familiar with.  In fact, I am not even | 20:59:35 |
| 9 | sure exactly when it existed and how it behaved. | 20:59:41 |
| 10 | So, I think, like, details on exactly how | 20:59:48 |
| 11 | the Social Context API worked, like, I don't think | 20:59:50 |
| 12 | I can give a clear answer to. | 20:59:53 |
| 13 | MR. LOESER:  Mr. Cross, I'm noting for the | 21:00:00 |
| 14 | record that I believe it is now 9:00 P.M. your | 21:00:02 |
| 15 | time.  Is that correct? | 21:00:04 |
| 16 | THE WITNESS:  It is.  But I'm happy to do | 21:00:05 |
| 17 | 15 or 20 more minutes if that -- if that would help | 21:00:08 |
| 18 | us get through stuff. | 21:00:11 |
| 19 | If now is a convenient time to break for | 21:00:13 |
| 20 | you, let's break.  But if there was a convenient | 21:00:15 |
| 21 | time to break for you that's 10, 15-minutes away, | 21:00:17 |
| 22 | these -- let's do that.  I don't want to -- | 21:00:21 |
| 23 | MR. LOESER:  Okay.  I appreciate your | 21:00:24 |
| 24 | flexibility, and I'll keep going, and we'll pretty | 21:00:27 |
| 25 | quickly get through those 15 minutes.  And that | 21:00:31 |

Page 184

| | | |
|---|---|---|
| 1 | would probably be a good time in where I am to stop | 21:00:34 |
| 2 | anyway.  So -- | 21:00:37 |
| 3 | THE WITNESS:  Cool.  Let's do that. | 21:00:38 |
| 4 | BY MR. LOESER: | 21:00:39 |
| 5 | Q.  And, I should say, in order to go further, | 21:00:39 |
| 6 | it would take a lot longer than 15 minutes.  So in | 21:00:41 |
| 7 | light of the schedule you have, I think that's a | 21:00:44 |
| 8 | good time to stop. | 21:00:46 |
| 9 | A.  Okay.  Great. | 21:00:47 |
| 10 | Q.  Okay.  This is a broad question, and we | 21:00:48 |
| 11 | can start big and go small. | 21:00:52 |
| 12 | But how did Facebook determine what apps | 21:00:54 |
| 13 | to whitelist for friend -- for providing access to | 21:00:56 |
| 14 | friend data? | 21:01:03 |
| 15 | A.  Again, to clarify, what do you mean by | 21:01:07 |
| 16 | "friend data"? | 21:01:09 |
| 17 | Do you mean the friends permissions? | 21:01:11 |
| 18 | Q.  I mean information about users who are not | 21:01:14 |
| 19 | the users of the app. | 21:01:16 |
| 20 | So whatever information made available via | 21:01:19 |
| 21 | the -- the permission to access the friends -- you | 21:01:22 |
| 22 | know, I'm going to garble the terminology every | 21:01:30 |
| 23 | time I try and do it. | 21:01:33 |
| 24 | But there's an API that grants -- that | 21:01:35 |
| 25 | provides, technically, access to friends | 21:01:37 |

Page 185

CONFIDENTIAL

|   |   |   |
|---|---|---|
| 1 | information about the app's users. | 21:01:39 |
| 2 | And I'm interested in understanding when | 21:01:41 |
| 3 | Facebook put an app on a whitelist so that it | 21:01:43 |
| 4 | continued to access the data of a user's friends, | 21:01:46 |
| 5 | how it made that decision. | 21:01:48 |
| 6 | A.  Okay.  So -- | 21:01:50 |
| 7 | Q.  And let me make it even easier for you. | 21:01:52 |
| 8 | The time period I'm interested in is in | 21:01:55 |
| 9 | the transition from Graph API Version 1 to | 21:01:58 |
| 10 | Version 2. | 21:02:00 |
| 11 | A.  Okay.  So let me -- let me -- let me try | 21:02:01 |
| 12 | and play back some -- some context, I think, is | 21:02:07 |
| 13 | important to the answer here. | 21:02:10 |
| 14 | So, first of all, as you have kind of | 21:02:15 |
| 15 | defined "friends data" and we've discussed it | 21:02:20 |
| 16 | earlier in this testimony, like, there are APIs | 21:02:24 |
| 17 | that were available publicly in Version 2 that | 21:02:31 |
| 18 | would have emitted some limited amount of | 21:02:36 |
| 19 | information about an app using users' friends. | 21:02:40 |
| 20 | For example, their comments on my photos | 21:02:45 |
| 21 | or limited information about them in order to | 21:02:48 |
| 22 | render a taggable -- a "tagging" user type ahead, | 21:02:51 |
| 23 | for example. | 21:03:01 |
| 24 | So, in this context, let me play back to | 21:03:01 |
| 25 | you -- I want to make sure I'm understanding your | 21:03:04 |

Page 186

| | | |
|---|---|---|
| 1 | question correctly. | 21:03:06 |
| 2 | You are specifically referring to | 21:03:09 |
| 3 | permissions or behaviors that were no longer | 21:03:10 |
| 4 | available in Version 2 of the API, and you're | 21:03:14 |
| 5 | interested in applications that continued to have | 21:03:17 |
| 6 | access to the behaviors in API Version 1 after they | 21:03:22 |
| 7 | were no longer available to a nonwhitelisted | 21:03:28 |
| 8 | developer. | 21:03:31 |
| 9 | Do I have that correct? | 21:03:32 |
| 10 | Q.  Correct. | 21:03:34 |
| 11 | A.  Okay.  Cool. | 21:03:34 |
| 12 | So having talked to people, the -- the -- | 21:03:42 |
| 13 | my understanding of how these decisions were -- how | 21:03:48 |
| 14 | these discussions happened is that there were a | 21:03:54 |
| 15 | number of developers who had been unable to update | 21:03:58 |
| 16 | their apps in time for the public API deprecation, | 21:04:05 |
| 17 | or that they -- that their use case -- they | 21:04:11 |
| 18 | required more time to migrate than was available | 21:04:14 |
| 19 | to -- to regular developers. | 21:04:17 |
| 20 | And so there were conversations had about | 21:04:20 |
| 21 | whether or not some of these applications should be | 21:04:23 |
| 22 | granted additional time to -- to migrate from the | 21:04:27 |
| 23 | API Version 1 behavior to the standard API | 21:04:34 |
| 24 | Version 2 behavior. | 21:04:37 |
| 25 | Q.  And were any other considerations relied | 21:04:40 |

Page 187

CONFIDENTIAL

```
1      on by Facebook when determining whether to          21:04:47

2      whitelist an app?                                    21:04:49

3           A.  Again, can we -- specifically for --        21:04:53

4      for -- continued access to the API of V1 behavior    21:04:56

5      and permissions associated with API V1?              21:05:02

6           Q.  Right.                                       21:05:06

7           A.  My understanding was that the rationale     21:05:12

8      was based on whether or not the user experience      21:05:15

9      would be broken if the deprecation timeline was      21:05:17

10     followed or whether or not there would be other      21:05:23

11     risks for the developer of the deprecation being     21:05:28

12     enforced on the general time frame.                  21:05:34

13          So those -- primarily, it was about             21:05:38

14     developers needing more time to migrate because, if  21:05:42

15     they -- if the enforcement and deprecations          21:05:45

16     happened on that publicly available timeline, there  21:05:49

17     would be negative impacts primarily for the user     21:05:52

18     experience of the people using the app --            21:05:54

19          Q.  And you -- sorry.  Go ahead.                21:05:57

20          A.  No, go on.                                   21:05:59

21          Q.  You mentioned other risks for the           21:06:02

22     developer.                                            21:06:04

23          What were the other risks?                      21:06:04

24          A.  So one I recall was that there was an       21:06:07

25     application providing compliance services to people  21:06:17
```

Page 188

| | | |
|---|---|---|
| 1 | in the financial and insurance industry, and their | 21:06:21 |
| 2 | customers would -- were still using their | 21:06:25 |
| 3 | application in a certain way, and they needed more | 21:06:31 |
| 4 | time to train their customers to not use the | 21:06:34 |
| 5 | application in a certain way because the | 21:06:39 |
| 6 | functionality they were relying upon would become | 21:06:44 |
| 7 | unavailable when the API deprecations were applied | 21:06:47 |
| 8 | to them. | 21:06:54 |
| 9 | Q.  And what you described were considerations | 21:06:56 |
| 10 | taken into account vis-à-vis developers. | 21:07:01 |
| 11 | But were there different considerations | 21:07:05 |
| 12 | taken into account on whether to grant Facebook | 21:07:06 |
| 13 | partners with continued access to publicly | 21:07:10 |
| 14 | deprecated permissions? | 21:07:13 |
| 15 | A.  Sorry.  Say that again? | 21:07:17 |
| 16 | Q.  So you indicated that the -- the -- there | 21:07:20 |
| 17 | was extensions provided so apps could migrate to | 21:07:23 |
| 18 | the new platform, and you spoke about that for a | 21:07:26 |
| 19 | minute. | 21:07:31 |
| 20 | But I'm wondering if there were other | 21:07:31 |
| 21 | considerations that were taken into account when | 21:07:33 |
| 22 | discussing partners in particular and whether they | 21:07:35 |
| 23 | should be provided continued access to publicly | 21:07:39 |
| 24 | deprecated permissions. | 21:07:42 |
| 25 | A.  My understanding is that there were some | 21:07:46 |

Page 189

CONFIDENTIAL

```
 1    contractual agreements that specified a longer        21:07:48

 2    deprecation window than was available to -- than      21:07:54

 3    was offered to regular developers; and, as such,      21:07:58

 4    it's possible that some of the extensions to the      21:08:04

 5    deprecations were granted on that basis.              21:08:11

 6         Q.  And were there any other bases that          21:08:14

 7    Facebook had for providing continued access to        21:08:17

 8    publicly deprecated permissions to partners?          21:08:20

 9         A.  Can you define again what you mean by        21:08:24

10    "partners" here?  'Cause all partners are            21:08:25

11    developers in this context.                           21:08:28

12         Q.  I mean the entities that have been           21:08:31

13    described by Facebook as "integration partners"       21:08:33

14    or -- there are a variety of other categories of      21:08:36

15    partner that Facebook uses.  In fact, looking at      21:08:41

16    your notes, you have "integration partners,           21:08:44

17    business integrations, media integrations, search     21:08:47

18    integrations."                                        21:08:49

19         So with regard to any of those categories,       21:08:51

20    were there other considerations taken into account    21:08:54

21    by Facebook when deciding whether to provide          21:08:57

22    continued access to the publicly deprecated           21:09:00

23    permissions?                                          21:09:02

24         A.  So I think what's important to understand    21:09:04

25    here is that -- let's take integration partners,      21:09:06
```

Page 190

| | | |
|---|---|---|
| 1 | for example. | 21:09:10 |
| 2 | They had -- they had always had access to | 21:09:11 |
| 3 | some permission -- some APIs that were not | 21:09:16 |
| 4 | available to regular developers because they were | 21:09:22 |
| 5 | rebuilding a Facebook replacement client experience | 21:09:24 |
| 6 | on their devices. | 21:09:28 |
| 7 | So "integration partners" as has been, you | 21:09:30 |
| 8 | know, defined in the -- in the documents, were | 21:09:35 |
| 9 | already on several whitelists in order to provide | 21:09:38 |
| 10 | the experience that they offered to users. | 21:09:46 |
| 11 | So that's my understanding of how | 21:09:54 |
| 12 | integration partners continued to have access to | 21:09:56 |
| 13 | the -- the private APIs and behaviors they had | 21:10:00 |
| 14 | always had access to that were not available to | 21:10:04 |
| 15 | regular developers. | 21:10:07 |
| 16 | Q.  Okay.  And, again, I want to make sure I'm | 21:10:09 |
| 17 | using the right terminology, and I'm talking about | 21:10:13 |
| 18 | continued access to friend data. | 21:10:16 |
| 19 | So you've just described the continued | 21:10:17 |
| 20 | access that integration partners had to friend | 21:10:19 |
| 21 | data. | 21:10:22 |
| 22 | Were there considerations that Facebook | 21:10:22 |
| 23 | took into account when deciding whether the other | 21:10:24 |
| 24 | types of partners that we just went through had | 21:10:26 |
| 25 | continued access to friend data? | 21:10:29 |

Page 191

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.  My understanding from talking to the | 21:10:35 |
| 2 | people involved in this at the time, plus my own | 21:10:37 |
| 3 | experience, is that the extensions granted to | 21:10:40 |
| 4 | applications to access API Version 1 and the friend | 21:10:46 |
| 5 | permissions was limited to cases where the user | 21:10:51 |
| 6 | experience would be significantly degraded if they | 21:10:54 |
| 7 | weren't given extra time or there was some form of | 21:10:57 |
| 8 | legal and regulatory risk to the partner if the | 21:11:02 |
| 9 | extension was not granted for a period of time. | 21:11:05 |
| 10 | But remember that there -- you know, there | 21:11:09 |
| 11 | were other reasons to -- there were other | 21:11:11 |
| 12 | deprecations and changes in the API behavior that | 21:11:15 |
| 13 | were not related to the deprecation of the friend | 21:11:18 |
| 14 | permissions.  I think that's really important to | 21:11:20 |
| 15 | understand. | 21:11:22 |
| 16 | Q.  Right.  And I perhaps led us astray with | 21:11:23 |
| 17 | the terminology I was using. | 21:11:26 |
| 18 | And, really, what I'm asking -- and you | 21:11:28 |
| 19 | can tell me if it changes any of your answers -- | 21:11:30 |
| 20 | but I'm looking for the reasons Facebook had to | 21:11:33 |
| 21 | provide continued access to friend data by anyone | 21:11:36 |
| 22 | after the transition to Version 2. | 21:11:39 |
| 23 | And we've talked about apps, and we've | 21:11:41 |
| 24 | talked about business partner -- or integration | 21:11:43 |
| 25 | partners and business integrations. | 21:11:47 |

Page 192

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | And so just more broadly put, have you | 21:11:51 |
| 2 | given me the full list of reasons that Facebook | 21:11:53 |
| 3 | used when deciding whether to provide continued | 21:11:58 |
| 4 | access to friend data after the transition to | 21:12:00 |
| 5 | Version 2? | 21:12:06 |
| 6 | A.  So I provided -- friend data in | 21:12:08 |
| 7 | Version 2 -- like, again, I think it's important to | 21:12:13 |
| 8 | separate these things.  Right? | 21:12:20 |
| 9 | You're asking a compound question that's, | 21:12:23 |
| 10 | like, somewhat impossible to answer with -- given | 21:12:25 |
| 11 | your definition of "friend data" and given the | 21:12:30 |
| 12 | variety of different applications we're talking | 21:12:32 |
| 13 | about here and the complexity of the whitelists -- | 21:12:35 |
| 14 | the various whitelists that these apps were on. | 21:12:37 |
| 15 | So, like, I think your question is hard to | 21:12:41 |
| 16 | answer in -- in simple terms given your definition | 21:12:44 |
| 17 | of "friend data." | 21:12:49 |
| 18 | Q.  And you're saying that because my | 21:12:53 |
| 19 | definition includes the types of data that's | 21:12:54 |
| 20 | provided with regard to APIs other than the friends | 21:12:58 |
| 21 | permissions specifically and includes groups and | 21:13:02 |
| 22 | events and social context and all of that, or is | 21:13:04 |
| 23 | there some other complication? | 21:13:08 |
| 24 | A.  That's primarily the complication.  Like, | 21:13:10 |
| 25 | integration partners, the primary use case there is | 21:13:12 |

Page 193

| | | |
|---|---|---|
| 1 | that these are experiences that are designed to | 21:13:21 |
| 2 | replicate the Facebook experience on another mobile | 21:13:29 |
| 3 | device platform, set-top box, or so on. | 21:13:33 |
| 4 | And those folks would have access to -- | 21:13:39 |
| 5 | always had access to information that wasn't | 21:13:45 |
| 6 | available via the -- via the standard APIs.  So | 21:13:46 |
| 7 | that's one class of things. | 21:13:51 |
| 8 | Then there is the general deprecation -- | 21:13:56 |
| 9 | the general changes -- the whole package of changes | 21:14:01 |
| 10 | from Version 1 to Version 2, which included the | 21:14:04 |
| 11 | deprecation of the friend permissions, a number of | 21:14:07 |
| 12 | other changes, including app-scoped user IDs and so | 21:14:10 |
| 13 | on. | 21:14:15 |
| 14 | So in terms of granting extensions to the | 21:14:15 |
| 15 | API Version 1 to Version 2 transition, from talking | 21:14:20 |
| 16 | about all of -- from talking to all of the people | 21:14:24 |
| 17 | involved to the -- as many people as I could that | 21:14:26 |
| 18 | were involved at the time, the rationale for | 21:14:29 |
| 19 | granting an extension is that it was a belief that | 21:14:33 |
| 20 | the user experience would be severely degraded if | 21:14:37 |
| 21 | the app wasn't given extra time to migrate from API | 21:14:44 |
| 22 | Version 1 to Version 2. | 21:14:48 |
| 23 | Regular developers had a year.  There were | 21:14:51 |
| 24 | some applications, it was determined, that would -- | 21:14:54 |
| 25 | would provide a broken user experience if they | 21:14:57 |

Page 194

| | | |
|---|---|---|
| 1 | weren't given more time to upgrade. | 21:14:59 |
| 2 | And that was the determination based on, | 21:15:03 |
| 3 | again, speaking to the people involved, the | 21:15:06 |
| 4 | degradation in the user experience that would | 21:15:08 |
| 5 | result, or whether or not there was risk around, | 21:15:10 |
| 6 | like, legal and regulatory use of the Platform that | 21:15:17 |
| 7 | required extra time to unwind. | 21:15:23 |
| 8 | That's my understanding of the -- the | 21:15:27 |
| 9 | reasons why some applications were granted | 21:15:29 |
| 10 | additional time to migrate from Version 1 to | 21:15:33 |
| 11 | Version 2. | 21:15:36 |
| 12 | Q.  And so those are all of the reasons that | 21:15:38 |
| 13 | Facebook had for providing continued access to | 21:15:40 |
| 14 | friend data for apps and partners after the | 21:15:45 |
| 15 | transition to Version 2. | 21:15:51 |
| 16 | MR. BLUME:  Objection to form. | 21:15:54 |
| 17 | THE WITNESS:  The answer I just gave was | 21:15:55 |
| 18 | in -- in two parts. | 21:15:58 |
| 19 | Part one is:  Integration partners who had | 21:16:01 |
| 20 | built experiences that were on unusual devices, | 21:16:06 |
| 21 | operating systems, and set-top boxes and so on that | 21:16:13 |
| 22 | required, in order to function, always, permissions | 21:16:16 |
| 23 | which -- APIs that were not generally available. | 21:16:22 |
| 24 | The use of those APIs and permissions was | 21:16:31 |
| 25 | governed by contracts, typically.  That's what | 21:16:34 |

Page 195

```
 1    determined an integration partner, and they were      21:16:37

 2    considered as operating on a different set of         21:16:40

 3    permissions and APIs than the public API surface      21:16:46

 4    area.                                                 21:16:51

 5         The second part of your question was             21:16:51

 6    determining extensions to Version-- the Version 1     21:16:53

 7    to Version 2 deprecation timeline where Version 1     21:16:57

 8    included friends permissions and Version 2 did not    21:17:01

 9    include the friends permissions.                      21:17:06

10         And my understanding from talking to the         21:17:08

11    people involved is that the reason for granting       21:17:11

12    extensions to the standard Version 1 deprecation      21:17:14

13    window was to do with degradation of the user         21:17:17

14    experience and/or a few cases where the use of the    21:17:21

15    API was involved in compliance use cases.             21:17:30

16         I -- it's possible that there are other          21:17:35

17    reasons, but having talked to people and reviewed     21:17:38

18    the documents in this case, it's consistent with      21:17:43

19    that understanding as -- as referring to the friend   21:17:46

20    permissions deprecations.                             21:17:48

21    BY MR. LOESER:                                        21:17:52

22         Q.  And, again, I just want to -- trying to      21:17:52

23    make a record and make the record clear, and I'm      21:17:54

24    trying to understand every type of entity -- call     21:17:57

25    it a partner, call it a developer, call it an         21:18:01
```

Page 196

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | app -- that continued to have access to friend data | 21:18:04 |
| 2 | after the transition from Version 1 to Version 2. | 21:18:07 |
| 3 | And you have described a couple different | 21:18:10 |
| 4 | types of entities.  You've described apps and | 21:18:12 |
| 5 | business integrations, and you've described | 21:18:15 |
| 6 | extensions that were provided to some; and for | 21:18:19 |
| 7 | integrations, access that existed before and | 21:18:23 |
| 8 | existed after. | 21:18:26 |
| 9 | And what I'm trying to pin down is, is | 21:18:27 |
| 10 | there any other category of third party that | 21:18:30 |
| 11 | continued to have access to friend data after the | 21:18:36 |
| 12 | transition to Version 2? | 21:18:39 |
| 13 | Are there any other reasons that Facebook | 21:18:42 |
| 14 | had for providing continued access to those | 21:18:46 |
| 15 | categories? | 21:18:48 |
| 16 | MR. BLUME:  Objection.  Form. | 21:18:49 |
| 17 | THE WITNESS:  So I -- it -- I think | 21:18:53 |
| 18 | we're -- you're mixing up here the friend | 21:18:55 |
| 19 | permissions, right, and the permissions that were | 21:18:59 |
| 20 | used in the API to govern access to the data | 21:19:02 |
| 21 | exposed via those permissions from friends data in | 21:19:07 |
| 22 | the more general sense that you defined it earlier | 21:19:13 |
| 23 | in this -- when we discussed earlier in this | 21:19:17 |
| 24 | testimony. | 21:19:20 |
| 25 | Like, it's -- I'm -- | 21:19:20 |

Page 197

| | | |
|---|---|---|
| 1 | BY MR. LOESER: | 21:19:23 |
| 2 | Q.  Let's go back.  Let me make it easier. | 21:19:23 |
| 3 | Let's put that aside for a moment, the | 21:19:25 |
| 4 | other APIs that are not categorized as friend | 21:19:27 |
| 5 | permissions, and just talk about friends; the APIs | 21:19:30 |
| 6 | that were on that list that were deprecated. | 21:19:34 |
| 7 | Other than the -- the third parties you've | 21:19:37 |
| 8 | already described, are there any other categories | 21:19:40 |
| 9 | of partner or developer or third party at all that | 21:19:42 |
| 10 | had continued access to those permissions after the | 21:19:48 |
| 11 | transition? | 21:19:52 |
| 12 | And if so -- let's stop with that.  Let's | 21:19:53 |
| 13 | start with that half of the question. | 21:19:58 |
| 14 | A.  Okay.  So my understanding is that the | 21:20:01 |
| 15 | ability of applications to request the friend | 21:20:04 |
| 16 | permissions from users, which is, again, how this | 21:20:08 |
| 17 | works, right?  We're talking specifically about the | 21:20:11 |
| 18 | friend permissions.  These are things that apps | 21:20:14 |
| 19 | could request users to grant to the application. | 21:20:17 |
| 20 | My understanding is that the reasons for | 21:20:22 |
| 21 | continuing to allow apps to request the friend | 21:20:26 |
| 22 | permissions from users was limited to applications | 21:20:31 |
| 23 | that needed additional time to -- to migrate. | 21:20:38 |
| 24 | The -- and we've gone through the reasons for that. | 21:20:42 |
| 25 | Q.  Okay.  And there's -- and you also | 21:20:50 |

Page 198

| | | |
|---|---|---|
| 1 | described business integrations, and you gave the | 21:20:52 |
| 2 | reason for that. | 21:20:54 |
| 3 | And I just want to make sure that there's | 21:20:55 |
| 4 | not any other category of partner, according to | 21:20:58 |
| 5 | Facebook, that continued to have access to those | 21:21:00 |
| 6 | permissions that were whitelisted. | 21:21:03 |
| 7 | A.   So when apps were whitelisted -- if an app | 21:21:08 |
| 8 | was whitelisted to continue to have access to | 21:21:12 |
| 9 | Version 1, then it could continue to request those | 21:21:15 |
| 10 | permissions from some users. | 21:21:18 |
| 11 | So by being granted an exception -- an | 21:21:21 |
| 12 | extension to the deprecation timeline window, | 21:21:25 |
| 13 | applications that were whitelisted to continue to | 21:21:30 |
| 14 | have access to Version 1 could continue to access | 21:21:33 |
| 15 | the friend -- could continue to request the friends | 21:21:37 |
| 16 | permissions from users until that access was -- was | 21:21:39 |
| 17 | removed. | 21:21:43 |
| 18 | And my understanding is that the reason | 21:21:45 |
| 19 | for that was to give those apps extra time to | 21:21:50 |
| 20 | migrate to prevent degradation to the user | 21:21:54 |
| 21 | experience. | 21:21:58 |
| 22 | There are apps on -- I've been through the | 21:22:00 |
| 23 | list of applications that were granted an | 21:22:03 |
| 24 | extension, and a good example of that -- an | 21:22:05 |
| 25 | application in that category was, like, the -- an | 21:22:14 |

Page 199

| | | |
|---|---|---|
| 1 | integration with car manufacturers and their head | 21:22:18 |
| 2 | unit so you could access some kind of Facebook | 21:22:22 |
| 3 | experience inside your car. | 21:22:25 |
| 4 | It's very hard to update the software on | 21:22:27 |
| 5 | those devices, and they needed more time. | 21:22:29 |
| 6 | So that's my understanding of, like, the | 21:22:37 |
| 7 | reason why extensions were granted; to give more -- | 21:22:40 |
| 8 | developers more time to upgrade, given the changes | 21:22:44 |
| 9 | in the API that would affect them -- not just the | 21:22:47 |
| 10 | friends permissions, but other changes between | 21:22:50 |
| 11 | Version 1 and Version 2, and that's why the | 21:22:53 |
| 12 | extensions were granted. | 21:22:57 |
| 13 | Q.  I'm not trying to get you to repeat the | 21:23:04 |
| 14 | same testimony.  I am simply trying to make sure | 21:23:06 |
| 15 | that we've exhausted Facebook's reasons for | 21:23:09 |
| 16 | whitelisting and the categories of apps or partners | 21:23:12 |
| 17 | that were whitelisted. | 21:23:16 |
| 18 | And so there's nothing else to add to that | 21:23:18 |
| 19 | from Facebook's perspective? | 21:23:20 |
| 20 | A.  So the -- in terms of, like, whitelisting | 21:23:24 |
| 21 | extensions to Version 1, there are other reasons | 21:23:27 |
| 22 | why an app might be whitelisted, but that's | 21:23:33 |
| 23 | generally not to do with their use of the friend | 21:23:37 |
| 24 | permissions. | 21:23:39 |
| 25 | Q.  Was it something to do with their use of | 21:23:42 |

Page 200

| | | |
|---|---|---|
| 1 | other deprecated permissions? | 21:23:44 |
| 2 | A.  Other changes in behavior from Version 1 | 21:23:47 |
| 3 | to Version 2.  For example, app-scoped user IDs. | 21:23:49 |
| 4 | Big change to how the Facebook Developer Platform | 21:23:55 |
| 5 | operated.  As I say, there's a whole number of | 21:23:58 |
| 6 | changes between Version 1 and Version 2. | 21:24:02 |
| 7 | Your question was about friends | 21:24:04 |
| 8 | permissions, and there are other reasons why some | 21:24:06 |
| 9 | apps were granted an extension.  And my | 21:24:09 |
| 10 | understanding is that, you know, the reasons for | 21:24:12 |
| 11 | granting an extension to the friend permissions is | 21:24:16 |
| 12 | because of a user experience degradation and | 21:24:19 |
| 13 | striking a balance of giving more time -- those | 21:24:23 |
| 14 | developers more time to update their use of the | 21:24:26 |
| 15 | Platform or cases where the use of the Platform was | 21:24:29 |
| 16 | related to -- where the friend permissions were | 21:24:33 |
| 17 | used in the context of, like, regulated industries. | 21:24:39 |
| 18 | As I say, there are a number of developers | 21:24:44 |
| 19 | also whitelisted for continued access to Version 1 | 21:24:46 |
| 20 | because of their use of other -- because of | 21:24:50 |
| 21 | their -- because of them being affected by other | 21:24:53 |
| 22 | changes in the API between Version 1 and Version 2. | 21:24:55 |
| 23 | MR. LOESER:  Okay.  Mr. Cross, we're at | 21:25:07 |
| 24 | now 9:25 your time, and I want to be sensitive to | 21:25:09 |
| 25 | your schedule. | 21:25:12 |

Page 201

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | So we're more than happy to keep going, | 21:25:13 |
| 2 | but if you want to stop, it's getting late for you. | 21:25:16 |
| 3 | So -- | 21:25:19 |
| 4 | THE WITNESS:  Yeah, now is a good time.  I | 21:25:19 |
| 5 | can feel my voice going, and this stuff is | 21:25:21 |
| 6 | important to get right.  So I think it's a good | 21:25:24 |
| 7 | moment to pause and then come back and continue on | 21:25:27 |
| 8 | Thursday. | 21:25:30 |
| 9 | MR. LOESER:  Okay.  Well, thank you for | 21:25:31 |
| 10 | your time this evening, and we'll start again on | 21:25:33 |
| 11 | Thursday. | 21:25:35 |
| 12 | THE VIDEO OPERATOR:  And we're off the | 21:25:38 |
| 13 | record.  It's 9:25 P.M. | 21:25:39 |
| 14 | (Time noted, 9:25 P.M. London Daylight | 21:25:41 |
| 15 | Time) | 21:25:43 |
| 16 | | |
| 17 | --o0o-- | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 202

CONFIDENTIAL

1                            --o0o--

2           I declare under penalty of perjury that the

3     foregoing is true and correct.  Subscribed at

4     _____, California, this ____ day of

5     _____ 2022.

6

7                           _____

8                           SIMON CROSS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 203

CONFIDENTIAL

```
1                    CERTIFICATE OF REPORTER
2           I, HOLLY THUMAN, a Certified Shorthand Reporter,
3      hereby certify that the witness in the foregoing
4      deposition was by me duly sworn to tell the truth, the
5      whole truth, and nothing but the truth in the
6      within-entitled cause; that said deposition was taken
7      down in shorthand by me, a disinterested person, at the
8      time and place therein stated; and that the testimony
9      of said witness was thereafter reduced to typewriting
10     by computer, to the best of my ability via remote
11     videoconferencing, under my direction and supervision;
12          That before completion of the deposition review of
13     the transcript [] was [X] was not requested/offered.
14     If requested, any changes made by the deponent (and
15     provided to the reporter) during the period allowed are
16     appended hereto.
17          I further certify that I am not of counsel or
18     attorney for either or any of the parties to the said
19     deposition, nor in any way interested in the event of
20     this cause, and that I am not related to any of the
21     parties thereto.
22
23     DATED: May 12, 2022
24              Holly Thuman
25              HOLLY THUMAN, CSR
```

Page  204

1    DEREK W. LOESER, ESQ.

2    dloeser@kellerrohrback.com

3                                           May 12, 2022

4    IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

5    MAY 9, 2022, SIMON CROSS, JOB NO. 5210141

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   ___ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   ___ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23   ___ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25

                                              Page 205

CONFIDENTIAL

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    _X_Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 206

CONFIDENTIAL

```
 1   IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION

 2   SIMON CROSS, JOB NO. 5210141

 3                    E R R A T A   S H E E T

 4   PAGE_____ LINE_____ CHANGE_____

 5   _____

 6   REASON_____

 7   PAGE_____ LINE_____ CHANGE_____

 8   _____

 9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____      _____

24   WITNESS                             Date

25
```

Veritext Legal Solutions
866 299-5127

**[& - 4200]**

## &

**&**   2:18 3:4,7,10,14
5:25 205:23 206:9

## 0

**0**   117:5 137:3,7
**00198455**   4:9
**00200051**   4:16
174:3
**01685319.ppt**   4:13
**01685319.ppt.**
125:8
**02140404**   4:11
**02145706**   4:18
**02843**   1:8

## 1

**1**   40:5,18 41:6,9,17
42:1 73:10 83:7
126:8 128:9 137:3
137:7 163:12,15
168:16 174:17,19
177:5,13 186:9
187:6,23 192:4
194:10,15,22
195:10 196:6,7,12
197:2 199:9,14
200:11,21 201:2,6
201:19,22 206:1
**1.0**   40:7
**1.1**   39:22 40:7
**1.2**   39:22
**1/24/2014**   4:13
125:16 131:3
**10**   176:16 184:21
**100**   116:2,14
**11**   115:3 117:19
**115**   4:22
**11978**   204:24
**12**   204:23 205:3
**1201**   2:11

**125**   4:12
**12th**   2:19
**13**   20:6,8,9,10
63:10
**13,000**   131:7
**13,350**   131:4
**138**   79:6,19
**138s**   79:12
**138x**   79:11
**15**   184:17,21,25
185:6
**153**   4:14
**1600**   2:19
**17**   117:6,6
**173**   4:16
**176**   4:17
**18**   1:8 4:22
**1801**   3:5
**1881**   3:8

## 2

**2**   41:8,10,17,21
42:1 43:5,10,12
45:25 46:2,9,10,15
73:17 118:12,14
121:1,4,10 124:15
124:17,22 125:1
126:10 160:21
163:13,15 176:22
177:2,2,4,14 180:6
180:20 182:2
186:10,17 187:4
187:24 192:22
193:5,7 194:10,15
194:22 195:11,15
196:7,8 197:2,12
200:11 201:3,6,22
**2.0**   181:23
**2.0.**   181:10
**20**   184:17
**2001**   3:11

**2007**   21:21 32:22
39:18 70:18 71:20
142:6
**2007/2008**   154:12
**2008**   167:10
**2010**   13:10,21 40:3
40:10,17,21,22
41:5 48:21 51:14
88:7,9,12 112:5,12
154:15
**2010s**   42:23
**2011**   170:3,6
**2012**   33:1 45:21
46:7
**2013**   4:8,10,16
45:21 75:20 82:20
92:10 151:3 174:6
**2014**   13:22,23 41:8
46:4,16 48:22
84:11 91:7 125:22
126:3 163:2
164:17 168:14
177:20 178:10
**2015**   13:23 46:3,14
46:18 115:3 116:4
117:19 121:12
168:13,18
**2016**   14:1
**2018**   14:1,4 29:9
29:14 113:18
151:3
**2021**   14:4,6
**2022**   1:20 2:5 5:1
5:7 203:5 204:23
205:3,5
**2025.520**   205:9,12
**2100**   3:11
**27**   4:8 75:20
**2843**   1:7

## 3

**3**   126:11
**30**   1:18 15:16
19:22 46:16,18
76:7 78:18 79:3,7
80:13 121:12
125:22 126:2
168:13,14,17
206:1
**30,000**   42:8,12
**3000**   3:15
**30th**   46:3,4
**31**   4:16 132:7,12
174:6
**3200**   2:11
**330**   4:22 18:18,19
19:5,6 63:9
**331**   75:2
**332**   4:8 19:4,11
75:3,4,5
**333**   4:10 92:4,5
**334**   4:12 125:5,7
**335**   4:14 153:20
**336**   4:16 173:24
174:2
**337**   4:17 176:17
177:6
**35,000**   78:19,22
79:1
**35k**   78:18
**36**   16:17
**3:49**   2:4 5:2,7

## 4

**4**   75:2
**4,000**   78:18
**4,82m**   78:18
**4.82**   79:3
**414**   4:11
**4200**   3:5

Page 1

**[45 - adele]**

**45**  15:16
**457**  4:9

**5**

**5**  92:2 177:20
  178:9
**5210141**  1:25
  205:5 207:2
**555**  2:19
**5:04**  61:2,3
**5:22**  61:3,6

**6**

**6**  1:18 4:4 19:22
  20:11,17 63:14
  64:23 65:20 67:16
  68:5 128:16 151:8
  152:23 155:7,8,15
**643**  7:4,4,13
**6834**  1:24
**6:42**  114:18,19

**7**

**7**  20:12,17 152:19
  155:1,4,9,13,19,22
  156:4,9
**711**  4:18
**75**  4:8
**75210-2911**  3:11
**77002**  3:15
**7:00**  114:19,21
**7:58**  153:7,8

**8**

**8**  125:4
**80220**  3:5
**811**  3:15
**8:12**  153:8,10

**9**

**9**  1:20 2:5 4:10 5:1
  5:7 92:10 173:23
  205:5

**92**  4:10
**94607**  2:19
**98**  4:22 114:24
  115:6,9,16
**98101**  2:12
**9:00**  184:14
**9:25**  201:24
  202:13,14

**a**

**ability**  9:21,25
  22:21 26:10 31:20
  38:22 44:5 56:21
  71:11 81:11 90:13
  94:2 118:21
  119:15 137:23
  159:2 176:11
  179:10 198:15
  204:10
**able**  45:17 57:9
  68:21 71:3 89:9
  102:23 118:21
  175:23 183:12,25
  184:4
**access**  22:21 23:1
  26:11 27:13 30:22
  31:1,21 32:2,12,18
  33:1,5 34:6,11,12
  35:2,4,11,13 38:6
  38:8 44:5 47:3,10
  47:22 48:2,5 49:5
  49:15 50:5,6,8
  51:9 53:5 54:5,23
  56:21,22 57:2,8,11
  58:14,18 61:23
  62:10,15 63:4
  65:15 68:21 69:1
  69:10,12,14,16
  70:24 71:11 72:14
  74:11,18 83:2,5,7
  84:2,16 85:23,24
  87:7,16,23 88:9,14

89:4,7,18 98:12,23
99:21 101:2,13,18
101:22 102:5,7,11
103:4,11,15,23
104:3,5,7,9,10,23
105:1,4,21 107:12
108:10 110:1,6,21
111:18 113:5
118:22 119:16
120:1,10,15,20
121:2,8,17 123:5
123:14 124:5,19
137:17,23 138:11
139:7 140:24
141:2 142:12
148:16 149:4,13
149:13 157:2,9,15
157:25 159:7
160:11 161:21
162:12,22 163:6
163:17 164:16
166:21 167:17,20
168:4,7,15,20,21
169:18,22 170:17
170:18,25 171:5
171:16,18 172:2,6
173:7,14,20
179:10,18,21
180:10,14 182:6,8
185:13,21,25
186:4 187:6 188:4
189:13,23 190:7
190:22 191:2,12
191:14,18,20,25
192:4,21 193:4
194:4,5 195:13
197:1,7,11,14,20
198:10 199:5,8,14
199:14,16 200:2
201:19

**accessed**  26:9 38:4
  47:6 53:24 55:13
**accessible**  74:13
  103:7
**accessing**  30:20
  59:21,21 117:10
  117:23 120:5
**accommodate**
  8:23 12:8
**account**  189:10,12
  189:21 190:20
  191:23
**accrued**  96:24
**accurate**  32:7
  145:9 177:1
**accurately**  100:16
  109:22 183:17,18
**acquired**  77:12
**actions**  1:9 183:11
**active**  36:7 51:15
  51:17,21 78:21,22
  79:1,20 81:21
  88:4 112:2
**actively**  11:3
**activity**  120:14
  127:10 140:11
**acuity**  44:14
**ad**  128:7 136:4
  144:5
**adaniel**  2:14
**add**  200:18
**added**  112:5 158:9
  183:9
**addition**  61:21
**additional**  172:7
  187:22 195:10
  198:23
**address**  65:12
**addressed**  46:8
**adele**  2:13 5:18
  6:17

**[admit - api]**

**admit** 76:9
**ads** 135:19,23
  136:1,2,3 143:7
**advance** 16:15
  17:20 167:24
**advertisements**
  138:13
**advertising** 127:15
  127:17 128:3,6
  138:21
**advocate** 13:19
**affect** 200:9
**affiliated** 23:15
**afraid** 85:2
**afternoon** 61:9,10
**ago** 86:12 119:25
  157:7
**agree** 67:25 72:7
  138:10 165:25
**agreed** 75:18
**agreements** 190:1
**ahead** 8:17 14:15
  59:11 95:1 101:5
  106:1,2 149:23
  153:1 186:22
  188:19
**air** 93:23
**alex** 154:3,17
**align** 22:10
**allison** 4:8 15:7
  75:19
**allow** 26:15 34:6
  34:10 36:25 43:6
  51:23,23 70:18
  85:24 86:1 101:1
  104:3,5,23 140:1
  149:4 152:4
  175:19 183:10
  198:21
**allowed** 23:16
  47:5,21 62:18

74:17 84:4 86:13
95:22 97:20 100:9
101:13,21 102:4
102:10 103:10,22
104:8,10 105:3,15
105:23 111:17
124:20,22 138:20
141:23 166:11
179:18,21 180:9
180:10 204:15
**allowing** 127:8
  137:17 148:16
  149:12
**allows** 51:19 54:9
  87:4
**alongside** 51:13
**alter** 43:16
**alternative** 159:24
  164:23
**alto** 3:8
**altogether** 83:23
  84:22 85:19
**ambitions** 170:12
**amended** 19:20
**amit** 15:8
**amount** 43:12,16
  43:20 44:7,20
  45:14 72:8 74:21
  78:8,14 96:24
  97:7,11 128:13
  182:14,16 186:18
**amounts** 15:10
**analyses** 146:17
**analysis** 99:23
  131:25 134:23
  142:17 143:4
  144:18 145:14
  146:3,7,10,13,22
  146:25 147:23
  148:6,20,23,25
  149:11,19,25

150:8,14,18 151:4
151:24 152:7,9,10
**analytica** 7:11
**analyze** 123:25
  124:8 157:4
**analyzed** 148:14
  149:2
**analyzing** 180:13
**android** 24:17,20
**announced** 39:22
  119:2,4,6 125:21
  126:2 131:23
  180:20
**announcing**
  169:12
**answer** 8:3,6,9,16
  8:17 11:16,17
  12:1 13:1 24:5
  25:16 27:23 32:6
  32:24 33:19 36:2
  39:25 51:23 56:11
  58:5,17 59:3
  66:23 68:12 69:3
  74:1 82:18,19
  84:24 85:11 92:22
  95:7,9,13 100:16
  103:3 109:4,18,22
  110:8,19,23
  122:11 132:15,24
  132:25 133:6,18
  139:16,23 140:14
  145:3,9,11,13,25
  146:1,22 149:18
  150:23 151:18
  156:6 162:15
  163:10 164:7,8
  175:5,5 183:12,25
  184:4,12 186:13
  193:10,16 195:17
**answering** 8:2
  156:19 175:6

**answers** 167:1
  192:19
**anybody** 11:4
  155:12
**anymore** 135:11
**anyway** 185:2
**apart** 33:16
**api** 22:22 23:2
  25:5,6 26:9,13,14
  29:4 30:8,11,14,15
  30:16 31:8,10
  33:7,25 34:6,10,12
  34:16,17,21 35:9
  35:13,18,19,20
  36:1,4,6,11,15,16
  36:23 37:11,16,20
  37:21,25 38:2,3,6
  38:13,18 39:1,3,7
  39:8,10,16,19,22
  40:2,3,4,7,10,11
  40:14,16,25 41:3,4
  41:6,8,12,13,15,21
  43:2,5,6,7,10,13
  43:17,21 45:25
  46:2,9,10,15,17
  47:7 48:6 50:6,7
  51:5,13 53:19,23
  54:22 57:18 59:22
  60:13 62:5,6,7,8
  62:15,18,24,25
  69:4 72:17,18
  73:10,17 76:6
  77:5,9 78:6,7,11
  78:12,15 80:12,21
  81:2,8,12,20 82:13
  83:6 87:19 99:3
  102:4 103:2,3,14
  103:20,22 104:1,2
  104:5,7,8,14,17,21
  104:22 105:3,14
  105:17,19,20,23

[api - application]

106:23,23 107:5,9
107:11,13,15,23
108:8,10,12,15,22
108:25 109:2,6,8
109:11,17,19
110:1,3,6,10,12,13
111:11,12,14,20
112:21 113:9,17
114:9,9,11,13
118:11,13 119:6
119:13,14 120:4
120:25 121:3,9
122:1,15,23 123:4
123:7,9,10,20
124:15,17,22
125:1,1 141:19
142:8,8 157:4
158:11 159:24
160:7 163:12,13
163:14,15 164:5
164:15,19,24
166:4,16 167:4,5
167:16,22 168:8
168:16,17 176:22
177:2,4,5 180:6,18
181:16,18 182:11
182:16,19,22
183:7,21,22 184:5
184:7,11 185:24
186:9 187:4,6,16
187:23,23 188:4,5
189:7 192:4,12
194:15,21 196:3
196:15 197:20
200:9 201:22
**apis** 23:12 25:11
25:13,16,19,20,24
26:10 27:6,7,10,13
27:16 28:20 29:8
29:9 30:12,22
31:5,19,21 32:2,19

33:14,17,22 34:14
35:1,10,24 36:7,9
36:19 38:7,8 39:2
47:4,8,10,22 48:2
49:6 53:11 54:6
54:10 58:15 62:9
63:21 68:25 69:6
69:9,12,21,21 70:7
72:8,11,14,16,20
72:24,25 73:5,7
82:24 84:17 98:16
99:5 102:2 104:3
104:23,25 109:20
110:11,21 111:10
111:23 112:7
113:4,5,12,20,21
113:23 114:3
122:2,6,7,7,20,23
122:25 123:4,9,14
123:19 124:4,10
124:19 134:23
135:7 151:22
152:3 156:15,25
157:15,17 158:1
158:25 159:7
161:25 162:2,5,7,8
162:9,12,14,22
165:1,16,20
166:19 167:2
168:24 179:8
181:13 182:1,4,5,8
182:14,21 186:16
191:3,13 193:20
194:6 195:23,24
196:3 198:4,5
**apologize** 16:6
32:10 59:11 93:4
112:23
**app** 22:19,20,23
22:25 23:1 25:18
32:11 33:5 34:22

35:1,3,14 42:18,19
42:19 48:6,8
49:22,25 53:12
54:1,7,7,8,9,13,19
55:11 56:13,17,23
63:1 68:22 70:18
71:2 72:9 74:19
79:21,23,25 80:1,4
81:2,9,22 82:10
83:1,11,11,13,22
86:8,8,17,17,21,23
86:23,25 87:2,10
88:21 89:18,20,21
90:17 91:25 96:15
98:5 101:21 102:4
102:10,23 103:10
103:15,22 104:6
104:23 105:1,3,9
105:11,15,23,24
106:7,13 107:4,12
107:20,22 108:6,7
108:24 109:13
111:8,18 115:1,19
116:10 117:4,12
117:15,19 119:10
120:7,9,18 122:8,8
127:5 135:3,18,23
136:1,3,21 137:6
137:17,20,24
138:8,11,13,14
139:7,9,11,12,22
139:22 140:7,12
140:19,22,22
141:9,24 142:1,2,7
144:10 150:9
157:14 158:14,25
159:6 160:5,10,12
162:20 163:5,24
164:22 168:14
171:1 172:9 173:4
176:1 179:21

180:10,10 184:3
185:19 186:3,19
188:2,18 194:12
194:21 197:1
199:7 200:22
201:3
**app's** 159:2
179:10 186:1
**appear** 75:11
131:17 167:2
179:15
**appearances** 2:8,9
3:1,2
**appearing** 205:18
206:7
**appears** 79:2
114:25 134:13,23
135:2 177:11
181:23
**appended** 204:16
**appendix** 20:5
**appetite** 127:13
**application** 23:25
25:6 26:16 30:25
31:1 34:6,11,13,19
45:10 48:7 52:25
52:25 53:2,4,13
55:18 56:19,24
57:5,7,7,15 58:7
58:12,14 60:8,10
60:11,15,17 62:10
62:11,19 68:21,23
69:16 70:21,22,23
71:12 83:5,7,10
87:5,7,15,16,22,23
88:3,13,14,17,25
89:7,7,12,24 90:6
90:6,8,11 91:23
95:19,21 98:4
101:2 102:6,17
104:3,8,10,18

**[application - authorization]**

107:9,17 108:2
117:17,18 118:1
118:22,23 119:19
120:2,4 121:4
124:17,23 128:15
140:13 141:1,2,6
142:9,10,16 158:9
159:18 163:1
164:2 165:7,9
166:4 168:19
169:7,22 173:20
176:13 182:13
188:25 189:3,5
198:19 199:25
**applications**  22:24
23:17 24:10 33:2
34:17 37:22 42:22
42:25 47:6 73:24
74:3,5,7,8,9,18,25
81:7 84:6,16 86:1
90:22 91:5,6
97:21 98:7 119:15
121:24 123:8
124:24 127:9,10
158:9,12 159:9,22
159:22 160:4,4
163:14 165:14
166:9,12 169:8,18
172:6,16 187:5,21
192:4 193:12
194:24 195:9
198:15,22 199:13
199:23
**applied**  157:23
189:7
**applies**  56:2
133:18 158:17
**appreciate**  13:6
19:17 37:8 46:22
69:8 70:8 110:18
122:12 123:12

184:23
**approach**  90:24
**appropriate**  10:22
**apps**  23:3,4,6,8,10
23:15,21 24:17,19
31:16 44:5 47:9
48:2 49:16 53:8
54:24 55:16 76:4
76:6 78:15 82:9
82:12,22 83:23
84:3,22,25 85:18
85:24 86:13,15
88:9 91:12 96:9
99:21 100:8,21
118:20 119:25
120:20 121:1,7,16
121:20 123:17
124:4,19 127:8,22
130:19 131:4,7
132:1,4,5,7,9,10
132:11,16,19,19
132:24 133:12,16
134:15,24 135:11
135:12,22 136:7
136:16 137:23
138:8 140:5 141:8
149:4,12,13 152:4
157:6 159:11
160:9,22 163:21
163:22 170:17,25
173:7 175:10,21
182:7 183:10
185:12 187:16
189:17 192:23
193:14 195:14
197:4 198:18,21
199:7,19,22
200:16 201:9
**april**  40:3,10,17
40:21 41:5,8 46:3
46:4,16,18 51:14

88:7,9,12 112:5,12
121:12 125:22
126:2 168:13,14
168:17
**archibong**  15:6
67:12
**archive.org**  65:12
**area**  60:20 65:23
66:21 84:2,14
125:1 127:18
196:4
**ari**  154:3,11
**arm**  12:20,21
**aside**  198:3
**asked**  17:7 23:7
29:3 65:17 67:5
70:11 73:24 101:7
101:14 132:23
134:4 153:25
**asking**  11:4 34:3
37:13 52:7 69:8
92:24 95:2 109:3
130:24 133:5
144:16,23 192:18
193:9
**aspect**  66:17
**aspects**  171:19
**assembled**  16:21
**assert**  150:12
**assertion**  80:14
**assess**  113:19
143:6,20 145:21
**assessment**  147:5
147:20
**assessments**  67:7
148:2
**assist**  11:13
**associated**  36:18
63:21 188:5
**assume**  8:10 32:11
129:11

**assumption**  8:11
**astray**  192:16
**attached**  20:4
**attempt**  8:1 85:7
133:3 135:12
**attempted**  113:4
152:7
**attempting**  42:4
42:13 43:9,16
89:21
**attempts**  99:24
**attend**  10:20 62:12
**attendance**  62:16
62:17
**attended**  62:12
103:4
**attendees**  103:16
**attending**  62:11
62:19,25 103:12
103:13,19,24,24
**attorney**  2:12,13
2:14,16,20,21 3:6
3:9,12,13,16 8:14
204:18
**attorney's**  7:6
**attorneys**  14:19
15:19,21,23 16:14
16:20
**audience**  177:17
**audit**  76:5
**auld**  2:18 5:25
**auth.log**  26:15
**author**  129:16
130:13 133:2
134:1,3 135:13
178:10
**authored**  177:17
177:19,23 178:4
**authorization**
89:14

**[authorize - blackberry]**

**authorize** 58:18
70:21 83:5 87:12
87:15 118:22
128:14

**authorized** 21:6
34:7 35:3,10
58:10,14 60:1,3
69:15 87:22 89:24
102:5,16 109:13
111:8 117:17,18
137:19 141:1
182:12

**authorizes** 56:6
57:2 59:24 108:7

**authorizing** 71:3
140:13

**automatically**
176:9

**available** 27:24
28:1 29:10 30:17
31:16 33:2,5 36:1
36:9,10 37:22
43:13,17,21 44:3,8
44:21 45:15 46:3
53:23 56:17 57:23
57:25 68:1,4 70:6
74:21 78:9 83:13
83:25 84:5,7,9,10
85:15 89:12 90:21
97:9 104:13,14,19
108:14 110:15
112:11,17,20
113:21 114:4
119:18 122:16,25
124:4 129:4
135:11 139:13
140:10,11 141:3
141:11,19 146:4
147:16 159:8
160:12 162:7,10
163:12,13 164:1

167:6,12,19,25
172:15 177:4,5
178:17 180:18
181:10 182:3,21
185:20 186:17
187:4,7,18 188:16
190:2 191:4,14
194:6 195:23

**avenue** 2:11 3:11

**average** 78:19
131:11

**aware** 9:23 27:2
29:1 45:19 49:18
56:3 71:21 82:8
88:23 91:22 99:23
113:11,18 129:13
149:10,19 151:4
152:10

**b**

**b** 1:18 19:22
155:23,23 206:1

**back** 37:4,7 44:16
61:5,11 63:9 70:3
87:17 106:9,14
114:20 127:11,22
151:8 153:9,16,24
154:25 157:18
159:17 181:8
182:9,19 186:12
186:24 198:2
202:7

**bad** 44:18

**balance** 45:8
201:13

**base** 36:20 37:1
51:22 110:2 160:3

**based** 32:15 67:15
90:17 110:5
129:17 137:9
138:23 139:16
141:22 143:10,11

143:13 151:17
155:20 156:8
163:24 175:8,24
179:9 188:8 195:2

**bases** 190:6

**basic** 7:17 22:6,12
22:18 46:21

**basis** 83:11 86:8
150:9,10 190:5

**bates** 75:12 125:8
174:2

**bear** 22:17

**began** 45:18,23
46:17,17 154:16
168:17 170:6

**beginning** 5:14
168:13,18

**begins** 178:18

**behalf** 5:21 6:1,3
20:16 95:13 107:6
122:8 141:20
142:8

**behaved** 35:21
108:15 110:14
111:24 184:9

**behaves** 161:13

**behavior** 31:23
32:8 33:7 43:7
95:20 108:12
109:5 110:4,10,11
112:7,9 158:10,10
158:19 159:24
160:7 161:12,15
164:24 165:4,5,11
165:11,14 166:16
167:22 169:20
173:10 175:15
187:23,24 188:4
192:12 201:2

**behaviors** 162:7
165:21,21 187:3,6

191:13

**belief** 194:19

**believe** 17:16
18:18 19:4 67:16
67:21,23 151:3
154:5 156:9,11
184:14

**belonged** 93:24,25

**benefit** 30:1 75:10
98:10 128:3

**benefits** 97:25
148:15

**best** 8:23 12:1
42:15 67:19 100:6
106:3 171:6
204:10

**better** 44:9,17,22
167:9 175:19

**beyond** 140:23
145:19

**bfalaw.com** 2:20
2:21

**big** 43:3 124:18
144:24 185:11
201:4

**bill** 178:11

**billing** 55:2

**binder** 16:21

**binding** 21:10

**birthdays** 93:13

**bit** 12:15 60:19
61:19 101:4
106:22 153:4
156:21 179:7
183:6

**blackberry** 56:13
56:16,16,20,24
57:5,16,17,20 58:7
58:10,12,13,21,24
59:2,4,6,19,24
60:1,3,7,8,10,12

**[blackberry - categories]**

60:15,16,17
**blackberry's**
58:18
**bleichmar** 2:18
5:25
**blizzard** 174:6
**block** 85:17 86:21
87:5
**blocks** 87:4
**blow** 183:6
**blowing** 117:5
**blume** 3:6 5:20,20
12:3,10 16:2
17:13 19:4,10,16
37:9 60:19,24
94:23 95:1,2
112:13,23 113:1
115:8 138:17
142:22 145:1,19
146:6,18 147:17
148:18 175:2
195:16 197:16
**bold** 170:11
**bottom** 20:11 93:1
93:10 100:4
178:15
**box** 194:3
**boxes** 195:21
**branded** 52:19,20
56:13,17,23 57:5
57:14,15 58:2,6,22
58:24 60:16
**break** 8:22 9:1,7
33:21 60:22
112:14 114:7,14
152:21,25 153:2
184:19,20,21
**breaking** 42:17
112:14
**bring** 12:14

**brings** 31:3 48:9
**broad** 185:10
**broadcast** 90:10
**broader** 22:23
149:9
**broadly** 46:2
144:4 148:24
193:1
**broken** 188:9
194:25
**browser** 51:4
**build** 24:9 47:6
52:18 53:21 55:15
55:19 70:18,22
86:1 97:21 98:2
126:25 137:25
140:1
**building** 98:10
126:24
**built** 23:11 56:23
56:24 70:17
167:14 170:2
195:20
**buongiorno** 3:12
5:23 16:4
**business** 97:1
98:13 99:10,17
148:15 149:3
150:5 171:19
181:16 190:17
192:24,25 197:5
199:1
**button** 50:24 51:1
51:1
**buy** 56:16 136:3

**c**

**c** 155:24
**ca** 4:9,11,13,16,18
174:3 205:9,12,20
**california** 1:2 2:19
3:5,8 203:4

**call** 15:18,25 23:12
23:13 40:15 56:8
56:8 69:23 70:5
75:18 77:5,8
81:20 82:1 86:23
99:3 142:8 156:14
156:25 157:4
163:14,15 183:22
196:24,25,25
**called** 6:7 14:7
19:20 26:15 39:4
40:11 41:4 42:21
47:4 54:7 55:16
56:1 61:15 72:16
72:18 74:2,4
81:12 82:9 84:2
86:13 87:4 92:16
104:17 107:5,6
111:12,13 116:17
117:20 122:7
125:24 132:4
141:20 165:13
170:8,9,19
**calling** 43:7 47:23
52:10 77:13 78:15
81:8 124:11 129:6
**calls** 49:14 54:9
57:18 76:6 78:6,7
78:11,12 80:12,21
122:1,15,20,23
123:4,7,9,10,18
151:9 166:4
**cambridge** 7:11
**camera** 9:12
**capabilities** 31:6
31:22 160:15
165:13 169:18
170:15,18 171:20
172:4,16,20 173:5
173:7,12,16 174:7
174:16,25 175:9

175:14,20
**capability** 31:4,6
31:11,15,20 32:6,7
32:17 33:8 38:1,5
161:16 166:15
169:4,6,15,16,19
169:23 170:1,14
172:11,25 175:15
176:2,14
**capacity** 76:22
82:4 146:19 148:6
**captainquizz**
116:18 117:4,20
120:18
**captioned** 177:7
**captured** 177:24
**car** 200:1,3
**career** 13:16
**cari** 2:12 5:18 6:16
**carry** 101:6
**case** 1:8 6:22 7:4,7
10:19 16:10 18:9
18:25 22:14 45:9
59:17,21 65:1
67:5 79:25 80:4
82:9 90:15 101:17
119:18 120:4,16
144:6 148:4
152:18 162:8
169:1 182:15
187:17 193:25
196:18
**cases** 70:20 192:5
196:14,15 201:15
**casts** 109:17
**categories** 47:17
47:18,20,24 48:1
132:5 135:1
190:14,19 197:15
198:8 200:16

**[categorization - communication]**

**categorization**
29:8 136:13,18
**categorize** 29:9
**categorized**
130:14 132:16
136:16 137:6
198:4
**category** 47:9
178:21 197:10
199:4,25
**cause** 81:11 124:2
190:10 204:6,20
**caveat** 8:24 67:18
**cc** 174:5
**ccp** 205:9,12
**center** 45:2
**central** 14:5,7
**centrally** 43:2
**certain** 20:1 31:21
51:17 86:14 99:5
134:14 149:4
152:4 160:22
166:12,20 167:22
182:6 189:3,5
**certainly** 28:5
74:7 84:10 94:6
**certificate** 204:1
**certified** 204:2
**certify** 204:3,17
**cetera** 143:5
**chain** 4:8
**chang** 174:5
**change** 124:18
125:2 149:18
201:4 207:4,7,10
207:13,16,19
**changed** 83:25
112:8,9 161:19,22
166:12
**changes** 4:17
41:11,14,16,18,20

42:17 43:2 46:11
46:13 91:7 118:4
118:17 119:6,9,12
119:13,22,23
120:3 121:11,14
125:21 126:2,10
126:12 131:23
146:8,23 147:1,5
147:20 149:25
158:18 177:8,12
177:15 192:12,19
194:9,9,12 200:8
200:10 201:2,6,22
204:14
**changing** 169:19
**characterize**
171:24
**characterized**
132:19
**charge** 29:16
**chat** 93:6,8 96:23
**checks** 171:3
**chen** 3:18 5:22
16:3
**choice** 84:7,12
**choose** 53:2 56:18
90:13 94:3 101:1
106:8
**chooses** 57:4
**choosing** 53:3
**chosen** 100:14
**christopher** 174:6
**chrome** 144:8
**circa** 71:20
**circumstances**
167:22
**civil** 19:22 205:19
205:20
**clarification** 7:9
13:4 17:12 21:17
24:3 27:9 54:15

**clarify** 20:21
119:7 146:21
185:15
**clarke** 3:16 5:22
**class** 64:3 151:12
194:7
**classed** 27:3
**classifiable** 69:5
**classification**
130:17
**classified** 69:5
136:15,21
**classify** 98:25
111:2 137:8
**claufenberg** 2:13
**clause** 64:9
**clear** 7:18 9:16
22:8 23:23 86:3
131:10,13 133:17
145:9 174:16
177:16,22 178:3,3
184:12 196:23
**cleared** 11:10
**clearer** 151:1
**click** 20:6
**client** 191:5
**closed** 105:12
**closely** 66:21
**code** 36:20,25 37:1
42:25 51:22 56:20
59:18,20 81:12
110:2 142:11
160:3 171:4 205:9
205:12,19,20
**cofounders** 92:16
**colleagues** 14:25
**collect** 159:2
**collected** 44:10,23
131:13
**collection** 24:8
104:2,22

**collects** 144:12,19
145:15
**colorado** 3:5
**column** 130:9,18
130:22 132:6
**combination** 16:2
**come** 9:12 10:9,12
11:17 18:22 42:14
72:6 153:15
176:24 202:7
**comes** 43:18
151:13 168:11
173:3
**coming** 10:14
**commencing** 2:4
**comment** 102:24
102:25 103:5
117:12 118:8
127:25
**commentary**
133:10
**commented**
102:22 117:24
120:6
**comments** 102:13
102:18,19 104:12
104:13 111:18
119:19 179:24
180:3 186:20
**common** 38:18
39:1 50:3 108:2
161:3
**commonly** 114:3
129:15
**communicated**
53:18
**communicating**
10:24 11:3,6
**communication**
63:22 64:10 65:18
67:18 72:4

**[communications - continued]**

communications
64:6
company 13:10
28:12 38:15,24
40:21 45:10 53:19
57:10 64:25 82:6
92:16 95:14
142:24 144:22
145:3,16 148:8
159:21,21 171:2
complete 101:11
163:16 173:1,6
179:19
completed 205:7
205:17 206:6
completion 204:12
206:10
complexity 193:13
compliance
188:25 196:15
complicated 166:6
complication
193:23,24
component 66:1
155:19
compound 175:2
193:9
computational
99:1
compute 99:4
computer 11:10
204:10
conceive 162:2
concept 25:17
33:16,17,24 55:11
55:17 73:1 158:16
161:2,18 162:11
165:6,8 166:14
167:4
concepts 22:18
33:15,18 55:22

123:1 164:6
conceptual 161:18
concern 21:24
45:1,4 46:6 82:1
96:12,14
concerned 43:20
74:20 91:3
concerns 44:1,1,4
45:14,18 46:7,8,12
67:25 68:6,8 91:9
91:9,10,13,14,16
96:8,17 98:18
120:8,11
conclusion 120:13
conclusively 76:24
conditional 172:2
confident 46:19
confidential 1:13
configuration
42:18
configuring 42:19
confine 140:14
confirm 115:25
116:3,14,24 117:1
139:1
confusion 93:15
94:10,14 98:19
162:16
connect 167:10,11
167:16,18
connected 157:25
connection 141:9
cons 90:24
consider 27:20
96:8 144:11
167:15
considerably
161:22
considerations
187:25 189:9,11
189:21 190:20

191:22
considered 25:13
25:20,24 26:2,11
26:14,18,23,24
28:21 29:5 81:4
98:15 125:2 163:5
196:2
consistency
172:21
consistent 28:12
136:25 158:13
196:18
consistently
158:21
constantly 41:13
construe 103:1
consult 10:21
consumer 1:5 5:9
205:4 207:1
consumers 30:16
contact 127:22
205:9
contactable 133:3
contain 105:13
178:1
contained 17:4
18:6 46:10 131:23
177:3
contains 35:15
content 35:15
104:4 118:7,8
119:16 126:6
127:10,23 141:12
141:19
contents 50:15
context 13:3 23:24
25:16,18 26:3,21
28:6 30:8,10,11,14
30:24 31:5,7,10,14
31:14 32:1 34:2
34:14,16,21,22,25

35:9,17 37:12,14
48:4,24,25 49:7,17
49:19 52:7,14,16
53:13 54:11 55:10
63:8 68:19,25
81:23 90:14 99:12
100:18 106:16,23
107:4,5,10,13,18
108:7,22,24 109:2
109:5,6,11,19
110:10,12 129:3
134:9 137:19
140:5,6,25 141:5
144:14,15 157:14
158:4,5,7 159:5,16
159:25 161:4,10
163:23 164:15,19
164:22 165:9
168:1 178:13
179:5 181:15,22
183:7,15,24 184:5
184:7,11 186:12
186:24 190:11
193:22 201:17
contexts 51:9
72:19 96:21
157:24
continually 158:1
continue 120:16
126:20 149:12,13
166:21 199:8,9,13
199:14,15 202:7
continued 2:25 3:1
120:10 168:21
186:4 187:5 188:4
189:13,23 190:7
190:22 191:12,18
191:19,25 192:21
193:3 195:13
197:1,11,14
198:10 199:5

**[continued - daylight]**

201:19
**continues**   119:10
120:12
**continuing**   114:15
149:3 152:4
198:21
**contract**   165:17
165:23 166:1
**contracts**   49:3
195:25
**contractual**   190:1
**contributes**
146:12
**control**   43:2 84:4
173:10 176:9
**controls**   83:25
171:18
**convenient**   184:19
184:20
**conversation**
15:16,17 22:6
23:20
**conversations**
15:9,20,22 187:20
**cool**   111:9 185:3
187:11
**copy**   12:4
**correct**   7:15 10:4
10:7 12:19 17:17
20:18 23:4 48:12
57:3 58:17 61:24
62:23 64:15,16
74:22 117:21
134:16 138:24
151:12 154:3
155:10 158:24
184:15 187:9,10
203:3
**corrected**   19:15
**corrections**   205:14
205:15 206:3,4

**correctly**   16:4
34:8 64:4,5 95:22
97:24 107:1 118:9
118:10 126:13,14
187:1
**correspondence**
18:12
**counsel**   3:18,19
5:14 10:21 12:3
12:12 17:6 20:20
37:6 64:7 85:5
153:13 156:13
169:11 204:17
205:18,21 206:7
**couple**   97:4 127:6
130:4,6 156:21
197:3
**course**   8:13 12:22
23:19 64:17 65:20
75:8 76:6 156:23
157:5
**court**   1:1 6:3 7:22
22:13 30:1
**cover**   64:20 68:25
179:16
**covered**   65:20
69:2 99:20 148:13
**create**   23:15,17,17
53:16,18 108:17
129:22 130:6
139:21
**created**   18:13
93:15 94:10,13
129:16 133:19,20
147:12,12,13,14
162:20 163:1
168:14 178:9
**creates**   23:8
**creating**   175:18
**crisp**   145:8

**criteria**   29:12
136:20
**cross**   1:17 2:2 4:16
5:8 6:5,12 9:20
10:3 11:12 12:17
13:7 14:18 17:15
18:17 19:19 37:11
64:22 67:15
114:22 120:19
125:10 153:11
157:13 169:14
174:4 176:21
184:13 201:23
203:8 205:5 207:2
**crr**   1:24 2:6
**crutcher**   3:4,7,10
3:14,16 186:4
**csr**   1:24 2:6
204:25
**curious**   81:20
**currency**   144:7
**currently**   12:18
15:2
**custodial**   133:24
**custodian**   178:11
**customer**   14:7
**customers**   189:2,4
**cut**   144:9

**d**

**d**   4:1 156:1,1
**d.c.**   7:6
**dallas**   3:11
**dan**   15:7,17
**daniel**   2:13 3:21
5:18 6:17
**dark**   115:11
**data**   26:8 32:13
43:12 44:9,22
47:7 59:1 63:24
64:12 74:13 76:12
76:16,25 77:12,12

77:18,25 78:8,17
78:24,25 79:20
80:2 83:2 88:14
100:1,6,8 101:2
111:6 119:1,3
123:10,11 126:10
131:12,23 138:12
139:7,12 141:3,8
144:11,19 145:15
146:4,14 148:17
148:21 149:9
154:7 159:3,5
160:11,17 166:18
166:22 179:4,6,18
179:21 180:2,14
182:14,17,24
185:14,16 186:4
186:15 191:18,21
191:25 192:21
193:4,6,11,17,19
195:14 197:1,11
197:20,21
**database**   113:8
**date**   39:20 85:1
131:22 178:5,5
205:16 206:5
207:24
**dated**   75:20 92:9
204:23
**dating**   171:11,12
171:16
**david**   2:16 4:11,11
92:9,13,14,25 93:7
93:9 100:3,20,23
**day**   8:13 12:22
75:8 80:13 130:20
131:5,9,9,12
167:13 203:4
**daylight**   2:4
202:14

**[days - determined]**

days  76:7 78:18
  79:3,7 117:6
december  4:10
  92:10
decided  83:1
  176:23
deciding  190:21
  191:23 193:3
decision  43:24
  45:3 186:5
decisions  72:4
  187:13
deck  4:12 125:15
  126:5 128:17
  129:16 130:13
  131:3,22 133:2,8
  133:19 134:1,3
  135:6
declare  203:2
deep  174:15
deeper  165:10
defendant  3:3
  19:21
define  24:5 68:12
  190:9
defined  113:6
  120:15 186:15
  191:8 197:22
definition  22:23
  26:4 31:6 68:24
  69:4 70:3,13
  111:4 129:9,14
  149:9 158:13
  159:14,17 161:9
  162:4 179:23,25
  193:11,16,19
definitions  164:11
definitively  114:8
defunct  36:23
degradation  195:4
  196:13 199:20

201:12
degraded  192:6
  194:20
degree  14:9,10
  64:21
delivered  17:1,24
  100:22
denver  3:5
department
  145:17
depend  13:2
  162:24,25
depending  103:18
  127:5 175:5
depends  26:4
  32:24 109:18
  161:15
depo  4:15
deponent  204:14
deposed  6:20,21
  6:24 7:2
deposition  1:16
  2:2 4:14 5:8 6:19
  12:7,16 13:12
  14:20 17:11 18:24
  19:8,21 37:16
  61:4 66:4,18
  69:19 75:5 92:5
  125:5 153:20
  155:21 168:9
  173:24 176:17
  204:4,6,12,19
  205:19,22,24
  206:8,10
depositions  11:1
deprecate  176:23
deprecated  39:20
  46:17,18 119:2
  131:20 132:1
  134:24 135:7,10
  148:24 149:1,15

149:17,20 150:6
  151:21 160:21
  162:22 163:7,9,17
  164:16 168:7,13
  170:13 172:10,15
  173:15,20 176:25
  179:2,16 189:14
  189:24 190:8,22
  198:6 201:1
deprecating  119:5
  124:12,13 149:5
  150:15 152:3
deprecation
  134:14 135:3
  150:2 152:13
  163:16 168:16,17
  187:16 188:9,11
  190:2 192:13
  194:8,11 196:7,12
  199:12
deprecations
  134:25 135:14
  180:19 188:15
  189:7 190:5
  192:12 196:20
depth  41:22
derek  2:14 5:17
  6:14 205:1
derived  132:13,21
  132:22,22 134:5
deriving  118:6
describe  13:13
  15:13 70:14 72:13
  91:8 97:17 109:9
  110:11 125:17
  169:15 183:20,22
described  35:7,8
  63:4,6 106:23
  112:17 130:10
  138:3 139:19
  155:6 182:24

189:9 190:13
  191:19 197:3,4,5
  198:8 199:1
describes  126:6
describing  177:12
description  4:7,21
  111:11 160:13
  171:23 177:1
design  85:21
  154:21
designated  20:1
  20:16 21:5 63:15
designation  28:11
  28:24 29:2
designed  7:18
  46:11 72:5 194:1
designee  1:18
desire  44:9,22
  106:13
desk  11:10
detail  13:13 15:13
  20:20 27:12 34:24
  59:24 95:21
detailed  109:4
details  109:20
  184:10
determinable
  114:12
determination
  133:4,21 137:15
  162:6 195:2
determine  30:17
  86:8 99:25 113:20
  114:8 122:24
  123:7 133:3
  165:14 171:4,15
  185:12
determined  99:24
  133:22 137:12
  194:24 196:1
  205:18,22 206:7

**[determines - document]**

| | | | |
|---|---|---|---|
| **determines** 55:12 | 198:9 201:4 | **dialogue** 125:20 | 197:23 |
| **determining** 71:16 | **developer's** 144:5 | **difference** 37:25 | **discussing** 28:7 |
| 85:8 88:13 133:8 | **developers** 23:16 | 72:25 164:18 | 157:20 189:22 |
| 173:19 188:1 | 24:9 38:4,8,12 | **different** 15:10 | **discussion** 91:21 |
| 196:6 | 42:25 43:6 44:8 | 31:24 33:15 40:24 | 92:17 93:22 94:1 |
| **develop** 65:21,24 | 44:11,21 45:9 | 41:2 47:20,21,24 | 94:6 160:20 169:9 |
| 156:24 | 55:15 70:7,18 | 51:7 54:18 55:3,5 | **discussions** 32:2 |
| **developed** 23:25 | 72:9 83:15 96:25 | 55:17 56:4 69:25 | 45:7,20 74:23 |
| 64:18 79:22 81:10 | 97:9,18 98:1,9,24 | 72:14,18 73:22 | 82:12,22 90:23 |
| 154:1 157:2 | 124:8 126:19,19 | 80:24 97:12,17 | 91:2 187:14 |
| **developer** 13:19 | 126:22,25 135:11 | 98:6,9 101:8,10,12 | **disinterested** |
| 32:12,18 35:1,3 | 138:6,7,8 140:1 | 107:15 113:4,23 | 204:7 |
| 36:3,8,13 37:23 | 143:22,23 144:2,4 | 127:4 132:5 | **disorganized** |
| 39:17 42:18,23 | 147:8,22 159:8 | 136:14 142:18 | 175:10 |
| 43:22 45:11 47:5 | 163:20 167:19 | 143:3,6,7 145:20 | **display** 183:10 |
| 48:5 49:21,24 | 168:3,5 187:15,19 | 145:22,23 148:2 | **displayed** 107:17 |
| 50:4 53:10 54:19 | 188:14 189:10 | 155:14 159:14 | **distinct** 55:22 56:3 |
| 55:4,19 65:5,9,16 | 190:3,11 191:4,15 | 161:7,7,12,13 | **distinction** 12:25 |
| 71:13 74:9 82:23 | 194:23 200:8 | 162:3,18 164:24 | 21:15 69:24 70:5 |
| 83:16 86:4 87:19 | 201:14,18 | 165:4,11,15,21,21 | 164:14 183:3 |
| 90:16 91:12 97:13 | **developing** 71:15 | 166:5 173:11 | **distinguished** |
| 100:2 108:13 | 126:20 | 175:5,20 179:8,17 | 21:19 |
| 113:12 114:4 | **development** | 183:5 189:11 | **district** 1:1,2 7:6 |
| 116:7 121:5,14 | 40:14,20 63:17,20 | 193:12 196:2 | **dko** 2:17 |
| 124:21 125:3 | 68:8 71:18,20,23 | 197:3 | **dloeser** 2:15 205:2 |
| 126:9,16,17,21,24 | 154:6,9 158:21 | **differently** 18:10 | **docs** 174:7 |
| 127:1,4 129:5 | 170:5 | 137:9 166:10 | **document** 1:8 4:14 |
| 136:2 138:2,9,16 | **develops** 171:8 | **difficult** 175:11 | 11:15 19:3 36:13 |
| 138:19 139:12,18 | **device** 53:24 55:7 | **dig** 61:19 | 36:17,18 66:7 |
| 140:9,12 142:10 | 55:21 56:16,16,18 | **direction** 204:11 | 75:10,14,15,17,21 |
| 143:21 146:11 | 56:21,24 57:6,16 | **directly** 116:25 | 75:23,25 79:5 |
| 154:6,18 156:6 | 57:17,21 58:7,13 | 157:10 | 93:2 100:17 |
| 158:5,11,19,22 | 58:16,21,22,25 | **disagree** 93:13 | 123:23 124:1 |
| 159:19 160:10,10 | 59:6,20 60:8,10,12 | **discuss** 9:12 28:3 | 147:9,12,18 148:3 |
| 162:21 163:5,23 | 60:16,17 171:21 | 101:10 116:13 | 148:9,10 151:7 |
| 165:25 167:7 | 194:3 | **discussed** 28:5,8 | 152:17 174:12 |
| 169:21 172:5 | **devices** 43:1 191:6 | 28:10 38:7 45:4 | 176:11,20 177:7 |
| 173:3 175:24 | 195:20 200:5 | 45:23 91:17 | 177:11,16,17,18 |
| 176:1,10,12,13 | **diagnosed** 80:23 | 126:15 162:4 | 177:23,24 178:1,4 |
| 183:22 187:8 | **diagnosis** 80:14 | 176:21 181:14,17 | 178:9,11,14 181:8 |
| 188:11,22 196:25 | | 182:6 186:15 | |

**[documentation - event]**

**documentation**
35:19,24 36:4,12
107:23 108:13
112:21 122:4
174:20
**documents** 16:15
16:16,17,19,23
17:19,21,22,24
18:3,6,8,11 28:19
29:23 33:10 45:1
45:6 61:15 64:25
65:1,2 66:25 67:4
72:3 82:20 89:13
96:5 123:6 147:3
152:17 157:21
159:11 160:20
162:16 175:24
191:8 196:18
**doing** 10:16,17
56:19 58:4 79:15
79:15 127:20
150:5 157:5
**doubt** 10:16 133:7
**downloaded**
121:16,19
**drafting** 63:23
64:11
**draw** 21:16 73:1
109:14 183:3
**drawing** 12:25
**drawn** 21:15
**draws** 109:11,12
**drive** 17:3
**drivers** 43:23
**due** 76:6
**duly** 6:7 204:4
**dunn** 3:4,7,10,14
5:21
**dunne** 178:10

**e**

**e** 2:20 4:1 205:9,12
206:1 207:3,3,3
**earlier** 100:12
130:24 131:14
153:25 162:5
179:7,23 184:6
186:16 197:22,23
**early** 10:15 32:25
42:23 154:5,9
**easier** 63:11
110:23 186:7
198:2
**easiest** 56:10
163:10
**easily** 78:12
**easy** 156:2
**economic** 99:19
**ecosystem** 22:25
42:24 121:14
138:21 159:19
**eddie** 4:11 15:6
67:11 92:9,25
93:6,8,12 95:10
133:24
**educate** 152:14
**educated** 67:17,22
67:23 156:10,11
**education** 14:11
**efficiently** 79:22
**effort** 113:16,18
113:22 114:2
123:7 172:18
**egnyte** 115:5
**eight** 18:1 119:25
**either** 29:25
129:25 204:18
**electronic** 14:16
**electronically**
16:24

**elia** 15:7
**elicit** 113:4
**email** 4:8,16 37:14
38:17 75:17 77:15
77:25 80:5 81:15
81:18,24 82:2,4,7
92:8 93:1 174:4
174:10 175:9
**embed** 50:5
**embedded** 50:10
50:11 51:1
**eminently** 81:1
**emit** 102:2
**emitted** 102:15
113:17 114:9,13
180:2 182:17
186:18
**emitting** 119:1
**emma** 2:15 5:19
6:17
**employed** 13:7
15:2
**employee** 92:14
**employment** 64:18
65:21 156:24
**enable** 24:9 32:18
52:18 98:7 105:25
166:20
**enabled** 31:17
**enables** 87:3
**ended** 154:16
**endpoint** 114:4
183:9,15,19,20,24
**energy** 99:1
**enforced** 188:12
**enforcement**
115:2,20 116:11
188:15
**engage** 143:4
**engaging** 70:18,23
86:2 97:21 98:2

137:25 140:1
**engineer** 13:18
**engineering** 14:12
14:17
**engineers** 23:11
59:19 85:13 171:9
173:18
**entering** 26:19
**entities** 21:18
23:14 25:9 30:20
38:8,12 47:21
49:14,20 52:17
173:2,14 190:12
197:4
**entitled** 204:6
**entity** 22:20 23:1
23:25 50:4,14
52:12 54:6 55:12
139:13 155:23
156:16 157:1
159:18,20 196:24
**entity's** 31:20
**equities** 45:8
**errata** 205:14,16
206:3,5
**esq** 205:1
**established** 165:16
**estimated** 135:13
**estimates** 147:6,21
**et** 143:5
**eugene** 15:7
**evaluate** 150:3
**evaluated** 121:7
135:2
**evaluating** 134:14
**evaluations**
131:18
**evening** 202:10
**event** 62:17,20
63:1 103:2,3,6,16
103:19,24 129:22

[event - facebook]

204:19

**events** 62:5,6,7,8 62:10,15 103:4,10 103:11,14,20,22 113:25 129:25 130:6 193:22

**everybody** 16:1

**evidence** 91:1,2 133:21 150:21

**evolution** 41:9

**evolutions** 41:2

**evolved** 41:1,13

**ewright** 2:16

**exact** 109:5 110:9

**exactly** 7:5 35:21 45:22 81:17 84:25 93:17 96:3,21 109:20,25 110:13 110:14,14 112:9 129:7 136:20 139:1,2 161:15,19 165:14 177:25 184:9,10

**examination** 4:3 6:10

**examinations** 4:2

**examined** 6:8

**example** 8:4 24:17 26:13 28:14,17 33:22 38:17 56:11 56:12 57:1,13,24 58:9 59:14 62:3 62:12 72:17 78:16 81:9 103:25 106:4 108:4 127:8 138:14 139:9 141:14 143:8 159:20 163:9 165:4,24 166:13 167:9 171:7 180:1 180:8 181:5,6,7

182:16 183:11,23 183:25 186:20,23 191:1 199:24 201:3

**examples** 39:3 50:3 77:20,21 99:18

**exceeded** 82:9

**excellent** 11:11 68:15

**exception** 199:11

**exchange** 38:16,19 38:21 39:9

**exchanged** 25:8 38:14 54:21

**exclusively** 66:24

**excuse** 94:23

**exhausted** 200:15

**exhibit** 4:8,10,12 4:14,16,17,22,22 18:18,19 19:4,5,6 19:6,11 63:9 75:2 75:4,5,12 92:4,5 92:21 114:23,24 115:6,8,9,16 125:5 125:7 153:12,17 153:20,24 173:24 174:2,2 176:16,17 177:6

**exhibits** 4:6,20 63:11

**exist** 39:14 51:20 171:4 181:23

**existed** 36:7,11,15 36:17,19,25 39:10 51:11,25 65:10 139:25 161:20 179:17 184:9 197:7,8

**existence** 29:11 39:2 137:22 170:1

**expand** 68:24

**expect** 58:1,7 165:25

**expectation** 91:16 100:23

**expense** 96:25 98:12,15,22 99:6 99:16

**experience** 24:18 53:7,17,18 55:3,5 57:19,20 58:2,15 58:22,24 60:12 66:12,13,15 70:23 97:14 137:25 139:11,21 140:7 140:21 155:24,25 156:3 188:8,18 191:5,10 192:3,6 194:2,20,25 195:4 196:14 199:21 200:3 201:12

**experiences** 15:3 52:20 53:22 70:19 86:2 90:3 97:22 98:2,10 140:2 194:1 195:20

**expert** 19:13,17 128:5

**expertise** 127:18

**explain** 24:25 37:24 39:5 42:15 59:14 85:19 108:22 128:11 157:13 162:15 171:6 174:22

**explained** 59:23

**explanation** 62:14

**explicitly** 68:23 76:20 140:12 141:1

**exposed** 80:25 197:21

**expressed** 45:5,14 46:6 96:14 120:8 120:11

**expression** 42:8 117:14

**extension** 192:9 194:19 199:12,24 201:9,11

**extensions** 149:12 189:17 190:4 192:3 194:14 196:6,12 197:6 200:7,12,21

**extent** 124:3 131:18 182:20

**extra** 192:7 194:21 195:7 199:19

**f**

**f8** 4:17 177:8

**facebook** 1:5,18 3:3 5:9,21 7:13 12:23,24,25 13:1,8 13:9,15,24 14:2 15:21 17:7 18:9 18:13 19:1,21 20:16 21:6,13 22:15,25 23:4,8,10 23:11,15,16,18 24:1,7,8,10,11,14 24:15,17,19,22 25:1,19 26:8,11,17 26:20,25 27:14,15 27:20 28:3,3,15 29:4,4,6 30:21,22 30:23,25 31:13,15 31:17,23 32:8 33:2 34:2 35:15 35:24 36:3,8,13,20 36:24 37:1,19,22

**[facebook - fine]**

38:9,11 39:8,17
41:10,25 42:13,17
42:21 43:4,9,14,15
43:22,25 44:9,22
45:9,11,13 46:5
47:2,3,5,7,10 48:4
48:6,7,8,11,15,19
49:1,5,11,14,15,21
49:23 50:6,9,17,20
50:22,22 51:2,8,19
51:22 52:9,12,17
52:19,19,20,22
53:9,11,16 54:2,5
54:6,7,7,10,12,17
55:4,6,10,24 56:13
56:17,22,23 57:2,5
57:9,14,15,19,20
58:2,6,15,22,23,24
59:22 60:8,10,11
60:13,16 61:14,22
62:9 64:2,18 65:5
65:14,16 68:2,4,11
68:17,17,20 70:17
70:25 71:1,4,13,15
74:9,18,20 77:1
78:2 79:18 81:4,7
82:8,23 83:1,4,16
84:19 85:21,24,25
86:4,7,8,20 87:19
89:1,5,9,17 90:9
90:16,19,20,23
92:14,18 93:22
94:20 95:8 96:25
97:15 98:13,20,22
99:6,9,17 100:13
104:4,13 105:12
106:9,10,15 108:5
108:20 109:25
110:3 111:6 113:8
113:12,15,19,20
114:4,8 116:5,6,12

116:13 119:2,4,6
121:4,7 122:1,14
123:3,13,16
124:18,21 125:3
125:20 126:17,21
126:22 127:2,3,11
127:12,13,22,23
129:5,13 131:15
131:18 132:18,23
132:25 136:4,24
137:8,9 138:1,8,9
139:18,25 140:4,9
140:23 141:7,10
141:12,16,25
142:8,15,17,24
143:5,21 144:1,3,8
144:8,11,18
145:13 146:3,5,10
146:12 148:7,8,14
148:15,16 149:2
150:3,4,5,6,18
151:11,20,21,23
152:2 154:6,18
155:13 156:6,24
157:9 158:5,11,14
158:19,22 159:8
159:15,19,22
160:4,20 161:6,10
162:2,21 163:23
164:22 165:9,17
165:17 166:20,20
167:3,7,10,11,16
167:18 168:1
169:5,7,17,20
170:25 171:1,8,11
171:12,16 172:5
173:3 174:23
175:19,24 176:6,8
176:11,22 180:12
180:14 185:12
186:3 188:1

189:12 190:7,13
190:15,21 191:5
191:22 192:20
193:2 194:2
195:13 197:13
199:5 200:2 201:4
205:4 207:1
**facebook's** 22:20
32:1 57:18 58:14
63:24 64:12 81:11
82:1 99:16 128:5
129:9 138:16,19
138:21 139:19
147:7,22 151:18
159:10 161:8
163:6 200:15,19
**facebook.com**
24:11,16,19
**fact** 11:24,24
69:12 91:21
133:11 160:16,19
184:8 190:15
**factors** 137:14
**facts** 11:16 108:16
108:17
**faint** 177:20
**fair** 8:11 9:8,9,18
9:19 22:2,3,9
23:22 25:23 69:22
77:10 91:8 110:18
123:19 135:5
160:13 171:23
175:12 181:25
**fairly** 182:24
**familiar** 25:10,12
27:7 33:23,24
42:8 52:1 61:16
61:17 62:5,6
72:12 105:16,18
139:6 184:8

**fang** 4:16 174:5
**faster** 46:20
**fault** 134:21
**fb** 4:9,11,13,16,18
174:3
**feature** 85:13,14
85:15 87:3,4 88:8
171:9,10,13,13,16
**features** 31:16
49:23 50:2,8
170:25 171:5,19
172:7 173:12
181:9
**federal** 19:22
206:1,8,9
**feed** 77:22
**feedback** 43:19
52:20 55:11 94:15
115:2,20 116:10
**feel** 38:24 164:9
202:5
**fields** 183:15
**figure** 61:20
164:13
**figures** 80:17
**figuring** 174:23
**file** 133:24
**files** 17:2,4
**filings** 16:9
**finance** 145:17
**financial** 99:25
142:17 144:18
145:14 148:15
149:3 150:14
189:1
**find** 36:2,14 65:9
66:16 76:9 78:3
80:6 133:6,12
150:22
**fine** 8:12 60:22
153:2

Veritext Legal Solutions
866 299-5127

[finish - friends]

| | | | |
|---|---|---|---|
| **finish** 8:16,25 9:6 | 158:20 192:7 | 102:3,12,20,20,22 | **friends** 25:2 27:5 |
| **finished** 114:15 | 195:16 197:16 | 102:23 103:1,6 | 27:14,15,16 35:11 |
| **firm** 6:14,18 | **formal** 150:13 | 104:20 106:17,20 | 35:16 44:5 57:12 |
| **first** 6:7 7:3 13:16 | **forms** 163:25 | 110:21 113:6,9,17 | 57:24 58:3,4,9,18 |
| 13:17 40:8 44:15 | **forthcoming** 66:23 | 114:10 117:20 | 58:20 59:1 60:1,7 |
| 45:13 70:20 75:24 | **forward** 10:13 | 119:1,2,5,11 | 60:9 61:22,24 |
| 75:25 78:16 87:20 | **founding** 86:3 | 120:20 121:2,5,8 | 62:22 63:2 68:22 |
| 90:7,8 97:6 | 90:18 | 121:17,23 122:2,6 | 71:12 72:21,23,24 |
| 116:23 125:15 | **four** 48:18 | 122:6,13 123:5,10 | 73:5,6,6,12,15 |
| 130:9 132:6 133:1 | **fql** 39:4,12 | 123:11,14,19,20 | 74:4,11,13,19,22 |
| 133:14 158:14 | **frame** 32:20 82:17 | 124:3,13,15,20,23 | 77:13,21,25 82:8 |
| 167:2 168:6 | 97:23 142:4 | 131:1,8 132:2 | 83:9,12,21 84:21 |
| 178:16 181:9 | 154:12 188:12 | 137:17 138:2,11 | 86:9,22 87:25 |
| 186:14 | **framing** 34:8 | 138:14 139:7,8,10 | 88:2,17,20,22,25 |
| **fit** 111:11 | **francisco** 15:8 | 139:20 140:5,15 | 89:2,3,24 90:11,13 |
| **five** 153:3 | 67:13 | 140:18,20,24 | 90:25 91:5,24 |
| **flag** 81:5 | **frcp** 206:1 | 141:3,8,22 142:1,2 | 92:20 93:13,25 |
| **flesh** 32:4 | **free** 44:11,24 | 149:5,6,8,14 | 94:22 95:24 96:14 |
| **flexibility** 184:24 | **frequently** 12:23 | 151:11,20,21,25 | 96:18 97:8,18 |
| **flip** 128:18 | 37:17 73:24 74:2 | 152:2,3,4,12 154:1 | 98:3,12,23 101:15 |
| **fly** 10:19 | 74:4 98:8 | 154:22 158:25 | 101:23 102:8,11 |
| **focus** 97:5 180:19 | **fresh** 153:5 | 159:3,5 160:11,17 | 103:7,17,21,23 |
| **folded** 109:16 | **friend** 27:6,7,10 | 168:8,11,20 169:2 | 104:6,15 105:1,9 |
| **folder** 16:25 17:1 | 27:18 32:12 33:1 | 179:4 180:17,21 | 105:11,14,16,18 |
| 17:3 | 33:4 35:2 58:8 | 180:23 181:1,3,6 | 105:23,25 106:10 |
| **folks** 16:17 154:20 | 59:4,4 63:17,22 | 182:6,11,16 183:1 | 107:7 110:6,24,25 |
| 155:14 194:4 | 64:1,3,14 68:7,9 | 183:4 184:1 | 111:3,6,7,12,14,19 |
| **follow** 39:23 51:18 | 68:11,14,18,20 | 185:13,14,16 | 113:14,24,24 |
| 85:3,8 147:17 | 69:1,7,10,13,16,19 | 191:18,20,25 | 117:12,15,16 |
| **followed** 188:10 | 69:20 70:4,6,12,14 | 192:4,13,21 193:4 | 119:16,20 120:2,6 |
| **following** 64:8 | 70:16 71:6,10 | 193:6,11,17 | 122:9 127:12 |
| 129:18 | 72:1,8,11,15 74:6 | 194:11 195:14 | 129:19 131:4 |
| **follows** 6:8 205:8 | 74:17,24 82:25 | 196:19 197:1,11 | 132:6,8,17,20,24 |
| **fonti** 2:18 5:25 | 83:2,14 84:6 | 197:18 198:4,15 | 133:11,13,15,17 |
| **foot** 42:8,12 | 85:17,19 86:15 | 198:18,21 199:15 | 137:24 138:13 |
| **foregoing** 203:3 | 87:1,10,14,22 88:2 | 200:23 201:11,16 | 140:16 141:14,16 |
| 204:3 | 89:20 91:22 92:18 | **friend's** 86:23,25 | 141:23 148:17,20 |
| **forensic** 156:5 | 93:23 96:9,11 | 87:10 91:23 | 149:9,16 154:7 |
| **form** 38:23 39:8 | 97:11,20,25 99:8 | 179:21,24 183:11 | 166:18,21 178:22 |
| 39:17 142:23 | 99:21,25 100:1 | **friendlists** 129:20 | 179:6,8,11,18,20 |
| 147:10 148:11 | 101:13,18,19,23 | 129:21 130:5 | 180:2,9,11,14,25 |

Veritext Legal Solutions
866 299-5127

[friends - granted]

181:14,14,21,22
182:12,22,24
183:2,13 185:17
185:21,25 186:4
186:15,19 193:20
196:8,9 197:21
198:5 199:15
200:10 201:7
**front**   20:9 45:2
75:21
**full**   75:25 145:3
193:2
**fully**   35:6
**function**   38:7
195:22
**functional**   164:4
171:22
**functionality**
31:18 127:5 189:6
**functioned**   63:20
87:13 98:16
**functions**   25:4
**further**   185:5
204:17
**fusz**   178:11

**g**

**gain**   89:22 127:2
160:11
**gained**   127:3
**game**   144:7,7,10
**games**   134:11
144:6 148:7
**garble**   185:22
**garrie**   3:21 6:2,3
**gate**   170:25 171:9
175:23
**gated**   112:7
171:13 183:4
**gatekeeper**   170:23
170:24 171:10,14
171:15,17,21

172:1,12,18,20
173:12
**gatekeepers**
170:22,23 171:3
171:14
**gates**   170:10,13,16
170:20
**gather**   10:5 40:12
155:3 157:23
**gathered**   25:22
**general**   25:17
46:24 96:17 99:5
99:13,13 127:18
129:3,8,14 130:16
149:25 157:9
158:17 161:9
177:4 188:12
194:8,9 197:22
**generally**   28:1
29:10 30:12,14
31:8,10,13 37:21
38:3 50:1 109:10
157:18 159:8
162:9 167:6,19,24
195:23 200:23
**generating**   134:7
134:15 135:4
**getting**   63:13 84:3
86:25 115:11
142:1 158:1 164:6
164:7 202:2
**gibson**   3:4,7,10,14
5:21
**gibsondunn.com**
3:6,9,12,13,16
**gillian**   178:10
**give**   16:1 28:14,17
34:12 39:24 54:23
56:20 62:3 66:5
69:1 76:11 80:9
100:5,7 106:13

107:24,24 109:22
110:16 139:15
145:8,24,25 181:6
184:12 199:19
200:7
**given**   17:8 31:2
65:23 69:3 80:3
80:10 90:13 99:17
114:11 122:11
131:9,21,22 139:3
158:8,16 161:1,21
166:5 176:9 192:7
193:2,10,11,16
194:21 195:1
200:8
**gives**   103:3
**giving**   44:10,23
76:10 78:4 80:7,7
80:18,20 122:10
145:11 164:16
201:13
**glad**   23:7
**go**   8:17 12:4 13:12
14:15 29:6,13
36:1,14,22 41:23
46:22 47:19 59:11
63:9 65:9 75:16
85:10 92:1 93:5
93:10 94:25 101:5
106:6 109:24
110:9 125:4
130:18 132:3,18
133:12 144:24
145:16 149:23
154:25 156:2
176:15 178:15
182:9 185:5,11
188:19,20 198:2
**goals**   126:8
**godfather**   108:6,9
108:20,21

**goes**   178:19
**going**   8:21 10:13
12:13 13:8,11
16:3 21:12,16
47:19 60:19 61:13
63:10,13 75:3,8
92:3,24 101:24
114:22 115:10
131:19 134:23
142:20,22 151:8
151:15,16 152:20
153:11 154:25
169:15 174:1
181:24 184:24
185:22 202:1,5
**good**   5:16,24 6:12
8:4 16:7 18:2 24:2
26:13 30:3,3
56:10,12 61:8,9
120:24 152:21
153:4 185:1,8
199:24 202:4,6
**google**   17:3
**gotten**   93:17 95:17
**govern**   197:20
**governed**   33:8
38:6 49:3 165:22
167:17 195:25
**governing**   141:11
**grant**   30:22,25
35:13 83:7 87:15
118:20 168:3
189:12 198:19
**grantable**   124:16
**granted**   53:5
55:13 73:24 88:11
88:12 89:24
121:23 156:15
157:1 160:6
165:22 176:14
187:22 190:5

[granted - implemented]

192:3,9 195:9
199:11,23 200:7
200:12 201:9
**granting**  157:25
194:14,19 196:11
201:11
**grants**  185:24
**granular**  88:6,10
**graph**  22:22 23:2
24:23,24 38:13,18
39:1,10,22 40:2,3
40:4,7,10,11,14,25
41:3,4,12,13,15
43:10 45:25 46:2
46:9 47:7 50:7
51:13 53:19,23
54:22 73:10,17
77:9 118:11,13
120:25 121:9
126:9 128:10,12
131:16 146:5
176:22 186:9
**great**  18:23 44:14
60:24 96:5 98:12
99:16 185:9
**greatly**  166:25
**group**  48:18 105:6
105:12,15 115:1
116:12
**group's**  105:14
**groups**  104:21,22
104:23,25 105:3,5
113:25 193:21
**guess**  24:5 40:14
69:11

**h**

**h**  207:3
**half**  198:13
**handled**  205:8
**hannah**  3:13 5:22

**happened**  59:18
120:18 187:14
188:16
**happening**  11:8
45:21 119:12
134:10
**happens**  107:19
160:2 164:24
**happy**  22:10
184:16 202:1
**hard**  45:23 69:3
74:1 76:18,20
82:2 95:11,13
109:21 112:9
132:14 139:14,15
145:2,8,24 154:22
164:7 177:25
193:15 200:4
**harder**  43:1
**hardware**  55:20
**head**  8:4 79:8,16
109:21 200:1
**header**  130:22
**heading**  181:9
**hear**  22:15
**heard**  42:10 43:19
43:25 44:16 45:13
45:18 48:13 52:3
94:15 96:4 98:18
146:9
**hello**  76:3
**help**  11:16,17 23:5
24:13 25:15 26:6
26:22 27:9 30:10
32:4,20 37:12
42:5 47:17 52:6
68:12 72:10 73:18
99:11 101:25
110:3 121:18
143:12 144:13,15
157:4 179:5

184:17
**helped**  33:9 34:17
**helpful**  13:5 33:11
35:22 54:15 101:9
108:4,18 123:24
**helps**  93:1 162:15
**hendrix**  4:9 15:7
75:19
**hendrix's**  19:8
**hereto**  204:16
**hey**  174:15
**high**  14:10 25:11
62:14 128:25
129:1,2,6,8,10,12
129:14,18 130:11
130:14 161:17
**highly**  26:24 27:2
27:4 28:4,10,15,21
29:2,5
**himmel**  154:3,17
**holly**  1:24 2:5
204:2,25
**honestly**  9:21
**hope**  124:12
**hour**  152:20 153:1
**hours**  18:1
**house**  3:18,19
**houston**  3:15
**hregan**  3:13
**huge**  96:24 97:11

**i**

**ian**  3:18 5:22 16:3
**idea**  40:1 71:5
76:11 80:10
174:19 175:23
**identifiable**  78:13
**identification**  4:6
17:8 63:19 75:6
92:6 125:6 153:21
173:25 176:18

**identified**  122:1
123:17 129:18
134:15
**identifies**  54:8
113:8,11 130:10
**identify**  5:14 16:7
38:20 51:20 85:14
113:16 122:15
123:3,3 132:18
133:1 172:8
180:16
**identifying**  121:16
180:13
**identity**  76:8,13
76:16,25 77:11,12
77:17 78:17 79:20
**ids**  160:5 173:4
194:12 201:3
**illustrate**  106:3
**image**  116:23,25
**imagine**  71:21
106:5 171:11
**ime**  15:6 67:12
150:24 152:16
**immediate**  85:12
**impact**  9:21 64:1
66:20 67:8 81:10
91:2 99:20 121:13
145:7 146:8,23
147:1,7,21 149:3
149:20,25 150:14
151:10,19,25
152:1,11
**impacted**  98:20
135:3,13
**impacts**  188:17
**implementation**
73:16 176:22
**implemented**
46:13 100:14
166:14

**[implementing - integration]**

**implementing**
131:16
**importance**
136:23
**important**  7:21
8:3 9:14 20:24
22:5,13 40:5
55:23 69:24 73:1
119:7 186:13
190:24 192:14
193:7 202:6
**impossible**  141:8
193:10
**inappropriate**
80:3 145:11
**inception**  71:14
**include**  35:2 57:11
59:5 104:15 105:8
105:10 130:5
179:3 196:9
**included**  60:13
69:16 91:13
102:17 103:16
104:12,19 105:5
121:15 154:7,22
174:24 178:21
179:23 180:15
194:10 196:8
205:14 206:3
**includes**  11:16
129:3 193:19,21
**including**  18:8,11
63:18,23 64:11
75:19 98:2 132:2
171:1 180:1
194:12
**income**  143:4,18
143:22 144:1,3
**incorrect**  110:16
**increase**  43:21

**index**  4:2
**indicate**  72:4 80:3
154:2
**indicated**  7:20
9:11 12:17 17:15
80:6 189:16
**indicates**  80:10
102:13 178:9
179:15
**indicating**  80:12
80:16
**indication**  76:7
**indicative**  78:14
**individual**  175:15
176:10
**industries**  201:17
**industry**  31:11
161:3 167:21
189:1
**inefficiently**  81:3
81:10
**inference**  129:6
**infers**  144:12,19
**inform**  128:7
**informal**  49:2
**information**  14:22
22:21 25:8,14,19
25:21 26:2,9,12
27:14 29:7 30:17
30:20 31:1 33:11
35:1,2,11,25 36:15
36:23 37:7 38:9
38:11,14,16,19,21
38:23 39:9 43:16
43:20 44:2,6,8,21
44:24 45:15 47:3
47:22 48:5 49:5
49:16 50:9,12,18
50:22 51:8 52:10
52:13,22 53:4,4,17
53:22,24 54:17,19

54:21,23 55:1,12
56:7,21 57:3,8,10
57:11,23,24 58:3,8
58:11,19 59:4,5,5
59:25 60:4,13
61:21,22,23 62:16
63:5 68:1,22 69:1
69:10,13,15,17
70:24 71:11 72:9
72:15 74:11,19,21
77:1 79:24 80:24
82:13,15 83:6,8,8
83:13,17,22 84:5
84:17,22 85:4,18
85:23,25 86:9,14
87:1,8,11,23,24
88:10,21,22 89:4
89:10,19,22 90:14
90:19,21,25 91:4
91:11,15,19,24
92:18,19,20 93:24
94:3,7,16 96:15,18
97:8,19 98:12
99:8,9 101:9,13,19
101:22 102:3,20
102:25 103:5,15
103:21,23 104:4,6
104:9,16,19,20
105:1,20,24
106:17,20,24
107:11,14,21
108:1,8,18,23
109:7,11,13,14
110:1,7,13,17,22
111:1,2,3,6,7
113:5,6,9,13,17,20
114:10,12 117:21
117:23 119:11,17
120:1,5,20 121:17
122:24 123:5,15
124:4,5 127:14,15

128:2,7,13 137:18
137:18,20,23
138:3,12,15 139:8
139:10,20 140:5
140:10,10,15,20
140:21,24 141:5
141:21,23 142:2,9
142:12,13 145:16
145:23 155:13
157:6 172:11,23
173:1 179:10
182:7,20,23 183:1
183:5 185:18,20
186:1,19,21 194:5
**informed**  156:13
**inherent**  70:16
**initial**  40:13 70:2
**initiatives**  121:12
121:15,25 124:3
131:15
**ins**  50:4 51:7,11,12
51:16,20,24
**inside**  64:24 144:8
144:9 171:2 200:3
**install**  135:19,23
136:1
**installed**  88:17
121:20 123:17
**instruct**  95:3
**instructs**  8:15
**insurance**  189:1
**integrating**  51:8
97:14
**integration**  30:16
52:2,3,5,11,16,23
52:24 53:8,21
54:16 55:2,7,25
56:1,6 83:1
190:13,16,25
191:7,12,20
192:24 193:25

Veritext Legal Solutions
866 299-5127

**[integration - launched]**

195:19 196:1
200:1
**integrations**
126:20 167:14
190:17,17,18
192:25 197:5,7
199:1
**integrators** 30:16
**integrity** 14:5
**intend** 11:21 69:20
140:4
**intended** 118:5,17
118:19 140:16,23
**intent** 107:2
**interact** 24:10
53:11 55:25 140:2
**interacts** 56:7
**interchange** 38:23
55:1
**interchangeably**
21:13
**interested** 81:7
183:7 186:2,8
187:5 204:19
**interface** 25:7
30:18
**interfere** 9:25
**internal** 18:11
36:24 37:2,3
115:1 169:6,16
**internally** 74:23
116:13
**international**
10:16
**internet** 18:23
**interpret** 77:15,16
78:2,19
**interpretation**
77:4,10 78:5
**interrupt** 39:14
79:10

**interrupting** 59:12
**introduce** 6:13
92:3 153:18
**introduced** 85:1,9
87:18 90:2 181:24
182:2
**introduction** 43:5
120:25 121:3,9
**invisible** 113:24
**invitable** 111:14
181:14,21
**invited** 62:12
**involve** 145:22
**involved** 29:14
40:19 48:17,20
63:19 66:22 71:15
71:17,19,23
150:25 154:5,12
154:14,18,21
157:11 173:18
192:2 194:17,18
195:3 196:11,15
**involvement** 65:23
156:5
**involving** 69:7
**ios** 24:17,20
**issue** 21:21 67:2
82:3
**issues** 42:12 93:16
94:11,19,21 95:8
95:12

**j**

**jackie** 174:5
**january** 13:22,23
48:22
**jclarke** 3:16
**job** 1:25 170:4
171:25 205:5
207:2
**john** 3:20 5:11

**joined** 13:10 40:21
61:4 154:15 168:9
**josiah** 3:16 5:22
**jsc** 1:8
**june** 115:3 116:4
117:19 177:20
178:9
**jury** 22:14,15

**k**

**keen** 126:20
127:22
**keep** 60:23 169:15
184:24 202:1
**keller** 2:11 5:17,19
6:15
**kellerrohrback.c...**
2:13,14,15,16,17
205:2
**key** 132:4,5,19
133:12 134:15
135:11 136:7
**kind** 14:22 41:5
55:3 136:12
140:17 161:12,13
186:14 200:2
**kinds** 145:23
172:2
**kingdom** 2:4
**knew** 123:13
**know** 10:25 15:24
17:6 19:2 24:16
29:15 32:25 38:22
45:12,17,22 46:15
59:14,15,17 66:17
70:21 71:8,8,22,24
76:18,20 80:24
82:2 84:8,24 90:7
92:13 94:12 95:7
95:11,17 97:2,22
109:4,12 110:5,20
112:1 113:15,22

120:17 129:2
132:10,13,21
133:7,19 136:6,8
136:11,17,20
137:11 147:13,14
150:13,19,20
154:18,23 157:8
158:18 159:25
164:24 170:7,19
185:22 191:8
192:10 201:10
**knowledge** 64:19
64:20 65:18,21,24
66:3 111:24,25
138:23 155:20
156:25
**knowledgeable**
128:1
**known** 29:19
40:18 41:6 65:12
68:1,3 135:18
**knows** 94:20 95:8
**ko** 2:16
**konstantine** 29:17
**konstantinos** 4:8
29:17,20
**kp** 29:19,25 75:18
76:2 77:11 80:5
81:14,18,20,25
82:5

**l**

**large** 41:20
**late** 14:1,4 61:9
202:2
**laufenberg** 2:12
5:18 6:16
**launch** 41:5,15
43:4 167:8,13,15
167:18,24 177:2
**launched** 39:18
40:3,10,17,20 41:8

**[launched - major]**

41:20 46:16 51:13
71:21 87:20 88:7
119:14 121:11
125:20 147:6
167:8,8,12
**launching**  71:22
167:23
**law**  2:12,13,14,16
2:20,21 3:6,9,12
3:13,16
**leading**  29:21 91:6
**learn**  109:25
**led**  126:1 150:25
192:16
**legal**  65:2 93:16
94:11,19,21 95:8
95:12 192:8 195:6
205:7
**lesley**  2:20 5:25
**level**  42:9,12 54:20
54:25 59:15,16
62:14 145:3,5
161:18
**lifespan**  161:8
**light**  185:7
**lights**  115:11
**liked**  102:22
117:24 120:6
**likes**  72:17 102:17
102:19 111:19
119:19
**limit**  44:7,20 89:8
165:4,5 166:1,2
**limited**  63:18 69:6
105:24 106:19
107:25 126:11
138:2 140:25,25
148:20,23 182:15
182:23 186:18,21
192:5 198:22

**limiting**  43:12
119:15 128:13
165:24
**limits**  166:3,8,11
**line**  96:22 205:15
206:4 207:4,7,10
207:13,16,19
**lines**  70:9
**link**  17:3 116:20
116:21
**linkedin**  13:12
40:12
**list**  18:6 29:3
62:25 77:22 105:4
105:5,8 113:7
116:8 132:21
136:5 158:9
164:25 176:24
178:18,24 179:2
179:14 180:7,15
181:13 182:11,12
183:2 193:2 198:6
199:23
**listed**  129:25
179:22 181:5
**listening**  16:5
**lists**  73:4 178:23
181:6
**litigation**  1:6 5:10
6:16 21:21 147:16
168:2 205:4 207:1
**little**  12:14 15:13
142:14 155:2
177:19
**live**  10:8
**llp**  2:11 3:10,14
**loaded**  114:25
**located**  2:3 10:3
**locked**  205:12
206:1

**loeser**  2:14 4:4
5:16,17 6:10,11,14
7:12 12:2,11 17:6
17:14 18:15,21
19:5,12,18 37:6,10
60:18 61:7 66:14
75:1,7 92:1,7
94:25 95:5 101:3
112:15,23 113:2
114:14,22 115:9
115:15 125:4,7
138:22 143:2
145:12 146:2,15
146:20 148:22
153:11,22 168:23
169:13 173:22
174:1 175:7
176:15,19 178:7
184:13,23 185:4
196:21 198:1
201:23 202:9
205:1
**log**  26:16 56:18
**logged**  58:21
104:18
**logging**  57:6 90:5
**login**  4:12 125:15
125:19,20,22
**logs**  156:15,25
157:4
**london**  2:3,4 5:7
10:3,8 14:3
202:14
**long**  13:7 17:23
92:23 157:7
**longer**  27:25 82:6
155:2 178:17
185:6 187:3,7
190:1
**look**  44:18 63:12
68:5 75:24 78:16

96:22 100:3 110:9
115:18 116:16
117:2 142:25
143:8 152:22
172:12 177:6
178:15
**looked**  113:22
114:3 121:22
143:24 175:8
**looking**  14:23
19:10,19 42:6
65:4 77:5 116:15
117:11 125:18
174:4,15 179:14
183:14 190:15
192:20
**looks**  116:22,23
120:13 131:3
142:20 179:19
181:18
**loss**  150:3,12
**lost**  168:19
**lot**  46:20 76:10
78:4 80:7,7,18,20
81:12 100:18
157:21 185:6
**love**  108:20
**luke**  154:2,14
**lulu**  93:18 95:17
95:19 96:5,5,10,20
**lweaver**  2:20

**m**

**macdonell**  3:20
5:11
**machine**  65:11
**magically**  75:10
**mailbox**  129:20
**main**  3:15 127:6
**maintained**  160:5
**major**  13:14 41:18
42:12 43:9

**[majority - modifying]**

| | | | |
|---|---|---|---|
| **majority** 74:8 160:17 | **materials** 11:13 17:8,16 18:12 37:15 | 157:13 | **mid** 14:4,6 |
| **making** 45:3 57:18 80:1,13 89:11 97:8 139:12 141:7 157:18 158:17 | **math** 79:8,11,14 79:16 | **meant** 37:19 42:25 43:1 82:5 | **migrate** 172:19 187:18,22 188:14 189:17 194:21 195:10 198:23 199:20 |
| **manage** 129:21,21 129:24,25 130:5 169:7,8,17 172:2,6 181:6 | **matt** 3:12 5:23 16:3,5 | **mechanism** 39:7 42:20 50:21 53:20 54:25 164:21 169:19 171:17 173:9 | **mill** 3:8 |
| **managed** 172:18 | **matter** 5:9 7:3,11 7:13 15:4 62:1 78:11 98:24 103:8 166:25 | **media** 190:17 | **million** 79:3 117:6 |
| **management** 172:19 | **matters** 7:1,8 9:13 20:21 21:7 67:17 67:20,22,24 155:17 156:10 | **medication** 10:2 | **millions** 123:18,18 |
| **manager** 13:20,24 116:6 | **matthew** 2:21 | **medications** 9:24 | **mind** 42:14 43:18 47:18 109:5 |
| **managing** 170:16 | **mau** 117:6 | **melamed** 2:21 61:4 | **mine** 130:1 |
| **manifest** 98:6 | **maus** 78:18,21 | **member** 104:24 105:4,5,6,7,8 | **minute** 125:13 162:1 189:19 |
| **manifested** 159:6 | **mbuongiorno** 3:12 | **members** 105:15 | **minutes** 15:16 86:12 153:3 184:17,21,25 185:6 |
| **manner** 16:22 | **md** 1:8 | **memory** 65:7 | **missed** 76:12 |
| **manufacturers** 200:1 | **mdl** 1:7 4:9,11,13 4:16,18 174:3 | **mental** 44:14 | **mix** 122:19 |
| **map** 123:10,21 | **mean** 13:8 21:13 22:16 23:5 26:6,8 27:10 31:7 48:24 68:13,18 69:11,20 72:10 73:18,21,22 73:23 74:15 76:23 78:19 80:1,23 87:6 90:4 91:18 118:15 121:18 135:25 143:12 158:24 159:2,4 161:6 179:6 180:24 185:15,17 185:18 190:9,12 | **mentioned** 30:5 56:5 78:15 96:20 109:23 111:13 146:17 148:2 188:21 | **mixed** 164:7 |
| **mapping** 181:16 | | **mentioning** 148:5 | **mixing** 164:11 197:18 |
| **mark** 18:15,16 71:17,21,24 75:3 133:5,7,11,15 153:12,17 174:1 | | **mercy** 18:23 | **mmelamed** 2:21 |
| **mark's** 132:6,8,16 132:19,24 | | **message** 4:10 | **mobile** 22:24 24:19 42:24 56:9 56:13 135:18,23 136:1 194:2 |
| **marked** 4:6,20,22 4:22 18:17,19 19:7 75:5 92:3,5 103:12 114:24 115:6 125:5 153:20 173:24 176:17 | | **messaging** 11:7 | **model** 91:3 94:7 154:8 |
| | | **met** 6:12 | **models** 94:7 |
| | | **meta** 3:18,19 7:7 10:6,8 12:18,19,20 12:20 13:1,9,15 15:3,21 21:6,10,12 24:1 45:10 92:15 169:11,17 170:24 171:18 172:1 173:10 | **modification** 33:6 160:6 |
| **master** 3:21 6:2,3 7:20 9:10 | **meaning** 31:12 80:18 158:3 | **metadata** 75:14 133:23 178:8 | **modifications** 160:8 |
| **master's** 14:11,16 | **means** 25:8 32:5 38:5,10 78:1,21 128:11 129:8 | **method** 38:3 77:8 77:21 114:12 | **modified** 32:9 158:12 166:15 |
| **matches** 68:3 | | | **modify** 31:22 173:10 |
| | | | **modifying** 158:18 158:18 167:22 |

Veritext Legal Solutions
866 299-5127

**[modifying - observing]**

169:20
**moment** 92:8
198:3 202:7
**monday** 1:20 2:5
5:1
**monetization**
99:10
**money** 135:23,24
**monthly** 78:19,21
78:22 79:1,20
81:21
**morning** 5:16,24
6:12 61:8,9
**move** 28:13 33:12
152:19 153:18
155:1 181:8
**moved** 42:24
**movie** 108:5,19,21
183:14,15,24
184:2
**moving** 101:7
**multiple** 171:14

**n**

**n** 4:1
**name** 6:14 26:17
26:20 29:18,24
37:3,5 71:9 75:17
182:17
**names** 15:24 154:4
**narrower** 22:1
**naturally** 73:20
**nature** 46:24
**nearly** 119:25
**necessarily** 36:12
36:17 60:14 68:23
80:2,22,23 83:10
90:7 165:25
**necessary** 53:18
205:14 206:3
**need** 8:22 11:2
12:4 13:2 18:16

19:13 20:7 21:18
54:3 84:24 107:23
108:13 109:1
110:9 122:3 149:7
152:22 153:23
164:10 167:20
172:12 183:6
**needed** 13:4 21:18
88:10 166:10
189:3 198:23
200:5
**needing** 188:14
**needs** 21:15
**negative** 188:17
**neko** 135:15,15,17
135:17,20
**net** 64:2 66:21
67:8 109:17
151:10,19,25
152:1,11
**never** 60:6
**new** 10:25 18:4
19:6 41:7 131:16
167:23 171:8
181:9 183:9
189:18
**newsfeed** 34:11
35:14,14 127:12
127:24
**night** 156:13
**noise** 168:10
**noisy** 136:5,6,8
**non** 117:12,15
**nonapp** 61:15,17
63:4 88:24 89:22
96:13
**nonpublic** 165:11
**nonstandard**
165:10
**nonwhitelisted**
70:7 187:7

**normal** 54:19
**northern** 1:2
**notating** 205:15
206:4
**note** 178:8
**noted** 11:24 12:10
12:12 37:9 202:14
**notes** 4:15 11:12
12:4,15 152:22,24
153:12,25 154:2
190:16
**notice** 18:24 19:20
19:23 20:2,5 47:1
61:13 66:1 67:25
87:9 88:21 89:21
151:8,9,17 154:25
**noticed** 153:24
**noticing** 5:15
**notification** 89:2
89:25 90:10
**notifications** 88:4
129:21,24
**notified** 88:2,18,24
**noting** 178:12
184:13
**nottingham** 14:12
14:17
**number** 1:25
15:25 17:4 31:23
33:10 34:20 41:20
45:7 46:10 64:24
69:25 71:19 72:18
72:20,22 73:22
75:19 76:5 77:7
78:5,7,10,12,13
80:21 81:6,21
82:11,21 90:2
97:12 98:9 101:14
101:17 113:3
115:8,9 121:7,12
121:16,22 122:1

122:15 123:4
124:7,24 125:8
126:8,10,11 127:3
128:9 129:4
130:12,19 132:5
132:12,13 133:9
135:12 136:14
140:8 165:20,20
166:3,5 167:10,13
171:2 174:2,17,19
176:23 177:3
178:25 182:5
187:15 194:11
201:5,18 205:15
206:4
**numbers** 75:12,12
79:16 117:5
128:17 133:16
134:2,5

**o**

**o'neil** 4:11 15:6
67:11 92:9,25
93:6,12 94:9
134:15
**o'neil's** 96:23
133:24
**o0o** 2:1,7 4:5,24
5:3,5 6:4 202:17
203:1
**oakland** 2:19
**oath** 21:10
**object** 8:14 94:23
142:22 183:11
**objecting** 8:17
**objection** 138:17
145:1,19 146:6,18
148:18 175:2
195:16 197:16
**objects** 183:9
**observing** 9:11

Page 23

**[obtain - part]**

**obtain**  50:17 56:6
  58:10 59:25 60:3
  103:21 119:10
  137:20
**obtained**  50:22
  59:4 97:18 140:6
  140:15 148:16
  168:7
**obtaining**  25:18
  79:24 117:20
**obtains**  140:20
**obvious**  76:11
  78:4 80:8
**obviously**  68:6
  94:20 157:21
**occur**  150:4
**ocean**  10:19
**october**  4:16 174:6
**offered**  53:1
  165:10 190:3
  191:10 204:13
**offering**  167:23
**offers**  142:18
**office**  205:11
**official**  28:11,24
  29:1,2
**oh**  120:24
**okay**  6:23 7:16 9:6
  9:10,20,24 10:9,13
  10:24 11:7 12:16
  12:22 13:5 14:8
  15:23 16:25 20:4
  20:10,19 21:12,24
  22:12 23:19 25:3
  26:22 27:5 29:23
  32:13 34:1 35:17
  36:14 37:24 40:12
  40:23 41:16 42:11
  43:8 46:5 48:9,17
  48:23 49:12 50:21
  51:5 53:14 54:1

54:14 57:1 60:18
  61:1,19 65:13
  67:21 69:18 73:2
  77:10 79:2 80:5
  83:11,19 85:3
  86:18 88:19 89:1
  92:1 93:3,10
  100:3 101:7,24
  102:19 103:2,20
  106:16 108:3
  109:9,23 111:9
  112:25 113:1
  114:14,17 115:13
  115:18 116:4,8,16
  117:2,19 118:2,25
  119:8,21 124:5
  126:4 127:6
  128:16 129:17
  134:7,13 135:20
  139:4,17,19
  141:21 142:7
  143:3 146:3,16
  147:17 148:1
  154:24 156:23
  157:12 159:10
  160:19 161:23
  163:2 165:16
  168:6 170:11
  172:8 173:22
  174:14 176:15
  177:18 178:2,7
  180:23 184:23
  185:9,10 186:6,11
  187:11 191:16
  198:14,25 201:23
  202:9
**once**  15:15 142:7,7
  142:13
**ones**  58:10 180:24
  181:5

**ooo**  1:3 6:9
**open**  105:12
**operate**  166:10
**operated**  71:16
  201:5
**operating**  195:21
  196:2
**operative**  46:1
**operator**  5:6 61:1
  61:5 114:17,20
  153:6,9 202:12
**opt**  83:16 86:14
**option**  86:25
**order**  18:1 34:11
  51:2 53:6,16
  57:18 58:15 70:22
  164:4 185:5
  186:21 191:9
  195:22
**organization**
  48:21
**organize**  175:20
**original**  39:17
  41:12 42:16 71:1
  85:21 87:21 89:5
  120:6 154:21
  159:17 169:3
  205:10,21
**originally**  40:17
  65:6 90:16 98:16
  163:14
**output**  131:24
**outset**  72:2
**outside**  140:6
  142:15
**overlapping**  39:15
  162:18
**overview**  126:5
**owned**  23:14
  92:18 93:22,23
  160:4,5

**owner**  54:9
**owns**  94:6

**p**

**p.m.**  2:4 5:2,7 61:2
  61:3,3,6 114:18,19
  114:19,21 153:7,8
  153:8,10 184:14
  202:13,14
**package**  194:9
**page**  3:8 4:3,7,21
  20:6,7,8,9,10
  50:13,14 63:10
  75:16 79:12,17
  93:1,6,11 100:4
  104:4,9 108:20
  115:19 125:15
  126:5 128:16,17
  128:18,19 178:16
  178:19 181:9
  205:15 206:4
  207:4,7,10,13,16
  207:19
**page's**  104:11
**pages**  104:1,2,8,17
  205:14,17,17
  206:3,6,6
**palo**  3:8
**papamiltiadis**  4:8
  29:20
**paragraph**  75:24
  75:25
**paragraphs**  20:22
**parallel**  155:11
**parse**  92:16
**part**  10:10 13:16
  32:25 41:21 70:16
  71:13 72:1 100:1
  119:6 121:8,25
  123:20 125:21
  126:1 144:22
  151:9 154:7

[part - permissions]

174:12 175:6
177:2 195:19
196:5
**particular**  6:21
20:21 44:2 67:2
71:7 82:24 86:21
89:16 94:19 95:23
131:1,12 148:17
149:21 156:16
157:1,6 158:1,3
176:14 189:22
**parties**  23:14,17
38:15,17 39:9
44:3 45:16 47:4,6
47:10 48:16 49:2
49:10 52:10,17
54:24 61:23 76:8
77:12 83:18 94:4
94:8,17 128:14
146:5 198:7
204:18,21
**partly**  100:22
**partner**  13:18
48:13 52:5,25
53:21 55:2 56:6
83:2 136:12,17,23
137:10 150:4,7,10
150:12 157:14
158:15 159:19
160:1,1,5,12
162:21 163:6
165:18 190:15
192:8,24 196:1,25
198:9 199:4
**partner's**  55:7
**partners**  48:10,12
49:15 52:2,4,11,16
52:23 53:8 54:16
55:25 69:12,14
98:24 136:10
137:3,8 149:4

150:5 152:5
159:13,16 160:9
160:23 164:3
166:21 167:8,13
167:24 168:4,7
189:13,22 190:8
190:10,10,13,16
190:25 191:7,12
191:20,24 192:25
193:25 195:14,19
200:16
**partnership**  13:20
136:15 143:10,11
143:13,14,16,19
**partnerships**
13:17 48:18,21,24
48:25 49:4,8,9,20
136:19 143:20
150:25
**parts**  175:4 195:18
**party**  5:15 23:3,6
23:20,24 26:16,20
32:2 50:11 51:8
53:6 55:18 84:16
91:12 139:9
148:16 164:16
197:10 198:9
**party's**  52:21
**passed**  182:18
**password**  26:17
26:20
**patience**  46:22
**pause**  39:13 202:7
**payment**  134:10
144:9
**payments**  134:10
**pdf**  205:12 206:1
**pearly**  170:10,13
170:16,20
**penalty**  203:2
205:16 206:5

**pending**  8:25
**people**  15:2,11,15
15:25 28:23 29:13
29:16 38:16 44:25
49:8 59:5 60:3,14
61:23 62:19,21,22
62:25 64:24 67:6
67:9 71:14,16,19
75:19 91:18,22
95:25 105:8,10,13
107:10,12 108:1,8
116:9 117:11,16
117:24,25 118:7
127:20,24 146:11
150:11 154:4
155:16 161:13
166:16 187:12
188:18,25 192:2
194:16,17 195:3
196:11,17
**people's**  62:17
117:10
**perceive**  97:13
**percent**  116:2,14
**perform**  142:17
**performance**
143:7,25 145:21
**performing**  143:1
143:9
**period**  21:21,25
32:25 39:11,14
40:25 45:13,21
51:10,21,25 64:3
80:13 84:1,7,20
88:5 112:2 120:22
131:12 135:22
151:3,12 152:13
154:10 160:25
166:5,23 169:25
186:8 192:9
204:15 205:18

206:7
**periods**  88:16
166:25
**perjury**  203:2
205:17 206:6
**permission**  28:15
28:18 30:7,9,14,21
31:2 33:13 34:13
35:8 95:2 97:18
102:10,15 103:10
108:8 163:8 167:5
180:9 181:1
185:21 191:3
**permissions**  27:5
27:16,17,18,21,24
28:3,6,11,20 30:23
30:24 32:13,19
33:1,4,17 55:13
63:21 72:22,25
73:2,9,11,12,15,16
74:4,6,14,17,22,24
77:13 81:25 82:8
82:24 84:6 87:16
87:18 88:6,7,10,13
89:25 94:22 96:9
96:11 97:8,11,20
98:1,23 99:22
100:1 101:8,10,12
101:15,18,21
111:16 112:2,4,5,8
112:10,11,16,16
112:20 113:25
119:5 121:2,6,8,23
122:6,13,16,21,24
124:10,14,15,23
124:25 129:4,11
129:12,18,19
130:11,13,20
131:4,8,19 132:2,2
134:14 135:8,9
141:3 148:24

**[permissions - possible]**

149:1,6,8,14,17,18
149:21 150:2,6
156:15 157:1
158:2 159:7
160:21 162:9,14
163:7,11,17
164:17 168:4,8,12
168:15,20 169:2
172:10,15 173:15
173:21 176:23,25
177:3 178:16,22
178:24 179:1,3,3,9
179:16,17,20
180:1,8,13,16,21
180:21,24 181:2,4
181:22 182:4
183:4 185:17
187:3 188:5
189:14,24 190:8
190:23 192:5,14
193:21 194:11
195:22,24 196:3,8
196:9,20 197:19
197:19,21 198:5
198:10,16,18,22
199:6,10,16
200:10,24 201:1,8
201:11,16
**perms** 128:25
129:1,2,6,8,10,14
130:14
**person** 50:12
70:21 71:7,9,12
89:19 106:17,20
106:25 107:20,21
111:7 137:19
142:3 154:17
176:10 204:7
**person's** 35:14
89:19 182:17
183:10

**personal** 64:18,20
65:18,21,24 66:11
66:12,15 76:22
82:4 145:5 146:19
148:6 155:23,24
156:3,25
**perspective** 28:2
99:16 200:19
**pertains** 109:15
178:6
**phone** 11:9 53:17
53:19 56:8,9 59:1
**photos** 111:16,18
111:19,21,23
117:11,25 118:6
118:18,20,23
119:1 120:11
179:24 180:1,4,9
180:10 186:20
**phrase** 52:3 68:13
68:20 69:18 77:4
77:17 78:3 89:15
160:1
**phuntso** 3:9 5:23
**physical** 55:21
**picking** 33:16
**picture** 182:18
**piece** 67:18 141:10
141:18
**pin** 147:18 197:9
**place** 35:23 44:15
82:22 109:24
204:8
**placebo** 88:4
**places** 181:18
**plaintiff's** 19:20
**plaintiffs** 2:3,10
5:17 6:1,15 17:17
17:25 18:25
**planning** 11:25

**platform** 13:17,24
23:9,12,16,18 24:7
24:8 27:25 30:21
30:23 31:15,17,21
31:23 32:8 33:3,5
34:2 37:23 39:8
39:17 42:18,21
43:23 45:11 47:5
47:11 48:5 49:7,9
49:11,16,19,21,24
50:23 53:1,9 54:2
54:6 55:4,6,6,10
56:14 62:10 65:6
65:9 69:21 70:17
71:2,14,15,18,20
71:22,23 72:1,5
74:9,18 82:23
83:4,17,23 84:23
85:22 86:4 87:20
89:6,18 90:16
91:12 97:15 98:19
99:5 100:2 112:3
112:18 113:12,19
114:5 116:7 121:5
122:16 123:22
124:8,9,22 125:3
125:20,25 126:18
126:21,24 127:1,4
127:15 129:5
136:19 138:5,7,9
138:24 139:18,25
140:9 143:19,21
143:22,23,25
144:2,4,5 146:8,11
146:23 147:1
154:6,14,19,22
156:6 157:4 158:5
158:11,19,22
159:16,19 161:6
161:11,12 163:24
164:22 165:10

167:7 168:2
169:21 172:5
173:4 174:7
177:13 189:18
194:3 195:6 201:4
201:15,15
**platforms** 3:18,19
12:20 24:1 52:21
**play** 186:12,24
**pleadings** 16:9
**please** 5:14,15
7:25 8:16,22 12:9
47:25 156:2
157:13
**plenty** 160:19
**plow** 153:1
**plug** 50:4,16,19
51:7,11,12,16,20
51:24
**plus** 192:2
**point** 8:22 9:12
88:19 95:6 112:14
113:15 135:9
142:6
**policies** 63:25
64:13 138:5,7,16
138:19 139:3,18
**policy** 115:2,19
116:10 120:15
**poll** 4:11,11 92:9
92:13,14,25 93:7
100:20
**poll's** 100:3
**position** 116:5
**possible** 28:22
38:15 60:5 81:1
86:6 89:23 90:1
100:25 116:25
118:3 141:13
150:11 156:20
168:2 190:4

Veritext Legal Solutions
866 299-5127

**[possible - provide]**

196:16
**post** 63:10 102:13
  102:13,18 115:1
  116:16 117:3
  119:25 120:7
  141:14,15 182:19
**posted** 35:15
  115:24,25 116:3
  141:14 142:3
  178:1
**posts** 73:6 102:2,4
  102:5,8,9,11,14,16
  102:21 103:5
  104:10,11,12
  105:6 108:20
  111:16 113:25
  117:11,25 118:5
  118:17,20,22
  119:1,20 120:7,10
**potential** 94:24
  121:13 150:12
**potentially** 26:18
  78:13 89:8 135:7
**pre** 39:10
**precise** 109:18
  162:24 184:6
**precisely** 111:2
  138:20
**premise** 32:14,16
  71:1 85:22 86:4
  89:5 90:18
**preparation** 66:3
  66:25 67:3,6,15
  96:6 121:9,11
  147:4 148:4,11
  150:21 152:6
  156:8,20 174:12
**preparations**
  66:18 155:21
**prepare** 11:12
  16:10,24 17:9

29:3 37:15 64:22
  155:7 156:12
**prepared** 11:15,18
  20:22 64:7,8
  67:19 127:16,19
  133:8 138:18
  145:4 155:4,8
  156:14
**preparing** 66:9
  155:9,10,17
**present** 3:17 15:19
  15:22,24 20:24
  21:22 32:23 163:3
**presentation** 4:12
  126:7
**presented** 16:22
  18:20 115:7
**pretty** 184:24
**prevent** 83:17
  142:1,15 199:20
**prevented** 141:24
**previous** 32:6
  46:16 51:23 65:15
  111:17 135:8
  170:3,7,9 182:10
  182:10
**previously** 4:20,22
  4:22 6:20,24
  18:17,19 98:17
  111:13 114:23
  115:6 147:15
  149:22,24 164:20
  182:3
**primarily** 42:21
  66:24 139:25
  156:4 188:13,17
  193:24
**primary** 38:13
  139:24 173:6
  193:25

**prior** 19:6 73:16
  88:8 120:25 121:3
  181:23
**priorities** 127:7
**privacy** 1:5 5:9
  63:25 64:13 91:9
  91:13,15 103:18
  141:11,16,22
  205:4 207:1
**private** 37:11,16
  37:20,25 38:2
  68:25 69:4,6,9,11
  69:21 70:7 161:25
  162:2,5,8,12,13
  164:5,15,19 165:1
  165:16,20,21
  166:19 167:2,4,16
  168:8,24 174:7
  191:13
**privilege** 94:24,24
**proactive** 81:24
**probably** 16:1
  20:20 150:24
  152:21 162:15
  185:1
**problem** 176:3,6
**problems** 41:25
  42:3 43:3,9
**procedure** 19:22
  205:19,20
**proceed** 164:9
**proceedings** 5:4
**produced** 18:9
  65:1 67:5 147:15
**product** 13:24
  24:11,11,14,15
  25:1 51:6 57:15
  65:23 98:20 116:6
  135:17 136:2
  143:5,15,22
  167:11

**products** 50:10
  142:18,25 143:3,6
  143:7,10,11,13,17
  143:25 144:6
  145:6,21,22
  167:23 173:11
**profile** 1:6 5:10
  182:18 205:4
  207:1
**profit** 44:9,22
**profits** 64:2 66:21
  67:8 151:10,20,25
  152:2,11
**programmatically**
  38:19,21
**programming**
  25:7
**prohibited** 138:20
**project** 29:14,16
  29:21
**pronounce** 16:4
  29:18,24
**proper** 73:13
**proposed** 135:10
  146:9,24 147:2,6
  147:21
**proposing** 175:18
**pros** 90:24
**protect** 100:6
  126:9 128:9,12
**protection** 126:10
**provide** 17:7
  25:14 27:13 35:11
  38:8 50:8 53:7
  69:12 80:18 85:3
  85:5,6 86:7 89:4
  102:7 104:25
  105:20 107:11
  108:3,10,18
  110:20 113:5
  132:23 182:6

Veritext Legal Solutions
866 299-5127

**[provide - reason]**

190:21 191:9
192:21 193:3
194:25
**provided**  4:14
32:18 47:2 52:23
60:13 61:22 62:15
69:9 72:8,14
80:17 101:9,18
106:24 107:3,3,22
110:21 116:9
123:4,14 124:5
127:5 140:23
148:8 152:17
153:13,13 179:3
180:14 189:17,23
193:6,20 197:6
204:15 205:19
206:8
**provides**  78:17
106:16,19 110:1,6
113:9 178:13
185:25
**providing**  49:5
63:4 87:11 98:11
98:23 99:4,20
118:24 185:13
188:25 190:7
195:13 197:14
**proxy**  89:14
**ps12n**  4:12 125:16
125:24
**public**  112:21
125:1 140:16
163:16 168:17
187:16 196:3
**publicly**  36:9
104:13 135:10,10
140:10 149:5,15
151:21 152:3
162:22 163:6,8,12
163:13,17 167:12

168:7 172:14
173:15,20 180:18
180:18 186:17
188:16 189:13,23
190:8,22
**published**  36:5
106:14
**pulled**  78:25,25
**purpose**  63:18
68:10 70:11,14
137:17 138:3
161:20
**purposes**  20:24
69:19 140:21
**pursuant**  19:21
22:24
**put**  75:1 93:23
114:22 153:18,24
159:1 186:3 193:1
198:3
**pwangdra**  3:9

**q**

**qualification**
35:22
**quantify**  135:12
**queried**  81:2
**question**  7:24,25
8:10,16,18,24 9:1
11:23 12:24 13:3
31:3 32:15 33:20
35:5 37:13 44:12
44:18 47:15 48:10
52:7 56:11 58:17
59:3 66:8,10
68:15 69:3 84:24
85:11 92:22 95:6
95:7 99:12,14
109:3 110:8 111:3
112:15 114:6
120:24 132:15,25
134:5 139:5

140:19 145:3,10
145:14,25 146:1
149:16 150:23
151:16,16 152:15
163:10 169:3
175:4 183:12
184:1,4 185:10
187:1 193:9,15
196:5 198:13
201:7
**questions**  8:2,9,14
9:5 11:5,18 12:1
14:24 21:24 25:4
46:19,23 52:8
61:12 66:23 70:9
82:15 101:8
112:24 115:3,20
116:10,19 125:14
130:24 152:23
153:16 156:7,19
164:8,12
**quick**  76:3
**quickly**  115:10
152:22 184:25
**quite**  70:10 179:7
**quotes**  93:23

**r**

**r**  207:3,3
**r&s**  206:1,9
**raised**  94:21
**ran**  50:14 59:19
113:23
**range**  31:18 41:15
42:3 43:15 44:4
48:14 49:1 69:5
88:9 91:10,14
135:7 137:13
138:5 160:14
**ranging**  49:2
**rate**  81:20 82:1
95:23,24 165:4,5

165:24 166:1,2,3,7
166:11
**rationale**  188:7
194:18
**rblume**  3:6
**reach**  151:6
**reached**  120:14
**reactive**  81:24
**read**  17:20 33:13
33:22,25 34:5,10
34:25 35:7,13
44:16,19,25 63:14
64:4,5,19 66:5
67:1 79:5 92:21
96:3,5,6 100:15
118:9,10 123:6
126:13,14 129:20
129:20,20 130:8
135:5 155:2,4
174:17 177:25
181:25 183:8,16
183:18
**readily**  124:16
**reading**  79:16
81:19 96:19 97:10
117:22 120:12
174:18 205:23
206:9
**realize**  91:19
**realized**  61:12
**really**  7:18 29:18
54:15 75:9 95:6
103:8 111:5
145:24 192:14,18
**reason**  43:18 44:7
44:20 76:11 78:4
80:8 81:17 127:21
139:24 196:11
199:2,18 200:7
207:6,9,12,15,18
207:21

**[reasonable - render]**

**reasonable** 63:7
77:3 131:24
**reasonably** 67:17
67:22,23 68:1,4
156:9,11
**reasons** 41:10,15
41:18 43:15 81:6
82:14 103:21
192:11,20 193:2
195:9,12 196:17
197:13 198:20,24
200:15,21 201:8
201:10
**rebuilding** 191:5
**recall** 7:1,5,11
9:25 16:12 28:19
29:15 63:6 89:15
92:15 95:20 96:19
107:1 108:11
119:24 120:9,17
122:5 133:4 134:5
146:13 147:9
148:5,6,9,19 150:1
150:8,13,16 154:1
174:10,11,22
179:12,13 188:24
**recalled** 45:6
**receive** 51:3 89:2
144:2,4
**received** 16:16
17:3 89:21 172:10
**receives** 137:10
**receiving** 58:25
**recess** 61:3 114:19
153:8
**reclarify** 164:10
**recognized** 98:22
**recollection** 67:7
182:22
**record** 5:6 6:13
7:19 8:5 9:16 12:5

22:7,14 61:2,6
114:18,21 153:6
153:10 155:3
169:9 178:8,12
184:14 196:23,23
202:13
**red** 81:5
**reduced** 204:9
**refer** 11:21,25
12:24 23:20 28:15
29:25 30:15,21
38:2 70:3 73:14
77:24 78:7 80:22
94:5 97:12 107:23
108:13 109:1
126:16 133:16
135:21 157:22
158:8 159:4,20
162:8
**reference** 33:21
81:16 96:4 97:7
118:11,13 122:22
148:11 159:11,12
**referenced** 4:20
205:6
**references** 96:5
**referred** 27:15,18
28:21,22 34:22
41:7 48:2 73:12
89:14 122:20
132:11 134:12
135:6 158:4
175:13
**referring** 12:23
23:21,23 24:16
25:16 27:1 32:21
35:21 47:16 49:20
53:12 54:12 73:5
75:9 76:19,21,24
77:6 80:21 82:17
82:19 86:11 88:8

93:5 94:9,13,14,18
95:10,12,15,18
97:2 100:23 110:4
110:14,25 117:15
117:16 120:22
122:23 136:12
139:23 142:5
154:10 157:17
160:25 163:24
167:5 169:1
175:17,22 181:4
187:2 196:19
**refers** 30:24 31:15
34:17 48:11,14,25
62:8 86:12 95:16
95:16 104:2,22
116:17 125:17,19
125:22,24 126:17
134:9 135:9,17
136:6,8,11 166:3
171:3 181:2
**refresh** 19:12,13
65:7
**regan** 3:13 5:22
**regard** 20:17 49:4
65:19 67:16 94:22
112:1 136:7 156:8
190:19 193:20
**regarding** 64:23
103:6 152:24
**regular** 24:12 55:4
70:6 187:19 190:3
191:4,15 194:23
**regularly** 73:24
**regulated** 201:17
**regulatory** 93:16
94:11,19,21 95:8
95:11 192:8 195:6
**relate** 31:20
112:24

**related** 27:6,7,10
32:13 79:24 96:8
98:22 139:4 144:5
148:25 150:2
151:20,25 152:2
160:17 166:17
192:13 201:16
204:20
**relates** 1:8
**relating** 7:3,7,10
15:3 63:25 64:2
64:13 149:11
151:11 152:12
**relationship** 52:18
126:18
**relationships**
24:25 34:18 48:14
49:1,3 128:15
**relative** 81:21
**relatively** 179:19
**released** 205:21
**relevant** 97:10
**relied** 187:25
**relying** 66:24
156:4 189:6
**remainder** 65:19
**remember** 11:24
67:12 95:22 96:2
119:24 157:8
192:10
**remind** 7:17
**remote** 1:16 2:2,9
3:2 11:1 204:10
**removal** 81:24
124:25 180:20
**removed** 84:9,15
168:5 178:23
180:6,7 199:17
**removes** 179:15
**render** 50:12,19
50:25 51:2,2

**[render - running]**

57:19 58:15 106:1
106:13 186:22
**rendered**   50:20
144:7
**repeat**   44:12 47:14
62:1 66:10 200:13
**rephrase**   95:4
**replaced**   170:3,14
170:16
**replacement**   191:5
**replicate**   194:2
**report**   143:18
**reported**   1:24
145:18
**reporter**   5:13 7:9
7:22 17:12 30:1
204:1,2,15
**represent**   27:8
130:3 132:12
**representative**
57:19
**represented**
137:12 180:22
**represents**   93:8
**reputation**   98:15
**request**   12:8,12
17:13 51:3 121:5
124:23 175:23
198:15,19,21
199:9,15
**requested**   7:9
17:12 74:7,10,11
204:13,14 206:1,9
206:10
**requesting**   124:10
130:20 131:4,8
**requests**   77:7
78:18 79:3,6,19
80:2 81:11 99:2
129:20

**require**   49:24
**required**   33:6 76:8
76:13 187:18
195:7,22
**requires**   99:3
109:3
**research**   45:20
**reshare**   127:25
**resolve**   43:9
**resonate**   130:16
**respect**   17:10 44:1
114:9
**responded**   103:13
**responds**   102:12
**response**   20:2
**responsibilities**
13:14
**rest**   39:3,7,16,19
**restate**   8:1 35:5
**rested**   85:22
**result**   53:3 56:19
57:7 127:23
141:13 195:5
**resulted**   179:10
**resulting**   91:3
**retentive**   98:8
**retrievable**   78:13
**retrieve**   105:23
**retrieved**   105:23
**return**   62:25
107:9,25 205:17
206:6
**returned**   107:15
109:8 111:20
113:13 182:11,15
**returns**   142:9
**revenue**   64:1
66:20 67:8 137:9
143:4,8,18 146:12
147:22 148:7
150:4,13 151:10

151:19,24 152:1
152:11
**revenues**   147:7
**review**   16:8,15
17:21,22 35:19
112:21 115:2,19
116:10 204:12
205:8,10,13 206:2
**reviewed**   16:13,23
16:24 17:16 28:19
33:10 37:15,15
64:25 67:4 82:20
147:3 148:10
152:16 196:17
**reviewing**   17:24
28:18 66:7 93:2
100:17 147:9
**rich**   86:2 97:21
98:2
**right**   7:14 10:6
12:5,18 23:9 35:4
35:12 40:15 47:4
47:13 48:3 52:23
56:9 57:12,25
58:11 59:23 60:4
62:17 68:7 69:13
75:3 78:20,23
79:11,14,14 80:11
80:16 83:3,14,24
84:4 86:10 88:15
90:14 93:7 94:22
95:9 96:9,16
101:4,20 102:3,20
103:7 104:16
105:11 114:10
115:3 119:3
120:21 121:2,10
121:17 122:2,11
122:17,21 124:6
124:13,14,20
125:9 129:23

130:11,21 131:5
134:25 138:4,16
139:22 140:7
157:19 160:23
162:23 163:22
165:5 166:22
175:21 176:24
177:14 178:5
182:8,25 188:6
191:17 192:16
193:8 197:19
198:17 202:6
**ring**   3:19 168:9
169:10,11
**risk**   192:8 195:5
**risks**   188:11,21,23
**rmr**   1:24 2:6
**road**   3:8
**rob**   5:20 16:2 19:7
142:20
**robert**   3:6
**rohrback**   2:11
5:17,19 6:15
**rolling**   60:23
**room**   115:11
**rose**   3:19 168:9
169:11
**ross**   3:11
**rough**   40:1
**roughly**   82:20
**rows**   130:4
**rule**   19:22
**rules**   7:18 138:1,2
206:8
**run**   22:17 55:19
55:20,21 81:13
101:24 106:6,8,9
106:11
**runner**   106:5
**running**   42:25
56:20 57:15

Veritext Legal Solutions
866 299-5127

**[runs - sharing]**

**runs** 106:7
**résumé** 13:13
  40:13

**s**

**s** 207:3
**sadly** 10:11
**sangani** 15:8
**satisfy** 46:11 80:17
**save** 93:4
**saw** 148:2,3
**saying** 7:23 22:8
  79:13 86:25
  119:10 131:7
  150:17 193:18
**says** 19:11 78:2
  79:4,11 80:9
  93:12 94:10 96:23
  115:19 117:3
  125:15 128:25
  130:19 178:22
  181:18 183:24
**scale** 132:1
**scattered** 174:20
**schedule** 185:7
  201:25 205:10
**school** 14:10
**scope** 130:25,25
  138:17 145:1,19
  146:6,18 148:18
**scoped** 194:12
  201:3
**screen** 11:9 18:22
  19:10,12,14 20:8
  63:11 75:11 92:11
  100:11 115:4
  116:2 117:8
  125:11 128:20
  133:9 151:14
  156:1
**scroll** 156:1

**scrolled** 93:3
**search** 36:25
  85:10 150:22
  190:17
**searching** 36:22
**seattle** 2:12
**second** 7:4 19:20
  44:17 66:5 92:25
  93:5,11 130:18
  147:19 196:5
**secret** 105:13
**see** 18:24 19:2
  20:13,14 44:16,18
  50:15 57:9 58:2,8
  61:19 62:19 70:5
  70:25 71:3,4
  75:23 79:12 85:25
  89:9 90:19 92:8
  92:11 93:19,20
  100:8,10,11
  102:24 105:15
  109:25 115:16,21
  117:7,8 122:3,22
  125:10 128:20,22
  129:24,25 130:5,7
  130:12,22 133:2
  151:13 152:7,23
  160:1 174:8
  176:11 177:9,10
  177:19,21,22
  178:18,20,24
  181:11,19,20
**seeing** 45:6 58:25
  63:6 89:15 115:4
  115:13 116:1,2
  131:10 146:13
  148:19 150:1,8
**seeking** 88:22
**seen** 18:4,7 19:23
  33:21 48:13 61:14
  63:3 72:3 73:4

89:13 91:1,1
  96:20 127:11
  146:7,9,22,25
  148:25 149:10,24
  150:20 157:5
  159:10,12 174:12
**self** 170:13
**sells** 139:8
**send** 90:10
**sending** 81:15,18
**sense** 44:17 45:17
  62:4 197:22
**sensitive** 25:13,20
  25:25 26:2,5,7,12
  26:14,19,23,24
  27:2,4,21 28:4,4,9
  28:10,16,21 29:2,5
  29:5 201:24
**sent** 16:14,19
  17:17,19 90:1
**sentence** 183:16
**separate** 17:2
  33:18 55:23 70:9
  123:1 175:3 193:8
**september** 4:8
  13:10,21 40:22
  48:21 75:20
  154:15
**series** 9:5,6,7 17:2
**serve** 81:11 99:1
  116:8
**served** 18:25
**server** 42:22 55:20
**servers** 50:20
  142:11
**service** 63:24
  64:12
**services** 52:21
  171:1,2 188:25
**serving** 99:3

**set** 16:14,16 17:19
  27:3,17,24 28:6,19
  29:11 31:15 35:23
  36:1 47:8 50:3
  52:16 54:5 59:18
  62:9 67:4 73:11
  82:25 85:20 86:12
  89:1,17 90:17
  105:24 106:19
  108:1 129:15
  138:6 155:16
  166:7 168:12
  171:3 173:1,11
  180:5 183:5 194:3
  195:21 196:2
**setting** 84:2,25
  86:7,17,24 100:7
  100:13,22 103:18
  141:22
**settings** 42:20 84:2
  84:9,15 85:8
  86:12 141:11,17
**seven** 119:25
**severely** 194:20
**shaking** 8:4
**share** 86:9 87:10
  88:20 90:14 91:4
  106:8 127:10,22
**shared** 38:11 53:5
  53:6 65:2,3 83:18
  86:15 89:11 90:20
  91:11,19,25 94:3,8
  94:16 102:21
  141:21
**shares** 52:9,12
**sharing** 61:15,18
  63:17,22 64:1,3,14
  68:7,9,11,14,18,20
  69:7,10,19,20 70:4
  70:6,12,14,16 71:6
  71:10 72:1,8,11

Veritext Legal Solutions
866 299-5127

[sharing - specifically]

82:25 83:22 84:21
85:18,19 87:14
91:6 122:2 123:19
123:20 124:20
131:1 140:18
149:5,6,8 151:11
151:20,21,25
152:2,3,4,12 154:1
154:7,22 158:25
159:3,5 179:4
180:17
**sheet** 75:13
**shepherd** 154:2,14
**sheryl** 133:11,15
**sheryl's** 133:12
**short** 13:18,19
**shorthand** 204:2,7
**show** 18:16 123:6
123:23
**showing** 75:17
**shows** 132:7
**shrink** 130:2
**side** 11:9 42:22
**sign** 205:16 206:5
**signal** 25:11
**signature** 204:24
205:21,23,23
206:9
**significant** 72:8
125:2
**significantly** 192:6
**similar** 51:22
103:3 111:25
170:4 171:25
**simon** 1:17 2:2
4:16 5:8 6:5 203:8
205:5 207:2
**simon's** 4:15
**simple** 85:22 86:3
90:17 193:16

**simplification**
125:25 126:11
**simply** 36:7
200:14
**simultaneously**
39:11
**single** 16:25 17:1
113:9,16 172:9
180:15
**sir** 10:18 11:19
16:8 21:20 24:22
64:17
**sit** 139:2
**sitevars** 173:8,9,15
173:18
**situation** 60:2 63:3
**sixth** 128:18,19
**skim** 125:14
**skipping** 117:5
**slide** 125:15 126:5
126:6 128:17,20
128:22 129:3,5,17
130:9,12 131:22
132:3,4 133:7,19
135:9,12
**slightly** 18:10
**slipcover** 75:13
**small** 144:24
185:11
**smith** 3:13,13 5:22
**social** 24:23,24
34:14,16,21,22,25
35:8,17 50:3,15,19
51:7,10,12,16,20
51:24 70:19,23
86:2 97:21 98:2
98:10 106:22
107:3,4,5,10,13,18
108:7,22,24 109:2
109:5,11,19
110:10,12 137:25

140:1 146:5
181:15,22 183:7
184:4,7,11 193:22
**software** 200:4
**sole** 66:2,11,12
**solely** 137:19
139:10
**solutions** 205:7
**solve** 41:25 42:4
42:13 43:4 176:3
176:6,8
**solved** 43:11
**somebody** 107:8
**somewhat** 81:5
193:10
**soon** 12:6
**sorry** 14:14,15,16
16:5 19:7 29:1
35:5 39:13 44:13
46:3 47:12 50:6
59:10,11 61:25
66:9 79:10 94:25
95:24 99:11 101:5
101:6 112:13
121:20 134:17,20
135:8 138:18
142:20 149:22,23
151:1,6 164:6
165:7 169:10,11
188:19 189:15
**sort** 9:25 11:2,8
109:16
**sound** 9:8
**sounds** 9:9 86:5
**source** 36:19 66:2
109:24
**space** 9:15 154:16
**speak** 14:25 15:5
21:6 29:13 122:12
138:19 156:22

**speaking** 30:19
50:1 100:20 195:3
**special** 3:21 6:2,2
7:20 9:10
**specific** 11:24
14:24 25:3 27:3
35:20,25 37:5
38:3,25 39:20,24
41:10 46:20 48:7
49:17,18 53:13
54:4 55:9 57:13
59:14 71:9 73:11
87:5 88:8,13
95:11 96:20
104:18 108:11,15
109:22 111:1
112:10 122:3
123:11 138:6
139:15 145:24
146:1,13 148:9
149:7 150:9,10
157:16 159:18
161:1 166:15,23
176:1 179:22
**specifically** 14:14
16:12 27:23 30:19
31:19 41:16 45:18
46:25 54:12 61:18
69:9 76:19 77:24
78:8 82:3 84:8
95:14,20,23 96:13
99:24 100:9
105:25 110:3,9
123:10 135:8
144:17 148:20
149:1,17 150:1
154:21,23 160:2
161:16 163:24
164:15 165:13
168:11 169:1
172:4 180:3 181:2

[specifically - tab]

182:1 187:2 188:3
193:21 198:17
**specificity** 45:24
166:25
**specifics** 22:4 62:1
74:1 96:3,4 99:14
103:8 107:24
109:1,7,19 122:11
154:13 157:8
**specified** 21:7
164:23 190:1
**specify** 21:25
38:25 43:6 47:14
107:7
**speculate** 108:15
**spend** 135:24
144:5
**spenders** 135:16
135:20
**spent** 17:23 65:4
135:22
**spirit** 118:4,16
119:9,11,22,23
**spoke** 15:2,6,11,15
64:24 67:6,9,13
152:16 189:18
**spoken** 14:18
44:25 67:11
**spreadsheet** 76:4
130:19
**srr** 63:24 64:12
**stack** 16:19
**stamp** 115:16
**standard** 31:11
32:8 33:7 54:22
160:6 165:15
166:7 167:21
187:23 194:6
196:12
**standpoint** 86:6
99:10

**stands** 25:6
**start** 22:19 32:14
34:7 42:7 74:2
97:23 144:24
158:14 163:20
185:11 198:13
202:10
**starting** 46:7
70:17 88:12
116:17 132:6
169:14
**starts** 40:25
**state** 205:9,12
**stated** 204:8
**statement** 65:8
80:18 100:15
123:19 138:24
139:1 178:16
**statements** 92:24
**states** 1:1 10:10
100:4 123:24
126:8
**stateside** 10:14
**steinberg** 154:3,11
**step** 85:12 133:1
**stepping** 82:7
**steven** 15:7,17
**sticker** 19:11
**stipulation** 205:20
**stop** 83:21 84:21
119:12 185:1,8
198:12 202:2
**stopped** 150:5
**stored** 35:24 36:4
**story** 106:10,14
**strange** 168:10
**strategic** 13:20
**strava** 106:6,7,12
106:18,21
**stream** 33:22,25
34:5,10,25 35:7,13

**street** 2:19 3:5,15
**stretch** 153:4
**strike** 84:19
**striking** 201:13
**string** 92:23
**structure** 65:14
89:14
**structured** 49:3
**struggling** 32:10
**studied** 124:3
**studies** 124:7
**stuff** 157:11
184:18 202:5
**subject** 81:23
174:6
**subscribed** 203:3
**subset** 70:24
113:12
**subsets** 84:5
**subtopic** 65:18
**subtopics** 46:25
**suggest** 79:18,21
79:23 93:21
133:25
**suggests** 78:25
**suite** 2:11,19 3:5
3:11,15 119:14
**summary** 4:10
**sunrise** 78:17,22
79:1 81:1
**supervision**
204:11
**support** 14:7
**supposed** 174:24
**sure** 8:6 9:15
12:15 13:16 14:24
16:3 22:7,10
25:18 27:1,11,22
27:22 28:9 30:5
32:22 33:19 34:8
35:6,7 36:16 37:3

37:14 39:20,24
40:1,6,23 44:13,14
47:13,19 52:8
53:15 54:3 61:8
74:15 76:23 79:13
83:19 85:7 86:18
92:23 94:5,18
95:5 96:21 97:23
99:15 100:16
101:11 112:22
122:10 123:13
134:18 138:25
139:2 144:17
150:17 151:15
153:4 154:15
156:18,19,21
157:18 158:23
161:5 162:19
175:8 184:9
186:25 191:16
199:3 200:14
**surface** 125:1
196:3
**surprised** 76:9
77:11,17 78:3,6
80:6
**swears** 5:13
**sworn** 6:8 204:4
**system** 40:9 54:18
65:13 160:15
171:22 173:6
**systems** 22:20
38:25 39:6 127:17
128:4,6 195:21

| **t** |
| --- |

**t** 207:3,3
**t0** 136:9,9,17,20
136:21
**t1** 136:9,22
**tab** 75:2 92:2
125:4 173:23

[tab - think]

176:16
**tabs** 75:9,11
**tag** 106:9,14
  182:19
**taggable** 105:16
  105:18,22 111:12
  113:24 181:14,21
  182:11,13,16,21
  186:22
**tagged** 181:18
**tagging** 106:1,2
  186:22
**take** 7:22 9:1
  13:11 60:22 93:14
  114:6,14 125:13
  144:9 152:21,25
  153:2,3 163:9
  185:6 190:25
**taken** 2:2 6:19
  84:12 189:10,12
  189:21 190:20
  204:6
**talk** 9:15 29:6 73:2
  82:5 127:16 149:8
  157:20,21 161:25
  163:2 177:15
  198:5
**talked** 101:4
  106:22 131:14
  147:25 155:12,14
  155:16,17 161:23
  179:7 184:6
  187:12 192:23,24
  196:17
**talking** 7:21 9:17
  31:19 49:19 57:13
  94:12 134:20
  173:17 191:17
  192:1 193:12
  194:15,16 196:10

198:17
**talks** 77:23
**target** 138:12
**targeted** 128:3,6
**targeting** 128:7
**team** 13:17,25
  14:2,5,7 49:8,9
  65:2 136:15,19
  143:14,16,20
  150:25 171:12
**teams** 145:21
**technical** 25:7
  38:10 54:20,25
  59:16 86:6 142:14
**technically** 89:23
  90:1 100:14,25
  118:3 142:11
  184:3 185:25
**technologies** 24:9
**technology** 19:13
  19:17 63:20,23
  64:10 141:7,10,24
  141:25 158:24
**tell** 12:13 47:25
  64:22 68:10
  116:21 118:15
  128:18 133:23
  147:11 151:17
  192:19 204:4
**telling** 73:8
**tells** 19:13
**ten** 18:1
**tenure** 154:16
**term** 24:25 25:10
  25:12 28:23 31:13
  32:1 37:16,20
  40:5 42:10 48:13
  48:23 52:1,15
  55:24 61:14,16,17
  63:7 68:18 72:12
  72:13 73:20

125:24 157:22,23
  183:21
**terminology** 22:6
  22:11 26:25 47:24
  56:2,3 101:10
  122:19 124:13
  129:16 157:19
  185:22 191:17
  192:17
**terms** 22:16 24:4
  25:14,21 28:4
  30:4 42:11 46:22
  54:4 63:24 64:12
  66:5 94:19 95:14
  97:4 112:5 122:13
  126:1 139:17
  143:24 146:11
  162:17 179:20,21
  193:16 194:14
  200:20
**testified** 6:8 47:2
  98:17 100:12
  145:10 149:22,24
  164:20
**testify** 9:21 10:1
  20:1,16,22 21:1,3
  21:5 22:7 63:15
  64:8,23 67:17,20
  67:22,24 127:19
  145:4 155:4,18
  156:10,12,14
**testimony** 11:14
  11:22 15:1 16:10
  16:16 17:9,20
  21:9 46:20 83:20
  86:5,11 96:6
  107:2 111:17
  147:4 148:4,12
  151:10 152:6
  162:5 174:13
  179:12,13 182:10

186:16 197:24
  200:14 204:8
**texas** 3:11,15
**text** 100:3
**texting** 11:7
**thank** 11:11 12:2
  14:8,18 16:7 17:5
  18:2 24:2,21 33:9
  45:12 60:18,24
  76:15 85:16
  114:15 115:13
  154:24 157:12
  202:9
**thanks** 19:16
**thereto** 204:21
**thing** 10:22 21:14
  43:11 66:11,12
  115:5 122:5
  124:14 128:9
  147:19,24,25
  148:5 155:3
  166:15
**things** 11:1 18:4
  27:3 47:13 59:15
  65:25 69:5 70:1
  71:3 73:23 77:23
  119:14 121:21
  122:14 127:3
  143:23 165:1,3
  168:12 172:3
  179:22,24 180:5
  193:8 194:7
  198:18
**think** 6:21 7:7
  10:13 11:16 16:17
  16:18 21:17 22:5
  24:12 25:23 26:14
  27:22 28:24 29:9
  29:17 32:7,24
  42:11 43:8 46:6
  49:12 51:16 56:10

[think - transcript]

61:25 62:13 65:12
67:13 68:13 69:23
70:10 73:7,8,13
74:8 76:13 78:1
80:20 81:6,14,19
81:25 84:3 86:11
91:10 95:22 106:3
108:12 145:11,20
147:24 155:22
156:3,21 162:4
163:9 164:6 169:2
171:6 175:4
184:10,11 185:7
186:12 190:24
192:14 193:7,15
197:17 202:6
**thinking** 54:16
159:15
**third** 2:11 23:3,6
23:14,17,20,24
26:16,20 32:2
38:14,17 39:9
44:3 45:16 47:4,6
47:9 48:15 49:2
49:10 50:11 51:8
52:10,17,21 53:6
54:24 55:18 61:23
76:8 77:12 83:18
84:16 91:12 94:3
94:8,17 128:13
139:8 146:5
148:16 164:16
197:10 198:7,9
**thirds** 93:11
**thought** 117:23
118:25 126:18
148:1
**thousands** 99:21
120:19 121:1
123:17 124:19

**thread** 82:4
120:12
**three** 20:10 77:19
77:20,20,22 154:4
**thuman** 1:24 2:5
204:2,25
**thursday** 202:8,11
**tier** 137:3,3,7,7
**tiering** 137:11,14
**tiers** 137:3
**till** 151:13
**time** 2:5 5:7 7:21
9:15,17 11:4
13:11,15,18,19
15:10 21:14,20,25
27:25 29:11 32:20
32:22,24,25 39:3
39:21 40:11 41:13
44:17 45:13,13,21
46:5 51:10,20,25
60:21 65:4 66:22
81:12 82:11,17,21
84:1,20 85:16
86:20,24 88:5,19
88:23 90:7,8 93:4
96:12,17 105:4
107:24 108:14
110:4 112:2,8
114:5 120:15,18
120:22 131:2,12
134:20 135:22
136:14,16 139:3
142:4 151:1,2
152:21 153:15
154:10,12 155:9
156:21 157:7,10
159:9 160:25
161:17,21,22
162:24 166:5,23
166:25 168:6
169:25 174:23

175:1,10 179:17
180:12 181:24
184:15,19,21
185:1,8,23 186:8
187:16,18,22
188:12,14 189:4
192:2,7,9 194:18
194:21 195:1,7,10
198:23 199:19
200:5,8 201:13,14
201:24 202:4,10
202:14,15 204:8
205:10,18,24
206:7
**timeline** 104:11
117:10,24 119:20
188:9,16 196:7
199:12
**times** 6:23 10:12
28:8 45:5 61:22
79:6,19 104:9
161:7
**title** 101:23 125:18
128:22
**today** 9:11,22
11:14,19,22 12:16
14:20 15:1 16:10
16:24 23:20 28:17
51:15,17 66:19
93:15 109:21
112:18,20 129:7
139:2 147:4
153:15 157:9
172:25 174:13
176:21
**today's** 13:12
17:20
**token** 182:18
**tool** 37:5 51:19
65:14 113:7,11
169:4,6,6,15,16,16

170:1,3,7,9,14,16
170:24 171:15,20
172:1,4,11,12,16
172:20,25 173:5
173:12,16 174:25
175:19
**tools** 36:24 37:2,4
157:3
**top** 115:18 116:17
137:3 177:18
178:5 194:3
195:21
**topic** 20:11,12
63:14 64:19,23
65:20 66:2,23
67:10,16 68:5,6,8
114:16 151:8
152:19,23 155:1,4
155:5,7,8,9,13,15
155:19 156:9
**topics** 20:1,11,17
20:19,25 21:2,5
22:5 28:14 46:25
63:14 65:19,22
156:22
**total** 130:19 134:9
144:9
**touched** 40:4
**tough** 174:23
**tpv** 134:7,8,9,16
135:4
**track** 106:7
**tracked** 173:15,16
**tracking** 171:21
175:9
**tracks** 173:6
**train** 189:4
**transcript** 204:13
205:6,8,10,13,13
205:21 206:2,2

Veritext Legal Solutions
866 299-5127

**[transition - unusual]**

transition  42:1,14
  60:20 177:13
  186:9 192:22
  193:4 194:15
  195:15 197:2,12
  198:11
treating  90:24
tremendous  74:12
  74:16
trial  10:18,20
trick  140:18
trouble  93:17
  95:17
true  36:6 203:3
trust  4:18 22:13
  43:22,22 98:15,20
  126:9,9,15,16,17
  177:8
truth  36:19 204:4
  204:5,5
truthfully  9:22
try  19:8 29:21
  61:19 69:23 70:4
  70:5 85:7,14
  108:17 130:25
  133:1 147:18
  185:23 186:11
trying  31:25 41:25
  43:4 47:20 49:12
  52:9 59:7,7,13
  66:16,22 67:12
  89:3 99:15 100:19
  109:10 111:4
  119:24 123:12
  130:2 134:19,22
  140:17,19 164:13
  176:3,6,8 181:5
  196:22,24 197:9
  200:13,14
turn  20:4,6 83:22
  84:22 85:17

115:11 126:4
  128:16
turning  20:8 85:18
twice  6:25
two  10:11 20:11
  20:25 21:2 33:15
  34:18,20,22 39:3,5
  39:10 77:19,22
  93:11 107:4,10,16
  108:1 112:24
  144:6 146:16
  148:2 155:11
  175:4 195:18
type  26:1 100:13
  102:2 106:1,2
  186:22 196:24
types  44:2 57:22
  86:14 98:21 127:4
  144:1,3 146:16
  191:24 193:19
  197:4
typewriting  204:9
typically  35:15
  36:4,9 49:8,9,20
  49:22 50:11 52:24
  53:23 55:3 56:15
  58:1 59:21 74:11
  126:25 143:8,20
  162:8 171:8,18
  195:25

**u**

u.k.  12:20,20
ultimately  91:6
unable  82:5
  132:14 137:5
  187:15
unavailable  189:7
unclear  137:5
understand  7:25
  8:8,19,20 9:3 15:3
  19:25 21:1,2,4,9

21:20 22:15 23:5
  24:13 25:15 26:6
  26:22 27:8,9
  29:21 30:5,11
  31:25 32:11,20
  33:9,13 34:18
  35:6,25 37:12
  40:6,24 42:5
  44:13 45:2 47:14
  47:17,20 51:24
  52:6,9 53:15 59:8
  62:8 65:6 68:9
  70:2 71:13 72:10
  73:18 76:16,23
  79:9 83:20 84:10
  86:18 99:11,15
  100:19 101:25
  103:11 109:10
  110:3 112:4,11
  118:19 121:13,18
  123:13 127:20
  130:25 131:25
  134:11,19,22
  140:17,19 143:12
  144:13,15,21
  149:20 150:17
  158:7 162:19
  170:5 172:17
  175:19 179:6
  190:24 192:15
  196:24
understanding
  17:18 18:14 20:3
  20:15 21:8,11,23
  24:24 30:13 34:5
  34:16,21 37:18,20
  39:16,18,19,21
  46:21 51:12 52:11
  52:15 62:18,24
  64:6,16 68:3,19
  70:3 77:6 81:19

83:15 84:14,18
  86:16 87:6 94:1
  94:14 96:10
  100:21 101:17
  102:9,14 105:22
  107:14,25 110:2
  112:19 114:2,11
  117:22 121:21
  123:16,21 127:21
  128:12 131:6,21
  135:6,21 136:22
  137:1,2,13,16,21
  137:22 139:16,20
  139:24 141:4
  143:24 147:14
  151:23 152:9
  154:11 156:17
  160:16 170:2,15
  172:13 173:5,17
  186:2,25 187:13
  188:7 189:25
  191:11 192:1
  195:8 196:10,19
  198:14,20 199:18
  200:6 201:10
understood  8:10
  9:2 17:13 30:2
undertaken
  113:16,19 172:19
undertook  121:13
  131:15
unexpected  90:9
  90:12
unit  200:2
united  1:1 2:4
  10:10
university  14:12
  14:17
unpack  100:19
unusual  90:3
  95:20 195:20

[unwind - various]

unwind   195:7
update   4:13 76:3
  125:16,19 187:15
  200:4 201:14
updated   76:5
upgrade   195:1
  200:8
url   116:22,24,24
  182:17
usage   157:4
use   21:12 31:13
  39:10 47:21,22
  49:21,24 53:2,3
  57:4 59:6 63:8
  65:13 69:18 72:13
  79:25 80:3 82:9
  84:3,25 86:13
  100:22 106:5,12
  106:17,21 108:23
  108:24 111:4
  117:14 118:5,17
  118:19 120:16
  123:14 124:8
  131:1,19 136:13
  137:18 138:2
  140:5 141:8
  142:16 146:10,11
  157:22 161:5
  168:3 187:17
  189:4 193:25
  195:6,24 196:14
  196:15 200:23,25
  201:14,15,20
user   1:5 4:17 5:9
  24:12 26:8,15,17
  26:19,20 30:24,25
  31:2 34:7,12
  35:11,12 36:25
  43:22 44:2,8,21
  47:3 49:5,15 50:9
  52:12,22 53:3,5,7

53:25 56:5,7,15,15
  56:18,22 57:1,4,8
  58:1,12,13 59:15
  59:24 61:15,18,21
  61:24 62:11,22
  63:4 70:20,25
  71:2 74:12 77:7,7
  77:8,8,21,22 78:17
  80:2 83:1 85:23
  85:24 86:20,24
  87:4,9,15,22,24
  88:1,16,20,24 89:6
  89:8,10,23 90:19
  90:22 93:24 96:14
  101:1,22 102:2,4,5
  102:9,14,16,24
  103:4,10,11,24
  104:6,18,24 105:2
  105:6,7 106:7,24
  107:6,8 108:5,6,19
  109:13,15 111:15
  111:16,16,16,23
  111:23 112:1,16
  113:25 117:17
  118:5,6,7,17,18,20
  118:20,22,25
  119:1 120:10,10
  122:8 124:16
  126:8,15 128:25
  137:24,25 139:22
  140:6,12,22 141:1
  141:6,9 142:8
  144:11,19 145:15
  146:14 148:17
  176:10 177:8
  180:1 186:22
  188:8,17 192:5
  194:12,20,25
  195:4 196:13
  199:20 201:3,12
  205:4 207:1

user's   27:14 34:11
  35:16 51:3 55:21
  57:2,12,16,17,20
  59:19,25 62:16
  63:1 68:22 74:19
  83:2,9 87:24 88:1
  88:20 89:22 91:24
  92:19 98:3 101:22
  102:8,11 103:7,17
  103:23 105:9,11
  105:14,25 106:20
  107:7 111:18
  113:13 119:16,20
  119:20 120:2,5,7
  122:9 127:12
  139:11 140:7,11
  179:11 180:11
  182:12,12 186:4
users   25:1,19
  26:12 30:15,15
  34:18,20,20,23
  35:3 38:9,11
  43:19,25 44:10,23
  45:8,14 46:6 47:7
  50:22 51:9 53:1,2
  54:17,19,23 55:14
  55:24 56:1,4
  61:21 63:23 64:11
  69:15 72:9 73:25
  77:2 78:20,21,23
  79:1,7,20 80:24
  81:2,21 83:5,16,25
  84:1,13 86:8,13
  88:12,21 89:3
  90:25 91:3 94:16
  96:13 98:18 100:5
  107:4,16,16,17
  108:1 118:21,24
  121:6,16,22
  123:18 127:9,9
  128:14 138:13

140:2,8 144:12,20
  182:7 185:18,19
  186:1,19 191:10
  198:16,19,22
  199:10,16
uses   77:16,17
  138:12 140:8,20
  159:15 190:15
utilization   78:14
  143:21
utilized   127:14
  141:25

v

v1   119:6 168:17
  188:4,5
v2   4:17 118:4,11
  118:16 119:9,11
  119:13,15,22,23
  120:4 177:8
v2.0.   178:17
v4   4:12 125:16,19
  125:22
valuable   99:9
  140:3 144:12
  156:22
value   96:24 97:11
  97:13,18 98:6
  99:7,25 118:7,23
  128:25 129:1,2,6,8
  129:10,12,14,18
  130:11,14 144:19
  145:15 146:4
varela   15:8 67:14
variety   157:24
  190:14 193:12
various   48:15
  124:2 127:4
  131:14,19 137:2
  142:25 147:5,20
  173:11 193:14

**[vast - whitelist]**

**vast**  160:16
**vc**  1:8
**verbally**  8:3,7
**veritext**  5:12
  115:5 205:7,9,11
**version**  39:22 40:5
  40:7,8,14,16,18
  41:6,6,7,8,9,10,12
  41:17,17,21 42:1,1
  43:5,10,12 45:25
  46:2,9,10,15 73:10
  73:17 83:7 87:21
  118:12,14 121:1,4
  121:10 124:15,17
  124:22 125:1
  131:16 160:21
  163:12,13,15,15
  176:22 177:2,2,4,5
  177:13,14 180:6
  180:20 181:10,23
  182:2 186:9,10,17
  187:4,6,23,24
  192:4,22 193:5,7
  194:10,10,15,15
  194:22,22 195:10
  195:11,15 196:6,6
  196:7,7,8,12 197:2
  197:2,12 199:9,14
  200:11,11,21
  201:2,3,6,6,19,22
  201:22
**versioning**  43:5
**versions**  40:24
  46:17 65:15
**versus**  137:7 149:8
**video**  5:6 61:1,5
  73:5 114:17,20
  153:6,9 202:12
**videoconferenci...**
  204:11

**videographer**  3:20
  5:11
**videos**  111:16,22
  111:23
**videotaped**  1:16
  2:2
**viewed**  127:24
**viewer**  175:25
**viewing**  50:13
**violate**  119:21
**violates**  118:4,16
  119:9 138:15
**vis**  160:9,9,10,10
  161:6,6 189:10,10
**visibility**  141:12
**visible**  141:15
  176:12
**visited**  50:25
**voice**  202:5
**volume**  74:12 76:7
  77:11 134:10
  144:9

**w**

**w**  2:14 205:1
**wait**  8:16 151:13
**waiting**  176:20
**waived**  205:23,23
**waiving**  205:20
**walk**  107:19
  146:16
**wangdra**  3:9 5:23
**want**  20:20 29:20
  30:5 35:6 39:24
  40:6 43:14 44:13
  53:14 60:21 86:18
  95:3 96:1,2 97:5
  100:5 101:11
  106:9 108:15
  110:16 112:21
  122:10 126:22,25
  134:17 150:16

152:25 153:1
156:18,19 158:23
162:18 164:9
178:14 184:22
186:25 191:16
196:22 199:3
201:24 202:2
**wanted**  35:25 43:7
  43:21 136:2
  145:13 153:17
  172:8
**wants**  32:12 87:10
**washington**  2:12
  7:6,6
**watch**  73:6 108:19
**watched**  108:21
  183:13 184:2
**watches**  108:5
**watching**  108:9
**way**  20:6 23:2
  25:7 27:23 28:25
  30:15 32:4,7,9
  38:13 41:24 42:16
  49:11 50:24 51:7
  52:24 53:10 54:5
  54:18,20,22 56:11
  63:12 69:7 71:25
  73:13 80:15 82:25
  83:4,21 84:1,21
  85:17,20 87:14
  88:6 89:2 90:15
  91:20 93:11 95:24
  96:10 98:16,25
  99:4 100:5,7
  102:14 103:13
  106:3,13 111:24
  111:25 113:10
  124:21 138:15
  139:10 142:15
  144:21,25 158:12
  158:22 159:1,5

161:13 162:14,20
163:4,10,17
164:23 166:17
167:21 170:16
171:6,24 172:14
173:19 176:5,9
184:6 189:3,5
204:19
**wayback**  65:11
**ways**  31:24 38:16
  38:18,20 69:25
  79:24 82:9 97:12
  97:17 98:7,9,11,14
  133:5 136:14
  143:7 145:22
  166:6,19 171:25
**we've**  17:7 40:4
  47:3 101:4 113:3
  113:6 126:15
  152:20 161:23
  176:21 181:13
  182:5 183:9
  186:15 192:23,23
  198:24 200:15
**weaver**  2:20 5:24
  5:25 6:17
**web**  50:13,14 51:3
  55:19 144:8
**website**  24:16,19
  36:3,8,13 50:5,11
  50:25 65:5,16
  175:24,25 176:12
**welcome**  61:11
**went**  6:13 106:11
  133:8 191:24
**whichever**  61:10
**whit**  164:25
**whitelist**  157:14
  157:22 158:25
  159:2 161:11,14
  162:23 163:4,18

**[whitelist - à]**

163:22 164:2,3,14
164:19,21 166:1,2
166:11,14,17
167:17,20 168:3
168:22,25 185:13
186:3 188:2
**whitelisted** 155:22
159:23 160:2,22
160:24 165:2,3
169:24 172:9
173:1,4 174:25
199:6,7,8,13
200:17,22 201:19
**whitelisting** 158:8
158:14,17,20
159:11,15 161:2,5
161:10,18,24
162:3,11,13
163:25 164:1
165:6,8 200:16,20
**whitelists** 160:14
161:19 163:19
165:12 167:21
169:8 170:17
172:14,18 191:9
193:13,14
**wide** 41:15 48:14
69:4 160:14
**widely** 73:15,19
130:17 170:24
172:1
**willing** 10:19
**window** 190:2
196:13 199:12
**witness** 2:3 5:13
6:7 7:10 17:9
18:20 66:8 95:3
100:18 115:7,10
138:18 142:24
145:2,20 146:7
148:19 168:10

175:3 184:16
185:3 195:17
197:17 202:4
204:3,9 205:13,16
206:2,5 207:24
**women** 95:22,23
**wondering** 99:19
189:20
**word** 72:21,24
76:12 77:16
101:15,19 110:24
179:8 180:24
181:3 183:20
**words** 72:23
157:20
**work** 10:6,7,10
12:18,19 59:13
70:10 126:1
127:17 128:6
156:5 166:8
**workable** 42:20
**worked** 14:1,4
50:24 59:15 65:7
65:25 70:1 83:4
85:13,14 87:14
98:19 102:15
109:6,6,21 123:22
124:22 138:21
150:11 179:9
184:7,11
**working** 13:17
14:6 49:10 130:3
171:12,12
**workplace** 14:2,2
**works** 52:25 109:2
128:8 140:18
198:17
**world** 10:25
**worth** 28:6 33:16
**wright** 2:15 5:19
6:17

**write** 117:9 118:2
174:14
**writes** 76:2
**writing** 174:10,11
**written** 36:18
59:18
**wrong** 16:6 39:25
158:2
**wrote** 119:24

## x

**x** 4:1 204:13 206:9
**xu** 15:7

## y

**yeah** 9:3 10:7 19:6
23:7 25:23 62:2,3
62:13 76:19 79:10
79:12,15 111:4
112:15 115:9
116:1 117:8 123:1
123:2 124:1 130:2
130:23 134:19
139:14 144:14
145:2,20 151:16
153:3 156:18
158:6 175:3 178:3
179:7 182:9 202:4
**year** 10:12 40:2
194:23
**years** 10:11 48:18
119:25 157:10,10
161:4
**yep** 9:19 76:1

## z

**zarakhovsky** 15:8
**zero** 40:14
**zhen** 4:16 174:5,15
**zuckerberg** 71:17
71:24

| | à |
|---|---|
| | **à** 160:9,10 161:6 189:10 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3

    IN RE:  FACEBOOK, INC.,       MDL No. 2843
 4  CONSUMER USER PROFILE         Case No.
    LITIGATION                    18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8

    _____
 9
10
11               **CONFIDENTIAL**
12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13      CORPORATE REPRESENTATIVE - SIMON CROSS
14  (Reported Remotely via Video & Web Videoconference)
15       London, England (Deponent's location)
16             Thursday, May 12, 2022
17                   Volume II
18
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5219195
25  PAGES 208 - 495
```

                                        Page  208

CONFIDENTIAL

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

   IN RE:  FACEBOOK, INC.,      MDL No. 2843

4  CONSUMER USER PROFILE        Case No.

   LITIGATION                   18-md-02843-VC-JSC

5  _____

6  This document relates to:

7  ALL ACTIONS

8

   _____

9

10

11

12

13

14

15          DEPOSITION OF SIMON CROSS, taken on

16  behalf of the Plaintiffs, with the deponent located

17  in London, England, commencing at

18  2:36 p.m., Thursday, May 12, 2022, remotely

19  reported via Video & Web videoconference before

20  REBECCA L. ROMANO, a Certified Shorthand Reporter,

21  Certified Court Reporter, Registered Professional

22  Reporter.

23

24

25

                                        Page 209

CONFIDENTIAL

```
 1                    APPEARANCES OF COUNSEL

 2      (All parties appearing via Web videoconference)

 3

 4     For the Plaintiffs:

 5          KELLER ROHRBACK L.L.P.

 6          BY:  DEREK W. LOESER

 7          BY:  CARI CAMPEN LAUFENBERG

 8          BY:  ADELE A. DANIEL

 9          BY:  EMMA WRIGHT

10          Attorneys at Law

11          1201 Third Avenue

12          Suite 3200

13          Seattle, Washington 98101

14          (206) 623-1900

15          dloeser@kellerrohrback.com

16          claufenberg@kellerrohrback.com

17          adaniel@kellerrohrback.com

18          ewright@kellerrohrback.com

19

20

21

22

23

24

25     /////
```

Page 210

CONFIDENTIAL

```
1                   APPEARANCES OF COUNSEL

2    (All parties appearing via Web videoconference)

3

4    For the Plaintiffs:

5         BLEICHMAR FONTI & AULD LLP

6         BY:  ANNE K. DAVIS

7         BY:  LESLEY E. WEAVER

8         Attorneys at Law

9         555 12th Street

10        Suite 1600

11        Oakland, California 94607

12        (415) 445-4003

13        adavis@bfalaw.com

14        lweaver@bfalaw.com

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page 211

CONFIDENTIAL

```
 1            APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  ROBERT C. BLUME

 7          BY:  HANNAH REGAN-SMITH

 8          Attorneys at Law

 9          1801 California Street

10          Suite 4200

11          Denver, Colorado 80202-2642

12          (303) 298-5735

13          rblume@gibsondunn.com

14          hregan-smith@gibsondunn.com

15    and

16          COLIN B. DAVIS

17          Attorney at Law

18          3161 Michelson Drive

19          Irvine, California 92612-4412

20          (949) 451-3993

21          cdavis@gibsondunn.com

22

23

24

25    /////
```

Page 212

CONFIDENTIAL

```
 1            APPEARANCES OF COUNSEL(cont'd)
 2   (All parties appearing via Web videoconference)
 3
 4   For Facebook, Inc.:
 5         GIBSON DUNN & CRUTCHER LLP
 6         BY:  MATT BUONGIORNO
 7         Attorney at Law
 8         2001 Ross Avenue
 9         Suite 2100
10         Dallas, Texas 75201
11         (214) 698-3204
12         mbuongiorno@gibsondunn.com
13   and
14         BY:  PHUNTSO WANGDRA
15         Attorney at Law
16         1881 Page Mill Road
17         Palo Alto, California 94304-1211
18         (650) 849-5206
19         pwangdra@gibsondunn.com
20
21
22
23
24
25   /////
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL(cont'd)

2     (All parties appearing via Web videoconference)

3

4          JAMS

5          BY:  DANIEL B. GARRIE

6          Special Master

7          555 W. 5th Street

8          32nd Floor

9          Los Angeles, California 90013

10         (213) 253-9706

11         dgarrie@jamsadr.com

12

13

14

15    ALSO PRESENT:

16         Ian Chen, Associate General Counsel, Facebook

17    Inc.

18         John Macdonell, Videographer

19

20

21

22

23

24

25    /////
```

                                        Page  214

CONFIDENTIAL

```
1                    I N D E X

2  DEPONENT                          EXAMINATION

3  SIMON CROSS                            PAGE

   VOLUME II

4

5                  BY MR. LOESER              221

6

7

8                  E X H I B I T S

9  NUMBER                                PAGE

10                 DESCRIPTION

11 Exhibit 338  Email String Subject:  PS12n     350

12             Criteria Review,

13             FB-CA-MDL-02951293 -

14             FB-CA-MDL-02951294;

15

16 Exhibit 339  PowerPoint Presentation -        361

17             facebook Criteria for

18             granting Exemptions and

19             Extensions Drat 12/5/13

20             Monica Mosseri,

21             FB-CA-MDL-02951295;

22

23

24

25 /////
```

Page 215

CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                   DESCRIPTION

 4    Exhibit 340  PowerPoint - facebook         363

 5                 Criteria for granting

 6                 Exemptions and Extensions

 7                 Draft 12/5/13 Monica Mosseri,

 8                 META-CA-MDL-000041190 -

 9                 META-CA-MDL-0000412003;

10

11    Exhibit 341  Deprecated f8 2014            393

12                 Partnerships/Ops XFN,

13                 FB-CA-MDL-02978561 -

14                 FB-CA-MDL-02978571;

15

16    Exhibit 342  Email dated January 27, 2014  433

17                 Subject:  platform model

18                 changes, FB-CA-MDL-00202269;

19

20    Exhibit 343  Email String Subject:         472

21                 Changing App Settings//Friend

22                 Permissions,

23                 FB-CA-MDL-01462921 -

24                 FB-CA-MDL-01462921;

25    /////
```

Page 216

```
 1              E X H I B I T S(cont'd)

 2    NUMBER                                    PAGE

 3                     DESCRIPTION

 4    Exhibit 344  Email String Subject:  [a/c      483

 5                 priv Re:  WSJ story on API

 6                 migration, FB-CA-MDL-01169155

 7                 - FB-CA-MDL-01169173;

 8

 9

10                PREVIOUSLY MARKED EXHIBITS

11    NUMBER                                    PAGE

12    Exhibit 5                                 243

13

14    Exhibit 6                                 244

15

16    Exhibit 7                                 256

17

18    Exhibit 11                                293

19

20    Exhibit 12                                294

21

22    Exhibit 13                                331

23

24    Exhibit 14                                410

25    /////
```

Page 217

```
1              PREVIOUSLY MARKED EXHIBITS(cont'd)

2      NUMBER                                        PAGE

3      Exhibit 15                                    413

4

5      Exhibit 16                                    440

6

7      Exhibit 17                                    441

8

9      Exhibit 20                                    327

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      /////
```

Page  218

```
 1              London, England; May 12, 2022

 2                    2:36 p.m.

 3                    ---o0o---

 4         THE VIDEOGRAPHER:  Okay.  We're on the

 5   record.  It's 2:36 p.m., the time in London, on        02:36:47

 6   May 12th, 2022.  This is the deposition of

 7   Simon Cross, Volume II.

 8         We're here in the matter of In Re:

 9   Facebook, Inc. Consumer Privacy User Profile

10   Litigation.                                             02:37:00

11         I'm John Macdonell, the videographer with

12   Veritext.  Before the reporter swears the witness,

13   would counsel please identify themselves, beginning

14   with the noticing attorney, please.

15         MR. LOESER:  Good morning.  This is            02:37:16

16   Derek Loeser from Keller Rohrback, and with me is

17   Adele Daniel and Cari Laufenberg, also from

18   Keller Rohrback.

19         MR. BLUME:  Rob Blume with Gibson Dunn on

20   behalf of Facebook.  And with me is Ian Chen,          02:37:28

21   client representative, as well, as Phuntso Wangdra,

22   Hannah Regan-Smith, Colin Davis.  And I believe

23   that's all at the moment.

24         SPECIAL MASTER GARRIE:  And you have

25   Special Master Garrie as a representative of the       02:37:45
```

Page 219

CONFIDENTIAL

```
 1    court.                                              02:37:47

 2            Good morning, Counsel Chen.  Good

 3    morning, Counsel Davis.

 4            It's been a while since I've seen you,

 5    Counsel Davis.                                      02:37:53

 6            I will turn it over to the parties

 7    without further adieu.

 8            THE COURT REPORTER:  At this time, I will

 9    ask counsel to agree on the record that there is no

10    objection to this deposition officer administering  02:38:01

11    a binding oath to the deponent via remote

12    videoconference, starting with the noticing

13    attorney, please.

14            MR. LOESER:  No objection.  Thank you.

15            MR. BLUME:  No objection from Facebook.     02:38:18

16            THE COURT REPORTER:  Mr. Cross, if you

17    could raise your right hand for me, please.

18            THE DEPONENT:  (Complies.)

19            THE COURT REPORTER:  You do solemnly

20    state, under penalty of perjury, that the testimony 02:38:19

21    you are about to give in this deposition shall be

22    the truth, the whole truth and nothing but the

23    truth?

24            THE DEPONENT:  I do.

25    /////                                               02:38:35
```

Page 220

CONFIDENTIAL

```
 1                    SIMON CROSS,,                    02:38:35

 2    having been re-administered an oath, was examined

 3    and testified as follows:

 4

 5                    EXAMINATION(resumed)             02:38:36

 6    BY MR. LOESER:

 7         Q.   Good afternoon, Mr. Cross.

 8              Derek Loeser, as you know, from

 9    Keller Rohrback and -- and good morning to me.

10              I -- just a couple of questions before we    02:38:48

11    dive back into where we were.  Your counsel has

12    provided us with the notes that -- that you

13    identified on Monday.

14              Do you have any additional notes that

15    you'll be using for your testimony today?           02:38:59

16         A.   No.

17         Q.   And did you bring any materials with you,

18    other than notes, for the purpose of this

19    deposition today?

20         A.   Nope.                                     02:39:10

21         Q.   And did you review any other documents,

22    other than those that you identified or indicated

23    you reviewed on Monday?

24         A.   Yes.  There were a number of documents

25    that I understand you sent over to us and I -- I    02:39:22
```

Page 221

```
 1    reviewed as many of them as I could.            02:39:26

 2        Q.   Okay.  And that's the same set that -- I

 3    didn't send any new ones so those are the same

 4    documents that -- that were provided in advance of

 5    your testimony on Monday.                        02:39:36

 6            So had you seen -- your review this time,

 7    was that the first time you had seen some of those

 8    documents?

 9        A.   I think so, yeah.  Maybe I'll ask my --

10    my counsel to -- to confirm.                     02:39:48

11            MR. BLUME:  Yeah.  And -- and this is --

12    this is Mr. Blume.

13            I actually think you did send an

14    additional set over, but we can check that.

15            MR. LOESER:  Okay.  Well, we can talk    02:40:00

16    about that later because if we did; it's news to

17    us.  But that's okay, we'll figure that out.

18        Q.   (By Mr. Loeser)  All right.  Mr. Cross,

19    you'll recall on Monday we spent a good deal of

20    time with my questions about the reason Facebook  02:40:17

21    decided to whitelist certain apps from partners so

22    that those partners would be able to access

23    publicly deprecated permissions after Graph API

24    version 2 became operative.

25            Do you -- do you recall those questions   02:40:30
```

Page 222

CONFIDENTIAL

```
 1   and -- and your testimony?                            02:40:31

 2        A.   I recall the discussion, generally.

 3        Q.   And you recall that -- that I

 4   specifically asked about friend permissions, right?

 5        A.   We had a number of discussions about        02:40:42

 6   friend permissions, yes.

 7        Q.   And I asked you to tell me all the

 8   reasons that Facebook decided to allow certain apps

 9   and partners to have access to friend permissions

10   after the transition to Graph API version 2, right?  02:40:51

11        Do you recall that?

12        A.   I recall a question of that nature.

13        Q.   Okay.  And you recall that you answered

14   that question?

15        A.   I recall answering a question of that        02:41:02

16   nature.

17        Q.   And at the end of the day -- and this --

18   and this is why I'm bringing this up -- you said

19   something -- and I just wanted to read to you what

20   you said and make sure I understand your testimony.   02:41:11

21        You explained that -- and I'm going to

22   quote here for -- for a minute.

23        "As I say, there are a number of

24   developers also whitelisted for continued access to

25   version 1 because of their use of other -- because    02:41:24
```

Page 223

1    of their -- because of them being affected by other          02:41:27

2    changes in the API between version 1 and

3    version 2."

4             Do you recall that testimony?

5        A.   That sounds reasonable, yes.                         02:41:36

6        Q.   And -- and before moving on, I just want

7    to make sure I -- I understand what you meant by

8    that.  So I'll give it a try and you can tell me if

9    I've got it right.

10            Some apps and partners were given                    02:41:48

11   whitelist access to friend permissions.  And we

12   talked about the reasons for that.  And others were

13   given whitelist access to other permissions that

14   were being deprecated, right?

15       A.   Not necessarily other permissions that               02:42:02

16   were being deprecated.

17       Q.   Okay.  Explain -- explain what -- what

18   you mean there.

19       A.   There were some other features of

20   Graph API version 2, where API version 2 differed        02:42:17

21   from version 1.

22            One of those changes, for example, was

23   the transition from canonical Facebook user IDs to

24   app-scoped user IDs.  A number of developers

25   had a -- had a challenge with that migration and         02:42:34

CONFIDENTIAL

```
 1    needed extra time.                                    02:42:37

 2         Q.   Okay.  And can you explain what -- what

 3    canonical IDs are and -- and hashed?

 4         A.   So when I say "canonical" Facebook user

 5    ID, that's the -- the Facebook user ID that          02:42:50

 6    uniquely represents a user in the Facebook

 7    database.  And it's the -- the same user ID that's

 8    used inside Facebook's internal systems and was the

 9    API -- the user ID that would have been admitted in

10    the original version of the Facebook developer      02:43:11

11    platform.

12              In version 2, there was a transition from

13    admitting canonical user IDs to committing -- to

14    admitting app-scoped user IDs.  The precise nature

15    in which that transition occurred is -- is -- is    02:43:28

16    relatively complicated.  I can go into in -- if you

17    need to.

18              But in simple terms, where in version 2

19    we might admit a user ID which was unique between

20    the specific user and the specific application,     02:43:47

21    that was making the API call.

22         Q.   Okay.  And what was the purpose of that

23    change?

24         A.   The purpose of that change was to make it

25    harder for developers to aggregate information      02:44:00
```

Veritext Legal Solutions
866 299-5127

```
1    across multiple Facebook application IDs and make        02:44:08

2    it easier where user IDs had been admitted to

3    identify which application they had been admitted

4    by.

5         Q.   Okay.  And why did Facebook want to make       02:44:21

6    that harder?

7              Why did Facebook want to make it harder

8    to aggregate ID information?

9         A.   My understanding is that there were a

10   number of concerns about applications being able         02:44:36

11   to, for example, ██████████████████████████

12   ████████████  for example, and the migration to

13   app-scoped user IDs made that harder.  So that's

14   one example.

15        Q.   And were privacy concerns -- Facebook          02:45:05

16   user privacy concerns another reason for that

17   change?

18        A.   One of the advantages of app-scoped user

19   IDs were admitted is that you could understand

20   which application had admitted them, and that might      02:45:21

21   make it easier to track if information was being

22   misused.

23        Q.   And was misuse of information, based upon

24   the aggregation of user IDs, a problem that

25   Facebook had identified with Graph API version 1?        02:45:38
```

Page 226

CONFIDENTIAL

```
 1          A.    One of the --                          02:45:45

 2                MR. BLUME:  Sorry.  I missed my mute

 3     button.

 4                I just object to scope.

 5                THE DEPONENT:  Yeah, I'm not aware of   02:45:56

 6     exactly what the -- the company's position on that

 7     is.

 8                From a personal capacity, I recall that

 9     the aggregation of user data or cross-applications

10     being a concern that was raised at the time.       02:46:12

11          Q.    (By Mr. Loeser)  One last thing to make

12     clear from your testimony on Monday.

13                I asked you -- and we had a obviously

14     lengthy discussion about whitelisting as a means of

15     providing access to publicly deprecated            02:46:26

16     permissions, right?

17          A.    We had a conversation about permissions

18     for sure.

19          Q.    And you'll also recall that I asked you

20     about private APIs with partners.                  02:46:35

21                Do you recall that?

22          A.    We had a number of discussions about

23     private APIs.

24          Q.    Okay.  And private APIs are APIs that are

25     made available to certain partners, but are not    02:46:46
```

Veritext Legal Solutions
866 299-5127

```
 1    publicly available; is that right?                02:46:49

 2         A.   I think a reasonable description of a

 3    private API is an API that's not available to -- to

 4    all developers and only available to some.

 5         Q.   And -- and some of the partners -- some   02:47:01

 6    of Facebook's partners, prior to the transition to

 7    Graph API version 2, already had private APIs with

 8    Facebook; is that right?

 9         A.   There are a number of partners that had

10    built experiences that would only be possible if    02:47:18

11    they had been granted access to -- to private APIs.

12         Q.   So your answer is "yes"?

13         A.   I -- I think it's -- there -- there were

14    entities -- third parties that had built

15    applications that re- -- would -- would have         02:47:39

16    required access to private APIs.

17         Q.   And -- and I don't mean to belabor the

18    point, but I'm trying to get to a "yes."

19              So I think you just answered

20    affirmatively.  Am I interpreting your question --   02:47:48

21    your answer correctly?

22         A.   Ask your question again so I can make

23    sure I am like -- I want to make sure I -- I --

24    I -- when I give a yes, I want to make sure I fully

25    agree with what you're -- you're asking me about.    02:48:00
```

Page 228

| | | |
|---|---|---|
| 1 | Q.   Sure. | 02:48:02 |
| 2 |      I asked you, some of Facebook's partners, | |
| 3 | prior to the transition to Graph API version 2, | |
| 4 | already had private APIs with Facebook; is that | |
| 5 | right? | 02:48:12 |
| 6 | A.   That's right. | |
| 7 | Q.   However, some partners that entered into | |
| 8 | or were provided access to private APIs, after the | |
| 9 | transition to Graph API version 2, did not | |
| 10 | previously have access to private APIs, right? | 02:48:24 |
| 11 |      MR. BLUME:  Objection.  Scope. | |
| 12 |      THE DEPONENT:  Yeah.  I -- I'm not sure | |
| 13 | I -- how -- how to answer that -- how to answer | |
| 14 | that question. | |
| 15 |      It's unclear as to the exact form of | 02:48:39 |
| 16 | scope you mean. | |
| 17 |      Can you -- can you ask it again so I can | |
| 18 | try and understand. | |
| 19 | Q.   (By Mr. Loeser)  Sure.  Sure. | |
| 20 |      I'm just trying to understand how private | 02:48:51 |
| 21 | APIs were used. | |
| 22 |      So you had some partners that already had | |
| 23 | them before the transition.  And you had some | |
| 24 | partners that, for the first time with the | |
| 25 | transition, were provided access to private APIs, | 02:48:59 |

Page 229

CONFIDENTIAL

```
 1    right?                                            02:49:03

 2        A.   One of the challenges in answering the --

 3    the question is that part of the transition from

 4    version 1 to version 2 is when something is

 5    publicly deprecated it becomes -- you might        02:49:16

 6    consider that to be a private API.

 7             And in order to continue accessing --

 8    accessing that feature for some time, they would be

 9    added to a whitelist that would give them access to

10    what would then be considered a private API.       02:49:36

11        Q.   Okay.  And that's exactly what I'm trying

12    to make sure the record is clear on.

13             So there were some partners that had

14    access to friend permissions, for example, under a

15    Graph API version 1 through the -- the permissions  02:49:51

16    that were publicly available, right?

17        A.   That's correct.

18        Q.   And then in the transition, those

19    publicly available -- publicly available

20    permissions were deprecated.  And in order for them 02:50:02

21    to continue having access to friend permissions,

22    they were able to obtain that access through --

23    through private APIs after the transition; is that

24    right?

25        A.   To be -- to be clear, there's a            02:50:19
```

```
 1    difference between private API and permissions      02:50:21

 2    different -- slightly different concepts.

 3              So in -- in the case that if an app

 4    wanted to continue to have access to a permission

 5    that had been publicly deprecated from -- or        02:50:39

 6    publicly removed from most other applications in

 7    order to continue accessing data under that

 8    permission or requesting that permission from

 9    users, after some time it would have had to be on

10    the whitelist.                                      02:50:58

11        Q.   Okay.  And so when you use the phrase

12    "whitelist," now, you're -- you're -- you're

13    referring to whitelist via a private API as well,

14    right?

15        A.   No.  I'm referring in this case in -- in   02:51:10

16    my definition of whitelisting -- my use of

17    whitelisting in this case refers to an application

18    being added to a whitelist in the form of a

19    capability or some other internal gating system.

20        Q.   Okay.  So if you were going to create a    02:51:28

21    list of all of the partners -- Facebook partners

22    that had private APIs, would you consider all of

23    the partners who obtained access to publicly

24    deprecated permissions as having been whitelisted?

25        A.   In order to access publicly deprecated     02:51:52
```

Page 231

```
 1    APIs or permissions, once they had been publicly        02:51:55

 2    deprecated, a developer would need to be on a

 3    whitelist.

 4         Q.   And -- and I don't want you to repeat

 5    your earlier testimony.  I just want you to confirm      02:52:10

 6    that you have told me all the reasons that Facebook

 7    decided to allow certain partners to obtain friend

 8    data after the transition to Graph API version 2,

 9    via private APIs.

10         A.   Sorry.  Can you just repeat the question       02:52:24

11    again.

12         Q.   Sure.

13              I just want to make sure the record's

14    clear.  I asked you a lot of questions about the

15    reasons why Facebook decided to continue allowing        02:52:30

16    access to deprecated permissions, including friend

17    sharing.

18              And -- and now we've established that one

19    of the ways that partners obtained access to

20    previously publicly available permissions was           02:52:45

21    through private APIs, right?

22         A.   No.  The way that the developers'

23    applications would have retained access to

24    previously publicly available permissions would

25    have been to be on a whitelist.                         02:53:03
```

```
1        Q.   Okay.  And those -- and some of those        02:53:05

2    partners obtained those permissions via private

3    APIs, right?

4        A.   Developers obtained permissions from

5    users.  Users get the ability to grant permissions   02:53:16

6    to an app.

7        Q.   Right.

8             Well, frequently Facebook refers to

9    permissions as the -- the access to certain types

10   of information made available by Facebook to third   02:53:28

11   parties, right?

12       A.   The way permissions were --

13            (Simultaneously speaking.)

14       Q.   (By Mr. Loeser)  The friend permissions.

15            Yeah, I understand, but...                   02:53:37

16       A.   So friend permi- -- permissions are a

17   concept in the Facebook developer platform.  And

18   the way that permissions work is that users grant

19   those permissions to applications.  Face- --

20   Facebook does not grant those permissions to         02:53:48

21   applications on a user basis.  Users grant those

22   permissions.

23       Q.   Facebook makes available -- it's up to

24   Facebook what APIs are available to third parties,

25   right?                                                02:54:00
```

Page 233

CONFIDENTIAL

```
 1              Before the third party can ask for the       02:54:00

 2    permission from the user, Facebook decides what

 3    APIs are potentially available to the developer,

 4    right?

 5         A.   Facebook builds the -- the discussion in     02:54:11

 6    this matter is that Facebook developer platform is

 7    built by Facebook and, therefore, Facebook would

 8    decide how that platform functioned.

 9         Q.   Okay.  And, again, I'm just trying to

10    make sure the record is complete on the reasons why   02:54:23

11    Facebook provided access to publicly deprecated

12    permissions to partners.

13              You understand that, right?

14         A.   I understand.

15         Q.   And we're having a struggle -- sorry.        02:54:34

16              Go ahead.

17         A.   No, go.

18         Q.   We're having a bit of a struggle over how

19    to properly use the phrase "private APIs" in a

20    sentence.  And -- and I just want to make sure that   02:54:44

21    with respect to private APIs, you have told me all

22    the reasons why a private API would be made

23    available to any Facebook partner in the

24    transition.

25         A.   I'm not -- the -- the question -- the --     02:55:05
```

CONFIDENTIAL

```
 1    my recollection of the question you asked me          02:55:08

 2    previously was around the reasons for apps to

 3    access the friend permissions after the friend

 4    permissions had been deprecated publicly.

 5            And my understanding, having read many        02:55:23

 6    documents on this topic and spoken to the people

 7    involved at the time, and my own recollection, is

 8    that nobody has been able to explain to me any

 9    other reason why an app would have been given an

10    extension to request a friend permissions.           02:55:46

11        Q.   Just for a minute I'm -- I'm going to

12    look at your notes.  And, again, your -- your

13    counsel provided us with the notes that you

14    prepared and they've been marked as an exhibit.

15            Did you personally draft these notes?        02:56:08

16        A.   Which exhibit are we referring to

17    specifically?

18        Q.   Exhibit 335.

19        A.   Yeah, I personally drafted these notes.

20        Q.   And one of the topics in your notes, on      02:56:30

21    the first page you have "Evolution of platform

22    timeline."

23            Do you see that?

24        A.   I see that.

25        Q.   And you refer to -- you have a bullet for     02:56:53
```

1    "Granular permissions."                                    02:56:54

2           Do you see that?

3       A.   I do see that.

4       Q.   And so according to your notes, these

5    granular permissions started in 2010, correct?           02:57:01

6       A.   That's my understanding of when the

7    granular permissions were launched.

8       Q.   And so before granular permissions, did

9    app users -- or did apps get access to friend data

10   without needing to obtain authorization from the         02:57:17

11   user via the granular permissions?

12      A.   The way the original authentication model

13   worked was that a user still had to make a decision

14   to grant an app access to their information.  But

15   after doing so, the app had access to many of the        02:57:43

16   things that the Facebook user could have seen on

17   Facebook which may have included friends

18   information.

19      Q.   Okay.  And so what granular permissions

20   introduced was the requirement that the -- that the      02:57:58

21   app request express permission for the different

22   types of data that the app could access from the

23   user, including friend data, right?

24      A.   Granular permissions was -- was seen as a

25   significant step forward in privacy by requiring         02:58:15

```
 1    developers to specify which subset of a user's        02:58:20

 2    Facebook information the user would grant to the

 3    application.

 4         Q.   Okay.  And, again, so the record is

 5    clear, prior to the introduction of granular          02:58:33

 6    permissions, apps did not have to ask users for

 7    express permission to access friend data, correct?

 8         A.   Apps had to access -- ask users for

 9    express permission to access any of the user or

10    their friends' information.                           02:58:51

11              So I want to be super clear.  That is

12    always and always was a user opt-in step.

13         Q.   However, prior to granular permissions,

14    there was not a requirement for the app to ask

15    expressly for permissions to access friend data, in   02:59:05

16    particular, right?

17         A.   There was not a permission model in place

18    at that time that required an app developer to

19    explicitly request access to friend data.

20         Q.   If you look at the next bullet in your      02:59:24

21    notes you state, "Facebook's ██████████████

22    revealed that each ████████████████████ requested

23    in a ████████████████████ resulted in a

24    roughly ██████████████████████████████."

25              Can you -- did I read that correctly?       02:59:40
```

Page 237

```
 1        A.    I think you read that correctly, yeah.      02:59:42

 2        Q.    Okay.  Can you explain what that means?

 3        A.    So in the transition to granular

 4   permissions, developers were required to request

 5   specific permissions from users when authorizing      03:00:00

 6   their application.  And developers had a number of

 7   permissions to choose from or to select from.

 8              And this quote is taken from a

 9   document -- an internal document that -- I think --

10   potentially an external document.  I don't recall     03:00:19

11   the source of this quote -- that directionally

12   means that the more permissions that an app

13   requested, the fewer people, on average, would

14   authorize the application in the granular data

15   permissions dialogue.                                 03:00:37

16        Q.    And so -- so when users are asked

17   specifically by an app for permission to obtain

18   particular information, ██████████ of the time,

19   according to this source, the user said no?

20        A.    No, that's not what it -- it means.        03:00:59

21              Best illustrated with an example for

22   clarity, I think.

23              Let's imagine an application called

24   Simon's Food app.  And Simon's Food app would like

25   to access -- would like a user to use it.  And as     03:01:19
```

Page 238

CONFIDENTIAL

```
 1    part of that, it would like access to some of that      03:01:25

 2    user's information.

 3            In -- in this hypothetical example, if

 4    the app requested, let's say, two permissions from

 5    the user, then the conversion rate, i.e., the          03:01:42

 6    percentage of people who were asked for permission

 7    and granted it, might be 70 percent.

 8            On average, if the app asked for three

 9    permissions instead of two, the conversion rate,

10    again, on average, might be 67 percent.               03:01:59

11        Q.   Okay.  Understood.

12            And so are there -- is there variation,

13    depending upon what specific permission is being

14    requested?

15        A.   I haven't prepared a company response to     03:02:18

16    that.

17            From a personal recollection level, I can

18    recall seeing analysis that analyzed conversion

19    rate by permission, based on different types of

20    permission.                                           03:02:37

21        Q.   And have you seen an analysis of the

22    conversion rate when the permission being requested

23    is friend permission?

24        A.   Again, on -- on a personal capacity, I --

25    I don't recall the details of -- of what that         03:02:50
```

Page 239

```
 1    analysis was.  I wouldn't want to speculate what it      03:02:56

 2    is from my memory.  Like that -- that would have

 3    been a document that I haven't seen for many years.

 4         Q.   And -- and does Facebook believe that,

 5    depending upon on how the permission is phrased,          03:03:07

 6    meaning what words are used, the conversion rate

 7    would be affected?

 8              MR. BLUME:  Objection.  Scope.

 9              THE DEPONENT:  I haven't prepared a -- a

10    company answer on that.  And I -- I haven't              03:03:23

11    reviewed documents that -- in preparation for this

12    that would allow me -- allow me to answer that

13    question on behalf of the company.

14              Again, on a -- on a personal level, I

15    can't -- I can't recall analysis about the --           03:03:39

16    the -- the wording or the framing of the -- the

17    permissions in the dialogue.

18              So I -- I don't -- I don't recall seeing

19    analysis like that.  It's possible it was done, but

20    I -- I wouldn't want to confirm something I don't        03:03:58

21    recall specifically.

22         Q.   (By Mr. Loeser)  Now, just the last

23    question on your notes here.

24              If you turn to the next page, there's a

25    heading "Wind-down timeline."                            03:04:13
```

                                                    Page 240

CONFIDENTIAL

| 1 | And can you read the second bullet that | 03:04:17 |

2  you have under that heading?

3      A.   "There was an effort from Oct 2019 to

4  Jan 2020 to ensure all access was removed for

5  integrated partners and other                        03:04:31

6  previously-whitelisted apps."

7      Q.   And -- and what was the -- what prompted

8  this effort?

9      A.   I actually think I might be -- I may have

10  been confused when I -- when I wrote this.          03:04:48

11          I -- I don't -- I -- I don't think there

12  was an effort from October 29 [sic] to January 2020

13  to ensure all access was removed for integration

14  partners and other previously whitelisted apps.

15          So I think I -- I was mistaken with this   03:05:03

16  bullet.

17      Q.   And are you mistaken -- mistaken about

18  the time frame or you believe there never was an

19  effort to remove -- to remove access for

20  integration partners and previously whitelisted     03:05:18

21  apps?

22      A.   There was an effort to ensure all access

23  was removed for integration partners and other

24  previously whitelisted apps.  My understanding is

25  that process happened in 2018.                       03:05:31

Page 241

```
 1        Q.   And when did that process complete?        03:05:35

 2        A.   The -- the -- I think -- my understanding

 3   is that the -- the majority of that process --

 4   the -- the bulk of that process completed in

 5   June 2018.                                           03:05:51

 6        Q.   And was there some part of that process

 7   that continued after that?

 8        A.   There's a developer blog post on July --

 9   in July 2019, which refers to another few

10   applications that were later discovered and then    03:06:15

11   removed.

12        Q.   So you educated yourself on this topic

13   through a publicly available developer's post; is

14   that what you're saying?

15        A.   That's one of the ways I educated          03:06:30

16   yourself.

17        Q.   Okay.  And there were other ways as well,

18   right?

19        A.   As we discussed, I have spoken to many of

20   the people involved at the time and -- and read     03:06:38

21   many internal documents on the matter.

22             MR. LOESER:  Okay.  And -- all right.

23   Well, we can move on.  Thank you for that.  And --

24   and start going through some more exhibits.

25   /////
```

Page 242

```
 1              MR. LOESER:  We're going to put up what        03:06:55

 2   has been previously marked as Exhibit 5.  It's tab

 3   11 in our binder, Mr. Cross.

 4        Q.   (By Mr. Loeser)  Let me know when you see

 5   the document.                                            03:07:42

 6        A.   Would you mind -- I can see the document,

 7   but it's -- it's very small.

 8              Would you -- would you -- would you mind

 9   blowing it up.

10              (Discussion off the stenographic record.)    03:08:01

11              MR. LOESER:  Okay.

12              THE DEPONENT:  Thank you, Adele.

13        Q.   (By Mr. Loeser)  You should be looking at

14   what's previously been marked as Exhibit 5, which

15   is an email -- I'm not going to try and say this        03:08:14

16   name -- let's just -- can you say that name of the

17   author?

18        A.   Constantin Koukouzelis.

19        Q.   Okay.  We'll call him CK.  Not to be

20   confused with -- with KP, if that's okay with you.      03:08:26

21        A.   That's fine with me.

22        Q.   Is that okay?

23              Okay.  And this is an email from CK to

24   Vishu Gupta and Doug Purdy, George Lee,

25   Vladimir Fedorov, and the subject is "Re: platform      03:08:41
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    3.0 2nd rev."                                      03:08:47

 2           Do you see that?

 3       A.   I see that.

 4       Q.   And this is dated August 16th, 2013.

 5           Do you see that?                            03:08:59

 6       A.   I see that.

 7       Q.   And the attachment to this doc indicates

 8    "Platform 3.0.docx."

 9           Do you see that?

10       A.   I see that.                               03:09:11

11       Q.   So CK is circulating a document that is a

12    platform 3.0 -- it looks like Word file, right?

13       A.   Docx typically refers to a Word file,

14    yes.

15           MR. LOESER:  Okay.  We can put that         03:09:46

16    aside, and we're going to look at the attachment to

17    that document which has previously been marked

18    Exhibit 6.

19           MR. BLUME:  Derek, are these marked as

20    exhibits to Mr. Cross's deposition numbers?         03:10:12

21           I'm -- I'm just not seeing them in the

22    Veritext Exhibit Share.

23           MR. LOESER:  These are -- we're just

24    numbering in sequence through the case.  And so

25    this was the -- just Exhibit 6.  It was in the      03:10:26
```

1    Chang deposition, but I don't think that has          03:10:32

2    anything to do with how they're being marked.

3           MR. BLUME:  Okay.  And so it will go in

4    as the same exhibit number here.

5           MR. LOESER:  Right.                            03:10:42

6       Q.   (By Mr. Loeser)  So Mr. Cross, can you

7    see Exhibit 6 yet?

8       A.   Not yet.

9       Q.   And while we're waiting for that to load,

10   you're not communicating with anyone via text or      03:11:04

11   email, or anything, during the course of this

12   deposition, are you?

13      A.   I am not.

14      Q.   Okay.  Thank you.

15           All right.  So now do you see Exhibit 6?      03:11:17

16      A.   I do.

17      Q.   And this -- does this appear to be a Word

18   document with the heading "Platform 3.0"?

19      A.   It does.

20      Q.   Okay.  And I'll just state for the            03:11:26

21   record, this is the document that was attached to

22   the prior exhibit email that we identified.

23           And what is platform 3.0?

24      A.   Platform 3.0 refers -- is one of the

25   internal working titles for the set of changes that   03:11:47

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    were ultimately announced on April the 30th, 2014.        03:11:50

 2         Q.   And can you read the third paragraph

 3    of -- of this -- this document for the record?

 4         A.   I can.

 5              "After a lot of consideration we've" --          03:12:07

 6    and before I do, I assume it will be marked in the

 7    record that I'm reading something rather than

 8    saying something.

 9              Can I just get a nod from the court

10    reporter?                                                  03:12:21

11              THE COURT REPORTER:   (Nod.)

12         Q.   (By Mr. Loeser)  Yes.  It'll say "witness

13    reading."

14         A.   Thank you.  Okay.  Good.  Thank you.

15              "After a lot of consideration we've            03:12:28

16    decided to make some changes to the Facebook

17    platform to act on this feedback.  This is not a

18    decision we've taken lightly and some of these

19    changes will be painful for our developers in the

20    short term.  However, in the process of providing        03:12:40

21    users with the control they want" or need --

22    "/ need we are working towards a shared goal of

23    greater engagement and long term health of the

24    ecosystem that will mutually benefit both users and

25    our developers."                                          03:12:53
```

Page 246

1          Q.   And -- and Mr. Cross, is that an accurate          03:12:56

2    statement of the reasons for the introduction of

3    platform 3.0?

4          A.   This is a document, as I understand it,

5    prepared nearly -- nearly nine months before the          03:13:09

6    changes were ultimately announced.  I don't think

7    I -- it's appropriate to confirm that this is an

8    accurate representation of the reasons.

9          Q.   Okay.  And was it Facebook's position

10   and -- well, let me read one part of this and you          03:13:36

11   tell me if this is, in fact, what Facebook's

12   motivation was.

13          It says "However, in the process of

14   providing users with the control they want / need

15   we are working towards a shared goal of greater          03:13:52

16   engagement and long term health of the ecosystem

17   that will mutually benefit both users and our

18   developers."

19          What is the reference to "providing users

20   with the control they want"?          03:14:03

21          Do you know what that refers to and how

22   the changes provided that control?

23          A.   My understanding --

24          MR. BLUME:  Where -- I'm sorry.  Is

25   that -- I'm not seeing that on my screen, what          03:14:14

                                                    Page 247

1    you're reading, Derek.                          03:14:17

2          MR. LOESER:  It was in the paragraph that

3    Mr. Cross read.  Third paragraph.

4          MR. BLUME:  Okay.  Thank you.

5          THE DEPONENT:  My understanding is that    03:14:28

6    that refers to the changes that were made to the

7    Facebook platform login dialogue as -- as of

8    April 30th, 2015, for new apps that allowed users

9    to decline to grant certain permissions that the

10   app had requested from them.                    03:14:51

11       Q.   (By Mr. Loeser)  Okay.  Let's go to the

12   next page of this memo.  There's a heading

13   "Breaking Changes."

14          And before getting into the substance of

15   this, can you explain what breaking changes are?  03:15:11

16       A.   Typically, breaking changes means when

17   some behavior of the platform is changed that would

18   require developers to write code to prevent broken

19   experiences or integrations.

20       Q.   And then underneath the "Breaking        03:15:36

21   Changes" heading, you see a subheading, "Deprecate

22   friend permissions."

23          Do you see that?

24       A.   I do see that.

25       Q.   And could you read the paragraph under   03:15:45

Page 248

```
 1    that heading, for the record.                    03:15:46

 2           And I'll note so -- so the court reporter

 3    doesn't even have to, that you are going to now be

 4    reading a paragraph that is in this presentation

 5    prepared by Facebook.                             03:15:55

 6           A.   Thank you.

 7           "We are removing the ability for users to

 8    share data that belongs to their friends, who have

 9    not installed the app.  Our philosophy is that

10    users should be empowered to share their data with  03:16:04

11    an app when they have expressed intent.  Users

12    should not be able to act as a proxy to access

13    personal information about friends that have not

14    expressed any intent in using the app.  Apps can

15    still power great, meaningful social experiences   03:16:19

16    for their users and prompt a user to invite their

17    friends to participate in the experience.  Once a

18    friend has installed the app, they can determine

19    how much information they are willing to share at

20    their discretion."                                03:16:33

21           Q.   Thank you.

22           So based upon this explanation, fair to

23    say that the idea behind removing friend

24    permissions was to make sure that users are

25    "empowered to share their data with an app when    03:16:44
```

1    they have expressed intent," right?                    03:16:47

2        A.   That was one of the -- that was seen at

3    the time to be one of the -- the reasons for

4    deprecating the friend permissions, yes.

5        Q.   And Facebook decided that "users should     03:17:06

6    not be able to act as a proxy to access personal

7    information about friends that have not expressed

8    any intent in using the app," right?

9        A.   I think it's important to remind

10   ourselves of the context of this document.             03:17:22

11            This document is being written by a

12   product manager as a -- in my understanding, a

13   potential narrative to explain some of the changes,

14   which at that time were being proposed.

15       Q.   And, sir, as we saw in this document, was    03:17:50

16   it not the case that Facebook decided that users

17   should not be able to act as a proxy to access

18   personal information about friends that have not

19   expressed an intent in using the app?

20       A.   This is not Facebook's language.  This is    03:18:05

21   language written by a product manager on the team,

22   who was involved in preparing and planning these

23   changes.

24       Q.   So are you saying that this product

25   manager was intending to misrepresent the reason      03:18:21

                                                    Page 250

CONFIDENTIAL

```
  1     for the changes?                              03:18:23

  2             THE COURT REPORTER:  Wait, Mr. Blume.  I

  3     didn't hear you.

  4             MR. BLUME:  Sorry.  Objection to form.

  5             THE DEPONENT:  I'm not suggesting that    03:18:33

  6     this product manager was -- was misrepresenting

  7     Facebook's opinion, just that this represents a --

  8     the view, as held by that product's manager at the

  9     time, as they wrote this document.

 10        Q.   (By Mr. Loeser)  And did Facebook have a   03:18:50

 11     different view?

 12             MR. BLUME:  Objection.  Scope.

 13             THE DEPONENT:  It's hard for me to --

 14     yeah -- answer that, like does Facebook -- yeah, at

 15     the Facebook level.                           03:19:05

 16             My personal understanding is that this is

 17     broadly aligned with the direction as evidenced by

 18     the friend permissions being deprecated some nine

 19     months later.

 20        Q.   (By Mr. Loeser)  Okay.  And so the way to   03:19:20

 21     stop users from -- from providing access to their

 22     friend's personal information to apps the friends

 23     did not want to share was to deprecate friend

 24     permissions, right?

 25        A.   It was seen that deprecating the friend     03:19:34
```

Page 251

CONFIDENTIAL

```
 1    permissions would give users -- would -- would give        03:19:36

 2    people -- would make it less likely that users

 3    would share friends information -- friends content

 4    with a third-party application.

 5         Q.    Okay.  If we can move down to the heading        03:20:00

 6    on the next page that says "Deprecate read_stream

 7    permissions."

 8              And to give you a break on your reading,

 9    I'll read this one myself and -- and note that I'm

10    reading from this document.                               03:20:21

11              Under the heading "Deprecate read_stream

12    permission," this document states "We will be

13    deprecating the ability for developers to request

14    access to a users news feed.  This is an extremely

15    ██████████████████████████████████████████               03:20:34

16    █████████████        User's are often unclear how this

17    information is used and unaware of exactly how much

18    information they are releasing to apps.  There is

19    no good way to make this functionality work with

20    our enhanced focus on user trust and we will be           03:20:48

21    removing it in the upcoming months."

22              Did I read that correctly?

23         A.    Yeah, I think you read that correctly.

24         Q.    And we talked a bit about read stream

25    permission, but -- but -- so the record is clear,         03:20:59
```

Page 252

CONFIDENTIAL

```
 1    what -- what is read stream permission?              03:21:02

 2         A.   The read stream permission allowed --

 3    when a user granted it to an application, allowed

 4    an app to read that user's newsfeed.

 5         Q.   And this states that this is an            03:21:24

 6    "extremely ███████████████████████████████

 7    ███████████████████████

 8              Does Facebook agree with that statement?

 9              MR. BLUME:  Objection.  Scope.

10              THE DEPONENT:  I don't -- I don't feel     03:21:38

11    qualified to -- to give Facebook's position on it.

12              My personal view is that it was an API

13    that allowed apps -- apps to access a user's

14    friends information, the posts and comments -- the

15    posts on their newsfeed and -- and that was         03:21:59

16    considered similarly to the friend permissions we

17    discussed above.

18         Q.   (By Mr. Loeser)  And so in the transition

19    to platform 3.0, the decision was made by Facebook

20    to deprecate read permissions as well, right?       03:22:19

21         A.   My understanding is that the read stream

22    permission was not deprecated in version 2, and it

23    was instead gated by app review.

24         Q.   And that means that when an app wanted to

25    access the read stream permission, they asked       03:22:43
```

Page 253

1    Facebook if they could have access to that           03:22:47

2    permission?

3        A.   The way app review worked was developers

4    had to request permission from Facebook to request

5    the permission from users.                            03:22:59

6        Q.   And how does that provide the user with

7    information on how the read stream permission data

8    is used?

9             MR. BLUME:  Objection.  Scope.

10            THE DEPONENT:  Sorry.  Yeah.  I'm not        03:23:15

11   sure how to -- how to answer that question.

12            How -- how does what provide the

13   information to the user?

14       Q.   (By Mr. Loeser)  Well, that -- the

15   gatekeeping.  Because this states that a concern      03:23:22

16   was users are often unclear how this information is

17   used, and I'm wondering how the solution Facebook

18   implemented satisfied that concern?

19            MR. BLUME:  Objection.  Beyond the scope.

20            THE DEPONENT:  I think -- again, like        03:23:40

21   what we're reading here is a product manager's view

22   at a time.  And Facebook's ultimate decision was

23   that the read stream would remain available behind

24   app review and the experience of granting read

25   stream in an application would remain unchanged.      03:24:03

                                              Page 254

1        Q.   (By Mr. Loeser)  Okay.  So when this          03:24:06

2    developer says "There is no good way to make this

3    functionality work with our enhanced focus on user

4    trust," Facebook decided to, nonetheless, continue

5    to provide read stream permission, but with a --      03:24:16

6    with a gatekeeper added?

7             MR. BLUME:  Objection.  Form.  And scope.

8             THE DEPONENT:  Yeah.  Not with a -- a

9    gatekeeper, if we're referring to the specific

10   internal tool.                                         03:24:34

11            I got to go back to what my -- my

12   understanding of what was ultimately launched in

13   April 2014, is that permission remained technically

14   publicly available but was gated behind app review.

15            That's -- that's -- that's my                 03:24:55

16   understanding from -- as what happened.

17            In a personal capacity, my understanding

18   is that -- actually, I -- I don't want to

19   speculate.  Because like I -- I'm not -- I -- yeah,

20   I don't want to speculate as to exactly how that      03:25:12

21   permission was subsequently granted to

22   applications.

23       Q.   (By Mr. Loeser)  Okay.  So even though

24   the developer that wrote this memo concluded "There

25   is no good way to make this functionality work with   03:25:26

                                                    Page 255

1    our enhanced focus on user trust," Facebook made          03:25:29

2    the decision to continue to allow use by the

3    developers of read stream permission, correct?

4         A.   No.  First of all, it's a product manager

5    writing this, not -- not a developer.  It's          03:25:44

6    important to clarify.

7              And my -- my point is that the -- the

8    permission remained publicly available as it was

9    documented on the developer website in version 2,

10   but only approved applications could request that          03:25:58

11   permission from users.

12        Q.   And the product manager that wrote this

13   memo, according to the cover email, is CK, right?

14        A.   Constantin Koukouzelis, yes.  CK.

15        Q.   And is Constantin -- sorry.          03:26:20

16             Is Constantin still employed by Facebook?

17        A.   I do not know if Constantin is still

18   employed by Facebook.

19             MR. LOESER:  Okay.  We can go to the next

20   exhibit, which has previously been marked          03:26:44

21   Exhibit 7.

22             THE DEPONENT:  Actually, I want -- while

23   we're there, I do want to add something.

24             My understanding is that the read stream

25   permission was then deprecated in a subsequent          03:27:05

CONFIDENTIAL

```
1    version of the Graph API after version 2.          03:27:10

2         Q.   (By Mr. Loeser)  And -- and when did that

3    occur, Mr. Cross?

4         A.   I don't have the date at hand.  But it

5    would have been publicly documented on the Facebook   03:27:26

6    developer website.

7         Q.   And is that something that just came to

8    your mind, or did you -- did you just read

9    something?

10        How did you recall that?                         03:27:35

11        A.   I recalled it as we were talking.  You

12   didn't ask me specifically about what happened next

13   with read stream.  So I didn't consider it in my

14   answers at the time.

15        But on balance, I think important to note        03:27:51

16   that that permission was removed very soon after

17   the launch of API version 2.

18        Q.   And -- and why did Facebook remove that

19   permission?

20        A.   My understanding is that very few apps,     03:28:09

21   if any, had met the criteria to be granted it.

22        Q.   And -- and why would that be?

23             MR. BLUME:  Objection.  Scope.

24             THE DEPONENT:  I can't specify exactly

25   why no applications met the criteria.                 03:28:33
```

Veritext Legal Solutions
866 299-5127

```
 1          Q.   (By Mr. Loeser)  And Mr. Cross, didn't          03:28:45

 2    user posts and user photos provide similar

 3    information as read stream?

 4          A.   No.

 5          Q.   And why not?                                    03:29:00

 6               MR. BLUME:  Objection.  Scope.

 7               THE DEPONENT:  Why not or how not?

 8               Sorry, Rob, go -- I didn't hear your

 9    objection.

10               MR. BLUME:  Scope objection.                    03:29:11

11          Q.   (By Mr. Loeser)  Yeah.  How -- how not is

12    a better question.

13               Thank you for posing it.

14          A.   The user -- I think the -- the two ones

15    you gave were user photos and user likes; is that          03:29:22

16    right?

17          Q.   User posts.

18          A.   User posts.

19               User posts and user likes allowed an app,

20    with permission, to access the authenticating             03:29:30

21    user's likes and their posts.

22               Read stream allowed an application, if

23    granted, to access the authenticating user's

24    newsfeed, which is typically made up of posts,

25    videos, photos, et cetera, made by that user's            03:29:52
```

Page 258

CONFIDENTIAL

```
 1    friends or pages they have liked.                    03:29:58

 2         Q.   Okay.  So back to our exhibit,

 3    Exhibit 7 -- previously marked Exhibit 7.

 4              Do you see that in front of you?

 5         A.   I do.                                       03:30:12

 6         Q.   And for the record, this is an email from

 7    KP to Ime Archibong, Jackie Chang, with cc to

 8    Chris Daniels and to yourself.

 9              "Subject: Re: T0/Special Cases for P3

10    consideration," and attachment is noted, "All apps    03:30:30

11    with friend permissions.xlsx."

12              Do you see that?

13         A.   I do see that.

14         Q.   This is a string that goes on for a

15    couple of pages.                                      03:30:43

16              And why don't you take a minute just

17    to -- to review it.  I do have some questions that

18    walk through the string.  So it's worth having you

19    take a look for context.

20         A.   Yeah, of course.                            03:30:56

21              Would you mind popping it into the

22    Veritext system so I can scroll on my own?

23    Otherwise we can do it on the Zoom.  It just made

24    be more efficient.

25         Q.   It -- it should be there in the folder.     03:31:13
```

Page 259

1      A.   I'm looking at the marked exclamation --        03:31:14

2  bang bang -- marked exhibits folder, which is, I

3  think, where I'm supposed to be.  I don't see the

4  exhibit there.

5           Maybe I'm supposed to be somewhere else?       03:31:24

6      Q.   Yeah.  Is there a Day 2 folder that

7  you're looking at?

8      A.   I don't see a Day 2 folder.

9           MR. LOESER:  Why don't we go off the

10 record for a second.                                      03:31:33

11          THE VIDEOGRAPHER:  Okay.  We're off the

12 record.  It's 3:31 p.m.

13          (Recess taken.)

14          THE VIDEOGRAPHER:  We're back on the

15 record.  It's 3:46 p.m.                                   03:46:21

16     Q.   (By Mr. Loeser)  Mr. Cross, did you have

17 a chance to look through the email string that is

18 identified as Exhibit 7?

19     A.   I didn't look through it, no.

20          Let me -- let me do it now.                      03:46:39

21          I have it in the document now.

22     Q.   Okay.  And just to maybe orient you, the

23 string starts with an email from Jackie Chang on

24 August 21st, 2013, at the end of the string.

25     A.   Okay.  I've scanned through the document.         03:47:31

                                                       Page 260

1        Q.   Okay.  And so if you go back to the first      03:47:33

2    page of the document, there's a number of people

3    identified here.  One is KP, and we've talked a bit

4    about him.

5            But -- but what his -- what was his            03:47:46

6    position, if you know, at this time at Facebook?

7        A.   I wouldn't want to give like a perfectly

8    authoritative answer.

9            My understanding is he was a strategic

10   partner manager.                                        03:47:59

11       Q.   Okay.  And what -- and what about

12   Ime Archibong?

13       A.   Again, I don't want to be -- don't have

14   an authoritative answer to his job title at the

15   time.  But my understanding is he was the manager       03:48:09

16   of the strategic partnerships team.

17       Q.   Okay.  And Jackie Chang?

18       A.   Similarly, I'm sure I have the

19   authoritative answer, but my understanding is she

20   was a strategic partner manager on the strategic --     03:48:26

21   on the platform partnerships team.

22       Q.   And Chris Daniels?

23       A.   Chris Daniels, again, don't want to give

24   an authoritative answer.

25           My recollection, though, is that he was        03:48:40

                                                     Page 261

1    the head of business development.                    03:48:41

2        Q.   Okay.  So now if we go to the -- the

3    beginning of the string, if you look at the email

4    that Jackie Chang wrote to Ime and Chris.

5            Do you see that towards the bottom of the    03:48:58

6    string?

7        A.   I do.

8        Q.   And the -- the subject line isn't evident

9    on that.  But if you go up to the email above that

10   from Ime, the subject is "Re: T0/Special Cases for   03:49:12

11   P3 consideration."

12           What is -- do you know what T0 refers to

13   here?

14       A.   T0 refers to some partner classification

15   that -- that seems to have been in use at the time.  03:49:29

16       Q.   Okay.  And having looked through this

17   email, this is a discussion of the changes to the

18   Facebook platform that would deprecate certain

19   APIs, including friend permissions; is that right?

20           MR. DAVIS:  Objection.  Form.               03:49:53

21           THE DEPONENT:  My understanding is this

22   is an email thread discussing potential impact of

23   the -- several changes to the API that were being

24   considered at the -- at the time this email

25   being written.                                      03:50:12

                                                         Page 262

| | | |
|---|---|---|
| 1 | Q.   (By Mr. Loeser)  Okay.  And looking at | 03:50:13 |
| 2 | the Jackie Chang's message, at the beginning of | |
| 3 | this thread, she states "Working with KP to further | |
| 4 | synthesize P3 impact by breaking out T0 partners | |
| 5 | with non-standard agreements and specific | 03:50:26 |
| 6 | categories of impact that we should address.  KP is | |
| 7 | working on the pulling the same analysis of the | |
| 8 | friend data, but we're also working in parallel to | |
| 9 | parse out key partnerships/scenarios that we should | |
| 10 | be solving for." | 03:50:38 |
| 11 | Do you see that? | |
| 12 | A.   I see that. | |
| 13 | Q.   So what Jackie Chang is sorting out here | |
| 14 | is, among other things, which partners would lose | |
| 15 | access to friend permissions and which ones would | 03:50:50 |
| 16 | not, right? | |
| 17 | A.   Jackie Chang is not making any decisions | |
| 18 | in this email.  What you see here is a conversation | |
| 19 | between a number of people on the partnerships team | |
| 20 | attempting to react to a set of potential changes | 03:51:09 |
| 21 | and how they might impact the partner ecosystem. | |
| 22 | Q.   Okay.  And Jackie Chang is -- is helping | |
| 23 | to develop a format for how to decide which | |
| 24 | partners would have access to friend data, for | |
| 25 | example, and which ones would not, right? | 03:51:28 |

Page 263

```
 1          MR. DAVIS:  Objection.  Form.                03:51:36

 2          THE DEPONENT:  This is a group of people

 3   attempting to put together their -- their best

 4   guess at a framework.  But there's nothing that

 5   indicates that this was what was ultimately         03:51:49

 6   implemented.

 7      Q.  (By Mr. Loeser)  Okay.  And -- by the

 8   way, if you -- in this document, did you see that

 9   link there, https, and then there's a long URL?

10      A.  I do.                                        03:52:06

11      Q.  Okay.  How -- how would that work?  If

12   someone sent you this email at Facebook, is -- is

13   that -- if there's a link in a document, it would

14   be something you could click on and you'd then see

15   the document?                                       03:52:18

16      A.  My understanding is that this is a --

17   some form of online document system, yes.

18      Q.  So in -- in Ms. Chang's email to Ime and

19   Chris, she provides a -- some recommendations for

20   how to bucket different partners in this analysis;  03:52:41

21   is that right?

22      A.  It's hard to confirm what she -- what

23   she's doing here without seeing the original

24   document.

25          She's referring to -- to tabs, for sure.    03:53:00
```

Page 264

1    But hard to know what -- what was on those tabs and        03:53:03

2    how that relates to what's in the email.

3        Q.   So to fully understand this document, you

4    would need the document that is hyperlinked in this

5    email; is that what you're saying?                         03:53:14

6             MR. DAVIS:  Object to the form.

7             THE DEPONENT:  There's references in the

8    email to information in -- in -- in a document,

9    which I don't have the ability to see as of now.

10       Q.   (By Mr. Loeser)  And would it help you            03:53:31

11   understand the context of this email, if you had

12   the ability to see that document?

13            MR. DAVIS:  Object to the form.

14            THE DEPONENT:  Potentially --

15   potentially.  It would depend on the contents of --        03:53:42

16   of the -- the document.  But it also depends on

17   the -- the question you're asking.

18       Q.   (By Mr. Loeser)  And do you recall

19   Ms. Chang being involved in this process of coming

20   up with a format to bucket different groups of             03:53:59

21   partners?

22       A.   Jackie Chang was on the partnerships

23   team, as was I.  And I, yes, recall that a number

24   of people were involved in attempting to assess the

25   proposed changes.                                          03:54:18

                                                     Page 265

```
 1          Q.   And if you go to the first heading in --      03:54:21

 2     in her email, under the hyperlink, it says "T0

 3     Tab."

 4          And you're saying you don't recall what

 5     category of partners would fall under the T0 tab?      03:54:34

 6          A.   I don't recall what category of partners

 7     would fall under -- under T0.

 8          Q.   Okay.  Now, it looks like that under this

 9     category, T0, there are three different

10     considerations that she -- that Jackie Chang           03:54:56

11     identifies.  The first is ███████████████

12     ████████████████████████████████

13     ██████████████████

14          Can you explain what that means?

15          A.   I would be speculating as to -- as to        03:55:09

16     exactly what that meant.  So hard -- hard to --

17     hard to know.

18          By "████████████████████," I

19     understand that to mean █████████████████████

20     ███████████████████████                               03:55:27

21          Q.   And then the next bullet is "Existing

22     integrations impacted."

23          How did the proposed changes to the

24     platform impact existing integrations?

25          A.   Integrations would have been impacted by     03:55:48
```

                                                    Page 266

```
1    the proposed changes in a number of different ways,        03:55:49

2    depending on the precise purpose and design of the

3    integration.

4        Q.   Okay.  So it appears that when coming up

5    with this format, Facebook recognized that there          03:56:00

6    were existing integrations and they could be

7    impacted by the changes to the platform; is that a

8    fair read of that bullet?

9            MR. DAVIS:  Object to the form.

10           THE DEPONENT:  The -- there was              03:56:13

11   expectation at the time that the proposed changes

12   would impact some existing integrations.

13       Q.   (By Mr. Loeser)  And then the next bullet

14   is "Future integrations in planning."

15           That would refer to integrations that had        03:56:30

16   not yet happened, but that Facebook was perhaps

17   considering doing in the future?

18       A.   I don't want to speculate as to exactly

19   what Jackie meant.  Maybe -- maybe -- maybe ask

20   her.  But -- so, yeah, I think maybe ask her.          03:56:46

21       Q.   Okay.  She'd probably be the best person

22   to ask about what she wrote in an email?

23       A.   I think she'd be the best person to ask

24   about what she wrote in an email.

25       Q.   If you look at the next -- next heading,      03:57:02
```

CONFIDENTIAL

```
 1      it's "Risk Assessment Tab."  And the first item on       03:57:04

 2      that list is ████████ Potential partners/cases

 3      that may cause ███████████████

 4              And can you tell me, from Facebook's

 5      perspective, what this refers to in the context of       03:57:17

 6      a discussion of the introduction of platform 3?

 7              MR. DAVIS:  Object to the form.

 8              THE DEPONENT:  It's hard to answer that

 9      from Facebook's perspective.  I can answer it from

10      a personal perspective.                                  03:57:37

11              My understanding of that is that there

12      may have been a number of companies, developers

13      that, when impacted by these changes would --

14      which --

15              (Brief interruption.)                            03:57:55

16              THE DEPONENT:  -- potentially be publicly

17      vocal about the impact on their integration.

18          Q.  (By Mr. Loeser)  Okay.  And then let's

19      look at the next bullet.

20              It says ████████████████████               03:58:09

21      ████████████████████████████████████

22      ██████████████  to fb.  Should ████████████████

23      ██████████████████████████████████  to

24      fb."

25              Did I read that correctly?                       03:58:24
```

Page 268

CONFIDENTIAL

```
1        A.   I think you read that correctly, yeah.        03:58:25

2        Q.   And so based on this, it appears that ████

3   ████████████████████████████████████████

    █ ████████████████████████████████████████

    █ ████████████████████████████████        ████████████

    █   ██████████   to Facebook, correct?

7            MR. DAVIS:  Objection.  Form.  And scope.

8            THE DEPONENT:  I wouldn't say that's

9   correct.  This is a document containing the

10  opinions and ideas of a specific partner manager    03:59:01

11  around nine months before the -- the changes

12  were -- were introduced.  This doesn't, I think,

13  reflect on ultimately how decisions were made.

14       Q.   (By Mr. Loeser)  What -- what is -- what

15  is strategic value?                                   03:59:19

16            What is meant by that?

17       A.   I don't think I can answer what -- what

18  Jackie meant by strategic value in -- in her email.

19  I think that would be a question for her.

20       Q.   And -- and what does Facebook mean by      03:59:32

21  strategic value?

22       A.   I think strategic value could be

23  construed to mean many different things.  I don't

24  think this is specific -- Facebook does not have a

25  specific definition of what strategic value means.   03:59:46
```

Page 269

1        Q.    So Ms. Chang writes "Should ████████    ████████

         ████████████████████████████████████████

3    to fb."

4              And so can you tell me, from Facebook's

5    perspective, what does it mean for a use case to be      03:59:59

6    of strategic value to Facebook?

7              MR. DAVIS:  Objection.  Form.  And scope.

8              THE DEPONENT:  I can't give a -- a

9    company answer to -- to -- to that question.

10             As -- as I testified earlier, I think       04:00:10

11   there's a wide range of things that may be or could

12   be considered strategic value.

13       Q.    (By Mr. Loeser)  Okay.  So what are some

14   of the things that may make sense in -- in the

15   context of this email string?                          04:00:21

16             MR. DAVIS:  Objection.  Form.  And scope.

17             THE DEPONENT:  I -- I can't answer on

18   behalf of the company relative -- relative to what

19   a partner manager was writing in an email nine

20   years ago.  So I think it's hard to answer that       04:00:38

21   question.

22       Q.    (By Mr. Loeser)  So Facebook does not

23   have an understanding of what it means for a

24   partner to have strategic value to Facebook?

25             MR. DAVIS:  Objection.  Form.  And scope.    04:00:50

                                                      Page 270

```
 1              THE DEPONENT:  There's not a standard        04:00:53

 2     company definition for what construes strategic

 3     value.

 4         Q.   (By Mr. Loeser)  And -- and you're not

 5     prepared to testify as Facebook's -- as Facebook's    04:01:00

 6     representative or designee to testify about what

 7     strategic value means to Facebook in the context of

 8     its partners?

 9              MR. DAVIS:  Objection.  Form.

10              THE DEPONENT:  I could give some             04:01:19

11     examples, per se, that might be considered

12     valuable.  But I can't give you, as you're asking,

13     some kind of universal definition of what strategic

14     value is to -- to Facebook.

15         Q.   (By Mr. Loeser)  What are the examples       04:01:37

16     that you're thinking about?

17         A.   So one example might be a mobile device

18     integration to enable a Facebook-branded

19     application to exist on a mobile operating system.

20         Q.   Are there other examples?                   04:01:59

21         A.   There are probably other examples.  I

22     don't have any in my head immediately to mind.

23         Q.   So you're not prepared to testify, on

24     behalf of Facebook, as to other examples of what

25     strategic value means to Facebook in this context?   04:02:21
```

```
 1              MR. DAVIS:  Objection.  Form.  And scope.      04:02:24

 2              THE DEPONENT:  Well, I mean, be prepared

 3      to testify, I -- you know, I think I could give

 4      some more examples -- another example if I had a

 5      bit more time to think of one.                        04:02:39

 6         Q.   (By Mr. Loeser)  What -- what does it

 7      mean to drive value to Facebook -- for a partner to

 8      drive value to Facebook?

 9              MR. DAVIS:  Objection.  Form.  And scope.

10              THE DEPONENT:  In the context of -- can       04:02:51

11      you help me understand the context in which you're

12      asking.

13         Q.   (By Mr. Loeser)  Sure.

14              In the context of Jackie Chang's proposed

15      format for how to decide which partners should       04:02:59

16      receive continued access to friend permissions.

17              MR. DAVIS:  Same objections.

18              THE DEPONENT:  Yeah.  I think drive value

19      to Facebook -- I mean, I think if you want to

20      understand what she meant by that phrase in an       04:03:12

21      email, you should ask Jackie.

22         Q.   (By Mr. Loeser)  But Facebook doesn't

23      have an answer to that question?

24              MR. DAVIS:  Objection.  Form.  Scope.

25              THE DEPONENT:  As I've said, there's a        04:03:28
```

```
 1    number of different ways which might be considered        04:03:29

 2    drive -- drive value in this -- in this context.

 3         Q.   (By Mr. Loeser)  If you look at the next

 4    bullet in Ms. Chang's email, she writes

 5    ████████████████████████    ██████████████         04:03:52

 6    ██████████████████████████████████████████

 7    ████████████████████████    but may need some

 8    ███████████████████████████████████████

 9         Do you understand what she's referring to

10    here?                                               04:04:08

11         A.   I don't understand what she's -- well, I

12    don't understand -- I can't be sure what she's

13    referring to here.

14         Q.   What would it mean for a ██████████████

15    ████████████████████████████████████  to          04:04:23

16    Facebook?

17              MR. DAVIS:  Objection.  Form.  Scope.

18              THE DEPONENT:  So hard to give a company

19    answer to that question.

20              On a personal level, one example that     04:04:34

21    might come to mind is where a user might be able to

22    browse their newsfeed in another -- on another

23    platform or -- or app in another application,

24    which -- which meant the user would be browsing

25    their newsfeed in a non-Facebook app.              04:05:05
```

Page 273

| | | |
|---|---|---|
| 1 | Q.   (By Mr. Loeser)  And that would be | 04:05:10 |
| 2 | competitive because that would then cause people to | |
| 3 | use that other app instead of Facebook, or that | |
| 4 | other platform instead of Facebook? | |
| 5 | A.   It might allow a user to browse their | 04:05:25 |
| 6 | newsfeed in -- in an app that wasn't provided by | |
| 7 | Facebook. | |
| 8 | Q.   Now, let's turn to the beginning of the | |
| 9 | email string and look at the email from KP. | |
| 10 | And it looks like that -- that the first | 04:05:42 |
| 11 | thing he does is he adds you to this conversation; | |
| 12 | is that right? | |
| 13 | A.   It looks like he added me to the | |
| 14 | conversation, yes. | |
| 15 | Q.   That's what the "+ Simon" means at the | 04:05:52 |
| 16 | top of this email? | |
| 17 | A.   That would be my interpretation, yes. | |
| 18 | Q.   Okay.  So if we look at the second | |
| 19 | paragraph of KP's email, he writes, "A little | |
| 20 | update from my end, and how I think we should tie | 04:06:03 |
| 21 | this to what Jackie has put together.  Simon | |
| 22 | managed to pull a list of ███ apps that request | |
| 23 | and make use of the friend_permissions.  You can | |
| 24 | see all those apps in the attached.  The most | |
| 25 | interesting data points having reviewed the top 250 | 04:06:23 |

Page 274

```
 1    apps are the following (I took the liberty to make        04:06:25

 2    a recommendation as well by the way - the numbers

 3    in the brackets are the percentage of the apps

 4    reviewed under this category)."

 5          Do you see that?                                     04:06:38

 6       A.   I do see that.

 7       Q.   And so KP refers to a list that you put

 8    together that had a full list of all the "apps that

 9    request and make use of the friends_permissions";

10    is that right?                                             04:06:59

11       A.   I'm not sure it is a full list.  It's a

12    list of ███-plus apps as -- well, as per -- as per

13    the copy here.  Again, I don't see the -- the

14    document attached.

15       Q.   Okay.  And so -- and 40K apps mean           04:07:14

16    40,000 -- more than 40,000 apps that allowed access

17    to friend permissions?

18       A.   Well, this mean 40,000 applications that

19    were in some way requesting friend permissions from

20    users.                                                     04:07:32

21       Q.   And attached to this document is a

22    spreadsheet that -- that, based on this email,

23    appears to be the list that you put together,

24    correct?

25       A.   That would make sense, yes.                        04:07:44
```

Page 275

CONFIDENTIAL

```
 1        Q.   And do you recall how you put together          04:07:46

 2   that list?

 3        A.   I -- answering in a -- again, on -- on a

 4   personal recollection here, I would have used one

 5   of Facebook's internal data analysis tools to pull        04:07:57

 6   this list together.

 7        Q.   Okay.  Which tool would you have used?

 8        A.   My recollection is, I would have used

 9   HiPal.

10        Q.   And is that a tool that could still be          04:08:16

11   used to identify any app that had access to friend

12   permissions?

13             MR. DAVIS:  Objection.  Form.

14             THE DEPONENT:  I don't know.  I don't

15   think HiPal as a -- as a -- as a tool exists             04:08:30

16   anymore.  And I don't know what information it

17   would grant access to today.

18        Q.   (By Mr. Loeser)  Let's -- I'm sorry.  I

19   didn't mean to interrupt you.

20             Let's work down KP's email a little bit         04:08:44

21   and go to the -- the -- the No. 3 on here.  And

22   this -- am I reading this correctly, that -- that

23   KP went through the list and reviewed the top 250

24   apps and -- do you know what he means by the "top

25   250 apps"?                                               04:09:08
```

Page 276

1          MR. DAVIS:  Objection.  Form.              04:09:10

2          THE DEPONENT:  I do not know what he

3     means by the "top 250 apps."

4          Q.   (By Mr. Loeser)  And nonetheless, he

5     breaks the apps into -- it looks like nine         04:09:19

6     different categories; is that right?

7          A.   I see nine bullets on this email, yeah.

8          Q.   And the third category is "Strategic."

9          Do you see that?

10         A.   I see that.                              04:09:37

11         Q.   And he writes "from ███████ -- which I

12    assume is ████████████ is that right?

13         A.   I would assume that would be ██████████

14         Q.   So from ██████████████████ to

15    ████████████████████ and the likes.  Some of them  04:09:50

16    should obvious not have access such as ██████████

17    ██████████████████ etc.  In particular for Strategic

18    partners we should use the framework developed by

19    Jackie.  RECOMMENDATION:  User Jackie's framework."

20         Do you see that?                              04:10:11

21         A.   I do see that.

22         Q.   So does this suggest to you that KP

23    believed that the framework for sorting partners

24    into buckets or deciding whether they have

25    continued access to friend permissions, was the one  04:10:20

                                               Page 277

```
 1    that had been proposed by Jackie Chang?              04:10:22

 2              MR. DAVIS:  Objection.  Form.

 3              THE DEPONENT:  I think the context,

 4    again, of this email is important.  This is a -- a

 5    team of people, nine months before changes were      04:10:32

 6    announced, attempting to find some way to structure

 7    their thinking.

 8              In this email, he's referring to,

 9    you know, Jackie's framework.  But it's not clear

10    to me what Jackie's framework is.  And it's also     04:10:52

11    not clear whether or not any of this was ultimately

12    used.

13        Q.   (By Mr. Loeser)  Okay.  Well, let's go up

14    to the top of KP's email.

15              He says "Thanks a lot, Jackie.  This is    04:11:05

16    great - I have included the additional info for the

17    strategic partners in the attached spreadsheet as

18    well (for completeness)."

19              Do you see that?

20        A.   I do see that.                              04:11:19

21        Q.   So he received a format from Jackie,

22    right?

23              MR. DAVIS:  Objection.  Form.

24              THE DEPONENT:  I mean, all I have to go

25    on to answer your questions is what -- what's on     04:11:28
```

CONFIDENTIAL

```
 1   the screen here.                                04:11:30

 2          I think Jackie or KP need to answer the

 3   specifics.

 4       Q.  (By Mr. Loeser)  And you can confirm, on

 5   behalf of Facebook, that in this email KP        04:11:41

 6   recommended using Jackie's framework for the

 7   category described in KP's email as strategic,

 8   right?

 9          MR. DAVIS:  Objection.  Form.

10          THE DEPONENT:  I can confirm this email   04:11:54

11   exists.  Sorry.  I can confirm that this document

12   exist.

13          But like I can't confirm anything about

14   the precise nature of a framework or if that was

15   used in any way.                                 04:12:10

16       Q.  (By Mr. Loeser)  Right.

17          And I asked you a slightly different

18   question.

19          It was, can you confirm that KP

20   recommended the use of Jackie's framework?       04:12:17

21          MR. DAVIS:  Objection.  Form.

22          THE DEPONENT:  Again, all I have to go on

23   is what's on the page here.  So I would be

24   confirming -- confirming what we all can read with

25   our own eyes.  I can't confirm, on behalf of     04:12:33
```

Page 279

1    Facebook, anything more than that.                    04:12:37

2        Q.   (By Mr. Loeser)  And so if Facebook

3    wanted to figure out if Jackie's framework was

4    used, what would Facebook do to identify the answer

5    to that?                                              04:12:45

6            MR. DAVIS:  Objection.  Form.

7            THE DEPONENT:  You want me to stand by

8    what you mean by Jackie's framework was used.

9        Q.   (By Mr. Loeser)  Well, is there something

10   confusing about that statement?                       04:12:55

11       A.   Yes.

12       Q.   Okay.  Well, let's break it down.

13           There's a framework discussed in this

14   email, right?

15       A.   There's the -- there's a framework          04:13:11

16   discussed.  But it's not clear to me exactly what

17   that framework is.

18       Q.   Okay.  But there is a framework that's

19   indicated in Jackie's email to Ime Archibong,

20   right?                                                04:13:27

21           MS. DAVIS:  Objection.  Form.

22           THE DEPONENT:  She doesn't make a

23   reference to a framework.

24       Q.   (By Mr. Loeser)  If you go back to the

25   heading we were looking at, No. 3, KP refers to      04:13:52

Page 280

```
1    "Jackie's framework," right?                        04:13:56

2         A.   I can see the term here use -- "User

3    Jackie's framework."  I can read that on the page.

4         Q.   Okay.  And at the beginning of this

5    string is a -- is a description of how to bucket     04:14:06

6    different partners, based upon the types of

7    agreement they had, the impact and the risk

8    assessment; is that right?

9              MR. DAVIS:  Objection.  Form.

10             THE DEPONENT:  As we've discussed,          04:14:28

11   there's a set of bullets on this page and a link to

12   a document.  I'm not sure I construe that as a

13   framework.

14        Q.   (By Mr. Loeser)  Okay.  It appears that

15   KP referred to it as a framework, right?             04:14:39

16        A.   When he's referring to Jackie's

17   framework, technically he could be referring to

18   something else.  He could be referring to this.

19             It's hard to know.  This is an email

20   thread from nine years ago.  And if you want to      04:14:51

21   know what these people meant, I would ask them.

22        Q.   Well, why don't we look at the end of

23   KP's email, and he writes, "As a general note, I

24   think we need to carry on with this exercise to

25   figure out ███████████████████████████             04:15:19
```

Page 281

```
 1   ████████████████████  that we ██████████████          04:15:21

 2   ████  before we can make a decision ████████████

 3   ████████████████      For both the ██████████████

 4   ████████████████████████, we can use Jackie's

 5   framework to assess ██████████  for those partner    04:15:32

 6   falling under the ████████████and then make up a

 7   decision based on the criteria outlined by Jackie

 8   below."

 9           Do you see that?

10       A.   I read -- I see it on the page.              04:15:44

11       Q.   So it seems pretty clear that KP is

12   referring to the framework that Jackie presented

13   below, right?

14           MR. DAVIS:  Objection.  Form.

15           THE DEPONENT:  Again, Jackie doesn't          04:15:55

16   refer to anything about her work as a -- as a

17   framework.

18       Q.   (By Mr. Loeser)  KP refers to her work as

19   a framework; is that right?

20       A.   KP refers to a framework.  It's not          04:16:07

21   abundantly clear if he means Jackie's work as -- as

22   evidenced below.

23       Q.   Okay.  So let's look again.

24           "We can use Jackie's framework to assess

25   KEEP/REMOVE for those partner falling under the      04:16:23
```

Page 282

1    Strategic tabs and then make up a decision based on        04:16:26

2    the criteria outlined by Jackie below."

3            Do you see that?

4        A.   I see that.

5        Q.   And are there criteria outlined by Jackie        04:16:35

6    below?

7            MR. DAVIS:  Objection.  Form.

8            THE DEPONENT:  Again, like -- I can read

9    an email.  If you want to understand precisely what

10   the people in it meant, I would speak to them.        04:16:50

11       Q.   (By Mr. Loeser)  Yeah.

12           I'm more interested in what Facebook

13   understands, based upon the work of the employees

14   tasked with trying to decide which partners would

15   continue to have access to friends permissions and        04:17:02

16   which would not.

17           So are you not prepared to testify about

18   Facebook's understanding of how those partners were

19   sorted?

20           MR. DAVIS:  Objection.  Form.  And scope.        04:17:11

21           THE DEPONENT:  I'm prepared to testify

22   that there's a group of people in a partnerships

23   team attempting to put together a way of

24   understanding how these proposed -- the -- the

25   changes proposed at the time might impact the        04:17:25

Page 283

CONFIDENTIAL

```
 1   partner ecosystem.                                      04:17:28

 2        Q.   (By Mr. Loeser)  And so did -- did --

 3        A.   There's no --

 4        Q.   Sorry.  Go ahead.

 5        A.   Sorry.  Go on.                                04:17:35

 6        Q.   Did Facebook use Jackie Chang's framework

 7   for deciding which strategic partners would have

 8   access to friend and newsfeed permissions?

 9        A.   No.

10             MR. DAVIS:  Objection.  Form.                 04:17:49

11             THE DEPONENT:  Sorry.

12             I don't recall -- again, hard -- hard to

13   answer fully on behalf of the company here.

14             My understanding is that this was not

15   used in any way to make decisions.                     04:17:59

16             I think one of the things that's

17   important to know here is that, again, this email

18   is from August 2013, which is around, you know,

19   nine or more months before the changes were

20   announced.                                             04:18:19

21             At this time the -- the -- the changes

22   that were proposed were somewhat different in how

23   they were ultimately rolled out.  Much, much

24   changed between this time and April 30th, 2015.

25        Q.   (By Mr. Loeser)  Okay.  Well, let's make      04:18:48
```

Page 284

```
 1    sure we understand what's going on here at this        04:18:49

 2    stage.

 3            Would you consider this a planning stage

 4    for platform 3?

 5            MR. DAVIS:  Objection.  Form.                   04:18:58

 6            THE DEPONENT:  Again, I don't know if the

 7    company has a view on that.

 8            On a personal level, I would -- I -- my

 9    understanding of the conversations at the time is

10    that this is part of the preparation for              04:19:15

11    understanding what the impact those changes might

12    have on the developer ecosystem.

13            So it's certainly before the changes were

14    ultimately announced and before many of the

15    important details of how they would be implemented    04:19:41

16    had been decided.

17      Q.    (By Mr. Loeser)  Okay.  And so Ms. Chang

18    developed what KP refers to as a framework for

19    sorting out which partners and apps would continue

20    to have access to friend permissions and -- is        04:19:52

21    that -- is that right?

22            MR. DAVIS:  Objection.  Form.

23            THE DEPONENT:  As I previously testified,

24    Jackie seems to have put together a document with

25    some categorization in it.  She doesn't refer to      04:20:09
```

Page 285

```
 1    that as a framework.  KP refers to "a" framework.     04:20:12

 2    It could be that he's talking about Jackie's work.

 3            But to confirm that you'd need to speak

 4    to KP or Jackie.

 5        Q.   (By Mr. Loeser)  Okay.  And the -- and     04:20:25

 6    the people that were involved in the development of

 7    the criteria used to sort partners for deciding who

 8    would have access to friend permissions were

 9    Chris Daniels, Ime Archibong, KP, Jackie Chang and

10    yourself?                                             04:20:43

11            MR. DAVIS:  Objection.  Form.

12            THE DEPONENT:  This document represents

13    an email thread with some people on it having

14    that -- having a discussion about how to

15    potentially categorize apps that might be affected   04:20:55

16    by the deprecation.

17        Q.   (By Mr. Loeser)  And, sir, who made the

18    final decision on the framework for -- to be used

19    for determining which apps or partners would

20    continue to have access to deprecated permission,    04:21:09

21    such as friend sharing?

22            MR. DAVIS:  Objection.  Form.

23            THE DEPONENT:  I'm not sure how to answer

24    that question.  Yeah.  I'm not sure how to answer

25    that question on behalf of the company.              04:21:25
```

```
1              In a -- in a personal capacity I --        04:21:30

2    you know, this -- this -- I don't recall specific

3    framework being used.

4       Q.   (By Mr. Loeser)  And my question was a

5    little different.  And it is in your capacity as      04:21:43

6    Facebook's designee.

7              I would like to know who made the final

8    decision on the framework to be used for

9    determining which apps or partners would continue

10   to have access to deprecated permissions?            04:21:58

11        MS. DAVIS:  Objection --

12       Q.   (By Mr. Loeser)  I assume they're --

13   well, let me ask it this way.

14             Was there a framework used by Facebook

15   for determining which app -- apps and partners       04:22:03

16   would continue having access to deprecated

17   permission?

18        MR. DAVIS:  Objection.  Form.

19        THE DEPONENT:  I don't -- I don't recall

20   a specific framework being used to make those        04:22:14

21   decisions.

22       Q.   (By Mr. Loeser)  So is it Facebook's

23   testimony that the determination was ad hoc?

24        MR. DAVIS:  Objection.  Form.

25        THE DEPONENT:  In the end, the -- there          04:22:29
```

Page 287

```
 1    were -- the -- the way the decisions were made were       04:22:33

 2    a bunch of conversations between the partnerships

 3    team and the platform leadership team to determine

 4    what made sense.

 5         Q.   (By Mr. Loeser)  Okay.  And based upon          04:22:47

 6    the string that we've gone through, the -- the

 7    recommendation from Jackie Chang and the

 8    recommendation from KP was to take into account the

 9    strategic value of the partner to Facebook when

10    deciding whether to grant continued access to          04:23:10

11    deprecated permissions; is that right?

12              MR. DAVIS:  Objection.  Form.

13              THE DEPONENT:  No.

14         Q.   (By Mr. Loeser)  You don't see that

15    discussion of strategic value in the email string       04:23:22

16    we just went through?

17         A.   I see the discussion in the email thread.

18    But as I testified earlier, my understanding is

19    that this is a group of people attempting to put

20    together a way to think about the impact of these      04:23:41

21    changes on the developer ecosystem.

22              The result of this work, nine months

23    before the changes went into effect, were based on

24    their first pass understanding of the proposed

25    changes, many of which were different in form when     04:24:05
```

Page 288

```
 1    ultimately implemented.                               04:24:07

 2         Q.   And so is it Facebook's testimony that

 3    strategic value was not a consideration taken into

 4    account when deciding whether to provide continued

 5    access to deprecated permissions?                     04:24:18

 6              MR. DAVIS:  Objection.  Form.

 7              THE DEPONENT:  As we discussed

 8    previously, the -- from my discussions with all of

 9    the people involved -- well, many of the people

10    involved at the time and reading other internal      04:24:33

11    documents, is that a very, very small number of

12    applications were ultimately granted an extension.

13              And there were, to my understanding, only

14    two reasons.  The -- I have heard as to the reasons

15    why those extensions were granted.  We've discussed  04:24:53

16    them previously.

17              MR. LOESER:  Okay.  And I'm going to have

18    the court reporter read back my question to you,

19    and if you could just answer the question directly,

20    please do.                                            04:25:06

21              MR. DAVIS:  And my objection, please.

22              (Record read as follows:

23              "QUESTION:  And so is it Facebook's

24              testimony that strategic value was

25              not a consideration taken into             04:24:12
```

Page 289

CONFIDENTIAL

```
 1              account when deciding whether to          04:24:15

 2              provide continued access to

 3              deprecated permissions?

 4              MR. DAVIS:  Objection.  Form.")

 5              THE DEPONENT:  It's hard to answer.        04:25:36

 6   I'm -- I'm not sure I -- I can't answer a question

 7   with -- with -- can you please -- given the

 8   objection, could you ask the question in a way that

 9   doesn't generate an objection?

10       Q.   (By Mr. Loeser)  Would that -- if I had a    04:25:51

11   magic wand, but I don't.

12              SPECIAL MASTER GARRIE:  Actually --

13              MR. LOESER:  No, there's nothing --

14              SPECIAL MASTER GARRIE:  No.  Actually,

15   just answer the question.                            04:25:58

16              THE DEPONENT:  Okay.  Sorry.

17              Could you ask the question again then.

18              THE COURT REPORTER:  Do you want me to

19   read it back?

20              MR. LOESER:  Sure.  Go ahead.             04:26:11

21              Thank you.

22              SPECIAL MASTER GARRIE:  And -- and in

23   your capacity as a 30(b)(6).

24              Go ahead.  Read the question.

25              (Record read as follows:                 04:26:43

                                                Page 290
```

```
 1              "QUESTION:  And so is it Facebook's        04:27:09

 2              testimony that strategic value was

 3              not a consideration taken into

 4              account when deciding whether to

 5              provide continued access to             04:24:17

 6              deprecated permissions?")

 7          MR. DAVIS:  Object to the form.

 8          SPECIAL MASTER GARRIE:  Overruled.  Ask

 9      the question again.

10          (Record read as follows:                   04:24:21

11              "QUESTION:  And so is it Facebook's

12              testimony that strategic value was

13              not a consideration taken into

14              account when deciding whether to

15              provide continued access to             04:24:17

16              deprecated permissions?")

17          THE DEPONENT:  I don't -- how do I want

18      to say this.

19          I don't think I can answer -- can confirm

20      the strategic value is not in any way taken into  04:27:19

21      account.  Strategic value has not been defined or

22      determined specifically, as we discussed earlier.

23      Q.  (By Mr. Loeser)  And how does Facebook

24      define strategic value in the context of deciding

25      whether to grant continued access to deprecated   04:27:39
```

Page 291

CONFIDENTIAL

```
1    permissions to partners?                            04:27:42

2            MR. DAVIS:  Object to the form.

3            THE DEPONENT:  I don't know how to define

4    strategic value in determining how to -- how these

5    decisions were made.                                04:27:59

6        Q.   (By Mr. Loeser)  And when you say "I

7    don't know," you mean Facebook doesn't know?

8        A.   To the best -- I -- I have spoken to a

9    number of people involved in -- in this initiative

10   and -- and read -- read documents.                  04:28:22

11           And my understanding as to why extensions

12   to the deprecations were granted is because there

13   would be an impact on -- for the friend

14   permissions, an impact on the user experience if

15   there was no extension granted or where the partner  04:28:40

16   was making use of them for a -- a use case that

17   involved compliance or legal considerations.

18       Q.   And those reasons you just mentioned did

19   not include strategic value to Facebook, right?

20       A.   Again, I -- I don't -- there's no single   04:29:08

21   definition for what strategic value meant.  I mean,

22   you're asking me a question that -- that's very

23   hard to answer.

24           I mean, if you could ask a more specific

25   question, maybe I'll be able to give you a better    04:29:22
```

CONFIDENTIAL

```
 1    answer.                                            04:29:25

 2        Q.   Well, you just gave two reasons.  Neither

 3    one of those is of strategic value to Facebook,

 4    right?

 5        A.   I'm not sure I agree.  One of the         04:29:32

 6    benefits of allowing user experiences not to be

 7    broken by the migration is that users don't have

 8    broken user experiences, and those developers have

 9    the time to wind down their integrations

10    gracefully, maintaining strong relationships with   04:29:54

11    developers.  That might be considered strategic

12    value.

13        Q.   And was that considered strategic value

14    by Facebook in the context of deciding which apps

15    would have access to deprecated permissions?        04:30:09

16           MR. DAVIS:  Objection.

17           THE DEPONENT:  Again, I don't -- I don't

18    feel I have -- I don't feel that I can answer with

19    a definition of what strategic value is on behalf

20    of the company.  As we discussed earlier, that      04:30:20

21    frame -- that framing could mean many things in

22    many different contexts.

23           MR. LOESER:  Okay.  Well, let's move on

24    to the next exhibit, which is Exhibit 11.

25    /////
```

Page 293

1        Q.   (By Mr. Loeser)  And Mr. Cross, you          04:31:00

2   should be looking at what's previously been marked

3   as Exhibit 11, which is an email from you to

4   Ime Archibong, Jackie Chang and KP, dated

5   September 3rd, 2013, "Subject: Re: P3.0 Rollout        04:31:07

6   Planning."

7            Do you see that?

8        A.   I see that.

9        Q.   In your email you state "Here's my draft

10  deck for review tomorrow.  Yes, it's a little          04:31:20

11  longer than hoped, but I feel it needs to

12  standalone when passed around beyond Chris,

13  assuming he's OK with this strategy.  Feedback

14  welcome, will try and incorporate ASAP."

15           Do you see that?                              04:31:34

16       A.   I see that.

17       Q.   Okay.  So this is an email that you sent

18  with a draft deck regarding the rollout of

19  platform 3; is that right?

20       A.   That is correct, yes.                        04:31:47

21       Q.   Okay.  And why don't we turn to the deck

22  itself, which has previously been marked

23  Exhibit 12.

24  /////

25  /////

                                              Page 294

```
 1              MR. DAVIS:  And Mr. Loeser and        04:32:03

 2   Ms. Daniel, could I get these in Exhibit Share,

 3   please.

 4              MS. DANIEL:  Yes, they're there.

 5              MR. LOESER:  Yeah, they're there.     04:32:16

 6              You need to look in Day 1 folder because

 7   for some reason --

 8              SPECIAL MASTER GARRIE:  Before we --

 9   yeah.  Before we move forward, Counsel Davis,

10   just -- can you confirm that you have access     04:32:29

11   because that's pretty critical for you to do your

12   job.

13              MR. BLUME:  Okay.  I -- I have them now

14   in the Day 1 folder.

15              Apologies.  Thank you.                04:32:40

16              SPECIAL MASTER GARRIE:  Don't apologize.

17   You got to work.

18       Q.   (By Mr. Loeser)  Okay.  So we're -- we're

19   going to bring up Exhibit 12, which is the -- the

20   deck that you prepared, Mr. Cross.               04:32:47

21              And if we look at the first page, it

22   states "Platform 3.0, Planning, Preparation &

23   Execution"; is that right?

24       A.   That's what I see.

25       Q.   And do you recall preparing this slide   04:33:04
```

Page 295

CONFIDENTIAL

```
 1   deck?                                            04:33:06

 2        A.   I don't recall preparing it.  But I've

 3   seen it recently.

 4        Q.   And you saw it for your -- preparing for

 5   your testimony today?                            04:33:15

 6        A.   That's correct.

 7        Q.   So on -- if you go to slide -- the second

 8   page, which I think is probably considered

 9   slide 1 of the deck, one of the headings is

10   "Capabilities Cleanup."                          04:33:34

11            Do you see that?

12        A.   I see that.

13        Q.   And it states ███████████████████████

14   ████████████   Who has what and why?  GOAL: Cleaner,

15   more equitable, more supportable Platform."      04:33:44

16            Do you see that?

17        A.   I see that.

18        Q.   And the first bullet below that says

19   ███████████  is huge task, value unclear," right?

20        A.   I see that.                            04:33:58

21        Q.   And why was it a huge task?

22        A.   I think I need to answer this in a

23   personal capacity, rather than Facebook.  I don't

24   think Facebook has a view on that.

25            In my personal capacity, my recollection 04:34:12
```

Page 296

```
 1    is that there were what was seen at the time to be      04:34:16

 2    a relatively large number of ███████████████

 3    and going through each of them manually might take

 4    a significant amount of energy.

 5         Q.   And you state the value was unclear.          04:34:37

 6              Why -- why did Facebook believe the value

 7    was unclear?

 8         A.   Well, I'm not sure Facebook has a view on

 9    that.

10              Again, from a personal capacity, when I       04:34:50

11    was writing this, my -- my recollection is that the

12    value of doing such an --████████████ -- wasn't

13    necessarily obvious or understood.

14         Q.   And did the audit occur?

15              MR. DAVIS:  Objection.  Form.                 04:35:17

16              THE DEPONENT:  Some work was done to

17    improve the capability tool and remove some

18    capabilities from apps that weren't using them.

19         Q.   (By Mr. Loeser)  Let's look at the next

20    slide which has the header "P3.0                        04:35:32

21    Launches/Deprecations."

22              Do you see that?

23         A.   Yes.

24         Q.   And there's a list here, in the middle of

25    the slide, "Public API Deprecations," and it states    04:35:42
```

Page 297

1    "i.e. Currently public APIs which will become          04:35:46

2    whitelist only or deprecated entirely," right?

3         A.   I see that.

4         Q.   So in the planning phase for the rollout

5    here, Facebook had identified that there would be       04:35:58

6    APIs that were deprecated entirely, right?

7         A.   At this time, the changes to the platform

8    were in a proposed state.  They -- well,

9    ultimately -- was announced and launched changed

10   significantly over time.  And certainly between the     04:36:24

11   time that this deck was created and the ultimate

12   announcements.

13        Q.   Okay.  And my question was simpler

14   really.  I'm just -- I want to make sure that -- in

15   the planning phase, Facebook identified that --         04:36:39

16   that some apps would become whitelist only or

17   some -- some -- some APIs would become whitelist

18   only and others would be deprecated entirely.  That

19   was the structure that Facebook came up with,

20   right?                                                   04:36:53

21             MR. DAVIS:  Objection.  Form.

22             THE DEPONENT:  Again, in -- I don't think

23   Facebook came up with that structure.

24             And, again, in personal capacity, my

25   understanding at the time is that it was proposed       04:37:05

```
 1    that some permissions would be privatized or          04:37:07

 2    deprecated and some APIs were proposed to be

 3    privatized or -- or deprecated.

 4         Q.   (By Mr. Loeser)  Okay.  So there was a

 5    decision being made as to which APIs would be         04:37:24

 6    publicly deprecated.  And while that decision

 7    was -- was being made, Facebook was also evaluating

 8    which ones would be still available but whitelisted

 9    or privatized?

10              MR. DAVIS:  Objection.  Form.               04:37:41

11              THE DEPONENT:  Can you be specific as

12    to -- to the time you're -- you're talking about.

13         Q.   (By Mr. Loeser)  Yes.

14              I'm talking about the planning phases for

15    the introduction of Graph API version 2.  And it's   04:37:52

16    a pretty -- I -- I -- I hope it's a simple question

17    because I'm hoping -- I'm trying to have it be a

18    simple question.

19              But my question is simply, in the

20    planning phase, Facebook was -- identified a number  04:38:02

21    of APIs that it intended to pub- -- to deprecate,

22    right?

23         A.   There was a team working on coming up

24    with the proposals for how to simplify the

25    platform.  And as part of that, there were           04:38:21
```

Page 299

```
 1   proposals about APIs and permissions that -- that          04:38:23

 2   would be privatized or deprecated.  At the time

 3   this deck was written, no decisions had been made.

 4        Q.   Okay.  And when you say "privatized" or

 5   "deprecated," is that an expression you're using           04:38:36

 6   that's synonymous with whitelisted?

 7             MR. DAVIS:  Objection.  Form.

 8             THE DEPONENT:  In -- when -- in this

 9   context, when I refer to "privatized," I'm

10   referring to something that would be available only        04:38:49

11   to apps that had been -- only to apps developers

12   that had been whitelisted in some way.

13        Q.   (By Mr. Loeser)  And then this -- this

14   table below the "Public API Deprecations" list --

15   under the heading "Public API deprecations," it            04:39:10

16   lists through a variety of permissions that, at

17   this stage anyway, Facebook was intending to -- to

18   deprecate; is that right?

19             MR. DAVIS:  Objection.  Form.

20             THE DEPONENT:  This is a list of                  04:39:25

21   permissions and APIs that at the time were being

22   considered for deprecation or privatization.

23        Q.   (By Mr. Loeser)  Okay.  And so, for

24   example, for friends_star permissions, this also

25   indicates the number of apps requesting these              04:39:39
```

Page 300

 1    permissions per day, and it says 18,067.          04:39:41

 2          Do you see that?

 3      A.   I do see that.

 4      Q.   And how was Facebook able to identify the

 5    number of apps requesting those permissions per    04:39:50

 6    day?

 7      A.   This analysis was -- was -- was pulled by

 8    me so I should answer that in a -- in a personal

 9    capacity.

10          My recollection is there was a mechanism     04:40:01

11    to determine if a permission had been displayed to

12    a user in the authentication in the GDP login

13    dialogue.  And my recollection is that's the

14    information I was using to determine whether or not

15    an app was actively requesting that permission from 04:40:19

16    users.

17      Q.   And when you say "GDP," is that -- what

18    is that?

19      A.   Sorry.  Yeah.  Good -- good

20    clarification.                                      04:40:30

21          That's jargon.  That's the -- what's

22    otherwise known as the Facebook login dialogue.

23    It's the log -- it's the dialogue that a user sees

24    before -- when they grant permissions to

25    applications.                                       04:40:43

                                                 Page 301

 1       Q.   And then the next column has the heading          04:40:44

 2   "User app-pair permission-set impressions/day."

 3   And for "friend_*permissions," it's   █████████

 4        Explain what that column represents and

 5   how you were able to identify the number.              04:40:59

 6       A.   Give me a few seconds to -- to read this

 7   and see if I can remember exactly how this was

 8   pulled together.

 9        Unlike the first column, I don't

10   immediately recall how this was computed.             04:41:15

11        So this refers to -- reading this has

12   jogged my memory.  Reading this refers to the

13   number of distinct users for an application, across

14   all of the applications that requested that -- that

15   group of permissions from users on -- when the       04:41:55

16   analysis was done.

17       Q.   Okay.  And what was the tool that you

18   used to determine that?

19       A.   I would have used the HiPal tool to query

20   this data.                                            04:42:19

21       Q.   And if you wanted to find that

22   information today at Facebook, what would you do?

23       A.   I would ask one of the engineers on the

24   platform team if they could do the analysis or find

25   someone who could do the analysis.                    04:42:34

                                                          Page 302

CONFIDENTIAL

```
 1        Q.   And who's the one that you think would be       04:42:36

 2   the most knowledgeable?

 3        A.   The engineer I would immediately go speak

 4   to is Steven Elia.  But he would almost certainly

 5   direct me to someone more knowledgeable than him.       04:42:46

 6        Q.   Let's go to the next slide, which has the

 7   heading "Preparing for the Deprecations."  And the

 8   first line under the heading writes "████ -- so

 9   ████████ -- "apps are currently using

10   to-be-deprecated features.  Propose we review these     04:43:06

11   apps and classify each as:"

12             Did I read that correctly?

13        A.   You read that correctly.

14        Q.   And so then you come up with a -- or you

15   present here a classification of -- of the apps         04:43:17

16   that are currently using to-be-deprecated features;

17   is that right?

18        A.   Yeah.  Again, in a personal capacity,

19   my -- my recollection is that I was proposing a

20   potential way to -- to categorize the apps using        04:43:38

21   to-be-deprecated features.

22        Q.   Okay.  And the first bullet is

23   "Pre-enforce."  And you write "use existing

24   policies to revoke apps access (note: no appetite

25   to do this at" the -- "at present)."                    04:43:54
```

Page 303

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Explain what you mean there. | 04:43:57 |
| 2 | A.   Again, in a personal capacity, my | |
| 3 | recollection is that there was some discussion | |
| 4 | about whether or not there would be a way to make | |
| 5 | changes in advance of some form of public | 04:44:18 |
| 6 | announcement.  But I don't recall the specifics. | |
| 7 | What I think is important to remember is | |
| 8 | that, again, this deck, as I understand it, from | |
| 9 | the time stamp -- the date stamp in the bottom left | |
| 10 | is, you know, eight months in advance of ultimately | 04:44:33 |
| 11 | how the deprecations were announced. | |
| 12 | And at the time, my recollection is that | |
| 13 | the ways in which those changes would be rolled out | |
| 14 | was very different to how it ultimately was rolled | |
| 15 | out.  And at this point, therefore, some different | 04:44:54 |
| 16 | options were being considered. | |
| 17 | Q.   Fair to say that the introduction of the | |
| 18 | new platform was an extremely important event for | |
| 19 | Facebook, right? | |
| 20 | MR. DAVIS:  Objection.  Form. | 04:45:11 |
| 21 | THE DEPONENT:  The updates that were | |
| 22 | announced on April the 30th, 2015, were -- were | |
| 23 | certainly seen as a significant change to the | |
| 24 | developer platform and a significant step forward | |
| 25 | for -- for users. | 04:45:28 |

Page 304

1    Q.   (By Mr. Loeser)  And Facebook did a          04:45:31

2   significant amount of planning and preparation in

3   advance of rolling out that platform, right?

4    A.   Given the nature of the changes, a good

5   number of people were involved in determining what    04:45:48

6   they were.  How to roll them out.  And -- and how

7   to manage the developer ecosystem's transition to

8   the new world.

9    Q.   And this deck that you prepared was part

10  of that planning and preparation for the rollout of    04:46:04

11  the new platform, right?

12   A.   This deck represents a very, very early

13  version of the thinking as to how these changes

14  might be rolled out.

15   Q.   So when you say "use existing policies to    04:46:20

16  revoke apps access," in order to revoke apps access

17  with existing policies, that would mean that the

18  app was violating the existing policies, right?

19       MR. DAVIS:  Objection.  Form.

20       THE DEPONENT:  Facebook doesn't have a        04:46:40

21  view on what is meant here.  And I don't recall

22  what I meant when I was -- I was writing this.

23       This is the only time I've seen a

24  reference to pre-enforcement anywhere.  So it's

25  possible that this was a -- an unusual suggestion     04:46:57

1    on my part.  I do not recall what caused me to add          04:47:03

2    this bullet into the deck.

3         Q.   (By Mr. Loeser)  So it wouldn't make

4    sense to -- to revoke app access with existing

5    policies, if those policies weren't being violated,        04:47:11

6    would it?

7              MR. DAVIS:  Objection.  Form.

8              THE DEPONENT:  I think typically

9    revoking, changing what an app can do outside of a

10   policy would be certainly an usual thing to do.            04:47:27

11        Q.   (By Mr. Loeser)  So your next bullet is

12   "Standard," and then it says "(default)."

13             "Apps are notified on P-day and have

14   n-days to comply (vast majority of apps)."

15             And I'm going to interpret this for you          04:47:43

16   and you tell me if I'm right or wrong.

17             What you're suggesting here is that on

18   the day that the new platform is introduced,

19   telling apps that they have a number of days to

20   comply with the requirements of the new platform;         04:47:54

21   is that right?

22        A.   That's right.  And ultimately,

23   essentially, what occurred for most developers.

24        Q.   Okay.  And then your next bullet is

25   "Extension."                                               04:48:10

Page 306

```
 1              And you write "Apps given n+x days to        04:48:10

 2    comply due to long upgrade cycles e.g. devices

 3    (Smart TV, in car, mobile OS's)."

 4              Now, is this the -- the category that

 5    you've provided testimony about already that        04:48:25

 6    explains why extensions were given to certain apps

 7    and developers?

 8              MR. DAVIS:  Objection.  Form.

 9              THE DEPONENT:  The -- this -- this deck

10    was written a long time before the changes were     04:48:38

11    announced, and then a long time before decisions

12    were ultimately made about whether or not someone

13    should be given an extension.

14              So I don't want to connect the two

15    specifically because at this point those -- the     04:48:55

16    exact determination had not been made.  So this is

17    proposing a model where some apps might be given

18    additional time.

19              The thing I will also point out here is

20    my recollection is at the time that this deck was    04:49:15

21    written, the proposal was to implement the changes

22    in 90 days.  And when changes of this nature are

23    introduced in -- in a 90-day time period, not all

24    developers can react at that speed.  It takes many

25    companies often longer than that to write code and   04:49:42
```

Page 307

```
 1    ship it to production or to their users.            04:49:46

 2           And so this -- this category is on this

 3    deck here, again, in my personal recollection,

 4    given the expectation at the time that the changes

 5    would be rolled out in a 90-day time period.        04:50:02

 6        Q.   (By Mr. Loeser)  And -- and so just --

 7    you know, I asked you on Monday, and a little bit

 8    this morning, to explain all the reasons why -- why

 9    apps or partners were given access to deprecated

10    permissions.                                         04:50:20

11           And -- and one of the categories you

12    described was an extension and -- and -- and this

13    bullet is consistent with your earlier testimony.

14           Perhaps the length of time changed, but

15    the notion of providing an extension for those      04:50:33

16    reasons is what you indicated previously; is that

17    right?

18        A.   The suggestion on the slide here is -- is

19    broadly consistent with -- ultimately, one of the

20    reasons why several extensions were granted.         04:50:46

21        Q.   Okay.  Let's -- let's look at the next

22    bullet here on this slide, which says "Exception,

23    Apps to be whitelisted indefinitely due to their

24    strategic value to Facebook e."

25           Do you see that?                              04:51:04
```

Page 308

CONFIDENTIAL

| 1 | A.   I do see that. | 04:51:05 |

2       Q.   And we had a conversation a few minutes

3    ago about strategic value to Facebook and you were

4    unable to describe what that meant to Facebook and

5    expressed some lack of familiarity -- familiarity       04:51:15

6    with the term "strategic value."

7            Does this provide you with better context

8    to understand what Facebook has in mind with the

9    expression "strategic value" to Facebook?

10           MR. DAVIS:  Object to the form.             04:51:27

11           THE DEPONENT:  Again, back to my earlier

12   testimony of -- strategic value, as a phrase, is

13   not a defined term at the company and could mean

14   many different things in many different contexts.

15           In a personal capacity, my -- my          04:51:43

16   recollection, when writing this deck, is that it

17   was -- I thought there would be some apps that the

18   business -- the -- the leadership team might

19   consider for continued access.

20           But in this deck, I'm not specific as to   04:52:10

21   what that is.  And I don't recall having a clear

22   understanding or defined understanding of -- of --

23   of what that meant.

24       Q.   (By Mr. Loeser)  Who was the intended

25   audience of this slide deck?                        04:52:35

Page 309

CONFIDENTIAL

```
 1        A.   Again, in my personal capacity, my          04:52:43

 2   understanding is that the -- the audience of this

 3   deck was Dan Rose, who was the director of platform

 4   partnerships at the time.

 5        Q.   And fair to say that when you wrote this     04:52:55

 6   bullet, "Exception, Apps to be whitelisted

 7   indefinitely due to their strategic value to

 8   Facebook e," you had an idea of what that meant to

 9   you?

10        A.   When I wrote this deck, I recall thinking    04:53:13

11   that there would be a group of apps which would

12   be -- that the company would consider potentially

13   for being granted access to this information over a

14   longer period of time.

15             But, again, at this -- at this time, I       04:53:35

16   didn't have a clear understanding of what those

17   reasons would be, merely that there might be the

18   need for a category into which they could be

19   sorted.

20        Q.   Let's move forward to what is the eighth     04:53:53

21   slide in the deck that has the heading "Open

22   Questions."

23             And you'll see the second question is,

24   "Who needs to be on the Review Board to classify

25   apps using to-be-deprecated features?  Chris?       04:54:07
```

1    Doug?  Vernal?  What about mobile apps, companies          04:54:10

2    with sales-led relationships."

3            Do you see that?

4        A.   I see that.

5        Q.   And how is that question answered?              04:54:20

6        A.   I do not recall that question being

7    answered.

8        Q.   So does Facebook -- can Facebook tell the

9    Court who it put on the review board -- well, first

10   of all, was there a review -- a review board to       04:54:35

11   classify apps using to-be-deprecated features?

12       A.   No.  No review board was set up.

13       Q.   And -- and I asked you before and I'll

14   ask you again, do you know who made the final

15   decisions on how to classify apps using            04:54:55

16   to-be-deprecated features?

17           MR. DAVIS:  Objection.  Form.

18           THE DEPONENT:  Can you ask me the

19   question again.  I think it's important to --

20           MR. LOESER:  Sure.  Sure.                 04:55:10

21           THE DEPONENT:  -- to understand.

22       Q.   (By Mr. Loeser)  Yeah.  I see that the

23   question is slightly different than I asked before.

24   So that's a fair clarification.

25           Who made the decision on how to classify   04:55:17

CONFIDENTIAL

```
1    apps using to-be-deprecated features?              04:55:19

2           MR. DAVIS:  Object to the form.

3           THE DEPONENT:  I don't think any -- I

4    don't think any, in parti- -- single person de- --

5    decided that it was a classification of apps for   04:55:34

6    using to-be-deprecated features.

7       Q.   (By Mr. Loeser)  And then if you look at

8    the last bullet, it says "If we grant an exception,

9    does that ███████████████████████████████

10          Do you know how that question was          04:55:52

11   answered?

12      A.   I don't know how that question was

13   answered.

14      Q.   So let's go to the -- there's an appendix

15   to this -- to this deck, and we can go to the first 04:56:07

16   slide of the appendix.

17          And you see there's two columns,

18   "NewsFeed API."

19          Is -- is that a reference to read stream

20   permission?                                        04:56:33

21      A.   Yes, the first column refers to the --

22   the read stream permission.

23      Q.   And the second column is "Non-App-Friends

24   data."

25          And from this, it appears that's a        04:56:43
```

Page 312

```
  1    reference to the permissions -- for the friends        04:56:48

  2    permissions?

  3         A.   That's correct.

  4         Q.   And if you look there, there's a list of

  5    different types of app below on each column; is        04:56:59

  6    that right?

  7         A.   There are some -- there are some apps,

  8    yes.

  9         Q.   And then with regard to each of the

 10    categories of app, there's a recommendation as to      04:57:16

 11    whether to keep access or remove access to the --

 12    in the first column, the "NewsFeed API," and the

 13    second column, the "Non-App-Friends data"; is that

 14    right?

 15         A.   Yeah.                                         04:57:33

 16         Q.   And who -- who's making that

 17    recommendations that's identified there?

 18         A.   The recommendation is in a -- in a deck

 19    that I was involved in producing.  But I don't

 20    recall if there were other people involved in that     04:57:46

 21    recommendation.

 22         Q.   And if you look at the first header on

 23    the newsfeed API, so the read stream, it says -- or

 24    I'm sorry -- the first type of app identified,

 25    "Strategic mobile & replica apps."                     04:58:06
```

Page 313

```
 1                Do you see that?                           04:58:09

 2        A.   I do.

 3        Q.   And the "Recommendation" is "keep

 4   access"?

 5        A.   I see that.                                   04:58:14

 6        Q.   Was that recommendation followed by

 7   Facebook?

 8        A.   The -- the -- the apps listed here, to

 9   me, look like mobile device integration partners,

10   which is a program that continued after the          04:58:33

11   announcement of API v2.

12        Q.   So it appears that the recommendation was

13   followed?

14        A.   Well, what I understand happening is

15   consistent -- ultimately is consistent with our       04:58:49

16   recommendation.

17        Q.   And if you look at the last category on

18   the list there for "NewsFeed API," it says "Other

19   Strategic e.g. ███████████████████████,

20   ██████████ and the "recommendation" is "case by       04:59:02

21   case basis."

22                Was that recommendation followed?

23        A.   I don't know the specifics of -- of -- of

24   whether or not that recommendation was followed.

25   It would require me to know on an individual app      04:59:13
```

Page 314

```
1    basis, which is -- is not something I have prepared        04:59:18
2    to testify on.
3         Q.   So do you know if -- well, are ████
4    ████████████████████████████████ partners that
5    Facebook identifies as having strategic value to           04:59:30
6    Facebook?
7              MR. DAVIS:  Objection.  Form.
8              THE DEPONENT:  Those apps are -- are
9    listed in that category, but I -- I'm not a
10   determiner of what was considered strategic or not.        04:59:44
11   They are listed here under -- under that framing.
12        Q.   (By Mr. Loeser)  And Facebook can't
13   testify today as to whether ████████████████████
14   ████████████████████████ were provided access on a
15   case-by-case basis to newsfeed APIs after the new          05:00:02
16   platform was introduced?
17             MR. DAVIS:  Objection.  Form.
18             THE DEPONENT:  On a specific app-by-app
19   basis, I have not revised exactly what happened
20   with each of the apps listed here.                         05:00:16
21        Q.   (By Mr. Loeser)  Let's look at the next
22   column "Non-App-Friends data."
23             At the top it says "Apps recently
24   requesting permissions," and it has the number
25   ██████████                                                 05:00:30
```

Page 315

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Do you see that? | 05:00:32 |
| 2 | A.   Yeah. | |
| 3 | Q.   And then it says "Apps recently accessing | |
| 4 | the API," and then it says "Unknown due to | |
| 5 | instrumentation issues." | 05:00:40 |
| 6 | What -- what -- what does that refer to? | |
| 7 | A.   I don't recall exactly what those -- | |
| 8 | what that -- what that means.  So hard for me to | |
| 9 | say today, nine years later. | |
| 10 | Q.   And if you wanted to -- if Facebook | 05:00:55 |
| 11 | wanted to answer that question, where would it go | |
| 12 | to get the answer? | |
| 13 | A.   Sorry. | |
| 14 | Today?  You're asking me today where | |
| 15 | would I go to answer the -- | 05:01:09 |
| 16 | Q.   Yeah. | |
| 17 | A.   Where would I go to answer the question | |
| 18 | to -- as in using the API today, or where would I | |
| 19 | go to answer the question who was using the API in | |
| 20 | 2013? | 05:01:19 |
| 21 | Q.   I -- I'm asking where you would go to | |
| 22 | develop an understanding of what you meant when you | |
| 23 | said "Unknown due to instrumentation issues." | |
| 24 | A.   I -- as the author of the deck speaking | |
| 25 | there, I -- the only person that would know likely | 05:01:35 |

Page 316

| | |
|---|---|
| 1 | is me.  And I do not recall what those | 05:01:40 |
| 2 | instrumentation issues were. |
| 3 | Q.   So for the newsfeed API, you were able to |
| 4 | identify the apps recently accessing the API. |
| 5 | How did you do that? | 05:01:51 |
| 6 | A.   I would have used the HiPal tool. |
| 7 | Q.   And would you have attempted to do the |
| 8 | same thing for identifying apps that recently |
| 9 | accessed the non-app-friends data APIs? |
| 10 | A.   I would have attempted to do the same | 05:02:11 |
| 11 | thing.  But I am not a data scientist.  And so |
| 12 | my -- my skills of data are not the -- of a |
| 13 | professional -- of a highly professional standard. |
| 14 | I'm competent, but not a professional data |
| 15 | scientist. | 05:02:30 |
| 16 | Q.   Well -- okay.  So if you look at the |
| 17 | first category of apps on the "Non-App-Friends |
| 18 | data" column, the first one is also "Strategic |
| 19 | mobile & replica apps," and the "Recommendation" is |
| 20 | "keep access." | 05:02:45 |
| 21 | Is it your -- did Facebook follow that |
| 22 | recommendation? |
| 23 | MR. DAVIS:  Object to the form. |
| 24 | THE DEPONENT:  I cannot say if Facebook |
| 25 | followed the recommendation.  That would suggest | 05:02:54 |

Page 317

```
 1    that the recommendation was in itself listened to.        05:02:56

 2             But as with my previous testimony on the

 3    first column, my understanding from this is that

 4    ██████████████████████ were classified as device

 5    integration partners, which was a separate program       05:03:14

 6    that continued after the announcement of API v2.

 7    And so my understanding is that is consistent with

 8    what ultimately happened.

 9        Q.   (By Mr. Loeser)  And so for that

10    category, "Strategic, mobile and replica apps,"          05:03:33

11    those companies continued to have access to friend

12    permissions; is that right?

13             MR. DAVIS:  Object to the form.

14             THE DEPONENT:  As we've discussed

15    previously, the device integration partners had          05:03:49

16    access to a number of private APIs to allow them to

17    build Facebook replacement clients on third-party

18    devices.

19        Q.   (By Mr. Loeser)  And those private APIs

20    allowed access to -- to friends data, right?             05:04:05

21        A.   Those private APIs allowed the third

22    parties to build experiences that replicate the

23    Facebook experience on those devices, which would

24    have allowed them to include things like the

25    newsfeed, which would have included friends data.        05:04:24
```

                                                       Page 318

```
1         Q.   And also they had access to the -- to the      05:04:26

2    friends permissions as well, right?

3         A.   The way these -- the way that the

4    Facebook replacement clients were implemented, they

5    had access to the information.  But the way that       05:04:40

6    that information was granted was not through the

7    standard Facebook login dialogue.

8         Q.   Right.  I understand that.  But I'm

9    just -- this is in a column for "Non-App-Friends

10   data," and I just wanted to be clear that the          05:04:50

11   "Strategic, mobile & replica apps" continued to

12   have access to "Non-App-Friends data," right?

13        A.   The apps listed here, yes, as I

14   understand it, continue to have access to friends

15   data after -- yes, continue to have access to          05:05:04

16   friends data until -- until later.

17        Q.   And -- and when you say "later," you mean

18   after the API Graph version 2 was implemented?

19        A.   After API version 2 is implemented, yes.

20        Q.   Now, one of the categories here is           05:05:23

21   "Lifestyle & Dating," and it says "e.g. ████

22   ██████████████████████  and the

23   "Recommendation" is "special consideration for

24   dating apps (see KP)."

25             Do you see that?                             05:05:37
```

Page 319

1          A.   I see that.                                          05:05:37

2          Q.   And what were the special considerations

3     that Facebook applied for dating apps?

4          A.   Dating apps were seen as a good use case

5     of the Facebook developer platform.  And there was   05:05:52

6     discussion about how to enable them to continue to

7     provide a great user experience while minimizing

8     the amount of information they needed to perform

9     that function.

10         Q.   So after the transition to Graph API       05:06:11

11    version 2, or as it referred in this deck,

12    platform 3, dating apps continued to have access to

13    "Non-App-Friends data"?

14              MR. DAVIS:  Objection.  Form.

15              THE DEPONENT:  That's -- dating            05:06:24

16    apps were -- there was a new API built for dating

17    apps that allowed them to continue to build

18    recommendations without having any personally

19    identifiable information available to them.

20         Q.   (By Mr. Loeser)  And so did those dating   05:06:43

21    apps -- dating apps continue to have access to what

22    is referred to on this slide as "Non-Apps-Friends

23    data?

24              MR. DAVIS:  Objection.  Form.

25              THE DEPONENT:  They had access to an API   05:06:56

                                                          Page 320

CONFIDENTIAL

```
 1    that gave them the ability to understand the number      05:06:58

 2    of mutual friends that people have in common

 3    without any personally identifiable information

 4    about those people being emitted.

 5         Q.   (By Mr. Loeser)  And did it provide them        05:07:10

 6    with access to "Non-App-Friends data"?

 7              MR. DAVIS:  Objection.  Form.

 8              THE DEPONENT:  Can you define for me in

 9    this context what you mean by "Non-App-Friends

10    data"?                                                    05:07:20

11         Q.   (By Mr. Loeser)  Well, what did you mean

12    when you wrote that on the top of this slide?

13         A.   Well, in this case, I'm referring

14    specifically to a set of permissions and

15    specifically to a set of example methods.                 05:07:31

16              Dating apps did not have access -- my

17    understanding is dating apps did not have access --

18    in general, dating apps did not have access to

19    those permissions or those -- and, therefore, able

20    to use those methods to access friend data after         05:07:52

21    the transition.

22         Q.   But they did have access to some friends

23    data after the transition?

24              MR. DAVIS:  Objection.  Form.

25              THE DEPONENT:  As I've testified, my           05:08:04
```

Veritext Legal Solutions
866 299-5127

1    understanding is they had access to a new API that          05:08:05

2    granted them the ability to understand mutual

3    friends in common of two app users without having

4    any personally identifiable information emitted.

5           That's very different in form to the rest          05:08:21

6    of how the friends data and friends permissions

7    worked.

8        Q.   (By Mr. Loeser)  Let's go to the last

9    bullet on here, "Other Strategic," and it says

10   "e.g. ██████████████████," and the                          05:08:36

11   "Recommendation" is "case by case basis."

12          Is that -- is that how Facebook proceeded

13   with regard to the apps identified on your slide

14   here as "Other Strategic"?

15       A.   Again, on -- on a -- on a specific             05:08:57

16   app-by-app basis, I don't -- I don't know here

17   today, in my head, what happened to each of the --

18   the apps listed here.

19       Q.   And then if you look at the next slide,

20   there's a whole slide devoted to the topic of        05:09:12

21   "Strategic Partners & Exceptions."

22          Does this help you understand what

23   Facebook means by strategic partners?

24       A.   There are certainly some examples here

25   that are -- that seem to be classified as the        05:09:26

Page 322

1    strategic partners.                              05:09:29

2           But, again, to determine whether or

3    not -- I was not at this time the person

4    determining whether or not these were seen as

5    strategic partners.                              05:09:37

6        Q.   And -- and Facebook -- having looked at

7    this slide on behalf -- you cannot testify on

8    behalf of Facebook, as its designee, what Facebook

9    means by strategic partners?

10       A.   This slide is written by a person in the   05:09:57

11   partnerships team and -- and representative of the

12   partnerships team's opinions, so I think it's

13   consistent with what the partnerships team would

14   have defined as a strategic partner.

15       Q.   Okay.  Why don't we look at the next      05:10:13

16   slide.

17          Here's another entire slide devoted to

18   identification of strategic partners and

19   exceptions.

20          Do you see that?                           05:10:20

21       A.   I do.

22       Q.   And does that help you, as Facebook's

23   designee, to describe for me what Facebook means by

24   strategic partners?

25       A.   Again, this is what I think the strategic   05:10:29

                                                  Page 323

```
 1   partnerships team were to classify as strategic        05:10:31

 2   partners.

 3        Q.   Okay.  Let's look at the next slide.

 4             This is another entire slide devoted to

 5   the topic of strategic partners and exceptions.        05:10:40

 6             Does this help you, as Facebook's

 7   designee, to testify as to what Facebook means by

 8   strategic partners?

 9        A.   This helps me identify that these are

10   partners that the platform partnerships team would     05:10:54

11   have designated as strategic partners.

12        Q.   And is there some other organization at

13   Facebook that would -- that would also weigh in on

14   how Facebook classifies partners as strategic?

15             MR. DAVIS:  Objection.  Form.              05:11:13

16             THE DEPONENT:  There are several

17   partnerships teams at Facebook working on different

18   types of things.  Each of them would maybe have had

19   their own designation of what partners meant and

20   which would -- and -- and how to categorize them.      05:11:30

21   There wasn't just one partnerships team at

22   Facebook.

23        Q.   (By Mr. Loeser)  And so if you, as

24   Facebook's corporate designee, wanted to develop a

25   complete understanding of what Facebook means by       05:11:39
```

Page 324

```
 1    strategic partners, where are all the places that        05:11:42

 2    you would go for that answer?

 3              MR. DAVIS:  Object to the form.

 4              THE DEPONENT:  I'm not sure.  It would be

 5    possible to develop a full understanding -- a full        05:11:53

 6    list of different teams of the company that may or

 7    may not classify -- that work -- classify partners

 8    and may or may not classify them as strategic.

 9              MR. LOESER:  Okay.  We can go to the next

10    exhibit.                                                  05:12:17

11              MR. DAVIS:  Mr. Loeser, we've been going

12    about an hour and a half.  Would this be an

13    opportune time for a short break?

14              MR. LOESER:  Sure.  That's fine.

15              Ten minutes.                                    05:12:23

16              SPECIAL MASTER GARRIE:  Wait.  Before

17    we -- we do that, Mr. -- Mr. Cross, how long would

18    you like?

19              MR. LOESER:  Rebecca --

20              THE DEPONENT:  Ten minutes is good for          05:12:35

21    me.

22              SPECIAL MASTER GARRIE:  And Rebecca, does

23    ten minutes work for you?

24              THE COURT REPORTER:  Yes.

25              SPECIAL MASTER GARRIE:  You're very             05:12:39
```

Page 325

CONFIDENTIAL

```
 1     important to this whole process.  Your happiness is      05:12:39

 2     critical to the entire transaction.

 3                MS. DAVIS:  Off the record.

 4                (Discussion off the stenographic record.)

 5                THE VIDEOGRAPHER:  Okay.  We're off the       05:13:00

 6     record.  It's 5:13 p.m.

 7                (Recess taken.)

 8                THE VIDEOGRAPHER:  We're back on the

 9     record.  It's 5:36 p.m.

10        Q.   (By Mr. Loeser)  Mr. Cross, previously,          05:36:19

11     when I was asking you about who made the decision

12     about how to decide which partners would continue

13     to have access to friend data, you mentioned the --

14     the platform leadership team, in addition to the

15     platform partnership group; is that right?            05:36:36

16        A.   The platform leadership team -- the

17     platform product leadership team would have been

18     involved in those conversations.

19        Q.   And who at the platform -- I'm sorry.

20                What is the full name of that group, the    05:36:53

21     platform -- platform leadership...

22        A.   So just the Facebook platform team, that

23     would have been the name of it.  And then the kind

24     of -- the leadership team would have been -- the --

25     the senior product and engineering people as part    05:37:08
```

Page 326

CONFIDENTIAL

```
 1     of that group.                                        05:37:11

 2          Q.   And who were those people?

 3          A.   Some names that come to mind, I can't --

 4     well, I -- can't be specific as to time.  But some

 5     names that come to mind around the time of this       05:37:29

 6     period, 2013 to 2015, Mike Vernal, Doug Purdy,

 7     Ilya Sukhar and Vladimir Fedorov.

 8               MR. LOESER:  Okay.  Thank you.

 9               If we can put up what's previously been

10     marked as Exhibit 20.                                 05:37:49

11          Q.   (By Mr. Loeser)  And Mr. Cross, you

12     should be looking at Exhibit 20, which is an email

13     from you to a number of people.

14               First in the list is Quinn Duffy and also

15     Namita Gupta and Amir Naor and KP, among others,      05:38:37

16     with a cc to Eddie O'Neil.

17               The subject is "Capabilities Tool,

18     improvement requests - feedback by EOD Sunday,

19     please" with the attachment "Capability Audit

20     24 Oct 2013.xlsx."                                    05:38:51

21               Do you see that?

22          A.   I do.

23          Q.   And the date of your email is

24     October 24th, 2013; is that correct?

25          A.   That's correct.                             05:39:02
```

Page 327

1      Q.   And I'll read -- the first paragraph of          05:39:02

2   your email states "Over the last few weeks, you'll

3   have noticed Engineering have moved many app-based

4   GKs over to the new Capabilities tool."

5           What are app-based GKs?                           05:39:15

6      A.   So as we previously talked about, GK

7   refers to gatekeeper, which is a tool inside

8   Facebook.  And app-based GK is a gatekeeper that

9   takes an app ID as an input rather than a user ID,

10  for example.                                              05:39:34

11     Q.   And you write "Going" -- thank you.

12          "Going forward, this tool is going to be

13  a much" part much -- I'm sorry -- "to be a much

14  larger part of our lives - its where the vast

15  majority of whitelists will be managed."                 05:39:45

16          Is that, in fact, what -- what happened,

17  is that -- and I think you testified about this on

18  Monday -- the capabilities tool became the place

19  where the vast majority of whitelists were managed,

20  right?                                                    05:40:00

21     A.   Our intention at the time was to make the

22  capability tool the -- the way the -- what platform

23  application whitelists were managed.  That was

24  the -- that -- that was the plan for the

25  capabilities tool over time.                             05:40:14

                                                             Page 328

1      Q.   Okay.  And then you next write "Platform          05:40:15

2  Simplification is about to introduce even more

3  whitelists - such as allowing apps to be exempt

4  from the transition to hashed UIDs, or be able to

5  continue using read_stream or friends_*perms."          05:40:28

6           Did I read that correctly?

7      A.   You did read that correctly.

8      Q.   And is platform simplification there a

9  team or an event?

10     A.   Neither.  Platform simplification refers          05:40:41

11 to the program of work, I guess you would call it,

12 that ultimately came to be the changes we launched

13 on April 30th, 2014, otherwise as known as

14 platform 3.0.

15     Q.   Okay.  And did platform simpli- --          05:41:02

16 simplification, in fact, introduce even more

17 whitelists?

18     A.   It introduced -- as a result, there were

19 a small number of additional whitelists added, but

20 not a large number.          05:41:18

21          My recollection at the time, in my

22 personal capacity here, is that the expectation was

23 that there would be -- the expectation I had is

24 that we might need a -- a number of new whitelists.

25          In actual fact, a very small number were          05:41:40

Page 329

CONFIDENTIAL

```
 1    ultimately needed due to the decisions taken as to      05:41:43

 2    how the changes would be rolled out.

 3        Q.   And how many whitelists were introduced

 4    to continue -- to enable apps to continue using

 5    read stream or friends permission?                      05:41:56

 6        A.   I couldn't tell you today exactly how

 7    many new capabilities were added to the capability

 8    tool.

 9        Q.   And where would Facebook go to get an

10    answer to that question?                                05:42:09

11        A.   I would go and ask the platform

12    engineering team to see if they could determine

13    which capabilities were added and when.

14        Q.   And that's not something that you did to

15    prepare for your testimony today?                       05:42:26

16        A.   I talked to the platform engineering team

17    about a number of issues, but not the specific

18    question of exactly how many new capabilities were

19    added back in 2013, '14.

20             MR. LOESER:  And I'm going to ask really        05:42:44

21    you, but through your counsel, since we'll be back

22    on Monday, if that's a question that you could

23    obtain an answer for, since it's clearly under the

24    heading of the whitelisting topic that is indicated

25    in your notice.                                         05:42:59
```

Veritext Legal Solutions
866 299-5127

```
 1            MR. BLUME:  Noted.  And we can discuss it      05:43:02

 2     offline.

 3            MR. LOESER:  So let's go to the next

 4     exhibit, which is previously been marked

 5     Exhibit 13.                                           05:43:12

 6        Q.   (By Mr. Loeser)  And Mr. Cross, we are

 7     showing you what's previously been marked

 8     Exhibit 13, which is an email from you to

 9     Jackie Chang, Ime Archibong, KP, Bryan Hurren and

10     Monica Mosseri.                                       05:43:56

11            Do you see that?

12        A.   I do.

13        Q.   And the date of the email is

14     December 10th, 2013.  And the subject is "Re:

15     Simon's Updates - 6th Dec."                           05:44:02

16            Do you see that?

17        A.   I do.

18        Q.   Who is Bryan Hurren?

19        A.   Bryan Hurren was, if I recall correctly,

20     a strategic partner manager on the platform          05:44:16

21     partnerships team.

22        Q.   So there's a group at Facebook that is

23     referred to as the strategic partner group?

24        A.   The job title I recall having -- that

25     these folks had at the time -- including I had at     05:44:31
```

```
 1    the time -- was strategic partner manager and --      05:44:35

 2    and the platform partnerships team was the team you

 3    were part of.

 4          Q.   And I'm sorry, did you say that you were

 5    part of the strategic -- strategic partner group as    05:44:44

 6    well?

 7          A.   At this time I was a partner manager on

 8    the platform partnerships team, yes.

 9          Q.   The strategic partnership team?

10          A.   The name of the team was the -- I -- I      05:44:58

11    recall the name of the team being the platform

12    partnerships team.

13          Q.   Okay.  And is that the same team that

14    Bryan Hurren was on?

15          A.   Yes.                                        05:45:11

16          Q.   Who is Monica Mosseri?

17          A.   She was another partner manager on the

18    team.

19          Q.   So now this -- the subject of this email

20    is indicated "Simon's Updates."                        05:45:28

21               Were -- were you creating regular updates

22    regarding platform simplification?

23          A.   I -- I was involved in updating my team

24    about the things I was working on, and platform

25    simplification was one of the things I was working     05:45:50
```

Page 332

CONFIDENTIAL

```
 1    on at the time.                                  05:45:55

 2        Q.   Okay.  So let's go to the -- the third

 3    page of this email string.  The Bates on this page

 4    is FB-CA-MDL-00200698.  And the heading I'm looking

 5    at is "Platform Simplification."                 05:46:09

 6             And if you look under that heading, can

 7    you read the third bullet in that -- under that

 8    heading?

 9        A.   "Key focus this week is to pull

10    additional data on apps and capabilities to allow 05:46:29

11    the 4 partnerships teams" to -- "(Games, Non-games,

12    Mobile, Marketers) to pre-approve apps for the new

13    whitelists, and review their apps with existing

14    whitelists."

15        Q.   Okay.  And so based upon this update, it 05:46:43

16    is -- it is true, is it not, that Facebook was

17    identifying particular apps so that it could

18    preapprove them to -- to continue having access to

19    friend data, right?

20        A.   Well, first of all, the -- it doesn't -- 05:47:04

21    the new whitelist doesn't necessarily mean friend

22    data, right.  You need to be specific about that.

23    Whitelist and friends data are not synonyms.

24             The -- what's on the slide deck here is,

25    again, in a personal capacity, me talking about an 05:47:21
```

Page 333

CONFIDENTIAL

```
 1   initiative that was proposed to be done in the        05:47:27

 2   coming week.

 3         Q.   Okay.  And -- and thank you for

 4   clarification on -- on friends data.  The project

 5   was broader than that.                                 05:47:37

 6              This was looking at the -- the -- the

 7   permissions that would be deprecated more broadly

 8   in the platform simplifications process, right?

 9         A.   The platform simplification at this time,

10   which again is several months before it happened,      05:47:55

11   and a lot changed between then and the

12   announcement.

13              What I'm referring to here is -- is the

14   broader package of work, which included a large

15   number of other changes to the API as well.            05:48:08

16         Q.   Okay.  And so, nonetheless, Facebook was

17   endeavoring to preapprove certain apps for the new

18   whitelist that would be implemented in connection

19   with the introduction of platform 3, right?

20         A.   I don't think it's fair to say Facebook     05:48:26

21   was.  I, as a partner manager, was proposing that

22   we do a piece of work like this, although I do not

23   recall us doing so.

24         Q.   And if Facebook wanted to be able to

25   testify as to whether there was work done to           05:48:48
```

Page 334

```
 1    preapprove apps for the new whitelist, how would        05:48:50

 2    Facebook go about getting that information?

 3               MR. BLUME:  Objection.  Form.

 4               THE DEPONENT:  I would try and see if any

 5    documents existed from the time that would pertain      05:49:09

 6    to such an effort.  I -- again, like -- I don't

 7    think the -- what -- what you're seeing in this

 8    email and the previous slide deck is a bunch of

 9    people trying to figure this out, very differently

10    from what ultimately happened and transpiring.         05:49:33

11               So to answer your question, where would I

12    go.  I would go and speak to the -- the other

13    people on this thread, if they still exist, and see

14    if they recall any documents that were produced

15    around this time that might pertain to this bullet.     05:49:50

16               I do not recall --

17         Q.   (By Mr. Loeser)  And you haven't --

18         A.   Sorry.  Go on.

19         Q.   No, go ahead.  I'm sorry.

20         A.   I -- I do not recall pre-approving or         05:50:01

21    being involved in pre-approving apps for -- for the

22    new whitelists at this time.

23         Q.   And you did not go talk to any of the

24    persons on this thread in order to identify whether

25    any apps were pre-approved for the new whitelists?      05:50:23
```

Page 335

```
 1        A.   I don't recall.  Again, nine years ago,        05:50:28

 2   in a personal capacity, I don't recall what I did

 3   here.

 4            Specifically, as the next step, I'm not

 5   sure I've seen a bullet that -- that talks about        05:50:39

 6   what happened after this.  And I don't -- I don't

 7   recall what my next -- what my next actions were.

 8        Q.   And to prepare for your testimony today,

 9   you did not ask any of the people on this thread

10   what they knew about pre-approving apps for the new     05:50:54

11   whitelist?

12        A.   We didn't -- I didn't talk about

13   pre-approving because that's not -- doesn't

14   resonate with me as a concept at the time.

15            I did talk with the people that were -- I      05:51:09

16   was working with at the time as to their

17   recollection as to why we granted extensions to

18   certain app developers.

19        Q.   And can you read the last bullet on your

20   list here.                                              05:51:32

21        A.   "Jackie leading on putting together a new

22   whitelist process with Legal and Product."

23        Q.   And did Jackie lead on putting together a

24   new whitelist process with legal and product?

25        A.   I do not recall what Jackie did.  You        05:51:45
```

Veritext Legal Solutions
866 299-5127

```
 1    might want to ask her.                              05:51:49

 2         Q.   And that would be the natural way to find

 3    out what Jackie did, right?

 4         A.   That would be a reasonable thing to do.

 5         Q.   And -- and is that what Facebook would      05:52:01

 6    do, if Facebook wanted to answer the question

 7    whether Jackie led on putting together a new

 8    whitelist process with legal and product?

 9              MR. BLUME:  Objection.  Form.

10              THE DEPONENT:  To that very specific        05:52:14

11    question, it might -- if Jackie was -- if I -- if

12    Jackie was available, then speaking to her about

13    that might -- might be a way to get clarity.  But

14    it's not certain, given it would be relying on her

15    recommendation -- her recollection.                  05:52:32

16         Q.   (By Mr. Loeser)  Let's go to the next --

17    go up the string to the email from you dated

18    November 25th, 2013.  "Subject: Re: Simon's

19    Updates - 22nd Nov."

20              So this is another update you provided      05:52:53

21    about the work that you were doing at the time,

22    right?

23         A.   Yes.

24         Q.   Okay.  And if you go down to the portion

25    of that -- it's on the next page of your update --   05:53:08
```

                                                      Page 337

```
 1    there's, again, a heading "Platform          05:53:12

 2    Simplification."

 3            Do you see that?

 4    A.   Uh-huh.

 5    Q.   And I'll read the second bullet.        05:53:23

 6            It says "New Whitelisting process -

 7    Jackie working closely with ████████ to

 8    ████████████████████████████████████

 9    ████   Spec for updates to tools in progress and

10    moving forward build-stage. ████████████     05:53:36

11    ██████████████████████ is underway."

12            Do you see that?

13    A.   I do see that.

14    Q.   So your earlier email we went through was

15    on October 28th -- I'm sorry -- went through the   05:53:46

16    8th of November email, in which you indicate

17    "Jackie is leading on putting together a new

18    █████████████████████████████," right?

19    A.   Yeah.

20    Q.   All right.  And this email, a little bit   05:53:57

21    later in time, you provide an update on what Jackie

22    was doing, right?

23    A.   It looks that way.

24            Thank you for scrolling up.

25    Q.   And did Jackie work closely with ██████    05:54:11
```

Page 338

CONFIDENTIAL

```
 1    ██████████████████████████████████      05:54:14

 2    ████████████████████

 3         A.    I honestly don't recall what Jackie did.

 4    And I think, again, the best -- the best way to

 5    understand -- understand that would be to ask her.    05:54:27

 6              I do not recall what -- what she did or

 7    what the outcome was.  And I don't recall anything

 8    that -- outputting from this being ultimately used

 9    a year and a half later.

10         Q.    Okay.  So what was the ███████████        05:54:48

11    ████████████████████████████████████████

12    ████████████  apps that was developed at Facebook?

13              MR. BLUME:  Objection.  Scope.  Form.

14              THE DEPONENT:  Yeah.  I'm not sure I can

15    answer that in -- in Facebook's capacity.  I'm not    05:55:05

16    sure there was a -- a single process for

17    whitelisting apps.

18              I can talk in a personal capacity about

19    my involvement at the time, which was to improve

20    the capability tool as to how whitelists were        05:55:27

21    requested and granted.

22         Q.    (By Mr. Loeser)  And other than what

23    you've previously -- previously testified to, is

24    there a -- was there a process for whitelisting

25    apps that -- that was adopted by Facebook?            05:55:57
```

```
 1              MR. BLUME:  Objection.  Scope and form.      05:56:01

 2              THE DEPONENT:  There was a -- a technical

 3    process for whitelisting apps which allowed --

 4    which enabled a -- which was implemented through

 5    the capabilities tool.                               05:56:16

 6         Q.   (By Mr. Loeser)  And was there a formal

 7    document or protocol to be used when deciding what

 8    apps to whitelist?

 9         A.   I do not recall a -- a formal document or

10    protocol.  And it did -- deciding -- well, let        05:56:32

11    me -- let me wind back.

12              Deciding to whitelist for what?

13         Q.   For permissions that were going to be

14    deprecated with the transition to platform 3.

15         A.   So the -- the -- so specifically,           05:56:56

16    extensions to the Graph API -- API v1 deprecation?

17         Q.   Yes.

18         A.   The -- and so what was your original

19    question?

20              I'm sorry.  I want to make sure I answer    05:57:15

21    it.

22         Q.   Sure.

23              Was there a formal document or protocol

24    to be used when deciding what apps to whitelist?

25         A.   I don't recall there being a formal         05:57:28
```

Page 340

```
 1    document or protocol.                           05:57:29

 2        Q.   And if Facebook were to answer that

 3    question, where would Facebook go to identify an

 4    answer?

 5             MR. BLUME:  Objection.  Form.           05:57:45

 6             THE DEPONENT:  I would attempt to speak

 7    to -- to Jackie potentially and -- and maybe Eddie

 8    as if to -- their recollection as -- as to how this

 9    process was -- was managed.

10        Q.   (By Mr. Loeser)  And -- and you did not  05:58:02

11    do that to testify -- to prepare yourself to

12    testify today, is that right, about this particular

13    topic?

14        A.   I talked to Eddie, Ime and a few other

15    people to ask on their recollection of -- of -- of  05:58:17

16    how -- specifically why we decided -- why

17    partners -- their recollection as to why certain

18    entities were granted extensions, and I reviewed

19    some internal documents on the topic.

20        Q.   But you didn't ask them if there was a   05:58:42

21    formal document or protocol to be used when making

22    whitelisting decisions?

23        A.   I did not ask them that specific

24    question.

25             MR. LOESER:  And similar to what I said  05:58:51
```

Page 341

 1   before, and via your counsel, if that's a question        05:58:53

 2   you could be prepared to answer when we come back

 3   on Monday, that would be useful for this process.

 4           MR. BLUME:  Noted.

 5       Q.   (By Mr. Loeser)  Okay.  So let's look at        05:59:09

 6   the -- let's look at the next bullet on your update

 7   here.

 8           It says "New whitelists for public

 9   deprecations - close to finalizing with Product

10   (Eddie and Harshdeep) a set of 54 new Capabilities      05:59:15

11   we need to add to allow us to whitelist partners

12   past the public deprecations.  Next step is to map

13   apps against these and start making

14   no/extension/exemption decisions."

15           Do you see that?                                05:59:32

16       A.   I do see that.

17       Q.   And so these 54 new capabilities were

18   necessary to allow Facebook to whitelist partners

19   past the public deprecations; is that right?

20       A.   I -- the -- the email references 54 new        05:59:47

21   capabilities.  I do not recall, again, personal

22   veracity, that those were created.

23       Q.   And so in order to allow Facebook to

24   whitelist partners past the public deprecations,

25   Facebook obviously had to do some advance work         06:00:14

                                                  Page 342

```
 1    before the new platform was introduced; is that      06:00:18

 2    right?

 3         A.   There was work done to ensure that as the

 4    platform announcements were made, that we had tools

 5    to control the rollout.                              06:00:35

 6         Q.   And it took some time to develop the

 7    tools that would enable certain apps and partners

 8    to have access to the publicly deprecated

 9    permissions after the rollout of the new platform;

10    is that right?                                       06:00:51

11         A.   It would have taken an engineer some time

12    to write some code, yes.

13         Q.   And then you write, "Next step is to map

14    apps against these and start making

15    no/extension/exemption decisions."                   06:01:03

16              And those were decisions that needed to

17    be made in advance of the rollout of the platform

18    as well; is that right?

19         A.   No.

20         Q.   Okay.  Did Facebook make decisions about  06:01:15

21    no extension and -- no/extension/exemption

22    decisions in advance of the rollout of

23    platform 3.0?

24         A.   I do not recall extension, exemptions

25    decisions being made before the rollout of the      06:01:36
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

| | |
|---|---|
| 1 | platform.  It's possible that there was some | 06:01:39 |
| 2 | opinions about what would be done.  But remember, |
| 3 | the rollout took a year and the discussions about |
| 4 | extensions were towards the end of that period. |
| 5 | Q.  And what about exemptions, when did those | 06:02:04 |
| 6 | discussions start? |
| 7 | A.  The -- you're talking there really about |
| 8 | the integration partners, which was considered |
| 9 | separate from this process. |
| 10 | Q.  And so Facebook interprets exemption to | 06:02:23 |
| 11 | refer solely and specifically to integration |
| 12 | partners? |
| 13 | MR. BLUME:  Objection. |
| 14 | THE DEPONENT:  In this case -- sorry.  Go |
| 15 | on, Rob. | 06:02:35 |
| 16 | MR. BLUME:  Objection.  Form. |
| 17 | THE DEPONENT:  At this time, again |
| 18 | speaking in a personal capacity, it was -- I -- it |
| 19 | was considered by me that there was potentially |
| 20 | some apps that would be ███████████████████ | 06:02:49 |
| 21 | ███████████████████████ that might be |
| 22 | considered with exemptions. |
| 23 | But ultimately, I do not recall that |
| 24 | happening.  The integration partners set is -- is a |
| 25 | separate process.  This is referring to the public | 06:03:12 |

Page 344

1   platform.                                                    06:03:16

2        Q.   (By Mr. Loeser)  And so did Facebook give

3   integration partners extensions or exceptions?

4        A.   Inte- -- integration partners had access

5   to private APIs and permissions on top of what the           06:03:27

6   standard API offered regular developers.  And that

7   was considered access to continue, separate to the

8   API changes that were being made for the public

9   developer platform.

10       Q.   And -- and other than integration              06:03:54

11  partners, were there partners that -- that fell

12  into that -- that category?

13       A.   My understanding is that the -- the

14  integration partners, the -- the apps that were

15  intended to have longer term access to this            06:04:13

16  information.

17       Q.   Okay.  And -- and Facebook's testimony is

18  that there were not other types of partners that

19  had longer term access to the publicly deprecated

20  permission?                                            06:04:28

21            MR. BLUME:  Object to form.

22            THE DEPONENT:  My understanding is that

23  outside of the integration partners only --

24  ultimately, only temporary extensions were -- were

25  granted.                                               06:04:43

                                                    Page 345

```
 1         Q.   (By Mr. Loeser)  And integration partners      06:04:44

 2    weren't the only type of partners with private

 3    APIs, were they?

 4              MR. BLUME:  Objection.  Scope and form.

 5              THE DEPONENT:  Yeah.  I'm -- I'm not           06:04:55

 6    sure -- I'm not -- not sure what you mean.

 7              Sorry.  Can you ask a more precise

 8    question.

 9         Q.   (By Mr. Loeser)  Well, you said -- you

10    testified integration partners had access to           06:05:01

11    private APIs and permissions.

12              And what did you mean by that?

13         A.   So many of the -- many of the -- there

14    were a number of developers that had integrations

15    with the Facebook developer platform that were         06:05:37

16    nonstandard, not things that public developers

17    could build.  To enable those integrations, they

18    would have had some additional capabilities.  And

19    that -- those developers and those integrations

20    were seen as separate to the deprecations of API v1    06:06:00

21    and v2, and rollout to v2.

22         Q.   Yeah.  I just want to make sure the

23    record is clear.

24              You said that integration partners had

25    that -- went through that process.  And I'm asking     06:06:15
```

Page 346

CONFIDENTIAL

```
 1    you are there other types of partners that had        06:06:18

 2    access to -- to private APIs that enabled something

 3    similar for them?

 4         A.   My understanding that integration

 5    partners refers to any partner at the limit who had   06:06:30

 6    some kind of private API access.

 7         Q.   If we go to page 3 of this string, back

 8    to your November 8th update -- I'm sorry.  We're

 9    going to go to page 5 of the string.  And we're

10    moving back to an October 11th, 2013, update on       06:06:57

11    "Platform Simplification."

12              There's a bullet here, "Dev Chakravarti

13    joined the team as a data analyst - helped him ramp

14    up on how to analyze the effects of PS12n on the

15    whole ecosystem."                                     06:07:14

16              Explain who he is and what you asked him

17    to do.

18         A.   I do not recall Dev Chakravarti, and I do

19    not recall what I asked him to do.

20         Q.   I gather Facebook evaluated the effects     06:07:34

21    of PS12 and on the whole ecosystem.

22              And for the record, PS12n is another way

23    of describing the transition to Graph API

24    version 2, right?

25         A.   PS12n refers to platform simplification,    06:07:47
```

Page 347

```
 1    which refers to the package of work that ultimately      06:07:49

 2    resulted in what was announced on April 30th, 2014,

 3    yes.

 4        Q.    Okay.  So Facebook evaluated the effects

 5    of PS12n on the whole ecosystem?                          06:08:01

 6             MR. BLUME:  Objection.  Beyond the scope.

 7    And form.

 8             THE DEPONENT:  I can't confirm what did

 9    or did not happen.  There's an email that says that

10    I helped this person ramp up.  But it doesn't            06:08:16

11    confirm if any analysis or -- was done or what was

12    found.

13        Q.    (By Mr. Loeser)  So if Facebook wanted to

14    answer the question, "Did you analyze the effects

15    of PS12n on the whole ecosystem," what would            06:08:29

16    Facebook do to find an answer to that question?

17             MR. BLUME:  Objection.  Scope.  Form.

18             THE DEPONENT:  I would attempt to see if

19    Dev Chakravarti was still at the company.  And I

20    would look for documents around this time that were     06:08:46

21    analysis or -- or pertained to be analysis of the

22    potential impacts of PS12n.

23             But you asked me a specific question as

24    to whether or not he did an analysis, and I cannot

25    confirm if he did any analysis.                         06:09:06
```

CONFIDENTIAL

```
 1         Q.   (By Mr. Loeser)  Okay.  Going -- going        06:09:08

 2    back to your answer right before that statement, to

 3    prepare for your testimony today, did you ask

 4    anyone whether Facebook analyzed the effects of

 5    PS12 on the whole ecosystem?                           06:09:21

 6         A.   I asked people as to if they recall

 7    impact sizing being done.  I didn't -- this --

 8    your -- your specific question about the whole

 9    ecosystem is a very specific one.

10         I spoke to people about their                     06:09:38

11    recollections as to what analysis was done in

12    advance of the changes.  And I reviewed several

13    documents that could be construed as impact

14    analysis.

15         MR. LOESER:  Okay.  Thank you.                    06:09:53

16         And -- and I saw that in your notes and

17    we'll come -- we'll get to that in -- in a little

18    bit.

19         So thank you for that answer.

20         Let's go to the next exhibit which is a           06:10:01

21    new exhibit, which you'll see in a moment.

22         It's marked -- we're going to mark it

23    with a new number, 338.

24

25    /////                                                  06:10:29
```

Veritext Legal Solutions
866 299-5127

```
 1              (Exhibit 338 was marked for          06:10:29

 2      identification by the court reporter and is

 3      attached hereto.)

 4         Q.   (By Mr. Loeser)  And momentarily,

 5      Mr. Cross, you'll see an email from KP to      06:10:40

 6      Monica Mosseri, dated 12/10/2013.  "Subject:

 7      Re: PS12n Criteria Review," with an attachment

 8      "Criteria for whitelist MWv1_kp edits.pptx."

 9              You let me know when you can see that.

10         A.   Yeah, I see it.                         06:11:10

11         Q.   And you'll see that KP starts his email,

12      "Hello Monica, This is awesome!  Great framework."

13              Do you see that?

14         A.   I do see that.

15         Q.   And then he -- based on this, it appears  06:11:24

16      that he reviewed slides that she prepared and

17      provided some edits and comments; is that right?

18         A.   That's a reasonable interpretation of

19      what KP said.

20         Q.   And if we move down this email string,   06:11:36

21      you'll see at the beginning there's an email from

22      Monica Mosseri to KP, dated December 10th, 2013,

23      with the "Subject: PS12n Criteria Review."

24              Do you see that?

25         A.   I do see that.                           06:11:53
```

Page 350

```
 1        Q.   She writes, "Hey KP, I am in the final        06:11:54

 2   stages of the Whitelist Criteria Review (1a in

 3   Simon's graphic) and need your help.  I can set up

 4   time over VC if that is easier let me know."

 5        Did I read that correctly?                         06:12:09

 6        A.   You read that correctly.

 7        Q.   So based on this, Monica Mosseri was

 8   involved in a whitelist criteria review as part of

 9   the introduction of PS12n or platform 3; is that

10   right?                                                  06:12:25

11        MR. BLUME:  Objection.  Form.

12        THE DEPONENT:  It says what she was

13   involved in here.  I don't want to answer on behalf

14   of the company.  We should just read what she has.

15        Q.   (By Mr. Loeser)  Okay.  And so Facebook       06:12:37

16   did a whitelist criteria review as part of the

17   introduction of platform 3.0?

18        A.   I don't think it's appropriate to say

19   Facebook did.  Monica seems to have done a piece of

20   work of that nature.  But I don't recall what it       06:12:56

21   is.

22        Q.   And she worked for Facebook at the time,

23   right?

24        A.   She worked for Facebook at the time.

25        Q.   So you've said a lot that -- something        06:13:09
```

Page 351

```
 1    along the lines of "I'm not sure that Facebook did       06:13:12

 2    this.  But this is what this person did."

 3            Are you -- are you saying to me that when

 4    a Facebook employee engages in a project in

 5    connection with her work, that that's not something      06:13:21

 6    that Facebook did?

 7        A.   Perhaps I'm --

 8            MR. BLUME:  Objection to form.

 9            THE DEPONENT:  Perhaps I'm just

10    misrepresenting how that question should be              06:13:35

11    answered.  My apologies.

12        Q.   (By Mr. Loeser)  Okay.  And -- and I'm

13    not -- I'm not trying to make you uncomfortable.

14    I'm just -- I want to be clear that we're talking

15    about a Facebook employee doing work for Facebook.      06:13:48

16            And you're not saying something other

17    than that, right?

18        A.   No, this is a Facebook employee --

19    sorry, Rob.  You were going to say something?

20            MR. BLUME:  I was going to say,             06:13:57

21    objection, to the extent it calls for a legal

22    conclusion.

23            THE DEPONENT:  Okay.  Yeah, I -- I -- I

24    can say that Monica was a Facebook employee and

25    it -- it appears by this email that she's --            06:14:07
```

| | | |
|---|---|---|
| 1 | she's -- she's doing some work, and it would be | 06:14:10 |
| 2 | reasonable to say it's in con- -- coherent with her | |
| 3 | duties. | |
| 4 | Q.   (By Mr. Loeser)  And if you look at No. 1 | |
| 5 | in her email, she writes, "Finalizing app | 06:14:26 |
| 6 | categories and conversional apps to flag: in | |
| 7 | slide 7, I have gone ahead and highlighted the | |
| 8 | categories of apps that are controversial. | |
| 9 | Controversial meaning there would be significant | |
| 10 | impact to us if they were" shut -- "if they were to | 06:14:38 |
| 11 | shut down their integration in response to PS12n. | |
| 12 | Also controversial because they are trending and | |
| 13 | there is a strategic relationship with Zuck/mteam." | |
| 14 | Did I -- did I read that accurately? | |
| 15 | A.   I think you read that accurately. | 06:14:59 |
| 16 | Q.   So based upon this, it appears that a | |
| 17 | whitelist criteria review was done to determine | |
| 18 | which apps should be whitelisted, right? | |
| 19 | A.   No, that doesn't -- that's not a | |
| 20 | conclusion you can directly draw from this. | 06:15:16 |
| 21 | She's saying she's in the final stages of | |
| 22 | a whitelist criteria review.  I don't know what -- | |
| 23 | I don't recall what she meant by that.  And it | |
| 24 | doesn't mean that necessarily apps were categorized | |
| 25 | against that criteria.  I just don't know what this | 06:15:35 |

Page 353

CONFIDENTIAL

```
 1    work was, sitting here today.                    06:15:40

 2        Q.   So fair to say that a whitelist criteria

 3    review was a review of whitelist criteria?

 4            MR. BLUME:  Objection.  Form.

 5            THE DEPONENT:  She's -- it's hard to know   06:15:54

 6    what she means.  She's in the final state -- she

 7    says here she's in the final stages of something.

 8    But I -- again, I don't know what that means.

 9    There was some process underway, but I'm -- I'm not

10    aware, sitting here today, of what that was.        06:16:12

11        Q.   (By Mr. Loeser)  And -- and Mr. Cross,

12    what relationship does the whitelist criteria

13    review have to the work that KP referred as

14    Jackie Chang's format for partnership positions?

15            MR. BLUME:  Objection.  Form.  Scope.       06:16:33

16            THE DEPONENT:  Sorry.  Can you frame that

17    a bit again?  I'm not sure I make the connection

18    you're making.

19        Q.   (By Mr. Loeser)  Sure.

20            We went through some email that discussed   06:16:44

21    Jackie Chang's recommendations regarding a format

22    for how to treat different types of partners in the

23    transition to the new platform.  KP referred to

24    that as Jackie's format.

25            And I'm asking you what the relationship     06:17:02
```

Page 354

```
1    is between that and this whitelist criteria review        06:17:05

2    that is referenced here?

3         A.   I don't know the relationship between

4    those two things.

5         Q.   So in this -- in her final stages of the        06:17:15

6    whitelist criteria review, Ms. Mosseri indicates

7    that she's gone ahead and highlighted the

8    categories of apps that are controversial.  And

9    then she defines controversial here, "meaning there

10   would be significant impact to us if they were shut       06:17:34

11   down."

12            What is -- how -- how does Facebook

13   define significant impact resulting from if

14   partners or apps are shut down in response to the

15   transition to PS12n?                                      06:17:50

16            MR. BLUME:  Objection.  Scope.  And form.

17            THE DEPONENT:  There's no standard

18   definition at the company of what "significant

19   impact" would mean.

20            Significant is subjective.  And impact            06:18:01

21   could mean many different things in many different

22   contexts.

23            Oh, I can say in a -- in a personal

24   capacity here, having been involved to some degree,

25   is the types of things that would be considered           06:18:18
```

Page 355

CONFIDENTIAL

```
 1    here might be reputational concerns and platform --      06:18:22

 2    like user significant -- user -- user experience

 3    concerns by developers removing integrations that

 4    users found valuable.

 5         Q.   (By Mr. Loeser)  And any other --           06:18:43

 6    anything else that Facebook would consider a

 7    significant impact to Facebook if particular apps

 8    were shut down as a result of the introduction of

 9    platform 3.0?

10              MR. BLUME:  Objection.  Scope.  And form.    06:19:05

11              THE DEPONENT:  Again, I don't feel I can

12    answer on Facebook's behalf.  There's no standard

13    definition for significant.  And there's no

14    significant -- there's no standard definition

15    for -- for impact.  So I -- I -- I don't feel I can   06:19:17

16    define that on Facebook's behalf.

17         Q.   (By Mr. Loeser)  Okay.  But nonetheless,

18    you gave one example, which was reputational

19    concern.

20              That could be a significant impact for       06:19:29

21    Facebook?

22         A.   In my personal capacity, having worked on

23    this stuff, that might be considered impact because

24    of these changes.

25              I gave a second example as well, which is    06:19:41
```

Page 356

```
 1    user experience changes as a result of the changes        06:19:46

 2    and how the API worked and the experiences that

 3    developers would be able to build.

 4         Q.   And then Ms. Mosseri also writes, "Also,

 5    controversial because they are trending and there         06:20:01

 6    is a strategic relationship with Zuck/mteam."

 7              What -- what apps had a strategic

 8    relationship with -- and I suppose that's

 9    Mark Zuckerberg; is that a fair way to read that?

10         A.   I think "Zuck" in this context would            06:20:14

11    refer to -- to Mark Zuckerberg.

12         Q.   And what does the M Team refer to?

13         A.   M Team refers to Mark's leadership team.

14         Q.   And do you know who's on that team -- who

15    was on at this time?                                      06:20:27

16         A.   I know some of the people that are on it

17    at this time.  But the -- the people on that team

18    has changed over -- over the years, as you may

19    expect.

20         Q.   Okay.  Who were some of the people that         06:20:37

21    were on at this time?

22         A.   On it at this time?

23         Q.   Yeah.

24         A.   Sorry.

25              I know who's on it -- I know some of the        06:20:44
```

Page 357

```
 1   people on it today.  But I'm not sure who would        06:20:47

 2   have been on it at this time.

 3        Q.   Was -- was Sheryl Sandberg on the M Team

 4   at this time?

 5        A.   I cannot confirm.  I do not -- I do not       06:21:02

 6   know whether or not Sheryl was on the M Team at

 7   this time.

 8             Again, in a personal capacity, ████████

 9   ██████████████████  But I could not say

10   100 percent for certain ████████████████           06:21:12

11        Q.   And what does it mean to Facebook for

12   apps that have a "strategic relationship with

13   Zuck/mteam"?

14             MR. BLUME:  Objection.  Form.  Scope.

15             THE DEPONENT:  I don't know what it means    06:21:28

16   specifically to have a strategic relationship

17   with -- with Zuck and M Team.

18             There's no company definition for -- for

19   what that would mean.  So I -- I cannot -- I don't

20   feel I can accurately answer that question on       06:21:43

21   behalf of the company.

22        Q.   (By Mr. Loeser)  And if you move down

23   Ms. Mosseri's email a little bit under No. 2, it

24   says "Loss/Decision Assessment: in slide 7 and 8,

25   we need to access the loss for the top partners and  06:21:58
```

Page 358

| | | |
|---|---|---|
| 1 | determine whether we will grant them an exemption | 06:22:00 |
| 2 | or extension." | |
| 3 | So what does Facebook mean by top | |
| 4 | partners? | |
| 5 | MR. BLUME:  Objection.  Scope.  Form. | 06:22:12 |
| 6 | THE DEPONENT:  I don't know what Face- -- | |
| 7 | I don't know what Monica means by -- by top | |
| 8 | partners.  That could mean a whole bunch of | |
| 9 | different things, depending on the context. | |
| 10 | Q.   (By Mr. Loeser)  And the reference to | 06:22:25 |
| 11 | exemptions or extensions, that -- that is with | |
| 12 | regard to the -- to changes that would occur with | |
| 13 | the introduction of platform 3.0? | |
| 14 | A.   Given the timeline of the -- of the | |
| 15 | email, I think it's reasonable to -- to -- to | 06:22:39 |
| 16 | conclude that's what she meant. | |
| 17 | But, again, as I've said multiple times | |
| 18 | here, I think the -- the frame of mind of the team | |
| 19 | in 2013, when the nature of the changes was still | |
| 20 | in flux and the expected exact -- exact -- exact | 06:23:04 |
| 21 | set of changes and the way in they were rolled out | |
| 22 | drastically differed from what ultimately ended up | |
| 23 | happening. | |
| 24 | So you're seeing a bunch of people here | |
| 25 | as -- as I mentioned before, attempting to -- to | 06:23:22 |

Page 359

```
 1    prepare for -- for something where the actuality        06:23:25

 2    was quite different.

 3         Q.   Okay.  And so on that same No. 2,

 4    Ms. Mosseri writes -- and this is to KP -- "Can you

 5    help me assess the losses (rev and data)" -- "rev"      06:23:42

 6    refers to revenue there; is that right?

 7              MR. BLUME:  Objection.  Form.  Scope.

 8              THE DEPONENT:  I can't confirm what

 9    revenue means in this context.

10         Q.   (By Mr. Loeser)  Okay.  Well, let's just      06:23:57

11    read it into the record.

12              "Can you help me assess the losses (rev

13    and data) and whether we will make an

14    exemption/extension for the following apps?"

15              And then the following apps it appears        06:24:09

16    are ████████████████ is what's shown on here; is

17    that -- did I read that correctly?

18         A.   The formatting is a little messed up.  So

19    it's not 100 percent clear that that's -- that --

20    that's what naturally follows.  But it's not           06:24:24

21    unreasonable to -- to think that's the case.

22         Q.   Okay.  And so it looks like Ms. Mosseri

23    was asking KP if he can help her assess the losses

24    and -- whether Facebook will make an exemption or

25    extension for particular apps.                         06:24:40
```

Page 360

CONFIDENTIAL

```
 1              And this, again, is in connection with        06:24:42

 2     the implementation of platform 3.0, right?

 3              MR. BLUME:  Objection.  Form.  Scope.

 4              THE DEPONENT:  I can't confirm exactly

 5     what these folks meant.  We should speak to them.      06:24:53

 6     But it looks like that's the discussion they're

 7     having given the subject of the email.

 8              MR. LOESER:  Let's go to the next

 9     exhibit, which is the slide deck that -- that

10     Ms. Mosseri sent to KP, attached to the email that     06:25:12

11     we just went through on December 10th, 2013.  And

12     this will be another new exhibit.

13              (Exhibit 339 was marked for

14     identification by the court reporter and is

15     attached hereto.)                                      06:25:27

16        Q.   (By Mr. Loeser)  And I represent to you,

17     Mr. Cross, that this is the attachment to

18     Ms. Mosseri's email.

19              And you'll remember in KP's response he

20     indicated that he made some notes and provided some    06:25:56

21     comments on her slide deck.

22              Do you recall that?

23        A.   Yes, I do.

24        Q.   Okay.  So if we go to the -- it looks

25     like the seventh slide, and then go to the next        06:26:14
```

                                                    Page 361

1    page.  The -- the notes are not visible -- visible          06:26:20

2    on the view that we're looking at.

3              I will note for the record that the

4    version that we're introducing as an exhibit has

5    notes in -- in the document that appear to be the          06:26:35

6    notes that -- that KP made on the slide deck.

7              We can put this exhibit aside.  We're

8    going to go to another version of this deck.

9              Let's -- actually, before we do that, go

10   to the first page of the deck.                              06:26:48

11             Do you see the title of this slide deck,

12   Mr. Cross?

13        A.   I do.

14        Q.   And could you read that title for the

15   record.                                                     06:27:05

16        A.   "Criteria for granting Exemptions and

17   Extensions."

18        Q.   And the date of this document is 12/5/13;

19   is that right?

20        A.   I assume that's the American format,            06:27:18

21   so...

22        Q.   Fair -- fair point.

23             I interpret that as December 5th, 2013;

24   is that how you interpret it as well?

25        A.   Annoyingly, yes, it is, how I interpret         06:27:30

Page 362

CONFIDENTIAL

```
 1    it.                                                06:27:33

 2         Q.   And -- and the author is Monica Mosseri;

 3    is that right?

 4         A.   It is.  And the critical piece of

 5    information on this is the word "Draft."           06:27:39

 6              MR. LOESER:  Right.  Right.

 7              Okay.  So let's go -- you can put that

 8    exhibit aside and we're going to go to another

 9    version of this presentation.

10              This will be marked as Exhibit 340.      06:27:50

11              (Exhibit 340 was marked for

12    identification by the court reporter and is

13    attached hereto.)

14              MR. LOESER:  And when you -- when it

15    comes up, we'll look at the first page of this     06:28:17

16    slide deck as well.

17         Q.   (By Mr. Loeser)  And fair to say that

18    this is another -- this also is a slide deck, and

19    if you could read the title into the record.

20         A.   "Criteria for granting Exemptions and    06:28:44

21    Extensions, Draft, 12/5/13".

22         Q.   Okay.  And if we could go back to the

23    metadata.

24              So I'll -- I'll state for the record that

25    this was a version of this document that was also  06:29:06
```

```
 1    produced by Facebook.  And -- and this is the        06:29:09

 2    metadata associated -- metadata associated with

 3    that document.  We can move on to the document

 4    itself.

 5           So let's go to the -- the second --           06:29:28

 6    the -- it looks like the second slide in the -- in

 7    the deck which has the heading decision -- well --

 8    yeah, let's look at this agenda.  This is page 2 of

 9    the deck, I believe.

10           And you see there's "Agenda," and it says     06:29:47

11    "Decision Buckets," right?

12        A.   Yeah.

13        Q.   And then there's a list of different

14    categories of apps, right, "Non-Games, Games,

15    PMD's, Mobile/TV/Devices"?                            06:29:59

16        A.   I see.

17        Q.   And what -- what are PMDs?

18        A.   PMDs, I think, refers to page management

19    developers.  I'm not 100 percent sure of that -- of

20    the acronym.                                          06:30:20

21        Q.   So the first item on the agenda is

22    "Decision Buckets"; is that right?

23        A.   That's the first item on the agenda.

24        Q.   Okay.  And if we go to the next page of

25    the slide deck, you see there's a slide that says     06:30:32
```

Page 364

1    "Decisions Buckets."                                    06:30:37

2            Do you see that?

3        A.   I see that.

4        Q.   And, again, this is a presentation on the

5    criteria for granting exemptions and extensions,       06:30:42

6    right?

7        A.   No.  This is a proposed -- a set of

8    proposals for potentially how to think about this.

9        Q.   Okay.  So under the "Decision Buckets"

10   listed in this slide, in this presentation on the      06:31:05

11   criteria for granting exemptions and extensions,

12   the first bucket is "Exemption."

13           Do you see that?

14       A.   I do see that.

15       Q.   And why don't you read for the record         06:31:16

16   what -- how that bucket is described.

17       A.   On the document it says "Strategic value

18   for both companies long term."

19       Q.   Okay.  And then let's look at the second

20   bucket identified.                                      06:31:29

21           That's "Extension"; is that right?

22       A.   That's correct.

23       Q.   And why don't you read for the record

24   what that -- how that bucket is described.

25       A.   "Contract with backward capability clause     06:31:38

                                                            Page 365

```
 1    Company that cannot move quickly and what length"        06:31:42

 2    of "extension and what capabilities."

 3         Q.    And the third bucket identified here is

 4    "Standard"; is that right?

 5         A.    That's what's on the slide.                    06:31:53

 6         Q.    Okay.  And what's the descriptions of

 7    that bucket?

 8         A.    "No access to private capabilities."

 9         Q.    So if we go back to the "Agenda" slide.

10               Again, after the "Decision Buckets,"          06:32:10

11    there are these -- these four categories.

12               The first "Non-Games."  The second,

13    "Games."  The third "PMD's."  And the fourth

14    "Mobile/TV/Devices"; is that right?

15         A.    That's right.                                 06:32:31

16         Q.    Okay.  So now let's go to the fourth page

17    of the presentation and you see the cover slide,

18    "Non Games."

19         A.    Yup.

20         Q.    Waiting for it here.  "Non Games."  There     06:32:50

21    it is.

22               And then the slide that comes after that

23    is a description of apps that are within the

24    "Non Games" category, and there's more detail on

25    those different apps.                                    06:33:11
```

Page 366

```
 1              If you look at that slide, it's captioned     06:33:13

 2    "Categories of apps and impact."

 3              Is that a fair read of this presentation,

 4    that there's a title slide that says "Non Games,"

 5    and the next page has more detailed information.     06:33:20

 6              Would you read that to -- for -- for

 7    the -- the next slide to be related to the title

 8    slide?

 9         A.   I think that's a fair read, yes.

10         Q.   And are all of these apps identified here    06:33:31

11    nongames?

12         A.   I would --

13              MR. BLUME:  Objection.  Form.

14              THE DEPONENT:  -- consider all of the

15    categories listed here as nongames.                  06:33:41

16         Q.   (By Mr. Loeser)  And then within this

17    category of nongames, you'll see that the slide has

18    a category, "Sub Categories that require further

19    assessment."

20              Do you see that?                            06:33:55

21         A.   I do.

22         Q.   And there are five different

23    subcategories that are identified; is that right?

24         A.   I do.

25         Q.   And they are -- "Social network          06:34:06
```

```
 1    influencing," that's the first one, right?        06:34:09

 2         A.    Yeah.

 3         Q.    "Media Aggregators" is the second; is

 4    that right?

 5         A.    Correct.                               06:34:17

 6         Q.    "Social Apps" is the third; is that

 7    right?

 8         A.    Correct.

 9         Q.    "TV" is the fourth, correct?

10         A.    Correct.                               06:34:25

11         Q.    And what's the fifth one identified

12    there?

13         A.    The word on the slide is "Strategic."

14         Q.    So let's go to next page of this slide

15    deck.                                             06:34:41

16               And can you read for the record what the

17    title of this slide is.

18         A.    The title of the slide is "What do we

19    have to lose?"

20         Q.    Okay.  And this is a -- is a slide that  06:34:53

21    is in the presentation called "Criteria for

22    granting Exemptions and Extensions"; is that right?

23         A.    It's in a slide which is a draft of how

24    to think about that potentially.

25         Q.    So let's go through each of these items  06:35:11
```

Page 368

CONFIDENTIAL

```
 1    on here.                                              06:35:13

 2          The first one is "Revenue"; is that

 3    right?

 4          A.    That's what's on the slide.

 5          Q.    And then what are the questions asked in   06:35:18

 6    connection with "Revenue"?

 7          A.    "Big Neko spenders?  ████████████████

 8    ████████████████

 9          Q.    Okay.  And what are -- what is Neko?

10          A.    Neko is the code name for mobile app       06:35:31

11    install ads.

12          Q.    So one of the questions being asked on

13    "What do we have to lose?" is whether -- whether

14    revenue would be lost by -- by big Neko spenders;

15    is that -- that right?                                06:35:45

16          MR. BLUME:  Objection.  Form.  Scope.

17          THE DEPONENT:  What's on the slide is --

18    is "Big Neko spenders" is under the heading "What

19    do we have to lose?"

20          Q.    (By Mr. Loeser)  For revenue, right?      06:35:59

21          A.    It's next to "Revenue" on the slide.

22          Q.    Okay.  And the next item there is "████

23    ████████████████████████      And that's also a

24    question related to what do we have to lose with

25    regard to revenue; is that right?                    06:36:13
```

Page 369

```
 1              MR. BLUME:  Objection.  Form.              06:36:15

 2              THE DEPONENT:  It's a question, as

 3       written on the slide.

 4         Q.   (By Mr. Loeser)  Question relating to

 5       "What do we have to lose?" related to revenue,    06:36:22

 6       right?

 7              MR. BLUME:  Same objection.

 8              THE DEPONENT:  I mean, if -- if I'm just

 9       reading a slide now.

10         Q.   (By Mr. Loeser)  Well, actually, you're    06:36:34

11       testifying on behalf of Facebook.

12              So did Facebook consider the -- the loss

13       that would relate to revenue because of big Neko

14       spenders?

15              MR. BLUME:  Objection.  Form.  And scope.   06:36:48

16              THE DEPONENT:  So the slide here

17       indicates that when thinking about the potential

18       impact of these changes, along with several other

19       accesses, it was a question being asked.

20         Q.   (By Mr. Loeser)  Okay.  And another        06:37:05

21       question being asked in that context was "Will

22       access to graph increase spend?"; is that right?

23              MR. BLUME:  Objection.  Form.  And scope.

24              THE DEPONENT:  The slide suggests that

25       the author was asking that question.             06:37:16
```

                                                    Page 370

```
 1        Q.   (By Mr. Loeser)  The author is a person        06:37:19

 2   who works for Facebook, who developed a PowerPoint

 3   called "Criteria for granting Exemptions and

 4   Extensions," right?

 5        THE COURT REPORTER:  Wait.  Mr. Blume,             06:37:29

 6   you were muffled.  What --

 7        MR. BLUME:  Sorry.  I -- my objection was

 8   asked and answered.

 9        Q.   (By Mr. Loeser)  You can answer,

10   Mr. Cross.                                              06:37:43

11        A.   This is a slide deck with that title,

12   with this slide on it, produced by an employee of

13   Facebook.

14        Q.   (By Mr. Loeser)  And then if we move down

15   the -- the column on "What do we have to lose," the     06:37:56

16   second item is "Visibility/Influence."

17             Do you see that?

18        A.   I do see that.

19        Q.   And what were the questions that Facebook

20   posed with regard to visibility and influence?         06:38:10

21        MR. BLUME:  Objection.  Form.  Scope.

22        THE DEPONENT:  What's on the slide

23   written by Monica is "Risk of bad press?"  And "Is

24   there user value and will they be upset?"

25        Q.   (By Mr. Loeser)  And so the risk of bad       06:38:26
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | press, in the context of this transition to the new | 06:38:29 |
| 2 | platform, why would there be a risk of bad press | |
| 3 | relating to that transition in which certain | |
| 4 | permissions were deprecated? | |
| 5 | MR. BLUME:  Objection.  Form.  And scope. | 06:38:43 |
| 6 | THE DEPONENT:  It's hard to answer that | |
| 7 | on behalf of the company. | |
| 8 | But what I can say in a personal | |
| 9 | capacity, having worked in this area, is that the | |
| 10 | changes that were being proposed at the time would | 06:38:55 |
| 11 | have had an impact on several -- many applications | |
| 12 | built on the Facebook developer platform, and there | |
| 13 | was a concern that they might be vocal about their | |
| 14 | displeasure. | |
| 15 | Q.   (By Mr. Loeser)  And now the next item is | 06:39:13 |
| 16 | "Users/Engagement," and the question is "Will they | |
| 17 | remove login resulting in a MAU drop?" | |
| 18 | Tell me what that means. | |
| 19 | MR. BLUME:  Objection.  Form.  Scope. | |
| 20 | THE DEPONENT:  Well, what they mean is -- | 06:39:29 |
| 21 | by remove login is that the -- an app might choose | |
| 22 | to remove a Facebook login integration, and that | |
| 23 | might result in a monthly activity user drop. | |
| 24 | Q.   (By Mr. Loeser)  And so you're -- what | |
| 25 | this is suggesting is that because of the changes | 06:39:48 |

Page 372

CONFIDENTIAL

```
1    to the platform, an app may decide not to              06:39:50

2    participate on the platform anymore causing a drop

3    in monthly average users of the platform; is that

4    right?

5           MR. BLUME:  Objection.  Form and scope.         06:40:02

6           THE DEPONENT:  This is -- MAU is monthly

7    active, rather than average users.

8           One of the -- one of the concerns

9    discussed at the time is that these changes might

10   require developers to deprecate or that developers     06:40:20

11   would choose to deprecate their applications and,

12   therefore, no longer participate in the Facebook

13   developer platform resulting in worse outcomes for

14   users.

15      Q.  (By Mr. Loeser)  And why does Facebook          06:40:35

16   care about monthly active users?

17           MR. BLUME:  Objection.  Beyond the scope.

18           THE DEPONENT:  Yeah.  I -- this is beyond

19   the scope of like what I've been prepared to

20   testify on.                                            06:40:47

21           Sorry.  I don't feel I can answer that

22   question.

23      Q.  (By Mr. Loeser)  So in connection with

24   the -- the impact of the transition to the new

25   platform, Facebook is not prepared to testify about    06:40:59
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1   why it cares about an impact relating to a drop in        06:41:02

2   monthly active users?

3              MR. BLUME:  Objection to form.  And

4   scope.

5              THE DEPONENT:  It's unclear what MAU           06:41:12

6   means in this context.  It could be -- MAU is a

7   metrics used to define many different things at

8   Facebook.

9       Q.   (By Mr. Loeser)  All related to monthly

10   active users, right?                                      06:41:25

11      A.   In different context, though.  There are

12   different products that calculate monthly active

13   users for their product.

14      Q.   Okay.  So looking at the next item on

15   here, it says "Data Exchange."                            06:41:38

16              Do you see -- see that?

17      A.   I do.

18      Q.   What does data exchange mean for

19   Facebook?

20              MR. BLUME:  Objection.  Form.  And scope.      06:41:48

21              THE DEPONENT:  I can't answer what does

22   data exchange mean for Facebook, in general.  That

23   would be beyond the scope.

24              Well, I can say there in this context --

25   again, given my personal experience -- is one of         06:42:01

Page 374

1    the benefits of the Facebook developer platform was          06:42:05

2    that users would share their activity in apps back

3    to Facebook.  And that was seen as a good thing

4    because it would be more content on their timeline

5    and in newsfeed for their friends.                           06:42:22

6        Q.   (By Mr. Loeser)  And the data was also

7    beneficial for Facebook's business, right?

8            MR. BLUME:  Objection.  Form.  And beyond

9    the scope.

10            THE DEPONENT:  I'm not able to answer the            06:42:35

11   question on -- on the business, on the advertising

12   side.  That's not my area of expertise.

13            Again, what I can say is that one of the

14   values of the Facebook developer platform is that

15   information about users' activity and apps, users            06:42:52

16   would decide to share that back to Facebook, and

17   that would be content on their timeline, in their

18   newsfeed.

19            And that would be a reason for their

20   friends to come back and look at newsfeed.  So good          06:43:04

21   for -- good for users and ultimately good for

22   Facebook.

23        Q.   (By Mr. Loeser)  Okay.  And so the

24   question being asked with regard to "Data Exchange"

25   is "Will we lose access to OG data?"                         06:43:16

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | What is OG data? | 06:43:19 |
| 2 | MR. BLUME:  Objection.  Form. | |
| 3 | THE DEPONENT:  OG data, in this context, | |
| 4 | refers to Open Graph data, which in this context, | |
| 5 | again, specifically refers to users choosing to | 06:43:30 |
| 6 | share their activity in apps back to their Facebook | |
| 7 | timeline. | |
| 8 | Q.   (By Mr. Loeser)  And OG data would also | |
| 9 | include data about users' friends, right? | |
| 10 | MR. BLUME:  Objection.  Form. | 06:43:44 |
| 11 | THE DEPONENT:  No. | |
| 12 | Q.   (By Mr. Loeser)  Why not? | |
| 13 | A.   So in this context, it's about a user | |
| 14 | sharing their activity back to Facebook. | |
| 15 | Q.   Can their activity also involve | 06:44:01 |
| 16 | information about their friends? | |
| 17 | A.   No.  A user in -- in this context, is | |
| 18 | about a user sharing their activity in an app back | |
| 19 | to Facebook. | |
| 20 | Q.   So if their activity was "Went to the | 06:44:16 |
| 21 | restaurant with my friend," that's not information | |
| 22 | about the user's friend? | |
| 23 | MR. BLUME:  Objection.  Form. | |
| 24 | THE DEPONENT:  I mean, in this context, | |
| 25 | that's what it means.  It's -- there was a | 06:44:27 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | mechanism for a user to tag their friend in a | 06:44:32 |
| 2 | story.  But in this case, it's about a user | |
| 3 | choosing to share activity in their -- in an app | |
| 4 | with their friends on Facebook.  And that's -- | |
| 5 | that's specifically what this is referring to, in | 06:44:46 |
| 6 | my understanding. | |
| 7 | Q.  (By Mr. Loeser)  Okay.  And then the next | |
| 8 | question is "Do certain products depend on this | |
| 9 | data?" | |
| 10 | What -- what data is this referring to? | 06:44:52 |
| 11 | A.  I'm not sure exactly what data is -- is | |
| 12 | this data.  I'm inferring that it means OG data. | |
| 13 | But, you know, that -- that's -- that's | |
| 14 | my inference.  It's not entirely clear from this | |
| 15 | slide what -- what this data means. | 06:45:13 |
| 16 | Q.  So Ms. Mosseri -- Mosseri -- or Mosseri | |
| 17 | here was evaluating -- when answering the question | |
| 18 | "What do we have to lose," one of the categories | |
| 19 | she identified was data exchange, right? | |
| 20 | MR. BLUME:  Objection.  Form. | 06:45:26 |
| 21 | THE DEPONENT:  Data exchange is on -- on | |
| 22 | the slide. | |
| 23 | Q.  (By Mr. Loeser)  So let's go to the next | |
| 24 | page of the slide. | |
| 25 | Do you see that the header or the title | 06:45:42 |

Page 377

1    of that slide is "Loss Assessment"?                          06:45:46

2         A.   I do.

3         Q.   So based on this slide, it appears that

4    Facebook did a loss assessment using the different

5    categories of apps that were earlier identified in          06:46:00

6    this presentation; is that right?

7              MR. BLUME:  Objection.  Form.  And scope.

8              THE DEPONENT:  I mean, it's hard to --

9    it's hard to read this slide.

10             The title "Loss Assessment" is there, but         06:46:12

11   everything else is -- is kind of squiffy.

12        Q.   (By Mr. Loeser)  Okay.  So if you go back

13   to the slide, "Categories of apps and impact" --

14   and -- and I can clarify this with -- with some

15   questions.  I can see why you were confused.               06:46:28

16             The subcategories that required further

17   assessment were "Social Network Influencing, Media

18   Aggregators, Social Apps, TV" and "Strategic"; is

19   that right?

20        A.   That's what I see on the slide, yeah.             06:46:41

21        Q.   Okay.  So now when you go forward to the

22   "Loss assessment" slide, the categories of apps for

23   which there was further assessment were "Media

24   Aggregator, Social Network Influencing, Social

25   Apps, TV" and "Other strategic."                           06:46:50

```
 1               Do you see that?                          06:46:54

 2        A.    That's what I see on the slide.

 3        Q.    Okay.  So this is a further loss

 4   assessment pertaining to those specific categories

 5   that were subcategories of the nongames category.     06:47:03

 6               Do I have that right?

 7               MR. BLUME:  Objection.  Form.  And scope.

 8               THE DEPONENT:  I -- I think you -- I

 9   think you probably have these right.  These are --

10   these are five categories that are mentioned on the   06:47:18

11   previous slide.

12        Q.    (By Mr. Loeser)  Okay.  And then if you

13   look at the "Loss assessment," it's broken down

14   into four different categories.  And they are

15   "Revenue, Visibility Influence, Users/Engagement"     06:47:28

16   and "Data Exchange."

17               Do you see that?

18        A.    I do see that.

19        Q.    And those were the four different

20   categories that was identified on the slide "What     06:47:39

21   do we have to lose"; is that right?

22        A.    That matches the previous slide.

23        Q.    So let's look down the other strategic

24   column of this loss assessment.  And if you look at

25   the -- across from the "Revenue (Q4 '13)" line --     06:47:59
```

                                                    Page 379

1    do you see that in the middle of the page, "Revenue        06:48:04

2    (Q4 '13)"?

3         A.   I see it in the middle of the page, yeah.

4         Q.   And so for the purpose of this analysis,

5    Facebook was able to identify the revenue for            06:48:14

6    specific apps that were taken into account when

7    evaluating loss assessment rating -- relating to

8    revenue for Q4 '13; is that right?

9              MR. BLUME:  Objection.  Form.  And scope.

10             THE DEPONENT:  I -- I am not -- I             06:48:37

11   can see -- I can see on the slide, but --

12   discussing exactly how revenue was calculated or --

13   is -- is not something I've been prepared to

14   testify about -- I'm prepared to testify about.

15        Q.   (By Mr. Loeser)  Okay.  So one of the        06:48:54

16   topics here was the revenue impact of -- of

17   whitelisting, for example, right?

18        A.   I think that -- I think that's right,

19   yes.

20        Q.   And so this is a slide that -- that shows    06:49:11

21   that Facebook evaluated loss assessment, and one of

22   the categories of loss assessment that was

23   evaluated was revenue, right?

24             MR. BLUME:  Objection.  Form.  And scope.

25             THE DEPONENT:  Again, in this slide deck     06:49:30

Page 380

1    that -- that Monica prepared, she has done some          06:49:35

2    analysis or pulled some data, and one of those data

3    is some revenue numbers.

4        Q.   (By Mr. Loeser)  And so it appears from

5    this slide deck that when considering the other          06:49:50

6    strategic partners, and these other subcategories,

7    and the impact of the transition to the new

8    platform, Facebook was able to evaluate the revenue

9    associated with other strategic partners; is that

10   right?                                                   06:50:08

11           MR. BLUME:  Objection.  Form.  And beyond

12   the scope.

13           THE DEPONENT:  Yeah.  As I say, I think

14   it's beyond the scope of what I've been prepared to

15   testify on.                                              06:50:19

16       Q.   (By Mr. Loeser)  Okay.  Can you answer

17   the question?

18       A.   From looking at the slide here, there is

19   some revenue numbers for some developers and

20   partners, but it's unclear to me exactly what           06:50:37

21   that -- what -- where that -- where that data came

22   from or exactly what it refers to.  But there's

23   some revenue numbers on the slide.

24       Q.   So the revenue numbers on the slide

25   include -- and you tell me if I'm reading the slide      06:50:51

Page 381

```
 1    wrong -- but for Q4 '13, so fourth quarter of 2013,        06:50:55

 2    eBay has $639,342 of revenue.  That was revenue for

 3    Facebook.

 4            Is that -- is that a fair way to read

 5    this slide?                                                06:51:11

 6            MR. BLUME:  Objection.  Form.  And scope.

 7            THE DEPONENT:  I can't confirm exactly

 8    what was meant by the author.  But I'm reading that

 9    there is those numbers on the slide, yes.

10    Q.   (By Mr. Loeser)  So based upon this                   06:51:26

11    slide, it appears that Facebook evaluated the

12    revenue paid by certain partners when looking at

13    the impact of the introduction of the new platform

14    would have on those partners if they were to stop

15    using the platform?                                        06:51:40

16            MR. BLUME:  Objection to form.

17    Q.   (By Mr. Loeser)  Do you think that's --

18            MR. BLUME:  Sorry.

19            THE DEPONENT:  No.

20            MR. BLUME:  Hold on.  Did you finish your           06:51:49

21    question, Derek?

22            MR. LOESER:  Yes.

23            MR. BLUME:  Oh, then objection.  Form.

24    And scope.

25            THE DEPONENT:  So my understanding of --            06:52:04
```

Page 382

CONFIDENTIAL

```
 1      of reading this is that there is some data on          06:52:06

 2      revenue from some partners, but it's not clear to

 3      me that this is directly related to whether or not

 4      they would stop using the platform.

 5             It indicates that they -- again, seeing          06:52:27

 6      what I see on the slide -- that that was the

 7      revenue in the quarter.  It does not make a

 8      specific connection to whether or not they would be

 9      impacted by the changes and how.

10      Q.   (By Mr. Loeser)  But does Facebook track          06:52:44

11      the revenue of -- that it receives from its

12      strategic partners?

13             MR. BLUME:  Form.  Scope.

14             THE DEPONENT:  I'm not well up on the

15      advertising side of Facebook's business.  And I        06:53:03

16      haven't worked in the strategic partnership team

17      for a long time.  So I don't feel I can clearly

18      answer that question.

19      Q.   (By Mr. Loeser)  So where would Facebook

20      go if it wanted to answer the question of the          06:53:16

21      amount of revenue paid to Facebook in the Q -- in

22      Q4 '13 for Amazon, Apple, Spotify, Bing, Windows,

23      Skype, eBay and Ticketmaster?

24             MR. BLUME:  Objection.  Form.  And scope.

25             THE DEPONENT:  I would probably go and          06:53:33
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | ask someone on the advertising side of the | 06:53:35 |
| 2 | business. | |
| 3 | Q.   (By Mr. Loeser)  And if Facebook wanted | |
| 4 | to evaluate the loss of revenue to Facebook, if all | |
| 5 | of the partners I just listed stopped using the | 06:53:46 |
| 6 | platform, how would Facebook do that? | |
| 7 | MR. BLUME:  Objection.  Form.  And scope. | |
| 8 | THE DEPONENT:  I'm -- I'm not sure -- | |
| 9 | I -- I -- I don't know.  I'm not an expert in | |
| 10 | analyzing spend and what the impact is. | 06:54:01 |
| 11 | Remember, the -- we're talking here about | |
| 12 | a bunch of platform changes.  Revenue could come | |
| 13 | from -- from a number of different reasons.  This | |
| 14 | revenue is not necessarily directly connected to | |
| 15 | their integration. | 06:54:22 |
| 16 | So I -- I actually -- again, I don't | |
| 17 | know -- and I want to be clear -- I'd be | |
| 18 | speculating.  I -- I do not know.  And I -- I'm not | |
| 19 | an expert in how you would assess the potential | |
| 20 | loss in revenue if the integrations were stopped. | 06:54:37 |
| 21 | Q.   (By Mr. Loeser)  So fair to say when | |
| 22 | Ms. Mosseri was evaluating "What do we have to | |
| 23 | lose," one of the topics that she evaluated was | |
| 24 | revenue, right? | |
| 25 | MR. BLUME:  Objection.  Asked and | 06:54:52 |

Page 384

CONFIDENTIAL

```
 1   answered.                                              06:54:52

 2         THE DEPONENT:  I feel like I've answered

 3   that question.

 4        Q.   (By Mr. Loeser)  So that's a "yes"?

 5        A.   I feel like I've answered that question.    06:55:02

 6         MR. BLUME:  You can answer.

 7        Q.   (By Mr. Loeser)  You can answer.

 8         MR. BLUME:  You -- you can answer again,

 9   Simon, if you remember.

10         THE DEPONENT:  Okay.  Revenue -- there         06:55:09

11   are -- there are some revenue stats on here, but

12   it's not necessarily making a connection with --

13   with impact.  It's just -- my understanding is

14   this is -- this is statements of revenue in a

15   quarter by these companies and that's it.            06:55:27

16        Q.   (By Mr. Loeser)  Okay.  On a page with

17   the title "Loss assessment"; is that right?

18        A.   The numbers are on a page with the title

19   "Loss assessment."  But that doesn't mean that

20   this would be the loss if -- this would be an        06:55:41

21   assessed loss based on the proposed changes.

22        Q.   Fair to say, however, that Ms. Mosseri

23   was identifying the revenue received from certain

24   partners in connection with her evaluation of

25   potential losses that Facebook would experience as   06:55:59
```

Veritext Legal Solutions
866 299-5127

```
1    a result of the transition?                         06:56:01

2            MR. BLUME:  Objection.  Form.  And scope.

3            THE DEPONENT:  Again, reading -- reading

4    from the slide here, there's a slide with "Loss

5    assessment" in the title, and there are some       06:56:14

6    revenue numbers, very small number of companies.

7        Q.  (By Mr. Loeser)  And fair to say if -- if

8    Facebook could identify those revenue numbers for

9    eBay and Spotify, it could also identify them for

10   all of its other strategic partners?               06:56:30

11           MR. BLUME:  Objection.  Form.  Scope.

12           THE DEPONENT:  I do not know how -- I --

13   I do not know if that's possible.  It's -- as we've

14   discussed previously, definition of strategic

15   partner is not like clearly defined and/or          06:56:45

16   universal.

17           And I'm not an expert and would not know

18   and was not -- did not prepare to answer questions

19   on how revenue would be assessed for a given

20   company.  It's -- it's not something I know how to  06:57:10

21   do.

22       Q.  (By Mr. Loeser)  You can't answer the

23   question, but it's an answerable question by

24   Facebook, right?

25           MR. BLUME:  Objection.  Form.  Scope.       06:57:20
```

Page 386

```
 1              THE DEPONENT:  It's -- it -- again, it's        06:57:24

 2     potentially an answerable question by Facebook.

 3     But I'd be speculating.  As I say, I -- I am not

 4     aware of how this would be done.

 5         Q.   (By Mr. Loeser)  So let's move to the           06:57:38

 6     next type of loss that -- that was identified here,

 7     and it's "Visibility" and "Influence."

 8              Do you see -- see that?

 9         A.   I see that.

10         Q.   And you'll see for the "Other Strategic"        06:57:49

11     category of partners, it notes "High"?

12         A.   It seems to note "High," yes.

13         Q.   And so what does that indicate with

14     regard to those partners?

15              MR. BLUME:  Objection.  Scope.                  06:58:05

16              THE DEPONENT:  Impossible for me to say

17     here from the company's perspective.  This is a

18     slide deck written by somebody.  There's no

19     criteria defined for visibility and influence or

20     what high, medium or low would be in that context.    06:58:22

21              I think if you want to know that --

22         Q.   (By Mr. Loeser)  Do you --

23         A.   -- it might be worth asking Monica.

24         Q.   Sorry.  I don't mean to talk at the same

25     time.                                                   06:58:31
```

CONFIDENTIAL

```
 1        A.    Sorry.                                        06:58:32

 2        Q.    Does Amazon have a high visibility and

 3     influence with -- with Facebook?

 4              MR. BLUME:  Objection.  Form.  Scope.

 5              THE DEPONENT:  I don't -- I -- I -- I          06:58:48

 6     couldn't answer on the company's perspective about

 7     like whether or not Amazon has -- has influence.

 8     It's -- it's certainly a large organization.  But

 9     assessing its influence within Facebook is not

10     something I could testify to.                          06:59:06

11        Q.    (By Mr. Loeser)  Okay.  And then if we go

12     to the next category "Users/Engagement."

13              Do you see that?

14        A.    I do see that.

15        Q.    And you'll see that for each of these         06:59:15

16     subcategories there's a monthly active user number.

17              Do you see that?

18              MR. BLUME:  Objection.  Form.

19              THE DEPONENT:  I do.

20        Q.    (By Mr. Loeser)  And the highest monthly      06:59:23

21     active user category in here is to "Other

22     Strategic"; is that right?

23        A.    Of the five listed here, that's the

24     largest number.

25        Q.    And "Other Strategic," it shows that          06:59:33
```

Page 388

1   65,996,118 monthly active users.                          06:59:36

2        So what does that mean with regard to the

3   "Other Strategic" category?

4        MR. BLUME:  Objection.  Form.  And beyond

5   the scope.                                                 06:59:49

6        THE DEPONENT:  So in -- and this is one

7   of the things I was referring to earlier.

8        Different products measure their own MAU.

9   My understanding is in this context it refers to

10  whether or not the Facebook platform apps          07:00:06

11  associated with these entities and how many people

12  were actively using those Facebook platform apps.

13      Q.   (By Mr. Loeser)  And -- so if Facebook

14  wanted to isolate and identify the monthly active

15  users for all partners apps that were whitelisted  07:00:29

16  for the time period they were whitelisted, is that

17  something Facebook could do?

18      A.   Can you help me understand, monthly

19  active users in what context?

20      Q.   In -- in the context that you just used  07:00:47

21  when answering my prior question.

22      A.   So whether or not the app IDs that were

23  associated with these entities, what their monthly

24  active user based off the application was?

25      Q.   Right.                                     07:01:02

                                            Page 389

1      A.   And help me understand -- remind for me          07:01:03

2   the rest of your question so I can make sure I

3   answer it as accurate as I can.

4      Q.   Sure.  I -- it's really -- it's a

5   question about Facebook's ability to track its --      07:01:10

6   its users.

7          And so can Facebook identify monthly

8   active users for all partner apps that were

9   whitelisted?

10          MR. BLUME:  Objection.  Form.                    07:01:32

11      Q.   (By Mr. Loeser)  For the time period that

12   they were whitelisted?

13      A.   I don't know if Facebook can -- can

14   determine that.  The answer is relatively hard to

15   compute, as I understand it and would -- would --      07:01:45

16   would depend on data retention policies.

17          I do not know whether or not that's an

18   answerable question.

19      Q.   Okay.  And what about if Facebook wanted

20   to isolate revenue from all partners that were        07:02:00

21   whitelisted for the time period that they were

22   whitelisted; is that something Facebook can do?

23      A.   Again, I don't know if that's something

24   that Facebook could do.

25      Q.   And where would Facebook go to answer the      07:02:14

Page 390

| | | |
|---|---|---|
| 1 | question of whether it could do that? | 07:02:16 |
| 2 | MR. BLUME:  Objection.  Form. | |
| 3 | THE DEPONENT:  I would have to -- I -- I | |
| 4 | don't know.  I would have to speak to the folks on | |
| 5 | the platform team to see if they knew if they could | 07:02:33 |
| 6 | provide some of the information. | |
| 7 | And I think the -- the sales and | |
| 8 | marketing and advertising part of the business | |
| 9 | would -- somebody there would -- would be able to | |
| 10 | answer whether or not that was answerable. | 07:02:50 |
| 11 | Q.   (By Mr. Loeser)  So let's look at the | |
| 12 | last category of -- of -- of what Facebook has to | |
| 13 | lose in the transition to the new platform, and | |
| 14 | that's "Data Exchange." | |
| 15 | And, again, under the "Other Strategic" | 07:03:06 |
| 16 | column, it lists a number of -- of apps.  It says | |
| 17 | "Bing/Win" -- which I assume is Windows -- "Skype: | |
| 18 | Maps, Search, Video Message, Ticketmaster: Events | |
| 19 | data." | |
| 20 | What is that -- explain to what data | 07:03:24 |
| 21 | exchange occurs with regard to those particular | |
| 22 | apps. | |
| 23 | MR. BLUME:  Objection.  Form.  And scope. | |
| 24 | THE DEPONENT:  I'm not able to answer | |
| 25 | the apps with -- with that specificity.  That would | 07:03:35 |

Page 391

1    require me to know the details of those                07:03:40

2    integrations a long time in the past.

3            So I'm -- I'm not able to -- to

4    explain -- to answer the question as -- as to

5    exactly what data -- how those integrations         07:03:51

6    functioned.

7        Q.   (By Mr. Loeser)  And can you answer more

8    broadly, or do you have anything other than what

9    you've already said about data exchange to -- to

10   say with regard to why it was taken into account    07:04:02

11   when evaluating what Facebook has to lose in the

12   transition to the new platform?

13           MR. BLUME:  Objection.  Form.  And beyond

14   the scope.

15           THE DEPONENT:  Related to these, I --       07:04:13

16   I -- I -- I couldn't give a specific answer.

17           We talked about a previous category here

18   which is apps that people used that allowed them to

19   share their activity back to their friends on

20   Facebook, and that being a form of data exchange    07:04:30

21   that was the core -- one of the core value

22   propositions of the Facebook developer platform for

23   users and for developers.

24           MR. LOESER:  We can move on to a new

25   exhibit.                                             07:04:48

                                                    Page 392

| | | |
|---|---|---|
| 1 | MR. BLUME:  Is this a -- is this a good | 07:04:50 |
| 2 | time for a break, Derek? | |
| 3 | THE DEPONENT:  Yeah, I would love a | |
| 4 | break, if that's all right.  A bio break. | |
| 5 | MR. LOESER:  Sure.  Absolutely. | 07:04:58 |
| 6 | SPECIAL MASTER GARRIE:  How long -- how | |
| 7 | long of a break are we talking about, Counsel? | |
| 8 | Maybe 20 -- how long do you need Mr. Cross?  Do you | |
| 9 | want to grab dinner? | |
| 10 | THE DEPONENT:  Well, what time are we | 07:05:06 |
| 11 | planning to go to?  I have on my calendar until I | |
| 12 | think -- | |
| 13 | SPECIAL MASTER GARRIE:  These people -- | |
| 14 | oh, let's go off the -- off the record. | |
| 15 | THE DEPONENT:  Okay. | 07:05:14 |
| 16 | THE VIDEOGRAPHER:  Okay.  We're off the | |
| 17 | record at 7:05 p.m. | |
| 18 | (Recess taken.) | |
| 19 | THE VIDEOGRAPHER:  We are back on the | |
| 20 | record at 7:39 p.m. | 07:39:07 |
| 21 | MR. LOESER:  Okay.  Mr. Cross, we're | |
| 22 | going to introduce a new exhibit which will be | |
| 23 | marked Exhibit 341. | |
| 24 | (Exhibit 341 was marked for | |
| 25 | identification by the court reporter and is | 07:39:16 |

Page 393

1    attached hereto.)                                    07:39:16

2           MR. LOESER:  And so you should be looking

3    at now a document that has the header "Deprecated

4    f8 2014 Partnerships/Ops XFN."

5           Do you see that?                              07:39:51

6      A.   Yeah, I see that.

7      Q.   And what does the title of that document

8    refer to?

9      A.   I can't be 100 percent sure.  But reading

10   the document, it seems to refer to a -- a Facebook    07:40:09

11   group or a Workplace group.  Some -- some kind of

12   internal message board.  It's -- it's hard to read

13   the exact structure.

14     Q.   And -- and what does "Partnership/Ops

15   XFN" mean?                                           07:40:28

16     A.   Partnerships would mean the --

17   partnerships team ops means the ops team.  And XFN,

18   in Facebook parlance, stands for cross-functional,

19   i.e., people from different teams working together.

20     Q.   And -- and what is the ops team?            07:40:47

21          That's developer operations; is that what

22   that means?

23     A.   In this case, it would mean developers

24   operations, yeah.

25     Q.   And just looking at this document,          07:40:57

                                                         Page 394

```
 1   what -- is this a -- a Quip or -- you know, what is       07:40:59

 2   the -- what is the -- how is this document

 3   generated?

 4            Do you know?

 5       A.   I think this is a -- this is contents in         07:41:08

 6   a Workplace group, which is a kind of internal

 7   version of -- of Facebook.  But I can't be

 8   100 percent certain of that.  And the formatting

 9   makes it hard to -- to follow.  But I -- I think

10   it's a Facebook group or a Workplace group.            07:41:26

11       Q.   And so Facebook used its platform

12   internally for employees to communicate with each

13   other?

14       A.   That's correct.  Today that's a tool

15   called Workplace.  But in the past, it was groups     07:41:43

16   on -- on Facebook that were only available to

17   employees.

18       Q.   And is that a -- is that a product that

19   you can search?

20            So for example, if you wanted to search       07:41:59

21   on the word developer operations, could you -- is

22   that a searchable -- the tool allow for searches

23   like that?

24            MR. BLUME:  Objection.  Form.  And scope.

25            THE DEPONENT:  I can't -- I can't give a       07:42:16
```

| | | |
|---|---|---|
| 1 | canonical Facebook answer.  But as a -- but as a | 07:42:19 |
| 2 | user of the tool, you -- you can search for things. | |
| 3 | But I'm unclear on the -- the -- how -- how far the | |
| 4 | index goes back or -- or how the -- the search | |
| 5 | function works. | 07:42:33 |
| 6 |      Q.   (By Mr. Loeser)  Okay.  And it's a little | |
| 7 | hard to read on this, but the last entry in this | |
| 8 | series of messages is by you and it's -- it looks | |
| 9 | like July 24th, 2014. | |
| 10 |      Do you see that at the very top of the | 07:42:47 |
| 11 | document? | |
| 12 |      A.   I do. | |
| 13 |      Q.   Okay.  And is what I stated accurate? | |
| 14 |      A.   Yeah.  This is a message from me and I -- | |
| 15 | on July 24th, 2014. | 07:43:01 |
| 16 |      Q.   Okay.  So it is a long string and the -- | |
| 17 | and the -- the font is small.  And I'm going to ask | |
| 18 | you to turn a few pages into this string to the | |
| 19 | Bates number FB-CA-MDL-02978566. | |
| 20 |      A.   I have it. | 07:43:33 |
| 21 |      Q.   Okay.  And so -- yeah, there's the Bates. | |
| 22 |      And so if we go up and -- and -- to read, | |
| 23 | we'll try to make this bigger if necessary. | |
| 24 |      But in the middle of that page there is a | |
| 25 | post -- is that the right way to describe it, a | 07:43:41 |

CONFIDENTIAL

```
 1    post?                                              07:43:44

 2         A.   I -- I think -- I think this is a post

 3    if -- if I'm right in identifying where this is

 4    from.  We -- we can call it a post for the purposes

 5    of this conversation.                              07:43:54

 6         Q.   Okay.  And there's a post from

 7    Monica Mosseri, and it's dated February 10th, 2014;

 8    is that right?

 9         A.   That's right.

10         Q.   And I'll just, for the record, read part  07:44:05

11    of this post and -- and I have some questions for

12    you.

13              Monica Mosseri writes "I just wanted to

14    follow up on Jackie's post regarding the asks of

15    the partnership team.  The POC's for each group" --  07:44:23

16    what are POCs?

17         A.   That would refer to points of contact.

18         Q.   The points of contact "for each group

19    (listed below) are responsible for completing these

20    three buckets for" the "entire team.  Please        07:44:37

21    complete this by end of day Wed Feb 12th.  If you

22    have any questions please reach out to me and cc

23    Simon Cross."

24              Do you see that?

25         A.   I do.                                     07:44:47
```

Page 397

```
 1          Q.   And so Monica is informing the        07:44:51

 2    partnership teams that they have to fill out a

 3    spreadsheet that has three buckets; is that right?

 4               MR. BLUME:  Objection.  Form.

 5               Derek, does he have the -- does he have  07:45:02

 6    scrolling ability to see the context?

 7               THE DEPONENT:  I -- I do.

 8               So sorry, Derek.  Could you ask your

 9    question again.

10          Q.   (By Mr. Loeser)  Sure.               07:45:30

11               I just read a -- the beginning of the

12    post and -- and asked you that, based upon this,

13    Monica Mosseri notes, "I just wanted to follow up

14    on Jackie's post regarding the asks of the

15    partnership team.  The Points of Contact for each   07:45:42

16    group are responsible for completing these three

17    buckets for" the "entire team."

18               And if you -- if you read through this,

19    she's asking the partnership teams to classify the

20    partners into one of three buckets; is that right?  07:45:52

21               MR. BLUME:  Objection to form.  And

22    scope.

23               THE DEPONENT:  I think that's what she's

24    asking on the post, yes.

25          Q.   (By Mr. Loeser)  And if you move down   07:46:04
```

Page 398

1    the -- the -- her post a little bit, there's a          07:46:05

2    No. 2.  It says "Extension/Exemption."

3            Do you see that?

4        A.   I do see that.

5        Q.   And she states "Identify your Partners          07:46:16

6    with Platform Agreements or non-standard Platform

7    Agreements & identify 'Backward Compatibility.'"

8            Do you see that?

9        A.   I do.

10           I do --                                           07:46:25

11       Q.   And I'm going to read another part of

12   this post.

13           She writes "The capabilities that are in

14   this spreadsheet columns U-BO are capabilities that

15   are now public but soon won't be as they are tied       07:46:52

16   to a perm/API that we are deprecating in PS12n."

17           Do you see that?

18       A.   I see that.

19       Q.   So she's asking the partner points of

20   contact for each of these groups to put the             07:47:07

21   partners into three buckets, and this is in the

22   context of the permissions and the APIs that are

23   being deprecated in connection with PS12n, right?

24           MR. BLUME:  Objection.  Form.  And scope.

25           THE DEPONENT:  That's what's on the page.        07:47:25

Page 399

```
 1        Q.   (By Mr. Loeser)  So there's another line      07:47:35

 2   in this post in which she says "The existing

 3   Private API" -- or I'll start that again.

 4            "The existing Private API's partners have

 5   access to are not listed in this doc and will go       07:47:52

 6   through a different review process."

 7            Do you see that?

 8        A.   Yeah, I see that.

 9        Q.   And so she's identified, in addition to

10   partners that will have private APIs going forward     07:48:07

11   that didn't have them before, existing private API

12   partners, and she's indicating that that will go

13   through a different review process.

14            Do you recall that -- that different

15   review process for partners that already had access   07:48:22

16   to private APIs before the transition to the new

17   platform?

18        A.   I do not recall a different -- that

19   different review process.

20        Q.   And so did Facebook have a different        07:48:34

21   review process for partners that already had access

22   to private APIs before the transition to the new

23   platform, when deciding whether they would continue

24   to have access to information that partners would

25   no longer have access to after the transition to      07:48:52
```

```
 1    the new platform?                                    07:48:55

 2              MR. BLUME:  Objection.  Form.  And scope.

 3              THE DEPONENT:  I -- I -- I can't -- I

 4    can't say for certain if there was another process

 5    or, if so, what that process was.                    07:49:08

 6              I don't -- I don't recall and it -- and

 7    it hasn't come up in my conversations with people

 8    or the documents I've reviewed.

 9       Q.   (By Mr. Loeser)  So has Facebook

10    identified a group of partners that already had      07:49:21

11    private APIs at the time of the transition to the

12    new platform through which those partners were able

13    to obtain access to friend data?

14              MR. BLUME:  Objection.  Form.  And scope.

15              THE DEPONENT:  Sorry.  Can you ask the      07:49:38

16    question again, please.

17              MR. LOESER:  Sure.  We can just read it

18    back.

19              THE DEPONENT:  Sure.

20              MR. BLUME:  I'll read it back.  It's        07:49:43

21    fine.

22       Q.   (By Mr. Loeser)  So has Facebook

23    identified a group of partners that already had

24    private APIs at the time of the transition to the

25    new platform through which those partners were able  07:49:51
```

```
 1    to obtain access to friend data?                    07:49:53

 2         A.   Has -- has Facebook?  I mean, sorry.

 3              At what time period are you asking had

 4    Facebook done that?

 5         Q.   At any point to the present.              07:50:05

 6              MR. BLUME:  Object to form.

 7              THE DEPONENT:  The -- the capabilities

 8    tool and the other tools would have identified

 9    which apps had access to -- to private APIs both

10    before and after the advent of API v2.             07:50:29

11         Q.   (By Mr. Loeser)  Thank you.

12              All right.  If we can turn to -- and I'll

13    tell you the last four digits of the Bates -- Bates

14    number.  But it's -8568, which is two pages where

15    we were before.                                    07:50:49

16         A.   Yup.  I see it.

17         Q.   And there's a post by you in the middle

18    of the page dated -- it looks like January 20 --

19    I'm looking at the January 20 -- I can't see it on

20    my page, but right down -- January 22nd, 200- --    07:51:12

21    okay.  January 23rd, 2014.  So top of the page

22    you're looking at now.

23              Do you see that?

24         A.   "Game Face Time," is that the -- the one

25    you're referring to --                             07:51:31
```

Page 402

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Yeah. | 07:51:32 |
| 2 | A.   -- or the one below? | |
| 3 | Q.   No, that -- the -- the "Game Face Time." | |
| 4 | A.   Okay. | |
| 5 | Q.   And -- and you write at the beginning of | 07:51:39 |

6   this, "Game Face Time.  Notes from today's XFN:

7   1/ We have 6 weeks to go."

8           And what you're talking about here is

9   until the new platform becomes live, right?

10      A.   At this time we were working to a launch       07:51:52

11   date that was -- ended up being significantly

12   sooner than -- than the launch date.  This is just

13   another example of how much changed in -- in terms

14   of preparation versus what actual happened.

15           So this point, "6 weeks to go," that's       07:52:10

16   for a launch date that was being prepared for but

17   didn't happen.

18      Q.   Okay.  And then you have No. 2, and it

19   states "We will have a Partnerships/Ops all hands

20   on the Login v4/PS12n launch in early Feb."       07:52:25

21           Do you see that?

22      A.   I see that.

23      Q.   And then you have an item 3 -- and if we

24   could highlight it, we would.

25           In the middle of that page you state "The       07:52:37

CONFIDENTIAL

```
 1    next main job is to audit the 26" thousand -- and        07:52:41

 2    it says k, but I'm reading thousand -- "The next

 3    main job is to audit the 26,000 affected apps and

 4    determine which apps must be whitelisted for which

 5    features."                                               07:52:54

 6            Do you see that?

 7        A.   I see that.

 8        Q.   Can you read the next sentence of your

 9    post for the record.

10        A.   What's on the page is "The bar is very         07:53:03

11    high:  Contract commitment, inability to move fast

12    (physical devices etc) or super-strategic use

13    cases."

14        Q.   So you put, at this time, six weeks

15    before the launch of the new platform, you             07:53:20

16    identified three different categories of -- of

17    apps; is that right?

18        A.   Where am I identifying the three

19    different categories of apps?

20        Q.   Well, one is -- you say -- I'll read it        07:53:38

21    again.

22            "The next main job is to audit the 26,000

23    affected apps and determine which apps must be

24    whitelisted for which features.  The bar is very

25    high," and then you -- you identify "contract           07:53:50
```

Page 404

```
 1    commitment."                                    07:53:54

 2           So that's one of the categories that

 3    you're indicating should be whitelisted, right?

 4       A.   That's not a category I'm indicating

 5    should be whitelisted.  I'm indicating -- well, I   07:54:03

 6    don't recall exactly what I meant.  This is a long

 7    time ago.

 8           But on the page, it's indicating the

 9    kinds of considerations that -- that may be

10    appropriate.  But these are not --                 07:54:19

11       Q.   Okay.

12       A.   These are not a categorization or

13    taxonomy.

14       Q.   All right.  Well, let's try and

15    understand what it is.                             07:54:29

16           There's 26,000 apps you're referring to;

17    is that right?

18       A.   It says 26,000 affected apps on the -- on

19    this -- on the page, yes.

20       Q.   And then you indicate that you're seeking  07:54:40

21    to determine -- Facebook is seeking to determining

22    which apps must be whitelisted for which features;

23    is that right?

24           MR. BLUME:  Objection.  Form.

25    And scope -- and scope.                            07:54:51
```

Page 405

```
 1              THE DEPONENT:  Again, what -- that's --      07:54:56

 2     that's what's on the page.

 3          Q.   (By Mr. Loeser)  That's what you wrote on

 4     this post?

 5          A.   Those are the words on this post that it    07:55:03

 6     looks like I wrote.

 7          Q.   And then you say that "The bar is very

 8     high."

 9              You mean the bar for whitelisting is very

10     high?                                                 07:55:11

11          A.   I would assume that's what I meant.

12          Q.   And then you said that -- the first thing

13     you identify after saying the bar is very high is

14     contract commitment.

15              And does that refer to apps for which        07:55:24

16     there was a contract commitment to continue to

17     allow access to something that's being taken away

18     in the transition to the new partnership -- or the

19     new platform?

20              MR. BLUME:  Objection.  Form.  And scope.    07:55:38

21              THE DEPONENT:  I can't be 100 percent

22     certain what I mean in this.  Again, this is in a

23     personal capacity.

24              But my reading of that is that if we want

25     to whitelist them, if -- if they -- if there's a     07:55:51
```

Page 406

CONFIDENTIAL

```
 1    whitelisting requirement, that we would need a          07:55:54

 2    contract commitment to cover that -- to cover that.

 3         Q.   (By Mr. Loeser)  And then you have

 4    another description here of something different,

 5    which is "inability to move fast (physical devices     07:56:03

 6    etc)," and that's another group or type or

 7    category -- and use the term that you want -- of

 8    apps that -- that you thought -- or Facebook

 9    thought needed to be whitelisted, right?

10              MR. BLUME:  Objection.  Beyond the scope.    07:56:19

11    And form.

12              (Brief interruption.)

13              (Discussion off the stenographic record.)

14         Q.   (By Mr. Loeser)  Okay.  So we discussed

15    contract commitment, and the next thing you note --    07:56:39

16    you note after noting "The bar is very high" is

17    "inability to move fast (physical devices)."

18              And are you saying there that another

19    group to be whitelisted are those that have an

20    inability to move fast?                                07:56:48

21         A.   I'm indicating that that might be one of

22    the criteria that maybe is for consideration.

23         Q.   Okay.  And what's the last criteria that

24    may be for consideration that you identify in this

25    post?                                                  07:57:10
```

Page 407

```
 1          A.   Again, I wouldn't frame it as -- as         07:57:11

 2     criteria.  This is just a list of statements.  But

 3     the last one says "super-strategetic use cases."

 4          Q.   And what were the super-strategic use

 5     cases that you're referring to here in this post to   07:57:35

 6     the teams involved in bucketing apps for the

 7     purpose of determining which should have continued

 8     access to -- to deprecated permissions?

 9               MR. BLUME:  Objection.  Form.

10               THE DEPONENT:  I do not know what           07:57:56

11     super-strategetic use cases I'm -- I'm referring to

12     here mean.  I certainly can't remember what I'm

13     referring to.

14          Q.   (By Mr. Loeser)  So we're six weeks away

15     from launch and you used the phrase                   07:58:11

16     "super-strategic use cases."

17               And can Facebook tell me now, through

18     you, as its corporate designee, what was meant by

19     "super-strategic use cases"?

20               MR. BLUME:  Objection.  Form.  And scope.   07:58:27

21               THE DEPONENT:  I can't confirm what

22     super-strategic use cases mean, either as a

23     corporate representative and even in my personal

24     capacity, I don't recall what -- what that's

25     referring to.                                         07:58:43
```

Page 408

```
 1            I think what's also important to note is        07:58:44

 2    your mentioning six weeks to launch here.  A, that

 3    wasn't the case in the end.  And B, no deprecations

 4    were going to take a place for a year after launch.

 5    And so there was no impending impact to existing       07:59:01

 6    apps and integrations for a considerable time to

 7    come.  Much changed between then and later.

 8        Q.   (By Mr. Loeser)  And this is a long

 9    string and -- and I don't want to ask you to go

10    through all of it now.  But perhaps on your next       07:59:20

11    break, you can take a spin.

12            I don't see any post from anyone saying

13    to you, leading right up until the launch date --

14    by July 24th, 2014, had the platform actually been

15    launched?                                              07:59:35

16        A.   Sorry.  Can you give that date again.

17        Q.   Yeah.

18            When -- when did -- when did platform 3.0

19    launch?

20        A.   The -- several changes were announced,        07:59:47

21    including API version 2 were launched on

22    April the 30th, 2014.  But they only came into

23    force for new apps that were created after that

24    date.  Any app that was created before that date

25    had no impact for another 12 months after that         08:00:07
```

Page 409

```
1    date.                                                    08:00:09

2         Q.    Okay.  And so -- and this -- this post,

3    the messages go up through July 24th, 2014, right?

4              That's what we are saw at the beginning

5    of the -- of the document?                               08:00:22

6         A.    It looks like that's the first post in

7    the thread.

8         Q.    And I -- I've gone through the thread and

9    I don't see any question from any person of any one

10   of these teams saying to you, "Mr. Cross, what do        08:00:33

11   you mean by super-strategic?"

12             And I don't -- you don't need to take the

13   time right now, but perhaps on a break or

14   otherwise, you should review this document.  And if

15   you find a question back to you stating some            08:00:45

16   confusion about what that means, if you'll please

17   let me know.  I'd appreciate it.

18             MR. BLUME:  We'll note your question,

19   but...

20             MR. LOESER:  Okay.  So we can move on to       08:01:01

21   the next exhibit, which has previously been marked

22   Exhibit 14.

23             THE DEPONENT:  I have it.

24        Q.    (By Mr. Loeser)  So this is an email

25   dated February 9th, 2014, from Ime Archibong to         08:01:52
```

Page 410

```
1    Eddie O'Neil and to you.  "Importance," it states      08:01:56

2    "High."

3            "Subject: FW: Our teams next steps for

4    PS12n"; is that right?

5        A.   I see that.                                    08:02:07

6        Q.   And if you look down to Jackie Chang's

7    email to you and to Ime Archibong, she writes

8    "Actually - here's an updated version."

9            And that's a reference, I assume, to the

10   attachment to this -- this document; is that your       08:02:26

11   understanding?

12           MR. BLUME:  Objection.  Form.

13           THE DEPONENT:  It's -- it's reasonable,

14   but I couldn't confirm it.

15       Q.   (By Mr. Loeser)  Okay.  And she writes,         08:02:33

16   "I'll explain on the call, but in essence we're not

17   going to grant any exceptions, only extensions

18   based on contract and partner sensitivity."

19           Do you see that?

20       A.   I do see that.                                  08:02:43

21       Q.   And she writes, "Where I've

22   labeled 'exemptions' are actually private apis

23   today that allow for friend data to be read."

24           Do you see that?

25       A.   I see that.                                     08:02:53
```

Page 411

1        Q.    She writes "I believe we should keep          08:02:55

2   maintaining these apis as private strategic ones -

3   however, it's worthwhile acknowledging this as

4   there's been some confusion by partnership teams on

5   how we plan to maintain these moving forward."          08:03:03

6             Do you see that?

7        A.    I do see that.

8        Q.    So tell me, what did Facebook mean in

9   this context by "private strategic ones"?

10             MR. BLUME:   Objection.   Form.   And beyond   08:03:18

11   the scope.

12             THE DEPONENT:   I can't answer that on

13   what does Facebook mean.   Again, this is an email

14   thread between three people.   So I don't think

15   Facebook has a view on what that means.                 08:03:29

16             I can answer based on my understanding

17   and participation in this thread.   But I don't

18   think it would be right to characterize that as --

19   as Facebook's opinion.

20             So with that, what this means is -- my        08:03:41

21   understanding is this means maintaining the

22   existing integrations that existed and had been

23   built to date -- we talked about these earlier --

24   that rely on private APIs to function.

25        Q.    (By Mr. Loeser)   Okay.   And those are       08:04:06

                                              Page 412

1    referred to here as private strategic ones?                08:04:06

2         A.   In the document, they're referred to as

3    private strategic ones.

4         Q.   And she also references in her email

5    "partner sensitivity."                                     08:04:18

6              What -- what is partner sensitivity?

7         A.   Again, I don't think there's a corporate

8    Facebook answer to that.  And I wouldn't want to

9    take [sic] a speculation.  I wouldn't want to

10   speculate as to what Jackie meant -- meant by that.        08:04:36

11        Q.   And what does it mean to grant an

12   extension based on partner sensitivity?

13        A.   Again, I don't know what -- there's no --

14   there's no corporate position on that.  What Jackie

15   means by that, I think you would have to ask her.          08:05:06

16             MR. LOESER:  So why don't we turn to the

17   presentation, which I will note for you is attached

18   to the email that we just went through from

19   Ime Archibong to you and Eddie O'Neil.

20             And this has been previously marked as          08:05:29

21   Exhibit 15.

22             And for the record, the email was sent on

23   February 9th, 2014, with this attachment.

24             THE DEPONENT:  I have it.

25        Q.   (By Mr. Loeser)  Do you see the title of        08:05:54

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | this document -- or the first heading on -- on the | 08:05:58 |
| 2 | document is "[PS12n] Product Update - What -- "What | |
| 3 | Are We Announcing"? | |
| 4 |      Do you see that? | |
| 5 | A.   I see that. | 08:06:12 |
| 6 | Q.   And who -- who is the intended audience | |
| 7 | of this -- of this presentation? | |
| 8 |      MR. BLUME:  Objection.  Form.  And scope. | |
| 9 |      THE DEPONENT:  I do not know who the | |
| 10 | intended audience of this was. | 08:06:27 |
| 11 | Q.   (By Mr. Loeser)  So let's look at the -- | |
| 12 | the first page of this. | |
| 13 |      On the third bullet it states "Removing | |
| 14 | access to non-app friends. friend_* permissions | |
| 15 | being deprecated - apps will only get data about | 08:06:52 |
| 16 | people who've explicitly logged-in with Facebook, | |
| 17 | not that user's incognizant friends." | |
| 18 |      What does "incognizant friends" refer to? | |
| 19 |      MR. BLUME:  Objection.  Form.  And scope. | |
| 20 |      THE DEPONENT:  I don't want to make a | 08:07:13 |
| 21 | determination of a -- of -- of -- there's no | |
| 22 | corporate answer to what -- what that means.  It | |
| 23 | would be a -- a dictionary definition to look it | |
| 24 | up. | |
| 25 | Q.   (By Mr. Loeser)  Okay.  What -- and -- | 08:07:25 |

Veritext Legal Solutions
866 299-5127

```
 1    and what -- how would Facebook use the term          08:07:26

 2    "incognizant friends" in this context?

 3              MR. BLUME:  Scope --

 4              THE COURT REPORTER:  Wait.  Mr. Blume,

 5    you were muffled.                                     08:07:32

 6              MR. BLUME:  Asked and answered.  And

 7    beyond the scope.

 8              THE DEPONENT:  Yeah.  I -- I don't think

 9    Facebook has a -- a definition of what that means.

10    Again, the author of this deck chose to use that     08:07:47

11    word.  It's not used --

12              (Simultaneously speaking.)

13        Q.   (By Mr. Loeser)  And next --

14        A.    -- in any other context.

15        Q.   And then the next bullet states            08:07:59

16    "read_stream (timeline API, Newsfeed API) being

17    publicly deprecated.  Partner/contract only."

18              Does that suggest to you that the

19    decision at this point was to deprecate read stream

20    and make it available to partners by contract only?  08:08:16

21              MR. BLUME:  Objection.  Form.  And scope.

22              THE DEPONENT:  I -- I think it's wrong to

23    characterize anything as a -- as a decision.  All

24    we can say is that this deck had been produced by

25    somebody and that was their belief or understanding  08:08:34
```

Page 415

```
 1    at the time.  I don't think this is representative     08:08:39

 2    of a -- of a decision.

 3         Q.   (By Mr. Loeser)  Okay.  And when you say

 4    "somebody," we know from the prior email that this

 5    deck was prepared by Jackie Chang, right?              08:08:48

 6              MR. BLUME:  Objection.

 7              Is there a Bates-stamped version, Derek?

 8    Oh, forget it.  That's a native.  Got it.

 9         Q.   (By Mr. Loeser)  Right.

10              Mr. Cross, if you go back to Exhibit 14,      08:09:08

11    you'll see that this is a presentation that was

12    sent by Jackie Chang to Ime Archibong and to you,

13    right?

14         A.   Yes.

15         Q.   Can you put up the prior -- sorry.  I        08:09:29

16    talked at the same time as you, which I -- I

17    apologize for.

18         A.   Apologies.

19              Yes, it looks like this deck was authored

20    by Jackie.                                             08:09:41

21         Q.   Okay.  So let's go back to the deck.

22              And if we look at the last slide of the

23    deck, it says "Partnerships Update."

24              And do you see "Partner Identification &

25    Impact Assessment"?                                    08:10:05
```

Page 416

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   I do. | 08:10:06 |
| 2 | Q.   And the first bullet says "Product | |
| 3 | identified the 26,000 App IDs & 45+ affected APIs." | |
| 4 | Do you say that -- see that? | |
| 5 | A.   I see that. | 08:10:18 |
| 6 | Q.   And you recall you were involved in | |
| 7 | that -- in that bit of work, right? | |
| 8 | A.   I certainly was involved in pulling some | |
| 9 | data at various time.  It's not clear that I was | |
| 10 | the source of those numbers. | 08:10:28 |
| 11 | Q.   And then the next bullet says "XFN | |
| 12 | coordination," and then it lists a series of | |
| 13 | different types of -- of apps that should look | |
| 14 | familiar at this point because we've seen the same | |
| 15 | categorization in some of the documents that we've | 08:10:41 |
| 16 | gone through, right? | |
| 17 | A.   Some of these are the same as categories | |
| 18 | in other documents. | |
| 19 | Q.   Okay.  And it notes that Facebook was | |
| 20 | "deploying a top down and bottoms up T0 partner | 08:10:55 |
| 21 | identification," right? | |
| 22 | A.   That's what it says on the slide. | |
| 23 | Q.   Okay.  And you still don't recall what T0 | |
| 24 | refers to? | |
| 25 | A.   As per my previous testimony, it's a | 08:11:08 |

Page 417

1    categorization that was in use at the                08:11:11

2    partnerships -- in the partnerships team at this

3    time.  But I don't recall what was categorized

4    within T0, nor the criteria for that.

5         Q.   And the next bullet says "Extensions &      08:11:25

6    Private API Identification."

7              Do you see that?

8         A.   I see that.

9         Q.   And then it says "Granting no exemptions,

10   except in the cases where we have:"                   08:11:35

11             Do you see that?

12        A.   I see that.

13        Q.   And the first one to where there would be

14   an exemption granted is "Wind-down"; is that right?

15        A.   I don't think it's right to characterize    08:11:52

16   this as deterministic as to why an exemption or

17   extension would be granted.  It's just a slide deck

18   written by a person at a time.  So that's what's on

19   the slide.

20        Q.   Okay.  And this slide identifies            08:12:07

21   circumstances where an exemption would be granted

22   that would allow an app to continue to have access

23   to data that would no longer be available after

24   the transition to the new platform, right?

25        A.   No.                                         08:12:28

                                                          Page 418

```
 1            MR. BLUME:  Form.  And scope.              08:12:29

 2            THE DEPONENT:  No.

 3       Q.   (By Mr. Loeser)  You're saying "no"

 4   because my statement is untrue?

 5       A.   That's correct.  I don't think it          08:12:40

 6   specifies -- sorry.

 7            Read me your question again, and I'll be

 8   able to point out the bit I was not able to agree

 9   with.

10       Q.   Sure.  I'll just ask another question.     08:12:48

11            This says that Facebook's going to be

12   granting no exemptions, but then it lists some

13   situations where it would be granting exemptions,

14   right?

15            MR. BLUME:  Objection to form.  Scope.     08:12:58

16            THE DEPONENT:  This does not -- sorry,

17   Rob.  Say it again.

18            MR. BLUME:  Objection.  Form.  And scope.

19            THE DEPONENT:  This doesn't represent

20   Facebook's position on -- on -- on anything in      08:13:09

21   particular.  This is the -- what this person who

22   authored the deck understood at the time.

23       Q.   (By Mr. Loeser)  Okay.  So this person,

24   Jackie Chang, who authored this deck at the time,

25   February 14th, 2014 -- I'm sorry --               08:13:24
```

Page 419

| | | |
|---|---|---|
| 1 | February 9th, 2014, believed that Facebook would be | 08:13:30 |
| 2 | granting no exemptions except in the cases where we | |
| 3 | have "1. Wind-down" and "2. Private APIs"; is that | |
| 4 | right? | |
| 5 |        MR. BLUME:  Objection.  Form.  And scope. | 08:13:44 |
| 6 |        THE DEPONENT:  That's what's on the | |
| 7 | slide. | |
| 8 |    Q.   (By Mr. Loeser)  And let's look at | |
| 9 | wind-down. | |
| 10 |        Do you know what wind-down means? | 08:13:52 |
| 11 |        MR. BLUME:  Objection.  Scope. | |
| 12 |        THE DEPONENT:  I wouldn't want to give | |
| 13 | like a Facebook answer to that.  I think there's no | |
| 14 | standard definition for that. | |
| 15 |        In my personal capacity and having been | 08:14:03 |
| 16 | involved in this, to me, that means that there | |
| 17 | would be a period by which those integrations would | |
| 18 | be deprecated or turned off over time. | |
| 19 |    Q.   (By Mr. Loeser)  And with regard to | |
| 20 | "Non-standard Platform Agreements specifying unique | 08:14:22 |
| 21 | Backwards Compatibility"; is that what happened? | |
| 22 |        MR. BLUME:  Objection.  Form. | |
| 23 |        THE DEPONENT:  I can't give answers in | |
| 24 | specific cases because I haven't investigated | |
| 25 | everything and memorized everything. | 08:14:41 |

Page 420

```
 1          But what I can say is that one thing        08:14:43

 2   you'll notice from this slide deck further up is

 3   that the plan of record in how to launch this

 4   differed relatively -- relatively drastically from

 5   what actually happened.                            08:15:08

 6          One of the big changes was the length of

 7   the deprecation window, a year.  And one of the

 8   considerations would have been if there was a

 9   partner with a contract, we specified a notice

10   period.  And that notice period was less than the  08:15:28

11   notice given than there would be a contractual need

12   to comply.  That's what it means by backwards

13   compatibility.

14      Q.  (By Mr. Loeser)  Okay.  So that was one

15   of the situations where an exception would be      08:15:48

16   provided to the deprecations from occurring on the

17   time frame indicated in -- by Facebook, when it

18   implemented the platform, right?

19      A.   Not necessarily.  The -- my -- my

20   previous testimony is that if there was a          08:16:08

21   relationship with a partner that had a notice

22   period in the contract, then that might need to be

23   considered in the -- the migration, although most

24   of the entities that had private APIs had -- had

25   contracts with us, had some form of private API.   08:16:35
```

Page 421

CONFIDENTIAL

```
 1        Q.   Okay.  And private API is another          08:16:38

 2   category.

 3            But you describe a circumstance in which

 4   an exemption, as the -- as the format is presented

 5   here would -- would be granted.  And that would be    08:16:45

 6   the backward compatibility-type contracts.

 7            Facebook recognized there would need to

 8   be an exemption for that -- for that group?

 9        A.   It's -- it's -- it's possible -- the --

10   the author of this deck suggests that that might be   08:16:59

11   a possible reason to grant an extension or an

12   exemption.

13        Q.   Okay.  So the author of this deck,

14   Jackie Chang, thought that another possible reason

15   was "Sensitive/strategic partner integrations         08:17:13

16   requiring extension"; is that right?

17            MR. BLUME:  Objection.  Form.  And scope.

18            THE DEPONENT:  I can read what's on here,

19   but this doesn't represent Facebook's position.

20   This is what Jackie wrote in the slide.               08:17:26

21        Q.   (By Mr. Loeser)  Okay.  And I -- I didn't

22   see in the cover email -- it is -- does Jackie

23   report to Ime Archibong, or did she at this time?

24        A.   I don't know for -- for certain.  But my

25   understanding is that Jackie reported to Ime at       08:17:45
```

                                              Page 422

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | this time. | 08:17:49 |
| 2 | Q.   Okay.  And did you see in that cover | |
| 3 | email any indication by Ime that he thought Jackie | |
| 4 | got it wrong when she described the circumstances | |
| 5 | for exemptions? | 08:17:58 |
| 6 | MR. BLUME:  Objection.  Form. | |
| 7 | THE DEPONENT:  I didn't see anything in | |
| 8 | the email thread, but that doesn't mean it -- there | |
| 9 | was -- there was disagreement or uncertainty at | |
| 10 | all. | 08:18:13 |
| 11 | I think -- remember, you're reading | |
| 12 | documents here about -- that -- that -- that are a | |
| 13 | team making progress as things shift around them. | |
| 14 | Nothing in here necessarily is -- is what happened | |
| 15 | or should have happened. | 08:18:28 |
| 16 | Q.   (By Mr. Loeser)  Okay.  And then if we | |
| 17 | look at the next bullet in this presentation | |
| 18 | providing an update on -- what Facebook was going | |
| 19 | to be announcing about its platform change. | |
| 20 | No. 2 is "Private APIs." | 08:18:42 |
| 21 | Do you see that? | |
| 22 | A.   I see it on the slide. | |
| 23 | Q.   And the bullet says -- | |
| 24 | MR. BLUME:  Objection.  Hold -- | |
| 25 | objection.  Sorry. | 08:18:47 |

Page 423

```
1              Objection to the initial              08:18:50

2    characterization.  And form to the question.

3        Q.   (By Mr. Loeser)  And you'll see the

4    bullet then says "Private use-cases for exemption

5    (i.e. Mobile RCP)."                              08:18:58

6              What does that refer to?  What is --

7    what -- what are private use cases for exemption?

8        A.   My understanding is that this refers to

9    the existing integrations that had access to

10   private APIs, both before the change in the public  08:19:21

11   API service area and would be considered unaffected

12   by the changes to the public service area.

13       Q.   And are you aware of -- of any other

14   update or communication within the teams involved

15   in -- in the creation of this update of a different  08:19:57

16   format for determining when exemptions would be

17   granted?

18              MR. BLUME:  Objection.  Scope.  Form.

19              THE DEPONENT:  We've seen several

20   documents in this testimony that have very       08:20:11

21   different framings of what was launched, when --

22   what might be happening and why.  So we've already

23   looked at some alternatives I would suggest.

24       Q.   (By Mr. Loeser)  Okay.  And -- and we

25   went through a number of descriptions that referred  08:20:32
```

Page 424

CONFIDENTIAL

```
 1     to strategic partners; is that right?              08:20:34

 2              MR. BLUME:  Objection.  Form.

 3              THE DEPONENT:  We went through a number

 4     of documents which associated some entities with

 5     the word "strategic."                              08:20:44

 6         Q.   (By Mr. Loeser)  When discussing whether

 7     those partners would continue to have access to

 8     publicly deprecated permissions, right?

 9              MR. BLUME:  Objection.  Form.

10              THE DEPONENT:  Generally, when we were    08:20:57

11     discussing the broad set of changes to the public

12     platform surface area.

13         Q.   (By Mr. Loeser)  So I want to make sure

14     we're clear so far on the record and the transition

15     to the new platform.                               08:21:22

16              We've gone through a number of documents

17     in which the platform team and the developer

18     operations team discussed the changes that we

19     made -- that we made to the social Graph when Graph

20     API version 2 was implemented, right?              08:21:35

21              MR. BLUME:  Objection.  Form.

22              THE DEPONENT:  Sorry.  Yeah, I'm -- I'm

23     not -- I'm not what -- what specifically I'd be

24     agreeing to the affirmative there.

25         Q.   (By Mr. Loeser)  Well, I guess we can     08:21:50
```

Page 425

CONFIDENTIAL

```
 1    read the question back and see if there's anything        08:21:51

 2    unclear about it.

 3              So I want to make sure we are clear so

 4    far on the record and the transition to the new

 5    platform.  We've gone through a number of documents        08:22:02

 6    in which the platform team and the developer

 7    operations team discussed the changes that would be

 8    made to the social Graph when Graph API version 2

 9    was implemented, right?

10              MR. BLUME:  Objection.  Form.                    08:22:18

11              THE DEPONENT:  So we've looked at a

12    number of documents that refer to the changes that

13    were ultimately launched on April the 30th, 2014.

14         Q.  (By Mr. Loeser)  And these changes

15    included publicly deprecating certain APIs that           08:22:31

16    were considered sensitive, including friend and

17    read stream permissions, right?

18              MR. BLUME:  Objection.  Form.

19              THE DEPONENT:  API version 2 removed the

20    friend permissions.  That was one of the changes          08:22:46

21    launched at the time.

22         Q.  (By Mr. Loeser)  And we've seen a variety

23    of discussions of the fact that certain apps and

24    partners would continue having access to certain of

25    the publicly deprecated APIs, right?                      08:23:00
```

```
 1        A.    There are a number of integrations that      08:23:06

 2   had access to private APIs before the change and

 3   would go on to have access to private APIs after

 4   the change.

 5        Q.    And in -- in addition to integrations,       08:23:21

 6   there were other apps that were considered for

 7   whitelist access to the publicly deprecated

 8   permissions, right?

 9        A.    There was a number of discussions about

10   whether or not apps should be granted additional     08:23:35

11   time to migrate or discussions about exemptions.

12   We've seen those discussions.

13        Q.    Okay.  And Facebook management also

14   discussed how to choose which apps and partners

15   would continue having access to publicly deprecated   08:23:52

16   APIs, right?

17             MR. BLUME:  Objection.  Form.

18             THE DEPONENT:  Can you describe what you

19   mean by "Facebook management"?

20        Q.    (By Mr. Loeser)  Sure.                      08:24:04

21             The -- the Facebook managers whose email

22   we reviewed over the course of the last several

23   hours.

24        A.    Can you be specific?  "Facebook

25   managers," I'm not -- not sure I understand that     08:24:15
```

Page 427

CONFIDENTIAL

```
 1   term.                                          08:24:16

 2       Q.   Sure.

 3            Let's -- Ime Archibong, for example.  KP.

 4   Eddie O'Neil.

 5            The people on these various emails we've   08:24:24

 6   looked at are people who discussed and evaluated

 7   how to choose which apps and partners would

 8   continue having access to publicly -- publicly

 9   deprecated APIs, right?

10            MR. BLUME:  Objection.  Form.          08:24:39

11            THE DEPONENT:  We've seen a number of

12   email threads and documents where a number of

13   Facebook employees are discussing whether or not to

14   offer extensions or exemptions to the changes and

15   how that might be framed.                       08:24:56

16       Q.   (By Mr. Loeser)  And sometimes how that

17   might be framed was referred to by KP, for example,

18   as a format, right?

19            MR. BLUME:  Objection.  Form.

20            THE DEPONENT:  I -- KP may refer to that.   08:25:15

21   You can bring that up in a document again, if you

22   want me to agree to it.  But what KP referred to it

23   is what KP referred to it.

24       Q.   (By Mr. Loeser)  Okay.  And sometimes it

25   was referred to as a framework; is that right?   08:25:27
```

Page 428

```
 1              MR. BLUME:  Objection.  Form.                08:25:30

 2              THE DEPONENT:  I don't know what you're

 3    referring to with the -- with the phrase "it."

 4         Q.   (By Mr. Loeser)  Oh.  The discussion as

 5    to which apps and partners would continue to have     08:25:38

 6    access to deprecated permissions.

 7              MR. BLUME:  Objection.  Form.

 8              THE DEPONENT:  So again, I think you're

 9    mixing a few concepts up there.  You're suggesting

10    there's a specific framework and then you're          08:25:51

11    talking about a number of -- there's a wide range

12    of discussions that happened on this topic

13    involving different people at different times.

14         Q.   (By Mr. Loeser)  Nonetheless, there was a

15    discussion of -- of a framework that could be or      08:26:04

16    would be developed to determine which apps and

17    partners would continue to have access to

18    deprecated permissions and which would not, right?

19              MR. BLUME:  Objection.  Form.  And scope.

20              THE DEPONENT:  What we've reviewed today     08:26:17

21    is there's a number of people attempting to put

22    together some suggestions or ways to think about

23    whether or not certain entities should or should

24    not be given additional access.  But we have not

25    reviewed anything that necessarily ever got           08:26:42
```

Page 429

CONFIDENTIAL

```
 1    implemented.                                    08:26:46

 2         Q.   (By Mr. Loeser)  Okay.  And it's fair to

 3    say that deciding what apps and partners would

 4    retain access to publicly deprecated permissions

 5    was an important decision for Facebook, right?    08:26:53

 6              MR. BLUME:  Objection.  Form.

 7              THE DEPONENT:  I think when we're making

 8    changes to the platform, we wanted to be

 9    considerate about how those changes would be

10    implemented and the impact they would have on users  08:27:12

11    and developers.

12         Q.   (By Mr. Loeser)  Losing access to

13    friend-sharing permissions, for example, could

14    damage relationships that Facebook have with app

15    develop- -- developers and strategic partners,   08:27:25

16    right?

17              MR. BLUME:  Objection.  Form.

18              THE DEPONENT:  Any change to the Facebook

19    development --

20              MR. BLUME:  Form and scope.            08:27:33

21              THE DEPONENT:  Sorry.  Can you repeat the

22    question again.

23         Q.   (By Mr. Loeser)  Losing access to

24    friend-sharing permissions, for example, could

25    damage relationships that Facebook had with app   08:27:50
```

CONFIDENTIAL

```
 1    developers and strategic partners, right?              08:27:53

 2            MR. BLUME:  Same objection.

 3            THE DEPONENT:  As a platform, when you

 4    make changes of -- of any type, they can have

 5    impact on the developers and users of your            08:28:06

 6    platform, and this set of changes was -- was no

 7    exception.

 8        Q.  (By Mr. Loeser)  And granting exemptions

 9    was also a big deal for Facebook because it

10    protected important relationships it had with         08:28:19

11    developers and partners, right?

12            MR. BLUME:  Objection.  Form.

13            THE DEPONENT:  There were integrations

14    that were valuable to users and to developers and

15    to Facebook.  And it was -- it was valuing           08:28:34

16    continuing those -- sorry.

17            Can you repeat the question again?  I

18    want to make sure I'm answering.

19        Q.  (By Mr. Loeser)  And granting exemptions

20    was also a big deal for Facebook because it           08:28:57

21    protected important relationships it had with

22    developers and partners, right?

23        A.  I don't feel I can represent like whether

24    or not this was important to Facebook.

25            I can -- I can say that when you're           08:29:13
```

Page 431

CONFIDENTIAL

```
 1    making changes to your developer platform and        08:29:15

 2    there's integrations which are existing and

 3    valuable to people and developers and Facebook,

 4    that some of those might -- you may want to

 5    continue and changing -- but because of their value  08:29:36

 6    to people, developers and Facebook.

 7         Q.   The Facebook management team was aware

 8    that some developers and partners would retain

 9    access to deprecated permissions, like friend

10    sharing, after the implementation of Graph API       08:29:51

11    version 2, right?

12         A.   Can you repeat the question, please.

13              MR. LOESER:  Rebecca, do you mind reading

14    the question back.

15              (Record read as follows:                   08:30:00

16              "QUESTION:  The Facebook management

17              team was aware that some developers

18              and partners would retain access to

19              deprecated permissions, like friend

20              sharing, after the implementation of        08:30:00

21              Graph API version 2, right?")

22              MR. BLUME:  Objection.  Form.

23              THE DEPONENT:  The changes to the public

24    API surface area, there were -- there were -- there

25    were no plans, I'm aware of, to, at the time,         08:30:27
```

Page 432

```
 1    deprecate the device integrations or other          08:30:30

 2    integration partners.

 3         Q.   (By Mr. Loeser)  And Mr. Cross, Facebook

 4    management was aware of that, right?

 5              MR. BLUME:  Objection.  Form.              08:30:41

 6              THE DEPONENT:  I can't say if Facebook

 7    management was aware.  There's a number of threads

 8    on this topic.

 9         Q.   (By Mr. Loeser)  Was Mark Zuckerberg

10    aware of that?                                       08:30:54

11              MR. BLUME:  Objection.  Form.

12              THE DEPONENT:  I don't know if

13    Mark Zuckerberg was aware of that.

14              MR. LOESER:  Let's look at -- introduce a

15    new exhibit.                                         08:31:06

16              (Exhibit 342 was marked for

17    identification by the court reporter and is

18    attached hereto.)

19              MR. LOESER:  We'll mark Exhibit 342.

20         Q.   (By Mr. Loeser)  This is an email from     08:31:30

21    Eddie O'Neil to Mark Zuckerberg with a cc to Mike

22    Vernal, Douglas Purdy and Ilya Sukhar, dated

23    January 27th, 2014, "Subject: platform model

24    changes."

25              Do you see that?                           08:31:44
```

Page 433

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   I see that. | 08:31:45 |
| 2 | Q.   And who, of the recipients of this email, | |
| 3 | was on the Facebook management team at this time? | |
| 4 | A.   Can you help me understand what you mean | |
| 5 | by the "Facebook management team"? | 08:31:58 |
| 6 | Q.   Sure. | |
| 7 | There was the document earlier that was | |
| 8 | the M Team, and I'm referring to the M Team. | |
| 9 | Is that the management team? | |
| 10 | A.   Well, there's -- there's a thing called | 08:32:09 |
| 11 | the M Team, which is Mark's -- Mark's leadership | |
| 12 | group. | |
| 13 | Q.   So -- so who -- who, on this list, would | |
| 14 | be considered Facebook leadership? | |
| 15 | MR. BLUME:  Objection.  Form.  And scope. | 08:32:23 |
| 16 | THE DEPONENT:  I mean, I think it's | |
| 17 | reasonable to assume Mark would be considered | |
| 18 | Facebook leadership.  But I couldn't answer the | |
| 19 | question as to which other people on the thread | |
| 20 | were on the M Team at the time. | 08:32:37 |
| 21 | Q.   (By Mr. Loeser)  What was Eddie O'Neil's | |
| 22 | position at the time? | |
| 23 | A.   Again, I don't want to give a canonical | |
| 24 | answer, but my understanding is he was a product | |
| 25 | manager on the Facebook platform team. | 08:32:54 |

Page 434

CONFIDENTIAL

```
1         Q.   And if you look at the first line of      08:32:58

2    Mr. O'Neil's email to Mark Zuckerberg, he states

3    "Hi Mark - attached are the slides we reviewed and

4    a list of key apps affected by the API

5    deprecations/privatizations."                       08:33:10

6              Do you see that?

7         A.   I see that.

8         Q.   And do you see that he writes "To clarify

9    my perspective: I feel strongly that we should make

10   these changes - want to be sure we've considered    08:33:23

11   alternative viewpoints, but my opinion is solid.

12   We need to realign our relationship with developer

13   in order to put the ecosystem in a sustainable

14   place and to improve user trust."

15             Do you see that?                           08:33:34

16        A.   I do see that.

17        Q.   So does this indicate to you, as

18   Facebook's corporate designee, that Mr. Zuckerberg

19   was made aware of the platform model changes that

20   would occur when the platform 3.0 was implemented?   08:33:46

21             MR. BLUME:   Objection.  Form.  Scope.

22             THE DEPONENT:   I -- it -- it would

23   indicate to me that Mark had received this email.

24   I don't know whether or not he was aware of it.  It

25   doesn't mean he necessarily read the email.  So I   08:34:07
```

| | | |
|---|---|---|
| 1 | couldn't answer on behalf of Mark.  But it would | 08:34:10 |
| 2 | make sense that he was aware that these changes | |
| 3 | were being made. | |
| 4 | Q.   (By Mr. Loeser)  Okay.  So Mr. Cross, | |
| 5 | the -- the changes that -- that occurred when the | 08:34:45 |
| 6 | platform -- the new platform was installed were | |
| 7 | something that Facebook informed the developer | |
| 8 | community of; is that right? | |
| 9 | A.   We announced the changes to the Facebook | |
| 10 | developer platform at F8 on April the 30th, 2014. | 08:35:08 |
| 11 | Q.   And tell the jury, if you will, what the | |
| 12 | F8 is? | |
| 13 | A.   F8 is a developer conference run by | |
| 14 | Facebook. | |
| 15 | Q.   And is it an important event for | 08:35:28 |
| 16 | Facebook? | |
| 17 | MR. BLUME:  Objection.  Form. | |
| 18 | THE DEPONENT:  It's an event. | |
| 19 | Q.   (By Mr. Loeser)  So it's like a birthday | |
| 20 | party, or is it something that's significant for | 08:35:44 |
| 21 | Facebook? | |
| 22 | MR. BLUME:  Objection.  Scope.  And form. | |
| 23 | THE DEPONENT:  F8 is a little bit bigger | |
| 24 | than a birthday party. | |
| 25 | Q.   (By Mr. Loeser)  Is it fair to describe | 08:35:53 |

Page 436

1    it as a significant event for Facebook?                    08:35:54

2              MR. BLUME:  Objection.  Scope.

3              THE DEPONENT:  I -- I wouldn't want to --

4    it's -- it's an event.  There are many events.  I

5    don't think it necessarily needs to be pegged as           08:36:06

6    significant.

7         Q.   (By Mr. Loeser)  Is it something that

8    people who present at the event do some preparation

9    in advance or do they just wing it?

10             MR. BLUME:  Objection.  Form.  Scope.            08:36:20

11             THE DEPONENT:  Typically, when you speak

12   at F8, you've done a little prep.

13        Q.   (By Mr. Loeser)  And the reason for the

14   prep is so that you can speak accurately?

15             MR. BLUME:  Objection.  Form.                    08:36:37

16             THE DEPONENT:  So you can deliver -- in

17   general, preparation helps you deliver a good

18   presentation.

19        Q.   (By Mr. Loeser)  And is a good

20   presentation also a presentation that is accurate?        08:36:49

21        A.   Again, I'm not going to offer a Facebook

22   answer to that.

23             In my personal capacity, when presenting,

24   I would generally like to be accurate.

25             MR. BLUME:  Is this a good time for a            08:37:16

                                                      Page 437

```
 1    break, Derek?  We've been going about an hour.        08:37:17

 2              MR. LOESER:  Sure.  Sure.  Let's try and

 3    keep it a little shorter than some of the other

 4    ones.  But if we actually can get back on in ten

 5    minutes, that would be great.                         08:37:28

 6              We can go off the record.

 7              THE VIDEOGRAPHER:  Okay.  We're off the

 8    record.  It's 8:37 p.m.

 9              (Recess taken.)

10              THE VIDEOGRAPHER:  We're back on the         08:37:34

11    record.  It's 8:50 p.m.

12        Q.  (By Mr. Loeser)  Mr. Cross, you mentioned

13    the April 30th, 2018, F8 conference; is that right?

14        A.   April the 30th, 2014.

15        Q.   2014.  I'm sorry.                             08:50:31

16              And -- and that is the F8 where Facebook

17    announced the changes that were being made to the

18    platform with the introduction of Graph API

19    version 2, right?

20        A.   That's the event where Graph API             08:50:44

21    version 2 and the new login were -- were announced

22    publicly.

23        Q.   And were you at the April 30th, 2014, F8?

24        A.   I was at the event.

25        Q.   And was -- was Ime Archibong at that          08:51:04
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1   event?                                          08:51:06

 2        A.   I couldn't say for certain.  I -- I

 3   would -- he may -- he may well have been, but I

 4   couldn't say for certain.

 5        Q.   And do you know -- and I'll just list the   08:51:17

 6   names and you tell me if you know if they were

 7   there.

 8             Was Eddie O'Neil at that event?

 9        A.   Eddie O'Neil was there.

10        Q.   And was Jackie Chang at that event?    08:51:25

11        A.   I don't know if Jackie Chang was there.

12        Q.   Was KP at that event?

13        A.   I don't know for certain if KP was there.

14        Q.   Now, the keynote at the F8 was -- was

15   delivered by Mark Zuckerberg; is that right?    08:51:41

16        A.   That's correct.

17        Q.   And was that normally what happened at

18   the F8?

19        A.   Mark has historically given the keynote

20   at F8s.                                         08:51:59

21        Q.   And -- and that's so he can deliver

22   important news or information about Facebook for

23   that year?

24             MR. BLUME:  Objection.  Form.

25             THE DEPONENT:  Yes.  So that Mark can   08:52:09
```

Page 439

CONFIDENTIAL

```
 1    update our developer community on what he -- what      08:52:12

 2    we're going to launch and what he thinks is coming

 3    next.

 4         Q.   (By Mr. Loeser)  We have a video clip of

 5    that portion of Mr. Zuckerberg's keynote address       08:52:24

 6    and we're going to play it.  And then I'll have a

 7    few follow-up questions for you about what he said.

 8              Okay?

 9         A.   Okay.

10              (Video playing.)                             08:52:34

11         Q.   (By Mr. Loeser)  Were you able to hear

12    that, Mr. Cross?

13         A.   I could hear that, yeah.

14         Q.   Okay.  So during that keynote

15    presentation, Mr. Zuckerberg described the changes     08:53:50

16    that were going to be made with regard to the

17    sharing of friend information, in particular; is

18    that right?

19         A.   He talked about how the -- the API for

20    most developers was going to change.                   08:54:07

21         Q.   And he -- he didn't actually use the

22    phrase "most developers," did he?

23         A.   I don't recall exactly.

24              MR. LOESER:  Well, we have a copy of the

25    transcript and we can mark this as the next            08:54:24
```

Page 440

```
 1    exhibit, which has previously been marked as         08:54:26

 2    Exhibit 17.

 3         Q.   (By Mr. Loeser)  And I'll represent to

 4    you that this is a transcript of Mr. Zuckerberg's

 5    April 30th, 2014, keynote address at the F8.         08:54:40

 6              And if we go to the fifth page -- do you

 7    see the paragraph in the middle, "And in the past,

 8    when one of your friends logged into an app, in

 9    this case Ilya, the app could ask him not only to

10    share his data but also data that his friends had    08:55:07

11    shared with him."

12              Do you see that?

13         A.   I see that.

14         Q.   And having just listened to the -- the

15    recording of the presentation, do those words look   08:55:14

16    familiar to you?

17         A.   They do.

18         Q.   And so what Mr. Zuckerberg said is, "So

19    now we're going to change this and we're going to

20    make it so that now everyone has to choose to share  08:55:28

21    their own data with an app themselves"; is that

22    right?

23         A.   That's what he said.

24         Q.   So -- and for that to occur, that would

25    mean that -- that no app would get access to data    08:55:41
```

Page 441

| | | |
|---|---|---|
| 1 | about anyone other than the Facebook user using the | 08:55:45 |
| 2 | app, correct? | |
| 3 | A.   I'm not sure that is -- has to be true | |
| 4 | for -- for this to make sense. | |
| 5 | Q.   Okay.  So tell me what -- when -- when he | 08:55:58 |
| 6 | says so -- "So now we're going to change this and | |
| 7 | we're going to make it so that now everyone has to | |
| 8 | choose to share their own data with an" apps | |
| 9 | themselves -- "with an app themselves," in that | |
| 10 | statement, is there some indication that -- that | 08:56:11 |
| 11 | not everyone has to choose to share their own data | |
| 12 | with an app themselves? | |
| 13 | MR. BLUME:  Objection.  Form.  Scope. | |
| 14 | THE DEPONENT:  So -- sorry.  Ask the | |
| 15 | question again, please. | 08:56:29 |
| 16 | Q.   (By Mr. Loeser)  Mr. Zuckerberg stated | |
| 17 | "So now we're going to change this and we're going | |
| 18 | to make it so that now everyone has to choose to | |
| 19 | share their own data with an app themselves," | |
| 20 | right? | 08:56:38 |
| 21 | A.   That's what he said. | |
| 22 | Q.   Okay.  He didn't say "We're going to make | |
| 23 | it so that now some people have to choose to share | |
| 24 | their own data with an app themselves," did he? | |
| 25 | A.   He didn't say that.  Assuming this is his | 08:56:51 |

Page 442

CONFIDENTIAL

```
 1    transcript.                                08:56:57

 2        Q.   Okay.  And now, Mr. Cross, it's true, is

 3    it not, that after the transition to Graph API

 4    version 2 -- strike that.

 5           It is not true that after the transition    08:57:17

 6    to Graph API version 2, "No app would get access to

 7    data about anyone other than the Facebook user

 8    using the app", correct?

 9        A.   Mark is speaking here to the broad

10    develop community and referring to the generally    08:57:34

11    publicly available Facebook developer platform.

12    And over time, we transitioned all applications

13    to -- we transitioned most applications to

14    version 2 and ultimately deprecated the friend

15    permissions for everyone.                           08:58:00

16        Q.   Okay.  Mr. Cross, show me where in this

17    statement that Mr. Zuckerberg made at the --

18    April 30th, 2018, he suggests that -- that some

19    people would have to choose to share their own data

20    but others would not have that ability.             08:58:13

21        A.   Well, so an application that had been

22    upgraded or migrated to version 2, it was part of

23    the public API surface area.  The behavior is the

24    same for all users.

25        Q.   Yeah.  Mr. Cross, let's go back to the     08:58:32
```

```
1    transcript because I really -- I'm trying to          08:58:33

2    understand what words were said and what were not.

3            And when Mr. Zuckerberg said "So now

4    we're going to change this and we're going to make

5    it so that now everyone has to choose to share        08:58:44

6    their own data with an app themselves," that was

7    not a true statement, was it?

8            MR. BLUME:  Objection.  Form.  And scope.

9            THE DEPONENT:  So I -- I can't like give

10   the, you know -- like I can't be sure exactly what    08:59:01

11   Mark had in his head when he said this.  Only he

12   can -- this is his transcript.

13           So what was the question again?  Sorry.

14           MR. LOESER:  If we could read the

15   question back, please, Rebecca.                        08:59:28

16           (Court Reporter initiates discussion off

17   the record.)

18           MR. LOESER:  I can -- I can restate the

19   question.

20      Q.   (By Mr. Loeser)  When Mr. Zuckerberg          09:00:03

21   stated at the F8, "So now we're going to change

22   this and we're going to make it so that now

23   everyone has to choose to share their own data with

24   an app themselves," that was not a true statement

25   at time, was it?                                       09:00:15
```

```
1              MR. BLUME:  Objection.  Form.  And scope.      09:00:17

2              THE DEPONENT:  That is -- that is true

3     for the public API surface area, once all apps had

4     been transitioned to API version 2 and the friend

5     permissions have been deprecated for everyone.       09:00:37

6         Q.   (By Mr. Loeser)  It was never the case,

7     Mr. Cross, that everyone was given the opportunity

8     to choose to share their own data with an app

9     themselves because of the exemptions that were made

10    to the deprecations of friend-sharing APIs; isn't    09:00:53

11    that right?

12        A.   The friend permissions were deprecated

13    and removed for everybody over time.  The migration

14    here is a process, and it took time.  But as of

15    now, there are no friend permissions and that is     09:01:14

16    the case for everyone.

17        Q.   And you're talking about as of now, as of

18    2022?

19        A.   I am talking about as of now, as of 2022.

20        Q.   So this was announced in 2014; is that      09:01:33

21    right?

22        A.   He's making this announcement in 2014.

23        Q.   Okay.  So in 2015, it was not true that

24    everyone has to choose to share their own data with

25    an app themselves, right?                            09:01:47
```

                                                Page 445

CONFIDENTIAL

```
  1              MR. BLUME:  Objection.  Form.  And scope.      09:01:49

  2              THE DEPONENT:  The migration to -- from

  3    API v1 to v2 took a long period of time.  And

  4    continued into 2016 -- into 2015, and continued on.

  5         Q.   (By Mr. Loeser)  And so the answer to my      09:02:11

  6    question is correct?

  7              MR. BLUME:  Objection.  Form.

  8              THE DEPONENT:  Sorry.  I'm not sure what

  9    I'm agreeing to there.

 10         Q.   (By Mr. Loeser)  My question is, in 2015,     09:02:25

 11    it was not true that everyone had to choose to

 12    share their own data with an app themselves, right?

 13              MR. BLUME:  Same objection.

 14              THE DEPONENT:  In 2015 -- in 2015, API

 15    version 1 was still available to any application     09:02:41

 16    that had been created before F8 2014.

 17         Q.   (By Mr. Loeser)  Okay.  And after the new

 18    platform became operative in 2015, it was still not

 19    true that everyone has to choose to share their own

 20    data with an app themselves, right?                  09:02:57

 21              MR. BLUME:  Objection.  Form.

 22              THE DEPONENT:  The deprecation of API v1

 23    and the friend permissions was a process that took

 24    some time.

 25         Q.   (By Mr. Loeser)  Okay.  So can you answer    09:03:08
```

Page 446

CONFIDENTIAL

```
 1    my question?                                      09:03:10

 2        A.    Sorry.  In -- repeat the question,

 3    please.

 4        Q.    After the new platform became operative

 5    in 2015, it was still not true that everyone has to   09:03:23

 6    choose to share their own data with an app

 7    themselves, right?

 8        A.    Well, the -- the -- after the new

 9    platform version became operative, there was still

10    a migration process underway that took some more   09:03:42

11    time and that continued into -- into 2015.

12        Q.    Okay.  So can you answer my question,

13    please.

14            MR. BLUME:  Objection.  Form.

15            THE DEPONENT:  So in API version 2, there   09:03:58

16    were -- in 2015, there were still apps in the

17    process of migrating from one to the other and that

18    process continued.  And while that process

19    continued, then some applications had access to

20    friends information.                               09:04:24

21        Q.    (By Mr. Loeser)  So the answer to my

22    question is correct?

23            MR. BLUME:  Objection.  Form.

24            THE DEPONENT:  I feel like I've answered

25    the question.  I'll restate my testimony again.    09:04:36
```

Page 447

CONFIDENTIAL

```
1              The migration from version 1 to version 2    09:04:38

2      took a period of time.  And while that took place

3      there were some applications that retained the

4      ability to access friends information.

5          Q.   (By Mr. Loeser)  And because the          09:04:57

6      migration took, as you say, a long period of time,

7      it was not true that everyone could choose to share

8      data with an app themselves in 2015, after the new

9      platform was introduced, correct?

10             MR. BLUME:  Objection.  Form.  Scope.      09:05:07

11             THE DEPONENT:  As I've explained, the way

12     the platform migration worked is it took a period

13     of time and during that migration period some apps

14     had the ability to access friends information until

15     the friend permissions were finally removed for     09:05:24

16     everyone.

17         Q.   (By Mr. Loeser)  And, sir, I'm going to

18     ask you to answer my question again.  And we can

19     read the question back.  And I understand your

20     reference to the migration taking a long period of   09:05:35

21     time, but my question is very specific.

22             Because the migration took a long period

23     of time, as you say, it was not true that everyone

24     could choose to share data with an app themselves

25     in 2015, after the platform became operative,        09:05:48
```

Page 448

CONFIDENTIAL

```
 1    correct?                                              09:05:52

 2           MR. BLUME:  Objection.  Form.

 3           THE DEPONENT:  The platform -- the

 4    platform became operative for -- for new

 5    applications in 2014, so -- I mean, again, in 2015,  09:05:57

 6    while the process of migration was still underway,

 7    apps -- some apps retained the ability to access

 8    friends information until the friend permissions

 9    were ultimately deprecated.

10         Q.   (By Mr. Loeser)  And that was also true    09:06:23

11    in 2016, correct?

12         A.   In 2016, there were still some

13    applications that had access to friends

14    information.

15         Q.   And that was also true in 2017, correct?   09:06:33

16         A.   In 2017, there were some integrations

17    that still retained access to friends information.

18         Q.   And that is still true in 2017, correct?

19         A.   In 2017, there were some applications

20    that had access to friends information due to being  09:06:55

21    integration partners.

22         Q.   And that's -- that was true in 2018 also,

23    correct?

24         A.   The friend permissions were ultimately

25    deprecated for all apps for all users in 2018.       09:07:08
```

Veritext Legal Solutions
866 299-5127

1          Q.   And in 2019, there were still some apps        09:07:14

2     that emitted friend data; isn't that right?

3          A.   The friend permissions were deprecated

4     for -- removed for everybody, for all apps, in

5     March 2018.                                               09:07:25

6          Q.   Right.  But as we talked about on Monday,

7     there are other APIs that emit friend data even

8     though they're not friend permissions; isn't that

9     right?

10              MR. BLUME:  Objection.  Form.                   09:07:36

11              THE DEPONENT:  Can you remind me what you

12     define as friends data?

13          Q.   (By Mr. Loeser)  Well, we went through

14     this in some detail on Monday.  But the post APIs

15     and the groups APIs and the events APIs and the          09:07:51

16     tagable friends APIs, the inviteable friends API,

17     those were all APIs that you testified did emit

18     friend data, right?

19          A.   Those APIs -- some of them emitted very

20     limited amounts of information.  But those APIs, as      09:08:08

21     I understand it, were still operational in 2018.

22          Q.   And those were still operational in 2019,

23     too, right?

24          A.   I -- many updates to the platform

25     happened in 2018, including a new API version which      09:08:27

                                                          Page 450

```
 1    dramatically limited the amount of information        09:08:31

 2    available to applications even further.

 3         Q.   Nonetheless, there were still apps

 4    emitting friend data in 2019, right?

 5         A.   In 20- -- in 2019, there were some apps    09:08:44

 6    discovered that still had access to friends

 7    information.

 8         Q.   And that's true in 2020, as well, right?

 9         A.   My understanding is that all of the apps

10    that were discovered that had access to friends      09:09:03

11    information were removed in 2018.

12         Q.   Except for the apps that you talked about

13    on Monday that weren't friends permissions but

14    emitted friend data, right?

15         A.   I'm not sure exactly the state of the      09:09:27

16    APIs in 2019.

17         Q.   And what about in 2020?

18              MR. BLUME:  Objection.  Form.

19              THE DEPONENT:  Again, the APIs, as they

20    exist in 2019 and -- and 2020, I count -- I do not   09:09:41

21    know exactly the details of how those APIs

22    function.

23         Q.   (By Mr. Loeser)  So you can't testify

24    today as to whether Facebook continues to allow

25    apps to emit friend data in 2020?                    09:09:58
```

Page 451

| | | |
|---|---|---|
| 1 | MR. BLUME:  Objection.  Form. | 09:10:03 |
| 2 | THE DEPONENT:  The friend permissions | |
| 3 | were deprecated in 2018.  And the API was updated | |
| 4 | also in 2018 to significantly reduce the amount of | |
| 5 | information that was available to applications. | 09:10:16 |
| 6 | And there was -- those were major steps forwards | |
| 7 | [sic] in reducing the amount of data available to | |
| 8 | apps. | |
| 9 | Q.   (By Mr. Loeser)  Understood. | |
| 10 | But as you said, in 2019, there were | 09:10:31 |
| 11 | still APIs that emitted some friend data, right? | |
| 12 | A.   I'm not confident in understanding how | |
| 13 | the API worked in 2019. | |
| 14 | Q.   So can you, as Facebook's corporate | |
| 15 | designee today, testify as to whether there are | 09:10:51 |
| 16 | APIs in use in 2019, 2020, 2021 and 2022 that still | |
| 17 | emit some friend data? | |
| 18 | MR. BLUME:  Objection.  Form. | |
| 19 | THE DEPONENT:  I do not know how -- in | |
| 20 | detail how the APIs work today or worked in 2018, | 09:11:09 |
| 21 | '19 and '20. | |
| 22 | Q.   (By Mr. Loeser)  So the answer to my | |
| 23 | question is no, as the corporate designee, you | |
| 24 | cannot testify and provide an answer to that | |
| 25 | question? | 09:11:24 |

Page 452

```
 1              MR. BLUME:  Objection.  Form.              09:11:26

 2              THE DEPONENT:  I can't say for certain

 3      how the API functions today or in the last three

 4      years.

 5          Q.   (By Mr. Loeser)  But on Monday you were    09:11:34

 6      able to testify about the friend data that these

 7      other APIs that we talked about did emit some

 8      friend information; is this right?

 9          A.   Which other APIs are you referring to?

10              I think that probably matters.            09:11:46

11          Q.   The ones that we just went through; the

12      groups, events, posts, tagable friends, inviteable

13      friends, the whole list.

14          A.   Those APIs were deprecated in the past.

15      I think most of those APIs were deprecated in 2018.  09:12:03

16          Q.   You think.  But who -- who knows for

17      sure?

18          A.   The tagable friends and the inviteable

19      friends API were certainly deprecated in 2018, and

20      these APIs -- the -- the change log of which APIs   09:12:17

21      were deprecated and when is available on Facebook's

22      developer website.

23              I just haven't memorized all of that

24      information for you.

25          Q.   So perhaps on Monday you could testify as  09:12:29
```

                                                    Page 453

```
 1    to when those other APIs that emitted friend data       09:12:31

 2    were deprecated, if they were.

 3              Is that something you can investigate?

 4              MR. BLUME:  Objection.  Form.

 5              Noted.                                          09:12:48

 6        Q.   (By Mr. Loeser)  Now, Mr. Cross, it is

 7    not true that after the transition to Graph API

 8    version 2 no app would get access to data about

 9    anyone other than the Facebook user using the app,

10    right?                                                    09:13:01

11              MR. BLUME:  Objection.  Form.

12              THE DEPONENT:  Sorry.  Can you repeat --

13    can you repeat the question.

14              MR. LOESER:  Sure.  If we could read it

15    back, please.                                             09:13:06

16              THE COURT REPORTER:  Wait.  Could you

17    slow down a little bit, Mr. Loeser.

18              MR. LOESER:  Sure.  I'm sorry.  And I can

19    just read the question again.

20              THE COURT REPORTER:  Thank you.               09:13:06

21        Q.   (By Mr. Loeser)  Mr. Cross, it is not

22    true that after the transition to Graph API

23    version 2, no app would get access to data about

24    anyone other than the Facebook user using the app,

25    correct?                                                  09:13:28
```

Page 454

```
 1            MR. BLUME:  Objection.  Form.              09:13:31

 2            THE DEPONENT:  The way the APIs

 3     functioned was that the -- even after the

 4     deprecation of the -- the friend permissions, there

 5     were still cases where an app would emit some         09:13:41

 6     information about people who had interacted with

 7     the content that the app user had posted.

 8        Q.   (By Mr. Loeser)  So the answer to my

 9     question is, correct, it is not true that no app

10     would get access to data about anyone other than    09:14:01

11     the Facebook user using the app after Graph AP one

12     [sic] version 2 was implemented?

13        A.   Graph API version 2 removed the friend

14     permissions from the public surface area of the

15     API.  But there were no guarantees made about other   09:14:16

16     information that the API would emit.

17        Q.   And Mr. Zuckerberg didn't say in his

18     keynote address that they were deprecating friend

19     permissions for most apps, but they were going to

20     continue to allow access to those apps after          09:14:34

21     Graph -- Graph API version 2 was implemented for

22     certain partners chosen by Facebook, right?

23            That's not in his keynote address, is it?

24            MR. BLUME:  Objection.  Form.  Scope.

25            THE DEPONENT:  You have the transcript of      09:14:51
```

Page 455

```
 1    what he said in the keynote.                    09:14:52

 2         Q.   (By Mr. Loeser)  And -- and when I played

 3    the portion of the transcript, you didn't hear him

 4    say those words; is that right?

 5              MR. BLUME:  Objection.  Form.  Scope.   09:15:01

 6              THE DEPONENT:  I didn't hear Mark say the

 7    words that you just said.

 8         Q.   (By Mr. Loeser)  And at the time that

 9    Mr. Zuckerberg made these statements, Facebook knew

10    that certain app developers and partners with,      09:15:10

11    quote, nonstandard platform agreements, unquote,

12    would be given continued access to friend data

13    after Graph AP one -- API version 2 was

14    implemented, right?

15              MR. BLUME:  Objection.  Asked and         09:15:23

16    answered.

17              THE DEPONENT:  The -- at the time there

18    were -- the -- there were a number of integrations

19    that existed through -- device integrations and

20    integration partners.  And there was, as I          09:15:38

21    understand it, no plans to deprecate those.

22              Mark is speaking to a public developer

23    audience and referring to the public developer

24    platform.

25         Q.   (By Mr. Loeser)  And just to be clear,    09:15:55
```

Page 456

| | | |
|---|---|---|
| 1 | Mr. Zuckerberg knew that certain app developers and | 09:15:55 |
| 2 | partners with nonstandard platform agreements would | |
| 3 | be given continued -- continued access to friend | |
| 4 | data after Graph API version 2 was implemented, | |
| 5 | right? | 09:16:09 |
| 6 | MR. BLUME:  Objection.  Asked and | |
| 7 | answered.  Form and scope. | |
| 8 | THE DEPONENT:  Sorry, Rob.  Can you | |
| 9 | say -- | |
| 10 | Q.   (By Mr. Loeser)  Sure. | 09:16:18 |
| 11 | MR. BLUME:  Sure.  I objected that -- | |
| 12 | that it was asked and answered.  And I objected to | |
| 13 | form and scope. | |
| 14 | Q.   (By Mr. Loeser)  At the time | |
| 15 | Mr. Zuckerberg gave his keynote address on | 09:16:25 |
| 16 | April 30th, 2014, at the F8, Facebook knew that | |
| 17 | certain app developers and partners with | |
| 18 | nonstandard platform agreements would be given | |
| 19 | continued access to friend data after Graph AP one | |
| 20 | version 2 was implemented, right? | 09:16:42 |
| 21 | MR. BLUME:  Objection.  Scope.  Form. | |
| 22 | THE DEPONENT:  Sorry.  Say that again, | |
| 23 | Rob. | |
| 24 | MR. BLUME:  Yeah.  Objection to form. | |
| 25 | THE DEPONENT:  There were apps still on | 09:17:00 |

Page 457

```
 1    whitelists and there were no plans that I was aware      09:17:04

 2    of to -- to deprecate the integration partners that

 3    were already in existence.

 4         Q.   (By Mr. Loeser)  So the answer to my

 5    question is "yes"?                                       09:17:22

 6              MR. BLUME:  Objection.  Form.

 7              THE DEPONENT:  Sorry.  I feel

 8    like I've -- I feel like I've answered the

 9    question.

10              I don't -- I don't know what            09:17:31

11    Mark Zuckerberg knew.  He was aware that the -- he

12    would have been aware.  And we've seen the email

13    sent to him, that made him aware of what the

14    changes were.  But I don't know what he would have

15    known about the plans to continue with integration     09:17:49

16    partners and so on.

17         Q.   (By Mr. Loeser)  And as Facebook's

18    corporate -- sorry.  Go ahead.

19         A.   Sorry.  Go ahead.

20         Q.   As Facebook's corporate designee today,     09:18:02

21    tell the jury -- isn't it true that Facebook knew

22    that certain app developers and partners with

23    nonstandard platform agreements would be given

24    continued access to user friends data after

25    Graph API version 2 was implemented?                   09:18:19
```

Page 458

CONFIDENTIAL

| | |
|---|---|
| 1 | MR. BLUME:  Objection.  Form. | 09:18:21 |
| 2 | THE DEPONENT:  The changes announced at |
| 3 | F8 2014 reflected major changes to the Facebook |
| 4 | developer platform for most apps and most |
| 5 | developers a significant change to the way the | 09:18:37 |
| 6 | platform worked. |
| 7 | Facebook had relationships with entities |
| 8 | that built integrations into devices, mobile phones |
| 9 | and operating systems that provided great value to |
| 10 | users and those were planned to continue. | 09:18:59 |
| 11 | Q.   (By Mr. Loeser)  And Mr. Cross, I'd |
| 12 | appreciate it if you could answer the question. |
| 13 | I've asked you a yes-or-no question about what |
| 14 | Facebook knew.  And I can have the question read |
| 15 | back, if you want.  But I would like you to answer | 09:19:14 |
| 16 | the question I asked. |
| 17 | And that question is, as Facebook's |
| 18 | corporate designee today, tell the jury, isn't it |
| 19 | true that Facebook knew that certain app developers |
| 20 | and partner with nonstandard platform agreements | 09:19:26 |
| 21 | would be given continued access to user friend data |
| 22 | after Graph API version 2 was implemented? |
| 23 | MR. BLUME:  Objection.  Form. |
| 24 | THE DEPONENT:  There were -- it was -- it |
| 25 | was expected that, as with many cases and many | 09:19:47 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1    companies, that there would be experiences that we      09:19:54

 2    wanted certain developers to build that would not

 3    be possible via the standard public platform, and

 4    we wanted those integrations to -- to continue

 5    providing value to users, developers and Facebook.     09:20:11

 6         Q.   (By Mr. Loeser)  And I appreciate that

 7    explanation, but that was not the question I asked

 8    you.

 9              I'm asking you about what Facebook knew.

10    And I would like you to answer my question about       09:20:21

11    what Facebook knew at the time Mr. Zuckerberg made

12    his statements at the F8.

13              Would you like me to read the question

14    again?

15         A.   Yes.  Please read the question again.        09:20:34

16         Q.   As Facebook's corporate designee, tell

17    the jury, isn't it true that Facebook knew that

18    certain app developers and partners with

19    nonstandard platform agreements would be given

20    continued access to user friend data after            09:21:04

21    Graph API version 2 was implemented?

22         A.   Facebook had agreements with certain

23    developers that allowed them to build experiences

24    that had continued access to friend information for

25    a period of time and that was planned to continue.    09:21:31
```

Page 460

```
 1          Q.   So the answer to my question is, yes, at        09:21:38

 2     the time Mr. Zuckerberg made his statements,

 3     Facebook knew that certain partners would continue

 4     having access to friend data after Graph API

 5     version 2 was implemented, correct?                       09:21:52

 6               MR. BLUME:  Objection.  Form.

 7               THE DEPONENT:  Certain appli- -- sorry.

 8     Say again, Rob.

 9               MR. BLUME:  I objected to the form of the

10     question.                                                 09:22:03

11               THE DEPONENT:  And I feel like I'm

12     answering your question -- I feel like I've

13     answered your question a few times now.

14               SPECIAL MASTER GARRIE:  No.  Answer the

15     question yes or no.  He's asking you a yes-or-no          09:22:10

16     question.

17               It's not that complicated.  He's saying,

18     here the question, as a corporate designee, is the

19     answer yes or no.  If you can't answer it as yes or

20     no, state such.                                           09:22:23

21               THE DEPONENT:  I think I'm confused by

22     like what -- what does he mean by "Facebook knew"?

23               SPECIAL MASTER GARRIE:  Counsel.

24               MR. LOESER:  Mr. Cross, you're testifying

25     on behalf of Facebook.  So I'm asking you what           09:22:38
```

| | | |
|---|---|---|
| 1 | Facebook knew.  So what Facebook employees informed | 09:22:43 |
| 2 | management and what management knew. | |
| 3 |      THE DEPONENT:  There were people inside | |
| 4 | the company that knew that -- | |
| 5 |      SPECIAL MASTER GARRIE:  He gave the | 09:23:00 |
| 6 | explanation of "knew."  So the question is -- he | |
| 7 | asked you a question.  He's told you what "knew" | |
| 8 | means. | |
| 9 |      Is the answer yes or no, or you don't | |
| 10 | know.  But you can answer it. | 09:23:08 |
| 11 |      THE DEPONENT:  I mean, I -- I -- I don't | |
| 12 | know what "did Facebook knew" means, right.  Did -- | |
| 13 | did -- how did the -- the -- the company know. | |
| 14 |      SPECIAL MASTER GARRIE:  Well, you're | |
| 15 | representing the company today as a designee of the | 09:23:22 |
| 16 | company. | |
| 17 |      THE DEPONENT:  Right. | |
| 18 |      SPECIAL MASTER GARRIE:  Did the company | |
| 19 | have knowledge -- Counsel Loeser is asking did | |
| 20 | Facebook itself have knowledge or individuals | 09:23:31 |
| 21 | therein have knowledge. | |
| 22 |      I think its confusion is around what you | |
| 23 | mean by "Facebook knew."  So maybe you can explain | |
| 24 | to him, if that's not clear. | |
| 25 |     Q.   (By Mr. Loeser)  Facebook operates | 09:23:44 |

1   through its employees, right?                      09:23:46

2        A.    Facebook has employees, yes.

3        Q.    And employees are assigned certain

4   responsibilities as employees?

5        A.    Employees tend to have job titles.       09:24:01

6        Q.    Okay.  And some employees were

7   responsible for determining which apps and partners

8   would continue to have access to friend data after

9   Graph AP one version 2 was implemented, right?

10       A.    There were people working on the platform  09:24:16

11  partnership team who were responsible for the

12  device integration partners and the integration

13  partners.

14       Q.    And the -- the knowledge that they

15  developed was communicated to people with            09:24:28

16  management level authority; isn't that right?

17            MR. BLUME:  Objection.  Form.

18            THE DEPONENT:  There are emails with

19  conversations on about what was going to happen and

20  what could happen.  And there were various levels     09:24:44

21  of management on these email threads.

22       Q.    (By Mr. Loeser)  And we talked about some

23  of those people.  Eddie O'Neil, for example.  KP,

24  for example.

25            Those were people who were aware of which   09:24:56

                                              Page 463

```
 1    apps and partners would continue to have access to        09:24:58

 2    deprecated permissions after Graph API one -- API

 3    version 2 was implemented, right?

 4         A.   The integration -- so they were aware of

 5    the integration partners.  And --                         09:25:13

 6              SPECIAL MASTER GARRIE:  The answer is

 7    yes.  We looked at the emails.  You can just answer

 8    the question asked.  We all looked at the emails.

 9              THE DEPONENT:  Yes, we looked at emails.

10              SPECIAL MASTER GARRIE:  So they knew --         09:25:23

11         Q.   (By Mr. Loeser)  And we looked at an

12    email --

13              SPECIAL MASTER GARRIE:  -- right?

14              Keep going, Counsel.

15         Q.   (By Mr. Loeser)  We looked at an email as       09:25:30

16    well in which Eddie O'Neil communicated with

17    Mark Zuckerberg directly on this topic; is that

18    right?

19         A.   We looked at an email that Eddie sent to

20    Mark which talked about the changes.  But that           09:25:39

21    email didn't contain anything about apps that would

22    continue to have access.

23         Q.   It refers to the privatization of APIs,

24    right?

25         A.   That email does use the term                   09:25:53
```

Page 464

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | "privatization." | 09:25:55 |
| 2 | Q.   And that was a term used to describe | |
| 3 | certain partners that would continue to have access | |
| 4 | to information that was otherwise deprecated on the | |
| 5 | new platform, right? | 09:26:05 |
| 6 | A.   Privatization could be used to suggest an | |
| 7 | API that was no longer available to public | |
| 8 | developers. | |
| 9 | Q.   So Mr. Cross, in light of all of the | |
| 10 | materials we went through that show discussion of | 09:26:19 |
| 11 | which partners would continue to have access to | |
| 12 | friends data after the implementation of Graph API | |
| 13 | version 2, it is true, is it not, that Facebook | |
| 14 | knew that certain apps and partners would continue | |
| 15 | to have access to friend data after the | 09:26:35 |
| 16 | implementation of Graph API version 2, correct? | |
| 17 | MR. BLUME:  Objection.  Form. | |
| 18 | THE DEPONENT:  There were people at | |
| 19 | Facebook who knew that there would be apps that | |
| 20 | continued to have access -- to some apps that had | 09:26:53 |
| 21 | continued access to some information about friends | |
| 22 | after the public surface area apps had been | |
| 23 | migrated to API version 2. | |
| 24 | Q.   (By Mr. Loeser)  And Facebook knew that | |
| 25 | some sensitive and strategic partners would be | 09:27:09 |

Page 465

CONFIDENTIAL

```
 1    given continued access to user friend information      09:27:12

 2    after Graph API -- after Graph API version 2 was

 3    implemented, correct?

 4              MR. BLUME:  Objection.  Form and scope.

 5              THE DEPONENT:  There were a number of         09:27:24

 6    integration partners and device integrations, and

 7    they were going to continue to have access to

 8    friend information in order to build Facebook

 9    replacement clients and other experiences after API

10    version 2 had been adopted by the public developer    09:27:44

11    platform.

12        Q.   (By Mr. Loeser)  And Facebook knew that

13    at the time that Mr. Zuckerberg made his comments

14    about the deprecation of friend permissions at the

15    April 30th, 2014, F8, right?                           09:27:59

16              THE DEPONENT:  Sorry, Rob.  Did you say

17    something?

18              MR. BLUME:  Objection to form.

19              THE DEPONENT:  In April 2014, there were

20    no plans to deprecate the device integration or       09:28:14

21    integration partners that were already in

22    existence.

23        Q.   (By Mr. Loeser)  And Facebook knew that

24    at the time Mr. Zuckerberg made his statements,

25    correct?                                               09:28:26
```

Page 466

CONFIDENTIAL

```
 1        A.   The people in the platform partnerships     09:28:27

 2   team did not have plans to deprecate the

 3   integration partners or partner inte- -- or device

 4   integrations that already existed.

 5        Q.   And they knew that at the time          09:28:38

 6   Mr. Zuckerberg made his public statements on

 7   April 30th, 2014, correct?

 8        A.   So in -- when the announcements were made

 9   in 2014, the partnerships team had no plans to

10   deprecate, as I'm aware, the device integration or    09:28:55

11   integration partnerships that existed to date.

12        Q.   And Mr. Cross, you are avoiding answering

13   my question about knowledge.  And I am asking you

14   the same question about knowledge because you're

15   not answering it.                                     09:29:07

16        And I would like you answer the question

17   about what Facebook knew at the time Mr. Zuckerberg

18   made those statements.  And we went through a few

19   minutes of explaining what I meant by what Facebook

20   knew, so there's no confusion about that now.  So     09:29:17

21   if you could please answer my question.

22        Facebook knew that app developers and

23   partners, who were considered sensitive and

24   strategic partners, would be given continued access

25   to user friend data after Graph API version 2 was     09:29:31
```

Page 467

CONFIDENTIAL

```
 1   implemented, correct?                              09:29:36

 2           MR. BLUME:  Objection.  Form and scope.

 3           SPECIAL MASTER GARRIE:  Answer the

 4   question.

 5           Sorry.  Go ahead, Counsel Blume.           09:29:39

 6           MR. BLUME:  I'm sorry.  Objection to form

 7   and scope to that question.

 8           SPECIAL MASTER GARRIE:  Noted for the

 9   record.  Overruled.

10           Answer the question.                       09:29:47

11           THE DEPONENT:  There were partners --

12           SPECIAL MASTER GARRIE:  "No," or

13   "Correct," or "I don't know."  Those are your

14   choices.  Or "I cannot answer the question as

15   asked."  However you want to say it, those are your  09:30:00

16   choices.

17           THE DEPONENT:  I cannot answer the

18   question as asked because of the -- the definition

19   used in it around sensitive and strategic, which is

20   not established or defined.                         09:30:14

21           SPECIAL MASTER GARRIE:  Okay.  Fair

22   enough.

23           There you go, Counselor.

24       Q.  (By Mr. Loeser)  And Facebook knew, at

25   the time Mr. Zuckerberg made -- gave his keynote    09:30:27
```

Page 468

1    address at the April 30th, 2014, F8, that app          09:30:32

2    developers and partners with private APIs would be

3    given continued access to user friend data after

4    Graph API version 2 was implemented, correct?

5        A.   Can you ask the top of that question          09:30:49

6    again.  It was quite a long one.

7        Q.   Mr. Cross, Facebook knew that app

8    developers and partners with private APIs would be

9    given continued access to friend user data after

10   Graph API version 2 was implemented, correct?          09:31:05

11            MR. BLUME:  Objection.  Form.

12            THE DEPONENT:  Facebook knew that there

13   were integration partners and device integrations

14   that would continue to have access to friends

15   information after the public API surface area had      09:31:20

16   been migrated to version 2.

17       Q.   (By Mr. Loeser)  Mr. Zuckerberg said

18   "we're going to make it so that now everyone has to

19   choose to share their own data with an app

20   themselves" right?                                     09:31:34

21       A.   You're reading from his transcript.  That

22   seems to be what he said.

23       Q.   And I'm -- I'm going to try and ask this

24   question really clearly so you can answer very

25   clearly.  And this is a question for you that I        09:31:47

                                                        Page 469

CONFIDENTIAL

```
 1    would like you to explain to the jury.  Okay.         09:31:50

 2           Considering all the apps and partners

 3    that would continue to have access to user friend

 4    data after Graph API version 2 was implemented,

 5    Facebook knew that Mr. Zuckerberg's statement that    09:32:03

 6    "we're going to make it so that now everyone has to

 7    choose to share their own data with an app

 8    themselves" was an untrue statement, correct?

 9           MR. BLUME:  Objection to scope.  Form.

10    Asked and answered.                                   09:32:18

11           THE DEPONENT:  I -- I -- Mark is talking

12    about the public surface area of the platform, and

13    over time this statement that he made about that

14    became true.  The friend permissions were

15    deprecated for all apps, for all people, in          09:32:37

16    March 2018.

17       Q.  (By Mr. Loeser)  And Mr. Zuckerberg did

18    not say in his statement that over the course of

19    several years we're going to make it so that

20    everyone has to choose to share their own data with   09:32:54

21    an app themselves, right?

22           MR. BLUME:  Objection.  Form.

23           THE DEPONENT:  We've looked at the

24    transcript of what Mark said.

25       Q.  (By Mr. Loeser)  And he didn't say that,       09:33:04
```

Page 470

```
 1    did he?                                          09:33:06

 2          MR. BLUME:  Objection.  Form.

 3          THE DEPONENT:  He didn't say the words

 4    that you just said.

 5          MR. LOESER:  We're going to go to a new    09:33:11

 6    exhibit.

 7          MR. BLUME:  Is this a good time for a

 8    break, Derek?

 9          MR. LOESER:  You know, if we could

10    just -- if it's okay, I wouldn't mind powering   09:33:58

11    through, if it's okay with Mr. Cross, because I

12    don't have a lot of time on -- on my end.  And I'd

13    like to try and cover as much as we can this

14    evening.  But really, it's up to Mr. Cross, if he

15    needs a couple minutes.                          09:34:09

16          THE DEPONENT:  Can I take a three-minute

17    quick bio break?

18          MR. LOESER:  Sure.  No problem.  Make it

19    five.

20          THE DEPONENT:  Thank you.                  09:34:17

21          MR. LOESER:  Yeah.

22          THE VIDEOGRAPHER:  Okay.  We're off the

23    record.  It's 9:34 p.m.

24          (Recess taken.)

25          THE VIDEOGRAPHER:  We're back on the       09:34:22
```

Page 471

```
1    record.  It's 9:47 p.m.                        09:47:24

2           MR. LOESER:  Before we took a break,

3    Mr. Cross, I believe we introduced the next

4    exhibit, which we'll put up on the screen.

5           (Exhibit 343 was marked for            09:47:36

6    identification by the court reporter and is

7    attached hereto.)

8           MR. LOESER:  And this is an email string,

9    a fairly long one.  The top email is from

10   Steven Elia, dated 3/24/2016.  "Subject: Re:    09:47:48

11   Changing App Settings // Friend Permissions."

12      Q.  (By Mr. Loeser)  Do you see that?

13      A.  I do.

14          Can I -- can I make sure I've got my -- a

15   copy here so I can -- I have it.  Okay.  I have it.  09:48:09

16      Q.  And -- and there's a number of

17   recipients --

18      A.  Sorry.  I -- I don't -- 343.

19          My 343 is a -- is the keynote video from

20   Mark.                                           09:48:22

21      Q.  So let's see what number this is.  This

22   would be the next exhibit after --

23      A.  I just want to make sure --

24          343.  Okay.  Yeah, I have it.  I have it.

25      Q.  Okay.  And so we're looking at the -- the  09:48:37
```

Page 472

| | | |
|---|---|---|
| 1 | "To" line and there's -- it's from Steven Elia. | 09:48:39 |
| 2 | Who is Steven Elia? | |
| 3 | A.    Steven Elia is an engineering manager on | |
| 4 | the Facebook platform team. | |
| 5 | Q.    Okay.  And one of the recipients -- | 09:48:50 |
| 6 | there's some names on here like Eddie O'Neil and KP | |
| 7 | that were -- that we've already talked about. | |
| 8 | There's another person on here, Johanna Peace. | |
| 9 | Do you know who she is? | |
| 10 | A.    Johanna Peace was somebody who worked in | 09:49:02 |
| 11 | the communications department. | |
| 12 | Q.    And so if we go to the end of this | |
| 13 | string, it is an email from Johanna Peace to | |
| 14 | Eddie O'Neil, Monica Tsang, Amee Kamdar, | |
| 15 | Jonathan Coleman, Steve Elia and Shirine Sajjadi, | 09:49:16 |
| 16 | dated March 24th, 2016. | |
| 17 | Do you see that? | |
| 18 | A.    That's right. | |
| 19 | Q.    And Ms. Peace says, at the beginning of | |
| 20 | her email, "Hi all, You may have seen this article | 09:49:33 |
| 21 | in US Today which takes a pretty negative stance | |
| 22 | toward Login, partly based on a wrong assumption | |
| 23 | from looking at App Settings that friends can share | |
| 24 | all your info with apps." | |
| 25 | Do you see that? | 09:49:47 |

Page 473

| | | |
|---|---|---|
| 1 | A.  I see that. | 09:49:48 |
| 2 | Q.  And at the time was it, in fact, | |
| 3 | incorrect that friends could share all your info | |
| 4 | with apps? | |
| 5 | MR. BLUME:  Objection.  Form. | 09:49:59 |
| 6 | THE DEPONENT:  Sorry.  Was it incorrect | |
| 7 | that friends -- like -- I just want to get that | |
| 8 | double negative right. | |
| 9 | Q.  (By Mr. Loeser)  Well, let me -- let me | |
| 10 | clean that up. | 09:50:11 |
| 11 | So as we've spent a lot of time talking | |
| 12 | about, there were a number of apps and partners | |
| 13 | that were whitelisted and continued to have access | |
| 14 | to friend data as of March 24th, 2016; is that | |
| 15 | right? | 09:50:23 |
| 16 | A.  There were apps that still had access | |
| 17 | to -- to friend permissions and some friend | |
| 18 | information in 2016, yes. | |
| 19 | Q.  Okay.  So -- so at the time that this was | |
| 20 | written, there were -- friends could share all of | 09:50:39 |
| 21 | their friends info with some apps, right? | |
| 22 | A.  There were some apps that still had | |
| 23 | access to the friend permissions and APIs that | |
| 24 | allowed the apps to access some friend information. | |
| 25 | Q.  Okay.  And then in the second paragraph | 09:50:57 |

Page 474

```
 1    of her email, she writes "Matt (copied) has been          09:51:00

 2    working to push back against US Today's negative

 3    claims and we've been emphasizing that friends

 4    cannot actually share all your info with apps, but

 5    the editors are having a hard time believing us,        09:51:13

 6    since they noticed that App Settings appear to

 7    contradict this."

 8            Do you see that?

 9       A.   I see that.

10       Q.   And she then writes "Given that this has       09:51:28

11    been a persistent issue confusing press and people,

12    I wanted to raise a few questions."

13            Do you see that?

14       A.   I see that.

15       Q.   And in her second paragraph below that        09:51:38

16    she writes, "In the meantime, Matt and I are

17    looking for a way to explain to USAT why the App

18    Settings appear this way, so I wanted to see what"

19    the "group is comfortable saying."

20            And I want you to look at and could you        09:51:54

21    read the next sentence that she writes.

22       A.   She says "I know we have not been

23    publicly forthcoming that we have whitelisted

24    certain apps."

25       Q.   And so at the time was it true that           09:52:06
```

Page 475

```
 1    Facebook had not been publicly forthcoming with the      09:52:08

 2    fact that it had whitelisted certain apps?

 3               MR. BLUME:  Objection.  Form and scope.

 4               THE DEPONENT:  It -- I can't answer -- I

 5    can't answer what Facebook -- all of Facebook's         09:52:22

 6    statements were about that.  It's hard for me to

 7    answer that question.

 8               But at the time there were still

 9    applications that -- that had access to some friend

10    information.                                            09:52:36

11       Q.   (By Mr. Loeser)  And that hadn't been

12    communicated publicly; is that right?

13               MR. BLUME:  Objection.  Form.  Scope.

14               THE DEPONENT:  I don't -- I -- I don't

15    know if there had been -- if there had been            09:52:45

16    communications about that or -- or not.

17       Q.   (By Mr. Loeser)  And then she writes "But

18    could we say something like:  'Only a few apps have

19    access to this information, for example, to provide

20    a Facebook experience on platforms where there is      09:52:57

21    no Facebook app.'  I believe that's one of a few

22    reasons apps are whitelisted, but can this group

23    let me know thoughts / additional context?"

24               Do you see that?

25       A.   I do see that.                                 09:53:11
```

Page 476

1          Q.    And if we move up the string to an email      09:53:12

2     from Reagan Williams to Eddie O'Neil and

3     Johanna Peace, among others -- Johanna Peace -- she

4     writes on March 24th, 2016, "I found there are

5     approx 80 apps still accessing v1.0 of the API,      09:53:40

6     with the largest bulk of them being from phone

7     manufacturers & Apple, both of which we are under

8     contract to continue supporting.  Outside of these

9     apps, nobody appears to have accessed v1.0 friends

10    data edges in the last 30 days."      09:53:52

11          Do you see that?

12          A.    I do see that.

13          Q.    And then she also writes "However, I did

14    uncover a few apps that were not part of our

15    original Capability whitelists, but still      09:54:01

16    maintained access to v1.0 (such as: Socialist), but

17    I've confirmed" that "these apps are only accessing

18    Page feeds and not friends data."

19          Do you see that?

20          A.    I see that.      09:54:16

21          Q.    And page feeds did communicate some

22    friends data; isn't that right?

23          MR. BLUME:  Objection.  Form.

24          THE DEPONENT:  Page feeds allowed apps to

25    access the information about posts on a page, which      09:54:28

Page 477

| | | |
|---|---|---|
| 1 | may have included the people who commented or liked | 09:54:33 |
| 2 | the posts on that page. | |
| 3 | Q.  (By Mr. Loeser)  Okay.  And then if we | |
| 4 | move up the string a bit, Johanna Peace says, on | |
| 5 | March 24, 2016, in her email to Steven Elia, | 09:54:42 |
| 6 | Reagan Williams, Eddie O'Neil and others, "Thanks | |
| 7 | both.  So given these findings, does the response I | |
| 8 | shared below in #2 seem true/fair to share with a | |
| 9 | reporter?  'Only a few apps have access to this | |
| 10 | information, for example, to provide a Facebook | 09:55:00 |
| 11 | experience on platforms where there is no Facebook | |
| 12 | app.'" | |
| 13 | Do you see that? | |
| 14 | A.  I see that. | |
| 15 | Q.  And then if you move up the string above | 09:55:11 |
| 16 | that, KP says, on March 24th, 2016 -- why don't you | |
| 17 | read what -- what KP said. | |
| 18 | A.  So what's there is, "In the spirit of | |
| 19 | fairness," I would not say anything around the | |
| 20 | lines that 'only a few apps have access to this | 09:55:34 |
| 21 | information.'  Instead I would suggest that this | |
| 22 | option under the App Settings is an artifact of | |
| 23 | what used to be true and enforce our messaging that | |
| 24 | apps can no longer access friend_*permissions." | |
| 25 | Q.  Now, this statement -- this messaging | 09:55:49 |

Page 478

1    that apps can no longer access friend_*permissions,          09:55:53

2    that wasn't actually true at the time that he wrote

3    that, right?

4              MR. BLUME:  Objection.  Form.  And scope.

5              THE DEPONENT:  In 2016, there were some             09:56:06

6    apps that still had access to -- to friends

7    information and friend permissions.

8         Q.   (By Mr. Loeser)  Okay.  So this

9    statement, no apps can no longer access friend

10   permissions, is not a true statement, is it -- or          09:56:20

11   let me put it a different way.

12             This statements, no acts -- no -- this

13   statement that apps can no longer access friend

14   permissions is not an accurate statement; is that

15   right?                                                       09:56:31

16             MR. BLUME:  Objection.  Form.  Scope.

17             THE DEPONENT:  In 2016, there were apps

18   that still had access to some friend permissions

19   and information.

20        Q.   (By Mr. Loeser)  Mr. Cross, I -- I'm             09:56:43

21   hoping to avoid a long time getting a yes or no to

22   a yes-or-no question here.

23             So if -- if we could read the question

24   back, and if you could answer the question yes or

25   no, I'd appreciate it.                                       09:56:54

Page 479

CONFIDENTIAL

```
 1              SPECIAL MASTER GARRIE:  Instructing the      09:57:00

 2     witness to answer the question yes or no.

 3              THE DEPONENT:  Can you read the question

 4     back for me, please.

 5              (Record read as follows:                     09:57:12

 6              "QUESTION: this statements, no

 7              acts -- no -- this statement that

 8              apps can no longer access friend

 9              permissions is not an accurate

10              statement; is that right?")                  09:57:12

11              THE DEPONENT:  Where -- where is the

12     statement -- where is the statement that -- sorry.

13              MR. LOESER:  And I'm sorry, Rebecca, let

14     me -- I -- it's been a long day and I'm sure it's

15     no fun to try and recreate my speaking as quickly     09:57:38

16     as I am.

17              So let me ask the question again.  And

18     Mr. Cross, if you could please answer it yes or

19     not, I'd appreciate it.

20     Q.   (By Mr. Loeser)  The question is, the            09:57:47

21     statement in the email from KP on March 24th, 2016,

22     that apps can no longer access friend permissions

23     is not an accurate statement, is it?

24              MR. BLUME:  Objection.  Form.  Scope.

25              SPECIAL MASTER GARRIE:  Yes or no.           09:58:08
```

Page 480

```
 1           THE DEPONENT:  There were some apps that        09:58:17

 2   could access --

 3           SPECIAL MASTER GARRIE:  I'm instructing

 4   the witness to answer the question yes or no.

 5           MR. BLUME:  Mr. Garrie, if there's no yes       09:58:26

 6   or no, can he answer that way as well?

 7           SPECIAL MASTER GARRIE:  If he -- if he's

 8   not able to answer the question, he can say "I'm

 9   not able to answer the question" certainly.  But

10   either "Yes," "No," or "I can't answer the            09:58:34

11   question."

12           Any time you can't answer a question, say

13   "I can't answer."  But he's asking you yes or no,

14   so -- or you can't answer.

15           THE DEPONENT:  It -- it doesn't make --        09:59:00

16   it doesn't make a statement here about like all

17   apps or any apps or some apps.  It just says apps.

18   And at this point, you know, the vast majority of

19   apps could no longer access friend permissions.

20           So it doesn't -- it doesn't -- the            09:59:14

21   statement isn't qualified enough for me to give a

22   yes-or-no answer.

23           SPECIAL MASTER GARRIE:  Okay.

24       Q.  (By Mr. Loeser)  Mr. Cross -- sorry,

25   Special Master Garrie.                                09:59:25
```

Page 481

```
 1                SPECIAL MASTER GARRIE:  No.  Go ahead,        09:59:27

 2    Counsel.

 3        Q.   (By Mr. Loeser)  On March 14th, 2016, it

 4    was not true that apps can no longer access friend

 5    permissions, right?                                      09:59:38

 6                MR. BLUME:  Asked and answered.  Scope.

 7    And form.

 8                THE DEPONENT:  There were some apps in

 9    2016 that could still access friend permissions.

10        Q.   (By Mr. Loeser)  And that is not what KP       10:00:01

11    was indicating Ms. Peace should report to

12    USA Today; is that right?

13                MR. BLUME:  Objection.  Form.  Scope.

14                THE DEPONENT:  I can't -- I can't confirm

15    what KP's statement of intent was here.  This is       10:00:16

16    him writing not the -- this is him writing.

17        Q.   (By Mr. Loeser)  So Mr. Cross, he's

18    responding to an email in which Ms. Peace is asking

19    if she should say only a few apps have access to

20    this information, is he not?                            10:00:35

21                MR. BLUME:  Objection.  Form.  Scope.

22    Argumentative.

23                THE DEPONENT:  He's certainly replying to

24    an email from Johanna.

25        Q.   (By Mr. Loeser)  Okay.  And does he not        10:00:47
```

Page 482

```
 1    say "In the spirit of fairness I would not         10:00:48

 2    say anything around the lines that 'only a few apps

 3    have access to this information'"?

 4         A.   That's what's on the page.

 5         Q.   And does he not say that he would        10:00:59

 6    "suggest that this option under the App Settings is

 7    an artifact of what used to be true and enforce our

 8    messaging that apps can no longer access

 9    friend_*permissions"?

10         A.   Again, those words are written on the    10:01:14

11    page.

12              MR. LOESER:  We can go to the next

13    exhibit.  And I think this will be the last thing

14    that we do today to abide by your request that we

15    stop at the -- the late hour that it is now for     10:01:34

16    you.

17              THE DEPONENT:  I'd appreciate that.

18    Thank you.

19              (Exhibit 344 was marked for

20    identification by the court reporter and is         10:01:38

21    attached hereto.)

22              MR. LOESER:  So this as -- okay.  This

23    will be marked Exhibit 344.

24         Q.   (By Mr. Loeser)  And Mr. Cross, I'm

25    showing you what's been marked as Exhibit 344.  And 10:02:21
```

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | it's quite a long email string and -- and not to | 10:02:23 |
| 2 | worry because I don't have questions about the | |
| 3 | whole thing. | |
| 4 | I will note for the record that a number | |
| 5 | of the pages are -- nothing can be read because of | 10:02:29 |
| 6 | the redactions that are on the pages. | |
| 7 | And -- but if we go to the top email in | |
| 8 | the thread, it's an email from Johanna Peace | |
| 9 | to Joshua Smith, yourself, and Eddie O'Neil. | |
| 10 | Do you see that? | 10:02:51 |
| 11 | A.   I see that. | |
| 12 | Q.   And the date on the email is | |
| 13 | September 11, 2015, and the subject is "Re: | |
| 14 | [a/c priv] Re: WSJ story on API migration." | |
| 15 | Do you see that? | 10:03:14 |
| 16 | A.   I see that. | |
| 17 | Q.   And is there a lawyer among the -- to | |
| 18 | your knowledge, or any of the persons from or to | |
| 19 | whom this email sent, a lawyer? | |
| 20 | THE DEPONENT:  Sorry.  Say that -- say | 10:03:35 |
| 21 | that again, Rob.  You're -- | |
| 22 | MR. BLUME:  Sorry.  Objection.  Scope. | |
| 23 | Q.   (By Mr. Loeser)  Yeah.  The recipients | |
| 24 | are Joshua Smith. | |
| 25 | Do you know who he is? | 10:03:42 |

Page 484

```
 1          A.    He is a lawyer at Facebook, as I          10:03:45

 2   understand it.

 3          Q.    Okay.  And that -- that's helpful.

 4                If we go to page 7 of this lengthy

 5   string, to the page where -- the Bates             10:03:57

 6   FB-CA-MDL-01169161.

 7                At the bottom of the page, there's an

 8   email from Johanna Peace to you and to Mr. O'Neil,

 9   "Re: WSJ story on API migration."

10                Do you see that?                         10:04:23

11          A.    I see that.

12          Q.    And that's September 11th, 2015, when

13   Ms. Peace sent that email?

14          A.    It looks to be that way, yeah.

15          Q.    And she writes "You rock, Simon!         10:04:31

16   Thanks."

17                Do you see that?

18          A.    I do.

19          Q.    And she states "Revised the information

20   below to reflect the corrections and clarifications  10:04:42

21   I'll make based on your feedback."

22                And then "Eddie - can you please give

23   this a once-over before I send?"

24                Do you see that?

25          A.    I see that.                              10:04:52
```

Veritext Legal Solutions
866 299-5127

```
 1         Q.   And so this appears to be information        10:04:54

 2    that -- that she was developing with regard to a

 3    Wall Street Journal story on API migration, right?

 4         A.   That's correct.

 5         Q.   And API migration is a reference to the      10:05:04

 6    changes to the APIs with the new platform?

 7         A.   That's correct.

 8         Q.   Okay.  And so in -- in her email, she

 9    presents the information that it appears that she

10    had prepared for the Wall Street Journal.            10:05:20

11         She states "Under API 2.0, app developers

12    can get the following info about a user who logs in

13    with their Facebook account.  Some caveats apply."

14         Do you see that?

15         A.   I do.                                        10:05:33

16         Q.   And she has a couple different

17    categories.  One is, "This is data that used to be

18    available by default and now can only be accessed

19    with Facebook's approval."

20         Do you see that?                                  10:05:45

21         A.   I see that.

22         Q.   And then she has a heading that says

23    "This data used to be available through Facebook's

24    API and is no longer available, period.  This

25    includes 30 different data points about your          10:05:56
```

Page 486

CONFIDENTIAL

```
 1    friends."                                          10:05:58

 2         A.   I see that.

 3         Q.   Now, if you look at the bolded text that

 4    I just read, at the time that statement -- at the

 5    time this email was sent on September 11th, 2015,   10:06:13

 6    was it true that this data used to be available

 7    through Facebook's APIs and is no longer available,

 8    period?

 9         A.   No, this information was still available

10    to some -- some whitelisted applications at the     10:06:27

11    time.

12         Q.   So if we go to page 10 in this string,

13    which is further back in time, there's an earlier

14    version of the information that Ms. Peace had put

15    together.  And this is dated September 11th, 2015,  10:06:50

16    but earlier in that day.  This is at 12:39, and the

17    other message we just went through was at 2:10.

18              We see that same heading towards the

19    bottom of the page --

20         A.   I'm sorry.  Could you give me the Bates   10:07:04

21    number of the page you're looking at?

22         Q.   Yeah.  Yeah.

23              FB-CA-MDL-01169164.

24         A.   Got it.  Thank you.

25         Q.   And you'll see the same bolded heading,   10:07:16
```

Veritext Legal Solutions
866 299-5127

```
 1   "This data used to be available through Facebook's      10:07:18

 2   API and is no longer available.  This includes 30

 3   different data points about your friends." [as

 4   read]

 5          And -- and there's a -- appears to be a          10:07:25

 6   comment and the initials for the comments are SC.

 7          Is that you?

 8   A.   I think that would have been me.

 9   Q.   Okay.  And you write "we may need to be

10   careful about the finality here.  There are still       10:07:37

11   apps on v1 (extended deprecation window) and we may

12   have apps under contract which retain access to

13   this information.  Don't know if we need to explain

14   that in this context."

15          Do you see that?                                 10:07:55

16   A.   I see that.

17   Q.   So that's consistent with the answer you

18   just gave about that bolded heading not being

19   accurate at the time, right?

20          MR. BLUME:  Objection.  Form.                    10:08:06

21          THE DEPONENT:  It's consistent with my

22   previous statement that at this time there were

23   still apps that had access to some friends

24   information via the API.

25   Q.   (By Mr. Loeser)  And you write "Don't           10:08:24
```

                                                          Page 488

```
 1    know if we need to explain that in this context."          10:08:24

 2            And it is true, is it not, that -- that

 3    that additional information that you indicate in

 4    that parenthetical was not communicated to the

 5    Wall Street Journal in connection with this story?         10:08:39

 6            MR. BLUME:  Objection.  Form.  And scope.

 7            THE DEPONENT:  I can't say for certain

 8    what information was shared with -- with the

 9    Wall Street Journal.

10        Q.   (By Mr. Loeser)  Now, in that same              10:09:05

11    comment from you, there is another comment from JP,

12    and that -- those are the initials of

13    Johanna Peace, right?

14        A.   That's correct.

15        Q.   And do you see that she says "Don't think        10:09:19

16    we need to go into that detail here; we can always

17    clarify if asked."

18            Do you see that?

19        A.   I see that.

20        Q.   And then you respond to that with another        10:09:27

21    comment, and it just says, "[SC: sgtm!]"

22            What does "sgtm" mean?

23        A.   It sounds good to me.

24            MR. LOESER:  I think we can conclude for

25    the day, Mr. Cross.                                        10:09:44
```

Page 489

CONFIDENTIAL

1          And, again, I do want to -- I do          10:09:45

2  appreciate the time you've spent.

3          And we can go off the record.

4          THE VIDEOGRAPHER:  Off the record.  It's

5  10:09 p.m.          10:09:53

6          (TIME NOTED:  10:09 p.m.)

7

8

9

10                 ---o0o---

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL

1        I, SIMON CROSS, do hereby declare under

2    penalty of perjury that I have read the foregoing

3    transcript; that I have made any corrections as

4    appear notes; that my testimony as contained

5    herein, as corrected, is true and correct.

6        Executed this _____ day of _____,

7    2022, at _____,_____.

8

9

10

11                    _____

                      SIMON CROSS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 491

CONFIDENTIAL

1      I, Rebecca L. Romano, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4      That the foregoing proceedings were taken

5  before me remotely at the time and place herein set

6  forth; that any deponents in the foregoing

7  proceedings, prior to testifying, were administered

8  an oath; that a record of the proceedings was made

9  by me using machine shorthand which was thereafter

10  transcribed under my direction; that the foregoing

11  transcript is true record of the testimony given.

12      Further, that if the foregoing pertains to the

13  original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [ ] was [X] was not requested.

16      I further certify I am neither financially

17  interested in the action nor a relative or employee

18  of any attorney or any party to this action.

19      IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated: May 17, 2022

23

24

      Rebecca L. Romano, RPR, CCR

25      CSR. No 12546

      Page 492

```
 1   DEREK W. LOESER, ESQ.

 2   dloeser@kellerrohrback.com

 3                                      May 17, 2022

 4   IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

 5   MAY 12, 2022, SIMON CROSS, VOLUME II, JOB NO. 5219195

 6   The above-referenced transcript has been

 7   completed by Veritext Legal Solutions and

 8   review of the transcript is being handled as follows:

 9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, noting the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25
```

CONFIDENTIAL

1    __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript – The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    _X_Federal R&S Not Requested – Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 494

CONFIDENTIAL

```
 1   IN RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

 2   SIMON CROSS, VOLUME II, JOB NO. 5219195

 3                    E R R A T A   S H E E T

 4   PAGE_____ LINE_____ CHANGE_____

 5   _____

 6   REASON_____

 7   PAGE_____ LINE_____ CHANGE_____

 8   _____

 9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____   _____

24   WITNESS                             Date

25

                                             Page 495
```

[& - 2019]

| & |
|---|
| **&** 208:14 209:19 211:5 212:5 213:5 295:22 313:25 317:19 319:11,21 322:21 399:7 416:24 417:3 418:5 477:7 493:23 494:9 |

| 0 |
|---|
| **000041190** 216:8 |
| **0000412003** 216:9 |
| **00200698** 333:4 |
| **00202269** 216:18 |
| **01169155** 217:6 |
| **01169161** 485:6 |
| **01169164** 487:23 |
| **01169173** 217:7 |
| **01462921** 216:23 216:24 |
| **02843** 208:4 209:4 |
| **02951293** 215:13 |
| **02951294** 215:14 |
| **02951295** 215:21 |
| **02978561** 216:13 |
| **02978566** 396:19 |
| **02978571** 216:14 |

| 1 |
|---|
| **1** 223:25 224:2,21 226:25 230:4,15 295:6,14 296:9 353:4 403:7 420:3 446:15 448:1 494:1 |
| **10** 487:12 |
| **100** 358:10 360:19 364:19 394:9 395:8 406:21 |
| **10:09** 490:5,6 |

**10th** 331:14 350:22 361:11 397:7
**11** 217:18 243:3 293:24 294:3 484:13
**11th** 347:10 485:12 487:5,15
**12** 208:16 209:18 217:20 219:1 294:23 295:19 409:25 493:5
**12/10/2013** 350:6
**12/5/13** 215:19 216:7 362:18 363:21
**1201** 210:11
**12546** 208:21 492:25
**12:39** 487:16
**12th** 211:9 219:6 397:21
**13** 217:22 331:5,8 379:25 380:2,8 382:1 383:22
**14** 217:24 330:19 410:22 416:10
**14th** 419:25 482:3
**15** 218:3 413:21
**16** 218:5
**1600** 211:10
**16th** 244:4
**17** 218:7 441:2 492:22 493:3
**18** 208:4 209:4
**18,067** 301:1
**1801** 212:9
**1881** 213:16
**19** 452:21
**1a** 351:2

| 2 |
|---|
| **2** 222:24 223:10 224:3,20,20 225:12,18 228:7 229:3,9 230:4 232:8 253:22 256:9 257:1,17 260:6,8 299:15 319:18,19 320:11 347:24 358:23 360:3 364:8 399:2 403:18 409:21 420:3 423:20 425:20 426:8,19 432:11,21 438:19 438:21 443:4,6,14 443:22 445:4 447:15 448:1 454:8,23 455:12 455:13,21 456:13 457:4,20 458:25 459:22 460:21 461:5 463:9 464:3 465:13,16,23 466:2,10 467:25 469:4,10,16 470:4 478:8 |
| **2.0** 486:11 |
| **20** 218:9 327:10,12 393:8 402:18,19 451:5 452:21 |
| **20-0466** 208:22 |
| **200** 402:20 |
| **2001** 213:8 |
| **2010** 236:5 |
| **2013** 244:4 260:24 284:18 294:5 316:20 327:6,24 330:19 331:14 337:18 347:10 350:22 359:19 |

361:11 362:23 382:1
**2013.xlsx.** 327:20
**2014** 216:11,16 246:1 255:13 329:13 348:2 394:4 396:9,15 397:7 402:21 409:14,22 410:3 410:25 413:23 419:25 420:1 426:13 433:23 436:10 438:14,15 438:23 441:5 445:20,22 446:16 449:5 457:16 459:3 466:15,19 467:7,9 469:1
**2015** 248:8 284:24 304:22 327:6 445:23 446:4,10 446:14,14,18 447:5,11,16 448:8 448:25 449:5 484:13 485:12 487:5,15
**2016** 446:4 449:11 449:12 473:16 474:14,18 477:4 478:5,16 479:5,17 480:21 482:3,9
**2017** 449:15,16,18 449:19
**2018** 241:25 242:5 438:13 443:18 449:22,25 450:5 450:21,25 451:11 452:3,4,20 453:15 453:19 470:16
**2019** 241:3 242:9 450:1,22 451:4,5

**[2019 - 7321]**

451:16,20 452:10
452:13,16
**2020** 241:4,12
451:8,17,20,25
452:16
**2021** 452:16
**2022** 208:16
209:18 219:1,6
445:18,19 452:16
491:7 492:22
493:3,5
**2025.520** 493:9,12
**206** 210:14
**208** 208:25
**2100** 213:9
**213** 214:10
**214** 213:11
**21st** 260:24
**221** 215:5
**22nd** 337:19
402:20
**23rd** 402:21
**24** 327:20 478:5
**243** 217:12
**244** 217:14
**24th** 327:24 396:9
396:15 409:14
410:3 473:16
474:14 477:4
478:16 480:21
**250** 274:25 276:23
276:25 277:3
**253-9706** 214:10
**256** 217:16
**25th** 337:18
**26** 404:1
**26,000** 404:3,22
405:16,18 417:3
**27** 216:16
**27th** 433:23

**2843** 208:3 209:3
**28th** 338:15
**29** 241:12
**293** 217:18
**294** 217:20
**298-5735** 212:12
**2:10** 487:17
**2:36** 209:18 219:2
219:5
**2nd** 244:1

### 3

**3** 237:24 238:18
268:6 276:21
280:25 285:4
294:19 320:12
334:19 340:14
347:7 351:9
403:23
**3.0** 244:1,12
245:18,23,24
247:3 253:19
295:22 343:23
351:17 356:9
359:13 361:2
409:18 435:20
**3.0.** 329:14
**3.0.docx.** 244:8
**3/24/2016** 472:10
**30** 208:12 290:23
477:10 486:25
488:2 494:1
**30,000** 303:9
**303** 212:12
**30k** 303:8
**30th** 246:1 248:8
284:24 304:22
329:13 348:2
409:22 426:13
436:10 438:13,14
438:23 441:5
443:18 457:16

466:15 467:7
469:1
**3161** 212:18
**3200** 210:12
**327** 218:9
**32nd** 214:8
**331** 217:22
**335** 235:18
**338** 215:11 349:23
350:1
**339** 215:16 361:13
**340** 216:4 363:10
363:11
**341** 216:11 393:23
393:24
**342** 216:16 433:16
433:19
**343** 216:20 472:5
472:18,19,24
**344** 217:4 483:19
483:23,25
**3491** 208:23
**350** 215:11
**361** 215:16
**363** 216:4
**393** 216:11
**3:31** 260:12
**3:46** 260:15
**3rd** 294:5

### 4

**4** 333:11
**40,000** 275:16,16
275:18
**40k** 274:22 275:12
275:15
**410** 217:24
**413** 218:3
**415** 211:12
**42,223** 315:25
**4200** 212:10

**433** 216:16
**440** 218:5
**441** 218:7
**445-4003** 211:12
**45** 417:3
**451-3993** 212:20
**472** 216:20
**483** 217:4
**495** 208:25

### 5

**5** 217:12 243:2,14
347:9
**5219195** 208:24
493:5 495:2
**54** 342:10,17,20
**555** 211:9 214:7
**5:13** 326:6
**5:36** 326:9
**5th** 214:7 362:23

### 6

**6** 208:12 217:14
244:18,25 245:7
245:15 290:23
403:7,15
**6,475,108** 302:3
**623-1900** 210:14
**639,342** 382:2
**65,996,118** 389:1
**650** 213:18
**67** 239:10
**698-3204** 213:11
**6th** 331:15

### 7

**7** 217:16 256:21
259:3,3 260:18
353:7 358:24
485:4
**70** 239:7
**7321** 492:24

**[75201 - actual]**

| | | | |
|---|---|---|---|
| **75201**  213:10 | 302:5 317:3 | 314:4 315:14 | 482:4,9,19 483:3,8 |
| **7:05**  393:17 | 321:19 329:4 | 317:20 318:11,16 | 488:12,23 |
| **7:39**  393:20 | 334:24 357:3 | 318:20 319:1,5,12 | **accessed**  317:9 |

**8**

| | | | |
|---|---|---|---|
| | 375:10 380:5 | 319:14,15 320:12 | 477:9 486:18 |
| **8**  358:24 | 381:8 391:9,24 | 320:21,25 321:6 | **accesses**  370:19 |
| **80**  477:5 | 392:3 401:12,25 | 321:16,17,18,20 | **accessing**  230:7,8 |
| **80202-2642** | 419:8,8 440:11 | 321:22 322:1 | 231:7 316:3 317:4 |
| 212:11 | 453:6 481:8,9 | 326:13 333:18 | 477:5,17 |
| **827**  208:22 | **absolutely**  393:5 | 343:8 345:4,7,15 | **account**  288:8 |
| **849-5206**  213:18 | **abundantly** | 345:19 346:10 | 289:4 290:1 291:4 |
| **8568**  402:14 | 282:21 | 347:2,6 358:25 | 291:14,21 380:6 |
| **8:37**  438:8 | **access**  222:22 | 366:8 369:7,23 | 392:10 486:13 |
| **8:50**  438:11 | 223:9,24 224:11 | 370:22 375:25 | **accurate**  247:1,8 |
| **8th**  338:16 347:8 | 224:13 227:15 | 400:5,15,21,24,25 | 390:3 396:13 |

**9**

| | | | |
|---|---|---|---|
| | 228:11,16 229:8 | 401:13 402:1,9 | 437:20,24 479:14 |
| **90**  307:22,23 308:5 | 229:10,25 230:9 | 406:17 408:8 | 480:9,23 488:19 |
| **90013**  214:9 | 230:14,21,22 | 414:14 418:22 | **accurately**  353:14 |
| **92612-4412** | 231:4,23,25 | 424:9 425:7 | 353:15 358:20 |
| 212:19 | 232:16,19,23 | 426:24 427:2,3,7 | 437:14 |
| **94304-1211** | 233:9 234:11 | 427:15 428:8 | **acknowledging** |
| 213:17 | 235:3 236:9,14,15 | 429:6,17,24 430:4 | 412:3 |
| **94607**  211:11 | 236:22 237:7,8,9 | 430:12,23 432:9 | **acronym**  364:20 |
| **949**  212:20 | 237:15,19 238:25 | 432:18 441:25 | **act**  246:17 249:12 |
| **98101**  210:13 | 239:1 241:4,13,19 | 443:6 447:19 | 250:6,17 |
| **9:34**  471:23 | 241:22 249:12 | 448:4,14 449:7,13 | **action**  492:17,18 |
| **9:47**  472:1 | 250:6,17 251:21 | 449:17,20 451:6 | **actions**  208:7 |
| **9th**  410:25 413:23 | 252:14 253:13,25 | 451:10 454:8,23 | 209:7 336:7 |
| 420:1 | 254:1 258:20,23 | 455:10,20 456:12 | **active**  373:7,16 |
| | 263:15,24 269:4 | 457:3,19 458:24 | 374:2,10,12 |

**a**

| | | | |
|---|---|---|---|
| | 272:16 275:16 | 459:21 460:20,24 | 388:16,21 389:1 |
| | 276:11,17 277:16 | 461:4 463:8 464:1 | 389:14,19,24 |
| **abide**  483:14 | 277:25 283:15 | 464:22 465:3,11 | 390:8 |
| **ability**  233:5 249:7 | 284:8 285:20 | 465:15,20,21 | **actively**  301:15 |
| 252:13 265:9,12 | 286:8,20 287:10 | 466:1,7 467:24 | 389:12 |
| 321:1 322:2 390:5 | 287:16 288:10 | 469:3,9,14 470:3 | **activity**  372:23 |
| 398:6 443:20 | 289:5 290:2 291:5 | 474:13,16,23,24 | 375:2,15 376:6,14 |
| 448:4,14 449:7 | 291:15,25 293:15 | 476:9,19 477:16 | 376:15,18,20 |
| **able**  222:22 | 295:10 303:24 | 477:25 478:9,20 | 377:3 392:19 |
| 226:10 230:22 | 305:16,16 306:4 | 478:24 479:1,6,9 | **acts**  479:12 480:7 |
| 235:8 249:12 | 308:9 309:19 | 479:13,18 480:8 | **actual**  329:25 |
| 250:6,17 273:21 | 310:13 313:11,11 | 480:22 481:2,19 | 403:14 |
| 292:25 301:4 | | | |

[actuality - answer]

**actuality** 360:1
**ad** 287:23
**adaniel** 210:17
**adavis** 211:13
**add** 256:23 306:1
342:11
**added** 230:9
231:18 255:6
274:13 329:19
330:7,13,19
**addition** 326:14
400:9 427:5
**additional** 221:14
222:14 237:22
273:8 278:16
307:18 329:19
333:10 346:18
427:10 429:24
476:23 489:3
**address** 263:6
440:5 441:5
455:18,23 457:15
469:1
**adds** 274:11
**adele** 210:8 219:17
243:12
**adieu** 220:7
**administered**
221:2 492:7
**administering**
220:10
**admit** 225:19
**admitted** 225:9
226:2,3,19,20
**admitting** 225:13
225:14
**adopted** 339:25
466:10
**ads** 369:11
**advance** 222:4
304:5,10 305:3

342:25 343:17,22
349:12 437:9
**advantages** 226:18
**advent** 402:10
**advertising** 375:11
383:15 384:1
391:8
**affirmative** 425:24
**affirmatively**
228:20
**afternoon** 221:7
**agenda** 364:8,10
364:21,23 366:9
**aggregate** 225:25
226:8
**aggregation**
226:24 227:9
**aggregator** 378:24
**aggregators** 368:3
378:18
**ago** 270:20 281:20
309:3 336:1 405:7
**agree** 220:9
228:25 253:8
293:5 419:8
428:22
**agreed** 266:19
**agreeing** 425:24
446:9
**agreement** 266:12
281:7
**agreements** 263:5
399:6,7 420:20
456:11 457:2,18
458:23 459:20
460:19,22
**ahead** 234:16
284:4 290:20,24
335:19 353:7
355:7 458:18,19
468:5 482:1

**aligned** 251:17
**allow** 223:8 232:7
240:12,12 256:2
268:22 269:4
270:2 274:5
318:16 333:10
342:11,18,23
395:22 406:17
411:23 418:22
451:24 455:20
**allowed** 248:8
253:2,3,13 258:19
258:22 275:16
318:20,21,24
320:17 340:3
392:18 460:23
474:24 477:24
**allowing** 232:15
293:6 329:3
**alternative** 435:11
**alternatives**
424:23
**alto** 213:17
**amazon** 383:22
388:2,7
**amee** 473:14
**american** 362:20
**amir** 327:15
**amount** 252:15
253:6 297:4 305:2
320:8 383:21
451:1 452:4,7
**amounts** 450:20
**analysis** 239:18,21
240:1,15,19 263:7
264:20 276:5
301:7 302:16,24
302:25 348:11,21
348:21,24,25
349:11,14 380:4
381:2

**analyst** 347:13
**analyze** 347:14
348:14
**analyzed** 239:18
349:4
**analyzing** 384:10
**angeles** 214:9
**anne** 211:6
**announced** 246:1
247:6 278:6
284:20 285:14
298:9 304:11,22
307:11 348:2
409:20 436:9
438:17,21 445:20
459:2
**announcement**
304:6 314:11
318:6 334:12
445:22
**announcements**
298:12 343:4
467:8
**announcing** 414:3
423:19
**annoyingly** 362:25
**answer** 228:12,21
229:13,13 240:10
240:12 251:14
254:11 261:8,14
261:19,24 268:8,9
269:17 270:9,17
270:20 272:23
273:19 278:25
279:2 280:4
284:13 286:23,24
289:19 290:5,6,15
291:19 292:23
293:1,18 296:22
301:8 316:11,12
316:15,17,19

**[answer - app]**

325:2 330:10,23
335:11 337:6
339:15 340:20
341:2,4 342:2
348:14,16 349:2
349:19 351:13
356:12 358:20
371:9 372:6
373:21 374:21
375:10 381:16
383:18,20 385:6,7
385:8 386:18,22
388:6 390:3,14,25
391:10,24 392:4,7
392:16 396:1
412:12,16 413:8
414:22 420:13
434:18,24 436:1
437:22 446:5,25
447:12,21 448:18
452:22,24 455:8
458:4 459:12,15
460:10 461:1,14
461:19,19 462:9
462:10 464:6,7
467:16,21 468:3
468:10,14,17
469:24 476:4,5,7
479:24 480:2,18
481:4,6,8,9,10,12
481:13,14,22
488:17
**answerable**
386:23 387:2
390:18 391:10
**answered**   223:13
228:19 311:5,7
312:11,13 352:11
371:8 385:1,2,5
415:6 447:24
456:16 457:7,12

458:8 461:13
470:10 482:6
**answering**   223:15
230:2 276:3
377:17 389:21
431:18 461:12
467:12,15
**answers**   257:14
420:23
**anymore**   276:16
373:2
**anyway**   300:17
**ap**   455:11 456:13
457:19 463:9
**api**   217:5 222:23
223:10 224:2,20
224:20 225:9,21
226:11,25 228:3,3
228:7 229:3,9
230:6,10,15 231:1
231:13 232:8
234:22 252:15
253:6,12 257:1,17
262:23 296:13
297:25 299:15
300:14,15 312:18
313:12,23 314:11
314:18 316:4,18
316:19 317:3,4
318:6 319:18,19
320:10,16,25
322:1 334:15
340:16,16 345:6,8
346:20 347:6,23
357:2 399:16
400:3,11 402:10
409:21 415:16,16
418:6 421:25
422:1 424:11
425:20 426:8,19
432:10,21,24

435:4 438:18,20
440:19 443:3,6,23
445:3,4 446:3,14
446:22 447:15
450:16,25 452:3
452:13 453:3,19
454:7,22 455:13
455:15,16,21
456:13 457:4
458:25 459:22
460:21 461:4
464:2,2 465:7,12
465:16,23 466:2,2
466:9 467:25
469:4,10,15 470:4
477:5 484:14
485:9 486:3,5,11
486:24 488:2,24
**api's**   400:4
**apis**   227:20,23,24
227:24 228:7,11
228:16 229:4,8,10
229:21,25 230:23
231:22 232:1,9,21
233:3,24 234:3,19
234:21 262:19
298:1,6,17 299:2,5
299:21 300:1,21
315:15 317:9
318:16,19,21
345:5 346:3,11
347:2 399:22
400:10,16,22
401:11,24 402:9
411:22 412:2,24
417:3 420:3
421:24 423:20
424:10 426:15,25
427:2,3,16 428:9
445:10 450:7,14
450:15,15,16,17

450:19,20 451:16
451:19,21 452:11
452:16,20 453:7,9
453:14,15,20,20
454:1 455:2
464:23 469:2,8
474:23 486:6
487:7
**apologies**   295:15
352:11 416:18
**apologize**   295:16
416:17
**app**   216:21 224:24
225:14 226:11,13
226:18 231:3
233:6 235:9 236:9
236:14,15,21,22
237:14,18 238:12
238:17,24,24
239:4,8 248:10
249:9,11,14,18,25
250:8,19 253:4,23
253:24 254:3,24
255:14 258:19
273:23,25 274:3,6
276:11 287:15
297:2 301:15
302:2 305:18
306:4,9 312:9,23
313:5,10,13,24
314:25 315:18,18
315:22 317:9,17
319:9,12 320:13
321:6,9 322:3,16
322:16 328:3,5,8,9
336:18 353:5
369:10 372:21
373:1 376:18
377:3 389:22
409:24 414:14
417:3 418:22

[app - april]

| | | | |
|---|---|---|---|
| 430:14,25 441:8,9 | **appli** 461:7 | 241:6,14,21,24 | 375:2,15 376:6 |
| 441:21,25 442:2,9 | **application** 225:20 | 248:8 249:14 | 378:5,13,18,22,25 |
| 442:12,19,24 | 226:1,3,20 231:17 | 251:22 252:18 | 380:6 389:10,12 |
| 443:6,8 444:6,24 | 237:3 238:6,14,23 | 253:13,13 257:20 | 389:15 390:8 |
| 445:8,25 446:12 | 252:4 253:3 | 259:10 274:22,24 | 391:16,22,25 |
| 446:20 447:6 | 254:25 258:22 | 275:1,3,8,12,15,16 | 392:18 402:9 |
| 448:8,24 454:8,9 | 271:19 273:23 | 276:24,25 277:3,5 | 404:3,4,17,19,23 |
| 454:23,24 455:5,7 | 302:13 328:23 | 281:25 282:2 | 404:23 405:16,18 |
| 455:9,11 456:10 | 389:24 443:21 | 285:19 286:15,19 | 405:22 406:15 |
| 457:1,17 458:22 | 446:15 | 287:9,15 293:14 | 407:8 408:6 409:6 |
| 459:19 460:18 | **applications** | 297:18 298:16 | 409:23 414:15 |
| 467:22 469:1,7,19 | 226:10 227:9 | 300:11,11,25 | 417:13 426:23 |
| 470:7,21 472:11 | 228:15 231:6 | 301:5 303:9,11,15 | 427:6,10,14 428:7 |
| 473:23 475:6,17 | 232:23 233:19,21 | 303:20,24 305:16 | 429:5,16 430:3 |
| 476:21 478:12,22 | 242:10 255:22 | 305:16 306:13,14 | 435:4 442:8 445:3 |
| 483:6 486:11 | 256:10 257:25 | 306:19 307:1,6,17 | 447:16 448:13 |
| **appear** 245:17 | 275:18 289:12 | 308:9,23 309:17 | 449:7,7,25 450:1,4 |
| 362:5 475:6,18 | 301:25 302:14 | 310:6,11,25 311:1 | 451:3,5,9,12,25 |
| 491:4 | 372:11 373:11 | 311:11,15 312:1,5 | 452:8 455:19,20 |
| **appearances** | 443:12,13 447:19 | 313:7,25 314:8 | 457:25 459:4 |
| 210:1 211:1 212:1 | 448:3 449:5,13,19 | 315:8,20,23 316:3 | 463:7 464:1,21 |
| 213:1 214:1 | 451:2 452:5 476:9 | 317:4,8,17,19 | 465:14,19,20,22 |
| **appearing** 210:2 | 487:10 | 318:10 319:11,13 | 470:2,15 473:24 |
| 211:2 212:2 213:2 | **applied** 320:3 | 319:24 320:3,4,12 | 474:4,12,16,21,22 |
| 214:2 493:18 | **apply** 486:13 | 320:16,17,21,21 | 474:24 475:4,24 |
| 494:7 | **appreciate** 410:17 | 320:22 321:16,17 | 476:2,18,22 477:5 |
| **appears** 267:4 | 459:12 460:6 | 321:18 322:13,18 | 477:9,14,17,24 |
| 269:2 275:23 | 479:25 480:19 | 329:3 330:4 | 478:9,20,24 479:1 |
| 281:14 312:25 | 483:17 490:2 | 333:10,12,13,17 | 479:6,9,13,17 |
| 314:12 350:15 | **appropriate** 247:7 | 334:17 335:1,21 | 480:8,22 481:1,17 |
| 352:25 353:16 | 351:18 405:10 | 335:25 336:10 | 481:17,17,17,19 |
| 360:15 378:3 | **approval** 486:19 | 338:9 339:2,12,17 | 482:4,8,19 483:2,8 |
| 381:4 382:11 | **approve** 333:12 | 339:25 340:3,8,24 | 488:11,12,23 |
| 477:9 486:1,9 | **approved** 256:10 | 342:13 343:7,14 | **april** 246:1 248:8 |
| 488:5 | 335:25 | 344:20 345:14 | 255:13 284:24 |
| **appendix** 312:14 | **approving** 335:20 | 353:6,8,18,24 | 304:22 329:13 |
| 312:16 | 335:21 336:10,13 | 355:8,14 356:7 | 348:2 409:22 |
| **appetite** 303:24 | **approx** 477:5 | 357:7 358:12 | 426:13 436:10 |
| **apple** 383:22 | **apps** 222:21 223:8 | 360:14,15,25 | 438:13,14,23 |
| 477:7 | 224:10 235:2 | 364:14 366:23,25 | 441:5 443:18 |
| | 236:9 237:6,8 | 367:2,10 368:6 | 457:16 466:15,19 |

**[april - aware]**

467:7 469:1
**archibong** 259:7
261:12 280:19
286:9 294:4 331:9
410:25 411:7
413:19 416:12
422:23 428:3
438:25
**area** 372:9 375:12
424:11,12 425:12
432:24 443:23
445:3 455:14
465:22 469:15
470:12
**argumentative**
482:22
**article** 473:20
**artifact** 478:22
483:7
**asap** 294:14
**aside** 244:16 362:7
363:8
**asked** 223:4,7
227:13,19 229:2
232:14 235:1
238:16 239:6,8
253:25 279:17
308:7 311:13,23
347:16,19 348:23
349:6 369:5,12
370:19,21 371:8
375:24 384:25
398:12 415:6
456:15 457:6,12
459:13,16 460:7
462:7 464:8
468:15,18 470:10
482:6 489:17
**asking** 228:25
265:17 271:12
272:12 292:22

316:14,21 326:11
346:25 354:25
360:23 370:25
387:23 398:19,24
399:19 402:3
460:9 461:15,25
462:19 467:13
481:13 482:18
**asks** 397:14
398:14
**assess** 265:24
282:5,24 360:5,12
360:23 384:19
**assessed** 385:21
386:19
**assessing** 388:9
**assessment** 268:1
281:8 358:24
367:19 378:1,4,10
378:17,22,23
379:4,13,24 380:7
380:21,22 385:17
385:19 386:5
416:25
**assigned** 463:3
**associate** 214:16
**associated** 364:2,2
381:9 389:11,23
425:4
**assume** 246:6
277:12,13 287:12
362:20 391:17
406:11 411:9
434:17
**assuming** 294:13
442:25
**assumption**
473:22
**attached** 245:21
274:24 275:14,21
278:17 350:3

361:10,15 363:13
394:1 413:17
433:18 435:3
472:7 483:21
**attachment** 244:7
244:16 259:10
327:19 350:7
361:17 411:10
413:23
**attempt** 341:6
348:18
**attempted** 317:7
317:10
**attempting** 263:20
264:3 265:24
278:6 283:23
288:19 359:25
429:21
**attorney** 212:17
213:7,15 219:14
220:13 492:18
**attorneys** 210:10
211:8 212:8
**audience** 309:25
310:2 414:6,10
456:23
**audit** 282:4 296:13
296:19 297:12,14
327:19 338:10
404:1,3,22
**august** 244:4
260:24 284:18
**auld** 211:5
**authenticating**
258:20,23
**authentication**
236:12 301:12
**author** 243:17
316:24 363:2
370:25 371:1
382:8 415:10

422:10,13
**authored** 416:19
419:22,24
**authoritative**
261:8,14,19,24
**authority** 463:16
**authorization**
236:10
**authorize** 238:14
**authorizing** 238:5
**available** 227:25
228:1,3,4 230:16
230:19,19 232:20
232:24 233:10,23
233:24 234:3,23
242:13 254:23
255:14 256:8
299:8 300:10
320:19 337:12
395:16 415:20
418:23 443:11
446:15 451:2
452:5,7 453:21
465:7 486:18,23
486:24 487:6,7,9
488:1,2
**avenue** 210:11
213:8
**average** 238:13
239:8,10 373:3,7
**avoid** 479:21
**avoiding** 467:12
**aware** 227:5
354:10 387:4
424:13 432:7,17
432:25 433:4,7,10
433:13 435:19,24
436:2 458:1,11,12
458:13 463:25
464:4 467:10

[awesome - blume]

**awesome** 350:12

**b**

**b** 208:12 212:16
255:11 259:2
260:14 261:1
280:24 289:18
290:19 309:11
326:8 330:19,21
340:11 342:2
347:7,10 349:2
363:22 366:9
375:2,16,20 376:6
376:14,18 378:12
392:19 393:19
396:4 401:18,20
410:15 416:10,21
426:1 432:14
438:4,10 443:25
444:15 448:19
454:15 459:15
471:25 475:2
479:24 480:4
487:13

**backward** 266:12
365:25 399:7
422:6

**backwards** 266:18
420:21 421:12

**bad** 371:23,25
372:2

**badoo** 319:22

**balance** 257:15

**bang** 260:2,2

**bar** 404:10,24
406:7,9,13 407:16

**based** 226:23
239:19 249:22

269:2 275:22
281:6 282:7 283:1
283:13 288:5,23
328:3,5,8 333:15
350:15 351:7
353:16 378:3
382:10 385:21
389:24 398:12
411:18 412:16
413:12 473:22
485:21

**basis** 233:21
314:21 315:1,15
315:19 322:11,16

**bates** 333:3 396:19
396:21 402:13,13
416:7 485:5
487:20

**beginning** 219:13
262:3 263:2 274:8
281:4 350:21
398:11 403:5
410:4 473:19

**behalf** 209:16
219:20 240:13
270:18 271:24
279:5,25 284:13
286:25 293:19
323:7,8 351:13
356:12,16 358:21
370:11 372:7
436:1 461:25

**behavior** 248:17
443:23

**belabor** 228:17

**belief** 415:25

**believe** 219:22
240:4 241:18
297:6 364:9 412:1
472:3 476:21

**believed** 277:23
420:1

**believing** 475:5

**belongs** 249:8

**beneficial** 375:7

**benefit** 246:24
247:17

**benefits** 293:6
375:1

**best** 238:21 264:3
267:21,23 292:8
339:4,4

**better** 258:12
292:25 309:7

**beyond** 254:19
294:12 348:6
373:17,18 374:23
375:8 381:11,14
389:4 392:13
407:10 412:10
415:7

**bfalaw.com**
211:13,14

**big** 369:7,14,18
370:13 421:6
431:9,20

**bigger** 396:23
436:23

**binder** 243:3

**binding** 220:11

**bing** 314:19 315:3
315:13 322:10
383:22 391:17

**bio** 393:4 471:17

**birthday** 436:19
436:24

**birthdays** 319:22

**bit** 234:18 252:24
261:3 272:5
276:20 308:7
338:20 349:18

354:17 358:23
399:1 417:7 419:8
436:23 454:17
478:4

**bleichmar** 211:5

**blog** 242:8

**blowing** 243:9

**blume** 212:6
219:19,19 220:15
222:11,12 227:2
229:11 240:8
244:19 245:3
247:24 248:4
251:2,4,12 253:9
254:9,19 255:7
257:23 258:6,10
295:13 331:1
335:3 337:9
339:13 340:1
341:5 342:4
344:13,16 345:21
346:4 348:6,17
351:11 352:8,20
354:4,15 355:16
356:10 358:14
359:5 360:7 361:3
367:13 369:16
370:1,7,15,23
371:5,7,21 372:5
372:19 373:5,17
374:3,20 375:8
376:2,10,23
377:20 378:7
379:7 380:9,24
381:11 382:6,16
382:18,20,23
383:13,24 384:7
384:25 385:6,8
386:2,11,25
387:15 388:4,18
389:4 390:10

[blume - capabilities]

391:2,23 392:13
393:1 395:24
398:4,21 399:24
401:2,14,20 402:6
405:24 406:20
407:10 408:9,20
410:18 411:12
412:10 414:8,19
415:3,4,6,21 416:6
419:1,15,18 420:5
420:11,22 422:17
423:6,24 424:18
425:2,9,21 426:10
426:18 427:17
428:10,19 429:1,7
429:19 430:6,17
430:20 431:2,12
432:22 433:5,11
434:15 435:21
436:17,22 437:2
437:10,15,25
439:24 442:13
444:8 445:1 446:1
446:7,13,21
447:14,23 448:10
449:2 450:10
451:18 452:1,18
453:1 454:4,11
455:1,24 456:5,15
457:6,11,21,24
458:6 459:1,23
461:6,9 463:17
465:17 466:4,18
468:2,5,6 469:11
470:9,22 471:2,7
474:5 476:3,13
477:23 479:4,16
480:24 481:5
482:6,13,21
484:22 488:20
489:6

**bo** 399:14
**board** 310:24
311:9,10,12
394:12
**bolded** 487:3,25
488:18
**bottom** 262:5
304:9 485:7
487:19
**bottoms** 417:20
**box** 237:23
**brackets** 275:3
**branded** 271:18
**break** 252:8
280:12 325:13
393:2,4,4,7 409:11
410:13 438:1
471:8,17 472:2
**breaking** 248:13
248:15,16,20
263:4 266:20
**breaks** 277:5
**brief** 268:15
407:12
**bring** 221:17
295:19 428:21
**bringing** 223:18
**broad** 425:11
443:9
**broader** 334:5,14
**broadly** 251:17
308:19 334:7
392:8
**broken** 248:18
293:7,8 379:13
**browse** 273:22
274:5
**browsing** 273:24
**bryan** 331:9,18,19
332:14

**bucket** 264:20
265:20 281:5
365:12,16,20,24
366:3,7
**bucketing** 408:6
**buckets** 277:24
364:11,22 365:1,9
366:10 397:20
398:3,17,20
399:21
**build** 318:17,22
320:17 338:10
346:17 357:3
460:2,23 466:8
**builds** 234:5
**built** 228:10,14
234:7 320:16
372:12 412:23
459:8
**bulk** 242:4 477:6
**bullet** 235:25
237:20 241:1,16
266:21 267:8,13
268:19 273:4
296:18 303:22
306:2,11,24
308:13,22 310:6
312:8 322:9 333:7
335:15 336:5,19
338:5 342:6
347:12 414:13
415:15 417:2,11
418:5 423:17,23
424:4
**bullets** 277:7
281:11
**bunch** 288:2 335:8
359:8,24 384:12
**buongiorno** 213:6
**business** 262:1
309:18 375:7,11

383:15 384:2
391:8
**button** 227:3
**bypass** 226:11

| c |
| --- |

**c** 212:6 217:4
484:14
**ca** 215:13,14,21
216:8,9,13,14,18
216:23,24 217:6,7
333:4 396:19
485:6 487:23
493:9,12,20
**calculate** 374:12
**calculated** 380:12
**calendar** 393:11
**california** 208:2
208:21 209:2
211:11 212:9,19
213:17 214:9
492:2
**call** 225:21 243:19
329:11 397:4
411:16
**called** 238:23
368:21 371:3
395:15 434:10
**calls** 352:21
**campen** 210:7
**canonical** 224:23
225:3,4,13 396:1
434:23
**capabilities**
296:10 297:18
327:17 328:4,18
328:25 330:7,13
330:18 333:10
338:11 340:5
342:10,17,21
346:18 366:2,8
399:13,14 402:7

Page 9

[capability - changes]

**capability** 231:19
297:2,17 327:19
328:22 330:7
339:20 365:25
477:15
**capacity** 227:8
239:24 255:17
287:1,5 290:23
296:23,25 297:10
298:24 301:9
303:18 304:2
309:15 310:1
329:22 333:25
336:2 339:15,18
344:18 355:24
356:22 358:8
372:9 406:23
408:24 420:15
437:23
**captioned** 367:1
**car** 307:3
**care** 373:16
**careful** 488:10
**cares** 374:1
**cari** 210:7 219:17
**carry** 281:24
**case** 208:4 209:4
231:3,15,17
244:24 250:16
270:5 292:16
314:20,21 315:15
315:15 320:4
321:13 322:11,11
344:14 358:10
360:21 377:2
394:23 409:3
441:9 445:6,16
492:14
**cases** 259:9 262:10
268:2,23 270:2
404:13 408:3,5,11

408:16,19,22
418:10 420:2,24
424:4,7 455:5
459:25
**categories** 263:6
277:6 308:11
313:10 319:20
353:6,8 355:8
364:14 366:11
367:2,15,18
377:18 378:5,13
378:22 379:4,10
379:14,20 380:22
404:16,19 405:2
417:17 486:17
**categorization**
285:25 405:12
417:15 418:1
**categorize** 286:15
303:20 324:20
**categorized**
353:24 418:3
**category** 266:5,6,9
275:4 277:8 279:7
307:4 308:2
310:18 314:17
315:9 317:17
318:10 345:12
366:24 367:17,18
379:5 387:11
388:12,21 389:3
391:12 392:17
405:4 407:7 422:2
**cause** 268:3 274:2
**caused** 306:1
**causing** 373:2
**caveats** 486:13
**cc** 259:7 327:16
397:22 433:21
**ccp** 493:9,12

**ccr** 208:21,22,23
492:24
**cdavis** 212:21
**certain** 222:21
223:8 227:25
232:7 233:9 248:9
262:18 268:23
270:2 307:6
334:17 336:18
337:14 341:17
343:7 358:10
372:3 377:8
382:12 385:23
395:8 401:4
406:22 422:24
426:15,23,24
429:23 439:2,4,13
453:2 455:22
456:10 457:1,17
458:22 459:19
460:2,18,22 461:3
461:7 463:3 465:3
465:14 475:24
476:2 489:7
**certainly** 285:13
298:10 303:4
304:23 306:10
322:24 388:8
408:12 417:8
453:19 481:9
482:23
**certified** 209:20
209:21 492:1
**certify** 492:3,16
**cetera** 258:25
**chakravarti**
347:12,18 348:19
**challenge** 224:25
**challenges** 230:2
**chance** 260:17

**chang** 245:1 259:7
260:23 261:17
262:4 263:13,17
263:22 265:19,22
266:10 270:1
278:1 285:17
286:9 288:7 294:4
331:9 416:5,12
419:24 422:14
439:10,11
**chang's** 263:2
264:18 272:14
273:4 284:6
354:14,21 411:6
**change** 225:23,24
226:17 304:23
423:19 424:10
427:2,4 430:18
440:20 441:19
442:6,17 444:4,21
453:20 459:5
495:4,7,10,13,16
495:19
**changed** 248:17
284:24 298:9
308:14 334:11
357:18 403:13
409:7
**changes** 216:18
224:2,22 245:25
246:16,19 247:6
247:22 248:6,13
248:15,16,21
250:13,23 251:1
262:17,23 263:20
265:25 266:20,23
267:1,7,11 268:13
269:11 278:5
283:25 284:19,21
285:11,13 288:21
288:23,25 298:7

[changes - communications]

304:5,13 305:4,13
307:10,21,22
308:4 329:12
330:2 334:15
345:8 349:12
356:24 357:1,1
359:12,19,21
370:18 372:10,25
373:9 383:9
384:12 385:21
409:20 421:6
424:12 425:11,18
426:7,12,14,20
428:14 430:8,9
431:4,6 432:1,23
433:24 435:10,19
436:2,5,9 438:17
440:15 458:14
459:2,3 464:20
486:6
**changing**  216:21
306:9 432:5
472:11
**characterization**
424:2
**characterize**
412:18 415:23
418:15
**check**  222:14
**chen**  214:16
219:20 220:2
**choices**  468:14,16
**choose**  238:7
372:21 373:11
427:14 428:7
441:20 442:8,11
442:18,23 443:19
444:5,23 445:8,24
446:11,19 447:6
448:7,24 469:19
470:7,20

**choosing**  376:5
377:3
**chose**  415:10
**chosen**  455:22
**chris**  259:8 261:22
261:23 262:4
264:19 286:9
294:12 310:25
**circulating**  244:11
**circumstance**
422:3
**circumstances**
418:21 423:4
**civil**  493:19,20
**ck**  243:19,23
244:11 256:13,14
**claims**  475:3
**clarification**
301:20 311:24
334:4
**clarifications**
485:20
**clarify**  256:6
378:14 435:8
489:17
**clarity**  238:22
337:13
**classification**
262:14 303:15
312:5
**classified**  318:4
322:25
**classifies**  324:14
**classify**  303:11
310:24 311:11,15
311:25 324:1
325:7,7,8 398:19
**claufenberg**
210:16
**clause**  266:13
365:25

**clean**  474:10
**cleaner**  296:14
**cleanup**  296:10
**clear**  227:12
230:12,25 232:14
237:5,11 252:25
278:9,11 280:16
282:11,21 309:21
310:16 319:10
346:23 352:14
360:19 377:14
383:2 384:17
417:9 425:14
426:3 456:25
462:24
**clearly**  330:23
383:17 386:15
469:24,25
**click**  264:14
**client**  219:21
**clients**  318:17
319:4 466:9
**clip**  440:4
**close**  342:9
**closely**  338:7,25
**code**  248:18
307:25 343:12
369:10 493:9,12
493:19,20
**coherent**  353:2
**coleman**  473:15
**colin**  212:16
219:22
**colorado**  212:11
**column**  302:1,4,9
312:21,23 313:5
313:12,13 315:22
317:18 318:3
319:9 371:15
379:24 391:16

**columns**  312:17
399:14
**come**  273:21
303:14 327:3,5
342:2 349:17
375:20 384:12
401:7 409:7
**comes**  363:15
366:22
**comfortable**
475:19
**coming**  265:19
267:4 299:23
334:2 440:2
**commencing**
209:17
**comment**  488:6
489:11,11,21
**commented**  478:1
**comments**  253:14
350:17 361:21
466:13 488:6
**commitment**
404:11 405:1
406:14,16 407:2
407:15
**committing**
225:13
**common**  321:2
322:3
**communicate**
395:12 477:21
**communicated**
463:15 464:16
476:12 489:4
**communicating**
245:10
**communication**
424:14
**communications**
473:11 476:16

**[community - context]**

community  436:8
440:1 443:10
companies  268:12
307:25 311:1
318:11 365:18
385:15 386:6
460:1
company  239:15
240:10,13 270:9
270:18 271:2
273:18 284:13
285:7 286:25
293:20 309:13
310:12 325:6
348:19 351:14
355:18 358:18,21
366:1 372:7
386:20 462:4,13
462:15,16,18
company's  227:6
387:17 388:6
compatibility
266:13,18 399:7
420:21 421:13
422:6
competent  317:14
competitive  273:5
273:6,15 274:2
complete  234:10
242:1 324:25
397:21
completed  242:4
493:7,17 494:6
completeness
278:18
completing  397:19
398:16
completion  492:14
494:10
compliance
292:17

complicated
225:16 461:17
complies  220:18
comply  306:14,20
307:2 421:12
compute  390:15
computed  302:10
con  353:2
concept  233:17
336:14
concepts  231:2
429:9
concern  227:10
254:15,18 356:19
372:13
concerns  226:10
226:15,16 356:1,3
373:8
conclude  359:16
489:24
concluded  255:24
conclusion  352:22
353:20
conference  436:13
438:13
confident  452:12
confidential
208:11
confirm  222:10
232:5 240:20
247:7 264:22
279:4,10,11,13,19
279:25 286:3
291:19 295:10
348:8,11,25 358:5
360:8 361:4 382:7
408:21 411:14
482:14
confirmed  477:17
confirming  279:24
279:24

confused  241:10
243:20 378:15
461:21
confusing  280:10
475:11
confusion  410:16
412:4 462:22
467:20
connect  307:14
connected  384:14
connection  334:18
352:5 354:17
361:1 369:6
373:23 383:8
385:12,24 399:23
489:5
consider  230:6
231:22 257:13
285:3 309:19
310:12 356:6
367:14 370:12
considerable
409:6
considerate  430:9
consideration
246:5,15 259:10
262:11 289:3,25
291:3,13 319:23
407:22,24
considerations
266:10 269:3
273:8 292:17
320:2 405:9 421:8
considered  230:10
253:16 262:24
270:12 271:11
273:1 293:11,13
296:8 300:22
304:16 315:10
344:8,19,22 345:7
355:25 356:23

421:23 424:11
426:16 427:6
434:14,17 435:10
467:23
considering
267:17 381:5
470:2
consistent  308:13
308:19 314:15,15
318:7 323:13
488:17,21
constantin  243:18
256:14,15,16,17
construe  281:12
construed  269:23
349:13
construes  271:2
consumer  208:4
209:4 219:9 493:4
495:1
cont'd  212:1 213:1
214:1 216:1 217:1
218:1
contact  397:17,18
398:15 399:20
493:9
contain  464:21
contained  491:4
containing  269:9
content  252:3
375:4,17 455:7
contents  265:15
395:5
context  250:10
259:19 265:11
268:5 270:15
271:7,25 272:10
272:11,14 273:2
278:3 291:24
293:14 300:9
309:7 321:9

**[context - creating]**

357:10 359:9
360:9 370:21
372:1 374:6,11,24
376:3,4,13,17,24
387:20 389:9,19
389:20 398:6
399:22 412:9
415:2,14 476:23
488:14 489:1
**contexts** 293:22
309:14 355:22
**continue** 230:7,21
231:4,7 232:15
255:4 256:2 269:4
283:15 285:19
286:20 287:9,16
319:14,15 320:6
320:17,21 326:12
329:5 330:4,4
333:18 345:7
400:23 406:16
418:22 425:7
426:24 427:15
428:8 429:5,17
432:5 455:20
458:15 459:10
460:4,25 461:3
463:8 464:1,22
465:3,11,14 466:7
469:14 470:3
477:8
**continued** 223:24
242:7 272:16
277:25 288:10
289:4 290:2 291:5
291:15,25 309:19
314:10 318:6,11
319:11 320:12
408:7 446:4,4
447:11,18,19
456:12 457:3,3,19

458:24 459:21
460:20,24 465:20
465:21 466:1
467:24 469:3,9
474:13
**continues** 451:24
**continuing** 431:16
**contract** 312:9
365:25 404:11,25
406:14,16 407:2
407:15 411:18
415:17,20 421:9
421:22 477:8
488:12
**contracts** 421:25
422:6
**contractual**
421:11
**contractually**
266:19
**contradict** 475:7
**control** 246:21
247:14,20,22
343:5
**controversial**
353:8,9,12 355:8,9
357:5
**conversation**
227:17 263:18
274:11,14 309:2
397:5
**conversations**
285:9 288:2
326:18 401:7
463:19
**conversion** 237:24
239:5,9,18,22
240:6
**conversional**
353:6

**coordination**
417:12
**copied** 475:1
**copy** 275:13
440:24 472:15
**core** 392:21,21
**corporate** 208:13
324:24 408:18,23
413:7,14 414:22
435:18 452:14,23
458:18,20 459:18
460:16 461:18
**correct** 230:17
236:5 237:7 256:3
269:6,9 275:24
294:20 296:6
313:3 327:24,25
365:22 368:5,8,9
368:10 395:14
419:5 439:16
442:2 443:8 446:6
447:22 448:9
449:1,11,15,18,23
454:25 455:9
461:5 465:16
466:3,25 467:7
468:1,13 469:4,10
470:8 486:4,7
489:14 491:5
**corrected** 491:5
**corrections** 485:20
491:3 493:14,15
494:3,4
**correctly** 228:21
237:25 238:1
252:22,23 268:25
269:1 276:22
303:12,13 329:6,7
331:19 351:5,6
360:17

**counsel** 210:1
211:1 212:1 213:1
214:1,16 219:13
220:2,3,5,9 221:11
222:10 235:13
295:9 330:21
342:1 393:7
461:23 462:19
464:14 468:5
482:2 493:18,21
494:7
**counselor** 468:23
**count** 451:20
**couple** 221:10
259:15 471:15
486:16
**course** 245:11
259:20 427:22
470:18
**court** 208:1 209:1
209:21 220:1,8,16
220:19 246:9,11
249:2 251:2
289:18 290:18
311:9 325:24
350:2 361:14
363:12 371:5
393:25 415:4
433:17 444:16
454:16,20 472:6
483:20
**cover** 256:13
366:17 407:2,2
422:22 423:2
471:13
**create** 231:20
**created** 298:11
342:22 409:23,24
446:16
**creating** 332:21

[creation - day]

**creation** 424:15
**criteria** 215:12,17
  216:5 257:21,25
  282:7 283:2,5
  286:7 350:7,8,23
  351:2,8,16 353:17
  353:22,25 354:2,3
  354:12 355:1,6
  362:16 363:20
  365:5,11 368:21
  371:3 387:19
  407:22,23 408:2
  418:4
**critical** 295:11
  326:2 363:4
**cross** 208:13
  209:15 215:3
  219:7 220:16
  221:1,7 222:18
  227:9 243:3 245:6
  247:1 248:3 257:3
  258:1 260:16
  294:1 295:20
  325:17 326:10
  327:11 331:6
  350:5 354:11
  361:17 362:12
  371:10 393:8,21
  394:18 397:23
  410:10 416:10
  433:3 436:4
  438:12 440:12
  443:2,16,25 445:7
  454:6,21 459:11
  461:24 465:9
  467:12 469:7
  471:11,14 472:3
  479:20 480:18
  481:24 482:17
  483:24 489:25
  491:1,11 493:5

495:2
**cross's** 244:20
**crutcher** 212:5
  213:5
**csr** 208:21,21,22
  492:25
**currently** 298:1
  303:9,16
**cycles** 307:2

**d**

**d** 215:1
**dallas** 213:10
**damage** 430:14,25
**dan** 310:3
**daniel** 210:8 214:5
  219:17 295:2,4
**daniels** 259:8
  261:22,23 286:9
**data** 227:9 231:7
  232:8 236:9,22,23
  237:7,15,19
  238:14 249:8,10
  249:25 252:16
  254:7 263:8,24
  268:21 269:5
  274:25 276:5
  302:20 312:24
  313:13 315:22
  317:9,11,12,14,18
  318:20,25 319:10
  319:12,15,16
  320:13,23 321:6
  321:10,20,23
  322:6 326:13
  333:10,19,22,23
  334:4 347:13
  360:5,13 374:15
  374:18,22 375:6
  375:24,25 376:1,3
  376:4,8,9 377:9,10
  377:11,12,12,15

377:19,21 379:16
381:2,2,21 383:1
390:16 391:14,19
391:20 392:5,9,20
401:13 402:1
411:23 414:15
417:9 418:23
441:10,10,21,25
442:8,11,19,24
443:7,19 444:6,23
445:8,24 446:12
446:20 447:6
448:8,24 450:2,7
450:12,18 451:4
451:14,25 452:7
452:11,17 453:6
454:1,8,23 455:10
456:12 457:4,19
458:24 459:21
460:20 461:4
463:8 465:12,15
467:25 469:3,9,19
470:4,7,20 474:14
477:10,18,22
486:17,23,25
487:6 488:1,3
**database** 225:7
**date** 257:4 304:9
  327:23 331:13
  362:18 403:11,12
  403:16 409:13,16
  409:24,24 410:1
  412:23 467:11
  484:12 492:19
  493:16 494:5
  495:24
**dated** 216:16
  244:4 294:4
  337:17 350:6,22
  397:7 402:18
  410:25 433:22

472:10 473:16
487:15 492:22
**dating** 319:21,24
  320:3,4,12,15,16
  320:20,21 321:16
  321:17,18
**davis** 211:6 212:16
  219:22 220:3,5
  262:20 264:1
  265:6,13 267:9
  268:7 269:7 270:7
  270:16,25 271:9
  272:1,9,17,24
  273:17 276:13
  277:1 278:2,23
  279:9,21 280:6,21
  281:9 282:14
  283:7,20 284:10
  285:5,22 286:11
  286:22 287:11,18
  287:24 288:12
  289:6,21 290:4
  291:7 292:2
  293:16 295:1,9
  297:15 298:21
  299:10 300:7,19
  304:20 305:19
  306:7 307:8
  309:10 311:17
  312:2 315:7,17
  317:23 318:13
  320:14,24 321:7
  321:24 324:15
  325:3,11 326:3
**day** 223:17 260:6
  260:8 295:6,14
  301:1,6 302:2
  306:13,18 307:23
  308:5 397:21
  480:14 487:16
  489:25 491:6

**[days - deponent]**

| | | | |
|---|---|---|---|
| **days**  306:14,19 | 307:11 311:15 | 292:21 293:19 | 292:3 293:17 |
| 307:1,22 477:10 | 330:1 341:22 | 355:18 356:13,14 | 297:16 298:22 |
| **de**  312:4 | 342:14 343:15,16 | 358:18 386:14 | 299:11 300:8,20 |
| **deal**  222:19 431:9 | 343:20,22,25 | 414:23 415:9 | 304:21 305:20 |
| 431:20 | 365:1 | 420:14 468:18 | 306:8 307:9 |
| **dec**  331:15 | **deck**  294:10,18,21 | **degree**  355:24 | 309:11 311:18,21 |
| **december**  331:14 | 295:20 296:1,9 | **deliver**  437:16,17 | 312:3 315:8,18 |
| 350:22 361:11 | 298:11 300:3 | 439:21 | 317:24 318:14 |
| 362:2 | 304:8 305:9,12 | **delivered**  439:15 | 320:15,25 321:8 |
| **decide**  234:8 | 306:2 307:9,20 | **denver**  212:11 | 321:25 324:16 |
| 263:23 268:22 | 308:3 309:16,20 | **department** | 325:4,20 335:4 |
| 270:1 272:15 | 309:25 310:3,10 | 473:11 | 337:10 339:14 |
| 283:14 326:12 | 310:21 312:15 | **depend**  265:15 | 340:2 341:6 |
| 373:1 375:16 | 313:18 316:24 | 377:8 390:16 | 344:14,17 345:22 |
| **decided**  222:21 | 320:11 333:24 | **depending**  239:13 | 346:5 348:8,18 |
| 223:8 232:7,15 | 335:8 361:9,21 | 240:5 267:2 359:9 | 351:12 352:9,23 |
| 246:16 250:5,16 | 362:6,8,10,11 | **depends**  265:16 | 354:5,16 355:17 |
| 255:4 285:16 | 363:16,18 364:7,9 | **deploying**  417:20 | 356:11 358:15 |
| 312:5 341:16 | 364:25 368:15 | **deponent**  209:16 | 359:6 360:8 361:4 |
| **decides**  234:2 | 371:11 380:25 | 215:2 220:11,18 | 367:14 369:17 |
| **deciding**  269:3 | 381:5 387:18 | 220:24 227:5 | 370:2,8,16,24 |
| 277:24 284:7 | 415:10,24 416:5 | 229:12 240:9 | 371:22 372:6,20 |
| 286:7 288:10 | 416:19,21,23 | 243:12 248:5 | 373:6,18 374:5,21 |
| 289:4 290:1 291:4 | 418:17 419:22,24 | 251:5,13 253:10 | 375:10 376:3,11 |
| 291:14,24 293:14 | 421:2 422:10,13 | 254:10,20 255:8 | 376:24 377:21 |
| 340:7,10,12,24 | **declare**  491:1 | 256:22 257:24 | 378:8 379:8 |
| 400:23 430:3 | **decline**  248:9 | 258:7 262:21 | 380:10,25 381:13 |
| **decision**  236:13 | **decrease**  237:24 | 264:2 265:7,14 | 382:7,19,25 |
| 246:18 253:19 | **default**  306:12 | 267:10 268:8,16 | 383:14,25 384:8 |
| 254:22 256:2 | 486:18 | 269:8 270:8,17 | 385:2,10 386:3,12 |
| 282:2,7 283:1 | **define**  291:24 | 271:1,10 272:2,10 | 387:1,16 388:5,19 |
| 286:18 287:8 | 292:3 321:8 | 272:18,25 273:18 | 389:6 391:3,24 |
| 299:5,6 311:25 | 355:13 356:16 | 276:14 277:2 | 392:15 393:3,10 |
| 326:11 358:24 | 374:7 450:12 | 278:3,24 279:10 | 393:15 395:25 |
| 364:7,11,22 365:9 | **defined**  291:21 | 279:22 280:7,22 | 398:7,23 399:25 |
| 366:10 415:19,23 | 309:13,22 323:14 | 281:10 282:15 | 401:3,15,19 402:7 |
| 416:2 430:5 | 386:15 387:19 | 283:8,21 284:11 | 406:1,21 408:10 |
| **decisions**  263:17 | 468:20 | 285:6,23 286:12 | 408:21 410:23 |
| 269:13 284:15 | **defines**  355:9 | 286:23 287:19,25 | 411:13 412:12 |
| 287:21 288:1 | **definition**  231:16 | 288:13 289:7 | 413:24 414:9,20 |
| 292:5 300:3 | 269:25 271:2,13 | 290:5,16 291:17 | 415:8,22 419:2,16 |

**[deponent - develop]**

419:19 420:6,12
420:23 422:18
423:7 424:19
425:3,10,22
426:11,19 427:18
428:11,20 429:2,8
429:20 430:7,18
430:21 431:3,13
432:23 433:6,12
434:16 435:22
436:18,23 437:3
437:11,16 439:25
442:14 444:9
445:2 446:2,8,14
446:22 447:15,24
448:11 449:3
450:11 451:19
452:2,19 453:2
454:12 455:2,25
456:6,17 457:8,22
457:25 458:7
459:2,24 461:7,11
461:21 462:3,11
462:17 463:18
464:9 465:18
466:5,16,19
468:11,17 469:12
470:11,23 471:3
471:16,20 474:6
476:4,14 477:24
479:5,17 480:3,11
481:1,15 482:8,14
482:23 483:17
484:20 488:21
489:7
**deponent's**   208:15
**deponents**   492:6
**deposition**   208:12
209:15 219:6
220:10,21 221:19
244:20 245:1,12

492:13 493:19,22
493:24 494:8,10
**deprecate**   248:21
251:23 252:6,11
253:20 262:18
299:21 300:18
373:10,11 415:19
433:1 456:21
458:2 466:20
467:2,10
**deprecated**   216:11
222:23 224:14,16
227:15 230:5,20
231:5,24,25 232:2
232:16 234:11
235:4 251:18
253:22 256:25
286:20 287:10,16
288:11 289:5
290:3 291:6,16,25
293:15 298:2,6,18
299:2,3,6 300:2,5
303:10,16,21
308:9 310:25
311:11,16 312:1,6
334:7 340:14
343:8 345:19
372:4 394:3
399:23 408:8
414:15 415:17
420:18 425:8
426:25 427:7,15
428:9 429:6,18
430:4 432:9,19
443:14 445:5,12
449:9,25 450:3
452:3 453:14,15
453:19,21 454:2
464:2 465:4
470:15

**deprecating**   250:4
251:25 252:13
399:16 426:15
455:18
**deprecation**
286:16 300:22
340:16 421:7
446:22 455:4
466:14 488:11
**deprecations**
292:12 297:21,25
300:14,15 303:7
304:11 342:9,12
342:19,24 346:20
409:3 421:16
435:5 445:10
**derek**   210:6
219:16 221:8
244:19 248:1
382:21 393:2
398:5,8 416:7
438:1 471:8 493:1
**describe**   309:4
323:23 396:25
422:3 427:18
436:25 465:2
**described**   279:7
308:12 365:16,24
423:4 440:15
**describing**   347:23
**description**   215:10
216:3 217:3 228:2
281:5 366:23
407:4
**descriptions**   366:6
424:25
**design**   267:2 338:8
339:1
**designated**   324:11
**designation**
324:19

**designee**   271:6
287:6 323:8,23
324:7,24 408:18
435:18 452:15,23
458:20 459:18
460:16 461:18
462:15
**detail**   366:24
450:14 452:20
489:16
**detailed**   367:5
**details**   239:25
285:15 392:1
451:21
**determination**
287:23 307:16
414:21
**determine**   249:18
288:3 301:11,14
302:18 323:2
330:12 353:17
359:1 390:14
404:4,23 405:21
429:16
**determined**
291:22 493:18,22
494:7
**determiner**   315:10
**determining**
286:19 287:9,15
292:4 305:5 323:4
405:21 408:7
424:16 463:7
**deterministic**
418:16
**dev**   347:12,18
348:19
**develop**   263:23
316:22 324:24
325:5 343:6
430:15 443:10

[developed - document]

**developed**  277:18
285:18 339:12
371:2 429:16
463:15
**developer**  225:10
232:2 233:17
234:3,6 237:18
242:8 255:2,24
256:5,9 257:6
285:12 288:21
304:24 305:7
320:5 345:9
346:15 372:12
373:13 375:1,14
392:22 394:21
395:21 425:17
426:6 432:1
435:12 436:7,10
436:13 440:1
443:11 453:22
456:22,23 459:4
466:10
**developer's**
242:13
**developers**  223:24
224:24 225:25
228:4 232:22
233:4 237:1 238:4
238:6 246:19,25
247:18 248:18
252:13 254:3
256:3 268:12
293:8,11 300:11
306:23 307:7,24
336:18 345:6
346:14,16,19
356:3 357:3
364:19 373:10,10
381:19 392:23
394:23 430:11,15
431:1,5,11,14,22

432:3,6,8,17
440:20,22 456:10
457:1,17 458:22
459:5,19 460:2,5
460:18,23 465:8
467:22 469:2,8
486:11
**developing**  486:2
**development**
262:1 286:6
430:19
**device**  271:17
314:9 318:4,15
433:1 456:19
463:12 466:6,20
467:3,10 469:13
**devices**  307:2
318:18,23 364:15
366:14 404:12
407:5,17 459:8
**devoted**  322:20
323:17 324:4
**dgarrie**  214:11
**dialog**  237:23
**dialogue**  238:15
240:17 248:7
301:13,22,23
319:7
**dictionary**  414:23
**differed**  224:20
359:22 421:4
**difference**  231:1
**different**  231:2,2
236:21 239:19
251:11 264:20
265:20 266:9
267:1 269:23
273:1 277:6
279:17 281:6
282:1 284:22
287:5 288:25

293:22 304:14,15
309:14,14 311:23
313:5 322:5
324:17 325:6
354:22 355:21,21
359:9 360:2
364:13 366:25
367:22 374:7,11
374:12 378:4
379:14,19 384:13
389:8 394:19
400:6,13,14,18,19
400:20 404:16,19
407:4 417:13
424:15,21 429:13
429:13 479:11
486:16,25 488:3
**differently**  335:9
**digits**  402:13
**dinner**  393:9
**direct**  303:5
**direction**  251:17
492:10
**directionally**
238:11
**directly**  289:19
353:20 383:3
384:14 464:17
**director**  310:3
**disagreement**
423:9
**discovered**  242:10
451:6,10
**discretion**  249:20
**discuss**  331:1
**discussed**  242:19
253:17 280:13,16
281:10 289:7,15
291:22 293:20
318:14 354:20
373:9 386:14

407:14 425:18
426:7 427:14
428:6
**discussing**  262:22
380:12 425:6,11
428:13
**discussion**  223:2
227:14 234:5
243:10 262:17
268:6 286:14
288:15,17 304:3
320:6 326:4 361:6
407:13 429:4,15
444:16 465:10
**discussions**  223:5
227:22 289:8
344:3,6 426:23
427:9,11,12
429:12
**displayed**  301:11
**displeasure**
372:14
**distinct**  302:13
**district**  208:1,2
209:1,2
**dive**  221:11
**dloeser**  210:15
493:2
**doc**  244:7 400:5
**document**  208:6
209:6 238:9,9,10
240:3 243:5,6
244:11,17 245:18
245:21 246:3
247:4 250:10,11
250:15 251:9
252:10,12 260:21
260:25 261:2
264:8,13,15,17,24
265:3,4,8,12,16
269:9 275:14,21

**[document - emitted]**

279:11 281:12
285:24 286:12
340:7,9,23 341:1
341:21 362:5,18
363:25 364:3,3
365:17 394:3,7,10
394:25 395:2
396:11 410:5,14
411:10 413:2
414:1,2 428:21
434:7
**documented** 256:9
257:5
**documents** 221:21
221:24 222:4,8
235:6 240:11
242:21 289:11
292:10 335:5,14
341:19 348:20
349:13 401:8
417:15,18 423:12
424:20 425:4,16
426:5,12 428:12
**docx** 244:13
**doing** 236:15
264:23 267:17
297:12 334:23
337:21 338:22
352:15 353:1
**double** 474:8
**doug** 243:24 311:1
327:6
**douglas** 433:22
**draft** 216:7 235:15
294:9,18 363:5,21
368:23
**drafted** 235:19
**dramatically**
451:1
**drastically** 359:22
421:4

**drat** 215:19
**draw** 353:20
**drive** 212:18
268:22 272:7,8,18
273:2,2,6
**drives** 273:15
**drop** 372:17,23
373:2 374:1
**due** 307:2 308:23
310:7 316:4,23
330:1 449:20
**duffy** 327:14
**dunn** 212:5 213:5
219:19
**duties** 353:3

**e**

**e** 211:7 215:1,8
216:1 217:1
308:24 310:8
493:9,12 494:1
495:3,3,3
**e.g.** 307:2 314:19
319:21 322:10
**earlier** 232:5
270:10 288:18
291:22 293:20
308:13 309:11
338:14 378:5
389:7 412:23
434:7 487:13,16
**early** 305:12
403:20
**easier** 226:2,21
351:4
**ebay** 382:2 383:23
386:9
**ecosystem** 246:24
247:16 263:21
284:1 285:12
288:21 347:15,21
348:5,15 349:5,9

435:13
**ecosystem's** 305:7
**eddie** 327:16
341:7,14 342:10
411:1 413:19
428:4 433:21
434:21 439:8,9
463:23 464:16,19
473:6,14 477:2
478:6 484:9
485:22
**edges** 477:10
**editors** 475:5
**edits** 350:17
**edits.pptx.** 350:8
**educated** 242:12
242:15
**effect** 288:23
**effects** 347:14,20
348:4,14 349:4
**efficient** 259:24
**effort** 241:3,8,12
241:19,22 335:6
**eight** 304:10
**eighth** 310:20
**either** 408:22
481:10
**elia** 303:4 472:10
473:1,2,3,15 478:5
**email** 215:11
216:16,20 217:4
243:15,23 245:11
245:22 256:13
259:6 260:17,23
262:3,9,17,22,24
263:18 264:12,18
265:2,5,8,11 266:2
267:22,24 269:18
270:15,19 272:21
273:4 274:9,9,16
274:19 275:22

276:20 277:7
278:4,8,14 279:5,7
279:10 280:14,19
281:19,23 283:9
284:17 286:13
288:15,17 294:3,9
294:17 327:12,23
328:2 331:8,13
332:19 333:3
335:8 337:17
338:14,16,20
342:20 348:9
350:5,11,20,21
352:25 353:5
354:20 358:23
359:15 361:7,10
361:18 410:24
411:7 412:13
413:4,18,22 416:4
422:22 423:3,8
427:21 428:12
433:20 434:2
435:2,23,25
458:12 463:21
464:12,15,19,21
464:25 472:8,9
473:13,20 475:1
477:1 478:5
480:21 482:18,24
484:1,7,8,12,19
485:8,13 486:8
487:5
**emails** 428:5
463:18 464:7,8,9
**emit** 450:7,17
451:25 452:17
453:7 455:5,16
**emitted** 321:4
322:4 450:2,19
451:14 452:11
454:1

**[emitting - exhibit]**

| | | | |
|---|---|---|---|
| **emitting** 451:4 | **england** 208:15 | 438:24 439:1,8,10 | 476:19 478:10 |
| **emma** 210:9 | 209:17 219:1 | 439:12 | **examples** 271:11 |
| **emphasizing** | **enhanced** 252:20 | **events** 391:18 | 271:15,20,21,24 |
| 475:3 | 255:3 256:1 | 437:4 450:15 | 272:4 322:24 |
| **employed** 256:16 | **ensure** 241:4,13 | 453:12 | **exception** 308:22 |
| 256:18 | 241:22 343:3 | **everybody** 445:13 | 310:6 312:8 |
| **employee** 352:4,15 | **entered** 229:7 | 450:4 | 421:15 431:7 |
| 352:18,24 371:12 | **entire** 323:17 | **evidenced** 251:17 | **exceptions** 322:21 |
| 492:17 | 324:4 326:2 | 282:22 | 323:19 324:5 |
| **employees** 283:13 | 397:20 398:17 | **evident** 262:8 | 345:3 411:17 |
| 395:12,17 428:13 | **entirely** 298:2,6 | **evolution** 235:21 | **exchange** 374:15 |
| 462:1 463:1,2,3,4 | 298:18 377:14 | **ewright** 210:18 | 374:18,22 375:24 |
| 463:5,6 | **entities** 228:14 | **exact** 229:15 | 377:19,21 379:16 |
| **empowered** | 341:18 389:11,23 | 307:16 359:20,20 | 391:14,21 392:9 |
| 249:10,25 | 421:24 425:4 | 359:20 394:13 | 392:20 |
| **enable** 271:18 | 429:23 459:7 | **exactly** 227:6 | **exclamation** 260:1 |
| 320:6 330:4 343:7 | **entry** 396:7 | 230:11 252:17 | **executed** 491:6 |
| 346:17 | **eod** 327:18 | 255:20 257:24 | **execution** 295:23 |
| **enabled** 340:4 | **equitable** 296:15 | 266:16 267:18 | **exempt** 329:3 |
| 347:2 | **errata** 493:14,16 | 280:16 302:7 | **exemption** 342:14 |
| **endeavoring** | 494:3,5 | 315:19 316:7 | 343:15,21 344:10 |
| 334:17 | **esq** 493:1 | 330:6,18 361:4 | 359:1 360:14,24 |
| **ended** 359:22 | **essence** 411:16 | 377:11 380:12 | 365:12 399:2 |
| 403:11 | **essentially** 306:23 | 381:20,22 382:7 | 418:14,16,21 |
| **energy** 297:4 | **established** 232:18 | 392:5 405:6 | 422:4,8,12 424:4,7 |
| **enforce** 303:23 | 468:20 | 440:23 444:10 | **exemptions** |
| 478:23 483:7 | **et** 258:25 | 451:15,21 | 215:18 216:6 |
| **enforcement** | **evaluate** 381:8 | **examination** 215:2 | 343:24 344:5,22 |
| 305:24 | 384:4 | 221:5 | 359:11 362:16 |
| **engagement** | **evaluated** 347:20 | **examined** 221:2 | 363:20 365:5,11 |
| 246:23 247:16 | 348:4 380:21,23 | **example** 224:22 | 368:22 371:3 |
| 372:16 379:15 | 382:11 384:23 | 226:11,12,14 | 411:22 418:9 |
| 388:12 | 428:6 | 230:14 238:21 | 419:12,13 420:2 |
| **engages** 352:4 | **evaluating** 299:7 | 239:3 263:25 | 423:5 424:16 |
| **engineer** 303:3 | 377:17 380:7 | 271:17 272:4 | 427:11 428:14 |
| 343:11 | 384:22 392:11 | 273:20 300:24 | 431:8,19 445:9 |
| **engineering** | **evaluation** 385:24 | 321:15 328:10 | **exercise** 281:24 |
| 326:25 328:3 | **evening** 471:14 | 356:18,25 380:17 | **exhibit** 215:11,16 |
| 330:12,16 473:3 | **event** 304:18 | 395:20 403:13 | 216:4,11,16,20 |
| **engineers** 302:23 | 329:9 436:15,18 | 428:3,17 430:13 | 217:4,12,14,16,18 |
| | 437:1,4,8 438:20 | 430:24 463:23,24 | 217:20,22,24 |

Veritext Legal Solutions
866 299-5127

**[exhibit - facebook]**

218:3,5,7,9 235:14
235:16,18 243:2
243:14 244:18,22
244:25 245:4,7,15
245:22 256:20,21
259:2,3,3 260:4,18
293:24,24 294:3
294:23 295:2,19
325:10 327:10,12
331:4,5,8 349:20
349:21 350:1
361:9,12,13 362:4
362:7 363:8,10,11
392:25 393:22,23
393:24 410:21,22
413:21 416:10
433:15,16,19
441:1,2 471:6
472:4,5,22 483:13
483:19,23,25
**exhibits**  217:10
218:1 242:24
244:20 260:2
**exist**  271:19
279:12 335:13
451:20
**existed**  335:5
412:22 456:19
467:4,11
**existence**  458:3
466:22
**existing**  266:21,24
267:6,12 296:13
303:23 305:15,17
305:18 306:4
333:13 338:10
400:2,4,11 409:5
412:22 424:9
432:2
**exists**  276:15
279:11

**expect**  357:19
**expectation**
267:11 308:4
329:22,23
**expected**  359:20
459:25
**experience**  249:17
254:24 292:14
318:23 320:7
356:2 357:1
374:25 385:25
476:20 478:11
**experiences**
228:10 248:19
249:15 293:6,8
318:22 357:2
460:1,23 466:9
**expert**  384:9,19
386:17
**expertise**  375:12
**explain**  224:17,17
225:2 235:8 238:2
248:15 250:13
266:14 302:4
304:1 308:8
347:16 391:20
392:4 411:16
462:23 470:1
475:17 488:13
489:1
**explained**  223:21
448:11
**explaining**  467:19
**explains**  307:6
**explanation**
249:22 460:7
462:6
**explicitly**  237:19
414:16
**exposes**  252:15
253:6

**express**  236:21
237:7,9
**expressed**  249:11
249:14 250:1,7,19
309:5
**expression**  300:5
309:9
**expressly**  237:15
**extended**  488:11
**extension**  235:10
289:12 292:15
306:25 307:13
308:12,15 342:14
343:15,21,21,24
359:2 360:14,25
365:21 366:2
399:2 413:12
418:17 422:11,16
**extensions**  215:19
216:6 289:15
292:11 307:6
308:20 336:17
340:16 341:18
344:4 345:3,24
359:11 362:17
363:21 365:5,11
368:22 371:4
411:17 418:5
428:14
**extent**  352:21
**external**  238:10
**extra**  225:1
**extremely**  252:14
253:6 304:18
**eyes**  279:25

**f**

**f8**  216:11 394:4
436:10,12,13,23
437:12 438:13,16
438:23 439:14,18
441:5 444:21

446:16 457:16
459:3 460:12
466:15 469:1
**f8s**  439:20
**face**  233:19 359:6
402:24 403:3,6
**facebook**  208:3
209:3 212:4 213:4
214:16 215:17
216:4 219:9,20
220:15 222:20
223:8 224:23
225:4,5,6,10 226:1
226:5,7,15,25
228:8 229:4
231:21 232:6,15
233:8,10,17,20,23
233:24 234:2,5,6,7
234:7,11,23
236:16,17 237:2
240:4 246:16
248:7 249:5 250:5
250:16 251:10,14
251:15 253:8,19
254:1,4,17 255:4
256:1,16,18 257:5
257:18 261:6
262:18 264:12
267:5,16 269:6,20
269:24 270:6,22
270:24 271:7,14
271:18,24,25
272:7,8,19,22
273:16,25 274:3,4
274:7 279:5 280:1
280:2,4 283:12
284:6 287:14
288:9 291:23
292:7,19 293:3,14
296:23,24 297:6,8
298:5,15,19,23

**[facebook - feel]**

299:7,20 300:17
301:4,22 302:22
304:19 305:1,20
308:24 309:3,4,8,9
310:8 311:8,8
314:7 315:5,6,12
316:10 317:21,24
318:17,23 319:4,7
320:3,5 322:12,23
323:6,8,8,23 324:7
324:13,14,17,22
324:25 326:22
328:8 330:9
331:22 333:16
334:16,20,24
335:2 337:5,6
339:12,25 341:2,3
342:18,23,25
343:20 344:10
345:2 346:15
347:20 348:4,13
348:16 349:4
351:15,19,22,24
352:1,4,6,15,15,18
352:24 355:12
356:6,7,21 358:11
359:3 360:24
364:1 370:11,12
371:2,13,19
372:12,22 373:12
373:15,25 374:8
374:19,22 375:1,3
375:14,16,22
376:6,14,19 377:4
378:4 380:5,21
381:8 382:3,11
383:10,19,21
384:3,4,6 385:25
386:8,24 387:2
388:3,9 389:10,12
389:13,17 390:7

390:13,19,22,24
390:25 391:12
392:11,20,22
394:10,18 395:7
395:10,11,16
396:1 400:20
401:9,22 402:2,4
405:21 407:8
408:17 412:8,13
412:15 413:8
414:16 415:1,9
417:19 420:1,13
421:17 422:7
423:18 427:13,19
427:21,24 428:13
430:5,14,18,25
431:9,15,20,24
432:3,6,7,16 433:3
433:6 434:3,5,14
434:18,25 436:7,9
436:14,16,21
437:1,21 438:16
439:22 442:1
443:7,11 451:24
454:9,24 455:11
455:22 456:9
457:16 458:21
459:3,7,14,19
460:5,9,11,17,22
461:3,22,25 462:1
462:1,12,20,23,25
463:2 465:13,19
465:24 466:8,12
466:23 467:17,19
467:22 468:24
469:7,12 470:5
473:4 476:1,5,20
476:21 478:10,11
485:1 486:13
493:4 495:1

**facebook's** 208:12
225:8 228:6 229:2
237:21 247:9,11
250:20 251:7
253:11 254:22
268:4,9 270:4
271:5,5 276:5
283:18 287:6,22
289:2,23 291:1,11
323:22 324:6,24
339:15 345:17
356:12,16 375:7
383:15 390:5
412:19 419:11,20
422:19 435:18
452:14 453:21
458:17,20 459:17
460:16 476:5
486:19,23 487:7
488:1

**fact** 247:11 328:16
329:16,25 426:23
474:2 476:2

**fair** 249:22 267:8
304:17 310:5
311:24 334:20
354:2 357:9
362:22,22 363:17
367:3,9 382:4
384:21 385:22
386:7 430:2
436:25 468:21
478:8

**fairly** 472:9

**fairness** 478:19
483:1

**fall** 266:5,7

**falling** 281:25
282:6,25

**familiar** 417:14
441:16

**familiarity** 309:5
309:5

**far** 396:3 425:14
426:4

**fast** 338:8 339:1
339:11 404:11
407:5,17,20

**fb** 215:13,14,21
216:13,14,18,23
216:24 217:6,7
268:22,24 270:3
273:5,6 312:9
333:4 396:19
485:6 487:23

**feature** 230:8

**features** 224:19
303:10,16,21
310:25 311:11,16
312:1,6 404:5,24
405:22

**feb** 397:21 403:20

**february** 397:7
410:25 413:23
419:25 420:1

**federal** 492:13
494:1,8,9

**fedorov** 243:25
327:7

**feed** 252:14

**feedback** 246:17
294:13 327:18
485:21

**feeds** 477:18,21,24

**feel** 253:10 293:18
293:18 294:11
356:11,15 358:20
373:21 383:17
385:2,5 431:23
435:9 447:24
458:7,8 461:11,12

[fell - format]

| | | | |
|---|---|---|---|
| **fell**  345:11 | 418:13 435:1 | 278:2,23 279:9,21 | 405:24 406:20 |
| **fewer**  238:13 | **five**  367:22 379:10 | 280:6,21 281:9 | 407:11 408:9,20 |
| **fifth**  368:11 441:6 | 388:23 471:19 | 282:14 283:7,20 | 411:12 412:10 |
| **figure**  222:17 | **flag**  353:6 | 284:10 285:5,22 | 414:8,19 415:21 |
| 280:3 281:25 | **flipboard**  314:20 | 286:11,22 287:18 | 419:1,15,18 420:5 |
| 335:9 | 315:4,14 | 287:24 288:12,25 | 420:22 421:25 |
| **file**  244:12,13 | **floor**  214:8 | 289:6 290:4 291:7 | 422:17 423:6 |
| **fill**  398:2 | **flux**  359:20 | 292:2 297:15 | 424:2,18 425:2,9 |
| **final**  286:18 287:7 | **focus**  252:20 255:3 | 298:21 299:10 | 425:21 426:10,18 |
| 311:14 351:1 | 256:1 333:9 | 300:7,19 304:5,20 | 427:17 428:10,19 |
| 353:21 354:6,7 | **folder**  259:25 | 305:19 306:7 | 429:1,7,19 430:6 |
| 355:5 | 260:2,6,8 295:6,14 | 307:8 309:10 | 430:17,20 431:12 |
| **finality**  488:10 | **folks**  331:25 361:5 | 311:17 312:2 | 432:22 433:5,11 |
| **finalizing**  342:9 | 391:4 | 315:7,17 317:23 | 434:15 435:21 |
| 353:5 | **follow**  317:21 | 318:13 320:14,24 | 436:17,22 437:10 |
| **finally**  448:15 | 395:9 397:14 | 321:7,24 322:5 | 437:15 439:24 |
| **financially**  492:16 | 398:13 440:7 | 324:15 325:3 | 442:13 444:8 |
| **find**  278:6 302:21 | **followed**  314:6,13 | 335:3 337:9 | 445:1 446:1,7,21 |
| 302:24 337:2 | 314:22,24 317:25 | 339:13 340:1 | 447:14,23 448:10 |
| 348:16 410:15 | **following**  275:1 | 341:5 344:16 | 449:2 450:10 |
| **findings**  478:7 | 360:14,15 486:12 | 345:21 346:4 | 451:18 452:1,18 |
| **fine**  243:21 325:14 | **follows**  221:3 | 348:7,17 351:11 | 453:1 454:4,11 |
| 401:21 | 289:22 290:25 | 352:8 354:4,15 | 455:1,24 456:5 |
| **finish**  382:20 | 291:10 360:20 | 355:16 356:10 | 457:7,13,21,24 |
| **first**  222:7 229:24 | 432:15 480:5 | 358:14 359:5 | 458:6 459:1,23 |
| 235:21 256:4 | 493:8 | 360:7 361:3 | 461:6,9 463:17 |
| 261:1 266:1,11 | **font**  396:17 | 367:13 369:16 | 465:17 466:4,18 |
| 268:1 274:10 | **fonti**  211:5 | 370:1,15,23 | 468:2,6 469:11 |
| 288:24 295:21 | **food**  238:24,24 | 371:21 372:5,19 | 470:9,22 471:2 |
| 296:18 302:9 | **force**  409:23 | 373:5 374:3,20 | 474:5 476:3,13 |
| 303:8,22 311:9 | **foregoing**  491:2 | 375:8 376:2,10,23 | 477:23 479:4,16 |
| 312:15,21 313:12 | 492:4,6,10,12 | 377:20 378:7 | 480:24 482:7,13 |
| 313:22,24 317:17 | **forget**  416:8 | 379:7 380:9,24 | 482:21 488:20 |
| 317:18 318:3 | **form**  229:15 | 381:11 382:6,16 | 489:6 |
| 327:14 328:1 | 231:18 251:4 | 382:23 383:13,24 | **formal**  340:6,9,23 |
| 333:20 362:10 | 255:7 262:20 | 384:7 386:2,11,25 | 340:25 341:21 |
| 363:15 364:21,23 | 264:1,17 265:6,13 | 388:4,18 389:4 | **format**  263:23 |
| 365:12 366:12 | 267:9 268:7 269:7 | 390:10 391:2,23 | 265:20 267:5 |
| 368:1 369:2 | 270:7,16,25 271:9 | 392:13,20 395:24 | 272:15 278:21 |
| 406:12 410:6 | 272:1,9,24 273:17 | 398:4,21 399:24 | 354:14,21,24 |
| 414:1,12 417:2 | 276:13 277:1 | 401:2,14 402:6 | 362:20 422:4 |

Veritext Legal Solutions
866 299-5127

[format - gatekeeping]

| | | | |
|---|---|---|---|
| 424:16 428:18 | **friend** 216:21 | 478:24 479:1,7,9 | **fun** 480:15 |
| **formatting** 360:18 | 223:4,6,9 224:11 | 479:13,18 480:8 | **function** 320:9 |
| 395:8 | 230:14,21 232:7 | 480:22 481:19 | 396:5 412:24 |
| **forth** 492:6 | 232:16 233:14,16 | 482:4,9 483:9 | 451:22 |
| **forthcoming** | 235:3,3,10 236:9 | **friend's** 251:22 | **functional** 394:18 |
| 475:23 476:1 | 236:23 237:7,15 | **friends** 236:17 | **functionality** |
| **forward** 236:25 | 237:19 239:23 | 237:10 249:8,13 | 252:19 255:3,25 |
| 295:9 304:24 | 248:22 249:18,23 | 249:17 250:7,18 | **functioned** 234:8 |
| 310:20 328:12 | 250:4 251:18,23 | 251:22 252:3,3 | 392:6 455:3 |
| 338:10 378:21 | 251:25 253:16 | 253:14 259:1 | **functions** 453:3 |
| 400:10 412:5 | 259:11 262:19 | 275:9 282:4 | **further** 220:7 |
| **forwards** 452:6 | 263:8,15,24 | 283:15 300:24 | 263:3 367:18 |
| **found** 348:12 | 268:21 269:5 | 312:23 313:1,13 | 378:16,23 379:3 |
| 356:4 477:4 | 272:16 274:23 | 315:22 317:9,17 | 421:2 451:2 |
| **four** 366:11 | 275:17,19 276:11 | 318:20,25 319:2,9 | 487:13 492:12,16 |
| 379:14,19 402:13 | 277:25 284:8 | 319:12,14,16 | **future** 267:14,17 |
| **fourth** 366:13,16 | 285:20 286:8,21 | 320:13,22 321:2,6 | **fw** 411:3 |
| 368:9 382:1 | 292:13 302:3 | 321:9,22 322:3,6,6 | |
| **frame** 241:18 | 318:11 321:20 | 329:5 330:5 | **g** |
| 293:21 354:16 | 326:13 333:19,21 | 333:23 334:4 | |
| 359:18 408:1 | 376:21,22 377:1 | 375:5,20 376:9,16 | **game** 402:24 |
| 421:17 | 401:13 402:1 | 377:4 392:19 | 403:3,6 |
| **framed** 428:15,17 | 411:23 414:14 | 414:14,17,18 | **games** 333:11,11 |
| **framework** 264:4 | 426:16,20 430:13 | 415:2 441:8,10 | 364:14,14 366:12 |
| 277:18,19,23 | 430:24 432:9,19 | 447:20 448:4,14 | 366:13,18,20,24 |
| 278:9,10 279:6,14 | 440:17 443:14 | 449:8,13,17,20 | 367:4 |
| 279:20 280:3,8,13 | 445:4,10,12,15 | 450:12,16,16 | **garrie** 214:5 |
| 280:15,17,18,23 | 446:23 448:15 | 451:6,10,13 | 219:24,25 290:12 |
| 281:1,3,13,15,17 | 449:8,24 450:2,3,7 | 453:12,13,18,19 | 290:14,22 291:8 |
| 282:5,12,17,19,20 | 450:8,18 451:4,14 | 458:24 465:12,21 | 295:8,16 325:16 |
| 282:24 284:6 | 451:25 452:2,11 | 469:14 473:23 | 325:22,25 393:6 |
| 285:18 286:1,1,18 | 452:17 453:6,8 | 474:3,7,20,21 | 393:13 461:14,23 |
| 287:3,8,14,20 | 454:1 455:4,13,18 | 475:3 477:9,18,22 | 462:5,14,18 464:6 |
| 350:12 428:25 | 456:12 457:3,19 | 479:6 487:1 488:3 | 464:10,13 468:3,8 |
| 429:10,15 | 459:21 460:20,24 | 488:23 | 468:12,21 480:1 |
| **framing** 240:16 | 461:4 463:8 | **front** 259:4 | 480:25 481:3,5,7 |
| 293:21 315:11 | 465:15 466:1,8,14 | **full** 275:8,11 | 481:23,25 482:1 |
| **framings** 424:21 | 467:25 469:3,9 | 296:19 325:5,5 | **gated** 253:23 |
| **frcp** 494:1 | 470:3,14 472:11 | 326:20 | 255:14 |
| **frequently** 233:8 | 474:14,17,17,23 | **fully** 228:24 265:3 | **gatekeeper** 255:6 |
| | 474:24 476:9 | 284:13 | 255:9 328:7,8 |
| | | | **gatekeeping** |
| | | | 254:15 |

**[gather - graph]**

| | | | |
|---|---|---|---|
| **gather** 347:20 | 457:3,18 458:23 | 485:4 487:12 | **gracefully** 293:10 |
| **gating** 231:19 | 459:21 460:19 | 489:16 490:3 | **grant** 233:5,18,20 |
| **gdp** 237:23 301:12 | 466:1 467:24 | **goal** 246:22 | 233:21 236:14 |
| 301:17 | 469:3,9 475:10 | 247:15 296:14 | 237:2 248:9 |
| **general** 214:16 | 478:7 492:11 | **goes** 259:14 396:4 | 276:17 288:10 |
| 281:23 321:18 | **gk** 328:6,8 | **going** 223:21 | 291:25 301:24 |
| 374:22 437:17 | **gks** 328:4,5 | 231:20 235:11 | 312:8 359:1 |
| **generally** 223:2 | **go** 225:16 234:16 | 242:24 243:1,15 | 411:17 413:11 |
| 425:10 437:24 | 234:17 245:3 | 244:16 249:3 | 422:11 |
| 443:10 | 248:11 255:11 | 285:1 289:17 | **granted** 228:11 |
| **generate** 290:9 | 256:19 258:8 | 295:19 297:3 | 239:7 253:3 |
| **generated** 395:3 | 260:9 261:1 262:2 | 306:15 325:11 | 255:21 257:21 |
| **george** 243:24 | 262:9 266:1 | 328:11,12,12 | 258:23 289:12,15 |
| **getting** 248:14 | 276:21 278:13,24 | 330:20 340:13 | 292:12,15 308:20 |
| 335:2 479:21 | 279:22 280:24 | 347:9 349:1,1,22 | 310:13 319:6 |
| **gibson** 212:5 | 284:4,5 290:20,24 | 352:19,20 362:8 | 322:2 336:17 |
| 213:5 219:19 | 296:7 303:3,6 | 363:8 393:22 | 339:21 341:18 |
| **gibsondunn.com** | 312:14,15 316:11 | 396:17 399:11 | 345:25 418:14,17 |
| 212:13,14,21 | 316:15,17,19,21 | 400:10 409:4 | 418:21 422:5 |
| 213:12,19 | 322:8 325:2,9 | 411:17 419:11 | 424:17 427:10 |
| **give** 220:21 224:8 | 330:9,11 331:3 | 423:18 437:21 | **granting** 215:18 |
| 228:24 230:9 | 333:2 335:2,12,12 | 438:1 440:2,6,16 | 216:5 254:24 |
| 252:1,1,8 253:11 | 335:18,19,23 | 440:20 441:19,19 | 362:16 363:20 |
| 261:7,23 270:8 | 337:16,17,24 | 442:6,7,17,17,22 | 365:5,11 368:22 |
| 271:10,12 272:3 | 341:3 344:14 | 444:4,4,21,22 | 371:3 418:9 |
| 273:18 292:25 | 347:7,9 349:20 | 448:17 455:19 | 419:12,13 420:2 |
| 302:6 345:2 | 361:8,24,25 362:8 | 463:19 464:14 | 431:8,19 |
| 392:16 395:25 | 362:9 363:7,8,22 | 466:7 469:18,23 | **granular** 236:1,5,7 |
| 409:16 420:12,23 | 364:5,24 366:9,16 | 470:6,19 471:5 | 236:8,11,19,24 |
| 434:23 444:9 | 368:14,25 377:23 | **good** 219:15 220:2 | 237:5,13 238:3,14 |
| 481:21 485:22 | 378:12,21 383:20 | 220:2 221:7,9 | **graph** 222:23 |
| 487:20 | 383:25 388:11 | 222:19 246:14 | 223:10 224:20 |
| **given** 224:10,13 | 390:25 393:11,14 | 252:19 255:2,25 | 226:25 228:7 |
| 235:9 290:7 305:4 | 396:22 400:5,12 | 273:7 301:19,19 | 229:3,9 230:15 |
| 307:1,6,13,17 | 403:7,15 409:9 | 305:4 320:4 | 232:8 257:1 |
| 308:4,9 337:14 | 410:3 416:10,21 | 325:20 375:3,20 | 299:15 319:18 |
| 344:20 359:14 | 427:3 438:6 441:6 | 375:21,21 393:1 | 320:10 340:16 |
| 361:7 374:25 | 443:25 458:18,19 | 437:17,19,25 | 347:23 369:7,23 |
| 386:19 421:11 | 468:5,23 471:5 | 471:7 489:23 | 370:22 376:4 |
| 429:24 439:19 | 473:12 482:1 | **grab** 393:9 | 425:19,19 426:8,8 |
| 445:7 456:12 | 483:12 484:7 | | 432:10,21 438:18 |

Veritext Legal Solutions
866 299-5127

[graph - i.e.]

438:20 443:3,6
454:7,22 455:11
455:13,21,21
456:13 457:4,19
458:25 459:22
460:21 461:4
463:9 464:2
465:12,16 466:2,2
467:25 469:4,10
470:4
**graphic**  351:3
**great**  249:15
278:16 320:7
350:12 438:5
459:9
**greater**  246:23
247:15
**group**  264:2
283:22 288:19
302:15 310:11
326:15,20 327:1
331:22,23 332:5
394:11,11 395:6
395:10,10 397:15
397:18 398:16
401:10,23 407:6
407:19 422:8
434:12 475:19
476:22
**groupon**  319:22
**groups**  265:20
395:15 399:20
450:15 453:12
**guarantees**  455:15
**guess**  264:4
329:11 425:25
**gupta**  243:24
327:15

**h**

**h**  215:8 216:1
217:1 495:3
**half**  325:12 339:9
**hand**  220:17 257:4
**handled**  493:8
**hands**  403:19
**hannah**  212:7
219:22
**happen**  348:9
403:17 463:19,20
**happened**  241:25
255:16 257:12
267:16 315:19
318:8 322:17
328:16 334:10
335:10 336:6
403:14 420:21
421:5 423:14,15
429:12 439:17
450:25
**happening**  314:14
344:24 359:23
424:22
**happiness**  326:1
**hard**  251:13
264:22 265:1
266:16,16,17
268:8 270:20
273:18 281:19
284:12,12 290:5
292:23 316:8
354:5 372:6 378:8
378:9 390:14
394:12 395:9
396:7 475:5 476:6
**harder**  225:25
226:6,7,13
**harshdeep**  342:10
**hashed**  225:3
329:4

**head**  262:1 271:22
322:17 444:11
**header**  297:20
313:22 377:25
394:3
**heading**  240:25
241:2 245:18
248:12,21 249:1
252:5,11 266:1
267:25 280:25
300:15 302:1
303:7,8 310:21
330:24 333:4,6,8
338:1 364:7
369:18 414:1
486:22 487:18,25
488:18
**headings**  296:9
**health**  246:23
247:16
**hear**  251:3 258:8
440:11,13 456:3,6
**heard**  289:14
**held**  251:8
**hello**  350:12
**help**  265:10
272:11 322:22
323:22 324:6
351:3 360:5,12,23
389:18 390:1
434:4
**helped**  347:13
348:10
**helpful**  485:3
**helping**  263:22
**helps**  324:9 437:17
**hereto**  350:3
361:15 363:13
394:1 433:18
472:7 483:21

**hey**  351:1
**hi**  435:3 473:20
**high**  387:11,12,20
388:2 404:11,25
406:8,10,13
407:16 411:2
**highest**  388:20
**highlight**  403:24
**highlighted**  353:7
355:7
**highly**  317:13
**hipal**  276:9,15
302:19 317:6
**historically**
439:19
**hoc**  287:23
**hold**  382:20
423:24
**honestly**  339:3
**hope**  299:16
**hoped**  294:11
**hoping**  299:17
479:21
**hour**  325:12 438:1
483:15
**hours**  427:23
**hregan**  212:14
**htc**  318:4
**https**  264:9
**huge**  296:19,21
**huh**  338:4
**hurren**  331:9,18
331:19 332:14
**hyperlink**  266:2
**hyperlinked**  265:4
**hypothetical**
239:3

**i**

**i.e.**  239:5 298:1
394:19 424:5

Page 25

[ian - inference]

**ian** 214:16 219:20
**idea** 249:23 310:8
**ideas** 269:10
**identifiable**
 320:19 321:3
 322:4
**identification**
 323:18 350:2
 361:14 363:12
 393:25 416:24
 417:21 418:6
 433:17 472:6
 483:20
**identified** 221:13
 221:22 226:25
 245:22 260:18
 261:3 282:1 298:5
 298:15 299:20
 313:17,24 322:13
 365:20 366:3
 367:10,23 368:11
 377:19 378:5
 379:20 387:6
 400:9 401:10,23
 402:8 404:16
 417:3
**identifies** 266:11
 315:5 418:20
**identify** 219:13
 226:3 276:11
 280:4 301:4 302:5
 317:4 324:9
 335:24 341:3
 380:5 386:8,9
 389:14 390:7
 399:5,7 404:25
 406:13 407:24
**identifying** 317:8
 333:17 385:23
 397:3 404:18

**ids** 224:23,24
 225:3,13,14 226:1
 226:2,11,13,19,24
 389:22 417:3
**ii** 208:17 215:3
 219:7 493:5 495:2
**illustrated** 238:21
**ilya** 327:7 433:22
 441:9
**imagine** 238:23
**ime** 259:7 261:12
 262:4,10 264:18
 280:19 286:9
 294:4 331:9
 341:14 410:25
 411:7 413:19
 416:12 422:23,25
 423:3 428:3
 438:25
**immediately**
 271:22 302:10
 303:3
**impact** 262:22
 263:4,6,21 266:24
 267:12 268:17
 281:7 283:25
 285:11 288:20
 292:13,14 349:7
 349:13 353:10
 355:10,13,19,20
 356:7,15,20,23
 367:2 370:18
 372:11 373:24
 374:1 378:13
 380:16 381:7
 382:13 384:10
 385:13 409:5,25
 416:25 430:10
 431:5
**impacted** 266:22
 266:25 267:7

268:13 383:9
**impacts** 348:22
**impending** 409:5
**implement** 307:21
**implementation**
 361:2 432:10,20
 465:12,16
**implemented**
 254:18 264:6
 285:15 289:1
 319:4,18,19
 334:18 340:4
 421:18 425:20
 426:9 430:1,10
 435:20 455:12,21
 456:14 457:4,20
 458:25 459:22
 460:21 461:5
 463:9 464:3 466:3
 468:1 469:4,10
 470:4
**importance** 411:1
**important** 250:9
 256:6 257:15
 278:4 284:17
 285:15 304:7,18
 311:19 326:1
 409:1 430:5
 431:10,21,24
 436:15 439:22
**impossible** 387:16
**impressions** 302:2
**improve** 297:17
 339:19 435:14
**improvement**
 327:18
**inability** 404:11
 407:5,17,20
**include** 292:19
 318:24 376:9
 381:25

**included** 236:17
 278:16 318:25
 334:14 426:15
 478:1 493:14
 494:3
**includes** 486:25
 488:2
**including** 232:16
 236:23 262:19
 331:25 409:21
 426:16 450:25
**incognizant**
 414:17,18 415:2
**incorporate**
 294:14
**incorrect** 474:3,6
**increase** 369:8,23
 370:22
**indefinitely**
 308:23 310:7
**index** 396:4
**indicate** 338:16
 387:13 405:20
 435:17,23 489:3
**indicated** 221:22
 280:19 308:16
 330:24 332:20
 361:20 421:17
**indicates** 244:7
 264:5 300:25
 355:6 370:17
 383:5
**indicating** 400:12
 405:3,4,5,8 407:21
 482:11
**indication** 423:3
 442:10
**individual** 314:25
**individuals** 462:20
**inference** 377:14

[inferring - issues]

**inferring**  377:12
**influence**  371:16
  371:20 379:15
  387:7,19 388:3,7,9
**influencing**  368:1
  378:17,24
**info**  278:16 473:24
  474:3,21 475:4
  486:12
**information**
  225:25 226:8,21
  226:23 233:10
  236:14,18 237:2
  237:10 238:18
  239:2 249:13,19
  250:7,18 251:22
  252:3,17,18 253:7
  253:14 254:7,13
  254:16 258:3
  265:8 276:16
  301:14 302:22
  310:13 319:5,6
  320:8,19 321:3
  322:4 335:2
  345:16 363:5
  367:5 375:15
  376:16,21 391:6
  400:24 439:22
  440:17 447:20
  448:4,14 449:8,14
  449:17,20 450:20
  451:1,7,11 452:5
  453:8,24 455:6,16
  460:24 465:4,21
  466:1,8 469:15
  474:18,24 476:10
  476:19 477:25
  478:10,21 479:7
  479:19 482:20
  483:3 485:19
  486:1,9 487:9,14

  488:13,24 489:3,8
**informed**  436:7
  462:1
**informing**  398:1
**initial**  424:1
**initials**  488:6
  489:12
**initiates**  444:16
**initiative**  292:9
  334:1
**input**  328:9
**inside**  225:8 328:7
  462:3
**install**  369:11
**installed**  249:9,18
  436:6
**instructing**  480:1
  481:3
**instrumentation**
  316:5,23 317:2
**inte**  345:4 467:3
**integrated**  241:5
**integration**  241:13
  241:20,23 267:3
  268:17 271:18
  273:14 314:9
  318:5,15 344:8,11
  344:20,24 345:3,4
  345:10,14,23
  346:1,10,24 347:4
  353:11 372:22
  384:15 433:2
  449:21 456:20
  458:2,15 463:12
  463:12 464:4,5
  466:6,20,21 467:3
  467:10,11 469:13
**integrations**
  248:19 266:22,24
  266:25 267:6,12
  267:14,15 268:21

273:5 293:9
  346:14,17,19
  356:3 384:20
  392:2,5 409:6
  412:22 420:17
  422:15 424:9
  427:1,5 431:13
  432:2 433:1
  449:16 456:18,19
  459:8 460:4 466:6
  467:4 469:13
**intended**  299:21
  309:24 345:15
  414:6,10
**intending**  250:25
  300:17
**intent**  249:11,14
  250:1,8,19 482:15
**intention**  328:21
**interacted**  455:6
**interested**  283:12
  492:17
**interesting**  274:25
**internal**  225:8
  231:19 237:21
  238:9 242:21
  245:25 255:10
  276:5 289:10
  341:19 394:12
  395:6
**internally**  395:12
**interpret**  306:15
  362:23,24,25
**interpretation**
  274:17 350:18
**interpreting**
  228:20
**interprets**  344:10
**interrupt**  276:19
**interruption**
  268:15 407:12

**introduce**  329:2
  329:16 393:22
  433:14
**introduced**  236:20
  269:12 306:18
  307:23 315:16
  329:18 330:3
  343:1 448:9 472:3
**introducing**  362:4
**introduction**
  237:5 247:2 268:6
  299:15 304:17
  334:19 351:9,17
  356:8 359:13
  382:13 438:18
**investigate**  454:3
**investigated**
  420:24
**invite**  249:16
**inviteable**  450:16
  453:12,18
**involve**  376:15
**involved**  235:7
  242:20 250:22
  265:19,24 286:6
  289:9,10 292:9,17
  305:5 313:19,20
  326:18 332:23
  335:21 351:8,13
  355:24 408:6
  417:6,8 420:16
  424:14
**involvement**
  339:19
**involving**  429:13
**irvine**  212:19
**isolate**  389:14
  390:20
**issue**  475:11
**issues**  316:5,23
  317:2 330:17

[it'll - kp]

**it'll** 246:12
**item** 268:1 364:21
    364:23 369:22
    371:16 372:15
    374:14 403:23
**items** 368:25

**j**

**jackie** 259:7
    260:23 261:17
    262:4 263:2,13,17
    263:22 265:22
    266:10 267:19
    269:18 272:14,21
    274:21 277:19
    278:1,15,21 279:2
    282:7,12,15 283:2
    283:5 284:6
    285:24 286:4,9
    288:7 294:4 331:9
    336:21,23,25
    337:3,7,11,12
    338:7,17,21,25
    339:3 341:7
    354:14,21 411:6
    413:10,14 416:5
    416:12,20 419:24
    422:14,20,22,25
    423:3 439:10,11
**jackie's** 277:19
    278:9,10 279:6,20
    280:3,8,19 281:1,3
    281:16 282:4,21
    282:24 286:2
    354:24 397:14
    398:14
**jams** 214:4
**jamsadr.com**
    214:11
**jan** 241:4
**january** 216:16
    241:12 402:18,19

402:20,21 433:23
**jargon** 301:21
**job** 208:24 261:14
    295:12 331:24
    404:1,3,22 463:5
    493:5 495:2
**jogged** 302:12
**johanna** 473:8,10
    473:13 477:3,3
    478:4 482:24
    484:8 485:8
    489:13
**john** 214:18
    219:11
**joined** 347:13
**jonathan** 473:15
**joshua** 484:9,24
**journal** 486:3,10
    489:5,9
**jp** 489:11
**jsc** 208:4 209:4
**july** 242:8,9 396:9
    396:15 409:14
    410:3
**june** 242:5
**jury** 436:11
    458:21 459:18
    460:17 470:1

**k**

**k** 211:6 404:2
**kamdar** 473:14
**keep** 282:5,25
    313:11 314:3
    317:20 412:1
    438:3 464:14
**keller** 210:5
    219:16,18 221:9
**kellerrohrback.c...**
    210:15,16,17,18
    493:2

**key** 263:9 268:20
    273:5,14 333:9
    435:4
**keynote** 439:14,19
    440:5,14 441:5
    455:18,23 456:1
    457:15 468:25
    472:19
**kind** 271:13
    326:23 347:6
    378:11 394:11
    395:6
**kinds** 405:9
**klout** 277:15
**knew** 336:10
    391:5 456:9 457:1
    457:16 458:11,21
    459:14,19 460:9
    460:11,17 461:3
    461:22 462:1,2,4,6
    462:7,12,23
    464:10 465:14,19
    465:24 466:12,23
    467:5,17,20,22
    468:24 469:7,12
    470:5
**know** 221:8 243:4
    247:21 256:17
    261:6 262:12
    265:1 266:17
    272:3 276:14,16
    276:24 277:2
    278:9 281:19,21
    284:17,18 285:6
    287:2,7 292:3,7,7
    304:10 308:7
    311:14 312:10,12
    314:23,25 315:3
    316:25 322:16
    350:9 351:4
    353:22,25 354:5,8

355:3 357:14,16
    357:25,25 358:6
    358:15 359:6,7
    377:13 384:9,17
    384:18 386:12,13
    386:17,20 387:21
    390:13,17,23
    391:4 392:1 395:1
    395:4 408:10
    410:17 413:13
    414:9 416:4
    420:10 422:24
    429:2 433:12
    435:24 439:5,6,11
    439:13 444:10
    451:21 452:19
    458:10,14 462:10
    462:12,13 468:13
    471:9 473:9
    475:22 476:15,23
    481:18 484:25
    488:13 489:1
**knowledge** 462:19
    462:20,21 463:14
    467:13,14 484:18
**knowledgeable**
    303:2,5
**known** 301:22
    329:13 458:15
**knows** 453:16
**koukouzelis**
    243:18 256:14
**kp** 243:20 259:7
    261:3 263:3,6
    274:9 275:7
    276:23 277:22
    279:2,5,19 280:25
    281:15 282:11,18
    282:20 285:18
    286:1,4,9 288:8
    294:4 319:24

**[kp - loeser]**

327:15 331:9
350:5,8,11,19,22
351:1 354:13,23
360:4,23 361:10
362:6 428:3,17,20
428:22,23 439:12
439:13 463:23
473:6 478:16,17
480:21 482:10
**kp's** 274:19
276:20 278:14
279:7 281:23
361:19 482:15

**l**

**l** 208:21 209:20
492:1,24
**l.l.p.** 210:5
**labeled** 411:22
**lack** 309:5
**language** 250:20
250:21
**large** 252:15 253:6
297:2 329:20
334:14 388:8
**larger** 328:14
**largest** 388:24
477:6
**late** 483:15
**laufenberg** 210:7
219:17
**launch** 257:17
403:10,12,16,20
404:15 408:15
409:2,4,13,19
421:3 440:2
**launched** 236:7
255:12 298:9
329:12 409:15,21
424:21 426:13,21
**launches** 297:21

**law** 210:10 211:8
212:8,17 213:7,15
**lawyer** 484:17,19
485:1
**lead** 336:23
**leadership** 288:3
309:18 326:14,16
326:17,21,24
357:13 434:11,14
434:18
**leading** 336:21
338:17 409:13
**led** 311:2 337:7
**lee** 243:24
**left** 304:9
**legal** 292:17
336:22,24 337:8
338:7,11,18 339:1
352:21 493:7
**length** 308:14
366:1 421:6
**lengthy** 227:14
485:4
**lesley** 211:7
**level** 239:17
240:14 251:15
273:20 285:8
463:16
**levels** 463:20
**liberty** 275:1
**lifestyle** 319:21
**light** 465:9
**lightly** 246:18
**liked** 259:1 478:1
**likes** 258:15,19,21
277:15
**limit** 347:5
**limited** 450:20
451:1
**limits** 226:12

**line** 262:8 303:8
379:25 400:1
435:1 473:1
493:15 494:4
495:4,7,10,13,16
495:19
**lines** 352:1 478:20
483:2
**link** 264:9,13
281:11
**linkedin** 360:16
**list** 231:21 268:2
274:22 275:7,8,11
275:12,23 276:2,6
276:23 297:24
300:14,20 313:4
314:18 325:6
327:14 336:20
364:13 408:2
434:13 435:4
439:5 453:13
**listed** 314:8 315:9
315:11,20 319:13
322:18 365:10
367:15 384:5
388:23 397:19
400:5
**listened** 318:1
441:14
**lists** 300:16 391:16
417:12 419:12
**litigation** 208:4
209:4 219:10
493:4 495:1
**little** 273:6,15
274:19 276:20
287:5 294:10
308:7 338:20
349:17 358:23
360:18 396:6
399:1 436:23

437:12 438:3
454:17
**live** 403:9
**lives** 328:14
**llp** 211:5 212:5
213:5
**load** 245:9
**located** 209:16
**location** 208:15
**locked** 493:12
494:1
**loeser** 210:6 215:5
219:15,16 220:14
221:6,8 222:15,18
227:11 229:19
233:14 240:22
242:22 243:1,4,11
243:13 244:15,23
245:5,6 246:12
248:2,11 251:10
251:20 253:18
254:14 255:1,23
256:19 257:2
258:1,11 260:9,16
263:1 264:7
265:10,18 267:13
268:18 269:14
270:13,22 271:4
271:15 272:6,13
272:22 273:3
274:1 276:18
277:4 278:13
279:4,16 280:2,9
280:24 281:14
282:18 283:11
284:2,25 285:17
286:5,17 287:4,12
287:22 288:5,14
289:17 290:10,13
290:20 291:23
292:6 293:23

**[loeser - looks]**

294:1 295:1,5,18
297:19 299:4,13
300:13,23 305:1
306:3,11 308:6
309:24 311:20,22
312:7 315:12,21
318:9,19 320:20
321:5,11 322:8
324:23 325:9,11
325:14,19 326:10
327:8,11 330:20
331:3,6 335:17
337:16 339:22
340:6 341:10,25
342:5 345:2 346:1
346:9 348:13
349:1,15 350:4
351:15 352:12
353:4 354:11,19
356:5,17 358:22
359:10 360:10
361:8,16 363:6,14
363:17 367:16
369:20 370:4,10
370:20 371:1,9,14
371:25 372:15,24
373:15,23 374:9
375:6,23 376:8,12
377:7,23 378:12
379:12 380:15
381:4,16 382:10
382:17,22 383:10
383:19 384:3,21
385:4,7,16 386:7
386:22 387:5,22
388:11,20 389:13
390:11 391:11
392:7,24 393:5,21
394:2 396:6
398:10,25 400:1
401:9,17,22

402:11 406:3
407:3,14 408:14
409:8 410:20,24
411:15 412:25
413:16,25 414:11
414:25 415:13
416:3,9 419:3,23
420:8,19 421:14
422:21 423:16
424:3,24 425:6,13
425:25 426:14,22
427:20 428:16,24
429:4,14 430:2,12
430:23 431:8,19
432:13 433:3,9,14
433:19,20 434:21
436:4,19,25 437:7
437:13,19 438:2
438:12 440:4,11
440:24 441:3
442:16 444:14,18
444:20 445:6
446:5,10,17,25
447:21 448:5,17
449:10 450:13
451:23 452:9,22
453:5 454:6,14,17
454:18,21 455:8
456:2,8,25 457:10
457:14 458:4,17
459:11 460:6
461:24 462:19,25
463:22 464:11,15
465:24 466:12,23
468:24 469:17
470:17,25 471:5,9
471:18,21 472:2,8
472:12 474:9
476:11,17 478:3
479:8,20 480:13
480:20 481:24

482:3,10,17,25
483:12,22,24
484:23 488:25
489:10,24 493:1
**log** 301:23 453:20
**logged** 414:16
441:8
**login** 248:7 301:12
301:22 319:7
372:17,21,22
403:20 438:21
473:22
**logs** 486:12
**london** 208:15
209:17 219:1,5
**long** 246:23
247:16 264:9
307:2,10,11
325:17 365:18
383:17 392:2
393:6,7,8 396:16
405:6 409:8 446:3
448:6,20,22 469:6
472:9 479:21
480:14 484:1
**longer** 294:11
307:25 310:14
345:15,19 373:12
400:25 418:23
465:7 478:24
479:1,9,13 480:8
480:22 481:19
482:4 483:8
486:24 487:7
488:2
**look** 235:12
237:20 244:16
259:19 260:17,19
262:3 267:25
268:19 273:3
274:9,18 281:22

282:23 295:6,21
297:19 308:21
312:7 313:4,22
314:9,17 315:21
317:16 322:19
323:15 324:3
333:6 342:5,6
348:20 353:4
363:15 364:8
365:19 367:1
375:20 379:13,23
379:24 391:11
411:6 414:11,23
416:22 417:13
420:8 423:17
433:14 435:1
441:15 475:20
487:3
**looked** 262:16
323:6 424:23
426:11 428:6
464:7,8,9,11,15,19
470:23
**looking** 243:13
260:1,7 263:1
280:25 294:2
327:12 333:4
334:6 362:2
374:14 381:18
382:12 394:2,25
402:19,22 472:25
473:23 475:17
487:21
**looks** 244:12 266:8
274:10,13 277:5
338:23 360:22
361:6,24 364:6
396:8 402:18
406:6 410:6
416:19 485:14

**[los - mean]**

los 214:9
lose 263:14 368:19
  369:13,19,24
  370:5 371:15
  375:25 377:18
  379:21 384:23
  391:13 392:11
losing 430:12,23
loss 358:24,25
  370:12 378:1,4,10
  378:22 379:3,13
  379:24 380:7,21
  380:22 384:4,20
  385:17,19,20,21
  386:4 387:6
losses 360:5,12,23
  385:25
lost 369:14
lot 232:14 246:5
  246:15 278:15
  334:11 351:25
  471:12 474:11
love 393:3
low 387:20
lweaver 211:14

**m**

m 357:12,13 358:3
  358:6,17 434:8,8
  434:11,20
macdonell 214:18
  219:11
machine 492:9
magic 290:11
main 404:1,3,22
maintain 412:5
maintained
  477:16
maintaining
  293:10 412:2,21
major 452:6 459:3

majority 242:3
  306:14 328:15,19
  481:18
making 225:21
  263:17 292:16
  313:16 341:21
  342:13 343:14
  354:18 385:12
  423:13 430:7
  432:1 445:22
manage 305:7
managed 274:22
  328:15,19,23
  341:9
management
  364:18 427:13,19
  432:7,16 433:4,7
  434:3,5,9 462:2,2
  463:16,21
manager 250:12
  250:21,25 251:6,8
  256:4,12 261:10
  261:15,20 269:10
  270:19 331:20
  332:1,7,17 334:21
  434:25 473:3
manager's 254:21
managers 427:21
  427:25
manually 297:3
manufacturers
  477:7
map 342:12
  343:13
maps 391:18
march 450:5
  470:16 473:16
  474:14 477:4
  478:5,16 480:21
  482:3

marie 338:7,25
mark 349:22
  357:9,11 433:9,13
  433:19,21 434:17
  435:2,3,23 436:1
  439:15,19,25
  440:25 443:9
  444:11 456:6,22
  458:11 464:17,20
  470:11,24 472:20
mark's 357:13
  434:11,11
marked 217:10
  218:1 235:14
  243:2,14 244:17
  244:19 245:2
  246:6 256:20
  259:3 260:1,2
  294:2,22 327:10
  331:4,7 349:22
  350:1 361:13
  363:10,11 393:23
  393:24 410:21
  413:20 433:16
  441:1 472:5
  483:19,23,25
marketers 333:12
marketing 391:8
master 214:6
  219:24,25 290:12
  290:14,22 291:8
  295:8,16 325:16
  325:22,25 393:6
  393:13 461:14,23
  462:5,14,18 464:6
  464:10,13 468:3,8
  468:12,21 480:1
  480:25 481:3,7,23
  481:25 482:1
matches 379:22

materials 221:17
  465:10
matt 213:6 475:1
  475:16
matter 219:8
  234:6 242:21
matters 453:10
mau 372:17 373:6
  374:5,6 389:8
mbuongiorno
  213:12
md 208:4 209:4
mdl 208:3 209:3
  215:13,14,21
  216:8,9,13,14,18
  216:23,24 217:6,7
  333:4 396:19
  485:6 487:23
mean 224:18
  228:17 229:16
  266:19 269:20,23
  270:5 272:2,7,19
  273:14 275:15,18
  276:19 278:24
  280:8 292:7,21,24
  293:21 304:1
  305:17 309:13
  319:17 321:9,11
  333:21 346:6,12
  353:24 355:19,21
  358:11,19 359:3,8
  370:8 372:20
  374:18,22 376:24
  378:8 385:19
  387:24 389:2
  394:15,16,23
  402:2 406:9,22
  408:12,22 410:11
  412:8,13 413:11
  423:8 427:19
  434:4,16 435:25

**[mean - mosseri]**

441:25 449:5
461:22 462:11,23
489:22
**meaning** 240:6
353:9 355:9
**meaningful**
249:15
**means** 227:14
238:2,12,20
248:16 253:24
266:14 269:25
270:23 271:7,25
274:15 276:24
277:3 282:21
316:8 322:23
323:9,23 324:7,25
354:6,8 358:15
359:7 360:9
372:18 374:6
376:25 377:12,15
394:17,22 410:16
412:15,20,21
413:15 414:22
415:9 420:10,16
421:12 462:8,12
**meant** 224:7
266:16 267:19
269:16,18 272:20
273:24 281:21
283:10 292:21
305:21,22 309:4
309:23 310:8
316:22 324:19
353:23 359:16
361:5 382:8 405:6
406:11 408:18
413:10,10 467:19
**measure** 389:8
**mechanism**
301:10 377:1

**media** 368:3
378:17,23
**medium** 387:20
**memo** 248:12
255:24 256:13
**memorized** 420:25
453:23
**memory** 240:2
302:12
**mentioned** 292:18
326:13 359:25
379:10 438:12
**mentioning** 409:2
**merely** 310:17
**message** 263:2
391:18 394:12
396:14 487:17
**messages** 396:8
410:3
**messaging** 478:23
478:25 483:8
**messed** 360:18
**met** 257:21,25
**meta** 216:8,9
**metadata** 363:23
364:2,2
**methods** 321:15
321:20
**metrics** 374:7
**michelson** 212:18
**microsoft** 277:12
277:13,14
**middle** 297:24
380:1,3 396:24
402:17 403:25
441:7
**migrate** 427:11
**migrated** 443:22
465:23 469:16
**migrating** 447:17

**migration** 217:6
224:25 226:12
293:7 421:23
445:13 446:2
447:10 448:1,6,12
448:13,20,22
449:6 484:14
485:9 486:3,5
**mike** 327:6 433:21
**mill** 213:16
**mind** 243:6,8
257:8 259:21
271:22 273:21
309:8 327:3,5
359:18 432:13
471:10
**minimizing** 320:7
**minute** 223:22
235:11 259:16
471:16
**minutes** 309:2
325:15,20,23
438:5 467:19
471:15
**misrepresent**
250:25
**misrepresenting**
251:6 352:10
**missed** 227:2
**mistaken** 241:15
241:17,17
**misuse** 226:23
**misused** 226:22
**mixing** 429:9
**mobile** 271:17,19
307:3 311:1
313:25 314:9
317:19 318:10
319:11 333:12
364:15 366:14
369:10 424:5

459:8
**model** 216:17
236:12 237:17
307:17 433:23
435:19
**moment** 219:23
349:21
**momentarily**
350:4
**monday** 221:13,23
222:5,19 227:12
308:7 328:18
330:22 342:3
450:6,14 451:13
453:5,25
**monica** 215:20
216:7 331:10
332:16 350:6,12
350:22 351:7,19
352:24 359:7
363:2 371:23
381:1 387:23
397:7,13 398:1,13
473:14
**monthly** 372:23
373:3,6,16 374:2,9
374:12 388:16,20
389:1,14,18,23
390:7
**months** 247:5
251:19 252:21
269:11 278:5
284:19 288:22
304:10 334:10
409:25
**morning** 219:15
220:2,3 221:9
308:8
**mosseri** 215:20
216:7 331:10
332:16 350:6,22

Veritext Legal Solutions
866 299-5127

**[mosseri - northern]**

351:7 355:6 357:4
360:4,22 361:10
363:2 377:16,16
377:16 384:22
385:22 397:7,13
398:13
**mosseri's** 358:23
361:18
**motivation** 247:12
**move** 242:23
252:5 293:23
295:9 310:20
350:20 358:22
364:3 366:1
371:14 387:5
392:24 398:25
404:11 407:5,17
407:20 410:20
477:1 478:4,15
**moved** 328:3
**moving** 224:6
338:10 347:10
412:5
**msft** 277:11
**mteam** 353:13
357:6 358:13
**muffled** 371:6
415:5
**multiple** 226:1,11
359:17
**mute** 227:2
**mutual** 321:2
322:2
**mutually** 246:24
247:17
**mwv1** 350:8
**myspace** 277:16

**n**

**n** 215:1 306:14
307:1

**name** 243:16,16
326:20,23 332:10
332:11 369:10
492:20
**names** 327:3,5
439:6 473:6
**namita** 327:15
**naor** 327:15
**narrative** 250:13
**native** 416:8
**natural** 337:2
**naturally** 360:20
**nature** 223:12,16
225:14 279:14
305:4 307:22
351:20 359:19
**nearly** 247:5,5
**necessarily** 224:15
297:13 333:21
353:24 384:14
385:12 421:19
423:14 429:25
435:25 437:5
**necessary** 342:18
396:23 493:14
494:3
**need** 225:17 232:2
246:21,22 247:14
265:4 273:7 279:2
281:24 286:3
295:6 296:22
310:18 329:24
333:22 342:11
351:3 358:25
393:8 407:1
410:12 421:11,22
422:7 435:12
488:9,13 489:1,16
**needed** 225:1
320:8 330:1
343:16 407:9

**needing** 236:10
**needs** 294:11
310:24 437:5
471:15
**negative** 268:3
473:21 474:8
475:2
**neither** 293:2
329:10 492:16
**neko** 369:7,9,10
369:14,18 370:13
**network** 367:25
378:17,24
**nevada** 208:22
**never** 241:18
445:6
**new** 222:3 248:8
304:18 305:8,11
306:18,20 315:15
320:16 322:1
328:4 329:24
330:7,18 333:12
333:21 334:17
335:1,22,25
336:10,21,24
337:7 338:6,17
342:8,10,17,20
343:1,9 349:21,23
354:23 361:12
372:1 373:24
381:7 382:13
391:13 392:12,24
393:22 400:16,22
401:1,12,25 403:9
404:15 406:18,19
409:23 418:24
425:15 426:4
433:15 436:6
438:21 446:17
447:4,8 448:8
449:4 450:25

465:5 471:5 486:6
**news** 222:16
252:14 439:22
**newsfeed** 253:4,15
258:24 273:22,25
274:6 282:3 284:8
312:18 313:12,23
314:18 315:15
317:3 318:25
375:5,18,20
415:16
**nine** 247:5 251:18
269:11 270:19
277:5,7 278:5
281:20 284:19
288:22 316:9
336:1
**nod** 246:9,11
**non** 263:5 266:12
273:25 312:23
313:13 315:22
317:9,17 319:9,12
320:13,22 321:6,9
333:11 364:14
366:12,18,20,24
367:4 399:6
414:14 420:20
**nondevice** 344:20
**nongames** 367:11
367:15,17 379:5
**nonintegration**
344:21
**nonstandard**
346:16 456:11
457:2,18 458:23
459:20 460:19
**nope** 221:20
**normally** 439:17
**northern** 208:2
209:2

**[notating - objection]**

**notating** 493:15
494:4
**note** 249:2 252:9
257:15 281:23
303:24 362:3
387:12 407:15,16
409:1 410:18
413:17 484:4
**noted** 259:10
331:1 342:4 454:5
468:8 490:6
**notes** 221:12,14,18
235:12,13,15,19
235:20 236:4
237:21 240:23
349:16 361:20
362:1,5,6 387:11
398:13 403:6
417:19 491:4
**notice** 266:19
330:25 421:2,9,10
421:11,21
**noticed** 328:3
475:6
**noticing** 219:14
220:12
**notified** 306:13
**noting** 407:16
**notion** 308:15
**nov** 337:19
**november** 337:18
338:16 347:8
**number** 215:9
216:2 217:2,11
218:2 221:24
223:5,23 224:24
226:10 227:22
228:9 238:6 245:4
261:2 263:19
265:23 267:1
268:12 273:1

289:11 292:9
297:2 299:20
300:25 301:5
302:5,13 305:5
306:19 315:24
318:16 321:1
327:13 329:19,20
329:24,25 330:17
334:15 346:14
349:23 384:13
386:6 388:16,24
391:16 396:19
402:14 424:25
425:3,16 426:5,12
427:1,9 428:11,12
429:11,21 433:7
456:18 466:5
472:16,21 474:12
484:4 487:21
493:15 494:4
**numbering** 244:24
**numbers** 244:20
275:2 381:3,19,23
381:24 382:9
385:18 386:6,8
417:10

**o**

**o'neil** 327:16
411:1 413:19
428:4 433:21
439:8,9 463:23
464:16 473:6,14
477:2 478:6 484:9
485:8
**o'neil's** 434:21
435:2
**o0o** 219:3 490:10
**oakland** 211:11
**oath** 220:11 221:2
492:8

**object** 227:4 265:6
265:13 267:9
268:7 291:7 292:2
309:10 312:2
317:23 318:13
325:3 345:21
402:6
**objected** 457:11
457:12 461:9
**objection** 220:10
220:14,15 229:11
240:8 251:4,12
253:9 254:9,19
255:7 257:23
258:6,9,10 262:20
264:1 269:7 270:7
270:16,25 271:9
272:1,9,24 273:17
276:13 277:1
278:2,23 279:9,21
280:6,21 281:9
282:14 283:7,20
284:10 285:5,22
286:11,22 287:11
287:18,24 288:12
289:6,21 290:4,8,9
293:16 297:15
298:21 299:10
300:7,19 304:20
305:19 306:7
307:8 311:17
315:7,17 320:14
320:24 321:7,24
324:15 335:3
337:9 339:13
340:1 341:5
344:13,16 346:4
348:6,17 351:11
352:8,21 354:4,15
355:16 356:10
358:14 359:5

360:7 361:3
367:13 369:16
370:1,7,15,23
371:7,21 372:5,19
373:5,17 374:3,20
375:8 376:2,10,23
377:20 378:7
379:7 380:9,24
381:11 382:6,16
382:23 383:24
384:7,25 386:2,11
386:25 387:15
388:4,18 389:4
390:10 391:2,23
392:13 395:24
398:4,21 399:24
401:2,14 405:24
406:20 407:10
408:9,20 411:12
412:10 414:8,19
415:21 416:6
419:15,18 420:5
420:11,22 422:17
423:6,24,25 424:1
424:18 425:2,9,21
426:10,18 427:17
428:10,19 429:1,7
429:19 430:6,17
431:2,12 432:22
433:5,11 434:15
435:21 436:17,22
437:2,10,15
439:24 442:13
444:8 445:1 446:1
446:7,13,21
447:14,23 448:10
449:2 450:10
451:18 452:1,18
453:1 454:4,11
455:1,24 456:5,15
457:6,21,24 458:6

[objection - orient]

459:1,23 461:6
463:17 465:17
466:4,18 468:2,6
469:11 470:9,22
471:2 474:5 476:3
476:13 477:23
479:4,16 480:24
482:13,21 484:22
488:20 489:6
**objections**  272:17
**obtain**  230:22
232:7 236:10
238:17 330:23
401:13 402:1
**obtained**  231:23
232:19 233:2,4
**obvious**  277:16
297:13
**obviously**  227:13
342:25
**occur**  257:3
297:14 359:12
435:20 441:24
**occurred**  225:15
306:23 436:5
**occurring**  421:16
**occurs**  391:21
**oct**  241:3 327:20
**october**  241:12
327:24 338:15
347:10
**offer**  428:14
437:21
**offered**  345:6
**office**  493:11
**officer**  220:10
**offline**  331:2
**og**  375:25 376:1,3
376:8 377:12
**oh**  355:23 382:23
393:14 416:8

429:4
**ok**  294:13
**okay**  219:4 222:2
222:15,17 223:13
224:17 225:2,22
226:5 227:24
230:11 231:11,20
233:1 234:9
236:19 237:4
238:2 239:11
242:17,22 243:11
243:19,20,22,23
244:15 245:3,14
245:20 246:14
247:9 248:4,11
251:20 252:5
255:1,23 256:19
259:2 260:11,22
260:25 261:1,11
261:17 262:2,16
263:1,22 264:7,11
266:8 267:4,21
268:18 270:13
274:18 275:15
276:7 278:13
280:12,18 281:4
281:14 282:23
284:25 285:17
286:5 288:5
289:17 290:16
293:23 294:17,21
295:13,18 298:13
299:4 300:4,23
302:17 303:22
306:24 308:21
317:16 323:15
324:3 325:9 326:5
327:8 329:1,15
332:13 333:2,15
334:3,16 337:24
339:10 342:5

343:20 345:17
348:4 349:1,15
351:15 352:12,23
356:17 357:20
360:3,10,22
361:24 363:7,22
364:24 365:9,19
366:6,16 368:20
369:9,22 370:20
374:14 375:23
377:7 378:12,21
379:3,12 380:15
381:16 385:10,16
388:11 390:19
393:15,16,21
396:6,13,16,21
397:6 402:21
403:4,18 405:11
407:14,23 410:2
410:20 411:15
412:25 414:25
416:3,21 417:19
417:23 418:20
419:23 421:14
422:1,13,21 423:2
423:16 424:24
427:13 428:24
430:2 436:4 438:7
440:8,9,14 442:5
442:22 443:2,16
445:23 446:17,25
447:12 463:6
468:21 470:1
471:10,11,22
472:15,24,25
473:5 474:19,25
478:3 479:8
481:23 482:25
483:22 485:3
486:8 488:9

**once**  232:1 249:17
445:3 485:23
**ones**  222:3 258:14
263:15,25 299:8
412:2,9 413:1,3
438:4 453:11
**online**  264:17
**open**  310:21 376:4
**operates**  462:25
**operating**  271:19
459:9
**operational**
450:21,22
**operations**  394:21
394:24 395:21
425:18 426:7
**operative**  222:24
446:18 447:4,9
448:25 449:4
**opinion**  251:7
412:19 435:11
**opinions**  269:10
323:12 344:2
**opportune**  325:13
**opportunity**  445:7
**ops**  216:12 394:4
394:14,17,17,20
403:19
**opt**  237:12
**option**  478:22
483:6
**options**  304:16
**order**  230:7,20
231:7,25 305:16
335:24 342:23
435:13 466:8
**oregon**  208:22
**organization**
324:12 388:8
**orient**  260:22

Veritext Legal Solutions
866 299-5127

**[original - partners]**

original  225:10
  236:12 264:23
  340:18 477:15
  492:13 493:10,21
os's  307:3
outcome  339:7
outcomes  373:13
outlined  282:7
  283:2,5
outputting  339:8
outside  306:9
  345:23 477:8
overruled  291:8
  468:9

**p**

p  306:13
p.m.  209:18 219:2
  219:5 260:12,15
  326:6,9 393:17,20
  438:8,11 471:23
  472:1 490:5,6
p3  259:9 262:11
  263:4
p3.0  294:5 297:20
package  334:14
  348:1
page  213:16 215:3
  215:9 216:2 217:2
  217:11 218:2
  235:21 240:24
  248:12 252:6
  261:2 279:23
  281:3,11 282:10
  295:21 296:8
  333:3,3 337:25
  347:7,9 362:1,10
  363:15 364:8,18
  364:24 366:16
  367:5 368:14
  377:24 380:1,3
  385:16,18 396:24

399:25 402:18,20
  402:21 403:25
  404:10 405:8,19
  406:2 414:12
  441:6 477:18,21
  477:24,25 478:2
  483:4,11 485:4,5,7
  487:12,19,21
  493:15 494:4
  495:4,7,10,13,16
  495:19
pages  208:25
  259:1,15 396:18
  402:14 484:5,6
  493:14,17,17
  494:3,6,6
paid  382:12
  383:21
painful  246:19
pair  302:2
pairs  297:2
palo  213:17
paragraph  246:2
  248:2,3,25 249:4
  274:19 328:1
  441:7 474:25
  475:15
parallel  263:8
parenthetical
  489:4
parlance  394:18
parse  263:9
part  230:3 239:1
  242:6 247:10
  285:10 299:25
  305:9 306:1
  326:25 328:13,14
  332:3,5 351:8,16
  391:8 397:10
  399:11 443:22
  477:14

parti  312:4
participate  249:17
  373:2,12
participation
  412:17
particular  237:16
  238:18 277:17
  333:17 341:12
  356:7 360:25
  391:21 419:21
  440:17
parties  210:2
  211:2 212:2 213:2
  214:2 220:6
  228:14 233:11,24
  318:22
partly  473:22
partner  234:23
  261:10,20 262:14
  263:21 269:6,10
  270:19,24 272:7
  282:5,25 284:1
  288:9 292:15
  312:9 323:14
  331:20,23 332:1,5
  332:7,17 334:21
  347:5 386:15
  390:8 399:19
  411:18 413:5,6,12
  415:17 416:24
  417:20 421:9,21
  422:15 459:20
  467:3
partners  222:21
  222:22 223:9
  224:10 227:20,25
  228:5,6,9 229:2,7
  229:22,24 230:13
  231:21,21,23
  232:7,19 233:2
  234:12 241:5,14

241:20,23 263:4
  263:14,24 264:20
  265:21 266:5,6,11
  268:2 271:8
  272:15 277:18,23
  278:17 281:6
  283:14,18 284:7
  285:19 286:7,19
  287:9,15 292:1
  308:9 314:9 315:4
  318:5,15 322:21
  322:23 323:1,5,9
  323:18,24 324:2,5
  324:8,10,11,14,19
  325:1,7 326:12
  341:17 342:11,18
  342:24 343:7
  344:8,12,21,21,24
  345:3,4,11,11,14
  345:18,23 346:1,2
  346:10,24 347:1,5
  354:22 355:14
  358:25 359:4,8
  381:6,9,20 382:12
  382:14 383:2,12
  384:5 385:24
  386:10 387:11,14
  389:15 390:20
  398:20 399:5,21
  400:4,10,12,15,21
  400:24 401:10,12
  401:23,25 415:20
  425:1,7 426:24
  427:14 428:7
  429:5,17 430:3,15
  431:1,11,22 432:8
  432:18 433:2
  449:21 455:22
  456:10,20 457:2
  457:17 458:2,16
  458:22 460:18

**[partners - permissions]**

461:3 463:7,12,13
464:1,5 465:3,11
465:14,25 466:6
466:21 467:3,23
467:24 468:11
469:2,8,13 470:2
474:12

**partnership**
326:15 332:9
354:14 383:16
394:14 397:15
398:2,15,19
406:18 412:4
463:11

**partnerships**
216:12 261:16,21
263:9,19 265:22
283:22 288:2
310:4 323:11,12
323:13 324:1,10
324:17,21 331:21
332:2,8,12 333:11
394:4,16,17
403:19 416:23
418:2,2 467:1,9,11

**party** 234:1 252:4
318:17 436:20,24
492:18

**pass** 288:24

**passed** 294:12

**path** 277:15
360:16

**pdf** 493:12 494:1

**peace** 473:8,10,13
473:19 477:3,3
478:4 482:11,18
484:8 485:8,13
487:14 489:13

**pegged** 437:5

**penalty** 220:20
491:2 493:16

494:5

**people** 235:6
238:13 239:6
242:20 252:2
261:2 263:19
264:2 265:24
274:2 278:5
281:21 283:10,22
286:6,13 288:19
289:9,9 292:9
305:5 313:20
321:2,4 326:25
327:2,13 335:9,13
336:9,15 341:15
349:6,10 357:16
357:17,20 358:1
359:24 389:11
392:18 393:13
394:19 401:7
412:14 414:16
428:5,6 429:13,21
432:3,6 434:19
437:8 442:23
443:19 455:6
462:3 463:10,15
463:23,25 465:18
467:1 470:15
475:11 478:1

**percent** 238:18
239:7,10 358:10
360:19 364:19
394:9 395:8
406:21

**percentage** 239:6
275:3

**perfectly** 261:7

**perform** 320:8

**period** 307:23
308:5 310:14
327:6 344:4
389:16 390:11,21

402:3 420:17
421:10,10,22
446:3 448:2,6,12
448:13,20,22
460:25 486:24
487:8 493:18
494:7

**periods** 266:20

**perjury** 220:20
491:2 493:17
494:6

**perm** 399:16

**permi** 233:16

**permission** 231:4
231:8,8 234:2
236:21 237:7,9,17
237:22 238:17
239:6,13,19,20,22
239:23 240:5
252:12,25 253:1,2
253:22,25 254:2,4
254:5,7 255:5,13
255:21 256:3,8,11
256:25 257:16,19
258:20 282:4
286:20 287:17
301:11,15 302:2
312:20,22 330:5
345:20

**permissions**
216:22 222:23
223:4,6,9 224:11
224:13,15 227:16
227:17 230:14,15
230:20,21 231:1
231:24 232:1,16
232:20,24 233:2,4
233:5,9,12,14,16
233:18,19,20,22
234:12 235:3,4,10
236:1,5,7,8,11,19

236:24 237:6,13
237:15,23 238:4,5
238:7,12,15 239:4
239:9 240:17
248:9,22 249:24
250:4 251:18,24
252:1,7 253:16,20
262:19 263:15
272:16 274:23
275:9,17,19
276:12 277:25
283:15 284:8
285:20 286:8
287:10 288:11
289:5 290:3 291:6
291:16 292:1,14
293:15 299:1
300:1,16,21,24
301:1,5,24 302:3
302:15 308:10
313:1,2 315:24
318:12 319:2
321:14,19 322:6
334:7 340:13
343:9 345:5
346:11 372:4
399:22 408:8
414:14 425:8
426:17,20 427:8
429:6,18 430:4,13
430:24 432:9,19
443:15 445:5,12
445:15 446:23
448:15 449:8,24
450:3,8 451:13
452:2 455:4,14,19
464:2 466:14
470:14 472:11
474:17,23 478:24
479:1,7,10,14,18
480:9,22 481:19

**[permissions - pmds]**

482:5,9 483:9
**permissions.xlsx.**
259:11
**perms** 329:5
**persistent** 475:11
**person** 267:21,23
312:4 316:25
323:3,10 348:10
352:2 371:1 410:9
418:18 419:21,23
473:8
**personal** 227:8
239:17,24 240:14
249:13 250:6,18
251:16,22 252:16
253:7,12 255:17
268:10 273:20
276:4 285:8 287:1
296:23,25 297:10
298:24 301:8
303:18 304:2
308:3 309:15
310:1 329:22
333:25 336:2
339:18 342:21
344:18 355:23
356:22 358:8
372:8 374:25
406:23 408:23
420:15 437:23
**personally** 235:15
235:19 320:18
321:3 322:4
**persons** 335:24
484:18
**perspective** 268:5
268:9,10 270:5
387:17 388:6
435:9
**pertain** 335:5,15

**pertained** 348:21
**pertaining** 379:4
**pertains** 492:12
**phase** 298:4,15
299:20
**phases** 299:14
**philosophy** 249:9
**phone** 477:6
**phones** 459:8
**photos** 258:2,15
258:25
**phrase** 231:11
234:19 272:20
309:12 408:15
429:3 440:22
**phrased** 240:5
**phuntso** 213:14
219:21
**physical** 404:12
407:5,17
**piece** 334:22
351:19 363:4
**pinterest** 277:15
**place** 237:17
328:18 409:4
435:14 448:2
492:5
**places** 325:1
**plaintiffs** 209:16
210:4 211:4
**plan** 328:24 412:5
421:3
**planned** 459:10
460:25
**planning** 250:22
267:14 285:3
294:6 295:22
298:4,15 299:14
299:20 305:2,10
393:11

**plans** 432:25
456:21 458:1,15
466:20 467:2,9
**platform** 216:17
225:11 233:17
234:6,8 235:21
243:25 244:8,12
245:18,23,24
246:17 247:3
248:7,17 253:19
261:21 262:18
266:24 267:7
268:6 273:23
274:4 285:4 288:3
294:19 295:22
296:15 298:7
299:25 302:24
304:18,24 305:3
305:11 306:18,20
310:3 315:16
320:5,12 324:10
326:14,15,16,17
326:19,21,21,22
328:22 329:1,8,10
329:14,15 330:11
330:16 331:20
332:2,8,11,22,24
333:5 334:8,9,19
338:1 340:14
343:1,4,9,17,23
344:1 345:1,9
346:15 347:11,25
351:9,17 354:23
356:1,9 359:13
361:2 372:2,12
373:1,2,3,13,25
375:1,14 381:8
382:13,15 383:4
384:6,12 389:10
389:12 391:5,13
392:12,22 395:11

399:6,6 400:17,23
401:1,12,25 403:9
404:15 406:19
409:14,18 418:24
420:20 421:18
423:19 425:12,15
425:17 426:5,6
430:8 431:3,6
432:1 433:23
434:25 435:19,20
436:6,6,10 438:18
443:11 446:18
447:4,9 448:9,12
448:25 449:3,4
450:24 456:11,24
457:2,18 458:23
459:4,6,20 460:3
460:19 463:10
465:5 466:11
467:1 470:12
473:4 486:6
**platforms** 476:20
478:11
**play** 440:6
**played** 456:2
**playing** 440:10
**please** 219:13,14
220:13,17 289:20
289:21 290:7
295:3 327:19
397:20,22 401:16
410:16 432:12
442:15 444:15
447:3,13 454:15
460:15 467:21
480:4,18 485:22
**plus** 275:12 303:9
**pmd's** 364:15
366:13
**pmds** 364:17,18

[poc's - private]

poc's   397:15
pocs   397:16
point   228:18 256:7
  304:15 307:15,19
  362:22 402:5
  403:15 415:19
  417:14 419:8
  481:18
points   274:25
  397:17,18 398:15
  399:19 486:25
  488:3
policies   303:24
  305:15,17,18
  306:5,5 390:16
policy   306:10
popping   259:21
portion   337:24
  440:5 456:3
posed   371:20
posing   258:13
position   227:6
  247:9 253:11
  261:6 413:14
  419:20 422:19
  434:22
positions   354:14
possible   228:10
  240:19 305:25
  325:5 344:1
  386:13 422:9,11
  422:14 460:3
post   242:8,13
  396:25 397:1,2,4,6
  397:11,14 398:12
  398:14,24 399:1
  399:12 400:2
  402:17 404:9
  406:4,5 407:25
  408:5 409:12
  410:2,6 450:14

posted   455:7
posts   253:14,15
  258:2,17,18,19,21
  258:24 453:12
  477:25 478:2
potential   250:13
  262:22 263:20
  268:2 303:20
  348:22 370:17
  384:19 385:25
potentially   234:3
  238:10 265:14,15
  268:16 286:15
  310:12 341:7
  344:19 365:8
  368:24 387:2
power   249:15
powerful   252:15
  253:6
powering   471:10
powerpoint
  215:16 216:4
  371:2
pr   268:2
pre   303:23 305:24
  333:12 335:20,21
  335:25 336:10,13
preapprove
  333:18 334:17
  335:1
precise   225:14
  267:2 279:14
  346:7
precisely   283:9
prep   437:12,14
preparation
  240:11 285:10
  295:22 305:2,10
  403:14 437:8,17
prepare   330:15
  336:8 341:11

349:3 360:1
386:18
prepared   235:14
  239:15 240:9
  247:5 249:5 271:5
  271:23 272:2
  283:17,21 295:20
  305:9 315:1 342:2
  350:16 373:19,25
  380:13,14 381:1
  381:14 403:16
  416:5 486:10
preparing   250:22
  295:25 296:2,4
  303:7
present   214:15
  303:15,25 402:5
  437:8
presentation
  215:16 249:4
  363:9 365:4,10
  366:17 367:3
  368:21 378:6
  413:17 414:7
  416:11 423:17
  437:18,20,20
  440:15 441:15
presented   282:12
  422:4
presenting   437:23
presents   486:9
press   268:3 371:23
  372:1,2 475:11
pretty   282:11
  295:11 299:16
  473:21
prevent   248:18
previous   318:2
  335:8 379:11,22
  392:17 417:25
  421:20 488:22

previously   217:10
  218:1 229:10
  232:20,24 235:2
  241:6,14,20,24
  243:2,14 244:17
  256:20 259:3
  285:23 289:8,16
  294:2,22 308:16
  318:15 326:10
  327:9 328:6 331:4
  331:7 339:23,23
  386:14 410:21
  413:20 441:1
prior   228:6 229:3
  237:5,13 245:22
  389:21 416:4,15
  492:7
priv   217:5 484:14
privacy   219:9
  226:15,16 236:25
private   227:20,23
  227:24 228:3,7,11
  228:16 229:4,8,10
  229:20,25 230:6
  230:10,23 231:1
  231:13,22 232:9
  232:21 233:2
  234:19,21,22
  296:13 318:16,19
  318:21 345:5
  346:2,11 347:2,6
  366:8 400:3,4,10
  400:11,16,22
  401:11,24 402:9
  411:22 412:2,9,24
  413:1,3 418:6
  420:3 421:24,25
  422:1 423:20
  424:4,7,10 427:2,3
  469:2,8

[privatization - put]

**privatization**
300:22 464:23
465:1,6
**privatizations**
435:5
**privatized** 299:1,3
299:9 300:2,4,9
**probably** 267:21
271:21 296:8
379:9 383:25
453:10
**problem** 226:24
471:18
**procedure** 493:19
493:20
**proceeded** 322:12
**proceedings** 492:4
492:7,8,14
**process** 241:25
242:1,3,4,6 246:20
247:13 265:19
326:1 334:8
336:22,24 337:8
338:6,8,18 339:1
339:11,11,16,24
340:3 341:9 342:3
344:9,25 346:25
354:9 400:6,13,15
400:19,21 401:4,5
445:14 446:23
447:10,17,18,18
449:6
**produced** 335:14
364:1 371:12
415:24
**producing** 313:19
**product** 250:12,21
250:24 251:6
254:21 256:4,12
326:17,25 336:22
336:24 337:8

338:18 342:9
374:13 395:18
414:2 417:2
434:24
**product's** 251:8
**production** 308:1
**products** 374:12
377:8 389:8
**professional**
209:21 317:13,13
317:14
**profile** 208:4
209:4 219:9 493:4
495:1
**program** 314:10
318:5 329:11
**progress** 338:9
423:13
**project** 334:4
352:4
**prompt** 249:16
**prompted** 241:7
**properly** 234:19
**proposal** 307:21
**proposals** 299:24
300:1 365:8
**propose** 303:10
**proposed** 250:14
265:25 266:23
267:1,11 272:14
278:1 283:24,25
284:22 288:24
298:8,25 299:2
334:1 365:7
372:10 385:21
**proposing** 303:19
307:17 334:21
**propositions**
392:22
**protected** 431:10
431:21

**protocol** 340:7,10
340:23 341:1,21
**provide** 254:6,12
255:5 258:2 289:4
290:2 291:5,15
309:7 320:7 321:5
338:21 391:6
452:24 476:19
478:10
**provided** 221:12
222:4 229:8,25
234:11 235:13
247:22 274:6
307:5 315:14
337:20 350:17
361:20 421:16
459:9 493:19
494:8
**provides** 264:19
**providing** 227:15
246:20 247:14,19
251:21 308:15
423:18 460:5
**proxy** 249:12
250:6,17
**ps12** 347:21 349:5
**ps12n** 215:11
347:14,22,25
348:5,15,22 350:7
350:23 351:9
353:11 355:15
399:16,23 403:20
411:4 414:2
**pub** 299:21
**public** 297:25
298:1 300:14,15
304:5 342:8,12,19
342:24 344:25
345:8 346:16
399:15 424:10,12
425:11 432:23

443:23 445:3
455:14 456:22,23
460:3 465:7,22
466:10 467:6
469:15 470:12
**publicly** 222:23
227:15 228:1
230:5,16,19,19
231:5,6,23,25
232:1,20,24
234:11 235:4
242:13 255:14
256:8 257:5
268:16 299:6
343:8 345:19
415:17 425:8
426:15,25 427:7
427:15 428:8,8
430:4 438:22
443:11 475:23
476:1,12
**pull** 274:22 276:5
333:9
**pulled** 301:7 302:8
381:2
**pulling** 263:7
417:8
**purdy** 243:24
327:6 433:22
**purpose** 221:18
225:22,24 267:2
380:4 408:7
**purposes** 397:4
**push** 475:2
**put** 243:1 244:15
264:3 274:21
275:7,23 276:1
283:23 285:24
288:19 311:9
327:9 362:7 363:7
399:20 404:14

**[put - realign]**

416:15 429:21
435:13 472:4
479:11 487:14
**putting**  336:21,23
337:7 338:17
**pwangdra**  213:19

**q**

**q4**  379:25 380:2,8
382:1 383:22
**qualified**  253:11
481:21
**quarter**  382:1
383:7 385:15
**query**  302:19
**question**  223:12
223:14,15 228:20
228:22 229:14
230:3 232:10
234:25 235:1
240:13,23 254:11
258:12 265:17
269:19 270:9,21
272:23 273:19
279:18 286:24,25
287:4 289:18,19
289:23 290:6,8,15
290:17,24 291:1,9
291:11 292:22,25
298:13 299:16,18
299:19 310:23
311:5,6,19,23
312:10,12 316:11
316:17,19 330:10
330:18,22 335:11
337:6,11 340:19
341:3,24 342:1
346:8 348:14,16
348:23 349:8
352:10 358:20
369:24 370:2,4,19
370:21,25 372:16

373:22 375:11,24
377:8,17 381:17
382:21 383:18,20
385:3,5 386:23,23
387:2 389:21
390:2,5,18 391:1
392:4 398:9
401:16 410:9,15
410:18 419:7,10
424:2 426:1
430:22 431:17
432:12,14,16
434:19 442:15
444:13,15,19
446:6,10 447:1,2
447:12,22,25
448:18,19,21
452:23,25 454:13
454:19 455:9
458:5,9 459:12,13
459:14,16,17
460:7,10,13,15
461:1,10,12,13,15
461:16,18 462:6,7
464:8 467:13,14
467:16,21 468:4,7
468:10,14,18
469:5,24,25 476:7
479:22,23,24
480:2,3,6,17,20
481:4,8,9,11,12
**questions**  221:10
222:20,25 232:14
259:17 278:25
310:22 369:5,12
371:19 378:15
386:18 397:11,22
440:7 475:12
484:2
**quick**  471:17

**quickly**  366:1
480:15
**quinn**  327:14
**quip**  395:1
**quite**  360:2 469:6
484:1
**quote**  223:22
238:8,11 456:11

**r**

**r**  495:3,3
**r&s**  494:1,9
**raise**  220:17
475:12
**raised**  227:10
**ramp**  347:13
348:10
**range**  270:11
429:11
**rate**  226:12 237:24
239:5,9,19,22
240:6
**rating**  380:7
**rblume**  212:13
**rcp**  424:5
**reach**  397:22
**react**  263:20
307:24
**read**  223:19 235:5
237:25 238:1
241:1 242:20
246:2 247:10
248:3,25 252:6,9
252:11,22,23,24
253:1,2,4,20,21,25
254:7,23,24 255:5
256:3,24 257:8,13
258:3,22 267:8
268:21,25 269:1,4
279:24 281:3
282:10 283:8
289:18,22 290:19

290:24,25 291:10
292:10,10 302:6
303:12,13 312:19
312:22 313:23
328:1 329:5,6,7
330:5 333:7
336:19 338:5
351:5,6,14 353:14
353:15 357:9
360:11,17 362:14
363:19 365:15,23
367:3,6,9 368:16
378:9 382:4
394:12 396:7,22
397:10 398:11,18
399:11 401:17,20
404:8,20 411:23
415:16,19 419:7
422:18 426:1,17
432:15 435:25
444:14 448:19
454:14,19 459:14
460:13,15 475:21
478:17 479:23
480:3,5 484:5
487:4 488:4 491:2
**reading**  246:7,13
248:1 249:4 252:8
252:10 254:21
276:22 289:10
302:11,12 370:9
381:25 382:8
383:1 386:3,3
394:9 404:2
406:24 423:11
432:13 469:21
493:23 494:9
**reagan**  477:2
478:6
**realign**  435:12

Veritext Legal Solutions
866 299-5127

[really - refers]

**really** 298:14
330:20 344:7
390:4 444:1
469:24 471:14
**reason** 222:20
226:16 235:9
250:25 295:7
375:19 422:11,14
437:13 495:6,9,12
495:15,18,21
**reasonable** 224:5
228:2 337:4
350:18 353:2
359:15 411:13
434:17
**reasons** 223:8
224:12 232:6,15
234:10,22 235:2
247:2,8 250:3
289:14,14 292:18
293:2 308:8,16,20
310:17 384:13
476:22
**rebecca** 208:21
209:20 325:19,22
432:13 444:15
480:13 492:1,24
**recall** 222:19,25
223:2,3,11,12,13
223:15 224:4
227:8,19,21
238:10 239:18,25
240:15,18,21
257:10 265:18,23
266:4,6 276:1
284:12 287:2,19
295:25 296:2
302:10 304:6
305:21 306:1
309:21 310:10
311:6 313:20

316:7 317:1
331:19,24 332:11
334:23 335:14,16
335:20 336:1,2,7
336:25 339:3,6,7
340:9,25 342:21
343:24 344:23
347:18,19 349:6
351:20 353:23
361:22 400:14,18
401:6 405:6
408:24 417:6,23
418:3 440:23
**recalled** 257:11
**receive** 272:16
**received** 278:21
385:23 435:23
**receives** 383:11
**recess** 260:13
326:7 393:18
438:9 471:24
**recipients** 434:2
472:17 473:5
484:23
**recognized** 267:5
422:7
**recollection** 235:1
235:7 239:17
261:25 276:4,8
296:25 297:11
301:10,13 303:19
304:3,12 307:20
308:3 309:16
329:21 336:17
337:15 341:8,15
341:17
**recollections**
349:11
**recommendation**
275:2 277:19
288:7,8 313:10,18

313:21 314:3,6,12
314:16,20,22,24
317:19,22,25
318:1 319:23
322:11 337:15
**recommendations**
264:19 313:17
320:18 354:21
**recommended**
279:6,20
**record** 219:5
220:9 230:12
234:10 237:4
243:10 245:21
246:3,7 249:1
252:25 259:6
260:10,12,15
289:22 290:25
291:10 326:3,4,6,9
346:23 347:22
360:11 362:3,15
363:19,24 365:15
365:23 368:16
393:14,17,20
397:10 404:9
407:13 413:22
421:3 425:14
426:4 432:15
438:6,8,11 444:17
468:9 471:23
472:1 480:5 484:4
490:3,4 492:8,11
**record's** 232:13
**recording** 441:15
**recreate** 480:15
**redactions** 484:6
**reduce** 452:4
**reducing** 452:7
**refer** 235:25
267:15 282:16
285:25 300:9

316:6 344:11
357:11,12 394:8
394:10 397:17
406:15 414:18
424:6 426:12
428:20
**reference** 247:19
280:23 305:24
312:19 313:1
359:10 411:9
448:20 486:5
**referenced** 355:2
493:6
**references** 265:7
342:20 413:4
**referred** 281:15
320:11,22 331:23
354:13,23 413:1,2
424:25 428:17,22
428:23,25
**referring** 231:13
231:15 235:16
255:9 264:25
273:9,13 278:8
281:16,17,18
282:12 300:10
321:13 334:13
344:25 377:5,10
389:7 402:25
405:16 408:5,11
408:13,25 429:3
434:8 443:10
453:9 456:23
**refers** 231:17
233:8 242:9
244:13 245:24
247:21 248:6
262:12,14 268:5
275:7 280:25
282:18,20 285:18
286:1 302:11,12

Page 42

**[refers - responsibilities]**

312:21 328:7
329:10 347:5,25
348:1 357:13
360:6 364:18
376:4,5 381:22
389:9 417:24
424:8 464:23
**reflect**  269:13
485:20
**reflected**  459:3
**regan**  212:7
219:22
**regard**  313:9
322:13 359:12
369:25 371:20
375:24 387:14
389:2 391:21
392:10 420:19
440:16 486:2
**regarding**  294:18
332:22 354:21
397:14 398:14
**registered**  209:21
**regular**  332:21
345:6
**relate**  370:13
**related**  367:7
369:24 370:5
374:9 383:3
392:15
**relates**  208:6
209:6 265:2
**relating**  370:4
372:3 374:1 380:7
**relationship**
353:13 354:12,25
355:3 357:6,8
358:12,16 421:21
435:12
**relationships**
293:10 311:2

430:14,25 431:10
431:21 459:7
**relative**  270:18,18
492:17
**relatively**  225:16
297:2 390:14
421:4,4
**released**  493:21
**releasing**  252:18
**rely**  412:24
**relying**  337:14
**remain**  254:23,25
**remained**  255:13
256:8
**remember**  302:7
304:7 344:2
361:19 384:11
385:9 408:12
423:11
**remind**  250:9
390:1 450:11
**remote**  220:11
**remotely**  208:14
209:18 492:5
**remove**  241:19,19
257:18 282:5,25
297:17 313:11
372:17,21,22
**removed**  231:6
241:4,13,23
242:11 257:16
426:19 445:13
448:15 450:4
451:11 455:13
**removing**  249:7
249:23 252:21
273:7 356:3
414:13
**repeat**  232:4,10
430:21 431:17
432:12 447:2

454:12,13
**replacement**
318:17 319:4
466:9
**replica**  313:25
317:19 318:10
319:11
**replicate**  318:22
**replying**  482:23
**report**  422:23
482:11
**reported**  208:14
208:20 209:19
422:25
**reporter**  209:20
209:21,22 219:12
220:8,16,19
246:10,11 249:2
251:2 289:18
290:18 325:24
350:2 361:14
363:12 371:5
393:25 415:4
433:17 444:16
454:16,20 472:6
478:9 483:20
492:2
**represent**  361:16
419:19 422:19
431:23 441:3
**representation**
247:8
**representative**
208:13 219:21,25
271:6 323:11
408:23 416:1
**representing**
462:15
**represents**  225:6
251:7 286:12
302:4 305:12

**reputational**  356:1
356:18
**request**  235:10
236:21 237:19
238:4 252:13
254:4,4 256:10
274:22 275:9
483:14
**requested**  237:22
238:13 239:4,14
239:22 248:10
302:14 339:21
492:15 494:1,9,10
**requesting**  231:8
275:19 300:25
301:5,15 315:24
**requests**  327:18
**require**  248:18
312:9 314:25
367:18 373:10
392:1
**required**  228:16
237:18 238:4
378:16
**requirement**
236:20 237:14
407:1
**requirements**
306:20
**requiring**  236:25
422:16
**resonate**  336:14
**respect**  234:21
**respond**  489:20
**responding**  482:18
**response**  239:15
353:11 355:14
361:19 478:7
**responsibilities**
463:4

[responsible - rob]

**responsible**
397:19 398:16
463:7,11
**rest** 322:5 390:2
**restate** 444:18
447:25
**restaurant** 376:21
**result** 288:22
329:18 356:8
357:1 372:23
386:1
**resulted** 237:23
348:2
**resulting** 355:13
372:17 373:13
**resumed** 221:5
**retain** 430:4 432:8
432:18 488:12
**retained** 232:23
448:3 449:7,17
**retention** 390:16
**return** 493:17
494:6
**rev** 244:1 360:5,5
360:12
**revealed** 237:22
**revenue** 360:6,9
369:2,6,14,20,21
369:25 370:5,13
379:15,25 380:1,5
380:8,12,16,23
381:3,8,19,23,24
382:2,2,12 383:2,7
383:11,21 384:4
384:12,14,20,24
385:10,11,14,23
386:6,8,19 390:20
**review** 215:12
221:21 222:6
253:23 254:3,24
255:14 259:17

294:10 303:10
310:24 311:9,10
311:10,12 333:13
350:7,23 351:2,8
351:16 353:17,22
354:3,3,13 355:1,6
400:6,13,15,19,21
410:14 492:14
493:8,10,13 494:2
**reviewed** 221:23
222:1 240:11
274:25 275:4
276:23 341:18
349:12 350:16
401:8 427:22
429:20,25 435:3
**revised** 315:19
485:19
**revoke** 303:24
305:16,16 306:4
**revoking** 306:9
**right** 220:17
222:18 223:4,10
224:9,14 227:16
228:1,8 229:5,6,10
230:1,16,24
231:14 232:21
233:3,7,11,25
234:4,13 236:23
237:16 242:18,22
244:12 245:5,15
250:1,8 251:24
253:20 256:13
258:16 262:19
263:16,25 264:21
274:12 275:10
277:6,12 278:22
279:8,16 280:14
280:20 281:1,8,15
282:13,19 285:21
288:11 292:19

293:4 294:19
295:23 296:19
298:2,6,20 299:22
300:18 303:17
304:19 305:3,11
305:18 306:16,21
306:22 308:17
313:6,14 318:12
318:20 319:2,8,12
326:15 328:20
333:19,22 334:8
334:19 337:3,22
338:18,20,22
341:12 342:19
343:2,10,18
347:24 349:2
350:17 351:10,23
352:17 353:18
360:6 361:2
362:19 363:3,6,6
364:11,14,22
365:6,21 366:4,14
366:15 367:23
368:1,4,7,22 369:3
369:15,20,25
370:6,22 371:4
373:4 374:10
375:7 376:9
377:19 378:6,19
379:6,9,21 380:8
380:17,18,23
381:10 384:24
385:17 386:24
388:22 389:25
393:4 396:25
397:3,8,9 398:3,20
399:23 402:12,20
403:9 404:17
405:3,14,17,23
407:9 409:13
410:3,13 411:4

412:18 416:5,9,13
417:7,16,21
418:14,15,24
419:14 420:4
421:18 422:16
425:1,8,20 426:9
426:17,25 427:8
427:16 428:9,18
428:25 429:18
430:5,16 431:1,11
431:22 432:11,21
433:4 436:8
438:13,19 439:15
440:18 441:22
442:20 445:11,21
445:25 446:12,20
447:7 450:2,6,9,18
450:23 451:4,8,14
452:11 453:8
454:10 455:22
456:4,14 457:5,20
462:12,17 463:1,9
463:16 464:3,13
464:18,24 465:5
466:15 469:20
470:21 473:18
474:8,15,21
476:12 477:22
479:3,15 480:10
482:5,12 486:3
488:19 489:13
**risk** 268:1,2 281:7
338:11 371:23,25
372:2
**road** 213:16
**rob** 219:19 258:8
344:15 352:19
419:17 457:8,23
461:8 466:16
484:21

**[robert - see]**

**robert** 212:6
**rock** 485:15
**rohrback** 210:5
  219:16,18 221:9
**roll** 305:6
**rolled** 284:23
  304:13,14 305:14
  308:5 330:2
  359:21
**rolling** 305:3
**rollout** 294:5,18
  298:4 305:10
  343:5,9,17,22,25
  344:3 346:21
**romano** 208:21
  209:20 492:1,24
**rose** 310:3
**ross** 213:8
**roughly** 237:24
**rpr** 208:21 492:24
**rules** 494:8
**run** 436:13

**s**

**s** 215:8 216:1
  217:1 495:3
**safe** 338:8 339:1
  339:10,10,11
**sajjadi** 473:15
**sales** 311:2 391:7
**sandberg** 358:3
**satisfied** 254:18
**saw** 250:15 296:4
  349:16 410:4
**saying** 242:14
  246:8 250:24
  265:5 266:4 352:3
  352:16 353:21
  406:13 407:18
  409:12 410:10
  419:3 461:17
  475:19

**says** 247:13 252:6
  255:2 266:2
  268:20 278:15
  296:18 301:1
  306:12 308:22
  312:8 313:23
  314:18 315:23
  316:3,4 319:21
  322:9 338:6 342:8
  348:9 351:12
  354:7 358:24
  364:10,25 365:17
  367:4 374:15
  391:16 399:2
  400:2 404:2
  405:18 408:3
  416:23 417:2,11
  417:22 418:5,9
  419:11 423:23
  424:4 442:6
  473:19 475:22
  478:4,16 481:17
  486:22 489:15,21
**sc** 488:6 489:21
**scanned** 260:25
**scenarios** 263:9
**schedule** 493:10
**scientist** 317:11,15
**scope** 227:4
  229:11,16 240:8
  251:12 253:9
  254:9,19 255:7
  257:23 258:6,10
  269:7 270:7,16,25
  272:1,9,24 273:17
  283:20 339:13
  340:1 346:4 348:6
  348:17 354:15
  355:16 356:10
  358:14 359:5
  360:7 361:3

369:16 370:15,23
371:21 372:5,19
373:5,17,19 374:4
374:20,23 375:9
378:7 379:7 380:9
380:24 381:12,14
382:6,24 383:13
383:24 384:7
386:2,11,25
387:15 388:4
389:5 391:23
392:14 395:24
398:22 399:24
401:2,14 405:25
405:25 406:20
407:10 408:20
412:11 414:8,19
415:3,7,21 419:1
419:15,18 420:5
420:11 422:17
424:18 429:19
430:20 434:15
435:21 436:22
437:2,10 442:13
444:8 445:1 446:1
448:10 455:24
456:5 457:7,13,21
466:4 468:2,7
470:9 476:3,13
479:4,16 480:24
482:6,13,21
484:22 489:6
**scoped** 224:24
  225:14 226:13,18
**screen** 247:25
  279:1 472:4
**scroll** 259:22
**scrolling** 338:24
  398:6
**se** 271:11

**search** 391:18
  395:19,20 396:2,4
**searchable** 395:22
**searches** 395:22
**seattle** 210:13
**second** 241:1
  260:10 274:18
  296:7 310:23
  312:23 313:13
  338:5 356:25
  364:5,6 365:19
  366:12 368:3
  371:16 474:25
  475:15
**seconds** 302:6
**see** 235:23,24
  236:2,3 243:4,6
  244:2,3,5,6,9,10
  245:7,15 248:21
  248:23,24 259:4
  259:12,13 260:3,8
  262:5 263:11,12
  263:18 264:8,14
  265:9,12 274:24
  275:5,6,13 277:7,9
  277:10,20,21
  278:19,20 281:2
  282:9,10 283:3,4
  288:14,17 294:7,8
  294:15,16 295:24
  296:11,12,16,17
  296:20 297:22
  298:3 301:2,3
  302:7 308:25
  309:1 310:23
  311:3,4,22 312:17
  314:1,5 316:1
  319:24,25 320:1
  323:20 327:21
  330:12 331:11,16
  335:4,13 338:3,12

**[see - significant]**

338:13 342:15,16
348:18 349:21
350:5,9,10,11,13
350:14,21,24,25
362:11 364:10,16
364:25 365:2,3,13
365:14 366:17
367:17,20 371:17
371:18 374:16,16
377:25 378:15,20
379:1,2,17,18
380:1,3,11,11
383:6 387:8,8,9,10
388:13,14,15,17
391:5 394:5,6
396:10 397:24
398:6 399:3,4,8,17
399:18 400:7,8
402:16,19,23
403:21,22 404:6,7
409:12 410:9
411:5,19,20,24,25
412:6,7 413:25
414:4,5 416:11,24
417:4,5 418:7,8,11
418:12 422:22
423:2,7,21,22
424:3 426:1
433:25 434:1
435:6,7,8,15,16
441:7,12,13
472:12,21 473:17
473:25 474:1
475:8,9,13,14,18
476:24,25 477:11
477:12,19,20
478:13,14 484:10
484:11,15,16
485:10,11,17,24
485:25 486:14,20
486:21 487:2,18

487:25 488:15,16
489:15,18,19
**seeing** 239:18
240:18 244:21
247:25 264:23
335:7 359:24
383:5
**seeking** 405:20,21
**seen** 220:4 222:6,7
236:16,24 239:21
240:3 250:2
251:25 296:3
297:1 304:23
305:23 320:4
323:4 336:5
346:20 375:3
417:14 424:19
426:22 427:12
428:11 458:12
473:20
**sees** 301:23
**select** 238:7
**send** 222:3,13
485:23
**senior** 326:25
**sense** 270:14
275:25 288:4
306:4 318:4 436:2
442:4
**sensitive** 422:15
426:16 465:25
467:23 468:19
**sensitivity** 411:18
413:5,6,12
**sent** 221:25 264:12
294:17 361:10
413:22 416:12
458:13 464:19
484:19 485:13
487:5

**sentence** 234:20
404:8 475:21
**separate** 318:5
344:9,25 345:7
346:20
**september** 294:5
484:13 485:12
487:5,15
**sequence** 244:24
**series** 396:8
417:12
**service** 424:11,12
**set** 222:2,14
245:25 263:20
281:11 302:2
311:12 321:14,15
342:10 344:24
351:3 359:21
365:7 425:11
431:6 492:5
**settings** 216:21
472:11 473:23
475:6,18 478:22
483:6
**seventh** 361:25
**sgtm** 489:21,22
**share** 244:22
249:8,10,19,25
251:23 252:3
295:2 375:2,16
376:6 377:3
392:19 441:10,20
442:8,11,19,23
443:19 444:5,23
445:8,24 446:12
446:19 447:6
448:7,24 469:19
470:7,20 473:23
474:3,20 475:4
478:8

**shared** 246:22
247:15 441:11
478:8 489:8
**sharing** 232:17
286:21 376:14,18
430:13,24 432:10
432:20 440:17
445:10
**she'd** 267:21,23
**sheryl** 358:3,6
**shift** 423:13
**ship** 308:1
**shirine** 473:15
**short** 246:20
325:13
**shorter** 438:3
**shorthand** 209:20
492:1,9
**show** 443:16
465:10
**showing** 331:7
483:25
**shown** 360:16
**shows** 380:20
388:25
**shut** 353:10,11
355:10,14 356:8
**sic** 241:12 413:9
452:7 455:12
**side** 375:12 383:15
384:1
**sign** 493:16 494:5
**signature** 492:24
493:21,23,23
494:9
**significant** 236:25
297:4 304:23,24
305:2 353:9
355:10,13,18,20
356:2,7,13,14,20
436:20 437:1,6

[significant - special]

459:5
**significantly**
298:10 403:11
452:4
**similar**  258:2
341:25 347:3
**similarly**  253:16
261:18
**simon**  208:13
209:15 215:3
219:7 221:1
274:15,21 385:9
397:23 485:15
491:1,11 493:5
495:2
**simon's**  238:24,24
331:15 332:20
337:18 351:3
**simple**  225:18
299:16,18
**simpler**  298:13
**simpli**  329:15
**simplification**
329:2,8,10,16
332:22,25 333:5
334:9 338:2
347:11,25
**simplifications**
334:8
**simplify**  299:24
**simply**  299:19
**simultaneously**
233:13 415:12
**single**  292:20
312:4 339:16
**sir**  250:15 286:17
448:17
**sitting**  354:1,10
**situations**  419:13
421:15

**six**  404:14 408:14
409:2
**sizing**  349:7
**skills**  317:12
**skype**  383:23
391:17
**slide**  295:25 296:7
296:9 297:20,25
303:6 308:18,22
309:25 310:21
312:16 320:22
321:12 322:13,19
322:20 323:7,10
323:16,17 324:3,4
333:24 335:8
353:7 358:24
361:9,21,25 362:6
362:11 363:16,18
364:6,25,25
365:10 366:5,9,17
366:22 367:1,4,7,8
367:17 368:13,14
368:17,18,20,23
369:4,17,21 370:3
370:9,16,24
371:11,12,22
377:15,22,24
378:1,3,9,13,20,22
379:2,11,20,22
380:11,20,25
381:5,18,23,24,25
382:5,9,11 383:6
386:4,4 387:18
416:22 417:22
418:17,19,20
420:7 421:2
422:20 423:22
**slides**  350:16
435:3
**slightly**  231:2
279:17 311:23

**slow**  454:17
**small**  243:7
289:11 329:19,25
386:6 396:17
**smart**  307:3
**smith**  212:7,14
219:22 484:9,24
**social**  249:15
367:25 368:6
378:17,18,24,24
425:19 426:8
**socialist**  477:16
**solely**  344:11
**solemnly**  220:19
**solid**  435:11
**solution**  254:17
**solutions**  493:7
**solving**  263:10
**somebody**  387:18
391:9 415:25
416:4 473:10
**somewhat**  284:22
**sony**  318:4
**soon**  257:16
399:15
**sooner**  403:12
**sorry**  227:2
232:10 234:15
247:24 251:4
254:10 256:15
258:8 276:18
279:11 284:4,5,11
290:16 301:19
313:24 316:13
326:19 328:13
332:4 335:18,19
338:15 340:20
344:14 346:7
347:8 352:19
354:16 357:24
371:7 373:21

382:18 387:24
388:1 398:8
401:15 402:2
409:16 416:15
419:6,16,25
423:25 425:22
430:21 431:16
438:15 442:14
444:13 446:8
447:2 454:12,18
457:8,22 458:7,18
458:19 461:7
466:16 468:5,6
472:18 474:6
480:12,13 481:24
484:20,22 487:20
**sort**  286:7
**sorted**  283:19
310:19
**sorting**  263:13
277:23 285:19
**sounds**  224:5
489:23
**source**  238:11,19
417:10
**speak**  283:10
286:3 303:3
335:12 341:6
361:5 391:4
437:11,14
**speaking**  233:13
316:24 337:12
344:18 415:12
443:9 456:22
480:15
**spec**  338:9
**special**  214:6
219:24,25 259:9
262:10 290:12,14
290:22 291:8
295:8,16 319:23

[special - strategic]

320:2 325:16,22
325:25 393:6,13
461:14,23 462:5
462:14,18 464:6
464:10,13 468:3,8
468:12,21 480:1
480:25 481:3,7,23
481:25 482:1
**specific** 225:20,20
238:5 239:13
255:9 263:5
269:10,24,25
287:2,20 292:24
299:11 309:20
315:18 322:15
327:4 330:17
333:22 337:10
341:23 348:23
349:8,9 379:4
380:6 383:8
392:16 420:24
427:24 429:10
448:21
**specifically** 223:4
235:17 238:17
240:21 257:12
291:22 307:15
321:14,15 336:4
340:15 341:16
344:11 358:16
376:5 377:5
425:23
**specificity** 391:25
**specifics** 279:3
304:6 314:23
**specified** 421:9
**specifies** 419:6
**specify** 237:1
257:24
**specifying** 420:20

**speculate** 240:1
255:19,20 267:18
413:10
**speculating**
266:15 384:18
387:3
**speculation** 413:9
**speed** 307:24
**spend** 369:8,23
370:22 384:10
**spenders** 369:7,14
369:18 370:14
**spent** 222:19
474:11 490:2
**spin** 409:11
**spirit** 478:18
483:1
**spoke** 349:10
**spoken** 235:6
242:19 292:8
**spotify** 383:22
386:9
**spreadsheet**
275:22 278:17
398:3 399:14
**squiffy** 378:11
**stage** 285:2,3
300:17 338:10
**stages** 351:2
353:21 354:7
355:5
**stamp** 304:9,9
**stamped** 416:7
**stance** 473:21
**stand** 280:7
**standalone** 294:12
**standard** 263:5
266:12 271:1
306:12 317:13
319:7 345:6
355:17 356:12,14

366:4 399:6
420:14,20 460:3
**stands** 394:18
**star** 300:24
**start** 242:24
342:13 343:14
344:6 400:3
**started** 236:5
**starting** 220:12
**starts** 260:23
350:11
**state** 220:20
237:21 245:20
294:9 297:5 298:8
354:6 363:24
403:25 451:15
461:20 492:2
493:9,12
**stated** 396:13
442:16 444:21
**statement** 247:2
253:8 280:10
349:2 419:4
442:10 443:17
444:7,24 470:5,8
470:13,18 478:25
479:9,10,13,14
480:7,10,12,12,21
480:23 481:16,21
482:15 487:4
488:22
**statements** 385:14
408:2 456:9
460:12 461:2
466:24 467:6,18
476:6 479:12
480:6
**states** 208:1 209:1
252:12 253:5
254:15 263:3
295:22 296:13

297:25 328:2
399:5 403:19
411:1 414:13
415:15 435:2
485:19 486:11
**stating** 410:15
**stats** 385:11
**stenographic**
243:10 326:4
407:13
**stenographically**
208:20
**step** 236:25 237:12
304:24 336:4
342:12 343:13
**steps** 411:3 452:6
**steve** 473:15
**steven** 303:4
472:10 473:1,2,3
478:5
**stipulation** 493:20
**stop** 251:21
382:14 383:4
483:15
**stopped** 384:5,20
**story** 217:5 377:2
484:14 485:9
486:3 489:5
**strategetic** 408:3
408:11
**strategic** 261:9,16
261:20,20 268:20
268:23 269:5,15
269:18,21,22,25
270:2,6,12,24
271:2,7,13,25
277:8,17 278:17
279:7 282:6 283:1
284:7 288:9,15
289:3,24 291:2,12
291:20,21,24

[strategic - t]

292:4,19,21 293:3
293:11,13,19
308:24 309:3,6,9
309:12 310:7
313:25 314:19
315:5,10 317:18
318:10 319:11
322:9,14,21,23
323:1,5,9,14,18,24
323:25 324:1,5,8
324:11,14 325:1,8
331:20,23 332:1,5
332:5,9 353:13
357:6,7 358:12,16
365:17 368:13
378:18,25 379:23
381:6,9 383:12,16
386:10,14 387:10
388:22,25 389:3
391:15 404:12
408:4,16,19,22
410:11 412:2,9
413:1,3 422:15
425:1,5 430:15
431:1 465:25
467:24 468:19
**strategy**  294:13
**stream**  252:6,11
252:24 253:1,2,21
253:25 254:7,23
254:25 255:5
256:3,24 257:13
258:3,22 268:21
269:4 312:19,22
313:23 329:5
330:5 415:16,19
426:17
**street**  211:9 212:9
214:7 486:3,10
489:5,9

**strike**  443:4
**string**  215:11
216:20 217:4
259:14,18 260:17
260:23,24 262:3,6
270:15 274:9
281:5 288:6,15
333:3 337:17
347:7,9 350:20
396:16,18 409:9
472:8 473:13
477:1 478:4,15
484:1 485:5
487:12
**strong**  293:10
**strongly**  435:9
**structure**  278:6
298:19,23 394:13
**struggle**  234:15,18
**stuff**  356:23
**sub**  367:18
**subcategories**
367:23 378:16
379:5 381:6
388:16
**subheading**
248:21
**subject**  215:11
216:17,20 217:4
243:25 259:9
262:8,10 294:5
327:17 331:14
332:19 337:18
350:6,23 361:7
411:3 433:23
472:10 484:13
**subjective**  355:20
**subscribed**  492:20
**subsequent**  256:25
**subsequently**
255:21

**subset**  237:1
**substance**  248:14
**suggest**  277:22
317:25 415:18
424:23 465:6
478:21 483:6
**suggesting**  251:5
306:17 372:25
429:9
**suggestion**  305:25
308:18
**suggestions**
429:22
**suggests**  370:24
422:10 443:18
**suite**  210:12
211:10 212:10
213:9
**sukhar**  327:7
433:22
**sunday**  327:18
**super**  237:11
404:12 408:3,4,11
408:16,19,22
410:11
**supportable**
296:15
**supporting**  477:8
**suppose**  357:8
**supposed**  260:3,5
**sure**  223:20 224:7
227:18 228:23,23
228:24 229:1,12
229:19,19 230:12
232:12,13 234:10
234:20 249:24
254:11 261:18
264:25 272:13
273:12 275:11
281:12 285:1
286:23,24 290:6

290:20 293:5
297:8 298:14
311:20,20 325:4
325:14 336:5
339:14,16 340:20
340:22 346:6,6,22
352:1 354:17,19
358:1 364:19
377:11 384:8
390:2,4 393:5
394:9 398:10
401:17,19 419:10
425:13 426:3
427:20,25 428:2
431:18 434:6
435:10 438:2,2
442:3 444:10
446:8 451:15
453:17 454:14,18
457:10,11 471:18
472:14,23 480:14
**surface**  425:12
432:24 443:23
445:3 455:14
465:22 469:15
470:12
**sustainable**  435:13
**swears**  219:12
**synonymous**
300:6
**synonyms**  333:23
**synthesize**  263:4
**system**  231:19
259:22 264:17
271:19
**systems**  225:8
459:9

| **t** |

**t**  215:8 216:1
217:1 495:3,3

[t0 - things]

**t0**   259:9 262:10,12
    262:14 263:4
    266:2,5,7,9 417:20
    417:23 418:4
**tab**   243:2 266:3,5
    268:1
**table**   300:14
**tabs**   264:25 265:1
    282:6 283:1
**tag**   377:1
**tagable**   450:16
    453:12,18
**take**   259:16,19
    288:8 297:3 409:4
    409:11 410:12
    413:9 471:16
**taken**   209:15
    238:8 246:18
    260:13 289:3,25
    291:3,13,20 326:7
    330:1 343:11
    380:6 392:10
    393:18 406:17
    438:9 471:24
    492:4
**takes**   307:24 328:9
    473:21
**talk**   222:15 335:23
    336:12,15 339:18
    387:24
**talked**   224:12
    252:24 261:3
    328:6 330:16
    341:14 392:17
    412:23 416:16
    440:19 450:6
    451:12 453:7
    463:22 464:20
    473:7
**talking**   257:11
    286:2 299:12,14

    333:25 344:7
    352:14 384:11
    393:7 403:8
    429:11 445:17,19
    470:11 474:11
**talks**   336:5
**task**   296:19,21
**tasked**   283:14
**taxonomy**   405:13
**team**   250:21
    261:16,21 263:19
    265:23 278:5
    283:23 288:3,3
    299:23 302:24
    309:18 323:11,13
    324:1,10,21
    326:14,16,17,22
    326:24 329:9
    330:12,16 331:21
    332:2,2,8,9,10,11
    332:12,13,18,23
    347:13 357:12,13
    357:13,14,17
    358:3,6,17 359:18
    383:16 391:5
    394:17,17,20
    397:15,20 398:15
    398:17 418:2
    423:13 425:17,18
    426:6,7 432:7,17
    434:3,5,8,8,9,11
    434:20,25 463:11
    467:2,9 473:4
**team's**   323:12
**teams**   324:17
    325:6 333:11
    394:19 398:2,19
    408:6 410:10
    411:3 412:4
    424:14

**technical**   340:2
**technically**   255:13
    281:17
**tell**   223:7 224:8
    247:11 268:4
    270:4 306:16
    311:8 330:6
    372:18 381:25
    402:13 408:17
    412:8 436:11
    439:6 442:5
    458:21 459:18
    460:16
**telling**   306:19
**temporary**   345:24
**ten**   325:15,20,23
    438:4
**tend**   463:5
**term**   246:20,23
    247:16 281:2
    309:6,13 345:15
    345:19 365:18
    407:7 415:1 428:1
    464:25 465:2
**terms**   225:18
    403:13
**testified**   221:3
    270:10 285:23
    288:18 321:25
    328:17 339:23
    346:10 450:17
**testify**   271:5,6,23
    272:3 283:17,21
    315:2,13 323:7
    324:7 334:25
    341:11,12 373:20
    373:25 380:14,14
    381:15 388:10
    451:23 452:15,24
    453:6,25

**testifying**   370:11
    461:24 492:7
**testimony**   220:20
    221:15 222:5
    223:1,20 224:4
    227:12 232:5
    287:23 289:2,24
    291:2,12 296:5
    307:5 308:13
    309:12 318:2
    330:15 336:8
    345:17 349:3
    417:25 421:20
    424:20 447:25
    491:4 492:11
**testing**   237:21
**texas**   213:10
**text**   245:10 487:3
**thank**   220:14
    242:23 243:12
    245:14 246:14,14
    248:4 249:6,21
    258:13 290:21
    295:15 327:8
    328:11 334:3
    338:24 349:15,19
    402:11 454:20
    471:20 483:18
    487:24
**thanks**   278:15
    478:6 485:16
**thing**   227:11
    274:11 306:10
    307:19 317:8,11
    337:4 375:3
    406:12 407:15
    421:1 434:10
    483:13 484:3
**things**   236:16
    263:14 269:23
    270:11,14 284:16

[things - today]

293:21 309:14
318:24 324:18
332:24,25 346:16
355:4,21,25 359:9
374:7 389:7 396:2
423:13
**think** 222:9,13
228:2,13,19 238:1
238:9,22 241:9,11
241:15 242:2
245:1 247:6 250:9
252:23 254:20
257:15 258:14
260:3 267:20,23
269:1,12,17,19,22
269:24 270:10,20
272:3,5,18,19
274:20 276:15
278:3 279:2
281:24 284:16
288:20 291:19
296:8,22,24
298:22 303:1
304:7 306:8
311:19 312:3,4
323:12,25 328:17
334:20 335:7
339:4 351:18
353:15 357:10
358:8 359:15,18
360:21 364:18
365:8 367:9
368:24 379:8,9
380:18,18 381:13
382:17 387:21
391:7 393:12
395:5,9 397:2,2
398:23 409:1
412:14,18 413:7
413:15 415:8,22
416:1 418:15

419:5 420:13
423:11 429:8,22
430:7 434:16
437:5 453:10,15
453:16 461:21
462:22 483:13
488:8 489:15,24
**thinking** 271:16
278:7 305:13
310:10 370:17
**thinks** 440:2
**third** 210:11
228:14 233:10,24
234:1 246:2 248:3
252:4 277:8
318:17,21 333:2,7
366:3,13 368:6
414:13
**thought** 309:17
407:8,9 422:14
423:3
**thoughts** 476:23
**thousand** 404:1,2
**thread** 262:22
263:3 281:20
286:13 288:17
335:13,24 336:9
410:7,8 412:14,17
423:8 434:19
484:8
**threads** 428:12
433:7 463:21
**three** 239:8 266:9
397:20 398:3,16
398:20 399:21
404:16,18 412:14
453:3 471:16
**thursday** 208:16
209:18
**ticketmaster**
383:23 391:18

**tie** 274:20
**tied** 399:15
**time** 219:5 220:8
222:6,7,20 225:1
227:10 229:24
230:8 231:9 235:7
237:18 238:18
241:18 242:20
250:3,14 251:9
254:22 257:14
261:6,15 262:15
262:24 267:11
272:5 273:8
283:25 284:21,24
285:9 289:10
293:9 297:1 298:7
298:10,11,25
299:12 300:2,21
304:9,12 305:23
307:10,11,18,20
307:23 308:4,5,14
310:4,14,15 323:3
325:13 327:4,5
328:21,25 329:21
331:25 332:1,7
333:1 334:9 335:5
335:15,22 336:14
336:16 337:21
338:21 339:19
343:6,11 344:17
348:20 351:4,22
351:24 357:15,17
357:21,22 358:2,4
358:7 372:10
373:9 383:17
387:25 389:16
390:11,21 392:2
393:2,10 401:11
401:24 402:3,24
403:3,6,10 404:14
405:7 409:6

410:13 416:1,16
417:9 418:3,18
419:22,24 420:18
421:17 422:23
423:1 426:21
427:11 432:25
434:3,20,22
437:25 443:12
444:25 445:13,14
446:3,24 447:11
448:2,6,13,21,23
456:8,17 457:14
460:11,25 461:2
466:13,24 467:5
467:17 468:25
470:13 471:7,12
474:2,11,19 475:5
475:25 476:8
479:2,21 481:12
487:4,5,11,13
488:19,22 490:2,6
492:5 493:10,18
493:24 494:7
**timeline** 235:22
240:25 359:14
375:4,17 376:7
415:16
**times** 359:17
429:13 461:13
**title** 261:14 331:24
362:11,14 363:19
367:4,7 368:17,18
371:11 377:25
378:10 385:17,18
386:5 394:7
413:25
**titles** 245:25 463:5
**today** 221:15,19
276:17 296:5
302:22 315:13
316:9,14,14,18

Veritext Legal Solutions
866 299-5127

**[today - unclear]**

322:17 330:6,15
336:8 341:12
349:3 354:1,10
358:1 395:14
411:23 429:20
451:24 452:15,20
453:3 458:20
459:18 462:15
473:21 482:12
483:14
**today's**  403:6
475:2
**told**  232:6 234:21
462:7
**tomorrow**  294:10
**tool**  255:10 276:7
276:10,15 297:17
302:17,19 317:6
327:17 328:4,7,12
328:18,22,25
330:8 339:20
340:5 395:14,22
396:2 402:8
**tools**  276:5 338:9
343:4,7 402:8
**top**  274:16,25
276:23,24 277:3
278:14 315:23
321:12 345:5
358:25 359:3,7
396:10 402:21
417:20 469:5
472:9 484:7
**topic**  235:6 242:12
322:20 324:5
330:24 341:13,19
429:12 433:8
464:17
**topics**  235:20
380:16 384:23

**track**  226:21
383:10 390:5
**transaction**  326:2
**transcribed**
492:10
**transcript**  440:25
441:4 443:1 444:1
444:12 455:25
456:3 469:21
470:24 491:3
492:11,13,15
493:6,8,10,13,13
493:21 494:2,2
**transition**  223:10
224:23 225:12,15
228:6 229:3,9,23
229:25 230:3,18
230:23 232:8
234:24 238:3
253:18 305:7
320:10 321:21,23
329:4 340:14
347:23 354:23
355:15 372:1,3
373:24 381:7
386:1 391:13
392:12 400:16,22
400:25 401:11,24
406:18 418:24
425:14 426:4
443:3,5 454:7,22
**transitioned**
443:12,13 445:4
**transpiring**
335:10
**treat**  354:22
**trending**  353:12
357:5
**true**  333:16 442:3
443:2,5 444:7,24
445:2,23 446:11

446:19 447:5
448:7,23 449:10
449:15,18,22
451:8 454:7,22
455:9 458:21
459:19 460:17
465:13 470:14
475:25 478:8,23
479:2,10 482:4
483:7 487:6 489:2
491:5 492:11
**trust**  252:20 255:4
256:1 435:14
**truth**  220:22,22,23
**try**  224:8 229:18
243:15 294:14
335:4 396:23
405:14 438:2
469:23 471:13
480:15
**trying**  228:18
229:20 230:11
234:9 283:14
299:17 335:9
352:13 444:1
**tsang**  473:14
**turn**  220:6 240:24
274:8 294:21
396:18 402:12
413:16
**turned**  420:18
**tv**  307:3 364:15
366:14 368:9
378:18,25
**twitter**  277:17
314:19 315:4,13
322:10
**two**  239:4,9
258:14 289:14
293:2 307:14
312:17 322:3

355:4 402:14
**type**  313:24 346:2
387:6 407:6 422:6
431:4
**types**  233:9 236:22
239:19 281:6
313:5 324:18
345:18 347:1
354:22 355:25
417:13
**typically**  244:13
248:16 258:24
306:8 437:11

**u**

**u**  399:14
**uh**  338:4
**uids**  329:4
**ultimate**  254:22
298:11
**ultimately**  246:1
247:6 255:12
264:5 269:13
278:11 284:23
285:14 289:1,12
298:9 304:10,14
306:22 307:12
308:19 314:15
318:8 329:12
330:1 335:10
339:8 344:23
345:24 348:1
359:22 375:21
426:13 443:14
449:9,24
**unable**  309:4
**unaffected**  424:11
**unaware**  252:17
**uncertainty**  423:9
**unchanged**  254:25
**unclear**  229:15
252:16 254:16

Veritext Legal Solutions
866 299-5127

**[unclear - users]**

296:19 297:5,7
374:5 381:20
396:3 426:2
**uncomfortable**
352:13
**uncover** 477:14
**underneath**
248:20
**understand**
221:25 223:20
224:7 226:19
229:18,20 233:15
234:13,14 247:4
265:3,11 266:19
272:11,20 273:9
273:11,12 283:9
285:1 304:8 309:8
311:21 314:14
319:8,14 321:1
322:2,22 339:5,5
389:18 390:1,15
405:15 427:25
434:4 444:2
448:19 450:21
456:21 485:2
**understanding**
226:9 235:5 236:6
241:24 242:2
247:23 248:5
250:12 251:16
253:21 255:12,16
255:17 256:24
257:20 261:9,15
261:19 262:21
264:16 268:11
270:23 283:18,24
284:14 285:9,11
288:18,24 289:13
292:11 298:25
309:22,22 310:2
310:16 316:22

318:3,7 321:17
322:1 324:25
325:5 345:13,22
347:4 377:6
382:25 385:13
389:9 411:11
412:16,21 415:25
422:25 424:8
434:24 451:9
452:12
**understands**
283:13
**understood**
239:11 297:13
419:22 452:9
**underway** 338:11
354:9 447:10
449:6
**unique** 225:19
420:20
**uniquely** 225:6
**united** 208:1 209:1
**universal** 271:13
386:16
**unknown** 316:4,23
**unquote** 456:11
**unreasonable**
360:21
**untrue** 419:4
470:8
**unusual** 305:25
**upcoming** 252:21
**update** 274:20
333:15 337:20,25
338:21 342:6
347:8,10 414:2
416:23 423:18
424:14,15 440:1
**updated** 411:8
452:3

**updates** 304:21
331:15 332:20,21
337:19 338:9
450:24
**updating** 332:23
**upgrade** 307:2
**upgraded** 443:22
**upset** 371:24
**url** 264:9
**usa** 482:12
**usat** 475:17
**use** 223:25 226:11
231:11,16 234:19
238:25 256:2
262:15 268:21,23
270:2,5 274:3,23
275:9 277:18
279:20 281:2
282:4,24 284:6
292:16,16 303:23
305:15 320:4
321:20 404:12
407:7 408:3,4,11
408:16,19,22
415:1,10 418:1
424:4,7 440:21
452:16 464:25
**useful** 273:5 342:3
**user** 208:4 209:4
219:9 224:23,24
225:4,5,6,7,9,13
225:14,19,20
226:2,13,16,18,24
227:9 233:21
234:2 236:11,13
236:16,23 237:2,9
237:12,24 238:19
238:25 239:5
249:16 252:20
253:3 254:6,13
255:3 256:1 258:2

258:2,14,15,15,17
258:18,19,19
273:21,24 274:5
277:19 281:2
292:14 293:6,8
301:12,23 302:2
320:7 328:9 356:2
356:2,2 357:1
371:24 372:23
376:13,17,18
377:1,2 388:16,21
389:24 396:2
435:14 442:1
443:7 454:9,24
455:7,11 458:24
459:21 460:20
466:1 467:25
469:3,9 470:3
486:12 493:4
495:1
**user's** 237:1 239:2
252:16 253:4,13
258:21,23,25
376:22 414:17
**users** 231:9 233:5
233:5,18,21 236:9
237:6,8 238:5,16
246:21,24 247:14
247:17,19 248:8
249:7,10,11,16,24
250:5,16 251:21
252:1,2,14 254:5
254:16 256:11
275:20 293:7
301:16 302:13,15
304:25 308:1
322:3 356:4
372:16 373:3,7,14
373:16 374:2,10
374:13 375:2,15
375:15,21 376:5,9

**[users - want]**

379:15 388:12
389:1,15,19 390:6
390:8 392:23
430:10 431:5,14
443:24 449:25
459:10 460:5
**usual**   306:10

**v**

**v1**   340:16 346:20
446:3,22 488:11
**v1.0**   477:5,9,16
**v2**   314:11 318:6
346:21,21 402:10
446:3
**v4**   403:20
**valuable**   271:12
356:4 431:14
432:3
**value**   268:20,22,23
269:5,15,18,21,22
269:25 270:2,6,12
270:24 271:3,7,14
271:25 272:7,8,18
273:2,6,15 288:9
288:15 289:3,24
291:2,12,20,21,24
292:4,19,21 293:3
293:12,13,19
296:19 297:5,6,12
308:24 309:3,6,9
309:12 310:7
315:5 365:17
371:24 392:21
432:5 459:9 460:5
**values**   375:14
**valuing**   431:15
**variation**   239:12
**variety**   300:16
426:22
**various**   417:9
428:5 463:20

**vast**   306:14 328:14
328:19 481:18
**vc**   208:4 209:4
351:4
**veracity**   342:22
**veritext**   219:12
244:22 259:22
493:7,9,11
**vernal**   311:1 327:6
433:22
**version**   222:24
223:10,25 224:2,3
224:20,20,21
225:10,12,18
226:25 228:7
229:3,9 230:4,4,15
232:8 253:22
256:9 257:1,1,17
299:15 305:13
319:18,19 320:11
347:24 362:4,8
363:9,25 395:7
409:21 411:8
416:7 425:20
426:8,19 432:11
432:21 438:19,21
443:4,6,14,22
445:4 446:15
447:9,15 448:1,1
450:25 454:8,23
455:12,13,21
456:13 457:4,20
458:25 459:22
460:21 461:5
463:9 464:3
465:13,16,23
466:2,10 467:25
469:4,10,16 470:4
487:14
**versus**   403:14

**vertical**   282:3
**verticals**   282:1
**video**   208:14
209:19 391:18
440:4,10 472:19
**videoconference**
208:14 209:19
210:2 211:2 212:2
213:2 214:2
220:12
**videographer**
214:18 219:4,11
260:11,14 326:5,8
393:16,19 438:7
438:10 471:22,25
490:4
**videos**   258:25
**view**   251:8,11
253:12 254:21
285:7 296:24
297:8 305:21
362:2 412:15
**viewspoints**
435:11
**violated**   306:5
**violating**   305:18
**vishu**   243:24
**visibility**   371:16
371:20 379:15
387:7,19 388:2
**visible**   362:1,1
**vladimir**   243:25
327:7
**vocal**   268:17
372:13
**volume**   208:17
215:3 219:7 493:5
495:2

**w**

**w**   210:6 214:7
493:1
**wait**   251:2 325:16
371:5 415:4
454:16
**waiting**   245:9
366:20
**waived**   493:23,23
**waiving**   493:20
**walk**   259:18
**wall**   486:3,10
489:5,9
**wand**   290:11
**wangdra**   213:14
219:21
**want**   224:6 226:5
226:7 228:23,24
232:4,5,13 234:20
237:11 240:1,20
246:21 247:14,20
251:23 255:18,20
256:22,23 261:7
261:13,23 267:18
272:19 280:7
281:20 283:9
290:18 291:17
298:14 307:14
337:1 340:20
346:22 351:13
352:14 384:17
387:21 393:9
406:24 407:7
409:9 413:8,9
414:20 420:12
425:13 426:3
428:22 431:18
432:4 434:23
435:10 437:3
459:15 468:15
472:23 474:7

**[want - working]**

475:20 490:1
**wanted** 223:19
231:4 253:24
280:3 302:21
316:10,11 319:10
324:24 334:24
337:6 348:13
383:20 384:3
389:14 390:19
395:20 397:13
398:13 430:8
460:2,4 475:12,18
**washington**
208:23 210:13
**way** 232:22 233:12
233:18 236:12
251:20 252:19
254:3 255:2,25
264:8 275:2,19
278:6 279:15
283:23 284:15
287:13 288:1,20
290:8 291:20
300:12 303:20
304:4 319:3,3,5
328:22 337:2,13
338:23 339:4
347:22 357:9
359:21 382:4
396:25 448:11
455:2 459:5
475:17,18 479:11
481:6 485:14
**ways** 232:19
242:15,17 267:1
273:1 304:13
429:22
**we've** 232:18
246:5,15,18 261:3
281:10 288:6
289:15 318:14

325:11 386:13
417:14,15 424:19
424:22 425:16
426:5,11,22
427:12 428:5,11
429:20 435:10
438:1 458:12
470:23 473:7
474:11 475:3
**weaver** 211:7
**web** 208:14 209:19
210:2 211:2 212:2
213:2 214:2
**website** 256:9
257:6 453:22
**week** 333:9 334:2
**weeks** 328:2 403:7
403:15 404:14
408:14 409:2
**weigh** 324:13
**welcome** 294:14
**went** 276:23
288:16,23 338:14
338:15 346:25
354:20 361:11
376:20 413:18
424:25 425:3
450:13 453:11
465:10 467:18
487:17
**whereof** 492:19
**whitelist** 222:21
224:11,13 230:9
231:10,12,13,18
232:3,25 298:2,16
298:17 333:21,23
334:18 335:1
336:11,22,24
337:8 338:18
340:8,12,24
342:11,18,24

350:8 351:2,8,16
353:17,22 354:2,3
354:12 355:1,6
406:25 427:7
**whitelisted** 223:24
231:24 241:6,14
241:20,24 299:8
300:6,12 308:23
310:6 353:18
389:15,16 390:9
390:12,21,22
404:4,24 405:3,5
405:22 407:9,19
474:13 475:23
476:2,22 487:10
**whitelisting**
227:14 231:16,17
330:24 338:6,8
339:2,12,17,24
340:3 341:22
380:17 406:9
407:1
**whitelists** 296:14
328:15,19,23
329:3,17,19,24
330:3 333:13,14
335:22,25 339:20
342:8 458:1
477:15
**who've** 414:16
**wide** 270:11
429:11
**williams** 477:2
478:6
**willing** 249:19
**win** 391:17
**wind** 240:25 273:8
293:9 340:11
418:14 420:3,9,10
**window** 421:7
488:11

**windows** 383:22
391:17
**wing** 437:9
**witness** 219:12
246:12 480:2
481:4 492:19
493:13,16 494:2,5
495:24
**wondering** 254:17
**word** 244:12,13
245:17 363:5
368:13 395:21
415:11 425:5
**wording** 240:16
**words** 240:6 406:5
441:15 444:2
456:4,7 471:3
483:10
**work** 233:18
252:19 255:3,25
264:11 276:20
282:16,18,21
283:13 286:2
288:22 295:17
297:16 325:7,23
329:11 334:14,22
334:25 337:21
338:25 342:25
343:3 348:1
351:20 352:5,15
353:1 354:1,13
417:7 452:20
**worked** 236:13
254:3 322:7
351:22,24 356:22
357:2 372:9
383:16 448:12
452:13,20 459:6
473:10
**working** 245:25
246:22 247:15

Veritext Legal Solutions
866 299-5127

[working - zuckerberg's]

263:3,7,8 299:23
324:17 332:24,25
336:16 338:7
394:19 403:10
463:10 475:2
**workplace**  394:11
395:6,10,15
**works**  371:2 396:5
**world**  305:8
**worry**  484:2
**worse**  373:13
**worth**  259:18
387:23
**worthwhile**  412:3
**wright**  210:9
**write**  248:18
303:23 307:1,25
328:11 329:1
343:12,13 403:5
488:9,25
**writes**  270:1 273:4
274:19 277:11
281:23 303:8
351:1 353:5 357:4
360:4 397:13
399:13 411:7,15
411:21 412:1
435:8 475:1,10,16
475:21 476:17
477:4,13 485:15
**writing**  256:5
270:19 297:11
305:22 309:16
482:16,16
**written**  250:11,21
262:25 300:3
307:10,21 323:10
370:3 371:23
387:18 418:18
474:20 483:10

**wrong**  306:16
382:1 415:22
423:4 473:22
**wrote**  241:10
251:9 255:24
256:12 262:4
267:22,24 310:5
310:10 321:12
406:3,6 422:20
479:2
**wsj**  217:5 484:14
485:9

**x**

**x**  215:1,8 216:1
217:1 307:1
492:15 494:9
**xfn**  216:12 394:4
394:15,17 403:6
417:11
**xperia**  318:4

**y**

**yahoo**  277:14
314:19 315:4,13
322:10
**yeah**  222:9,11
227:5 229:12
233:15 235:19
238:1 251:14,14
252:23 254:10
255:8,19 258:11
259:20 260:6
267:20 269:1
272:18 277:7
283:11 286:24
295:5,9 301:19
303:18 311:22
313:15 316:2,16
338:19 339:14
346:5,22 350:10
352:23 357:23

364:8,12 368:2
373:18 378:20
380:3 381:13
393:3 394:6,24
396:14,21 400:8
403:1 409:17
415:8 425:22
440:13 443:25
457:24 471:21
472:24 484:23
485:14 487:22,22
**year**  339:9 344:3
409:4 421:7
439:23
**years**  240:3
270:20 281:20
316:9 336:1
357:18 453:4
470:19
**youtube**  277:17
314:19 315:4,14
322:10
**yup**  366:19 402:16

**z**

**zoom**  208:12
259:23
**zoosk**  319:21
**zuck**  353:13 357:6
357:10 358:13,17
**zuckerberg**  357:9
357:11 433:9,13
433:21 435:2,18
439:15 440:15
441:18 442:16
443:17 444:3,20
455:17 456:9
457:1,15 458:11
460:11 461:2
464:17 466:13,24
467:6,17 468:25
469:17 470:17

**zuckerberg's**
440:5 441:4 470:5

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

HIGHLY CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
    IN RE:  FACEBOOK, INC.,       MDL No. 2843
 4  CONSUMER USER PROFILE         Case No.
    LITIGATION                    18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11            **HIGHLY CONFIDENTIAL**
12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)
13      CORPORATE REPRESENTATIVE - SIMON CROSS
14  (Reported Remotely via Video & Web Videoconference)
15       London, England (Deponent's location)
16             Monday, June 6, 2022
17                 Volume III
18
19
20
    STENOGRAPHICALLY REPORTED BY:
21  REBECCA L. ROMANO, RPR, CSR, CCR
    California CSR No. 12546
22  Nevada CCR No. 827
    Oregon CSR No. 20-0466
23  Washington CCR No. 3491
24  JOB NO. 5265189
25  PAGES 496 - 724
```

                                        Page 496

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3

    IN RE:  FACEBOOK, INC.,      MDL No. 2843
 4  CONSUMER USER PROFILE        Case No.
    LITIGATION                   18-md-02843-VC-JSC
 5  _____
 6  This document relates to:
 7  ALL ACTIONS
 8
    _____
 9
10
11
12
13
14
15          DEPOSITION OF SIMON CROSS, taken on
16  behalf of the Plaintiffs, with the deponent located
17  in London, England, commencing at
18  3:36 p.m., Monday, June 6, 2022, remotely reported
19  via Video & Web videoconference before
20  REBECCA L. ROMANO, a Certified Shorthand Reporter,
21  Certified Court Reporter, Registered Professional
22  Reporter.
23
24
25
                                        Page 497
```

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL

 2   (All parties appearing via Web videoconference)

 3

 4   For the Plaintiffs:

 5        KELLER ROHRBACK L.L.P.

 6        BY:  DEREK W. LOESER

 7        BY:  ADELE A. DANIEL

 8        BY:  EMMA WRIGHT

 9        Attorneys at Law

10        1201 Third Avenue

11        Suite 3200

12        Seattle, Washington 98101

13        (206) 623-1900

14        dloeser@kellerrohrback.com

15        adaniel@kellerrohrback.com

16        ewright@kellerrohrback.com

17

18

19

20

21

22

23

24

25   /////
```

Page 498

HIGHLY CONFIDENTIAL

```
 1                APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4    For the Plaintiffs:

 5         BLEICHMAR FONTI & AULD LLP

 6         BY:  LESLEY E. WEAVER

 7         BY:  MATTHEW MELAMED

 8         BY:  ANNE K. DAVIS

 9         BY:  JOSHUA SAMRA

10         Attorneys at Law

11         555 12th Street

12         Suite 1600

13         Oakland, California 94607

14         (415) 445-4003

15         lweaver@bfalaw.com

16         mmelamed@bfalaw.com

17         adavis@bfalaw.com

18         jsamra@bfalaw.com

19

20

21

22

23

24

25    /////
```

                                      Page 499

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  AUSTIN SCHWING

 7          BY:  ROSEMARIE T. RING

 8          Attorneys at Law

 9          555 Mission Street

10          Suite 3000

11          San Francisco, California 94105-0921

12          (415) 393-8200

13          aschwing@gibsondunn.com

14          rring@gibsondunn.com

15    and

16          BY:  MATT BUONGIORNO

17          Attorney at Law

18          2001 Ross Avenue

19          Suite 2100

20          Dallas, Texas 75201

21          (214) 698-3204

22          mbuongiorno@gibsondunn.com

23

24

25    /////
```

Page 500

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  HANNAH REGAN-SMITH

 7          Attorneys at Law

 8          1801 California Street

 9          Suite 4200

10          Denver, Colorado 80202-2642

11          (303) 298-5735

12          hregan-smith@gibsondunn.com

13    and

14          BY:  PHUNTSO WANGDRA

15          Attorney at Law

16          1881 Page Mill Road

17          Palo Alto, California 94304-1211

18          (650) 849-5206

19          pwangdra@gibsondunn.com

20

21

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2    (All parties appearing via Web videoconference)
 3
 4          JAMS
 5          BY:  DANIEL B. GARRIE
 6          Special Master
 7          555 W. 5th Street
 8          32nd Floor
 9          Los Angeles, California 90013
10          (213) 253-9706
11          dgarrie@jamsadr.com
12
13
14
15    ALSO PRESENT:
16          Ian Chen, Associate General Counsel,
17    Meta Platforms
18          John Macdonell, Videographer
19
20
21
22
23
24
25    /////
```

Page 502

HIGHLY CONFIDENTIAL

```
1                         INDEX

2    DEPONENT                                EXAMINATION

3    SIMON CROSS                                   PAGE

     VOLUME III

4

5                    BY MR. LOESER              508

6

7

8                    E X H I B I T S

9    NUMBER                                        PAGE

10                      DESCRIPTION

11   Exhibit 401  Email dated October 30, 2013    541

12                Subject:  PS12n Divide and

13                Conquor, FB-CA-MDL-00199890;

14

15   Exhibit 402  PS12n:  Partnerships &          543

16                Operations Managing the

17                Private Platform,

18                FB-CA-MDL-00199891 -

19                FB-CA-MDL-00199898;

20

21   Exhibit 403  Email dated 5/1/2014 Subject:   581

22                Message Summary,

23                META-CA-MDL-0000582988 -

24                META-CA-MDL-0000582989;

25   /////
```

Page 503

```
1              E X H I B I T S(cont'd)

2    NUMBER                                         PAGE

3                     DESCRIPTION

4    Exhibit 404  Email dated 12/18/2018              602

5                 Subject:  Private API Review,

6                 FB-CA-MDL-02906764;

7

8    Exhibit 405  PowerPoint Presentation -          616

9                 Reducing Risk from Private

10                APIs Partnerships,

11                FB-CA-MDL-02906766 -

12                FB-CA-MDL-02906770;

13

14   Exhibit 406  Email dated march 27, 2019         634

15                Subject:  Escalation Deck

16                Rev, FB-CA-MDL-02088254;

17

18   Exhibit 407  WS3.j Escalation - Process         636

19                Proposal, FB-CA-MDL-02088257

20                - FB-CA-MDL-02088279;

21

22

23

24

25   /////
```

Veritext Legal Solutions

866 299-5127

HIGHLY CONFIDENTIAL

```
 1              E X H I B I T S(cont'd)

 2   NUMBER                                    PAGE

 3                    DESCRIPTION

 4   Exhibit 408  facebook Newsroom - December     706

 5                18, 2018 - Let's Clear Up a

 6                Few Things About Facebook's

 7                Partners, FB-CA-MDL-01789112

 8                - FB-CA-MDL-01789115.

 9

10

11              PREVIOUSLY MARKED EXHIBITS

12   NUMBER                                    PAGE

13   Exhibit 29                                    660

14

15   Exhibit 128                                   668

16

17   Exhibit 400                                   599

18

19

20

21

22

23

24

25   /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              London, England; Monday, June 6, 2022

 2                      3:36 p.m.

 3                      ---o0o---

 4

 5              THE VIDEOGRAPHER:  Okay.  We're on the        03:00:36

 6      record.  It's 3:36 p.m. London time on June 6th,

 7      2022.

 8              This is the deposition of Simon Cross,

 9      Volume 3.  We're here in the matter of In Re:

10      Facebook, Inc. Consumer Privacy User Profile          03:19:04

11      Litigation.  I'm John Macdonell, the videographer

12      with Veritext.

13              Before the reporter swears the witness,

14      would counsel please identify themselves, beginning

15      with the noticing party, please.                      03:19:16

16              MR. LOESER:  Good morning.  Derek Loeser

17      from Keller Rohrback.  With me is Adele Daniel,

18      also from Keller Rohrback.

19              MR. SCHWING:  This is Austin Schwing from

20      Gibson, Dunn & Crutcher for the defendant, and I      03:19:33

21      also have with me Matt Buongiorno, Ian Chen,

22      Phuntso Wangdra, and Hannah Regan-Smith.

23              MR. MELAMED:  Good morning.  This is Matt

24      Melamed from Bleichmar Fonti & Auld for plaintiffs.

25      With me are Anne Davis and Josh Samra.                03:19:52
```

Page 506

HIGHLY CONFIDENTIAL

```
 1            MR. LOESER:  And also with me from          03:19:56

 2    Keller Rohrback is Emma Wright.

 3            SPECIAL MASTER GARRIE:  Counsel Weaver is

 4    here as well?

 5            MS. WEAVER:  Yes.                           03:20:14

 6            SPECIAL MASTER GARRIE:  Okay.

 7            This is Special Master Daniel Garrie.

 8    I'm here on behalf of the Court.

 9            And, Mr. Cross, I will turn my video off

10    and mute myself.  If I turn my video on or unmute   03:20:21

11    myself, it is because I want to be seen and I have

12    something to say or to resolve an issue.

13            That said, I'm going to turn it over to

14    the court reporter to kick things off and move

15    things along.                                       03:20:34

16            THE COURT REPORTER:  If you could raise

17    your right hand for me, please.

18            THE DEPONENT:  (Complies.)

19            THE COURT REPORTER:  You do solemnly

20    state, under penalty of perjury, that the testimony 12:04:19

21    you are about to give in this deposition shall be

22    the truth, the whole truth and nothing but the

23    truth?

24            THE DEPONENT:  I do.

25    /////                                               12:04:19
```

Page 507

HIGHLY CONFIDENTIAL

```
 1                    SIMON CROSS,                    12:04:19

 2   having been administered an oath, was examined and

 3   testified as follows:

 4                    EXAMINATION(resumed)

 5   BY MR. LOESER:                                   03:20:55

 6       Q.   Good morning for me, Mr. Cross.  Good

 7   afternoon for you.  Thank you for being here.

 8            This is a continuation of the 30(b)(6)

 9   deposition that's -- that we started a few weeks

10   ago, and I will continue to ask you questions about  03:21:09

11   topics 6 and 7 in the notice, and then there are

12   some other discrete topics for which you've been

13   designated, and Mr. Melamed will be examining you

14   with regard to those topics.

15            And you -- you've been put under oath    03:21:25

16   again.  You understand you're under oath?

17       A.   I do.

18       Q.   And, Mr. Cross, we sent over some

19   additional documents a few days ago.  Did you have

20   an opportunity to review those documents to prepare  03:21:39

21   for your testimony today?

22       A.   I did have an opportunity to review them,

23   yes.

24       Q.   And did you do anything else to prepare

25   for your testimony today other than what you      03:21:48
```

Page 508

HIGHLY CONFIDENTIAL

1     previously described?                                    03:21:50

2         A.   I had some more conversations with --

3     with our legal team to review the documents, and I

4     also had conversations with a few additional

5     Facebook employees to help me prepare.                   03:22:03

6         Q.   Who were those additional employees?

7         A.   I have a conversation with Ali Hendrix.

8     I had a conversation with -- excuse me -- the

9     name...

10             With Mark Molaro.                               03:22:34

11             And that's, I think, the extent of the

12    additional conversations, meetings I've had.

13             And then I had some additional

14    conversations over email with Steven Elia.

15        Q.   And what were your conversations with        03:23:01

16    Ms. Hendrix about?

17        A.   We were discussing her work on platform

18    policy enforcement.

19        Q.   And you believe that that related in some

20    way to friend sharing or whitelisting of friend         03:23:27

21    sharing on APIs?

22        A.   My understanding is it -- it related

23    to -- some of the topics I've been designated for,

24    yes.

25        Q.   Including those two topics?                     03:23:42

                                                      Page 509

HIGHLY CONFIDENTIAL

```
 1        A.   I think so, yes.                      03:23:46

 2        Q.   And what about Mark Molaro?  Who is Mark

 3   Molaro?

 4        A.   Mark Molaro is a data scientist, as I

 5   understand it, at Meta.                          03:23:55

 6        Q.   And what did you speak with him about?

 7        A.   We discussed his team's work on

 8   Facebook's efforts to track API usage.

 9        Q.   And during what time frame were those

10   updates?                                         03:24:14

11        A.   His team's work is primarily from 20 --

12   2019 onwards.

13        Q.   And Steven Elia, what did you speak with

14   him about?

15        A.   We were discussing when the rest API was  03:24:30

16   deprecated, I think, and some other whitelisting

17   details.

18        Q.   And you said "the rest API"?  What --

19   what is that API?

20        A.   Sorry.  The rest API is the API which was  03:24:55

21   built before the Graph API and continued to exist

22   for some time.

23        Q.   And what were the other whitelisting

24   details you discussed with Mr. Elia?

25        A.   We discussed how the friend permissions   03:25:15
```

Veritext Legal Solutions
866 299-5127

```
 1    were finally removed from the Facebook developer       03:25:22

 2    platform.

 3         Q.   And what did you learn from Mr. Elia

 4    about that?

 5         A.   From Steven, I learned that there was a       03:25:29

 6    change in, I think, 2018 to make the friend

 7    permissions known and usable by -- by any

 8    application.

 9         Q.   And did you talk to Mr. Elia about the

10    other APIs that emit friend data that we discussed      03:25:50

11    previously in your testimony?

12         A.   I don't recall specifically what -- what

13    I discussed with Steven, but we -- we discussed

14    like previous whitelists and capabilities that

15    existed around friend data.                             03:26:13

16         Q.   Okay.  So did you figure out by talking

17    to him whether these other APIs that emit friend

18    data continue to operate, or have they deprecated

19    as well?

20         A.   Can you let me ask what you mean by           03:26:27

21    "which APIs that continue to emit friend data"?

22         Q.   Sure.

23              We talked about a series of APIs that --

24    that we went through and you identified as also --

25    having the ability to emit some -- some friend         03:26:43
```

HIGHLY CONFIDENTIAL

```
 1    data.                                              03:26:46

 2          Can you give a list of those APIs are, or

 3    that's -- what I just said is enough to refresh

 4    your recollection about that testimony.

 5          The events and pages and groups, all        03:27:02

 6    those APIs.

 7          MR. SCHWING:  Object to form.

 8          THE DEPONENT:  Yeah, that's -- that's a

 9    pretty long list of APIs, and we didn't discuss

10    the -- the full gamut of APIs and their deprecation  03:27:14

11    timelines.

12      Q.  (By Mr. Loeser)  So do you know

13    whether -- these other APIs -- and these are the

14    ones that didn't have the word "friends" in them.

15    But nonetheless, as you testified, they did emit    03:27:24

16    some friend data.

17          Do you know if those are continuing to

18    operate?

19          MR. SCHWING:  Object to form.

20          THE DEPONENT:  Can we -- can we be          03:27:34

21    specific about the APIs we're talking about here?

22    Because I want to make sure I'm giving you, you

23    know, an accurate answer.

24      Q.  (By Mr. Loeser)  Sure.  Well, three of

25    them are events APIs, pages APIs, groups API.  I    03:27:43
```

Page 512

```
 1    think there was taggable friends as well, invitable      03:27:48

 2    friends.  We have -- and read stream.

 3         A.   So -- so relatively large list of APIs.

 4    The exact deprecation and removal dates for each of

 5    them would be different.  And I don't have -- I          03:28:09

 6    don't have that to hand.

 7         Q.   And you don't know offhand whether

 8    those -- all or any of those APIs have been

 9    deprecated as of today?

10              MR. SCHWING:  Compound.                        03:28:20

11              THE DEPONENT:  Yeah, I mean -- there's,

12    again, lots of APIs there.  I -- I do know that in

13    April 2018, the -- the -- the comments and likes

14    edge, as I understand it, was removed from -- from

15    several of those APIs, and the groups and events        03:28:41

16    APIs have since been modified so that they only

17    emit data of people who have authorized the

18    application.

19         Q.   (By Mr. Loeser)  Okay.  And so this is

20    something that if you were to investigate or            03:28:56

21    Facebook were to investigate the details, Facebook

22    could provide an answer as to the extent to which

23    any of these APIs continued to emit friend data and

24    so on today, right?

25              MR. SCHWING:  Object to form.                  03:29:11
```

HIGHLY CONFIDENTIAL

```
1              THE DEPONENT:  My understanding is that        03:29:14

2     today, Facebook has the infrastructure to determine

3     whether or not which APIs exist and which APIs are

4     emitting user data and whether or not that user

5     data is on behalf of the person calling the API.       03:29:31

6         Q.   (By Mr. Loeser)  Okay.  Thank you.

7              And, Mr. Cross, did you add to your notes

8     for your deposition testimony today?

9         A.   I have a -- I have a few pages of

10    handwritten notes that I took in to help me prepare     03:29:48

11    and answer the questions that may come up today.

12        Q.   Okay.  And --

13             MR. LOESER:  Counsel, could we have those

14    notes sent over to us as soon as possible?

15             MR. SCHWING:  Yeah.  We can -- we can          03:30:01

16    look into that in a break, if that would work for

17    you.

18             MR. LOESER:  Great.  And the sooner we

19    get them, the better.  I mean, ideally we can just

20    get this all wrapped up today and we don't have to      03:30:09

21    come back and do that.

22             MR. SCHWING:  I understand, yeah.  At a

23    break, we're happy to get those over.  I obviously

24    can't focus on it right this second, but we'll work

25    on that.                                                03:30:22
```

Page 514

HIGHLY CONFIDENTIAL

```
 1              MR. LOESER:  Okay.  Thank you.              03:30:23

 2       Q.   (By Mr. Loeser)  Mr. Cross, you were on

 3   the strategic partnership team at some point in

 4   your career at Facebook; is that right?

 5       A.   I was on the platform partnerships team,   03:30:33

 6   which is, I think, the name of the team, but the

 7   name of the team may have changed over time.

 8       Q.   Okay.  According to your LinkedIn, from

 9   August 2013 to January 2014, it appears that you

10   were on the -- something called the "strategic      03:30:49

11   partner team."

12              Is that accurate or --

13       A.   I don't recall the -- the formal name of

14   the team, but I refer as the platform partnerships

15   team.  It may have been referred to the strategic   03:31:03

16   partnerships team as well.

17       Q.   Okay.  And were you at one point a

18   strategic partner manager?

19       A.   I was a partner manager.  I think -- I'm

20   not confident whether or not the word "strategic"   03:31:16

21   was in my official job tile, but I worked on that

22   team, yes.

23       Q.   Sorry.  I'm leaning off camera to look at

24   your résumé.

25              According to your résumé, the title that  03:31:31
```

```
1    you have is strategic product partnerships.          03:31:32

2           Is that -- does that sound accurate to

3    you?

4           MR. SCHWING:  Object to form.

5    Foundation.                                           03:31:42

6           THE DEPONENT:  If you're asking what my

7    official title job was -- as per my kind of

8    contract at Facebook, I can't remember that --

9    that.  This seems to be what's on my LinkedIn.

10          I couldn't tell if that was like my           03:31:56

11   official Facebook job title at the time.

12      Q.   (By Mr. Loeser)  Okay.  But I assume it's

13   your practice to accurately record your job titles

14   on your LinkedIn?

15      A.   Generally, yes.  The -- as I say, the        03:32:07

16   team was referred to sometimes as the strategic

17   partnerships team or the platform partnerships

18   team.

19      Q.   So at the time -- and I'll just use the

20   terminology in your LinkedIn, understanding your     03:32:20

21   testimony that you just gave.

22          But at the time that you were on the --

23   you were a strategic product manager, how many

24   strategic partners were there at Facebook?

25      A.   I don't think there's an official           03:32:40
```

```
 1    definition of "strategic partners" for the -- for      03:32:43

 2    the company.  And I don't know how many partners

 3    that the partnership team that I worked on would

 4    have considered managed at the time.

 5         Q.   And so when you were a strategic partner     03:32:57

 6    manager, what did you believe "strategic partner"

 7    referred to?

 8         A.   So, again, in my personal capacity when I

 9    worked on that team, my understanding is my job was

10    to work with companies and app developers that         03:33:12

11    Facebook had decided to -- to work with or -- or

12    partner with to build Facebook platform

13    integrations.

14         Q.   And so if you were to define "strategic

15    partner," that's how would you define it?              03:33:27

16              MR. SCHWING:  Objection.

17              THE DEPONENT:  Again, in my personal --

18              Sorry.  Say again, Austin.

19              MR. SCHWING:  Just take what -- you're

20    faster than I am, Mr. Cross.  It's later in the day    03:33:36

21    for you, so I need some coffee.  Just give me a

22    heartbeat to object.

23              Object to form.

24              THE DEPONENT:  So, again, you know, in a

25    personal capacity, my understanding is that I          03:33:48
```

Page 517

HIGHLY CONFIDENTIAL

1    would -- by partner, I would have been working with          03:33:50

2    company's that the Facebook had decided to work

3    with more closely to build Facebook platform

4    integrations of some -- some -- some nature.

5        Q.   (By Mr. Loeser)  So -- so all of the                03:34:04

6    strategic partners were partners that had

7    integrations with Facebook?

8        A.   I -- I don't think I can answer that

9    question.  Like I -- I don't know what the --

10   there's a formal definition of "strategic partner."          03:34:19

11   It's possible that some had -- most of the ones I

12   would have worked with would have had integrations

13   with Facebook in some -- with the Facebook

14   developer platform in some way.

15       Q.   And what are some examples of the                   03:34:31

16   partners that you worked with?

17       A.   So Spotify would be -- would be one

18   example.  And then others that I worked with in my

19   team in this -- in this capacity would have been

20   things like Mixcloud, SoundCloud, and Giza and --            03:34:54

21   and Guardian.

22       Q.   And did you work with any strategic

23   partners that -- in which Facebook did not have

24   some form of integration?

25            MR. SCHWING:  Object to form.                       03:35:13

Page 518

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  So when I was a -- when I      03:35:15

 2   was a partner manager, typically I would have been

 3   working with entities that had an integration with

 4   the Facebook developer platform in some way.

 5        Q.  (By Mr. Loeser)  And was there a -- is         03:35:27

 6   there a common understanding at Facebook how

 7   Facebook defines "strategic partner"?

 8        A.   I don't think there's a common

 9   understanding at Facebook for what the -- what the

10   definition of the "strategic partner" is.  I think    03:35:41

11   different organizations might define their

12   partnerships with entities in -- in different ways.

13   I don't there's a -- a standard definition of -- of

14   what "strategic partner" means.

15        Q.   Is a common denominator of strategic         03:35:58

16   partners partners that provide value to Facebook?

17              MR. SCHWING:  Object to form.

18              THE DEPONENT:  Again, I don't think

19   there's a -- a standard definition of what a

20   strategic partner is.  It's a relatively loose        03:36:13

21   definition of -- of entities that -- that the

22   partnerships team would have worked with.

23        Q.  (By Mr. Loeser)  Are there any strategic

24   partners that don't provide value to Facebook?

25              MR. SCHWING:  Object to form.             03:36:29
```

Page 519

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Yeah, I don't think        03:36:31

 2     there's a definition of "strategic partner," so

 3     it's -- it's hard to answer that question.

 4         Q.  (By Mr. Loeser)  Well, however you define

 5     it, are there any strategic partners that don't   03:36:38

 6     provide value at Facebook?

 7              MR. SCHWING:  Same objection.

 8              THE DEPONENT:  Typically as a -- as a

 9     partner manager, you'd be working with -- with --

10     with these organizations to build or potentially  03:36:50

11     build integrations that would be valuable to,

12     ideally, the partner, to users, and to Facebook.

13         Q.  (By Mr. Loeser)  So -- what are -- what

14     are the ways in which a -- a strategic partner

15     could provide value to Facebook?                  03:37:10

16         A.  Again, I'm not sure that -- as I

17     mentioned before, I'm not sure there's a definition

18     of "strategic partner."  So, again, can you ask

19     that question in -- in a way that's like -- doesn't

20     require me to rely on a definition which I -- I     03:37:28

21     don't think is established.

22         Q.  You use the term "strategic partner"

23     sometimes in the course of your employment at

24     Facebook, right?

25         A.  I would have typically referred to        03:37:40
```

Page 520

HIGHLY CONFIDENTIAL

```
 1    "partners" and then sometimes "strategic partners."        03:37:41

 2    So like -- I may have used those terms, yes.

 3         Q.   Okay.  And so what was your understanding

 4    of the term "strategic partner" if it's different

 5    than what you already testified?                            03:37:59

 6         A.   So my -- my understanding --

 7              THE DEPONENT:  Sorry.  Say again, Austin.

 8              MR. SCHWING:  Asked and answered.

 9              Go ahead.

10              THE DEPONENT:  Yeah, so my understanding        03:38:06

11    of -- of -- of "strategic partner" would be an

12    entity, an organization that Facebook has partnered

13    with or was considering partnering with to build

14    some form of integration with the Facebook

15    developer platform.                                        03:38:21

16         Q.   (By Mr. Loeser)  And back to the

17    questions about value, so let's talk about

18    partnerships generally.

19              Partners -- Facebook partners with

20    developers that provide value to Facebook; is that        03:38:36

21    right?

22         A.   Typically the partnerships team would be

23    focused on working with entities that provided

24    value to -- to users by building integrations with

25    the Facebook developer platform.                           03:38:51
```

Page 521

1        Q.   So you're saying that Facebook doesn't          03:38:53

2   consider whether the partner provides value to

3   Facebook other than the value to the users?

4        MR. SCHWING:  Misstates testimony.

5        THE DEPONENT:  Yeah, that's not what I --          03:39:01

6   what I said.  Typically when I as working with

7   partners, we were focused on the value that those

8   integrations would provide to -- to user.

9        Q.   (By Mr. Loeser)  And did you not also

10  consider the value those integrations would provide          03:39:11

11  to Facebook?

12       A.   One of the things that -- that would be

13  looked at is how this would be used by users and

14  would those integrations be considered valuable to

15  users, and the value -- the -- how -- how well they          03:39:29

16  would be used by users and the implications for

17  that on the Facebook community.

18       Q.   And, again, were there types of value

19  that Facebook took into account that pertained to

20  Facebook as opposed to users?  Can you think of any          03:39:47

21  ways that a partnership would provide value

22  directly to Facebook other than the benefits

23  received by the users?

24       MR. SCHWING:  Vague.  Compound.

25       THE DEPONENT:  Yeah, so typically an          03:40:03

Page 522

```
 1    integration would allow people, for example, to        03:40:04

 2    post stories back to Facebook, and that would

 3    provide content for newsfeed that could be seen

 4    by -- by their friends.  That would be an example

 5    of the value that would be provided.                    03:40:19

 6            And -- and typically, if there's more

 7    content in newsfeed and there's more interesting

 8    stories for people to see, they might come back to

 9    Facebook more frequently and interact with those

10    stories, and that might increase visitation.            03:40:31

11       Q.   (By Mr. Loeser)  Is ad revenue a value

12    that Facebook received from some partners?

13            MR. SCHWING:  Scope.

14            THE DEPONENT:  Sorry.  Yeah, my -- my --

15    this is a -- there's a question about the               03:40:48

16    advertising ecosystem, which is not my area of

17    expertise.  So, you know, that's very -- I'm not

18    particularly well educated on -- to explain in

19    detail.

20            What I can say from my personal                 03:41:03

21    experience, though, is that sometimes developers

22    would want to buy ads to promote their

23    applications, and that would be considered a form

24    of -- of value.

25       Q.   (By Mr. Loeser)  Value for Facebook,            03:41:20
```

HIGHLY CONFIDENTIAL

```
 1    right?                                          03:41:22

 2         A.    Well, if -- if a developer is buying ads

 3    to promote their application, it's because they

 4    believe that that's a -- that's a worthwhile thing

 5    to do in terms of growing -- growing an application   03:41:33

 6    and its user base, and in the process of doing

 7    that, Facebook would receive some money for the

 8    ads.

 9         Q.    And what about user data?  Don't some

10    developers provide Facebook with -- with user data    03:41:44

11    that is a value to Facebook?

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  So they typically --

14    again, most integrations would allow developers --

15    would allow users of those applications to share      03:42:01

16    content back to Facebook, and that would create

17    stories and newsfeed that could be seen by their

18    friends or, in the case of Open Graph, which is on

19    their timeline, which would enrich their Facebook

20    profile.                                              03:42:20

21         Q.    (By Mr. Loeser)  And did the partnership

22    group also look at potential opportunities for

23    future relationships with -- with partners as a

24    form of value for Facebook?

25              MR. SCHWING:  Object to form.             03:42:33
```

Page 524

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Yeah, I'm not sure -- I'm     03:42:34

 2    not sure what -- what you mean by that.  Like

 3    future value -- could you give me an example?

 4         Q.   (By Mr. Loeser)  Well, when you're --

 5    when the partnership group was interacting with a   03:42:42

 6    partner and was -- did the partnership group also

 7    consider whether there was some possibility for

 8    future relationships with that partner that could

 9    be a value to Facebook?

10         A.   I -- it's hard to know what -- what the    03:42:58

11    partnerships team was considering in its -- in its

12    various discussions with -- with developers and

13    partner -- potential partners and potential

14    partners in the past.  So I'm not sure I can give

15    an accurate answer to that question.               03:43:10

16         Q.   Do you know what an OEM is?

17         A.   My understanding that would mean

18    "original equipment manufacturer."

19         Q.   Okay.  And did -- did Facebook consider a

20    value to Facebook an OEM preloading the Facebook    03:43:27

21    app?

22         A.   So I think the partnerships team are

23    the -- are the -- probably the determiners of what

24    that -- of what that means.  My understanding

25    from -- from having worked in this area is that     03:43:45
```

Page 525

HIGHLY CONFIDENTIAL

```
 1    there was value to users by having the Facebook app      03:43:49

 2    on their device, and so it was easy and accessible

 3    without having to download it separately.

 4              MR. LOESER:  Let's go off the record.

 5              THE VIDEOGRAPHER:  Okay.  We're off the          03:44:19

 6    record.  It's 4:02 p.m.

 7              (Recess taken.)

 8              THE VIDEOGRAPHER:  We're back on the

 9    record.  It's 4:12 p.m.

10       Q.  (By Mr. Loeser)  Mr. Cross, does Facebook          03:54:13

11    enter into contracts with -- with some of its

12    partners?

13       A.   Yes.  There would be typically additional

14    contracts that would have been agreed between

15    Facebook and those parties to cover a number of          03:54:32

16    different things.

17       Q.   And what types of partners does Facebook

18    contract with?

19       A.   Well, you're asking who Facebook

20    contracts with.  Do you mean across the whole gamut      03:54:49

21    of the company?

22       Q.   No.  I mean with regard to the

23    conversation we're having about the partnership

24    group and the product managers, the conversation

25    we're having now?                                        03:55:04
```

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  Outside the scope.  Vague.        03:55:06

2              THE DEPONENT:  Yeah, can you -- just,

3      again, I'm trying to do my best here and, you know,

4      give you an accurate answer.

5              So can you be a bit more specific            03:55:19

6      about -- about the scope of the -- the work that

7      you're -- you're referencing here?

8         Q.   (By Mr. Loeser)  Well, when you were in

9      the partnership group, did you have partners that

10     you worked with with which Facebook contracted?      03:55:28

11        A.   So on a personal level, I don't -- I

12     don't recall working with that many entities that

13     had -- we had contract -- that the Facebook had

14     contracts with when I was manager on the

15     partnerships team.  But -- but, yes, there were --   03:55:49

16     there were contracts that I was aware of between

17     Facebook and some of these partners that covered

18     their use of the Facebook developer platform.

19        Q.   And -- and sometimes did Facebook contain

20     in those contracts the ability to access APIs on     03:56:09

21     the partners platform?

22        A.   Yeah, it's -- that's possible, but I -- I

23     don't recall any specific examples from my time on

24     the partnerships team.

25              But, yeah, across the -- the history of     03:56:34
```

Page 527

HIGHLY CONFIDENTIAL

```
 1    the company, it's possible, but I'd be speculating      03:56:36

 2    exactly as to what.

 3         Q.   Okay.  And in the context of the

 4    relationship with partners, what does "reciprocity"

 5    mean?                                                   03:56:52

 6              MR. SCHWING:  Object to form.  Scope.

 7              THE DEPONENT:  So, again, can you be a

 8    bit more specific about like the -- the -- the

 9    scope we're talking about here?  Is it the Facebook

10    developer platform or -- or partners in general?       03:56:59

11         Q.   (By Mr. Loeser)  I'm talking about

12    partners with which Facebook contracts and where

13    the contract governs the partner's access to the

14    Facebook platform and Facebook's access to the

15    partners platform.                                     03:57:14

16              In that context, is there something that

17    Facebook refers to as "reciprocity"?

18              MR. SCHWING:  Object to form.

19              THE DEPONENT:  I've heard the -- the

20    phrase "reciprocity" used.  I'm not sure if it's       03:57:25

21    codified in any platform policies.

22              My personal understanding of -- of that

23    term, it generally refers to really about fairness

24    in sharing data with Facebook, users sharing

25    stories back to Facebook where apps are also           03:57:48
```

Page 528

HIGHLY CONFIDENTIAL

1    reading data from Facebook so as to contribute to          03:57:52

2    the overall community Graph.

3        Q.   (By Mr. Loeser)  So when you say

4    "fairness," you mean Facebook provides access to

5    information and Facebook believes it's fair for           03:58:00

6    them, the partner, to provide data back to

7    Facebook?

8           MR. SCHWING:  Vague.

9           THE DEPONENT:  I think that's a -- that's

10   a very broad statement.  Let me -- best to give an        03:58:11

11   example would be useful is if -- developers --

12   let's take the Open Graph set of APIs that existed

13   in around 2011, 2012.  If apps were reading from

14   the Open Graph, then it would be considered

15   reasonable that they would be expected to offer          03:58:45

16   users the ability to publish their actions in that

17   app also back to the Graph so that everybody could

18   benefit.

19       Q.   (By Mr. Loeser)  And so you keep talking

20   about the benefits to users, and I'm wondering if        03:58:57

21   Facebook also identified the benefit to Facebook

22   specifically that results from reciprocity.

23       A.   What -- Sorry.

24           MR. SCHWING:  Object to form.

25           Go ahead.  You can answer.                       03:59:15

Page 529

HIGHLY CONFIDENTIAL

```
 1            THE DEPONENT:  So, again, in the example     03:59:20

 2    of Open Graph stories in terms of reciprocity, then

 3    if users have the ability to share their activity

 4    in an app back with Facebook, then that enriches

 5    the Facebook newsfeed for their friends and creates   03:59:39

 6    additional content for their timeline that might

 7    encourage users to spend more time on Facebook.

 8        Q.   (By Mr. Loeser)  And that's a benefit for

 9    Facebook?

10        A.   Typically Facebook wants its user -- we      03:59:54

11    want our users to find value in using our products,

12    and spending more time on our products is one way

13    that they may express that value.

14        Q.   Facebook considers the value that a

15    partner contributes to Facebook when making          04:00:11

16    decisions about what user data to make available to

17    that partner, right?

18            MR. SCHWING:  Object.  Vague.

19            Go ahead.

20            THE DEPONENT:  Yeah, it's a very broad        04:00:26

21    question that's hard to answer.  Again, in general,

22    when Facebook is considering partnering with --

23    with an entity or working more closely with an

24    entity, there would be an assessment of the -- the

25    value that is trying to be created for users, how    04:00:48
```

Page 530

| | | |
|---|---|---|
| 1 | that would create value for Facebook, and for the | 04:00:53 |
| 2 | third-party developer as well. | |
| 3 | So typically working with these | |
| 4 | partnerships requires investments of time and | |
| 5 | energy from both sides and, you know, the -- the | 04:01:07 |
| 6 | amount of resources to -- to do that are not | |
| 7 | unlimited, and so there would be some determination | |
| 8 | by the partnerships team as to whether or not this | |
| 9 | was a -- a partnership worth pursuing. | |
| 10 | Q.   (By Mr. Loeser)  And Facebook considered | 04:01:24 |
| 11 | a partner's value to Facebook when deciding whether | |
| 12 | to maintain access to certain data after the | |
| 13 | transition to platform 3.0, right? | |
| 14 | A.   Sorry.  "Platform 3.0"?  Can you be | |
| 15 | specific about -- about what you mean? | 04:01:42 |
| 16 | Q.   Yeah, I'm sorry.  I'm using -- there's a | |
| 17 | variety of terms used by Facebook, and "platform | |
| 18 | 3.0" -- you tell me if I'm wrong -- is one of the | |
| 19 | references to the Graph API version 2.0 platform. | |
| 20 | A.   Well, that -- that terminology refers | 04:01:57 |
| 21 | to -- is one of the code names used for this | |
| 22 | general series of work leading up to what became | |
| 23 | API version 2 and Login v4 that were launched in | |
| 24 | April of 2014. | |
| 25 | And so could you ask the question again | 04:02:14 |

Page 531

HIGHLY CONFIDENTIAL

1    to make sure I understand.                          04:02:20

2         Q.   Sure.   And with that understanding of

3    what platform 3.0 means, Facebook considered a

4    partner's value to Facebook when deciding whether

5    to maintain access to certain data after the        04:02:31

6    transition to platform 3.0?

7         A.   Well, again, can you -- can you help me

8    understand what you mean by "certain data"?

9    Like -- like the specifics matter here, and I want

10   to get -- make sure I give you an accurate answer.  04:02:47

11        Q.   Yeah.   There were series of APIs that

12   were deprecated in the new platform; is that right?

13        A.   In version 2 there were a number of APIs

14   that were deprecated and a number of permissions

15   that were publicly deprecated, yes.                 04:03:01

16        Q.   And when deciding whether to continue to

17   allow partners to have access to those deprecated

18   permissions, Facebook considered the value that

19   those partners provided to Facebook, right?

20             MR. SCHWING:   The question is vague.      04:03:15

21             THE DEPONENT:   Yeah, I mean, it -- can we

22   talk about which -- which specific partners you're

23   referring to here and what kind of additional time

24   periods and access we're talking about?

25        Q.   (By Mr. Loeser)   I would like you to     04:03:34

Page 532

```
 1    answer the question.  The question refers to the      04:03:35

 2    transition to the new platform, and it refers to

 3    deprecated permissions, and it refers to whether

 4    Facebook considered the value that partners

 5    provided to Facebook when deciding which of those     04:03:46

 6    partners to grant continued access to those

 7    deprecated functions.

 8              So if you could answer the question

 9    whether Facebook took into account the value

10    partners provided to Facebook when making that        04:03:58

11    decision, that's all I'm asking.

12              MR. SCHWING:  The question is vague.

13              THE DEPONENT:  Yeah, so Facebook --

14    sorry.  Master Garrie, I see you here.  I -- you

15    said earlier that means because you want to           04:04:13

16    intervene and help.

17              I want to give a good answer to -- to

18    this question, and --

19              SPECIAL MASTER GARRIE:  I was going to

20    just direct you to answer the question the best you    04:04:21

21    can.  So either a "yes," "no," or "I don't

22    understand the question."

23              MR. SCHWING:  Special Master Garrie,

24    since you're on and we're -- I don't want to

25    interrupt the questioning here too much, but I do      04:04:32
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | have a concern that Mr. Loeser is supposed to be | 04:04:35 |
| 2 | asking questions about topics 6 and 7, which relate | |
| 3 | to friend sharing. | |
| 4 | SPECIAL MASTER GARRIE:  Again, so | |
| 5 | let's -- | 04:04:44 |
| 6 | MR. SCHWING:  And Mr. Melamed is going to | |
| 7 | be asking questions about the other topics. | |
| 8 | I want to ensure that there are not | |
| 9 | multiple lawyers who are asking kind of overlapping | |
| 10 | questions here today, because I don't believe | 04:04:53 |
| 11 | that's appropriate under our protocol.  So I just | |
| 12 | want to make sure we're focused on actual 6 and 7 | |
| 13 | here before we transition over to Mr. Melamed. | |
| 14 | SPECIAL MASTER GARRIE:  Okay.  So one | |
| 15 | second.  We will address that in a second. | 04:05:03 |
| 16 | But, Mr. Cross, what I was going to | |
| 17 | instruct you is so when you're asked a question, | |
| 18 | you can answer, "yes," "no," give an explanation or | |
| 19 | say "I don't understand the question," but | |
| 20 | otherwise, good question/bad question is not a | 04:05:18 |
| 21 | judgment.  He's asked the question.  You're to do | |
| 22 | your best and endeavor your best to answer the | |
| 23 | question.  And you can say, yes, this is how I | |
| 24 | define this; no, this is how I define that, or so | |
| 25 | on and so forth and answer the question the best | 04:05:32 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    you can.                                          04:05:34

 2            If you don't understand the question, you

 3    can state "I don't understand the question as

 4    asked" or something to that effect.  Whatever

 5    reflects your current state of mind as you         04:05:40

 6    understand it.  But you do just need to answer the

 7    question the best you can.

 8            THE DEPONENT:  Cool.  Thank you,

 9    Special Master Garrie.

10            SPECIAL MASTER GARRIE:  With that          04:05:51

11    settled, I'll turn it back to Counsel Loeser.  Just

12    reask the question.

13            Once he finishes this line of

14    questioning, Counsel Schwing, we will go off the

15    record and address the other question.  I just     04:05:58

16    don't want to interrupt Counsel Loeser's flow.  I

17    just wanted to weigh in and just communicate to the

18    witness to answer the question the best you can as

19    a 30(b)(6) corporate representative.

20            And then we will -- once the line of        04:06:13

21    questioning is done, Counsel Schwing, we will

22    address your question or your point of concern.

23            Okay?

24            MR. SCHWING:  Thank you, Special Master.

25            SPECIAL MASTER GARRIE:  Of course.          04:06:23
```

Page 535

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. LOESER:  Thank you. | 04:06:25 |
| 2 | Q.  (By Mr. Loeser)  Mr. Cross, Facebook | |
| 3 | considered a partner's value to Facebook in | |
| 4 | deciding whether to maintain the partner's access | |
| 5 | to deprecated permissions after the transition to | 04:06:30 |
| 6 | platform 3.0, right? | |
| 7 | MR. SCHWING:  Object to form. | |
| 8 | THE DEPONENT:  So in -- in the | |
| 9 | transition, there were a number of integrations | |
| 10 | that -- that preexisted that transition, and | 04:06:45 |
| 11 | Facebook would have determined that they would | |
| 12 | continue to exist based on the value to users and | |
| 13 | the value that they provided to -- to Facebook and | |
| 14 | the partner too. | |
| 15 | MR. LOESER:  Okay. | 04:07:06 |
| 16 | I guess we're going off the record. | |
| 17 | We can go off the record. | |
| 18 | THE VIDEOGRAPHER:  Okay.  Thank you. | |
| 19 | We're off the record.  It's 4:25 p.m. | |
| 20 | (Recess taken.) | 04:09:47 |
| 21 | THE VIDEOGRAPHER:  We're back on the | |
| 22 | record.  It's 4:29 p.m. | |
| 23 | Q.  (By Mr. Loeser)  Mr. Cross, when deciding | |
| 24 | whether to provide access to the friend data after | |
| 25 | 2014 for partners, did Facebook consider the value | 04:11:41 |

Page 536

HIGHLY CONFIDENTIAL

```
 1    that the partners could provide to Facebook?           04:11:46

 2              MR. SCHWING:  The question is vague.

 3              THE DEPONENT:  Yeah, I -- again, I -- I

 4    hope -- I just want to make sure I answer this

 5    correctly.  A whole bunch of things were considered    04:11:59

 6    or would have been considered in determining

 7    whether or not to -- to allow integration partners

 8    to continue to have access to information after the

 9    APIs and permissions were more publicly deprecated.

10    There's a whole -- a whole raft of things that          04:12:20

11    would have been -- would have been considered in

12    those determinations:  the value to users, how

13    often they were being used, the contractual

14    determinations, if -- if there were any such,

15    and -- and so on.                                       04:12:39

16              So a wide range of things would have been

17    considered.

18              When you say "value to Facebook," can you

19    help me define what -- what you mean?

20         Q.   (By Mr. Loeser)  Well, that's what I've       04:12:50

21    been trying to have you testify about, all the ways

22    Facebook understands value.

23              So if you have some understanding of how

24    Facebook defines value that helps you answer that

25    question, go ahead and say what those things are        04:13:02
```

Page 537

```
 1    and then answer the question.                      04:13:04

 2         A.   So, yeah.  One of the things that would

 3    have been considered is how often those apps are

 4    being used.  So, for example, a device integration

 5    would have a number of people -- would be -- a      04:13:19

 6    number of people would be using it and -- and that

 7    would be considered in -- in the overall assessment

 8    of whether or not the information -- should

 9    continue -- the integration should continue.

10         So there's a -- a wide range of things         04:13:32

11    that would have been considered, including user

12    value and various types of value to Facebook.

13         Q.   And revenue received by Facebook from

14    the -- the partner was one of the other things, one

15    of the other forms of value that Facebook           04:13:46

16    considered, right?

17         MR. SCHWING:  The question is vague.

18         THE DEPONENT:  In terms of -- like, I

19    recall seeing documents which -- which suggest that

20    the revenue from a company was pulled and,          04:14:00

21    you know -- assessed in some way.  But I -- I do

22    not recall when, you know, revenue from a partner

23    was part of the assessment for -- for why

24    integration would continue.

25         Q.   (By Mr. Loeser)  And so as Facebook's     04:14:32
```

                                                          Page 538

HIGHLY CONFIDENTIAL

```
1    corporate designee here, can you testify as to          04:14:36

2    whether revenue from the partner was considered

3    when deciding whether to continue allowing a

4    partner to have access to APIs that emit friend

5    data?                                                    04:14:48

6         A.   Again, I can see --

7              MR. SCHWING:  Sorry.

8              The question is vague.

9              Go ahead.

10             THE DEPONENT:  Yeah, I -- I recall seeing      04:14:53

11   documents that were -- where revenue from a partner

12   is considered as part of the overall assessment,

13   but I -- I cannot say whether or not revenue was a

14   determinant in whether or not a partner continued

15   to have access or not.                                   04:15:12

16        Q.   (By Mr. Loeser)  And is there somebody

17   else --

18             I'm sorry.  I thought were finished.

19        A.   Sorry -- continued to have access to

20   publicly deprecated APIs or private APIs.               04:15:25

21        Q.   And who at Facebook would definitively

22   know the answer to that question?

23             MR. SCHWING:  The question is vague.

24             THE DEPONENT:  I -- I think like the --

25   the -- I don't think anyone at Facebook would --        04:15:40
```

Veritext Legal Solutions
866 299-5127

```
 1    would be able to know whether or not for every          04:15:43

 2    single app, what the decision-making criteria was.

 3    So I'm not sure that's -- that's like fully --

 4    fully knowable.

 5              I -- I don't recall -- and again, on a        04:15:58

 6    personal level, I do not recall being in any

 7    conversations where revenue was a determining

 8    factor in -- whether or not an app was continued --

 9    had an app continued to have access to deprecated

10    permissions.                                            04:16:15

11        Q.   (By Mr. Loeser)  Okay.  And I didn't ask

12    you for a person who would know with regard to each

13    and every partner.  I'm just asking you as a

14    general matter who would be the most knowledgeable

15    person on Facebook who can answer the question        04:16:23

16    about the extent to which revenue was taken into

17    account when deciding to, for example, whitelist

18    entities so that they could continue to obtain

19    friend data?

20        A.    I think the partnerships leadership team.    04:16:37

21    The partnership team is probably the people who

22    have the -- the -- the closest understanding of --

23    of that.  I've spoken to -- to several of those in

24    preparation for this, and none of them represented

25    to me that -- that revenue was -- was a driver in    04:16:56
```

Page 540

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the decision-making. | 04:17:00 |
| 2 | Q.   And who did you speak to about that? | |
| 3 | A.   I spoke to Ime Archibong, I spoke to | |
| 4 | Eddie O'Neil, and I spoke to Francisco Varela. | |
| 5 | (Exhibit 401 was marked for | 04:17:15 |
| 6 | identification by the court reporter and is | |
| 7 | attached hereto.) | |
| 8 | MR. LOESER:  Okay.  We're going to | |
| 9 | introduce an exhibit, which is -- this is -- it'll | |
| 10 | come up in a second, Mr. Cross.  This is an email | 04:17:31 |
| 11 | from you to Jackie Chang and Brian Hurren dated | |
| 12 | October 30th, 2013, cc to Ime Archibong.  Subject | |
| 13 | line on the email is "PS12n divide and conquer." | |
| 14 | Do you see this email, Mr. Cross? | |
| 15 | THE DEPONENT:  I do. | 04:17:54 |
| 16 | Q.   (By Mr. Loeser)  This is an email that | |
| 17 | you offered; is that right? | |
| 18 | MR. SCHWING:  I'm sorry, Derek.  Just | |
| 19 | really quickly so we can be on the same page and I | |
| 20 | can quickly get to documents too. | 04:17:59 |
| 21 | Was that -- was there like a tab number | |
| 22 | associated with that with the documents that you | |
| 23 | sent over?  I'm wondering if -- I would just like | |
| 24 | to be able to -- rather than have you launch into | |
| 25 | it, have some access to look at the document, so -- | 04:18:12 |

Page 541

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. LOESER:  It will be Exhibit 401. | 04:18:15 |
| 2 | Q.   (By Mr. Loeser)  Do you see the exhibit | |
| 3 | numbers in the Exhibit Share? | |
| 4 | MR. LOESER:  Or, Mr. Schwing, you can | |
| 5 | also just look at the Bates number and match it to | 04:18:38 |
| 6 | what you receive. | |
| 7 | MR. SCHWING:  Okay.  Go ahead.  I got it. | |
| 8 | I just had a little technical difficulty there, but | |
| 9 | go ahead.  Thank you. | |
| 10 | Q.   (By Mr. Loeser)  Mr. Cross, do you see | 04:18:51 |
| 11 | the email? | |
| 12 | A.   I do see the email. | |
| 13 | Q.   And the date is October 30th, 2013, | |
| 14 | right? | |
| 15 | A.   Yup. | 04:19:00 |
| 16 | Q.   And the email has an attachment.  It says | |
| 17 | "PS12n private platform Ops & Partnership Work | |
| 18 | Streams.key"; is that right? | |
| 19 | A.   That's right. | |
| 20 | Q.   And that's an attachment that you | 04:19:11 |
| 21 | prepared, correct? | |
| 22 | A.   I -- that's likely. | |
| 23 | Q.   And one of the recipients is Brian | |
| 24 | Hurren.  Who is Brian Hurren? | |
| 25 | A.   Brian Hurren was a partner manager on the | 04:19:24 |

Page 542

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    platform partnerships team.                         04:19:27

 2            MR. LOESER:  And we can go to the next

 3    exhibit, which is the attached slide deck.

 4            (Exhibit 402 was marked for

 5    identification by the court reporter and is          04:19:36

 6    attached hereto.)

 7        Q.  (By Mr. Loeser)  And while we're waiting

 8    for that, Mr. Cross, what was your job at Facebook

 9    in October 2013?

10        A.   I was a partner manager on the platform     04:19:59

11    partnerships team.

12        Q.   And how many partner managers were there

13    at the time?

14        A.   On the platform partnerships team or at

15    the company?                                         04:20:11

16        Q.   On the platform partnerships team.

17        A.   I'm not sure of the exact number, but it

18    was less than -- less than ten.

19        Q.   And we're looking now at Exhibit 402,

20    which is the slide deck that you prepared with the   04:20:26

21    title "PS12n:  Partnerships & Operations, Managing

22    the Private Platform."

23            Do you see that?

24        A.   I see.

25        Q.   So that the record is clear, what is        04:20:39
```

HIGHLY CONFIDENTIAL

```
 1    PS12n?                                              04:20:41

 2        A.   PS12n refers to platform simplification,

 3    which is another code name for the set of proposed

 4    changes that ultimately resulted in the launch of

 5    Graph API v2 in April 2014.                         04:20:54

 6        Q.   And how is it that you came to prepare

 7    this PowerPoint?

 8        A.   I don't recall exactly what -- how I came

 9    to prepare this -- this PowerPoint.  But at the

10    time, my understanding is that there were a set of  04:21:13

11    changes being proposed to the Facebook developer

12    platform, and the partnerships team were trying to

13    understand what the impact would mean for

14    Facebook's -- the -- the developers that the

15    partnership team worked with.                       04:21:37

16        Q.   And why is it that you were tasked with

17    preparing this PowerPoint?

18             Do you recall?

19        A.   I don't recall why I was -- why I was

20    tasked with it, but -- but at time I recall our --  04:21:46

21    our -- most of the team was engaged in some way

22    and -- in trying to understand the impact on the

23    developer ecosystem and the -- the partners that

24    were managed by the team.

25        Q.   And what is Facebook's private platform?   04:22:00
```

HIGHLY CONFIDENTIAL

```
1        A.   So, again, I -- I think the -- well -- I      04:22:09

2    think the best way to answer that is my experience

3    in a personal capacity.  What I'm referring to here

4    is the set of APIs, permissions, and so on that

5    were not available to regular developers and were    04:22:23

6    available to developers through whitelists.

7        Q.   Okay.  You can go to slide 2.

8             Are you looking at -- I'll just represent

9    to you this is the second slide.  There's no page

10   numbers on them.  But the title of the slide is     04:22:47

11   "PS12n:  Partnerships/Operations Goals."

12             Do you see that?

13       A.   I do.

14       Q.   Could you read each of the bullet points,

15   and after each one, explain what it means.          04:22:56

16       A.   I'll -- I'll do my best.  This is a slide

17   deck written kind of nearly -- nearly eight years

18   ago now.  And so I'll do my best, given the time

19   that's elapsed since.

20             The first bullet is "Protect the Graph,"   04:23:18

21   which my understanding is around ensuring that

22   Facebook's information or the -- the user's

23   information is being appropriately used by

24   applications in -- by apps and developers.

25             The next bullet is "but retain            04:23:36
```

Page 545

HIGHLY CONFIDENTIAL

```
 1    valid/strategic use cases."                      04:23:41

 2         Q.   Actually, let me pause you for a second.

 3              On "Protect the Graph," you mentioned it

 4    was to make sure that users' data was used

 5    appropriately.                                    04:23:50

 6              Was it also to make sure that Facebook

 7    wasn't providing access to user data without

 8    getting anything in return from its partners?

 9         A.   Sorry.  I may have to think about that to

10    make sure I give you a correct answer.            04:24:10

11              I don't think this was -- I don't think

12    this refers to -- to reciprocity.  It's that -- my

13    understanding, again, given that this slide deck

14    is, you know, is eight years old, and going off

15    what I can read on the page, my recollection is    04:24:29

16    that this is about making sure that the -- the

17    information that is emitted to third parties is

18    being used appropriately and creating value for

19    users.

20         Q.   And what is the basis for your            04:24:44

21    understanding of that point?

22         A.   The basis for my understanding is my

23    memory from eight years ago, so that's what I'm

24    going off here.

25         Q.   Okay.  So the next bullet, could you read 04:24:59
```

Veritext Legal Solutions
866 299-5127

1    that one again, please.                                04:25:01

2         A.   The next bullet is "but retain

3    valid/strategic use cases."

4         Q.   So what did Facebook mean here when it

5    wrote that one of the goals was to retain valid      04:25:11

6    strategic use cases?

7              MR. SCHWING:  Object to form.

8              THE DEPONENT:  Again, this -- this is a

9    document written by a person, in this case, me.  So

10   I don't think that is necessarily Facebook's as a    04:25:24

11   company's understanding.  This is one document

12   written -- written a long time ago by -- by a

13   person.

14             I can talk about what -- what I recall

15   meaning or what I think this means, given my -- my   04:25:38

16   personal involvement, which is that there were

17   integrations, for example, that were valuable to --

18   to users that wouldn't be possible under the

19   proposed changes, and -- and those -- those

20   would -- there was a consideration that those --     04:25:59

21   those should continue, a good example being the

22   Facebook app on BlackBerry.  That would be, I

23   think, an app that was considered valuable to

24   users, valuable to BlackBerry, and valuable to

25   Facebook.                                            04:26:17

                                                   Page 547

1      Q.   (By Mr. Loeser)  Okay.  And skipping down      04:26:18

2    to the last bullet points "Dev NPS-neutral

3    (short-term), Dev NPS-positive (medium term)."

4         What -- what does that mean?

5      A.   So Dev NPS-neutral.  So NPS means -- or      04:26:37

6    Dev NPS means developer net promoter score, which

7    at the time was a metric used to survey Facebook's

8    platform developers and understand their level of

9    satisfaction with the Facebook developer platform.

10   And so what this means is that the -- a great        04:27:00

11   outcome for those changes in the short term would

12   be no impact on developer NPS and that over time

13   these changes would be positive for developer NPS.

14     Q.   And the title of this slide shows that

15   these bullets relate to the partnership operation    04:27:18

16   goals; is that right?

17     A.   The slide says "partnerships/operations

18   goals."

19     Q.   And were these, in fact, Facebook's goals

20   at the time?                                          04:27:29

21     A.   Again, I don't think it's fair to

22   represent these as Facebook's goals.  This is a

23   skeletal draft slide deck written by one person

24   in -- in kind of mid-2013, so I don't think this

25   was -- this is officially Facebook's goals.           04:27:49

Page 548

HIGHLY CONFIDENTIAL

```
  1              So no, I don't think it's right to make      04:27:52

  2     that representation.

  3         Q.   Well, were these the goals that were --

  4     that were implemented and that Facebook sought to

  5     achieve through the transition to the new platform?   04:28:01

  6              MR. SCHWING:  Object to form.

  7              THE DEPONENT:  Again, no, I don't

  8     think -- I don't think it's right to say that these

  9     are Facebook's goals.  These are the goals that I,

 10     as the author of this document, was proposing or      04:28:12

 11     asserting that would be attempted, but I don't

 12     think that's right to say that these are Facebook's

 13     goals for the overall program.

 14         Q.   (By Mr. Loeser)  Well, you were there

 15     through the whole process -- right? -- the           04:28:28

 16     transition?

 17         A.   I was there through -- I was working on

 18     this from -- from mid-2013 to kind of mid-2015.

 19         Q.   Okay.  So through the transition, right?

 20         A.   Yeah, through -- through most of the         04:28:43

 21     transition, yes.

 22         Q.   Okay.  So were these the goals you had in

 23     mind for that transition and that Facebook

 24     implemented?

 25              MR. SCHWING:  That's compound.               04:28:53
```

Veritext Legal Solutions
866 299-5127

```
 1              THE DEPONENT:  So, again, I don't -- I      04:28:54
 2    don't think it's -- I mean, there are a number of
 3    goals that Facebook has -- was attempting to --
 4    attempting to achieve with this transition.  These
 5    four bullets suggest a proposed subset as -- as I,   04:29:07
 6    as a person on the partnerships team, understood
 7    them in -- in kind of mid to late 2013.
 8              So I don't -- I don't think it's right to
 9    say that these are -- these are the goals of the
10    overall program.                                     04:29:21
11         Q.   (By Mr. Loeser)  Were any of these goals
12    abandoned through the transition?
13         A.   I don't think ██████████ was a
14    particular focus of the -- of the -- of the effort.
15    I wouldn't say it was abandoned.  It was -- it was   04:29:38
16    considered, but I don't think that was necessarily
17    the primary goal of the set of transitions.
18         Q.   Okay.  We can go to the next slide.
19              You see that the title of this slide is
20    "PS12n Ops/Partnerships Workstreams"?                04:29:56
21              Do you see that?
22         A.   I do.
23         Q.   And so you helped come up with the
24    workstreams that would be necessary to implement
25    the transition to the new version of social Graph?   04:30:12
```

HIGHLY CONFIDENTIAL

| 1 | A.   So, again, this slide deck represents a | 04:30:18 |
|---|---|---|

```
 1        A.   So, again, this slide deck represents a          04:30:18

 2   set of potential proposed things that needed to be

 3   done, but the -- I don't think this is

 4   representative of what ultimately was -- was done

 5   or enacted.  So this is a -- my understanding as a     04:30:32

 6   partnerships person at a point in time in mid -- in

 7   mid-2013 in trying to understand the changes and

 8   how to articulate them.

 9        Q.   Okay.  You see on the far right, there's

10   a reference to the "public platform"?                  04:30:47

11        Do you see that?

12        A.   I do.

13        Q.   And below that there's a reference to the

14   "private platform"; is that right?

15        A.   I see that, yup.                             04:30:57

16        Q.   And so at this time in 2013, was there a

17   public platform and a private platform?

18        A.   In 2013 -- I don't think it's right to

19   categorize these like as completely separate

20   things.  There was no separate public platform and   04:31:13

21   completely separate private platform.  What I'm --

22   again, remembering my authoring of this deck eight

23   years ago, is trying to frame that there was the

24   public platform, certainly, which was what regular

25   developers had access to, and -- and then there      04:31:30
```

Page 551

1    were a set of APIs, permissions, and modifications    04:31:33

2    to that public platform that were available or --

3    or -- or enacted through a set of whitelists, and

4    that's what I'm referring to by -- by the phrase

5    "private platform."    04:31:51

6           There were not distinct like things.  One

7    was really a modifier of the other.

8    Q.   So if you go to the far left, the first

9    box, it says "public," and then in the box Login,

10    Open Graph, Dialog, Payments, Canvas, non-app    04:32:07

11    friends -- I missed one, plug-ins -- friend data,

12    newsfeed, et cetera.

13           Do you see that?

14    A.   I do see that.

15    Q.   And what are each of those things?    04:32:18

16    A.   I -- I'll do my best to enumerate.

17    Q.   I'm sorry.  Just generally, are those

18    permissions?  APIs?  Descriptions of APIs?  What --

19    what are they generally?

20    A.   It refers to, actually, a pretty wide    04:32:35

21    gamut of different things.  Login is the Facebook

22    login dialogue.  Open Graph is the ability for

23    developers to read and write structured actions

24    to -- to Facebook.  Dialogs is a suite of -- a set

25    of dialogs, user -- user-facing dialogs for a range    04:32:53

1    of purposes like sharing.  Payments refers to the          04:32:59

2    ability of developers to -- to take payments from

3    users inside apps.  Canvas refers to the ability to

4    render an app inside Facebook on dub-dub-dub.

5    Plug-ins refers to the ability to embed various          04:33:11

6    social plug-ins, of which were there several, on

7    your website.  Non-app friends refers to things

8    like the full friend list.  Friend data is

9    referring -- again, my personal recollection --

10   referring to the friend permissions.  And then          04:33:25

11   newsfeed referring to the -- to the newsfeed API

12   and so on.

13          So it's actually quite a wide range of

14   things that -- that -- that I was reflecting there

15   as part of the, quote, public platform.          04:33:37

16       Q.   And so just help me if I understand this

17   slide correctly.  All the things you just listed

18   were available on the public platform at the time

19   that you created this slide; is that right?

20       A.   My understanding is that at the time I          04:33:51

21   created this slide in kind of mid-2013, that was a

22   list of things that would be reasonably considered

23   to be part of the public developer platform, the

24   standard Facebook public developer platform.

25       Q.   And your arrow that says 1a, 1b directs          04:34:04

                                                        Page 553

HIGHLY CONFIDENTIAL

```
 1    all of those things down to the private platform in      04:34:09

 2    the list that says No. 2 there.

 3              Do you see that?

 4        A.    I do see that.

 5        Q.    And so was the idea that all of those           04:34:17

 6    abilities and -- and I don't want to use the wrong

 7    word, because there's a variety of different ways

 8    to describe those things -- but some are

 9    permissions, some are capabilities, some are tools.

10    All of those things will not be available publicly       04:34:30

11    anymore but will instead be available privately; is

12    that right?

13              MR. SCHWING:  Object to form.

14              THE DEPONENT:  Sorry again.  Trying to

15    explain this is --                                        04:34:42

16              Yes, my understanding in -- again, on a

17    personal level, writing this deck and remembering

18    what I knew in -- in mid-2013, a lot changed

19    between then and the launch of the ultimate set of

20    changes.                                                  04:34:56

21              Is the -- that yes, there were some

22    things that were going to be -- my understanding at

23    the time was that there was some subset of those

24    things which would no longer be publicly available;

25    i.e., available to -- to regular developers.              04:35:09
```

Page 554

HIGHLY CONFIDENTIAL

1     Q.   (By Mr. Loeser)  Okay.  And two of those    04:35:13

2    things in particular here on this list are non-app

3    friends and friend data, right?  Those were being

4    transitioned from being publicly available to being

5    available on the private platform, right?    04:35:25

6     A.   Again, my understanding at the time is

7    that these things would be no longer publicly

8    available to regular developers eventually but that

9    there would be some use cases that would continue

10    to -- to need them and that those would be made    04:35:44

11    available via -- via certain whitelists.

12     Q.   So with regard to non-app friends and

13    friend data in particular, those -- let's talk

14    about friend data first.  Permissions relating to

15    friend data weren't going eliminated altogether,    04:36:07

16    right?  Instead they were going to be made

17    available on the private platform?

18       MR. SCHWING:  Object to form.

19       THE DEPONENT:  So, again, my

20    understanding writing this slide deck in -- in kind    04:36:18

21    of mid to late 2013 is that these things were

22    being -- were being deprecated from the -- the

23    public surface area, and the -- I -- I was, again,

24    as the author of this deck, trying to imagine a

25    world where there would be some apps that would    04:36:36

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    continue to have access to this information after          04:36:40

2    it had been publicly deprecated.

3         Q.   (By Mr. Loeser)  And in -- this slide has

4    the title "Workstreams," right?

5         A.   This article contains the word               04:36:55

6    "Workstreams," yeah.

7         Q.   Okay.  And so you're diagramming the

8    workstreams here, and you have 1a, 1b, 2, 3, and 4?

9    Those are the workstreams?

10            MR. SCHWING:  Object to form.                   04:37:07

11            THE DEPONENT:  Well, I -- I'm not

12   entirely sure what they're referring to.  Like,

13   yes, those probably refer to a set of

14   proposed/potential workstreams.

15            But, again, this is -- this is a skeleton       04:37:20

16   deck that -- that -- that's is missing a lot of --

17   a lot of content and I don't think represents what

18   ultimately was done.

19        Q.   (By Mr. Loeser)  So I know there's a lot

20   of information on this deck, but is there anything       04:37:35

21   in particular that you see that was not done?

22        A.   Well, I don't think we had the

23   workstreams that -- that this deck suggests might

24   exist.  I don't think any of that was -- was set

25   up.                                                       04:37:53

                                                          Page 556

HIGHLY CONFIDENTIAL

```
 1            And I think there's -- exactly how        04:37:54

 2    these -- exactly how the changes to the platform

 3    were enacted, I don't think this is necessarily

 4    representative of what ultimately happened.

 5       Q.   With regard to non-app friends and friend   04:38:08

 6    data, does this accurately reflect what happened?

 7            MR. SCHWING:  Object to form.

 8            THE DEPONENT:  So it -- it's -- it's hard

 9    to say this accurately represents what happened,

10    because, you know, there's so much nuance and      04:38:25

11    detail.

12            But at a high level, there were, you

13    know, apps that continued to have access to some

14    friends data after the -- the public deprecation

15    of -- of those permissions.                        04:38:47

16       Q.   (By Mr. Loeser)  Okay.  We can go to the

17    next slide.

18            Do you see the title of this slide is

19    "Workstream 1a-Simon"?  Does that refer to you?

20       A.   That would refer to me.  But as I          04:39:02

21    mentioned in -- in the previous -- when we

22    reviewing the previous slide, I don't think this

23    represents in any case what -- what happened.

24       Q.   Well, let's go through and figure out

25    what did and what didn't.                          04:39:18
```

Veritext Legal Solutions
866 299-5127

1                Were you involved in preapproving apps        04:39:20

2     for the new PS12n capabilities?

3         A.    I was involved later as a product manager

4     on -- on the platform team trying to determine

5     what capabilities and -- and what lists needed to        04:39:32

6     as exist to support the needs of the partnerships

7     team.

8         Q.    Do you see the goal that's written on

9     this slide for your workstream?

10        A.    Well, again, I want to be -- I want to be       04:39:51

11    clear.  This is a proposed workstream.  I don't

12    want to say that this is workstream that I assumed

13    ownership of and enacted upon.  This is, again --

14    if you scroll through the rest of the deck, it's

15    broadly empty.                                            04:40:03

16             So I think it's just worth noting for the

17    record that this is a skeleton deck, not a final

18    deck in any form.

19        Q.    Can you read the goal that you have for

20    the workstream that you anticipated at this time.        04:40:13

21        A.    Again, what's on the slide here is "Goal:

22    Exempt strategic use cases from PS12n impact."

23        Q.    And what does that mean?

24        A.    Again, my understanding from the -- from

25    the time is -- as -- as -- as involved in this is        04:40:30

HIGHLY CONFIDENTIAL

 1    that there were some integrations and partnerships      04:40:35

 2    that were considered valuable to -- to users and

 3    the developers and Facebook and that those

 4    integrations would be expected to continue or there

 5    was a -- there was the -- the thought that some of     04:40:51

 6    those integrations would continue after the changes

 7    to the public developer platform.  And this is

 8    referring to an analysis to understand -- well, not

 9    an analysis -- a proposed workstream to understand

10    how the API changes would affect those              04:41:11

11    integrations.

12        Q.   And the idea was that for certain

13    strategic -- what you define as strategic use

14    cases, they would be exempt from the deprecations

15    and instead continue to have access to APIs or         04:41:28

16    permissions that no longer were public?

17        A.   Again, at the time here, a lot changed in

18    terms of how the changes were implemented and

19    exactly what was implemented, but there was a

20    thought in the partnerships team -- it was thought      04:41:50

21    in the partnerships team that there would be ways

22    or cases where some of these integrations would

23    continue to -- to be able to operate even through

24    the public deprecations of those permissions and

25    APIs.                                              04:42:10

Page 559

```
 1         Q.   And this goal that's described here, that      04:42:10

 2    is, in fact, what Facebook did, right?

 3         A.   I don't think that's representative --

 4    that's -- that's -- appropriate to characterize

 5    that as -- as what Facebook did.  There were, as      04:42:24

 6    we've discussed, certainly some integrations -- for

 7    example, a device integrations that continued to --

 8    to operate after the changes to -- to the public

 9    surface area.

10         But like I don't think it's appropriate         04:42:38

11    to say that all strategic use cases, however that's

12    defined, were -- were exempt.

13         Q.   Well, did Facebook exempt some strategic

14    use cases from PS12n impact?

15         A.   Well, again, like there's no formal         04:42:58

16    definition of -- of "strategic" as -- as we've

17    discussed.  But there were apps and integrations

18    who -- who -- where their functionality continued

19    after the public deprecation of -- of certain

20    permissions and APIs.                                 04:43:16

21         Q.   Okay.  Let's look at the method you

22    describe here.

23         Do you see No. 1?  I take it that's a

24    yes?

25         A.   Sorry.  Do I see No. 1?  Sorry, Derek.      04:43:28
```

```
1   Say again.                                            04:43:30

2        Q.   Do you see that there's a heading

3   "Method"?

4        A.   Yes, I see that, yeah.

5        Q.   Then under "Method," there's a series of   04:43:35

6   numbers, 1 through 8.

7             Do you see that?

8        A.   I do, yeah.

9        Q.   And the first one is "███████████████

10  ██████████████████████████████████████."           04:43:43

11            Do you see that?

12       A.   I see that, yup.

13       Q.   Did that happen?

14       A.   There was some analysis -- I recall some

15  analysis being done to ████████████████████████     04:43:54

16  ████████████████████████ yes.

17       Q.   Okay.  Do you see No. 2, "segment into

18  our four functional Groups:  Games, Non-games,

19  Mobile, Marketers/PMD"?  Do you see that?

20       A.   I see that.                                04:44:11

21       Q.   That happened, right?

22       A.   I don't recall if that happened as -- as

23  prescribed here.  There was a number of different

24  categorizations that were -- were used across

25  different times.  I -- I don't recall if those --   04:44:22
```

Page 561

HIGHLY CONFIDENTIAL

```
 1    that categorization or taxonomy was ultimately        04:44:25

 2    used.

 3        Q.   Do you recall the slide deck we went

 4    through previously that categorized different apps

 5    in those -- those categories?                         04:44:35

 6        A.   I remember reviewing a slide deck.  Did

 7    they match to -- it's possible they matched to

 8    those categories, but I can't be 100 percent sure.

 9        Q.   Did you see No. 3, "each functional group

10    to define their whitelisting criteria"?              04:44:48

11         Did that happen?

12        A.   Again, speaking from my personal

13    recollection, I don't recall whether or not that

14    happened.  I don't think that happened.

15        Q.   Did anyone define any whitelisting          04:45:04

16    criteria?

17        A.   I don't think there was a formal written

18    set of whitelisting criteria defined, no.

19        Q.   So it was just ad hoc?

20         MR. SCHWING:  Object to form.                    04:45:19

21         THE DEPONENT:  I wouldn't characterize it

22    as ad hoc.  The -- the decisions were made on -- on

23    a case-by-case basis through conversation with --

24    with the partnerships team primarily.

25        Q.   (By Mr. Loeser)  Okay.  Did anyone come      04:45:34
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    up with any type of principles that would be          04:45:35

 2    applied to deciding whether to whitelist?

 3         A.   I don't recall a formal set of principles

 4    or framework that was -- that was used.  Ultimately

 5    the -- the set of integrations -- the -- were         04:45:48

 6    whitelisted was relatively small and was managed

 7    through -- on a case-by-case basis through the

 8    partnerships team.

 9         Q.   Take a look at No. 4, "assess apps for

10    the new Capabilities against those criteria."          04:46:01

11         Did that happen?

12         A.   Again, on -- on a personal level, I -- I

13    think -- assess apps for the new capabilities.  I

14    mean, it's -- it's hard to answer whether or not

15    that happened, but certainly some new capabilities     04:46:21

16    were created and some apps were added to them in

17    order to allow them to continue accessing

18    information, accessing -- in order for their

19    activity to continue.

20         So it's possible that meets that -- meets         04:46:40

21    that criteria, but it's hard to say whether or not

22    that -- that bullet was met as written.

23         Q.   Okay.  So No. 5 is "review

24    recommendations with ██████████████, Group

25    Leads (e.g. ████████)."                               04:46:53
```

HIGHLY CONFIDENTIAL

1              Do you see that?                          04:46:55

2       A.   I see that.

3       Q.   Were whitelisting decisions reviewed by

4  those leads?

5       A.   I don't think individual -- every          04:47:02

6  whitelist decision was reviewed with -- with those

7  folks.  It would have been some conversations about

8  generally how to proceed.

9       Q.   Could partner managers just make a

10  decision on their own to whitelist and that was      04:47:19

11  that?

12      A.   Again, like my -- I was not on the

13  partnerships later on when the actual whitelisting

14  decisions were -- were being discussed within the

15  partnerships team, because the -- that didn't need   04:47:35

16  to happen until kind of late 2014, early -- early

17  2015.

18              So a partner manager certainly could

19  propose that their -- that a given partner needed

20  to be whitelisted, and then that would be a          04:47:58

21  discussion between them and the product team.

22      Q.   No. 6 is "physically add apps to

23  capabilities."

24              That happened, right?

25      A.   Well, were some new capabilities created,   04:48:15

                                                        Page 564

```
 1    and apps were added to them later on in 2014 and        04:48:17

 2    '15.

 3         Q.   No. 7 is "at launch, outreach to apps to

 4    let them know they've been whitelisted."

 5           That happened, right?                            04:48:29

 6         A.   I don't recall whether or not that

 7    happened or what the -- what the communications

 8    were between the partnerships team and the -- and

 9    the various partners and app developers.

10         Q.   And who at Facebook would know whether        04:48:41

11    there was outreach to apps to let them know they'd

12    been whitelisted?

13         A.   I think the partnerships team would

14    have -- the platform partnerships team would have

15    handled some, the games partnerships team might       04:48:53

16    have handled others, and the mobile partnerships

17    team would have -- would have handled others,

18    and -- and -- and the marketing or PMD would have

19    handled others.

20         Q.   And the last method on your list here is     04:49:07

21    "get necessary contracts in place" -- that's No. 8

22    -- (see Workstream 2)."

23           Did that happen?

24         A.   Again, it's -- it's hard to know whether

25    or not this -- you know, precisely what that means     04:49:22
```

Page 565

```
 1    or what happened.  This is, again, a slide deck        04:49:24

 2    that was written as -- as a draft and skeleton

 3    slide deck proposed in mid-2013, and ultimately

 4    the -- the changes were not enacted for -- for --

 5    for more than a year and a half later.               04:49:35

 6              Some -- as part of this process, I do

 7    recall contracts that existed previously being

 8    checked to see whether or not there were, for

 9    example, ███████████████████████████████

10    ███████    in those contracts, to determine whether or  04:49:56

11    not ██████████████████████████████████

12    ████████████

13         Q.   And you see the "Who?" heading at the

14    bottom left on your slide?

15         A.   I do.                                      04:50:16

16         Q.   And do you see it has four -- the same

17    four segments referred to above:  "Games, Mobile,

18    OEM carrier/OS, non-Games, marketers/PMDs"?

19              Do you see that?

20         A.   I see that.                                04:50:35

21         Q.   Which of those are integration partners?

22         A.   Integration partners cuts across Mobile

23    and -- and Non-Games.

24         Q.   Okay.  So the marketers, PMDs, and Games

25    are not considered integration partners?            04:50:50
```

Page 566

```
1        A.    Well, they are -- they're entities with      04:50:54

2    which Facebook has relationships which could be

3    characterized as partnerships, and they are -- they

4    integrate or develop against the Facebook developer

5    platform.                                              04:51:09

6            I think it's important these -- these

7    words and phrases were used relatively

8    interchangeably, so like there is a -- a specific

9    definition for -- for "integration partners" that

10   covers some of the integrations and apps that were    04:51:20

11   built or managed by the mobile partnerships team

12   and the platform partnerships team, but the other

13   categories, you know, could be at times

14   characterized as integrations or partners.

15       Q.    Well, let me try and understand.             04:51:40

16            The way that Facebook was using

17   "integration partner" and the way you've used it --

18   I just want make sure your testimony is clear.

19            There's four categories here.  And does

20   the phrase "integration partner," as Facebook has     04:51:54

21   used that phrase in this case, cover all four of

22   those categories?

23            MR. SCHWING:  Objection.  Object to form.

24            THE DEPONENT:  It -- it doesn't -- the

25   phrase "integration partner" doesn't directly map     04:52:07
```

Page 567

HIGHLY CONFIDENTIAL

```
 1    to these four categories.                          04:52:10

 2         Q.   (By Mr. Loeser)  So, again, which of

 3    these four categories would fall outside of the

 4    concept of integration partners?

 5         A.   Again, my understanding is that -- of the   04:52:24

 6    integration partners that -- that I've -- that I've

 7    seen defined and referred to, some of them were

 8    mobile, integrations and OEMs, carriers and OS's.

 9    Others would be -- might be considered non-Games.

10         Q.   Do you see the "Why?" heading in your      04:52:44

11    slide here?

12         A.   I see "Why" on the slide.

13         Q.   And that is a "why" that's -- describes

14    workstream 1a, "preapprove apps for new PS12n

15    capabilities"; is that right?                        04:53:05

16         A.   Again, I think we're just making sure we

17    characterize this slide appropriately for -- for

18    the record.  This is a proposed workstream that,

19    you know, I don't think was ever enacted upon.

20    What's on the slide is a proposed workstream for --  04:53:18

21    with the title "Preapprove apps for PS12n

22    capabilities," and there's the "why" bullets there.

23              But I -- I want to be clear that I don't

24    think this represents a -- a formal workstream that

25    was enacted upon, in my recollection.                04:53:36
```

Page 568

```
 1        Q.   Okay.  So the goal "exempt strategic use        04:53:38

 2   cases from PS12n impact," right?

 3        A.   I see that on the slide, yes.

 4        Q.   Okay.  And then the "why" is down below.

 5             Could you -- could you read what is --          04:53:51

 6   what is wrote under the "why."

 7        A.   What's under the "why" on the slide is

 8   "retain strategic uses cases" and "keep the right

 9   partners happy."

10             MR. LOESER:  Mr. Cross, would this be a         04:54:08

11   good time for a break, or you want to continue?

12             THE WITNESS:  Yeah, now's a great time

13   for a break.

14             MR. LOESER:  Why don't we take a

15   ten-minute break.                                         04:54:14

16             THE VIDEOGRAPHER:  Okay.  We're off the

17   record.  It's 5:12 p.m.

18             (Recess taken.)

19             THE VIDEOGRAPHER:  We're back on the

20   record.  It's 5:25 p.m.                                   05:07:21

21             THE DEPONENT:  I'm just going to shut the

22   door to my office because my kids are about to

23   arrive home so it'll get noisy.  So my apologies.

24             MR. LOESER:  No problem.

25             THE DEPONENT:  Thank you.  Sorry.               05:07:44
```

                                                    Page 569

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  Okay.  We can go to the     05:07:45

 2   next page of this slide deck.  I just have a few

 3   more questions.

 4        Do you see the title of this slide,

 5   "Workstream 1b-Bryan"?                               05:07:54

 6        A.   Yup, I see that title on the slide.

 7        Q.   Okay.  And can you read the -- what it

 8   says under the -- the header.

 9        A.   It says "set up a channel and process for

10   impacted apps to apply for whitelists."              05:08:10

11        Q.   And the Bryan up here, is that

12   Bryan Hurren?

13        A.   That would refer to Bryan Hurren, yes.

14        Q.   Okay.  And your idea was this workstream

15   would be assigned to him?                            05:08:24

16        A.   Again, this is a potential proposed

17   proper workstream in a draft slide deck without a

18   huge amount of detail around it, but yes, as the

19   author of this deck, I was imaging such a

20   workstream could exist, and if it did, then Bryan    05:08:40

21   might be the one to lead it.

22        Q.   And was -- did Facebook set up a channel

23   and a process for impacted apps to apply to

24   whitelists?

25        A.   I don't recall Facebook setting up a       05:08:54
```

Page 570

```
 1    channel or process for impacted apps to apply for        05:08:57

 2    whitelists.

 3         Q.   Do you know if that happened or not?

 4         A.   I don't -- I don't know if -- I don't

 5    recall a channel or process being -- being stood        05:09:09

 6    up.  That suggests something public or formal

 7    that -- that I don't think happened.

 8              So -- so no, in my estimation, no, a

 9    channel and process for impacted apps to apply for

10    whitelists was not set up.                              05:09:26

11         Q.   Okay.  We can go to the next slide.

12              Do you see the header on this slide is

13    "Workstream 2-Jackie"?

14              Do you see that?

15         A.   Yeah, I see that.                             05:09:45

16         Q.   And is that Jackie Chang?

17         A.   That would refer to Jackie Chang, yes.

18         Q.   And could you read what it says below the

19    header.

20              It says "Design post-PS12n whitelisting      05:09:55

21    process and requirements."

22              And did that happen?

23         A.   No, I don't think that -- that happened

24    as expected.  Today Facebook has a process for

25    handling whitelisting, so if we're talking up to       05:10:18
```

Page 571

1    today, then yes, such a process could be said to          05:10:20

2    exist.

3              But in the 2013, '14, '15 time frame, I

4    -- I don't think it's right to say a PS12n

5    whitelisting process was set up.                          05:10:32

6         Q.   And you goal you provided here, could you

7    read the goal.

8         A.   The goal in the slide is "exempt

9    strategic use cases we didn't catch in 1a," but

10   I'll note that it's identical to what's on the --         05:10:43

11   the previous slide, which is indicative of this

12   building a skeleton slide deck rather than one

13   that's formally reviewed or published.

14        Q.   And 1a refers to -- refers to what?

15        A.   Again, going back to my recollection            05:11:05

16   of -- of this deck, 1a would refer to what's shown

17   here as a proposed workstream 1a.

18        Q.   Which was to preapprove apps for new

19   PS12n capabilities, right?

20        A.   That's what the slide says for that             05:11:26

21   proposed workstream, yes.

22        Q.   And were there strategic use cases that

23   were not caught in the preapproval process?

24        A.   Again, I'm -- I'm not sure it could be

25   said that a pre -- pre -- a preapproval process           05:11:41

Page 572

```
 1     was -- was -- was set up.                              05:11:45

 2            So like -- it's hard to say that -- that

 3     that's -- that's what happened.  So yeah, hard to

 4     say that happened.

 5        Q.   Do you see the "Why?" on -- on this            05:12:02

 6     slide?

 7        A.   Yeah, the "Why" on this slide, yes.

 8        Q.   Okay.  Could you read the "Why."

 9        A.   It says ████████    from granting access

10     to ████████████████."                                  05:12:17

11            And the second line is "capture

12     ████████████████████████████ in the

13     future" -- "in the future."

14        Q.   And starting with the first line, "█████

15     ████ from ████████████████████████              05:12:31

16     ████████ what was the risk you were -- had in

17     mind here?

18        A.   So, again, answering this in a -- in a

19     personal capacity as the author of this deck and

20     trying to remember what was in my head eight years    05:12:44

21     ago, I'll do my best.

22            There's a number of private APIs and

23     whitelists which were made available to -- to apps,

24     and I -- I'm interpreting here the company would

25     want to make sure that that -- those -- those APIs    05:13:08
```

Page 573

HIGHLY CONFIDENTIAL

1    and permissions were being used appropriately.          05:13:12

2         Q.   And what did you mean by "used

3    appropriately"?

4         A.   So that can mean a range of things,

5    depending on -- on the API, depending on the           05:13:26

6    permission, depending on the whitelist.  For

7    example, there were APIs -- like one example might

8    be off.login, which was made available to external

9    developers under a whitelist.  And the way that

10   that was implemented by the developer was important   05:13:52

11   to be done correctly, and you would want to ensure

12   that people who had that capability would be

13   implementing it correctly and that -- that

14   implementation would remain correct over time.

15        Q.   So one data was -- one of the types of      05:14:19

16   sensitive data that Facebook removed from the

17   public platform and made available to certain apps

18   and partners on the private platform, right?

19             MR. SCHWING:  Object to form.

20             THE DEPONENT:  So there were a range of      05:14:39

21   permissions and APIs that were previously available

22   to any developer that became only available to

23   whitelisted developers after API v2 launch.

24        Q.   (By Mr. Loeser)  I appreciate that, but

25   that's not the question I asked, so I'll -- I'll      05:14:57

Page 574

```
 1    read you the question again, and if you could just      05:14:59

 2    try to answer the question.

 3         A.   My apologies.

 4              MR. SCHWING:  Argumentative.

 5         Q.   (By Mr. Loeser)  So I'll read it again.        05:15:07

 6              "Friend data was one of the types of

 7    sensitive data that Facebook removed from the

 8    public platform and made available to certain apps

 9    and partners on the private platform."

10              MR. SCHWING:  Object to form.                  05:15:18

11              THE DEPONENT:  So, again, the -- the --

12    one -- some of the information that was made

13    available via private APIs was access to the friend

14    permissions and the newsfeed APIs.  I -- so those

15    were made available via the private API surface       05:15:36

16    area.

17         Q.   (By Mr. Loeser)  And when Facebook did

18    that, which it did for strategic use cases, these

19    apps and partners were granted access to sensitive

20    data and features, right?                              05:15:48

21              MR. SCHWING:  Object to form.

22              THE DEPONENT:  I think the definition

23    of -- of "sensitive" is somewhat subjective.  And

24    there's a range -- what we're talking about here is

25    a set of private capabilities, APIs and platforms     05:16:02
```

Page 575

HIGHLY CONFIDENTIAL

```
1    that go way beyond just friend data.  There's all      05:16:05

2    kinds of APIs and -- and things that were -- that

3    are being referred to here.

4            So like I think there's a wide range of

5    things that were considered as this part of the        05:16:22

6    slide.

7        Q.   (By Mr. Loeser)  Okay.  I'm asking

8    specifically about friend data.  So can you answer

9    the question specifically with regard to friend

10   data?                                                  05:16:32

11           MR. SCHWING:  Vague.

12           THE DEPONENT:  So, yeah, I'm -- I'm

13   trying to do my best and answer the -- answer the

14   question as best I can, right.

15       Q.   (By Mr. Loeser)  Let me ask you a             05:16:45

16   different question, then, and see if we can't get

17   to the bottom of this.

18           When you said ▇▇▇▇▇▇▇▇ from

19   granting access to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇,"

20   did you have in mind that granting access to friend   05:16:53

21   data was ▇▇▇▇▇▇▇▇▇▇▇▇

22       A.   Again, answering in personal capacity,

23   not necessarily.  I'm referring here to a range of

24   private APIs that -- that existed and were made

25   available, not just friend data.  And so I don't       05:17:10
```

HIGHLY CONFIDENTIAL

1    think that this pertains just to friend data or          05:17:14

2    friend permissions.

3            In -- in this slide, based on my

4    recollection, I'm talking about a proposal for --

5    for -- for whitelisting processes for a range of        05:17:26

6    APIs that -- that might be considered important to

7    govern.

8        Q.   And that range included friend data,

9    right?

10       A.   After the deprecation of -- of API              05:17:39

11   version 1 from the public surface area, the friend

12   permissions and data were made available only to

13   whitelisted applications.  Again, I think the

14   definition of whether or not that's considered

15   sensitive is -- is subjective, which is why I'm         05:17:53

16   being -- trying to be clear in answering your --

17   your question.

18           There was certainly, after the public

19   deprecation, a set of private capabilities that

20   were not -- were not available to regular              05:18:06

21   developers.

22       Q.   Does Facebook consider friend data

23   sensitive?

24           MR. SCHWING:  Object to form.

25           THE DEPONENT:  I think Facebook considers        05:18:16

Page 577

HIGHLY CONFIDENTIAL

```
 1    any data important to govern properly.  And so like        05:18:20

 2    even -- I don't think it's right to just

 3    characterize friend data as -- as sensitive.  I

 4    think Facebook takes privacy of information very

 5    seriously and does a -- a number of things to             05:18:37

 6    ensure that data is being properly used.

 7         Q.   (By Mr. Loeser)  Mr. Cross, I appreciate

 8    that.  I asked you a very specific question.  So

 9    I'll ask it again.  If you could answer yes or no

10    or let me know if it's not possible to answer yes        05:18:52

11    or no, I'd appreciate it.

12              Does Facebook consider friend data

13    sensitive?

14         A.   I don't think I can answer that on behalf

15    of Facebook, because I don't know how to answer         05:19:05

16    "does Facebook think."  I can answer from -- you

17    know, from a personal capacity, but it's hard to --

18    to determine whether or not Facebook thinks --

19    would concern it as -- as quite sensitive.

20              Again, I think the definition of               05:19:21

21    "sensitive" is -- is somewhat subjective.

22         Q.   Is there any definition of "sensitive"

23    Facebook uses that does not include friend data?

24         A.   I don't think Facebook has a formal

25    definition of "sensitive," right?  This is why I'm       05:19:38
```

Page 578

```
1    trying to give you the best answer I can.              05:19:41

2            So I -- I certainly think user data is

3    considered sensitive.

4        Q.   All user data is considered sensitive?

5        A.   User data is important to manage              05:19:57

6    appropriately and is therefore -- like could be

7    considered -- could be considered sensitive.

8            But, again, I don't have a formal

9    definition of "sensitive."  I don't think there is

10   a formal definition of "sensitive" that the company   05:20:10

11   uses.

12           MR. LOESER:  Can we go to the next

13   exhibit.

14           Oh, actually, before we do that, can we

15   go back to the last page of the last exhibit.          05:20:42

16       Q.   (By Mr. Loeser)  The second "why" that

17   you read was "████████████████████ to

18   enable ████████████ for the future."

19           Did that happen in -- in the transition

20   from Graph API version 1 to version 2 and in the       05:21:05

21   months after when -- whitelisting was happening?

22       A.   You mean -- you mean specific to time as

23   part v1 to v2 transition?  Is that what you're --

24   you're interested in?

25       Q.   Yes.                                           05:21:26
```

                                                  Page 579

HIGHLY CONFIDENTIAL

1     A.   And the whitelist specific to the     05:21:27

2    transition?

3     Q.   Yes.

4     A.   I think there's a -- let me make sure I'm

5    answering this correctly for you.  Give me a second    05:21:39

6    just to collect my thoughts.

7         So I think as this workstream -- again,

8    as we've talked about, this slide deck represents a

9    set of proposed workstreams which do not

10   necessarily represent what ultimately happened.    05:22:07

11        I think the -- the intent here is -- is

12   suggesting some formal process or some -- some set

13   of mechanisms.  I don't think there is a -- there

14   was no way that I'm -- I'm aware of that captured

15   the decisions and commitments to -- around how    05:22:38

16   whitelisting was made in a centralized way.

17     Q.   Was there a system used by Facebook to

18   enable proper auditing for the future?

19     A.   I think it depends on what the definition

20   of "proper auditing" is, so that -- that's --    05:23:01

21   that's a subjective definition.

22        Today Facebook has a -- a rigorous

23   process for tracking decisions around how

24   whitelisting issues were made.

25     Q.   And Facebook did not have that system at    05:23:18

Veritext Legal Solutions
866 299-5127

1    the time of the transition to Graph --                        05:23:21

2        A.   The system that exists today did not

3    exist in -- in 2013.

4        Q.   And did Facebook have some other rigorous

5    system previously?                                            05:23:31

6             MR. SCHWING:  Objection.  Vague.

7             THE DEPONENT:  Yeah -- we -- there's --

8    there's a tool for managing -- for managing

9    whitelists and who -- who has access to what.

10             There was no centralized process to track        05:23:43

11   how or why a given app was accessed -- was added to

12   a whitelist.

13       Q.   (By Mr. Loeser)  Okay.  We can go to the

14   next document.

15             You should see in a moment an email from         05:24:03

16   you to Gareth Morris and to yourself dated

17   May 1st, 2014.  Subject "message summary."

18             (Exhibit 403 was marked for

19   identification by the court reporter and is

20   attached hereto.)                                             05:24:15

21             THE DEPONENT:  I see, yeah.

22       Q.   (By Mr. Loeser)  And it appears that this

23   email captures a chat between you and Mr. Morris;

24   is that right?

25       A.   Yes, I think this represents a chat              05:24:30

                                                          Page 581

HIGHLY CONFIDENTIAL

1    thread.                                              05:24:33

2        Q.   Who is Gareth Morris?

3        A.   Gareth Morris is a partner engineer at

4    Meta.

5        Q.   And by sending this message to yourself,    05:24:45

6    was that a way of keeping a record of this chat?

7        A.   I'm not -- sorry.  I don't think I sent

8    this to myself.  The way this is represented is

9    likely an artifact of Facebook's retention systems.

10       Q.   Okay.  And May 1st, 2014, the date of       05:25:04

11   this -- this chat, that was after the public

12   announcement at the new platform at the 2014 F8; is

13   that right?

14       A.   Yes.  The -- the changes were announced

15   on April 30th, 2014, so this would have been after   05:25:27

16   that.

17       Q.   So at this point the public announcement

18   had been made and process of transitioning

19   deprecated permissions from the public to the

20   private platform was underway, right?                05:25:38

21       A.   At this point, yes, the migration from

22   API v1 to v2 for public developers had begun, yes.

23       Q.   And looking through this chat, it appears

24   that it's in chronological order, so we can stop at

25   the top and you can read through it.                 05:25:58

Page 582

```
 1              Mr. Morris says to you, "I expect we'll        05:26:00

 2   hear questions like this from developers impacted

 3   by friends_*deprecations:  'Is there any way for

 4   trusted partners to continue to access full friend

 5   list/friends_*data in v2.0?'"                            05:26:17

 6              Did I read that correctly?

 7       A.   You read that correctly.

 8       Q.   And then Mr. Morris goes on to say "On

 9   full friend list, I know we will whitelist certain

10   apps that have meaningful experiences (        )        05:26:30

11   etc) but do you know what the criteria are and if

12   we are communicating it externally at all?"

13              Did I read that correctly?

14       A.   You read that correctly.

15       Q.   So at this point in time, Facebook had        05:26:43

16   made the decision to whitelist certain apps that

17   have meaningful experiences; is that right?

18              MR. SCHWING:  Objection.  Vague.

19              THE DEPONENT:  I don't think it's right

20   to say that Facebook had decided to whitelist        05:27:01

21   certain applications.  So -- so no, I don't think

22   that's like -- it's right to say that Facebook had

23   made that decision.

24       Q.   (By Mr. Loeser)  Would -- but that

25   Facebook's plan generally though, right?              05:27:11
```

Page 583

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Objection.  Vague.              05:27:14

 2              THE DEPONENT:  Again, I don't think -- I

 3     don't think it's right to say that's Facebook plan

 4     generally.  My -- speaking from my involvement at

 5     the time, there were discussions about what --        05:27:27

 6     which -- which apps should or should not be

 7     whitelisted for -- for different things, and there

 8     was an active discussion about what would be done,

 9     so I don't think any -- many decisions had been

10     made.                                                 05:27:45

11         Q.   (By Mr. Loeser)  Okay.  And Mr. Morris

12     goes on to say to you "And I'm guessing no

13     exceptions to friends_* in v2.0."

14              Did I read that correctly?

15         A.   You read that correctly.                     05:27:56

16         Q.   Okay.  Read for me your next four chats.

17         A.   So the next four things say "We may not

18     even whitelist ██████ for non-app friends."

19              The next thing is "there's whitelists for

20     all these things."                                    05:28:19

21              "But we'd only grant in strategic use

22     cases."

23              "Like the upcoming ████████

24     integration."

25         Q.   So it sounds like at the time you          05:28:33
```

Veritext Legal Solutions
866 299-5127

1    believed there were -- there were whitelists that         05:28:34

2    were in place or going to be in place, right?

3          A.   At the time --

4               MR. SCHWING:  Objection.

5               THE DEPONENT:  -- again, using --               05:28:41

6               MR. SCHWING:  Sorry, Mr. Cross.  I

7    just -- give me one second to object.  I know it's

8    a -- it's a -- challenging to do.

9               Objection.  Vague.

10              Go ahead.                                       05:28:50

11              THE DEPONENT:  Again, going back to my

12   personal recollection at the time is that it was

13   thought that there would be whitelists for various

14   things or it was possible to make whitelists for

15   various things -- by "these things" referring to          05:29:05

16   the set of changes in API version 1 to version 2.

17              So my -- my recollection, again, eight

18   years ago is that -- there was -- there was either

19   some whitelist in place or discussion about whether

20   or not additional whitelists should be in place.          05:29:27

21         Q.   (By Mr. Loeser)  And -- and what you told

22   Mr. Morris in -- response to his question about

23   whitelists, "but we'd only grant in strategic use

24   cases"; is that right?

25         A.   What it says on -- in the thread is that        05:29:45

Page 585

1    we'd only grant in strategic use cases, yeah.          05:29:46

2         Q.   And that was your understanding of what

3    Facebook was going to do, right?

4         A.   Was that -- again, I don't think it's

5    appropriate to say that's my understanding of what     05:29:56

6    Facebook was going to do.  My understanding at --

7    at -- that's my understanding at -- at the time is

8    that -- there would be some -- some whitelists and

9    some apps added to them.  But -- and my

10   understanding at the time was that that would be in    05:30:16

11   some certain use cases.

12        Q.   Well, this doesn't say "some certain use

13   cases," does it?  It says "strategic use cases,"

14   right?

15        A.   It says "strategic use cases," yes.          05:30:27

16        Q.   And it was your practice when

17   communicating with your colleagues to provide them

18   with truthful and accurate information?

19             MR. SCHWING:  Objection.  Vague.

20             THE DEPONENT:  I do my best normally          05:30:41

21   to -- to communicate my understanding of things

22   accurately, yes.

23        Q.   (By Mr. Loeser) So Mr. Morris goes on

24   and writes, "For someone like ██████ it's just a

25   'sorry, this stuff is in gone in v2.0,'" right?         05:30:56

                                                Page 586

1              Did I read that correctly?                    05:31:01

2      A.   You read that correctly.

3      Q.   And read for me your -- your next two

4  chats which are your response to his question.

5      A.   The next two lines are "Yep.  Unless we        05:31:11

6  see some strategic value in their existence."

7      Q.   So you confirmed for Mr. Morris that

8  perhaps like ███████  he should tell them there are

9  no exceptions for friend deprecations and this

10  stuff is gone in v2.0, right?                           05:31:32

11      A.   I'm not confirming anything here in -- in

12  the sense that it's a formal or final answer.  I'm

13  representing my understanding of the -- the

14  position at the time.

15      Q.   Okay.  And that is the approach, as you        05:31:52

16  say, "unless we see some strategic value in their

17  existence," right?

18      A.   What it says here is "unless we see some

19  strategic value in their existence."

20      Q.   And does "we" --                               05:32:05

21      A.   I can provide --

22      Q.   I'm sorry.

23      A.   Sorry.  You -- please ask your question.

24      Q.   Yes.  The "we" here refers to Facebook,

25  right?                                                  05:32:14

                                                    Page 587

HIGHLY CONFIDENTIAL

```
1        A.   The "we" here would refer to the        05:32:17

2   partnerships team and what the partnerships team

3   considered -- the partnerships team and the

4   platform leadership team would consider strategic

5   value.                                            05:32:34

6        Q.   And the partnership team and the platform

7   leadership teams were acting on behalf of Facebook;

8   is that right?

9             MR. SCHWING:  Objection.  Vague.

10            THE DEPONENT:  These are people employed   05:32:46

11   by Facebook for sure.  But like -- it's hard to --

12   to -- to say that "we" means Facebook in a -- in a

13   holistic sense.

14       Q.   (By Mr. Loeser)  All right.  And if you

15   go down the chat, Mr. Morris then writes "Okay.     05:33:15

16   I'll meet with them next week as they're working

17   with some of our game developers, though I'm not

18   sure exactly what services they are providing."

19            Did I read that correctly?

20       A.   You read that correctly.                  05:33:25

21       Q.   And what did you say in your next chat?

22       A.   The next line is ███████████████████

    ████████████████████████████████

24       Q.   Okay.  And your next chat, what is --

25   what did you say in your next chat?                 05:33:42
```

1     A.    The next line is "███████████     05:33:44

2   etc., etc."

3     Q.    Okay.  So what did Facebook do for Bing

4   and Firehose?

5     A.    So, again, I'm relying on my recollection     05:33:55

6   here of a -- of an integration from eight years

7   ago, so I'll do my best to describe it generally.

8           My understanding is there was an

9   integration with Bing to enable them to index

10  public Facebook content such that when you searched     05:34:15

11  for things on Bing, it would allow Bing to return

12  public content from Facebook in Bing search

13  results.

14    Q.    And did Facebook have a contract with

15  Bing?                                                  05:34:33

16    A.    My understanding is yes, Facebook had a

17  contract with Bing to govern that interrogation.

18    Q.    And did Facebook get some data back from

19  Bing?

20          MR. SCHWING:  Objection.  Vague.             05:34:45

21          THE DEPONENT:  I'm not sure what was in

22  the contract or -- or -- or what the -- how the

23  integration worked in detail.

24    Q.    (By Mr. Loeser)  What about Firehose?

25    A.    My understanding is that Firehose is          05:34:57

Page 589

HIGHLY CONFIDENTIAL

1   technical mechanism by which that integration was          05:34:59

2   powered.

3         Q.   Do you know it was called Firehose?

4         A.   I don't know why it was called Firehose I

5   wasn't around for the -- for the naming of it.  But        05:35:10

6   Firehose is a -- a term that's used in the

7   industry.

8         Q.   And to mean what?

9         A.   To mean an API that -- that streams

10  information from one entity to another.                     05:35:29

11        Q.   And was it qualitative at all in terms of

12  the quantity of information?

13        A.   I don't think there's anything definition

14  of what "quantity" means.  But in this case, to

15  make that integration work, my understanding is            05:35:48

16  it's streaming public content from Facebook to

17  Bing, which you can imagine being not an

18  insignificant amount of information.

19        Q.   And what is your next text?

20        A.   The next line is "but these perms are           05:36:04

21  gone for a reason."

22        Q.   And what does "perms" mean?

23        A.   In this context, "perms" means the friend

24  permissions.

25        Q.   And read your next text, please.                05:36:15

Page 590

HIGHLY CONFIDENTIAL

```
 1        A.   The next line is "I'd feel pissed if I        05:36:19

 2    found out a friend of mine was using their product

 3    which was mining all my data."

 4        Q.   And why would you feel pissed if you

 5    found out a friend of yours was using their product   05:36:31

 6    which was mining all of your data?

 7        A.   So at a personal capacity, remembering as

 8    the -- as the author of this, I think I'm

 9    reflecting the concerns that we've talked about

10    previously and discussed where users might be         05:36:47

11    unaware that their information was being shared

12    with third parties and used in ways they may not

13    have expected.

14        Q.   Is it fair to say that being pissed is a

15    reasonable reaction to fining out a friend of yours   05:37:05

16    was using your product which was mining all of your

17    data?

18             MR. SCHWING:  Objection.  Vague.  Scope.

19             THE DEPONENT:  I think you're asking me

20    to kind of review a -- a relatively informal chat     05:37:15

21    thread from -- from eight years ago.  I think it's

22    a -- a phrase that I might have used in -- in

23    passing.

24        Q.   (By Mr. Loeser)  And do you believe that

25    your reaction was a reasonable one?                    05:37:31
```

Page 591

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Objection.  Vague, and it's      05:37:36

 2   outside of the scope of the deposition topics.

 3              You can answer.

 4              THE DEPONENT:  So yeah.  I mean, you're

 5   asking me a really -- a personal question here.  I        05:37:45

 6   think it's -- it's reasonable to be concerned, as

 7   evidenced by the changes made to the platform,

 8   that apps might be using information from mine --

 9   to mine data.

10      Q.   (By Mr. Loeser)  We can put that exhibit          05:38:12

11   aside.

12              I'm going to read a statement to you.  If

13   you can tell me what Facebook means by this

14   statement.

15              And I'll to read it slowly so that             05:38:38

16   Rebecca doesn't get mad.

17              "If an application asks permission from

18   someone else to access your information, the

19   application will be allowed to use that information

20   only in connection with the person that gave the         05:38:52

21   permission and no one else."

22      A.   Sorry.  Can you repeat that again.  It

23   would helpful to -- do you have it written,

24   could -- could present?  I want to make sure I'm

25   fully understanding it.                                   05:39:12
```

Page 592

```
 1        Q.   I'll read it again.  I don't have it        05:39:13

 2   written.  And this relates to friend sharing, which

 3   is why -- which is why I'm an asking.

 4            "If an application asks permission from

 5   someone else to access your information, the          05:39:23

 6   application will be allowed to use that information

 7   only in connection with the person that gave the

 8   permission and no one else."

 9            MR. SCHWING:  Mr. Loeser, is there -- you

10   read it.  I'm confused a little bit what you're --    05:39:39

11   is there a question associated with it?  I don't

12   understand.

13            MR. LOESER:  Yes.  I would like to

14   understand what Facebook means by that statement.

15            MR. SCHWING:  Is there a document that --     05:39:54

16   I'm sorry.  I just want to make sure.  Is there a

17   document that this is in that you could help the

18   witness with?  He's asked to see what it is.

19            MR. LOESER:  Yeah, I can write it down on

20   a piece of paper and we can put it up as an           05:40:03

21   exhibit.  It'll take a couple minutes, but -- this

22   is just my effort to understand how friend sharing

23   worked at Facebook.

24            So we can -- we can come back to that.

25   And -- we'll write it down on a piece of paper and    05:40:16
```

HIGHLY CONFIDENTIAL

1    put it up as an exhibit.  That's probably an          05:40:20

2    effective way to do it.

3            MR. SCHWING:  Okay.  If you're -- and

4    let's -- I don't want to take long on this, but if

5    you're representing Facebook said something in a      05:40:27

6    document, to be able to give the document, I think,

7    is the appropriate way to approach the issue.

8            But if you want to move on to the next

9    topic, that's fine.

10           MR. LOESER:  Yeah.  We'll come back once      05:40:38

11   we create an exhibit.

12           MR. SCHWING:  Just to be clear, I will

13   ask that -- at that time that you actually give

14   the -- the document as opposed to excerpting it.

15       Q.   (By Mr. Loeser)  Okay.  We're going to       05:40:54

16   screen share this sentence, and if you could tell

17   me what this means as Facebook's corporate

18   designee, I'd appreciate it.

19       A.   It's hard --

20           MR. SCHWING:  I'm sorry.  Let me state an     05:41:09

21   objection.

22           I object to taking snippets of

23   unidentified documents and -- and putting them

24   before the witness and asking the witness to

25   explain what Facebook means by something that's       05:41:19

Page 594

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | excerpted.  You should have the entirety of the | 05:41:22 |
| 2 | document. | |
| 3 | THE DEPONENT:  Yeah.  It's hard for me to | |
| 4 | answer this -- this question, again, accurately | |
| 5 | without understanding where this came from and -- | 05:41:33 |
| 6 | and the context behind it.  There's not enough here | |
| 7 | for me to give a reasonable answer, I think. | |
| 8 | Q.   (By Mr. Loeser)  Can you read the | |
| 9 | sentence and give me your -- your understanding of | |
| 10 | what it means. | 05:41:53 |
| 11 | MR. SCHWING:  Special Master Garrie, I | |
| 12 | don't want to difficult during this deposition, but | |
| 13 | I would appreciate -- I'd like to make a motion | |
| 14 | under Rule 30 that if -- if they're asking about | |
| 15 | a -- a document and a purported Facebook document | 05:42:03 |
| 16 | that they actually use the document so that the | |
| 17 | witness can properly answer. | |
| 18 | SPECIAL MASTER GARRIE:  Yeah, I was going | |
| 19 | to rule, but the witness answered the question. | |
| 20 | Counsel Loeser, do you have the entirety | 05:42:13 |
| 21 | of the document? | |
| 22 | THE DEPONENT:  I don't, and there's no | |
| 23 | requirement for me to show this witness any | |
| 24 | documents.  I'm asking the question -- | |
| 25 | SPECIAL MASTER GARRIE:  No, no. | 05:42:25 |

Page 595

HIGHLY CONFIDENTIAL

```
1              MR. LOESER:  I'm asking the witness about      05:42:26

2    this document.

3              SPECIAL MASTER GARRIE:  Just so I

4    understand, you're asking them -- you're asking the

5    witness what this sentence means as a               05:42:33

6    representative of Facebook, not in reference to a

7    particular document Facebook has, but just

8    generally?

9              THE DEPONENT:  That's right.  I'm just

10   asking what this -- if this sentence means anything  05:42:42

11   to Facebook.

12             MR. SCHWING:  But, Special Master Garrie,

13   he's representing that this is a statement by

14   Facebook, and it's snippeted out from something.

15   We have no idea what it is.                          05:42:51

16             SPECIAL MASTER GARRIE:  Well, Counsel

17   Loeser --

18             MR. SCHWING:  If we could talk about it

19   off the record, that would be wonderful.

20             SPECIAL MASTER GARRIE:  Yeah, can we --    05:42:56

21   well, on the record, let me just get clarification.

22             Counsel Loeser, is this, you're

23   representing, a statement from Facebook?

24             MR. LOESER:  This is a statement that

25   Facebook has made, yes.                              05:43:08
```

Page 596

HIGHLY CONFIDENTIAL

```
 1              SPECIAL MASTER GARRIE:  Do you have any      05:43:12

 2     further context as to who, what, when, or where?

 3              MR. LOESER:  I do --

 4              SPECIAL MASTER GARRIE:  Or do you not --

 5              MR. LOESER:  Yeah, we can introduce it.      05:43:22

 6     I'm surprised the witness isn't familiar with this

 7     statement, but we can introduce the statement.

 8     There's no requirement for us to --

 9              SPECIAL MASTER GARRIE:  I'm not saying

10     there is -- there is --                               05:43:35

11              MR. LOESER:  Fine.  That's fine.  We're

12     happy to introduce the statement, but I want to

13     understand about this statement is what it means to

14     Facebook.  So we'll introduce the statement --

15              SPECIAL MASTER GARRIE:  Right, so --         05:43:44

16              MR. LOESER:  -- the policy.

17              SPECIAL MASTER GARRIE:  So if you -- if

18     you want to know what the statement means in

19     general from what Facebook says, that's different

20     than saying this is a statement Facebook has made,   05:43:53

21     what does it mean to Facebook.

22              So I'm just trying to understand which of

23     the two courses you're going down.

24              MR. LOESER:  I started on the first

25     course and I'm happy to stay there.  This is a       05:44:05
```

Page 597

```
 1    statement, what does it mean to you.  If it means      05:44:06

 2    nothing to him, then he can say that.

 3              SPECIAL MASTER GARRIE:  Yeah, got it.

 4    That's all I needed to know.

 5              So, Counsel Schwing, I appreciate your        05:44:12

 6    position, but I don't think it's an issue, so he's

 7    simply as Facebook's 30(b)(6) representative, what

 8    does this statement mean.

 9              MR. SCHWING:  Okay.  And just -- I

10    appreciate that, Special Master.  For the record, I    05:44:24

11    think it's difficult, if not impossible, without

12    any context with respect to what the document is or

13    the time frame or anything like that to pluck out

14    the statement and have him ask, answer on behalf of

15    the company about what this means.  There's just       05:44:41

16    not enough context.

17              I would appreciate it if the document

18    would be -- would be put up, since counsel

19    has indicated that they have the document.

20              MR. LOESER:  Yeah.  You know, we can cut      05:44:53

21    this short.  We can just introduce -- it's already

22    an exhibit, so we can just refer to the exhibit.

23    We can focus on this.

24              And, again, the purpose of my asking

25    Mr. Cross this is --                                   05:45:00
```

Page 598

| | | |
|---|---|---|
| 1 | SPECIAL MASTER GARRIE:  I understand. | 05:45:01 |
| 2 | MR. LOESER:  Yeah. | |
| 3 | SPECIAL MASTER GARRIE:  Yeah, I get it, | |
| 4 | Counsel Loeser.  So, I mean, if you want to do that | |
| 5 | for Facebook, you're under no obligation to do | 05:45:07 |
| 6 | such, but if you want to produce it, that would be | |
| 7 | probably be effective in aiding in the testimony | |
| 8 | you're trying to obtain.  But you're under no | |
| 9 | obligation to do such.  So... | |
| 10 | MR. LOESER:  We're going to go ahead and | 05:45:22 |
| 11 | introduce it, just because I think it satisfies | |
| 12 | Mr. Schwing's concern. | |
| 13 | MR. SCHWING:  I would appreciate that, | |
| 14 | Mr. Loeser.  Thank you. | |
| 15 | MR. LOESER:  This is Exhibit 400. | 05:45:34 |
| 16 | This is the data use policy. | |
| 17 | Yeah, and the reason why we didn't send | |
| 18 | this over to Mr. Cross is we didn't actually intend | |
| 19 | to introduce the exhibit.  But to satisfy counsel's | |
| 20 | concerns about the context of this statement, we're | 05:45:54 |
| 21 | introducing the data use policy. | |
| 22 | Q.   (By Mr. Loeser)  And my question is | |
| 23 | really very specific.  It's not about what anyone | |
| 24 | else might think this means; it's specifically what | |
| 25 | Facebook thinks this means.  I'm asking the | 05:46:09 |

```
 1    question so that I can understand how Facebook          05:46:12

 2    believes friend sharing works.

 3            So if we can -- we'll try and find the

 4    statement.

 5            MR. SCHWING:  While you're scrolling for         05:46:27

 6    that, I object to using documents that were not

 7    provided to us in advance as required under our

 8    protocol.

 9            And the policies are outside of the scope

10    of -- of Mr. Cross's deposition topics.                 05:46:35

11        Q.   (By Mr. Loeser)  Okay.  So, Mr. Cross,

12    the data use policy is in front of you.

13            And do you see the statement "If an

14    application asks permission from someone else to

15    access your information, the application will be         05:46:54

16    allowed to use that information only in connection

17    with the person that gave the permission and no one

18    else"?

19            Do you see that statement?

20        A.   I do see that statement.                        05:47:04

21        Q.   What does that statement mean?

22            MR. SCHWING:  Outside the scope of the

23    deposition.

24            THE DEPONENT:  So, yeah, I'm not an

25    expert in interpreting Facebook's platform policies      05:47:12
```

HIGHLY CONFIDENTIAL

```
 1    or data use policies.  I think there are other          05:47:15

 2    people that your -- that are testifying who are

 3    better placed to interpret that.

 4            I can give you a personal interpretation

 5    or my personal understanding of that, but I think       05:47:30

 6    there are -- there are other people who -- who are

 7    more knowledgeable about this subject than me that

 8    would give you a more accurate answer.

 9      Q.   (By Mr. Loeser)  Okay.  And I'm really

10    trying to understand it from the technology             05:47:42

11    standpoint, which is why I'm asking you.

12            So why don't you go ahead and give me

13    whatever explanation for this statement that you

14    can.

15            MR. SCHWING:  Object to the scope.              05:47:52

16            Go ahead if you can answer in your

17    personal capacity.

18            THE DEPONENT:  Yeah, I'll answer in my

19    personal capacity and my understanding having --

20    having worked on this area but not being an expert      05:48:02

21    in interpreting or enforcing Facebook's policies in

22    this matter.

23            My understanding is that what this means

24    is when an app ask permission -- "permissions" in

25    this case, I think, refer to -- to the Facebook         05:48:18
```

Page 601

HIGHLY CONFIDENTIAL

```
1    platform permissions -- to access your information,      05:48:20

2    my interpretation of that is the friend

3    permissions.  The -- or indeed the read stream

4    permission, which includes friends information.

5            The -- the -- the data that the app           05:48:38

6    receives through a given user's access token from a

7    technical capacity should be used to enhance the

8    experience of that user in the application only.

9        Q.  (By Mr. Loeser)  Thank you.

10           Okay.  We can move on.                         05:48:57

11           MR. LOESER:  Tab 53.

12           (Exhibit 404 was marked for

13   identification by the court reporter and is

14   attached hereto.)

15       Q.  (By Mr. Loeser)  You're going to see in a      05:49:33

16   moment an email from KP to several people,

17   including Marne Levine and Ime Archibong, and the

18   date of the email is December 18th, 2018, and the

19   subject is "private API review."

20           There's an attachment to this email,           05:49:52

21   "private_API_review_vF_pptx;

22   private_API_review_vF.pdf."

23           Do you see that?

24       A.  I see that, yeah.

25       Q.  And this is Exhibit 404.                       05:50:07
```

Page 602

HIGHLY CONFIDENTIAL

```
 1          A.   Can you -- I have it here.  Do you mind      05:50:14

 2   giving me just a few minutes to familiarize myself

 3   with it?

 4          Q.   Yeah.

 5               And while you're familiarizing yourself,     05:50:41

 6   Mr. Cross, you should also --

 7               MR. LOESER:  Is there a way to put up the

 8   PDF as well?

 9               We're going to post the attachment.  You

10   can just go ahead and look at both of those things.      05:50:49

11   That would be useful.

12               THE DEPONENT:  Great.  Thank you.

13               I don't have the PDF in Veritext just

14   yet.

15          Q.   (By Mr. Loeser)  It's on its way.            05:51:31

16          A.   Cool.  Thank you.

17               I have it now.  Thank you.  I'm just

18   reviewing it now.

19               Cool.  I've reviewed both of those

20   before.  Thank you.                                      05:52:40

21          Q.   Okay.  So --

22          A.   I appreciate you guys giving me the time

23   to read these things.

24          Q.   Yes, of course.

25               Looking back at the email itself, KP         05:52:48
```

Page 603

```
 1    writes, "Hello, Marne and all.  Please find              05:52:54

 2    attached a deck summarizing our thinking around the

 3    private API review that (1) outlines the problem,

 4    (2) explains what we're doing about it broadly

 5    including what partnerships will do specifically,        05:53:08

 6    and (3) how we might accelerate the effort.  In

 7    short..."

 8            Do you see that?

 9        A.   I see that.

10        Q.   And then do you see the heading               05:53:20

11    "Problem"?

12        A.   I do.

13        Q.   Okay.  And No. 1 on the problem.  Why

14    don't you go ahead and read No. 1.

15        A.   Sure.                                          05:53:35

16            "Partners maintained access ████████

17    ███  even after featured ████████████████  have

18    ████████████  (i.e. ████████████████████

19    ████████████████████████████  in 2015

20    but ████████████████████████  etc.  maintained      05:53:51

21    ████████████  until recently -- this is probably the

22    main theme of the NYT story that is expected to

23    land today)."

24        Q.   And can you explain what this is

25    identifying any more than what you just read?         05:54:10
```

Page 604

1        A.   I'll do my best.  Again, this is an email          05:54:24

2   written by somebody else, so I give you my -- my

3   interpretation of that email from my understanding

4   and conversations with people in preparation, which

5   is that there were partners; i.e. apps, that were        05:54:35

6   on whitelists where the -- their usage of those

7   ██████████████████████████ was ██████████

8   ████████ but they were still ████████████████, and

9   that potentially allowed them ████████████████

10  ████████████████████████████████████               05:55:05

11       That's my understanding from this

12  reading.

13       Q.   And did those features include access to

14  friend data?

15       A.   I'm not sure what -- what KP's referring        05:55:16

16  to here specifically.  He -- he calls out instant

17  personalization and search integrations.  It's --

18  it's possible that he's casting a wider net, but --

19  I would be speculating.

20       Q.   Okay.  And what -- can you read Problem          05:55:33

21  No. 2 that's identified here.

22       A.   In the email, again, it says "It's not

23  clear what ████████████████████████ to those

24  APIs (if any)."

25       Q.   Okay.  And can you what the problem was          05:55:50

                                                        Page 605

```
1   here?                                              05:55:52

2              MR. SCHWING:  I will caution the witness

3   not to reveal anything that may be attorney-client

4   privilege.

5              But if you can answer without revealing  05:55:59

6   that, please do.

7              THE DEPONENT:  Yeah, my -- again, it --

8   I -- I don't know what KP means specifically.

9   It's -- it's his email, and he's -- he's the source

10  of truth as to what he was referring to.           05:56:17

11             I can answer given -- given my -- my

12  understanding, which is that there were the

13  standard platform developer policies and -- and

14  typically Facebook ████████████████ with some

15  developers to ████████████████████ and my          05:56:39

16  understanding -- my understanding was -- my

17  understanding is that it was not known what -- what

18  ████████████████████████████████████

19             But, again, I want to caveat what I've

20  just given there with I'm -- I'm not super close to  05:57:04

21  the -- to the terms here.  So that's -- that's the

22  best answer I can give.

23             But -- it's the best answer I could give.

24        Q.   (By Mr. Loeser)  Okay.  And Problem

25  No. 3, "Partners have access to private APIs that    05:57:21
```

Page 606

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | may not be valuable to Facebook that we need to | 05:57:24 |
| 2 | review and deprecate or secure support for future | |
| 3 | investments." | |
| 4 | Did I read that correctly? | |
| 5 | A.   You read that correctly. | 05:57:36 |
| 6 | Q.   What does it mean in this context for | |
| 7 | private APIs that may not be valuable to Facebook? | |
| 8 | MR. SCHWING:  Object to the extent it's | |
| 9 | outside of the scope of topics 6 and 7. | |
| 10 | THE DEPONENT:  Yes, it's hard for me | 05:57:48 |
| 11 | to -- to answer that question on behalf of the | |
| 12 | Facebook.  I can give you, again, my -- my | |
| 13 | understanding and my interpretation, having been | |
| 14 | involved to this and spoken to people involved. | |
| 15 | There are at this point a number of -- of | 05:58:03 |
| 16 | private APIs or permissions that existed, and the | |
| 17 | purpose for which those were introduced may -- and | |
| 18 | the reasons for which those were introduced may -- | |
| 19 | may -- the developer ecosystem uses expectations | |
| 20 | and so on would have changed and so the -- the | 05:58:29 |
| 21 | purpose for which they were originally built might | |
| 22 | not make sense anymore. | |
| 23 | Q.   (By Mr. Loeser)  Okay.  And what does | |
| 24 | "secure support for future investments" mean in | |
| 25 | this context? | 05:58:48 |

Page 607

```
1              MR. SCHWING:  Calls for speculation.        05:58:54

2              THE DEPONENT:  Yeah, I -- it's -- it's

3    hard for me to what -- what -- what he means by

4    this in this email, so I'd be speculating as to --

5    to what he means.                                     05:59:01

6        Q.   (By Mr. Loeser)  He writes "We need to

7    review and deprecate or secure support for future

8    investments."

9              Does that help you answer the question to

10   look at it in that context?                           05:59:09

11       A.   So, again, like I'm -- I'm not sure what

12   he means by "secure support for further

13   investment."  So -- so I could speculate as to what

14   that might mean, but I don't think that's

15   appropriate to do here.                               05:59:25

16       Q.   Okay.  If you look at the next header, it

17   says "Actions to be Taken."  And -- and based on my

18   read of this, it appears that Facebook launched an

19   effort to ████████████████████████████████████

20   ████████████████████████████                          05:59:44

21             Did that, in fact, happen?

22       A.   Yes, it did.

23       Q.   Okay.  And if you look at No. 3, it's --

24   well No. 2 is "remove access for those APIs that

25   have been since been deprecated," right?              05:59:57
```

Page 608

1      A.   Sorry.  Can you point out that again?  I        06:00:01

2   just want to make sure.  Bullet No. 2?

3      Q.   The second action to be taken says

4   "remove access for those APIs that have since been

5   deprecated," right?                                      06:00:09

6      A.   That's what I see on the email here,

7   yeah.

8      Q.   And then the third action:  "Together

9   with product, assess whether certain private APIs

10  need to be maintained, supported.  This will fold        06:00:20

11  into the so-called project Frozen."

12          Did I read that correctly?

13     A.   You did read that correctly.

14     Q.   Do you know what project Frozen is?

15     A.   I'm not entirely what -- what project           06:00:38

16  Frozen -- he's referring to with project Frozen

17  here.  Again, I -- I can -- there's a -- there was

18  ███████████████  which he could be referring to.

19  But he's -- again, he's using the caveat "so-called

20  project Frozen," so he may be referring to a -- to      06:00:55

21  a different code name here.

22          Again, I -- I'd be speculating, and KP is

23  the source of truth.

24     Q.   So No. 4, it looks like after assessing

25  certain private APIs, the idea was to "███            06:01:09

                                                    Page 609

```
1    ███████████████████  to ensure they retain          06:01:12

2    access to those private APIs."

3            Did I read that correctly?

4       A.   You read that correctly, yeah.

5       Q.   And did that happen?                         06:01:19

6       A.   I -- I don't know whether or not that

7    happened.  I'm -- I'm not familiar with the precise

8    things that were -- were done as part of this

9    project, so I can't comment as to whether or not

10   that -- that happened.                               06:01:37

11      Q.    And did the private APIs being accessed

12   include APIs that emitted friend data?

13      A.    Yes.  My understanding is that this

14   effort looked at all private APIs and capabilities

15   that existed at the time.                            06:01:57

16      Q.    And so in 2018, those private apps and

17   capabilities including those that emitted friend

18   data?

19      A.    Well, at this point, the -- the friend

20   permissions had been fully removed from the code     06:02:21

21   base, and there's a number of -- this covers every

22   API and private API or whitelists or permission

23   that was gated behind a capability.

24            I can't say for certain what that full

25   set of things would have included.                   06:02:38
```

Page 610



```
 1        Q.   But the idea certainly was to ▮▮▮▮▮▮▮        06:02:42
 2   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  right?
 4        A.   My understanding is yes, the intent of
 5   this was to -- was to do a -- perform a           06:02:52
 6   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ -- of
 7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8   ▮▮▮▮▮▮▮▮▮
 9        Q.   Okay.  If we can go down to the
10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ And you            06:03:05
11   see the first bullet there.
12        And it states: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                          06:03:26
16        Did I read that correctly?
17        A.   You did, yeah.
18        Q.   And so fair to say that Facebook believes
19   that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20   ▮▮▮▮▮▮                                    06:03:41
21        MR. SCHWING:  Object to the form.
22   Outside the scope.
23        THE DEPONENT:  So, again, this is an
24   email from KP, and KP is asserting that he believes
25   that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              06:03:55
```

Page 611

HIGHLY CONFIDENTIAL

```
 1   ███████████                                    06:03:59

 2        Q.   (By Mr. Loeser)  And was KP considered a

 3   knowledgeable person about these topics at

 4   Facebook?

 5             MR. SCHWING:  The question is vague.   06:04:08

 6   Calls for speculation.

 7             THE DEPONENT:  Yeah.  I mean, hard --

 8   hard -- hard to answer that question.  Yeah, I

 9   don't know how KP was perceived by -- by various

10   people at the company.  He was certainly          06:04:19

11   knowledgeable as a platform partnerships person.

12        Q.   (By Mr. Loeser)  And fair to say that

13   Facebook believed that he had an adequate

14   understanding of what a sensitive private API was?

15             MR. SCHWING:  Outside of the scope.    06:04:34

16   Object to the form.

17             THE DEPONENT:  Yeah, hard for me to

18   answer on behalf of Facebook and what -- what

19   Facebook as -- as an entity thinks.

20             I can give you my -- my view.  But -- but  06:04:45

21   I don't feel I can answer that on behalf of the

22   company as such.

23             I think he was knowledgeable about --

24   about the Facebook developer platform and which

25   APIs existed and what -- what they were being used   06:05:00
```

                                                      Page 612

1    by -- how they were being used by developers.            06:05:07

2         Q.   (By Mr. Loeser)  Who at Facebook can

3    answer the question in the way that -- that would

4    describe Facebook's corporate understanding of what

5    is a sensitive private API?                              06:05:21

6              MR. SCHWING:  Object to the scope.  Calls

7    for speculation.

8              THE DEPONENT:  I mean, it -- I think,

9    again, "sensitive" is -- is a subjective

10   definition.  "Private API," I think we've covered.       06:05:36

11   "Sensitive" is subjective.

12             I would think that maybe the legal policy

13   teams would be well placed to opine on that.

14             But, again, "sensitive" is not -- is a

15   subjective term.                                         06:05:56

16        Q.   (By Mr. Loeser)  So who in the policy

17   team could opine on -- on what Facebook means by

18   "sensitive private API"?

19             MR. SCHWING:  Outside the scope.  Calls

20   for speculation.                                         06:06:09

21             THE DEPONENT:  Yeah, I -- I don't know

22   who at the company would like names of -- of people

23   that -- that would be able to give you an

24   authoritative answer.  Again, you're asking a very

25   broad question.                                          06:06:22

1          Q.   (By Mr. Loeser)  And do APIs that emit          06:06:24

2    friend data emit PII data?

3               MR. SCHWING:  Object -- sorry.

4               Objection.  Vague.  Outside the scope.

5               THE DEPONENT:  Can you help me understand        06:06:40

6    what -- what you mean by PII data?

7          Q.   (By Mr. Loeser)  Well, what does it mean

8    here on this -- on this communication?

9               MR. SCHWING:  Calls for speculation.

10   Outside the scope.                                          06:06:51

11              THE DEPONENT:  Yeah, I -- yeah, I can't

12   give you an authoritative answer to that.  I have

13   my own understanding, but KP is the -- is the

14   author of the email, and he's -- he's the one

15   making these statements.                                    06:07:07

16         Q.   (By Mr. Loeser)  Do you know what "PII"

17   stands for?

18         A.   My understanding in this context is "PII"

19   stands for personally identifiable information.

20         Q.   And does friend data provide personally         06:07:18

21   identifiable information?

22              MR. SCHWING:  Objection.  Vague.  Calls

23   for a legal conclusion.

24              THE DEPONENT:  Yeah, it's -- I'm not --

25   I'm not able to make a formal determination of what         06:07:30

                                                      Page 614

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | PII includes or counts as PII. | 06:07:33 |
| 2 | Q.   (By Mr. Loeser)  So you're saying -- your | |
| 3 | testimony under oath today is you cannot testify as | |
| 4 | to whether friend data includes PII? | |
| 5 | A.   By giving you -- again, I'm trying to do | 06:07:48 |
| 6 | my best here and give you an accurate -- an | |
| 7 | accurate and complete answer. | |
| 8 | The definition of "PII" is -- is not | |
| 9 | defined, and so it's hard to give -- me to give you | |
| 10 | a complete -- complete answer.  Right? | 06:08:00 |
| 11 | So I -- I just -- I'm not sure I can | |
| 12 | answer that question in a way that's like -- fully | |
| 13 | accurate.  I could, you know, speculate and give | |
| 14 | you my personal take, but you're asking me to | |
| 15 | testify as to what Facebook considers PII, which is | 06:08:14 |
| 16 | a -- a thing I'm -- I don't believe I'm well placed | |
| 17 | to give. | |
| 18 | Q.   Well, Mr. Cross, what do you believe PII | |
| 19 | is? | |
| 20 | A.   I think there's a range of definitions | 06:08:28 |
| 21 | of -- of PII.  One definition would be somebody's | |
| 22 | name and maybe their profile picture.  You could | |
| 23 | argue that that is personally identifiable.  There | |
| 24 | are cases where it's not personally identifiable. | |
| 25 | So hence -- hence the challenge giving a complete | 06:08:50 |

Page 615

HIGHLY CONFIDENTIAL

```
 1    answer there.                                        06:08:55

 2         Q.    Okay.

 3              MR. LOESER:   Why don't we go to the

 4    PowerPoint itself.   It's Exhibit 405.

 5              (Exhibit 405 was marked for              06:09:10

 6    identification by the court reporter and is

 7    attached hereto.)

 8         Q.    (By Mr. Loeser)   Again, Mr. Cross, you've

 9    had a chance to review this PowerPoint previously,

10    right?                                              06:09:23

11         A.   I have, yes.

12         Q.   And did you also read it to prepare for

13    your testimony today?

14         A.    It was -- yes, it was supplied as one of

15    the documents I -- I think you were potentially     06:09:32

16    going to show me, so I -- I reviewed it in

17    preparation for today, yes.

18         Q.    And the title slide states "█████████

19    ████████████████████," right?

20         A.   I see that, yeah.                         06:09:45

21         Q.   And what were the ████████████████

22    ██████

23              MR. SCHWING:   Objection.   Vague.

24              THE DEPONENT:   Yeah, I think there's a --

25    hard for me to -- to -- there's a number of the     06:09:59
```

Page 616

```
 1    potential risks from -- from private APIs.  I          06:10:03

 2    couldn't enumerate them all.

 3         Q.   (By Mr. Loeser)  Can you enumerate any of

 4    them?

 5         A.   Yes.  I can attempt to enumerate some       06:10:19

 6    examples.

 7              So there a number of -- as I said, a

 8    number of private APIs.  One of the risks for an

 9    ██████████████████████  is that it allowed developers to

10    ████████████████████████████████████████████  in       06:10:39

11    order to allow a user to log in to an experience on

12    a device.

13              And an app that had that capability,

14    there were a number of risks around making sure

15    that the ████████████████████████████████████████       06:10:55

16    ████████  and that the ████████████████████████████

17    is -- is ████████████████████████████

18              So that would be one -- ███████ ███████  from one

19    ██████████████████████████.

20         Q.   Are there █████████████████████████  that emit       06:11:16

21    friend data?

22         A.   Again, there's many private APIs, and --

23    and APIs that emit information about users or their

24    friends.  Facebook would want to make sure that

25    those APIs and that information is being used       06:11:39
```

                                                    Page 617

```
 1    appropriately and in accordance with our -- our        06:11:44

 2    terms.

 3         Q.   And are there ██████████ that relate

 4    to friend data that Facebook was concerned about?

 5              MR. SCHWING:  Objection.  Vague.             06:11:56

 6              THE DEPONENT:  So we talked about this in

 7    a -- in a previous testimony around some of the

 8    reasons for the changes to the public API surface

 9    area.  We'd had concerns from users that they were

10    not always aware how their information was being      06:12:17

11    used by -- by applications, and so in the case of

12    private APIs, we would want to make sure that

13    information was being used appropriately.

14         Q.   (By Mr. Loeser)  Can we go to --

15              MR. SCHWING:  Mr. Loeser, just -- just       06:12:36

16    quickly.  We've been going for about an hour.  I'm

17    not saying we need to take a break right now, but

18    at a convenient time in the next few minutes, if we

19    could take a break, that would be great.

20              MR. LOESER:  Sure.  I'd like to get          06:12:48

21    through this deck, and I'll try and do it quickly,

22    but if it's taking too long, we'll stop before we

23    get to the end.

24              THE DEPONENT:  Thank you.

25              MR. SCHWING:  Thank you.                     06:12:56
```

Page 618

```
 1        Q.    (By Mr. Loeser)  If you go to the next        06:12:57

 2   slide.

 3            Do you see that "What is the problem?"

 4        A.    I see that, yeah.

 5        Q.    And am I reading this correctly:  That in     06:13:01

 6   this analysis Facebook identified ████ private API

 7   application pairs that included █████?

 8        A.    Well, again, what's on the slide here,

 9   I'm -- the author was KP.  I -- I don't know how

10   these data were compiled or collected.                   06:13:28

11            But from rating the slide, somebody at

12   Facebook, KP, seems to have identified ████ API --

13   API application pairs that met some definition

14   of -- of ████ which I'm not aware of the details

15   of.                                                      06:13:50

16        Q.    And what is "a private API application

17   pair"?

18        A.    So I actually would be speculating if I

19   knew precisely.  I think I know what -- what this

20   refers to.  I would have used a different term.          06:14:05

21            So private API is a -- is an ambiguous

22   term, and so I think he may have used a -- he may

23   be referring to a different technical term.  So I

24   would actually be speculating if I -- if I

25   confirmed that -- understanding -- if I confirmed.       06:14:27
```

Page 619

```
 1              My understanding, speaking -- you know,        06:14:30

 2     trying to do my best here and trying to give you

 3     the best answer I can -- is that -- I understand

 4     him to be referring to capability app pairs.  So

 5     that -- that -- that's my understanding of what    06:14:44

 6     he'd be referring to.

 7              But private APIs is a little bit

 8     ambiguous in this context.

 9        Q.   Okay.  And then the key issues that he

10     identified, those appear to be the same, more or   06:15:00

11     less, as the problems he identified in the cover

12     email; is that right?

13        A.   This maps pretty closely to what he

14     identified in the email, yes.

15        Q.   Okay.  So we go to thing next slide.        06:15:15

16              "What we're doing about it, Private API

17     Review."

18              Do you see the product heading?

19        A.   Yup, I see it.

20        Q.   He writes "Following our ████████,          06:15:26

21     Product is introducing new steps to grant new

22     access to new external-facing, private APIs gated

23     by capabilities.  While this addresses issues

24     moving forward, we still have an uncertain past

25     that needs to be cleaned."                         06:15:41
```

Veritext Legal Solutions
866 299-5127

```
1              Do you see that?                          06:15:43

2         A.   I do see that, yeah.

3         Q.   And what was the ███████████?

4         A.   So the ███████████was an announcement

5    in -- I actually have the -- the rough dates        06:15:54

6    here -- on the November the 1st, 2018, that

7    ██████████████████████████████████████████

8    ██████████

9         Q.   And why was the ███████████ put in

10   place?                                              06:16:15

11        A.   My understanding is that the ████

12   ███████ was put in place to give the company

13   time to ████████████████████████ and

14   how they were being used as well as to develop new

15   processes and practices for controlling changes to  06:16:38

16   APIs going forward.

17        Q.   And -- and what events prompted that

18   ██████

19              MR. SCHWING:  Object to the scope.

20   Outside the scope.                                  06:16:52

21              THE DEPONENT:  I'm -- I'm not sure,

22   again, exactly what prompted that.  So probably a

23   number of factors that went into the -- the

24   decision-making that I, you know, have not fully --

25   I'm not fully aware of.  So I can't answer fully as  06:17:09
```

Page 621

HIGHLY CONFIDENTIAL

```
 1    to what that was -- what drove that                    06:17:16

 2    decision-making.

 3              But, again, what I can share from my

 4    personal perspective is this is after the

 5    Cambridge Analytica story broke, and -- and I         06:17:28

 6    would -- my understanding is that was one of the

 7    drivers for improving development practices around

 8    APIs.

 9         Q.   (By Mr. Loeser)  And if you look at the

10    next heading, which says "Partnerships," this         06:17:44

11    states "Partnerships will ███████████████████████

      ██████████████████████████████████████████████

      ██████████████████████████████████████████████

      ██████████████████████████████████████████████

      ██████   that evolve in the future."                  06:18:00

16              Did I read that correctly?

17         A.   You did read that correctly.

18         Q.   Did that happen?

19         A.   My understanding is that broadly, yes,

20    that did happen.                                       06:18:10

21         Q.   We can go to the next slide.  This title

22    is "How Partnerships plans to read the cleanup."

23              And do you know specifically what is

24    being cleaned up?

25              MR. SCHWING:  It's outside the scope.        06:18:29
```

Page 622

```
1              THE DEPONENT:  Let me -- let me just        06:18:34

2    review the slide and see if I can give you an

3    answer.

4              So having -- having read this, what's on

5    the slide is the best answer I could give as what's   06:18:57

6    being cleaned up here.  I can provide commentary

7    and some explanation if it would be useful, but I

8    think the slide is actually a pretty good

9    explanation of what was happening.

10       Q.   (By Mr. Loeser)  And generally speaking,      06:19:13

11   was the idea to clean up the ███████████ and to

12   ██████████████████████████████████ and those

13   ████████████████████████████████████ they

14   provide to Facebook?

15             MR. SCHWING:  Objection.  Vague.  Outside    06:19:29

16   the scope.

17             THE DEPONENT:  My understanding is that

18   this is primarily identifying -- reviewing private

19   API pairs, which is a given capability and a given

20   application that has that capability in an ███████     06:19:46

21   ██████████████████████████ and ██████████████

22   ████████████████████████████████

23       Q.   (By Mr. Loeser)  And why wasn't that done

24   in 2015?

25             MR. SCHWING:  Objection.  Outside the        06:20:02
```

Page 623

HIGHLY CONFIDENTIAL

```
1    scope.  Vague.                                    06:20:03

2         THE DEPONENT:  Yeah, I -- hard for me to

3    comment on -- on -- on why this wasn't -- wasn't --

4    why this -- this process continued later.

5         My recollection from the time is there         06:20:20

6    was an effort in 2013 to reduce the number of

7    capability app pairs which existed, and so I think

8    this is -- it's not right to characterize this as

9    "not done" and "done."  There were -- have been a

10   number of efforts over a number of years to attempt  06:20:38

11   to manage the -- the set of private APIs.

12        Q.  (By Mr. Loeser)  Okay.  If you look at

13   the "Investigate and Decide" stop on this -- on the

14   plans on this slide.

15        The first bullet says "Investigate API         06:20:56

16   access on questionable private API app pairs and

17   contractual obligations."

18        Did I read that right?

19        A.  You did read that right.

20        Q.  And what are questionable private API app   06:21:07

21   pairs?

22        MR. SCHWING:  Outside the scope of topics

23   6 and 7.  It's vague.

24        THE DEPONENT:  Again, it's hard -- I

25   don't feel I can give a kind of answer on behalf of  06:21:18
```

Page 624

HIGHLY CONFIDENTIAL

1   the company there.  KP is the author of the deck          06:21:21

2   and the source of truth as to what he means here.

3            Again, in the service of being helpful, I

4   can -- I can give you the best answer I can give,

5   which is that, for example, an app may have a          06:21:34

6   capability that it is not using and therefore there

7   is little value in it having the capability, and

8   therefore the capability should be removed from the

9   application.

10           So that would be an example of something          06:21:52

11   that that I would personally would have determined

12   to be a questionable private app pair.  Put it

13   another way:  If it's not being used, why do they

14   still have access to it.

15      Q.   (By Mr. Loeser)  The next bullet is "Set          06:22:07

16   criteria on decision points (e.g. hi/low value of

17   API usage."

18           What does "hi/low value of API usage"

19   mean?

20           MR. SCHWING:  Outside the scope.  Vague.          06:22:20

21           THE DEPONENT:  So, again, I can't -- I

22   don't feel I can give you a company answer to that

23   question.  KP's the source of truth.  I can give

24   you my -- my interpretation, my understanding, as

25   best I can with -- given my experience here.          06:22:33

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | So hi/low value of API and usage, in my | 06:22:38 |
| 2 | estimation, would be -- would -- would revert -- | |
| 3 | would refer to the -- the value of the API in terms | |
| 4 | of the value it provides to -- to users and to the | |
| 5 | developer, and usage would refer to how often that | 06:22:57 |
| 6 | API is being used or how -- how widespread that use | |
| 7 | is by applications and uses. | |
| 8 | Q.   (By Mr. Loeser)  And you gave one example | |
| 9 | of an app API pair that is questionable.  Can you | |
| 10 | think of other examples? | 06:23:28 |
| 11 | A.   Give me a second to make sure I can think | |
| 12 | of some. | |
| 13 | So yeah.  Another example might be where | |
| 14 | an application has the ability to call a certain | |
| 15 | API or access certain information where the -- the | 06:24:03 |
| 16 | way in which that information is being used to | |
| 17 | enhance the user experience is unclear or not | |
| 18 | known. | |
| 19 | Q.   Would a misuse of user data by the app | |
| 20 | also be considered the result of a questionable | 06:24:26 |
| 21 | private API app pair? | |
| 22 | MR. SCHWING:  The question is vague. | |
| 23 | Outside the scope. | |
| 24 | THE DEPONENT:  Again, hard to give a | |
| 25 | detail.  I can't give a representative company | 06:24:40 |

Page 626

HIGHLY CONFIDENTIAL

```
 1   answer there.                                        06:24:42

 2        My -- my understanding is that, yes,

 3   questionable means would -- would mean, to me, this

 4   is worth investigating as to why this app has this

 5   capability to make sure we are confident that the    06:24:56

 6   app should indeed have access to this capability.

 7        Q.   (By Mr. Loeser)  Okay.  You can go to the

 8   slide, and then we're just about finished with this

 9   document.  Appreciate your patience.

10        A.   Thank you.                                  06:25:10

11        Q.   This is titled "What we need to move

12   faster."  And you'll see that this slide -- correct

13   me if I'm wrong -- describes different types of

14   review that could be done of the API app pairs; is

15   that right?                                           06:25:26

16        A.   Give me a second just to -- just to read

17   the slide again.

18             MR. SCHWING:  It's outside the scope for

19   this witness.

20             THE DEPONENT:  This is hard for me to       06:26:11

21   interpret.  I wasn't involved at the time in a

22   personal capacity, I don't think it's appropriate

23   for me to try and speculate on what -- what's meant

24   here.

25        Q.   (By Mr. Loeser)  Sure.  Well, let me ask    06:26:22
```

Page 627

HIGHLY CONFIDENTIAL

1    you a more specific question.                    06:26:23

2         A.   Thank you.

3         Q.   You see on the far right there are in

4    bold letters the first line for each of these, one,

5    three months, six months, is a reference to "no     06:26:30

6    contract review"?

7              Do you see that?

8         A.   I see that, yup.

9         Q.   Okay.  And then there's a description of

10   what would be done to investigate and decide with   06:26:42

11   regard that that was the approach.

12             Do you see that?

13        A.   I think so.  Sorry.  Yes.  I mean, I

14   see -- I see the slide.

15             Can you point me to the cell row you're    06:26:59

16   referring to.

17        Q.   Yeah.  If you look on the far left down

18   below one month, and there's columns of information

19   and titles for those columns on the far left, and

20   the first title is "No Contract Review."  The        06:27:14

21   second title is "Strategic Partners Only."  And --

22        A.   Yes.

23        Q.   -- the third is "All Partners Review."

24             Do you see that?

25        A.   Yes, I see that, yes.                      06:27:21

Veritext Legal Solutions
866 299-5127

```
1        Q.   And so -- so for this -- those are the        06:27:23

2    three options that are described for what Facebook

3    could do to move faster; is that a fair read?

4            MR. SCHWING:  Objection.  Calls for

5    speculation.  It's outside the scope.               06:27:40

6            THE DEPONENT:  Yeah, I -- it's hard for

7    me to answer -- give you authoritative answer here.

8    Like, I -- I, you know, we saw this document in

9    preparation before.  I was not involved at the

10   time.  So I'd be speculating as to exactly what --   06:27:56

11   what was meant here.

12       Q.   (By Mr. Loeser)  Well, this PowerPoint at

13   its outset identified ████  what KP refers to

14   private API application pairs, right?

15       A.   He refers to ████ --                         06:28:16

16       Q.   Okay.

17       A.   -- private API, yeah.

18       Q.   And it refers to a need to audit those

19   pairs to identify questionable API access, right?

20       A.   He does -- does refer to that.               06:28:31

21           MR. SCHWING:  Sorry.  Sorry.  It's vague,

22   outside the scope.

23           You can answer it, Mr. Cross.

24           Just give me one minute -- or one second

25   to state my objection.                               06:28:40
```

Page 629

HIGHLY CONFIDENTIAL

```
 1              Thank you.                          06:28:41

 2              Mr. Loeser, I'm sorry.  It may have

 3      become a bit garbled there.  Can you just reask

 4      that?

 5              MR. LOESER:  Sure.  We can just ask.   06:28:49

 6         Q.   (By Mr. Loeser)  And it refers to the

 7      need to audit those pairs to identify questionable

 8      API access, right?

 9              MR. SCHWING:  Same objection.

10              Go ahead.                           06:29:01

11              THE DEPONENT:  It's what it says on the

12      slide, yes.

13         Q.   (By Mr. Loeser)  Okay.  And then the last

14      slide in the deck describes potential audits that

15      could occur, and one would involve no contract    06:29:12

16      review; is that right?

17              MR. SCHWING:  Calls for speculation.

18      Outside the scope.

19              THE DEPONENT:  Yeah, it's actually pretty

20      hard for me to understand what -- what this      06:29:27

21      slide -- what this slide means and what he's

22      referring to here.  This could be interpreted in a

23      few different ways.  It's not -- it's not -- it's

24      not clear.

25              MR. LOESER:  Okay.  Well, why don't you    06:29:43
```

Page 630

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | read the notes that are on that slide.  Just take a | 06:29:44 |
| 2 | second.  We can -- I just have two more questions, | |
| 3 | and I want to make sure that you understand the | |
| 4 | context of this slide. | |
| 5 |       THE DEPONENT:  Okay.  I've read the -- | 06:30:30 |
| 6 | the notes there. | |
| 7 |    Q.  (By Mr. Loeser)  I want to zero in on | |
| 8 | the -- the second type of review that's identified | |
| 9 | here, which is Strategic Partners Only, right? | |
| 10 |    A.  Okay. | 06:30:54 |
| 11 |    Q.  And Strategic Partners Only is a subset | |
| 12 | of all partners, right? | |
| 13 |    A.  I'm -- I'm not sure what KP is referring | |
| 14 | to with strategic partners only, whether or not | |
| 15 | this is a -- I'm not even sure what -- what he's | 06:31:08 |
| 16 | referring to here and what -- what he's using as -- | |
| 17 | as that definition far "strategic partners." | |
| 18 |    Q.  Okay.  Does it appear to be a smaller | |
| 19 | group of partners than the all partners review, | |
| 20 | just looking at the numbers reflected there?  Isn't | 06:31:19 |
| 21 | that a fair interpretation of that? | |
| 22 |       MR. SCHWING:  These questions call for | |
| 23 | speculation and outside the scope. | |
| 24 |       THE DEPONENT:  Yeah, I'd be speculating. | |
| 25 | Like it's -- it's possible that that's the case. | 06:31:33 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    It could also mean that different partners require          06:31:36

2    different levels of review and time.  I -- I don't

3    know what he's referring to here specifically.

4         Q.   (By Mr. Loeser)  Who at Facebook could

5    tell me whether there's a subset of partners called         06:31:46

6    "strategic partners" at Facebook?

7              MR. SCHWING:  Outside the scope.  Calls

8    for speculation.

9              If you know, you can go ahead and answer.

10             THE DEPONENT:  So the platform                     06:32:05

11   partnerships team would probably be able to provide

12   some additional context there.  As I -- as I have

13   said before, I don't think there's a standard

14   definition for "strategic partner," and I think if

15   there is, those definitions will change depending          06:32:18

16   on -- on the division of Facebook that you're

17   talking to and -- and different definitions over

18   time.

19             So I'm not aware of a standard definition

20   of what "strategic partners" means.                        06:32:32

21        Q.   (By Mr. Loeser)  Last question.  And if

22   you go back to the second page of the deck where we

23   referred to the number of private API application

24   pairs.

25             Are all of those pairs reflected on a            06:32:42

                                                    Page 632

HIGHLY CONFIDENTIAL

```
 1    whitelist?                                              06:32:49

 2        A.   I'm sorry.  Can you help me understand

 3    the question?  I think I know what you're asking,

 4    but it's a little imprecise.

 5            Are they reflected on a whitelist?           06:33:05

 6        Q.   Yeah.  Are these all whitelisted

 7    partners, basically?  Is that how they -- that's

 8    how you're able to identify that these private API

 9    application pairs are what you would refer to as

10    capability pairs, are those reflected on -- on       06:33:17

11    whitelists?  These are whitelisted partners?

12        A.   So my understanding -- so first of all,

13    I'm not entirely sure what KP is referring to.  As

14    I've -- as I've mentioned earlier, his definition

15    of "private API" is a little ambiguous to me.  So   06:33:35

16    I -- I don't think I can give you a fully

17    authoritative answer.

18            But, again, in personal capacity, my

19    understanding is yes, he's referring to -- I think

20    he's referring to capabilities as -- and            06:33:50

21    specifically capability app pairs, and my

22    understanding of that is the two have access to a

23    capability.  An app is whitelisted for it or is on

24    a whitelist.

25            MR. LOESER:  Thank you.                      06:34:07
```

Page 633

HIGHLY CONFIDENTIAL

```
 1              Let's go off the record.                    06:34:08

 2              Mr. Schwing, I asked that last question

 3    because you've made a lot of scope objections.  I

 4    just want to make it clear to you that I'm asking

 5    these questions because this is a -- relates to      06:34:21

 6    whitelisting, and so I want to make sure the record

 7    was clear on that.  I hope that satisfies that,

 8    sir.

 9              THE VIDEOGRAPHER:  Okay.  It's 6:52 p.m.

10              (Recess taken.)                             06:34:33

11              THE VIDEOGRAPHER:  We're back on the

12    record.  It's 7:57 p.m.

13              (Exhibit 406 was marked for

14    identification by the court reporter and is

15    attached hereto.)                                     07:39:23

16              MR. LOESER:  Let me introduce another

17    exhibit.  Momentarily, Mr. Cross, you'll see an

18    email from Rob Boyle to Eddie O'Neil, Shirley Sun,

19    and Drew Lackman dated March 27th, 2019.  Subject:

20    "Escalation deck Rev" with an attachment of a slide   07:39:41

21    deck.

22        Q.   (By Mr. Loeser)  And, Mr. Cross, who is

23    Rob Boyle?

24              MR. SCHWING:  I'm sorry, Derek.  Just to

25    be helpful.  This is Exhibit 406 for the record,      07:40:12
```

Page 634

HIGHLY CONFIDENTIAL

1    right?                                                    07:40:12

2            MR. LOESER:  Yes.  Yes, thank you for

3    that.  Exhibit 406.

4            I have not been reading the Bates numbers

5    because -- frankly, it's just time, but the Bates     07:40:18

6    numbers associated with the exhibit.

7            THE DEPONENT:  I'm -- I'm not sure who

8    Rob Boyle is, I'm afraid.

9        Q.  (By Mr. Loeser)  Okay.  Do you know who

10   Shirley Sun is?                                          07:40:39

11       A.  No, I'm not sure who Shirley Sun is

12   either.

13       Q.  How about Drew Lackman?

14       A.  I'm not sure who Drew -- Drew Lackman is

15   either.                                                  07:40:52

16       Q.  And what about WS3.h?  Do you know what

17   that is?

18       A.  I don't know what W3.h -- WS3.h is

19   either, I'm afraid, no.

20       Q.  Do you know what the escalation referred     07:41:07

21   to concerns?

22       A.  I -- I don't, I'm afraid.

23            (Exhibit 407 was marked for

24   identification by the court reporter and is

25   attached hereto.)                                       07:41:18

                                                     Page 635

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  Why don't we go to the        07:41:18

 2   deck itself, which is attached.

 3             And while we're loading up the next

 4   exhibit, 407, Mr. Cross, I take it you reviewed

 5   that email and the attached deck in advance of your      07:41:33

 6   testimony today?

 7        A.   I did -- I did review these documents.

 8   You sent over a lot of documents.  I did my best,

 9   but there was quite a lot to get through.

10        Q.   Oh, I understand.                              07:41:48

11             Did you make any effort to contact

12   Mr. Boyle, Ms. Sun, or Mr. Lackman?

13        A.   I did not make efforts to contact them.

14        Q.   How about Eddie O'Neil?

15        A.   I did not make efforts to contact            07:42:03

16   Eddie O'Neil after receiving these documents.

17        Q.   And I'll try and -- I don't have a lot of

18   questions about this deck, but I have a few.

19             So if you look at the first slide, it

20   says "WS3.j escalation process proposal               07:42:15

21   March 2019."

22             Did I read that correctly?

23        A.   You read that correctly.  Do you mind if

24   you -- do you mind if I just take a --

25        Q.   Yeah, yeah.                                  07:42:26
```

Page 636

HIGHLY CONFIDENTIAL

```
 1        A.   -- couple minutes to scan through the        07:42:27

 2   deck?

 3             MR. LOESER:  Let me tell you -- please

 4   review the deck, but let me tell you that

 5   particular pages that I'm -- I'm not going to ask        07:42:39

 6   you a lot about it, but I'm going to ask you about

 7   slide 5, slide 6, slide 14, 17, and 18.

 8             THE DEPONENT:  Okay.  I've had a quick

 9   scan through.

10        Q.   (By Mr. Loeser)  Okay.  Thank you.            07:43:55

11             Let's look at slide 5, which I think will

12   help you understand the context of this deck.

13             And I'll read the header on the slide.

14        "██████████████████████████████████████

15        ████████████   All will either be ████████████    07:44:12

16        ████████

17             Do you see that?

18        A.   I do.

19        Q.   And do you know if that occurred?

20        A.   My understanding is yes, that did occur.      07:44:23

21        Q.   Okay.  And the bullet says ████████████

22   ████████████████████████████████████████

23   ████████████████████████████████████████████

24   ████████  to ensure they comply ████████████████

25   ████████████████████████████████                       07:44:37
```

Veritext Legal Solutions
866 299-5127

```
 1              Do you know if that occurred?        07:44:40

 2       A.   My understanding is yes, that -- that did

 3  occur.

 4       Q.   And what is the ███████████████

 5  █████████                                        07:44:47

 6       A.   I'll -- I'll do my best to describe it.

 7            The ███████ is a companywide process by

 8  which any███████████████████████████████  need

 9  to be reviewed by a number of people from a number

10  of different teams ████████████████████████      07:45:12

11  █████████████████████████████████████████

12       Q.   And why was that process implemented?

13            MR. SCHWING:  Outside the scope.

14            THE DEPONENT:  I -- I'm not sure the full

15  details of -- of why that process was implemented.   07:45:31

16  I can talk from my -- my personal understanding,

17  but I'm not aware of the full set of reasons why --

18  why that was implemented.

19       Q.   (By Mr. Loeser)  What are the reasons

20  that Facebook had for implementing that process?   07:45:48

21  Any of the reasons?

22            MR. SCHWING:  Same objection.

23            Go ahead.

24            THE DEPONENT:  So, again, so some of the

25  reasons I understand that -- that this was          07:45:59
```

Page 638

```
 1    introduced was to ensure that appropriate gating          07:46:01

 2    mechanisms were being used, that the implementation

 3    of the APIs was using Facebook's modern coding

 4    standards, and that there were policies and

 5    procedures documented about the purpose of the API        07:46:24

 6    and who it was made available to.

 7         Q.   (By Mr. Loeser)  And was there a

 8    particular event that prompted Facebook to

 9    undertake these efforts?

10              MR. SCHWING:  Outside the scope.              07:46:42

11              THE DEPONENT:  Sorry, Austin.  Say again.

12              MR. SCHWING:  I said outside of the

13    scope.

14              But -- if you know in your personal

15    capacity, go ahead.                                      07:46:50

16              THE WITNESS:  Yeah, I'm not sure I can

17    give -- a companywide answer there.  My

18    understanding is that this happened after the

19    Cambridge Analytica situation broke and that was

20    one of the driving reasons.                              07:47:03

21         Q.   (By Mr. Loeser)  And if you go to slide

22    9.  And the header says "Each API is ███████████

23    ████████████████████

24              Do you see that?

25         A.   I do see that.                                 07:47:20
```

                                                      Page 639

1        Q.    And then can you read the first bullet.        07:47:22

2        A.    "The ███████████████████████████

3    ███████████████████████████████████████████

4    ████████████████████████████████

5        Q.    And did that happen?                           07:47:34

6        A.    My understanding is yes.  An exercise was

7    ███████████████████████████████████████████

8    ████████████

9        Q.    Okay.  Can you read the next bullet.

10       A.    The second bullet is "Everything found to     07:47:50

11   be high risk but high value is being flagged for

12   escalation."

13       Q.    And what does Facebook mean by "high risk

14   but high value"?

15            MR. SCHWING:  Object to the extent it's        07:48:02

16   outside the scope of topics 6 and 7.

17            THE DEPONENT:  I'm -- I'm not confident

18   in -- in -- I don't think I can answer on behalf of

19   the company there.  I wasn't involved in this -- in

20   this process, so -- and I haven't seen the -- the     07:48:13

21   documentation or the -- the -- what was used to --

22   to make that determination.  So I'm not sure I can

23   answer that, I'm afraid.

24       Q.    (By Mr. Loeser)  Were there APIs and

25   platform products that emitted friend data that      07:48:30

                                          Page 640

HIGHLY CONFIDENTIAL

```
 1    were considered high risk and high value?          07:48:34

 2         A.   As I said, I'm not entirely -- I'm not

 3    confident in which APIs specifically were

 4    categorized in each -- in each of these buckets.

 5    So I couldn't give you an answer, I'm afraid.       07:48:48

 6         Q.   So who would at Facebook would know if

 7    there are APIs that emit friend data that are

 8    considered high risk and high value?

 9              MR. SCHWING:  Object to form.

10              THE DEPONENT:  Sorry.  The -- the        07:49:02

11    question there -- the question you asked you had a

12    tense in it that was present, whereas we're

13    reviewing a deck here from the past.  So sorry.

14              Is your question about today or about

15    the -- the process being described in this          07:49:16

16    document?

17         Q.   (By Mr. Loeser)  Well, let's start with

18    the process described in this document.

19         A.   I would need to understand who was

20    involved in creating this -- this process and then  07:49:33

21    speak to them as to like -- how this determination

22    was made.

23         Q.   And how would you find out who was

24    involved in creating this process?

25         A.   I would attempt to ping the -- the -- the 07:49:50
```

Page 641

```
 1    people who -- for whom -- who created this deck and      07:49:58

 2    then go from there.

 3         Q.   We can go to slide 17.

 4              Let's go back to the slide right before

 5    that, slide 16.  407.                                    07:50:25

 6              It says "Step 1:  Roll up APIs into

 7    products."

 8              Do you know what that means?

 9         A.   I -- I can -- again, I can give you -- a

10    personal answer based on my understanding is that        07:50:40

11    there was an attempt to identify APIs and which

12    product organization at the company was responsible

13    for their existence and maintenance.

14         Q.   Now we can go to the next slide.

15              "Step 2:  Directors make a ███████████          07:50:59

16    ████████████████████████████████████

17    █████████████████

18              That's the header on the slide.  Did I

19    read that correctly?

20         A.   You read that correctly, yeah.                 07:51:09

21         Q.   And did the directors make the ████

22    ███████████████████████████████████████████████

23    ████████████████████████████████

24              MR. SCHWING:  Outside the scope.

25              THE DEPONENT:  I don't know -- I can't          07:51:29
```

Page 642

```
 1    answer as to what happened as part of this process.    07:51:31

 2    I don't have personal experience.  So -- so I'm not

 3    sure I'm able to answer that question, I'm afraid.

 4        Q.   (By Mr. Loeser)  You understand that --

 5    that Facebook did, in fact, ██████████████████████    07:51:46

 6    ████████████████████████████████████████████

 7    ████████████████████████████████████for high value

 8    for Facebook and high risk?

 9        A.   I'm aware that -- my understanding is

10    that Facebook did ████████████████████████, but       07:52:00

11    I'm -- I'm not sure exactly what process was

12    followed to determine whether or not ████████████████

13    ████████████████████████

14        Q.   And if we flip to slide 14.  I'll read

15    the header:  "Estimates for volumes within each       07:52:24

16    bucket."

17            Do you see that?

18        A.   I see that, yeah.

19        Q.   And the bullet states "With assessment

20    90 percent done, we have fairly confident estimates   07:52:32

21    for the volume of products that will land in each

22    bucket."

23            Do you see that?

24        A.   I see that, yup.

25        Q.   And do you see that according to this        07:52:40
```

Page 643

1    graphic here, Facebook made the determination to          07:52:42

2    escalate ██████████████████████████

3    that it considered high value to Facebook and high

4    risk; is that right?

5            MR. SCHWING:  Object to form.  Outside          07:52:59

6    the scope.

7            THE DEPONENT:  Sorry.  I think this --

8    this slide suggests an estimate of things which

9    might be escalated, but I'm not sure that is

10   reflective of ultimately what was done or the          07:53:13

11   proportions that were ████████████████████

12   ████████████

13       Q.   (By Mr. Loeser)  And how would you find

14   the answer to what was actually done?

15       A.   I would try and determine who was          07:53:26

16   involved in this effort and -- and ask them some

17   more detailed questions.

18       Q.   And you would do that by pinging the

19   author of this deck to start?

20           MR. SCHWING:  Outside the scope.          07:53:41

21           THE DEPONENT:  So my starting -- my

22   starting point in trying to determine that would be

23   to -- to -- to find the author of this deck and

24   attempt to ask them questions about what was done.

25       Q.   (By Mr. Loeser)  Okay.  Let's go back to          07:53:55

                                                    Page 644

HIGHLY CONFIDENTIAL

```
 1    slide 17.                                         07:53:57

 2          Sorry.

 3          And this is the slide that has the header

 4    "Directors make the ███████████████████

 5    ██████████████████████████  correct?           07:54:12

 6        A.   I see that, yeah.

 7        Q.   And do you see the bullets on the right

 8    side?

 9        A.   I do.

10        Q.   The first bullet is "Each product will be   07:54:20

11    rolled up its closest director," right?

12        A.   Yup, I see that.

13        Q.   And the next bullet says "We will ask

14    them to make ████████████████████████

15    ██████████████████  and to complete a          07:54:33

16    one-slide template for each explaining why its

17    ██████████████████████ ."

18          Did I read that correctly?

19        A.   You read that correctly.

20        Q.   Okay.  And then the next bullet states    07:54:48

21    "Each director will have their respective PG lead

22    sign off on their decisions and justification."

23          Did I read that correctly?

24        A.   You read that correctly.

25        Q.   And did that -- did that occur?          07:54:59
```

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Outside the scope.  Vague.      07:55:07

 2              THE DEPONENT:  I'm not aware of the -- of

 3     the details of what process was followed and what

 4     was ultimately done, so I'm afraid I -- I can't

 5     answer that question.                                07:55:16

 6         Q.   (By Mr. Loeser)  Okay.  Let's go to the

 7     next slide.

 8              And, Mr. Cross, the slide we just looked

 9     at referred to a one-slide template.  And this is

10     the next page.  At the top it says "Example product 07:55:25

11     template."

12              Do you see that?

13         A.   I do see that.

14         Q.   And this was -- this was the template

15     that was designed for -- for the directors to make  07:55:32

16     a ██████████████████████████████████████

17     ████████████████████████████████████████

18     ████████████████████████  is that right?

19              MR. SCHWING:  Outside the scope.

20     Object -- object to form.                           07:55:52

21              THE DEPONENT:  So, yeah, I -- I didn't

22     write this deck, and I haven't spoken to the

23     authors of this deck, so I can't confirm that

24     that's their intention.

25              But it -- it seems to me to be a           07:56:05
```

HIGHLY CONFIDENTIAL

```
 1    reasonable interpretation that this is the          07:56:08

 2    one-slide template -- although the -- it's -- the

 3    slide -- the slide prior links to one-slide

 4    template.  It's not clear that that links to the

 5    next slide or links to something else.              07:56:19

 6         Q.   (By Mr. Loeser)  Fair to say, though, if

 7    the prior slide refers to a one-slide template and

 8    this is, in fact, a one-slide template that this is

 9    likely what the prior slide was referring to?

10         MR. SCHWING:  Calls for speculation.           07:56:35

11    Outside the scope.

12         THE DEPONENT:  Yeah, I can't confirm

13    that, but it's not an unreasonable interpretation.

14         Q.   (By Mr. Loeser)  Did Facebook use this

15    template?                                           07:56:44

16         A.   I -- I do not know if Facebook used this

17    template, and -- and anything else would be --

18    would be speculating, which is inappropriate, I

19    think.

20         Q.   And looking at the template, it provides  07:57:01

21    a place for the director to fill in certain details

22    about the APIs and products that that director was

23    responsible for; is that right?

24         MR. SCHWING:  Same objections.

25         THE DEPONENT:  What I see on the slide is       07:57:20
```

Page 647

```
 1    a range of -- of things.                        07:57:21

 2         Q.   (By Mr. Loeser)  Okay.  And these things

 3    are details that, according to the prior slide,

 4    were intended to be used by the director to  ███████

 5    ██████████████████████████████████, correct?    07:57:33

 6            MR. SCHWING:  Same objections.

 7            THE DEPONENT:  So I -- I'm, as I

 8    testified previously, not able to confirm that this

 9    template was -- was indeed used or for what

10    purpose.                                         07:57:59

11            So it's -- it's hard for me to answer

12    that question.

13         Q.   (By Mr. Loeser)  Okay.  Well, let's just

14    look at the template and see what information,

15    according to this slide deck, the director was    07:58:06

16    going to provide in order to████████████████████

17    ██████████████████████████████████████

18            Okay?  Is that fair?  Can we look at this

19    slide and walk through it?

20         A.   I'm happy to review the slide.          07:58:24

21            MR. SCHWING:  Calls --

22            THE DEPONENT:  Sorry, Austin.

23            MR. SCHWING:  Calls for speculation.

24    It's outside the scope.

25         Q.   (By Mr. Loeser)  So the first, if you    07:58:32
```

Page 648

```
 1    look at the right -- the right column, the first        07:58:33

 2    box there is "sizing"; is that right?

 3         A.    That's what's on the slide, yeah.

 4         Q.    And the information that falls into that

 5    category, there's three things.                          07:58:44

 6               The first is number of users, right?

 7         A.    Again, that's what I see on the slide.

 8         Q.    And the second is number of businesses?

 9         A.    That's what I see on the slide.

10         Q.    And the third is number of apps?             07:58:56

11         A.    That's what I see on the slide.

12         Q.    And so those are three details that the

13    director would provide to help████████████████████

14    ████████████████████████████████ -- right? --

15    according to this structure?                             07:59:10

16               MR. SCHWING:  Calls for speculation.

17    It's outside the scope.

18               THE DEPONENT:  I'm not sure who is

19    intended to -- to fill in this -- this slide or --

20    or how this information would have been used.            07:59:27

21         Q.    (By Mr. Loeser)  Okay.  Well, let's go

22    back to slide 17 for a second.

23               And you see the second bullet, it says --

24    and it's referring to directors:  "We will ask them

25    to make a████████████████████████████████              07:59:40
```

Page 649

```
 1    ██████████████████████  and to complete a        07:59:42

 2    one-slide template████████████████████████

 3    ████████████████████████████

 4             So based upon this deck, does it appear

 5    that the person who was intended by the author of   07:59:52

 6    this deck that would complete the template was the

 7    director, and the purpose of filling out the

 8    template was to ████████████████████████████

 9    ██████████████████████████████████

10             Isn't that -- isn't that right,           08:00:11

11    Mr. Cross?

12             MR. SCHWING:  Same objections.

13             THE DEPONENT:  I'm not sure it's -- I

14    don't think you can summarize the directors who

15    were -- expected to fill out this template.         08:00:22

16        Q.   (By Mr. Loeser)  Well, can you read into

17    the record the second bullet.

18        A.   The second bullet is "We will ask them to

19    make a ████████████████████████████████

20    ████████████████  and to complete a one-slide      08:00:39

21    template ████████████████████████████████

22    ██████████████████

23        Q.   What do you interpret that to mean?

24             MR. SCHWING:  Same objections.

25             THE DEPONENT:  Again, like I don't feel I  08:00:54
```

Page 650

HIGHLY CONFIDENTIAL

```
 1    can give a -- an accurate company answer onto that.      08:00:56

 2    From my experience being involved in these kinds of

 3    things in the past, typically an engineering

 4    manager or product manager or some other person

 5    would be responsible for collecting the              08:01:15

 6    information.  It's possible that directors would

 7    have done that work.  I -- I don't know how teams

 8    were -- were expected to do this.

 9         Q.   (By Mr. Loeser)  Let's look again at

10    the -- at the next page, and let's assume for the    08:01:33

11    moment this is the one-page template that is

12    referred to on the prior page.

13              We went through sizing.  The next

14    category of information says "metrics impact"; is

15    that right?                                          08:01:45

16         A.   That's what I see on the slide.

17         Q.   And the first item listed there is MAU;

18    is that right?

19         A.   That's what I see on the slide, right.

20         Q.   And what is MAU?                           08:01:56

21         A.   MAU, as I understand it, refers to

22    monthly active users.

23         Q.   Okay.  And the next is "MSI."

24              What is that?

25         A.   My understanding is that that refers to    08:02:05
```

Veritext Legal Solutions
866 299-5127

```
 1    meaningful social interactions.                    08:02:07

 2         Q.   What is that?

 3         A.   Meaning social interactions is a -- is a

 4    metric used to understand the engagement with

 5    content posted to Facebook.                         08:02:20

 6         Q.   And how is it -- is it ranked or scored

 7    somehow or...

 8         A.   There's a way in which MSI is -- is

 9    calculated.  I'm not an expert in it, in exactly

10    how it is calculated.                               08:02:39

11         Q.   Why is it tracked?

12              MR. SCHWING:  Outside the scope.

13              THE DEPONENT:  I think it's -- it's one

14    of many measures of -- of engagement.  It's -- it's

15    one that the company has used previously to -- to   08:02:51

16    understand engagement as -- as a concept.

17         Q.   (By Mr. Loeser)  The next thing is "MBI."

18              What is that?

19         A.   I don't know what MBI stands for.

20         Q.   And the next item here is "revenue."      08:03:05

21              What does that stand for?

22              MR. SCHWING:  Outside of the scope.

23              THE DEPONENT:  Well, I think, again,

24    I'll -- don't want to give a company answer to

25    that, because I don't think it's -- I didn't write  08:03:20
```

Page 652

HIGHLY CONFIDENTIAL

| | |
|---|---|
| 1 | the slides. | 08:03:23 |

2          But in a personal capacity, I don't

"revenue" stands for anything.  It just means

revenue.

5     Q.  (By Mr. Loeser)  Okay.  And it says          08:03:27

"revenue attribution."

7          So is the idea here, as for all of these

categories, that this is the revenue that would be

associated with the particular app that had access

to this API?          08:03:38

11          MR. SCHWING:  Calls for speculation.

Outside the scope.

13          THE DEPONENT:  I'm not sure what was

expected to be put in this slide.  It wouldn't be

related to -- to a specific app, no.          08:03:54

16     Q.  (By Mr. Loeser)  What would it be related

to?

18          MR. SCHWING:  Same objections.

19          THE DEPONENT:  Again, I don't know what

it would be related to.  There's no detail here of          08:04:03

exactly what is expected in terms of attribution.

I would expect that would differ greatly based on

the API being assessed.

24     Q.  (By Mr. Loeser)  So can you tell me how

Facebook defines "revenue" for purposes of          08:04:20

HIGHLY CONFIDENTIAL

```
1    completing this template?                      08:04:25

2        A.   I can't explain what "revenue" means

3    in -- in this context.  I think that the -- the ask

4    here is -- is not documented, and I would be

5    speculating by -- by trying to -- trying to explain  08:04:44

6    what -- what "revenue attribution" means.

7        Q.   And the next line here says "risk."

8             Do you see that?

9        A.   I do see that.

10       Q.   And following down that row, it says "████  08:04:58

11   ████████████████

12            Do you see that?

13       A.   I do.

14       Q.   What do you take that to mean?  How does

15   that relate to risk?                            08:05:12

16            MR. SCHWING:  Compound.  Vague.  Outside

17   the scope.

18            THE DEPONENT:  So, again, in terms of

19   a -- I don't think I can give a company answer here

20   because I wasn't involved in writing this deck and  08:05:20

21   haven't spoken to its authors.

22            In -- my understanding is that it would

23   be a determination of whether or not the -- ██████

24   ████████████████████████████████████ defined

25   in some way which I have -- I have not -- have not  08:05:37
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    seen and is not defined specifically in this deck.    08:05:41

 2         Q.   (By Mr. Loeser)  And does Facebook

 3    consider APIs that emit PII as being more risky

 4    than those that don't?

 5              MR. SCHWING:  Vague.  Outside the scope.     08:05:54

 6              THE DEPONENT:  I don't think -- I

 7    can't -- again, can't give an answer on behalf of

 8    the Facebook here.  I think they're -- again,

 9    giving you my -- my take from a personal

10    perspective here, APIs that emit PII are certainly    08:06:10

11    worthy of -- of being rigorously understood.  But

12    there are also other APIs that -- that maybe don't

13    emit PII that would also be considered risky.  So I

14    don't think it's just PII.

15         Q.   (By Mr. Loeser)  You see the next item on    08:06:35

16    this template here, "Strategic Value"?

17         A.   I do see that.

18         Q.   And how does Facebook define "strategic

19    value" for purposes of deciding whether to continue

20    allowing access to private APIs?                       08:06:51

21              MR. SCHWING:  Outside the scope.  Object

22    to form.

23              THE DEPONENT:  So as I said, I didn't

24    write this slide deck and haven't spoken to its

25    authors, so I can't understand what they were         08:07:06
```

Page 655

HIGHLY CONFIDENTIAL

```
 1    referring to by this.  And I think as -- as we        08:07:08

 2    discussed previously, there's no universal

 3    understanding of what "strategic value" means, and

 4    it likely differs between product group across the

 5    company.                                               08:07:26

 6            So I don't think there's a standard

 7    definition I'm aware of that I could cite now.

 8       Q.   (By Mr. Loeser)  So you recall from this

 9    deck that the -- the template was intended to

10    ███████████████████████████████████████████           08:07:41

11    ██████████████████████████ is that right?

12            MR. SCHWING:  Object to form.  Misstates

13    testimony.  Outside the scope.

14            THE DEPONENT:  So can you ask the

15    question again to make sure I understand what         08:08:00

16    you're asking.

17       Q.   (By Mr. Loeser)  Yes.

18            So you recall from this deck that the

19    template was intended to ████████████████████

20    ██████████████████████████████████████                08:08:07

21    ████████████████  is that right?

22            MR. SCHWING:  Same objections.

23            THE DEPONENT:  Again, my understanding is

24    that from -- from reading this is that this was

25    designed to capture information to help inform a       08:08:21
```

Page 656

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | decision. | 08:08:26 |
| 2 | Q. (By Mr. Loeser) And so in connection | |
| 3 | with the deciding ███████████████████████ | |
| 4 | ███████████████████ Facebook identified whether | |
| 5 | there was a strategic value associated with the API | 08:08:36 |
| 6 | or product, right? | |
| 7 | MR. SCHWING: Same objections. | |
| 8 | THE DEPONENT: I -- I don't know how | |
| 9 | these decisions were -- were made. And we're | |
| 10 | looking at a sample template here that -- that may | 08:08:50 |
| 11 | have been filled in in a bunch of different ways. | |
| 12 | So I -- I couldn't -- I don't feel I could answer | |
| 13 | on how this information was used. | |
| 14 | Q. (By Mr. Loeser) Who at Facebook would be | |
| 15 | able to answer that question? | 08:09:13 |
| 16 | MR. SCHWING: Calls for speculation. | |
| 17 | If you know, go ahead and answer. | |
| 18 | THE DEPONENT: Yeah, I -- I don't know | |
| 19 | who at Facebook would -- would be able to answer | |
| 20 | that question. | 08:09:25 |
| 21 | Q. (By Mr. Loeser) This assessment that is | |
| 22 | discussed in this deck assessed APIs that emitted | |
| 23 | friend data, among other APIs; is that right? | |
| 24 | A. I'm not -- I'm not sure exactly which -- | |
| 25 | what this -- what this covered. So, again, I -- I | 08:09:58 |

Page 657

1    can't confirm which APIs were covered by this.          08:10:03

2          Oh, yeah.  If this covers all APIs in

3    platform products, again, that's what it says in

4    this slide.  But, again, I don't know exactly what

5    was -- what was covered by this -- by the process     08:10:17

6    articulated in this deck.

7          Q.   And based upon this process articulated

8    in the deck, was the result a decision to whitelist

9    APIs or -- or products?

10         A.   Sorry.  Can you ask the question again.    08:10:56

11   I'm not sure I understood.

12         Q.   Sure.

13               This deck describes a process that

14   involves a one-page template that provides details

15   about a product or API that's provided by the        08:11:04

16   director associated with that product or API, and

17   the template was then ████████████████████████

18   ████████████████████████████; is that

19   right?

20               MR. SCHWING:  Lacks foundation.  Outside  08:11:22

21   the scope.

22               THE DEPONENT:  I'm not -- again, I'm not

23   confident in this -- I'm not expert in -- in -- in

24   this process or how it was followed or the

25   decisions that were taken as a result of this        08:11:36

Page 658

HIGHLY CONFIDENTIAL

```
 1    process.                                          08:11:38

 2         Q.   (By Mr. Loeser)  Okay.  Based upon your

 3    preparation for your testimony today, can you tell

 4    me whether for products or APIs that Facebook

 5    decided to retain through this process, would that   08:11:51

 6    result in a whitelist for that product or API?

 7              MR. SCHWING:  Object to form.

 8              THE DEPONENT:  It -- I -- I don't know

 9    whether or not -- what -- what the result of this

10    process would have been and what the -- the         08:12:12

11    specifics as to what happened next likely depended

12    on a number of factors that I -- that I'd be

13    speculating about.  So it's hard -- hard to give an

14    answer.

15              I don't know exactly what happened in      08:12:26

16    these decisions and what the resulting results

17    were.

18         Q.   (By Mr. Loeser)  Who at Facebook would

19    know whether the result of this process was a

20    whitelisting decision?                              08:12:38

21         A.   I don't know who at Facebook would --

22    would -- would know the answer to that question.

23         Q.   If you go to the next exhibit.

24              MR. LOESER:  We're going to pull up the

25    next exhibit.  Exhibit 29.                          08:13:12
```

Page 659

1      Q.   (By Mr. Loeser)  Mr. Cross, I'm showing      08:13:45

2   you what's been previously marked as Exhibit 29,

3   which is an email from Jackie Rooney to the

4   management team dated March 22nd, 2018.

5        Do you see that?                              08:14:03

6      A.   I see that.

7      Q.   And the "to" says "M Team."

8        Is that the management team?

9      A.   Yes, that would be Facebook's executive

10   management team.                                   08:14:11

11      Q.   And you see the subject is "Q&A briefing

12   for March 23, 2018"?

13      A.   I see that, yeah.

14      Q.   And are Q&A briefings something that

15   happened regularly at Facebook?                    08:14:29

16      A. ▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20      Q.   Mr. Cross, take a minute and -- and        08:14:44

21   review this -- this email, if you would.

22      A.   I will do.  Thank you.

23        MR. SCHWING:  Mr. Loeser, is this a

24   document that you provided us notice with in

25   advance of this depo?                              08:15:35

Page 660

HIGHLY CONFIDENTIAL

```
 1              MR. LOESER:  Yes.  We can double-check        08:15:36

 2    right now.

 3              THE DEPONENT:  Okay.  Yes, I have

 4    reviewed the document.

 5        Q.   (By Mr. Loeser)  Now, this Q&A briefing        08:16:07

 6    discusses the Cambridge Analytica events; is that

 7    right?

 8        A.   I see Cambridge Analytica mentioned a

 9    couple of times or -- or once in the document.

10        Q.   Do you recall other Q&A briefings in          08:16:22

11    which Cambridge Analytica was discussed?

12              MR. SCHWING:  I'm going to state for the

13    record that I don't believe that this was noticed

14    as a document that we were going to be providing

15    testimony on today.                                     08:16:33

16              So, Mr. Cross, it may have been provided

17    earlier.

18              I just want to make sure Mr. Cross has

19    the opportunity to -- to take a look at it.

20              MR. LOESER:  Well, yeah.  It was             08:16:47

21    provided.  I don't know if it was provided for

22    today.  There was a subset of documents --

23              MR. SCHWING:  Yeah.

24              MR. LOESER:  -- it wasn't.

25              MR. SCHWING:  I think Mr. Melamed            08:16:55
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    indicated -- and I don't want to take much time on       08:16:56

 2    this -- indicated that the only documents we needed

 3    to be ready on were the ones that he identified in

 4    his email.

 5           So, Mr. Cross, it's -- I'll allow the             08:17:03

 6    questioning on it.

 7           I just want to make sure Mr. Cross has an

 8    opportunity to review it, since it wasn't

 9    identified.

10           So, Mr. Cross, just let us know when              08:17:12

11    you're ready and we'll continue.

12           MR. LOESER:  And for the record,

13    Mr. Melamed identified the documents that were

14    subject to the notices for which he was

15    responsible.  We previously provided Mr. Cross with     08:17:20

16    a series of documents for his examination, and this

17    was included.

18           MR. SCHWING:  Okay.  Well, I don't want

19    to take up too much time here.

20           We also received notice with respect to 6        08:17:30

21    and 7.  There's no problem with asking questions

22    about it.  It's fine.  We'll just --

23           Go ahead and take your time, Mr. Cross,

24    to look at it, and then when you're ready, just let

25    us know.                                                08:17:41
```

Veritext Legal Solutions
866 299-5127

```
 1              THE DEPONENT:  Yeah.  Please -- please        08:17:48

 2     ask your questions, Mr. Loeser.

 3        Q.  (By Mr. Loeser)  Sure.  If we go down

 4     this briefing to the heading "Suggested Guidance."

 5              Do you see that?                              08:17:57

 6        A.  I do see that.

 7        Q.  And it says "Q1:  What is the message we

 8     would like to send out from employees to their

 9     friends and family ███████████████████████████

10     ████████████████████                                 08:18:12

11              Do you see that?

12        A.  I see that.

13        Q.  And can you read the second bullet.

14        A.  The second bullet is ████████████████

15     ██████████████████████████████████████████████      08:18:29

16     ████████████████████████████████████

17     █████████

18        Q.  Okay.  And can you read the next bullet

19     as well.

20        A.  ████████████████████████████████████         08:18:39

21     ████████████████████████████████████████████

22     █████████████  ██████████████████████████████

23     ████████████████████████████████████████

24        Q.  And what are the ███████████ being referred

25     to here?                                             08:18:54
```

                                              Page 663

```
 1              MR. SCHWING:  Object to the form.          08:18:57

 2   Outside the scope.

 3              THE DEPONENT:  I couldn't comment on --

 4   I'm not sure I -- I can comment on what -- what

 5   this is referring to from a company's perspective.   08:19:07

 6   I haven't -- I haven't prepared -- it's not

 7   something I'm an expert on in terms of -- the comms

 8   work around this at the time.

 9       Q.   (By Mr. Loeser)  Well, Mr. Cross, I'm

10   asking you as Facebook's 30(b)(6) designee what      08:19:23

11   Facebook means by "██████████  in this context.

12              Are you prepared to answer that question?

13       A.   No, I'm not sure --

14              MR. SCHWING:  Objection.

15              THE DEPONENT:  Sorry.                      08:19:34

16              MR. SCHWING:  Outside the scope of topics

17   6 and 7.

18       Q.   (By Mr. Loeser)  Mr. Cross, did the

19   ███████████████████████████████████████████

20   ███████████████████████████                          08:19:44

21       A.   I'm -- I'm not sure, again, I can comment

22   on what -- what is meant here by the term

23   █████████████

24       Q.   And, Mr. Cross, did the ███████████████

25   ███████████████████████████████████████              08:20:00
```

HIGHLY CONFIDENTIAL

```
 1    ███████████████████████████████          08:20:03

 2    █████

 3         A.   I don't think I can comment on what --

 4    what's being referred to by -- by the word

 5    "███████   here.                               08:20:11

 6         Q.   So who at Facebook can provide the answer

 7    to the questions I just asked?

 8              MR. SCHWING:  Calls for speculation.

 9              THE DEPONENT:  Yeah, I -- I couldn't give

10    you the name -- like a name of somebody that --    08:20:25

11    that would be able to answer that question.

12         Q.   (By Mr. Loeser)  Does Facebook believe

13    that telling users that apps would no longer be

14    able to obtain friend data while continuing to

15    allow a number of apps to do just that was a       08:20:39

16    mistake?

17              MR. SCHWING:  Object to form.

18              THE DEPONENT:  Yeah, I don't feel I can

19    comment on the -- the terminology ██████ and what

20    Facebook meant by it.  It's not something I'm an   08:20:56

21    expert in, I'm afraid.

22         Q.   (By Mr. Loeser)  Are you prepared to

23    answer that question today, Mr. Cross?

24              MR. SCHWING:  Object to form.

25              THE DEPONENT:  I don't -- I don't feel    08:21:05
```

Page 665

1    I'm able to answer that question on behalf of the          08:21:07

2    company, no.

3         Q.   (By Mr. Loeser)  Does Facebook believe it

4    was a breach of user trust to tell users that apps

5    would no longer be able to obtain friend data while        08:21:14

6    continuing to allow a number of apps to do just

7    that?

8              MR. SCHWING:  Object to form.  Outside

9    the scope.

10             THE DEPONENT:  Again, I'm not an expert          08:21:25

11   in what is meant by the phrase "████████ here or

12   what the company is referring to and -- and

13   specifically what -- what is meant by that phrase.

14   So I'm afraid I don't feel I can answer that

15   question on behalf of the company.                         08:21:40

16        Q.   (By Mr. Loeser)  Mr. Cross, what is the

17   ██████████████  referred to in this employee

18   communications sent by the management team?

19             MR. SCHWING:  Same objections.

20             THE DEPONENT:  I don't feel I can comment        08:22:02

21   on -- on what's meant by ████████████ here on

22   behalf of the company.  That's a -- that's a --

23   that's a term I like -- that could mean several

24   things that I -- I don't feel prepared to -- to

25   opine on.                                                  08:22:21

                                                   Page 666

1      Q.   (By Mr. Loeser)  And, Mr. Cross, what              08:22:24

2   does -- what does Facebook believe █████████████

3   ███████  means in this context?

4            MR. SCHWING:  Outside of the scope of the

5   witness.  Object to form.                                 08:22:34

6            THE DEPONENT:  Again, this -- the framing

7   here is not something I'm an expert in, and so I

8   don't feel I can answer on behalf of the company.

9      Q.   (By Mr. Loeser)  Mr. Cross, what is

10  Facebook's position on whether there was a ███████        08:22:50

11  ████████████████████████████████████████

12            MR. SCHWING:  Object to form.  Outside

13  the scope.

14            THE DEPONENT:  So, again, I don't think

15  I -- I -- this -- the communications here and             08:23:03

16  the -- the terminology here is not something I'm --

17  I'm an expert in.  And I -- I don't feel prepared

18  to -- I don't feel I'm able to give an answer on

19  behalf of the company there.

20     Q.   (By Mr. Loeser)  Mr. Cross, what is               08:23:20

21  Facebook's position on whether mistakes were made

22  by Facebook in connection with the deprecation of

23  friend data?

24            MR. SCHWING:  Object to the scope.

25  Outside the scope.  Object to form.                       08:23:34

                                                   Page 667

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  So, again, I don't -- I      08:23:41

 2   don't feel like -- like I don't feel this an area

 3   of expertise of mine, and therefore I -- I don't

 4   feel able to provide an answer on behalf of the

 5   company as to specifically what's meant by that --   08:23:51

 6   by that phrase.

 7        Q.   (By Mr. Loeser)  Mr. Cross, we're going

 8   to introduce as an exhibit interrogatory responses

 9   by Facebook.

10              MR. LOESER:  And for the record, this is   08:24:11

11   Defendant Facebook, Inc.'s second amended responses

12   and objections to plaintiff's fourth set of

13   interrogatories.

14              It's a long document, and I'm only going

15   to ask you questions about specific pages, so        08:24:26

16   there's -- we don't spend a lot of time reviewing

17   the 460 pages that are about to become an exhibit.

18              MR. SCHWING:  Derek, what's the -- is

19   there an exhibit number for this one?

20              MR. LOESER:  Yes.  It's Exhibit 128, and   08:25:09

21   the date of the verification for the responses is

22   February 11th, 2021.  These were verified by Steven

23   Elia and also by the person we've been referring to

24   as KP.

25        Q.   (By Mr. Loeser)  Mr. Cross, your notes      08:25:33
```

HIGHLY CONFIDENTIAL

1    that you produced following the first day of your          08:25:34

2    testimony referred to Facebook's interrogatories

3    responses.

4              Do you recall that?

5         A.   I don't recall that.  Let me -- let me          08:25:52

6    review.  Can you point to the thing that you're

7    referencing there?

8         Q.   In your notes?

9         A.   Yeah.

10        Q.   I can.  I will have to take a moment to          08:26:17

11   go find the notes, but -- but I can do that as

12   well.  Bear with us.

13             While we're looking for that, have you

14   reviewed these signed interrogatories responses

15   previously, Mr. Cross?                                     08:26:46

16        A.   I have -- I have -- I have seen this

17   document before, but it's extremely long.  I've --

18   I've looked at some parts of it.  I couldn't say

19   I've read every word.

20        Q.   And did you have any role in -- in          08:26:59

21   providing these responses?

22        A.   No, I do not recall having any -- any

23   role in -- in providing these responses.

24             MR. LOESER:  We put your Exhibit 335 up.

25             THE DEPONENT:  Thank you.                        08:27:18

                                                     Page 669

1          MR. LOESER:  In reference to your --          08:27:18

2     Q.   (By Mr. Loeser)  Okay.  Under "Other

3  Capabilities" at the end of the page, there is a

4  quotation:  "The vast majority of capabilities that

5  allowed access to private APIs did not enable          08:27:29

6  third-party apps to access user data."

7          That -- that is a statement made in

8  interrogatories.  Is that where you obtained the

9  statement?

10     A.   I -- I couldn't confirm where I pulled          08:27:43

11  that statement from.  It's their -- it's their

12  attribution.  If it's -- if it's in the

13  interrogatory responses, it's possible -- it's

14  likely that that's -- that's where I took it from,

15  but I couldn't be 100 percent certain.          08:27:57

16     Q.   Okay.  Thank you for that.

17          We can go to page 63 of the interrogatory

18  responses.

19          And this is -- the numbering Facebook

20  used is a little odd.  This says "Response No. 77."          08:28:16

21  However, if you go back to page 60, this is

22  Facebook's response to interrogatory No. 14.  I'm

23  just saying that for the record.

24          So we're back on Exhibit 128.  We're

25  looking at Facebook's response to interrogatory          08:28:34

Page 670

| | | |
|---|---|---|
| 1 | No. 14, which starts on page 60.  And on page 63, | 08:28:36 |
| 2 | under the heading "Response No. 77," Facebook | |
| 3 | provides a definition for "integration partner." | |
| 4 | So if you could look at the paragraph | |
| 5 | under Response No. 77, and I'll read what matters, | 08:29:03 |
| 6 | and then we can look at some more specific | |
| 7 | responses here. | |
| 8 | Facebook writes "'Business partners' is | |
| 9 | not a term of art used within Facebook used to | |
| 10 | describe third parties to whom Facebook outsourced | 08:29:18 |
| 11 | the time, labor, and money required to build | |
| 12 | Facebook's platform from different devices and | |
| 13 | operating systems pursuant to integration | |
| 14 | partnerships. | |
| 15 | "To avoid confusion, Facebook will refer | 08:29:31 |
| 16 | to these entities as 'integration partners.' | |
| 17 | Facebook's integration partners are companies | |
| 18 | Facebook engaged to build integrations for a | |
| 19 | variety of devices, operating systems, and other | |
| 20 | products where Facebook and its partners wanted to | 08:29:45 |
| 21 | offer people a way to receive Facebook or Facebook | |
| 22 | experiences.  These integrations were built by | |
| 23 | Facebook partners for Facebook users that are | |
| 24 | approved by Facebook, and they included." | |
| 25 | Did I read that accurately? | 08:29:58 |

Page 671

HIGHLY CONFIDENTIAL

```
 1        A.    I think you read that accurately.        08:30:00

 2        Q.    Okay.  And there are --

 3              MR. SCHWING:  I'm sorry, Mr. Loeser.

 4   Just this is another document that wasn't

 5   identified for this session.                        08:30:07

 6              So, Mr. Cross, I know it's a long

 7   document.  You certainly don't need to look at the

 8   whole thing.  But I think it's appropriate for you

 9   to take a look at it and make sure for -- you're

10   ready to testify on it.                             08:30:20

11              You know, let's not take too long, but do

12   please take a look and then can you answer

13   questions about it.

14              MR. LOESER:  Why don't we go off the

15   record for a second.                                08:30:34

16              MR. SCHWING:  Okay.

17              THE VIDEOGRAPHER:  Okay.  Off the record.

18   It's 8:48 p.m.

19              (Recess taken.)

20              THE VIDEOGRAPHER:  We're back on the       08:45:55

21   record.  It's 9:04 p.m.

22              (Discussion off the stenographic record.)

23        Q.    (By Mr. Loeser)  Okay.  So back on the

24   interrogatory responses and looking at page 63, and

25   Facebook has defined "integration partners" in this  08:47:11
```

Veritext Legal Solutions
866 299-5127

1     response, and it gives four examples of integration          08:47:14

2     partners that are reflected in the bullets on this

3     page and the following pages.

4            And those four examples are

5     ████████████████████████████████████          08:47:23

6     ██████████████████████████████

7            Are there other types of integration

8     partners at Facebook?

9            MR. SCHWING:  Outside the scope.

10           THE DEPONENT:  I'm not sure if -- I'm not          08:47:45

11    if there -- if there are other things that may have

12    been called "integration partners" at various

13    times.  So I'm -- I'm not -- I'm not sure, I'm

14    afraid.

15       Q.   (By Mr. Loeser)  Is -- does Facebook have          08:48:01

16    the -- what does Facebook mean by "integration

17    partner"?

18           MR. SCHWING:  Outside the scope.

19           THE DEPONENT:  So I'm -- "integration

20    partners" is defined here.  But I think -- I'm not          08:48:20

21    able to give a definition beyond what's in this --

22    in this document.

23       Q.   (By Mr. Loeser)  Okay.  Are there any

24    other types of partner that you consider or that --

25    strike that.          08:48:35

                                          Page 673

HIGHLY CONFIDENTIAL

```
 1              Are there any types of partners that        08:48:35

 2   Facebook considers an integration partner other

 3   than what's listed in this interrogatory response?

 4              MR. SCHWING:  Object to the form.

 5   Outside the scope.                                      08:48:46

 6              THE DEPONENT:  So I think it -- in terms

 7   of like Facebook's definition of it, I think it's

 8   hard -- hard for me to give anything.  I don't feel

 9   I'm able to give anything beyond -- beyond what's

10   in this document.                                       08:49:01

11              What I can say, though, more generally is

12   you -- at various times, any integration -- an app

13   that uses the Facebook developer platform could be

14   termed an integration, and there were entities that

15   would be referred to as -- as -- as partners that      08:49:19

16   had integrations that might not meet the -- the

17   definition "integration partners" as per this --

18   this document.

19              So it's just -- just in terminology used,

20   I think there is a way to interpret that more          08:49:37

21   broadly.

22      Q.   (By Mr. Loeser)  Okay.  So what types of

23   partners would you add to this list if you were to

24   include those that we just mentioned?

25              MR. SCHWING:  It's outside the scope.        08:49:54
```

Page 674

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | It's vague. | 08:49:55 |
| 2 | THE DEPONENT:  Yeah, I wouldn't -- I | |
| 3 | don't think I can give a -- a Facebook | |
| 4 | determination of -- of a company like determination | |
| 5 | of -- of an answer to that question. | 08:50:06 |
| 6 | But, again, kind of a personal | |
| 7 | perspective with my experience working on this | |
| 8 | stuff, I might -- I might have used the phrase | |
| 9 | "integration partner" or "partner integration" or | |
| 10 | "partner" or "integration" to at times refer to | 08:50:25 |
| 11 | other applications that were integrated with | |
| 12 | Facebook that weren't on this -- on this definition | |
| 13 | list. | |
| 14 | Q.   (By Mr. Loeser)  Is every integration | |
| 15 | partner under contract with Facebook? | 08:50:46 |
| 16 | A.   When you say -- | |
| 17 | MR. SCHWING:  Yeah, sorry. | |
| 18 | Objection.  It's vague.  Outside the | |
| 19 | scope. | |
| 20 | THE DEPONENT:  When you say "integration | 08:50:57 |
| 21 | partner," do you mean integration partners as -- as | |
| 22 | defined in this document? | |
| 23 | Q.   (By Mr. Loeser)  I mean integration | |
| 24 | partners as that term is used by Facebook. | |
| 25 | MR. SCHWING:  Objection. | 08:51:13 |

Page 675

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Yeah, no --            08:51:14

 2              MR. SCHWING:  Vague and outside the

 3    scope.

 4              Mr. Cross, I know this is challenging.

 5    It's also getting late in the day for you.  But   08:51:17

 6    just give me a second to -- to state an objection.

 7    Thank you.

 8              THE DEPONENT:  Of course.  My apologies.

 9              I -- I don't know whether or not every --

10    every entity determined here as integration        08:51:34

11    partners has a contract with Facebook, I'm afraid.

12       Q.   (By Mr. Loeser)  Let's go to the next --

13    if you go to page 65, you'll see that -- I'll start

14    at the bottom of page 64.

15              Facebook writes "Below is a list of        08:51:51

16    Facebook's integration partners during the relevant

17    time period asserted by plaintiffs.  For

18    information related to the period during which each

19    integration partner was active, Facebook directs

20    plaintiffs to Facebook's responses to Interrogatory  08:52:05

21    No. 15.  The lack of an access revocation date does

22    not signify that such access was never revoked or

23    otherwise terminated."

24              Do you see that language?

25       A.   I see that, yeah.                            08:52:19
```

Page 676

| | | |
|---|---|---|
| 1 | Q.   And then do you see over pages 65 and 66 | 08:52:20 |
| 2 | and 67 a list of entities that Facebook has | |
| 3 | identified as integration partners? | |
| 4 | A.   I see that list of entities that Facebook | |
| 5 | has identified as integration partners in this | 08:52:37 |
| 6 | document, yes. | |
| 7 | Q.   Okay.  And just is -- as Facebook's | |
| 8 | corporate designee, can you tell me whether this | |
| 9 | list is a complete list of all of Facebook's | |
| 10 | integration partners? | 08:52:50 |
| 11 | MR. SCHWING:  Outside of the scope. | |
| 12 | THE DEPONENT:  I can't comment on | |
| 13 | what's -- what's beyond what's in this document.  I | |
| 14 | think this defines "integration partners" a certain | |
| 15 | way and than -- and than gives a list, and I don't | 08:53:08 |
| 16 | think I have anything I can add beyond that. | |
| 17 | Q.   (By Mr. Loeser)  Did all of these | |
| 18 | integration partners have access to friend data | |
| 19 | through private APIs? | |
| 20 | A.   I don't know if all of these entities had | 08:53:28 |
| 21 | access to -- to friends data through private APIs. | |
| 22 | Q.   Facebook knows the answer to that | |
| 23 | question, right? | |
| 24 | A.   I -- I'm not sure if Facebook knows | |
| 25 | whether or not each of these had access to friend | 08:53:52 |

HIGHLY CONFIDENTIAL

1    data.  It's -- it's possible Facebook knows, but          08:53:55

2    I -- I'm not sure of how -- of giving sort of an

3    answer to that question.

4         Q.   Okay.  Let's look at page 68, which has

5    Interrogatory No. 15.                                      08:54:14

6              And you'll see that on page 72 -- again

7    you'll have to -- I'll represent to you that

8    despite the numbering on page 72 which says

9    Response No. 78, this is Facebook's response to

10   Interrogatory No. 15.  And I'll read the first            08:54:43

11   paragraph here and then I have a few questions to

12   ask you.

13             This states:  "With regard to the APIs

14   Facebook's integration partners had access to,

15   Facebook has provided a table identifying by              08:54:59

16   integration partner the APIs that may have allowed

17   each integration partner to query (but were not

18   necessarily -- but would not have necessarily

19   returned) endpoints associated with users friends'

20   data fields during the relevant time period, their        08:55:18

21   associated apps, the date ranges during which they

22   were active, and the data fields associated with

23   the APIs they had access to."

24             Did I read that correctly?

25        A.   You read that correctly.                        08:55:30

HIGHLY CONFIDENTIAL

```
 1          Q.   Now, where this says that the APIs that    08:55:34

 2    may have allowed each integration partner to query,

 3    but would not have necessarily returned

 4    endpoints --

 5          Do you see that?                               08:55:45

 6          A.   I see that language.

 7          Q.   Does Facebook have information on whether

 8    particular data fields available to apps were

 9    actually accessed or collected by apps?

10          MR. SCHWING:  Objection.  Vague.               08:55:58

11          THE DEPONENT:  Can you help me understand

12    the -- the time period you're referring to here?

13          Q.   (By Mr. Loeser)  Let's talk about the

14    time period 2015 to the present.

15          A.   So my understanding is that today,        08:56:16

16    ███████████████████████████████████████████████

17    ███████████████████████████████████████

18    system came into existence in around 2020.  Prior

19    to that, Facebook had an ███████████████████████

20    ██████████████████████████████████               08:56:48

21    ████████████████████████████████████

22    █████████████████████████████████████████████

23    ████████████████████████████████████████

24          Q.   And as to the -- ██████████████████████

25    ████████████████████████████████████             08:57:11
```

Page 679

1 ██████████████████████████████████                    08:57:12

2 ████████████████████████████████████████

3 █████████████████████████████████████

4 ██████████████████████████████████████

5 ██████████████████████████                    08:57:32

6     A.   Yes, there were mechanisms in place to --

7 ██████████████████████████████  .  But

8 exactly what was ██████████████████████

9 █████████████████  is -- is -- is complicated to

10 explain and -- and not something I can fully        08:57:53

11 explain.

12     Q.   And is it your understanding that the

13 ██████████████████████████  previously?

14         MR. SCHWING:  Objection.  Vague.

15         THE DEPONENT:  When you say "previously,"    08:58:10

16 do you mean before 2020?

17     Q.   (By Mr. Loeser)  Right.

18     A.   I -- the -- the -- my point is around

19 the -- the retention time window.  So my

20 understanding is █████████████████████  --         08:58:28

21 █████████████████████████████████

22 ███████████████████████

23     Q.   And do you have a general understanding

24 of the time -- what was Facebook's retention policy

25 for that information?                              08:58:48

Page 680

```
 1              MR. SCHWING:  Outside the scope.              08:58:52

 2              THE DEPONENT:  I don't know what

 3    Facebook's retention policy was for -- for that

 4    information.  There were various ways in which that

 5    information was -- was stored and aggregated and       08:59:04

 6    retain over time.

 7        Q.   (By Mr. Loeser)  And you said that the --

 8    what ████████████████████████████████████

 9    ██████████████████    ████████████████████

10              MR. SCHWING:  Object to form.                08:59:21

11              THE DEPONENT:  My understanding is there

12    were mechanisms in place that could be used to

13    ███████████████████████████████████

14    █████████████████████████████████████

15    █████████████████████████████████████           08:59:41

16    █████████████████████  that -- that that

17    would entail.

18        Q.   (By Mr. Loeser)  And were there instances

19    in which that was ██████████████████████████

20    ███████████████████                              08:59:55

21        A.   I don't know whether or not that

22    ████████████████████████████████████████

23    ████████████████  I'm -- I'm not aware of the

24    specifics.

25        Q.   And who would you ask to answer that       09:00:10
```

Page 681

HIGHLY CONFIDENTIAL

```
 1   question?                                          09:00:11

 2       A.   I would attempt to speak to someone on

 3   the platform engineering team to -- to determine if

 4   there is -- was such a facility and if there are

 5   records of when it was used.                        09:00:27

 6       Q.   You used the expression "source of truth"

 7   before.  Is there a person who would be the source

 8   of truth for that information.

 9           MR. SCHWING:  Calls for speculation.

10           THE DEPONENT:  Excuse me.                   09:00:41

11           There's likely no one person that's the

12   source of truth.  There are people that have

13   knowledge of how these systems worked who might be

14   able to shed light on it.  So I think that's -- the

15   best we'd have.                                     09:01:00

16       Q.   (By Mr. Loeser)  Okay.  Now, post 2020,

17   you testified that ███████████████████████

     ███████████████████████████████████

     ███████    is that right?

20       A.   That's my understanding --               09:01:14

21           MR. SCHWING:  Hold on --

22           THE DEPONENT:  I keep doing that.  Sorry,

23   Austin.  You go.

24           MR. SCHWING:  I think it misstates his

25   testimony -- well, it may mistake his testimony.    09:01:23
```

                                                    Page 682

HIGHLY CONFIDENTIAL

```
 1            If you could ask that question again just     09:01:25

 2   to make sure it's clear, that would be very

 3   helpful, I think.

 4            MR. LOESER:  I'll just ask another

 5   question.                                             09:01:33

 6       Q.   (By Mr. Loeser)  So for those -- so post

 7   2020, there are apps that -- I'm sorry.  There are

 8   APIs that emit some friend data; is that right?

 9       A.   I don't -- I can't comment on which APIs

10   exist post 2020 and the information that's emitted.   09:01:54

11       Q.   Facebook knows whether there are APIs

12   post 2020 that emit friend data?

13       A.   My understanding is that --

14            Can you help me understand what you mean

15   by "friend data"?                                     09:02:10

16       Q.   Data about users' friends.

17       A.   When you say "data about users' friends,"

18   could you -- could you be more specific?

19       Q.   I feel like we've had this conversation.

20   But I'm asking about Facebook's understanding of      09:02:27

21   the term "friend data," which is used repeatedly

22   and extensively throughout Facebook's records.

23            And I'm simply asking you in the system

24   that became operative in 2020 if Facebook can

25   identify those APIs that emit friend data, using      09:02:44
```

Page 683

```
 1    Facebook's definition of "friend data."          09:02:50

 2              MR. SCHWING:  Object to form.

 3              THE DEPONENT:  My understanding is there

 4    is a ███████████████████████████████████

 5    ██████████████████████████████████████         09:03:04

 6    █████████████████████████████████

 7    ███████████████████████████████████

 8    ███████████

 9              MR. LOESER:  Flip forward many pages in

10    these interrogatories to page 355.  And you'll see  09:03:25

11    that Interrogatory No. 27 is -- asks Facebook to

12    "identify by name and time period all third parties

13    to whom Facebook granted whitelisted access, the

14    time period of the grant of whitelisted access, and

15    the third parties for which such access was         09:03:54

16    granted."

17              Do you see that?

18        A.    Yeah.  Can you just give me a few minutes

19    to read around this -- this area.

20        Q.    Sure.                                     09:04:03

21        A.    Okay.  Sorry.

22              Do you -- do you have a question?

23              (Discussion off the stenographic record.)

24        Q.    (By Mr. Loeser)  So I'm referring you to

25    page -- the page we're looking at, 358.  I'm going  09:05:39
```

Page 684

| | | |
|---|---|---|
| 1 | to read the first paragraph.  The first -- second | 09:05:43 |
| 2 | paragraph below response No. 87. | |
| 3 | Facebook indicates "The first list below | |
| 4 | consists of apps that requested and were given | |
| 5 | permission by the app user to access friend | 09:05:55 |
| 6 | permissions at some point during the app's | |
| 7 | existence and were given a one-time extension | |
| 8 | allowing them to continue to access the field | |
| 9 | available through Graph API v1 (potentially | |
| 10 | including friend data) after the deprecation of | 09:06:10 |
| 11 | Graph API v1 in May 2015. ████████████████ | |

Do you see that?                                    09:06:23

16      A.   I see that.

17      Q.   So Graph API version 1 was deprecated in

18  May of 2015; is that right?

19      A.   Facebook began removing access to Graph

20  AP v1 for applications beginning in April 2015, and   09:06:41

21  that process continued for -- for most applications

22  into -- into May 2015, as I -- as I understand it,

23  yes.

24      Q.   And so if an extension went past

25  December 2015, the extension must have been for      09:07:00

Page 685

```
 1    more than six months after Graph API version 1 was      09:07:03

 2    implemented, right?

 3         A.   Sorry.  Can you say that again.

 4         Q.   Sure.

 5              You just indicated that the -- the           09:07:15

 6    deprecation occurred in May of 2015.  That's when

 7    that process was completed.

 8              This answer indicates that extensions

 9    were for less than six months with one exception,

10    and I'm just trying to understand the timeline.         09:07:29

11              So if you go to December of 2015, that's

12    more than six months after May of 2015; is that

13    right?

14         A.   December is -- December 2015 is more than

15    six months after May 2015, yes.                         09:07:43

16         Q.   Okay.  So any extension that lasted past

17    December of '15 must have been more than six

18    months, right?

19         A.   I think -- I think that -- that's true,

20    yes.                                                    09:08:01

21         Q.   Let's take a look at -- if you will note

22    that starting on page 360 is the list referred to

23    in the paragraph I just read, and it's many, many

24    pages.  But I'll just have you pick any page,

25    frankly.  Let's take this page.                         09:08:19
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | And if you look at the headers across the | 09:08:21 |
| 2 | top, there's -- there's a column for "Entity." | |
| 3 | Do you see that? | |
| 4 | A.   I see that. | |
| 5 | Q.   And then "app name." | 09:08:33 |
| 6 | Do you see that? | |
| 7 | A.   I see that. | |
| 8 | Q.   And "app creation date." | |
| 9 | Do you see that? | |
| 10 | A.   I see that. | 09:08:39 |
| 11 | Q.   And then "access end date." | |
| 12 | Do you see that? | |
| 13 | A.   I see that. | |
| 14 | Q.   And then "friend permissions." | |
| 15 | Do you see that? | 09:08:48 |
| 16 | A.   I see that. | |
| 17 | Q.   So I won't make you count them myself, so | |
| 18 | you'll have to take my word, but I've gone through | |
| 19 | this entire list and I've counted 15 different apps | |
| 20 | for which the extension lasted beyond 2015. | 09:09:01 |
| 21 | As Facebook's corporate designee, could | |
| 22 | you please explain to why this rog states there's | |
| 23 | only one app that had an extension longer than six | |
| 24 | months when, based on the information provided, it | |
| 25 | appears that there were at least 15 apps that had | 09:09:17 |

Page 687

HIGHLY CONFIDENTIAL

```
 1    extensions for more than six months?              09:09:20

 2            MR. SCHWING:  Object to the scope.

 3    Object to form.

 4            THE DEPONENT:  I don't -- I don't -- I'm

 5    not able to -- to -- to -- I don't feel I can     09:09:31

 6    answer that question.  I'm not sure how this

 7    information was -- was pulled or -- what it's

 8    referring to or any -- or the caveats that may

 9    be -- may be behind it.

10        Q.   (By Mr. Loeser)  Let's just pick one     09:09:47

11    example on page 360.  If you look at ███████████

12    ███████████

13            Do you see that?

14        A.   I see that.

15        Q.   It says ██████████████████████████       09:10:06

16            Do you see that?

17        A.   I see that.

18        Q.   It says██████████████████████

19            Do you see that?

20        A.   I see that.                              09:10:23

21        Q.   So that's access to these friend

22    permissions that was more than six months after the

23    deprecation of those permissions; is that right?

24            MR. SCHWING:  Outside the scope.  Object

25    to form.                                          09:10:35
```

Page 688

```
 1              THE DEPONENT:  I -- as I say, like I'm          09:10:38

 2    not an expert in -- in how this information was

 3    pulled or -- or the caveats behind it or the -- or

 4    the precise formulation of -- of the end date and

 5    how that was determined, and so I don't feel I can    09:10:52

 6    give an answer to that question, I'm afraid.

 7         Q.   (By Mr. Loeser)  Why did Facebook allow

 8    access to friend permissions for a number of these

 9    apps into 2018?

10              MR. SCHWING:  Object to form.  Outside       09:11:11

11    the scope.

12              THE DEPONENT:  As I say, I'm -- I'm not

13    sure as -- as I don't know exactly how this list

14    was -- was pulled together and the caveats behind

15    the data, and so I'm -- I'm not sure I can give an    09:11:24

16    answer to that question, I'm afraid.

17         Q.   (By Mr. Loeser)  How did Facebook

18    determine whether and for how long to grant each of

19    the extensions identified on this list that lasted

20    more than six months?                                 09:11:38

21              MR. SCHWING:  Same objections.

22              THE DEPONENT:  Again, I'm not sure how

23    each of these extensions was -- was granted and why

24    the access end date is listed here is beyond --

25    beyond the six months or 12 months previously         09:12:01
```

Page 689

HIGHLY CONFIDENTIAL

```
1    referred.                                          09:12:03

2         Q.   (By Mr. Loeser)  What did you do as

3    Facebook's corporate designee to understand the

4    reasons why for a number of the apps on this list

5    the extensions lasted more than six months?        09:12:16

6              MR. SCHWING:  Object to scope.  Object to

7    form.

8              THE DEPONENT:  I spoke to -- I reviewed

9    these -- these documents and I spoke to some of the

10   engineers in -- involved in how the platform was -- 09:12:38

11   how whitelists were applied.  And that's what I did

12   to prepare for this.

13        Q.   (By Mr. Loeser)  Those efforts didn't

14   provide you with the information needed to answer

15   the questions I have asked about why these          09:12:58

16   extensions lasted longer than six months, right?

17             MR. SCHWING:  Same objections.

18             THE DEPONENT:  As I say, I tried like --

19   I -- I don't have with me today an understanding

20   of -- of why the access end date is listed in 2018  09:13:19

21   for some of these applications.  So no, I don't

22   feel I can explain why that's listed in that column

23   here.

24        Q.   (By Mr. Loeser)  Let's go to page 372.

25   And this page identifies the second list that was   09:13:36
```

Page 690

| 1 | referenced in Facebook's response to interrogatory | 09:13:42 |

1   referenced in Facebook's response to interrogatory          09:13:42

2   No. 27, and I will read the description of the list

3   at the top, and then I have a few questions for

4   you.

5          This states:  "The second list below          09:13:52

6   consists of third-party applications that had

7   access to capabilities which were associated with

8   private APIs that may have allowed third-party

9   application developers to query end points

10  associated with data fields associated with a          09:14:10

11  user's friends after the transition to Graph API

12  v2."

13         Did I read that correctly?

14      A.   I -- you did read that correctly.

15         Can I have a few minutes to -- to          09:14:23

16  understand the context here?

17      Q.   Yes, of course.

18         MR. SCHWING:  Derek, would you remind me

19  what page you were reading from?

20         MR. LOESER:  I was reading from page 372.          09:14:36

21         MR. SCHWING:  Thank you.

22         THE DEPONENT:  Okay.  I've had a chance

23  to read now.  Thank you.

24      Q.   (By Mr. Loeser)  Okay.  Sure.

25         And so the description I just read is          09:15:46

Page 691

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | broken down into -- the list has several different | 09:15:56 |
| 2 | types of partner on it, and I'm just looking at | |
| 3 | page 372.  This list includes integration partners. | |
| 4 | Do you see that? | |
| 5 | A.  I see that, yeah. | 09:16:15 |
| 6 | Q.  And it includes business integrations. | |
| 7 | Do you see that? | |
| 8 | A.  I see that too, yeah. | |
| 9 | Q.  What's the difference between a | |
| 10 | integration partner and a business integration? | 09:16:25 |
| 11 | MR. SCHWING:  Outside the scope. | |
| 12 | THE DEPONENT:  I'm not sure I can provide | |
| 13 | anything more than -- is more than is included | |
| 14 | here.  Integration partners use private APIs to | |
| 15 | provide Facebook's services to users. | 09:16:47 |
| 16 | Q.  (By Mr. Loeser)  And by -- | |
| 17 | A.  As an example. | |
| 18 | Q.  I'm sorry. | |
| 19 | A.  The example provided there is the | |
| 20 | Facebook app on BlackBerry devices. | 09:16:58 |
| 21 | Q.  Okay.  Previously you mentioned | |
| 22 | integration partners or partners that had access to | |
| 23 | the developer platform, right? | |
| 24 | MR. SCHWING:  Misstates testimony. | |
| 25 | Object to form. | 09:17:13 |

Veritext Legal Solutions
866 299-5127

```
1              THE DEPONENT:  I would term any -- any      09:17:19

2    app that was using the Facebook developer platform

3    in -- in my explanation there, the Facebook

4    developer platform refers to the APIs and services

5    that were available to third-party developers, and   09:17:34

6    so integration partners would be using the -- the

7    Facebook developer platform.

8         Q.   (By Mr. Loeser)  And do business

9    integrations use the Facebook developer platform?

10        A.   Yes, I think it would be fair to say       09:17:50

11   business integration use the Facebook developer

12   platform.

13        Q.   Do media integrations use the Facebook

14   developer platform?

15        A.   I'm not sure what's meant by "media        09:18:04

16   integrations" here, but there may have been APIs

17   made available through the Facebook developer

18   platform for -- for media organizations.

19        Q.   And do search integrations use the

20   Facebook developer platform?                         09:18:20

21        A.   Again, I -- I would term that if they're

22   using APIs that that would be a part of the

23   Facebook developer platform.

24        Q.   And do beta test APIs use the Facebook

25   developer platform?                                  09:18:41
```

HIGHLY CONFIDENTIAL

```
 1          A.   Yes, I -- I would term, again, here that      09:18:44

 2     if -- if it's an API that's -- that's made

 3     available by the Graph API, then I would have

 4     considered that to be the Facebook developer

 5     platform.                                                09:18:57

 6          Q.   If you go the next page.

 7               Do specialized consumer experiences use

 8     the Facebook developer platform?

 9          A.   Again, here I'm -- the Facebook developer

10     platform is a -- a term that I'm using here.  I'm       09:19:12

11     not sure it's been defined anywhere -- anywhere

12     else.  So it's a term that I'm using here.

13               So this -- these, to me, would include

14     things that -- that use the Facebook developer

15     platform, yes.                                          09:19:34

16          Q.   Okay.  And -- so what is the distinction

17     from Facebook's perspective between integration

18     partners and business integrations?

19               MR. SCHWING:  Outside the scope.  Object

20     to form.                                                09:19:51

21               THE DEPONENT:  I'm not confident in --

22     like I am not sure I can shed light on that beyond

23     what the definitions are -- are here.  Integration

24     partners are -- a defined -- defined in this

25     document and listed here, and business integrations     09:20:12
```

Page 694

```
 1    would be things other than those.              09:20:18

 2         Q.   (By Mr. Loeser)  Does Facebook, the

 3    company, have a -- an understanding of the

 4    difference between integration partners and

 5    business integrations?                          09:20:30

 6              MR. SCHWING:  Outside the scope.  Object

 7    to form.

 8              THE DEPONENT:  I'm not sure I can answer

 9    that on behalf of the company beyond what's listed

10    here.  Integration partners have been -- a        09:20:45

11    well-defined -- or defined in this document, but

12    business integrations is -- is defined here with

13    some illustrative examples.

14         Q.   (By Mr. Loeser)  So the list that's

15    provided after this information about different   09:20:59

16    types of partners covers pages 377 to 460, and

17    these are "all of the -- all third-party

18    applications that had access to capabilities which

19    were associated with private APIs that may have

20    allowed third-party application developers to query 09:21:24

21    endpoints associated with data fields associated

22    with the users' friends after the transition of

23    Graph API version 2."

24              And you see if we go to page 377, at the

25    top there's a header line, and the first entry is  09:21:39
```

HIGHLY CONFIDENTIAL

```
 1    "name of application whitelisted for capability."      09:21:43

 2         Do you see that?

 3    A.   I see that.

 4    Q.   And there's a "capability name" column?

 5    A.   I see that.                                        09:21:52

 6    Q.   "Associated data."

 7         Do you see that?

 8    A.   I see that.

 9    Q.   And then "date access granted."

10         Do you see that?                                   09:21:59

11    A.   I see that.

12    Q.   "Date accessed revoked"?

13    A.   I see that.

14    Q.   And then it says "used since

15  October 2014."                                           09:22:06

16         Do you see that?

17    A.   I see that.

18    Q.   And the last column is "10 or fewer

19  installs."

20         Did I read that accurately?                        09:22:13

21    A.   You read that accurately.

22    Q.   So where was the information obtained

23  from to populate this list?

24         MR. SCHWING:  Object to outside the

25  scope.                                                   09:22:29
```

HIGHLY CONFIDENTIAL

```
 1            THE DEPONENT:  I do not -- I don't know      09:22:32

 2    specifically where the information -- like how --

 3    how this table was populated, but what -- what I

 4    can say more generally is that because this lists

 5    capabilities, then the capability tool would have   09:22:47

 6    been involved in -- in pulling this data.

 7         Q.   (By Mr. Loeser)  And after 2020, was the

 8    capability tool updated to have any information

 9    about ███████████████████████████████████

      ████████████████████████████████                    09:23:07

11         A.   Sorry.  Can you -- can you just ask that

12    again, because there's a detail in there I think

13    matters.

14         Q.   You mentioned that in 2020, a tool was

15    implemented that allowed Facebook to ███████████    09:23:19

16    ██████████████████████████████████████████████

17    ████████████████████

18         A.   My understanding is that in -- in 2020 a

19    tool was built that ████████████████████████████

20    ████████████████████████████████████████           09:23:37

21    ███████████

22         Q.   And what is that tool called?

23         A.   I'm not sure what -- what the tool is

24    called, but the -- my understanding is that the --

25    the ███████████████████████████████               09:23:55
```

```
 1      Q.   Could you spell that?                    09:24:00

 2      A.   ████████████████

 3      Q.   Okay.  And where are those tables

 4 maintained?

 5      A.   Sorry.  When you say "where," do you mean  09:24:10

 6 physically or in which system?  How do you mean

 7 "where"?

 8      Q.   Are they Hive tables, or are they some

 9 other type of table?

10      A.   My understanding is that they -- they    09:24:23

11 are -- they are stored in Hive, yes.

12      Q.   And could you query those tables to

13 ████████████████████████████████████

14      A.   I couldn't query those tables, no.

15      Q.   Could somebody at Facebook query those   09:24:38

16 tables for that information?

17      A.   I presume so.  The tables exist, and some

18 people at the company would have -- have the

19 ability to query them.

20      Q.   If you had an apps user's ID or a        09:24:54

21 Facebook's user's ID, could you associate that

22 Facebook user with the friend data in that table?

23      A.   I'm not familiar with -- with a precise

24 schema of those tables and how they work, so I

25 don't want to speculate as to what is and isn't    09:25:12
```

Page 698

| | |
|---|---|
| 1 | possible in using them. | 09:25:16 |
| 2 | Q.   Now, as we saw, this list that covers |
| 3 | pages 377 to 360 has a whole lot of apps |
| 4 | identified.  And when Facebook created these lists |
| 5 | in response to interrogatories 15 and interrogatory | 09:25:35 |
| 6 | 27, did Facebook include entities that had access |
| 7 | to friend data through the Events API or the Pages |
| 8 | API or the Groups API or the Social Contexts API, |
| 9 | taggable friends, invitable friends, and user |
| 10 | posts? | 09:25:56 |
| 11 | MR. SCHWING:  Objection.  Outside the |
| 12 | scope.  Object to form. |
| 13 | THE DEPONENT:  I'm not sure what -- I'm |
| 14 | not able to comment on what was and was not |
| 15 | included to -- to produce these -- these outputs. | 09:26:07 |
| 16 | Q.   (By Mr. Loeser)  Okay.  So if those APIs |
| 17 | had been included, would you expect to see them |
| 18 | identified somewhere in this list? |
| 19 | MR. SCHWING:  Same objection. |
| 20 | THE DEPONENT:  This list lists | 09:26:23 |
| 21 | capabilities specifically, as I understand it.  And |
| 22 | so this is a ███████████████████████████ |

███████████████████████████████████████

██   ████████████████████

| 25 | Q.   (By Mr. Loeser)  Okay.  This is a list, | 09:26:47 |

Page 699

```
 1    according to the description, of "third-party        09:26:48

 2    applications that had access to capabilities which

 3    were associated with private APIs that may have

 4    allowed third-party application developers to query

 5    endpoints associated with data field associated      09:27:00

 6    with the user's friends," right?

 7              MR. SCHWING:  Outside the scope.

 8              THE DEPONENT:  I'm -- I'm sorry.  Not

 9    following where you reading that from.

10        Q.   (By Mr. Loeser)  I'm back on page 372,       09:27:20

11    the description of the list.

12        A.    Cool.  Yeah.  Thank you.

13        Q.    Okay.  And that description, "third-party

14    applications that had access to capabilities which

15    were associated with private APIs that may have      09:27:37

16    allowed third-party application developers to query

17    endpoints associated with data fields associated

18    with the user's friends after the transition to

19    Graph API v2."

20              Do you see that description?                09:27:51

21        A.    I see that description, yes.

22        Q.    And that description would apply to, for

23    example, the Groups API, right?

24              MR. SCHWING:  Outside the scope.

25              Go ahead.                                   09:28:01
```

Veritext Legal Solutions
866 299-5127

```
 1              THE DEPONENT:  So this is referring to      09:28:04

 2   private APIs or capabilities that gate private

 3   APIs.  And I'm not sure when this list was -- was

 4   pulled, but the Groups API was -- was not a private

 5   API.                                                  09:28:20

 6       Q.  (By Mr. Loeser)  And --

 7           So it was a public API?

 8       A.  My understanding is that there was a

 9   Groups and is a Groups API that was generally

10   available to -- to developers on the Facebook        09:28:41

11   developer platform.

12       Q.  What about the social context API?  Is

13   that publicly available?

14       A.  The social context API was publicly

15   available.  It was -- it was later deprecated.  I     09:28:54

16   don't have the specific dates of that deprecation.

17       Q.  Okay.  So did it become a private API

18   after that?

19           MR. SCHWING:  Object to form.

20           THE DEPONENT:  I don't know how -- the        09:29:06

21   mechanism by which the social context API was

22   deprecated.

23       Q.  (By Mr. Loeser)  Has it been completed at

24   any point?

25       A.  Sorry.  I'm pausing to make sure -- give      09:29:20
```

Page 701

HIGHLY CONFIDENTIAL

```
1    Austin time if he wants to interject.              09:29:22

2            I -- my -- I -- I can't confirm.  My --

3    completely.  My understanding that it has been

4    completely deprecated and no longer exists in any

5    form, but I'm not 100 percent sure of that.        09:29:34

6        Q.   Okay.  And I read a list of different

7    APIs, and I'm going to read them again and you can

8    tell me if any of them fit the description for

9    what's supposed to be on this list.

10           You mentioned the Groups API and you say    09:29:49

11   it's not a private API, so it wouldn't be on this

12   list.

13           The Pages API?

14           MR. SCHWING:  I'm going to object that

15   it's outside of the scope of the deposition.       09:30:00

16           THE DEPONENT:  Yeah, I think this is --

17   this going to be complicated, because there's --

18   again, trying to helpful here.  A phrase like "the

19   Pages API" could mean many different things.  There

20   are -- there are capabilities which modify the      09:30:17

21   behavior of each of these APIs, and there are --

22   they're -- they're affected by permissions in

23   different ways.

24           So I'm just adding that caveat, given the

25   questions you --                                    09:30:33
```

Page 702

HIGHLY CONFIDENTIAL

```
 1          Q.   (By Mr. Loeser)  Let me try and make this     09:30:35

 2    really simple.

 3          Facebook has created lists that

 4    supposedly show all of the APIs and all of the apps

 5    that got access to friend data, and I'm trying to       09:30:44

 6    understand if, when Facebook created those lists,

 7    it also included the series of APIs that you've

 8    testified about that were not -- that didn't have

 9    the word "friends" in them but also made friend

10    data available.                                         09:31:02

11          And is there a list here or can -- well,

12    let's start with that.

13          Is there any list provided by Facebook to

14    date that identifies the apps that had access to

15    these other APIs that we've talked about that          09:31:16

16    emitted friend data?

17          MR. SCHWING:  Object to form.  Outside

18    the scope.

19          THE DEPONENT:  So my understanding is

20    that these responses here are focused on either        09:31:28

21    private APIs that may have emitted friend data or

22    the friend permissions and the apps that had access

23    too friend permissions.

24          Q.   (By Mr. Loeser)  And so the APIs that

25    emit friend data that don't fall into those two        09:31:44
```

Page 703

HIGHLY CONFIDENTIAL

```
 1    categories are not covered by the disclosures made        09:31:46

 2    by Facebook to date; is that right?

 3              MR. SCHWING:  Outside the scope of this

 4    deposition.  Object to the form of the question.

 5              THE DEPONENT:  I don't know what's              09:32:03

 6    been -- what information -- I don't know the

 7    totality of the information that's been provided to

 8    date, so it's hard -- hard for me to comment on --

 9    on that.

10              The -- the information contained here is       09:32:12

11    focused on the -- the friend permissions and the

12    private APIs that may have enabled access to

13    additional friends information.

14        Q.    (By Mr. Loeser)  Okay.  So if the

15    plaintiffs in this case asked Facebook to provide a     09:32:27

16    list of all of the -- any other API that emitted

17    friend data that was not already covered by the

18    list we've just gone through, that is something

19    Facebook could do, right?

20              MR. SCHWING:  Outside the scope.  Object       09:32:42

21    to the form.

22              THE DEPONENT:  I'm not able to comment on

23    what -- on what Facebook can or can't do, given the

24    APIs and the -- the data retention information that

25    exists.  So it's hard for me to -- to know and         09:32:57
```

Page 704

HIGHLY CONFIDENTIAL

```
 1    answer without whether or not that would be          09:33:00

 2    possible.

 3         Q.   (By Mr. Loeser)  Mr. Cross, are all of

 4    the -- the apps identified on this list cover or

 5    covering pages 377, 460 considered strategic use     09:33:18

 6    cases?

 7              MR. SCHWING:  Outside the scope.  Object

 8    to form.

 9              THE DEPONENT:  As we've talked about

10    here, there's -- there's no standard or formal       09:33:37

11    definition for -- for what's considered a strategic

12    use case or a strategic partner.  So I -- I -- so

13    your question was -- sorry.  Ask -- I think your

14    question was is everything on this list considered

15    a strategic partner; is that --                      09:33:56

16              Sorry.  Let me say:  Can you ask your

17    question again, please?  Thanks.

18         Q.   (By Mr. Loeser)  Are all the apps

19    identified on this list considered a strategic use

20    case?                                                09:34:09

21              MR. SCHWING:  Same objections.

22              THE DEPONENT:  So I -- there's no --

23    there's no standard or formal definition of what's

24    considered a strategic partner or a strategic use

25    case, so I couldn't comment on whether or not        09:34:25
```

Page 705

1    everything on this list is therefore considered          09:34:26

2    strategic -- a strategic -- sorry -- is therefore

3    considered a strategic use case.

4         Q.   (By Mr. Loeser)  So does Facebook have a

5    record for each one of these apps of the reasons          09:34:35

6    why the app was allowed to continue having access

7    to friend data after 2015?

8              MR. SCHWING:  Object to form.  Outside

9    the scope.

10             THE DEPONENT:  I don't know what Facebook       09:34:54

11   has about each of these applications and -- and why

12   they continue to have access.  It's possible there

13   are records for some, but I -- I don't know if

14   there's a record for every single one.

15        Q.   (By Mr. Loeser)  Okay.  We can put that         09:35:42

16   document aside.

17             (Exhibit 408 was marked for

18   identification by the court reporter and is

19   attached hereto.)

20             MR. LOESER:  So I'm showing you an              09:36:26

21   exhibit which is Exhibit 408, which a

22   December 18th, 2018 Facebook Newsroom post.

23             What is the Facebook Newsroom?

24             THE DEPONENT:  The Facebook Newsroom is

25   Facebook's corporate blog.                                09:36:44

                                                        Page 706

HIGHLY CONFIDENTIAL

1       Q.   (By Mr. Loeser)  And is that a place          09:36:49

2   where Facebook employees provide information to

3   each other about Facebook products?

4       A.   No, I wouldn't characterize it as a -- a

5   way of Facebook employees providing information to      09:37:03

6   each other about Facebook's products.

7       Q.   Okay.  What is the purpose of the

8   Facebook Newsroom?

9       A.   My understanding is it's a public blog

10  that Facebook publishes blog posts publicly.            09:37:15

11      Q.   And this blog post by -- by KP is

12  captioned or titled "Let's clear up a few things

13  about Facebook partners," right?

14      A.   I see that.

15      Q.   And you see it's written by KP, director      09:37:38

16  of developer platforms and programs?

17           Do you see that?

18      A.   I see that, yeah.

19      Q.   So if we go down the blog a little bit.

20           KP writes:  "Today, we're facing              09:37:48

21  questions about whether Facebook gave large tech

22  companies access to people's information and, if

23  so, why we did this."

24           Do you see that?

25      A.   I see that.                                    09:38:00

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1        Q.   And we've talked about some of the        09:38:02

 2   reasons why Facebook did this.  And KP writes:  "To

 3   put it simply, this work was about helping people

 4   do two things.  First, people could access their

 5   Facebook accounts or specific Facebook features on   09:38:16

 6   devices and platforms built by other companies like

 7   Apple, Amazon, BlackBerry, and Yahoo.  These are

 8   known as integration partners.  Second, people

 9   could have more social experiences -- like seeing

10   recommendations from their Facebook friends -- on    09:38:31

11   other popular apps and websites like Netflix, the

12   New York Times, Pandora, and Spotify."

13           Right?

14        A.   I see that, yeah.

15        Q.   Now, that's not a complete list of the     09:38:44

16   types of partners that were given access to

17   information by Facebook, is it?

18           MR. SCHWING:  Object to the scope.

19   Object to form.

20           THE DEPONENT:  There are a -- a small        09:39:01

21   number of companies listed here or integrations

22   listed here.  I wouldn't characterize that as a

23   full list.

24        Q.   (By Mr. Loeser)  What are the -- other

25   types that are missing from this list?            09:39:14
```

Page 708

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. SCHWING:  Same objections. | 09:39:17 |
| 2 | THE DEPONENT:  When you say "other types | |
| 3 | missing," like I'm not sure what you mean. | |
| 4 | Q.   (By Mr. Loeser)  Well, let's go back to | |
| 5 | interrogatory -- the interrogatories, and if you | 09:39:33 |
| 6 | look at page 372 and 373, there was a description | |
| 7 | of the different types of partners that were given | |
| 8 | access to friend data after the transition. | |
| 9 | And you'll recall under the business | |
| 10 | integrations category, there was a series of | 09:40:08 |
| 11 | descriptions, including ███████████████ | |
| | ███████████████████████████ | |
| 13 | and so on. | |
| 14 | And -- you see all those different types | |
| 15 | of partners? | 09:40:31 |
| 16 | A.   I see a list of -- | |
| 17 | I'm sorry. | |
| 18 | MR. SCHWING:  Sorry.  Outside the scope. | |
| 19 | Go ahead. | |
| 20 | THE DEPONENT:  So I see a list of | 09:40:39 |
| 21 | categorizations used in -- in the rog responses. | |
| 22 | Q.   (By Mr. Loeser)  Okay.  And so can you | |
| 23 | tell which of those are not included in KP's public | |
| 24 | posts about partners with whom Facebook shared | |
| 25 | information? | 09:41:00 |

Page 709

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. SCHWING:  Outside of the scope. | 09:41:01 |
| 2 | Object to form. | |
| 3 | THE DEPONENT:  Like -- yeah, I -- I don't | |
| 4 | think I can give a authoritative explanation of -- | |
| 5 | of the mapping between these two things.  I'm not | 09:41:16 |
| 6 | sure it's intended to be an authoritative mapping. | |
| 7 | Q.  (By Mr. Loeser)  So KP was communicating | |
| 8 | publicly about -- to explain to people whether | |
| 9 | Facebook gave large tech companies access to | |
| 10 | people's information, and if so, why, right? | 09:41:37 |
| 11 | MR. SCHWING:  Object to outside the | |
| 12 | scope.  Object to form. | |
| 13 | THE DEPONENT:  So that's the -- those are | |
| 14 | the words written in the blog post. | |
| 15 | Q.  (By Mr. Loeser)  Okay.  So he explained | 09:41:48 |
| 16 | why information was given to some partners but | |
| 17 | not -- he didn't provide a complete description of | |
| 18 | the partners to whom information was given by | |
| 19 | Facebook, right? | |
| 20 | MR. SCHWING:  Same objections. | 09:41:59 |
| 21 | THE DEPONENT:  There are -- he's | |
| 22 | listed -- you know, given four and four example | |
| 23 | here, and as we reviewed on the -- on the list, | |
| 24 | there are -- there are other examples. | |
| 25 | Q.  (By Mr. Loeser)  He didn't identify any | 09:42:19 |

Page 710

| | | |
|---|---|---|
| 1 | of the -- what are referred to as "business | 09:42:20 |
| 2 | integrations" in the interrogatory responses, | |
| 3 | right? | |
| 4 | MR. SCHWING:  Outside of the scope. | |
| 5 | Object to form. | 09:42:27 |
| 6 | THE DEPONENT:  As I said, I'm not sure | |
| 7 | what -- what "business integrations" is | |
| 8 | specifically referring to. | |
| 9 | Q.   (By Mr. Loeser)  Okay.  Well the | |
| 10 | interrogatory is pretty specific. | 09:42:40 |
| 11 | Did he include ██████  in this public | |
| 12 | post about partners with whom Facebook shared this | |
| 13 | information? | |
| 14 | MR. SCHWING:  Same objections. | |
| 15 | THE DEPONENT:  The examples that he gives | 09:42:52 |
| 16 | here do not include ███████ | |
| 17 | Q.   (By Mr. Loeser)  Do they include ████ | |
| 18 | ███████ | |
| 19 | MR. SCHWING:  Same objection. | |
| 20 | THE DEPONENT:  The example -- | 09:43:02 |
| 21 | Sorry, Austin. | |
| 22 | MR. SCHWING:  Sorry.  I know it's getting | |
| 23 | late. | |
| 24 | Same objections. | |
| 25 | THE DEPONENT:  I don't see him give those | 09:43:10 |

Page 711

1    examples in this blog post, no.                          09:43:12

2         Q.   (By Mr. Loeser)  Does he include ████

3    ██████████████

4         MR. SCHWING:  Same objections.

5         THE DEPONENT:  I would categorize "███        09:43:22

6    ██████████████████████████████████

7         Q.   (By Mr. Loeser)  Okay.  And what about

8    ████████████████████████████████████  Is

9    that on here?

10        A.   The examples in the blog post do not       09:43:42

11   include anything I would -- I would consider a

12   ██████

13        Q.   Let's go to the next page.

14        KP writes:  "To be clear:  None of these

15   partnerships or features gave companies access to    09:43:55

16   information without people's permission, nor do

17   they violate our 2012 settlement with the FTC."

18        Do you see that?

19        A.   I want to make sure I find that passage

20   in the blog.  Hang on.  Give me a second.           09:44:12

21        I see it.

22        Q.   Okay.  So a Facebook user who used the

23   service or feature gave the partner or app

24   permission, right?

25        MR. SCHWING:  Outside of the scope.            09:44:27

HIGHLY CONFIDENTIAL

```
1    Object to form.                                         09:44:28

2           THE DEPONENT:  My understanding is that

3    these -- the examples given here for -- for an

4    app -- for the apps to have access to information

5    through the user, the user would have to give      09:44:47

6    permission.

7        Q.  (By Mr. Loeser)  Okay.  But these

8    partners and apps had access to friend-sharing

9    APIs; is that right?

10       A.  I can't be 100 percent confident as to      09:44:59

11   which APIs and so on that these -- these apps were

12   using.  But yes, some of would have access to -- to

13   friend information.

14       Q.  And, sir, these -- those apps that did

15   have access to friend information could obtain      09:45:17

16   friend data from people who did not themselves use

17   the apps, right?

18          (Court Reporter asks clarification.)

19       Q.  (By Mr. Loeser)  The apps and partners

20   that could obtain friend data -- sorry.             09:45:33

21          Apps and partners that obtained friend

22   data could obtain this friend data from people who

23   do not themselves use the app or partners, right?

24          MR. SCHWING:  Object to form.

25          THE DEPONENT:  Exactly how these apps        09:45:55
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | behaved changed over time, and so I -- I would need | 09:45:56 |
| 2 | to give a -- understand the integrations more -- | |
| 3 | more concretely and understand which time we're -- | |
| 4 | we're talking about here. | |
| 5 | Q.   (By Mr. Loeser)  What was the time period | 09:46:15 |
| 6 | in which apps could obtain friend data from users? | |
| 7 | A.   My understanding is that the -- the | |
| 8 | friend permissions were removed in around | |
| 9 | April 2018. | |
| 10 | Q.   So up until that time, apps that had | 09:46:34 |
| 11 | access to friend permissions could obtain that | |
| 12 | information from users that did not themselves use | |
| 13 | the app, right? | |
| 14 | MR. SCHWING:  Object to form. | |
| 15 | THE DEPONENT:  My understanding is that | 09:46:52 |
| 16 | the -- the way some of these integrations worked | |
| 17 | allowed the integration or the app to access | |
| 18 | information about the logged-in user's friends. | |
| 19 | MR. SCHWING:  I just want to note that | |
| 20 | we're five minutes past our designated stopping | 09:47:09 |
| 21 | time of 10:00 p.m. London time.  I think there will | |
| 22 | be additional questioning, an additional session of | |
| 23 | the depo.  I think this would be a good moment to | |
| 24 | stop. | |
| 25 | MR. LOESER:  Well, I'm in the middle of | 09:47:26 |

Page 714

| | | |
|---|---|---|
| 1 | questioning about this document, and I think | 09:47:27 |
| 2 | it's -- probably make sense to finish that | |
| 3 | questioning.  And then I'm quite close to the end. | |
| 4 | We can either stop after this document or if | |
| 5 | Mr. Cross wants to power through two more | 09:47:36 |
| 6 | documents, three more documents, that will be all | |
| 7 | he'll hear from me. | |
| 8 | But why don't we finish with this | |
| 9 | document and then go off the record to decide | |
| 10 | whether we have the ability to do a bit more or if | 09:47:47 |
| 11 | we should wrap it up today. | |
| 12 | Is that okay, Mr. Cross? | |
| 13 | THE DEPONENT:  I'm comfortable finishing | |
| 14 | this document, but I think we should probably break | |
| 15 | after that. | 09:48:02 |
| 16 | Q.   (By Mr. Loeser)  So when KP writes "none | |
| 17 | of these partnerships or features gave companies | |
| 18 | access to information without people's permission," | |
| 19 | that wasn't actually true, was it? | |
| 20 | MR. SCHWING:  Object to form.  It's | 09:48:13 |
| 21 | outside the scope. | |
| 22 | THE DEPONENT:  I -- I can't comment on | |
| 23 | the -- on the -- the -- what was meant by -- in | |
| 24 | this blog post or how this blog post was formulated | |
| 25 | and what was meant by it. | 09:48:29 |

Page 715

```
 1        Q.   (By Mr. Loeser)  What -- during the time      09:48:35

 2    that apps and partnerships could obtain friend data

 3    via friend permissions, they didn't need permission

 4    from the friends of the user in order to obtain

 5    that permission, right?                                09:48:50

 6             MR. SCHWING:  Object.  It's beyond the

 7    scope.  Object to the form of the question.

 8             THE DEPONENT:  So, again, my

 9    understanding here is that integration partners had

10    to get authorization from -- from the people who      09:49:11

11    use the integration, and that's what's meant by

12    "permission."

13        Q.   (By Mr. Loeser)  Okay.  They didn't have

14    to get authorization from the friends of the people

15    who use the -- the integration, right?                09:49:25

16             MR. SCHWING:  Same objections.

17             THE DEPONENT:  In the past, my

18    understanding is that a user could -- would log in

19    to the application and give the application

20    permission, and then the app would be able to         09:49:45

21    access information about that user in there and

22    some of their friends.

23        Q.   (By Mr. Loeser)  And it could get the

24    information about some of their friends without the

25    authorization from the friends, right?                09:49:58
```

Page 716

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  Object to form.           09:50:00

2              THE DEPONENT:  So I want to be --

3    you know, I'm going off my understanding of how

4    these -- how some of those integrations worked in

5    the past.                                        09:50:12

6              The user had to log in to an application

7    for the app to then access information about that

8    user and their friends.

9         Q.   (By Mr. Loeser)  Right.  And I've asked

10   you just a pretty simple question about the user's   09:50:21

11   friends.

12             When that happened, did app could get

13   information about the user who installed the app

14   and the user's friends without getting

15   authorization from the friends, right?           09:50:33

16             MR. SCHWING:  Object to the form.

17   Outside the scope.

18             THE DEPONENT:  So my understanding is

19   that the app had access to information about the

20   user's friends without those -- all of those       09:50:45

21   friends necessarily having used the application

22   themselves.

23        Q.   (By Mr. Loeser)  Without those friends

24   having given the app permission to access their

25   data, correct?                                   09:50:59
```

Page 717

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to the form.        09:51:02

 2    Outside the scope.  Asked and answered.

 3              THE DEPONENT:  Yeah, so I feel like

 4    the -- we're reviewing here a blog post that was

 5    written that I didn't -- you know, I wasn't super    09:51:16

 6    closely involved in, and I haven't been prepared on

 7    the exact determinations that were -- that were

 8    used to create this blog post.

 9              So like -- again, from my understanding

10    as a -- as -- as somebody who's worked in this area  09:51:32

11    and in past and spoken to many people involved is

12    that, yes, the way these applications worked was

13    that -- or some of these applications worked is

14    that some of them allowed the app to access

15    information about the logged-in user's friends even  09:51:50

16    though the logged-in user -- even though all of

17    those friends haven't necessarily used or

18    authorized the application.

19              MR. LOESER:  Why don't we go off the

20    record.                                              09:52:05

21              THE VIDEOGRAPHER:  We're off the record.

22    It's 10:10 p.m.

23              (Recess taken.)

24              THE VIDEOGRAPHER:  We're back on record

25    it's 10:57 p.m.                                      10:38:17
```

Page 718

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  All right.  I note for the       10:38:20

 2   record that the parties have agreed that the

 3   deposition testimony will be treated as "Highly

 4   Confidential." The witness will review the

 5   testimony and provide any corrections, and we will    10:38:32

 6   also be reviewing the testimony given here today to

 7   make further distinctions about the confidential

 8   treatment of the materials.

 9              SPECIAL MASTER GARRIE:  So noted.

10              Counsel Loeser, any comment before we go    10:38:47

11   off the record?

12              MR. LOESER:  No.  Just obviously we

13   appreciate the designation.  I don't think we agree

14   with the designations, and understand you will be

15   reviewing it for distinctions that may come up with   10:38:57

16   different portions of the testimony.

17              MR. SCHWING:  Thank you.

18              SPECIAL MASTER GARRIE:  So noted for the

19   record.

20              We can go off the record.                   10:39:07

21              THE VIDEOGRAPHER:  Okay.  We are off the

22   record.  It's 10:57 p.m.

23              (TIME NOTED:  10:57 p.m.)

24

25                     ---o0o---                            10:39:12
```

Page 719

HIGHLY CONFIDENTIAL

1       I, SIMON CROSS, do hereby declare under

2    penalty of perjury that I have read the foregoing

3    transcript; that I have made any corrections as

4    appear notes; that my testimony as contained

5    herein, as corrected, is true and correct.

6       Executed this ____ day of _____,

7    2022, at _____,_____.

8

9

10

11                   _____

                     SIMON CROSS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                          Page  720

HIGHLY CONFIDENTIAL

1        I, Rebecca L. Romano, a Registered

2   Professional Reporter, Certified Shorthand

3   Reporter, Certified Court Reporter, do hereby

4   certify:

5        That the foregoing proceedings were taken

6   before me remotely at the time and place herein set

7   forth; that any deponents in the foregoing

8   proceedings, prior to testifying, were administered

9   an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13       Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17       I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20       IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22

23  Dated: June 8, 2022

24                          _____

                            Rebecca L. Romano, RPR, CCR

25                          CSR. No 12546

                                          Page 721

HIGHLY CONFIDENTIAL

1    SIMON CROSS

2    si@fb.com

3                                    June 8, 2022

4    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

5    JUNE 6, 2022, SIMON CROSS, VOLUME III, JOB NO. 5265189

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    ___ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   ___ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF

13       Transcript – The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20   ___ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel – Original transcript to be released for signature

22       as determined at the deposition.

23   ___ Signature Waived – Reading & Signature was waived at the

24       time of the deposition.

25

HIGHLY CONFIDENTIAL

1    _X_Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2   SIMON CROSS, VOLUME III, JOB NO. 5265189

3             E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____   _____

24   WITNESS                               Date

25

                                        Page 724

[& - 3000]

| & |
|---|
| **&**  496:14 497:19 499:5 500:5 501:5 503:15 506:20,24 542:17 543:21 722:23 723:9 |

| 0 |
|---|
| **0000582988**  503:23 |
| **0000582989**  503:24 |
| **00199890**  503:13 |
| **00199891**  503:18 |
| **00199898**  503:19 |
| **01789112**  505:7 |
| **01789115**  505:8 |
| **02088254**  504:16 |
| **02088257**  504:19 |
| **02088279**  504:20 |
| **02843**  496:4 497:4 |
| **02906764**  504:6 |
| **02906766**  504:11 |
| **02906770**  504:12 |

| 1 |
|---|
| **1**  560:23,25 561:6 577:11 579:20 585:16 604:3,13 604:14 642:6 685:17 686:1 723:1 |
| **10**  696:18 |
| **100**  562:8 670:15 702:5 713:10 |
| **10:00**  714:21 |
| **10:10**  718:22 |
| **10:57**  718:25 719:22,23 |
| **11th**  668:22 |
| **12**  689:25 |

**12/18/2018**  504:4
**1201**  498:10
**12546**  496:21 721:25
**128**  505:15 668:20 670:24
**12th**  499:11
**14**  572:3 637:7 643:14 670:22 671:1
**15**  565:2 572:3 676:21 678:5,10 686:17 687:19,25 699:5
**16**  642:5
**1600**  499:12
**17**  637:7 642:3 645:1 649:22
**18**  496:4 497:4 505:5 637:7
**1801**  501:8
**1881**  501:16
**18th**  602:18 706:22
**1a**  553:25 556:8 557:19 568:14 572:9,14,16,17
**1b**  553:25 556:8 570:5
**1st**  581:17 582:10 621:6

| 2 |
|---|
| **2**  531:23 532:13 545:7 554:2 556:8 561:17 565:22 571:13 579:20 585:16 604:4 605:21 608:24 609:2 642:15 695:23 |

**2,300**  619:6,12 629:13,15
**2.0**  531:19
**20**  510:11
**20-0466**  496:22
**2001**  500:18
**2009-11-13**  688:15
**2011**  529:13
**2012**  529:13 712:17
**2013**  503:11 515:9 541:12 542:13 543:9 548:24 549:18 550:7 551:7,16,18 553:21 554:18 555:21 566:3 572:3 581:3 624:6
**2014**  515:9 531:24 536:25 544:5 564:16 565:1 581:17 582:10,12 582:15 663:20 664:20 665:2 696:15
**2015**  549:18 564:17 604:19 623:24 679:14 685:11,18,20,22 685:25 686:6,11 686:12,14,15 687:20 706:7
**2016**  685:14
**2018**  505:5 511:6 513:13 602:18 610:16 621:6 660:4,12 689:9 690:20 706:22 714:9
**2018-6-22**  688:18

**2019**  504:14 510:12 634:19 636:21 657:4
**2020**  679:18 680:1 680:16 681:9 682:16 683:7,10 683:12,24 697:7 697:14,18
**2021**  668:22
**2022**  496:16 497:18 506:1,7 720:7 721:23 722:3,5
**2025.520**  722:9,12
**206**  498:13
**21**  644:2
**2100**  500:19
**213**  502:10
**214**  500:21
**22nd**  660:4
**23**  660:12
**253-9706**  502:10
**27**  504:14 684:11 691:2 699:6
**27th**  634:19
**2843**  496:3 497:3
**29**  505:13 659:25 660:2
**298-5735**  501:11

| 3 |
|---|
| **3**  506:9 556:8 562:9 604:6 606:25 608:23 |
| **3.0**  531:13,14,18 532:3,6 536:6 |
| **30**  496:12 503:11 508:8 535:19 595:14 598:7 664:10 723:1 |
| **3000**  500:10 |

Page 1

**[303 - access]**

| | | | |
|---|---|---|---|
| **303**  501:11 | **445-4003**  499:14 | **63**  670:17 671:1 | **9** |
| **30th**  541:12 | **460**  668:17 695:16 | 672:24 | |
| 542:13 582:15 | 705:5 | **634**  504:14 | **9**  639:22 |
| **3200**  498:11 | **496**  496:25 | **636**  504:18 | **90**  643:20 |
| **32nd**  502:8 | **4:02**  526:6 | **64**  676:14 | **90013**  502:9 |
| **335**  669:24 | **4:12**  526:9 | **65**  676:13 677:1 | **94105-0921** |
| **3491**  496:23 | **4:25**  536:19 | **650**  501:18 | 500:11 |
| **355**  684:10 | **4:29**  536:22 | **66**  677:1 | **94304-1211** |
| **358**  684:25 | | **660**  505:13 | 501:17 |
| **360**  686:22 688:11 | **5** | **668**  505:15 | **94607**  499:13 |
| 699:3 | **5**  563:23 637:7,11 | **67**  677:2 | **98101**  498:12 |
| **372**  690:24 691:20 | **5/1/2014**  503:21 | **68**  678:4 | **9:04**  672:21 |
| 692:3 700:10 | **508**  503:5 | **698-3204**  500:21 | |
| 709:6 | **5265189**  496:24 | **6:52**  634:9 | **a** |
| **373**  709:6 | 722:5 724:2 | **6th**  506:6 | **abandoned**  550:12 |
| **377**  695:16,24 | **53**  602:11 | | 550:15 |
| 699:3 705:5 | **540**  644:2 | **7** | **abilities**  554:6 |
| **393-8200**  500:12 | **541**  503:11 | **7**  508:11 534:2,12 | **ability**  511:25 |
| **3:36**  497:18 506:2 | **543**  503:15 | 565:3 607:9 | 527:20 529:16 |
| 506:6 | **555**  499:11 500:9 | 624:23 640:16 | 530:3 552:22 |
| | 502:7 | 662:21 664:17 | 553:2,3,5 626:14 |
| **4** | **581**  503:21 | **706**  505:4 | 698:19 715:10 |
| **4**  556:8 563:9 | **584**  644:2 | **72**  678:6,8 | **able**  540:1 541:24 |
| 609:24 | **599**  505:17 | **724**  496:25 | 559:23 594:6 |
| **400**  505:17 599:15 | **5:12**  569:17 | **7321**  721:24 | 613:23 614:25 |
| **401**  503:11 541:5 | **5:25**  569:20 | **75201**  500:20 | 632:11 633:8 |
| 542:1 | **5th**  502:7 | **77**  670:20 671:2,5 | 638:10 643:3 |
| **402**  503:15 543:4 | | **78**  678:9 | 648:8 657:15,19 |
| 543:19 | **6** | **7:57**  634:12 | 665:11,14 666:1,5 |
| **403**  503:21 581:18 | **6**  496:12,16 497:18 | | 667:18 668:4 |
| **404**  504:4 602:12 | 506:1 508:8,11 | **8** | 673:21 674:9 |
| 602:25 | 534:2,12 535:19 | **8**  561:6 565:21 | 682:14 688:5 |
| **405**  504:8 616:4,5 | 564:22 598:7 | 721:23 722:3 | 699:14 704:22 |
| **406**  504:14 634:13 | 607:9 624:23 | **80202-2642** | 716:20 |
| 634:25 635:3 | 637:7 640:16 | 501:10 | **accelerate**  604:6 |
| **407**  504:18 635:23 | 662:20 664:10,17 | **827**  496:22 | **access**  527:20 |
| 636:4 642:5 | 722:5 | **849-5206**  501:18 | 528:13,14 529:4 |
| **408**  505:4 706:17 | **60**  670:21 671:1 | **87**  685:2 | 531:12 532:5,17 |
| 706:21 | **602**  504:4 | **8:48**  672:18 | 532:24 533:6 |
| **415**  499:14 500:12 | **616**  504:8 | | 536:4,24 537:8 |
| **4200**  501:9 | **623-1900**  498:13 | | 539:4,15,19 540:9 |
| | | | 541:25 546:7 |

**[access - announced]**

551:25 556:1
557:13 559:15
573:9,15 575:13
575:19 576:19,20
581:9 583:4
592:18 593:5
600:15 602:1,6
604:16,21 605:13
605:23 606:25
608:20,24 609:4
610:2 620:22
622:12,14 624:16
625:14 626:15
627:6 629:19
630:8 633:22
653:9 655:20
663:21 664:19
665:1 670:5,6
676:21,22 677:18
677:21,25 678:14
678:23 684:13,14
684:15 685:5,8,19
687:11 688:18,21
689:8,24 690:20
691:7 692:22
695:18 696:9
697:10 699:6
700:2,14 703:5,14
703:22 704:12
706:6,12 707:22
708:4,16 709:8
710:9 712:15
713:4,8,12,15
714:11,17 715:18
716:21 717:7,19
717:24 718:14
**accessed** 581:11
610:11 679:9
696:12 697:17
**accessible** 526:2

**accessing** 563:17
563:18
**account** 522:19
533:9 540:17
**accounts** 708:5
**accurate** 512:23
515:12 516:2
525:15 527:4
532:10 586:18
601:8 615:6,7,13
651:1
**accurately** 516:13
557:6,9 586:22
595:4 671:25
672:1 696:20,21
**achieve** 549:5
550:4
**acting** 588:7
**action** 609:3,8
663:20 721:18,19
**actions** 496:7
497:7 529:16
552:23 608:17
**active** 584:8 605:8
651:22 676:19
678:22
**activision** 688:11
**activity** 530:3
563:19
**actual** 534:12
564:13
**ad** 523:11 562:19
562:22
**adaniel** 498:15
**adavis** 499:17
**add** 514:7 564:22
674:23 677:16
**added** 563:16
565:1 581:11
586:9

**adding** 702:24
**additional** 508:19
509:4,6,12,13
526:13 530:6
532:23 585:20
632:12 704:13
714:22,22
**address** 534:15
535:15,22
**addresses** 620:23
**adele** 498:7 506:17
**adequate** 612:13
**administered**
508:2 721:8
**ads** 523:22 524:2,8
**advance** 600:7
636:5 660:25
**advertising** 523:16
**affect** 559:10
**afraid** 635:8,19,22
640:23 641:5
643:3 646:4
665:21 666:14
673:14 676:11
689:6,16
**afternoon** 508:7
**aggregated** 681:5
**ago** 508:10,19
545:18 546:23
547:12 551:23
573:21 585:18
589:7 591:21
**agree** 719:13
**agreed** 526:14
719:2
**ahead** 521:9
529:25 530:19
537:25 539:9
542:7,9 585:10
599:10 601:12,16
603:10 604:14

630:10 632:9
638:23 639:15
657:17 662:23
700:25 709:19
**aiding** 599:7
**ali** 509:7
**allow** 523:1
524:14,15 532:17
537:7 563:17
589:11 617:11
662:5 664:19
665:1,15 666:6
689:7
**allowed** 592:19
593:6 600:16
605:9 617:9 670:5
678:16 679:2
691:8 695:20
697:15 700:4,16
706:6 714:17
718:14
**allowing** 539:3
655:20 685:8
**allows** 684:4
**alto** 501:17
**altogether** 555:15
**amazon** 708:7
**ambiguous** 619:21
620:8 633:15
**amended** 668:11
**amount** 531:6
570:18 590:18
680:21
**analysis** 559:8,9
561:14,15 619:6
**analytica** 622:5
639:19 661:6,8,11
**angeles** 502:9
**anne** 499:8 506:25
**announced** 582:14

**[announcement - app]**

**announcement**
582:12,17 621:4
**answer** 512:23
513:22 514:11
518:8 520:3
525:15 527:4
529:25 530:21
532:10 533:1,8,17
533:20 534:18,22
534:25 535:6,18
537:4,24 538:1
539:22 540:15
545:2 546:10
563:14 575:2
576:8,13,13 578:9
578:10,14,15,16
579:1 587:12
592:3 595:4,7,17
598:14 601:8,16
601:18 606:5,11
606:22,23 607:11
608:9 612:8,18,21
613:3,24 614:12
615:7,10,12 616:1
620:3 621:25
623:3,5 624:25
625:4,22 627:1
629:7,7,23 632:9
633:17 639:17
640:18,23 641:5
642:10 643:1,3
644:14 646:5
648:11 651:1
652:24 654:19
655:7 657:12,15
657:17,19 659:14
659:22 664:12
665:6,11,23 666:1
666:14 667:8,18
668:4 672:12
675:5 677:22

678:3 681:25
686:8 688:6 689:6
689:16 690:14
695:8 705:1
**answered** 521:8
595:19 718:2
**answering** 573:18
576:22 577:16
580:5
**anticipated** 558:20
**anymore** 554:11
607:22
**ap** 685:20
**api** 504:5 510:8,15
510:18,19,20,20
510:21 512:25
514:5 531:19,23
544:5 553:11
559:10 574:5,23
575:15 577:10
579:20 582:22
585:16 590:9
602:19,21,22
604:3,17 609:18
610:22,22 611:13
612:14 613:5,10
613:18 617:9,19
618:8 619:6,12,13
619:16,21 620:16
620:20 621:3,4,8,9
621:11 622:12,13
622:14 623:19
624:15,16,20
625:17,18 626:1,3
626:6,9,15,21
627:14 629:14,17
629:19 630:8
632:23 633:8,15
637:23 638:4,7
639:5,22 648:5,17
649:14 650:9

653:10,23 654:23
656:10,20 657:3,5
658:15,16 659:6
679:21 680:7,20
684:7 685:9,11,17
686:1 691:11
694:2,3 695:23
697:9,16 699:7,8,8
699:8 700:19,23
701:4,5,7,9,12,14
701:17,21 702:10
702:11,13,19
704:16
**apis** 504:10 509:21
511:10,17,21,23
512:2,6,9,10,13,21
512:25,25 513:3,8
513:12,15,16,23
514:3,3 527:20
529:12 532:11,13
537:9 539:4,20,20
545:4 552:1,18,18
559:15,25 560:20
573:22,25 574:7
574:21 575:13,14
575:25 576:2,24
577:6 604:17
605:24 606:15,18
606:25 607:7,16
608:20,24 609:4,9
609:25 610:2,11
610:12,14 611:2,7
611:19 612:25
614:1 616:19,22
617:1,8,20,22,23
617:25 618:12
620:7,22 621:13
621:16 622:8
623:11 624:11
637:14,22 638:8
639:3 640:3,7,24

641:3,7 642:6,11
642:23 643:5,10
644:2 647:22
655:3,10,12,20
657:22,23 658:1,2
658:9 659:4 670:5
677:19,21 678:13
678:16,23 679:1
679:20,21,24
680:4 682:18
683:8,9,11,25
691:8 692:14
693:4,16,22,24
695:19 697:16
699:16 700:3,15
701:2,3 702:7,21
703:4,7,15,21,24
704:12,24 709:12
713:9,11
**apologies** 569:23
575:3 676:8
**app** 517:10 525:21
526:1 529:17
530:4 540:2,8,9
547:22,23 552:10
553:4,7 555:2,12
557:5 565:9
581:11 584:18
601:24 602:5
617:13 620:4
623:21 624:7,16
624:20 625:5,12
626:9,19,21 627:4
627:6,14 633:21
633:23 653:9,15
674:12 685:5
687:5,8,23 688:15
692:20 693:2
706:6 712:23
713:4,23 714:13
714:17 716:20

Veritext Legal Solutions
866 299-5127

**[app - associated]**

717:7,12,13,19,24
718:14
**app's** 685:6
**appear** 620:10
631:18 650:4
720:4
**appearances**
498:1 499:1 500:1
501:1 502:1
**appearing** 498:2
499:2 500:2 501:2
502:2 722:18
723:7
**appears** 515:9
581:22 582:23
608:18 687:25
**apple** 708:7
**application** 511:8
513:18 524:3,5
592:17,19 593:4,6
600:14,15 602:8
619:7,13,16
623:20 625:9
626:14 629:14
632:23 633:9
679:21 691:9
695:20 696:1
700:4,16 716:19
716:19 717:6,21
718:18
**applications**
523:23 524:15
545:24 577:13
583:21 618:11
626:7 675:11
680:7 681:15
684:5 685:20,21
690:21 691:6
695:18 697:20
700:2,14 706:11
718:12,13

**applied** 563:2
690:11
**apply** 570:10,23
571:1,9 700:22
**appreciate** 574:24
578:7,11 594:18
595:13 598:5,10
598:17 599:13
603:22 627:9
719:13
**approach** 587:15
594:7 628:11
**appropriate**
534:11 560:4,10
586:5 594:7
608:15 617:15
627:22 639:1
672:8
**appropriately**
545:23 546:5,18
568:17 574:1,3
579:6 618:1,13
**approved** 671:24
**apps** 528:25
529:13 538:3
545:24 553:3
555:25 557:13
558:1 560:17
561:10,15 562:4
563:9,13,16
564:22 565:1,3,11
567:10 568:14,21
570:10,23 571:1,9
572:18 573:23
574:17 575:8,19
583:10,16 584:6
586:9 592:8 605:5
608:19 610:16
649:10 663:21
665:13,15 666:4,6
670:6 673:5

678:21 679:8,9,17
681:19,22 683:7
685:4 687:19,25
689:9 690:4
698:13,20 699:3
703:4,14,22 705:4
705:18 706:5
708:11 713:4,8,11
713:14,17,19,21
713:25 714:6,10
716:2
**april** 513:13
531:24 544:5
582:15 685:20
714:9
**archibong** 541:3
541:12 602:17
**area** 523:16
525:25 555:23
560:9 575:16
577:11 601:20
618:9 668:2
684:19 718:10
**argue** 615:23
**argumentative**
575:4
**arrive** 569:23
**arrow** 553:25
**art** 671:9
**article** 556:5
**articulate** 551:8
**articulated** 658:6
658:7
**artifact** 582:9
**aschwing** 500:13
**aside** 592:11
706:16
**asked** 521:8
534:17,21 535:4
574:25 578:8
593:18 634:2

641:11 665:7
690:15 704:15
717:9 718:2
**asking** 516:6
526:19 533:11
534:2,7,9 540:13
576:7 591:19
592:5 593:3
594:24 595:14,24
596:1,4,4,10
598:24 599:25
601:11 613:24
615:14 633:3
634:4 656:16
662:21 664:10
683:20,23
**asks** 592:17 593:4
600:14 684:11
713:18
**asserted** 676:17
**asserting** 549:11
611:24
**assess** 561:15
563:9,13 609:9
**assessed** 538:21
637:15 639:22
653:23 654:24
657:22
**assessing** 609:24
**assessment** 530:24
538:7,23 539:12
640:2 643:19
657:21
**assigned** 570:15
**associate** 502:16
698:21
**associated** 541:22
593:11 611:7
635:6 653:9 657:5
658:16 678:19,21
678:22 691:7,10

Veritext Legal Solutions
866 299-5127

**[associated - best]**

691:10 695:19,21
695:21 696:6
700:3,5,5,15,17,17
**assume**  516:12
651:10
**assumed**  558:12
**attached**  541:7
543:3,6 581:20
602:14 604:2
616:7 634:15
635:25 636:2,5
706:19
**attachment**
542:16,20 602:20
603:9 634:20
**attempt**  617:5
624:10 641:25
642:11 644:24
682:2
**attempted**  549:11
**attempting**  550:3
550:4
**attorney**  500:17
501:15 606:3
721:19
**attorneys**  498:9
499:10 500:8
501:7
**attribution**  653:6
653:21 654:6
670:12
**audit**  621:13,18
623:20 629:18
630:7 643:5,10
**audited**  637:14
**auditing**  573:12
579:18 580:18,20
**audits**  630:14
**august**  515:9
**auld**  499:5 506:24

**austin**  500:6
506:19 517:18
521:7 639:11
648:22 682:23
702:1 711:21
**author**  549:10
555:24 570:19
573:19 591:8
614:14 619:9
625:1 644:19,23
650:5
**authoring**  551:22
**authoritative**
613:24 614:12
629:7 633:17
710:4,6
**authorization**
716:10,14,25
717:15
**authorized**  513:17
718:18
**authors**  646:23
654:21 655:25
699:23
**available**  530:16
545:5,6 552:2
553:18 554:10,11
554:24,25 555:4,5
555:8,11,17
573:23 574:8,17
574:21,22 575:8
575:13,15 576:25
577:12,20 638:11
639:6 679:8 685:9
693:5,17 694:3
701:10,13,15
703:10
**avenue**  498:10
500:18
**avoid**  671:15

**aware**  527:16
580:14 618:10
619:14 621:25
632:19 638:17
643:9 646:2 656:7
681:23

**b**

**b**  496:12 502:5
503:8 504:1 505:1
508:8 535:19
598:7 664:10
723:1
**back**  514:21
521:16 523:2,8
524:16 526:8
528:25 529:6,17
530:4 535:11
536:21 569:19
572:15 579:15
585:11 589:18
593:24 594:10
603:25 632:22
634:11 642:4
644:25 649:22
670:21,24 672:20
672:23 700:10
709:4 718:24
**bad**  534:20
**base**  524:6 610:21
**based**  536:12
577:3 608:17
639:23 640:3
642:10 650:4
653:22 658:7
659:2 687:24
**basically**  633:7
**basis**  546:20,22
562:23 563:7
**bates**  542:5 635:4
635:5

**bear**  669:12
**began**  685:19
**beginning**  506:14
685:20
**begun**  582:22
**behalf**  497:16
507:8 514:5
578:14 588:7
598:14 607:11
612:18,21 624:25
640:18 655:7
666:1,15,22 667:8
667:19 668:4
695:9
**behaved**  714:1
**behavior**  702:21
**believe**  509:19
517:6 524:4
534:10 591:24
615:16,18 661:13
665:12 666:3
667:2
**believed**  585:1
612:13
**believes**  529:5
600:2 611:18,24
**benefit**  529:18,21
530:8
**benefits**  522:22
529:20
**best**  527:3 529:10
533:20 534:22,22
534:25 535:7,18
545:2,16,18
552:16 573:21
576:13,14 579:1
586:20 589:7
605:1 606:22,23
615:6 620:2,3
623:5 625:4,25
636:8 638:6

Page 6

**[best - captures]**

682:15
**beta** 693:24
709:12
**better** 514:19
601:3
**beyond** 576:1
673:21 674:9,9
677:13,16 687:20
689:24,25 694:22
695:9 716:6
**bfalaw.com**
499:15,16,17,18
**bing** 589:1,3,9,11
589:11,12,15,17
589:19 590:17
604:20
**bit** 527:5 528:8
593:10 620:7
630:3 707:19
715:10
**bizarre** 688:12
**blackberry** 547:22
547:24 692:20
708:7
**bleichmar** 499:5
506:24
**blog** 706:25 707:9
707:10,11,19
710:14 712:1,10
712:20 715:24,24
718:4,8
**bold** 628:4
**bottom** 566:14
576:17 676:14
**box** 552:9,9 649:2
**boyle** 634:18,23
635:8 636:12
**branded** 673:5
**breach** 666:4,17
666:21 667:2,10

**break** 514:16,23
569:11,13,15
618:17,19 715:14
**brian** 541:11
542:23,24,25
**briefing** 660:11
661:5 663:4
**briefings** 660:14
661:10
**broad** 529:10
530:20 613:25
**broadly** 558:15
604:4 622:19
674:21
**broke** 622:5
639:19
**broken** 692:1
**bryan** 570:5,11,12
570:13,20
**bucket** 643:16,22
**buckets** 641:4
**build** 517:12 518:3
520:10,11 521:13
671:11,18
**building** 521:24
572:12
**built** 510:21
567:11 607:21
671:22 697:19
708:6
**bullet** 545:14,20
545:25 546:25
547:2 548:2
563:22 609:2
611:11 624:15
625:15 637:21
640:1,9,10 643:19
645:10,13,20
649:23 650:17,18
663:13,14,18

**bullets** 548:15
550:5 568:22
645:7 673:2
**bunch** 537:5
657:11
**buongiorno**
500:16 506:21
**business** 671:8
692:6,10 693:8,11
694:18,25 695:5
695:12 709:9
711:1,7
**businesses** 649:8
**buy** 523:22
**buying** 524:2

**c**

**ca** 503:13,18,19,23
503:24 504:6,11
504:12,16,19,20
505:7,8 722:9,12
722:20
**calculated** 652:9
652:10
**california** 496:2
496:21 497:2
499:13 500:11
501:8,17 502:9
**call** 626:14 631:22
**called** 515:10
590:3,4 609:11,19
632:5 673:12
679:20,22,24
680:4 697:22,24
697:25
**calling** 514:5
**calls** 605:16 608:1
612:6 613:6,19
614:9,22 629:4
630:17 632:7
647:10 648:21,23
649:16 653:11

657:16 665:8
680:7 682:9
**cambridge** 622:5
639:19 661:6,8,11
**camera** 515:23
**canvas** 552:10
553:3
**capabilities**
511:14 554:9
558:2,5 563:10,13
563:15 564:23,25
568:15,22 572:19
575:25 577:19
610:14,17 611:7
620:23 633:20
670:3,4 691:7
695:18 697:5,10
699:21,22 700:2
700:14 701:2
702:20
**capability** 574:12
610:23 617:13
620:4 623:19,20
623:21,22 624:7
625:6,7,8 627:5,6
633:10,21,23
696:1,4 697:5,8
**capacity** 517:8,25
518:19 545:3
573:19 576:22
578:17 591:7
601:17,19 602:7
627:22 633:18
639:15 653:2
**captioned** 707:12
**capture** 573:11
579:17 656:25
**captured** 580:14
617:17
**captures** 581:23

**[career - comment]**

career  515:4
carrier  566:18
carriers  568:8
carry  640:4
case  496:4 497:4
  524:18 547:9
  557:23 562:23,23
  563:7,7 567:21
  590:14 601:25
  618:11 631:25
  704:15 705:12,20
  705:25 706:3
  721:15
cases  546:1 547:3
  547:6 555:9
  558:22 559:14,22
  560:11,14 569:2,8
  572:9,22 575:18
  584:22 585:24
  586:1,11,13,13,15
  615:24 705:6
casting  605:18
catch  572:9
categories  562:5,8
  567:13,19,22
  568:1,3 653:8
  704:1
categorization
  562:1
categorizations
  561:24 709:21
categorize  551:19
  712:5
categorized  562:4
  641:4
category  649:5
  651:14 709:10
caught  572:23
caution  606:2
caveat  606:19
  609:19 702:24

caveats  688:8
  689:3,14
cc  541:12
ccp  722:9,12
ccr  496:21,22,23
  721:24
cell  628:15
centralized  580:16
  581:10
certain  531:12
  532:5,8 555:11
  559:12 560:19
  574:17 575:8
  583:9,16,21
  586:11,12 609:9
  609:25 610:24
  626:14,15 647:21
  670:15 677:14
certainly  551:24
  560:6 563:15
  564:18 577:18
  579:2 611:1
  612:10 655:10
  672:7
certified  497:20
  497:21 721:2,3
certify  721:4,17
cetera  552:12
challenge  615:25
challenging  585:8
  676:4
chance  616:9
  691:22
chang  541:11
  571:16,17
change  511:6
  566:9 632:15
  724:4,7,10,13,16
  724:19
changed  515:7
  554:18 559:17

607:20 714:1
changes  544:4,11
  547:19 548:11,13
  551:7 554:20
  557:2 559:6,10,18
  560:8 566:4
  582:14 585:16
  592:7 618:8 621:7
  621:15 680:1
channel  570:9,22
  571:1,5,9
characterize  560:4
  562:21 568:17
  578:3 624:8 707:4
  708:22
characterized
  567:3,14
chat  581:23,25
  582:6,11,23
  588:15,21,24,25
  591:20
chats  584:16 587:4
check  661:1
checked  566:8
chen  502:16
  506:21
chris  563:24
chronological
  582:24
cite  656:7
civil  722:19,20
clarification
  596:21 713:18
clean  622:11
  623:11
cleaned  620:25
  622:24 623:6
cleanup  622:22
clear  505:5 543:25
  558:11 567:18
  568:23 577:16

594:12 605:23
  630:24 634:4,7
  647:4 683:2
  707:12 712:14
client  606:3
close  606:20 715:3
closely  518:3
  530:23 620:13
  718:6
closest  540:22
  645:11
code  531:21 544:3
  609:21 610:20
  722:9,12,19,20
codified  528:21
coding  639:3
coffee  517:21
collate  561:9
colleagues  586:17
collect  580:6
  617:10
collected  619:10
  679:9
collecting  651:5
colorado  501:10
column  649:1
  687:2 690:22
  696:4,18
columns  628:18
  628:19
come  514:11,21
  523:8 541:10
  550:23 562:25
  593:24 594:10
  611:14 719:15
comfortable
  715:13
commencing
  497:17
comment  610:9
  624:3 664:3,4,21

[comment - context]

665:3,19 666:20
677:12 683:9
699:14 704:8,22
705:25 715:22
719:10
**commentary**
623:6
**comments**  513:13
573:12
**commitments**
579:17 580:15
**common**  519:6,8
519:15
**comms**  664:7
**communicate**
535:17 586:21
**communicating**
583:12 586:17
710:7
**communication**
614:8
**communications**
565:7 666:18
667:15
**community**
522:17 529:2
**companies**  517:10
671:17 707:22
708:6,21 710:9
712:15 715:17
**company**  517:2
526:21 528:1
538:20 543:15
573:24 579:10
598:15 612:10,22
613:22 621:12
622:13 625:1,22
626:25 640:19
642:12 651:1
652:15,24 654:19
656:5 666:2,12,15

666:22 667:8,19
668:5 675:4
685:13 695:3,9
698:18
**company's**  518:2
547:11 664:5
**companywide**
638:7 639:17
**compiled**  619:10
**complete**  611:13
615:7,10,10,25
645:15 650:1,6,20
677:9 708:15
710:17
**completed**  686:7
701:23 722:7,17
723:6
**completely**  551:19
551:21 702:3,4
**completing**  654:1
**completion**  721:15
723:10
**complicated**  680:9
702:17
**complies**  507:18
**comply**  637:24
**compound**  513:10
522:24 549:25
654:16
**comprehensive**
611:6
**comprehensively**
622:11
**concept**  568:4
652:16
**concern**  534:1
535:22 578:19
599:12
**concerned**  592:6
618:4

**concerns**  591:9
599:20 618:9
635:21
**conclusion**  614:23
**concretely**  714:3
**confident**  515:20
627:5 640:17
641:3 643:20
658:23 694:21
713:10
**confidential**
496:11 719:4,7
**confirm**  646:23
647:12 648:8
658:1 670:10
702:2
**confirmed**  587:7
619:25,25
**confirming**  587:11
**confused**  593:10
**confusion**  671:15
**connection**  592:20
593:7 600:16
657:2 667:22
**conquer**  541:13
**conquor**  503:13
**consider**  522:2,10
525:7,19 536:25
577:22 578:12
588:4 611:25
655:3 673:24
712:11
**consideration**
547:20
**considered**  517:4
522:14 523:23
529:14 531:10
532:3,18 533:4
536:3 537:5,6,11
537:17 538:3,7,11
538:16 539:2,12

547:23 550:16
553:22 559:2
566:25 568:9
576:5 577:6,14
579:3,4,7,7 588:3
612:2 626:20
641:1,8 643:7
644:3 655:13
656:11,20 694:4
705:5,11,14,19,24
706:1,3
**considering**
521:13 525:11
530:22
**considers**  530:14
577:25 615:15
674:2
**consists**  685:4
691:6
**constituting**  663:9
**consumer**  496:4
497:4 506:10
694:7 712:8 722:4
724:1
**cont'd**  500:1 501:1
502:1 504:1 505:1
**contact**  636:11,13
636:15 722:9
**contain**  527:19
**contained**  704:10
720:4
**contains**  556:5
**content**  523:3,7
524:16 530:6
556:17 589:10,12
590:16 652:5
**context**  528:3,16
590:23 595:6
597:2 598:12,16
599:20 607:6,25
608:10 614:18

[context - cross]

620:8 631:4
632:12 637:12
654:3 664:11
667:3 691:16
701:12,14,21
**contexts** 699:8
**continuation**
508:8
**continue** 508:10
511:18,21 532:16
536:12 537:8
538:9,9,24 539:3
540:18 547:21
555:9 556:1 559:4
559:6,15,23
563:17,19 566:12
569:11 583:4
605:9 623:22
655:19 662:11
685:8 706:6,12
**continued** 510:21
513:23 533:6
539:14,19 540:8,9
557:13 560:7,18
611:2 623:13
624:4 665:1
685:21
**continuing** 512:17
664:19 665:14
666:6
**contract** 516:8
526:18 527:13
528:13 589:14,17
589:22 628:6,20
630:15 675:15
676:11
**contracted** 527:10
**contracts** 526:11
526:14,20 527:14
527:16,20 528:12
565:21 566:7,10

606:14,18 610:1
**contractual**
537:13 624:17
**contractually**
566:11
**contribute** 529:1
**contributes**
530:15
**controlling** 621:15
**convenient** 618:18
**conversation**
509:7,8 526:23,24
562:23 683:19
**conversations**
509:2,4,12,14,15
540:7 564:7 605:4
**cool** 535:8 603:16
603:19 700:12
**corporate** 496:13
535:19 539:1
594:17 613:4
677:8 687:21
690:3 706:25
**correct** 542:21
546:10 574:14
627:12 645:5
648:5 717:25
720:5
**corrected** 720:5
**corrections** 719:5
720:3 722:14,15
723:3,4
**correctly** 537:5
553:17 574:11,13
580:5 583:6,7,13
583:14 584:14,15
587:1,2 588:19,20
607:4,5 609:12,13
610:3,4 611:16
617:17 619:5
622:16,17 636:22

636:23 642:19,20
645:18,19,23,24
678:24,25 691:13
691:14
**counsel** 498:1
499:1 500:1 501:1
502:1,16 506:14
507:3 514:13
535:11,14,16,21
595:20 596:16,22
598:5,18 599:4
719:10 722:18,21
723:7
**counsel's** 599:19
**count** 687:17
**counted** 687:19
**counts** 615:1
**couple** 593:21
637:1 661:9
**course** 520:23
535:25 597:25
603:24 676:8
691:17
**courses** 597:23
**court** 496:1 497:1
497:21 507:8,14
507:16,19 541:6
543:5 581:19
602:13 616:6
634:14 635:24
706:18 713:18
721:3
**cover** 526:15
567:21 606:15
620:11 705:4
**covered** 527:17
613:10 657:25
658:1,5 704:1,17
**covering** 705:5
**covers** 567:10
610:21 658:2

695:16 699:2
**create** 524:16
531:1 594:11
640:4 718:8
**created** 530:25
553:19,21 563:16
564:25 642:1
699:4 703:3,6
**creates** 530:5
645:17 646:18
650:3,9,22
**creating** 546:18
641:20,24
**creation** 687:8
688:15
**creations** 688:12
**criteria** 540:2
562:10,16,18
563:10,21 583:11
625:16
**cross** 496:13
497:15 503:3
506:8 507:9 508:1
508:6,18 514:7
515:2 517:20
526:10 534:16
536:2,23 541:10
541:14 542:10
543:8 569:10
578:7 585:6
598:25 599:18
600:11 603:6
615:18 616:8
629:23 634:17,22
636:4 637:23
638:4 646:8
650:11 660:1,20
661:16,18 662:5,7
662:10,15,23
664:9,18,24
665:23 666:16

[cross - definition]

667:1,9,20 668:7
668:25 669:15
672:6 676:4 705:3
715:5,12 720:1,11
722:1,5 724:2
**cross's** 600:10
**crutcher** 500:5
501:5 506:20
**csr** 496:21,21,22
721:25
**current** 535:5
**cut** 598:20
**cuts** 566:22

**d**

**d** 698:2,2
**dallas** 500:20
**daniel** 498:7 502:5
506:17 507:7
**daniels** 563:24
**data** 510:4 511:10
511:15,18,21
512:1,16 513:17
513:23 514:4,5
524:9,10 528:24
529:1,6 530:16
531:12 532:5,8
536:24 539:5
540:19 546:4,7
552:11 553:8
555:3,13,14,15
557:6,14 573:10
573:15 574:15,16
575:6,7,20 576:1,8
576:10,19,21,21
576:25 577:1,8,12
577:22 578:1,3,6
578:12,23 579:2,4
579:5 583:5
589:18 591:3,6,17
592:9 599:16,21
600:12 601:1

602:5 605:14
610:12,18 611:3
611:14,20,25
614:2,2,6,20 615:4
617:21 618:4
619:7,10 626:19
638:8 640:25
641:7 657:23
663:21 664:20
665:1,14 666:5
667:11,23 670:6
677:18,21 678:1
678:20,22 679:8
683:8,12,15,16,17
683:21,25 684:1
685:10 689:15
691:10 695:21
696:6 697:6,9,15
698:13,22 699:7
699:24 700:5,17
703:5,10,16,21,25
704:17,24 706:7
709:8 713:16,20
713:22,22 714:6
716:2 717:25
**date** 542:13
582:10 602:18
668:21 676:21
678:21 687:8,11
688:15,18 689:4
689:24 690:20
696:9,12 703:14
704:2,8 721:20
722:16 723:5
724:24
**dated** 503:11,21
504:4,14 541:11
581:16 634:19
660:4 721:23
**dates** 513:4 621:5
701:16

**davis** 499:8 506:25
**day** 517:20 660:18
669:1 676:5 720:6
**days** 508:19
**december** 505:4
602:18 685:25
686:11,14,14,17
706:22
**decide** 624:13
628:10 658:17
715:9
**decided** 517:11
518:2 583:20
659:5
**deciding** 531:11
532:4,16 533:5
536:4,23 539:3
540:17 563:2
655:19 657:3
**decision** 533:11
540:2 541:1 564:6
564:10 573:12
583:16,23 621:24
622:2 625:16
642:15,22 645:4
645:14 646:16
648:5,16 649:13
649:25 650:8,19
656:10,19 657:1
658:8 659:20
**decisions** 530:16
562:22 564:3,14
579:17 580:15,23
584:9 645:22
657:9 658:25
659:16 664:25
**deck** 504:15 543:3
543:20 545:17
546:13 548:23
551:1,22 554:17
555:20,24 556:16

556:20,23 558:14
558:17,18 562:3,6
566:1,3 570:2,17
570:19 572:12,16
573:19 580:8
604:2 618:21
625:1 630:14
632:22 634:20,21
636:2,5,18 637:2,4
637:12 641:13
642:1 644:19,23
646:22,23 648:15
650:4,6 654:20
655:1,24 656:9,18
657:22 658:6,8,13
**declare** 720:1
**deem** 588:23
**deemed** 699:22
**defendant** 506:20
668:11
**define** 517:14,15
519:11 520:4
534:24,24 537:19
559:13 562:10,15
655:18
**defined** 560:12
562:18 568:7
615:9 654:24
655:1 672:25
673:20 675:22
694:11,24,24
695:11,11,12
**defines** 519:7
537:24 653:25
677:14
**definition** 517:1
518:10 519:10,13
519:19,21 520:2
520:17,20 560:16
567:9 575:22
577:14 578:20,22

[definition - designations]

578:25 579:9,10
580:19,21 590:13
613:10 615:8,21
619:13 631:17
632:14,19 633:14
656:7 671:3
673:21 674:7,17
675:12 684:1
705:11,23
**definitions** 615:20
632:15,17 694:23
**definitively**
539:21
**denominator**
519:15
**denver** 501:10
**depended** 659:11
**depending** 574:5,5
574:6 632:15
**depends** 580:19
**depo** 660:25
714:23
**deponent** 497:16
503:2 507:18,24
512:8,20 513:11
514:1 516:6
517:17,24 519:1
519:18 520:1,8
521:7,10 522:5,25
523:14 524:13
525:1 527:2 528:7
528:19 529:9
530:1,20 532:21
533:13 535:8
536:8 537:3
538:18 539:10,24
541:15 547:8
549:7 550:1
554:14 555:19
556:11 557:8
562:21 567:24

569:21,25 574:20
575:11,22 576:12
577:25 581:7,21
583:19 584:2
585:5,11 586:20
588:10 589:21
591:19 592:4
595:3,22 596:9
600:24 601:18
603:12 606:7
607:10 608:2
611:23 612:7,17
613:8,21 614:5,11
614:24 616:24
618:6,24 621:21
623:1,17 624:2,24
625:21 626:24
627:20 629:6
630:11,19 631:5
631:24 632:10
635:7 637:8
638:14,24 639:11
640:17 641:10
642:25 644:7,21
646:2,21 647:12
647:25 648:7,22
649:18 650:13,25
652:13,23 653:13
653:19 654:18
655:6,23 656:14
656:23 657:8,18
658:22 659:8
661:3 663:1 664:3
664:15 665:9,18
665:25 666:10,20
667:6,14 668:1
669:25 673:10,19
674:6 675:2,20
676:1,8 677:12
679:11 680:15
681:2,11 682:10

682:22 684:3
688:4 689:1,12,22
690:8,18 691:22
692:12 693:1
694:21 695:8
697:1 699:13,20
700:8 701:1,20
702:16 703:19
704:5,22 705:9,22
706:10,24 708:20
709:2,20 710:3,13
710:21 711:6,15
711:20,25 712:5
713:2,25 714:15
715:13,22 716:8
716:17 717:2,18
718:3
**deponent's** 496:15
**deponents** 721:7
**deposition** 496:12
497:15 506:8
507:21 508:9
514:8 592:2
595:12 600:10,23
702:15 704:4
719:3 721:14
722:19,22,24
723:8,10
**deprecate** 607:2
608:7 658:18
**deprecated** 510:16
511:18 513:9
532:12,14,15,17
533:3,7 536:5
537:9 539:20
540:9 555:22
556:2 561:10,16
582:19 604:18,19
608:25 609:5
623:12 637:15
640:8 643:13

644:12 685:17
701:15,22 702:4
**deprecation**
512:10 513:4
557:14 560:19
577:10,19 667:22
685:10 686:6
688:23 701:16
**deprecations**
559:14,24 583:3
587:9
**derek** 498:6
506:16 541:18
560:25 634:24
668:18 691:18
**describe** 554:8
560:22 589:7
613:4 638:6
671:10
**described** 509:1
560:1 629:2
641:15,18
**describes** 568:13
627:13 630:14
658:13
**description** 503:10
504:3 505:3 628:9
691:2,25 700:1,11
700:13,20,21,22
702:8 709:6
710:17
**descriptions**
552:18 709:11
**design** 571:20
**designated** 508:13
509:23 714:20
**designation**
719:13
**designations**
719:14

**[designed - document]**

**designed** 646:15
656:25
**designee** 539:1
594:18 664:10
677:8 687:21
690:3
**despite** 678:8
**detail** 523:19
557:11 570:18
589:23 626:25
653:20 697:12
**detailed** 644:17
**details** 510:17,24
513:21 619:14
638:15 646:3
647:21 648:3
649:12 658:14
**determinant**
539:14
**determination**
531:7 614:25
640:22 641:21
644:1 654:23
675:4,4
**determinations**
537:12,14 718:7
**determine** 514:2
558:4 566:10
578:18 640:7
643:12 644:15,22
682:3 689:18
**determined**
536:11 625:11
676:10 689:5
722:18,22 723:7
**determiners**
525:23
**determining** 537:6
540:7 679:16
**dev** 548:2,3,5,6

**develop** 567:4
621:14
**developer** 511:1
518:14 519:4
521:15,25 524:2
527:18 528:10
531:2 544:11,23
548:6,9,12,13
550:13 553:23,24
559:7 567:4
574:10,22 606:13
607:19 612:24
626:5 674:13
692:23 693:2,4,7,9
693:11,14,17,20
693:23,25 694:4,8
694:9,14 701:11
707:16
**developers** 517:10
521:20 523:21
524:10,14 525:12
529:11 544:14
545:5,6,24 548:8
551:25 552:23
553:2 554:25
555:8 559:3 565:9
574:9,23 577:21
582:22 583:2
588:17 606:15
613:1 617:9 691:9
693:5 695:20
700:4,16 701:10
**development**
622:7
**device** 526:2 538:4
560:7 617:12
**devices** 671:12,19
692:20 708:6
**dgarrie** 502:11
**diagramming**
556:7

**dialog** 552:10
**dialogs** 552:24,25
552:25
**dialogue** 552:22
**differ** 653:22
**difference** 692:9
695:4
**different** 513:5
519:11,12 521:4
526:16 552:21
554:7 561:23,25
562:4 576:16
584:7 597:19
609:21 619:20,23
627:13 630:23
632:1,2,17 638:10
657:11 660:18
671:12 687:19
692:1 695:15
702:6,19,23 709:7
709:14 719:16
**differs** 656:4
**difficult** 595:12
598:11
**difficulty** 542:8
**direct** 533:20
**direction** 721:11
**directly** 522:22
567:25
**director** 645:11,21
647:21,22 648:4
648:15,17 649:13
650:7 658:16
707:15
**directors** 642:15
642:21 645:4
646:15 649:24
650:14 651:6
**directs** 553:25
676:19

**disclosures** 617:15
704:1
**discrete** 508:12
**discuss** 512:9
**discussed** 510:7,24
510:25 511:10,13
511:13 560:6,17
564:14 591:10
656:2 657:22
661:11
**discusses** 661:6
**discussing** 509:17
510:15
**discussion** 564:21
584:8 585:19
672:22 684:23
**discussions** 525:12
584:5
**distinct** 552:6
**distinction** 694:16
**distinctions** 719:7
719:15
**district** 496:1,2
497:1,2
**divide** 503:12
541:13
**division** 632:16
**dloeser** 498:14
**document** 496:6
497:6 541:25
547:9,11 549:10
581:14 593:15,17
594:6,6,14 595:2
595:15,15,16,21
596:2,7 598:12,17
598:19 627:9
629:8 641:16,18
660:24 661:4,9,14
668:14 669:17
672:4,7 673:22
674:10,18 675:22

[document - entire]

677:6,13 694:25
695:11 699:23
706:16 715:1,4,9
715:14
**documentation**
640:21
**documented**
637:25 639:5
654:4
**documents** 508:19
508:20 509:3
538:19 539:11
541:20,22 594:23
595:24 600:6
616:15 636:7,8,16
661:22 662:2,13
662:16 690:9
715:6,6
**doing** 524:6 604:4
620:16 682:22
**door** 569:22
**double** 661:1
**doug** 563:24
**download** 526:3
**draft** 548:23 566:2
570:17
**dramatically**
663:20
**drew** 634:19
635:13,14,14
**driver** 540:25
**drivers** 622:7
**driving** 639:20
**drove** 622:1
**dub** 553:4,4,4
**due** 681:15
**dunn** 500:5 501:5
506:20

**e**

**e** 499:6 503:8
504:1 505:1 722:9
722:12 723:1
724:3,3,3
**e.g.** 563:25 625:16
**earlier** 533:15
633:14 661:17
**early** 564:16,16
**easy** 526:2
**ecosystem** 523:16
544:23 607:19
**eddie** 541:4
634:18 636:14,16
**edge** 513:14
**educated** 523:18
**effect** 535:4
**effective** 594:2
599:7
**effort** 550:14
593:22 604:6
608:19 610:14
624:6 636:11
644:16
**efforts** 510:8
622:13 624:10
636:13,15 639:9
690:13
**eight** 545:17
546:14,23 551:22
573:20 585:17
589:6 591:21
**either** 533:21
585:18 635:12,15
635:19 637:15
703:20 715:4
**elapsed** 545:19
**elia** 509:14 510:13
510:24 511:3,9
668:23

**eliminated** 555:15
**email** 503:11,21
504:4,14 509:14
541:10,13,14,16
542:11,12,16
581:15,23 602:16
602:18,20 603:25
605:1,3,22 606:9
608:4 609:6
611:10,24 614:14
620:12,14 634:18
636:5 660:3,21
662:4
**embed** 553:5
**emit** 511:10,17,21
511:25 512:15
513:17,23 539:4
611:3,14,19,25
614:1,2 617:20,23
638:8 641:7 655:3
655:10,13 683:8
683:12,25 699:23
703:25
**emitted** 546:17
610:12,17 640:25
654:11,24 657:22
679:17,23 681:8
681:13 682:18
683:10 684:5
697:9,16,20
698:13 703:16,21
704:16
**emitting** 514:4
**emma** 498:8 507:2
**employed** 588:10
**employee** 666:17
721:18
**employees** 509:5,6
663:8 707:2,5
**employment**
520:23

**empty** 558:15
**enable** 573:12
579:18 580:18
589:9 670:5
**enabled** 704:12
**enacted** 551:5
552:3 557:3
558:13 566:4
568:19,25
**encourage** 530:7
**endeavor** 534:22
**endpoints** 678:19
679:4 695:21
700:5,17
**energy** 531:5
**enforcement**
509:18
**enforcing** 601:21
**engaged** 544:21
671:18
**engagement** 652:4
652:14,16
**engineer** 582:3
**engineering** 651:3
682:3
**engineers** 690:10
**england** 496:15
497:17 506:1
**enhance** 602:7
626:17
**enrich** 524:19
**enriches** 530:4
**ensure** 534:8
574:11 578:6
610:1 637:24
639:1
**ensuring** 545:21
**entail** 681:17
**enter** 526:11
**entire** 608:19
687:19

[entirely - explains]

**entirely** 556:12
609:15 633:13
641:2
**entirety** 595:1,20
**entities** 519:3,12
519:21 521:23
527:12 540:18
567:1 671:16
674:14 677:2,4,20
699:6
**entity** 521:12
530:23,24 590:10
612:19 676:10
687:2
**entry** 695:25
**enumerate** 552:16
617:2,3,5
**equipment** 525:18
**errata** 722:14,16
723:3,5
**escalate** 642:16,22
644:2 645:5
**escalated** 643:6
644:9,11
**escalation** 504:15
504:18 634:20
635:20 636:20
640:12
**establish** 622:14
**established** 520:21
**estimate** 644:8
**estimates** 643:15
643:20
**estimation** 571:8
626:2
**et** 552:12
**evaluates** 640:2
**event** 639:8
**events** 512:5,25
513:15 621:17
661:6 699:7

**eventually** 555:8
**everybody** 529:17
**evidenced** 592:7
**evolve** 622:15
**ewright** 498:16
**exact** 513:4 543:17
718:7
**exactly** 528:2
544:8 557:1,2
559:19 588:18
621:22 629:10
643:11 652:9
653:21 657:24
658:4 659:15
680:8 689:13
713:25
**examination** 503:2
508:4 662:16
**examined** 508:2
**examining** 508:13
**example** 518:18
523:1,4 525:3
529:11 530:1
538:4 540:17
547:17,21 560:7
566:9 574:7,7
625:5,10 626:8,13
646:10 688:11
692:17,19 700:23
710:22 711:20
**examples** 518:15
527:23 617:6
626:10 673:1,4
695:13 710:24
711:15 712:1,10
713:3
**exception** 685:12
686:9
**exceptions** 584:13
587:9

**excerpted** 595:1
**excerpting** 594:14
**excess** 566:11
**excuse** 509:8
682:10
**executed** 720:6
**executive** 660:9
**exempt** 558:22
559:14 560:12,13
569:1 572:8
**exercise** 640:6
**exhibit** 503:11,15
503:21 504:4,8,14
504:18 505:4,13
505:15,17 541:5,9
542:1,2,3 543:3,4
543:19 579:13,15
581:18 592:10
593:21 594:1,11
598:22,22 599:15
599:19 602:12,25
616:4,5 634:13,17
634:25 635:3,6,23
636:4 659:23,25
659:25 660:2
668:8,17,19,20
669:24 670:24
706:17,21,21
**exhibits** 505:11
**exist** 510:21 514:3
536:12 556:24
558:6 570:20
572:2 581:3
683:10 698:17
**existed** 511:15
529:12 566:7
576:24 606:18
607:16 610:15
612:25 624:7
**existence** 587:6,17
587:19 642:13

**679:18 685:7
existing** 621:13
622:13
**exists** 581:2 702:4
704:25
**expect** 583:1
653:22 699:17
**expectations**
607:19
**expected** 529:15
559:4 571:24
591:13 604:22
650:15 651:8
653:14,21
**experience** 523:21
545:2 602:8
617:11 625:25
626:17 643:2
651:2 675:7
**experiences**
583:10,17 671:22
694:7 708:9 712:8
**expert** 600:25
601:20 652:9
658:23 664:7
665:21 666:10
667:7,17 689:2
**expertise** 523:17
668:3
**expiry** 566:9
**explain** 523:18
545:15 554:15
594:25 604:24
650:8 654:2,5
680:10,11 687:22
690:22 710:8
**explained** 710:15
**explaining** 645:16
646:17 650:2,21
**explains** 604:4

[explanation - fairly]

**explanation**
534:18 601:13
623:7,9 693:3
710:4
**express** 530:13
**expression** 682:6
**extension** 685:7,13
685:24,25 686:16
687:20,23
**extensions** 685:11
686:8 688:1
689:19,23 690:5
690:16
**extensively** 683:22
**extent** 509:11
513:22 540:16
607:8 640:15
**external** 574:8
620:22 638:11
**externally** 583:12
**extremely** 669:17

**f**

**f8** 582:12
**facebook** 496:3
497:3 500:4 501:4
505:4 506:10
509:5 511:1
513:21,21 514:2
515:4 516:8,11,24
517:11,12 518:2,3
518:7,13,13,23
519:4,6,7,9,16,24
520:6,12,15,24
521:12,14,19,20
521:25 522:1,3,11
522:17,19,20,22
523:2,9,12,25
524:7,10,11,16,19
524:24 525:9,19
525:20,20 526:1
526:10,15,17,19

527:10,13,17,18
527:19 528:9,12
528:14,17,24,25
529:1,4,5,7,21,21
530:4,5,7,9,10,14
530:15,22 531:1
531:10,11,17
532:3,4,18,19
533:4,5,9,10,13
536:2,3,11,13,25
537:1,18,22,24
538:12,13,15
539:21,25 540:15
543:8 544:11
546:6 547:4,22,25
548:9 549:4,23
550:3 552:21,24
553:4,24 559:3
560:2,5,13 565:10
567:2,4,16,20
570:22,25 571:24
574:16 575:7,17
577:22,25 578:4
578:12,15,16,18
578:23,24 580:17
580:22,25 581:4
583:15,20,22
584:3 586:3,6
587:24 588:7,11
588:12 589:3,10
589:12,14,16,18
590:16 592:13
593:14,23 594:5
594:25 595:15
596:6,7,11,14,23
596:25 597:14,19
597:20,21 599:5
599:25 600:1
601:25 606:14
607:1,7,12 608:18
611:18 612:4,13

612:18,19,24
613:2,17 615:15
617:24 618:4
619:6,12 623:14
629:2 632:4,6,16
638:20 639:8
640:13 641:6
643:5,8,10 644:1,3
647:14,16 652:5
653:25 655:2,8,18
657:4,14,19 659:4
659:18,21 660:15
663:23 664:11,25
665:6,12,20 666:3
667:2,22 668:9,11
670:19 671:2,8,9
671:10,15,18,20
671:21,21,23,23
671:24 672:25
673:5,8,15,16
674:2,13 675:3,12
675:15,24 676:11
676:15,19 677:2,4
677:22,24 678:1
678:15 679:7,16
679:19,25 683:11
683:24 684:4,11
684:13 685:3,19
689:7,17 692:20
693:2,3,7,9,11,13
693:17,20,23,24
694:4,8,9,14 695:2
697:15,20 698:15
698:22 699:4,6
701:10 703:3,6,13
704:2,15,19,23
706:4,10,22,23,24
707:2,3,5,8,10,13
707:21 708:2,5,5
708:10,17 709:24
710:9,19 711:12

712:22 722:4
724:1
**facebook's** 496:12
505:6 510:8
528:14 538:25
544:14,25 545:22
547:10 548:7,19
548:22,25 549:9
549:12 582:9
583:25 594:17
598:7 600:25
601:21 613:4
639:3 642:23
660:9 664:10
667:10,21 669:2
670:22,25 671:12
671:17 674:7
676:16,20 677:7,9
678:9,14 680:3,24
681:3 683:20,22
684:1 687:21
690:3 691:1
692:15 694:17
698:21 706:25
707:6
**facility** 682:4
**facing** 552:25
620:22 707:20
**fact** 548:19 560:2
608:21 643:5
647:8
**factor** 540:8
**factors** 621:23
659:12
**fair** 529:5 548:21
591:14 611:18
612:12 629:3
631:21 647:6
648:18 693:10
**fairly** 643:20

[fairness - fourth]

| | | | |
|---|---|---|---|
| **fairness**  528:23 529:4 | **fewer**  696:18 | 685:1,1,3 695:25 708:4 | 656:12 659:7 664:1 665:17,24 |
| **fall**  568:3 703:25 | **field**  685:8 700:5 | **fit**  702:8 | 666:8 667:5,12,25 |
| **falls**  649:4 | **fields**  678:20,22 679:8 691:10 | **five**  714:20 | 674:4 681:10 |
| **familiar**  597:6 610:7 698:23 | 695:21 700:17 | **flagged**  640:11 | 684:2 688:3,25 689:10 690:7 |
| **familiarize**  603:2 | **figure**  511:16 557:24 | **flip**  643:14 684:9 | 692:25 694:20 |
| **familiarizing** 603:5 | **fill**  647:21 649:19 650:15 | **floor**  502:8 | 695:7 699:12 701:19 702:5 |
| **family**  663:9 | **filled**  657:11 | **flow**  535:16 | 703:17 704:4,21 |
| **far**  551:9 552:8 628:3,17,19 631:17 | **filling**  650:7 | **focus**  514:24 550:14 598:23 | 705:8 706:8 708:19 710:2,12 |
| **faster**  517:20 627:12 629:3 | **final**  558:17 587:12 642:15,21 | **focused**  521:23 522:7 534:12 | 711:5 713:1,24 714:14 715:20 |
| **fb**  503:13,18,19 504:6,11,12,16,19 504:20 505:7,8 | 645:4,14 646:16 649:25 650:19 | 703:20 704:11 | 716:7 717:1,16 718:1 |
| **fb.com**  722:2 | **finally**  511:1 | **fold**  609:10 | **formal**  515:13 |
| **feature**  712:23 | **financially**  721:17 | **folks**  564:7 | 518:10 560:15 562:17 563:3 |
| **featured**  604:17 | **find**  530:11 600:3 604:1 641:23 | **followed**  643:12 646:3 658:24 | 568:24 571:6 |
| **features**  561:10,16 573:10,16 575:20 | 644:13,23 669:11 712:19 | **following**  620:20 654:10 669:1 | 578:24 579:8,10 580:12 587:12 |
| 576:19,21 605:7,7 605:10,13 708:5 | **fine**  594:9 597:11 597:11 662:22 | 673:3 700:9 | 614:25 705:10,23 |
| 712:15 715:17 | **fining**  591:15 | **follows**  508:3 722:8 | **formally**  572:13 |
| **february**  668:22 | **finish**  715:2,8 | **fonti**  499:5 506:24 | **forms**  538:15 |
| **federal**  721:14 723:1,8,9 | **finished**  539:18 627:8 | **foregoing**  720:2 721:5,7,11,13 | **formulated**  715:24 |
| **federated**  640:2 | **finishes**  535:13 | **form**  512:7,19 513:25 516:4 | **formulation**  689:4 |
| **feel**  591:1,4 612:21 624:25 625:22 | **finishing**  715:13 | 517:23 518:24,25 519:17,25 521:14 | **forth**  534:25 721:7 |
| 650:25 657:12 665:18,25 666:14 | **firehose**  589:1,4 589:24,25 590:3,4 | 523:23 524:12,24 524:25 528:6,18 | **forward**  620:24 621:16 684:9 |
| 666:20,24 667:8 667:17,18 668:2,2 | 590:6 | 529:24 536:7 547:7 549:6 | **found**  591:2,5 640:10 |
| 668:4 674:8 683:19 688:5 | **first**  545:20 552:8 555:14 561:9 | 554:13 555:18 556:10 557:7 | **foundation**  516:5 658:20 |
| 689:5 690:22 718:3 | 573:14 597:24 611:11 624:15 | 558:18 562:20 567:23 574:19 | **four**  550:5 561:18 566:16,17 567:19 |
| | 628:4,20 633:12 636:19 640:1 | 575:10,21 577:24 611:21 612:16 | 567:21 568:1,3 584:16,17 673:1,4 |
| | 645:10 648:25 649:1,6 651:17 | 641:9 644:5 646:20 655:22 | 710:22,22 |
| | 669:1 678:10 | | **fourth**  668:12 |

Veritext Legal Solutions
866 299-5127

**[frame - give]**

**frame** 510:9
551:23 572:3
598:13
**framework** 563:4
**framing** 667:6
**francisco** 500:11
541:4
**frankly** 635:5
686:25
**frcp** 723:1
**frequently** 523:9
**friday** 660:18
**friend** 509:20,20
510:25 511:6,10
511:15,17,21,25
512:16 513:23
534:3 536:24
539:4 540:19
552:11 553:8,8,10
555:3,13,14,15
557:5 575:6,13
576:1,8,9,20,25
577:1,2,8,11,22
578:3,12,23 583:4
583:9 587:9
590:23 591:2,5,15
593:2,22 600:2
602:2 605:14
610:12,17,19
611:3 614:2,20
615:4 617:21
618:4 640:25
641:7 657:23
664:20 665:1,14
666:5 667:11,23
677:18,25 679:23
679:23 683:8,12
683:15,21,25
684:1 685:5,10
687:14 688:21
689:8 698:13,22

699:7,24 703:5,9
703:16,21,22,23
703:25 704:11,17
706:7 709:8 713:8
713:13,15,16,20
713:21,22 714:6,8
714:11 716:2,3
**friends** 512:14
513:1,2 523:4
524:18 530:5
552:11 553:7
555:3,12 557:5,14
583:3,5 584:13,18
602:4 617:24
663:9 677:21
678:19 683:16,17
691:11 695:22
699:9,9 700:6,18
703:9 704:13
708:10 714:18
716:4,14,22,24,25
717:8,11,14,15,20
717:21,23 718:15
718:17
**front** 600:12
**frozen** 609:11,14
609:16,16,20
**ftc** 712:17
**full** 512:10 553:8
583:4,9 610:24
638:14,17 708:23
**fully** 540:3,4
592:25 610:20
615:12 621:24,25
621:25 633:16
663:15 680:10
**function** 637:23
638:4
**functional** 561:18
562:9

**functionality**
560:18
**functions** 533:7
**further** 597:2
608:12 643:6
719:7 721:13,17
**future** 524:23
525:3,8 573:13,13
579:18 580:18
607:2,24 608:7
622:13,15

**g**

**game** 588:17
712:12
**games** 561:18,18
565:15 566:17,18
566:23,24 568:9
712:8
**gamut** 512:10
526:20 552:21
**garbled** 630:3
**gareth** 581:16
582:2,3
**garrie** 502:5 507:3
507:6,7 533:14,19
533:23 534:4,14
535:9,10,25
595:11,18,25
596:3,12,16,20
597:1,4,9,15,17
598:3 599:1,3
719:9,18
**gate** 701:2
**gated** 610:23
620:22
**gating** 639:1
**general** 502:16
528:10 530:21
531:22 540:14
597:19 680:23

**generally** 516:15
521:18 528:23
552:17,19 564:8
583:25 584:4
589:7 596:8
623:10 674:11
697:4 701:9
**getting** 546:8
676:5 711:22
717:14
**gibson** 500:5
501:5 506:20
**gibsondunn.com**
500:13,14,22
501:12,19
**give** 507:21 512:2
517:21 525:3,14
527:4 529:10
532:10 533:17
534:18 546:10
579:1 580:5 585:7
594:6,13 595:7,9
601:4,8,12 605:2
606:22,23 607:12
612:20 613:23
614:12 615:6,9,9
615:13,17 620:2
621:12 623:2,5
624:25 625:4,4,22
625:23 626:11,24
626:25 627:16
629:7,24 633:16
639:17 641:5
642:9 651:1
652:24 654:19
655:7 659:13
665:9 667:18
673:21 674:8,9
675:3 676:6
684:18 689:6,15
701:25 710:4

Page 18

[give - happy]

711:25 712:20
713:5 714:2
716:19
**given** 545:18
546:13 547:15
564:19 581:11
602:6 606:11,11
606:20 623:19,19
625:25 679:20
685:4,7 702:24
704:23 708:16
709:7 710:16,18
710:22 713:3
717:24 719:6
721:12
**gives** 673:1 677:15
711:15
**giving** 512:22
603:2,22 615:5,25
655:9 678:2
**giza** 518:20
**go** 521:9 526:4
529:25 530:19
535:14 536:17
537:25 539:9
542:7,9 543:2
545:7 550:18
552:8 557:16,24
570:1 571:11
576:1 579:12,15
581:13 585:10
588:15 599:10
601:12,16 603:10
604:14 611:9
616:3 618:14
619:1 620:15
622:21 627:7
630:10 632:9,22
634:1 636:1
638:23 639:15,21
642:2,3,4,14

644:25 646:6
649:21 657:17
659:23 662:23
663:3 669:11
670:17,21 672:14
676:12,13 682:23
686:11 690:24
694:6 695:24
700:25 707:19
709:4,19 712:13
715:9 718:19
719:10,20
**goal** 550:17 558:8
558:19,21 560:1
569:1 572:6,7,8
**goals** 545:11 547:5
548:16,18,19,22
548:25 549:3,9,9
549:13,22 550:3,9
550:11
**goes** 583:8 584:12
586:23
**going** 507:13
533:19 534:6,16
536:16 541:8
546:14,24 554:22
555:15,16 569:21
572:15 585:2,11
586:3,6 592:12
594:15 595:18
597:23 599:10
602:15 603:9
616:16 618:16
621:16 637:5,6
648:16 659:24
661:12,14 668:7
668:14 684:25
702:7,14,17 717:3
**good** 506:16,23
508:6,6 533:17
534:20 547:21

569:11 623:8
714:23
**govern** 577:7
578:1 589:17
605:23
**governs** 528:13
**grant** 533:6
584:21 585:23
586:1 620:21
684:14 689:18
**granted** 575:19
684:13,16 689:23
696:9
**granting** 573:9,15
576:19,20
**graph** 510:21
524:18 529:2,12
529:14,17 530:2
531:19 544:5
545:20 546:3
550:25 552:10,22
579:20 581:1
685:9,11,17,19
686:1 691:11
694:3 695:23
700:19
**graphic** 644:1
**great** 514:18
548:10 569:12
603:12 618:19
**greatly** 653:22
**group** 524:22
525:5,6 526:24
527:9 562:9
563:24 631:19
656:4 658:18
**groups** 512:5,25
513:15 561:18
699:8 700:23
701:4,9,9 702:10

**growing** 524:5,5
**guardian** 518:21
**guess** 536:16
**guessing** 584:12
**guidance** 663:4
**guys** 603:22

**h**

**h** 503:8 504:1
505:1 724:3
**half** 566:5
**hand** 507:17 513:6
**handled** 565:15,16
565:17,19 722:8
**handling** 571:25
**handwritten**
514:10
**hang** 712:20
**hannah** 501:6
506:22
**happen** 561:13
562:11 563:11
564:16 565:23
571:22 579:19
608:21 610:5
622:18,20 640:5
**happened** 557:4,6
557:9,23 561:21
561:22 562:14,14
563:15 564:24
565:5,7 566:1
571:3,7,23 573:3,4
580:10 610:7,10
639:18 643:1
659:11,15 660:15
717:12
**happening** 579:21
623:9
**happy** 514:23
569:9 597:12,25
648:20

[hard - including]

**hard**   520:3 525:10
530:21 557:8
563:14,21 565:24
573:2,3 578:17
588:11 594:19
595:3 607:10
608:3 612:7,8,8,17
615:9 616:25
624:2,24 626:24
627:20 629:6
630:20 648:11
659:13,13 674:8,8
704:8,8,25
**he'll**   715:7
**head**   573:20
**header**   570:8
571:12,19 608:16
637:13 639:22
642:18 643:15
645:3 695:25
**headers**   687:1
**heading**   561:2
566:13 568:10
604:10 620:18
622:10 663:4
671:2
**hear**   583:2 715:7
**heard**   528:19
**heartbeat**   517:22
**hello**   604:1
**help**   509:5 514:10
532:7 533:16
537:19 553:16
593:17 608:9
614:5 633:2
637:12 649:13
656:25 679:11
683:14
**helped**   550:23
**helpful**   592:23
625:3 634:25

683:3 702:18
**helping**   708:3
**helps**   537:24
**hendrix**   509:7,16
**hereto**   541:7 543:6
581:20 602:14
616:7 634:15
635:25 706:19
**hi**   625:16,18 626:1
**high**   557:12
640:11,11,13,14
641:1,1,8,8 643:7
643:8 644:3,3
656:11,11,20,21
657:3
**highly**   496:11
719:3
**historical**   622:12
**history**   527:25
**hits**   680:20
**hive**   698:8,11
**hoc**   562:19,22
**hold**   682:21
**holistic**   588:13
**home**   569:23
**hope**   537:4 634:7
**hour**   618:16
**hregan**   501:12
**hubs**   673:6
**huge**   570:18
**hurren**   541:11
542:24,24,25
570:12,13

**i**

**i.e.**   554:25 604:18
605:5
**ian**   502:16 506:21
**idea**   554:5 559:12
570:14 596:15
609:25 611:1
623:11 653:7

**ideally**   514:19
520:12
**identical**   572:10
**identifiable**
614:19,21 615:23
615:24
**identification**
541:6 543:5
581:19 602:13
616:6 634:14
635:24 706:18
**identified**   511:24
529:21 605:21
619:6,12 620:10
620:11,14 629:13
631:8 657:4 662:3
662:9,13 672:5
677:3,5 689:19
699:4,18 705:4,19
**identifies**   690:25
703:14
**identify**   506:14
623:12 629:19
630:7 633:8
642:11 683:25
684:12 698:13
710:25
**identifying**   604:25
623:18 678:15
680:4
**iii**   496:17 503:3
722:5 724:2
**illustrative**   695:13
**imagine**   555:24
590:17
**imaging**   570:19
**ime**   541:3,12
602:17
**impact**   544:13,22
548:12 558:22
560:14 569:2

651:14
**impacted**   570:10
570:23 571:1,9
583:2
**implement**   550:24
**implementation**
574:14 639:2
**implemented**
549:4,24 559:18
559:19 574:10
638:12,15,18
686:2 697:15
**implementing**
574:13 638:20
**implications**
522:16
**important**   567:6
574:10 577:6
578:1 579:5
**impossible**   598:11
**imprecise**   633:4
**improving**   622:7
**inappropriate**
647:18
**inc.'s**   668:11
**include**   578:23
605:13 610:12
674:24 694:13
699:6 711:11,16
711:17 712:2,11
**included**   577:8
610:25 619:7
662:17 671:24
684:6,7 692:13
699:15,17 703:7
709:23 722:14
723:3
**includes**   602:4
615:1,4 692:3,6
**including**   509:25
538:11 602:17

Veritext Legal Solutions
866 299-5127

**[including - investigate]**

604:5 610:17
611:2 685:10
709:11
**incomplete** 680:13
**increase** 523:10
**index** 503:1 589:9
**indicated** 598:19
662:1,2 686:5
**indicates** 685:3
686:8
**indicative** 572:11
**individual** 564:5
**industry** 590:7
**info** 663:10
**inform** 656:25
**informal** 591:20
**information** 529:5
537:8 538:8
545:22,23 546:17
556:1,20 563:18
575:12 578:4
586:18 590:10,12
590:18 591:11
592:8,18,19 593:5
593:6 600:15,16
602:1,4 614:19,21
617:16,23,25
618:10,13 626:15
626:16 628:18
648:14 649:4,20
651:6,14 656:25
657:13 676:18
679:7,16,23,25
680:2,5,25 681:4,5
681:8,13,16,22
682:8,18 683:10
684:5,7 687:24
688:7 689:2
690:14 695:15
696:22 697:2,8,19
698:16 704:6,7,10

704:13,24 707:2,5
707:22 708:17
709:25 710:10,16
710:18 711:13
712:16 713:4,13
713:15 714:12,18
715:18 716:21,24
717:7,13,19
718:15
**infrastructure**
514:2
**ins** 552:11 553:5,6
**inside** 553:3,4
**insignificant**
590:18
**installed** 717:13
**installs** 696:19
**instances** 681:18
**instant** 604:18
605:16
**instruct** 534:17
**integrate** 567:4
622:12
**integrated** 675:11
**integration** 518:24
519:3 521:14
523:1 537:7 538:4
538:9,24 566:21
566:22,25 567:9
567:17,20,25
568:4,6 584:24
589:6,9,23 590:1
590:15 671:3,13
671:16,17 672:25
673:1,7,12,16,19
674:2,12,14,17
675:9,9,10,14,20
675:21,23 676:10
676:16,19 677:3,5
677:10,14,18
678:14,16,17

679:2 692:3,10,10
692:14,22 693:6
693:11 694:17,23
695:4,10 708:8
709:12 714:17
716:9,11,15
**integrations**
517:13 518:4,7,12
520:11 521:24
522:8,10,14
524:14 536:9
547:17 559:1,4,6
559:11,22 560:6,7
560:17 563:5
567:10,14 568:8
604:19 605:17
671:18,22 673:6
674:16 692:6
693:9,13,16,19
694:18,25 695:5
695:12 708:21
709:10,12 711:2,7
711:18 712:3
714:2,16 717:4
**intend** 599:18
**intended** 648:4
649:19 650:5
656:9,19 710:6
**intent** 580:11
611:4
**intention** 646:24
**interact** 523:9
**interacting** 525:5
**interactions** 652:1
652:3
**interchangeably**
567:8
**interested** 579:24
721:18
**interesting** 523:7

**interject** 702:1
**internal** 663:10
**interpret** 601:3
627:21 650:23
674:20
**interpretation**
601:4 602:2 605:3
607:13 625:24
631:21 647:1,13
**interpreted**
630:22
**interpreting**
573:24 600:25
601:21
**interrogation**
589:17
**interrogatories**
668:13 669:2,14
670:8 684:10
699:5 709:5
**interrogatory**
668:8 670:13,17
670:22,25 672:24
674:3 676:20
678:5,10 684:11
691:1 699:5 709:5
711:2,10
**interrupt** 533:25
535:16
**intervene** 533:16
**introduce** 541:9
597:5,7,12,14
598:21 599:11,19
634:16 668:8
**introduced** 607:17
607:18 639:1
**introducing**
599:21 620:21
**investigate** 513:20
513:21 624:13,15
628:10

[investigating - lasted]

**investigating**
627:4
**investment** 608:13
**investments** 531:4
607:3,24 608:8
**invitable** 513:1
699:9
**involve** 630:15
**involved** 558:1,3
558:25 607:14,14
627:21 629:9
640:19 641:20,24
644:16 651:2
654:20 690:10
697:6 718:6,11
**involvement**
547:16 584:4
**involves** 658:14
**issue** 507:12 594:7
598:6
**issues** 580:24
620:9,23
**it'll** 541:9 569:23
593:21
**item** 651:17
652:20 655:15
**iteration** 680:3

**j**

**jackie** 541:11
571:13,16,17
660:3
**jams** 502:4
**jamsadr.com**
502:11
**jan** 611:12
**january** 515:9
685:14
**job** 496:24 515:21
516:7,11,13 517:9
543:8 709:11
711:17 722:5

724:2
**john** 502:18
506:11
**josh** 506:25
**joshua** 499:9
**jsamra** 499:18
**jsc** 496:4 497:4
**judgment** 534:21
**june** 496:16
497:18 506:1,6
721:23 722:3,5
**justification**
642:17,23 645:5
645:22
**justify** 645:15
646:17 648:4,16
649:13 650:1,8,20
656:10,19

**k**

**k** 499:8
**keep** 529:19 569:8
682:22
**keeping** 582:6
**keller** 498:5
506:17,18 507:2
**kellerrohrback.c...**
498:14,15,16
**key** 620:9
**kick** 507:14
**kids** 569:22
**kind** 516:7 532:23
534:9 545:17
548:24 549:18
550:7 553:21
555:20 564:16
591:20 624:25
675:6
**kinds** 576:2 651:2
**knew** 554:18
619:19

**know** 512:12,17
512:23 513:7,12
517:2,24 518:9
523:17 525:10,16
527:3 531:5
538:21,22 539:22
540:1,12 546:14
556:19 557:10,13
565:4,10,11,24,25
567:13 568:19
571:3,4 578:10,15
578:17 583:9,11
585:7 590:3,4
597:18 598:4,20
606:8 609:14
610:6 612:9
613:21 614:16
615:13 619:9,19
620:1 621:24
622:23 629:8
632:3,9 633:3
635:9,16,18,20
637:19 638:1
639:14 641:6
642:8,25 647:16
651:7 652:19
653:19 657:8,17
657:18 658:4
659:8,15,19,21,22
661:21 662:10,25
663:16 672:6,11
676:4,9 677:20
681:2,21 684:4
689:13 697:1
701:20 704:5,6,25
706:10,13 710:22
711:22 717:3
718:5
**knowable** 540:4
**knowledge** 682:13

**knowledgeable**
540:14 601:7
612:3,11,23
**known** 511:7
606:17 626:18
708:8
**knows** 677:22,24
678:1 683:11
**kp** 602:16 603:25
606:8 609:22
611:24,24 612:2,9
614:13 619:9,12
625:1 629:13
631:13 633:13
668:24 707:11,15
707:20 708:2
710:7 712:14
715:16
**kp's** 605:15
611:10 625:23
709:23

**l**

**l** 496:21 497:20
721:1,24
**l.l.p.** 498:5
**labor** 671:11
**lack** 676:21
**lackman** 634:19
635:13,14 636:12
**lacks** 658:20
**land** 604:23
643:21
**language** 676:24
679:6
**large** 513:3 707:21
710:9
**largest** 561:9
**lasted** 686:16
687:20 689:19
690:5,16

Page 22

**[late - loeser]**

| | | | |
|---|---|---|---|
| **late** 550:7 555:21 | 588:22 589:1 | 707:19 | 595:8,20 596:1,17 |
| 564:16 676:5 | 590:20 591:1 | **llp** 499:5 500:5 | 596:22,24 597:3,5 |
| 711:23 | 628:4 654:7 | 501:5 | 597:11,16,24 |
| **latest** 637:24 | 695:25 722:15 | **loading** 636:3 | 598:20 599:2,4,10 |
| **launch** 541:24 | 723:4 724:4,7,10 | **located** 497:16 | 599:14,15,22 |
| 544:4 554:19 | 724:13,16,19 | **location** 496:15 | 600:11 601:9 |
| 565:3 574:23 | **lines** 587:5 | **locked** 722:12 | 602:9,11,15 603:7 |
| **launched** 531:23 | **linkedin** 515:8 | 723:1 | 603:15 606:24 |
| 608:18 638:11 | 516:9,14,20 | **loeser** 498:6 503:5 | 607:23 608:6 |
| **law** 498:9 499:10 | **links** 647:3,4,5 | 506:16,16 507:1 | 612:2,12 613:2,16 |
| 500:8,17 501:7,15 | **list** 512:2,9 513:3 | 508:5 512:12,24 | 614:1,7,16 615:2 |
| **lawyers** 534:9 | 553:8,22 554:2 | 513:19 514:6,13 | 616:3,8 617:3 |
| **lead** 570:21 | 555:2 565:20 | 514:18 515:1,2 | 618:14,15,20 |
| 645:21 | 583:5,9 674:23 | 516:12 518:5 | 619:1 622:9 |
| **leadership** 540:20 | 675:13 676:15 | 519:5,23 520:4,13 | 623:10,23 624:12 |
| 588:4,7 660:16 | 677:2,4,9,15 | 521:16 522:9 | 625:15 626:8 |
| **leading** 531:22 | 685:3 686:22 | 523:11,25 524:21 | 627:7,25 629:12 |
| **leads** 563:25 564:4 | 687:19 689:13,19 | 525:4 526:4,10 | 630:2,5,6,13,25 |
| **leak** 663:9 | 690:4,25 691:2,5 | 527:8 528:11 | 631:7 632:4,21 |
| **leaning** 515:23 | 692:1,3 695:14 | 529:3,19 530:8 | 633:25 634:16,22 |
| **learn** 511:3 | 696:23 699:2,18 | 531:10 532:25 | 635:2,9 636:1 |
| **learned** 511:5 | 699:20,22,25 | 534:1 535:11 | 637:3,10 638:19 |
| **left** 552:8 566:14 | 700:11 701:3 | 536:1,2,15,23 | 639:7,21 640:24 |
| 628:17,19 | 702:6,9,12 703:11 | 537:20 538:25 | 641:17 643:4 |
| **legal** 509:3 605:23 | 703:13 704:16,18 | 539:16 540:11 | 644:13,25 646:6 |
| 613:12 614:23 | 705:4,14,19 706:1 | 541:8,16 542:1,2,4 | 647:6,14 648:2,13 |
| 722:7 | 708:15,23,25 | 542:10 543:2,7 | 648:25 649:21 |
| **lesley** 499:6 | 709:16,20 710:23 | 548:1 549:14 | 650:16 651:9 |
| **letters** 628:4 | **listed** 553:17 | 550:11 555:1 | 652:17 653:5,16 |
| **level** 527:11 540:6 | 651:17 674:3 | 556:3,19 557:16 | 653:24 655:2,15 |
| 548:8 554:17 | 689:24 690:20,22 | 562:25 568:2 | 656:8,17 657:2,14 |
| 557:12 563:12 | 694:25 695:9 | 569:10,14,24 | 657:21 659:2,18 |
| **levels** 632:2 | 708:21,22 710:22 | 570:1 574:24 | 659:24 660:1,23 |
| **levine** 602:17 | **lists** 558:5 697:4 | 575:5,17 576:7,15 | 661:1,5,20,24 |
| **light** 682:14 | 699:4,20 703:3,6 | 578:7 579:12,16 | 662:12 663:2,3 |
| 694:22 | **litigation** 496:4 | 581:13,22 583:24 | 664:9,18 665:12 |
| **likes** 513:13 | 497:4 506:11 | 584:11 585:21 | 665:22 666:3,16 |
| **limit** 663:21 | 722:4 724:1 | 586:23 588:14 | 667:1,9,20 668:7 |
| **limited** 680:4 | **little** 542:8 593:10 | 589:24 591:24 | 668:10,20,25 |
| **line** 535:13,20 | 620:7 625:7 633:4 | 592:10 593:9,13 | 669:24 670:1,2 |
| 541:13 573:11,14 | 633:15 670:20 | 593:19 594:10,15 | 672:3,14,23 |

Veritext Legal Solutions
866 299-5127

**[loeser - matter]**

673:15,23 674:22
675:14,23 676:12
677:17 679:13
680:17 681:7,18
682:16 683:4,6
684:9,24 688:10
689:7,17 690:2,13
690:24 691:20,24
692:16 693:8
695:2,14 697:7
699:16,25 700:10
701:6,23 703:1,24
704:14 705:3,18
706:4,15,20 707:1
708:24 709:4,22
710:7,15,25 711:9
711:17 712:2,7
713:7,19 714:5,25
715:16 716:1,13
716:23 717:9,23
718:19 719:10,12
**loeser's**  535:16
**log**  617:11 680:7
716:18 717:6
**logged**  679:25
680:5,8,20 681:22
714:18 718:15,16
**logging**  680:13
**login**  531:23 552:9
552:21,22
**logs**  680:9
**london**  496:15
497:17 506:1,6
714:21
**long**  512:9 547:12
594:4 618:22
668:14 669:17
672:6,11 689:18
**longer**  554:24
555:7 559:16
605:7 665:13

666:5 687:23
690:16 702:4
**look**  514:16
515:23 524:22
541:25 542:5
560:21 563:9
603:10 608:10,16
608:23 622:9
624:12 628:17
636:19 637:11
648:14,18 649:1
651:9 661:19
662:24 671:4,6
672:7,9,12 678:4
686:21 687:1
688:11 709:6
**looked**  522:13
610:14 646:8
669:18
**looking**  543:19
545:8 582:23
603:25 631:20
647:20 657:10
669:13 670:25
672:24 684:25
692:2
**looks**  609:24
**loose**  519:20
**los**  502:9
**lot**  554:18 556:16
556:17,19 559:17
634:3 636:8,9,17
637:6 668:16
699:3
**lots**  513:12
**low**  625:16,18
626:1
**lweaver**  499:15

**m**

**m**  660:7
**macdonell**  502:18
506:11
**machine**  721:10
**mad**  592:16
**main**  604:22
**maintain**  531:12
532:5 536:4
649:14
**maintained**
604:16,20 609:10
698:4
**maintenance**
622:14 642:13
**majority**  670:4
**making**  530:15
533:10 540:2
541:1 546:16
568:16 614:15
617:14 621:24
622:2
**manage**  573:9,14
579:5 624:11
**managed**  517:4
544:24 563:6
567:11
**management**
660:4,8,10 666:18
**manager**  515:18
515:19 516:23
517:6 519:2 520:9
527:14 542:25
543:10 558:3
564:18 651:4,4
**managers**  526:24
543:12 564:9
**managing**  503:16
543:21 576:18
581:8,8

**manufacturer**
525:18
**map**  567:25
**mapping**  710:5,6
**maps**  584:23
620:13
**march**  504:14
634:19 636:21
660:4,12
**mark**  509:10
510:2,2,4
**marked**  505:11
541:5 543:4
581:18 602:12
616:5 634:13
635:23 660:2
706:17
**marketers**  561:19
566:18,24
**marketing**  565:18
**marne**  602:17
604:1
**master**  502:6
507:3,6,7 533:14
533:19,23 534:4
534:14 535:9,10
535:24,25 595:11
595:18,25 596:3
596:12,16,20
597:1,4,9,15,17
598:3,10 599:1,3
719:9,18
**match**  542:5 562:7
**matched**  562:7
**materials**  719:8
**matt**  500:16
506:21,23
**matter**  506:9
532:9 540:14
601:22

[matters - months]

**matters** 671:5
  697:13
**matthew** 499:7
**mau** 651:17,20,21
**mbi** 652:17,19
**mbuongiorno**
  500:22
**md** 496:4 497:4
**mdl** 496:3 497:3
  503:13,18,19,23
  503:24 504:6,11
  504:12,16,19,20
  505:7,8
**mean** 511:20
  513:11 514:19
  525:2,17 526:20
  526:22 528:5
  529:4 531:15
  532:8,21 537:19
  544:13 547:4
  548:4 550:2
  558:23 563:14
  574:2,4 579:22,22
  590:8,9,22 592:4
  597:21 598:1,8
  599:4 600:21
  607:6,24 608:14
  612:7 613:8 614:6
  614:7 625:19
  627:3 628:13
  632:1 640:13
  650:23 654:14
  666:23 673:16
  675:21,23 680:16
  683:14 698:5,6
  702:19 709:3
**meaning** 547:15
  652:3
**meaningful**
  583:10,17 652:1

**means** 519:14
  525:24 532:3
  533:15 545:15
  547:15 548:5,6,10
  565:25 588:12
  590:14,23 592:13
  593:14 594:17,25
  595:10 596:5,10
  597:13,18 598:1
  598:15 599:24,25
  601:23 606:8
  608:3,5,12 613:17
  625:2 627:3
  630:21 632:20
  642:8 653:3 654:2
  654:6 656:3
  664:11 667:3
**meant** 627:23
  629:11 664:22
  665:20 666:11,13
  666:21 668:5
  693:15 715:23,25
  716:11
**measures** 652:14
**mechanism** 590:1
  701:21
**mechanisms**
  580:13 639:2
  680:6 681:12
**media** 693:13,15
  693:18 709:11
  712:2,6
**medium** 548:3
**meet** 588:16
  674:16
**meetings** 509:12
**meets** 563:20,20
**melamed** 499:7
  506:23,24 508:13
  534:6,13 661:25
  662:13

**memory** 546:23
**mentioned** 520:17
  546:3 557:21
  633:14 661:8
  674:24 692:21
  697:14 702:10
**merchants** 709:11
  711:11,16
**message** 503:22
  581:17 582:5
  663:7
**met** 563:22 619:13
**meta** 502:17
  503:23,24 510:5
  582:4 621:7
**method** 560:21
  561:3,5 565:20
**metric** 548:7
  652:4
**metrics** 651:14
**mid** 548:24 549:18
  549:18 550:7
  551:6,7 553:21
  554:18 555:21
  566:3
**middle** 714:25
**migration** 582:21
**mill** 501:16
**mind** 535:5 549:23
  573:17 576:20
  603:1 636:23,24
**mine** 591:2 592:8
  592:9 668:3
**mining** 591:3,6,16
**minute** 569:15
  629:24 660:20
**minutes** 593:21
  603:2 618:18
  637:1 684:18
  691:15 714:20

**missed** 552:11
**missing** 556:16
  708:25 709:3
**mission** 500:9
**misstates** 522:4
  656:12 682:24
  692:24
**mistake** 665:16
  682:25
**mistakes** 663:15
  663:22,24 664:11
  664:19,23,24
  665:5,19 666:11
  667:21
**misuse** 626:19
**mixcloud** 518:20
**mmelamed** 499:16
**mobile** 561:19
  565:16 566:17,22
  567:11 568:8
**modern** 639:3
**modifications**
  552:1
**modified** 513:16
**modifier** 552:7
**modify** 702:20
**molaro** 509:10
  510:2,3,4
**moment** 581:15
  602:16 651:11
  669:10 714:23
**momentarily**
  634:17
**monday** 496:16
  497:18 506:1
**money** 524:7
  671:11
**month** 628:18
**monthly** 651:22
**months** 579:21
  628:5,5 685:12

Veritext Legal Solutions
866 299-5127

[months - object]

686:1,9,12,15,18
687:24 688:1,22
689:20,25,25
690:5,16
**moratorium**
609:18 620:20
621:3,4,9,12
**morning**  506:16
506:23 508:6
**morris**  581:16,23
582:2,3 583:1,8
584:11 585:22
586:23 587:7
588:15
**motion**  595:13
**move**  507:14
594:8 602:10
627:11 629:3
**moving**  620:24
**msi**  651:23 652:8
**multiple**  534:9
**mute**  507:10

**n**

**name**  509:9 515:6
515:7,13 544:3
609:21 615:22
665:10,10 684:12
687:5 696:1,4
721:21
**names**  531:21
613:22 617:10
**naming**  590:5
**nature**  518:4
**nearly**  545:17,17
**necessarily**  547:10
550:16 557:3
576:23 580:10
678:18,18 679:3
679:22 681:8
717:21 718:17

**necessary**  550:24
565:21 722:14
723:3
**need**  517:21 535:6
555:10 564:15
607:1 608:6
609:10 618:17
627:11 629:18
630:7 638:8
641:19 672:7
714:1 716:3
**needed**  551:2
558:5 564:19
598:4 662:2
690:14
**needs**  558:6
620:25
**neither**  721:17
**net**  548:6 605:18
**netflix**  708:11
**networking**  673:5
**neutral**  548:2,5
**nevada**  496:22
**never**  676:22
**new**  532:12 533:2
549:5 550:25
558:2 563:10,13
563:15 564:25
568:14 572:18
582:12 620:21,21
620:22 621:14
708:12 712:6
**newsfeed**  523:3,7
524:17 530:5
552:12 553:11,11
575:14
**newsroom**  505:4
706:22,23,24
707:8
**noisy**  569:23

**nokia**  584:23
**non**  552:10 553:7
555:2,12 557:5
561:18 566:18,23
568:9 584:18
**normally**  586:20
**northern**  496:2
497:2
**notating**  722:15
723:4
**note**  572:10
686:21 714:19
719:1
**noted**  719:9,18,23
**notes**  514:7,10,14
631:1,6 668:25
669:8,11 720:4
**notice**  508:11
660:24 662:20
**noticed**  661:13
**notices**  662:14
**noticing**  506:15
**notification**  566:9
**noting**  558:16
**november**  621:6
**now's**  569:12
**nps**  548:2,3,5,5,6
548:12,13 550:13
**nuance**  557:10
**number**  503:9
504:2 505:2,12
526:15 532:13,14
536:9 538:5,6
541:21 542:5
543:17 550:2
561:23 573:22
578:5 607:15
610:21 616:25
617:7,8,14 621:23
624:6,10,10
632:23 638:9,9

649:6,8,10 659:12
665:15 666:6
668:19 689:8
690:4 708:21
722:15 723:4
**numbering**  670:19
678:8
**numbers**  542:3
545:10 561:6
631:20 635:4,6
**nyt**  604:22

**o**

**o'neil**  541:4
634:18 636:14,16
**o0o**  506:3 719:25
**oakland**  499:13
**oath**  508:2,15,16
615:3 721:9
**object**  512:7,19
513:25 516:4
517:22,23 518:25
519:17,25 524:12
524:25 528:6,18
529:24 530:18
536:7 547:7 549:6
554:13 555:18
556:10 557:7
562:20 567:23
574:19 575:10,21
577:24 585:7
594:22 600:6
601:15 607:8
611:21 612:16
613:6 614:3
621:19 640:15
641:9 644:5
646:20,20 655:21
656:12 659:7
664:1 665:17,24
666:8 667:5,12,24
667:25 674:4

[object - organization]

681:10 684:2
688:2,3,24 689:10
690:6,6 692:25
694:19 695:6
696:24 699:12
701:19 702:14
703:17 704:4,20
705:7 706:8
708:18,19 710:2
710:11,12 711:5
713:1,24 714:14
715:20 716:6,7
717:1,16 718:1
**objection** 517:16
520:7 567:23
581:6 583:18
584:1 585:4,9
586:19 588:9
589:20 591:18
592:1 594:21
614:4,22 616:23
618:5 623:15,25
629:4,25 630:9
638:22 664:14
675:18,25 676:6
679:10 680:14
699:11,19 711:19
**objections** 634:3
647:24 648:6
650:12,24 653:18
656:22 657:7
666:19 668:12
689:21 690:17
705:21 709:1
710:20 711:14,24
712:4 716:16
**obligation** 599:5,9
**obligations** 624:17
**obtain** 540:18
599:8 665:14
666:5 713:15,20

713:22 714:6,11
716:2,4
**obtained** 670:8
696:22 713:21
**obviously** 514:23
719:12
**occur** 630:15
637:20 638:3
645:25
**occurred** 637:19
638:1 686:6
**occurrence** 660:19
**october** 503:11
541:12 542:13
543:9 696:15
**odd** 670:20
**oem** 525:16,20
566:18
**oems** 568:8
**off.login** 574:8
617:9
**offer** 529:15
671:21
**offered** 541:17
**offhand** 513:7
**office** 569:22
722:11
**official** 515:21
516:7,11,25
**officially** 548:25
**oh** 579:14 636:10
658:2
**okay** 506:5 507:6
511:16 513:19
514:6,12 515:1,8
515:17 516:12
521:3 525:19
526:5 528:3
534:14 535:23
536:15,18 540:11
541:8 542:7 545:7

546:25 548:1
549:19,22 550:18
551:9 555:1 556:7
557:16 560:21
561:17 562:25
563:23 566:24
569:1,4,16 570:1,7
570:14 571:11
573:8 576:7
581:13 582:10
584:11,16 587:15
588:15,24 589:3
594:3,15 598:9
600:11 601:9
602:10 603:21
604:13 605:20,25
606:24 607:23
608:16,23 611:9
616:2 620:9,15
624:12 627:7
628:9 629:16
630:13,25 631:5
631:10,18 634:9
635:9 637:8,10,21
640:9 644:25
645:20 646:6
648:2,13,18
649:21 651:23
653:5 659:2 661:3
662:18 663:18
670:2,16 672:2,16
672:17,23 673:23
674:22 677:7
678:4 682:16
684:21 686:16
691:22,24 692:21
694:16 698:3
699:16,25 700:13
701:17 702:6
704:14 706:15
707:7 709:22

710:15 711:9
712:7,22 713:7
715:12 716:13
719:21
**old** 546:14
**once** 535:13,20
594:10 661:9
**ones** 512:14
518:11 611:14,19
611:25 662:3
**onwards** 510:12
**open** 524:18
529:12,14 530:2
552:10,22
**operate** 511:18
512:18 559:23
560:8
**operating** 671:13
671:19
**operation** 548:15
**operations** 503:16
543:21 545:11
548:17
**operative** 683:24
**opine** 613:13,17
666:25
**opportunities**
524:22
**opportunity**
508:20,22 661:19
662:8
**opposed** 522:20
594:14
**ops** 542:17 550:20
**options** 629:2
**order** 563:17,18
582:24 617:11
648:16 716:4
**oregon** 496:22
**organization**
521:12 642:12

**[organizations - partners]**

**organizations**
519:11 520:10
693:18
**original**  525:18
721:14 722:10,21
**originally**  607:21
**os**  566:18
**os's**  568:8
**outcome**  548:11
**outlines**  604:3
**outputs**  699:15
**outreach**  565:3,11
**outset**  629:13
**outside**  527:1
568:3 592:2 600:9
600:22 607:9
611:22 612:15
613:19 614:4,10
621:20 622:25
623:15,25 624:22
625:20 626:23
627:18 629:5,22
630:18 631:23
632:7 638:13
639:10,12 640:16
642:24 644:5,20
646:1,19 647:11
648:24 649:17
652:12,22 653:12
654:16 655:5,21
656:13 658:20
664:2,16 666:8
667:4,12,25 673:9
673:18 674:5,25
675:18 676:2
677:11 681:1
688:24 689:10
692:11 694:19
695:6 696:24
699:11 700:7,24
702:15 703:17

704:3,20 705:7
706:8 709:18
710:1,11 711:4
712:25 715:21
717:17 718:2
**outsourced**  671:10
**overall**  529:2
538:7 539:12
549:13 550:10
**overlapping**  534:9
**ownership**  558:13
**owning**  663:15

**p**

**p.m.**  497:18 506:2
506:6 526:6,9
536:19,22 569:17
569:20 634:9,12
672:18,21 714:21
718:22,25 719:22
719:23
**p1**  611:15
**page**  501:16 503:3
503:9 504:2 505:2
505:12 541:19
545:9 546:15
570:2 579:15
632:22 646:10
651:10,11,12
658:14 670:3,17
670:21 671:1,1
672:24 673:3
676:13,14 678:4,6
678:8 684:10,25
684:25 686:22,24
686:25 688:11
690:24,25 691:19
691:20 692:3
694:6 695:24
700:10 709:6
712:13 722:15
723:4 724:4,7,10

724:13,16,19
**pages**  496:25
512:5,25 514:9
637:5 668:15,17
673:3 677:1 684:9
686:24 695:16
699:3,7 702:13,19
705:5 722:14,17
722:17 723:3,6,6
**pair**  619:17
625:12 626:9,21
**pairs**  619:7,13
620:4 623:19
624:7,16,21
627:14 629:14,19
630:7 632:24,25
633:9,10,21
**palo**  501:17
**pandora**  708:12
**paper**  593:20,25
**paragraph**  671:4
678:11 685:1,2
686:23
**part**  538:23
539:12 553:15,23
566:6 576:5
579:23 610:8
643:1 693:22
**particular**  550:14
555:2,13 556:21
596:7 637:5 639:8
653:9 679:8
**particularly**
523:18
**parties**  498:2
499:2 500:2 501:2
502:2 526:15
546:17 591:12
638:8,11 671:10
682:19 684:12,15
719:2

**partner**  515:11,18
515:19 517:5,6,12
517:15 518:1,10
519:2,7,10,14,20
520:2,9,12,14,18
520:22 521:4,11
522:2 525:6,8,13
529:6 530:15,17
536:14 538:14,22
539:2,4,11,14
540:13 542:25
543:10,12 564:9
564:18,19 567:17
567:20,25 582:3
632:14 671:3
673:17,24 674:2
675:9,9,10,15,21
676:19 678:16,17
679:2 692:2,10
705:12,15,24
712:23
**partner's**  528:13
531:11 532:4
536:3,4
**partnered**  521:12
**partnering**  521:13
530:22
**partners**  505:7
516:24 517:1,2
518:6,6,16,23
519:16,16,24
520:5 521:1,1,19
521:19 522:7
523:12 524:23
525:13,14 526:12
526:17 527:9,17
527:21 528:4,10
528:12,15 532:17
532:19,22 533:4,6
533:10 536:25
537:1,7 544:23

**[partners - pertained]**

546:8 565:9
566:21,22,25
567:9,14 568:4,6
569:9 574:18
575:9,19 583:4
604:16 605:5
606:25 610:1
628:21,23 631:9
631:11,12,14,17
631:19,19 632:1,5
632:6,20 633:7,11
671:8,16,17,20,23
672:25 673:2,8,12
673:20 674:1,15
674:17,23 675:21
675:24 676:11,16
677:3,5,10,14,18
678:14 692:3,14
692:22,22 693:6
694:18,24 695:4
695:10,16 707:13
708:8,16 709:7,15
709:24 710:16,18
711:12 713:8,19
713:21,23 716:9
**partnership** 515:3
517:3 522:21
524:21 525:5,6
526:23 527:9
531:9 540:21
542:17 544:15
548:15 588:6
**partnerships**
503:15 504:10
515:5,14,16 516:1
516:17,17 519:12
519:22 521:18,22
525:11,22 527:15
527:24 531:4,8
540:20 543:1,11
543:14,16,21

544:12 545:11
548:17 550:6,20
551:6 558:6 559:1
559:20,21 562:24
563:8 564:13,15
565:8,13,14,15,16
567:3,11,12 588:2
588:2,3 604:5
612:11 616:19
622:10,11,22
632:11 671:14
712:15 715:17
716:2
**parts** 669:18
**party** 506:15
531:2 670:6 691:6
691:8 693:5
695:17,20 700:1,4
700:13,16 721:19
**passage** 712:19
**passing** 591:23
**passwords** 617:10
**patience** 627:9
**pause** 546:2
**pausing** 701:25
**payments** 552:10
553:1,2
**pdf** 603:8,13
722:12 723:1
**penalty** 507:20
720:2 722:16
723:5
**people** 513:17
523:1,8 538:5,6
540:21 574:12
588:10,23 601:2,6
602:16 605:4
607:14 612:10
613:22 638:9
642:1 663:23
671:21 682:12

698:18 708:3,4,8
710:8 713:16,22
716:10,14 718:11
**people's** 663:16
707:22 710:10
712:16 715:18
**perceived** 612:9
**percent** 562:3
643:20 670:15
702:5 713:10
**perform** 611:5
**period** 676:17,18
678:20 679:12,14
684:12,14 714:5
722:18 723:7
**periods** 532:24
566:10
**perjury** 507:20
720:2 722:17
723:6
**permission** 574:6
592:17,21 593:4,8
600:14,17 601:24
602:4 610:22
685:5 712:16,24
713:6 715:18
716:3,5,12,20
717:24
**permissions**
510:25 511:7
532:14,18 533:3
536:5 537:9
540:10 545:4
552:1,18 553:10
554:9 555:14
557:15 559:16,24
560:20 574:1,21
575:14 577:2,12
582:19 590:24
601:24 602:1,3
607:16 610:20

611:8 685:6
687:14 688:22,23
689:8 702:22
703:22,23 704:11
714:8,11 716:3
**perms** 590:20,22
590:23
**person** 514:5
540:12,15 547:9
547:13 548:23
550:6 551:6
592:20 593:7
600:17 612:3,11
650:5 651:4
668:23 682:7,11
**personal** 517:8,17
517:25 523:20
527:11 528:22
540:6 545:3
547:16 553:9
554:17 562:12
563:12 573:19
576:22 578:17
585:12 591:7
592:5 601:4,5,17
601:19 615:14
622:4 627:22
633:18 638:16
639:14 642:10
643:2 653:2 655:9
675:6
**personalization**
604:18 605:17
**personally** 614:19
614:20 615:23,24
625:11
**perspective** 622:4
655:10 664:5
675:7 694:17
**pertained** 522:19

[pertains - preapproving]

**pertains** 577:1
721:13

**pg** 645:21

**phase** 611:12

**phrase** 528:20
552:4 567:20,21
567:25 591:22
666:11,13 668:6
675:8 702:18

**phrases** 567:7

**phuntso** 501:14
506:22

**physically** 564:22
698:6

**pick** 686:24
688:10

**picture** 615:22

**piece** 593:20,25

**pii** 611:14,20,25
614:2,6,16,18
615:1,1,4,8,15,18
615:21 619:7,14
654:10,24 655:3
655:10,13,14

**ping** 641:25

**pinging** 644:18

**pissed** 591:1,4,14

**place** 565:21 585:2
585:2,19,20
621:10,12 647:21
680:6 681:12
684:4 707:1 721:6

**placed** 601:3
613:13 615:16

**plaintiff's** 668:12

**plaintiffs** 497:16
498:4 499:4
506:24 676:17,20
704:15

**plan** 583:25 584:3

**plans** 622:22
624:14

**platform** 503:17
509:17 511:2
515:5,14 516:17
517:12 518:3,14
519:4 521:15,25
527:18,21 528:10
528:14,15,21
531:13,14,17,19
532:3,6,12 533:2
536:6 542:17
543:1,10,14,16,22
544:2,12,25 548:8
548:9 549:5
551:10,14,17,17
551:20,21,24
552:2,5 553:15,18
553:23,24 554:1
555:5,17 557:2
558:4 559:7
565:14 567:5,12
574:17,18 575:8,9
582:12,20 588:4,6
592:7 600:25
602:1 606:13
612:11,24 632:10
637:14,22 640:3
640:25 644:2
658:3 671:12
674:13 682:3
690:10 692:23
693:2,4,7,9,12,14
693:18,20,23,25
694:5,8,10,15
697:21 701:11

**platforms** 502:17
575:25 643:6
707:16 708:6

**playbook** 611:15

**please** 506:14,15
507:17 547:1
587:23 590:25
604:1 606:6 637:3
663:1,1 672:12
687:22 705:17

**pluck** 598:13

**plug** 552:11 553:5
553:6

**pmd** 561:19
565:18

**pmds** 566:18,24

**point** 515:3,17
535:22 546:21
551:6 582:17,21
583:15 607:15
609:1 610:19
628:15 644:22
669:6 680:18
685:6 701:24

**points** 545:14
548:2 625:16
691:9

**policies** 528:21
600:9,25 601:1,21
606:13 637:25
639:4

**policy** 509:18
597:16 599:16,21
600:12 613:12,16
680:24 681:3

**popular** 708:11

**populate** 696:23

**populated** 697:3

**portions** 719:16

**position** 587:14
598:6 667:10,21

**positive** 548:3,13

**possibility** 525:7

**possible** 514:14
518:11 527:22

**528:1** 547:18
562:7 563:20
578:10 585:14
605:18 631:25
651:6 670:13
678:1 699:1 705:2
706:12

**post** 523:2 571:20
603:9 682:16
683:6,10,12
706:22 707:11
710:14 711:12
712:1,10 715:24
715:24 718:4,8

**posted** 652:5

**posts** 699:10
707:10 709:24

**potential** 524:22
525:13,13 551:2
556:14 570:16
617:1 630:14

**potentially** 520:10
605:9 616:15
685:9 699:23

**power** 715:5

**powered** 590:2

**powerpoint** 504:8
544:7,9,17 616:4,9
629:12

**pptx** 602:21

**practice** 516:13
586:16

**practices** 621:15
622:7

**pre** 572:25,25

**preapproval**
572:23,25

**preapprove**
568:14,21 572:18

**preapproving**
558:1

[precise - proper]

**precise** 610:7
689:4 698:23
**precisely** 565:25
619:19
**preexisted** 536:10
**preloading** 525:20
**preparation**
540:24 605:4
616:17 629:9
659:3
**prepare** 508:20,24
509:5 514:10
544:6,9 616:12
690:12
**prepared** 542:21
543:20 664:6,12
665:22 666:24
667:17 718:6
**preparing** 544:17
**prescribed** 561:23
**present** 502:15
592:24 641:12
679:14
**presentation**
504:8
**presented** 617:15
**presume** 698:17
**pretty** 512:9
552:20 620:13
623:8 630:19
711:10 717:10
**prevented** 621:7
**previous** 511:14
557:21,22 572:11
618:7
**previously** 505:11
509:1 511:11
562:4 566:7
574:21 581:5
591:10 616:9
648:8 652:15

656:2 660:2
662:15 669:15
680:13,15 689:25
692:21
**primarily** 510:11
562:24 623:18
**primary** 550:17
**principles** 563:1,3
**prior** 647:3,7,9
648:3 651:12
679:18 680:1,2
681:9 721:8
**privacy** 506:10
578:4
**private** 503:17
504:5,9 539:20
542:17 543:22
544:25 551:14,17
551:21 552:5
554:1 555:5,17
573:22 574:18
575:9,13,15,25
576:24 577:19
582:20 602:19,21
602:22 604:3,16
605:7 606:25
607:7,16 608:20
609:9,25 610:2,11
610:14,16,22
611:6,13,19
612:14 613:5,10
613:18 616:19,21
617:1,8,19,20,22
618:12 619:6,16
619:21 620:7,16
620:22 622:12,14
623:11,18 624:11
624:16,20 625:12
626:21 629:14,17
632:23 633:8,15
655:20 656:10,20

670:5 677:19,21
691:8 692:14
695:19 700:3,15
701:2,2,4,17
702:11 703:21
704:12
**privately** 554:11
**privilege** 606:4
**probably** 525:23
540:21 556:13
594:1 599:7
604:21 621:22
632:11 715:2,14
**problem** 569:24
604:3,11,13
605:20,25 606:24
619:3 662:21
**problems** 620:11
**procedure** 722:19
722:20
**procedures** 639:5
**proceed** 564:8
**proceedings** 721:5
721:8,9,15
**process** 504:18
524:6 549:15
566:6 570:9,23
571:1,5,9,21,24
572:1,5,23,25
580:12,23 581:10
582:18 624:4
636:20 637:24
638:5,7,12,15,20
640:20 641:15,18
641:20,24 643:1
643:11 646:3
658:5,7,13,24
659:1,5,10,19
685:21 686:7
**processes** 577:5
621:15

**produce** 599:6
699:15
**produced** 669:1
**product** 516:1,23
526:24 558:3
564:21 591:2,5,16
609:9 620:18,21
642:12 643:6
645:10 646:10
651:4 654:24
656:4 657:4,6
658:15,16,18
659:6
**products** 530:11
530:12 637:14,22
640:3,25 642:7
643:21 644:2
645:14 646:16
647:22 649:25
650:19 658:3,9
659:4 671:20
707:3,6
**professional**
497:21 721:2
**profile** 496:4
497:4 506:10
524:20 615:22
722:4 724:1
**program** 549:13
550:10
**programs** 707:16
**project** 609:11,14
609:15,16,20
610:9
**promote** 523:22
524:3
**promoter** 548:6
**prompted** 621:17
621:22 639:8
**proper** 570:17
573:12 579:18

[proper - questions]

580:18,20
**properly** 578:1,6
595:17 637:25
**proportions**
644:11
**proposal** 504:19
577:4 636:20
**propose** 564:19
**proposed** 544:3,11
547:19 550:5
551:2 556:14
558:11 559:9
566:3 568:18,20
570:16 572:17,21
580:9
**proposing** 549:10
**protect** 545:20
546:3
**protocol** 534:11
600:8
**provide** 513:22
519:16,24 520:6
520:15 521:20
522:8,10,21 523:3
524:10 529:6
536:24 537:1
586:17 587:21
614:20 617:16
623:6,14 632:11
648:16 649:13
665:6 668:4
690:14 692:12,15
704:15 707:2
710:17 719:5
**provided** 521:23
523:5 532:19
533:5,10 536:13
572:6 600:7
658:15 660:24
661:16,21,21
662:15 678:15

680:2 687:24
692:19 695:15
697:10 703:13
704:7 722:19
723:8
**provides** 522:2
529:4 626:4
647:20 658:14
671:3
**providing** 546:7
588:18 661:14
669:21,23 707:5
**ps12n** 503:12,15
541:13 542:17
543:21 544:1,2
545:11 550:20
558:2,22 560:14
568:14,21 569:2
571:20 572:4,19
**public** 551:10,17
551:20,24 552:2,9
553:15,18,23,24
555:23 557:14
559:7,16,24 560:8
560:19 571:6
574:17 575:8
577:11,18 582:11
582:17,19,22
589:10,12 590:16
618:8 701:7 707:9
709:23 711:11
**publication** 712:6
**publicly** 532:15
537:9 539:20
554:10,24 555:4,7
556:2 701:13,14
707:10 710:8
**publish** 529:16
**published** 572:13
**publishes** 707:10

**pull** 659:24
**pulled** 538:20
670:10 688:7
689:3,14 701:4
**pulling** 697:6
**purported** 595:15
**purpose** 598:24
607:17,21 639:5
648:10 650:7
707:7
**purposes** 553:1
653:25 655:19
**pursuant** 671:13
**pursuing** 531:9
**put** 508:15 592:10
593:20 594:1
598:18 603:7
621:9,12 625:12
653:14 669:24
706:15 708:3
**putting** 594:23
**pwangdra** 501:19

**q**

**q&a** 660:11,14,17
661:5,10
**q1** 663:7
**qualitative** 590:11
**quantity** 590:12
590:14
**queried** 679:17
**query** 678:17
679:2 691:9
695:20 698:12,14
698:15,19 700:4
700:16
**question** 518:9
520:3,19 523:15
525:15 530:21
531:25 532:20
533:1,1,8,12,18,20
533:22 534:17,19

534:20,20,21,23
534:25 535:2,3,7
535:12,15,18,22
537:2,25 538:1,17
539:8,22,23
540:15 574:25
575:1,2 576:9,14
576:16 577:17
578:8 585:22
587:4,23 592:5
593:11 595:4,19
595:24 599:22
600:1 607:11
608:9 612:5,8
613:3,25 615:12
625:23 626:22
628:1 632:21
633:3 634:2
641:11,11,14
643:3 646:5
648:12 656:15
657:15,20 658:10
659:22 664:12
665:11,23 666:1
666:15 675:5
677:23 678:3
682:1 683:1,5
684:22 688:6
689:6,16 704:4
705:13,14,17
716:7 717:10
**questionable**
624:16,20 625:12
626:9,20 627:3
629:19 630:7
**questioning**
533:25 535:14,21
662:6 714:22
715:1,3
**questions** 508:10
514:11 521:17

[questions - referencing]

534:2,7,10 570:3
583:2 631:2,22
634:5 636:18
644:17,24 662:21
663:2 665:7
668:15 672:13
678:11 690:15
691:3 702:25
707:21
**quick** 637:8
**quickly** 541:19,20
618:16,21
**quite** 553:13
578:19 636:9
715:3
**quotation** 670:4
**quote** 553:15

**r**

**r** 724:3,3
**r&s** 723:1,9
**raft** 537:10
**raise** 507:16
**range** 537:16
538:10 552:25
553:13 574:4,20
575:24 576:4,23
577:5,8 615:20
648:1
**ranges** 678:21
**ranked** 652:6
**rating** 619:11
**reaction** 591:15,25
**read** 513:2 545:14
546:15,25 552:23
558:19 569:5
570:7 571:18
572:7 573:8 575:1
575:5 579:17
582:25 583:6,7,13
583:14 584:14,15
584:16 587:1,2,3

588:19,20 590:25
592:12,15 593:1
593:10 595:8
602:3 603:23
604:14,25 605:20
607:4,5 608:18
609:12,13 610:3,4
611:16 616:12
622:16,17,22
623:4 624:18,19
627:16 629:3
631:1,5 636:22,23
637:13 640:1,9
642:19,20 643:14
645:18,19,23,24
650:16 663:13,18
669:19 671:5,25
672:1 678:10,24
678:25 684:19
685:1 686:23
691:2,13,14,23,25
696:20,21 702:6,7
720:2
**reading** 529:1,13
605:12 619:5
635:4 656:24
691:19,20 700:9
722:23 723:9
**ready** 662:3,11,24
672:10
**really** 528:23
541:19 552:7
592:5 599:23
601:9 703:2
**reask** 535:12
630:3
**reason** 590:21
599:17 724:6,9,12
724:15,18,21
**reasonable** 529:15
591:15,25 592:6

595:7 647:1
**reasonably** 553:22
**reasons** 607:18
618:8 638:17,19
638:21,25 639:20
690:4 706:5 708:2
**rebecca** 496:21
497:20 592:16
721:1,24
**recall** 511:12
515:13 527:12,23
538:19,22 539:10
540:5,6 544:8,18
544:19,20 547:14
561:14,22,25
562:3,13 563:3
565:6 566:7
570:25 571:5
656:8,18 661:10
669:4,5,22 709:9
**receive** 524:7
542:6 671:21
**received** 522:23
523:12 538:13
662:20 685:13
**receives** 602:6
**receiving** 636:16
**recess** 526:7
536:20 569:18
634:10 672:19
718:23
**recipients** 542:23
**reciprocity** 528:4
528:17,20 529:22
530:2 546:12
**recollection** 512:4
546:15 553:9
562:13 568:25
572:15 577:4
585:12,17 589:5
624:5

**recommendation**
611:10
**recommendations**
563:24 708:10
**record** 506:6
516:13 526:4,6,9
535:15 536:16,17
536:19,22 543:25
558:17 568:18
569:17,20 582:6
596:19,21 598:10
634:1,6,12,25
650:17 661:13
662:12 668:10
670:23 672:15,17
672:21,22 684:23
706:5,14 715:9
718:20,21,24
719:2,11,19,20,22
721:9,12
**records** 682:5
683:22 706:13
**reduce** 624:6
**reducing** 504:9
616:18
**refer** 515:14
556:13 557:19,20
570:13 571:17
572:16 588:1
598:22 601:25
626:3,5 629:20
633:9 664:24
671:15 675:10
**reference** 551:10
551:13 596:6
628:5 670:1
**referenced** 691:1
722:6
**references** 531:19
**referencing** 527:7
669:7

Veritext Legal Solutions
866 299-5127

[referred - responsible]

| | | | |
|---|---|---|---|
| **referred** 515:15 | **reflective** 644:10 | **relying** 589:5 | 626:25 |
| 516:16 517:7 | **reflects** 535:5 | 604:17 | **represented** |
| 520:25 566:17 | **refresh** 512:3 | **remain** 574:14 | 540:24 582:8 |
| 568:7 576:3 | **regain** 663:16 | **remember** 516:8 | **representing** |
| 632:23 635:20 | **regan** 501:6 | 562:6 573:20 | 587:13 594:5 |
| 646:9 651:12 | 506:22 | **remembering** | 596:13,23 |
| 663:24 665:4 | **regard** 508:14 | 551:22 554:17 | **represents** 551:1 |
| 666:17 669:2 | 526:22 540:12 | 591:7 | 556:17 557:9,23 |
| 674:15 686:22 | 555:12 557:5 | **remind** 691:18 | 568:24 580:8 |
| 690:1 711:1 | 576:9 628:11 | **remotely** 496:14 | 581:25 |
| **referring** 532:23 | 678:13 | 497:18 721:6 | **requested** 685:4 |
| 545:3 552:4 553:9 | **registered** 497:21 | **removal** 513:4 | 721:16 723:1,9,10 |
| 553:10,11 556:12 | 721:1 | **remove** 608:24 | **require** 520:20 |
| 559:8 576:23 | **regular** 545:5 | 609:4 | 632:1 |
| 585:15 605:15 | 551:24 554:25 | **removed** 511:1 | **required** 566:11 |
| 606:10 609:16,18 | 555:8 577:20 | 513:14 574:16 | 600:7 671:11 |
| 609:20 619:23 | 660:19 | 575:7 610:20 | **requirement** |
| 620:4,6 628:16 | **regularly** 660:15 | 625:8 714:8 | 595:23 597:8 |
| 630:22 631:13,16 | **relate** 534:2 | **removing** 685:19 | **requirements** |
| 632:3 633:13,19 | 548:15 618:3 | **render** 553:4 | 571:21 |
| 633:20 647:9 | 654:15 664:19 | **repeat** 592:22 | **requires** 531:4 |
| 649:24 656:1 | **related** 509:19,22 | **repeatedly** 683:21 | **resolve** 507:12 |
| 664:5 666:12 | 653:15,16,20 | **reported** 496:14 | **resources** 531:6 |
| 668:23 679:12 | 676:18 | 496:20 497:18 | **respect** 598:12 |
| 684:24 688:8 | **relates** 496:6 | **reporter** 497:20 | 662:20 |
| 701:1 711:8 | 497:6 593:2 634:5 | 497:21,22 506:13 | **respective** 645:21 |
| **refers** 528:17,23 | **relating** 555:14 | 507:14,16,19 | **response** 585:22 |
| 531:20 533:1,2,3 | 667:11 | 541:6 543:5 | 587:4 670:20,22 |
| 544:2 546:12 | **relationship** 528:4 | 581:19 602:13 | 670:25 671:2,5 |
| 552:20 553:1,3,5,7 | **relationships** | 616:6 634:14 | 673:1 674:3 678:9 |
| 572:14,14 587:24 | 524:23 525:8 | 635:24 706:18 | 678:9 685:2 691:1 |
| 619:20 629:13,15 | 567:2 | 713:18 721:2,3,3 | 699:5 |
| 629:18 630:6 | **relative** 721:18 | **represent** 545:8 | **responses** 668:8 |
| 647:7 651:21,25 | **relatively** 513:3 | 548:22 580:10 | 668:11,21 669:3 |
| 693:4 | 519:20 563:6 | 678:7 | 669:14,21,23 |
| **reflect** 557:6 | 567:7 591:20 | **representation** | 670:13,18 671:7 |
| **reflected** 631:20 | **released** 722:21 | 549:2 | 672:24 676:20 |
| 632:25 633:5,10 | **relevant** 676:16 | **representative** | 684:8 703:20 |
| 673:2 | 678:20 | 496:13 535:19 | 709:21 711:2 |
| **reflecting** 553:14 | **rely** 520:20 | 551:4 557:4 560:3 | **responsible** |
| 591:9 | | 596:6 598:7 | 642:12 647:23 |

[responsible - rough]

648:17 651:5
662:15
**rest** 510:15,18,20
558:14
**result** 626:20
658:8,25 659:6,9
659:19
**resulted** 544:4
**resulting** 659:16
**results** 529:22
589:13 659:16
**resumed** 508:4
**retain** 545:25
547:2,5 569:8
610:1 642:16,22
645:4 648:5,17
656:10,20 657:3
658:18 659:5
681:6
**retained** 637:16
637:21 640:7
643:13 644:11
680:22
**retaining** 645:15
646:17 650:1,20
**retention** 582:9
680:8,19,24 681:3
704:24
**retroactively**
637:23
**return** 546:8
589:11 722:17
723:6
**returned** 678:19
679:3
**rev** 504:16 634:20
**reveal** 606:3
**revealing** 606:5
**revenue** 523:11
538:13,20,22
539:2,11,13 540:7

540:16,25 652:20
653:3,4,6,8,25
654:2,6
**revert** 626:2
**review** 504:5
508:20,22 509:3
563:23 591:20
602:19,21,22
604:3 607:2 608:7
608:19 611:1,6,13
616:9 620:17
622:13 623:2
627:14 628:6,20
628:23 630:16
631:8,19 632:2
636:7 637:4 643:7
648:20 660:21
662:8 669:6 719:4
721:15 722:8,10
722:13 723:2
**reviewed** 564:3,6
572:13 603:19
616:16 636:4
638:9 661:4
669:14 690:8
710:23
**reviewing** 557:22
562:6 603:18
623:18 641:13
668:16 718:4
719:6,15
**reviews** 611:15
**revocation** 676:21
**revoked** 676:22
696:12
**right** 507:17
513:24 514:24
515:4 520:24
521:21 524:1
530:17 531:13
532:12,19 536:6

538:16 541:17
542:14,18,19
548:16 549:1,8,12
549:15,19 550:8
551:9,14,18
553:19 554:12
555:3,5,16 556:4
560:2 561:21
564:24 565:5
568:15 569:2,8
572:4,19 574:18
575:20 576:14
577:9 578:2,25
581:24 582:13,20
583:17,19,22,25
584:3 585:2,24
586:3,14,25
587:10,17,25
588:8,14 596:9
597:15 608:25
609:5 611:3
615:10 616:10,19
618:17 620:12
624:8,18,19
627:15 628:3
629:14,19 630:8
630:16 631:9,12
635:1 642:4 644:4
645:7,11 646:18
647:23 649:1,1,2,6
649:14 650:10
651:15,18,19
656:11,21 657:6
657:23 658:19
661:2,7 677:23
680:17 682:19
683:8 685:18
686:2,13,18
688:23 690:16
692:23 697:17
700:6,23 704:2,19

707:13 708:13
710:10,19 711:3
712:24 713:9,17
713:23 714:13
716:5,15,25 717:9
717:15 719:1
**rigorous** 580:22
581:4
**rigorously** 655:11
**ring** 500:7
**risk** 504:9 573:9
573:15,16 616:18
617:18 622:15
639:23 640:3,11
640:13 641:1,8
643:8 644:4
645:17 646:18
650:3,9,22 654:7
654:15 656:11,21
657:3
**risks** 576:18
616:21 617:1,8,14
617:20 618:3
**risky** 655:3,13
**road** 501:16
**rob** 634:18,23
635:8
**rog** 687:22 709:21
**rohrback** 498:5
506:17,18 507:2
**role** 669:20,23
**roll** 642:6
**rolled** 645:11
**romano** 496:21
497:20 721:1,24
**rooney** 660:3
**rosemarie** 500:7
**ross** 500:18
**rotten** 604:20
**rough** 621:5

**[row - scope]**

**row**  628:15 654:10
**rpr**  496:21 721:24
**rring**  500:14
**rule**  595:14,19
**rules**  723:8
**rumble**  586:24
  587:8
**ryan**  563:25
**résumé**  515:24,25

**s**

**s**  503:8 504:1
  505:1 724:3
**sample**  657:10
**samra**  499:9
  506:25
**san**  500:11
**satisfaction**  548:9
**satisfies**  599:11
  634:7
**satisfy**  599:19
**saw**  629:8 699:2
**saying**  522:1 597:9
  597:20 615:2
  618:17 670:23
**says**  542:16
  548:17 552:9
  553:25 554:2
  570:8,9 571:18,20
  572:20 573:9
  583:1 585:25
  586:13,15 587:18
  597:19 605:22
  608:17 609:3
  622:10 624:15
  630:11 636:20
  637:21 639:22
  642:6 645:13
  646:10 649:23
  651:14 653:5
  654:7,10 658:3
  660:7 663:7

670:20 678:8
679:1 688:15,18
696:14
**scan**  637:1,9
**schedule**  722:10
**schema**  698:24
**schwing**  500:6
  506:19,19 512:7
  512:19 513:10,25
  514:15,22 516:4
  517:16,19 518:25
  519:17,25 520:7
  521:8 522:4,24
  523:13 524:12,25
  527:1 528:6,18
  529:8,24 530:18
  532:20 533:12,23
  534:6 535:14,21
  535:24 536:7
  537:2 538:17
  539:7,23 541:18
  542:4,7 547:7
  549:6,25 554:13
  555:18 556:10
  557:7 562:20
  567:23 574:19
  575:4,10,21
  576:11 577:24
  581:6 583:18
  584:1 585:4,6
  586:19 588:9
  589:20 591:18
  592:1 593:9,15
  594:3,12,20
  595:11 596:12,18
  598:5,9 599:13
  600:5,22 601:15
  606:2 607:8 608:1
  611:21 612:5,15
  613:6,19 614:3,9
  614:22 616:23

618:5,15,25
621:19 622:25
623:15,25 624:22
625:20 626:22
627:18 629:4,21
630:9,17 631:22
632:7 634:2,24
638:13,22 639:10
639:12 640:15
641:9 642:24
644:5,20 646:1,19
647:10,24 648:6
648:21,23 649:16
650:12,24 652:12
652:22 653:11,18
654:16 655:5,21
656:12,22 657:7
657:16 658:20
659:7 660:23
661:12,23,25
662:18 664:1,14
664:16 665:8,17
665:24 666:8,19
667:4,12,24
668:18 672:3,16
673:9,18 674:4,25
675:17,25 676:2
677:11 679:10
680:14 681:1,10
682:9,21,24 684:2
688:2,24 689:10
689:21 690:6,17
691:18,21 692:11
692:24 694:19
695:6 696:24
699:11,19 700:7
700:24 701:19
702:14 703:17
704:3,20 705:7,21
706:8 708:18
709:1,18 710:1,11

710:20 711:4,14
711:19,22 712:4
712:25 713:24
714:14,19 715:20
716:6,16 717:1,16
718:1 719:1,17
**schwing's**  599:12
**scientist**  510:4
**scope**  523:13
  527:1,6 528:6,9
  591:18 592:2
  600:9,22 601:15
  607:9 611:22
  612:15 613:6,19
  614:4,10 621:19
  621:20 622:25
  623:16 624:1,22
  625:20 626:23
  627:18 629:5,22
  630:18 631:23
  632:7 634:3
  638:13 639:10,13
  640:16 642:24
  644:6,20 646:1,19
  647:11 648:24
  649:17 652:12,22
  653:12 654:17
  655:5,21 656:13
  658:21 664:2,16
  666:9 667:4,13,24
  667:25 673:9,18
  674:5,25 675:19
  676:3 677:11
  681:1 688:2,24
  689:11 690:6
  692:11 694:19
  695:6 696:25
  699:12 700:7,24
  702:15 703:18
  704:3,20 705:7
  706:9 708:18

[scope - short]

709:18 710:1,12
711:4 712:25
715:21 716:7
717:17 718:2
**score** 548:6
**scored** 652:6
**screen** 594:16
**scroll** 558:14
**scrolling** 600:5
**sean** 563:25
**search** 589:12
604:19 605:17
693:19 709:12
**searched** 589:10
**seattle** 498:12
**second** 514:24
534:15,15 541:10
545:9 546:2
573:11 579:16
580:5 585:7 609:3
626:11 627:16
628:21 629:24
631:2,8 632:22
640:10 649:8,22
649:23 650:17,18
663:13,14 668:11
672:15 676:6
685:1 690:25
691:5 708:8
712:20
**secure** 607:2,24
608:7,12
**see** 523:8 533:14
539:6 541:14
542:2,10,12
543:23,24 545:12
550:19,21 551:9
551:11,15 552:13
552:14 554:3,4
556:21 557:18
558:8 560:23,25

561:2,4,7,11,12,17
561:19,20 562:9
564:1,2 565:22
566:8,13,16,19,20
568:10,12 569:3
570:4,6 571:12,14
571:15 573:5
576:16 581:15,21
587:6,16,18 589:1
593:18 600:13,19
600:20 602:15,23
602:24 604:8,9,10
609:6 611:11
616:20 619:3,4
620:18,19 621:1,2
623:2 627:12
628:3,7,8,12,14,14
628:24,25 634:17
637:17 639:24,25
643:17,18,23,24
643:25 645:6,7,12
646:12,13 647:25
648:14 649:7,9,11
649:23 651:16,19
654:8,9,12 655:15
655:17 660:5,6,11
660:13 661:8
663:5,6,11,12
676:13,24,25
677:1,4 678:6
679:5,6 684:10,17
685:15,16 687:3,4
687:6,7,9,10,12,13
687:15,16 688:13
688:14,16,17,19
688:20 692:4,5,7,8
695:24 696:2,3,5,7
696:8,10,11,13,16
696:17 699:17
700:20,21 707:14
707:15,17,18,24

707:25 708:14
709:14,16,20
711:25 712:18,21
**seeing** 538:19
539:10 708:9
**seen** 507:11 523:3
524:17 568:7
640:20 655:1
669:16
**segment** 561:17
**segments** 566:17
**send** 599:17 663:8
**sending** 582:5
**sense** 587:12
588:13 607:22
715:2
**sensitive** 573:10
573:15 574:16
575:7,19,23
576:19,21 577:15
577:23 578:3,13
578:19,21,22,25
579:3,4,7,9,10
611:13,19 612:1
612:14 613:5,9,11
613:14,18
**sent** 508:18 514:14
541:23 582:7
636:8 637:23
666:18
**sentence** 594:16
595:9 596:5,10
**separate** 551:19
551:20,21
**separately** 526:3
**series** 511:23
531:22 532:11
561:5 662:16
703:7 709:10
**serious** 663:14

**seriously** 578:5
**service** 625:3
663:23 673:5
712:23
**services** 588:18
673:6 692:15
693:4
**session** 672:5
714:22
**set** 529:12 544:3
544:10 545:4
550:17 551:2
552:1,3,24 554:19
556:13,24 562:18
563:3,5 570:9,22
571:10 572:5
573:1 575:25
577:19 580:9,12
585:16 610:25
624:11 625:15
638:17 668:12
681:14,19 721:6
**setting** 570:25
**settled** 535:11
**settlement** 712:17
**share** 524:15
530:3 542:3
594:16 622:3
**shared** 591:11
709:24 711:12
**sharing** 509:20,21
528:24,24 534:3
553:1 593:2,22
600:2 713:8
**shed** 682:14
694:22
**shipping** 621:7
**shirley** 634:18
635:10,11
**short** 548:3,11
598:21 604:7

[shorthand - specific]

shorthand  497:20
721:2,10
show  595:23
616:16 703:4
showing  660:1
706:20
shown  572:16
shows  548:14
shut  569:21
si  722:2
side  645:8
sides  531:5
sign  609:25 645:22
722:16 723:5
signature  721:24
722:21,23,23
723:9
signed  669:14
signify  676:22
simon  496:13
497:15 503:3
506:8 508:1
557:19 720:1,11
722:1,5 724:2
simple  703:2
717:10
simplification
544:2
simply  598:7
683:23 708:3
single  540:2
706:14
sir  634:8 713:14
situation  639:19
six  628:5 685:12
686:1,9,12,15,17
687:23 688:1,22
689:20,25 690:5
690:16
sizing  649:2
651:13

skeletal  548:23
skeleton  556:15
558:17 566:2
572:12
skipping  548:1
slide  543:3,20
545:7,9,10,16
546:13 548:14,17
548:23 550:18,19
551:1 553:17,19
553:21 555:20
556:3 557:17,18
557:22 558:9,21
562:3,6 566:1,3,14
568:11,12,17,20
569:3,7 570:2,4,6
570:17 571:11,12
572:8,11,12,20
573:6,7 576:6
577:3 580:8
616:18 619:2,8,11
620:15 622:21
623:2,5,8 624:14
627:8,12,17
628:14 630:12,14
630:21,21 631:1,4
634:20 636:19
637:7,7,7,11,13
639:21 642:3,4,5
642:14,18 643:14
644:8 645:1,3,16
646:7,8,9 647:2,3
647:3,3,5,7,7,8,9
647:25 648:3,15
648:19,20 649:3,7
649:9,11,19,22
650:2,20 651:16
651:19 653:14
655:24 658:4
slides  653:1

slowly  592:15
small  563:6
708:20
smaller  631:18
smith  501:6,12
506:22
snippeted  596:14
snippets  594:22
social  550:25
553:6 652:1,3
673:5 699:8
701:12,14,21
708:9
solemnly  507:19
solutions  722:7
somebody  539:16
605:2 619:11
665:10 698:15
718:10
somebody's
615:21
somewhat  575:23
578:21
soon  514:14
sooner  514:18
sorry  510:20
515:23 517:18
521:7 523:14
529:23 531:14,16
533:14 539:7,18
539:19 541:18
546:9 552:17
554:14 560:25,25
569:25 582:7
585:6 586:25
587:22,23 592:22
593:16 594:20
609:1 614:3
628:13 629:21,21
630:2 633:2
634:24 639:11

641:10,13 644:7
645:2 648:22
658:10 664:15
672:3 675:17
682:22 683:7
684:21 686:3
692:18 697:11
698:5 700:8
701:25 705:13,16
706:2 709:17,18
711:21,22 713:20
sort  678:2
sought  549:4
sound  516:2
soundcloud
518:20
sounds  584:25
680:1,3
source  606:9
609:23 625:2,23
682:6,7,12
speak  510:6,13
541:2 641:21
682:2
speaking  562:12
584:4 620:1
623:10
special  502:6
507:3,6,7 533:19
533:23 534:4,14
535:9,10,24,25
595:11,18,25
596:3,12,16,20
597:1,4,9,15,17
598:3,10 599:1,3
719:9,18
speciality  712:8
specialized  694:7
specific  512:21
527:5,23 528:8
531:15 532:22

[specific - suggests]

567:8 578:8
579:22 580:1
599:23 618:3
628:1 653:15
668:15 671:6
679:21 681:15,15
681:19,20,22,23
683:18 701:16
708:5 711:10
**specifically** 511:12
529:22 576:8,9
599:24 604:5
605:16 606:8
622:23 632:3
633:21 641:3
655:1 666:13
668:5 681:14
697:2 699:21
711:8
**specifics** 532:9
659:11 681:24
**speculate** 608:13
615:13 627:23
698:25
**speculating** 528:1
605:19 608:4
609:22 619:18,24
629:10 631:24
647:18 654:5
659:13
**speculation** 608:1
612:6 613:7,20
614:9 629:5
630:17 631:23
632:8 647:10
648:23 649:16
653:11 657:16
665:8 682:9
**spell** 698:1
**spend** 530:7
668:16

**spending** 530:12
**spoke** 541:3,3,4
690:8,9
**spoken** 540:23
607:14 646:22
654:21 655:24
718:11
**spotify** 518:17
708:12
**stand** 652:21
**standard** 519:13
519:19 553:24
606:13 632:13,19
656:6 705:10,23
**standards** 639:4
**standpoint** 601:11
**stands** 614:17,19
652:19 653:3
**start** 641:17
644:19 676:13
703:12
**started** 508:9
597:24
**starting** 573:14
644:21,22 686:22
**starts** 671:1
**state** 507:20 535:3
535:5 594:20
629:25 661:12
676:6 722:9,12
**statement** 529:10
592:12,14 593:14
596:13,23,24
597:7,7,12,13,14
597:18,20 598:1,8
598:14 599:20
600:4,13,19,20,21
601:13 670:7,9,11
**statements** 614:15
**states** 496:1 497:1
611:12 616:18

622:11 643:19
645:20 678:13
687:22 691:5
**stay** 597:25
**stenographic**
672:22 684:23
**stenographically**
496:20
**step** 642:6,15
**steps** 620:21
**steven** 509:14
510:13 511:5,13
668:22
**stipulation** 722:20
**stood** 571:5
**stop** 582:24
618:22 624:13
714:24 715:4
**stopping** 714:20
**storage** 680:3
**stored** 681:5
698:11
**stories** 523:2,8,10
524:17 528:25
530:2
**story** 604:22 622:5
**strategic** 515:3,10
515:15,18,20
516:1,16,23,24
517:1,5,6,14 518:6
518:10,22 519:7
519:10,14,15,20
519:23 520:2,5,14
520:18,22 521:1,4
521:11 546:1
547:3,6 558:22
559:13,13 560:11
560:13,16 569:1,8
572:9,22 575:18
584:21 585:23
586:1,13,15 587:6

587:16,19 588:4
588:23 628:21
631:9,11,14,17
632:6,14,20
655:16,18 656:3
657:5 705:5,11,12
705:15,19,24,24
706:2,2,3
**stream** 513:2
602:3
**streaming** 590:16
**streams** 590:9
**streams.key**
542:18
**street** 499:11
500:9 501:8 502:7
**strike** 673:25
**structure** 649:15
**structured** 552:23
**stuff** 586:25
587:10 675:8
**subject** 503:12,21
504:5,15 541:12
581:17 601:7
602:19 634:19
660:11 662:14
**subjective** 575:23
577:15 578:21
580:21 613:9,11
613:15
**subscribed** 721:21
**subset** 550:5
554:23 631:11
632:5 661:22
**suggest** 538:19
550:5
**suggested** 663:4
**suggesting** 580:12
**suggests** 556:23
571:6 644:8

Veritext Legal Solutions
866 299-5127

**[suite - template]**

**suite**  498:11
499:12 500:10,19
501:9 552:24
**summarize**  642:16
642:22 645:5
650:14
**summarizing**
604:2
**summary**  503:22
581:17
**sun**  634:18 635:10
635:11 636:12
**super**  606:20
718:5
**supplied**  616:14
**supply**  617:10
**support**  558:6
607:2,24 608:7,12
**supported**  609:10
**supposed**  534:1
702:9
**supposedly**  703:4
**sure**  511:22
512:22,24 520:16
520:17 525:1,2,14
528:20 532:1,2,10
534:12 537:4
540:3 543:17
546:4,6,10,16
556:12 562:8
567:18 568:16
572:24 573:25
580:4 588:11,18
589:21 592:24
593:16 604:15
605:15 608:11
609:2 615:11
617:14,24 618:12
618:20 621:21
626:11 627:5,25
630:5 631:3,13,15

633:13 634:6
635:7,11,14
638:14 639:16
640:22 643:3,11
644:9 649:18
650:13 653:13
656:15 657:24
658:11,12 661:18
662:7 663:3 664:4
664:13,21 672:9
673:10,13 677:24
678:2 683:2
684:20 686:4
688:6 689:13,15
689:22 691:24
692:12 693:15
694:11,22 695:8
697:23 699:13
701:3,25 702:5
709:3 710:6 711:6
712:19
**surface**  555:23
560:9 575:15
577:11 618:8
**surprised**  597:6
**survey**  548:7
**swears**  506:13
**syncing**  673:6
**system**  580:17,25
581:2,5 679:18
682:17 683:23
684:4 698:6
**systems**  582:9
671:13,19 682:13

**t**

**t**  500:7 503:8
504:1 505:1 724:3
724:3
**tab**  541:21 602:11
**table**  678:15 697:3
698:9,22

**tables**  697:25,25
698:3,8,12,14,16
698:17,24
**taggable**  513:1
699:9
**take**  517:19
529:12 553:2
560:23 563:9
569:14 593:21
594:4 615:14
618:17,19 631:1
636:4,24 654:14
655:9 660:20
661:19 662:1,19
662:23 669:10
672:9,11,12
686:21,25 687:18
**taken**  497:15
526:7 536:20
540:16 569:18
608:17 609:3
634:10 658:25
672:19 718:23
721:5
**takes**  578:4
**talk**  511:9 521:17
532:22 547:14
555:13 596:18
638:16 679:13
**talked**  511:23
580:8 591:9 618:6
703:15 705:9
708:1
**talking**  511:16
512:21 528:9,11
529:19 532:24
571:25 575:24
577:4 632:17
714:4
**tasked**  544:16,20

**taxonomy**  562:1
**team**  509:3 515:3
515:5,6,7,11,14,15
515:16,22 516:16
516:17,18 517:3,9
518:19 519:22
521:22 525:11,22
527:15,24 531:8
540:20,21 543:1
543:11,14,16
544:12,15,21,24
550:6 558:4,7
559:20,21 562:24
563:8 564:15,21
565:8,13,14,15,17
567:11,12 588:2,2
588:3,4,6 613:17
632:11 660:4,7,8
660:10,16 666:18
682:3
**team's**  510:7,11
**teams**  588:7
613:13 638:10
651:7
**tech**  707:21 710:9
**technical**  542:8
590:1 602:7
619:23
**technology**  601:10
**tell**  516:10 531:18
587:8 592:13
594:16 632:5
637:3,4 653:24
659:3 666:4 677:8
702:8 709:23
**telling**  665:13
**template**  645:16
646:9,11,14 647:2
647:4,7,8,15,17,20
648:9,14 650:2,6,8
650:15,21 651:11

[template - thought]

654:1 655:16
656:9,19 657:10
658:14,17
**ten**   543:18 569:15
**tense**   641:12
**term**   520:22 521:4
528:23 548:3,3,11
590:6 613:15
619:20,22,23
664:22 666:23
671:9 675:24
683:21 693:1,21
694:1,10,12
**termed**   674:14
**terminated**   676:23
**terminology**
516:20 531:20
665:19 667:16
674:19
**terms**   521:2 524:5
530:2 531:17
538:18 559:18
590:11 605:23
606:21 618:2
626:3 653:21
654:18 664:7
674:6
**test**   693:24 709:12
**testified**   508:3
512:15 521:5
648:8 682:17
703:8
**testify**   537:21
539:1 615:3,15
672:10
**testifying**   601:2
721:8
**testimony**   507:20
508:21,25 511:11
512:4 514:8
516:21 522:4

567:18 599:7
615:3 616:13
618:7 636:6
656:13 659:3
661:15 669:2
682:25,25 692:24
719:3,5,6,16 720:4
721:12
**texas**   500:20
**text**   590:19,25
**thank**   508:7 514:6
515:1 535:8,24
536:1,18 542:9
569:25 599:14
602:9 603:12,16
603:17,20 618:24
618:25 627:10
628:2 630:1
633:25 635:2
637:10 660:22
669:25 670:16
676:7 691:21,23
700:12 719:17
**thanks**   705:17
**theme**   604:22
**thing**   524:4 584:19
615:16 620:15
652:17 669:6
672:8
**things**   505:6
507:14,15 518:20
522:12 526:16
537:5,10,16,25
538:2,10,14 551:2
551:20 552:6,15
552:21 553:7,14
553:17,22 554:1,8
554:10,22,24
555:2,7,21 574:4
576:2,5 578:5
584:7,17,20

585:14,15,15
586:21 589:11
603:10,23 610:8
610:25 644:8
648:1,2 649:5
651:3 666:24
673:11 694:14
695:1 702:19
707:12 708:4
710:5
**think**   509:11
510:1,16 511:6
513:1 515:6,19
516:25 518:8
519:8,10,18 520:1
520:21 522:20
525:22 529:9
539:24,25 540:20
545:1,2 546:9,11
546:11 547:10,15
547:23 548:21,24
549:1,8,8,12 550:2
550:8,13,16 551:3
551:18 556:17,22
556:24 557:1,3,22
558:16 560:3,10
562:14,17 563:13
564:5 565:13
567:6 568:16,19
568:24 571:7,23
572:4 575:22
576:4 577:1,13,25
578:2,4,14,16,20
578:24 579:2,9
580:4,7,11,13,19
581:25 582:7
583:19,21 584:2,3
584:9 586:4
590:13 591:8,19
591:21 592:6
594:6 595:7 598:6

598:11 599:11,24
601:1,5,25 608:14
612:23 613:8,10
613:12 615:20
616:15,24 619:19
619:22 623:8
624:7 626:10,11
627:22 628:13
632:13,14 633:3
633:16,19 637:11
640:18 644:7
647:19 650:14
652:13,23,25
654:3,19 655:6,8
655:14 656:1,6
661:25 665:3
667:14 672:1,8
673:20 674:6,7,20
675:3 677:14,16
682:14,24 683:3
686:19,19 693:10
697:12 702:16
705:13 710:4
714:21,23 715:1
715:14 719:13
**thinking**   604:2
**thinks**   578:18
599:25 612:19
**third**   498:10 531:2
546:17 591:12
609:8 628:23
638:8 649:10
670:6 671:10
682:18 684:12,15
691:6,8 693:5
695:17,20 700:1,4
700:13,16
**thought**   539:18
559:5,20,20
585:13

Veritext Legal Solutions
866 299-5127

[thoughts - types]

| | | | |
|---|---|---|---|
| **thoughts**  580:6 | **timeline**  524:19 | **top**  582:25 646:10 | **true**  686:19 |
| **thread**  582:1 | 530:6 611:10 | 687:2 691:3 | 715:19 720:5 |
| 585:25 591:21 | 686:10 | 695:25 | 721:12 |
| **three**  512:24 628:5 | **timelines**  512:11 | **topic**  594:9 | **trust**  663:17,22 |
| 629:2 649:5,12 | **times**  561:25 | **topics**  508:11,12 | 666:4,17,21 667:3 |
| 715:6 | 567:13 661:9 | 508:14 509:23,25 | 667:11 |
| **tile**  515:21 | 673:13 674:12 | 534:2,7 592:2 | **trusted**  583:4 |
| **time**  506:6 510:9 | 675:10 681:20,23 | 600:10 607:9 | **truth**  507:22,22,23 |
| 510:22 515:7 | 708:12 712:6 | 612:3 624:22 | 606:10 609:23 |
| 516:11,19,22 | **tinder**  583:10 | 640:16 664:16 | 625:2,23 682:6,8 |
| 517:4 527:23 | 584:18 | **totality**  704:7 | 682:12 |
| 530:7,12 531:4 | **title**  515:25 516:7 | **track**  510:8 | **truthful**  586:18 |
| 532:23 543:13 | 516:11 543:21 | 581:10 681:13 | **try**  567:15 575:2 |
| 544:10,20 545:18 | 545:10 548:14 | 682:17 697:15 | 600:3 618:21 |
| 547:12 548:7,12 | 550:19 556:4 | **tracked**  652:11 | 627:23 636:17 |
| 548:20 551:6,16 | 557:18 568:21 | 681:9,9 | 644:15 703:1 |
| 553:18,20 554:23 | 570:4,6 616:18 | **tracking**  580:23 | **trying**  527:3 |
| 555:6 558:20,25 | 622:21 628:20,21 | **tracks**  697:19 | 530:25 537:21 |
| 559:17 569:11,12 | **titled**  627:11 | **transcribed** | 544:12,22 551:7 |
| 572:3 574:14 | 707:12 | 721:11 | 551:23 554:14 |
| 579:22 581:1 | **titles**  516:13 | **transcript**  720:3 | 555:24 558:4 |
| 583:15 584:5,25 | 628:19 | 721:12,14,16 | 573:20 576:13 |
| 585:3,12 586:7,10 | **today**  508:21,25 | 722:6,8,10,13,13 | 577:16 579:1 |
| 587:14 594:13 | 513:9,24 514:2,8 | 722:21 723:2,2 | 597:22 599:8 |
| 598:13 603:22 | 514:11,20 534:10 | **transition**  531:13 | 601:10 615:5 |
| 610:15 618:18 | 571:24 572:1 | 532:6 533:2 | 620:2,2 644:22 |
| 621:13 624:5 | 580:22 581:2 | 534:13 536:5,9,10 | 654:5,5 686:10 |
| 627:21 629:10 | 604:23 615:3 | 549:5,16,19,21,23 | 702:18 703:5 |
| 632:2,18 635:5 | 616:13,17 636:6 | 550:4,12,25 | **turn**  507:9,10,13 |
| 662:1,19,23 664:8 | 641:14 659:3 | 579:19,23 580:2 | 535:11 |
| 668:16 671:11 | 661:15,22 665:23 | 581:1 691:11 | **two**  509:25 555:1 |
| 676:17 678:20 | 679:15 690:19 | 695:22 700:18 | 587:3,5 597:23 |
| 679:12,14 680:19 | 707:20 715:11 | 709:8 | 631:2 633:22 |
| 680:21,24 681:6 | 719:6 | **transitioned**  555:4 | 703:25 708:4 |
| 681:15 684:12,14 | **token**  602:6 | **transitioning** | 710:5 715:5 |
| 685:7 702:1 714:1 | **told**  585:21 | 582:18 | **type**  563:1 617:19 |
| 714:3,5,10,21,21 | **tomatoes**  604:20 | **transitions**  550:17 | 631:8 698:9 |
| 716:1 719:23 | **tool**  581:8 697:5,8 | **treated**  719:3 | **types**  522:18 |
| 721:6 722:10,18 | 697:14,19,22,23 | **treatment**  719:8 | 526:17 538:12 |
| 722:24 723:7 | **tools**  554:9 | **tried**  690:18 | 574:15 575:6 |
| | | | 627:13 673:7,24 |

Veritext Legal Solutions
866 299-5127

[types - users]

674:1,22 692:2
695:16 708:16,25
709:2,7,14
**typically** 519:2
520:8,25 521:22
522:6,25 523:6
524:13 526:13
530:10 531:3
606:14 651:3
660:16

**u**

**ultimate** 554:19
**ultimately** 544:4
551:4 556:18
557:4 562:1 563:4
566:3 580:10
644:10 646:4
**unaware** 591:11
**uncertain** 620:24
**unclear** 626:17
**understand**
508:16 510:5
513:14 514:22
532:1,8 533:22
534:19 535:2,3,6
544:13,22 548:8
551:7 553:16
559:8,9 567:15
593:12,14,22
596:4 597:13,22
599:1 600:1
601:10 614:5
620:3 621:13
630:20 631:3
633:2 636:10
637:12 638:25
641:19 643:4
651:21 652:4,16
655:25 656:15
679:11 683:14
685:22 686:10

690:3 691:16
699:21 703:6
714:2,3 719:14
**understanding**
509:22 514:1
516:20 517:9,25
519:6,9 521:3,6,10
525:17,24 528:22
532:2 537:23
540:22 544:10
545:21 546:13,21
546:22 547:11
551:5 553:20
554:16,22 555:6
555:20 558:24
568:5 586:2,5,6,7
586:10,21 587:13
589:8,16,25
590:15 592:25
595:5,9 601:5,19
601:23 605:3,11
606:12,16,16,17
607:13 610:13
611:4 612:14
613:4 614:13,18
619:25 620:1,5
621:11 622:6,19
623:17 625:24
627:2 633:12,19
633:22 637:20
638:2,16 639:18
640:6 642:10
643:9 651:25
654:22 656:3,23
679:15,19 680:12
680:20,23 681:11
682:20 683:13,20
684:3 690:19
695:3 697:18,24
698:10 701:8
702:3 703:19

707:9 713:2 714:7
714:15 716:9,18
717:3,18 718:9
**understands**
537:22
**understood** 550:6
655:11 658:11
**undertake** 639:9
**underway** 582:20
**unidentified**
594:23
**united** 496:1 497:1
**universal** 656:2
**universe** 608:19
**unlimited** 531:7
**unmute** 507:10
**unreasonable**
647:13
**upcoming** 584:23
**updated** 697:8
**updates** 510:10
**usable** 511:7
**usage** 510:8 605:6
625:17,18 626:1,5
**use** 516:19 520:22
527:18 546:1
547:3,6 554:6
555:9 558:22
559:13 560:11,14
569:1 572:9,22
575:18 584:21
585:23 586:1,11
586:12,13,15
592:19 593:6
595:16 599:16,21
600:12,16 601:1
626:6 647:14
663:23 692:14
693:9,11,13,19,24
694:7,14 705:5,12
705:19,24 706:3

713:16,23 714:12
716:11,15
**useful** 529:11
603:11 623:7
**user** 496:4 497:4
506:10 514:4,4
522:8 524:6,9,10
530:10,16 538:11
546:7 552:25,25
579:2,4,5 602:8
617:10,11 626:17
626:19 666:4
670:6 685:5
698:22 699:9
712:22 713:5,5
716:4,18,21 717:6
717:8,13 718:16
722:4 724:1
**user's** 545:22
602:6 691:11
698:20,21 700:6
700:18 714:18
717:10,14,20
718:15
**users** 520:12
521:24 522:3,13
522:15,16,20,23
524:15 526:1
528:24 529:16,20
530:3,7,11,25
536:12 537:12
546:4,19 547:18
547:24 553:3
559:2 591:10
617:16,16,23
618:9 626:4 649:6
651:22 665:13
666:4 671:23
678:19 683:16,17
684:6,6 692:15
695:22 714:6,12

**[uses - ways]**

**uses** 569:8 578:23
　579:11 607:19
　626:7 674:13
**ussd** 673:6

**v**

**v1** 579:23 582:22
　685:9,11,20
**v2** 544:5 574:23
　579:23 582:22
　691:12 700:19
**v2.0** 583:5 586:25
　587:10
**v2.0.** 584:13
**v4** 531:23
**vague** 522:24
　527:1 529:8
　530:18 532:20
　533:12 537:2
　538:17 539:8,23
　576:11 581:6
　583:18 584:1
　585:9 586:19
　588:9 589:20
　591:18 592:1
　612:5 614:4,22
　616:23 618:5
　623:15 624:1,23
　625:20 626:22
　629:21 646:1
　654:16 655:5
　675:1,18 676:2
　679:10 680:14
**valid** 546:1 547:3
　547:5
**valuable** 520:11
　522:14 547:17,23
　547:24,24 559:2
　607:1,7
**value** 519:16,24
　520:6,15 521:17
　521:20,24 522:2,3

522:7,10,15,18,21
523:5,11,24,25
524:11,24 525:3,9
525:20 526:1
530:11,13,14,25
531:1,11 532:4,18
533:4,9 536:3,12
536:13,25 537:12
537:18,22,24
538:12,12,15
546:18 587:6,16
587:19 588:5
623:13 625:7,16
625:18 626:1,3,4
639:23 640:4,11
640:14 641:1,8
643:7 644:3
645:17 646:17
650:3,9,21 655:16
655:19 656:3,11
656:21 657:5
**varela** 541:4
**variable** 680:22
**variety** 531:17
　554:7 671:19
**various** 525:12
　538:12 553:5
　565:9 585:13,15
　612:9 673:12
　674:12 681:4
**vast** 670:4
**vc** 496:4 497:4
**verification**
　668:21
**verified** 668:22
**veritext** 506:12
　603:13 722:7,9,11
**version** 531:19,23
　532:13 550:25
　577:11 579:20,20
　585:16,16 685:17

686:1 695:23
**versus** 640:4
**vf** 602:21
**vf.pdf.** 602:22
**video** 496:14
　497:19 507:9,10
**videoconference**
　496:14 497:19
　498:2 499:2 500:2
　501:2 502:2
**videographer**
　502:18 506:5,11
　526:5,8 536:18,21
　569:16,19 634:9
　634:11 672:17,20
　718:21,24 719:21
**view** 612:20
**violate** 712:17
**violation** 663:22
**visitation** 523:10
**volume** 496:17
　503:3 506:9
　643:21 722:5
　724:2
**volumes** 643:15
　681:16

**w**

**w** 498:6 502:7
**w3.h** 635:18
**waiting** 543:7
**waived** 722:23,23
**waiving** 722:20
**walk** 648:19
**wangdra** 501:14
　506:22
**want** 507:11
　512:22 523:22
　530:11 532:9
　533:15,17,24
　534:8,12 535:16
　537:4 554:6

558:10,10,12
567:18 568:23
569:11 573:25
574:11 592:24
593:16 594:4,8
595:12 597:12,18
599:4,6 606:19
609:2 617:24
618:12 631:3,7
634:4,6 645:15
646:16 650:1,19
652:24 661:18
662:1,7,18 698:25
712:19 714:19
717:2
**wanted** 535:17
　671:20
**wants** 530:10
　702:1 715:5
**washington**
　496:23 498:12
**way** 509:20 518:14
　519:4 520:19
　530:12 538:21
　544:21 545:2
　567:16,17 574:9
　576:1 580:14,16
　582:6,8 583:3
　594:2,7 603:7,15
　613:3 615:12
　625:13 626:16
　652:8 654:25
　671:21 674:20
　677:15 679:16
　707:5 714:16
　718:12
**ways** 519:12
　520:14 522:21
　537:21 554:7
　559:21 591:12
　630:23 657:11

Veritext Legal Solutions
866 299-5127

**[ways - yeah]**

681:4 702:23
**we've** 560:6,16
  580:8 591:9
  613:10 618:16
  663:16 668:23
  683:19 703:15
  704:18 705:9
  708:1
**weaver** 499:6
  507:3,5
**web** 496:14 497:19
  498:2 499:2 500:2
  501:2 502:2
**website** 553:7
**websites** 708:11
**week** 588:16
**weekly** 660:19
**weeks** 508:9
**weigh** 535:17
**went** 511:24 562:3
  621:23 651:13
  685:24
**whereof** 721:20
**whitelist** 540:17
  563:2 564:6,10
  574:6,9 580:1
  581:12 583:9,16
  583:20 584:18
  585:19 605:8
  633:1,5,24 658:8
  659:6
**whitelisted** 563:6
  564:20 565:4,12
  574:23 577:13
  584:7 633:6,11,23
  684:13,14 696:1
**whitelisting**
  509:20 510:16,23
  562:10,15,18
  564:3,13 571:20
  571:25 572:5

577:5 579:21
580:16,24 634:6
659:20 664:25
**whitelists** 511:14
  545:6 552:3
  555:11 570:10,24
  571:2,10 573:23
  581:9 584:19
  585:1,13,14,20,23
  586:8 605:6
  610:22 633:11
  690:11
**wide** 537:16
  538:10 552:20
  553:13 576:4
**wider** 605:18
**widespread** 626:6
**window** 680:19
**witness** 506:13
  535:18 569:12
  593:18 594:24,24
  595:17,19,23
  596:1,5 597:6
  606:2 627:19
  639:16 667:5
  719:4 721:20
  722:13,16 723:2,5
  724:24
**wonderful** 596:19
**wondering** 529:20
  541:23
**word** 512:14
  515:20 554:7
  556:5 665:4
  669:19 687:18
  703:9
**words** 567:7
  710:14
**work** 509:17 510:7
  510:11 514:16,24
  517:10,11 518:2

518:22 527:6
531:22 542:17
590:15 651:7
663:16 664:8
698:24 708:3
**worked** 515:21
  517:3,9 518:12,16
  518:18 519:22
  525:25 527:10
  544:15 589:23
  593:23 601:20
  682:13 714:16
  717:4 718:10,12
  718:13
**working** 518:1
  519:3 520:9
  521:23 522:6
  527:12 530:23
  531:3 549:17
  588:16 675:7
**works** 600:2
**workstream**
  557:19 558:9,11
  558:12,20 559:9
  565:22 568:14,18
  568:20,24 570:5
  570:14,17,20
  571:13 572:17,21
  580:7
**workstreams**
  550:20,24 556:4,6
  556:8,9,14,23
  580:9
**world** 555:25
**worth** 531:9
  558:16 627:4
  645:17 646:18
  650:3,9,21
**worthwhile** 524:4
**worthy** 655:11

**wrap** 715:11
**wrapped** 514:20
**wright** 498:8
  507:2
**write** 552:23
  593:19,25 646:22
  652:25 655:24
**writes** 586:24
  588:15 604:1
  608:6 620:20
  671:8 676:15
  707:20 708:2
  712:14 715:16
**writing** 554:17
  555:20 654:20
**written** 545:17
  547:9,12,12
  548:23 558:8
  562:17 563:22
  566:2 592:23
  593:2 605:2
  707:15 710:14
  718:5
**wrong** 531:18
  554:6 627:13
**wrote** 547:5 569:6
**ws3.h** 635:16,18
**ws3.j** 504:18
  636:20

| x |
|---|

**x** 503:8 504:1
  505:1 721:16
  723:1
**xfn** 638:7

| y |
|---|

**yahoo** 708:7
**yandex** 604:20
**yeah** 512:9 513:11
  514:15,22 520:1
  521:10 522:5,25

Veritext Legal Solutions
866 299-5127

**[yeah - zoom]**

523:14 525:1
527:2,22,25
530:20 531:16
532:11,21 533:13
537:3 538:2
539:10 549:20
556:6 561:4,8
569:12 571:15
573:3,7 576:12
581:7,21 586:1
592:4 593:19
594:10 595:3,18
596:20 597:5
598:3,20 599:2,3
599:17 600:24
601:18 602:24
603:4 606:7 608:2
609:7 610:4
611:17 612:7,8,17
613:21 614:11,11
614:24 616:20,24
619:4 621:2 624:2
626:13 628:17
629:6,17 630:19
631:24 633:6
636:25,25 639:16
642:20 643:18
645:6 646:21
647:12 649:3
657:18 658:2
660:13 661:20,23
663:1 665:9,18
669:9 675:2,17
676:1,25 684:18
692:5,8 700:12
702:16 707:18
708:14 710:3
718:3
**year**   566:5
**years**   545:17
546:14,23 551:23

573:20 585:18
589:6 591:21
624:10
**yep**   587:5
**york**   708:12 712:6
**yup**   542:15 551:15
561:12 570:6
620:19 628:8
643:24 645:12

**z**

**zero**   631:7
**zoom**   496:12

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

HIGHLY CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  FACEBOOK, INC.,     MDL No. 2843

 5   CONSUMER USER PROFILE       Case No.

 6   LITIGATION                  18-md-02843-VC-JSC

 7   _____

 8   This document relates to:

 9   ALL ACTIONS

     _____

10              **HIGHLY CONFIDENTIAL**

11

12      ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

13      CORPORATE REPRESENTATIVE - SIMON CROSS

14   (Reported Remotely via Video & Web Videoconference)

15       London, England (Deponent's location)

16             Monday, June 20, 2022

17                  Volume 4

18

19   STENOGRAPHICALLY REPORTED BY:

20   REBECCA L. ROMANO, RPR, CSR, CCR

     California CSR No. 12546

21   Nevada CCR No. 827

22   Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 5281223

25   PAGES 725 - 985
```

Page 725

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  FACEBOOK, INC.,      MDL No. 2843

 5   CONSUMER USER PROFILE        Case No.

 6   LITIGATION                   18-md-02843-VC-JSC

 7   _____

 8   This document relates to:

 9   ALL ACTIONS

10   _____

11

12

13

14

15   CONTINUED VIDEOTAPED DEPOSITION OF SIMON CROSS, taken

16   on behalf of the Plaintiffs, with the deponent located

17   in London, England, commencing at

18   1:35 p.m., Monday, June 20, 2022, remotely reported

19   via Video & Web videoconference before

20   REBECCA L. ROMANO, a Certified Shorthand Reporter,

21   Certified Court Reporter, Registered Professional

22   Reporter.

23

24

25
```

Page 726

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL

 2    (All parties appearing via Web videoconference)

 3

 4   For the Plaintiffs:

 5        KELLER ROHRBACK L.L.P.

 6        BY:  DEREK W. LOESER

 7        BY:  CARI CAMPEN LAUFENBERG

 8        BY:  ADELE A. DANIEL

 9        BY:  EMMA WRIGHT

10        Attorneys at Law

11        1201 Third Avenue

12        Suite 3200

13        Seattle, Washington 98101

14        (206) 623-1900

15        dloeser@kellerrohrback.com

16        claufenberg@kellerrohrback.com

17        adaniel@kellerrohrback.com

18        ewright@kellerrohrback.com

19

20

21

22

23

24

25   /////
```

Page  727

HIGHLY CONFIDENTIAL

```
 1                   APPEARANCES OF COUNSEL

 2     (All parties appearing via Web videoconference)

 3

 4    For the Plaintiffs:

 5          BLEICHMAR FONTI & AULD LLP

 6          BY:  MATTHEW MELAMED

 7          BY:  LESLEY E. WEAVER

 8          Attorneys at Law

 9          555 12th Street

10          Suite 1600

11          Oakland, California 94607

12          (415) 445-4003

13          mmelamed@bfalaw.com

14          lweaver@bfalaw.com

15

16

17

18

19

20

21

22

23

24

25    /////
```

Page 728

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5         GIBSON, DUNN & CRUTCHER LLP

 6         BY:  AUSTIN SCHWING

 7         Attorney at Law

 8         555 Mission Street

 9         Suite 3000

10         San Francisco, California 94105-0921

11         (415) 393-8200

12         aschwing@gibsondunn.com

13    and

14         BY:  MATT BUONGIORNO

15         Attorney at Law

16         2001 Ross Avenue

17         Suite 2100

18         Dallas, Texas 75201

19         (214) 698-3204

20         mbuongiorno@gibsondunn.com

21

22

23

24

25    /////
```

Page 729

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  HANNAH REGAN-SMITH

 7          Attorneys at Law

 8          1801 California Street

 9          Suite 4200

10          Denver, Colorado 80202-2642

11          (303) 298-5735

12          hregan-smith@gibsondunn.com

13    and

14          BY:  PHUNTSO WANGDRA

15          Attorney at Law

16          1881 Page Mill Road

17          Palo Alto, California 94304-1211

18          (650) 849-5206

19          pwangdra@gibsondunn.com

20

21

22

23

24

25    /////
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2     (All parties appearing via Web videoconference)

 3

 4          JAMS

 5          BY:  DANIEL B. GARRIE

 6          Special Master

 7          555 W. 5th Street

 8          32nd Floor

 9          Los Angeles, California 90013

10          (213) 253-9706

11          dgarrie@jamsadr.com

12

13

14

15     ALSO PRESENT:

16          Ian Chen, Associate General Counsel,

17     Meta Platforms

18          John Macdonell, Videographer

19

20

21

22

23

24

25     /////
```

                                        Page 731

```
 1                    I N D E X
 2    DEPONENT                          EXAMINATION
 3    SIMON CROSS                            PAGE
      VOLUME 4
 4
 5                    BY MR. MELAMED            735
 6
 7
 8                  E X H I B I T S
 9    NUMBER                                PAGE
10                    DESCRIPTION
11    Exhibit 425  Native Excel Spreadsheet,    867
12                 HC_AEO_2022-06016_In re
13                 FB-TablesColumn Names;
14
15    Exhibit 426  Native Excel Spreadsheet     920
16                 C2_022-FB-MTHD-00080;
17
18    Exhibit 427  Native Excel Spreadsheet,    945
19                 FB-CA-MDL-029362498;
20
21    Exhibit 428  Native Excel Spreadsheet,    964
22                 C2_018-FB-CA-MDL-02936296.
23
24
25    /////
```

```
 1              London, England; Monday, June 20, 2022           09:04:04

 2                          1:35 p.m.

 3                          ---o0o---

 4

 5              THE VIDEOGRAPHER:  We are on the record          01:35:43

 6      at 1:35 p.m. on June 20th, 2022.

 7              This is the deposition of Simon Cross,

 8      Volume 4.  We're here in the matter of the In Re:

 9      Facebook, Inc. Consumer Privacy User Profile

10      Litigation.                                              01:35:59

11              I'm John Macdonell, the videographer with

12      Veritext.

13              Before the reporter swears the witness,

14      would counsel please identify themselves, beginning

15      with the noticing party, please.                         01:36:09

16              MR. MELAMED:  Good morning.  My name is

17      Matt Melamed.  I'm with the law firm of

18      Bleichmar Fonti & Auld.  I represent plaintiffs.

19              With me here presently are Adele Daniel

20      and Emma Wright.  They're from Keller Rohrback, and     01:36:20

21      they also represent plaintiffs.

22              MR. SCHWING:  This is Austin Schwing of

23      Gibson Dunn for defendant Meta, and with me are

24      Ian Chen, Hannah Regan-Smith, and Phuntso Wangdra

25      and Matt Buongiorno.                                    01:36:46
```

Page 733

```
 1              Okay.  I think I got everybody.           01:36:47

 2              SPECIAL MASTER GARRIE:  This is

 3      Special Master Garrie on behalf of the courts.

 4              Good morning, Counsel Buongiorno.  It's

 5      been a while.  I hope you're healthy.            01:36:57

 6              MR. BUONGIORNO:  Thank you, Special

 7      Master Garrie.

 8              THE COURT REPORTER:  At this time, I will

 9      ask counsel to agree on the record that there is no

10      objection to this deposition officer administering  01:37:05

11      a binding oath to the deponent via remote

12      videoconference, starting with the noticing

13      attorney, please.

14              MR. MELAMED:  No objection.  Thank you.

15              MR. SCHWING:  No objection for the          01:37:27

16      defendant.

17              THE COURT REPORTER:  Mr. Cross, could you

18      raise your right hand for me, please.

19              THE DEPONENT:  (Complies.)

20              THE COURT REPORTER:  You do solemnly        01:37:45

21      state, under penalty of perjury, that the testimony

22      you are about to give in this deposition shall be

23      the truth, the whole truth and nothing but the

24      truth?

25              THE DEPONENT:  I do.                        01:37:45
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1                    SIMON CROSS,                  01:37:46

 2    having been administered an oath, was examined and

 3    testified as follows:

 4                    EXAMINATION

 5    BY MR. MELAMED:                               01:37:46

 6         Q.    Welcome back, Mr. Cross.

 7         A.    Thank you.

 8         Q.    So as I mentioned, my name is

 9    Matt Melamed from the law firm

10    Bleichmar Fonti & Auld.  I'm going to be asking you  01:38:02

11    questions about the 30(b)(6) notice topics 2 and

12    8 today, and then, as I mentioned off the record,

13    Mr. Loeser is going to ask you a few questions

14    about topics 6 and 7.

15              So you understand for these topics, and  01:38:20

16    specifically for topics 2 and 8, you've been

17    designated by Facebook to answer questions on its

18    behalf, correct?

19         A.    That's correct.

20         Q.    Okay.  And you are prepared to do so  01:38:29

21    today, correct?

22         A.    I've done my best to prepare, yes.

23              MR. SCHWING:  And, Matt, I just want to

24    just state for the record that we have certain

25    aspects of 2 and 8 that have been carved out for  01:38:39
```

Page 735

HIGHLY CONFIDENTIAL

```
 1    this witness.                                    01:38:42

 2            MR. MELAMED:  And to be clear, you're

 3    talking about questions related to targeted

 4    advertising and data brokers; is that right,

 5    Mr. Schwing?                                     01:38:49

 6            MR. SCHWING:  That is correct.

 7            MR. MELAMED:  Okay.

 8        Q.   (By Mr. Melamed)  So, Mr. Cross, just so

 9    everybody's clear, you are not prepared to answer

10    questions today related to targeted advertising or  01:38:58

11    data brokers; is that right?

12        A.   I have not prepared to answer questions

13    relating to targeted advertising and data brokers.

14    My understanding is that another witness has been

15    designated to -- to cover those types of things.    01:39:12

16        Q.   Okay.  So for ease of reference

17    throughout this deposition, I will likely ask about

18    third parties generally.  And is it okay for you,

19    Mr. Cross and counsel, if when I ask those, you

20    understand that those do not include advertisers,   01:39:32

21    data brokers, and other parties related to targeted

22    advertising?

23            Is that -- Mr. Cross, does that make

24    sense to you?  If I say "third parties," you will

25    understand it to not include those entities for     01:39:46
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    which you are not prepared to testify?                01:39:49

2         A.   Yes, I think that makes sense to me.

3         Q.   And if you are unclear, please ask.  And

4    I'm not -- this isn't to play tricks; it's just so

5    that I don't have to repeat a carve-out in every      01:40:01

6    question or series of questions.

7              Understood?

8         A.   I understand, yes.

9              MR. MELAMED:  Okay.  And, Mr. Schwing,

10   same to you.  If ever you believe a question          01:40:11

11   unclear because of that carve-out or you're not

12   sure what I'm getting at, I invite you to ask me to

13   clarify.  I just want to make sure that the

14   testimony is -- is clear, but I'd like to avoid

15   having to add pause -- unnecessary pauses to every    01:40:24

16   question.

17             Does that make sense to you?

18             MR. SCHWING:  It does.  If we have things

19   that need to be clarified along the way, we'll try

20   to work that through.                                 01:40:37

21             MR. MELAMED:  Great.  Thank you.

22        Q.   (By Mr. Melamed)  So as you're aware,

23   Mr. Cross, there's a lot of material from past

24   experience that we are going to cover.  I'm going

25   to hope to get through it as efficiently as           01:40:47

                                                    Page 737

HIGHLY CONFIDENTIAL

```
 1    possible.  I hope you are going to do so as well.      01:40:49

 2          Let's start with the description of the

 3    topics.

 4          So for topic 2, there is a subcategory A.

 5    And for that, plaintiffs are focused on the type of     01:41:00

 6    data Facebook sold, made accessible to, or made

 7    available to third parties.

 8          Do you understand that?

 9          MR. SCHWING:  Matt, I think you -- I

10    think it was unintentional.  I think you misspoke       01:41:14

11    and said "sold" instead of "shared."

12          MR. MELAMED:  Thank you.  Let me repeat

13    that.

14       Q.   (By Mr. Melamed)  What type of data --

15    make sure I'm reading this correctly.                   01:41:25

16          The type of data --

17          MR. MELAMED:  Thank you for the

18    correction, Mr. Schwing.

19       Q.   (By Mr. Melamed)  The type of data

20    Facebook shared, made accessible, or permitted          01:41:36

21    third parties to target.  That is the stated topic.

22          Do you understand that?

23       A.   I do understand it.  I'd love to

24    understand where the boundary comes between making

25    available to target, because that touches on            01:41:51
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1    targeted advertising, and I'd like to understand        01:41:55

 2    the -- the boundary there.

 3         Q.   Okay.  So for purposes of questioning

 4    today, are you prepared to answer questions on the

 5    type of user data or information Facebook shared or      01:42:07

 6    made accessible to third parties, with the

 7    exception, as we spoke before, of targeted

 8    advertising and data brokers?

 9         A.   I'm prepared to -- to talk about data

10    made available to -- to third parties via the --        01:42:24

11    the Graph API and the Facebook developer platform

12    in particular.

13         Q.   Are there any other ways that Facebook

14    made data available to third parties?  And, again,

15    here -- and I'll repeat this a few times until we        01:42:41

16    get in the habit -- this does not include to

17    advertisers or data brokers.

18         A.   When you say -- sorry.  Again, to be

19    clear, when you say "data" in this context, what

20    kind of data are we -- are we talking about?            01:42:55

21         Q.   User data.

22         A.   So data on any particular user?  "User

23    data" meaning specifically what again?  Again, I

24    just want to be super clear.

25         Q.   I'm just asking -- and if you're not          01:43:10
```

Page 739

```
 1    clear and if you're unable to answer, tell me.        01:43:12

 2    I'll try to do my best to clarify.

 3             But the question is:  Are you prepared to

 4    answer questions about the types of user data for

 5    user information that Facebook shared or made         01:43:21

 6    accessible to third parties?

 7        A.   I've done my best to prepare on that --

 8    on that topic, yes.

 9        Q.   And then you are also going to testify

10    about subtopic 2C -- correct? -- which is "the        01:43:40

11    format or formats through which Facebook made user

12    data or information accessible or available to

13    third parties," correct?

14        A.   I'm prepared to testify on -- on that,

15    again, with this -- this focus on the Facebook       01:44:00

16    developer platform, which is what I believe is --

17    is pertinent to this case.

18        Q.   Are there other ways that Facebook made

19    user data available to third parties, not including

20    targeted advertisers or data brokers?  And by         01:44:15

21    "other ways," I'm speaking of other than via the

22    Facebook platform.

23        A.   It's possible that like user data was

24    made available to third parties over -- over other

25    means.  For example, attachments to emails,           01:44:33
```

Page 740

HIGHLY CONFIDENTIAL

```
 1    which -- which would -- I'm not able to identify          01:44:35

 2    every possible way in which Facebook over the class

 3    period has -- has made available information to --

 4    to third parties.  Like the primary way in which

 5    that was done was through the Graph API, and that's       01:44:51

 6    where my -- my focus in being able to answer these

 7    questions have been put.

 8         Q.   Okay.  Just -- just to be clear, there

 9    may be other ways in which Facebook made user data

10    available to third parties other than via platform,      01:45:04

11    and you are not prepared to testify about those

12    other ways today; is that accurate?

13              MR. SCHWING:  Misstates his testimony.

14              THE DEPONENT:  I can talk at a high level

15    about Facebook generally communicates with -- with       01:45:24

16    third parties using standard -- standard business

17    means and practices.  But it would be very hard

18    for -- for me or anyone to answer questions about

19    the totality in which Facebook has ever exchanged

20    information with -- with third parties.                   01:45:40

21         Q.   (By Mr. Melamed)  I'm not -- I'm not

22    asking you to try and capture you.  I'm just trying

23    to understand the confines of what you're prepared

24    to testify about today.

25              So are there other ways aside -- you            01:45:58
```

HIGHLY CONFIDENTIAL

1   mentioned Facebook platform as a way that Facebook        01:46:01

2   makes user data available to third parties,

3   correct?

4        A.    Correct.

5        Q.    You also mentioned a possibility that          01:46:09

6   user attach data could be attached to emails, and

7   you're not prepared to testify about that manner of

8   providing user data to third parties, correct?

9            MR. SCHWING:  No.  Misstates his

10  testimony.                                                 01:46:18

11           THE DEPONENT:  As I said, I could talk at

12  a high level about how Facebook conducts, you know,

13  conversations with -- with third parties at a high

14  level, but it would impossible to -- for me or

15  anyone to -- to know the totality of ways in which         01:46:39

16  Facebook, over a 15-year period, has made -- made

17  data available to -- to third parties.

18       Q.    (By Mr. Melamed)  Why would that be

19  impossible?

20       A.    So in this context, you know, that's -- a       01:46:58

21  broad range in which a way of essentially thousands

22  of people over many years have interacted with --

23  with third parties.  I think having a -- a complete

24  understanding of every example would be -- would be

25  hard to come by.                                           01:47:18

                                                        Page 742

HIGHLY CONFIDENTIAL

```
 1            As I say, the -- the primary way in which      01:47:20

 2    Facebook shares data with third parties is via the

 3    Facebook developer platform, and I focused my -- my

 4    attention there.

 5            I can talk at a high level about              01:47:30

 6    typically how Facebook conducts business with third

 7    parties through with user data may have been

 8    exchanged.  But, you know, I don't have a record of

 9    every email that was sent that may have contained

10    a -- an Excel spreadsheet, for example, containing     01:47:45

11    user information.

12        Q.   Are there ways other than via platform or

13    via email that you are aware of that Facebook

14    provided user data to third parties?

15        A.   I'm not aware of any other major ways in      01:48:07

16    which Facebook would have shared data with -- with

17    third parties, no.

18        Q.   Okay.  I just want to be clear.  You used

19    the -- the phrase "major ways" in your answer to

20    that question.  Are there any other ways other than    01:48:18

21    those that you are aware of?

22        A.   Not that I'm -- not that I'm intimately

23    aware of, no.

24        Q.   Are there any ways you're aware of in any

25    way?                                                   01:48:33
```

Veritext Legal Solutions
866 299-5127

```
1        A.   No.  Not that I know that Facebook has          01:48:36

2    shared data with third parties from -- from my

3    conversations with -- with people or -- or my own

4    personal experiences.

5        Q.   And let's -- let's return to topic 2CU,         01:49:03

6    which concerns the format or formats by which

7    Facebook shared data with third parties -- shared

8    user data with third parties.

9            Do you understand that to be the topic?

10       A.   Yes, I understand that to be the topic.         01:49:23

11       Q.   And you mentioned the Graph API is the

12   primary way that Facebook shares user data with

13   third parties?

14       A.   The Facebook developer platform of which

15   Graph API is a component, yes.                           01:49:36

16       Q.   Okay.  We're going to turn to the

17   Facebook developer platform in a little bit.

18           Counsel has also informed us that you are

19   prepared to testify in a limited way about topic

20   2d, which it concerns how Facebook insured third        01:50:09

21   parties' use of such data or information with

22   limited to the use case; is that correct?

23       A.   That's correct.  I'm prepared to -- to

24   testify on -- on how platform integrity teams

25   attempted to do that.                                    01:50:26
```

Page 744

HIGHLY CONFIDENTIAL

```
 1        Q.   And then you are prepared as well to        01:50:31

 2   testify about topic 8, correct?

 3        A.   Would you just mind reading out just

 4   topic 8 for me so I can confirm accurately.

 5        Q.   No problem.                                 01:50:43

 6             So topic 8 concerns "the methods, tools,

 7   technologies, databases, project management tools,

 8   task lists, and other internal sources Facebook

 9   used to track third parties and data brokers."

10             I understand that you are not prepared to   01:50:57

11   talk about data brokers, but are you prepared to

12   talk about the rest of that topic?

13        A.   Again --

14             MR. SCHWING:  Just -- sorry.  Just

15   quickly.  And also advertisers, to the extent        01:51:07

16   that's not encompassed by data brokers as well,

17   Matt, just to have the record clear.

18        Q.   (By Mr. Melamed)  Are you prepared to

19   talk about topic 8 with the exception of data

20   brokers and advertisers?                             01:51:20

21        A.   Yes, I have done my best to prepare for

22   topic 8.

23        Q.   And that includes the four subsections of

24   topic 8, correct?

25        A.   Again, be useful if you'd just read them    01:51:32
```

Page 745

HIGHLY CONFIDENTIAL

```
 1    out for -- for extra clarity.                    01:51:34

 2         Q.   Sure.

 3              So the first subtopic is "the type and

 4    purpose of data and information Facebook received

 5    from third parties."                             01:51:43

 6              And to clarify, that does not include

 7    from advertisers or data brokers.

 8              Are you prepared to answer that subtopic?

 9         A.   I've done my best to prepare for

10    subtopic, yes.                                   01:51:55

11         Q.   And topic b, "the type and purpose of

12    data and information Facebook provided to third

13    parties"?

14         A.   Yes, I've done my best to prepare for

15    that subtopic too.                               01:52:05

16         Q.   And "payments consideration, including

17    actual payments and consideration or promised

18    payments and consideration that Facebook provided

19    or received for engaging in exchanges of user data

20    with third parties" -- again, for clarity, not    01:52:20

21    including advertisers and data brokers.

22              Are you prepared to answer on that topic?

23         A.   I've done my best to prepare for that

24    topic too -- that subtopic too, yes.

25         Q.   And then the final subtopic is "any      01:52:33
```

Page 746

```
 1    evaluation of benefits through Facebook of the        01:52:34

 2    information provided or received or engaging in

 3    exchanges of user data."

 4           Are you prepared to testify about that

 5    topic today?                                          01:52:44

 6       A.   I have done my best to prepare for that

 7    subtopic, too.

 8       Q.   Do you have any notes to help with your

 9    testimony today?

10       A.   I prepared a couple of pages of              01:53:00

11    handwritten notes, yes.

12       Q.   Okay.  And you intend to use those to

13    help you testify?

14       A.   Potentially.  It depends on the -- on the

15    questions I'm asked to answer.                        01:53:07

16       Q.   You said you personally prepared those

17    notes?

18       A.   That's correct.

19       Q.   And how -- how did you go about preparing

20    those notes?                                          01:53:24

21       A.   Those notes are written from my -- my

22    notes from the conversations I've with people to

23    prepare for today and some of documents I've read.

24       Q.   Conversations with whom?

25       A.   I had a number of conversations with --      01:53:45
```

Page 747

HIGHLY CONFIDENTIAL

1   with Facebook employees to prepare for this -- for          01:53:46

2   the deposition today.  I can give you their names

3   if -- if required.

4        Q.   Would you please give me their names.

5        A.   Sure.  I spoke to Steven Elia.  I spoke          01:53:58

6   to Chad Heaton.  I spoke to Tina Cardaci.  And I

7   spoke to -- some of these names I forgot now, but

8   I -- I could get for you if needed.

9        Q.   What would you do to get their names

10  for -- for us today?                                        01:54:30

11       A.   Look at my calendar.  Look at my Outlook

12  calendar.

13       Q.   And what did you speak to Mr. Elia about?

14       A.   I spoke to Mr. Elia about his experience

15  in managing API whitelisting and the way in which          01:54:46

16  whitelists were tracked over time.

17       Q.   Anything else?

18       A.   Those are the primary topics we -- I

19  discussed with Steven.

20       Q.   You said they're the primary topics.  Did        01:55:06

21  you discuss anything else with Mr. Elia?

22       A.   I don't recall discussing anything else

23  with Steven beyond the -- the topics I was required

24  to -- to prepare for today.

25       Q.   Did your conversation go beyond -- with          01:55:20

Page 748

1    Mr. Elia, did your conversation go beyond            01:55:22

2    discussions of API whitelisting and tracking?

3        A.   It would have included identification of

4    how the API or the Facebook APIs behaved as -- as

5    far as discernable at any particular time or at      01:55:39

6    particular times, again, to help me prepare for the

7    topics I've been designated to -- to speak to

8    today.

9        Q.   Anything else with Mr. Elia?

10       A.   That's about the limit of what I recall     01:55:54

11   discussing with Steven.

12       Q.   I just want to note that you -- as you're

13   answering these questions, there are a lot of

14   qualifiers, which is fine, and I'm just asking for

15   clarification when you provide those qualifiers.     01:56:08

16           So you said "it's about the limit" of

17   what you discussed with Steven.  Do you recall

18   discussing anything else with Mr. Elia?

19       A.   As I sit here today, that's what I recall

20   discussing with Steven.                              01:56:22

21       Q.   Okay.

22           What did you discuss with Mr. Heaton?

23       A.   We discussed a particular document which

24   I believe has been marked for the use of it today.

25       Q.   Do you recall which document that was?      01:56:36

Page 749

HIGHLY CONFIDENTIAL

```
 1        A.   I don't recall the Bates number         01:56:43

 2   particularly, no.  It was a document to do with the

 3   platform and interpreting its value to third-party

 4   developers.

 5        Q.   Why did you discuss that document with    01:56:55

 6   Mr. Heaton?

 7             MR. SCHWING:  And I would just caution

 8   the witness not to reveal any attorney-client

 9   privilege information.

10             If you answer without doing that, you may  01:57:06

11   do so.

12             THE DEPONENT:  My understanding is that

13   it was a document marked for -- for exhibition

14   today by -- by the plaintiffs, and I wanted to

15   speak to Mr. Heaton to attempt to understand his    01:57:20

16   understanding of the -- of the document and how it

17   was created.

18        Q.   (By Mr. Melamed)  Was it a document that

19   you understand Mr. Heaton to have created?

20        A.   I understand Mr. Heaton to have been      01:57:35

21   involved in its creation, but I can't say for

22   certain whether or not he was the creator.

23        Q.   And Mr. Heaton is somebody who is still

24   employed at Facebook?

25        A.   My understanding is that Mr. Heaton is --  01:57:49
```

Veritext Legal Solutions
866 299-5127

```
 1    is still employed by Facebook.                      01:57:52

 2         Q.   And what is his role at Facebook?

 3         A.   I'm not certain of what his role is

 4    today, I'm afraid.

 5         Q.   Do you understand what his role was        01:58:02

 6    around the time that he was involved in creating

 7    the document that he reviewed?

 8         A.   My understanding is he had some role

 9    in -- in finance or business planning, but I

10    wouldn't want to give any more specifics than that.  01:58:16

11         Q.   Why wouldn't you want to give me more

12    specifics than that regarding his role?

13         A.   That's the understanding I have as I --

14    as I sit here today.  I have not reviewed his

15    internal profile or work history, for example.       01:58:41

16         Q.   How long did you speak to Mr. Heaton?

17         A.   I spoke to Mr. Heaton for about 25

18    minutes.

19         Q.   How long did you speak to Mr. Elia?

20         A.   I speak to Mr. Elia for around 55          01:58:58

21    minutes.

22         Q.   You mentioned you spoke to somebody whose

23    name I don't think I caught, and I don't want to

24    get it wrong, so please correct me.  I think it was

25    Ms. Cardaci?                                          01:59:14
```

Page 751

HIGHLY CONFIDENTIAL

1     A.   I spoke to Tina -- Tina Cardaci.       01:59:16

2     Q.   Can you spell her last name just so we

3  have it clearly for the record, please.

4     A.   I'll do my best.  I -- I may get it

5  wrong.  Cardaci, C-A-R-D-A-C-I, I believe.     01:59:28

6     Q.   And what did you speak to Ms. Cardaci

7  about?

8     A.   I spoke to Ms. Cardaci about another

9  document which I believe plaintiffs have identified

10  to be exhibited today.                        01:59:50

11     Q.   And do you recall which document that

12  was?

13     A.   Again, I -- I don't know the Bates number

14  or anything like that, but my understanding is it

15  was a document relating to the assessment of the    02:00:02

16  impact of the changes announced in April 2014 upon

17  Facebook's games ecosystem.

18     Q.   What kind of impact are you -- do you

19  mean when you say "it was a document concerning the

20  assessment of impact"?                     02:00:28

21     A.   My recollection is this is a -- a

22  document to do with the potential revenue impact of

23  the changes on the Facebook games ecosystem.

24     Q.   And why did you speak to Ms. Cardaci

25  about that document?                     02:00:45

Page 752

```
 1        A.   My understanding is this is a document     02:00:49

 2   that was potentially marked for being exhibited

 3   today, and I -- I wanted to understand the context

 4   behind its creation and content.

 5        Q.   Why did you speak to her about this         02:01:01

 6   document's creation and content?

 7        A.   My understanding is she was either the

 8   author or involved in the authorship of this

 9   document.

10        Q.   Do you know what her role was around the    02:01:15

11   time of the creation of this document?

12        A.   My understanding she was in some -- some

13   kind of business planning operations function.

14        Q.   Did Ms. Cardaci understand -- help you

15   understand the meaning of the document that you      02:01:36

16   reviewed with her?

17        A.   I believe my understanding of the

18   document improved after speaking with her.

19        Q.   And do you have notes reflecting your

20   conversation with her about that document?           02:01:52

21        A.   I don't have any notes relating to that

22   conversation.

23        Q.   And your conversation with Mr. Heaton,

24   did that help improve your understanding of the

25   document you reviewed with him?                       02:02:06
```

```
 1        A.   I believe that helped me understand the      02:02:10

 2   document better, yes.

 3        Q.   And how long did you speak to

 4   Ms. Cardaci?

 5        A.   I think about 25 minutes again.              02:02:19

 6        Q.   Do you have notes regarding your

 7   understanding of either of the two documents we've

 8   just discussed?  And by "the two documents," I mean

 9   the one you spoke about with Mr. Heaton and the one

10   you spoke about with Ms. Cardaci.                     02:02:43

11        A.   No, I do not have notes relating to my --

12   my conversation with them.

13        Q.   Do you have any notes about the documents

14   at all, whether -- whether or not those notes

15   relate to your conversations with them?               02:02:54

16        A.   I do not have notes relating to those

17   documents, no.

18        Q.   Who else did you talk to in preparation

19   for today's testimony?

20        A.   I spoke to Mark Molaro -- I think that's    02:03:10

21   right.  Molaro, I think, is probably accurate.  I

22   spoke to him too.

23        Q.   Why did you speak to Mr. Molaro?

24        A.   Mr. Molaro, as I understand it, was

25   involved in the production of documents relating to   02:03:28
```

Page 754

| | | |
|---|---|---|
| 1 | the capabilities tool and platform login, which I | 02:03:34 |
| 2 | wanted to make sure I fully understood. | |
| 3 | Q. Is Mr. Molaro a Facebook employee? | |
| 4 | A. My understanding is that Mr. Molaro is | |
| 5 | employed by Facebook. | 02:03:50 |
| 6 | Q. And do you know what Mr. Molaro's role is | |
| 7 | presently at Facebook? | |
| 8 | A. My understanding is he's a data science | |
| 9 | manager. | |
| 10 | Q. Do you have any understanding whether his | 02:04:10 |
| 11 | role involves anything having to do with the | |
| 12 | capabilities tool presently at Facebook? | |
| 13 | A. I'm -- I'm not entirely -- I'm not sure | |
| 14 | what his role involves at the moment and whether or | |
| 15 | not he's involved in -- with the capabilities. | 02:04:28 |
| 16 | Q. Do you know if his role at any time | |
| 17 | during the time he's worked at Facebook included | |
| 18 | anything having to do with the capabilities tool? | |
| 19 | A. My understanding is that he -- he has | |
| 20 | been involved with the capabilities tool in the | 02:04:47 |
| 21 | past, at least. | |
| 22 | Q. What is your understanding of | |
| 23 | Mr. Molaro's involvement with the capabilities tool | |
| 24 | in the past? | |
| 25 | A. My understanding is that he will have | 02:05:00 |

Page 755

HIGHLY CONFIDENTIAL

1    been involved in the -- the information which is          02:05:02

2    stored in the tool and how that information is used

3    internally and the documents that were produced as

4    part of this case.

5         Q.   Do you have any understanding of the time       02:05:27

6    period when Mr. Molaro was involved in the

7    capabilities tool at Facebook?

8         A.   I don't have that level of detail of

9    understanding.  My understanding is he's a -- he's

10   a data scientist on the platform team and so may         02:05:40

11   have been involved from the beginning of his -- his

12   role on that team to today.  But I'm not sure of

13   exactly what his -- what time that is.

14        Q.   Do you know when he started on the data

15   science team on platform?                                02:05:54

16        A.   As I sit here today, I don't have the

17   exact date of -- of his work history, no.

18        Q.   Do you have a general understanding of

19   when he started in that role?

20        A.   My understanding is he started at least        02:06:08

21   before 2019, but I -- I'm not sure -- again, sure

22   of the exact dates.

23        Q.   About how long did you talk to Mr. Molaro

24   for?

25        A.   I talked to Molaro, Mr. Molaro, over a         02:06:24

                                                    Page 756

HIGHLY CONFIDENTIAL

```
 1    few sessions.  Hard to give an exact amount of        02:06:27

 2    time.  I'd estimate spending probably 30 to 60

 3    minutes with Mark.

 4         Q.   Do you have any written notes reflecting

 5    your conversations with Mr. Molaro?                    02:06:50

 6         A.   I have taken some notes about my

 7    conversation with -- my conversations with

 8    Mr. Molaro.

 9         Q.   And those notes pertain to the

10    capabilities tool?                                     02:07:03

11         A.   Those notes pertain to -- to parts of the

12    capabilities tool and other -- other work he was

13    involved in.

14         Q.   What else do the notes concern?

15         A.   I took some notes regarding some of the     02:07:23

16    more ███████████████████  that Facebook has

17    today.

18         Q.   Is that a singular ████████████

19    ██████████████████████████

20    ██████████  that you're referencing?                  02:07:46

21         A.   Facebook has many different systems

22    for -- for ███████████  and there -- in ██████████

23    ███████████████████████████

24    ██████████████████  ████████████████

25    ██████████████████████████████████ which was         02:08:08
```

Page 757

HIGHLY CONFIDENTIAL

```
 1   built more recently.                                02:08:14

 2       Q.   What was that particular set of ████

 3   ████████████████ built more recently that you

 4   spoke to Mr. Molaro about?

 5       A.   I spoke to Mr. Molaro about some ████     02:08:28

 6   ██████████████████████████████████████████

 7   ██████

 8       Q.   █████████████████████████████

 9       A.   That's correct, ████████████████

10       Q.   Do those stand for anything or are they   02:08:44

11   just stand-alone terms?

12       A.   My understanding is they're stand-alone

13   terms.

14       Q.   Can you describe what the Can table is?

15       A.   I'll do my -- my best.  My understanding   02:08:57

16   is that the ████████████████████████████

██   ██████████████████████████████████████

██   ████████████████████████████████

19       Q.   Does that include the user -- Facebook

20   user information that a ███████████████████  ████████

██   ████████████████████

22       A.   My understanding is it -- it -- it

23   enumerates the -- ██████████████████████████

24   ████████████████████████████████████████████

25   ████████████████████████████████████        02:09:43

                                                Page 758
```

```
 1        Q.   Do you know when the ████████ was          02:09:51

 2   created as a tool to provide ████████████

 3        A.   My understanding it was built in around

 4   2019 and became operational sometime in 2020.

 5        Q.   Do you know if it contains information      02:10:10

 6   dating from before it became operational?

 7        A.   I do not know if it contains information

 8   relating to before it became available.

 9        Q.   Who would know the answer to that

10   question?                                            02:10:25

11        A.   I would ask Mr. Molaro.

12        Q.   Do you know whether the███████ could

13   have technologically been created before 2019 or

14   2020?

15        A.   Can you help me understand what you mean    02:10:56

16   by --

17             THE DEPONENT:  Sorry, Austin.  You were

18   going to say something?

19             MR. SCHWING:  Just object to form.

20             Go ahead -- go ahead, Simon, if you         02:11:02

21   wanted to clarify something.

22             THE DEPONENT:  Yeah.  Can you clarify

23   what you mean by "could technologically have been

24   created"?

25        Q.   (By Mr. Melamed)  Was the ███████          02:11:12
```

                                                    Page 759

```
 1     created -- let me withdraw that and restate it.          02:11:14

 2             Was there new technology that became

 3     available that enabled Facebook to create the ████

 4     ████ in or around the time that it became

 5     created -- that it was created?                           02:11:28

 6             MR. SCHWING:  Object to form.

 7             THE DEPONENT:  The development of these

 8     ████████████████ themselves would be -- I would

 9     classify as new technology because they involved

10     code being written.                                      02:11:46

11        Q.   (By Mr. Melamed)  Was there anything that

12     prevented the code that was written for the ████

13     ████ from being written at an earlier point in

14     time?

15             MR. SCHWING:  Object to form.                     02:12:01

16             THE DEPONENT:  These -- these ████████

17     ████████████████████████████████████████████

18     ██████████████████████████████, and compute

19     and storage power in the past was -- was less than

20     it is today.  And so it's -- it wouldn't have been        02:12:18

21     possible to -- to build these ██████ in the form

22     they're in today in -- you know, it is in the past.

23        Q.   (By Mr. Melamed)  When did the computing

24     and storage power become sufficient to support

25     the -- ██████████████████████████████████              02:12:46
```

Page 760

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  Object to form.  Outside      02:12:54

2      the scope.

3              THE DEPONENT:  The -- that's a hard

4      question, I think, for -- for anyone to answer,

5      because the -- the information that's contained in  02:13:04

6      them or -- or the processing required to create

7      them, there's -- there's no like one point in time

8      where they would have suddenly become possible.

9      Data infrastructure and technology has been

10     continually improving over time.                    02:13:24

11         Q.   (By Mr. Melamed)  Would it have been

12     possible to have created the ████████ at any time

13     prior to when they were created, which I believe

14     you said was 2019?

15             MR. SCHWING:  Object to form.               02:13:47

16             THE DEPONENT:  Again, like -- it's a

17     hard -- hard question to answer.  They -- they

18     could have been created in a -- in a different form

19     earlier.  Like -- yeah, I'm just not sure I can --

20     I can answer that question in -- in any way.  It    02:14:05

21     would be me speculating as to the compute processes

22     required and -- and Facebook's data infrastructure

23     capabilities at -- at the time.  That's just --

24     that's a level of detail, I think, is -- is hard

25     for me to answer, I'm afraid.                       02:14:20
```

```
1        Q.   (By Mr. Melamed)  If you wanted to        02:14:22

2   understand better the answers to that question, who

3   would you ask?

4        A.   Again, my first point of call would be

5   Mr. Molaro, who seems to be knowledgeable on these    02:14:35

6   matters.

7        Q.   Going back to the content of ██████████

8   you mentioned that it's -- it identifies which

9   ████████████████████████████████████████████

10  ████████████████  is that correct?                    02:14:59

11       A.   My understanding is that the -- the ████

12  ████████████████████████████████████████████████

13  ██████████████████████████

14       Q.   How does the ████████████████████

█   ████████████████████████████████████████████         02:15:23

16       A.   My understanding is that are there is a

17  ██████████████████████████████████████████████████

█   ████████████████████████████████████

█   ████████████████████████████████████████

█   ████████████████████████████████████████████         02:15:51

21       Q.   So would it be possible for somebody at

22  Facebook to look at ████████████████████████████

█   ████████████████████████████████████████████

█   ██████████████████████████████████████

25       A.   My understanding is that's the intent      02:16:17
```

```
 1    of -- of the technology, although there are likely       02:16:19

 2    caveats and details as to what's possible that --

 3    that I'm -- that I'm not aware of.  In -- in

 4    preparation for testimony today, I did my best to

 5    understand these systems at a high level.  So          02:16:34

 6    that's a question I -- I don't think I'm able to --

 7    to answer for you, I'm afraid.

 8         Q.  All right.  If you wanted to provide a

 9    more full answer to that question, would you ask

10    Mr. Molaro?                                             02:16:51

11         A.  Mr. Molaro would be one of the people I

12    would ask to speak to for -- for more specific

13    information.

14         Q.  Who else would you ask to speak to for

15    more specific information?                              02:17:02

16         A.  I would start with Mark.

17         Q.  Is there anybody else that -- that you

18    come to mind who you would speak to other than

19    Mr. Molaro?

20         A.  At this point, no.  I would start with        02:17:18

21    Mr. Molaro and go from there.

22         Q.  Do you have any understanding of why the

23    ████████   was developed?

24         A.  My understanding is that the ████████

25    was developed to -- in response to some obligations    02:17:38
```

Page 763

```
1    in --                                                    02:17:45

2         Q.

3

4         A.   I'm -- I'm not sure specifically exactly

5    which one it was referring -- was -- was the          02:17:57

6    results of the -- sorry.  Let me answer that

7    question.

8              I'm not exactly which version of the

9

10                                                          02:18:11

11        Q.   Who would you ask to find out which

12

13

14        A.   I would, again, start with Mr. Molaro.

15        Q.   What is your understanding of the    d       02:18:35

16

17        A.   My understanding of -- of the

18

19

20                                                          02:18:57

21        Q.   Do you know when the             were

22   created?

23        A.   My understanding is they were -- they

24   were built in 2019 and began to come online in --

25   in 2020.                                               02:19:15
```

Page 764

1      Q.   Were the ███████████ created as          02:19:21

2   part of the same -- let me withdraw that.

3           What was impetus for the creation of the

4   ███████████

5      A.   My understanding is -- is similarly that   02:19:40

6   the -- the ████████ were a response to some

7   ██████████████████████████████████████████

    █ ███████████████████████████████████

9      Q.   Do you know if the ████ ████████ could have

10  been created before they were created?           02:20:07

11          MR. SCHWING:  Object to form.

12          THE DEPONENT:  Again, similar to my

13  answer with the -- with the -- with the ████████████

14  I'm not intimately involved in -- in understanding

15  of their complexity or the resources required to    02:20:28

16  create them, and so I -- I -- I don't feel like

17  that's an answer -- a question I can -- I can

18  answer.

19     Q.   (By Mr. Melamed)  Who would you ask if

20  you wanted to know the answer to that question?     02:20:40

21     A.   Similar to my previous answers, I would

22  start with Mr. Molaro and -- and see if those

23  questions were answerable by him or even answerable

24  at all.

25     Q.   Is -- sorry.  Let me withdraw that.        02:21:00

                                          Page 765

1                  Do you have any understanding of how the     02:21:08

2    ████████  work?

3      A.   I have --

4           MR. MELAMED:  Let me restate that.

5  That's a terrible question.               02:21:16

6      Q.   (By Mr. Melamed)  Do you have any

7  understanding of how Facebook users inside at

8  Facebook could -- could use the  ██████  to find

9  information?

10           MR. SCHWING:  Object to form.      02:21:29

11          THE DEPONENT:  I -- I understand that

12  certain Facebook employees would be able to query

13  ███████████████████████████████

    █████████████  ██████████████████

    ████████████████████████████████     02:21:50

16      Q.   (By Mr. Melamed)  Do you know whether

17  they could  ██████████████████

    ███████████████████████████████

    ███████████████████████████████

    ██████████████████              02:22:11

21      A.   I -- I -- my understanding is that these

22  ██████████████████████████  -- and therefore

23  that's theoretically possible, but I have not

24  queried the table myself, and so I'd be speculating

25  as to exactly what -- what's possible with these   02:22:32

HIGHLY CONFIDENTIAL

1    tables.                                              02:22:34

2        Q.   Do you understand whether the ███████

     ████████████████████████████████████████

     █████████████████████████████████████████

     ███████████████████████████████████████    02:22:49

6    ██████████████████████████

7        MR. SCHWING:  Object to form.

8        THE DEPONENT:  Yeah, I'm -- I'm not

9    familiar with the precise structure of those

10   tables, so I'd be speculating as to -- as to    02:23:02

11   exactly what -- what is possible with them.

12       Q.   (By Mr. Melamed)  And who would you ask

13   to figure out what was possible in terms of

14   querying the ████████████████████

15       THE DEPONENT:  Similar.  I would start    02:23:19

16   with Mr. Molaro and see where he goes from there.

17       Q.   (By Mr. Melamed)  Prior to the creation

18   of the ████████████████████████████████████

     █████████████████████████████████████████

20       MR. SCHWING:  Object to form.          02:23:43

21       THE DEPONENT:  Facebook has a number of

22   systems for ████████████████████████████████████

     ████████████████████████████████████████

     █████████████████████████████████████████

     ██████████████████████████████████████    02:24:15

                                              Page 767

HIGHLY CONFIDENTIAL



```
 1   ██████████████                                    02:24:19

 2              ███████████████████████████

 █   ███████████████

 4       Q.   (By Mr. Melamed)  So in that answer you

 5   talked about █████████████████ correct?          02:24:29

 6       A.   I likely mentioned ██████████████,

 7   yes.

 8       Q.   Are you aware of any ██████████ that

 9   existed before the ████████████████████

10   ████████████████████████████████████             02:24:52

11   ████████

12       A.   I'm not aware, as I sit here today, of --

13   of any ████████████████████████

 █   █████████████████████████

15       Q.   In preparing for today, did you          02:25:17

16   investigate whether there existed ████████████

17   ██████████████████████████

18       A.   Yes.  I spoke to Mr. Molaro and Mr. Elia

19   about ████████████████████████

20       Q.   And the answer was that Facebook ████████  02:25:48

21   ██████████████████

22       A.   My understanding is that there was --

23   ██████████████████████████████████████

 █   ████████████████████████████████████

 █   █████████████████████████████         02:26:04
```

Page 768

```
 1      Q.    Were they ever ████████████████        02:26:12

 2   ████████████████████

 3      A.    It's hard -- were they -- were they ever

 4   ████████████████████████      Like ever?

 5      Q.    During -- during the time period at issue    02:26:30

 6   in this case.  And as a general matter going

 7   forward for -- for the questions today, if you

 8   don't understand, please clarify.

 9      A.    Sure.

10      Q.    But as a general matter, my questions        02:26:38

11   will be from 2007 to present.

12           And so here we're talking about 2007 up

13   until the creation of the ██████████

██   ███████████████████████████

15   ██████████████████████                              02:26:58

16           MR. SCHWING:  Object to form.

17           THE DEPONENT:  It's -- it's possible that

18   ████████████████████████████████

██   ████████████████████████████████

██   ████████████████████                                02:27:18

21           But from talking to the people who -- who

22   know this infrastructure well, ████████████████

██   ████████████████████

24      Q.    (By Mr. Melamed) ████████████████

██   ████████████████████████                            02:27:40
```

HIGHLY CONFIDENTIAL

```
 1   ██████████                                          02:27:44

 2        A.   ████████████████████████████████████

 █    ████████████████████████████ so hard to give

 4   a comprehensive answer of all parts of the -- of

 5   the time period.  ████████████████████████        02:28:02

 6   ██████████████████████████████████████████

 █   ████████████████████

 8        Q.   When did you become -- first -- let me

 9   withdraw that.

10             When -- on what date are you first aware  02:28:22

11   that ██████████████████████████████████

12        A.   I'm not sure of the precise date as to

13   which Facebook ██████████████████████ ███████████

██   ████████████████████████████████████████

██   ████████████████████████████████████        02:28:46

16   significantly over the kind of 15-year -- year

17   period that you're asking about.

18        Q.   ██████████████████████████████████

██   █████████████████████

20        A.   ██████████████████████████████    ████████████

██   ██████████████████████████

22        Q.   ████████████████████████████████████

██   ██ ██████████████████████████████████

██   ██████████████████████████████

25        Q.   Who would know that information?        02:29:22
```

Page 770

1      A.   I'm not sure who would know that       02:29:28

2    information.  The -- data infrastructure that

3    Facebook has has changed significantly over time,

4    and many of the people involved in -- in building

5    it back then would no longer be at the company.  In     02:29:38

6    fact, I'm not aware of many people who are still at

7    the company from back in that time.

8    ███   ███████████████████████████

9    ███   ██████████████████████████

██   ███████████████████████████         ███████

██   ███   ███████████████████████████

██   ██████████████████████

13      A.   Similar to my previous answer, I'm not

14   sure who would know.  I would ask the -- I would

15   start by asking the data science team to see if      02:30:13

16   they knew that or the answer to that question,

17   which is a relatively specific question.

18      Q.   Who on the data science team would you

19   ask?

20      A.   At this point, I would start with Mark     02:30:28

21   Molaro, similarly, and see if he knew or knew the

22   right person.

23    ███   ███████████████████████████

██   ███   ███████████████████████████

██   ██████████████████████████████     02:30:49

HIGHLY CONFIDENTIAL

1    ███           ██████████████████████████      02:30:55

2        A.   I am unaware as -- I'm not -- I'm not

3    fully confident in ████████████████████████

█    ███████████████        This is when the beginning

5    of my involvement with platform begins, and I       02:31:15

6    recall -- again, in a personal capacity how I

7    recall like seeing information ████████████

█    ██████████████████████████████████████████

█    ██████████████████████████ -- is not

10   something I am able to testify about today.          02:31:36

11       Q.   ██████████████████████████

█    ████████████████████████████████

13       ██     ████████████████████████ but I

14   want to be -- I want to be clear here that this is

15   a long time ago, and it's hard to be -- for me to    02:32:03

16   be confident that I was involved in viewing

17   ████████████ in -- in late 2010.  I joined the

18   company in September.  So I -- I'm not sure I can

19   give a confident answer to that.

20       Q.   What kind of information did ██████        02:32:27

21   reflect?

22       A.   I don't recall exactly what -- what

23   information ██████████would have -- would have --

24   would have requested -- would have stored.

25       Q.   Did ███████ reflect information on an      02:32:46

                                                    Page 772

HIGHLY CONFIDENTIAL

```
1    app-by-app basis?                                        02:32:52

2        A.   Again, I -- I'm not entirely confident in

3    how ██████████ worked or the information that was

4    contained in it, and so I'd be speculating, I'm

5    afraid.                                                  02:33:06

6        Q.   Does the information that was retained in

7    ███████████ from 2010 -- sorry.  Let me withdraw

8    that and restate it.

9             Was the information that was reflected in

10   ███████████ in 2010 retained by Facebook?               02:33:21

11       A.   I'm not aware exactly what information

12   from ██████████████ has been retained and

13   what hasn't.  Again, that answer -- I did plenty of

14   work to prepare for today's testimony.  That's a --

15   that's a very detailed question that I'm afraid I       02:33:44

16   can't give an accurate answer to today.

17       Q.   ██████████████████████████

██   ██  ████████████████████████████

██   █████████████████████████████████████

██   ████████████████████████████        █████████

██   ████████████████

22       Q.   What is your recollection of the way in

23   which ██████████████████████████?

24       A.   My understanding is that ████████████

25   ████████████████████████ now known as                  02:34:30

                                                    Page 773
```

```
 1   Hive, and there was another system that came into      02:34:41

 2   existence, but I'm unclear exactly when.

 3       Q.   What is the other system that you're --

 4   that you're referring to?

 5       A.   The other system I recall using to query      02:34:55

 6   ████████████████████████████████████      But

 7   exactly when  █████  became -- came online and its

 8   relation to these other tools is not something I

 9   have a detailed lineage of, I'm afraid.

10       Q.   Do you know whether the  █████████████      02:35:17

11   ████████████████████   that were recorded in Hive

12   exist for the entirety of the time that that -- let

13   me withdraw that and restate it.

14                 ██████████████████████████████████

     ████████████████████████████████████      02:35:40

16            MR. SCHWING:  Object to form.  Outside

17   the scope.

18            THE DEPONENT:  Again, I'm not -- I'm not

19   sure exactly what Facebook has retained from which

20   systems across a 15-year -- across a 15-year time      02:35:55

21   period.

22            This data retention and storage is -- is

23   a very special subject.  I prepared to testify at a

24   high level on these -- on these topics, but that

25   level of detail is something I -- I don't have on      02:36:10
```

                                                    Page 774

```
1    hand today, I'm afraid.                              02:36:14

2         Q.   (By Mr. Melamed)  Okay.  If you wanted to

3    see the ████████████████████████████████████

     █ ████████████████████████████████████████

5         A.   I do not -- I do not know if that could    02:36:23

6    be done.

7         Q.   And who would you ask whether that can be

8    done?

9         A.   I would -- I would ask Mr. Molaro, again,

10   as to whether or not I was -- that was possible      02:36:35

11   or -- or -- or achievable.

12        Q.   And you said you're not sure of -- well,

13   let me -- let me ask this as a question.

14              What was the difference between the ████

     █ ██████████████████████████████████████    ████████

     █ ██████████████████████████████████████

17        A.   There's likely numerous differences which

18   I -- I would not be able to enumerate all of the

19   differences.  One common difference is that the

20   information stored in Hive became ██████████████     02:37:08

21   ████████████████████████████████████████████

     █   ██████   whereas Scuba allowed ██████████████████

     █ ████████████████████████████████████

24        Q.   Let me return quickly to a question about

25   the ████████████████████                            02:37:35
```

```
 1              Where in Facebook's data infrastructure        02:37:39

 2    are the ████████████████████████

 3         A.   My understanding is they're stored in

 4    Facebook's Hive data warehouse.

 5         Q.   Do you know if they have a different name        02:38:08

 6    within the Hive data warehouse, a████████████████

 7    ████████████████████████████████████

 8         A.   Those -- those ████████████████████

 9    ████████████████████████████████████████████

10    ████████████████████████████████████████████  ███████████

11    ████████████████████████████████████

12    ████████████████████████

13         Q.   But you're not aware of them, of what

14    those names are, as you sit here today?

15         A.   I don't recall the specific and full           02:38:39

16    names of those tables, no.

17         Q.   ████████████████████████████████

18    ████████████████████████████████████████████

19    ████████████████████

20              Is that -- is that your recollection too?     02:39:08

21         A.   My -- my understanding is that in --

22    in -- ████████████████████████████████████████

23    ████████████████████ but in precisely what form,

24    I -- I don't recall, as I might be speculating.

25         Q.   Is there a difference between the term         02:39:28
```

HIGHLY CONFIDENTIAL

1   "API hit" on one hand and the term "API call" on          02:39:30

2   another?

3        A.   Generally, the term "API hits" and "API

4   calls" are synonymous and would typically be used

5   interchangeably.                                           02:39:48

6        Q.   And what -- what do those terms

7   reference?

8        A.   Those terms reference where -- where an

9   application, which could be a first-party or a

10  third-party application, for example, make a               02:40:06

11  request to Facebook's API.

12       Q.   Would an application have to receive

13  approval or -- let me withdraw that.

14            Would an application have to receive

15  permission from Facebook before making an API call?        02:40:23

16       A.   Not necessarily.  The API exists as -- as

17  a server on the Internet, and it's possible to call

18  those APIs without some form of authentication.

19  But the information returned most likely in that

20  circumstance would -- would be an error.  It                02:40:56

21  depends on exactly the form of API call that's

22  being made and exactly what -- what information is

23  supplied at request time is a -- a degree of ways

24  that that works.

25       Q.   You mentioned that an API that was called        02:41:17

HIGHLY CONFIDENTIAL

```
 1    without some form of authentication would likely        02:41:26

 2    return an error; is that right?

 3         A.   Well, the -- there are -- there are many

 4    ways -- there's lots of different APIs.  I think

 5    their exact behavior differs from API to API, and        02:41:42

 6    the response provided will differ from API to API,

 7    and the information required to be provided by the

 8    third-party developer in order to get a successful

 9    response will also change from API method to API

10    method.                                                  02:42:06

11         Q.   If an error was returned as a result of

12    an API call, what form would that error take?  Is

13    there a common form that that error would take?

14         A.   There are two common ways in which APIs

15    generally signal error states.  The first is an          02:42:30

16    HTTP error code, and the second is returning an

17    error object as part of the API response.

18         Q.   Can you be more specific about each of

19    those?  Like what the HTTP error code say?

20         A.   There's a list of standard HTTP error          02:42:55

21    codes provided by the W3c, and an API provider

22    would generally emit an API code -- sorry -- an

23    HTTP error code that indicates the type of error

24    that the API had encountered.

25         Q.   You said a -- an API provider would            02:43:23
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | typically use one of these standard HTTP -- HTTP | 02:43:31 |
| 2 | error codes.  Did Facebook generally -- I'm sorry. | |
| 3 | Did Facebook respond with these typical | |
| 4 | HTTP error codes when a standard error code was -- | |
| 5 | That question got very messed up.  Let me | 02:43:56 |
| 6 | restate it. | |
| 7 | Did HTTP -- did Facebook use the standard | |
| 8 | HTTP error codes in response to calls that were not | |
| 9 | permitted? | |
| 10 | MR. SCHWING:  Object to form. | 02:44:20 |
| 11 | THE DEPONENT:  Again, the Facebook APIs | |
| 12 | have -- have changed in -- in form over -- over the | |
| 13 | time period we're talking about here, and the error | |
| 14 | returned would differ.  The way errors would be | |
| 15 | expressed would differ depending on the -- the type | 02:44:41 |
| 16 | of API being used or the API being used and -- and | |
| 17 | the method and how it had been implemented. | |
| 18 | My recollection is that -- that the -- | |
| 19 | that the Facebook -- that the Facebook APIs over | |
| 20 | time would have emitted HTTP error codes in some | 02:44:56 |
| 21 | cases as one way of signaling errors. | |
| 22 | I recognize the answer is -- is -- is | |
| 23 | heavily -- is a little complex, but the -- the -- | |
| 24 | my understanding is at times HTTP error codes will | |
| 25 | have been one of the ways in which some Facebook | 02:45:23 |

Veritext Legal Solutions
866 299-5127

```
 1    APIs signaled error states.                          02:45:26

 2         Q.   (By Mr. Melamed)  At those times, were

 3    the HTTP error codes the typical HTTP error codes?

 4         A.   Again --

 5              MR. SCHWING:  I'm sorry.  Object --        02:45:38

 6    object to form.

 7              Go ahead, Simon.

 8              THE DEPONENT:  Similarly, it -- it's hard

 9    to give a full and complete answer there because of

10    the number of APIs that existed and how they        02:45:50

11    changed over time.

12              It would typically be a good practice for

13    an engineer implementing an API, if they were

14    returning an HTTP error code, to return the one

15    that most closely matched the situation that the    02:46:07

16    API had encountered.

17         Q.   (By Mr. Melamed)  Did Facebook maintain a

18    list of the error codes it returned from

19    unsuccessful API calls?

20         A.   The HTTP error code mechanism, there's     02:46:27

21    only a standard set of HTTP error codes that the

22    W3c did -- like -- codifies, and so that would

23    generally be the list of error codes that an

24    engineer would be able to choose from.

25         Q.   You also mentioned error objects that     02:46:48
```

Page 780

HIGHLY CONFIDENTIAL

1    could get returned, correct?                          02:46:51

2        A.    That's correct, yes.

3        Q.    Did Facebook maintain a list of the error

4    objects that could be returned?

5        A.    Facebook maintained some lists of errors    02:47:07

6    that could be returned, but I'm unclear -- you

7    know, how to say when that list came into existence

8    and whether or not it was possible for an engineer

9    to emit an error that was more custom than one of

10   the predefined ones.                                  02:47:32

11       Q.    Does Facebook presently maintain a list

12   of error objects that can be returned?

13       A.    I am unaware of whether or not Facebook

14   maintains a list of API error objects that --

15   that -- that could be returned.                       02:47:52

16       Q.    Are you aware of whether Facebook ever

17   retained a list of error objects that could be

18   returned?

19       A.    I recall in the past a system which was

20   ████████████████████████████████████████             02:48:08

21   ████████████████████████████████████████

22   but I couldn't say when that system started or --

23   or stopped and -- and whether or not it was fully

24   comprehensive of -- of the API responses that could

25   be returned.                                          02:48:35

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1      Q.    What was the name of that system?                02:48:37

2      A.    I don't recall the precise name of that

3  system.  I'm -- I'm going from memory here on a --

4  on a system that I -- that I recall, but

5  couldn't -- couldn't give a very confident answer       02:48:55

6  as to the name of.

7      Q.    Do you have any recollection of what the

8  name could have been or could have included?

9      A.    The system I'm referencing here in my

10 head I think may have been called "███████            02:49:12

11 ██████████  but -- but, again, I -- I'm not

12 entirely confident of -- of the precise name of

13 that system.

14     Q.    If you wanted to know more about the

15 system, whatever it was named, who would you go to?     02:49:24

16     A.    My first act would be to search for the

17 name of that in Facebook's internal tools and

18 systems and then speak to someone on the platform

19 team as to whether or not it was relevant.

20          Again, I want to be clear:  I'm trying to      02:49:49

21 give here the best answers I can based on my -- my

22 understanding and my memory.  And I'm trying also

23 be clear when I'm doing that from my personal

24 memory and experiences versus a more general

25 answer.                                                 02:50:07

                                                       Page 782

```
 1          Q.   Is there any individual you would ask          02:50:09

 2     about this system that was used to reference the

 3     error states that could be returned?

 4          A.   I would -- I would ask Steven Elia and

 5     see if he knew or knew who knew.                         02:50:28

 6               MR. SCHWING:  Matt, we've been going for

 7     longer than an hour.  Would this be a good time for

 8     a break?

 9               MR. MELAMED:  Yeah.  Let me just ask a

10     few more questions and then we'll take a break, if      02:50:39

11     that works for you.

12               MR. SCHWING:  Okay.

13          Q.   (By Mr. Melamed)  Is that okay,

14     Mr. Cross?

15          A.   Yeah, that's fine.                            02:50:47

16          Q.   Do you have any recollection about the

17     time period?  I know you don't have a specific

18     recollection about this system that was used to

19     ██████████████████, but do you recall any point in

20     time when it was in use?                                02:50:57

21          A.   I -- I don't want to give an answer

22     that -- that -- that's based on very, very poor

23     memory of this.  This is a -- you know, a system

24     that I didn't have deep understanding or

25     integration with from -- from, you know, eight or       02:51:17
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | nine years ago.  So I -- I'm just not sure I can | 02:51:21 |
| 2 | give an accurate answer as to -- as to when it was | |
| 3 | sourced or in use. | |
| 4 | Q.   And you said you don't believe that -- am | |
| 5 | I correct that you do not believe the system is | 02:51:38 |
| 6 | still in use today? | |
| 7 | A.   I do not know whether or not the system | |
| 8 | is in -- is in use today. | |
| 9 | Q.   But to find that out, you would ask | |
| 10 | Mr. Elia? | 02:51:52 |
| 11 | A.   I would ask Steven, Mr. Elia, if he had | |
| 12 | an answer to that question of that specificity, | |
| 13 | yes. | |
| 14 | Q.   All right. | |
| 15 | MR. MELAMED:  Before we go off the | 02:52:11 |
| 16 | record, Mr. Schwing and Mr. Cross, I'd like to ask | |
| 17 | for the notes that you are -- that you have taken | |
| 18 | in order to prepare for today.  If you can produce | |
| 19 | those to us, I'd appreciate it, and doing so | |
| 20 | immediately so that we can review them and use them | 02:52:25 |
| 21 | during today's questioning. | |
| 22 | Mr. Schwing, if that's okay with you or | |
| 23 | if that's something you want to discuss off the | |
| 24 | record? | |
| 25 | MR. SCHWING:  Yeah.  Why don't we take a | 02:52:38 |

Page 784

```
 1    look at the notes just to make sure there's nothing        02:52:39

 2    that's -- you know, for example, in terms of being

 3    privileged.  And we can address that further, Matt.

 4    I think we can probably work it out.

 5            MR. MELAMED:  The only note I would make            02:52:52

 6    to that point is if there -- if there is something

 7    that is attorney-client privileged that Mr. Cross

 8    is using to testify from, it's no longer

 9    attorney-client privilege, and that will be waived.

10            But happy to deal with that off the                02:53:06

11    record and, of course, take a look at those.  But

12    we would just ask that you do so as quickly as

13    possible so we can use them during today's

14    testimony.

15            MR. SCHWING:  Yeah, I -- I understand the           02:53:17

16    request.  We'll take a look at the notes and we can

17    follow up with you.

18            MR. MELAMED:  Okay.

19            Happy to go off the record.

20            THE VIDEOGRAPHER:  Okay.  We're off the             02:53:24

21    record.  It's 2:53 p.m.

22            (Recess taken.)

23            THE VIDEOGRAPHER:  We're back on the

24    record.  It's 3:18 p.m.

25        Q.  (By Mr. Melamed)  Before the break we              03:18:46
```

Veritext Legal Solutions
866 299-5127



1    were talking about the ███████████████.                    03:18:48

2            Do you remember that?

3        A.   Yeah, I remember talking about those.

4        Q.   Does the ██████████████████████████████

██    ███████████████████████████████████                       03:19:03

6        A.│  ████   █████████████████████████████

██    ████████████████████████████████████████

██    ████████████████████████████████████████

9        Q.   Does not -- let me withdraw that.

10           What about the ██████████   ████████████       ██████████

██    ████████████████████████████████████████

██    ██████████?

13       A.   My understanding is that the -- ████████

██    ████████████████████████████████████████

██    ██████████████████████████████ █        ██████████

██    ██████████████████████████████████

██    ██████████████████████████████████

18       Q.   Is the answer the same regarding whether

19   the ████████████████████████████████████

██    ██████████████████████████████       ██████████

██    ████████████████████████████████████████

██    ████████

23       A.   I -- I -- I'd be -- as I sit here today,

24   you know, not entirely sure of the precise

25   information that's logged in that -- in that table.        03:20:40

                                            Page 786

1      Q.   Who would you ask to determine whether      03:20:48

2   the ███████████████████████████████████████

    ███████████████████████████████████████

4      A.   To answer a question of that specificity,

5   I -- I'd speak to Mr. Molaro and see if he knew the   03:21:08

6   answer.

7      Q.   What types of user data did Facebook

8   share or make accessible to third parties?

9         MR. SCHWING:   Objection.   Vague.

10        THE DEPONENT:   The -- the amount of --      03:21:46

11   the types of user data that Facebook has made

12   available to -- to third parties via the Facebook

13   developer platform has -- has changed over time.

14   Typically the Facebook developer platform would

15   emit information about the -- the user who was      03:22:02

16   using the application who was integrated with the

17   API and typically access to information on their

18   Facebook profile which was made available via the

19   API.

20      Q.   (By Mr. Melamed)   Does Facebook have an   03:22:28

21   internal taxonomy of the types of user information

22   that it made available via the API?

23        MR. SCHWING:   Object to form.

24        THE DEPONENT:   The way API works is

25   organized around a concept of nodes and edges, and   03:22:49

HIGHLY CONFIDENTIAL

1    the Graph API is organized around this concept of          03:22:55

2    nodes and edges and fields on those nodes.  And so

3    that -- that concept is -- is relatively well --

4    well understood.

5         Q.   (By Mr. Melamed)  And you mentioned that       03:23:15

6    the type of user information that Facebook shared

7    or made accessible to third parties has changed

8    over time, correct?

9         A.   Sorry.  The -- which information has been

10   made available to third parties has -- has changed    03:23:31

11   over time?  Sorry.  So that's probably what I was

12   referring to.

13        Q.   Okay.  How has the information that was

14   made available to third parties changed over time?

15             MR. SCHWING:  Object to form.                03:23:52

16             THE DEPONENT:  So one of the ways that

17   the information made -- made available to third

18   parties has changed over time involves the -- the

19   type of IDs which are emitted via the -- the

20   Facebook developer platform.                          03:24:06

21             In its inception, the API emitted

22   canonical user IDs but over time has moved to app

23   scoped user IDs and page scoped user IDs as -- as

24   the identifying mechanisms for users.  That's --

25   that's one example of the ways in which the           03:24:29

                                                    Page 788

HIGHLY CONFIDENTIAL

```
 1    information that's emitted has changed over time.          03:24:31

 2         Q.   (By Mr. Melamed)  Are there other

 3    examples of the ways in which the user information

 4    that Facebook emits to third parties has changed

 5    over time?                                                 03:24:43

 6         A.   So another example in which the Facebook

 7    emits user information has changed over time

 8    involves the advent of platform permissions, which

 9    were a concept introduced in, I think, 2010, which

10    allowed users to grant applications access to             03:25:04

11    specific subsets of their profile information, for

12    example.

13         Q.   Are there other changes in the way the

14    user information has -- is emitted via APIs?

15         A.   Other ways in which the -- help me             03:25:36

16    understand what you mean by "the way."  Do you mean

17    from a more technical perspective or some other

18    form?

19         Q.   Fair enough.  You just gave two examples

20    of changes.  I'm looking for other changes.  And as      03:25:47

21    you sit here today, you may not know each

22    individual change that was made over the -- the

23    decade-plus time period we're talking about, but

24    you've hit on a couple of -- of large changes,

25    right?  The way in which IDs were emitted and the        03:26:01
```

Page 789

HIGHLY CONFIDENTIAL

```
 1    way that permissions came into being.                03:26:05

 2            I'm asking for other changes in the way

 3    that user data was emitted over time that are

 4    similar -- similar to -- in scale to those.

 5            Does that make sense to you?                  03:26:22

 6            MR. SCHWING:  Object to form.

 7            THE DEPONENT:  So let -- let me see if I

 8    can think of some other examples.  Just give me a

 9    second.  I want to make sure I give you an example

10    that's valuable.                                      03:26:59

11            So another example that I think is worth

12    calling out is the advent of API versioning as --

13    as a way in which the information that is made

14    available to third parties has changed over time.

15            Prior to the advent of API versioning,        03:27:24

16    APIs would configure the way in which they wanted

17    information made available to them.  With the

18    advent of API versioning, developers could request

19    the API version they wanted at the time they made

20    the API call.                                         03:27:46

21            So I think that's another example in

22    which the way the information was emitted over time

23    changed.

24        Q.   (By Mr. Melamed)  Are there any other

25    examples that you can think of of the ways in which   03:27:56
```

Page 790

```
1    information was emitted over time changed?        03:28:00

2         A.   Another example I can think of is that in

3    the earliest -- early iterations of the platform,

4    there was a technology ███████████████████████

     ██████████████████████████████████      ██████████

     ██████████████████████████████████████

     ███████████████████████

8         Q.   Any other examples you can think of of

9    the ways in which information was emitted over time

10   changed?                                          03:28:53

11        A.   Another example I can think of is the way

12   that user authentication was performed within

13   Canvas applications on the Facebook developer

14   platform.

15             I recall in the original version, the    03:29:12

16   ████████████████████████████████████

     ██████████████████████████████████████████████

     ██████████████████████████████████████████

     ██████████████████████████████████

     ██████████████████████████████████████      ██████████████

     █████████████████████

22        Q.   Do you recall when that change occurred?

23        A.   I think that change occurred in -- in

24   around 2010, 2011, but I'm -- I'm not 100 percent

25   confident on the date, but around that time.        03:29:54
```

Page 791

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q.   Do you recall any other changes in the | 03:29:56 |
| 2 | way that information was emitted over time? | |
| 3 | A.   Another example I can think of is the | |
| 4 | change from the rest API to the Graph API.  The | |
| 5 | rest API was Facebook's API design launched in 2007 | 03:30:16 |
| 6 | or 2008 along with the original Facebook developer | |
| 7 | platform.  The Graph API was launched in 2010, as I | |
| 8 | understand it. | |
| 9 | And those were two different mechanisms | |
| 10 | of -- of -- of ways in which developers could | 03:30:40 |
| 11 | access user information via Facebook platform. | |
| 12 | Q.   Are there other examples you can think of | |
| 13 | of the way in which the data that was emitted | |
| 14 | changed over time? | |
| 15 | A.   Sorry.  Examples in which the -- the way | 03:31:06 |
| 16 | that data that was emitted? | |
| 17 | Q.   I'm sorry.  The term we've been using has | |
| 18 | been "information," so I didn't mean to change the | |
| 19 | term. | |
| 20 | Are there other examples you can think | 03:31:14 |
| 21 | of -- of the way that information was emitted over | |
| 22 | time changed? | |
| 23 | A.   At a high level, the Facebook API has | |
| 24 | developed over -- you know, the Graph API in | |
| 25 | particular has developed over -- over several | 03:31:37 |

Page 792

```
1   years, and there have been new fields added, edges        03:31:40

2   and objects taken away, and permissions changed as

3   well.

4            So a whole range of -- of ways in which

5   information was -- was made available or the way --      03:31:56

6   you know, what apps had access to what has changed

7   over time.

8       Q.  I want to go back to the list you just

9   gave and ask a few questions about each example.

10           So you started with the types of IDs that     03:32:15

11  were available, and you said at the inception it

12  was canonical IDs.

13           Can you explain what you mean when you

14  meant when you used the "canonical"?

15      A.  Yes, when I use the phrase "canonical,"       03:32:30

16  I'm referring to a Facebook user's ID in the

17  Facebook database that was created for them when

18  they signed up to Facebook.

19      Q.  And what is the difference between that

20  and an app scoped ID?                                  03:32:52

21      A.  An app scoped ID is an ID for a user

22  which is stable within the context of a particular

23  app, but that ID for that user may differ between

24  applications.

25      Q.  And what is the difference a canonical       03:33:15
```

Page 793

1    Facebook ID and a page scoped ID?                03:33:18

2         A.   It's similar to an app scoped user ID

3    except the user ID is different for the same user

4    within the context of different pages.

5         Q.   When did Facebook stop emitting canonical    03:33:39

6    IDs?

7         A.   There are circumstances in which

8    canonical IDs are likely still being emitted today.

9         Q.   When did Facebook commence app scoped

10   IDs?                                             03:34:02

11        A.   Facebook began emitting app scoped user

12   IDs in April 2014.

13        Q.   And when did Facebook commence using page

14   scoped IDs?

15        A.   The existence of page scoped IDs began    03:34:22

16   later and was used in the Messenger app, a

17   Messenger API context, I think, first; and then was

18   later brought to the Graph API when interacting

19   with pages.

20             I think the time was -- was -- was around    03:34:43

21   2015, 2016 that -- that those changes began to be

22   made.

23        Q.   Why was the page scoped ID -- let me

24   withdraw it and restate it.

25             Is there a reason that the page scoped ID    03:35:02

                                                    Page 794

1    was not started at the same time of the app scoped          03:35:05

2    IDs with Facebook?

3        A.    The changing of the ID scheme is -- is a

4    significant change for developers.  The move to

5    page scoped IDs in the Graph API, my understanding         03:35:27

6    was done to unify the ID space between the Graph

7    API and the messaging -- the business messaging and

8    the Facebook Messenger for Business APIs.

9        Q.    Was the development of the app scoped IDs

10   a significant undertaking?                                 03:35:52

11            MR. SCHWING:  Object to form.

12            MR. MELAMED:  I'm sorry.  Let me rephrase

13   that.

14       Q.    (By Mr. Melamed)  You said the changing

15   of an ID scheme is a significant change for                03:36:03

16   developers in your prior answer.

17            So my question is:  Was -- was the change

18   to an app scoped ID a significant change for

19   developers at Facebook?

20       A.    Sorry.  Can you help me understand.  Are         03:36:18

21   you asking whether or not it's a significant change

22   for developers or it was a significant

23   development -- it took significant time development

24   for Facebook?

25       Q.    Did it take significant time to develop          03:36:28

Page 795

HIGHLY CONFIDENTIAL

1    app scoped IDs at Facebook?                          03:36:30

2        A.   The developer -- the development of app

3    scoped IDs involved several engineers over -- over

4    several months, so it -- it wasn't an insignificant

5    amount of work, but it's hard for me to know what     03:36:46

6    "significant" means, you know, at Facebook's

7    context.  There's all kinds of things that...

8        Q.   Understood.  I was trying to use the

9    language you had used, but I understand what you're

10   saying.                                               03:37:00

11       A.   So -- so to be clear, when I used the

12   language, my -- my assertion was that it's a -- it

13   was a significant change for developers to -- to --

14       Q.   Sorry.

15       A.   -- to --                                     03:37:12

16            Sorry.  Go ahead.

17       Q.   I'm sorry for interrupting you.

18            When you say "a significant for

19   developers," do you mean significant change for

20   third-party developers?                               03:37:20

21       A.   Yes.  It -- it would mean a significant

22   change for third-party developers.

23       Q.   Do you know whose impetus it was to

24   change to app scoped IDs?

25       A.   I don't think it was any particular          03:37:38

                                                          Page 796

HIGHLY CONFIDENTIAL

```
 1   person's impetus.  It -- the -- the concept, I       03:37:40

 2   recall being discussed internally by several

 3   people, and so I'm not -- I'm not sure there was

 4   any one person who -- whose impetus it was to

 5   change to app scoped IDs.                             03:37:57

 6       Q.   Do you recall when these first

 7   discussions occurred concerning changing to app

 8   scoped IDs?

 9       A.   There were likely discussions that --

10   that I was not a part of.  The first time I've -- I   03:38:12

11   recall becoming aware of them as a -- this is a

12   concept, and I think reviewing documents in which

13   they were discussed, is around, you know, late

14   2013.

15       Q.   Why was the change made to app scoped       03:38:35

16   IDs?

17       A.   There were a number of reasons why app

18   scoped IDs were seen as a valuable change.  The

19   first is that it would allow -- would make it hard

20   for developers to collect data from multiple         03:39:00

21   applications and merge it together into a single

22   dataset.

23       Q.   So before app scoped IDs were used and

24   during the time when canonical -- let me break it

25   down into two questions.  Sorry.                      03:39:21
```

Page 797

```
 1              Before app scoped IDs were used, is it        03:39:23

 2      accurate to say that canonical IDs were used?

 3          A.    Before app scoped IDs came into use,

 4      Facebook developer platform would have emitted

 5      canonical IDs user IDs to refer to -- to users.       03:39:40

 6          Q.    And during that time that canonical IDs

 7      were used to refer to users, it was easier for

 8      developers to collect data from multiple

 9      applications and merge it together in a single

10      dataset than it would be later when app scoped IDs    03:39:57

11      were used, correct?

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  With canonical IDs, if a

14      developer owned or -- or used multiple apps, then

15      it would have been ███████████████████████    ████████████

        ██████████████████████████████████████████████

        ███████████████████████████████████

18          Q.    (By Mr. Melamed)  In your response, you

19      just said it would have been ███████████████████

        ██████████████████████████████████████████████    ████████████

        ██████████████████████████

22          A.    It would have been technically possible

23      for them to do so.

24          Q.    Is there anything other than technology

25      that prevented them from doing so?                    03:40:54
```

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.              03:41:01

 2              THE DEPONENT:  It's -- it's possible that

 3      Facebook's platform policies prevented or were --

 4      or asked developers not to share information

 5      between apps, but exactly how those policies were   03:41:13

 6      written and how they were -- how they were -- yeah,

 7      how they were written and changed over time is --

 8      is, you know -- is something kind of -- I think

 9      other people are better placed to answer than me.

10              So I'm -- I'm not a complete expert on       03:41:31

11      Facebook's platform policies.

12              So hopefully that -- hopefully that gives

13      you an answer.

14         Q.   (By Mr. Melamed)  Understood.  I just

15      want to clarify so I understand your testimony      03:41:43

16      about that.

17              Was there something in the policies that

18      would have made it impossible for developers to

19      link information from different apps that used the

20      same canonical ID?                                  03:41:57

21              MR. SCHWING:  Outside the scope of the

22      deposition.  Object to form.

23              THE DEPONENT:  So policies are a --

24      you know, a way of Facebook telling developers what

25      Facebook thinks is -- i's appropriate or not with   03:42:17
```

Veritext Legal Solutions
866 299-5127

```
1   the information.  So -- and, again, as I said, like        03:42:22

2   I'm not an expert in what Facebook's policies did

3   and did not permit at any given time.

4          So a policy -- a platform policy is a

5   written document.  That doesn't, you know, prevent         03:42:32

6   a user doing something or -- sorry.  Let me back

7   up.

8          Doesn't prevent a developer from -- from

9   doing something, but it -- it's a clear statement

10  that that is not something Facebook would -- would         03:42:47

11  have approved of, if indeed there was a policy

12  written to that effect.

13     Q.   (By Mr. Melamed)  Thank you.  That helps.

14          I think this is a good transition to

15  topic 2d, where it's my understanding that Facebook        03:43:05

16  has identified somebody else to testify about 2d,

17  except that you are going to testify about it today

18  concerning a technical aspect relating to the

19  platform integrity team, and the topic is "how

20  Facebook ensured third parties' use of data and           03:43:26

21  information is limited to the use case."

22          So can you tell me what is the technical

23  aspect related to platform integrity team

24  concerning how Facebook ensured third parties' use

25  of user data they acquired from Facebook was              03:43:41
```

Page 800

HIGHLY CONFIDENTIAL



1    limited to the use case?                          03:43:45

2         A.   So there's a number of techniques that

3    the platform integrity teams would have used to

4    attempt to identify developers who were accessing

5    or using data in -- in -- in different ways, in    03:44:04

6    ways that was against policy.

7

14        Q.   Was that a technology that was developed

15   to ensure that a ███████████████ at the URL        03:44:52

16   provided?

17        A.   Yes, that's technology that was developed

18   to ensure that where a ████████████

                                                        03:45:09

21        Q.   Did that tool evaluate the ████████

     ████████████████ in any way?

23        A.   My understanding is that that tool did

24

     ████████ in -- in place by -- by Facebook that    03:45:30

                                            Page 801

1    would evaluate the -- the ███████████████      ████████

██    █████████████████

3         Q.    Okay.  So just focusing on that tool for

4    the purpose of this question.

5                      ████████████████████████████      ████████

██    █████████████████████████████████████

██    ███████████████████████████████

██    █████████████████████████████████████

██    ████████████    is that -- is that accurate?

10                MR. SCHWING:  Object to form.  Incomplete      03:46:10

11   hypothetical.

12                THE DEPONENT:  My understanding is that

13   that tool certainly would have said that a ██████████

██   ████████████████████████████████████████

██   █████████████████████████████████████      ████████

██   █████████████████████

17        Q.    (By Mr. Melamed)  Okay.  Were each of the

18   ████████████████████████████████████████████ on

19   the platform evaluated by the -- by anyone at

20   Facebook?                                              03:46:47

21                MR. SCHWING:  Outside the scope of the

22   deposition.  Object to form.

23                THE DEPONENT:  My understanding is that

24   ███████████████████████████████████████████

██   ███████████████████████████████████████      03:47:04

Page 802

1   ████████████████████████████████████████████   ███████████

2   ████████ for and how they evaluated them is -- is

3   not -- not something I'm an expert in.  I think

4   Ally Hendrix is probably best placed to talk about

5   how Facebook ███████████████████████████████   ███████████

6   ████████████████████████████████████████████

7        Q.   (By Mr. Melamed)  Okay.  And just to be

8   clear, that is not -- the ████████████████████

9   ██████████████████ is not the technical aspect

10  related to platform integrity team that you were        03:47:42

11  prepared to testify about today; is that right?

12       A.   The example I've given here is about a

13  ████████████████████████████████████████████

14  ████████████████████████████████████████████

15  ████████████████████████████████████████   ███████████

16  ██████████████████ -- by the operations teams and policy

17  teams at Facebook.

18       Q.   What happened when Facebook determined

19  that ████████████████████████████████ provided

20  by an app?                                              03:48:22

21       A.   Different things would have happened

22  depending on what the app -- which app it was.  If

23  it was an app where -- there was a partnerships

24  team at Facebook that was responsible for the

25  relationship with that developer, and typically the     03:48:42

Page 803

HIGHLY CONFIDENTIAL

1    ████████████████████████████████   ██████████

▮    ████████████████████████████████

▮    ████████████████████████████████

▮    ████████████████████████████████

▮    ████████████████████              03:48:59

6         For other apps that may not have had a

7    managed partner, the developer operations team

8    would have or could have ████████████████████

▮    ████████████████████████████████

▮    ████████████████████ I'm -- it likely        03:49:19

11   depended on a number of factors.

12        Q.   And are you prepared to testify today

13   about those factors?

14        A.   I can give you some ████████████████

▮    ████████████████████████ but exactly          03:49:36

16   which one would be applied would depend -- would

17   have differed over time and a number of different

18   factors.

19        Q.   What are some ████████████████████████

20   that would have applied -- could have applied?    03:49:49

21        A.   So one example is that Facebook

22   ████████████████████████████████

▮    ████████████████████████████████

▮    ████████████████████████████████

▮    ████████████████████              03:50:12



1    Q.   And what are other examples of -- of                     03:50:16

2    ██████████████████████████ that could have been

3    imposed if █████████████████████

4        A.   So other examples, again, of ██████████

5    that Facebook has employed as -- as our -- as part           03:50:28

6    of our -- as here, ████████████████████

     ████████████████████████████████

     ███████████

9            And then another example of a ██████████

     ████████████████████████████████              ██████████

     ████████████████

12           As I said, exactly which ██████████████████

     ████████████████████████████████

     ████████████████████████ is

15   something the developer operations team and policy          03:51:02

16   team are best placed to -- to talk about.  I can

17   give you examples of the -- the example -- the

18   ██████████ I'm aware of, having talked to the

19   people involved, but exactly which ones are applied

20   is -- is something that -- that -- that operations          03:51:17

21   and policy teams are best placed to -- to answer.

22       Q.   Are there records at Facebook regarding

23   ████████████████████████████ by the

24   technology you described?

25       A.   This technology will have -- would have            03:51:39

                                                        Page 805

HIGHLY CONFIDENTIAL

```
 1   ████████████████████████████████████           03:51:45

 2   ████████████████████████████████

 ▮        ████████████████   in their -- existing for their

 4   application.

 5              But the retention, you know, exactly       03:52:00

 6   what's in those -- those logs and the -- the

 7   duration for which they've been retained is -- is,

 8   you know, something I can't -- I can't answer as --

 9   as we sit here today.  But there would have been

10   logs as part of the existence of the system, yes.    03:52:14

11       Q.   Do you know what those logs were called?

12       A.   They would have been tables relating to

13   the name of the system in -- in Hive, most likely.

14   But I -- I -- you know, I don't know the exact name

15   of -- of the tables that were -- that were -- that   03:52:34

16   were created to log this information.

17       Q.   Does this technology that you described

18   whereby Facebook would ████████████████

 ▮   ████████████████████████████████████

 ▮   ████████████████████████████████████           03:53:03

21   does this technology still exist today?

22              MR. SCHWING:  Object to form.

23       Q.   (By Mr. Melamed)  Can I just restate the

24   end of that.

25              Does the technology describe -- is the    03:53:19
```

Page 806

```
 1    technology you described still used by Facebook        03:53:21

 2    today?

 3              MR. SCHWING:  Same objection.

 4              THE DEPONENT:  My understanding is that

 5    that technology is still in place as part of our       03:53:31

 6    efforts to ███████████████████████████████████████

      ███████████████████████████████████████████████

 8         Q.   (By Mr. Melamed)  And am I correct in

 9    understanding that you do not know the name of the

10    table that records -- that logs the information        03:53:51

11    about apps that ██████████████████████████████████

      █████████████████████████████████████████████

13         A.   So in preparation for -- for today, I

14    spoke to, you know, people involved in -- in these

15    efforts about, in general, the techniques and tools    03:54:07

16    which are applied.  This was one of the examples

17    that was -- you know, we talked about.  You know,

18    so I have a high-level understanding of -- of that

19    system and its existence, but the precise name of

20    the table in -- in Hive, that's -- that's something    03:54:29

21    I'm afraid I don't have in my head today.

22         Q.   And you mentioned -- you used the phrase

23    ████████████████████████ but the tool automatically --

24    there's -- let me see if I'm describing this

25    correctly.                                             03:54:50
```

Page 807

1      So Facebook wrote code -- engineers at          03:54:50

2  Facebook wrote code to determine ████████████

   ████████████████████████████████████████

   ████████████████████████████ is that an

5  accurate statement of the -- of the way the tool   03:55:04

6  worked?

7      MR. SCHWING:  Object to form.

8      THE DEPONENT:  That matches my high-level

9  understanding of -- of how this tool worked, yes.

10     Q.   (By Mr. Melamed)  Do you know what         03:55:17

11  qualified as a ██████████████  in that context?

12     A.   The system would likely have checked for

13  a number of things.  For example, the -- whether or

14  not when we -- when ████████████████████████

   █████████████████████████████████████     ████████████

   ██████████████

17         So that would be certainly one of the

18  things that that the system was checking for.

19     Q.   Are you prepared to testify regarding

20  what constituted a ██████████████████████         03:55:56

21  ██████████

22     A.   So, again, I can give you my high-level

23  understanding of how the system works from -- from,

24  you know, talking to the -- to the people involved.

25  And in preparation for today, we talked about a     03:56:08

Page 808

```
 1    large number of -- of different systems at -- at       03:56:13

 2    the company.  So I can give my high-level

 3    understanding of how that -- of how that system

 4    worked.

 5               My understanding is it would have           03:56:25

 6    ████████████████████████████████████████

      ████████████████████████████████████████████████

      ██████████████████, in Facebook's estimation, as to

 9    whether or not that -- ████████████████████████████

      ███████████████                                        03:56:41

11    Q.  Are you familiar with the use of the text

12    lorem ipsum as placeholder text for when designing

13    or writing a document?

14    A.  Yes, I'm aware of the -- the practice of

15    using lorem ipsum.                                      03:56:58

16    Q.  Are you -- do you know whether the tool

17    you're describing which ██████████████████████████

      ████████████████████████████████████████████████

      ████████████████████████████████████████████

      ██████████████████████████████ that had            03:57:23

21    lorem ipsum placeholder text?

22    A.  So the precise nature of how this system

23    behaved is -- and whether or not it would have

24    returned a valid document or not, determination

25    in -- in that respect, is -- a level of detail I --    03:57:48
```

Page 809

HIGHLY CONFIDENTIAL

```
 1    I -- I don't have in my head right now.  So hard --    03:57:52

 2    hard for me to answer that question in that level

 3    of specificity, I'm afraid.

 4         Q.   I'm -- I'm not trying to get you to

 5    testify beyond your knowledge.  I'm just -- the       03:58:05

 6    indication we were provided is that you were

 7    prepared to talk about a technical aspect relating

 8    to platform integrity team, and you identified this

 9    as the technical act -- a technical aspect you were

10    prepared to identify.  So I'm just trying to         03:58:23

11    understand the extent of your testimony.

12              MR. SCHWING:  And, Matt -- and I want you

13    to continue your questioning, so I'll be brief

14    here.

15              Just for the record, we -- we did          03:58:31

16    indicate in the letter that -- that he would

17    generally speak to this issue to give you

18    information on it with the idea that could then,

19    you know, learn about it, if you need to ask other

20    witnesses about it, et cetera.                       03:58:44

21              But I want to make the record clear that

22    we did use the word "generally," I believe.

23         Q.   (By Mr. Melamed)  Are there other

24    technical aspects relating to the platform

25    integrity team that you -- that you are prepared to  03:58:57
```

Veritext Legal Solutions
866 299-5127

```
1    testify about today concerning how Facebook ensured      03:59:00

2    third parties' use of user data they acquired from

3    Facebook was limited to the use case?

4         A.   So another example of -- of a technique

5    that the platform integrity team used was ████████    ████████

█    ████████████████████████████████████████████

█    ████████████████████████████████████████

█    ██████████

9         So that's another -- another type of

10   example.                                               03:59:39

11        Q.   How were ████████████████████████████

█    ████████ defined?

13        Let me restate that.

14        What constitutes an ████████████████

█    ████████████████████████                              03:59:56

16        A.   The answer to that is somewhat -- in the

17   definition of the integrity teams, one of the

18   challenges of working in -- in a -- in a space like

19   this is the adversarial nature of it, and so some

20   developers -- you know, what -- what is unusual or     04:00:21

21   is considered unusual by the integrity team is a

22   set of things that changes over time and will be

23   different from context to context.

24        Typically and generally, though, what the

25   team would be looking for is, for example, cases       04:00:37
```

Page 811

HIGHLY CONFIDENTIAL



1                                                                    04:00:42

2

5        So those are two examples of what might       04:00:58

6   be considered anomalous.

7        Q.   What are the

8        A.   So in the context of the Graph API?  Is

9   that what you mean by -- how would you like me to

10  answer generally in -- in -- can you help me       04:01:16

11  understand the kind of answer -- what kind of

12  answer you're expecting, generally or specifically

13  as it applies to the Graph API?

14       Q.   In the context of the answer you just

15  provided, where you said that                      04:01:27

16

19       A.   More that if an app

22       Q.   Okay.  Thank you for the clarification.

23            What did you mean by                in

24  that context?

25       A.   So in that context, a          refers  04:02:05

Page 812

```
1   to a -- ███████████████████████████   ████████

█   ███████████████████████████████████

█   ████████████████     The exact definition of that

4   is -- is -- will have changed over time, but at a

5   high level, that's -- that's what we mean by ████   ████████

█   ███████

7        Q.   And who sets or establishes the ████

█   ███████

9        A.   The platform integrity team would likely

10  have been responsible for -- for -- for ██████████   ████████

█   ████████████ or being -- certainly being consulted

12  for how they were -- how they were set.

13       Q.   And who at the platform integrity team

14  would you speak to to understand how ████████████

15  were set over time at Facebook during the time          04:03:07

16  period of this case?

17       A.   Given the -- the -- the time period of

18  the case is so wide, I would start by trying to

19  speak to somebody in the -- in the platform

20  integrity team today to see if they had more          04:03:29

21  information.  I -- I have information and have a --

22  implemented at various times, but, you know, the --

23  the mechanism of ████████████ across -- across 15

24  years would have -- would have changed.

25       Q.   And who would you reach out to today if     04:03:48
```

Page 813

```
 1   you wanted to talk -- on the platform integrity        04:03:50

 2   team today if you wanted to talk about ███████

 █   ████████ over time?

 4        A.   I would start by reaching out to -- to

 5   Dan Xu and see if he was able to answer the -- the     04:04:03

 6   kind of specific questions that I'm -- you know,

 7   beyond what I'm able to answer myself.

 8        Q.   Can you spell his last name, please.

 9        A.   That's X-U.

10        Q.   You also noted that another ████████  ████████

 █   ██████████████████████████████████████████████

 █   ███████████████████████████

13        A.   Yes.  And from speaking to the platform

14   integrity team, one thing that may have built --

15   has evolved over time is a system to look for ████  ████████

 █   ██████████████████████████████████████████████

 █   ███████████████████████ for example.

18        Q.   You mentioned that evolved over time,

19   correct?

20        A.   My understanding, from talking to the       04:05:12

21   people involved, is that -- and as it would be

22   common in any adversarial space, as technology

23   evolves, the first versions might be relatively

24   simple and rules based, and -- and more

25   sophisticated ones might be -- you know, might       04:05:30
```

Page 814

1   be -- would have been developed over time -- for          04:05:34

2   example, machine-based models and so on.

3       Q.   Do you know when the first versions of --

4   the first version of this tool was built by

5   Facebook?  I'm not speaking outside the context of         04:05:52

6   this case.

7       A.   Sure.  This is one of the things that

8   people have -- have -- when I've talked to the

9   people involved in this, this is certainly

10  something they -- they reference from around the --        04:06:09

11  in existence around the 2011, 2012 time frame.  So

12  my understanding is that such a system was in

13  place, you know, even a basic one then.  So that's

14  the -- that's the kind of earliest example I've --

15  I've -- I've heard about when talking to the people        04:06:31

16  involved in preparation for today.

17      Q.   How were the reports or notifications

18  that there were ███████████████████████████

    ██  ████████████████████████████████████

20  what kind of ████████████████████████        ████████████

    ██  ███████████████████████████

22      A.   My understanding from -- again, from

23  talking to the people involved is that one of the

24  forms that that would have taken is -- is a

25  ████████████  that -- that was made available to -- to     04:07:08

                                                    Page 815

HIGHLY CONFIDENTIAL

1 ███████████████████████████████████          04:07:11

2 ████████████████████████████

███████████████████████████████████

███████████████████████████████

█████████                                      04:07:32

6       Q.   So putting this together, is it right to

7  say that around 2011 or 2012 -- and you're not

8  specific as to time period, but generally those --

9  those years -- there was ████████████████████████

████████████████████████████████████          04:07:49

11 █████████████████████████████████████

██████████████████████████████

13       A.   Right.  The -- the -- from my

14 understanding the -- yes, around -- around that

15 time, possible -- possibly later, the exact form   04:08:12

16 that that information would have taken would -- the

17 way in which it would have been made available to

18 DevOps may -- may have changed.

19           But, yes, the -- the -- there were --

20 there was a █████████████████████████████████     04:08:26

21 █████████████████████████████████████

████████████████████████████████████

███████

24       Q.   Were there -- sorry.  Let me withdraw

25 that.                                              04:08:42

Page 816

```
 1            Are there records that still exist of the        04:08:43

 2     ██████████████████████████████████████████████

       ████████████████████████ starting in the 2011 or '12

 4     time period?

 5            MR. SCHWING:  Object to form.                     04:09:00

 6            THE DEPONENT:  So my understanding is

 7     this -- this -- certainly logging from 2012

 8     onwards, as I understand it, █████████████████████

       ███████████████████████████████████████

10            So I know that that information has              04:09:21

11     been -- has been stored and, in fact, made

12     available in this case, as I understand it.

13            It's -- it's possible that there is a way

14     to reconstruct █████████████████████████████

       █████████████████████████████████ but again,         04:09:42

16     exactly what Facebook's data retention policy is in

17     this -- is -- is hard to that level of detail to

18     know.

19            So it may be possible to recreate ███████

       ██████████, but -- but I can't for certain -- I       04:09:56

21     can't with certainty say that that would be

22     possible today.

23        Q.  (By Mr. Melamed)  You -- you mentioned

24     from 2012 forward it's your understanding that

25     information has been provided in this case            04:10:06
```

Page 817

HIGHLY CONFIDENTIAL

1   ██████████████████████████████████   ████████

▌   ███████████████████, correct?

3        A.   That's correct, yeah.

4        Q.   What -- do you know what the name -- is

5   there a name for that information or that table or      04:10:19

6   whatever it is?

7        A.   I think I'm thinking of here is the ███

▌   ███████████████████████████████████

▌   █████████████████████████

10       And I apologize, Rebecca, for making you      04:10:40

11  have to write that down.

12       Q.   Okay.  And have you heard that referred

13  ███████████████████ just as a stand-alone

14  two-word name without the underscores?

15       A.   I've heard that referred to as ████   ████████

▌   ████████████████

17       Q.   Is that your understanding of what is

18  being referred to when people talk about ████████

▌   ████████

20       A.   That's my understanding of what's being      04:11:04

21  referred to when people talk about ██████████

▌   ██████

23       Q.   Going back to the -- the technology that

24  exists to check █████████████████████████████

▌   ██████████████████████████      04:11:21

Page 818

HIGHLY CONFIDENTIAL

```
1              Do you recall talking about that?          04:11:24

2       A.   Yeah, I recall talking about that.

3       Q.   And there were some questions you weren't

4   able to answer about whether ████ -- what the

5   meaning of a ██████████ was, for example,           04:11:31

6   correct?

7              MR. SCHWING:  Object to form.

8              THE DEPONENT:  The precise nature of how

9   that system determines ████████████████████

██   ██████ is a -- a level of detail I don't have right  04:11:42

11  now and will have changed over time.

12      Q.   (By Mr. Melamed)  Who would you talk to

13  to figure out how that had changed over time, how

14  what a ██████████ was had changed over time?

15      A.   I would attempt to speak to somebody on    04:12:01

16  the platform integrity team to see if they could

17  answer a question with that level of specificity.

18      Q.   And who would you go to now if you wanted

19  to start that inquiry?

20      A.   I would start with Dan Xu.               04:12:15

21      Q.   Are there other technical aspects

22  relating to the platform integrity team concerning

23  how Facebook ensured third parties' use of user

24  data that they acquired from Facebook was limited

25  to the use case that you are prepared to testify    04:12:34
```

Page 819

```
 1   about?                                        04:12:36

 2      A.   Another example that -- that I've learned

 3   about by preparing for this case is a system which

 4   ████████████████████████████████████████

     ████████████████████████████████████████      04:12:54

 6   ██████████████████████

 7      Q.   Do you know when that technology was

 8   implemented?

 9      A.   So this activity has likely been done in

10   some form for -- for quite some time.  Early in    04:13:24

11   its -- early in -- earlier in the gestation, this

12   would have been a more manual process, and my

13   understanding that since a -- an automated way of

14   doing it is now -- is now in place.

15           And that's been developed more recently    04:13:44

16   using ███████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     ██████████████████████

20      Q.   When did that more automated process      04:14:02

21   commence?

22      A.   The precise date, I -- I don't have

23   access to the precise date that -- that -- that

24   that activity -- that that automated system came

25   into being.  From talking to the people involved,   04:14:19
```

Page 820

HIGHLY CONFIDENTIAL

```
 1    you know, a very simple automated -- some very        04:14:22

 2    simple automated processes were likely in use in

 3    around 2012, 2013.  But, again, the specifics,

 4    I'm -- you know, I just -- I don't have that level

 5    of detail available to me right now.                  04:14:36

 6        Q.   And in saying you don't have that level

 7    of detail available to you now, you can't -- are

 8    you able to speak about that, what you referred to

 9    as a "simple automated process" that you thought

10    was in -- in place in 2012 or 2013 time period?       04:14:55

11    Can you talk about how that simple process worked?

12             MR. SCHWING:  Object to form.

13             THE DEPONENT:  So I -- I can talk more

14    concretely about the -- I talk more about the

15    systems that are in place today as I understand       04:15:15

16    them, because in preparation for -- for today's

17    case, most of the people I spoke to had, you know,

18    knowledge of the most recent systems in place.

19        Q.   (By Mr. Melamed)  And when you're talking

20    about the systems in place today, how long have       04:15:33

21    those systems been in place?

22        A.   Again, exactly -- exactly which systems

23    are in -- in -- in place today and -- and when they

24    were started, they were like -- I -- again, I don't

25    have the -- the exact dates as to when, you know,     04:15:55
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | |
|---|---|
| 1 | those systems were first implemented or how it | 04:15:59 |
| 2 | operated over time.  I've, you know, done the best |
| 3 | job I can to prepare.  I talked to a number of |
| 4 | people who -- who were involved in these systems, |
| 5 | but the precise dates in which they existed is -- | 04:16:12 |
| 6 | is not something I have -- recall. |
| 7 | Q.  Without precision, are you able to say |
| 8 | about when the systems that you were prepared to |
| 9 | testify about today started being used at Facebook? |
| 10 | A.  The exact lineage of -- and when these | 04:16:37 |
| 11 | systems came into being, like I -- I don't have the |
| 12 | precise -- the precise timelines, I'm afraid.  And |
| 13 | as I say, I think these -- these systems overlap |
| 14 | and, you know, were developed over a long period of |
| 15 | time, and so hard to give very specifics about | 04:16:56 |
| 16 | exactly what the behavior was and what the major |
| 17 | milestones of evolution are. |
| 18 | Q.  Do you know if the systems that are in |
| 19 | place today were implemented after March 2018? |
| 20 | A.  It's likely, given that there's a -- a | 04:17:22 |
| 21 | team who works on this, that they've been |
| 22 | constantly developing -- developing these kinds of |
| 23 | systems.  And so, yes, there -- there will be |
| 24 | systems in place today that were not in operation |
| 25 | around 2018. | 04:17:39 |

Page 822

HIGHLY CONFIDENTIAL

```
 1        Q.    You mentioned that there are ███████        04:17:46

 2     ████████████████████████████████████████████████

 █     ████████████████████████████████████████

 █     ████████████████████████████████

 5        A.    The -- the -- it's likely there are        04:18:05

 6     different -- different parts to the system that --

 7     that ██████████████████████████████████████

 █     ████████████     So hard -- again, like, I can talk

 9     about these in -- high-level concept of what they

10     intend to do and -- and how they -- what their      04:18:23

11     functionality -- you know, how they are used.

12             The detail of the technical

13     implementation is something best left to an

14     engineer.

15             At a high level, ██████████████████        ████████████

 █     ██████████████████████████████████████

 █     ████████████████████████████████████████████████

 █     ████████████████████████████████████████████

 █     ████████████████████████████████████████████

 █     ████████████████████████████████████████████████  ████████████

 █     ████████████████████████  ████████████████████████

 █     ████████████████████████████████████████████████

 █     ████████████████████████

24             And then one of the other examples would

25     be ██████████████████████████████████████         04:19:12
```

HIGHLY CONFIDENTIAL

1  ████████████████████████████████      ████████

2  ██  ████████████████████████████████

3       So pretty typical in an integrity context

4  is the -- you know, the people using -- the people

5  trying to develop bad apps are also trying to be        04:19:30

6  not detected, and therefore the systems in place to

7  detect them need to evolve over time in order to

8  stay ahead of -- of those patterns in behavior.

9       So precisely how -- you know, how these

10 systems are architected and whether or not -- which     04:19:49

11 different pieces there are is, you know, a level of

12 engineering detail.  From -- from a product

13 perspective, those are the -- the goals of the

14 system and the types of things that those systems

15 are looking for ████████████████████████████          04:20:07

16 ████████████████████████████████

17    Q.   To be clear, I'm not asking for

18 engineering-level detail of how exactly how this

19 happened.  If I were to look for that information,

20 who would I ask?  Or if you were to look for that       04:20:24

21 level of information, who would you reach out to?

22    A.   Again, I would speak to one of the -- one

23 of the engineers on the platform integrity team to

24 understand, you know, that -- that level of

25 specificity as to exactly how the systems are          04:20:45

Page 824

HIGHLY CONFIDENTIAL

```
 1    implemented.                                        04:20:47

 2        Q.   Is there a particular person you would

 3    reach out to as being somebody you would start

 4    with?

 5        A.   I would start with Dan Xu again.          04:20:59

 6        Q.   Now, you mentioned, I think, three

 7    factors -- and I just want to make sure I have

 8    them -- that this tool would have looked at.

 9              ████████████████████████████

10        ███████████████████████████████████           04:21:14

11    ████████

12              Do I have that right?

13        A.   Those are three examples I -- I

14    mentioned.  My understanding is that the -- the --

15    there are likely more factors involved, and a      04:21:29

16    ████████████████████████████████

      ███████████████████

18        Q.   Are you aware of any other factors as you

19    sit here right now?

20        A.   As I sit here right now, no.  So I -- I    04:21:44

21    can imagine some of what they might be, but I think

22    that -- that would be speculating.

23        Q.   Do you know when Facebook started looking

24    at ████████████████████████████████

      ██████████████████████████████████████            04:22:02
```

Page 825

```
 1    ████████████████████████████████                          04:22:06

 2         A.    Yeah.   Again, I talked to people involved

 3    in -- in integrity who -- who were involved in a

 4    number of ways of ████████████████████████

 █    ████████████████████████████████  ███████████████        ██████████

 █    ████████████████████████████████████████████████████

 █    ████████████████████████████████████████  in

 8    around 2013, 2014, possibly earlier.

 9            But that's when the people I -- I spoke

10    to talked about beginning to -- to perform that       04:22:45

11    kind of activity.

12         Q.    Do you know who was involved in that

13    manual review that was happening around 2013, 2014

14    time period?

15         A.    I don't know exactly who was involved.  I   04:23:06

16    mean, platform integrity team changed over time,

17    too.

18            The -- there were people I spoke to

19    who -- who were involved in the platform integrity

20    team around that time.                                04:23:23

21         Q.    Who are those people?

22         A.    So one name is Eugene Zarashaw.

23    Zarakhovsky was his previous name.  So I think he

24    was -- he was involved.

25            Another person that was involved is         04:23:42
```

Page 826

```
 1    someone called Jonathan Gross.                    04:23:45

 2          And then the -- exactly how that

 3    information is -- was -- was ███████████████

 4    ████████████ is, again, I think a set of questions

 5    for the developer ops and policy teams.  I think   04:23:57

 6    Ally Hendrix is -- is placed to answer those kinds

 7    of questions.

 8          Q.   Do you know who led the development of

 9    the █████████████████████████████████████

 ██   ████████████████████████████████████      ██████████

 ██   ████████████████████████████████████████

 ██   ███████████████████████████████

13          A.   The specific name of the -- of the people

14    involved, no, I don't have -- you know, I don't

15    have their names.                                  04:24:29

16          As I've said, like this is a -- this is a

17    concept that -- that will -- that evolved over --

18    over time and, you know, in its earliest phases

19    would have been a ████████████████████████████████

 ██   ██████████████████████ and today is -- is -- my   04:24:46

21    understanding is today is a much more -- more

22    d████████████████████████████████████

23          I -- I -- I know the name of the -- of

24    the engineering manager involved more recently, so

25    I -- I, you know, I -- I recall meeting him        04:25:05
```

Page 827

HIGHLY CONFIDENTIAL

```
 1    recently to talk about this stuff.  I can't think        04:25:11

 2    of his name right now.  I think Jay is his first

 3    name, I think.

 4         Q.   If you remember that at any point during

 5    the deposition, just please stop and say, "I            04:25:24

 6    remember the name of the person."

 7         A.   I will.  As -- as I've said, in order

 8    to -- to prepare for the broad topics to cover

 9    today, you know, I had to do a lot of prep across a

10    number of areas.                                         04:25:41

11         Q.   Are there other technical aspects

12    relating to the platform integrity team concerning

13    how Facebook ensured third parties' use of user

14    data they acquired from Facebook was limited to the

15    use case?                                                04:25:53

16         A.   So another technique that I -- I'm aware

17    has been employed is our ███████████████████

      ██  ████████████████████████████████

      ██  ████████████████████████      So that's a --

20    another -- another common technique that -- that       04:26:29

21    was employed, as I understand it, at various times.

22         Q.   And just so we don't have to keep going

23    back to the same question, I'd like to get out as

24    many of these examples -- you know, this is

25    something that you're here to testify about, so I      04:26:43
```

```
 1    just want to get the list of the examples of           04:26:48

 2    technical aspects relating to the platform

 3    integrity team concerning how Facebook ensured

 4    third parties' use of user data they acquired from

 5    Facebook was limited to the use case.                   04:26:57

 6              So you just mentioned ███████████ and

 7    let's just try and list all of the other ways that

 8    you're aware of, if you can do that.

 9        A.   So another mechanism that is in place

10    today is app review.  And so app review is a           04:27:18

11    mechanism by which Facebook asks developers to

12    explain why they want access to a particular piece

13    of information, and then Facebook uses technical

14    means to determine whether or not they can, indeed,

15    request that information from -- from users.  So       04:27:43

16    that's another example.

17        Q.   Any other examples?

18        A.   Another example of how Facebook attempted

19    to ensure that information was not being

20    inappropriately shared with fourth parties, in this    04:28:05

21    case, people that the third-party developer had a

22    relationship with, is ███████████████████

  █   ████████████████████████████████

  █   ██████████████████████████████████

  █   ████████████                                          04:28:32
```

Page 829

```
1              That's a lot of information, but these        04:28:37

2    things are sometimes complex to explain.

3         Q.   Are there any other technical aspects

4    related to the platform integrity team concerning

5    how Facebook ensured third parties' use of the data    04:28:49

6    they acquired from Facebook was limited to use

7    case.

8         A.   Those are the main ones that -- that

9    we've -- that were -- were talked through with me

10   when I prepared for this.  We talked about app        04:29:08

11   scoped IDs and page scoped IDs.  We talked about

12   permissions -- actually, no, we haven't talked

13   about permissions.  We should talk about

14   permissions real quick.

15              So permissions is a mechanism, again, by    04:29:24

16   which Facebook attempts to ensure that information

17   is only available to third parties within the

18   context of a particular use case.

19        Q.   Let's go through these ones that you just

20   listed.  I just want to understand.  Again, I'm not    04:29:43

21   asking for the technical mechanisms by which they

22   worked; I'm just asking for time period, general

23   implementation.

24              So you mentioned first the ██████████

                                                            04:29:58
```

HIGHLY CONFIDENTIAL

```
 1    correct?                                      04:30:04

 2         A.   My understanding is that's a -- that's an

 3    activity that's been performed periodically.

 4         Q.   Starting about when?

 5         A.   I don't have the exact dates as to -- as  04:30:15

 6    to when that activity was -- was done.  Again, app

 7    scoped user IDs began to be emitted in -- in

 8    April 2014, and so after that is when it would have

 9    been, you know, technically possible to --

10    you know, for -- for those ███████████████████  04:30:36

11    ██████████████████████

12         Q.   When you're talking about these

13    ████████████████████ are you talking about --

14         Have you heard the phrase "dark web"?

15         A.   I have heard the phrase "dark web."  04:30:51

16         Q.   Are you -- are you talking about data

17    made available by actors on the dark web?

18         A.   My understanding from, you know, having

19    spoken to people involved in this is -- the

20    ████████████████████████████████████  04:31:10

21    ████████████████████████████

22    ████████████████████████████████████

23    So it's not -- not just limited -- my understanding

24    is it's not just limited to -- to those sources.

25         Q.   Your understanding is this -- this  04:31:26
```

Page 831

```
 1    necessarily only started after app scoped IDs were        04:31:28

 2    implemented.

 3              But do you know about when this process

 4    actually started?

 5        A.   I don't have the precise dates as to --          04:31:39

 6    as to -- as to when this -- this activity was --

 7    was done, no.

 8        Q.   And so far in your description you've

 9    mentioned that this is ███████████████████

      ████████████████████                                       04:31:53

11              Do you know if there's been any effort to

12    ████████████████████

13        A.   My understanding is that the same efforts

14    would have looked for ████████████████████

      ████████████████████████████████           ████████

      ████████████████████████

17        Q.   Do you know whether this effort by the

18    security teams ████████████████████

      ██████████████████████████████

      ████████                                                  04:32:41

21        A.   I'm -- I'm -- I think -- yeah, I'm not

22    aware of -- specifically if this activity was

23    happening -- happening beforehand.  It's -- it's --

24    it's likely it was happening in some form, but I --

25    I'd be speculating as to exactly what -- what was        04:33:13
```

Page 832

```
 1    happening in the security teams.                    04:33:17

 2        Q.   Let's move on to app review.  You

 3    described the process whereby -- or can you

 4    describe briefly what app review is, and then you

 5    could also say when it started.                     04:33:30

 6        A.   App review is a process by which Facebook

 7    requires app developers to request permission to

 8    use certain features which are known as "reviewable

 9    features" or request certain permissions which are

10    known as "reviewable permissions" in their          04:33:56

11    application.

12             Developers ask -- explain to Facebook why

13    they want these features and why they want to

14    request these permissions from users, and then

15    Facebook determines whether or not, indeed, they    04:34:17

16    can use those features and can request those

17    permissions from users.

18             So that's the process of app review.  And

19    app review was instituted for new apps on

20    April 30th, 2014.                                   04:34:32

21        Q.   Did apps that existed prior to

22    April 30th, 2014 ever go through app review?

23        A.   Yes.  The way app review was instituted

24    is that the apps created for 2014 -- I'm sorry --

25    April 30th, 2014 had to go through app review in    04:35:02
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | order to continue requesting the permissions they | 04:35:09 |
| 2 | were requesting from users once they were upgraded | |
| 3 | to API v2. | |
| 4 | Q.   And who led -- who participated from | |
| 5 | Facebook in the app review process? | 04:35:26 |
| 6 | A.   Can you help me understand what you mean | |
| 7 | by "participated in"?  You mean developers -- | |
| 8 | Q.   I'm sorry.  That was an unclear question. | |
| 9 | Who are the Facebook employees involved | |
| 10 | in approving or denying the requested permissions | 04:35:43 |
| 11 | from an app? | |
| 12 | A.   Those would be members of the developer | |
| 13 | operations team. | |
| 14 | Q.   And was this an automated process or a | |
| 15 | manual process? | 04:35:57 |
| 16 | A.   My understanding, app review is primarily | |
| 17 | a manual process. | |
| 18 | Q.   And how many -- I'm sorry.  You said it | |
| 19 | started on April 30th, 2014; is that right? | |
| 20 | A.   App review was announced on April | 04:36:20 |
| 21 | the 30th, 2014. | |
| 22 | Q.   When did app review start happening at | |
| 23 | Facebook?  Was that on the same date or a different | |
| 24 | date? | |
| 25 | A.   My understanding is where Facebook began | 04:36:33 |

Page 834

1    to receive or was ready to receive app review          04:36:35

2    submissions on -- on the same date.

3         Q.   Do you know how many people were on the

4    team responsible for conducting app review on -- in

5    April of 2014?                                          04:36:53

6         A.   The precise number of people on the

7    developer operations team, I -- I don't have that

8    information.  You know, I don't have that

9    information at hand.

10        Q.   Do you know roughly how many people were      04:37:07

11   on that team in 2014?

12        A.   I think the questions around DevOps

13   and -- and app review are best asked to Ally

14   Hendrix.  She was -- she was much more closely

15   involved in the actual operation of this -- of this    04:37:23

16   program.

17             I can speak to, again, the technical

18   aspects by which it was implemented and how it

19   worked.  I think in terms of operation and the way

20   decisions were made and who was responsible for        04:37:34

21   making those decisions, I think Ally is the best

22   person to give you that information.

23        Q.   And this is implied by your answer, but I

24   just want to be clear.  Are you able to provide

25   that answer?                                            04:37:47

Page 835

```
 1              MR. SCHWING:  Object to form.              04:37:48

 2              THE DEPONENT:  You mean an answer to the

 3    number of people who were on the -- the developer

 4    operations team in 2014?

 5         Q.   (By Mr. Melamed)  Correct.  Can you        04:38:00

 6    provide an approximate number of people on the

 7    developer operations team in 2014?

 8         A.   I -- I think it's likely the order of

 9    ████████████████████, but I'm -- I'm not -- like

10    I'm not confident in -- in that answer.              04:38:21

11              My role at the time was to build out the

12    technical infrastructure and even developer-facing

13    infrastructure for -- for how this was enacted and

14    implemented.  As I say, I think Ally is the -- is

15    likely the best person to give you information       04:38:38

16    on -- on how it was instituted and operated from a

17    operations perspective.

18         Q.   Another technical aspect relating to

19    platform integrity team concerning how Facebook

20    ensure third parties' use of user data they          04:38:53

21    acquired from Facebook was limited to use case that

22    you mentioned is ████████████████████████

██    ████████████████████████████████████████

██    ██████████████████████

25              Is that -- did I get that right?           04:39:12
```

1       A.   Yes, that's pretty -- pretty close, yes.       04:39:16

2       Q.   Was that an automated or a manual

3   process?

4       A.   My understanding is the ███████████

    ████████████████████████████████████        ████████

    ████████████████████████████████

    ███████████████████████████████████████

    █████████████████████████████

9       Q.   Do you know when that process started,

10  when Facebook started using the process?             04:39:54

11      A.   My understanding is that that was

12  something built around 2011 or 2012.

13      Q.   Do you know who was responsible for

14  building it around 2011 or 2012?

15      A.   The platform integrity team were          04:40:22

16  responsible for -- for building that as -- as --

17  as, you know, it pertains to exactly their -- their

18  scope, making sure the information is -- is

19  appropriately shared with third parties and so on.

20           So I -- I know that they were the team     04:40:39

21  responsible for -- for building it.

22      Q.   Do you know if records exist of the

23  ███████████████████████████████

    ██████████████████████████████████████

    ██████████████████████████████████         04:41:03

Page 837

```
 1   ███████████████████████████████████              04:41:07

 2       A.   This system would have ███████████████

 █   ███████████████████████████████████████████████

 █   ████████████████████████████ whether or not that

 5   information has been retained, you know, eight or   04:41:25

 6   so years later, Facebook standard data retention

 7   policies, you know, are shorter than that.

 8           So it's possible that information has

 9   been retained.  I wouldn't know, I'm afraid.

10       Q.   Does that effort continue today, the      04:41:45

11   automated effort to look for such information?

12       A.   My understanding is technical changes

13   █████████████████████████████████████████████

 █   ████████████████████████████████ that means

15   that -- that detection is no longer needed.         04:42:04

16       Q.   Do you know when those technical changes

17   were made such that Facebook determined the

18   detection was no longer needed?

19       A.   I want to say those -- those changes were

20   roughly made in 2013, '14.  But, again, that's --  04:42:22

21   that's my understanding of the rough timelines.

22       Q.   When these -- this ██████████████████

 █   ██████████████████████████████████████████████

 █   █████████████████████████████████████████

 █   █████████████████████████████████████████████    04:42:48
```

Page 838

HIGHLY CONFIDENTIAL

1   ██████████████████████████                                04:42:52

2       A.   I -- I am afraid the precise nature in

3   which that tool operated ten years ago, I have a

4   high-level understanding, which is that ████████████

5   █████████████████████████████████████████            04:43:10

6   ████████████████████████████

7            Whether or not that tool ██████████████

8   ██████████████████████████████████████████

9   detail, I -- I can't answer, I'm afraid.

10           MR. SCHWING:  Matt, we've been going for    04:43:30

11  a while now.  I understand you're kind of working

12  on a -- you know, a bit of the topic here, but I

13  wanted to check in with Mr. Cross to make sure

14  he's -- how he's doing, if he needs a break, and

15  kind of, you know, think about when we're going to   04:43:43

16  stop for our next break.

17           THE WITNESS:  Yeah, I'd appreciate a bio

18  break, if that's -- if that's possible.

19           MR. MELAMED:  That is.  I just wanted to

20  follow up with a question about permissions, which   04:43:53

21  you had mentioned as, I think, the last of these

22  techniques.  If we can finish those questions now

23  before the break, that would be great.  If not, if

24  you need the break, I can return to it after.  It's

25  up to you.                                           04:44:05

Page 839

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  I'll take a break now, if      04:44:06

 2   that's okay.

 3              MR. MELAMED:  Okay.

 4              THE DEPONENT:  And then come back to that

 5   question.                                               04:44:12

 6              MR. MELAMED:  Okay.  We can go off the

 7   record.

 8              THE VIDEOGRAPHER:  Okay.  We're off the

 9   record at 4:44 p.m.

10              (Recess taken.)                              04:44:17

11              THE VIDEOGRAPHER:  We're back on the

12   record.  It's 4:57 p.m.

13      Q.   (By Mr. Melamed)  Mr. Cross, the last of

14   the techniques we were talking about related to the

15   technical aspects of how the -- how platform           04:57:29

16   integrity team ensured third parties' use of user

17   data they acquired from Facebook was limited to the

18   use case or permissions.

19              Do you remember that?

20      A.   Accessing permissions, yeah.                   04:57:46

21      Q.   When were permissions implemented?

22      A.   Permissions as we -- as they're known

23   today were first introduced in May 2010.

24      Q.   And what do you mean by "known today"?

25      A.   So these are permissions in the -- in the      04:58:13
```

Page 840

1    sense that these are things that developers can          04:58:14

2    request from users and then once the user is

3    granted those permissions, then the app has access

4    to information that are covered by the permissions

5    that the users have granted to the application.         04:58:31

6         Q.   And how did those permissions relate to

7    the use case of the app?

8              MR. SCHWING:   Object to form.

9              THE DEPONENT:   So a permission would gain

10   a particular piece of information or set of             04:58:51

11   information that an app could have access to, and

12   typically those permissions would be requested by

13   the developer based on the -- on the functionality

14   their app was trying to perform.

15        Q.   (By Mr. Melamed)   The permissions were       04:59:18

16   requested by the developer, correct?

17        A.   The permissions were requested -- well --

18   when permissions were first introduced, developers

19   requested them from users.   After the institution

20   of app review, an app was required to go through an     04:59:35

21   app review, then the developer would be required to

22   request those permissions from user -- from

23   Facebook, and if Facebook granted the permission,

24   then the app could request those permissions from

25   users.                                                  04:59:53

                                                   Page 841

HIGHLY CONFIDENTIAL

```
 1          Q.   I know you testified about this before.    04:59:54

 2     I just want to make sure I have it in the right

 3     place.

 4               App review, the process of app review,

 5     started on April 30th, 2014, correct?                05:00:02

 6          A.   That's correct.

 7          Q.   So prior to April 30th, 2014, permissions

 8     were requested by an app -- I'm sorry -- by a

 9     developer, and the request was made to -- directly

10     to a user; is that correct?                          05:00:18

11          A.   That's correct.

12          Q.   Was -- did Facebook do anything prior to

13     April 30th, 2014, to check whether developers were

14     requesting permissions from users for data that

15     went beyond the developer's use case?                05:00:36

16               MR. SCHWING:  Object to form.  Outside

17     the scope.

18               THE DEPONENT:  So one example here is

19     their publishing permissions.  One of the

20     permissions that exists -- existed -- apologies --   05:00:53

21     in the API is the ability for apps to publish

22     content back to Facebook on behalf of the user.

23               And the platform integrity team would

24     have looked at or did look at the information being

25     published by apps on behalf of the users and        05:01:15
```

Page 842

```
 1    whether or not -- attempt to determine whether or      05:01:22

 2    not the information being shared back to Facebook

 3    was being done in a way that was compliant with

 4    Facebook's policies around sharing stories back to

 5    Facebook.                                               05:01:40

 6        Q.   (By Mr. Melamed)  Let me ask a more -- a

 7    narrower version of the question I just asked.  And

 8    I'm attempting to eliminate with this question

 9    sharing back from the developer or the app to

10    Facebook.                                               05:01:54

11         In terms of the permissions sought by a

12    developer for an app from a user before

13    April 30th, 2014, did Facebook review any of the

14    permissions to determine whether the information

15    the developer was asking for was within the app's      05:02:20

16    use case?

17         MR. SCHWING:  Outside the scope.  Object

18    to form.

19         THE DEPONENT:  Again, I think the -- in

20    terms of ███████████████████████████████████████      05:02:36

21    ██████████████████████████████████████

22    ███████████████████████████████████████

23         The assessment of that would have been,

24    at that time, done by primarily the developer

25    operations and policy teams.                           05:03:00
```

                                                    Page 843

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Melamed)  What were the          05:03:03

 2   operational processes in place at that time?  And

 3   by "that time," I mean prior to April 30th, 2014.

 4            MR. SCHWING:  Outside the scope of the

 5   deposition.  Object to form.                     05:03:13

 6            THE DEPONENT:  I think the operation --

 7   like Ally Hendrix is the best person to answer

 8   questions around the operational processes in place

 9   and the policies there.

10            The platform engineering teams would have  05:03:28

11   ████████████████████████████████████████

     █ ████████████████████████████████████████

13        Q.   (By Mr. Melamed)  Just to be clear about

14   it, so I am clear about the testimony you are

15   giving.                                            05:03:43

16            You were identified as somebody who could

17   talk about the technical aspect related to platform

18   integrity team concerning how Facebook ensured

19   third parties' use of user data they acquired from

20   Facebook was limited to the use case; is that       05:03:56

21   right?

22            Do you understand that as well?

23        A.   I understand.  That's right.

24            MR. SCHWING:  Subject to the -- Matt,

25   subject to the clarifications that we've indicated  05:04:08
```

Page 844

HIGHLY CONFIDENTIAL

```
 1   in our correspondence.                              05:04:11

 2          But go ahead.  Please go ahead and ask

 3   your question.

 4      Q.   (By Mr. Melamed)  Okay.  So the follow-up

 5   to that is is it accurate that there were no        05:04:16

 6   technical aspects relating to the platform

 7   integrity team concerning how Facebook ensured

 8   third parties' use of user data they acquired from

 9   Facebook was limited to the use case in the context

10   of permissions before April 30th, 2014?            05:04:35

11          MR. SCHWING:  Object to form.

12          THE DEPONENT:  My -- my goal here is to

13   give you examples of what was done, and in attempt

14   to do that, I spoke -- I've spoken to people

15   involved in this over -- over periods of time, and  05:05:00

16   I think I've given several examples of how the

17   platform integrity team operated and the things

18   they did.  It's possible they did other things that

19   I am not aware of, that I was unable to uncover in

20   my preparation for today.                           05:05:21

21          So I don't think I can rule out other

22   things were done.  It's possible other things were

23   done that I'm -- I'm not aware of.  My job -- my

24   job here is to do the best job I can giving you

25   examples of things that were -- that were done that 05:05:38
```

Veritext Legal Solutions
866 299-5127

1    were relayed to me as part of my preparation for          05:05:40

2    today.

3         Q.   (By Mr. Melamed)  Let me restate the

4    question, then, based on that answer.

5              Are you aware of any technical aspects          05:05:50

6    relating to the platform integrity team concerning

7    how Facebook ensured third parties' use of user

8    data they acquired from Facebook was limited to the

9    use case in the context of permissions prior to

10   April 30th, 2014?                                         05:06:06

11        A.   In the context of permissions

12   specifically and the technical aspects, I'm -- I'm

13   not aware of anything more than the examples I've

14   already given, which -- which were in place at --

15   to prevent and detect misuse of information.              05:06:30

16        Q.   What were the examples you've already

17   given concerning permissions that were in place to

18   prevent and detect misuse of information prior to

19   April 30th, 2014?

20             MR. SCHWING:  Object to form.                   05:06:55

21             THE DEPONENT:  We talked about the

22   existence of the permissions and then the

23   institution of -- of app review as examples.  So

24   that's what I'm referring to.

25        Q.   (By Mr. Melamed)  And the existence of          05:07:13

Page 846

1    app review commenced on April 30th, 2014, right?         05:07:17

2         A.   App review commenced on April 30th, 2014,

3    yes.

4         Q.   And so in the context of this line of

5    inquiry of topic 2d, the technical aspect related         05:07:41

6    to platform integrity team concerning how Facebook

7    ensured third parties use of user data they

8    acquired from Facebook was limited to use case, we

9    just talked about a series of technical -- of

10   technical aspects that Facebook used, correct?           05:07:59

11        I'm not trying -- this isn't a "gotcha."

12   I'm just trying to go back over what we talked

13   about a little bit.

14        A.   Yes, we talked through a number of

15   techniques that -- that Facebook used over time to        05:08:10

16   assess how developers were using information.

17        Q.   And for some of them, you were unable to

18   state the specific -- the specific time period when

19   those technical aspects were in place, right?

20        A.   I've given -- I've given some dates as          05:08:32

21   much as I can, so I feel I've given the best job --

22   given some reasonable clarity on that.

23        Q.   And then for some of them you were unable

24   to talk about the specific way the technology

25   worked to ensure that third parties' use of user          05:08:51

                                                        Page 847

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | data acquired from Facebook was limited to use | 05:08:58 |
| 2 | case; is that right? | |
| 3 | MR. SCHWING:  Object to form. | |
| 4 | THE DEPONENT:  To be able to give a | |
| 5 | general overview of -- of several systems that -- | 05:09:10 |
| 6 | that have been in place.  So, yes. | |
| 7 | Q.   (By Mr. Melamed)  I just want to read for | |
| 8 | the record the representation that was made by | |
| 9 | counsel before talking to you about this subject. | |
| 10 | MR. MELAMED:  And I'm not doing this to | 05:09:29 |
| 11 | start a fight, Austin.  You know, obviously you can | |
| 12 | respond. | |
| 13 | But the paragraph that was in the letter | |
| 14 | written on June 3rd specifically regarding your | |
| 15 | preparation to testify was with respect to topic | 05:09:41 |
| 16 | 2d, which relates to "how Facebook ensured third | |
| 17 | parties' use of such data or information was | |
| 18 | limited to the use case."  For avoidance of doubt, | |
| 19 | Facebook again writes that "while Ally Hendrix is | |
| 20 | prepared to testify on most aspects of topic 2d, | 05:09:59 |
| 21 | there is a technical aspect relating to the | |
| 22 | platform integrity team that Mr. Cross is prepared | |
| 23 | to testify about.  We are uncertain why you are | |
| 24 | pushing back on this issue.  As mentioned above, | |
| 25 | Facebook is simply using its best efforts to | 05:10:11 |

Page 848

HIGHLY CONFIDENTIAL

```
 1    identify the best possible witnesses to testify on        05:10:14

 2    plaintiffs' topics."

 3            So I just want to state for the record

 4    that that's why we were pushing on these topics.

 5    That's why I've asked the follow-ups that I asked.        05:10:23

 6    And we will seek additional testimony regarding

 7    these topics so that we get the answers to those

 8    questions.

 9            MR. SCHWING:  And, Matt, I will not argue

10    with you, and I'm happy to address that, you know,        05:10:39

11    at -- at an appropriate time.  We've indicated in

12    correspondence that Mr. Cross will be prepared to

13    discuss -- and I'm quoting -- "generally the steps

14    the platform integrity team undertook to detect

15    misuse."  You're, of course, free to follow up with       05:10:58

16    further discovery.

17            I appreciate you raising your concerns.

18    I'm happy to speak with you about it and -- and --

19    and work through the issues.

20            MR. MELAMED:  Thank you.  I just -- I            05:11:12

21    appreciate that.  I just want to note that the word

22    "generally" is not in the -- uttered in the

23    reference.

24            SPECIAL MASTER GARRIE:  This is Special

25    Master Garrie.  Both parties have been heard.            05:11:21
```

Page 849

HIGHLY CONFIDENTIAL

```
 1    Let's move forward.                              05:11:23

 2           MR. SCHWING:  Thank you, Special Master.

 3    I appreciate it.

 4           MR. MELAMED:  Thank you.

 5      Q.   (By Mr. Melamed)  So I'm going to return  05:11:29

 6    to the ways that Facebook made user data available

 7    to third parties.  We talked a little bit about

 8    Graph API and you -- you talked a little about rest

 9    API.  I just want go all the ways and make sure I

10    understand the time periods and the differences in  05:11:44

11    the way information was made available.

12           So I want to know as a general matter,

13    starting what are the ways that third parties --

14    again, excepting advertisers and data brokers --

15    could access user data from Facebook from 2007 to  05:12:05

16    the present?

17      A.   Sure.  Happy -- happy to go into that.

18           So 2007, my understanding is there was an

19    API called the "rest API," which allowed developers

20    to query Facebook's database for user information.  05:12:30

21    And that was the primary way in which developers

22    queried the Facebook -- queried Facebook for user

23    data up until launch of the Graph API in

24    April 2010.

25      Q.   And for the rest -- I'm sorry.  I didn't  05:12:53
```

```
 1   mean to interrupt you.  I want to ask some          05:12:55

 2   follow-ups about rest API while we're here.

 3            Were those queries submitted in FQL?

 4        A.   No.  I was going to go on to FQL.

 5            FQL is another mechanism by which          05:13:13

 6   developers can query or could query Facebook for

 7   user data.  At a technical level, you would make an

 8   X -- a rest API call to the FQL method and specify

 9   your FQL statement in your API request.

10            Similarly, when the Graph API was          05:13:38

11   launched, you would be able to access the FQL

12   method on the Graph API and specify your FQL query,

13   and then in both cases, a response to your FQL

14   query would be returned.

15        Q.   Did Facebook -- I'm sorry -- third        05:14:03

16   parties, using FQL queries, could batch multiple

17   queries into a single call, correct?

18        A.   I -- I think yes.  Facebook -- the -- the

19   FQL allowed you to request -- well, more

20   specifically, I -- I'm certain that Facebook -- FQL  05:14:25

21   allowed you to ask for multiple pieces of

22   information in your API requests.  I can't say for

23   certain whether or not you could submit multiple

24   FQL requests, so I'm not sure about that detail.

25   But you could certainly ask for multiple pieces of   05:14:46
```

Page 851

HIGHLY CONFIDENTIAL

```
 1    information as part of the FQL query.              05:14:49

 2         Q.   Was the same true for rest API?

 3         A.   When you say "the same," do you mean --

 4    refer -- sorry.  Can you just clarify what you mean

 5    by "the same true."                                05:15:06

 6         Q.   Sure.

 7              Would third parties ask for multiple

 8    pieces of information in the same call to the rest

 9    API?

10         A.   No.  My understanding is that the rest    05:15:26

11    API, you would call one -- you would make one API

12    call at a time.

13         Q.   And you said rest API was used between

14    2007 and 2010, correct?

15         A.   My understanding is it was instituted     05:15:42

16    in -- in 2007.  The Graph API came to -- was

17    announced in April of 2010 and was designed to

18    replace it over time.

19         Q.   Do you know when third parties were no

20    longer able to make calls via a rest API?          05:15:59

21         A.   The deprecation of the rest API was

22    announced, I think, in v2.1 or v2.3.  The precise

23    date on which it was later published and

24    deprecated, I -- I don't have in my head or my

25    notes today.  I -- I can access that for you.      05:16:25
```

Page 852

```
 1         Q.   When you're talking about -- when you      05:16:30

 2    mentioned the deprecation of rest API being

 3    announced, what you believe it was either 2.1 or

 4    2.3, are you referring to Graph v2.1 or Graph v2.3?

 5         A.   Sorry.  Yes, that's true.  The             05:16:47

 6    announcement of the deprecation of the rest API and

 7    FQL was announced at the same time as one of those

 8    API versions.  Again, I think that's -- that's

 9    right, but we can follow up with the specific

10    dates.                                               05:17:06

11         Q.   And then once the deprecating of rest API

12    and FQL was announced, is it accurate that certain

13    third parties were still able to make calls on user

14    data via those methodologies for a period of time?

15              MR. SCHWING:  Object to form.             05:17:26

16              THE DEPONENT:  Yes, the -- the FQL and

17    the rest API were then later removed from the

18    public APIs of this area.  Some apps retained

19    access to those mechanisms for -- for a longer

20    period of time because those apps were -- were hard  05:17:48

21    or hadn't been yet updated to call a Graph API.

22         Q.   (By Mr. Melamed)  Do you know when the

23    last apps were no longer accessing FQL mechanism

24    for calling user data?

25         A.   I -- I discussed that -- I discussed that  05:18:18
```

Page 853

```
 1    date with -- with folks.  I don't have the precise        05:18:19

 2    date to hand, but that's something we could -- we

 3    could follow up on if needed.

 4         Q.   I just want to understand your answer,

 5    though.  You asked that question of people you            05:18:32

 6    spoke in preparation for today and were not able to

 7    determine in those conversations the exact date?

 8         A.   No.  My understanding is that the exact

 9    date is determinable.  I don't have it in my head

10    or in my notes right now.                                 05:18:49

11         Q.   And is the -- is your answer the same for

12    rest API?

13         A.   Yes, my understanding is those -- those

14    two were treated broadly together as legacy

15    mechanisms for accessing information.                     05:19:10

16         Q.   Do you know how many apps called user

17    information via the FQL methodology, just as a

18    rough number?

19         A.   Can you help me understand -- over what

20    period of time.  In the past?  I guess -- I'm            05:19:32

21    sorry.  I don't understand.

22         Q.   I'll restate the question.

23              During the period of time apps could

24    query user data using FQL, do you know how many

25    apps did so?                                              05:19:49
```

Page 854

```
 1        A.   FQL was one of the more advanced ways to      05:19:56

 2   access user data, and so it was my -- my

 3   understanding is it was always ████████████

     ██████████████████████████████████████████

 5        Q.   And is it accurate to say that those apps     05:20:16

 6   were the more advanced apps that were using

 7   platform at that time?

 8             MR. SCHWING:   Object to form.

 9             THE DEPONENT:   It's not accurate to say

10   that they were necessarily the most advanced apps.      05:20:28

11   FQL was -- was just a way developers could choose

12   at the time to -- to query Facebook for

13   information, and some chose to make FQL queries and

14   others would have chosen to use the predefined

15   methods that the API provided.  And typically FQL      05:20:50

16   existed to allow developers to -- to query

17   different --

18             Let me put it the other way.  Sorry.

19             Standard API methods existed to cover the

20   most common use cases.  So it was more about the       05:21:06

21   technical abilities of the developer rather than

22   the app being, you know, more advanced in terms of

23   such an answer.

24        Q.   (By Mr. Melamed)  Does Facebook have a

25   record of which developers queried for user data       05:21:23
```

Page 855

| | | |
|---|---|---|
| 1 | using FQL? | 05:21:28 |
| 2 | A.   My understanding is that the ███████ | |
| 3 | contained information about apps querying FQL on | |
| 4 | the Graph API. | |
| 5 | Q.   Was Facebook able to determine which | 05:21:57 |
| 6 | types of information were requested by each FQL | |
| 7 | call? | |
| 8 | MR. SCHWING:  Object to form. | |
| 9 | THE DEPONENT:  In order to process the | |
| 10 | query, ███████████████████████ | 05:22:14 |
| 11 | ███████████████████████ | |
| 12 | Q.   (By Mr. Melamed)  Did Facebook record | |
| 13 | each type of information requested in FQL calls? | |
| 14 | Is there a log of each type -- was there a log of | |
| 15 | each type of information requested by FQL calls? | 05:22:38 |
| 16 | MR. SCHWING:  Compound.  Vague. | |
| 17 | THE DEPONENT:  The -- the fact that -- | |
| 18 | I'm aware that the fact that an API -- that an app | |
| 19 | made an FQL call would ███████████ | |
| 20 | there -- what I'm saying is that in the past there | 05:23:08 |
| 21 | was a way to unpack which the -- the FQL calls | |
| 22 | being made.  But I'm -- I'm uncertain ██████████ | |
| ██ | ████████████████████ | |
| 24 | Q.   (By Mr. Melamed)  I just want to restate | |
| 25 | that to make sure I understand it.  And please | 05:23:32 |

Page 856

```
 1   correct me if I'm getting this wrong.              05:23:35

 2         So we're starting from the premise that a

 3   single FQL call could pass for multiple types of

 4   information, right?

 5      A.   An FQL call allowed a developer to        05:23:50

 6   request different fields on an object and join

 7   those together.

 8      Q.   And that's in a single call, correct?

 9      A.   Yes.  An FQL call would allow a developer

10   to -- to request multiple types of information in a  05:24:06

11   single call.

12      Q.   And Facebook obviously understood enough

13   about the individual types of information in

14   requested -- in a single call to be able to return

15   those individual types of information, correct?     05:24:20

16      A.   ████   ████████████████████████████

     ███████████████████████████████████████████████

     ███ ██████████████████████████████

19      Q.   And I think you answered this, but I'm

20   going to ask it as a question again just to make    05:24:38

21   sure I understand correctly.

22         Did Facebook log the individual types of

23   information it provided in response to FQL queries?

24         MR. SCHWING:  Object to form.

25         THE DEPONENT:  My understanding is that      05:24:59
```

Page 857

1    ███████████████████ -- similar to the Graph API,          05:25:00

2    ████████████████████████████████████████

▮    ██████████████████████████████

4       Q.   (By Mr. Melamed)  Did Facebook log the

5    individual types of information requested in a            05:25:14

6    single FQL query?

7       A.   My understanding is that it's ███████████

▮    ████████████████████████████████████████

9    The retention of that information is -- is -- is,

10   you know, not known to me, and -- but from that, it      05:25:41

11   ████████████████████████████████

▮    ████████████████████████████████████

13      Q.   You do not know whether Facebook, in

14   fact, logged each type of information requested in

15   FQL call?                                                05:26:18

16          MR. SCHWING:  Object to form.

17          THE DEPONENT:  The -- my answer is -- my

18   understanding is Facebook ██████████████████

▮    ████████████████████████████████

▮    ████████████████████████████████████          ██████████

▮    ████████████████████████████████

22      Q.   (By Mr. Melamed)  Do you know whether

23   Facebook had logs that broke out each type of

24   information requested in FQL queries?

25          MR. SCHWING:  Objection.  Vague.               05:26:59

                                                        Page 858

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  I've spoken to people,        05:27:07

 2      again, involved in API logging over time, and the

 3      type of information exposed by FQL, as I -- as I

 4      say, is -- ██████████████████████████████████████

        ████████████████████████.  In order to specify      05:27:25

 6      an FQL query, the developer has to be very specific

 7      about the information they want in that -- in that

 8      API call.  ██████████████████████████████

        ███████████████████████████████████████████████

        ██████████████████                                  05:27:46

11         Q.  (By Mr. Melamed)  Does Facebook have a

12      log of the FQL queries that were made for users'

13      data?

14              MR. SCHWING:  Asked and answered.

15              THE DEPONENT:  As I say, I -- I              05:28:03

16      understand that ███████████████████████████████

        ██████  Whether or not Facebook has access -- has

18      those logs today and has access to that

19      information, I -- I can't say as I sit here today,

20      I'm afraid.                                          05:28:19

21         Q.  (By Mr. Melamed)  Does Facebook have a

22      log of the user information that was requested via

23      the rest API?

24         A.  Are you asking whether or not Facebook

25      has -- has that today?                              05:28:41
```

Page 859

HIGHLY CONFIDENTIAL

```
 1        Q.   Yes.                                    05:28:43

 2        A.   Once again, that information ████████

          ████████████████████, but you're asking a

 4   question about Facebook's data retention policies

 5   from -- from a set of data that -- from several      05:28:58

 6   years ago.  I -- I can't say for certain whether or

 7   not Facebook has that data today.

 8        Q.   And just to be clear, I'm not asking

 9   about the retention policies, but I understand

10   there's an overlap in these questions.  I'm asking    05:29:13

11   about the -- one of the topics on which you've been

12   designated is how Facebook tracked information,

13   right.  Information was provided to third parties.

14   And so I think this falls within that topic.

15             I understand your -- I understand your      05:29:30

16   answer.  I'm just trying to be clear about where

17   these questions are coming from.

18             Do you know whether Facebook had at any

19   time the information about which users' data was

20   accessed via FQL queries?                             05:29:55

21             MR. SCHWING:  Vague.

22             THE DEPONENT:  My understanding is that

23   Facebook████████████████████████ -- which is

24   what would have been required to answer that

25   question.                                             05:30:21
```

Page 860

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Melamed)  Do you know whether     05:30:21

 2   Facebook at any time had information on which

 3   users' data was requested via FQL queries?

 4        MR. SCHWING:  Asked and answered.

 5        I'm sorry, Matt.  I don't want to             05:30:38

 6   interrupt you.  You already asked about FQL.  Do

 7   you mean FQL or do you mean rest?

 8        MR. MELAMED:  I mean FQL.

 9        MR. SCHWING:  Sorry.  Go ahead.

10        THE DEPONENT:  I -- he -- I'm going to        05:31:06

11   try to give you the best answer I can for how FQL

12   worked.  It's been a long time since I've used it

13   myself.

14        ███  Generally my understanding of

15   ███████████████████  at the time is that they     05:31:25

16   ███████████████  and not necessarily

17   ████████████████████████

18   It's -- it's possible the -- that ██████████

     █ ███████████████████████  but that

20   would require me to understand the detail of a -- 05:31:57

21   of a logging table from several years ago.

22        So I -- I'm not sure I can completely

23   answer that question, I'm afraid.

24        Q.   (By Mr. Melamed)  Is there a point at

25   which Facebook did log the identity of individual  05:32:15
```

Page 861

HIGHLY CONFIDENTIAL

```
 1    users whose information was requested by a third      05:32:25

 2    party?

 3              MR. SCHWING:  Objection.  Vague.

 4              THE DEPONENT:  I can't for certain,

 5    but -- but my understanding is that the ████        ████

      ████████████████ may have included the ██

      ██████████████████████████████

      ████████

 9         Q.   (By Mr. Melamed)  That's the method

10    table, speaking -- "colloquially" is the wrong       05:33:12

11    word.  But are you describing the ██████

12         A.   No.  I'm describing the -- ██████

      █████████████████████████

14    in which we have ██████████████████

      ██████████████                                       05:33:35

16         Q.   Do you know what the names of those

17    tables are, the specific names?

18         A.   There are two tables I can -- I can

19    recall, ██████████████████

20         Q.   Are you aware of information -- sorry.      05:34:01

21    Let me withdraw that and restate it.

22              Are you aware of any other tables or

23    records within Facebook's possession that identify

24    individual users whose data has been requested by a

25    third party?                                         05:34:20
```

Page 862

```
 1              MR. SCHWING:  Objection.  Vague.          05:34:25

 2              THE DEPONENT:  My understanding is a

 3    previous version of those tables called ███████

 4    They later were split into -- into two tables.  But

 5    that's the system I'm aware of that ███████        ███████

 ▮    ███████

 7         Q.   (By Mr. Melamed)  Are you aware of any

 8    other system that identified -- that identified API

 9    calls where those calls can be tracked to an

10    individual user?                                    05:35:06

11         A.   When you say "tracked" -- can I just

12    clarify what you mean by "tracked to an individual

13    user."

14         Q.   Sure.

15              Let me describe what I'm asking for in    05:35:17

16    term of a table, right.  Would there be any table

17    that said X app, meaning this API call on this user

18    ID's information or this replacement user ID's

19    information or some other identifier describing

20    identifying an individual whose -- whose           05:35:45

21    information that a call was being made against.

22              Does that help clarify?

23              MR. SCHWING:  Object to form.

24              THE DEPONENT:  The -- my -- my

25    understanding of the way ███████████████           05:36:00
```

                                                Page 863

1   ████████████████████████████████   ████████

2   ████████████████████████, so in

3   this case, it's the ████████████████

4   ████████████████ rather than the -- the

5   ████████████████                      05:36:29

6         So the example here would be the

7   system would -- again, as I understand it from

8   talking to the people involved -- when you had

9   ████████████████████████████████

10  ████████████████████ and the ████████   ████████

11  ████████████████████████ and

12  therefore your ████████ Not necessarily the -- the

13  ████████████████████████

14        Q.   (By Mr. Melamed)  So if I had logged in

15  to an app and the app was permitted to call my      05:37:17

16  friend's religious and political preferences, and

17  the app made a call on that data for my friends, am

18  I understanding correctly that the records that

19  they Facebook kept would identify me as having

20  requested that information via my access token, but   05:37:49

21  not the individuals whose data was returned as a

22  result of that request?  Or I'm sorry -- who has

23  request access -- who --

24        Let me restate this whole thing.  I'm

25  going to reread most of it.  I'm sorry.  I           05:38:05

Page 864

```
 1    understand that Facebook didn't have the records of        05:38:07

 2    whose data was returned.

 3            So starting again.  If I had logged in to

 4    an app and the app was permitted to call my

 5    friend's religious and political preferences and           05:38:17

 6    the app made a call on that data for my friends, do

 7    I understand correctly that the records Facebook

 8    kept would identify me as having requested that

 9    information, but not the friends whose information

10    was requested?                                             05:38:37

11            MR. SCHWING:  Object to form.

12            THE DEPONENT:  My understanding of the

13    ███████████████████████████████████ is that it

14    would record the ████████████████████████████████

      ████████████████  and -- and not necessarily ████████████  05:38:56

16    of the ███████████████████████

17       Q.  (By Mr. Melamed)  Are you aware of any

18    tables within Facebook during the entirety of the

19    relevant time period that recorded the subject of

20    API requests?                                              05:39:18

21            MR. SCHWING:  Object to form.

22       Q.  (By Mr. Melamed)  By "subject," I mean

23    the user -- the user's data who was the subject of

24    the API request?

25            MR. SCHWING:  Object to form.                      05:39:32
```

Page 865

```
 1              THE DEPONENT:  The entirety of the -- the      05:39:38

 2      time period, the -- the system I'm -- I'm aware of

 3      that I -- as I understand it, logs that information

 4      is -- is the -- the -- ███████████████   which

 5      exists today.                                         05:40:00

 6              Again, I -- I've understood that system

 7      as best I can, and that's -- that's the best --

 8      that's my -- from talking to the people involved in

 9      it, that's my understanding of how that works to

10      the best of my ability.                               05:40:15

11      Q.   (By Mr. Melamed)  Prior to the

12      implementation of the Did access system, did

13      Facebook maintain any logs of the individuals whose

14      data was the subject of a request?

15      A.   █████████████████████████████              05:40:40

16      ███████████████████████████████████████

17      Again, I -- I've spoken to -- to several people

18      about this, and it's possible there are systems,

19      again, that -- that I have been unable to ascertain

20      their existence of that did that.  But my            05:41:00

21      understanding ██████████████████████████

██      ████████████████████████████████████

██      ███████████████

24

25      /////                                                 05:41:14
```

HIGHLY CONFIDENTIAL

```
 1              (Exhibit 425 was marked for          05:41:14

 2      identification by the court reporter and is

 3      attached hereto.)

 4              MR. MELAMED:  Just introduced what's been

 5      marked as Exhibit 325 -- I'm sorry.  425.  My     05:41:41

 6      mistake.

 7          Q.   (By Mr. Melamed)  And just for the

 8      record, Exhibit 425 was provided to us, to

 9      plaintiffs, by counsel for Facebook.  I don't

10      anticipate that you've seen this before, Mr. Cross.  05:41:55

11      It's possible you have, but I just want to ask you

12      a couple questions about it.

13              And it's probably going to be easiest if

14      I share my screen.  It's a very large -- a very

15      lengthy Excel spreadsheet.  You can go ahead and   05:42:13

16      look at it.  I don't mean to cut you off from

17      familiarizing yourself from it.

18              THE DEPONENT:  Sorry.  Where would I

19      access this?  Are you just going to share your

20      screen or --                                      05:42:33

21              MR. MELAMED:  Okay.  I will share my

22      screen.  But it should be in marked exhibits on --

23      in Exhibit Share for deposition of Simon Cross,

24      Volume 4.

25              Austin, are you able to see it?           05:42:46
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. SCHWING:  I can. | 05:42:51 |
| 2 | Simon, do you have the Egnyte page up? | |
| 3 | THE DEPONENT:  Yes, I do.  Exhibit 3 -- | |
| 4 | MR. SCHWING:  The top -- you should see | |
| 5 | things that say Simon Cross.  It would be the top | 05:43:02 |
| 6 | one, I believe. | |
| 7 | THE DEPONENT:  Yeah, that's it. | |
| 8 | MR. MELAMED:  Yes.  As I mentioned, this | |
| 9 | is really, really long.  I'm going to direct you | |
| 10 | very specifically to a few lines.  I just want to | 05:43:13 |
| 11 | understand if you're able to provide answers.  If | |
| 12 | you're not, that's fine. | |
| 13 | So I'm going to scroll down to line | |
| 14 | 36,608. | |
| 15 | (Discussion off the stenographic record.) | 05:43:28 |
| 16 | MR. SCHWING:  Matt, if you're trying to | |
| 17 | demonstrate your -- your diligence by saying you've | |
| 18 | reviewed 36,000 rows of this, I am impressed. | |
| 19 | MR. MELAMED:  I appreciate that you think | |
| 20 | that I reviewed 36,000 rows of this table that was | 05:43:56 |
| 21 | provided, I think, last night. | |
| 22 | MS. WEAVER:  I'll take credit for it. | |
| 23 | SPECIAL MASTER GARRIE:  Hey, Counsel. | |
| 24 | Can I ask a question? | |
| 25 | What are the column values for A? | 05:44:23 |

Veritext Legal Solutions
866 299-5127

```
 1                MR. MELAMED:  I will tell you -- I will        05:44:31

 2   open it locally and tell you, if that's okay, and

 3   I'll state for the record once I get down.

 4           Is that okay?

 5                SPECIAL MASTER GARRIE:  Yeah.  If you          05:44:37

 6   want to get to the bottom, just hit control page

 7   down or control N.

 8                MR. MELAMED:  Thank you very much.  That

 9   was -- and the highlight -- and then I will tell --

10   tell you now for the record, Special Master Garrie,    05:45:01

11   column A is table_name.  Column B is column_name.

12   And my understanding is that these reflect the

13   column names for a list of Hive tables for which

14   Facebook is proposing to search and produce data

15   from a statistically significant sample.              05:45:34

16           I just want to --

17      Q.   (By Mr. Melamed)  Do you see these five

18   columns that are highlighted on my screen,

19   Mr. Cross?

20      A.   I do.                                         05:45:44

21      Q.   Five entries.  I'm sorry.

22           And you see that the first one ████████

     ██  ████████████████████████████████████████████

     ██  █████████

25                MR. MELAMED:  Apologies, Rebecca.        05:46:07
```

Page 869

```
1            THE DEPONENT:  I see that, yes.          05:46:10

2       Q.   (By Mr. Melamed)  Okay.  And that that is

3   actually each of these five cells, column A, rows

4   36,008 through -612 reflects the same descriptor

5   for the table name.                               05:46:25

6            Do you see that?

7       A.   I do see that.

8       Q.   Do you know if these reflect the ███

    ██████ that you testified about before?

10           MR. SCHWING:  I'm just going to state for  05:46:40

11  the record that we didn't receive these in advance

12  of the deposition.  I understand you represented

13  that this was provided last night, Matt, but just

14  to be clear, the witness has not had a chance to

15  look through this.                                05:46:51

16           MR. MELAMED:  Let me -- you're right,

17  Austin.  Let me correct the record.  This was not

18  received last night.  It was received Thursday.

19  That was my mistaken.

20           I am only asking about this because of    05:46:58

21  Mr. Cross's testimony before about the ██████

22  It's just -- you know, and I understand that

23  Mr. Cross likely has not reviewed this, but I can

24  confirm that.

25           So I'll ask that, but I understand -- I   05:47:12
```

Page 870

```
 1    understand the point you're making, Mr. Schwing.        05:47:16

 2         Q.   (By Mr. Melamed)  Mr. Cross, have you

 3    reviewed this table before?

 4         A.   I have not reviewed this table before.

 5         Q.   Are you -- do you know whether the rows      05:47:26

 6    36,608 through -612 are related to the ██████████

 7    you described in your testimony today?

 8              MR. SCHWING:  It's outside the scope of

 9    the deposition.  Object to form.

10              THE DEPONENT:  I cannot ascertain if         05:47:48

11    these relate to the -- the █████████████████ I've

12    previously talked about.  I cannot ascertain that

13    from this.

14         Q.   (By Mr. Melamed)  Do you know what the

15    information in column B for these five tables          05:48:07

16    reflects?

17              Do you have any understanding of what

18    ██████ means?

19              MR. SCHWING:  Same objections.

20              THE DEPONENT:  Sorry.  I -- █████       ████████

██   ████████████████████████████████████████████

██   ██████████████████    A   ████████████████████████████████

██   ██████████████████████████████

24         Q.   (By Mr. Schwing)  And do you have any

25    understanding of what ████████████ means in the       05:48:35
```

Page 871

```
 1    context of Hive tables?                          05:48:39

 2              MR. SCHWING:  Same objections.

 3              THE DEPONENT:  ███████████

 █    ███████████  ███████████ seems to be a -- my

 5    understanding is something that is specific to the   05:48:54

 6    table itself and therefore could mean different

 7    things in different contexts.

 8         Q.   (By Mr. Melamed)  What about ██████████

 9              MR. SCHWING:  Same objections.

10              THE DEPONENT:  Again, ███████████ to me is   05:49:14

11    a table-specific property, so it could mean

12    something different in different tables.

13         Q.   (By Mr. Melamed)  What about

14    ███████████████

15              MR. SCHWING:  Same objections.  I'll have   05:49:29

16    a same objection with respect to █ if you get to

17    that too.

18              THE DEPONENT:  Similarly, that's a

19    table-specific property.  I'd be speculating what

20    it means.  I'd need to review much more information   05:49:43

21    to give you an answer to that.

22         Q.   (By Mr. Melamed)  And what about █████

23         A.   My understanding is ███████████

 █    ███████████████████████ so within a

25    particular time window.  Again, my understanding is   05:50:02
```

| | | |
|---|---|---|
| 1 | that's in favorable by table. | 05:50:07 |
| 2 | MR. MELAMED:  Thank you.  You can put | |
| 3 | that exhibit away if you have it open. | |
| 4 | Q.   (By Mr. Melamed)  We were talking before | |
| 5 | we returned to the Did table for a minute about the | 05:50:34 |
| 6 | manner by which third parties could access user | |
| 7 | data, and we talked about the rest API and the FQL | |
| 8 | API, and we've talked periodically about | |
| 9 | Open Graph, correct? | |
| 10 | A.   Well, we talked about the Graph API.  We | 05:50:49 |
| 11 | haven't talked about Open Graph. | |
| 12 | Q.   Thank you for the correction.  We talked | |
| 13 | about the Graph API. | |
| 14 | During what period of time did third | |
| 15 | parties access user data via Facebook login? | 05:50:59 |
| 16 | MR. SCHWING:  Object to form. | |
| 17 | THE DEPONENT:  So Facebook login is a -- | |
| 18 | is a name that refers to the dialogue by which | |
| 19 | users grant apps access to information.  It renders | |
| 20 | platform permissions and emits access tokens.  But | 05:51:31 |
| 21 | typically the apps then take the access token and | |
| 22 | make calls against the Graph API or previously the | |
| 23 | rest API in order to actually access information. | |
| 24 | Q.   (By Mr. Melamed)  So is it right to | |
| 25 | understand Facebook login as providing third | 05:51:50 |

Page 873

```
 1    parties a user's access token?  It is one way that      05:51:52

 2    a third party can get a user's access token?

 3        A.   Facebook login is -- is -- is a -- is the

 4    primary way by which apps get an access token for a

 5    user.                                                    05:52:10

 6        Q.   Is there a time period during which

 7    Facebook login has been the primary way that apps

 8    get access tokens for users?

 9        A.   The equivalent of the login dialogue has

10    been in existence throughout platform, as I             05:52:32

11    understand it, from 2007.  It's now branded and

12    called Facebook login in -- in -- in materials for

13    developers, but a -- a product that does that job

14    has been part of the Facebook open platform since

15    the beginning.                                          05:52:54

16        Q.   Did it go by any other names before it

17    became branded as "Facebook login"?

18        A.   The previous name for the login dialogue

19    was -- "Facebook Connect" is commonly a term used

20    to refer to the Facebook login dialogue, although       05:53:13

21    Facebook Connect refers to a -- a broader program

22    of work.

23        Q.   But Facebook Connect includes Facebook

24    login but is not limited to Facebook login?

25        A.   Facebook Connect was -- was a term            05:53:38
```

Page 874

```
 1    associated with allowing apps to integrate Facebook        05:53:45

 2    into third-party -- sorry -- third parties to

 3    integrate Facebook into their mobile apps and

 4    websites, and the login dialogue was the mechanism

 5    by which users granted permission for that              05:54:06

 6    information to be shared.

 7         Q.   And so Facebook login existed from the

 8    inception of platform through the present; is that

 9    right?

10         A.   My understanding of what today is known       05:54:22

11    as "Facebook login," an equivalent product has

12    existed since the beginning of -- of platform in

13    the earlier days.  It was called "the login

14    dialogue" or the -- the "authentication screen."

15    It was known by -- by different names at different      05:54:44

16    times.  But generally an equivalent to Facebook

17    login has existed since the beginning.

18         Q.   What other ways do third parties access

19    user tokens?

20         A.   Login dialogue is by far the primary way.     05:55:06

21    One other mechanism is something called

22    ██████████████████████████████████████████████

██   ████████████████████████████████████████████████

██       ████████████████████████ and as a result the product

25    then ██████████████████████████████            05:55:33
```

Page 875

HIGHLY CONFIDENTIAL

```
 1    ██████████████████                                    05:55:38

 2         Q.   And is ███████████ as in short for

 3    ████████████████████████████

 4         A.  ██████████

 5         Q.   Are there particular circumstances in       05:55:49

 6    which ██████████ is used?

 7         A.   ████████████ was typically used in the case

 8    of devices or circumstances where a ████████████

██    ██████████████████████████████████

10         Q.   Will you help me understand when a          05:56:16

11    developer -- the circumstance where a developer

12    ██████████████████████████████

13         A.   So an example would be where a developer

14    is building a Facebook experience on a smart TV or

15    set-top box that ████████████████████████    ██████████

██    ████████ As a result, they might use ████████████ in

17    order to provide people a ████████████████████

██    ████████████████████████ on that

19    device.

20         Q.   So when -- when a third party requests a    05:57:14

21    type of user information from Facebook, can you

22    explain the data flow.  How does -- it goes from a

23    request to Facebook into determining whether there

24    is permission or not, et cetera, to determining

25    whether to return data.  And I'm not phrasing this   05:57:37
```

Page 876

```
 1    elegantly, but I'm just trying to understand the        05:57:40

 2    process of the data flow and then whether that has

 3    changed over time.

 4            If you want me to restate the question,

 5    I'm happy to do so and break it down.  But I'm           05:57:49

 6    looking for that kind of information.

 7            MR. SCHWING:  I apologize, Matt.  The

 8    question is vague.  But if the witness understands

 9    the question, please go ahead and give the --

10            (Discussion off the stenographic record.)       05:58:09

11            THE DEPONENT:  I -- I can give a

12    high-level overview if that would be helpful and

13    then maybe this -- you know, that would -- that

14    would help.

15            So typically a -- the first thing that           05:58:26

16    happens is an app asks the user for permission to

17    access information, and to do that, they'll display

18    the login dialogue.

19            At that time, the developer requests or

20    specifies the permissions they would like the user      05:58:50

21    to agree to, and the login dialogue -- the code

22    behind the login dialogue will determine whether or

23    not those permissions are, indeed, requestable from

24    this particular user.  █████████████████████████

      █  ██████████████████████████████████              05:59:10
```

Page 877

```
1            Then the user grants some or all of those    05:59:12

2    permissions, and the -- they have various options

3    there.  At that point, ████████████████████████████

4    ██████████████████████████  and if the app does

5    not already have one, they are given ██████████      05:59:36

6    ████████████████████████  of behalf of that ████████

7    ████████

8            Then the app uses that ████████████  to

9    make API requests to particular API methods.  The

10   API, the Graph API or the API they're calling, will  05:59:59

11   then evaluate that request and determine what

12   information, if any, can be emitted.

13           A number of things, many things, go into

14   that termination.  One of them is does the user --

15   has the user granted the appropriate permission or   06:00:24

16   permissions required to access this data.  A number

17   of other checks are made as well.  And then

18   Facebook's internal privacy rules are evaluated,

19   and ultimately the API returns a request or returns

20   a response that satisfies those requests.            06:00:49

21           That's a -- a high-level typical overview

22   of how these systems work.

23       Q.   (By Mr. Melamed)  I'd like to ask you

24   some follow-ups.  If you -- you know, to the extent

25   you don't know, you don't know.                      06:01:03
```

Page 878

HIGHLY CONFIDENTIAL

1          But -- we talked about this before.  I          06:01:06

2     just want to make sure I understand it correctly.

3          The first step of this is the app asking

4     for user permission, correct?  Or an early step, if

5     not the first.  So the app asks the user, can I          06:01:18

6     access this type of information, right?

7          MR. SCHWING:  Objection.  Vague.

8          THE DEPONENT:  And I'm describing here

9     a -- a typical way that this would work.  And the

10    first step, again, typically, is that the user          06:01:37

11    takes an action in the app which results in the app

12    request showing the login dialogue to the user or

13    redirecting the user to the login dialogue.

14         But typically the first thing that

15    happens is the user takes an action.          06:01:59

16    Q.    (By Mr. Melamed)  Was there any point in

17    time going back to 2007 where the app did not have

18    to ask users for permission for different types of

19    information the app could request?

20         MR. SCHWING:  Object to form.          06:02:18

21         THE DEPONENT:  My understanding is that

22    in certain very narrow scenarios, for example,

23    where a third party had built a Facebook

24    replacement or a Facebook app for their device or

25    platform, then the user experience would be --          06:02:46

Page 879

HIGHLY CONFIDENTIAL

1    would be different.                                    06:02:51

2        Q.   (By Mr. Melamed)  So I understand that

3    answer to say that where a third party built a

4    Facebook app on its device, that app did not have

5    to ask a user's permission to get the information,    06:03:06

6    specific types of information, from Facebook?

7             MR. SCHWING:  Object to form.

8             THE DEPONENT:  Yeah.  I'm not sure

9    that's -- that's quite right.

10            In the case where Facebook partnered        06:03:28

11   with, for example, a device manufacturer to build a

12   Facebook experience on that device, then the app

13   wouldn't necessarily have to render the Facebook

14   login dialogue as -- as a -- as a standard platform

15   app would do.                                          06:03:50

16            However, the user experience, you know,

17   would -- would have requested -- you know, would

18   have explained -- would have explained to the user

19   what was about to happen.

20       Q.   (By Mr. Melamed)  How would the user        06:04:07

21   experience have explained to the user what was

22   about to happen?

23            MR. SCHWING:  Object to form.  Outside

24   the scope.

25            THE DEPONENT:  So the precise way in         06:04:26

Page 880

HIGHLY CONFIDENTIAL

1    which each of these Facebook device integrations        06:04:27

2    was designed would have -- would have -- would have

3    differed.  And I -- I -- I don't have the details

4    on all of them.

5        But the -- the goal was, as close as        06:04:42

6    possible, that this is a Facebook app.  You have a

7    device, there's a Facebook app on it, and it should

8    look and feel just like logging in to -- to

9    Facebook.

10        And there's appropriate disclosures or        06:05:00

11   appropriate disclosures around that, as I

12   understand it, that would say that was appropriate

13   for the use case.

14       Q.   (By Mr. Melamed)  Do you know how many of

15   these devices integrations took place?        06:05:14

16       A.   On the order of -- it's hard to give a --

17   on the order of tens or less than 200, I think,

18   broadly.  This was a very, you know -- very limited

19   program where the goal was to enable people to have

20   access to Facebook on other platforms and devices,        06:05:50

21   and that was the purpose of the program.  The

22   number of the devices and platforms were supposedly

23   limited.

24       Q.   Okay.  Does that program still exist?

25       MR. SCHWING:  Object to form.        06:06:09

Page 881

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | THE DEPONENT:  That program does not | 06:06:12 |
| 2 | still exist, to my knowledge. | |
| 3 | Q.  (By Mr. Melamed)  Do you know when that | |
| 4 | program ceased to exist? | |
| 5 | A.  The announcement of those partnerships | 06:06:23 |
| 6 | would be begun to wound down was made on April -- | |
| 7 | in April 2018, and the wind-down of that program | |
| 8 | took place in -- in 2018 and early '19. | |
| 9 | Q.  Do you know why the decision was made to | |
| 10 | wind down that program? | 06:06:46 |
| 11 | MR. SCHWING:  Outside the scope.  Object | |
| 12 | to form. | |
| 13 | THE DEPONENT:  Yeah, I -- I don't have | |
| 14 | like the -- I'm not sure I can speak on behalf of | |
| 15 | the company here completely.  I -- I haven't | 06:07:03 |
| 16 | reviewed the full details. | |
| 17 | My understanding, though, from a personal | |
| 18 | perspective is that, first of all, these | |
| 19 | integrations were not widely used anymore.  They | |
| 20 | were designed and built in a time where there were | 06:07:25 |
| 21 | many more devices and mobile operating systems and | |
| 22 | platforms than there are today with regards to | |
| 23 | iOS and Android. | |
| 24 | And in -- in light of the Cambridge | |
| 25 | Analytica situation, it was -- it was seen that | 06:07:46 |

Veritext Legal Solutions
866 299-5127

```
 1     the -- the -- the value that these integrations        06:07:52

 2     were providing was -- was relatively limited, and

 3     the decision was taken to wind down the program.

 4          Q.   (By Mr. Melamed)  Are you familiar with

 5     any of the individual partners with whom Facebook       06:08:04

 6     engaged in the program?

 7          A.   I'm familiar with -- with -- a few of

 8     them, yes.

 9          Q.   So the idea was that Facebook provided

10     the user data, all of the user data, for a              06:08:25

11     particular -- well, let me withdraw that.

12               Can you explain how -- what user

13     information did the -- was the partner provided?

14               MR. SCHWING:  Object to form.

15               THE DEPONENT:  So the goal of this            06:08:49

16     program was to allow users to have -- one of the

17     goals of this program was -- sorry.

18               (Discussion off the stenographic record.)

19               MR. MELAMED:  Lesley, you're on --

20               (Discussion off the stenographic record.)    06:09:06

21               MR. MELAMED:  Lesley, Lesley, Lesley...

22               (Discussion off the stenographic record.)

23               MR. SCHWING:  Why don't we go into a

24     breakout room, because I don't want to hear...

25               SPECIAL MASTER GARRIE:  Me neither.           06:09:17
```

Page 883

```
 1              MR. MELAMED:  Can we go off the record.        06:09:19

 2              MR. SCHWING:  Let's go into a breakout

 3     room.

 4              SPECIAL MASTER GARRIE:  Off the record,

 5     mute her.                                               06:09:20

 6              MR. MELAMED:  Thank you, John.  Can you

 7     mute -- can you mute Lesley.

 8              MR. SCHWING:  I'm going into the breakout

 9     room.

10              MR. MELAMED:  Thank you, Austin.              06:09:20

11              THE VIDEOGRAPHER:  Did you want to go off

12     the record?  I'm sorry.

13              THE COURT REPORTER:  Yes.

14              THE VIDEOGRAPHER:  Thank you.

15              Off the record.  It's 6:09.                  06:09:39

16              (Recess taken.)

17              THE VIDEOGRAPHER:  We are back on the

18     record.  It's 6:53 p.m.

19         Q.   (By Mr. Melamed)  Before the break, we

20     were talking about partner integrations.             06:53:04

21              Do you remember that, Mr. Cross?

22         A.   I do remember that.

23         Q.   And I think you had testified that

24     partner integrations were phased out, and I can't

25     recall if you gave a time period when those -- that  06:53:21
```

Page 884

```
 1    project or that program was phased out.          06:53:24

 2            Can you tell me when those were phased

 3    out?

 4        A.   My understanding is that partner

 5    integrations, the announcement of the wind-down of  06:53:32

 6    that program was in made in April of 2018 and then

 7    the wind-down of the program proceeded through 2018

 8    and into the early parts of 2019.

 9        Q.   Did Facebook track the information it

10    made available to partners in the program as part   06:53:53

11    of the integration process?

12        A.   Can you help -- help me understand what

13    you mean by "as part of the integration process."

14        Q.   Sure.  We can take that out of that.  We

15    can take that phrase out of the question.  So I'll   06:54:20

16    restate it.

17            Did Facebook track the information it

18    made available to its partners when it pursued --

19    you know, when it engaged -- when those partners

20    engaged the process of creating a Facebook-like app  06:54:31

21    for their device?

22            MR. SCHWING:  Object to form.

23            THE DEPONENT:  Facebook ███████████

      ███████████████████████████████████

25        Q.   (By Mr. Melamed)  So if you were using    06:54:56
```

```
 1    one of the devices that were part of this           06:54:57

 2    integration process, Facebook would have tracked

 3    API calls that the device you were using made to

 4    complete the integration process?

 5         A.   Facebook ███████████████████     ███████

      ████████████████████████████

 7         Q.   And did it do so on an individual basis?

 8              MR. SCHWING:  Object to form.

 9              THE DEPONENT:  Can you help me understand

10    what you mean by "on an individual basis."         06:55:35

11         Q.   (By Mr. Melamed)  Sure.

12              So let's make it more concrete.  Are you

13    aware whether Huawei was one of the partners, the

14    integration partners?

15         A.   There was a number of integration        06:55:55

16    partners.  I -- I don't recall all of them in

17    particular.  That information is available in the

18    interrogatory responses if you -- if you want to

19    refer to those.

20         Q.   Okay.  So I'm going to represent to you   06:56:07

21    that Huawei was identified as one of those

22    partners.

23              So if you engaged with a Huawei device

24    and said, yes, I'd like to use Facebook on this

25    device, did Facebook track the API calls that were  06:56:25
```

Page 886

HIGHLY CONFIDENTIAL

```
1    made for your information by Huawei as part of that    06:56:30

2    integration?

3              MR. SCHWING:  Object to form.

4              THE DEPONENT:  Facebook ████████████

█    ████████████████████████████████████████████████     06:56:45

6    using your -- ████████████████████████████

█    ██████████████████████████

8         Q.  (By Mr. Melamed)  And where would that

9    information be logged in Facebook?

10        A.   My understanding is that would have been    06:57:13

11   logged in the ████████████████████

12        Q.   That's the -- the ████████████  that

13   later became split as the ██████████████████

14   ████████

15             MR. SCHWING:  Object to form.              06:57:36

16        Q.   (By Mr. Melamed)  All I'm trying to do is

17   make sure I understand which table you're talking

18   about.

19        A.   My understanding is that information

20   would have been logged in the ████████████  when    06:57:47

21   it was a single table, and then it would have been

22   logged in one of the ████████████████████████

23   depending ████████████████

24        Q.   And so the information would have been

25   ████████████████, so using this example, ████████████  06:58:06
```

Page 887

1  ██████████████; is that correct?                        06:58:12

2       A.   So my understanding is the way the

3  ████████████████████████████████ to the

4  ████ the fact ██████████████████████

5  and then ████████████████████████████,   06:58:26

6  so there would be a --██████████████ that

7  each ███████████████████████████

8       Q.   And do you know whether Facebook still

9  has the logs of those requests from integration

10 partners?                                                06:58:55

11           MR. SCHWING:   It's outside the scope of

12 the deposition.

13           THE DEPONENT:   ██████████████████

14 ██ ████████████████████████████ dating back

15 that far.                                                06:59:14

16      Q.   (By Mr. Melamed)  Do you know whether

17 Facebook has any logs reflecting the partner

18 integrations, the data that was requested as part

19 of the partner integrations?

20           MR. SCHWING:   Object to the form.   06:59:31

21           THE DEPONENT:   My understanding is that

22 the ██████████████ as we've previously referred to

23 it, would ████████████████████████

24 ██ ██████████████████████████████

25      Q.   (By Mr. Melamed)  Did Facebook ever   06:59:59

```
 1   receive information about users from third parties?        07:00:00

 2            MR. SCHWING:  Objection to form.

 3            THE DEPONENT:  Can you break the question

 4   down -- down for me a little.  Did Facebook -- can

 5   you ask the question again?                                07:00:16

 6        Q.   (By Mr. Melamed)  Sure.

 7            So I'm moving on to topic 8, and the

 8   first subtopic in topic 8 is the type -- is whether

 9   and how Facebook tracked the type and purpose of

10   data and information Facebook received from third         07:00:28

11   parties.  So I'm just starting with a predicate

12   question.

13            Did Facebook receive information from

14   third parties about users?

15            MR. SCHWING:  Objection.  Vague.              07:00:43

16            THE DEPONENT:  Can you help me understand

17   what you mean by "about users."

18        Q.   (By Mr. Melamed)  Did Facebook receive

19   information about any of its users from a third

20   party and not directly from the user or the user's      07:01:00

21   friends or anybody else -- sorry.  So I'll stop

22   there.  User or user friends?

23            MR. SCHWING:  Same objection.

24            THE DEPONENT:  Again, I'm finding it hard

25   to give an answer to the question in the way           07:01:22
```

Page 889

| | | |
|---|---|---|
| 1 | it's -- in the way it's phrased.  There's a number | 07:01:24 |
| 2 | of potential different interpretations which I -- | |
| 3 | which I'd like to try and understand before I give | |
| 4 | an accurate answer. | |
| 5 | Q.   (By Mr. Melamed)  What are the potential | 07:01:36 |
| 6 | interpretations that are making my question | |
| 7 | unclear? | |
| 8 | MR. SCHWING:  Object to form. | |
| 9 | THE DEPONENT:  So an example that I'd | |
| 10 | like to understand if you mean to include is where | 07:01:49 |
| 11 | a user uses a third-party app to post stories and | |
| 12 | content back to Facebook. | |
| 13 | Q.   (By Mr. Melamed)  Is that one way that | |
| 14 | Facebook received information about users from | |
| 15 | third parties? | 07:02:11 |
| 16 | A.   It depends on your interpretation of | |
| 17 | whether it comes from a third party.  So that's -- | |
| 18 | that's the thing I'm having -- just I want to get | |
| 19 | clarity on to make sure I'm going to give you an | |
| 20 | accurate answer. | 07:02:31 |
| 21 | Q.   Do you interpret that as coming from a | |
| 22 | third party? | |
| 23 | MR. SCHWING:  Object to form. | |
| 24 | THE DEPONENT:  The API request is being | |
| 25 | made by -- typically made by code written by a | 07:02:46 |

HIGHLY CONFIDENTIAL

```
 1    third party, but it's in response generally to a        07:02:50

 2    user's activity in that app.

 3         Q.   (By Mr. Melamed)  Did Facebook ever

 4    receive data about individual users through the use

 5    of the Facebook Pixel?                                   07:03:06

 6              MR. SCHWING:  Outside of the scope of the

 7    deposition to the extent of at least advertising.

 8              You can go ahead and answer if you know,

 9    sir.

10              THE DEPONENT:  Yeah.  So the Facebook         07:03:19

11    Pixel is a -- an advertising -- advertising

12    product.  My understanding if that a user was using

13    an app or website integrated with the Facebook

14    Pixel, then some information about activities in

15    that API or website would be shared back with          07:03:39

16    Facebook.  But -- the specifics of how the Facebook

17    Pixel works is not -- is not something I'm

18    particularly well qualified to -- to speak to.

19         Q.   (By Mr. Melamed)  Did Facebook use its

20    Pixel product for anything other than               07:03:55

21    advertising-related purposes?

22         A.   The Facebook Pixel is an -- is an

23    advertising product, and my understanding is its

24    purpose is to do with -- with advertising.

25         Q.   What about the Facebook Like button?  Did    07:04:23
```

Page 891

HIGHLY CONFIDENTIAL

1  Facebook ever receive information from the use of                    07:04:27

2  the Facebook Like button on third-party websites?

3       A.   So in order to -- to render a Like

4  button, if a user visits a Web page that has the

5  Like button embedded, then the Like button would                     07:04:46

6  get -- a call would be made to Facebook servers

7  to -- to render the Like button, and in the act of

8  doing that, Facebook would know that a Like button

9  had been rendered on a particular page.  If the

10 user who had logged in -- sorry.                                      07:05:04

11          If the user was logged in to Facebook at

12 the time that they noted the Web page with the Like

13 button in it, Facebook would know that that Like

14 button had been rendered on behalf of the user.

15      Q.   Did -- was it required -- well, let me                      07:05:27

16 step back and ask a different question.

17          You said that if the user was logged in

18 to Facebook at the time they clicked the Like

19 button on another site, then the information would

20 be rendered back to Facebook that that individual                     07:05:44

21 had clicked it; is that correct?

22      A.   Sorry.  No.  I want to clarify.

23          What I mean is if a user visits a website

24 that has embedded the Like button on it, then a

25 call will be made to Facebook servers to render the                   07:06:03

Page 892

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Like button. | 07:06:06 |

       If the user who visited that Web page was

logged in to Facebook, then Facebook would know

that the user was logged in, and that was

information used to make the Like button function.    07:06:26

       Q.   Would the Like button -- let me withdraw

that.

       Was it a prerequisite for the Like button

appearing on a -- on a third party's website that

the user be logged in to Facebook before visiting    07:06:46

that website?

       A.   Sorry.  I'm not sure I understand the --

the question.  Can you ask -- can you ask it again.

       Q.   Sure.

       So let's say you go to a website and you      07:06:59

see a Like button.  Does -- does that indicate to

Facebook -- let me withdraw that.

       Does that mean that you have -- you are

logged in to Facebook in order to see that Like

button?                                              07:07:15

       A.   No.  The Like button would be rendered --

the people -- if -- if they were logged in to

Facebook or if they were not logged in to Facebook.

       Q.   And now let's say you are on the website

with the Like button and you click -- you select    07:07:32

Veritext Legal Solutions
866 299-5127

1  the Like button.  You click it.                          07:07:34

2          In what circumstances would that

3  information be communicated -- that you had clicked

4  the Like button be communicated back to Facebook?

5          MR. SCHWING:  Object to form.              07:07:48

6          THE DEPONENT:  Typically the purpose of

7  the Like button is that when you click it, you're

8  telling Facebook that you like the page on which

9  it's embedded or the entity for which it is set up.

10 So the act of clicking on the Like button would      07:08:05

11 tell Facebook that you had liked it.

12     Q.   (By Mr. Melamed)  Would you need to have

13 first opened a browser page or the Facebook app and

14 logged in before Facebook could track that you had

15 clicked the Like button?                            07:08:26

16     A.   Yes.  For Facebook to register a Like, it

17 needs to be associated with your Facebook user

18 account, and so if you clicked the Like button, the

19 Like would not be registered unless you were logged

20 in to Facebook.                                     07:08:47

21     Q.   Is it -- is it necessary that you have

22 logged in to Facebook during that browsing session

23 in order for the Like button to -- communication

24 about your clicking the Like button to be

25 communicated back to Facebook?                      07:09:08

                                              Page 894

1      A.   The Like button is or was -- is rendered     07:09:14

2    through your Facebook session.  So if you're logged

3    in to Facebook in your browser, then the Like

4    button will render as if you're logged in.

5      Q.   And if you had logged in to Facebook and    07:09:35

6    then quit your browser and then reopened it without

7    going back to Facebook and went to a website and

8    clicked on a Like button, would your session still

9    be open such that the -- the information that you

10   clicked that Like button would be communicated back   07:09:54

11   to Facebook?

12      A.   The way Facebook sessions work is --

13   Facebook browser sessions work sometimes change,

14   depending on the user and the user settings.  But

15   in general, if you log in to Facebook in your      07:10:15

16   browser and then close the browser and reopen the

17   browser and go back to Facebook, you'll still be

18   logged in to Facebook, and that session will carry

19   over to the Like button too.

20      Q.   And is -- what about if I logged -- if    07:10:31

21   you had logged in to Facebook, closed your

22   computer -- closed your browser and restarted your

23   computer.  Is it generally true that your session

24   with Facebook would still be open?

25      A.   So it would depend on your browser      07:10:54

```
 1    settings as well, for example.  But typically, the      07:10:57

 2    ████████████████████████████████████████████

 ▪    ████████████████████████████████████████████

 ▪    ████████████████████████████████████████ has

 5    occurred.                                                07:11:16

 6         Q.   What other types of ████████████████████

 ▪    ████████████████████████████████████████

 8         A.   So, for example, if you ████████████████

 ▪    ███████████ if you -- if you have ████████████████

 ▪    ███████████ on your phone, for example, then Facebook   07:11:31

11    ████████████████████████████████ in order to protect

12    your security.  That's one example of when a

13    ██████████████████████████████████████████

14         Q.   When that -- when you have selected that

15    Like button, does Facebook track the information         07:11:53

16    internally that you have selected a Like button on

17    the site you were visiting?

18              MR. SCHWING:  Object to form.

19              THE DEPONENT:  Can you just be clear

20    about what mean we by "select."  Earlier you talked      07:12:06

21    about "click on the Like button."  Is -- is that

22    what you mean?

23         Q.   (By Mr. Melamed)  I'm sorry.  I don't

24    mean to be -- I'm not meaning to be overly

25    technical or trick you.                                  07:12:17
```

Page 896

```
1              Let's say you click -- you go to visit a        07:12:18

2     website.  You click on a Like button.  That

3     information, we've established, if you have an open

4     session, is communicated back to Facebook, correct?

5        A.   Correct.  If you click on a Like button         07:12:28

6     and you're logged in to Facebook, then Facebook

7     will register the fact that you've liked the URL

8     entity for which the Like button has been set up.

9        Q.   Where does Facebook register that

10    information in its internal systems?                     07:12:44

11       A.   So clicking on the Like button --

12    sorry -- sorry.

13              MR. SCHWING:  It's okay.

14              THE DEPONENT:  When you like something

15    using the Like button, that is considered a part of     07:13:01

16    your Facebook profile, and it ███████████████      in

17    general, what we call ███████████████   so the --

18    the ███████████████████████████   and --

19    and ███████████████

20       Q.   (By Mr. Melamed)  And that is in TAO; is        07:13:23

21    that correct?

22       A.   TAO is a -- ███████████████████████

      ███████████████████████   ███████████████████

24    when you perform a user action like that, █████████

      ███████████████████                                     07:13:43
```

Page 897

Veritext Legal Solutions
866 299-5127

1    Q.   And then it would also be stored in Hive;    07:13:46

2    is that right?

3            MR. SCHWING:  Object to form.

4            THE DEPONENT:  So generally, ████████

     ████████████████████████████████████████    ████████

     ████████████████████

7    Q.   (By Mr. Melamed)  Did Facebook ever

8    collect information about a user when the user

9    logged in to Facebook from a mobile device?

10           Sorry.  Let me restate that.          07:14:23

11           Did Facebook collect user's -- ever

12   collect a user's phone number when the user logged

13   in from a mobile device?

14   A.   Sorry.  Let's -- I'm not sure I

15   understand -- again, understand the question.    07:14:44

16           If a user logged in to -- to -- to what?

17   Q.   To Facebook.  If a user logged in to

18   Facebook from their mobile device, did Facebook

19   ever collect that user's phone number via that

20   interaction without -- without explicitly asking  07:15:02

21   the user to collect that information?

22   A.   So, again, are you talking about where a

23   user logs in to Facebook using a phone number?

24   Q.   No.  Just logs in without using a phone

25   number, using the user name and password that's not  07:15:22

                                           Page 898

```
 1    a phone number, from a mobile device.  Did Facebook      07:15:26

 2    ever collect, as part of that, the phone number

 3    that the user had logged in -- the phone number of

 4    the device that the user had logged in?

 5            MR. SCHWING:  Object to form.                     07:15:40

 6            THE DEPONENT:  Yeah, I'm -- I'm not

 7    certain that -- that -- I don't know if that's

 8    happened or not.  ████████████████████ -- the

 9    ████████████████████████████████████████

10    ████████████████████    I'm -- I'm not an expert      07:16:02

11    in -- in how Facebook's login processes work and

12    what -- what information is exchanged with Facebook

13    from the device or the carrier that they're logging

14    in on.

15        Q.   (By Mr. Melamed)  I'm asking because I'm       07:16:16

16    trying to establish whether Facebook collected

17    these things and then, if so, where they tracked

18    them.  And that's the connection to the topic, just

19    to be clear.

20            Did Facebook collect users' mobile device      07:16:30

21    IDs?

22        A.   Can you be more specific, "mobile device

23    IDs."

24            What do you mean by that?  Sorry.

25        Q.   Did Facebook ever collect a user's IDFA       07:16:59
```

Page 899

HIGHLY CONFIDENTIAL

```
 1    when the user logged in to Facebook using their        07:17:08

 2    mobile device?

 3         A.   By "IDFA," you're referring -- what are

 4    you referring to with "IDFA"?  You're referring to

 5    Apple's -- Apple's identifier, which is specific to     07:17:25

 6    iOS?

 7         Q.   Let's -- let's start there.  Did Facebook

 8    ever collect a user's Apple identifier that was

 9    specific to iOS when the user logged in to

10    Facebook?                                               07:17:38

11         A.   Logged in to Facebook when?  On a mobile

12    or on -- again, I -- again, I'm not trying to be

13    difficult here.  I want to make sure I'm giving you

14    the best possible answers I can.

15              These -- these terms and topics are very      07:17:54

16    complicated, and I want to make sure I'm giving you

17    the right answer.

18         Q.   If a user logged in to Facebook using an

19    Apple mobile device, did Facebook -- at any point

20    in Facebook's history relevant to this case, 2007       07:18:05

21    to present, did Facebook collect a device

22    identifier?

23         A.   Again, maybe I'm back to -- we got to --

24    a specific type of device identifier there, but

25    we're going back to general device identifiers,         07:18:27
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | which is a term I'm not sure I fully understand. | 07:18:31 |
| 2 | I see Special Master Garrie -- | |
| 3 | Q.   Are you -- | |
| 4 | A.   -- is on the -- on the call. | |
| 5 | THE DEPONENT:  Is there guidance you'd | 07:18:37 |
| 6 | like to give, Mr. Garrie? | |
| 7 | SPECIAL MASTER GARRIE:  Not yet. | |
| 8 | Q.   (By Mr. Melamed)  Did -- when Facebook -- | |
| 9 | when a user logged in to Facebook using an Apple | |
| 10 | mobile device, did Facebook ever collect the IDFA, | 07:18:48 |
| 11 | which is the Apple device identifier? | |
| 12 | A.   My understanding is that while I'm not an | |
| 13 | expert, again, at Facebook's login systems and how | |
| 14 | that works, ███████████████████ if you | |
| 15 | ███████████████████████ | 07:19:11 |
| 16 | then the Facebook app -- ███████████ | |
| 17 | ██████████. | |
| 18 | Q.   And if the user logged in to the Facebook | |
| 19 | via Android, would Facebook collect the user's GA | |
| 20 | ID? | 07:19:37 |
| 21 | A.   I'm less familiar with -- with -- with | |
| 22 | how Android works.  Assuming they're relatively | |
| 23 | similar, ████████████████████ | |
| | ███████████████ | |
| 25 | Q.   How -- how did Facebook associate those | 07:19:59 |

Page 901

```
 1    IDs with users in their -- in Facebook's internal      07:20:05

 2    systems?

 3            MR. SCHWING:  Outside of the topic, the

 4    scope of the deposition.  It's vague.

 5            THE DEPONENT:  Yeah, I -- I'm not an           07:20:23

 6    expert in -- in how these -- how these systems

 7    work.  From -- from my experience, though, what I

 8    do know is that if you are ███████████████ on

 9    ████████ and that ███████████████ with

10    such ████████████ then that connection            07:20:44

11    ███████████████████████████, although the precise nature and how that

12    was stored is not something I'm -- I'm an expert

13    on.  I cannot give canonical testimony on.

15        Q.   (By Mr. Melamed)  And so your -- you do      07:21:05

16    not want to provide testimony on -- well, let me

17    state this in a positive way.

18            Can you identify how Facebook tracked

19    mobile device IDs that were associated with users?

20            MR. SCHWING:  Outside the scope of the        07:21:28

21    deposition.

22            You can answer, if you can answer.

23            THE DEPONENT:  My understanding is that

24    when a ████████████████████ and that

25    ███████████████████ on that                       07:21:41
```

```
1    ██████████████████████, then that ██████████      07:21:44

2    ██████████████████████████████████ as being

3    ████████████████████████████████     on that

4    ████████

5         Q.   (By Mr. Melamed)  Do you know where that   07:22:02

6    information would be tracked?  Is there a name of a

7    document or a data system that tracks that

8    association?

9              MR. SCHWING:  Same objections.

10             THE DEPONENT:  Again, precisely the        07:22:13

11   systems that -- that are used to -- to store that

12   information.  ██████████████████████████████████

13   be -- would have been and would ███████████████████

14   It would likely also have been ██████████████  and

15   the Facebook -- you know, █████████████████████     07:22:38

16   ██████████

17        Q.   (By Mr. Melamed)  Are you familiar with

18   the term "reciprocity" as it relates to the

19   relationship between Facebook and developers -- let

20   me break this down.                                  07:23:02

21             Are you familiar with the term

22   "reciprocity" as it is used inside Facebook?

23             MR. SCHWING:  Objection as vague.

24             THE DEPONENT:  I -- I've heard the term

25   used inside Facebook and seen it used in -- in some  07:23:14
```

Page 903

HIGHLY CONFIDENTIAL

```
 1    documents.                                    07:23:18

 2         Q.   (By Mr. Melamed)  What is your

 3    understanding of what the term means?

 4              MR. SCHWING:  Objection.

 5         Q.   (By Mr. Melamed)  Inside Facebook?    07:23:23

 6              MR. SCHWING:  Objection.  Vague.  Outside

 7    the scope.

 8              Go ahead.

 9              THE DEPONENT:  Yeah, I can't speak to how

10    that term is used inside Facebook in its entirety.  07:23:35

11    There's likely a number of ways in which that term

12    has or has not been used by different teams at

13    different times.  The thing I -- the context I'm

14    aware of it being used in is -- to do with the

15    Facebook developer platform.                    07:23:56

16         Q.   (By Mr. Melamed)  And can you explain the

17    context -- the definition of that term and the

18    context in which you are familiar with it being

19    used?

20              MR. SCHWING:  Object to form.          07:24:09

21              THE DEPONENT:  I'm aware of the term

22    being used to refer to information being made

23    available to developers and users having the option

24    to share similar data back to Facebook as part of a

25    Facebook integration.                           07:24:40
```

Page 904

HIGHLY CONFIDENTIAL

```
1        Q.   (By Mr. Melamed)  How do use users share        07:24:46

2   information back to Facebook through third-party

3   developers?

4             MR. SCHWING:  Object to form.

5             THE DEPONENT:  Users using Facebook             07:24:59

6   platform apps have -- used to have the ability to

7   share stories from the app base back to Facebook

8   that would appear on their Facebook timeline and

9   friends' newsfeeds.

10       Q.   (By Mr. Melamed)  Is there any other           07:25:18

11  information that third-party apps provided to

12  Facebook about individual users?

13            MR. SCHWING:  Object to form.

14            THE DEPONENT:  Again, can you be specific

15  about the -- about the time period.  Is that the        07:25:45

16  entire thing?

17       Q.   (By Mr. Melamed)  Let's start in 2007.

18  What kind of information could -- could apps share

19  back to Facebook about individual users?

20            MR. SCHWING:  Object to form.                   07:26:01

21            THE DEPONENT:  So when an app is making

22  API calls using a user's access token, the nature

23  of making the API call is potentially indicative of

24  a user's activity in that app, although it isn't

25  necessarily.                                              07:26:24
```

Page 905

1    Q.   (By Mr. Melamed)  What about information          07:26:39

2    that users provided a third-party app directly?

3    Did third-party apps ever provide that information

4    back to Facebook?

5           MR. SCHWING:  Objection.  Vague.              07:26:54

6           THE DEPONENT:  Sorry.  Can you ask the

7    question again.

8    Q.   (By Mr. Melamed)  I'm not trying to be

9    difficult here.  I'm trying to establish

10   foundationally whether Facebook was receiving         07:27:22

11   information -- so Facebook provided information to

12   app users through Facebook could provide

13   information to apps, correct?

14   A.   Through the Facebook platform, users

15   could provide information to apps, yes.               07:27:37

16   Q.   And as -- within the definition of

17   "reciprocity," as you explained it, there was this

18   idea that there could be an exchange, which meant

19   that users should also be able to enable apps to

20   provide information back to Facebook, their           07:27:52

21   information back to Facebook, correct?

22          MR. SCHWING:  Misstates testimony.

23   Object to form.

24          THE DEPONENT:  So going back to that

25   definition of "reciprocity" as -- as I understand     07:28:05

                                            Page 906

HIGHLY CONFIDENTIAL

```
 1    it, it's a very-high level idea that if an app is          07:28:08

 2    accessing information on behalf of a user, that

 3    that app would also offer the user the opportunity

 4    to share similar information back to Facebook.

 5         Q.   (By Mr. Melamed)  Did that process ever          07:28:33

 6    occur?  Did apps ever provide -- did users --

 7    did -- were users ever able to enable an app to

 8    provide information back to Facebook?

 9         A.   Yes.  One of the common features of the

10    Facebook platform was that it allowed users to             07:28:55

11    choose to share activity in the app back to

12    Facebook.

13         Q.   How did Facebook track the information

14    that it received from users through third-party

15    apps?                                                      07:29:14

16         A.   If the user chose to share their activity

17    in an app back to Facebook, then, for example, to

18    post a story or to share a story with their

19    friends, then -- then yes, that -- that information

20    ███████████████████████████████████████████               07:29:36

21    and made available ████████████████████████

22    ██████████

23         Q.   Where would that -- in which internal

24    Facebook systems would that information be stored?

25         A.   If the user chose to share a story back          07:29:56
```

Page 907

```
 1    to Facebook from a third-party app, then that would      07:29:58

 2    be  ███████████  and made available on the  ███████

      ███████████   and then potentially rendered in their

 4    ██████████████████

 5         Q.   The information that users could share to       07:30:18

 6    Facebook through third-party apps was not limited

 7    to stories, correct?

 8         A.   The -- the information that users could

 9    share or choose to share back to Facebook included

10    stories, posts for their timeline, and also at a          07:30:38

11    time included what was known as Open Graph actions.

12         Q.   Can you provide a description of what

13    Open Graph actions are?

14         A.   Open Graph refers to a -- a -- a product

15    that Facebook had between 2011 and sometime later         07:31:02

16    where developers could share structured activity

17    about a user's activity in their app back to

18    Facebook so it could be shared with their -- their

19    friend -- shared with their friends on their

20    Facebook timeline.                                        07:31:30

21         Q.   Was all of the information that was

22    shared back to Facebook through Open Graph actions

23    shared with the user's friends via the user's

24    timeline?

25              MR. SCHWING:  Object to form.                   07:31:45
```

Page 908

| | | |
|---|---|---|
| 1 | THE DEPONENT:  The information shared | 07:31:51 |
| 2 | back to Facebook, the user could choose who had -- | |
| 3 | which of their friends had the permissions to -- to | |
| 4 | see that information. | |
| 5 | Q.   (By Mr. Melamed)  Was there any | 07:32:20 |
| 6 | information from a third-party app shared back to | |
| 7 | Facebook that was associated with the user that | |
| 8 | Facebook did not make available to share via the | |
| 9 | user's timeline? | |
| 10 | MR. SCHWING:  Object to form. | 07:32:42 |
| 11 | THE DEPONENT:  Sorry.  Can -- can you ask | |
| 12 | that again. | |
| 13 | Q.   (By Mr. Melamed)  Was there any | |
| 14 | information from a third-party app that was shared | |
| 15 | back to Facebook associated with an individual user | 07:32:53 |
| 16 | that Facebook did not make available via the user's | |
| 17 | timeline -- did not make available to be shared via | |
| 18 | the user's timeline? | |
| 19 | MR. SCHWING:  Same objections. | |
| 20 | THE DEPONENT:  So referring back to my -- | 07:33:16 |
| 21 | my previous testimony about when an app makes an | |
| 22 | API call using an access token of a user, that is | |
| 23 | potentially indicative of the user's activity in an | |
| 24 | app, and that wouldn't necessarily be shared on a | |
| 25 | user's timeline. | 07:33:39 |

Page 909

1    Q.   (By Mr. Melamed)  Was there any other          07:33:42

2    type of information other than the fact of an API

3    call being potentially indicative of the user's

4    activity that would be shared back to Facebook but

5    not be made available for the user to share via      07:33:56

6    their timeline?

7        A.   So there was -- a product called App

8    Events at a time which allowed developers to share

9    activity in their application back to Facebook for

10   the purposes of app analytics.                        07:34:26

11       Q.   What time period did App Events exist?

12       A.   My understanding is App Events were built

13   or made available around 2013 to 2014, and I think

14   that product was deprecated around 2017, 2018,

15   although I'm not sure on the specific dates.          07:35:01

16       Q.   Who would you ask if you wanted to know

17   the specific dates during which App Events was

18   available to be used by third parties?

19       A.   The first thing I'd do is look -- look on

20   the Facebook developer website and see if I could     07:35:18

21   ascertain that information myself.

22       Q.   Okay.  When Facebook received information

23   about App Events in this context, how did it

24   associate that information in its internal systems

25   with individual users?  And I'm not asking for        07:35:40

Page 910

HIGHLY CONFIDENTIAL

```
 1    technical explanation; I'm asking for how --        07:35:42

 2           Let me restate it to make it more

 3    general.

 4           How did Facebook track the information

 5    that it received from App Events about an           07:35:50

 6    individual user?

 7           MR. SCHWING:  Object to form.

 8           THE DEPONENT:  So Facebook would have

 9    tracked App Events in its various databases,

10    including Hive.                                      07:36:10

11       Q.   (By Mr. Melamed)  Do you know in which

12    tables it could track App Events?

13       A.   My understanding is that the API Hits

14    table would include App Events where the -- where

15    there was a logged-in user.                          07:36:35

16       Q.   Again, I don't mean to make you repeat

17    this testimony.  I really just do want to make sure

18    I'm understanding it.

19           The API Hits table you're describing, is

20    that the -- what subsequently became the API -- the  07:36:48

21    API_hits_mobile and API_hits_www tables?

22       A.   That's my understanding.  These -- these

23    App Events were implemented as Graph API calls, and

24    as such, the information would be tracked in -- in

25    those tables.                                         07:37:17
```

Page 911

```
 1        Q.   Other than from advertisers and data        07:37:26

 2   brokers, did Facebook ever receive payment from any

 3   third party for user information?

 4        A.   No.  Facebook does not sell user data.

 5        Q.   Let me -- let me just make sure I           07:37:43

 6   understand your answer.  I just asked whether it

 7   received payment.  So is the answer the same?

 8        A.   Facebook does not sell user data, and

 9   therefore I'm not aware of a time Facebook has

10   received payment for user data.                       07:38:05

11        Q.   Has Facebook ever received any payment

12   for aggregated user data other than the context

13   that you're now testifying today as the targeted

14   advertising and data brokers?

15        A.   I'm -- I'm not aware of any time Facebook   07:38:35

16   has received payment for aggregated user data.

17        Q.   Did Facebook ever evaluate the value to

18   Facebook of aggregated user data?

19             MR. SCHWING:  Object to form.

20             THE DEPONENT:  Sorry.  The value to         07:39:08

21   Facebook of aggregated user data?  I'm sorry.  I'm

22   not sure I understand the question.

23        Q.   (By Mr. Melamed)  Let me restate it more

24   simply.

25             Did Facebook ever evaluate the value to     07:39:16
```

Page 912

HIGHLY CONFIDENTIAL

1   Facebook of user data?                                      07:39:19

2          MR. SCHWING:  Object to form.  Outside

3   the scope of the deposition.

4          THE DEPONENT:  I'm not sure how to answer

5   that.  I'm just sure not how to answer that           07:39:39

6   question.

7          Like -- yeah.  It's a -- it's a very --

8   I'm not sure how to answer that question.

9      Q.   (By Mr. Melamed)  Did Facebook ever

10  attempt to evaluate the value to Facebook of any      07:40:00

11  particular type of user data?

12         MR. SCHWING:  Object to form.

13         THE DEPONENT:  Again, could you give me

14  an example of what you mean by "type of user data"?

15     Q.   (By Mr. Melamed)  Did Facebook ever          07:40:21

16  attempt to evaluate the value to Facebook of data

17  about where a user was educated, the user,

18  you know -- an individual data point, an individual

19  piece of information?

20         MR. SCHWING:  Object to form.                  07:40:50

21         THE DEPONENT:  Again, I'm not sure how to

22  answer that -- that question.  It's -- it's

23  possible that an analysis was done across the

24  15-year time period.  I -- like -- it's hard to --

25  hard to -- hard to understand what's meant by -- by   07:41:12

Veritext Legal Solutions
866 299-5127

```
 1    "value" in this context or even evaluate.           07:41:16

 2            So I'm just not sure I can answer that

 3    question.

 4        Q.   (By Mr. Melamed)  When Facebook engaged

 5    in the process of determining whether to deprecate  07:41:29

 6    certain types of API calls, did it conduct any

 7    evaluation of the potential financial impact to

 8    Facebook of deprecating those calls?

 9            MR. SCHWING:  The question is vague.

10            THE DEPONENT:  ██████████████  that        07:41:50

11    was ████████████████████████████████████████████

12    of -- of -- of a ██████████████  that -- that

13    were made in 2014, ████████████, as I

14    understand it, ██████████████████████

      ██ ████████████████████████████████              07:42:15

16        Q.   (By Mr. Melamed)  Is that a specific

17    document you're referencing?

18        A.   I'm thinking back to a document that was

19    prepared to try to understand the impact of the

20    changes in 2014 on the games ecosystem.            07:42:36

21        Q.   As a matter of course, did F██████  track

22    the valuation of -- its valuation of different

23    types of user data over time?

24            MR. SCHWING:  Object to form.

25            THE DEPONENT:  Again, hard -- hard to      07:43:00
```

Page 914

```
 1    answer that question by -- do you mean -- yeah.        07:43:01

 2    It's like very -- very broad question.  Hard to

 3    give a specific answer.

 4           Could you -- could you be more specific

 5    about a context, and maybe that would help give an     07:43:12

 6    accurate answer.

 7       Q.   (By Mr. Melamed)  Did Facebook ever look

 8    at the value of the information it was receiving

 9    about its users and evaluate what that value was

10    over time?  Did it track how much different user       07:43:27

11    information was worth over time?

12           MR. SCHWING:  Object to form.

13           THE DEPONENT:  So I can give some

14    examples that might -- might help here.  For

15    example, if an app -- if a user is using an            07:43:48

16    application and is sharing stories from the

17    application back to Facebook, then it was using

18    that, then Facebook would track the monthly active

19    users involved in -- in using the application and

20    would -- would track the -- the stories shared from    07:44:09

21    that application and would -- likely also track

22    clicks from Facebook back to that application that

23    the user or a user's friends had -- had taken from

24    Facebook.

25           So there's -- there's are three types of        07:44:32
```

                                              Page 915

HIGHLY CONFIDENTIAL

```
1    things that I'm aware of that were tracked in          07:44:34

2    relation to the Facebook developer platform in

3    third-party developers, which is what I believe

4    that this case is broadly about.

5         Q.   (By Mr. Melamed)  What -- let me withdraw    07:44:50

6    that.

7              For those examples, were there particular

8    document types that provided this tracking

9    information, names of reports, internal systems,

10   et cetera?                                             07:45:05

11             MR. SCHWING:  The question is vague.

12             THE DEPONENT:  Again -- typically --

13   typically, this kind of -- ███████████████████

     ████████████████████████████████████

     ██████, and may have been ████████████████████     07:45:19

16   ██████ as well.  But typically, if I wanted -- if

17   somebody wanted to understand how many users were

18   using an application or the stories being shared

19   from it, typically you would -- █████████████████

     ██████████████████████████                            07:45:36

21        Q.   (By Mr. Melamed)  We've talked about the

22   ████████████████ -- correct? -- during -- during your

23   testimony today?

24        A.   Yes, we've talked about the ████████████

25        Q.   Can you tell me what types of information   07:46:11
```

Page 916

HIGHLY CONFIDENTIAL

1   are reflected in the ████████████                      07:46:14

2        A.   So going -- going from memory here.

3   These are some of the things I recall in that

4   ██████

5        The first is the ████████ which refers to        07:46:30

6   the ████████████████████ that would have

7   ████████████████

8        Another thing that was tracked was the

9   ████████████████████████████████ is

10  ████████████████████ that maps to -- to a              07:46:52

11  ████████ which is the atomic unit of -- of ████████

12  ████████████████████

13       The next thing that were tracked is the

14  ████████████████ whose ████████████ was being

15  used to ██████████████████ on that given day           07:47:15

16  and then a ████████████████████████ that the

17  ████████████ to the ████████████ on the given

18  day.

19       And then my understanding is that another

20  ████████████████████████, which will be               07:47:38

21  ████████████████████ that were made.

22       So from my understanding, that's --

23  that's some of the information at least tracked in

24  that table.

25       Q.   You just -- you just described the ████████  07:47:53

HIGHLY CONFIDENTIAL

```
 1    as "the atomic unit" of an ████████████ on the      07:47:55

 2    ████████████   Can you elaborate on the

 3    relationship between an API call and a method?

 4         A.   A method is --███████████████ -- a

 5    ████████████████████████ on -- in ████████████      07:48:17

 6    ████████████████ that is ████████████████ to a

 7    ████████████████ .

 8              When an app makes a call to the API,

 9    it -- ██████████████████████████████ in that

10    ██████████████████████████████████████████         07:48:45

11         Q.   Is there a one-to-one mapping between the

12    API and the method that is used to call the

13    information requested by that API?

14         A.   So that -- that depends on your -- on the

15    specific definition of API which is being used       07:49:09

16    in -- in context.

17              So I wouldn't say it's a necessarily a

18    one-to-one mapping, so -- yeah, I wouldn't say it's

19    necessarily a one-to-one mapping.

20         Q.   Can you explain why there isn't            07:49:23

21    necessarily a one-to-one mapping?

22         A.   So, for example, we talk about the Graph

23    API as a -- as a -- as a thing.  But the Graph API

24    is a -- is a collection of methods, and so

25    sometimes people are referring to it an API and      07:49:41
```

Page 918

```
 1    they mean the Graph API or another company's API        07:49:44

 2    or -- or, you know, something like that, or they

 3    may be referring to an endpoint -- an API endpoint,

 4    or they may be referring to an API synonymous with

 5    a method.                                                07:50:02

 6          So the terminology used there is -- is

 7    ambiguous, and the -- changes depending on the

 8    context.

 9       Q.   I'm sorry.

10          Does Facebook maintain an index that maps        07:50:11

11    methods to specific API requests?

12       A.   ████████████████████████████

██    ██████████████████████████████ which exists

14    to ████████████████████

15       Q.   Is that information publicly available?        07:50:35

16       A.   That's -- that refers to ████████████

17    ████████████████████████████ is

18    documented publicly and then how ██████████

19    ████████████████████████████████

██    ██████ which is a ████████████████████   ████████████

██    ██████

22       Q.   I'm asking because if the ████████████

23    provides the method, I'm curious how we can use

24    that method that's identified to map to an

25    individual API request.                                  07:51:23
```

Page 919

```
 1          Does that make -- does my -- so I'm          07:51:26

 2   asking whether Facebook maintains something that

 3   would enable us to do that.

 4       A.   Facebook maintains ways ███████████

 5   ████████████████████████████   I'm not aware of    07:51:40

 6   a ███████████████████████████████ to,

 7   say, part of the Facebook developer documentation,

 8   although those mappings can be -- ███████████

 9   ████████

10          (Exhibit 426 was marked for                 07:51:59

11   identification by the court reporter and is

12   attached hereto.)

13          MR. MELAMED:  I've introduced what's been

14   marked as Exhibit 426.  Exhibit 426 is an excerpt

15   from a CSV file produced in this case, Bates number 07:52:26

16   FB-MDL-MTHD-00080.csv.

17          Mr. Cross and Counsel, for the record,

18   these files are each individually so large that we

19   could not share them, so this is an excerpt of ten

20   rows of one of the -- what have been identified by  07:52:52

21   counsel as the method table files.  I just want to

22   use this as an example to talk through.  I'm not

23   asking questions about these individual entries

24   other than to understand what they -- the

25   information that they represent.                    07:53:08
```

Page 920

1      Q.   (By Mr. Melamed)  Mr. Cross, are you        07:53:08

2   familiar with the type of information that's

3   reflected in this document, Exhibit 426?

4      A.   Yes, I am.

5      Q.   And you reviewed it in preparation for      07:53:24

6   today?

7      A.   I -- I -- I think I reviewed this sample

8   in preparation for today, and I -- I've worked with

9   API methods previously.

10      Q.   And so can you see my screen, that I'm      07:53:36

11   sharing Exhibit 426?

12      A.   I can, but I also have the information

13   available, so I don't think you need to, unless

14   it's useful for you, Mr. Melamed.

15          MR. MELAMED:  Thank you.  I'll share for     07:53:50

16   now.  I've enlarged -- the only change I've made to

17   what I think you downloaded and is enlarged in

18   column size just so we can see a little bit more of

19   what's in the column.

20      Q.   (By Mr. Melamed)  When you used the         07:53:59

21   ████████      internally, is this the format that is

22   returned to you?

23      A.   Yes, this matches how information is

24   represented in the ████████

25      Q.   So if you look at column A in that, the     07:54:19

                                                     Page 921

```
1    header of column D is DS.                    07:54:22

2         Do you see that?

3    A.   I do.

4    Q.   And what does ███ stand for in this

5    context?                                     07:54:28

6    A.   ███████████████████████ in which ███████

7    █████████████████████.  It would refer to a

8    ██████████████████

9    Q.   So all of the entries on this excerpt

10   reflect entries from December 19th, 2019; is that  07:54:46

11   accurate?

12   A.   My understanding is that these were --

13   ████████████████████████ made by a █████████████

14   in a ██████████████████████ indicated by the

15   date, yes.                                   07:55:04

16   Q.   And column B is ████████

17        Do you see that?

18   A.   I do.

19   Q.   And that is a -- is the ████████ wholly

20   numeric identifier?                          07:55:17

21   A.   Yes.  ████████████████████████████████

██   ██████████████████████████████████████

23   Q.   And what is ████████████████████

24   ████████████████

25   A.   So what I mean by that is when an object  07:55:43
```

HIGHLY CONFIDENTIAL

```
 1    is created in ███████████████████████           07:55:46

 2    ████████  that entity ██████████████, and

 3    ████████  are used for -- today are used for any

 4    ████████████████████████████████████

 5        Q.   Is there --                             07:56:13

 6        A.   Let -- let me back up.  I want to make

 7    sure the record is clear on this.

 8             There are -- today, if an entry is

 9    ██████████████████████████████, it will be

10    ████████████  but there are ████████████████    07:56:27

11    ██████████  which were █████████████████████████

12    was --████████████, and in those cases, those

13    █████████████████████████████████████

14        Q.   When was this ████████████ created?

15        A.   I don't -- I'm not sure on the precise   07:56:48

16    date.  This is a question about Facebook's general

17    data infrastructure, but my understanding is it's

18    worked this way or a variant of this way during

19    my -- my entire tenure at Facebook.

20        Q.   And are you familiar with what the       07:57:06

21    structure of an API ID was before the time period

22    when the --

23             This is a super simple question.  Let me

24    restate this.

25             Do you know what they looked like before? 07:57:26
```

Page 923

```
 1        A.    My understanding is that ██████ and all            07:57:27

 2   ██████████████  --  ████████████████████  have

 3   always been ██████████

 4        Q.    They just have a different -- was it a

 5   ████████████████████████████                               07:57:40

 6        A.    ██████  ████████████████████ has -- has

 7   increased over time, and earlier on it was a

 8   ████████████████████████, and now it's more.

 9        Q.    Do any of the ████████████████████

10   indicate anything about the app?  For instance, do          07:57:59

11   certain -- are certain types of ██████ reflective

12   of the fact that they are ████████████████████

13        A.    ███   The -- the format of a ████████████

14   ████████████ determine whether or not ██████████████

15   ████████████████████.  However, you could                   07:58:22

16   ██████████████████████████████████ is

17   ██████████  based on the ████████████████████████

18   for example.

19        Q.    Does Facebook maintain an index of ██████

██   ████████████████████                                       07:58:44

21        A.    Yes.  ████████████  in ████████████████

██   ████████████████████████████████████████████

23   with it, including the ████████████.

24        Q.    Does it also have the app developer

25   associated with it?                                         07:59:06
```

Page 924



1    A.   Can you help me understand what -- what                07:59:11

2  you mean by "the app developer."

3    Q.   Sure.

4         If -- ▇▇▇▇▇ is associated with an

5  ▇▇▇▇▇▇▇▇ is that correct?                                      07:59:17

6    A.   An ▇▇▇▇ uniquely refers ▇▇▇▇▇▇▇

7  ▇▇▇▇▇, yes.

8    Q.   What other information is associated with

9  that ▇▇▇ in -- in ▇▇▇▇▇▇▇▇▇▇▇

10   A.   So the ▇▇▇▇▇▇▇▇ that would                              07:59:38

11 typically be associated with an ▇▇▇ would

12 include the ▇▇▇▇ of the people who have a role

13 on the ▇▇▇▇▇▇▇ such as when

14 the ▇▇▇▇▇▇ information about the ▇▇▇

▇    ▇▇▇▇▇▇▇▇▇▇▇ and then a                                      08:00:05

16 ▇▇▇▇▇▇▇▇ I could -- I

17 could go on for more, but there's a number of

18 things that would be associated with -- with an ▇▇

▇  ▇▇

20   Q.   Would it also identify whether an ▇▇▇     ▇▇▇

▇  ▇▇▇▇▇ on the platform?

22   A.   The answer to that question depends on

23 the definition of -- ▇▇▇▇▇▇▇ ▇ I -- can

24 you help me understand what you mean by ▇▇▇

▇  ▇▇▇▇ and then maybe I'll be able to give you a           08:00:38

Page 925

HIGHLY CONFIDENTIAL

1    more accurate answer.                                    08:00:41

2        Q.   Would the information associated with an

3    ███████████████████████████ indicate when

4    an ████████████████████████████

5        A.   So, again, the answer to that question      08:00:57

6    somewhat depends on what you mean by ██████

     ███████████████████████████████

8             Again, I'm trying -- in terms of being

9    helpful, try and give you my understanding of that.

10            One of the properties of an ████████ its   08:01:11

11   mode, which at times are called █████████████████

     ████████████████████████ And one of the

13   things that is associated with an ███████ is which

14   mode it is in.  If an ██████████████████

15   then only people -- users who have been given a      08:01:32

16   ██████████████████████ can ██████████████

     ███████████

18            So one way of determining █████████████

     ████████████████████████ is whether or not

20   ████████████████████.  There's other ways,          08:01:48

21   too, but hopefully that provides some general

22   information.

23        Q.   Is there information associated with an

24   ███████ that indicates whether an app has been

25   ████████████████████████████████              08:02:02

                                                   Page 926

HIGHLY CONFIDENTIAL

```
 1      ██        ████████████████████████ or --        08:02:12

 2   actually, let me back up.

 3              Can you help me understand what you mean

 4   by "██████████

 5      Q.   Sure.  I mean it colloquially, but you    08:02:21

 6   can -- is there information associated with an ████

     ██  ████████████████████████████████████

     ██  ████████ or whether an ████████████████ has to

 9   do -- ████████████████████ before it can be out

10   ████████████████████████████████████           08:02:34

11   ██████████████████

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  My understanding is that

14   there will be some information about whether or not

15   ████████████████████████████████████           08:02:53

16   Exactly which systems that -- that information is

17   stored in depends on the -- ████████████████████

18   and when it was applied.

19      Q.   (By Mr. Melamed)  I guess I'm asking

20   whether there's a single table that exists -- like  08:03:10

21   what is the general information in the single

22   table, if there is one, that is associated with an

23   ██████████

24              And I think you started to list some of

25   those types of information.  I'm just trying to    08:03:23
```

```
 1      understand if there are additional types of              08:03:24

 2      information.

 3          A.   Yes.  There is a -- ███████████████

 4      ████████████  and the -- that contains information

 5      about ████████████     That table has -- I want to      08:03:36

 6      say it has quite a few columns.

 7              I can continue to try to give you some of

 8      the -- the information I think is the more -- the

 9      more I understand -- that I understand to be in

10      that table.  Those would ██████████████████ of        08:03:53

11      ██████████████  as opposed to a ████████████ , along

12      ██████████████████████ , which would be contained

13      in other tables.

14          Q.   Would -- how do you refer to the -- I

15      just want to use the right nomenclature.               08:04:18

16              How do you refer to this primary table of

17      apps that are associated with a particular -- the

18      ████████████  that we're talking about?  Is there a

19      name for that table?

20          A.   So the table I'm -- I'm referring to I        08:04:33

21      know as ███████████████

22          Q.   "████████

23          A.   ███████████████████████████

24          Q.   That is a Hive table, correct?

25          A.   ███████████████████████████              08:04:53
```

Page 928

```
 1        Q.   Does -- and do -- when you call it --          08:04:59

 2    when you talk about this table -- well, do you ever

 3    talk about this table in emails or in conversations

 4    with colleagues?

 5        A.   It -- it's possible that people have           08:05:14

 6    referred to this table in -- in emails, but...

 7        Q.   I don't mean -- I'm -- I'm not asking for

 8    a question where asking for memory.  I'm just

 9    asking if there's a -- just as the -- we talked

10    about something called the ███████, which is        08:05:28

11    actually a slighter longer name, is there a way

12    that you or your colleagues refer to the

13    █████████████  that is not that full name?

14        A.   Not that I can think of now.  Not that I

15    think of now.  When you're referring to a specific   08:05:48

16    table, typically you use the name of the table.

17        Q.   Does the █████████████  identify the

18    █████████  who have -- Facebook users that

19    ████████████?

20        A.   There are -- there are tables that I'm       08:06:08

21    aware of or that I recall exist that include

22    information about the ████████████████████

██    █████████████   So those -- those tables exist.

24        I -- I can't be 100 percent confident

25    whether or not that information is in the -- the     08:06:30
```

HIGHLY CONFIDENTIAL

```
 1   ████████████████████                        08:06:33

 2       Q.   Are you confident that it is in another

 3   table?

 4       A.   I'm confident that there are tables that

 5   ████████████████████████████████████ in     08:06:45

 6   various ways over time.

 7       Q.   Do you know -- are any of those not in

 8   the ███████████████?

 9       A.   █████████████████ in my

10   understanding, refers to a specific table with a   08:07:09

11   specific set of fields, and I -- I don't recall

12   today precisely the full set of fields that that --

13   that table contains.  So -- but I am aware of other

14   tables existing which include ██████████████████

     ██████████████████████                        08:07:32

16       Q.   And do you recall the names of any of

17   those other tables that contain information about

18   ████████████████████

19       A.   I don't recall the name of those -- those

20   tables precisely, no, but -- but there are -- I    08:07:43

21   recall having interacted with such tables in the

22   past.

23       Q.   Do you know if there exists something

24   like a pivot table that collects information

25   associated with a single app from different Hive   08:08:07
```

Page 930

```
 1   tables?                                              08:08:10

 2            MR. SCHWING:  Object to form.

 3            THE DEPONENT:  So Facebook's Hive

 4   infrastructure, data infrastructure, ████████

         ████████████            which ████████        ████████

         ████████  and -- and ████████████, either on

 7   an ████████████████████████████

         ████████████████████.

 9       Q.   (By Mr. Melamed)  Do you know whether

10   data scientists have you ever queried Hive tables    08:08:45

11   so that the information about apps inclusive of ████

12   ████████████████████  are in the

13   ████████████  are combined with information

14   about the ████████████?

15            MR. SCHWING:  Object to form.            08:09:09

16            THE DEPONENT:  Yes, I'm aware of tables

17   that exist that ████████████  from

18   ████████████████████████████

         ████████████

20       Q.   (By Mr. Melamed)  And what tables are you   08:09:27

21   aware of that combine that information?

22       A.   Again, I -- Facebook's ████████

         ████████████████████████████

         ████  I -- I don't recall the specific names of

25   those tables here and now.  So, you know, I'm        08:09:47
```

Page 931

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | afraid -- I'm aware of those tables existing and | 08:09:53 |
| 2 | have -- and having had existed in the past, but | |
| 3 | I -- I can't recall the specific names of those | |
| 4 | tables as we sit here today. | |
| 5 | Q.   If we were to ask you to go back and | 08:10:10 |
| 6 | identify those tables, would you be able to do so? | |
| 7 | A.   I'm -- I'm not a data scientist, and I'm | |
| 8 | today not working on the platform team directly.  I | |
| 9 | likely wouldn't have access to -- to the Facebook | |
| 10 | Hive tables themselves.  I would speak to a data | 08:10:29 |
| 11 | scientist on the platform team to understand what | |
| 12 | was -- what was available. | |
| 13 | Q.   Which data scientist would you speak to? | |
| 14 | A.   I would start with Mark Molaro. | |
| 15 | Q.   How many apps are on Facebook's platform | 08:10:57 |
| 16 | currently, about? | |
| 17 | A.   Can you -- I mean, I -- the answer to | |
| 18 | that question depends on a number of factors as to | |
| 19 | what it means to be an app on -- on Facebook's | |
| 20 | platform and whether or not it's active.  Today I | 08:11:19 |
| 21 | don't have the precise number of apps that are | |
| 22 | available on Facebook's platform. | |
| 23 | Q.   Is one of the pieces of information that | |
| 24 | is associated with an app in any Hive table whether | |
| 25 | the app is a first-party Facebook app or not? | 08:11:39 |

Page 932

```
 1              MR. SCHWING:  Object to form.                08:11:50

 2              THE DEPONENT:  My understanding is that

 3     ████████████████████████████████████████████

 █     ████████████████████████████████████.  I

 5     assume that information is stored somewhere in    08:12:05

 6     Hive, but I couldn't be sure.

 7         Q.  (By Mr. Melamed) Do you know the time

 8     period for which the method -- the information in

 9     the ███████████ is available?

10         A.  The █████████ goes back to 2012, in my    08:12:28

11     understanding.

12         Q.  Going back to Exhibit 426, which is the

13     excerpted ten rows.  I'm sorry; it's only nine rows

14     of the██████████.

15              Column C is the ███████           08:12:44

16              Do you see that?

17         A.  I do see that.

18         Q.  And that, as you described it before, is

19     the atomic element of the piece of code that is

20     used to ████████████████████████; is       08:12:54

21     that right?

22         A.  A method refers to a -- a ███████████

23     in ████████████████ that's used to create

 █     ███████████████████████

25         Q.  Okay.  So I asked you before whether     08:13:10
```

Page 933

```
 1    there was a mapping of API requests to a -- method        08:13:13

 2    calls.  Am I using the lingo correctly?  I don't

 3    mean to be confusing.

 4             MR. SCHWING:  Object to form.

 5             THE DEPONENT:  So going back to what I --         08:13:27

 6    I think I referred to earlier is when an API call

 7    is made, there is a system ████████████████

      ████████████████████████████████████  to

 9    create the ████████.  So that's -- that's

10    how -- that's how the system works.                       08:13:48

11        Q.   (By Mr. Melamed)  Is that system

12    something that could be produced in this case?  Is

13    that a -- is it a tool that Facebook maintains, or

14    is it a list, a table?

15             MR. SCHWING:  Outside the scope of the            08:14:00

16    deposition.  Object to form.

17             THE DEPONENT:  So the way in which an API

18    request is ████████████████████████

19    and it's my understanding ████████████  to

20    determine ██████████████████  in response to an        08:14:21

21    ██████████████

22        Q.   (By Mr. Melamed)  So there's no public

23    way to identify the API requests that are

24    associated with the methods that are in rows 2

25    through 10 in column C of Exhibit 426; is that           08:14:40
```

Page 934

1    accurate?                                                  08:14:44

2           MR. SCHWING:  Object to form.

3           THE DEPONENT:  There is -- you can read

4    some of these entries here and -- and understand

5    ███████████████████ would have been in order to --    08:14:55

6    to -- to ████████████

7       Q.  (By Mr. Melamed)  Okay.  That's helpful,

8    but it's not an answer to my question, which is --

9    if -- if plaintiffs in this case wanted an index

10   that provided API requests and cross-referenced        08:15:16

11   those API requests to the method so that we could

12   make use of the ███████████ is that something

13   that is -- that could -- is that even within the

14   realm of possibility as something that could be

15   produced?                                              08:15:35

16          MR. SCHWING:  It's outside the scope of

17   the deposition.  Object to form.

18          THE DEPONENT:  I -- I'm not sure I'm an

19   expert in what -- what can be produced or in what

20   form that would be appropriate.  If it would help     08:15:50

21   if, we could go through these and I could talk

22   through my understanding of how they ████████████

23   ████████ and if that would be useful, then that

24   might be help you interpret this information.

25      Q.  (By Mr. Melamed)  Thank you for the             08:16:07

                                              Page 935

```
1    offer.  Unfortunately, these are nine rows out of          08:16:07

2    many, many, many millions and were not selected as

3    the rows that were the methods -- based on the

4    methods.  They were just a selection of the first

5    nine rows of a particular document.                         08:16:21

6              So we'll have to -- that's something I

7    think we will have to discuss with counsel.

8              Row -- I'm sorry.  Column D has the

9    header "████

10             Can you tell me what "████ stands for?          08:16:39

11        A.   ██████████████████

12        Q.   And what does "████ mean in this

13   context?

14        A.   ████ in this context means the ████

15   ████████████████████████ to that                            08:16:54

16   ████████████████████ time

17   window described by the ██████.

18        Q.   So to take row 2 as an example, the first

19   four columns indicate that on -- in the ████

20   ████████████████████ an app -- an                          08:17:18

21   application with the ████████████ would --

22   made API requests corresponding to the ████

23   ████████████████████; is that

24   accurate?

25        A.   A caveat here is that my understanding of        08:17:46
```

Page 936



```
 1    the ████████ is that this what's known in           08:17:47

 2    ████████████████████████████████████

 █    ████████ and so it's -- it's a ████████

 4    ████████████████████████ but --

 5    but may not be ████████████. But it can be          08:18:06

 6    assumed to be as ████████████.

 7         Q.   Assumed to be ████████████ by whom?

 8         A.   In general, when -- my understanding is

 9    it's -- it's accurate to ████████████████████

10    ████████ at least, if not more.                     08:18:27

11         Q.   Do you know -- do you know what -- the

12    reason that it is not ████████████████ of

13    the value?

14         A.   My understanding that that's due to

15    ████████████████████ The ████████████████████       08:18:50

16    in -- ████████████████████████ is --

17    produces a result with -- that's ████████████

18    with ████████████████████.

19         Q.   And then column ████████████ Do you know

20    what the information reflected in that column        08:19:13

21    means?

22         A.   My understanding is this refers to the

23    ████████████████████████████████████

 █    ████████████ that were used to make the ████

 █    ████████████                                        08:19:32
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.    So for row 2, those 12 requests had a           08:19:33
 2   ████████████████████████ by that one app for the
 3   particular ████████████████████████████████████
 █   ██████ were made by a single -- on behalf of a
 5   single user; is that accurate?                             08:19:51
 6        A.    That's my understanding of what -- what
 7   column B means, yes.
 8        Q.    Okay.  If you look at Column E, row 9.
 9   There are other rows that have this information,
10   too, but just for -- for purposes of this                  08:20:05
11   discussion, row 9 has ███████████  And that app
12   in row 9 during the 24 hour time period on
13   ███████████████████████████████████████████████
 █   ██████████████████████████████ but did so on behalf
15   of ████████████                                            08:20:35
16          Do you see that?
17        A.    I do see that.
18        Q.    Do you know how that -- how it was ██████
19   ████████ how that many --
20          Let me rephrase the question.                       08:20:42
21          Do you know how an API request could be
22   made, let alone made ██████████ without the user
23   having requested it?
24        A.    There are --
25          Sorry.  Say that again, Austin.                     08:21:05
```

Page 938

```
1              MR. SCHWING:  Object to form.                08:21:07

2              You can go ahead and answer, Mr. Cross.

3              THE DEPONENT:  Apps have what's called an

4    ████████████████████ which does not refer to a

5    ███████████████████████████, and my                    08:21:16

6    understanding is that it's likely that those calls

7    were made with an ██████████████████████

8  █ ████████████  I can't 100 percent of that, because

9    I'd need to fully understand the lineage of the

10   data systems, but that's -- that's my understanding    08:21:36

11   of -- of how you would have API requests in here

12   without them being ascribed to a number of users.

13      Q.   (By Mr. Melamed)  And then column F --

14   and we can refer to return to row 2 for this -- is

15   the -- the header of column F is █████████████████      08:21:56

16          Do you know what that stands for?

17      A.   That -- that refers to █████████████████

18      Q.   And what does ██████████████ mean in

19   this context?

20      A.   My understanding is that refers to           08:22:12

21   whether or not ███████████████████████

22 █ ██████████████████████████████████ by the

23   ██████████████████████████████

24      Q.   What makes a █████████████████

25          Let me rephrase that.                          08:22:27
```

Page 939

```
 1            What does it mean in context of this      08:22:32

 2   spreadsheet to call a ███████████████████

 3       A.   My understanding is it means that the app

 4   ████████████████████████████████████████

     ███████████████████████████████████ a          08:22:49

 6   ████████████████████████████████

 7       Q.   Is it possible to return a response that

 8   does not provide information in response to a

 9   request?

10            Actually, let me -- do you understand      08:23:03

11   what I'm asking with that question?  I'm sorry.

12   This is --

13            MR. SCHWING:  The question is vague.

14            MR. MELAMED:  Yeah.  So --

15            MR. SCHWING:  If you do know what he       08:23:13

16   means, go ahead.  But I don't -- it seems to me

17   there was uncertainty.

18            MR. MELAMED:  I know what I intend to

19   mean.  I'm not sure I communicated it to you,

20   Simon -- or Mr. Cross.  I'm sorry.              08:23:22

21       Q.   (By Mr. Melamed) So if you're able to

22   answer, just state what you think -- the question

23   you think you're answering and I'll help to

24   clarify.

25            If you're not able to answer, I'm happy    08:23:31
```

Page 940

```
 1    to clarify.                                        08:23:33

 2              MR. SCHWING:  Yeah, I'm going to restate

 3    the objection that it's vague.

 4              THE DEPONENT:  What I think you mean is

 5    is it possible for the API to -- to return         08:23:52

 6    successful -- to -- for the API request to be

 7    considered successful but return no information?

 8    Is that -- is what you're asking?  If so --

 9         Q.   (By Mr. Melamed)  Yes.  Let's -- let's

10    say -- let's put a different example on here.      08:24:07

11              Let's say there was an API call made for

12    your friend's religious and political preferences,

13    and that API call was well formed, and so it

14    reflects in this method table in the counts and the

15    users.  And would that -- but you had not provided  08:24:27

16    access to that information to the app.

17              Would that return has -- be indicated in

18    the CNT successful as a successful query for that

19    information?

20              MR. SCHWING:  Vague.  Incomplete          08:24:46

21    hypothetical.

22              THE DEPONENT:  Yeah, again, the -- a full

23    answer here like -- might require some -- some --

24    some digging in exactly how these data pipelines

25    work.                                              08:25:07
```

Veritext Legal Solutions
866 299-5127

```
 1            So -- but -- but my understanding is that        08:25:07

 2    ███████████████████████████████ even if

 3    there was ██████████████ based on the

 4    ████████████████████████. As far as

 5    the API concerned, it was a ████████████ and it   08:25:28

 6    was ████████████████, but that response

 7    being ████████████████████████

 8  █ █████████████████████████████████████

 9    even in -- in the case of ███████████

10        Q.  (By Mr. Melamed)  Thank you.  That's      08:25:48

11    helpful.

12            Is there any other information other than

13    these columns reflected in the █████████

14        A.   My understanding is -- is this is

15    representative of what is stored in -- in the      08:26:03

16    █████████

17            MR. SCHWING:  We've been going about an

18    hour.

19            MR. MELAMED:  We can go off the record

20    and take a break.                                  08:26:17

21            THE VIDEOGRAPHER:  Okay.  We're off the

22    record.  It's 8:26 p.m.

23            (Recess taken.)

24            THE VIDEOGRAPHER:  We're back on the

25    record.  It's 8:50 p.m.                            08:50:30
```

```
 1        Q.   (By Mr. Melamed)  Mr. Cross, are you        08:50:32
 2   familiar with the capabilities tool?
 3        A.   I am familiar with the capabilities tool.
 4        Q.   What is the capabilities tool?
 5        A.   The capabilities tool is an internal tool  08:50:44
 6   available to Facebook employees which is used to
 7   manage capabilities and which apps have access to
 8   them.
 9        Q.   What does it mean to have access to a
10   capability?                                          08:51:05
11        A.   Excuse me.  It means that when an ████
12   a specific -- which represents a ████████
     ████████ has been granted a capability, then
14   that ████████████████
     ████████ which depends on the capability that's    08:51:29
16   being granted.
17        Q.   Is it accurate to say that the capability
18   is something that is not generally available to all
19   platform apps?
20        A.   Typically capabilities refer to behavior   08:51:46
21   which would not ████████████ -- to a
22   Facebook application.
23        Q.   Now, are there circumstances where -- let
24   me withdraw and try of think of another way of
25   saying it.                                           08:52:10
```

Page 943

```
 1              And are you familiar with the          08:52:16

 2    capabilities tool as it used at Facebook?

 3         A.   I am familiar with the capabilities tool

 4    and how it's used at Facebook.

 5         Q.   When was the capabilities tool instituted   08:52:28

 6    as -- as such?

 7              Sorry for the poorly phrased question.

 8    Let me restate that.

 9              When did Facebook start using the

10    capabilities tool?                                 08:52:41

11         A.   My understanding is the capabilities tool

12    ████████████████████████████████████████████████

13    or certainly  ███████████

14         Q.   Did Facebook have any way of tracking

15    capabilities prior to the time period when the    08:52:57

16    capability tool was used?

17         A.   Before the capability tool existed, there

18    was another tool which managed some API whitelists,

19    and that was used to ████████████████████████████

██    ████████████████████████████████                  08:53:30

21         Q.   And what the name of that tool?

22         A.   My understanding is that tool was called

23    Pearly Gates.

24         Q.   P-E-A-R-L-Y Gates?

25         A.   P-E-A-R-L-Y, Gates, G-A-T-E-S.           08:53:46
```

Page 944

```
 1        Q.   Do you know if Facebook still has the          08:53:51

 2   records that were reflected in Pearly Gates or has

 3   the tool?

 4        A.   My understanding is that that tool was

 5   replaced by the capability tool.  I'm -- I'm not          08:54:04

 6   aware as -- whether or not Facebook retains records

 7   from -- from that previous tool.

 8             (Exhibit 427 was marked for

 9   identification by the court reporter and is

10   attached hereto.)                                         08:54:14

11             MR. MELAMED:  So I've marked what's

12   been -- or I've introduced what's been marked as

13   Exhibit 427.  You're going to see that the

14   Exhibit Share is unable to preview the file, and

15   I'm happy to share my screen to show it.                  08:54:30

16        Q.   (By Mr. Melamed)  It is Facebook -- I'm

17   sorry.  The Bates number is FB-CA-MDL-02936298.tsv.

18   I'll note that the version you're looking at on my

19   screen says "(2)" because I had downloaded it

20   earlier, and I'll state for the record that I             08:55:00

21   haven't made any changes to this other than to wrap

22   text and expand the columns so that we can see

23   them.

24             I'll also state for the record that this,

25   like the ███████  spreadsheet we were looking at          08:55:17
```

HIGHLY CONFIDENTIAL

```
 1    before, is an excerpt of a much larger document, so      08:55:19

 2    this is only ten rows, so the column header and

 3    then nine entries.  And I just want to do something

 4    similar to what we just did with the ███████████

 5          MR. SCHWING:  And, Matt, just so I'm             08:55:33

 6    clear -- I appreciate that description.  So this

 7    is -- there was a larger spreadsheet, and this is

 8    just the first ten rows of that spreadsheet?  You

 9    didn't change the ordering?

10          THE DEPONENT:  Correct.  I -- that is my         08:55:46

11    understanding.  I'm sorry if we did, but I did not

12    intend to change any ordering.  It's intended to

13    just reflect --

14          MR. SCHWING:  Okay.

15          MR. MELAMED:  -- these -- the column             08:55:57

16    header and then nine -- I think the first nine

17    rows.

18       Q.   (By Mr. Melamed)  Mr. Cross, have you

19    seen -- are you familiar with the content reflected

20    in this excerpt?                                       08:56:09

21       A.   I -- it looks similar to something I've

22    reviewed previously.  I'm familiar -- I'm familiar

23    with -- with the content, I think, yes.

24       Q.   So counsel has previously identified this

25    to us as the log table from the capabilities tool.    08:56:40
```

Page 946

```
 1    Does -- have you heard the phrase "log table" as --      08:56:44

 2    in this context, in the context of the capabilities

 3    tool?

 4         A.   Yes, I've heard the phrase "log table" in

 5    the context of the capabilities tool.                     08:56:52

 6         Q.   And what is the log table?

 7         A.   My understanding is that the log table

 8    ██████████████████████████████████████████ to the

 9    capability tool or to the information within the

10    capabilities tool over time.                              08:57:13

11         Q.   Are those ████████████ capabilities

12    themselves?

13         A.   So it would -- depends on what you mean

14    by "to the capabilities."  Can you be more

15    specific?                                                 08:57:33

16         Q.   Let me rephrase the question.

17              What are ██████████ that are reflected

18    in this tool?

19         A.   So my understanding is there's a --

20    there's a ██████████████ that are reflected in            08:57:48

21    this table, including ████████████████████

      ████████████████████████████ whether or not that

23    capability -- a given capability is ██████████████

      ████████████████████ whether or not an app ██████████

      ████████████████████████, and ████████████████████      08:58:14
```

```
 1    about capabilities as stored in the capability        08:58:19

 2    tool.

 3         Q.   If you look at column A, you see it is --

 4    has the header "████

 5         A.   Yeah.                                        08:58:31

 6         Q.   Do you know what that ██████ pertains

 7    to?  What is it identifying?

 8         A.   My understanding is that -- sorry.  My

 9    understanding is that refers to the ████████

██      ████████ the capability log table.                  08:58:45

11         Q.   And what -- do you know what that █ is

12    associated with?

13         A.   My understanding --

14         Q.   It -- go ahead.  I'm sorry.

15         A.   My understanding is it's just the ██████   ████████

██      ████████  Every time a ██████████

17    added, a ████████████

18         Q.   And when you say "a ██████████," are

19    you referring to a log entry in this table?

20              MR. MELAMED:  Mr. Garrie, your audio is     08:59:21

21    on.

22              If that happens again, we can go off the

23    record really quickly.

24         Q.   (By Mr. Melamed)  Is the █ something

25    that is ascribed to -- is there a ████████ ascribed   08:59:45
```

Page 948

HIGHLY CONFIDENTIAL

```
 1    to each ███████████████?                          08:59:49

 2         A.   My understanding is every entry added to

 3    the log is given to a ████████ that uniquely

 4    represents that change event.

 5         Q.   And the ███ -- your understanding is the  09:00:05

 6    ███ is not ████████████████████████ is that

 7    correct?

 8         A.   That's correct.  My understanding is ███

 9    refers to a -- to an █████████████.

10         Q.   So just to make sure I understand, if we  09:00:21

11    had the entirety of the log here and it was however

12    many rows, there should be that many ██████████,

13    i.e., one for each row?

14         A.   That's my understanding of -- of what ███

15    mean in this context, yes.                          09:00:38

16         Q.   Okay.  And what does app -- if you look

17    at column B, it says ████████████

18              Do you know what that means in the

19    context?

20         A.   My understanding is that that means where 09:00:50

21    the ████████████████ is -- is specific █████

██    ████ in some way, then the ████████ will be reflected

23    in that column.

24         Q.   And what do you mean by "███████████████

██         ████████████████? 09:01:02
```

Page 949

HIGHLY CONFIDENTIAL

```
 1        A.   So, for example, there are entries in        09:01:02

 2   here which relate to a ███████████████████

     ███████.   That would be a row representing the

 4   ███████████████████   That would not

 5   be a ███████████████████                             09:01:22

 6   therefore, the ███████████████   would not be

 7   provided.

 8            An alternative example is when a

 9   capability is ███████████████████   from an

10   app.  That would be a ███████████, as I understand   09:01:42

11   it, that would be ███████████████   and

12   therefore the ███████   would be in that column for

13   that entry.

14        Q.   So if the capability was ███████████

     ███████████████   it should be reflected in           09:01:55

16   column B; is that accurate?

17        A.   That -- that -- the -- it's hard to

18   answer that question specifically.  There were ways

19   that, in the past, ███████████████████

     ███████████, which would contain a number of          09:02:26

21   applications, and in those cases it's likely that

22   what would be logged is the fact that the

23   ███████████████████████   and

24   not necessarily to -- ███████████████████

     ███████████                                           09:02:45
```

Page 950



```
 1        Q.   Would -- do you know if ████ would ever          09:02:49

 2   be indicated as applying to more than ████████

 3   For instance, could there be an entry in the ████████

 4   column had ████████ in it if a log change affected

 5   those ████████                                              09:03:05

 6        A.   My understanding is that the log would

 7   only -- that column would only ever include ████████

 ▮   ████

 9        Q.   Column C says ████████

10        Do you see that?                                       09:03:22

11   A.   I do see that.

12        Q.   Do you know what those ████████

13   A.   Those █████████████████████████

14   depending on the action that the row represents.

15   So the -- the notes are ███████████████████ --             09:03:37

16   █████████████████ of -- of ████████ that

17   was █████████████████

18        Q.   And who, as a general matter, by the

19   group of people, not the individuals, but who was

20   responsible for ████████████████                           09:04:02

21   A.   My understanding is that the ████████

22   ████████████████████████████ when a ████████

23   ████████   Therefore, the █████████████████

24   ████████████ for the capability tool are responsible

25   ████████████████████████                                   09:04:21
```

Page 951

HIGHLY CONFIDENTIAL



```
 1      Q.   The ███████████████████ is                09:04:25

 2   ██████████████████

 █        ██   ███████████ my understanding.  The -- the

 4   █████████████████████████████ based on the

 5   information and ██████████████████ to the           09:04:40

 6   capability tool at the time.

 7      Q.   And column D says ███████████

 8        Do you know what that is?

 9      A.   ██████████ refers to the ███████████

██   ██████████████                                      09:04:57

11      Q.   And column E is ███████████

12        Do you know what the ███████████ means?

13      A.   Yes.  The capability tool at one time had

14   the █████████████████████████████ to

15   be stored, so this would allow a ███████████        09:05:28

16   ████████████████████ -- a set -- sorry --

17   a███████████████████████ to a ███████

18   ███████████ via the group.

19      Q.   You said, "at one time."  Are ██████████

██   ██████████████████ no longer -- let me             09:05:54

21   rephrase.

22        Does Facebook continue to ███████

23   ███████████ together like this?

24      A.   My understanding is that the tool has

25   moved to ████████████████████████ to            09:06:08
```

Page 952

HIGHLY CONFIDENTIAL

```
 1   ██████████████████████████████ to              09:06:12

 2   capability.

 3         Q.   Do you know when that change was made?

 4         A.   I don't know specifically when that

 5   change was made.  It's likely that that was a -- a   09:06:26

 6   changeover period of time as the migration took

 7   place.  I think it was in the last like two or

 8   three years or so.

 9         Q.   So I'm sorry.  Just to be clear, that

10   ████████████████████████ or from where           09:06:47

11   ████████████████ were possible to an

12   ██████████████████████████ to a

13   ██████████ happened over the last few years; is

14   that right?

15         A.   I'm not sure how long it took to         09:07:07

16   transition from having ████████████ via

17   ████████████████████.  I'm not sure how

18   long the transition period took.  My understanding

19   is that that transition took place sometime in the

20   last two or three years.                            09:07:22

21         Q.   So do you know the reason that Facebook

22   initiated that transition?

23         A.   My understanding is it was much simpler

24   to ████████████████████ to which

25   ████████████████████████                          09:07:41
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.   So it was more difficult to understand      09:07:50

 2   which ▮▮▮▮▮▮▮▮▮▮  to  ▮▮▮▮▮▮▮▮▮▮▮▮  when

 3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; is that

 4   correct?

 5        A.   The --                                      09:08:03

 6             MR. MELAMED:  Sorry.

 7             MR. SCHWING:  Object to form.

 8             But go ahead, if you can answer.

 9             THE DEPONENT:  My understanding is that

10   by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, additional                         09:08:14

11   processing is required to -- t▮▮▮▮▮▮▮▮▮▮

▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at a given time.

13        Q.   (By Mr. Melamed)  When ▮▮▮▮▮▮▮▮▮▮

▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮ was it possible to

15   ▮▮▮▮▮▮▮▮ that had access to each                       09:08:34

16   ▮▮▮▮▮▮▮?

17        A.   Yes, at -- at -- exactly how that's

18   represented in the logs, yes.  In order for

19   capabilities to function, it was possible for --

20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ had                                   09:09:00

21   access to a▮▮▮▮▮▮▮▮.

22        Q.   Was it possible for employees at Facebook

23   to ▮▮▮▮▮▮▮▮ had access to which

24   ▮▮▮▮▮▮▮▮▮▮▮ during the time when

25   ▮▮▮▮▮▮▮▮▮▮▮▮                                            09:09:19
```

Page 954

HIGHLY CONFIDENTIAL

```
 1        A.   Yes.  The capability tool would have        09:09:25

 2    allowed employees to ███████████████████ an app

 3    had and ████████████████████████████████ or

 4    ████████████.

 5        Q.   And that is not -- that information is       09:09:37

 6    not reflected in this table; is that correct?

 7             MR. SCHWING:  Object to form.

 8             THE DEPONENT:  This table represents

 9    ████████████████████ to the capability tool at --

10    at a given time.  And so it would indicate when      09:09:54

11    changes were made to ███████████████████████

12    ██████████████████████████.

13        Q.   (By Mr. Melamed)  If you wanted to

14    understand which capabilities an app had access to

15    during the -- for the whole duration of time that    09:10:26

16    the capabilities tool was in use, would you use

17    this spreadsheet?

18        A.   My understanding is that███████████████

19    ██████████████████████████████████ had

20    ██████████████████████ at any -- at any given        09:10:48

21    time.

22        Q.   And column F has the header

23    ████████████.

24             Mr. Cross, do you see that column F has

25    the header ██████████████                            09:11:14
```

Page 955

HIGHLY CONFIDENTIAL

```
 1        A.   Yes, I do.                              09:11:17

 2        Q.   And then there are what looks like

 3   numeric entries in the cells under column F,

 4   correct?

 5        A.   That's correct.                         09:11:30

 6        Q.   What do those numbers represents?

 7        A.   My understanding is that those refer to

 8   ███████████████████████████ who initiated the

 9   change in the log.

10        Q.   Does Facebook maintain a separate table 09:11:53

11   that identifies the ██████████ associated with

12   the employee name?

13        A.   Facebook would have a way of knowing for

14   a given ██████████ who that referred to.

15        Q.   Do you see column G is ████████?  I'm   09:12:25

16   going to scroll over just a few so you can see the

17   remainder for context.

18             Do you see column G has ██████████ -- as

19   having ██████████

20        A.   I do see that.                          09:12:35

21        Q.   What is the information reflected in

22   column G in the ██████████

23        A.   My understanding is that this refers to

24   ██████████████, so ██████████████ that the action

25   reflected in the log took place.                  09:12:55
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1        Q.   Do you see anything in this log -- and      09:13:02
 2   I'm happy to scroll back; just ask me to do so --
 3   that reflects the date on which any of these
 4   actions took place?
 5        A.   ████████████████████████████.              09:13:13
 6        Q.   Okay.  Can you explain how -- let's look
 7   at row 2.  I just don't understand.
 8             What ██████████████████████████
     █   ████████████
10        A.   So that's -- my understanding is that's    09:13:32
11   an Excel date and time for my team bug.  If you
12   look at the raw value of the cell, further up,
13   you'll see the "un-Excelified" version.
14        Q.   You're looking in the -- where I've just
15   highlighted in the -- in the field next to the     09:13:50
16   function?
17        A.   That's correct.
18        Q.   So the ███████████████████████████
     █   ████████████████████.  That's -- all I've done is
20   highlighted this cell.                              09:14:13
21        A.   Sorry.  Yes.  My understanding is that
22   that refers to ██████████████████████████████████
     █   ███████████████████
24        Q.   Column H has the header "████████████████
25             Do you see that?                           09:14:33
```

                                                     Page 957

HIGHLY CONFIDENTIAL

```
1        A.   I do.                                          09:14:34

2        Q.   What does ██████████ reflect?

3        A.   My understanding is that there's a ████████

         ███████████████████ each of which is identified by

5    an ████████████, and that refers to the               09:14:50

6    ████████████████████████████████████████ at

7    this time.

8        Q.   Do you know how many ████████████ there

9    are?

10       A.   I think there's ████████████.  In other      09:15:11

11   words -- I assume there was ████████████  I don't

12   know the full -- the full number, I'm afraid, of

13   exactly of -- exactly which action types consist.

14       Q.   Do you know if the numbering of ████████

     ████████ is sequential?                               09:15:32

16       A.   My understanding of it that it is

17   enumerated, but there may be missing -- missing

18   ████████████ where the engineer created one but

19   didn't go on to subsequently use it, for example.

20            MR. MELAMED:  I'll state for the record       09:16:03

21   that counsel has given us at least a partial list

22   of ████████████ so I'll just -- we'll go back if

23   we need to.

24       Q.   (By Mr. Melamed)  Column I -- I'm

25   sorry -- is the task ID.  ████████████                 09:16:16
```

Page 958

```
 1              Can you tell me what "task_ID" stands        09:16:22

 2     for?

 3          A.   "████████ refers to the ████████ for a

 4     ███████████████████████████████████t system.

 5          Q.   If you wanted to look up a ████ based on      09:16:39

 6     a ██████████████████████, could you do

 7     so?

 8          A.   I could attempt to do so, but whether or

 9     not I would be able to see the contents of the ████

10     would depend on internal privacy and accessible      09:16:53

11     rules.

12          Q.   Are all of the ████████████████████

13     system retained?

14          A.   I don't know for certain whether or not

15     they are retained forever, no.                       09:17:10

16          Q.   Do you know whether all of the ████ that

17     are reflected in this worksheet, which is the log

18     table and the capabilities tool, have been

19     retained?

20          A.   Again, I'm not aware of the specific data   09:17:33

21     retention mechanisms for ██████████ -- a███████

██     ██████████████████████

23          Q.   Are you familiar with how to search in

24     the ██████ I'm sorry -- █████████████

25          A.   I am familiar of how to look up ████████    09:17:53
```

                                                       Page 959

HIGHLY CONFIDENTIAL

```
 1    ███████████                                    09:17:57

 2        Q.   Can you look up more than ████████ a

 3    time?  For instance, can you enter a ████████████

 4    ███ and query to see whether each of those exist at

 5    the same time?                                  09:18:11

 6            MR. SCHWING:  Object to form.

 7            THE DEPONENT:  The ████████ has a -- has

 8    a way of searching by several dimensions.  I think

 9    it's possible to search for ████████████ at

10    the same time, but the -- the precise number of    09:18:28

11    task IDs that that search system would accept is --

12    is not something I'm aware of.

13        Q.   (By Mr. Melamed)  Column J is the

14    █████████████████████

15            Can you tell me what that header        09:18:51

16    references?

17        A.   So today Facebook has a process called

18    ████████ which exists to ████████████████████

19    and ████████████████ and who --████████████

20    ████████████████████████                        09:19:15

21            My understanding is that that column

22    reaches an ████████████████████

23        Q.   What information is reflect in the ██████

24   ███  ████████████████ that is not reflected in the

25    capabilities tool, if anything?                 09:19:41
```

1        A.   So the capabilities tool exists today to          09:19:46

2    ██████████████████████████████████████████████████

3    ████████████   The ████████████████████   to govern

4    the process by which capabilities are ████████████

5    ████████████, and the tool would therefore reflect          09:20:07

6    the -- the information as to ████████████████

7    ███████████████████████████████   to a specific

8    application.

9        Q.   What form does the ████████████   exist in?

10       A.   My understanding is that the ████████          09:20:34

11   ████████   uses an internal tool called

12   Launch Manager.

13       Q.   Do you know when Launch Manager first

14   started being used?

15       A.   Sorry.  Launch Manager started being used          09:21:01

16   in -- in which context?

17       Q.   Let -- let me back up and ask a predicate

18   question.

19            Is Launch -- is Launch Manager used for

20   anything other than the process by which          09:21:17

21   capabilities are granted to application and

22   information as to why a capability existed or was

23   granted for a particular application?

24       A.   The Launch Manager tool is used

25   internally at Facebook to operationalize the          09:21:40

Page 961

HIGHLY CONFIDENTIAL

```
 1    companywide ███████████████           09:21:42

 2         Q.   The Launch Manager tool is used for more

 3    than -- is the -- is reflected in this log; is that

 4    right?

 5         A.   The Launch Manager tool is -- is used in   09:22:05

 6    internally to manage Facebook's -- the companywide

 7    ████████████████ and then it's also used to

 8    manage the ███████████████

 9         Q.   In what form does that tool exist?  Is it

10    a database that is accessed by internal employees    09:22:27

11    or spreadsheets?  Something else?

12         A.   It's -- it's a website that's available

13    to Facebook employees.

14         Q.   And is it backed up by a database?  Is it

15    a website interface to a database?                   09:22:43

16         A.   I'm not an expert in how the -- the tool

17    is structured, but from -- from my experience in

18    these matters, the -- yes, the -- the -- the

19    website would be a front-end onto some form of

20    database.                                            09:23:02

21         Q.   Do you know whether reports can be

22    generated from the website?

23         A.   I don't know exactly what is -- what is

24    possible to be generated by the -- the

25    Launch Manager tool.  It's likely the view that I    09:23:24
```

Veritext Legal Solutions
866 299-5127

```
 1    have as -- as a product manager differs from the          09:23:27

 2    views that other employees have.

 3         Q.   How long has the Launch Manager been used

 4    at Facebook?

 5         A.   I'm not -- the Launch Manager tool is --         09:23:47

 6    is something that's existed for several years.  I'm

 7    not confident in the -- in the -- in the date from

 8    which it first started being used internally, but

 9    it's been a tool that's been in use for several

10    years.                                                     09:24:03

11         Q.   Is it a tool that is still in use?

12         A.   Yes, the Launch Manager tool is -- is

13    still in use.

14         Q.   You see column K identifies the

15    ████████████████████████                                   09:24:25

16         A.   I see that.

17         Q.   Do you know what information was

18    reflected when that column was filled in?

19         A.   I'm not actually sure what that column

20    exists to -- to track, I'm afraid.                         09:24:44

21         Q.   The -- so the information counsel

22    provided to us, that field is described as saying

23    ███████████████████████████████████████████

██   ██████████████████████████████████████

██   ███████████                                                09:25:08
```

Page 963

```
 1            Do you have any reason to doubt that        09:25:09

 2    description of what's contained in this -- of what

 3    would be contained in this column if it were

 4    recorded?

 5        A.   I have no reason to doubt to -- to doubt   09:25:19

 6    that description.

 7        Q.   The description says it's ██████████████

      ████████████████████████████████  And I'm

 9    excerpting there.

10            But do you know what is meant by            09:25:34

11    ████████████████████████ that context?

12        A.   I'm not entirely sure exactly what --

13    what it means by ██████████████████  in this

14    context.

15            (Exhibit 428 was marked for                 09:25:48

16    identification by the court reporter and is

17    attached hereto.)

18            MR. MELAMED:   I have introduced what's

19    been marked as Exhibit 428.   This one you should be

20    able to open in your Exhibit Share, but I will      09:26:45

21    share my screen in a second.

22            While you're pulling it up, Exhibit 428

23    is, again, an excerpt of this spreadsheet provided

24    by Facebook at FB-CA-MDL-02936296.

25        Q.   (By Mr. Melamed)  And we went through the  09:27:17
```

Page 964

```
 1    same process here.  It's not a -- you know, it's a        09:27:18

 2    fairly random selection of the first several rows

 3    just so we can discuss the information that's

 4    provided on this spreadsheet.

 5              And for ease of legibility, I'm going to          09:27:29

 6    stretch the columns out a little bit and share my

 7    screen.

 8              While I'm doing this, have -- are you

 9    familiar with this document, Mr. Cross?

10        A.   I am familiar with this document.                 09:27:47

11        Q.   And you reviewed this in preparation for

12    testifying today?

13        A.   I did.

14        Q.   What does this document reflect?  What is

15    your understanding of the information that this            09:27:59

16    document reflects?

17        A.   My understanding is that this document

18    reflects when -- an ██████████ and the

19    capability and when the ██████████████████

20    ██████ to that capability and when the app ██████         09:28:21

21    ██████████ that capability.

22        Q.   And do you know if this is a historical

23    record?

24              MR. SCHWING:  Object to form.

25        Q.   (By Mr. Melamed)  I can clarify if you            09:28:44
```

Page 965

HIGHLY CONFIDENTIAL

```
 1    need me to.                              09:28:45

 2           What I'm asking is do you know if this

 3    reflect the -- the -- when apps were ████

 4    ████████   and when they ████████  from

 5    the onset of the time the capabilities tool was    09:29:00

 6    used?

 7        A.   Sorry.  Excuse me.

 8           My -- my understanding is that this

 9    reflects when an app ████████████

10    ████████    the capabilities tool and when the    09:29:23

11    ████████████████   by the

12    capability tool.

13        Q.   And it's your understanding that it

14    includes that information from -- for the entirety

15    of the time the capabilities tool was in use?    09:29:39

16        A.   This -- this excerpt I'm seeing doesn't,

17    but the -- the original document -- I don't want

18    to -- determine what it was -- exactly how it was

19    produced and what the limits of that -- of that --

20    of that file are.  That would depend on when it was    09:30:08

21    produced, you see, and what data was available at

22    the time it was produced.

23        Q.   I can tell you I understand why you're

24    saying that.  I don't mean to be tricking you here.

25           I can tell you it was produced several    09:30:26
```

Page 966

```
 1    months ago.  I can't -- I'm not sure of the exact        09:30:30

 2    date, but I believe it was in April of this year,

 3    and that the -- the term -- that the file itself

 4    was voluminous, so large that it made it either

 5    impossible or wholly impracticable to open on          09:30:44

 6    the -- on an individual's computer.

 7            I don't know if that helps clarify your

 8    answer, but I -- I -- if it does, please let me

 9    know.  If not, you know, I'm happy to ask that

10    question after you had to time to review the           09:31:01

11    document as it was produced.

12        A.   My assumption is if it's a large document

13    that it -- that it would be -- it would go back

14    in -- in time a long way, but exactly whether or

15    not that captures the -- the -- the full extent of     09:31:25

16    the capability tool being in use, it likely depends

17    on when the -- the logging for the capability tool

18    was -- was added.

19        Q.   So let's go through the same exercise

20    with this spreadsheet.                                 09:31:45

21            There are -- it looks like columns A

22    through K in this spreadsheet.  And, again, this is

23    an excerpt of the column header and the first nine

24    rows below that column header.

25            Column A is tabled "█████                      09:32:01
```

Page 967

```
 1              Do you know what "ID" means in this          09:32:03

 2   context?

 3       A.   My understanding is that that refers to

 4   a -- an ███████████████████████████████

 5       Q.   And the next -- each of these -- I'm          09:32:27

 6   sorry.  For instance, row 2, 145330, would reflect

 7   an ████████████████████████████████ I could

 8   go to that████████████████████████ and --

 9   and be taken to a row; is that correct?

10       A.   That's -- that's my understanding.           09:32:48

11       Q.   Before we go on, is this the way that --

12   is this the -- what Facebook employees see when

13   they use the capability -- capabilities tool

14   internally?

15       A.   No.  When Facebook employees use the         09:33:09

16   capability tool, they're using a website

17   internally, which displays information.

18       Q.   So they're not seeing -- seeing Excel

19   spreadsheets of the information; is that -- they

20   see something different?                              09:33:29

21       A.   When employees are using the capability

22   tool, they're -- they're -- they're generally using

23   a website which includes a bunch of information,

24   sometimes in tabular form, sometimes in other form.

25   Typically the employees would -- wouldn't use an     09:33:47
```

Page 968

HIGHLY CONFIDENTIAL

```
 1    Excel spreadsheet.                              09:33:50

 2         Q.   For column B, it's ████ and then it's

 3    a ██████████

 4              Do you know what that ██████████

 5    reflects?                                        09:34:08

 6         A.   That █████████ refers to an ███████

 7    ████████████████████

 8         Q.   What does the ████████████████

 9    ███████ refer to -- what kind of information is

10    that ███████                                     09:34:30

11         A.   I don't have access to -- to -- to

12    exactly what that information is due to Facebook's

13    internal privacy rules.

14         Q.   Do you know the type of information it

15    would be identifying?                            09:34:43

16         A.   I'm not sure of the type of information

17    that's been identified.  Potentially maybe an

18    explanation of that has already been provided as --

19    as part of the Facebook's responses.

20         Q.   Column has ██████████                  09:35:15

21              Do you know what the information is in

22    ████████

23         A.   Yes.  That refers to the ██████ or

24    ████████████████████████████ We

25    previously talked about this earlier in the      09:35:33
```

Page 969

HIGHLY CONFIDENTIAL

```
 1    deposition.                                          09:35:35

 2         Q.   And column D reflects ██████████████

 3              Do you know what that information is?

 4         A.   That refers to an ██ which represents a

 5    ████████████ within the capability tool.            09:35:52

 6         Q.   And column E is ████████████    It's

 7    a ████████████

 8              Do you know what the ███████████ is?

 9         A.   That will be the ███████████

██    ██████████ as referenced in Facebook's Graph        09:36:16

11    database.

12              I'm sorry.  Let -- let me clarify that.

13    I'll use different terms.

14              "████ is -- we talked about this earlier

15    in terms of ████████████                             09:36:33

16              When you see "█████ that refers to an ██

██    ████████████████████████                            

18         Q.   Is there any relationship between the

19    information in the capability_ID and the

20    capability_FBID?                                     09:36:54

21         A.   My understanding is that one is the ██

22    of -- of the ███████████ and the

23    other is the ███████████ as stored in the

24    capability tool.  For a given capability, those two

25    values should be the same.                           09:37:13
```

Page 970

```
 1          Sorry.  Not the same value.  For a given      09:37:16
 2    capability, they will always have the same
 3    ██████████████ and always have the same ███████████
 █    ████████
 5          Q.   There should be a one-to-one correlation  09:37:29
 6    where each ████████████ has ███████████████████
 7    and each is associated only with that other
 8    specific corollary; is that correct?
 9          A.   That's my understanding of how those two
10    fields work, yes.                                    09:37:45
11          Q.   Column F is ██████████████████and then
12    it's a ████████████
13          Do you know what ████████████████ is?
14          A.   My understanding is that that refers to
15    an ID in the capability tool log.  That -- that      09:38:04
16    refers to when the capability was granted to the
17    application.
18          Q.   That ████████████████████ It is
19    associated with an ████████████████ that
20                                                         09:38:33
21          A.   That number, as I understand it,
22    indicates a -- a ████████████████ , and that row
23    may contain██████████████████
24          Q.   I'm just trying to understand your
25    testimony about what this column -- the information  09:38:54
```

Page 971



```
 1    in this column.                                      09:38:57

 2            You said it refers to when the capability

 3    ███████████████████████████ and -- and by

 4    ██████  do you mean the -- ██████████████  the

 5    ██████████████████████  the application?           09:39:10

 6       A.   Sorry.  Let me -- let me reframe.

 7            My understanding is that ██████ refers to

 8    a ███████████████  in the ████████████████████

 █    ██████████████  that -- that will contain

10    information about the -- that will refer to a ████      ████████

██    ██████████████████████████  the capability was

12    ████████████████████████

13       Q.   It's a cross-reference to another source

14    that ██████████████████████████████████

██    ██████████████                                     09:39:55

16       A.   That's my understanding.  It's a

17    ████████████████████████████

18       Q.   Column G is ████████████  and it appears

19    to include a ██████████████

20            Do you know what ███████████████████      ████████████

██    ███████████████████  reflect?

22       A.   My understanding is that it means the

23    ████████████████████████████████  to

24    the application.

25       Q.   Is that information any different than      09:40:26
```

```
 1    the information that is cross-referenced by the        09:40:29

 2    number in column F?

 3        A.   I can't say for certain without knowing

 4    the query which produced this table.  My

 5    understanding, though, is that that represents the     09:40:46

 6    ███████████████████████████████████████████

 7    to the application.

 8        Q.   You referenced the query that created

 9    this table.  Do you know if this table was created

10    for purposes of production in this case?             09:40:59

11        A.   I'm not -- I don't know how this table

12    was -- was created and under what -- what

13    circumstances.

14        Q.   And I know you don't have the full table

15    in front of you, but is it your understanding that    09:41:28

16    the full -- so file at 02936296 contains all of the

17    information that is in the capabilities grants

18    table?

19            MR. SCHWING:  Object to form.

20            THE DEPONENT:  Sorry.  What do you mean        09:41:56

21    by "the ███████████████████

22        Q.   (By Mr. Melamed)  Thank you.  That's a --

23    that's a good clarifying question.

24            Counsel has reflected in communications

25    to plaintiffs that this file is the ███████████        09:42:07
```

Page 973

HIGHLY CONFIDENTIAL

```
 1      ████████████.                               09:42:09

 2              Is that -- do you understand this to

 3      reflect a different -- to reflect a different type

 4      of information?

 5              MR. SCHWING:  Object to form.            09:42:25

 6              THE DEPONENT:  So my understanding is

 7      that this -- this table reflects the ██████████

 8      ████████████████████████ -- to

 9      ████████████████.

10      Q.   (By Mr. Melamed)  Is it your               09:42:49

11      understanding that -- or let me withdraw that.

12              Do you have any understanding whether the

13      full Excel spreadsheet that was produced to

14      plaintiffs reflects all ██████████████ and

15      ████████████████████████████████      09:43:04

16      that exist within the capabilities tool?

17      A.   My understanding is that -- is that that

18      table contains the -- the full list of -- of

19      ████████████████ as stored in the capabilities

20      tool.                                            09:43:26

21      Q.   Heading to columns -- columns H is N --

22      the header on the column is ████████████and it

23      has a ██████████████

24              Do you know what that ████████████

25      reflects?                                        09:43:47
```

```
 1        A.   My understanding is it's similar to the        09:43:52

 2 ████████████ and it refers to a ████████

 3 ████████████████ is indicative of the

 4 ████████████████████ from the application.

 5        Q.   And column I is ████████████ and the        09:44:13

 6 entries appear to be a -- ████████████████

 7             Do you understand what that ████████████

 8 reflects?

 9        A.   I understand that that ████████████

10 reflects the -- the -- the ████████████ as when        09:44:29

11 the ████████████████ from the given

12 application.

13        Q.   And so if there is ████████████████ and

14 ████████████ such as in row 4, does that

15 indicate that the capability is ████████████████        09:44:52

16 that application?

17        A.   My understanding is that that means that

18 there is ████████████████ as to that app ████████

19 ████████████████████ -- sorry -- that there is

20 ████████████████ as to if the capability ████████        ████████

21 ████████████████████████ and therefore

22 ████████████████████████████ to

23 the capability at the time the data was pulled.

24        Q.   Column J has the header ████████████████

25 and -- well, where there is an entry, it reflects        09:45:37
```

Page 975

1    what appears to be a ████████████████                     09:45:44

2         Do you know what ████████████ means in

3    this context, what information is reflected in the

4    ████████████ in the column?

5    A.   My understanding is that today when             09:46:00

6    ██████████████████████ to applications, they by

7    default ████████████████████████████

8    ████████ and this would indicate █████████████████

9    ████████████████████████ from the application

10   unless some action is taken.                         09:46:25

11        Q.   If there is a blank entry -- so, for

12   instance, in row 4 -- does that indicate that there

13   is ████████████████████████ for that ██████

14   ██████████████████

15   A.   I can't be 100 percent certain as -- as       09:46:47

16   to exactly what the ██████████████████████

17   means.  It's possible, for example, that the tool

18   will -- will ██████████████████████████████

19   sometime ██████████████████ even if there was no

20   information in the ██████████████████            09:47:07

21        Q.   Do you know that the tool ████████████

22   ██████████████████████████████ if there is no

23   entry in the ██████████████████

24   A.   I'm -- I'm not aware of the specific and

25   complete behavior of how that works.  My            09:47:32

                                              Page 976

1    understanding is that today if an application is          09:47:36

2    ███████████████████, that will -- the capability

3    ███████████████████████████████████ unless

4    someone at Facebook takes an███████████████

5        Q.   You said "today," the circumstances that        09:47:57

6    exists today is that if an application is ██████████

▮    ████████████████████████████████████████████

▮    ██████████████████████████

9             Was there was a time in the past when a

10   ████████████████████████████████████          ██████████

▮      ████████   in this context to an app?

12       A.   Earlier in the history of the capability

13   tool, ████████████████████████████████████

▮    ██████████████████   to an application, that

15   ████████████████████████████   to the application    09:48:33

16   unless someone ████████████████████████████

17       Q.   When did Facebook start -- start the

18   process whereby if a capability -- █████████

▮    ████████████████████████   to an application, it

20   ████████████████████████   for that████████████    ██████████

▮      ████████   for that application?

22       A.   That process started happening sometime

23   in 2018, 2019.

24       Q.   Do you know why Facebook started that

25   process in 2018 or 2019?                                 09:49:17

HIGHLY CONFIDENTIAL

```
1        A.   My understanding is as part of the API      09:49:30

2   XFN process and redesigning how apps got access to

3   capabilities, that -- that was one of the features

4   added to ███████████████████  the set of

5   capabilities that apps have access to.               09:49:52

6        Q.   Do you know why Facebook redesigned the

7   way that apps have access to capabilities around

8   that time?

9        A.    It was part of a -- a -- a set of

10  measures introduced in 2018 and 2019 to -- to        09:50:12

11  improve their methods by which APIs were developed

12  inside Facebook.

13       Q.   Do you know why those measures were

14  initiated in 2018 or 2019 to improve the methods by

15  which APIs were developed inside Facebook?           09:50:35

16       A.    My understanding is that these processes

17  were developed in response to concerns raised as

18  part of the Cambridge Analytica situation and --

19  and ██████████████████

20       Q.   Do you know which ████████████████         09:51:01

21  you're referencing?

22            Or let me withdraw that.

23            Do you know the date of the ██████████

24  ████████  you're referencing?

25       A.   I don't, I'm afraid.                        09:51:13
```

```
 1        Q.    Do you know who would know?                    09:51:17

 2        A.    I -- I -- I don't know specifically

 3   who -- who was involved in the starting of the API

 4   or the designing of the API XFN process, but...

 5             Yeah.  So I don't know the name of -- of     09:51:39

 6   the person or people that were specifically

 7   responsible for designing these two processes.

 8        Q.    Turning to the spreadsheet in Exhibit

 9   428, in column K, the header is ████████████████

10             Do you know what ████████████████          09:52:00

11   indicates?

12        A.    My understanding that refers to a setting

13   that determines whether or not a capability should

14   be ██████████████████████████ if -- if the

15   ██████████████████████████████████               09:52:20

16        Q.    But do you know what values could be

17   entered in the field in column K?

18        A.    My understanding is that would be a

19   ████████████████████

20        Q.    Can you explain what a ████████ is and    09:52:49

21   then explain what a ████████ is.

22        A.    So ████████████████████████ and ██████████

23   means that that field may also be ██████████████████

24        Q.    And what would a one indicate in "████████

25   ████████████                                         09:53:07
```

Veritext Legal Solutions
866 299-5127



1       A.   My understanding is that a ███████████            09:53:09

2    would mean that the system which ████████

3            ███████████████ from apps ████████████████

4    ███████████████████████████ from an app

5    ███████████████████████                                    09:53:24

6       Q.   And do you know what a █████ would mean?

7       A.   I don't know what a █████ would -- would

8    mean.  My understanding is that it's equivalent to

9    ████████

10      Q.   And what would a █████ mean?                         09:53:40

11      A.   It would mean that the system which

12   █████████████████ from apps if they're not

13   █████████████████ within a time period should

14   ████████████████████

15      Q.   And by ████████ you mean a ██████████ in        09:54:01

16   the field?

17      A.   That's correct.

18      Q.   So each of the nine rows here that I've

19   just highlighted are █████ is that correct?

20      A.   That's my understanding, yes.                       09:54:18

21           MR. MELAMED:  Let's go off the record.

22           THE VIDEOGRAPHER:  Okay.  We're off the

23   record.  It's 9:54 p.m.

24           (TIME NOTED:  9:54 p.m.)

25                   ---o0o---

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1        I, Rebecca L. Romano, a Registered

2    Professional Reporter, Certified Shorthand

3    Reporter, Certified Court Reporter, do hereby

4    certify:

5        That the foregoing proceedings were taken

6    before me remotely at the time and place herein set

7    forth; that any deponents in the foregoing

8    proceedings, prior to testifying, were administered

9    an oath; that a record of the proceedings was made

10   by me using machine shorthand which was thereafter

11   transcribed under my direction; that the foregoing

12   transcript is true record of the testimony given.

13       Further, that if the foregoing pertains to the

14   original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review

16   of the transcript [X] was [ ] was not requested.

17       I further certify I am neither financially

18   interested in the action nor a relative or employee

19   of any attorney or any party to this action.

20       IN WITNESS WHEREOF, I have this date

21   subscribed my name this 23rd day June, 2022.

22

23

24       Rebecca L. Romano, RPR, CCR

25       CSR No. 12546

                                        Page 981

HIGHLY CONFIDENTIAL

```
 1   SIMON CROSS

 2                                    June 23, 2022

 3   RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

 4   JUNE 20, 2022, SIMON CROSS, JOB NO. 5281223

 5

 6   The above-referenced transcript has been

 7   completed by Veritext Legal Solutions and

 8   review of the transcript is being handled as follows:

 9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25
```

Page 982

HIGHLY CONFIDENTIAL

1   xx Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2      Transcript – You should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, notating the page and line number of the corrections.

5      You should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9   __ Federal R&S Not Requested – Reading & Signature was not

10     requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 983

HIGHLY CONFIDENTIAL

1          I, SIMON CROSS, do hereby declare under

2     penalty of perjury that I have read the foregoing

3     transcript; that I have made any corrections as

4     appear notes; that my testimony as contained

5     herein, as corrected, is true and correct.

6          Executed this ____ day of _____,

7     2022, at  _____,_____.

8

9

10

11

12              _____

13                   SIMON CROSS

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 984

HIGHLY CONFIDENTIAL

```
1    RE: FACEBOOK, INC., CONSUMER USER PROFILE LITIGATION

2    SIMON CROSS (JOB NO. 5281223)

3                   E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____   _____

24   SIMON CROSS                         Date

25
```

Page 985

**[& - 3:18]**

## &

**&** 725:14 726:19
728:5 729:5 730:5
733:18 735:10
982:23 983:9

## 0

**00080** 732:16
**00080.csv.** 920:16
**018** 732:22
**022** 732:16
**02843** 725:6 726:6
**029362498** 732:19
**02936296** 732:22
964:24 973:16
**02936298.tsv.**
945:17

## 1

**1** 983:1
**10** 934:25
**100** 791:24 929:24
937:5,12 939:8
976:15
**12** 817:3 936:23
938:1
**1201** 727:11
**12546** 725:20
981:25
**12:23:51** 957:19
957:22
**12th** 728:9
**14** 838:20
**145330** 968:6
**15** 742:16 770:16
774:20,20 813:23
913:24
**1600** 728:10
**18** 725:6 726:6
**1801** 730:8
**1881** 730:16

**19** 882:8
**19th** 922:10
936:20 938:3,13
**1:35** 726:18 733:2
733:6

## 2

**2** 735:11,16,25
738:4 934:24
936:18 938:1
939:14 945:19
957:7 968:6
**2.1** 853:3
**2.3** 853:4
**20** 725:16 726:18
733:1 982:4
**20-0466** 725:22
**200** 881:17
**2001** 729:16
**2007** 769:11,12,15
770:19,21,22,24
792:5 850:15,18
852:14,16 874:11
879:17 900:20
905:17
**2008** 771:8,10,12
792:6
**2009** 771:23,25
**2010** 772:1,4,12,17
773:7,10 789:9
791:24 792:7
840:23 850:24
852:14,17
**2011** 773:17,19,23
775:4 776:17,23
791:7,24 815:11
816:7 817:3
837:12,14 908:15
**2012** 791:7 815:11
816:7 817:7,24
821:3,10 837:12
837:14 933:10

944:12
**2013** 797:14 821:3
821:10 826:8,13
838:20 910:13
944:12,13
**2014** 752:16
794:12 826:8,13
831:8 833:20,22
833:24,25 834:19
834:21 835:5,11
836:4,7 842:5,7,13
843:13 844:3
845:10 846:10,19
847:1,2 910:13
914:13,20
**2015** 794:21
957:18,22
**2016** 794:21
**2017** 910:14
**2018** 822:19,25
882:7,8 885:6,7
910:14 977:23,25
978:10,14
**2019** 756:21 759:4
759:13 761:14
764:3,24 885:8
922:10 936:20
938:4,13 977:23
977:25 978:10,14
**2020** 759:4,14
764:25
**2022** 725:16
726:18 733:1,6
981:21 982:2,4
984:7
**2022-06016**
732:12
**2025.520** 982:9,12
**206** 727:14
**20th** 733:6

**2100** 729:17
**213** 731:10
**214** 729:19
**23** 982:2
**23:51.0** 957:9
**23rd** 981:21
**24** 922:14 936:16
936:19 938:3,12
**25** 751:17 754:5
**253-9706** 731:10
**2843** 725:4 726:2
**298-5735** 730:11
**2:53** 785:21
**2c** 740:10
**2cu** 744:5
**2d** 744:20 800:15
800:16 847:5
848:16,20

## 3

**3** 868:3
**30** 725:12 735:11
757:2 983:1
**3000** 729:9
**303** 730:11
**30th** 833:20,22,25
834:19,21 842:5,7
842:13 843:13
844:3 845:10
846:10,19 847:1,2
**3200** 727:12
**325** 867:5
**32nd** 731:8
**3491** 725:23
**36** 958:10,11
**36,000** 868:18,20
**36,008** 870:4
**36,608** 868:14
869:22 871:6
**393-8200** 729:11
**3:18** 785:24

Page 1

[3rd - acquired]

| | | | |
|---|---|---|---|
| **3rd** 848:14 | **7** | 766:12 772:10 | 937:23,24 939:4,7 |

**4**

**4** 725:17 732:3
733:8 867:24
975:14 976:12
**415** 728:12 729:11
**4200** 730:9
**425** 732:11 867:1,5
867:8
**426** 732:15 920:10
920:14,14 921:3
921:11 933:12
934:25
**427** 732:18 945:8
945:13
**428** 732:21 964:15
964:19,22 979:9
**445-4003** 728:12
**480** 938:14,22
**4:44** 840:9
**4:57** 840:12

**5**

**5281223** 725:24
982:4 985:2
**55** 751:20
**555** 728:9 729:8
731:7
**5th** 731:7

**6**

**6** 725:12 735:11,14
**60** 757:2
**612** 870:4 871:6
**623-1900** 727:14
**650** 730:18
**698-3204** 729:19
**6:09** 884:15
**6:53** 884:18

**7**

**7** 735:14
**725** 725:25
**7321** 981:23
**735** 732:5
**75201** 729:18
**7th** 957:18,22

**8**

**8** 735:12,16,25
745:2,4,6,19,22,24
889:7,8
**80202-2642**
730:10
**827** 725:21
**849-5206** 730:18
**867** 732:11
**8:26** 942:22
**8:50** 942:25

**9**

**9** 938:8,11,12
**90013** 731:9
**920** 732:15
**94105-0921**
729:10
**94304-1211**
730:17
**945** 732:18
**94607** 728:11
**95** 937:9 938:2
**964** 732:21
**98101** 727:13
**985** 725:25
**9:54** 980:23,24

**a**

**abilities** 855:21
**ability** 842:21
866:10 876:15
905:6
**able** 741:1,6
762:19 763:6

766:12 772:10
775:18 780:24
805:10 814:5,7
819:4 821:8 822:7
835:24 848:4
851:11 852:20
853:13 854:6
856:5 857:14
867:25 868:11
906:19 907:7
925:25 932:6
940:5,21,25 942:6
959:9 964:20
**absence** 976:16
**accept** 960:11
**accepting** 857:16
**access** 758:18,18
758:21,24 762:9
762:13,15,20,23
766:19 767:19
786:8 787:17
789:10 791:16
792:11 793:6
802:18 820:23
829:12,23 836:22
837:6,25 838:13
839:5 841:3,11
850:15 851:11
852:25 853:19
855:2 859:17,18
864:1,10,11,20,23
866:4,12 867:19
869:23 873:6,15
873:19,20,21,23
874:1,2,4,8 875:18
875:25 876:17
877:17 878:5,6,8
878:16 879:6
881:20 887:6
905:22 909:22
917:14 932:9

937:23,24 939:4,7
939:8 941:16
943:7,9 944:20
947:22 953:24
954:2,12,15,21,23
955:14,20 960:20
961:2 965:20,21
966:9,11,11
969:11 975:19,22
976:22 978:2,5,7
**accessed** 764:20
767:4,5 786:12,15
786:17,21 787:3
808:14 809:6
860:20 962:10
**accessible** 738:6
738:20 739:6
740:6,12 787:8
788:7 959:10
**accessing** 801:4
840:20 853:23
854:15 907:2
**account** 894:18
**accuracy** 937:4
938:2
**accurate** 741:12
754:21 773:16
784:2 798:2 802:9
808:5 845:5
853:12 855:5,9
890:4,20 915:6
922:11 926:1
935:1 936:24
937:4,5,6,7,9,12
937:17 938:5
943:17 950:16
**accurately** 745:4
**achievable** 775:11
**acquired** 800:25
811:2 819:24
828:14 829:4

**[acquired - answer]**

830:6 836:21
840:17 844:19
845:8 846:8 847:8
848:1
**act** 782:16 810:9
892:7 894:10
**action** 879:11,15
897:24 951:14,15
951:16 956:24
957:24 958:2,5,6,8
958:13,14,18,22
963:25 964:8,11
964:13 976:10
977:4,16 981:18
981:19
**actions** 725:9
726:9 908:11,13
908:22 927:11
957:4
**active** 855:4
915:18 932:20
**actively** 979:15
980:5,13
**activities** 891:14
897:19
**activity** 820:9,24
826:11 831:3,6
832:6,22 891:2
905:24 907:11,16
908:16,17 909:23
910:4,9
**actors** 831:17
**actual** 746:17
775:21 835:15
**ad** 931:7
**adaniel** 727:17
**add** 737:15
**added** 793:1
948:17 949:2
950:9,19,23
967:18 977:14

978:4
**additional** 849:6
928:1 954:10
**address** 785:3
849:10
**addresses** 823:20
825:10
**adele** 727:8 733:19
**adjustments** 927:9
**administered**
735:2 981:8
**administering**
734:10
**admitted** 837:7
**advance** 870:11
**advanced** 855:1,6
855:10,22
**advent** 789:8
790:12,15,18
**adversarial**
811:19 814:22
**advertisers** 736:20
739:17 740:20
745:15,20 746:7
746:21 850:14
912:1
**advertising** 736:4
736:10,13,22
739:1,8 891:7,11
891:11,21,23,24
912:14
**aeo** 732:12
**afraid** 751:4
761:25 763:7
773:5,15 774:9
775:1 807:21
810:3 822:12
838:9 839:2,9
859:20 861:23
932:1 958:12
963:20 978:25

**aggregated** 912:12
912:16,18,21
**ago** 772:15 784:1
839:3 860:6
861:21 967:1
**agree** 734:9
877:21
**ahead** 759:20,20
780:7 796:16
824:8 845:2,2
861:9 867:15
877:9 891:8 904:8
939:2 940:16
948:14 954:8
980:14
**alive** 925:21,23,25
**allow** 797:19
816:20 838:3
855:16 857:9
883:16 952:15
955:19
**allowed** 775:22
789:10 791:4
850:19 851:19,21
857:5 907:10
910:8 955:2
**allowing** 875:1
**allows** 931:4
**ally** 803:4 827:6
835:13,21 836:14
844:7 848:19
**alternative** 950:8
**alto** 730:17
**ambiguous** 919:7
**amount** 757:1
787:10 796:5
**amounts** 760:17
760:18
**analysis** 913:23
914:10,13

**analytica** 882:25
978:18
**analytics** 910:10
**android** 882:23
901:19,22
**angeles** 731:9
**announced** 752:16
834:20 852:17,22
853:3,7,12
**announcement**
853:6 882:5 885:5
**anomalous** 812:6
**anomaly** 823:7
**answer** 735:17
736:9,12 739:4
740:1,4 741:6,18
743:19 746:8,22
747:15 750:10
759:9 761:4,17,20
761:25 763:7,9
764:6 765:13,17
765:18,20 768:4
768:20 770:4
771:13,16 772:19
773:13,16 779:22
780:9 782:5,25
783:21 784:2,12
786:18 787:4,6
795:16 799:9,13
805:21 806:8
810:2 811:16
812:10,11,12,14
814:5,7 819:4,17
827:6 835:23,25
836:2,10 839:9
844:7 846:4 854:4
854:11 855:23
858:17 860:16,24
861:11,23 872:21
880:3 889:25
890:4,20 891:8

Veritext Legal Solutions
866 299-5127

**[answer - app]**

900:17 902:22,22
912:6,7 913:4,5,8
913:22 914:2
915:1,3,6 925:22
926:1,5 932:17
935:8 939:2
940:22,25 941:23
950:18 954:8
967:8
**answerable**
765:23,23
**answered** 857:19
859:14 861:4
**answering** 749:13
940:23
**answers** 762:2
765:21 782:21
849:7 868:11
900:14
**anticipate** 867:10
**anybody** 763:17
889:21
**anymore** 882:19
**api** 739:11 741:5
744:11,15 748:15
749:2,4 762:18
767:22,23 768:5,6
768:10,14,17,19
768:21,23,23
769:14,22,24
770:2,6,11,13,18
770:20,22,23
771:8,9,11,23,25
772:1,3,7,12
773:17,20,23,24
774:6,11,15 775:3
775:14,16 776:18
776:22 777:1,1,3,3
777:11,15,16,21
777:25 778:5,5,6,6
778:9,9,12,17,21

778:22,24,25
779:16,16 780:13
780:16,19 781:14
781:21,24 786:8
787:17,19,22,24
788:1,21 790:12
790:15,18,19,20
792:4,4,5,5,7,23
792:24 794:17,18
795:5,7 811:7,11
811:15 812:2,4,8
812:13,16,20,21
813:1,2 814:11,11
814:16 815:18,18
816:3,11,21 817:2
817:8 818:1,7,9,9
823:19 825:9,24
834:3 842:21
850:8,9,19,19,23
851:2,8,9,10,12,22
852:2,9,11,11,13
852:16,20,21
853:2,6,8,11,17,21
854:12 855:15,19
856:4,18 857:18
858:1,3 859:2,8,23
860:23 861:16,17
862:5,6,14,14,19
862:19 863:3,5,8
863:17 864:2,4,5
864:10,13 865:13
865:20,24 866:21
866:22 873:7,8,10
873:13,22,23
878:6,9,9,10,10,10
878:19 885:23
886:3,5,25 887:5
887:11,12,13,13
887:20,22 888:4
888:23 890:24
891:15 905:22,23

909:22 910:2
911:13,19,20,21
911:21,23 914:6
914:12 917:7,9,9
917:11 918:1,3,7,8
918:12,13,15,23
918:23,25 919:1,1
919:3,4,11,13,17
919:19,25 920:5
921:9 922:13
923:21 933:24
934:1,6,7,9,17,21
934:23 935:5,10
935:11,22 936:15
936:16,22 937:24
938:21 939:11,21
939:21 940:4
941:5,6,11,13
942:2,5 943:14
944:18 960:14,18
960:22,23 961:3,9
961:10 962:8
978:1 979:3,4
**apis** 749:4 775:21
777:18 778:4,14
779:11,19 780:1
780:10 789:14
790:16 795:8
853:18 960:18
978:11,15
**apologies** 842:20
869:25
**apologize** 818:10
877:7
**app** 762:13,15,19
762:22 766:17,18
766:22 767:23
773:1,1 775:3
786:5,8,15 788:22
793:20,21,23
794:2,9,11,16

795:1,9,18 796:1,2
796:24 797:5,7,15
797:17,23 798:1,3
798:10 802:6
803:15,20,22,22
803:23 805:6,7,10
812:19 813:1
815:19 816:23
818:25 828:18
829:10,10 830:10
830:25 831:6
832:1,9,19 833:2,4
833:6,7,18,19,22
833:23,25 834:5
834:11,16,20,22
835:1,4,13 838:2
838:23 839:6
841:3,7,11,14,20
841:20,21,24
842:4,4,8 843:9,12
846:23 847:1,2
855:22 856:18
861:16 862:7,15
863:17 864:9,9,15
864:15,17 865:4,4
865:6 877:16
878:4,4,8 879:3,5
879:11,11,17,19
879:24 880:4,4,12
880:15 881:6,7
885:20 887:23,25
888:1,3 890:11
891:2,13 894:13
901:15,16 902:25
905:7,21,24 906:2
906:12 907:1,3,7
907:11,17 908:1
908:17 909:6,14
909:21,24 910:7
910:10,11,12,17
910:23 911:5,9,12

**[app - ascribed]**

911:14,23 915:15
917:5,17 918:8
922:16,19,21
924:1,9,10,11,16
924:19,20,21,23
924:24 925:2,4,5,6
925:7,9,11,14,18
925:20 926:3,4,10
926:13,14,17,19
926:24,24 927:1,6
927:7,8,15,23
928:5,18 929:19
929:22,23 930:5
930:15,18,25
931:11,14,19
932:19,24,25,25
933:4 936:20
938:2,11 939:4,7
939:23 940:3
941:16 943:11,14
947:21,24 949:16
949:17,22,22,25
950:5,6,9,10,11,12
950:15 951:1,2,3,5
951:7 953:13,16
954:15,20 955:2
955:12,14 965:19
965:20 966:9,11
969:20,22 970:22
974:7,14,19
975:18,22 976:13
976:22 977:11
979:14,15 980:4
**app's** 843:15
925:14
**apparatus** 757:16
757:19
**apparatuses**
757:20
**appear** 905:8
975:6 984:4

**appearances**
727:1 728:1 729:1
730:1 731:1
**appearing** 727:2
728:2 729:2 730:2
731:2 893:9
982:18 983:7
**appears** 972:18
976:1
**apple** 900:8,19
901:9,11,16
**apple's** 900:5,5
**application** 758:17
758:20,24 764:20
777:9,10,12,14
787:16 801:10,19
804:9,22,24 806:4
813:2 814:17
823:16 833:11
841:5 888:7 910:9
915:16,17,19,21
915:22 916:18
917:6 922:13
925:13 926:16
933:4 936:15,21
943:13,22 961:8
961:21,23 963:23
964:7 965:18
969:24 971:17
972:3,5,12,24
973:7 975:4,12,16
975:21 976:9
977:1,6,14,15,19
977:21
**applications**
789:10 791:13
793:24 797:21
798:9 802:24
823:17 827:4
930:5 950:21,24
952:18 953:1,1

961:5 974:9,15
976:6
**applied** 804:15,16
804:20,20 805:13
805:19 807:16
927:18
**applies** 812:13
**applying** 951:2
**appreciate** 784:19
839:17 849:17,21
850:3 868:19
946:6
**appropriate**
799:25 849:11
857:18 878:15
881:10,11,12
935:20
**appropriately**
807:7 837:19
**approval** 777:13
**approved** 800:11
**approving** 834:10
**approx** 937:2,2,15
**approximate**
836:6
**apps** 762:9 767:5
767:19 772:8
775:23 787:3
793:6 798:14,16
798:20 799:5,19
802:18 803:1
804:6 805:23
806:1 807:7,11
812:1,2 815:21
816:2,10,12,21
817:2,9,15 818:2
820:4,16,17 823:2
823:21,25 824:5
824:15 825:25
826:1,4,6,6 827:11
832:15 833:19,21

833:24 842:21,25
843:21 853:18,20
853:23 854:16,23
854:25 855:4,5,6
855:10 856:3
873:19,21 874:4,7
875:1,3 905:6,11
905:18 906:3,13
906:15,19 907:6
907:15 908:6
924:12 928:17,21
928:23 929:13,17
930:1,8,9 931:11
931:13,14,18
932:15,21 939:3
943:7,19 944:19
952:14 953:16,24
954:2,12,23
955:19 960:19
961:2 966:3 978:2
978:5,7 980:3,12
**april** 752:16
794:12 831:8
833:20,22,25
834:19,20 835:5
842:5,7,13 843:13
844:3 845:10
846:10,19 847:1,2
850:24 852:17
882:6,7 885:6
967:2
**architected** 824:10
**archive** 869:24
**area** 853:18
**areas** 828:10
**argue** 849:9
**ascertain** 866:19
871:10,12 910:21
**aschwing** 729:12
**ascribed** 939:12
948:25,25

**[aside - aware]**

aside  741:25
asked  747:15
  776:18 799:4
  835:13 843:7
  849:5,5 854:5
  859:5,14 861:4,6
  912:6 933:25
asking  735:10
  739:25 741:22
  749:14 770:17
  771:15 790:2
  795:21 824:17
  830:21,22 843:15
  858:21 859:10,24
  860:3,8,10 863:15
  870:20 879:3
  898:20 899:15
  910:25 911:1
  919:22 920:2,23
  927:19 929:7,8,9
  940:11 941:8
  966:2
asks  829:11
  877:16 879:5
aspect  800:18,23
  803:9 810:7,9
  836:18 844:17
  847:5 848:21
aspects  735:25
  810:24 819:21
  828:11 829:2
  830:3 835:18
  840:15 845:6
  846:5,12 847:10
  847:19 848:20
assertion  796:12
assess  847:16
assessment  752:15
  752:20 843:23
assistant  869:23

assistants  823:16
associate  731:16
  901:25 910:24
associated  875:1
  894:17 902:11,19
  903:3 909:7,15
  924:22,25 925:4,8
  925:11,18 926:2
  926:13,23 927:6
  927:22 928:17
  930:25 932:24
  934:24 948:12
  949:6 956:11
  971:7,19
association  903:8
  903:12
assume  933:5
  958:11
assumed  937:6,7
assuming  901:22
assumption
  967:12
atomic  917:11
  918:1 933:19
attach  742:6
attached  742:6
  867:3 920:12
  945:10 964:17
attachments
  740:25
attempt  750:15
  762:12 764:18
  801:4 819:15
  843:1 845:13
  913:10,16 959:8
attempted  744:25
  829:18
attempting  843:8
attempts  758:16
  762:18 830:16

attention  743:4
attorney  729:7,15
  730:15 734:13
  750:8 785:7,9
  981:19
attorneys  727:10
  728:8 730:7
audio  948:20
audited  802:25
audits  844:12
auld  728:5 733:18
  735:10
austin  729:6
  733:22 759:17
  848:11 867:25
  870:17 884:10
  938:25
auth  876:2
auth.login  875:22
  876:6,7,16
auth.login.  876:4
authenticated
  816:4 864:3 939:5
authentication
  777:18 778:1
  791:12 875:14
author  753:8
authorization
  791:18 876:3
authorize  876:3
authorship  753:8
auto  951:22
automated  820:13
  820:20,24 821:1,2
  821:9 834:14
  837:2,5,24 838:11
  838:22
automatically
  807:23 952:2
  976:7,9,18 977:3,7
  977:10,20 978:4

979:14 980:2
automation  827:9
available  738:7,25
  739:10,14 740:12
  740:19,24 741:3
  741:10 742:2,17
  759:8 760:3
  775:20 787:12,18
  787:22 788:10,14
  788:17 790:14,17
  793:5,11 804:5
  805:7,14 815:25
  816:10,17 817:12
  821:5,7 828:19
  830:17 831:17,20
  831:22 850:6,11
  885:10,18 886:17
  904:23 907:21
  908:2 909:8,16,17
  910:5,13,18
  919:15 921:13
  926:4,7,19 932:12
  932:22 933:9
  943:6,18,21
  962:12 966:21
  975:15,18,20
avenue  727:11
  729:16
avoid  737:14
avoidance  848:18
aware  737:22
  743:13,15,21,23
  743:24 763:3
  768:8,12 770:10
  770:18,20 771:6
  773:11 776:13
  781:16 797:11
  805:18 809:14
  825:18 828:16
  829:8 832:22
  845:19,23 846:5

Veritext Legal Solutions
866 299-5127

**[aware - browser]**

846:13 856:18
862:20,22 863:5,7
865:17 866:2,15
886:13 888:13
904:14,21 912:9
912:15 916:1
920:5 929:21
930:13 931:16,21
932:1 945:6
959:20 960:12
976:24

**b**

**b**  725:12 731:5
732:8 735:11
746:11 869:11
871:15 922:16
936:21 938:7
949:17 950:16
969:2 983:1

**back**  735:6 762:7
771:5,7 785:23
793:8 800:6
818:23 828:23
840:4,11 842:22
843:2,4,9 847:12
848:24 858:2
879:17 884:17
888:14 890:12
891:15 892:16,20
894:4,25 895:7,10
895:17 897:4
900:23,25 904:24
905:2,7,19 906:4
906:20,21,24
907:4,8,11,17,25
908:9,17,22 909:2
909:6,15,20 910:4
910:9 914:18
915:17,22 923:6
927:2 932:5
933:10,12 934:5

942:24 957:2
958:22 961:17
967:13

**backed**  962:14
**bad**  824:5
**base**  905:7 919:21
**based**  782:21
783:22 814:24
815:2 827:19,20
841:13 846:4
924:17 936:3
942:3 952:4 959:5

**basic**  815:13
**basis**  773:1 886:7
886:10 931:7
**batch**  851:16
**bates**  750:1 752:13
920:15 945:17
**becoming**  797:11
**began**  764:24
770:13 772:9
794:11,15,21
831:7 834:25
944:12

**beginning**  733:14
756:11 772:4
826:10 874:15
875:12,17

**begins**  772:5
**begun**  882:6
**behalf**  726:16
734:3 735:18
842:22,25 861:17
862:8 878:6
882:14 892:14
907:2 938:4,14

**behave**  823:3
**behaved**  749:4
809:23
**behaving**  820:17
824:16

**behavior**  778:5
811:8,12,15
812:17 814:11
822:16 823:19
824:8 825:24
826:5 896:2
943:15,20 976:25

**behaviors**  807:7
**believe**  737:10
740:16 749:24
752:5,9 753:17
754:1 761:13
784:4,5 791:7
810:22 853:3
868:6 916:3 967:2

**benefits**  747:1
**best**  735:22 740:2
740:7 745:21
746:9,14,23 747:6
752:4 758:15
763:4 782:21
803:4 805:16,21
822:2 823:13
835:13,21 836:15
844:7 845:24
847:21 848:25
849:1 861:11
866:7,7,10 900:14

**better**  754:2 762:2
799:9

**beyond**  748:23,25
749:1 810:5 814:7
842:15

**bfalaw.com**
728:13,14

**binding**  734:11
**bio**  839:17
**bit**  744:17 839:12
847:13 850:7
921:18 965:6

**behavior**  778:5

**blank**  976:11
980:15
**bleichmar**  728:5
733:18 735:10
**boolean**  979:19,20
979:22
**bottom**  869:6
**boundary**  738:24
739:2
**box**  876:15
**branded**  874:11
874:17
**break**  783:8,10
785:25 797:24
839:14,16,18,23
839:24 840:1
877:5 884:19
889:3 903:20
942:20
**breakout**  883:24
884:2,8
**brief**  810:13
**briefly**  833:4
**broad**  742:21
828:8 915:2
**broader**  874:21
**broadly**  770:5
854:14 881:18
916:4 924:16
**broke**  858:23
**brokers**  736:4,11
736:13,21 739:8
739:17 740:20
745:9,11,16,20
746:7,21 850:14
912:2,14
**brought**  794:18
**browser**  894:13
895:3,6,13,16,16
895:17,22,25
896:2

[browsing - capability]

browsing  894:22
bug  957:11
build  760:21
   836:11 880:11
building  771:4
   837:14,16,21
   876:14
built  758:1,3 759:3
   764:24 814:14
   815:4 837:12
   879:23 880:3
   882:20 910:12
bunch  968:23
buongiorno
   729:14 733:25
   734:4,6
business  741:16
   743:6 751:9
   753:13 795:7,8
button  891:25
   892:2,4,5,5,7,8,13
   892:14,19,24
   893:1,5,6,8,16,20
   893:21,25 894:1,4
   894:7,10,15,18,23
   894:24 895:1,4,8
   895:10,19 896:15
   896:16,21 897:2,5
   897:8,11,15 898:6

c

c  752:5,5 758:8,9
   933:15 934:25
   951:9
c2  732:16,22
ca  732:19,22
   945:17 964:24
   982:9,12,20
cache  897:22
calendar  748:11
   748:12

california  725:2
   725:20 726:2
   728:11 729:10
   730:8,17 731:9
call  762:4 768:10
   775:15 777:1,15
   777:17,21 778:12
   790:20 813:2
   851:8,17 852:8,11
   852:12 853:21
   856:7,19 857:3,5,8
   857:9,11,14
   858:15 859:8
   861:17 863:17,21
   864:5,15,17 865:4
   865:6 892:6,25
   897:17 901:4
   905:23 909:22
   910:3 917:7,9
   918:3,8,12 920:5
   929:1 933:20
   934:6 940:2
   941:11,13
called  767:24
   772:13 774:6
   775:22 777:25
   782:10 791:4
   806:11 827:1
   850:19 854:16
   863:3 874:12
   875:13,21 910:7
   926:11 929:10
   939:3 944:22
   960:17 961:11
calling  790:12
   811:7,11,15 812:4
   812:16 814:11
   823:19 825:24
   853:24 878:10
calls  767:23 768:5
   768:5,6 769:24

770:2,6,11,13,18
770:20,22,23
771:8,10,11,23,25
772:1,3,7,12
773:17,20,23,24
774:6,11,15 775:3
776:18 777:4
779:8 780:19
786:4 812:2,20
814:11,16 815:18
815:19 816:4,11
816:22 817:2,8,14
818:1 823:21
825:9 852:20
853:13 856:13,15
856:21 861:16
863:9,9 864:10
873:22 885:24
886:3,5,25 887:5
905:22 911:23
914:6,8 917:21
922:13 934:2
939:6
cambridge  882:24
   978:18
campen  727:7
canonical  788:22
   793:12,14,15,25
   794:5,8 797:24
   798:2,5,6,13,17,21
   799:20 832:12,14
   832:18 902:14
canvas  791:13
cap  952:7,9
capabilities  755:1
   755:12,15,18,20
   755:23 756:7
   757:10,12 761:23
   943:2,3,4,5,7,20
   944:2,3,5,10,11,15
   944:20 946:25

947:2,5,10,11,14
948:1 950:19
952:14,16,17,20
952:23,25 953:10
953:11,16,25
954:2,3,13,19,24
954:25 955:2,14
955:16,20 959:18
960:19,20,25
961:1,4,21 966:4,4
966:5,10,15
968:13 973:17,21
973:25 974:16,19
976:6 977:13
978:3,5,7 980:3,12
capability  943:10
   943:13,15,17
   944:16,17 945:5
   947:9,22,23,23,24
   947:25 948:1,10
   949:6 950:2,4,9,14
   950:20,23,23
   951:22,24 952:6
   952:10,13 953:2
   953:12 954:12,16
   954:21 955:1,9,11
   955:12 961:3,6,7
   961:22 965:19,20
   965:21 966:10,11
   966:12 967:16,17
   968:4,7,13,16,21
   970:2,5,5,6,8,10
   970:19,20,22,23
   970:24,24 971:2,3
   971:3,6,6,15,16
   972:2,5,8,11,14,23
   973:6 974:7,14,19
   975:4,11,15,19,20
   975:23 976:8,14
   976:18,22 977:2,2
   977:7,7,10,12,14

Page 8

[capability - clear]

977:15,18,19,20
979:13,15 980:4
**capacity**   772:6
**capture**   741:22
**captured**   861:19
**captures**   967:15
**cardaci**   748:6
751:25 752:1,5,6,8
752:24 753:14
754:4,10
**cari**   727:7
**carrier**   899:9,13
**carry**   895:18
**carve**   737:5,11
**carved**   735:25
**case**   725:5 726:5
740:17 744:22
756:4 769:6
800:21 801:1
805:13 811:3
813:16,18 815:6
817:12,25 819:25
820:3 821:17
828:15 829:5,21
830:7,18 836:21
840:18 841:7
842:15 843:16
844:20 845:9
846:9 847:8 848:2
848:18 864:3
876:7 880:10
881:13 900:20
916:4 920:15
934:12 935:9
942:9 973:10
981:15
**cases**   767:25
779:21 811:25
851:13 855:20
923:12 950:21

**caught**   751:23
**caution**   750:7
**caveat**   936:25
**caveats**   763:2
**ccp**   982:9,12
**ccr**   725:20,21,23
981:24
**ceased**   882:4
**cell**   957:12,20
**cells**   870:3 956:3
**center**   823:22
**certain**   735:24
750:22 751:3
762:9 766:12
771:9 786:16
817:20 833:8,9
851:20,23 853:12
860:6 862:4
879:22 899:7
914:6 924:11,11
927:9 959:14
973:3 976:15
**certainly**   802:13
808:17 813:11
815:9 817:7
851:25 944:13
**certainty**   817:21
**certified**   726:20
726:21 981:2,3
**certify**   981:4,17
**cetera**   810:20
876:24 916:10
**chad**   748:6
**challenge**   832:15
**challenges**   811:18
**chance**   870:14
**change**   770:15
778:9 789:22
791:22,23 792:4
792:18 795:4,15
795:17,18,21

796:13,19,22,24
797:5,15,18
895:13 896:8
921:16 946:9,12
949:1,4,21 950:2,4
950:5,10 951:4,22
953:3,5 956:9
985:4,7,10,13,16
985:19
**changed**   770:3
771:3 779:12
780:11 787:13
788:7,10,14,18
789:1,4,7 790:14
790:23 791:1,10
791:19 792:14,22
793:2,6 799:7
813:4,24 816:18
819:11,13,14
826:16 877:3
896:9
**changeover**   953:6
**changes**   752:16,23
789:13,20,20,24
790:2 792:1
794:21 811:22
838:12,16,19
914:12,15,20
919:7 945:21
947:8,11,17,20,21
947:25 952:5
955:9,11
**changing**   795:3,14
797:7
**check**   818:24
839:13 842:13
**checked**   808:12
**checking**   808:18
**checks**   878:17
942:7

**chen**   731:16
733:24
**choose**   780:24
855:11 907:11
908:9 909:2
**chose**   855:13
907:16,25
**chosen**   804:10
855:14
**circumstance**
777:20 876:11
**circumstances**
781:21 794:7
876:5,8 894:2
943:23 973:13
977:5
**civil**   982:19,20
**clarification**
749:15 812:22
**clarifications**
844:25
**clarified**   737:19
**clarify**   737:13
740:2 746:6
759:21,22 769:8
799:15 852:4
863:12,22 892:22
940:24 941:1
965:25 967:7
970:12
**clarifying**   973:23
**clarity**   746:1,20
847:22 890:19
**class**   741:2
**classify**   760:9
**claufenberg**
727:16
**clear**   736:2,9
737:14 739:19,24
740:1 741:8
743:18 745:17

Veritext Legal Solutions
866 299-5127

**[clear - concerning]**

772:14 782:20,23
796:11 800:9
803:8 810:21
824:17 835:24
844:13,14 860:8
860:16 870:14
896:19 899:19
923:7 946:6 953:9
**clearly**  752:3
**click**  893:25 894:1
894:7 896:21
897:1,2,5
**clicked**  892:18,21
894:3,15,18 895:8
895:10 898:5
**clicking**  894:10,24
897:11
**clicks**  915:22
**client**  750:8 785:7
785:9
**close**  837:1 881:5
895:16
**closed**  895:21,22
**closely**  780:15
835:14
**cnt**  936:9,10,11
939:15 941:18
**code**  760:10,12
778:16,19,22,23
779:4 780:14,20
808:1,2,15 877:21
890:25 918:4,5,5
919:12,12,20
933:19,22 934:18
934:19 982:9,12
982:19,20
**coded**  782:10
**codes**  778:21
779:2,4,8,20,24
780:3,3,18,21,23

**codifies**  780:22
**colleagues**  929:4
929:12
**collect**  797:20
798:8 898:8,11,12
898:19,21 899:2
899:20,25 900:8
900:21 901:10,19
**collected**  899:16
**collection**  918:24
**collects**  930:24
**colloquially**
862:10 927:5
**colorado**  730:10
**column**  868:25
869:11,11,11,13
870:3 871:15
917:20 921:18,19
921:25 922:1,16
933:15 934:25
936:8,17,21 937:1
937:19,20 938:7,8
939:13,15 946:2
946:15 948:3
949:17,23 950:12
950:16 951:4,7,9
952:7,11 955:22
955:24 956:3,15
956:18,22,22
957:5,24 958:24
960:13,21 963:14
963:18,19 964:3
967:23,24,25
969:2,20 970:2,6
971:11,25 972:1
972:18 973:2
974:22 975:5,24
976:4,20,23 979:9
979:17
**columns**  869:18
928:6 936:19

942:13 945:22
965:6 967:21
974:21,21
**combine**  931:17
931:21
**combined**  931:13
**come**  742:25
763:18 764:24
840:4
**comes**  738:24
890:17
**coming**  823:21,22
860:17 890:21
**commence**  794:9
794:13 820:21
**commenced**  847:1
847:2
**commencing**
726:17
**common**  775:19
778:13,14 814:22
824:1 825:11
828:20 855:20
907:9
**commonalities**
825:24
**commonly**  874:19
**communicated**
894:3,4,25 895:10
897:4 940:19
**communicates**
741:15
**communication**
894:23
**communications**
973:24
**company**  771:5,7
772:18 809:2
882:15
**company's**  919:1

**companywide**
962:1,6
**complete**  742:23
780:9 799:10
886:4 976:25
**completed**  982:7
982:17 983:6
**completely**  861:22
882:15
**completion**  981:15
983:10
**complex**  779:23
827:22 830:2
**complexity**  765:15
**compliant**  843:3
**complicated**
900:16
**complies**  734:19
**component**  744:15
**compound**  856:16
**comprehensive**
770:4 781:24
**comprise**  760:25
**computational**
937:15
**compute**  760:18
761:21
**computer**  895:22
895:23 967:6
**computing**  760:23
937:18
**concept**  787:25
788:1,3 789:9
797:1,12 823:9
827:17 919:20
**concern**  757:14
**concerned**  942:5
**concerning**  752:19
797:7 800:18,24
811:1 819:22
828:12 829:3

**[concerning - count]**

830:4 836:19
844:18 845:7
846:6,17 847:6
**concerns** 744:6,20
745:6 849:17
978:17
**concrete** 886:12
**concretely** 821:14
**conduct** 914:6
**conducting** 835:4
**conducts** 742:12
743:6
**confident** 772:3,16
772:19 773:2
782:5,12 791:25
836:10 929:24
930:2,4 963:7
**confidential**
725:10
**confidently**
773:18
**configure** 790:16
**confines** 741:23
**confirm** 745:4
870:24
**confirmed** 802:8
**confusing** 934:3
**connect** 874:19,21
874:23,25
**connection** 899:18
902:10
**consent** 764:1,2,9
764:12 978:19,20
978:23
**consideration**
746:16,17,18
**considered** 809:9
811:21 812:6
897:15 933:4
939:22 941:7
942:8

**consist** 958:13
**constantly** 822:22
**constituted** 808:20
**constitutes** 811:14
**consulted** 813:11
**consumer** 725:5
726:5 733:9 982:3
985:1
**cont'd** 729:1 730:1
731:1
**contact** 982:9
**contain** 766:22
776:9 930:17
950:20 971:23
972:9
**contained** 743:9
761:5 773:4 856:3
928:12 964:2,3
984:4
**containing** 743:10
**contains** 759:5,7
928:4 930:13
973:16 974:18
**content** 753:4,6
762:7 801:21,24
802:1 842:22
890:12 946:19,23
951:25 952:1
**contents** 959:9
**context** 739:19
742:20 753:3
793:22 794:4,17
796:7 808:11
811:23,23 812:8
812:14,24,25
815:5 823:2 824:3
830:18 845:9
846:9,11 847:4
872:1 904:13,17
904:18 910:23
912:12 914:1

915:5 918:16
919:8 922:5
936:13,14 939:19
940:1 947:2,2,5
949:15,19 956:17
961:16 964:11,14
968:2 976:3
977:11
**contexts** 872:7
**continually**
761:10
**continue** 810:13
834:1 838:10
928:7 952:22
**continued** 726:15
869:6,7
**control** 781:21
**conversation**
748:25 749:1
753:20,22,23
754:12 757:7
**conversations**
742:13 744:3
747:22,24,25
754:15 757:5,7
854:7 929:3
**corollary** 971:8
**corporate** 725:13
**correct** 735:18,19
735:21 736:6
740:10,13 742:3,4
742:8 744:22,23
745:2,24 747:18
751:24 758:9
762:10 768:5
781:1,2 784:5
788:8 798:11,21
807:8 814:19
818:2,3 819:6
823:4 831:1 836:5
841:16 842:5,6,10

842:11 847:10
851:17 852:14
857:1,8,15 870:17
873:9 879:4 888:1
892:21 897:4,5,21
906:13,21 908:7
916:22 925:5
928:24 946:10
949:7,8 954:4
955:6 956:4,5
957:17 968:9
971:8 980:17,19
984:5
**corrected** 984:5
**correction** 738:18
873:12
**corrections** 982:14
982:15 983:3,4
984:3
**correctly** 738:15
807:25 818:8
857:21 864:18
865:7 879:2 934:2
**correlation** 971:5
**correspondence**
845:1 849:12
**corresponding**
936:22
**counsel** 727:1
728:1 729:1 730:1
731:1,16 733:14
734:4,9 736:19
744:18 848:9
867:9 868:23
920:17,21 936:7
946:24 958:21
963:21 973:24
982:18,21 983:7
**count** 917:16,20
936:11,12,14
937:1,2,3,3,15

Page 11

[count - date]

939:17,18
**counts**  941:14
**couple**  747:10
789:24 867:12
**course**  785:11
849:15 914:21
**court**  725:1 726:1
726:21 734:8,17
734:20 867:2
884:13 920:11
945:9 964:16
981:3
**courts**  734:3
**cover**  736:15
737:24 828:8
855:19
**covered**  841:4
**create**  760:3 761:6
764:9 765:16
862:13 931:7
933:23 934:9
**created**  750:17,19
759:2,13,24 760:1
760:5,5 761:12,13
761:18 764:22
765:1,10,10
793:17 806:16
833:24 887:7
923:1,9,11,12,14
925:14 948:17
958:18 973:8,9,12
**creating**  751:6
885:20
**creation**  750:21
753:4,6,11 764:13
765:3 767:17
769:13,15,25
**creator**  750:22
**credit**  868:22
**cross**  725:13
726:15 732:3

733:7 734:17
735:1,6 736:8,19
736:23 737:23
783:14 784:16
785:7 839:13
840:13 848:22
849:12 867:10,23
868:5 869:19
870:23 871:2
884:21 920:17
921:1 935:10
939:2 940:20
943:1 946:18
955:24 965:9
972:13,17 973:1
982:1,4 984:1,13
985:2,24
**cross's**  870:21
**crutcher**  729:5
730:5
**csr**  725:20,20,22
981:25
**csv**  920:15
**curious**  919:23
**currently**  932:16
**custom**  781:9
**cut**  867:16

### d

**d**  732:1 752:5
758:8,8,9,9 922:1
936:8 952:7 970:2
**dallas**  729:18
**dan**  814:5 819:20
825:5
**daniel**  727:8 731:5
733:19
**dark**  831:14,15,17
831:20
**dashboard**  815:25
816:9

**dashboards**
817:20
**data**  736:4,11,13
736:21 738:6,14
738:16,19 739:5,8
739:9,14,17,19,20
739:21,22,23
740:4,12,19,20,23
741:9 742:2,6,8,17
743:2,7,14,16
744:2,7,8,12,21
745:9,11,16,19
746:4,7,12,19,21
747:3 755:8
756:10,14 757:25
758:2 761:9,22
762:10 766:13
769:18 771:2,15
771:18 773:25
774:22 776:1,4,6
786:5,11,21 787:3
787:7,11 790:3
792:13,16 797:20
798:8,16,20
800:20,25 801:5
802:7,18 811:2
817:16 819:24
823:22 828:14,18
829:4 830:5,25
831:11,13,16
832:10,12 836:20
838:6 840:17
842:14 844:19
845:8 846:8 847:7
848:1,17 850:6,14
850:15,23 851:7
853:14,24 854:24
855:2,25 859:13
860:4,5,7,19 861:3
862:24 864:17,21
865:2,6,23 866:14

869:14 871:22
873:7,15 876:22
876:25 877:2
878:16 883:10,10
888:18 889:10
891:4 903:2,7
904:24 912:1,4,8
912:10,12,14,16
912:18,21 913:1
913:11,14,16,18
914:15,23 916:14
923:17 931:4,4,10
931:22 932:7,10
932:13 939:10
941:24 959:20
966:21 975:18,20
975:23
**database**  793:17
850:20 897:18,23
923:4 924:22
962:10,14,15,20
969:7,9 970:11
**databases**  745:7
902:12 903:16
911:9 923:2,9,11
970:17
**dataset**  797:22
798:10
**date**  756:17
770:10,12 791:25
820:22,23 834:23
834:24 835:2
852:23 854:1,2,7,9
871:23 922:8,15
923:16 957:3,5,8
957:11 963:7
967:2 972:4,19,20
972:23 973:6
975:6,7,9,10 976:1
976:13 977:20
978:23 981:20

[date - detail]

982:16 983:5
985:24
**dates** 756:22
821:25 822:5
831:5 832:5
847:20 853:10
910:15,17
**dating** 759:6
888:14
**day** 762:17 871:21
871:23 872:24
917:15,18 981:21
984:6
**days** 775:21
875:13
**deal** 760:16,18
785:10
**debugging** 769:19
**decade** 789:23
**december** 922:10
936:20 938:3,13
**decision** 882:9
883:3
**decisions** 835:20
835:21
**declare** 984:1
**decree** 764:1,2,9
764:12 978:19,20
978:24
**deep** 783:24
**default** 896:2
943:21 976:7
**defendant** 733:23
734:16
**defined** 811:12
**definition** 811:17
813:3 904:17
906:16,25 918:15
925:23
**degree** 777:23
937:4

**deleting** 805:6
**demonstrate**
868:17
**denver** 730:10
**denying** 834:10
**depend** 804:16
895:25 959:10
966:20
**depended** 804:11
**depending** 779:15
803:22 887:23
895:14 919:7
951:14
**depends** 747:14
777:21 890:16
918:14 925:22
926:6 927:17
932:18 943:15
947:13 967:16
**deponent** 726:16
732:2 734:11,19
734:25 741:14
742:11 750:12
759:17,22 760:7
760:16 761:3,16
765:12 766:11
767:8,15,21
769:17 774:18
779:11 780:8
787:10,24 788:16
790:7 798:13
799:2,23 802:12
802:23 807:4
808:8 817:6 819:8
821:13 836:2
840:1,4 841:9
842:18 843:19
844:6 845:12
846:21 848:4
853:16 855:9
856:9,17 857:25

858:17 859:1,15
860:22 861:10
862:4 863:2,24
865:12 866:1
867:18 868:3,7
870:1 871:10,20
872:3,10,18
873:17 877:11
879:8,21 880:8,25
882:1,13 883:15
885:23 886:9
887:4 888:13,21
889:3,16,24 890:9
890:24 891:10
894:6 896:19
897:14 898:4
899:6 901:5 902:5
902:23 903:10,24
904:9,21 905:5,14
905:21 906:6,24
909:1,11,20 911:8
912:20 913:4,13
913:21 914:10,25
915:13 916:12
927:13 931:3,16
933:2 934:5,17
935:3,18 939:3
941:4,22 946:10
954:9 955:8 960:7
973:20 974:6
**deponent's** 725:15
**deponents** 981:7
**deposition** 725:12
726:15 733:7
734:10,22 736:17
748:2 799:22
802:22 828:5
844:5 867:23
870:12 871:9
888:12 891:7
902:4,21 913:3

934:16 935:17
970:1 981:14
982:19,22,24
983:8,10
**deprecate** 914:5
**deprecated** 791:6
852:24 910:14
**deprecating**
853:11 914:8
**deprecation**
852:21 853:2,6
**derek** 727:6
**describe** 758:14
806:25 833:4
863:15 951:12,13
**described** 805:24
806:17 807:1
833:3 838:24
871:7 917:25
933:18 936:17
963:22
**describing** 807:24
809:17 862:11,12
863:19 879:8
911:19
**description** 732:10
738:2 832:8
908:12 946:6
964:2,6,7
**descriptive** 776:12
**descriptor** 870:4
**design** 792:5
**designated** 735:17
736:15 749:7
860:12
**designed** 852:17
881:2 882:20
**designing** 809:12
979:4,7
**detail** 756:8
761:24 768:14

[detail - dim]

774:25 809:25
817:17 819:10
821:5,7 823:12
824:12,18 839:9
851:24 861:20
**detailed** 773:15
774:9
**details** 763:2
881:3 882:16
**detect** 820:16
824:7 846:15,18
849:14
**detected** 806:1
824:6 837:23
838:23 839:1,4
**detection** 823:7,8
837:4,5 838:15,18
**determinable**
854:9 859:4
**determination**
809:24 877:25
933:3
**determine** 762:19
767:4 787:1 808:2
829:14 832:16
843:1,14 854:7
856:5 859:9
877:22 878:11
924:14,16 934:20
944:19 954:23
966:18
**determined** 767:5
803:18 809:8,19
838:17 982:18,22
983:7
**determines** 819:9
833:15 934:8
979:13
**determining**
876:23,24 914:5
926:18

**develop** 795:25
824:5
**developed** 763:23
763:25 792:24,25
801:14,17 815:1
820:15 822:14
978:11,15,17
**developer** 739:11
740:16 743:3
744:14,17 778:8
787:13,14 788:20
791:13,17 792:6
796:2 798:4,14
800:8 801:10,18
803:15,25 804:2,7
804:23 805:15
806:20 809:7,18
816:1 827:5
829:21,24 834:12
835:7 836:3,7,12
836:24 837:7
838:1 841:13,16
841:21 842:9
843:9,12,15,24
855:21 856:11
857:5,9 858:12,21
859:5,6,9 876:8,11
876:11,13 877:19
904:15 910:20
916:2 920:7
924:24 925:2
963:15,23 964:8
**developer's**
842:15
**developers** 750:4
790:18 791:5
792:10 795:4,16
795:19,22 796:13
796:19,20,22
797:20 798:8,20
799:4,18,24 801:4

803:6 804:24
807:6 808:4
811:20 823:25
824:1,2 825:10
828:19 829:11
833:7,12 834:7
837:23 841:1,18
842:13 847:16
850:19,21 851:6
855:11,16,25
858:2 874:13
903:19 904:23
905:3 908:16
910:8 916:3
**developing** 822:22
822:22
**development**
760:7 795:9,23,23
796:2 827:8
926:11,14
**device** 876:19
879:24 880:4,11
880:12 881:1,7
885:21 886:3,23
886:25 888:24
898:9,13,18 899:1
899:4,13,20,22
900:2,19,21,24,25
901:10,11,24
902:9,9,10,19,24
902:25 903:1,4
**devices** 876:8
881:15,20,22
882:21 886:1
**devops** 816:1,10
816:18,20 835:12
**dgarrie** 731:11
**dialogue** 873:18
874:9,18,20 875:4
875:14,20 876:9
876:12 877:18,21

877:22 879:12,13
880:14
**differ** 778:6
779:14,15 793:23
**differed** 804:17
881:3
**difference** 775:14
775:19 776:25
793:19,25
**differences** 775:17
775:19 850:10
**different** 757:21
761:18 776:5
778:4 792:9 794:3
794:4 799:19
801:5 802:16
803:21 804:17
805:2 809:1
811:23 823:6,6
824:11 834:23
855:17 857:6
872:6,7,12,12
875:15,15 879:18
880:1 890:2
892:16 904:12,13
914:22 915:10
923:13 924:4,5
930:25 941:10
951:13 968:20
970:13 972:25
974:3,3
**differs** 778:5
963:1
**difficult** 900:13
906:9 954:1
**digging** 941:24
**digits** 924:8,9,17
**diligence** 868:17
**dim** 928:21,22,23
929:13,17 930:1,8
930:9 931:13,18

[dimensions - employee]

**dimensions** 960:8
**direct** 868:9
  953:17,25
**direction** 981:11
**directly** 842:9
  889:20 906:2
  932:8 952:25
  953:1 955:3
**discernable** 749:5
**disciplinary**
  927:10
**disclosures** 881:10
  881:11
**discovery** 849:16
**discuss** 748:21
  749:22 750:5
  784:23 849:13
  936:7 965:3
**discussed** 748:19
  749:17,23 754:8
  797:2,13 853:25
  853:25
**discussing** 748:22
  749:11,18,20
**discussion** 868:15
  877:10 883:18,20
  883:22 938:11
**discussions** 749:2
  797:7,9
**display** 877:17
  961:2
**displays** 968:17
**distinct** 937:23
**district** 725:1,2
  726:1,2
**dloeser** 727:15
**document** 725:8
  726:8 749:23,25
  750:2,5,13,16,18
  751:7 752:9,11,15
  752:19,22,25

753:1,9,11,15,18
753:20,25 754:2
800:5 801:11,20
805:14 806:3,19
807:11,23 808:3
808:11,20 809:9
809:13,19,24
819:5,9,14 903:7
914:17,18 916:8
921:3 936:5 946:1
965:9,10,14,16,17
966:17 967:11,12
**document's** 753:6
**documentation**
  920:7
**documented**
  919:18
**documents** 747:23
  754:7,8,13,17,25
  756:3 797:12
  803:15 806:2
  818:25 904:1
**doing** 750:10
  775:23 782:23
  784:19 798:25
  800:6,9 820:14
  826:5 839:14
  848:10 892:8
  965:8
**doubt** 848:18
  964:1,5,5
**downloaded**
  921:17 945:19
**downstream**
  931:7
**drawn** 920:8
**ds** 871:18,20,23
  872:3 922:1,4,6
  936:17
**due** 937:14 969:12

**dumps** 828:18
  830:25 831:11,13
  832:10,12
**dunn** 729:5 730:5
  733:23
**duration** 806:7
  955:15

**e**

**e** 728:7 732:1,8
  937:19 938:8
  944:24,25,25
  952:11 970:6
  982:9,12 983:1
  985:3,3,3
**earlier** 760:13
  761:19 820:11
  826:8 875:13
  896:20 924:7
  934:6 945:20
  969:25 970:14
  977:12
**earliest** 791:3
  815:14 827:18
**early** 791:3 820:10
  820:11 879:4
  882:8 885:8
  944:12
**ease** 736:16 965:5
**easier** 798:7
**easiest** 867:13
**ecosystem** 752:17
  752:23 914:20
**edges** 787:25
  788:2 793:1
**educated** 913:17
**effect** 800:12
**efficiently** 737:25
**effort** 832:11,17
  838:10,11
**efforts** 807:6,15
  832:13 848:25

**egnyte** 868:2
**eight** 783:25 838:5
**either** 753:7 754:7
  853:3 931:6
  955:11 967:4
**elaborate** 918:2
**elegantly** 877:1
**element** 933:19
**elements** 931:12
**elia** 748:5,13,14,21
  749:1,9,18 751:19
  751:20 768:18
  783:4 784:10,11
**eliminate** 843:8
**email** 743:9,13
**emails** 740:25
  742:6 929:3,6
**embedded** 829:24
  892:5,24 894:9
**emit** 778:22 781:9
  787:15
**emits** 789:4,7
  873:20
**emitted** 779:20
  788:19,21 789:1
  789:14,25 790:3
  790:22 791:1,9,16
  792:2,13,16,21
  794:8 798:4 831:7
  832:16 838:14
  839:6 878:12
  887:7
**emitting** 794:5,11
**emma** 727:9
  733:20
**employed** 750:24
  751:1 755:5 805:5
  828:17,21
**employee** 755:3
  955:23,25 956:8
  956:11,12,14

[employee - exactly]

981:18
**employees** 748:1
766:12 834:9
943:6 954:22
955:2 962:10,13
963:2 968:12,15
968:21,25
**employing** 827:22
**empty** 942:7,9
979:23
**en** 838:3
**enable** 881:19
906:19 907:7
920:3
**enabled** 760:3
**enacted** 836:13
**encompassed**
745:16
**encountered**
778:24 780:16
**encountering**
772:12
**endpoint** 919:3,3
**enforce** 827:3
**enforced** 820:5,18
823:18 927:15
**enforcement**
927:11,17
**engaged** 883:6
885:19,20 886:23
914:4
**engaging** 746:19
747:2
**engine** 937:16
**engineer** 769:18
780:13,24 781:8
823:14 951:23
958:18
**engineering**
824:12,18 827:24
844:10

**engineers** 796:3
808:1 824:23
951:23
**england** 725:15
726:17 733:1
**enhanced** 765:7
**enlarged** 921:16
921:17
**ensure** 801:11,15
801:18 807:6
829:19 830:16
836:20 847:25
**ensured** 800:20,24
811:1 819:23
828:13 829:3
830:5 840:16
844:18 845:7
846:7 847:7
848:16
**ensuring** 803:13
**enter** 875:22 960:3
**entered** 979:17
**entire** 905:16
923:19
**entirely** 755:13
773:2 782:12
786:24 964:12
**entirety** 774:12
865:18 866:1
904:10 949:11
966:14
**entities** 736:25
923:10,13
**entity** 894:9 897:8
923:2,4 937:23
**entries** 869:21
920:23 922:9,10
935:4 946:3 950:1
956:3 975:6
**entry** 923:8
948:10,16,16,18

948:19 949:2,9
950:13 951:3
969:3,4,6 970:7
971:12,19 972:8
972:11,17 974:23
974:24 975:2,3,25
976:11,23 980:15
**enumerate** 758:16
762:12 775:18
781:20
**enumerated**
958:17
**enumerates**
758:23 762:17
**equivalent** 874:9
875:11,16 980:8
**errata** 982:14,16
983:3,5
**error** 777:20
778:2,11,12,13,15
778:16,17,19,20
778:23,23 779:2,4
779:4,8,13,20,24
780:1,3,3,14,18,20
780:21,23,25
781:3,9,12,14,17
781:20 783:3,19
808:15
**errors** 779:14,21
781:5 917:20
**essentially** 742:21
**establish** 899:16
906:9
**established** 897:3
**establishes** 813:7
**estimate** 757:2
914:11
**estimation** 809:8
**et** 810:20 876:24
916:10

**eugene** 826:22
**evaluate** 801:21
801:24 802:1
806:18 878:11
912:17,25 913:10
913:16 914:1
915:9
**evaluated** 802:19
803:1,2,16 878:18
**evaluating** 856:11
857:17
**evaluation** 747:1
802:14 914:7
**event** 871:25
872:4 896:4 949:4
950:10
**events** 896:7 910:8
910:11,12,17,23
911:5,9,12,14,23
958:4
**everybody** 734:1
**everybody's** 736:9
**evolution** 822:17
**evolve** 824:7
**evolved** 770:3
811:6 814:15,18
827:17
**evolves** 814:23
**ewright** 727:18
**exact** 756:17,22
757:1 778:5
806:14 813:3
816:15 821:25
822:10 831:5
854:7,8 967:1
**exactly** 756:13
764:4,8 766:25
767:11 772:22
773:11 774:2,7,19
777:21,22 799:5
803:1 804:9,15

[exactly - facebook]

805:12,19 806:5
817:16 821:22,22
822:16 824:18,25
826:15 827:2
832:25 837:17
927:16 941:24
954:17 958:13,13
962:23 964:12
966:18 967:14
969:12 976:16
**examination** 732:2
735:4
**examined** 735:2
**example** 740:25
742:24 743:10
751:15 769:19
777:10 785:2
788:25 789:6,12
790:9,11,21 791:2
791:11 792:3
793:9 803:12
804:21 805:9,17
808:13 811:4,10
811:25 814:17
815:2,14 819:5
820:2 829:16,18
842:18 864:6
876:13 879:22
880:11 887:25
890:9 896:1,8,10
896:12 907:17
913:14 915:15
918:22 920:22
924:18 936:18
941:10 950:1,8
958:19 976:17
**examples** 789:3,19
790:8,25 791:8
792:12,15,20
801:7 804:14,19
805:1,4,17 807:16

812:5 823:24
825:13 828:24
829:1,17 845:13
845:16,25 846:13
846:16,23 915:14
916:7
**excel** 732:11,15,18
732:21 743:10
867:15 957:11
968:18 969:1
974:13
**excelified** 957:13
**excepting** 850:14
**exception** 739:7
745:19 782:11
**excerpt** 920:14,19
922:9 946:1,20
964:23 966:16
967:23
**excerpted** 933:13
**excerpting** 964:9
**exchange** 906:18
**exchanged** 741:19
743:8 899:12
**exchanges** 746:19
747:3
**exclusively** 952:25
**excuse** 943:11
966:7
**execute** 934:20
**executed** 984:6
**exercise** 967:19
**exhibit** 732:11,15
732:18,21 867:1,5
867:8,23 868:3
873:3 920:10,14
920:14 921:3,11
933:12 934:25
945:8,13,14
964:15,19,20,22
979:8

**exhibited** 752:10
753:2
**exhibition** 750:13
**exhibits** 867:22
**exist** 766:20 768:3
774:12 804:4
806:21 817:1
818:25 837:22
881:24 882:2,4
910:11 929:21,23
931:17 960:4,18
960:19 961:9
962:9 974:16
**existed** 768:9,16
780:10 801:11,15
802:9,14 803:14
803:19 806:19
808:3 809:19
822:5 833:21
842:20 855:16,19
875:7,12,17 932:2
944:17 961:7,22
963:6
**existence** 774:2
781:7 794:15
801:20 806:10
807:19 815:11
838:23 846:22,25
866:20 874:10
**existing** 806:3
930:14 932:1
**exists** 777:16
818:24 842:20
866:5 919:13
927:20 930:23
960:18 961:1,3
963:20 977:6
**expand** 945:22
**expecting** 812:12
**experience** 737:24
748:14 876:14,18

879:25 880:12,16
880:21 902:7
943:14 962:17
**experiences** 744:4
782:24
**expert** 799:10
800:2 803:3
899:10 901:13
902:6,13 935:19
962:16
**expiration** 975:24
976:2,4,13,16,20
976:23
**expire** 976:7
977:21
**explain** 793:13
829:12 830:2
833:12 876:22
883:12 904:16
918:20 957:6
979:20,21
**explained** 880:18
880:18,21 906:17
**explains** 952:4
**explanation** 911:1
969:18
**explicitly** 898:20
**exposed** 859:3
**expressed** 779:15
**extent** 745:15
810:11 878:24
891:7 967:15
**external** 924:15
**extra** 746:1

| **f** |
| --- |

**f** 939:13,15 955:22
955:24 956:3
971:11 973:2
**facebook** 725:4
726:4 729:4 730:4
733:9 735:17

**[facebook - facility]**

| | | | |
|---|---|---|---|
| 738:6,20 739:5,11 | 822:9 825:23 | 890:12,14 891:3,5 | 920:2,4,7 923:4,19 |
| 739:13 740:5,11 | 827:11 828:13,14 | 891:10,13,16,16 | 924:2,2,12,13,19 |
| 740:15,18,22 | 829:3,5,11,13,18 | 891:19,22,25 | 925:5,7 929:18 |
| 741:2,9,15,19 | 830:5,6,16 833:6 | 892:1,2,6,8,11,13 | 932:9,25 934:13 |
| 742:1,1,12,16 | 833:12,15 834:5,9 | 892:18,20,25 | 943:6,12,22 944:2 |
| 743:2,3,6,13,16 | 834:23,25 836:19 | 893:3,3,10,17,19 | 944:4,9,14 945:1,6 |
| 744:1,7,12,14,17 | 836:21 837:10 | 893:23,23 894:4,8 | 945:16 952:22 |
| 744:20 745:8 | 838:6,17,25 | 894:11,13,14,16 | 953:21 954:22 |
| 746:4,12,18 747:1 | 840:17 841:23,23 | 894:17,20,22,25 | 956:8,10,13 |
| 748:1 749:4 | 842:12,22 843:2,5 | 895:2,3,5,7,11,12 | 960:17 961:25 |
| 750:24 751:1,2 | 843:10,13 844:18 | 895:13,15,17,18 | 962:13 963:4,24 |
| 752:23 755:3,5,7 | 844:20 845:7,9 | 895:21,24 896:3,3 | 964:24 968:12,15 |
| 755:12,17 756:7 | 846:7,8 847:6,8,10 | 896:10,13,15 | 969:24,24 977:4 |
| 757:16,21 758:17 | 847:15 848:1,16 | 897:4,6,6,9,16,23 | 977:17,24 978:6 |
| 758:19,24 760:3 | 848:19,25 850:6 | 898:7,9,11,17,18 | 978:12,15 982:3 |
| 762:22 764:19 | 850:15,22,22 | 898:18,23 899:1 | 985:1 |
| 766:7,8,12 767:18 | 851:6,15,18,20 | 899:12,16,20,25 | **facebook's**   725:12 |
| 767:21 768:20 | 855:12,24 856:5 | 900:1,7,10,11,18 | 752:17 761:22 |
| 770:13 771:3 | 856:10,12 857:12 | 900:19,21 901:8,9 | 776:1,4 777:11 |
| 773:10 774:14,19 | 857:16,22 858:1,4 | 901:10,15,15,16 | 782:17 792:5 |
| 777:15 779:2,3,7 | 858:13,18,23 | 901:17,18,19,24 | 796:6 799:3,11 |
| 779:11,19,19,25 | 859:11,17,21,24 | 901:25 902:8,9,18 | 800:2 809:8 |
| 780:17 781:3,5,11 | 860:7,12,18,23 | 902:25 903:15,19 | 817:16 843:4 |
| 781:13,16 787:7 | 861:2,25 864:19 | 903:22,25 904:5 | 850:20 860:4 |
| 787:11,12,14,18 | 865:1,7,18 866:13 | 904:10,15,24,25 | 861:15 862:23 |
| 787:20 788:6,20 | 867:9 869:14 | 905:2,5,7,8,12,19 | 863:25 878:18 |
| 789:4,6 791:13 | 873:15,17,25 | 906:4,10,11,12,14 | 899:11 900:20 |
| 792:6,11,23 | 874:3,7,12,14,17 | 906:20,21 907:4,8 | 901:13 902:1,11 |
| 793:16,17,18 | 874:19,20,21,23 | 907:10,12,13,17 | 903:2 916:14 |
| 794:1,5,9,11,13 | 874:23,24,25 | 907:20,24 908:1,6 | 918:5 919:16,18 |
| 795:2,8,19,24 | 875:1,3,7,11,16,25 | 908:9,15,18,20,22 | 919:20 922:21,23 |
| 796:1 798:4 | 876:9,12,14,17,18 | 909:2,7,8,15,16 | 923:1,9,10,16 |
| 799:24,25 800:10 | 876:21,23 879:23 | 910:4,9,20,22 | 924:6,21 925:9 |
| 800:15,20,24,25 | 879:24 880:4,6,10 | 911:4,8 912:2,4,8 | 926:3 931:3,22 |
| 801:7,25 802:20 | 880:12,13 881:1,6 | 912:9,11,15,17,18 | 932:15,19,22 |
| 803:1,5,17,18,24 | 881:7,9,20 883:5,9 | 912:21,25 913:1,9 | 933:23 959:4 |
| 804:21 805:5,11 | 885:9,17,20,23 | 913:10,15,16 | 962:6 969:7,8,12 |
| 805:22 806:18 | 886:2,5,24,25 | 914:4,8,21 915:7 | 969:19 970:10,15 |
| 807:1 808:1,2 | 887:4,9 888:8,14 | 915:17,18,22,24 | 970:17 |
| 811:1,3 813:15 | 888:17,25 889:4,9 | 916:2 917:6,12 | **facility**   952:14 |
| 815:5 819:23,24 | 889:10,13,18 | 918:2 919:10 | |

Veritext Legal Solutions
866 299-5127

[facing - format]

**facing** 836:12
**fact** 771:6 817:11
   856:17,18 858:14
   888:4 897:7 898:5
   910:2 924:12
   950:22
**factors** 804:11,13
   804:18 825:7,15
   825:17,18 877:24
   932:18
**fair** 789:19
**fairly** 965:2
**falls** 860:14
**familiar** 767:9
   776:10 809:11
   883:4,7 901:21
   903:17,21 904:18
   921:2 923:20
   943:2,3 944:1,3
   946:19,22,22
   959:23,25 965:9
   965:10
**familiarizing**
   867:17
**far** 749:5 832:8
   875:20 888:15
   942:4
**favorable** 873:1
**fb** 732:13,16,19,22
   920:16 945:17
   964:24
**fbid** 969:2,23
   970:6,8,9,14,16,20
   971:4,6
**fbml** 791:4
**features** 833:8,9
   833:13,16 907:9
   978:3
**federal** 981:14
   983:1,8,9

**feel** 765:16 847:21
   881:8
**field** 952:4 957:15
   963:22 979:17,23
   980:16
**fields** 758:23
   786:8 788:2 793:1
   857:6 924:22
   925:16 930:11,12
   971:10
**fight** 848:11
**figure** 767:13
   819:13
**file** 920:15 945:14
   966:20 967:3
   973:16,25
**files** 920:18,21
**filled** 963:18
**filling** 951:20
**final** 746:25
**finance** 751:9
**financial** 914:7,11
**financially** 981:17
**find** 764:11 766:8
   784:9 804:2
**finding** 889:24
**fine** 749:14 783:15
   868:12
**finish** 839:22
**firm** 733:17 735:9
**first** 746:3 762:4
   770:8,10 777:9
   778:15 782:16
   794:17 797:6,10
   797:19 814:23
   815:3,4 822:1
   828:2 830:24
   840:23 841:18
   869:22 877:15
   879:3,5,10,14
   882:18 889:8

894:13 897:25
   910:19 917:5
   932:25 933:4
   936:4,18 946:8,16
   950:15 957:18
   961:13 963:8
   965:2 967:23
   973:6
**five** 869:17,21
   870:3 871:15
**flagged** 837:5,7
**floor** 731:8
**flow** 876:22 877:2
**focus** 740:15 741:6
**focused** 738:5
   743:3
**focusing** 802:3
**folks** 854:1
**follow** 785:17
   839:20 845:4
   849:5,15 851:2
   853:9 854:3
   878:24 922:21
**follows** 735:3
   982:8
**fonti** 728:5 733:18
   735:10
**foregoing** 981:5,7
   981:11,13 984:2
**forever** 959:15
**forgot** 748:7
**form** 759:19 760:6
   760:15,21 761:1
   761:15,18 765:11
   766:10 767:7,20
   768:2 769:16,20
   774:16 776:23,23
   777:18,21 778:1
   778:12,13 779:10
   779:12 780:6
   787:23 788:15

789:18 790:6
   795:11 798:12
   799:1,22 802:10
   802:22 806:22
   808:7 816:15
   817:5 819:7
   820:10 821:12
   832:24 836:1
   841:8 842:16
   843:18 844:5
   845:11 846:20
   848:3 853:15
   855:8 856:8
   857:24 858:16
   863:23 865:11,21
   865:25 871:9
   873:16 879:20
   880:7,23 881:25
   882:12 883:14
   885:22 886:8
   887:3,15 888:20
   889:2 890:8,23
   894:5 896:18
   898:3 899:5
   904:20 905:4,13
   905:20 906:23
   908:25 909:10
   911:7 912:19
   913:2,12,20
   914:24 915:12
   923:13 927:12
   931:2,15 933:1
   934:4,16 935:2,17
   935:20 939:1
   943:14 954:7
   955:7 960:6 961:9
   962:9,19 965:24
   968:24,24 973:19
   974:5
**format** 740:11
   744:6 791:6

[format - go]

921:21 924:13
**formats** 740:11
744:6
**formed** 940:4
941:13
**forms** 770:7
815:24
**forth** 981:7
**forward** 769:7
817:24 850:1
**found** 805:3,23
**foundationally**
906:10
**four** 745:23
869:23 936:19
**fourth** 829:20
**fql** 851:3,4,5,8,9
851:11,12,13,16
851:19,20,24
852:1 853:7,12,16
853:23 854:17,24
855:1,4,11,13,15
856:1,3,6,13,15,19
856:21 857:3,5,9
857:17,23 858:6,8
858:15,18,24
859:3,6,8,12,16
860:20 861:3,6,7,8
861:11 873:7
**fragment** 791:20
**frame** 815:11
**francisco** 729:10
**frcp** 983:1
**free** 849:15
**friend** 908:19
**friend's** 864:16
865:5 941:12
**friends** 864:17
865:6,9 889:21,22
905:9 907:19,22
908:4,19,23 909:3

915:23
**front** 962:19
973:15
**fronted** 923:1
970:17
**ftc** 764:1,8,12
978:19,20,23
**full** 763:9 776:15
780:9 882:16
929:13 930:12
941:22 958:12,12
967:15 973:14,16
974:13,18
**fully** 755:2 772:3
776:10 781:23
901:1 939:9
**function** 753:13
764:16 893:5
937:15 954:19
957:16
**functionality**
823:11 841:13
**further** 785:3
849:16 957:12
981:13,17

g

**g** 944:25 956:15,18
956:22 957:5
972:18
**ga** 901:19
**gain** 841:9
**games** 752:17,23
914:20
**garrie** 731:5 734:2
734:3,7 849:24,25
868:23 869:5,10
883:25 884:4
901:2,6,7 948:20
**gates** 944:23,24,25
945:2

**general** 731:16
756:18 769:6,10
782:24 807:15
830:22 848:5
850:12 895:15
897:17 900:25
911:3 923:16
926:21 927:21
937:8 951:18
**generally** 736:18
741:15 777:3
778:15,22 779:2
780:23 810:17,22
811:24 812:10,12
816:8 849:13,22
861:14 875:16
891:1 895:23
898:4 943:18
968:22
**generated** 815:20
951:22 952:2
962:22,24
**gestation** 820:11
**getting** 737:12
857:1
**gibson** 729:5
730:5 733:23
**gibsondunn.com**
729:12,20 730:12
730:19
**give** 734:22 748:2
748:4 751:10,11
757:1 770:3
772:19 773:16
780:9 782:5,21
783:21 784:2
790:8,9 804:14
805:17 808:22
809:2 810:17
822:15 835:22
836:15 845:13

848:4 861:11
872:21 877:9,11
881:16 889:25
890:3,19 901:6
902:14 913:13
915:3,5,13 925:25
926:9 928:7
**given** 800:3
803:12 813:3,17
822:20 845:16
846:14,17 847:20
847:20,21,22
878:5 917:15,17
917:17,17 918:7
922:13,14 923:2
923:10 926:15
928:5 936:16
947:23 949:3
954:12,20,21
955:10,20 956:14
958:21 970:24
971:1 975:11,21
976:7 981:12
**gives** 799:12
**giving** 844:15
845:24 900:13,16
**go** 747:19 748:25
749:1 759:20,20
763:21 780:7
782:15 784:15
785:19 793:8
796:16 819:18
830:19 833:22,25
840:6 841:20
845:2,2 847:12
850:9,17 851:4
861:9 867:15
874:16 877:9,25
878:13 883:23
884:1,2,11 891:8
893:15 895:17

[go - help]

897:1 904:8
925:17 932:5
935:21 939:2
940:16 942:19
948:14,22 954:8
958:19,22 967:13
967:19 968:8,11
980:14,21
**goal** 845:12 881:5
881:19 883:15
**goals** 824:13
883:17
**goes** 767:16
876:22 933:10
**going** 735:10,13
737:24,24 738:1
740:9 744:16
759:18 762:7
769:6 782:3 783:6
800:17 818:23
826:7 828:22
839:10,15 850:5
851:4 857:20
861:10 864:25
867:13,19 868:9
868:13 870:10
879:17 884:8
886:20 890:19
895:7 900:25
906:24 917:2,2
933:12 934:5
941:2 942:17
945:13 956:16
965:5
**good** 733:16 734:4
780:12 783:7
800:14 973:23
**google** 901:23
**gotcha** 847:11
**govern** 961:3

**gr** 936:23 938:14
**grant** 789:10
873:19 973:21
**granted** 841:3,5
841:23 875:5
878:15 943:13,16
950:14 952:16,17
961:4,7,21,23
965:19 966:3
971:16 972:3,5,12
972:15,23 973:6
974:8,15 976:6,19
977:2,6,13,15,19
**grants** 878:1
973:17 974:1
**graph** 739:11
741:5 744:11,15
786:4 788:1 792:4
792:7,24 794:18
795:5,6 812:8,13
850:8,23 851:10
851:12 852:16
853:4,4,21 856:4
858:1 873:9,10,11
873:13,22 878:10
897:17 908:11,13
908:14,22 911:23
918:22,23 919:1
923:4 936:16
939:21 969:7,8
970:10
**great** 737:21
839:23
**gross** 827:1
**group** 947:24,25
950:23,25 951:19
952:11,12,15,18
952:22 954:10
955:4,11
**grouped** 954:3,14
954:25

**groups** 950:20
952:14,19,20
953:10,11,17
**guess** 854:20
927:19
**guidance** 901:5

**h**

**h** 732:8 876:2
957:24 974:21
985:3
**habit** 739:16
**hand** 734:18 775:1
777:1 835:9 854:2
**handled** 982:8
**handwritten**
747:11
**hannah** 730:6
733:24
**happen** 880:19,22
**happened** 803:18
803:21 824:19
899:8 953:13
**happening** 826:13
832:23,23,24
833:1 834:22
952:4,5 977:22
**happens** 877:16
879:15 948:22
**happy** 785:10,19
849:10,18 850:17
850:17 877:5
940:25 945:15
957:2 967:9
**hard** 741:17
742:25 757:1
761:3,17,17,24
769:3 770:3
772:15 780:8
796:5 797:19
810:1,2 817:17
822:15 823:8

832:16 853:20
881:16 889:24
913:24,25,25
914:25,25 915:2
950:17
**hc** 732:12
**head** 782:10
807:21 810:1
852:24 854:9
**header** 922:1
936:9 939:15
946:2,16 948:4
955:22,25 957:24
960:15 967:23,24
974:22 975:24
979:9
**heading** 974:21
**healthy** 734:5
**hear** 883:24
**heard** 815:15
818:12,15 831:14
831:15 849:25
903:24 947:1,4
**heaton** 748:6
749:22 750:6,15
750:19,20,23,25
751:16,17 753:23
754:9
**heavily** 779:23
**help** 747:8,13
749:6 753:14,24
759:15 789:15
795:20 812:10
834:6 854:19
863:22 876:10
877:14 885:12,12
886:9 889:16
915:5,14 925:1,24
927:3 935:20,24
940:23 978:4

[helped - implemented]

**helped** 754:1
**helpful** 877:12
  926:9 935:7
  942:11
**helps** 800:13 967:7
**hendrix** 803:4
  827:6 835:14
  844:7 848:19
**hereto** 867:3
  920:12 945:10
  964:17
**hey** 868:23
**high** 741:14
  742:12,13 743:5
  763:5 774:24
  792:23 807:18
  808:8,22 809:2
  812:2 813:5
  814:15 815:18
  816:11 817:2
  823:9,15 839:4
  877:12 878:21
  907:1 937:4
**highlight** 869:9
**highlighted**
  869:18 957:15,20
  980:19
**highly** 725:10
  937:17
**historical** 965:22
**history** 751:15
  756:17 900:20
  977:12
**hit** 777:1 789:24
  869:6 935:6
**hits** 776:22 777:3
  818:8,9 862:5,6,14
  862:15,19,19
  863:3,6 865:13
  866:21 887:11,12
  887:20,22 911:13

911:19,21,21
**hitting** 812:1,21
  812:21
**hive** 774:1,11,15
  775:15,20 776:4,6
  806:13 807:20
  869:13 871:22
  872:1 898:1,4
  903:12,13 911:10
  916:14,20 922:6
  928:4,24,25
  930:25 931:3,8,10
  931:22 932:10,24
  933:6 937:2
**hoc** 931:7
**hope** 734:5 737:25
  738:1
**hopefully** 799:12
  799:12 926:21
**hour** 783:7 922:14
  936:16,19 938:12
  942:18
**hours** 938:3
**hregan** 730:12
**html** 876:16
**http** 778:16,19,20
  778:23 779:1,1,4,7
  779:8,20,24 780:3
  780:3,14,20,21
**huawei** 886:13,21
  886:23 887:1,25
**human** 951:16
  952:1
**hundreds** 836:9
**hypothetical**
  802:11 941:21

**i**

**i.e.** 949:13
**ian** 731:16 733:24
**id'ing** 969:10

**id's** 863:18,18
**idea** 810:18 883:9
  906:18 907:1
  924:16 948:25
  949:3
**identification**
  749:3 867:2
  920:11 945:9
  964:16
**identified** 752:9
  800:16 810:8
  816:10 844:16
  863:8,8 886:21
  919:24 920:20
  946:24 958:4
  969:17
**identifier** 863:19
  900:5,8,22,24
  901:11 902:10
  903:1 922:20
**identifiers** 900:25
**identifies** 762:8
  956:11 963:14
  972:14
**identify** 733:14
  741:1 764:18
  767:23 801:4
  810:10 823:2
  824:15 838:24
  849:1 862:23
  864:11,19 865:8
  902:18 925:20
  929:17 932:6
  934:23 954:15
**identifying** 786:20
  788:24 826:4
  863:20 948:7
  969:15
**identity** 861:25
**idfa** 899:25 900:3
  900:4 901:10,17

**ids** 786:17 788:19
  788:22,23,23
  789:25 791:16
  793:10,12 794:6,8
  794:10,12,14,15
  795:2,5,9 796:1,3
  796:24 797:5,8,16
  797:18,23 798:1,2
  798:3,5,5,6,10,13
  828:18 829:23
  830:11,11,25
  831:7,10 832:1,10
  832:12,14,18,19
  836:22 837:6,24
  838:13,23,25
  839:5,8 866:22
  899:21,23 902:1
  902:19 922:21
  923:3 924:1,2,2,11
  924:20 925:12
  930:5 951:4,5
  956:11 959:21
  960:4,9,11
**imagine** 825:21
**immediately**
  784:20
**impact** 752:16,18
  752:20,22 914:7
  914:11,19
**impetus** 765:3
  796:23 797:1,4
**implementation**
  823:13 830:23
  866:12
**implemented**
  762:24 769:18
  779:17 813:22
  820:8 822:1,19
  825:1 832:2,19
  835:18 836:14
  840:21 911:23

Veritext Legal Solutions
866 299-5127

[implementing - information]

implementing
780:13
implied 835:23
imposed 805:3
impossible 742:14
742:19 799:18
967:5
impracticable
967:5
impressed 868:18
improve 753:24
978:11,14
improved 753:18
improving 761:10
inappropriately
824:16 829:20
inception 788:21
793:11 875:8
include 736:20,25
739:16 746:6
758:19,25 767:24
786:14,19 888:23
890:10 898:5
911:14 925:12
929:21 930:14
951:7 972:19
included 749:3
755:17 782:8
787:2 862:6 908:9
908:11 982:14
983:3
includes 745:23
786:16 805:6
874:23 957:5
966:14 968:23
including 740:19
746:16,21 911:10
924:23 931:19
947:21
inclusive 931:11

incoming 919:13
919:19 934:21
incomplete 802:10
941:20
increased 924:7
index 762:14
919:10 924:19
935:9
indicate 810:16
893:16 924:10
926:3 936:19
955:10 975:15
976:8,12 979:24
indicated 844:25
849:11 922:14
941:17 951:2
indicates 778:23
926:24 927:7
971:18,20,22
979:11
indication 810:6
indicative 905:23
909:23 910:3
951:15 972:11
975:3,22
individual 783:1
786:5,21 787:2
789:22 838:25
857:13,15,22
858:5 861:25
862:14,24 863:10
863:12,20 883:5
886:7,10 888:7
891:4 892:20
905:12,19 909:15
910:25 911:6
913:18,18 919:25
920:23 925:5
954:16
individual's
786:11 967:6

individualized
953:12
individually
920:18
individuals 838:25
864:21 866:13
951:19
inform 844:12
information 739:5
740:5,12 741:3,20
743:11 744:21
746:4,12 747:2
750:9 756:1,2
758:17,20,25
759:5,7 760:17,18
761:5 762:12,15
762:20 763:13,15
764:19 766:9,18
767:3,6,19 768:1
768:10 770:14,25
771:2 772:7,20,23
772:25 773:3,6,9
773:11 774:10,14
775:15,16,20
777:19,22 778:7
786:7,14,17,20,25
787:2,15,17,21
788:6,9,13,17
789:1,3,7,11,14
790:13,17,22
791:1,5,9 792:2,11
792:18,21 793:5
799:4,19 800:1,21
806:16 807:10
810:18 813:21,21
816:16 817:10,25
818:5 824:19,21
827:3 829:13,15
829:19 830:1,16
831:20,22 835:8,9
835:22 836:15

837:18 838:5,8,11
841:4,10,11
842:24 843:2,14
844:12 846:15,18
847:16 848:17
850:11,20 851:22
852:1,8 854:15,17
855:13 856:3,6,13
856:15 857:4,10
857:13,15,23
858:5,9,12,14,20
858:24 859:3,7,9
859:19,22 860:2
860:12,13,19
861:2,19 862:1,20
863:18,19,21
864:20 865:9,9
866:3,16 871:15
872:20 873:19,23
875:6,23,23 876:1
876:18,21 877:6
877:17 878:12
879:6,19 880:5,6
883:13 885:9,17
886:17 887:1,9,19
887:24 888:5,23
889:1,10,13,19
890:14 891:14
892:1,19 893:5
894:3 895:9
896:15 897:3,10
897:18 898:8,21
899:10,12 903:6
903:12 904:22
905:2,11,18 906:1
906:3,11,11,13,15
906:20,21 907:2,4
907:8,13,19,24
908:5,8,21 909:1,4
909:6,14 910:2,21
910:22,24 911:4

[information - involved]

911:24 912:3
913:19 915:8,11
916:9,13,20,25
917:15,23 918:9
918:13 919:15
920:25 921:2,12
921:23 925:8,10
925:14 926:2,22
926:23 927:6,14
927:16,21,25
928:2,4,8,12
929:22,22,25
930:14,17,24
931:11,13,17,18
931:21 932:23
933:5,8,20 935:24
937:20 938:9
940:8 941:7,16,19
942:3,12 947:9
950:6 952:5 955:5
956:21 960:23
961:6,22 963:17
963:21 965:3,15
966:14 968:17,19
968:23 969:9,12
969:14,16,21
970:3,19 971:23
971:25 972:10,25
973:1,17 974:4
976:3,20
**informations**
791:20
**informed** 744:18
**infrastructure**
758:6 761:9,22
765:8 766:14
768:25 769:2,22
770:2,15 771:2
776:1 836:12,13
903:2 918:6
922:22,24 923:17

931:4,4 933:23
939:22
**initially** 965:19
**initiated** 953:22
956:8 978:14
**inquiries** 857:17
**inquiry** 819:19
847:5
**ins** 829:24 836:23
837:25
**inside** 766:7
903:22,25 904:5
904:10 919:20
951:17 978:12,15
**insignificant** 796:4
**instance** 924:10
951:3 960:3 968:6
976:12
**instituted** 833:19
833:23 836:16
852:15 944:5
**institution** 841:19
846:23
**insured** 744:20
**integrate** 875:1,3
**integrated** 787:16
891:13
**integration** 783:25
885:11,13 886:2,4
886:6,14,15 887:2
887:5 888:1,9
904:25
**integrations** 881:1
881:15 882:19
883:1 884:20,24
885:5,24 888:18
888:19,24
**integrity** 744:24
800:19,23 801:3
803:10 810:8,25
811:5,17,21

812:16 813:9,13
813:20 814:1,14
819:16,22 824:3
824:23 826:3,16
826:19 828:12
829:3 830:4
836:19 837:15
840:16 842:23
844:18 845:7,17
846:6 847:6
848:22 849:14
**intend** 747:12
823:10 940:18
946:12
**intended** 946:12
**intensity** 937:15
**intent** 762:25
**interact** 926:16
**interacted** 742:22
930:21
**interacting** 794:18
804:25
**interaction** 898:20
**interchangeably**
777:5
**interested** 981:18
**interface** 962:15
**intermediary**
954:10
**internal** 745:8
751:15 766:13
782:17 787:21
878:18 897:10
902:1 907:23
910:24 916:9
919:17,19 924:12
924:14 925:9
926:3 943:5 959:4
959:6,10,12
961:11 962:10
963:23 969:13

**internally** 756:3
797:2 896:16
921:21 961:25
962:6 963:8
968:14,17
**internet** 777:17
**interpret** 890:21
935:24
**interpretation**
890:16
**interpretations**
890:2,6
**interpreting** 750:3
**interrogatory**
886:18
**interrupt** 851:1
861:6
**interrupting**
796:17
**intimately** 743:22
765:14
**introduced** 789:9
840:23 841:18
867:4 920:13
945:12 964:18
978:10
**invalidation** 896:4
896:6
**investigate** 768:16
**investigation**
769:20 837:8
838:4
**invite** 737:12
**involved** 750:21
751:6 753:8
754:25 755:15,20
756:1,6,11 757:13
757:24 760:9
765:14 771:4
772:16 796:3
805:19 807:14

**[involved - l]**

808:24 814:21
815:9,16,23
820:25 822:4
825:15 826:2,3,12
826:15,19,24,25
827:14,24 831:19
834:9 835:15
844:11 845:15
859:2 864:8 866:8
915:19 979:3
**involvement**
755:23 770:5
772:5
**involves** 755:11,14
788:18 789:8
**ios** 882:23 900:6,9
901:15
**ip** 823:20,23
825:10
**ipsum** 809:12,15
809:21
**issue** 769:5 810:17
848:24
**issues** 849:19
**iterations** 791:3

**j**

**j** 960:13 975:24
**jams** 731:4
**jamsadr.com**
731:11
**january** 957:18,22
**jay** 828:2
**job** 725:24 822:3
823:15 845:23,24
845:24 847:21
874:13 982:4
985:2
**john** 731:18
733:11 884:6
**join** 857:6 931:5

**joined** 772:17
**jonathan** 827:1
**jsc** 725:6 726:6
**june** 725:16
726:18 733:1,6
848:14 981:21
982:2,4

**k**

**k** 963:14 967:22
979:9,17
**keep** 828:22
**keller** 727:5
733:20
**kellerrohrback.c...**
727:15,16,17,18
**kept** 864:19 865:8
**kicked** 823:4
825:25 827:12
927:7
**kind** 739:20
752:18 753:13
770:16 772:20
799:8 812:11,11
814:6 815:14,20
826:11 839:11,15
877:6 905:18
916:13 969:9
**kinds** 796:7
822:22 827:6
925:10
**knew** 771:16,21
771:21 783:5,5,5
787:5
**know** 742:12,15
742:20 743:8
744:1 752:13
753:10 755:6,16
756:14 759:1,5,7,9
759:12 760:22
764:21 765:9,20
766:16 769:22

770:23,25 771:1,9
771:11,14 774:10
775:4,5 776:5
781:7 782:14
783:17,23,25
784:7 785:2
786:24 789:21
792:24 793:6
796:5,6,23 797:13
799:8,24 800:5
806:5,8,11,14,14
807:9,14,17,17
808:10,24 809:16
810:19 811:20
813:22 814:6,25
815:3,13 816:2,3
817:10,18 818:4
820:7 821:1,4,17
821:25 822:2,14
822:18 823:11
824:4,9,11,24
825:23 826:12,15
827:8,14,18,23,25
828:9,24 831:9,10
831:18 832:3,11
832:17 835:3,8,10
837:9,13,17,20,22
838:5,7,9,16
839:12,15 842:1
848:11 849:10
850:12 852:19
853:22 854:16,24
855:22 858:10,13
858:22 860:18
861:1 862:16
870:8,22 871:5,14
877:13 878:24,25
878:25 880:16,17
881:14,18 882:3,9
885:19 888:8,16
891:8 892:8,13

893:3 899:7 902:8
903:5,15 910:16
911:11 913:18
919:2 923:25
928:21 930:7,23
931:9,23,25 933:7
937:11,11,19
938:18,21 939:16
940:15,18 945:1
948:6,11 949:18
951:1,12 952:8,12
953:3,4,21 954:20
958:8,12,14
959:14,16 961:13
962:21,23 963:17
964:10 965:1,22
966:2 967:7,9,9
968:1 969:4,14,21
970:3,8 971:13
972:20 973:9,11
973:14 974:24
976:2,21 977:24
978:6,13,20,23
979:1,1,2,5,10,16
980:6,7
**knowing** 956:13
973:3
**knowledge** 810:5
821:18 882:2
**knowledgeable**
762:5
**known** 758:6
773:25 833:8,10
840:22,24 858:10
875:10,15 908:11
937:1

**l**

**l** 725:20 726:20
928:23,23 944:24
944:25 981:1,24

[l.l.p. - logging]

**l.l.p.**   727:5
**language**   796:9,12
**large**   760:17,18
  789:24 809:1
  816:3 867:14
  920:18 931:23
  967:4,12
**larger**   946:1,7
**late**   772:17 797:13
  944:12
**laufenberg**   727:7
**launch**   850:23
  961:12,13,15,19
  961:19,24 962:2,5
  962:25 963:3,5,12
**launched**   792:5,7
  851:11
**law**   727:10 728:8
  729:7,15 730:7,15
  733:17 735:9
**lawful**   942:5
**learn**   810:19
**learned**   820:2
**learning**   820:16
  825:16 827:22
**led**   827:8 834:4
**left**   776:17 823:13
**legacy**   773:12
  854:14
**legal**   982:7
**legibility**   965:5
**lengthy**   867:15
**lesley**   728:7
  883:19,21,21,21
  884:7
**letter**   810:16
  848:13
**level**   741:14
  742:12,14 743:5
  756:8 761:24
  763:5 774:24,25

**792**:23 807:18
  808:8,22 809:2,25
  810:2 813:5
  816:11 817:17
  819:10,17 821:4,6
  823:9,15 824:11
  824:18,21,24
  839:4,8 851:7
  877:12 878:21
  907:1 938:2
**levels**   814:16
  815:18
**light**   882:24
**liked**   894:11 897:7
**limit**   749:10,16
  812:21,25 813:6
**limited**   744:19,22
  800:21 801:1
  811:3 819:24
  828:14 829:5
  830:6 831:23,24
  836:21 840:17
  844:20 845:9
  846:8 847:8 848:1
  848:18 874:24
  881:18,23 883:2
  908:6
**limiting**   813:23
  814:3
**limits**   812:1,7,18
  812:23 813:8,11
  813:14 966:19
**line**   847:4 868:13
  982:15 983:4
  985:4,7,10,13,16
  985:19
**lineage**   774:9
  822:10 939:9
**lines**   868:10
**lingo**   934:2

**link**   786:20 798:16
  798:20 799:19
**linked**   767:25
  809:20 947:23,24
**list**   778:20 780:18
  780:23 781:3,7,11
  781:14,17 793:8
  815:21 816:2
  829:1,7 869:13
  927:24 930:5
  934:14 947:8
  958:3,21 974:18
**listed**   804:24
  830:20
**lists**   745:8 781:5
**litigation**   725:6
  726:6 733:10
  982:3 985:1
**little**   744:17
  779:23 847:13
  850:7,8 889:4
  921:18 965:6
**llp**   728:5 729:5
  730:5
**locally**   869:2
**located**   726:16
**location**   725:15
**locked**   982:12
  983:1
**loeser**   727:6
  735:13
**log**   768:21 770:2
  806:16 856:14,14
  857:22 858:1,2,4
  859:8,12,22
  860:23 861:16,25
  895:15 896:2,11
  946:25 947:1,4,6,7
  948:9,10,16,16,18
  948:19 949:1,3,9
  949:11 951:4,6

**956**:9,25 957:1
  959:17 962:3
  971:15,19,22
  972:8,8,10 975:2,3
**loggable**   958:4
**logged**   768:19,24
  769:1,4,14,23,25
  770:6,11,19,21,22
  770:24 771:8,10
  771:12,23,25
  772:1,4,9 773:17
  773:19,21,23,25
  786:25 838:2
  839:7 856:19,23
  858:8,14 859:16
  860:3 862:14
  863:5 864:1,9,14
  865:3 887:9,11,20
  887:22,25 888:4,5
  892:10,11,17
  893:3,4,10,19,22
  893:23 894:14,19
  894:22 895:2,4,5
  895:18,20,21
  896:3 897:6,16
  898:9,12,16,17
  899:3,4 900:1,9,11
  900:18 901:9,15
  901:18 902:8,24
  903:2,3 911:15
  929:19 949:21
  950:22 951:17
  958:6
**logging**   757:16,18
  757:19,22,22,25
  758:3,5 759:2
  760:8 765:7,8
  767:22 768:2,25
  769:2,19 770:13
  770:14 772:17
  773:12 817:7

Page 26

**[logging - matt]**

818:1 859:2
861:15,18,21
863:25 866:21
871:22 881:8
888:3 896:7
899:13 967:17
972:9,17
**login** 755:1 873:15
873:17,25 874:3,7
874:9,12,17,18,20
874:24,24 875:4,7
875:11,13,17,20
875:23 876:9,12
877:18,21,22
879:12,13 880:14
899:11 901:13
968:4,7,8
**logs** 767:22 806:1
806:6,10,11
807:10 858:18,23
859:18 864:10
866:3,13 888:9,14
888:17 898:23,24
954:18
**london** 725:15
726:17 733:1
**long** 751:16,19
754:3 756:23
772:15 821:20
822:14 861:12
868:9 953:15,18
963:3 967:14
**longer** 771:5 783:7
785:8 805:7
838:15,18 852:20
853:19,23 929:11
952:20 970:7
**look** 748:11,11
762:22 785:1,11
785:16 814:15
816:2 823:16,18

824:19,20 829:22
832:12 838:11
842:24 843:21
867:16 870:15
881:8 910:19,19
915:7 921:25
938:8 948:3
949:16 957:6,12
959:5,25 960:2
968:8
**looked** 809:7,17
811:7 812:16
825:8 832:14
842:24 914:14
923:25
**looking** 789:20
811:25 812:17
824:15 825:16,23
826:5 827:11
828:17 836:22
877:6 945:18,25
957:14
**looks** 820:4 823:7
946:21 956:2
967:21
**lorem** 809:12,15
809:21
**los** 731:9
**lost** 965:20 966:4
966:11
**lot** 737:23 749:13
812:19 828:9
830:1
**lots** 778:4
**love** 738:23
**lweaver** 728:14

---

**m**

**macdonell** 731:18
733:11
**machine** 815:2
820:16 825:16

827:22 981:10
**main** 830:8
**maintain** 780:17
781:3,11 866:13
919:10 924:19
956:10
**maintained** 781:5
**maintains** 781:14
920:2,4 934:13
**major** 743:15,19
822:16
**making** 738:24
777:15 812:2,19
816:3,11,21 817:2
817:9 818:10
835:21 837:18
862:7 864:2,4
865:14 866:22
871:1 885:24
890:6 905:21,23
**manage** 943:7
960:18 961:2
962:6,8 978:4
**managed** 804:7
944:18
**management**
745:7 959:4
**manager** 755:9
827:24 961:12,13
961:15,19,24
962:2,5,25 963:1,3
963:5,12
**managing** 748:15
**manner** 742:7
873:6
**manual** 820:12
826:13 834:15,17
837:2
**manually** 826:7
920:9

**manufacturer**
880:11
**map** 919:19,24
920:6 935:22
952:25
**mapped** 918:10
955:3,4
**mapping** 918:11
918:18,19,21
934:1 953:12,17
953:25 955:12,12
**mappings** 920:8
**maps** 917:10
919:10,12
**march** 822:19
**mark** 754:20
757:3 763:16
771:20 932:14
**marked** 749:24
750:13 753:2
867:1,5,22 920:10
920:14 945:8,11
945:12 964:15,19
**master** 731:6
734:2,3,7 849:24
849:25 850:2
868:23 869:5,10
883:25 884:4
901:2,7
**matched** 780:15
**matches** 808:8
921:23
**material** 737:23
**materials** 874:12
**matt** 729:14
733:17,25 735:9
735:23 738:9
745:17 783:6
785:3 810:12
839:10 844:24
849:9 861:5

Page 27

**[matt - mentioned]**

868:16 870:13
877:7 946:5
**matter**   733:8
769:6,10 850:12
914:21 951:18
**matters**   762:6
962:18
**matthew**   728:6
**mbuongiorno**
729:20
**md**   725:6 726:6
**mdl**   725:4 726:4
732:19,22 920:16
945:17 964:24
**mean**   752:19
754:8 759:15,23
789:16,15 792:18
793:13 796:19,21
812:9,23 813:5
826:16 834:6,7
836:2 840:24
844:3 851:1 852:3
852:4 861:7,7,8
863:12 865:22
867:16 872:6,11
885:13 886:10
889:17 890:10
892:23 893:18
896:20,22,24
899:24 911:16
913:14 915:1
919:1 922:25
925:2,24 926:6
927:3,5 929:7
932:17 934:3
936:12 939:18
940:1,19 941:4
943:9 947:13
949:15,24 966:24
972:4 973:20
980:2,6,8,10,11,15

**meaning**   739:23
753:15 819:5
863:17 896:24
**means**   740:25
741:17 796:6
829:14 838:14
871:18,21,25
872:20 904:3
932:19 936:14
937:21 938:7
940:3,16 943:11
949:18,20 952:12
964:13 968:1
972:22 975:17
976:2,17 979:22
979:23
**meant**   793:14
906:18 913:25
964:10
**measures**   978:10
978:13
**mechanism**
780:20 801:8
803:13 813:23
816:20 829:9,11
830:15 851:5
853:23 856:10
875:4,21
**mechanisms**
788:24 792:9
801:13,25 829:22
830:21 853:19
854:15 959:21
**meeting**   827:25
**melamed**   728:6
732:5 733:16,17
734:14 735:5,9
736:2,7,8 737:9,21
737:22 738:12,14
738:17,19 741:21
742:18 745:18

750:18 759:25
760:11,23 761:11
762:1 765:19
766:4,6,16 767:12
767:17 768:4
769:24 775:2
780:2,17 783:9,13
784:15 785:5,18
785:25 787:20
788:5 789:2
790:24 795:12,14
798:18 799:14
800:13 802:17
803:7 806:23
807:8 808:10
810:23 817:23
819:12 821:19
836:5 839:19
840:3,6,13 841:15
843:6 844:1,13
845:4 846:3,25
848:7,10 849:20
850:4,5 853:22
855:24 856:12,24
858:4,22 859:11
859:21 861:1,8,24
862:9 863:7
864:14 865:17,22
866:11 867:4,7,21
868:8,19 869:1,8
869:17,25 870:2
870:16 871:2,14
872:8,13,22 873:2
873:4,24 878:23
879:16 880:2,20
881:14 882:3
883:4,19,21 884:1
884:6,10,19
885:25 886:11
887:8,16 888:16
888:25 889:6,18

890:5,13 891:3,19
894:12 896:23
897:20 898:7
899:15 901:8
902:15 903:5,17
904:2,5,16 905:1
905:10,17 906:1,8
907:5 909:5,13
910:1 911:11
912:23 913:9,15
914:4,16 915:7
916:5,21 920:13
921:1,14,15,20
927:19 931:9,20
933:7 934:11,22
935:7,25 939:13
940:14,18,21
941:9 942:10,19
943:1 945:11,16
946:15,18 948:20
948:24 954:6,13
955:13 958:20,24
960:13 964:18,25
965:25 973:22
974:10 980:21
**members**   834:12
**memory**   782:3,22
782:24 783:23
917:2 929:8
**mentioned**   735:8
735:12 742:1,5
744:11 751:22
762:8 768:6
777:25 780:25
788:5 807:22
814:18 817:23
823:1 825:6,14
829:6 830:24
832:9 836:22
839:21 848:24
853:2 868:8

Veritext Legal Solutions
866 299-5127

**[merge - necessarily]**

**merge**  797:21
798:9
**messaging**  795:7,7
**messed**  779:5
**messenger**  794:16
794:17 795:8
936:23
**meta**  731:17
733:23
**metadata**  925:13
925:16 947:25
950:3,4
**method**  762:23
767:18,24 768:5
778:9,10 779:17
812:20 818:8,9,9
818:13,16,18,21
851:8,12 856:2
862:9,11,13
888:22 916:22,24
917:1,9,11,17,25
918:3,4,10,12
919:5,13,20,22,23
919:24 920:5,6,6
920:21 921:21,24
929:10 933:8,9,10
933:14,15,22
934:1,8,20 935:6
935:11,12,23
936:16,22 938:3
938:13 941:14
942:13,16 945:25
946:4
**methodologies**
853:14
**methodology**
854:17
**methods**  745:6
762:18,20 768:6
812:3 814:12
817:9 818:2

855:15,19 878:9
918:24 919:11
921:9 934:24
936:3,4 978:11,14
**migration**  953:6
953:10
**milestones**  822:17
**mill**  730:16
**millions**  936:2
**mind**  745:3 763:18
**minority**  855:3
**minute**  873:5
**minutes**  751:18,21
754:5 757:3
**misbehaved**  826:6
**missing**  958:17,17
**mission**  729:8
**misspoke**  738:10
**misstates**  741:13
742:9 906:22
**mistake**  867:6
**mistaken**  870:19
**misuse**  846:15,18
849:15
**mmelamed**  728:13
**mobile**  862:19
875:3 882:21
887:13 898:9,13
898:18 899:1,8,9
899:20,22 900:2
900:11,19 901:10
902:19,24,25
911:21
**mode**  804:22,23
926:11,11,12,12
926:14,14,20
927:10
**models**  815:2
**modern**  757:16,18
757:19

**modified**  764:2
943:14
**molaro**  754:20,21
754:23,24 755:3,4
756:6,23,25,25
757:5,8 758:4,5
759:11 762:5
763:10,11,19,21
764:14 765:22
767:16 768:18
771:21 775:9
787:5 932:14
**molaro's**  755:6,23
**moment**  755:14
**monday**  725:16
726:18 733:1
**monthly**  915:18
**months**  796:4
967:1
**moratorium**  804:8
804:9 805:9
**moratoriums**
804:15,19 805:2,4
805:12,18
**morning**  733:16
734:4
**move**  795:4 833:2
850:1
**moved**  788:22
952:25
**moving**  889:7
**mthd**  732:16
920:16
**multiple**  757:19
757:23,24 797:20
798:8,14 823:1
851:16,21,23,25
852:7 857:3,10
960:9
**mute**  884:5,7,7

**n**

**n**  732:1 758:8,9
869:7 974:21,22
**name**  733:16
735:8 751:23
752:2 776:5,7
782:1,2,6,8,12,17
806:13,14 807:9
807:19 814:8
818:4,5,14 826:22
826:23 827:13,23
828:2,3,6 869:11
869:11 870:5
873:18 874:18
898:25 903:6
924:23 928:19
929:11,13,16
930:19 931:12
944:21 952:7,9,9
952:11,12 956:12
979:5 981:21
**named**  782:15
**names**  732:13
748:2,4,7,9 776:9
776:11,14,16
827:15 862:16,17
869:13 874:16
875:15 916:9
924:20 930:16
931:24 932:3
**narrow**  879:22
**narrower**  843:7
**native**  732:11,15
732:18,21
**nature**  772:8
809:22 811:19
819:8 839:2
902:12 905:22
922:22
**necessarily**  777:16
832:1 855:10

Veritext Legal Solutions
866 299-5127

[necessarily - objections]

861:16 864:5,12
865:15 880:13
905:25 909:24
918:17,19,21
950:24 977:10
**necessary** 894:21
982:14 983:3
**need** 737:19
810:19 824:7
839:24 872:20
894:12 921:13
939:9 958:23
966:1
**needed** 748:8
838:15,18 854:3
937:6,7
**needs** 839:14
894:17
**neither** 883:25
981:17
**nevada** 725:21
**new** 760:2,9 793:1
833:19 924:17
948:16,17,18,25
949:3
**newsfeeds** 905:9
908:4
**night** 868:21
870:13,18
**nine** 784:1 933:13
936:1,5 946:3,16
946:16 967:23
980:18
**nodes** 758:23
762:18 786:8
787:25 788:2,2
**nomenclature**
928:15
**northern** 725:2
726:2

**notating** 982:15
983:4
**note** 749:12 785:5
849:21 945:18
951:25
**noted** 814:10
892:12 980:24
**notes** 747:8,11,17
747:20,21,22
753:19,21 754:6
754:11,13,14,16
757:4,6,9,11,14,15
784:17 785:1,16
852:25 854:10
951:9,12,13,15,20
951:21 952:4
984:4
**notice** 735:11
**noticing** 733:15
734:12
**notifications**
815:17
**null** 979:23 980:9
980:10,15,19
**nullable** 979:19,21
979:22
**number** 732:9
747:25 750:1
752:13 767:21
780:10 797:17
801:2 804:11,17
808:13 809:1,7
812:2 813:1
814:16 815:19
816:3,4,11,21,22
817:2,3,15 822:3
826:4 828:10
835:6 836:3,6
847:14 854:18
877:24 878:13,16
881:22 886:15

890:1 898:12,19
898:23,25 899:1,2
899:3 904:11
917:14,16 920:15
924:5,8,17,22
925:16,17 929:18
931:23 932:18,21
936:14,21 937:23
939:12 945:17
948:6 950:20
958:5,12 959:3,6
960:10 971:18,21
972:7 973:2
982:15 983:4
**numbering** 958:14
**numbers** 949:12
956:6
**numerals** 924:5
**numeric** 922:20
922:22 924:3
956:3 969:3,4,6
970:7 971:12
974:23,24
**numerous** 766:15
775:17

**o**

**o0o** 733:3 980:25
**oakland** 728:11
**oath** 734:11 735:2
981:9
**object** 759:19
760:6,15 761:1,15
765:11 766:10
767:7,20 769:16
774:16 778:17
779:10 780:5,6
787:23 788:15
790:6 795:11
798:12 799:1,22
802:10,22 806:22
808:7 817:5 819:7

821:12 836:1
841:8 842:16
843:17 844:5
845:11 846:20
848:3 853:15
855:8 856:8 857:6
857:24 858:16
863:23 865:11,21
865:25 871:9
873:16 879:20
880:7,23 881:25
882:11 883:14
885:22 886:8
887:3,15 888:20
890:8,23 894:5
896:18 898:3
899:5 904:20
905:4,13,20
906:23 908:25
909:10 911:7
912:19 913:2,12
913:20 914:24
915:12 922:25
924:2 927:12
931:2,15 933:1
934:4,16 935:2,17
939:1 954:7 955:7
960:6 965:24
973:19 974:5
**objection** 734:10
734:14,15 787:9
807:3 858:25
862:3 863:1
872:16 879:7
889:2,15,23
903:23 904:4,6
906:5 941:3
**objections** 871:19
872:2,9,15 903:9
909:19

**[objects - particular]**

**objects**  780:25
781:4,12,14,17
793:2
**obligations**  763:25
**obviously**  848:11
857:12
**occur**  907:6
**occurred**  791:22
791:23 797:7
896:5
**offer**  907:3 936:1
**office**  982:11
**officer**  734:10
**okay**  734:1 735:20
736:7,16,18 737:9
739:3 741:8
743:18 744:16
747:12 749:21
775:2 783:12,13
784:22 785:18,20
788:13 802:3,17
803:7 812:22
818:12 840:2,3,6,8
845:4 867:21
869:2,4 870:2
881:24 886:20
897:13 910:22
933:25 935:7
938:8 942:21
946:14 949:16
957:6 980:22
**old**  924:17
**once**  834:2 841:2
853:11 860:2
869:3
**ones**  781:10
805:19 814:25
830:8,19
**online**  764:24
774:7

**onset**  966:5
**onwards**  817:8
**open**  869:2 873:3
873:9,11 874:14
895:9,24 897:3
908:11,13,14,22
964:20 967:5
**opened**  894:13
**operated**  822:2
836:16 839:3
845:17
**operating**  882:21
899:9
**operation**  822:24
835:15,19 844:6
**operational**  759:4
759:6 843:20
844:2,8
**operationalize**
961:25
**operationalized**
803:5
**operations**  753:13
802:25 803:16
804:1,7 805:15,20
816:1 820:6,19
823:17 834:13
835:7 836:4,7,17
837:8 838:3
843:25
**opportunity**  907:3
**opposed**  928:11
**ops**  827:5
**option**  904:23
**options**  878:2
**order**  778:8
784:18 824:7,15
828:7 834:1 836:8
838:3 856:9 859:5
873:23 876:17
881:16,17 892:3

893:19 894:23
896:11 931:7
935:5 954:18
**ordering**  946:9,12
**oregon**  725:22
**organized**  787:25
788:1
**original**  791:15
792:6 966:17
981:14 982:10,21
**outlook**  748:11
**outside**  761:1
774:16 799:21
802:21 815:5
842:16 843:17
844:4 871:8
880:23 882:11
888:11 891:6
902:3,20 904:6
913:2 934:15
935:16 963:24
**overlap**  822:13
860:10
**overly**  896:24
**overview**  848:5
877:12 878:21
**owned**  798:14
**owner**  869:23
872:8,10

**p**

**p**  928:23,23
944:24,25
**p.m.**  726:18 733:2
733:6 785:21,24
840:9,12 884:18
942:22,25 957:19
957:22 980:23,24
**pacific**  956:24
957:23
**page**  730:16 732:3
732:9 772:13,20

772:23,25 773:3,7
773:10 788:23
794:1,13,15,23,25
795:5 830:11
868:2 869:6 892:4
892:9,12 893:2
894:8,13 936:23
982:15 983:4
985:4,7,10,13,16
985:19
**pages**  725:25
747:10 794:4,19
982:14,17,17
983:3,6,6
**pairing**  976:14
**pairs**  974:8,14,19
**palo**  730:17
**paragraph**  848:13
**part**  756:4 765:2
768:24 769:1
778:17 797:10
805:5 806:10
807:5 846:1 852:1
874:14 885:10,13
886:1 887:1
888:18 897:15
899:2 904:24
920:7 969:19
978:1,9,18
**partial**  958:21
**participated**  834:4
834:7
**particular**  739:12
739:22 749:5,6,23
757:25 758:2
762:22,23 767:6
775:3 776:6,18
792:25 793:22
796:25 814:12
815:19 817:9
818:1,2 825:2

[particular - permission]

829:12 830:18
841:10 872:25
876:5 877:24
878:9 883:11
886:17 892:9
913:11 916:7
917:10 922:8
928:17 933:20
936:5 938:3,13
939:5 961:23
**particularly** 750:2
891:18
**parties** 727:2
728:2 729:2 730:2
731:2 736:18,21
736:24 738:7,21
739:6,10,14 740:6
740:13,19,24
741:4,10,16,20
742:2,8,13,17,23
743:2,7,14,17
744:2,7,8,13,21
745:9 746:5,13,20
787:8,12 788:7,10
788:14,18 789:4
790:14 800:20,24
811:2 819:23
828:13 829:4,20
830:5,17 836:20
837:19 838:14
840:16 844:19
845:8 846:7 847:7
847:25 848:17
849:25 850:7,13
851:16 852:7,19
853:13 860:13
873:6,15 874:1
875:2,18 889:1,11
889:14 890:15
910:18

**partition** 872:4
**partitioned** 922:7
**partitioning**
872:24
**partitions** 871:22
**partner** 804:7
883:13 884:20,24
885:4 888:17,19
**partnered** 880:10
**partners** 883:5
885:10,18,19
886:13,14,16,22
888:10
**partnerships**
803:23 804:1
882:5
**parts** 757:11 770:4
823:6 885:8
**party** 733:15
750:3 777:9,10
778:8 796:20,22
802:24 813:2
829:21,24 831:11
831:13 836:23
838:1 862:2,25
874:2 875:2,24
876:20 879:23
880:3 889:20
890:11,17,22
891:1 892:2 905:2
905:11 906:2,3
907:14 908:1,6
909:6,14 912:3
916:3 924:15
932:25 933:4
939:23 974:9,15
981:19
**party's** 893:9
**pass** 857:3
**passing** 791:19
942:8

**password** 896:9
896:10 898:25
**pattern** 811:14
814:11 825:9
**patterns** 811:7,11
823:19 824:8
**pause** 737:15
**pauses** 737:15
**payment** 912:2,7
912:10,11,16
**payments** 746:16
746:17,18
**pdf** 982:12 983:1
**pearly** 944:23
945:2
**penalty** 734:21
982:16 983:5
984:2
**people** 742:22
744:3 747:22
763:11 769:21
771:4,6 797:3
799:9 805:19
807:14 808:24
814:21 815:8,9,15
815:23 818:18,21
820:25 821:17
822:4 824:4,4
826:2,9,18,21
827:13 829:21
831:19 835:3,6,10
836:3,6 845:14
854:5 859:1 864:8
866:8,17 876:17
881:19 893:22
918:25 925:12
926:15 929:5
951:19 979:6
**percent** 791:24
929:24 937:5,9,12
938:2 939:8

976:15
**perform** 826:10
838:4 841:14
897:24
**performed** 791:12
802:15 831:3
958:6 963:24
964:8,11,13
**period** 741:3
742:16 756:6
766:19 769:4,5
770:5,17 774:21
779:13 783:17
789:23 813:16,17
816:8 817:4
821:10 822:14
826:14 830:22
847:18 853:14,20
854:20,23 865:19
866:2 873:14
874:6 884:25
905:15 910:11
913:24 923:21
933:8 936:20
938:12 944:15
953:6,18 954:14
976:8 980:13
982:18 983:7
**periodically** 831:3
873:8
**periods** 845:15
850:10
**perjury** 734:21
982:17 983:6
984:2
**permission** 777:15
833:7 841:9,23
875:5 876:24
877:16 878:15
879:4,18 880:5
942:7

[permissions - policy]

**permissions** 789:8
790:1 793:2
830:12,13,14,15
833:9,10,14,17
834:1,10 839:20
840:18,20,21,22
840:25 841:3,4,6
841:12,15,17,18
841:22,24 842:7
842:14,19,20
843:11,14,22
845:10 846:9,11
846:17,22 873:20
877:20,23 878:2,3
878:16 909:3
942:4
**permit** 800:3
**permitted** 738:20
779:9 864:15
865:4
**person** 771:22
797:4 825:2
826:25 828:6
835:22 836:15
844:7 862:7 979:6
**person's** 797:1
**personal** 744:4
772:6 782:23
882:17
**personally** 747:16
**perspective**
789:17 824:13
836:17 882:18
**pertain** 757:9,11
**pertains** 837:17
948:6 981:13
**pertinent** 740:17
**phased** 884:24
885:1,2
**phases** 827:18

**phone** 896:10
898:12,19,23,24
899:1,2,3
**phrase** 743:19
793:15 807:22
831:14,15 885:15
947:1,4
**phrased** 890:1
944:7
**phrasing** 876:25
**phuntso** 730:14
733:24
**piece** 829:12
841:10 913:19
918:5 933:19,22
**pieces** 824:11
851:21,25 852:8
932:23
**pipelines** 941:24
**pivot** 930:24
**pixel** 891:5,11,14
891:17,20,22
**place** 801:25 807:5
815:13 816:20
820:14 821:10,15
821:18,20,21,23
822:19,24 824:6
829:9 842:3
843:20 844:2,8
846:14,17 847:19
848:6 881:15
882:8 938:14
953:7,19 956:25
957:4 981:6
**placed** 799:9
803:4 804:8,22
805:16,21 827:6
**placeholder**
809:12,21
**places** 896:11

**plaintiffs** 726:16
727:4 728:4
733:18,21 738:5
750:14 752:9
849:2 867:9 935:9
973:25 974:14
**planning** 751:9
753:13
**platform** 739:11
740:16,22 741:10
742:1 743:3,12
744:14,17,24
750:3 755:1
756:10,15 757:23
758:17,20,24
762:9,13,15,18
764:19 765:8
768:25 770:6
772:5,17 782:18
787:13,14 788:20
789:8 791:3,14
792:7,11 798:4
799:3,11 800:4,19
800:23 801:3
802:19 803:10
805:8 810:8,24
811:5 812:15
813:9,13,19 814:1
814:13 819:16,22
820:5 823:4
824:23 825:25
826:1,16,19
827:12 828:12
829:2 830:4
836:19 837:15
840:15 842:23
844:10,17 845:6
845:17 846:6
847:6 848:22
849:14 855:4,7
873:20 874:10,14

875:8,12 879:25
880:14 904:15
905:6 906:14
907:10 916:2
925:21 926:4,7,25
927:8 932:8,11,15
932:20,22 943:19
**platforms** 731:17
881:20,22 882:22
**play** 737:4
**please** 733:14,15
734:13,18 737:3
748:4 751:24
752:3 769:8 814:8
828:5 845:2
856:25 877:9
967:8
**plenty** 773:13
**plug** 829:24
836:23 837:25
**plus** 789:23
**point** 760:13 761:7
762:4,23 763:20
771:20 783:19
785:6 791:19
828:4 861:24
871:1 878:3
879:16 900:19
913:18
**policies** 799:3,5,11
799:17,23 800:2
802:18,24 803:2,6
803:9 818:24
838:7 843:4 844:9
860:4,9
**policy** 800:4,4,11
801:6,8,15,19,22
802:2,5,6,9,14,15
802:25 803:13,16
803:19 804:3
805:3,13,15,21,23

[policy - privilege]

806:20 807:12
808:4 809:18,20
817:16 820:5
823:17 827:5
843:25 925:15
**political**   864:16
865:5 941:12
**poor**   783:22
**poorly**   944:7
**positive**   902:17
**possession**   862:23
**possibility**   742:5
935:14
**possible**   738:1
740:23 741:2
760:21 761:8,12
762:21 763:2
766:23,25 767:11
767:13 769:17
775:10 777:17
781:8 785:13
798:15,19,22
799:2 816:15
817:13,19,22
831:9 838:8
839:18 845:18,22
849:1 858:11
861:18 866:18
867:11 881:6
899:8 900:14
913:23 929:5
940:7 941:5
953:11 954:14,19
954:22 960:9
962:24 976:17
**possibly**   816:15
826:8
**post**   890:11
907:18 936:23
**posts**   908:10

**potential**   752:22
781:20 890:2,5
914:7,11
**potentially**   747:14
753:2 760:17
826:5 837:6
905:23 908:3
909:23 910:3
969:17
**power**   760:19,24
937:18
**practice**   780:12
809:14
**practices**   741:17
**precise**   767:9
770:12 772:8
782:2,12 786:24
807:19 809:22
819:8 820:22,23
822:5,12,12 832:5
835:6 839:2
852:22 854:1
880:25 902:12
923:15 932:21
960:10
**precisely**   770:20
776:23 824:9
903:10 930:12,20
**precision**   822:7
**predefined**   781:10
855:14
**predicate**   889:11
961:17
**preferences**
864:16 865:5
941:12
**premise**   857:2
**prep**   828:9
**preparation**
754:18 763:4
807:13 808:25

815:16 821:16
845:20 846:1
848:15 854:6
921:5,8 965:11
**prepare**   735:22
740:7 745:21
746:9,14,23 747:6
747:23 748:1,24
749:6 773:14
784:18 822:3
828:8
**prepared**   735:20
736:9,12 737:1
739:4,9 740:3,14
741:11,23 742:7
744:19,23 745:1
745:10,11,18
746:8,22 747:4,10
747:16 774:23
803:11 804:12
808:19 810:7,10
810:25 819:25
822:8 830:10
848:20,22 849:12
914:19
**preparing**   747:19
768:15 820:3
**prerequisite**   893:8
**present**   731:15
769:11 850:16
875:8 900:21
**presently**   733:19
755:7,12 781:11
826:1
**presto**   937:2,16
**pretty**   824:3 837:1
837:1
**prevent**   800:5,8
846:15,18
**prevented**   760:12
798:25 799:3

**preventing**   805:10
**prevents**   804:23
**preview**   945:14
**previous**   765:8,21
771:13 826:23
863:3 874:18
909:21 945:7
**previously**   768:3
820:18 871:12
873:22 888:22
921:9 946:22,24
969:25
**primarily**   834:16
843:24
**primary**   741:4
743:1 744:12
748:18,20 850:21
874:4,7 875:20
928:16
**prior**   761:13
767:17 769:25
790:15 795:16
833:21 842:7,12
844:3 846:9,18
866:11 944:15
981:8
**privacy**   733:9
801:8,15,19,22
802:2,5,6,7,8,13
802:15,18,24
803:5,9,13,19
804:3 805:3,13,23
806:20 807:12
808:4 809:18,20
818:24 878:18
925:15 942:4
959:10 962:1,7
969:13
**privilege**   750:9
785:9

[privileged - querying]

**privileged** 785:3,7
**probably** 754:21
  757:2 776:8 785:4
  788:11 803:4
  867:13
**problem** 745:5
**procedure** 982:19
  982:20
**proceeded** 885:7
**proceedings** 981:5
  981:8,9,15
**process** 808:21
  820:12,20 821:9
  821:11 827:10
  832:3 833:3,6,18
  834:5,14,15,17
  837:3,5,9,10,24
  842:4 856:9 877:2
  885:11,13,20
  886:2,4 907:5
  914:5 960:17,24
  961:3,4,11,20
  962:1,7,8 965:1
  977:18,22,25
  978:2 979:4
**processed** 934:18
**processes** 761:21
  821:2 843:20
  844:2,8 899:11
  978:16 979:7
**processing** 761:6
  954:11
**produce** 784:18
  869:14 931:6
**produced** 756:3
  920:15 934:12
  935:15,19 966:19
  966:21,22,25
  967:11 973:4
  974:13

**produces** 937:17
**product** 824:12
  874:13 875:11,24
  875:24 891:12,20
  891:23 908:14
  910:7,14 963:1
**production** 754:25
  973:10
**professional**
  726:21 981:2
**profile** 725:5
  726:5 733:9
  751:15 787:18
  789:11 897:16,18
  907:20 936:23
  982:3 985:1
**program** 835:16
  874:21 881:19,21
  881:24 882:1,4,7
  882:10 883:3,6,16
  883:17 885:1,6,7
  885:10
**programmatic**
  920:6
**project** 745:7
  885:1
**promised** 746:17
**propagated**
  916:15
**properties** 926:10
  928:10
**property** 872:11
  872:19
**proportion** 917:21
**proposing** 869:14
**protect** 896:11
**provide** 749:15
  759:2 763:8 804:4
  835:24 836:6
  868:11 876:17
  901:16,24 902:16

906:3,12,15,20
907:6,8 908:12
940:8 942:6
**provided** 743:14
  746:12,18 747:2
  762:20 778:6,7,21
  801:10,12,16
  802:5 803:19
  806:20 807:12
  808:3 809:6,18
  810:6 812:15
  817:25 837:24
  855:15 857:23
  860:13 867:8
  868:21 870:13
  883:9,13 902:9,25
  905:11 906:2,11
  916:8 935:10
  941:15 950:7
  963:22 964:23
  965:4 969:18
  982:19 983:8
**provider** 778:21
  778:25
**provides** 919:23
  926:21
**providing** 742:8
  844:11 857:17
  873:25 883:2
**proxy** 872:14
**pst** 956:24
**public** 853:18
  926:12 934:22
**publicly** 919:15,18
**publish** 805:11
  842:21
**published** 842:25
  852:23
**publishing** 842:19
**pulled** 975:23

**pulling** 964:22
**purpose** 746:4,11
  802:4 881:21
  889:9 891:24
  894:6
**purposes** 739:3
  891:21 910:10
  938:10 973:10
**pursued** 885:18
**pushing** 848:24
  849:4
**put** 741:7 855:18
  873:2 941:10
**putting** 816:6
**pwangdra** 730:19

**q**

**qualified** 808:11
  891:18
**qualifiers** 749:14
  749:15
**qualitative** 803:8
**queried** 766:14,24
  767:3 850:22,22
  855:25 931:10
**queries** 851:3,16
  851:17 855:13
  857:23 858:3,19
  858:20,24 859:12
  859:16 860:20
  861:3 931:5
**query** 766:12,17
  774:5 791:17,21
  850:20 851:6,6,12
  851:14 852:1
  854:24 855:12,16
  856:10,11 858:6,8
  859:4,6,8 916:19
  937:16 941:18
  960:4 973:4,8
**querying** 766:13
  767:14 856:3

Page 35

**[question - records]**

**question** 737:6,10
737:16 740:3
743:20 759:10
761:4,17,20 762:2
763:6,9 764:7
765:17,20 766:5
771:16,17 773:15
775:13,24 779:5
784:12 787:4
795:17 802:4
810:2 819:17
828:23 834:8
839:20 840:5
843:7,8 845:3
846:4 854:5,22
857:20 860:4,25
861:23 868:24
877:4,8,9 885:15
889:3,5,12,25
890:6 892:16
893:13 898:15
906:7 912:22
913:6,8,22 914:3,9
915:1,2 916:11
923:16,23 925:22
926:5 929:8
932:18 935:8
938:20 940:11,13
940:22 944:7
947:16 950:18
961:18 967:10
973:23
**questioning** 739:3
784:21 810:13
**questions** 735:11
735:13,17 736:3
736:10,12 737:6
739:4 740:4 741:7
741:18 747:15
749:13 765:23
769:7,10 783:10

793:9 797:25
814:6 819:3 827:4
827:7 835:12
839:22 844:8
849:8 860:10,17
867:12 920:23
**quick** 830:14
**quickly** 745:15
775:24 785:12
948:23
**quit** 895:6
**quite** 820:10 880:9
928:6
**quoting** 849:13

**r**

**r** 752:5 818:8,9
944:24,25 985:3,3
**r&s** 983:1,9
**raise** 734:18
**raised** 978:17
**raising** 849:17
**random** 965:2
**range** 742:21
793:4 823:23
825:17 914:12
947:20
**rate** 812:1,7,17,21
812:23,25 813:5,7
813:11,14,23
814:2
**raw** 957:12
**reach** 804:2
813:25 824:21
825:3
**reaches** 960:22
**reaching** 814:4
**read** 745:25
747:23 848:7
935:3 984:2
**readable** 951:16
952:1

**reading** 738:15
745:3 801:8
982:23 983:9
**ready** 835:1
**real** 775:22 830:14
**really** 868:9,9
911:17 948:23
**realm** 935:14
**reap** 979:9,10,25
**reason** 794:25
937:12 953:21
964:1,5 985:6,9,12
985:15,18,21
**reasonable** 847:22
**reasons** 797:17
**rebecca** 725:20
726:20 818:10
869:25 981:1,24
**recall** 748:22
749:10,17,19,25
750:1 752:11
772:6,7,11,13,22
774:5 776:15,24
781:19 782:2,4
783:19 791:15,18
791:22 792:1
797:2,6,11 819:1,2
822:6 827:25
862:19 884:25
886:16 917:3
929:21 930:11,16
930:19,21 931:24
932:3
**receive** 777:12,14
835:1,1 870:11
889:1,13,18 891:4
892:1 912:2
**received** 746:4,19
747:2 870:18,18
889:10 890:14
907:14 910:22

911:5 912:7,10,11
912:16 934:18
**receiving** 906:10
915:8
**recess** 785:22
840:10 884:16
942:23
**reciprocity** 903:18
903:22 906:17,25
**recognize** 779:22
**recollection**
752:21 773:19,22
776:20 779:18
782:7 783:16,18
**reconstruct**
817:14 955:19
**record** 733:5
734:9 735:12,24
743:8 745:17
752:3 784:16,24
785:11,19,21,24
810:15,21 840:7,9
840:12 848:8
849:3 855:25
856:12 865:14
867:8 868:15
869:3,10,23
870:11,17 877:10
883:18,20,22
884:1,4,12,15,18
920:17 923:7
942:19,22,25
945:20,24 948:23
958:20 965:23
980:21,23 981:9
981:12
**recorded** 774:11
865:19 866:16,22
964:4
**records** 805:22
807:10 817:1

**[records - rendered]**

837:22 862:23 864:18 865:1,7 925:9 926:3 945:2 945:6
**recreate** 817:19
**redesigned** 978:6
**redesigning** 978:2
**redirect** 791:17
**redirecting** 879:13
**refer** 798:5,7 852:4 874:20 886:19 904:22 922:7 928:14,16 929:12 939:4,14 943:20 956:7 969:9 972:10
**reference** 736:16 777:7,8 783:2 815:10 849:23 972:13,17
**referenced** 935:10 970:10 973:1,8 982:6
**references** 960:16
**referencing** 757:20 782:9 802:8 914:17 978:21,24
**referred** 818:12 818:15,18,21 821:8 888:22 929:6 934:6 956:14
**referrers** 829:23
**referring** 764:5 774:4 788:12 793:16 846:24 853:4 900:3,4,4 909:20 918:25 919:3,4 928:20 929:15 948:19

**refers** 812:25 836:23 837:25 871:23 873:18 874:21 908:14 917:5,9 918:4 919:16 925:6 930:10 933:22 937:22 939:17,20 948:9 949:9 952:9 956:23 957:22 958:5 959:3 968:3 969:6,23 970:4,16 971:14,16 972:2,7 975:2 979:12
**reflect** 772:21,25 869:12 870:8 922:10,13 946:13 958:2 960:23 961:5 965:14 966:3 968:6 972:21 974:3,3
**reflected** 772:12 773:9 917:1 921:3 937:20 942:13 945:2 946:19 947:17,20 949:22 950:15 955:6 956:21,25 957:8 959:17 960:24 962:3 963:18 973:24 976:3
**reflecting** 753:19 757:4 774:11 815:20 818:1 888:17
**reflective** 924:11
**reflects** 870:4 871:16 941:14 957:3 965:16,18 966:9 969:5 970:2 974:7,14,25 975:8

975:10,25
**reframe** 972:6
**regan** 730:6 733:24
**regarding** 751:12 754:6 757:15 774:15 786:18 805:22 808:19 848:14 849:6
**regards** 764:1 882:22
**register** 894:16 897:7,9
**registered** 726:21 894:19 981:1
**regularly** 768:24 770:22 771:8,10 771:12,23,25 772:1 773:17 812:1
**relate** 754:15 841:6 871:11 950:2
**related** 736:3,10 736:21 800:23 803:10 830:4 840:14 844:17 847:5 871:6 891:21
**relates** 725:8 726:8 832:18 848:16 903:18
**relating** 736:13 752:15 753:21 754:11,16,25 759:8 800:18 806:12 810:7,24 819:22 828:12 829:2 836:18 845:6 846:6 848:21

**relation** 774:8 916:2
**relationship** 803:25 829:22 903:19 918:3 970:18
**relative** 814:16 816:4,22 817:15 981:18
**relatively** 771:17 788:3 814:23 883:2 901:22
**relayed** 846:1
**released** 982:21
**relevant** 782:19 865:19 900:20
**religious** 864:16 865:5 941:12
**remain** 896:3
**remainder** 956:17
**remained** 977:15
**remember** 786:2,3 828:4,6 840:19 884:21,22
**remote** 734:11
**remotely** 725:14 726:18 981:6
**remove** 976:18,21 977:16 980:4
**removed** 853:17 950:9 975:4,11,21 976:9 977:3,8,11 979:14
**removes** 980:3,12
**render** 876:9,12 876:15 880:13 892:3,7,25 895:4
**rendered** 892:9,14 892:20 893:21 895:1 908:3

Page 37

**[renders - retention]**

**renders** 873:19
**reopen** 895:16
**reopened** 895:6
**repeat** 737:5
738:12 739:15
911:16
**rephrase** 795:12
938:20 939:25
947:16 952:21
**replace** 852:18
**replaced** 945:5
**replacement**
786:19 863:18
879:24
**reported** 725:14
725:19 726:18
**reporter** 726:20
726:21,22 733:13
734:8,17,20 867:2
884:13 920:11
945:9 964:16
981:2,3,3
**reports** 815:17,20
916:9 962:21
**represent** 733:18
733:21 886:20
920:25
**representation**
848:8
**representative**
725:13 942:15
**represented**
870:12 921:24
954:18
**representing**
807:6 950:3
**represents** 943:12
949:4 951:14
955:8 956:6 970:4
973:5

**reps** 836:9
**request** 768:14
777:11,23 785:16
790:18 791:5,18
829:15 833:7,9,14
833:16 841:2,22
841:24 842:9
851:9,19 857:6,10
862:7 864:2,4,13
864:22,23 865:15
865:16,24 866:14
876:23 878:11,19
879:12,19 888:3,4
888:5 890:24
917:15 918:7,10
919:13,14,19,25
933:24 934:8,18
934:21 935:5
938:21 939:22,23
939:24 940:2,4,6,9
941:6 942:5,8
971:11,13 974:22
975:2,13,14
**requestable**
877:23
**requested** 772:24
834:10 841:12,16
841:17,19 842:8
856:6,13,15
857:14 858:5,14
858:24 859:22
861:3 862:1,24
864:20 865:8,10
880:17 888:18
918:13 938:13,23
981:16 983:1,9,10
**requesting** 834:1,2
842:14 843:22
858:12
**requests** 768:17
851:22,24 865:20

866:23 876:20
877:19 878:9,20
888:6,9,24 917:16
918:10 919:11
934:1,23 935:10
935:11 936:15,22
937:25 938:1
939:11
**require** 861:20
941:23
**required** 748:3,23
761:6,22 765:15
778:7 841:20,21
860:24 878:16
892:15 954:11
**requirements**
765:7
**requires** 833:7
**reread** 864:25
**resolve** 920:4
**resources** 765:15
**respect** 809:25
848:15 872:16
**respond** 779:3
848:12 918:6
**response** 763:25
765:6 768:13,14
768:17 778:6,9,17
779:8 781:21
791:17 798:18
851:13 857:18,23
858:3 878:20
891:1 917:12
918:1 933:24
934:9,20 940:5,6,6
940:7,8 942:2,6,6
942:9 978:17
**responses** 768:19
768:21,23 769:14
769:22 781:24
858:2 860:23

886:18 969:19
**responsible**
803:24 813:10
835:4,20 837:13
837:16,21 951:20
951:24,24 979:7
**rest** 745:12 792:4
792:5 850:8,19,25
851:2,8 852:2,8,10
852:13,20,21
853:2,6,11,17
854:12 859:23
861:7 873:7,23
**restarted** 895:22
**restate** 760:1
766:4 773:8
774:13 779:6
794:24 806:23
811:13 846:3
854:22 856:24
862:21 864:24
877:4 885:16
898:10 911:2
912:23 923:24
941:2 944:8
**result** 778:11
864:22 875:24
876:16 937:17
953:25
**results** 764:6
879:11
**retained** 773:6,10
773:12 774:14,19
781:17 806:7
838:5,9 853:18
959:13,15,19
**retains** 888:14
945:6
**retention** 774:22
806:5 817:16
838:6 858:9 860:4

[retention - schwing]

860:9 959:21
**retrieval** 928:12
**return** 744:5
775:24 778:2
780:14 839:24
850:5 857:14
876:25 939:14
940:5,7 941:5,7,17
942:2 982:17
983:6
**returned** 768:10
777:19 778:11
779:14 780:18
781:1,4,6,12,15,18
781:25 783:3
808:15 809:24
851:14 864:21
865:2 873:5
921:22 940:5
942:3
**returning** 778:16
780:14
**returns** 878:19,19
**reveal** 750:8
**revenue** 752:22
**review** 784:20
803:5,8 808:20
826:13 827:9,10
829:10,10 833:2,4
833:6,18,19,22,23
833:25 834:5,16
834:20,22 835:1,4
835:13 841:20,21
842:4,4 843:13
846:23 847:1,2
872:20 967:10
981:15 982:8,10
982:13 983:2
**reviewable** 833:8
833:10

**reviewed** 751:7,14
753:16,25 868:18
868:20 870:23
871:3,4 882:16
921:5,7 946:22
965:11
**reviewing** 797:12
**right** 734:18 736:4
736:11 754:21
763:8 771:22
778:2 784:14
789:25 803:11
810:1 812:18
814:12 816:6,12
816:13 819:10
821:5 825:12,19
825:20 828:2
834:19 836:25
842:2 844:21,23
847:1,19 848:2
853:9 854:10
857:4 860:13
863:16 870:16
873:24 875:9
879:6 880:9 898:2
900:17 928:15
933:21 953:14
962:4
**road** 730:16
**rohrback** 727:5
733:20
**role** 751:2,3,5,8,12
753:10 755:6,11
755:14,16 756:12
756:19 836:11
925:12 926:16
**romano** 725:20
726:20 981:1,24
**room** 883:24
884:3,9

**ross** 729:16
**rough** 838:21
854:18
**roughly** 835:10
838:20
**routinely** 769:23
769:25 770:11,24
**row** 888:6 936:8
936:18 938:1,8,11
938:12 939:14
949:13 950:3
951:14 957:7
968:6,9 971:22,22
975:14 976:12
**rows** 868:18,20
870:3 871:5
920:20 933:13,13
934:24 936:1,3,5
938:9 946:2,8,17
949:12 965:2
967:24 980:18
**rpr** 725:20 981:24
**rule** 845:21
**ruled** 806:1
**rules** 814:24
827:19,20 878:18
959:11 969:13
983:8
**run** 931:5 934:8
**runs** 762:17
801:18 934:19

**s**

**s** 732:8 928:23
944:25 985:3
**sample** 869:15
921:7
**san** 729:10
**sandbox** 804:22
926:12,20 927:10
**satisfies** 878:20

**saying** 796:10
821:6 856:20
868:17 943:25
963:22 966:24
**says** 945:19
949:17 951:9
952:7 964:7
**scale** 790:4
**scenarios** 879:22
**schedule** 982:10
**scheme** 795:3,15
923:11,14
**schemes** 970:15
**schwing** 729:6
733:22,22 734:15
735:23 736:5,6
737:9,18 738:9,18
741:13 742:9
745:14 750:7
759:19 760:6,15
761:1,15 765:11
766:10 767:7,20
769:16 774:16
779:10 780:5
783:6,12 784:16
784:22,25 785:15
787:9,23 788:15
790:6 795:11
798:12 799:1,21
802:10,21 806:22
807:3 808:7
810:12 817:5
819:7 821:12
836:1 839:10
841:8 842:16
843:17 844:4,24
845:11 846:20
848:3 849:9 850:2
853:15 855:8
856:8,16 857:24
858:16,25 859:14

[schwing - shared]

860:21 861:4,9
862:3 863:1,23
865:11,21,25
868:1,4,16 870:10
871:1,8,19,24
872:2,9,15 873:16
877:7 879:7,20
880:7,23 881:25
882:11 883:14,23
884:2,8 885:22
886:8 887:3,15
888:11,20 889:2
889:15,23 890:8
890:23 891:6
894:5 896:18
897:13 898:3
899:5 902:3,20
903:9,23 904:4,6
904:20 905:4,13
905:20 906:5,22
908:25 909:10,19
911:7 912:19
913:2,12,20 914:9
914:24 915:12
916:11 927:12
931:2,15 933:1
934:4,15 935:2,16
939:1 940:13,15
941:2,20 942:17
946:5,14 954:7
955:7 960:6
965:24 973:19
974:5
**science** 755:8
756:15 771:15,18
**scientist** 756:10
769:18 932:7,11
932:13
**scientists** 931:5,10
**scope** 761:2
774:17 799:21

802:21 837:18
842:17 843:17
844:4 871:8
880:24 882:11
888:11 891:6
902:4,20 904:7
913:3 934:15
935:16
**scoped** 788:23,23
793:20,21 794:1,2
794:9,11,14,15,23
794:25 795:1,5,9
795:18 796:1,3,24
797:5,8,15,18,23
798:1,3,10 828:18
830:11,11,25
831:7 832:1,9,19
**screen** 867:14,20
867:22 869:18
875:14 921:10
945:15,19 964:21
965:7
**script** 762:17
**scroll** 868:13
956:16 957:2
**scuba** 774:6,7
775:16,22
**search** 782:16
830:25 869:14
938:14 959:23
960:9,11
**searching** 832:9
960:8
**seattle** 727:13
**second** 778:16
790:9 964:21
**security** 828:17
829:6 830:24
832:18 833:1
878:6 896:12

**see** 765:22 767:16
771:15,21 775:3
783:5 787:5 790:7
807:24 813:20
814:5 816:2,21
819:16 823:21
867:25 868:4
869:17,22 870:1,6
870:7 893:16,19
901:2 909:4
910:20 921:10,18
922:2,17 933:16
933:17 938:16,17
945:13,22 948:3
951:10,11 955:2
955:24 956:15,16
956:18,20 957:1
957:13,25 959:9
960:4 963:14,16
966:21 968:12,20
970:16
**seeing** 772:7
966:16 968:18,18
**seek** 849:6
**seen** 797:18
867:10 882:25
903:25 914:10
946:19
**select** 893:25
896:20
**selected** 896:14,16
936:2
**selection** 936:4
965:2
**sell** 912:4,8
**sense** 736:24 737:2
737:17 790:5
841:1
**sent** 743:9 858:2
**separate** 956:10

**september** 772:18
**sequential** 958:15
**series** 737:6 847:9
928:11 960:3
**serve** 919:14
**server** 777:17
808:16
**servers** 892:6,25
**service** 801:9
925:15
**session** 894:22
895:2,8,18,23
896:4,13,13 897:4
939:5
**sessions** 757:1
895:12,13 896:6
**set** 757:25 758:2
780:21 811:6,22
812:3 813:12,15
827:4 841:10
860:5 876:15
894:9 897:8 918:5
930:11,12 952:16
952:17,17 977:20
978:4,9 981:6
**sets** 813:7 814:12
**setting** 813:10
979:12
**settings** 895:14
896:1 942:4
**share** 787:8 799:4
867:14,19,21,23
904:24 905:1,7,18
907:4,11,16,18,25
908:5,9,9,16 909:8
910:5,8 920:19
921:15 945:14,15
964:20,21 965:6
**shared** 738:11,20
739:5 740:5
743:16 744:2,7,7

[shared - special]

786:15 788:6
829:20 837:19
843:2 875:6
891:15 908:18,19
908:22,23 909:1,6
909:14,17,24
910:4 915:20
916:18
**shares** 743:2
744:12
**sharing** 843:4,9
915:16 921:11
**short** 876:2
**shorter** 838:7
**shorthand** 726:20
981:2,10
**show** 831:10
945:15
**showing** 879:12
**sid** 872:8,10,14
**side** 917:12 918:2
**sign** 982:16 983:5
**signal** 778:15
**signaled** 780:1
**signaling** 779:21
**signature** 981:23
982:21,23,23
983:9
**signed** 793:18
**significant** 795:4
795:10,15,18,21
795:22,23,25
796:6,13,18,19,21
869:15
**significantly**
770:16 771:3
937:18
**similar** 765:12,21
767:15 771:13
790:4,4 794:2
820:4,17 823:20

823:22,23 826:6
827:11 858:1
901:23 904:24
907:4 946:4,21
975:1
**similarities** 824:2
**similarity** 823:7
**similarly** 765:5
771:21,24 780:8
820:17 823:3
851:10 872:18
**simon** 725:13
726:15 732:3
733:7 735:1
759:20 780:7
867:23 868:2,5
940:20 982:1,4
984:1,13 985:2,24
**simple** 814:24
821:1,2,9,11
827:19 923:23
**simpler** 953:23
**simply** 848:25
912:24
**single** 797:21
798:9 851:17
857:3,8,11,14
858:6 887:21
927:20,21 930:25
938:4,5 953:12,13
**singular** 757:18
**sir** 891:9
**sit** 749:19 751:14
756:16 768:12
776:14 786:23
789:21 806:9
825:19,20 859:19
932:4
**site** 892:19 896:17
**situation** 780:15
882:25 978:18

**size** 921:18
**slighter** 929:11
**smaller** 924:8
**smart** 876:14
**smith** 730:6,12
733:24
**social** 829:24
836:23 837:25
897:17 923:4
**sold** 738:6,11
**solemnly** 734:20
**solutions** 982:7
**somebody** 750:23
751:22 762:21
767:4 800:16
813:19 819:15
825:3 844:16
916:17
**somewhat** 811:16
926:6
**sophisticated**
814:25
**sorry** 739:18
745:14 759:17
764:6 765:25
773:7 778:22
779:2 780:5 788:9
788:11 792:15,17
795:12,20 796:14
796:16,17 797:25
800:6 816:24
833:24 834:8,18
842:8 850:25
851:15 852:4
853:5 854:21
855:18 861:5,9
862:20 864:22,25
867:5,18 869:21
871:20 875:2
883:17 884:12
889:21 892:10,22

893:12 896:23
897:12,12 898:10
898:14 899:24
906:6 909:11
912:20,21 919:9
933:13 936:8
938:25 940:11,20
944:7 945:17
946:11 948:8,14
952:16 953:9
954:6 957:21
958:25 959:24
961:15 966:7
968:6 970:12
971:1 972:6
973:20 975:19
**sought** 843:11
**source** 972:13
**sourced** 784:3
**sources** 745:8
831:24 931:18
**space** 795:6
811:18 814:22
924:6
**speak** 748:13
749:7 750:15
751:16,19,20
752:6,24 753:5
754:3,23 763:12
763:14,18 782:18
787:5 810:17
813:14,19 819:15
821:8 824:22
835:17 849:18
882:14 891:18
904:9 932:10,13
**speaking** 740:21
753:18 814:13
815:5 862:10
**special** 731:6
734:2,3,6 774:23

[special - stored]

849:24,24 850:2
868:23 869:5,10
883:25 884:4
901:2,7
**specific**  763:12,15
771:17 776:15
778:18 783:17
789:11 812:20
814:6 816:8
827:13 839:8
847:18,18,24
853:9 859:6
862:17 872:5,11
872:19 880:6
899:22 900:5,9,24
905:14 910:15,17
914:16 915:3,4
917:6 918:15
919:11 920:5
925:6 926:16
929:15 930:10,11
931:24 932:3
943:12,12 947:15
949:21,24 950:5
950:11 954:24
958:6 959:20
961:7 966:9 970:5
970:9 971:8
976:24
**specifically**  735:16
739:23 764:4
812:12 832:22
846:12 848:14
851:20 868:10
914:15 950:18
953:4 979:2,6
**specificity**  784:12
787:4 810:3
819:17 824:25
**specifics**  751:10
751:12 821:3

822:15 891:16
**specifies**  877:20
**specify**  851:8,12
859:5
**speculating**
761:21 766:24
767:10 773:4
776:24 825:22
832:25 872:19
**spell**  752:2 814:8
**spending**  757:2
**split**  863:4 887:13
**spoke**  739:7 748:5
748:5,6,7,14
751:17,22 752:1,8
754:9,10,20,22
758:4,5 768:18
807:14 821:17
826:9,18 845:14
854:6
**spoken**  831:19
845:14 859:1
866:17
**spreadsheet**
732:11,15,18,21
743:10 867:15
940:2 945:25
946:7,8 955:17,18
964:23 965:4
967:20,22 969:1
974:13 979:8
**spreadsheets**
962:11 968:19
**stable**  793:22
**stamp**  956:18,22
**stamped**  956:15
956:19
**stand**  758:10,11
758:12 818:13
922:4

**standard**  741:16
741:16 768:24
778:20 779:1,4,7
780:21 838:6
855:19 872:3
880:14 922:6,21
922:23
**stands**  936:10,11
939:16 959:1
**start**  738:2 763:16
763:20 764:14
765:22 767:15
771:15,20 813:18
814:4 819:19,20
825:3,5 831:10
834:22 848:11
900:7 905:17
932:14 944:9
971:11,13 972:18
972:20,21 975:2
977:17,17
**started**  756:14,19
756:20 781:22
793:10 795:1
821:24 822:9
825:23 832:1,4,19
833:5 834:19
837:9,10 842:5
927:24 961:14,15
963:8 977:22,24
**starting**  734:12
817:3 831:4
850:13 857:2
865:3 889:11
979:3
**state**  734:21
735:24 847:18
849:3 869:3
870:10 902:17
940:22 945:20,24
958:20 982:9,12

**stated**  738:21
**statement**  800:9
803:14 804:3
808:5 851:9
**statements**  803:6
**states**  725:1 726:1
778:15 780:1
781:20 783:3,19
**statistically**
869:15
**stats**  772:13,20,23
772:25 773:3,7,10
**stay**  824:8
**stenographic**
868:15 877:10
883:18,20,22
**stenographically**
725:19
**step**  879:3,4,10
892:16
**steps**  849:13
**steven**  748:5,19,23
749:11,17,20
783:4 784:11
**stipulation**  982:20
**stop**  794:5 828:5
839:16 889:21
**stopped**  781:23
**storage**  760:19,24
774:22
**store**  903:11
**stored**  756:2
769:23 772:24
775:15,16,20
776:2,3 817:11
878:3 897:25
898:1 902:13
903:13,14 907:20
907:24 908:2
927:17 933:5
942:15 948:1

Veritext Legal Solutions
866 299-5127

**[stored - table]**

952:15 970:22,23
974:19
**stores**  897:18
947:8
**stories**  843:4
890:11 905:7
908:7,10 915:16
915:20 916:18
**story**  907:18,18,25
**street**  728:9 729:8
730:8 731:7
**stretch**  965:6
**string**  791:17,21
858:8
**structure**  757:25
758:3 767:9
923:21
**structured**  908:16
962:17
**stuff**  828:1
**styled**  818:8
**subcategory**  738:4
**subject**  774:23
844:24,25 848:9
864:5,13 865:16
865:19,22,23
866:14
**submission**  960:14
**submissions**  835:2
**submit**  851:23
**submitted**  851:3
**subscribed**  981:21
**subsections**
745:23
**subsequent**  887:22
**subsequently**
911:20 958:19
**subsets**  789:11
**subtopic**  740:10
746:3,8,10,15,24
746:25 747:7

889:8
**successful**  778:8
939:15,17,18,23
939:24 940:2
941:6,7,18,18
942:2,8
**successor**  865:13
**suddenly**  761:8
**sufficient**  760:24
**suite**  727:12
728:10 729:9,17
730:9
**super**  739:24
923:23
**supplied**  777:23
856:11
**supplies**  918:9
**support**  760:24
**supposedly**  881:22
**sure**  737:12,13
738:15 746:2
748:5 755:2,13
756:12,21,21
761:19 764:4
769:9 770:12
771:1,14 772:18
774:19 775:12
784:1 785:1
786:24 790:9
797:3 801:9 815:7
825:7 837:18
839:13 842:2
850:9,17 851:24
852:6 856:25
857:21 861:22
863:14 879:2
880:8 882:14
885:14 886:11
887:17 889:6
890:19 893:12,14
898:14 900:13,16

901:1 910:15
911:17 912:5,22
913:4,5,8,21 914:2
923:7,15 925:3
927:5 933:6
935:18 940:19
949:10 953:15,17
963:19 964:12
967:1 969:16
**suspended**  926:25
927:1,4
**swears**  733:13
**synonymous**
777:4 919:4
**system**  757:23
768:13,16 774:1,3
774:5,6 781:19,22
782:1,3,4,9,13,15
783:2,18,23 784:5
784:7 806:10,13
807:19 808:12,14
808:18,23 809:3
809:22 811:5
814:15 815:12
819:9 820:3,24
823:6 824:14
825:16 827:19,20
827:22 838:2
857:16 863:5,8
864:7 866:2,4,6,12
866:15,21 899:9
903:7 934:7,10,11
954:20 959:4,6,13
960:11 980:2,11
**systems**  757:21,24
760:8 763:5
767:22 773:12
774:20 782:18
809:1 811:6
821:15,18,20,21
821:22 822:1,4,8

822:11,13,18,23
822:24 823:2,2
824:6,10,14,25
848:5 861:15,19
866:18 878:22
882:21 897:10
901:13 902:2,6
903:11 907:24
910:24 916:9,16
919:17,19 927:16
939:10

---

**t**

---

**t**  732:8 876:2
944:25 985:3,3
**table**  758:14,16
759:1,12,25 760:4
760:13,25 762:7
762:14,24 763:23
763:24 764:16,16
767:2,14 776:6
786:4,25 787:2
807:10,20 818:5,8
818:13,16,19,22
856:2 861:21
862:6,10,11,13
863:16,16 865:13
868:20 869:11
870:5,9,21 871:3,4
871:6 872:6,11,19
873:1,5 887:12,17
887:20,21 888:22
911:14,19 916:22
916:24 917:1,4,24
919:22 920:21
921:21,24 927:20
927:22 928:3,5,10
928:16,18,19,20
928:24,25 929:2,3
929:6,10,13,16,16
929:17 930:1,3,8,9

[table - technique]

930:10,13,24
931:13 932:24
933:10,14 934:14
935:12 941:14
942:13,16 946:25
947:1,4,6,7,21
948:10,19 951:17
955:6,8 956:10
959:18 968:4,7,8
971:22 972:9
973:4,9,9,11,14,18
973:21 974:1,7,18
**tabled** 967:25
**tables** 758:7,8
760:16,21,25
761:12 762:12
764:10,13,18,21
765:1,4,6,9,13
766:2,8,13,15,17
766:22 767:1,10
767:14,18 768:9
769:13,15 770:1
775:25 776:2,8,9
776:11,16 786:1,7
786:10,11,14,19
806:12,15 862:6
862:12,17,18,22
863:3,4 865:13,18
869:13 871:11,15
872:1,12,24
887:11,14,22
911:12,21,25
922:7 928:13
929:20,23 930:4
930:14,17,20,21
931:1,5,6,8,10,16
931:20,23,25
932:1,4,6,10 933:9
**tablescolumn**
732:13

**tabular** 968:24
**take** 778:12,13
783:10 784:25
785:11,16 795:25
798:16 840:1
868:22 873:21
885:14,15 936:18
942:20
**taken** 726:15
757:6 784:17
785:22 793:2
815:24 816:16
840:10 883:3
884:16 915:23
942:23 951:17
968:9 976:10
981:5
**takes** 879:11,15
934:7 977:4
**talk** 739:9 741:14
742:11 743:5
745:11,12,19
754:18 756:23
803:4 805:16
810:7 814:1,2
818:18,21 819:12
821:11,13,14
823:8 828:1
830:13 844:17
847:24 918:22
920:22 929:2,3
935:21
**talked** 756:25
757:24 768:5
805:18 807:17
808:25 815:8
822:3 826:2,10
830:9,10,11,12
846:21 847:9,12
847:14 850:7,8
871:12 873:7,8,10

873:11,12 879:1
896:20 916:21,24
929:9 969:25
970:14
**talking** 736:3
739:20 769:12,21
779:13 786:1,3
789:23 808:24
814:20 815:15,23
819:1,2 820:25
821:19 827:10
831:12,13,16
840:14 848:9
853:1 864:8 866:8
873:4 884:20
887:17 898:22
928:18
**tao** 897:20,22,25
903:14,15 908:2
923:1,1 924:21
970:17,22
**target** 738:21,25
**targeted** 736:3,10
736:13,21 739:1,7
740:20 912:13
**task** 745:8 958:25
958:25 959:1,3,4,4
959:5,6,9,12,21,22
960:1,2,3,7,9,11
**tasks** 959:12,16,21
959:24,25
**tax** 959:24
**taxonomy** 787:21
**team** 756:10,12,15
771:15,18 782:19
800:19,23 802:16
803:10,24 804:1,1
804:7 805:15,16
810:8,25 811:5,21
811:25 812:16
813:9,13,20 814:2

814:14 819:16,22
820:19 822:21
823:18 824:23
826:16,20 828:12
829:3 830:4
834:13 835:4,7,11
836:4,7,19 837:15
837:20 838:3
840:16 842:23
844:18 845:7,17
846:6 847:6
848:22 849:14
932:8,11 957:11
**teams** 744:24
801:3 802:25
803:16,17 805:21
811:17 820:6
827:5 828:17
829:6 830:24
832:18 833:1
843:25 844:10
904:12
**technical** 789:17
800:18,22 803:9
803:13 810:7,9,9
810:24 819:21
823:12 828:11
829:2,13,22 830:3
830:21 835:17
836:12,18 838:12
838:16 840:15
844:17 845:6
846:5,12 847:5,9
847:10,19 848:21
851:7 855:21
896:25 911:1
**technically** 798:15
798:19,22 831:9
**technique** 811:4
828:16,20

**[techniques - third]**

**techniques** 801:2
807:15 839:22
840:14 847:15
**technologically**
759:13,23
**technologies** 745:7
**technology** 760:2
760:9 761:9 763:1
791:4 798:24
801:14,17 805:24
805:25 806:17,21
806:25 807:1,5
814:22 818:23
820:7 847:24
**tell** 740:1 800:22
869:1,2,9,10 885:2
894:11 916:25
936:10 959:1
960:15 966:23,25
**telling** 799:24
894:8
**ten** 839:3 920:19
933:13 946:2,8
951:4,5
**tens** 881:17
**tenure** 923:19
**term** 776:25 777:1
777:3 792:17,19
801:9 863:16
874:19,25 901:1
903:18,21,24
904:3,10,11,17,21
967:3
**terminated** 896:13
**termination**
878:14
**terminology** 919:6
**terms** 758:11,13
767:13 776:10
777:6,8 785:2
801:20 803:6,14

804:3 805:14
835:19 843:11,20
855:22 900:15
925:15 926:8
970:13,15
**terrible** 766:5
**testified** 735:3
842:1 870:9
884:23
**testify** 737:1 740:9
740:14 741:11,24
742:7 744:19,24
745:2 747:4,13
772:10 774:23
785:8 800:16,17
803:11 804:12
808:19 810:5
811:1 819:25
822:9 828:25
848:15,20,23
849:1
**testifying** 912:13
965:12 981:8
**testimony** 734:21
737:14 741:13
742:10 747:9
754:19 763:4
773:14 785:14
799:15 810:11
844:14 849:6
870:21 871:7
902:14,16 906:22
909:21 911:17
916:23 971:25
981:12 984:4
**texas** 729:18
**text** 809:11,12,20
809:21 945:22
**thank** 734:6,14
735:7 737:21
738:12,17 800:13

812:22 849:20
850:2,4 869:8
873:2,12 884:6,10
884:14 921:15
935:25 942:10
973:22
**theoretically**
766:23 924:16
**thing** 814:14
864:24 877:15
879:14 890:18
904:13 905:16
910:19 917:8,13
918:23
**things** 736:15
737:18 757:22
796:7 803:21
808:13,18 809:7
811:22 815:7
823:19,20 824:14
830:2 841:1
845:17,18,22,22
845:25 868:5
872:7 878:13,13
899:17 916:1
917:3 925:18
926:13 951:13
**think** 734:1 737:2
738:9,10,10
742:23 751:23,24
754:5,20,21 761:4
761:24 763:6
776:17 778:4
782:10 785:4
789:9 790:8,11,21
790:25 791:2,8,11
791:23 792:3,12
792:20 794:17,20
796:25 797:12
799:8 800:14
803:3 818:7

822:13 825:6,21
826:23 827:4,5
828:1,2,3 832:21
835:12,19,21
836:8,14 839:15
839:21 843:19
844:6 845:16,21
851:18 852:22
853:8 857:19
860:14 868:19,21
881:17 884:23
903:12 910:13
921:7,13,17
927:24 928:8
929:14,15 934:6
936:7 940:22,23
941:4 943:24
946:16,23 953:7
958:10 960:8
**thinking** 818:7
914:18
**thinks** 799:25
**third** 727:11
736:18,24 738:7
738:21 739:6,10
739:14 740:6,13
740:19,24 741:4
741:10,16,20
742:2,8,13,17,23
743:2,6,14,17
744:2,7,8,13,20
745:9 746:5,12,20
750:3 777:10
778:8 787:8,12
788:7,10,14,17
789:4 790:14
796:20,22 800:20
800:24 802:24
811:2 813:2
819:23 828:13
829:4,21,24 830:5

Veritext Legal Solutions
866 299-5127

[third - tokens]

830:17 831:11,13
836:20,23 837:19
838:1,14,14
840:16 844:19
845:8 846:7 847:7
847:25 848:16
850:7,13 851:15
852:7,19 853:13
860:13 862:1,25
873:6,14,25 874:2
875:2,2,18,24
876:20 879:23
880:3 889:1,10,14
889:19 890:11,15
890:17,22 891:1
892:2 893:9 905:2
905:11 906:2,3
907:14 908:1,6
909:6,14 910:18
912:3 916:3
924:15 939:23
974:9,15
**thought** 821:9
**thousands** 742:21
**three** 825:6,13
915:25 953:8,20
**thursday** 870:18
**time** 734:8 748:16
749:5 751:6
753:11 755:16,17
756:5,13 757:2
760:4,14 761:7,10
761:12,23 762:23
766:19 769:4,5
770:3,5 771:3,7
772:15 773:20
774:12,20 775:22
777:23 779:13,20
780:11 783:7,17
783:20 787:13
788:8,11,14,18,22

789:1,5,7,23 790:3
790:14,19,22
791:1,9,25 792:2
792:14,22 793:7
794:20 795:1,23
795:25 797:10,24
798:6 799:7 800:3
804:17 811:6,22
813:3,4,15,15,17
814:3,15,18 815:1
815:11 816:8,15
817:4 819:11,13
819:14 820:10
821:10 822:2,15
824:7 826:14,16
826:20 827:18
830:22 836:11
838:3 843:24
844:2,3 845:15
847:15,18 849:11
850:10 852:12,18
853:7,14,20
854:20,23 855:7
855:12 859:2
860:19 861:2,12
861:15 865:19
866:2 871:25
872:4,25 873:14
874:6 877:3,19
879:17 882:20
884:25 892:12,18
905:15 908:11
910:8,11 912:9,15
913:24 914:23
915:10,11 922:14
923:21 924:7
928:11 930:6
933:7 936:16,20
938:12 944:15
947:10 948:16
950:15 952:6,13

952:19 953:6
954:12,14,24
955:10,15,21
956:15,18,19,22
956:24,24 957:5,8
957:11,23 958:7
960:3,5,10 966:5
966:15,22 967:10
967:14 971:18,20
971:23 972:4,14
972:18,19,20,21
972:21,23 973:6
975:5,6,7,9,10,14
975:23,24 976:1,2
976:4,7,13,16,20
976:23 977:9
978:8 980:13,24
981:6 982:10,18
982:24 983:7
**timeline** 905:8
907:21 908:3,10
908:20,24 909:9
909:17,18,25
910:6
**timelines** 822:12
838:21
**times** 739:15
749:6 766:19
779:24 780:2
813:1,22 828:21
875:16 904:13
926:11 936:23
938:14,22
**tina** 748:6 752:1,1
**today** 735:12,21
736:10 739:4
741:12,24 747:5,9
747:23 748:2,10
748:24 749:8,19
749:24 750:14
751:4,14 752:10

753:3 756:12,16
757:17 760:20,22
763:4 768:12,15
769:7 772:10
773:16 775:1
776:14 784:6,8,18
786:23 789:21
794:8 800:17
803:11 804:12
806:9,21 807:2,13
807:21 808:25
811:1 813:20,25
814:2 815:16
817:22 821:15,20
821:23 822:9,19
822:24 827:20,21
828:9 829:10
838:10 840:23,24
845:20 846:2
852:25 854:6
859:18,19,25
860:7 866:5 871:7
875:10 882:22
912:13 916:23
921:6,8 923:3,8
930:12 932:4,8,20
933:3 960:17
961:1 965:12
976:5 977:1,5,6
**today's** 754:19
773:14 784:21
785:13 821:16
**token** 791:16
864:2,10,11,20
873:21 874:1,2,4
878:6,8 887:6
905:22 909:22
917:14 939:4,7,8
**tokens** 829:23
836:23 837:6,25
838:13,23 839:5

**[tokens - typically]**

873:20 874:8
875:19 937:23,24
**told**  927:8
**tool**  755:1,12,18
755:20,23 756:2,7
757:10,12 759:2
772:13 801:21,23
802:3,7,13 807:23
808:5,9 809:16
815:4 825:8
838:22,24 839:3,7
934:13 943:2,3,4,5
943:5 944:2,3,5,10
944:11,16,17,18
944:21,22 945:3,4
945:5,7,25 946:4
946:25 947:3,5,9
947:10,18 948:2
951:22,24 952:6
952:13,24 955:1,9
955:16 959:18,22
959:24 960:7,22
960:24,25 961:1,5
961:9,11,24 962:2
962:5,9,16,25
963:5,9,11,12
966:5,10,12,15
967:16,17 968:4,7
968:13,16,22
970:5,24 971:15
972:8 974:16,20
976:17,21 977:13
**tools**  745:6,7
772:11 774:8
782:17 807:15
**top**  868:4,5 876:15
897:22
**topic**  738:4,21
740:8 744:5,9,10
744:19 745:2,4,6
745:12,19,22,24

746:11,22,24
747:5 800:15,19
839:12 847:5
848:15,20 860:14
889:7,8 899:18
902:3
**topics**  735:11,14
735:15,16 738:3
748:18,20,23
749:7 774:24
828:8 849:2,4,7
860:11 900:15
**totality**  741:19
742:15 914:14
**touches**  738:25
**track**  745:9
767:19 783:19
786:7,11 885:9,17
886:25 894:14
896:15 907:13
911:4,12 914:21
915:10,18,20,21
963:20
**tracked**  748:16
768:9,13,17
776:19,22 860:12
863:9,11,12
885:23 886:2,5
887:5 889:9
899:17 902:18
903:6 911:9,24
916:1,14 917:8,13
917:23
**tracking**  749:2
768:8 916:8
944:14
**tracks**  903:7
**train**  820:16
**transcribed**
981:11

**transcript**  981:12
981:14,16 982:6,8
982:10,13,13,21
983:2,2 984:3
**transition**  800:14
953:16,18,19,22
**transmits**  899:9
**treated**  854:14
**trick**  896:25
**tricking**  966:24
**tricks**  737:4
**triggered**  764:9,12
**true**  852:2,5 853:5
895:23 937:10
980:1 981:12
984:5
**truth**  734:23,23,24
**try**  737:19 740:2
741:22 829:7
861:11 890:3
914:19 926:9
928:7 943:24
**trying**  741:22
782:20,22 796:8
810:4,10 813:18
824:5,5 841:14
847:11,12 860:16
868:16 877:1
887:16 899:16
900:12 906:8,9
926:8 927:25
971:24
**ts**  872:16,22,23
**turn**  744:16
**turning**  979:8
**tv**  876:14
**two**  754:7,8
775:21 778:14
789:19 792:9
797:25 798:16,20
812:5 818:14

854:14 862:18
863:4 953:7,20
970:24 971:9
979:7
**type**  738:5,14,16
738:19 739:5
746:3,11 767:3,6
767:25 778:23
779:15 788:6,19
811:9 856:13,14
856:15 858:14,23
859:3 876:21
879:6 889:8,9
900:24 910:2
913:11,14 921:2
927:17 933:20
957:24 958:2,5
969:14,16 974:3
**types**  736:15 740:4
762:10 786:7
787:7,11,21
793:10 804:14
805:2 824:14
856:6 857:3,10,13
857:15,22 858:5
879:18 880:6
896:6 914:6,23
915:25 916:8,25
924:11 927:25
928:1 958:8,13,15
958:18,22
**typical**  779:3
780:3 824:3
878:21 879:9
**typically**  743:6
777:4 779:1
780:12 787:14,17
803:25 811:24
841:12 855:15
871:21 873:21
876:7 877:15

[typically - uniquely]

879:10,14 890:25
894:6 896:1
897:23 916:12,13
916:16,19 925:11
928:10 929:16
943:20 968:25

**u**

**u**  814:9 876:2
**ultimately**  878:19
**un**  957:13
**unable**  740:1
845:19 847:17,23
866:19 876:9
945:14
**unaware**  771:24
772:2 781:13
**uncertain**  848:23
856:22
**uncertainty**
940:17
**unclear**  737:3,11
774:2 781:6 834:8
890:7
**uncover**  845:19
**underscores**
818:14
**understand**
735:15 736:20,25
737:8 738:8,22,23
738:24 739:1
741:23 744:9,10
745:10 750:15,19
750:20 751:5
753:3,14,15 754:1
754:24 759:15
762:2 763:5
766:11,18 767:2
769:8 785:15
789:16 792:8
795:20 796:9
799:15 810:11

812:11 813:14
817:8,12 821:15
824:24 828:21
830:20 834:6
839:11 843:21
844:22,23 850:10
854:4,19,21
856:25 857:21
858:11,21 859:16
860:9,15,15
861:20 864:7
865:1,7 866:3
868:11 870:12,22
870:25 871:1
873:25 874:11
876:10 877:1
879:2 880:2
881:12 885:12
886:9 887:17
889:16 890:3,10
893:12 898:15,15
901:1 906:25
912:6,22 913:25
914:14,19 916:17
920:24 925:1,24
927:3 928:1,9,9,25
932:11 935:4
939:9 940:10
949:10 950:10
953:24 954:1,11
955:14 957:7
966:23 971:21,24
974:2 975:7,9
**understanding**
736:14 742:24
750:12,16,25
751:8,13 752:14
753:1,7,12,17,24
754:7 755:4,8,10
755:19,22,25
756:5,9,9,18,20

758:12,15,22
759:3 762:11,16
762:25 763:22,24
764:15,17,23
765:5,14 766:1,7
766:21 768:22
773:24 776:3,21
779:24 782:22
783:24 786:6,13
795:5 800:15
801:23 802:12,23
807:4,9,18 808:9
808:23 809:3,5
814:20 815:12,22
816:14 817:6,24
818:17,20 820:13
825:14 827:21
831:2,18,23,25
832:13 834:16,25
837:4,11 838:12
838:21 839:4
850:18 852:10,15
854:8,13 855:3
856:2 857:25
858:7,18 860:22
861:14 862:5
863:2,25 864:18
865:12 866:9,21
869:12 871:17,25
872:5,23,25
875:10 879:21
882:17 885:4
887:10,19 888:2
888:21 891:12,23
901:12,14,23
902:23 904:3
910:12 911:13,18
911:22 917:19,22
922:12 923:17
924:1 926:9
927:13 930:10

933:2,11 934:19
935:22 936:25
937:8,14,22 938:6
939:6,10,20 940:3
942:1,14 944:11
944:22 945:4
946:11 947:7,19
948:8,9,13,15
949:2,5,8,14,20
951:6,21 952:3,24
953:18,23 954:9
955:18 956:7,23
957:10,21 958:3
958:16 960:21
961:10 965:15,17
966:8,13 968:3,10
970:21 971:9,14
972:7,16,22 973:5
973:15 974:6,11
974:12,17 975:1
975:17 976:5
977:1 978:1,16
979:12,18 980:1,8
980:20
**understands**  877:8
**understood**  737:7
755:2 788:4 796:8
799:14 857:12
866:6
**undertaking**
795:10
**undertook**  849:14
**unfortunately**
936:1
**unify**  795:6
**unintentional**
738:10
**unique**  917:14
**uniquely**  925:6
949:3

Veritext Legal Solutions
866 299-5127

**[unit - users]**

**unit** 917:11 918:1
977:4
**united** 725:1 726:1
**unnecessary**
737:15
**unpack** 856:21
**unsuccessful**
780:19
**unusual** 811:7,11
811:14,20,21
812:16,17,17
814:10 816:21
817:15 826:5
**update** 765:7
804:4
**updated** 853:21
**upgraded** 834:2
**ups** 849:5 851:2
878:24
**url** 791:20 801:15
802:5 803:19
804:5 806:19
807:12 808:3,14
809:6,17,20
818:25 897:7
917:10
**urls** 801:9,12
925:15
**usage** 767:22
929:23 930:5,15
930:18 931:14,19
**use** 744:21,22
747:12 749:24
766:8 767:18
779:1,7 783:20
784:3,6,8,20
785:13 793:15
796:8 798:3
800:20,21,24
801:1,20 803:6,14
804:3,10 805:14

807:7 809:11
810:22 811:2,3
819:23,25 821:2
828:13,15 829:4,5
830:5,6,18 833:8
833:16 836:20,21
840:16,18 841:7
842:15 843:16
844:19,20 845:8,9
846:7,9 847:7,8,25
848:1,17,18
855:14,20 876:16
881:13 886:24
891:4,19 892:1
905:1 919:23
920:22 928:15
929:16 935:12
955:16,16 958:19
963:9,11,13
966:15 967:16
968:13,15,25
970:13
**useful** 745:25
921:14 935:23
**user** 725:5 726:5
733:9 739:5,21,22
739:22 740:4,5,11
740:19,23 741:9
742:2,6,8 743:7,11
743:14 744:8,12
746:19 747:3
758:19,20,25
766:18 767:19
786:11,17,19,22
787:7,11,15,21
788:6,22,23,23
789:3,7,14 790:3
791:5,12,16
792:11 793:21,23
794:2,3,3,11 798:5
798:17 800:6,25

802:18 811:2
819:23 824:1,2
828:13,18 829:4
829:23 830:25
831:7 832:10,14
836:20,22 837:6
837:24 838:13,23
839:5,8 840:16
841:2,22 842:10
842:22 843:12
844:19 845:8
846:7 847:7,25
850:6,15,20,22
851:7 853:13,24
854:16,24 855:2
855:25 859:22
861:17 862:6
863:10,13,17,18
864:2,3,12,13
865:14,14,15,23
872:14 873:6,15
874:5 875:19
876:21 877:16,20
877:24 878:1,4,14
878:15 879:4,5,10
879:12,13,15,25
880:16,18,20,21
883:10,10,12
889:20,22,22
890:11 891:12
892:4,10,11,14,17
892:23 893:2,4,10
894:17 895:14,14
897:24 898:8,8,12
898:16,17,21,23
898:25 899:3,4
900:1,9,18 901:9
901:18 902:11,24
903:3 907:2,3,16
907:25 909:2,7,15
909:22 910:5

911:6,15 912:3,4,8
912:10,12,16,18
912:21 913:1,11
913:14,17,17
914:15,23 915:10
915:15,23 924:2,6
924:13 925:12
937:23 938:5,22
939:7 963:15,15
982:3 985:1
**user's** 793:16
865:23 874:1,2
880:5 889:20
891:2 898:11,12
898:19 899:25
900:8 901:19
905:22,24 907:20
908:2,17,23,23
909:9,16,18,23,25
910:3 915:23
939:5
**users** 766:7 786:5
787:3 788:24
789:10 798:5,7
804:23 814:17
815:19 816:5,12
816:22 817:3
824:1 829:15
833:14,17 834:2
838:25 841:2,5,19
841:25 842:14,25
843:22 859:12
860:19 861:3
862:1,24 866:22
873:19 874:8
875:5,22 879:18
883:16 889:1,14
889:17,19 890:14
891:4 899:20
902:1,19 904:23
905:1,5,12,19

Veritext Legal Solutions
866 299-5127

**[users - way]**

906:2,12,14,19
907:6,7,10,14
908:5,8 910:25
915:9,19 916:17
917:14 926:4,7,15
926:19 929:18,18
937:19 938:11,15
938:19 939:12
941:15
**uses** 829:13 878:8
890:11 961:11
**uttered** 849:22

**v**

**v2** 834:3
**v2.1** 852:22 853:4
**v2.3** 853:4
**v2.3.** 852:22
**vague** 787:9
856:16 858:25
860:21 862:3
863:1 877:8 879:7
889:15 902:4
903:23 904:6
906:5 914:9
916:11 940:13
941:3,20
**valid** 801:11 806:3
806:19 807:11,23
808:2,11,20
809:10,19,24
818:24 819:4,5,9
819:14
**valuable** 790:10
797:18
**valuation** 914:22
914:22
**value** 750:3
806:19 883:1
912:17,20,25
913:10,16 914:1
915:8,9 937:10,13

957:12 971:1
**values** 868:25
970:25 979:16
**variant** 923:18
**various** 770:7
813:22 828:19,21
878:2 911:9 930:6
**vc** 725:6 726:6
**veritext** 733:12
982:7,9,11
**version** 764:8,12
790:19 791:15
815:4 843:7 863:3
945:18 951:16
957:13
**versioning** 790:12
790:15,18
**versions** 814:23
815:3 853:8
**versus** 782:24
**video** 725:14
726:19
**videoconference**
725:14 726:19
727:2 728:2 729:2
730:2 731:2
734:12
**videographer**
731:18 733:5,11
785:20,23 840:8
840:11 884:11,14
884:17 942:21,24
980:22
**videotaped** 726:15
**view** 775:22
962:25
**viewing** 772:16
**views** 963:2
**visit** 897:1
**visited** 893:2

**visiting** 893:10
896:17
**visits** 892:4,23
**volume** 725:17
732:3 733:8
867:24
**voluminous** 967:4

**w**

**w** 727:6 731:7
**w3c** 778:21 780:22
**waived** 785:9
982:23,23
**waiving** 982:20
**wangdra** 730:14
733:24
**want** 735:23
737:13 739:24
743:18 749:12
751:10,11,23
772:14,14 782:20
783:21 784:23
790:9 793:8
799:15 810:12,21
825:7 829:1,12
830:20 833:13,13
835:24 838:19
842:2 848:7 849:3
849:21 850:9,12
851:1 854:4
856:24 859:7
861:5 867:11
868:10 869:6,16
877:4 879:2
883:24 884:11
886:18 890:18
892:22 900:13,16
902:16 911:17
920:21 923:6
928:5,15 946:3
966:17

**wanted** 750:14
753:3 755:2
759:21 762:1
763:8 765:20
775:2 782:14
790:16,19 814:1,2
819:18 839:13,19
910:16 916:16,17
935:9 955:13
959:5
**warehouse** 773:25
776:4,6 871:22
916:15 931:23
**washington**
725:23 727:13
**way** 737:19 741:2
741:4 742:1,21
743:1,25 744:12
744:19 748:15
761:20 766:14
773:21,22 779:14
779:21 787:24
789:13,16,25
790:1,2,13,16,22
791:11 792:2,13
792:15,21 793:5
799:24 801:22
808:5 812:15
816:17 817:13
820:13 833:23
835:19 843:3
847:24 850:11,21
855:11,18 856:21
863:25 872:23
874:1,4,7 875:20
875:22 876:17
879:9 880:25
888:2 889:25
890:1,13 895:12
902:17 922:6
923:18,18 926:18

Page 50

**[way - year]**

927:15 929:11
934:17,23 943:24
944:14 949:22,25
956:13 960:8
967:14 968:11
978:7
**ways** 739:13
740:18,21 741:9
741:12,25 742:15
743:12,15,19,20
743:24 766:15
777:23 778:4,14
779:25 788:16,25
789:3,15 790:25
791:9 792:10
793:4 801:5,6
826:4 829:7
831:21 850:6,9,13
855:1 875:18
904:11 920:4
926:20 930:6
950:18
**we've** 754:7 783:6
792:17 830:9
839:10 844:25
849:11 873:8
888:22 897:3
916:21,24 942:17
**weaver** 728:7
868:22
**web** 725:14 726:19
727:2 728:2 729:2
730:2 731:2
831:14,15,17,21
892:4,12 893:2
**website** 891:13,15
892:23 893:9,11
893:15,24 895:7
897:2 910:20
962:12,15,19,22
968:16,23

**websites** 829:25
836:24 838:1
875:4 892:2
**welcome** 735:6
**went** 842:15 895:7
964:25
**whereof** 981:20
**whitelisting**
748:15 749:2
**whitelists** 748:16
944:18
**wholly** 922:19
967:5
**wide** 813:18
**widely** 882:19
**wind** 882:7,10
883:3 885:5,7
**window** 813:3
872:25 922:14
936:17
**withdraw** 760:1
765:2,25 770:9
773:7 774:13
777:13 786:9
794:24 816:24
862:21 883:11
893:6,17 916:5
943:24 974:11
978:22
**witness** 733:13
736:1,14 750:8
839:17 870:14
877:8 981:20
982:13,16
**witnesses** 810:20
849:1
**word** 806:1 810:22
818:14 849:21
862:11
**words** 776:10
958:11

**work** 737:20
751:15 756:17
757:12 764:9
766:2 773:14
785:4 796:5
849:19 874:22
878:22 879:9
895:12,13 899:11
902:7 941:25
971:10
**worked** 755:17
773:3 808:6,9
809:4 821:11
830:22 835:19
847:25 861:12
864:1 921:8
923:18
**working** 811:18
839:11 932:8
**works** 777:24
783:11 787:24
808:23 822:21
866:9 888:3
891:17 901:14,22
934:10 976:25
**worksheet** 959:17
**worth** 790:11
915:11
**wound** 882:6
**wrap** 945:21
**wright** 727:9
733:20
**write** 818:11
**writes** 848:19
**writing** 809:13
**written** 747:21
757:4 760:10,12
760:13 799:6,7
800:5,12 848:14
890:25 918:6

**wrong** 751:24
752:5 857:1
862:10
**wrote** 808:1,2
**www** 862:19
887:13 911:21

| x |
|---|

**x** 732:1,8 814:9
851:8 863:17
981:16
**xfn** 960:14,18,22
960:24 961:3,9,10
962:1,7,8 978:2
979:4
**xml** 791:6
**xu** 814:5 819:20
825:5
**xx** 983:1

| y |
|---|

**y** 944:24,25
**yeah** 759:22
761:19 767:8
776:11 783:9,15
784:25 785:15
786:3 799:6 818:3
819:2 826:2
832:21 839:17
840:20 868:7
869:5 880:8
882:13 891:10
899:6 902:5 904:9
913:7 915:1
918:18 940:14
941:2,22 948:5
979:5
**year** 742:16
770:16,16 774:20
774:20 776:18
913:24 967:2

Page 51

[years - zoom]

| |
|---|
| **years**   742:22 |
|   784:1 793:1 |
|   813:24 816:9 |
|   838:6 839:3 860:6 |
|   861:21 953:8,13 |
|   953:20 963:6,10 |

| z |
|---|
| **zarakhovsky** |
|   826:23 |
| **zarashaw**   826:22 |
| **zero**   938:11,15,18 |
|   979:22 980:6,7 |
| **zoom**   725:12 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

HIGHLY CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

IN RE:  FACEBOOK, INC.,        MDL No. 2843

4   CONSUMER USER PROFILE         Case No.

LITIGATION                    18-md-02843-VC-JSC

5   _____

6   This document relates to:

7   ALL ACTIONS

8

_____

9

10

11              **HIGHLY CONFIDENTIAL**

12       ZOOM DEPOSITION OF FACEBOOK's 30(b)(6)

13       CORPORATE REPRESENTATIVE - SIMON CROSS

14  (Reported Remotely via Video & Web Videoconference)

15       London, England (Deponent's location)

16             Tuesday, June 21, 2022

17                  Volume 5

18

19

20

STENOGRAPHICALLY REPORTED BY:

21  REBECCA L. ROMANO, RPR, CSR, CCR

California CSR No. 12546

22  Nevada CCR No. 827

Oregon CSR No. 20-0466

23  Washington CCR No. 3491

24  JOB NO. 5291734

25  PAGES 986 - 1222

                                    Page 986

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

    IN RE:  FACEBOOK, INC.,      MDL No. 2843

 4  CONSUMER USER PROFILE        Case No.

    LITIGATION                   18-md-02843-VC-JSC

 5  _____

 6  This document relates to:

 7  ALL ACTIONS

 8
    _____
 9

10

11

12

13

14

15          DEPOSITION OF SIMON CROSS, taken on

16  behalf of the Plaintiffs, with the deponent located

17  in London, England, commencing at

18  1:37 p.m., Tuesday, June 21, 2022, remotely

19  reported via Video & Web videoconference before

20  REBECCA L. ROMANO, a Certified Shorthand Reporter,

21  Certified Court Reporter, Registered Professional

22  Reporter.

23

24

25

                                        Page 987
```

HIGHLY CONFIDENTIAL

```
1                    APPEARANCES OF COUNSEL

2     (All parties appearing via Web videoconference)

3

4     For the Plaintiffs:

5          KELLER ROHRBACK L.L.P.

6          BY:  DEREK W. LOESER

7          BY:  CARI CAMPEN LAUFENBERG

8          BY:  ADELE A. DANIEL

9          BY:  EMMA WRIGHT

10         Attorneys at Law

11         1201 Third Avenue

12         Suite 3200

13         Seattle, Washington 98101

14         (206) 623-1900

15         dloeser@kellerrohrback.com

16         claufenberg@kellerrohrback.com

17         adaniel@kellerrohrback.com

18         ewright@kellerrohrback.com

19

20

21

22

23

24

25     /////
```

Page 988

HIGHLY CONFIDENTIAL

```
1                    APPEARANCES OF COUNSEL

2     (All parties appearing via Web videoconference)

3

4     For the Plaintiffs:

5          BLEICHMAR FONTI & AULD LLP

6          BY:  MATTHEW MELAMED

7          BY:  ANNE K. DAVIS

8          BY:  LESLEY E. WEAVER

9          Attorneys at Law

10         555 12th Street

11         Suite 1600

12         Oakland, California 94607

13         (415) 445-4003

14         mmelamed@bfalaw.com

15         adavis@bfalaw.com

16         lweaver@bfalaw.com

17

18

19

20

21

22

23

24

25    /////
```

Page 989

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2     (All parties appearing via Web videoconference)

 3

 4     For Facebook, Inc.:

 5          GIBSON, DUNN & CRUTCHER LLP

 6          BY:  AUSTIN SCHWING

 7          Attorney at Law

 8          555 Mission Street

 9          Suite 3000

10          San Francisco, California 94105-0921

11          (415) 393-8200

12          aschwing@gibsondunn.com

13     and

14          BY:  MATT BUONGIORNO

15          Attorney at Law

16          2001 Ross Avenue

17          Suite 2100

18          Dallas, Texas 75201

19          (214) 698-3204

20          mbuongiorno@gibsondunn.com

21

22

23

24

25     /////
```

Page 990

HIGHLY CONFIDENTIAL

```
1              APPEARANCES OF COUNSEL(cont'd)

2    (All parties appearing via Web videoconference)

3

4    For Facebook, Inc.:

5         GIBSON, DUNN & CRUTCHER LLP

6         BY:  HANNAH REGAN-SMITH

7         Attorneys at Law

8         1801 California Street

9         Suite 4200

10        Denver, Colorado 80202-2642

11        (303) 298-5735

12        hregan-smith@gibsondunn.com

13   and

14        BY:  PHUNTSO WANGDRA

15        Attorney at Law

16        1881 Page Mill Road

17        Palo Alto, California 94304-1211

18        (650) 849-5206

19        pwangdra@gibsondunn.com

20

21

22

23

24

25   /////
```

Page 991

HIGHLY CONFIDENTIAL

```
 1              APPEARANCES OF COUNSEL(cont'd)
 2      (All parties appearing via Web videoconference)
 3
 4          JAMS
 5          BY:  DANIEL B. GARRIE
 6          Special Master
 7          555 W. 5th Street
 8          32nd Floor
 9          Los Angeles, California 90013
10          (213) 253-9706
11          dgarrie@jamsadr.com
12
13
14
15      ALSO PRESENT:
16          Ian Chen, Associate General Counsel,
17      Meta Platforms
18          John Macdonell, Videographer
19
20
21
22
23
24
25      /////
```

Page 992

HIGHLY CONFIDENTIAL

```
 1                  I N D E X

 2    DEPONENT                      EXAMINATION

 3    SIMON CROSS                        PAGE

      VOLUME 5

 4

 5                 BY MR. MELAMED          998

 6                 BY MR. LOESER          1139

 7                 BY MR. SCHWING         1206

 8                 BY MR. LOESER          1207

 9

10

11               E X H I B I T S

12    NUMBER                             PAGE

13                 DESCRIPTION

14    Exhibit 429  Native Excel Spreadsheet    1007

15                 C2_019_FB-CA-MDL-02936297;

16

17    Exhibit 430  Message Summary,           1101

18                 FB-CA-MDL-02898663 -

19                 FB-CA-MDL002898668;

20

21    Exhibit 431  Native Excel Spreadsheet,   1107

22                 C2_113a_FB-CA-MDL-02898670;

23

24    Exhibit 432  Native Excel Spreadsheet,   1111

25                 FB-CA-MDL-02674226;
```

Page 993

HIGHLY CONFIDENTIAL

```
1              E X H I B I T S(cont'd)

2    NUMBER                                    PAGE

3                    DESCRIPTION

4    Exhibit 433  Email String Subject:  V1      1116

5                 extensions,

6                 FB-CA-MDL-01952426 -

7                 FB-CA-MDL-01952427;

8

9

10                PREVIOUSLY MARKED EXHIBITS

11   NUMBER                                    PAGE

12   Exhibit 339                                1171

13

14

15

16

17

18

19

20

21

22

23

24

25   /////
```

Page 994

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | London, England; Tuesday, June 21, 2022 | 09:04:04 |
| 2 | 1:37 p.m. | |
| 3 | ---o0o--- | |
| 4 | | |
| 5 | THE VIDEOGRAPHER:  Okay.  We're on the | 01:36:58 |
| 6 | record.  It's 1:37 p.m. on June 21st, 2022.  This | |
| 7 | is Volume 5 in Simon Cross's deposition.  We're | |
| 8 | here in the matter of Facebook Consumer Privacy | |
| 9 | User Profile Litigation. | |
| 10 | I'm John Macdonell, the videographer with | 01:37:15 |
| 11 | Veritext. | |
| 12 | Mr. Cross has previously been sworn, but | |
| 13 | would counsel please identify themselves for the | |
| 14 | record. | |
| 15 | MR. MELAMED:  Good morning.  This is | 01:37:26 |
| 16 | Matt Melamed from Bleichmar Fonti & Auld on behalf | |
| 17 | of plaintiffs.  With me presently is Adele Daniel | |
| 18 | from Keller Rohrback, also on behalf of plaintiffs. | |
| 19 | And -- I'm sorry -- also Anne Davis from | |
| 20 | Bleichmar Fonti & Auld on behalf of plaintiffs. | 01:37:43 |
| 21 | MR. SCHWING:  Good morning.  This is | |
| 22 | Austin Schwing of Gibson, Dunn & Crutcher on behalf | |
| 23 | of Meta Platforms Inc.  I'm joined by Ian Chen, | |
| 24 | Hannah Regan-Smith, and also Phuntso Wangdra and | |
| 25 | Matt Buongiorno. | 01:38:00 |

Page 995

HIGHLY CONFIDENTIAL

```
 1              SPECIAL MASTER GARRIE:  This is              01:38:07

 2   Special Master Garrie here on behalf of the Court.

 3              MR. MELAMED:  Good morning.  Before we

 4   start today's testimony, I just want to identify a

 5   few documents or sources of information that           01:38:29

 6   Mr. Cross discussed yesterday that we want to

 7   follow up with Facebook regarding their production.

 8              One is the Can tables, which Mr. Cross, I

 9   believe, identified yesterday, as tables initiated

10   in or around 2019 operational, in or around 2020,      01:38:53

11   that identified the calls that -- certain calls

12   that apps could make on either data.

13              Another is the Did tables, which were

14   initiated around the same time.  And those indicate

15   the calls -- the calls that return user               01:39:21

16   information, where the information was returned, so

17   those two seem to work in parallel.  I apologize if

18   I'm misstating.  I don't intend to.  What those

19   tables were, I think Mr. Cross's testimony on those

20   was clear yesterday.                                   01:39:37

21              The third is Pearly Gates.  Which

22   Mr. Cross identified as a precursor or the

23   precursor to the capabilities tool.

24              And the fourth is the Launch Manager,

25   which was identified as a tool to track privacy --     01:39:49
```

Veritext Legal Solutions
866 299-5127

```
 1    a number of privacy decisions that were made           01:39:55

 2    internally at Facebook.  Same thing with those two.

 3    I don't mean to misstate what Mr. Cross testified

 4    about those.  His testimony is what it was.  I'm

 5    just identifying them for the record.                   01:40:09

 6              Three of those four, the Can tables, the

 7    Did tables and Pearly Gates, I do not believe have

 8    been identified previously.  The plaintiffs in the

 9    litigation, the fourth Launch Manager has been

10    identified previously, and plaintiffs have             01:40:23

11    requested that previously.

12              And would -- are going to request it

13    again.

14              But I just wanted to put that on the

15    record that we will follow up as well.                 01:40:34

16              MR. SCHWING:  Okay.  Well, I appreciate

17    you raising the issues that you're concerned about,

18    Matt -- Mr. Melamed, you and I are friendly, so I

19    apologize for the "Matt."

20              But I know Mr. Cross has previously           01:40:53

21    identified Pearly Gates in a previous deposition

22    session, and the same is true of the Did table.

23    And you already knew about the Launch Manager.

24    Happy -- happy to talk to you, you know, about

25    document discovery issues.  I don't think this is      01:41:12
```

Page 997

HIGHLY CONFIDENTIAL

```
 1    the right time.  But, you know, we can certainly      01:41:16

 2    discuss that.

 3              And I also wanted to -- to note, as I did

 4    before we got on the record, that Mr. Cross had a

 5    few things that he wanted to clarify, some           01:41:26

 6    additional information related to some of the

 7    questioning yesterday.

 8              So at a convenient point in the

 9    deposition, whenever you think it's appropriate, he

10    would like to share that.                            01:41:38

11         MR. MELAMED:  Thank you.

12

13                   SIMON CROSS,

14    having been previously administered an oath, was

15    examined and testified as follows:                   01:41:41

16              EXAMINATION (resumed)

17    BY MR. MELAMED:

18         Q.  So, Mr. Cross, you understand you're

19    still under oath, correct?

20         A.  I do.                                        01:41:45

21         Q.  What --

22              SPECIAL MASTER GARRIE:  Are we on the

23    record?

24              MR. MELAMED:  Mr. --

25    Special Master Garrie, sorry.                         01:41:49
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1            SPECIAL MASTER GARRIE:  Yeah, I am sorry        01:41:51

 2    for interrupting.  I was going to say, in the

 3    interest of efficiency, it would be most helpful if

 4    the parties could meet and confirm on the issues

 5    decided and discussed, and add the issue to          01:41:59

 6    mediation tracker so that way we have a record of

 7    these ongoing issues.

 8            If there are downstream issues about each

 9    of these different things, I just wanted to notate

10    that now because I have other issues that I've       01:42:13

11    written down that haven't been raised on the

12    mediation tracker, and I'm just assuming they're

13    being resolved.

14            So if the parties have a process that's

15    great.  I just encourage them to document it so we   01:42:24

16    don't have any downstream surprises with additional

17    folks coming -- being required in the interest of

18    completeness.  And if you could just document that

19    from the plaintiff's side, that would very helpful.

20            MR. MELAMED:  Will do.  Thank you.           01:42:41

21        Q.  (By Mr. Melamed)  So, Mr. Cross, your --

22    Mr. Schwing indicated that you have some additional

23    testimony or clar- -- testimony or clarifying

24    testimony regarding some things you talked about

25    yesterday.                                           01:42:55
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1              So now would be a great time to provide         01:42:55

 2      that clarification.

 3          A.   Sure.  Yeah.  Yesterday we were talking

 4      about some of the tables in the capability tool.

 5      Regarding the capability tool, one of those tables    01:43:07

 6      was the -- the Grant table, and I think I mentioned

 7      that the ████████████████████████████████████

 8      might refer to ████████████████████

 9              My understanding is actually they --

10      they're not ██████████████████ they're just         01:43:28

11      ████████████████ to this table.

12              So, yes, that's one thing I wanted to --

13      to clarify.

14          Q.   Do those ███ cross-reference any other

15      tables?  Are they identified in any other tables     01:43:41

16      relevant to the capabilities tool?

17          A.   My understanding is they -- they're not

18      cross-referenced in another table.

19          Q.   Thank you.

20              Do you have anything else you'd like to       01:43:54

21      clarify from yesterday's testimony?

22          A.   Yesterday you asked me some questions

23      about -- the rest API and FQL.  I can say that

24      the -- they were deprecated or the deprecation was

25      announced in 2014, I believe in August.  In API      01:44:11
```

Page 1000

HIGHLY CONFIDENTIAL

```
 1   Version 2.1.                                          01:44:17

 2           They remained available to developers for

 3   the duration of the API existed, which was until

 4   October of 2016.  After that point, they would only

 5   have been available to -- to apps via a whitelist.    01:44:31

 6           And my understanding is that the last

 7   third-party apps were removed from the rest API

 8   whitelist █████████████████████████

 9           And -- and also my understanding is

10   the -- the last third-party app was removed from      01:44:51

11   the -- so the first one I mentioned was the FQL --

12   sorry -- FQL, ████████████████████████

13           And then my understanding is that the

14   last third-party app was removed from the whitelist

15   that gave access to the rest API in around            01:45:08

16   ██████████████

17       Q.   Thank you.

18           Is there a list somewhere of the apps

19   that were permitted to access the rest API after

20   2016?                                                 01:45:30

21       A.   That information is -- is -- as I

22   understand, it would be available in the -- in the

23   Grant table, which you have access to.

24       Q.   Okay.  And is the -- and you're talking

25   about the capabilities grant -- tool Grant table,     01:45:44
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    correct?                                                      01:45:47

2        A.   That's correct.  My understanding is that

3    access to those two legacy APIs was gated by the

4    capability tool and, therefore, the apps that would

5    have had access to query those APIs, would have        01:45:57

6    been listed in the capability tool.

7        Q.   And is the answer the same for FQL, that

8    the list of apps that were permitted to access user

9    information by FQL queries is after 20 --

10   October 2016 is indicated in the capabilities tool    01:46:17

11   parens table?

12       A.   That's my understanding too, yes.

13       Q.   Do you have any other clarifications or

14   follow up you want to offer regarding yesterday's

15   testimony?                                             01:46:36

16       A.   You asked me when Facebook ██████████████

17   capabilities from apps ███████████████████████

18   those apps.  My understanding is that that process

19   began in October 2018.

20       Q.   So prior to -- is it correct, then, to       01:47:03

21   say, that prior to October 2018, Facebook was not

22   ████████████████████████████████   where those apps

23   ████████████████████████████

24            MR. SCHWING:  Object to form.

25            THE DEPONENT:  There was no ███████████       01:47:24

Page 1002

HIGHLY CONFIDENTIAL



1    ███████ in place until October 2018 from ███████    ███████

2    ███████████████ that ███████████████████

3    ██████ There would have been ███████████████████

4    ██████████████████ in place.  But that was the

5    moment, as I understand it, that ███████████████    01:47:43

6    was introduced.

7        Q.   (By Mr. Melamed)  And I apologize if this

8    is asking you to testify about something you

9    already talked about.

10       What was the ███████████████ that    01:47:55

11   commenced in October 2018 regarding the ███████████

12   ████████████ from apps that were ███████████████

13   ███████████████████

14       A.   My understanding is -- a ███████████████

15   ████████████████████████ that check    01:48:18

16   a given capability, and if there was no indication

17   ███████████████████████████████

18   ███████████ within a time period, then the system

19   ███████████████████ from the app.

20       Q.   What was the time period that -- that    01:48:43

21   triggered the ███████████████ you're talking

22   about?

23       A.   My understanding is that the time period

24   is ███████

25       Q.   Was there any ability to override that    01:48:57

Page 1003

HIGHLY CONFIDENTIAL

```
 1    ██████████████████  of a capability that  ████████████    ██████████
 █    ████████  by an app in the past  ██████████  after
 3    October 2018?
 4         A.   My understanding is that where there is
 5    a -- I think the field name is  ████████████████             01:49:13
 6    I'm -- I'm -- I can't remember the exact field name
 7    here.  We -- we looked at it yesterday.  But I
 8    think it's auto -- you have -- you have the thing
 9    in front of you -- I don't -- I'm not allowed -- I
10    don't have notes in front of me on this.            01:49:33
11         So maybe you could refresh my memory of
12    the column we're discussing here.
13         Q.   Yeah.  I'm -- I'm -- do you recall which
14    table it's in?  I'm happy to pull that exhibit up.
15         A.   The Grant table.                           01:49:47
16         Q.   Okay.  Thank you.
17         Okay.  Can you see my screen?
18         A.   Yes.
19         Q.   So this is -- and I'll zoom in a little
20    bit.  This is Exhibit 428, which is the              01:50:13
21    capabilities tool Grant table.  I can resize these
22    columns quickly.
23         Do you see -- as I'm doing this --
24    actually let me stop so you can see them.  Before I
25    resize them, do you see the column that indicates    01:50:28
```

Page 1004

HIGHLY CONFIDENTIAL

1   the ███████████████████████████████████        ██████████

2   ████████ of a capability -- let me rephrase that.

3          The ████████████ of a capability

4   ████████████████████ by an app in the past

5   █████████                                        01:50:43

6          A.   That's column J.

7          Q.   Column J.  Is ████████████████

8          A.   My understanding is the -- if an app

9   has -- if there was an ████████████████ listed for

10  an app, then the capability ████████████ from      01:50:57

11  the app ████████████████ even if ████████

12  ████████ by the app.

13         Q.   So for instance, in row 5 column J, where

14  the ████████████ for this ██████████████████

15  ██████████████████████████                          01:51:16

16         That indicates that the ████████████████

17  ████ of that capability from that app is

18  ████████████████████ at which time the

19  ██████████████████ from the app?

20         A.   That's my understanding, yes.             01:51:40

21         Q.   And, again, we talked about this

22  yesterday.  But do you -- and so I apologize if

23  I'm -- I don't mean to make miss- -- restate what

24  you've already testified about.  I'm just trying to

25  understand these columns and context of one another   01:51:55

Page 1005

HIGHLY CONFIDENTIAL

```
1    in light of the additional testimony you're          01:51:57

2    offering.

3           Is there any relationship between

4    column K and the ████████████████ of the

5    capability from an app that started in                01:52:10

6    October 2018?

7       A.   My understanding that that column

8    would -- if -- if that column contained a

9    ████████████████ would -- would mean that --

10   that also the ████████████████ from             01:52:28

11   the app, ████████████████ in a ██████

12   period.

13      Q.   And in that instance, if there was the

14   █indicated in this column, would that mean there

15   is -- unlike column J where the exception provides   01:52:47

16   an ████████████████ if there is a

17   ████████ in column K it would not provide a

18   ████████████, but would the capability app

19   pairing would ████████████ until that was

20   changed; is that accurate?                           01:53:08

21      A.   That's my understanding of the system.

22      Q.   Do you have any other testimony you'd

23   like to clarify from yesterday?

24      A.   Nope, that covers the -- the things I'd

25   like to catch up on.                                 01:53:21
```

Page 1006

HIGHLY CONFIDENTIAL

1    Q.   So yesterday we talked about two of three      01:53:32

2    spreadsheets that were produced by Facebook that

3    reflect the capabilities tool, and I wanted to jump

4    into the third today.

5           (Exhibit 429 was marked for                  01:53:47

6    identification by the court reporter and is

7    attached hereto.)

8           MR. MELAMED:  So I've marked what -- I

9    have introduced what's been marked as Exhibit 429.

10   Exhibit 429 is Bates number FB-CA-MDL-0236297.       01:53:54

11          It has been identified to us as the

12   "Capability table."

13          I'll share my screen.  I've adjusted --

14   I've only adjusted the columns.  And, again, as

15   with the other spreadsheets we looked at yesterday,  01:54:26

16   this is merely an excerpt of the Capability table.

17          Are you -- is this something you have

18   reviewed before today?

19          MR. SCHWING:  Mr. Melamed, it's not

20   showing up in the Exhibit Share.  I'm not sure if    01:54:43

21   that -- we need to do something to get into the

22   Exhibit Share.

23          MR. MELAMED:  I think there is a new day

24   of -- of -- for the Exhibit Share, and I think that

25   it says day 5.                                       01:54:57

Page 1007

```
 1                MR. SCHWING:  Okay.  I will figure that      01:55:03

 2     out.

 3                MR. MELAMED:  Okay.

 4                MR. SCHWING:  Thank you.

 5         Q.   (By Mr. Melamed)  Mr. Cross, are you able      01:55:05

 6     to see it or at least able to see it on my screen

 7     well enough to be able to testify about it?

 8         A.   I can see it yeah, and I -- I also have

 9     it in Exhibit Share.

10         Q.   Okay.                                          01:55:15

11         A.   By the new date.

12                MR. MELAMED:  Mr. Schwing, would you like

13     me to wait until you're able to pull it up.

14                MR. SCHWING:  I was able to figure it

15     out.  Thank you.                                       01:55:24

16                MR. MELAMED:  Okay.

17         Q.   (By Mr. Melamed)  So I'd like to do the

18     same thing we've done with other -- the other

19     tables that comprise the capabilities tool and talk

20     through what each of these columns indicates.  And,   01:55:35

21     again, I'm not interested specific -- in the

22     specific row other than it is indicative of the

23     values and the type of values that can be entered

24     and reflected in the table.

25                So column A is titled ████  And so if we    01:55:49
```

```
 1    look at row 2 here, the ID is ████           01:55:55

 2            Do you know what that ██████████

 3    references?

 4        A.   My understanding, that ██ references

 5    the -- the ████████████████ as stored in      01:56:06

 6    the capability tool.

 7        Q.   And is there a ██████████ associated with

 8    each individual capability?

 9        A.   My understanding is that the ██████████

10    for each capability.                           01:56:26

11        Q.   So capability, to look at row 353 and

12    skip ahead, do you see that column C is labeled

13    ██████████████

14        A.   I do see that.

15        Q.   And the name reflected in column C is   01:56:43

16    ██████████████████████

17        A.   I see that.

18        Q.   So first, what is

19    ██████████████████████    And I -- to clarify,

20    I don't mean what specific access does that     01:57:01

21    provide.

22            But what type of information is that?

23        A.   That would allow an apps -- an app to

24    access the videos posted by a user's friends.

25        Q.   Okay.  And the information in the       01:57:17
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1          ███████████████ column is ████████████████    01:57:19
 2     ████████████████████████████ is that right?
 3          A.   That's correct.  That is the ████ that
 4     the ██████████████████████████████
 5          Q.   And is it universal that Facebook's      01:57:39
 6     ████████████████████ have underscores where
 7     two words are connected?
 8          A.   Capabilities typically use underscores
 9     instead of spaces.  But there may be some
10     capabilities where you will use a space in English  01:58:03
11     that the person that created the capability chose
12     not to do so.
13          Q.   So going back to the information in
14     column A, these are -- in connection with the
15     information in column C, am I -- do I understand    01:58:25
16     this correctly to say that the capability with
17     ██████████████████████████████
18          A.   That's my understanding, yes.
19          Q.   Going back to column B.  It says ███████
20     And it is a ███████████████████ in row 2.          01:58:47
21          What -- do you understand what the
22     information reflected in column B is?
23          A.   My understanding is that that refers to
24     an ██████████████████████████ in Facebook's
25     ████████████                                        01:59:14
```

Page 1010

```
 1        Q.   Do you understand the reason why there is        01:59:15

 2   a ████████ as reflected in column A and

 3   Facebook -- ███ as reflected in column B?

 4        A.   The capabilities tool uses a ████████

 5   ███████████████████████████████████        ████████

 6   ██ ███████████ as it's relatively common at

 7   Facebook that -- would be able to have a way of

 8   ██████████████ for -- for something from one

 9   database to another.

10        Q.   What database does the capabilities tool        01:59:57

11   use?

12        A.   My understanding is that the capability

13   tool uses the database, a "████████████.

14        Q.   Is the ████ that is reflected in column B

15   uniquely and permanently associated with a single        02:00:22

16   capability.  In other words, let me -- let me

17   rephrase that.  That was poor phrasing.

18            Is the entry in row 2 column B associated

19   with the -- with ██████████████ and capability

20   name ████████████████        02:00:45

21        A.   My understanding is that ████ would

22   uniquely represent that capability in Facebook's

23   █████████

24        Q.   And every time that ██████████ is used

25   in the ████████████████, it is referencing        02:01:08
```

Page 1011

```
 1   that specific capability; is that correct?              02:01:12

 2        A.   That's my understanding of what the ████

 3   represents in this context.

 4        Q.   Going onto column D, which is, header is

 5   ██████████████████████████████                          02:01:27

 6             Do you know the -- what type of

 7   information is reflected in column D?

 8             MR. SCHWING:  Object to form.

 9             THE DEPONENT:  The information in

10   column D would represent ████ that represents a          02:01:49

11   ████████████████████████████████████████

12        Q.   (By Mr. Melamed)  "████ mean -- meaning

13   ██████████████████████████

14        A.   My understanding is ████ in this context

15   is a ██████████████████████                              02:02:14

16        Q.   What type of information would be in

17   ████████████████████████████████ that pertains

18   to a capability as reflected in a row in this

19   table?

20        A.   My understanding is that for some             02:02:38

21   capabilities there is a need to have ████████████

22   ████████████████ which is ████████████████████████

23   ██████████   And if that is the case, then that

24   description would be stored in the ████ system and

25   the ████████████████ containing that description        02:03:02
```

```
 1    would be referenced here.                        02:03:07

 2         Q.   If there is an entry in column D for a

 3    particular capability that references Facebook's

 4    ████████████████████ -- and -- I'm sorry -- an

 5    entry in ███████████████████████ is             02:03:24

 6    it accurate that -- let me withdraw that and

 7    restate it.

 8              Where there is a page within Facebook's

 9    ████████████████████ associated with a

10    capability, as reflected in this table, does that 02:03:45

11    mean necessarily that the page -- within Facebook's

12    ███████████████████████ was communicated to a

13    third party?

14         MR. SCHWING:  Object to form.

15         THE DEPONENT:  I -- I don't think it --    02:04:02

16    that's necessarily the case, no.

17         Q.   (By Mr. Melamed) So you -- your

18    testimony is that sometimes that was the purpose of

19    a page within the ███████████ associated with the

20    capability; is that right?                        02:04:17

21         MR. SCHWING:  Object to form.

22         THE DEPONENT:  My understanding is that

23    for some capabilities there may be a ████████████

██    ███████████████████, and that ██████████ may contain

25    ███████████████████████.  I can't say for        02:04:33
```

Page 1013

1   certain whether or not that means the ███████        ██████

    ███████████████████████████████████.

3        Q.   (By Mr. Melamed)  Can you think of other

4   purposes that Facebook would have a ███████████

    ██████████  associated with an individual              02:04:50

6   capability?

7        A.   I'd be speculating as to -- as to why

8   Facebook might have a ████████████████████

9   I wasn't personally closely involved in the

10  addition of this information.                           02:05:11

11       Q.   If there was a ███████ identified or

12  reflected in column D, would Facebook have the

13  ability to ████████████████████████████

    ████████████████

15       A.   I can't confirm whether or not that would    02:05:39

16  be possible or not, and for -- for a number of

17  reasons, technical reasons as to how systems work.

18  I -- I wouldn't want to confirm that.

19       Q.   Do you use Facebook's content management

20  system?                                                02:05:59

21       A.   I don't on a daily basis use Facebook's

22  content management system.

23       Q.   So if plaintiffs were to identify entries

24  in column D to Facebook and want to know whether

25  the ███████████████████████████ could be              02:06:20

                                            Page 1014

```
 1    produced, who would you ask at Facebook to              02:06:29

 2    determine whether they could be?

 3        A.   Who would I ask?  I'd -- I would ask our

 4    legal team first of all, if it -- if it's relying

 5    on -- if you're asking questions about whether or       02:06:49

 6    not something can be produced.  I assume they would

 7    be able to speak to the -- the engineers or data

 8    scientists who would be able to advise on that

 9    matter.

10        Q.   If you were using a capabilities tool          02:07:09

11    internally and wanted to review the ███████

12    reflected in column D, how would you go about

13    reviewing that ████████   What steps would you

14    take?

15             MR. SCHWING:  Object to form.                  02:07:25

16             THE DEPONENT:  If the █████ was visible

17    in the capability tool, my first attempt would be

18    to access the ████ and attempt to s███████████

███   ████████████████████

20        Q.   (By Mr. Melamed)  We've gone back and          02:08:01

21    forth about this tool for a long time, and

22    sometimes I think both of us have referred to it in

23    the plural and sometimes in the singular, the

24    capabilities tool and the capability tool.

25             Is one of those correct?                       02:08:12
```

Page 1015

1      A.   My understanding is those terms are --          02:08:21

2   are used interchangeably.

3      Q.   Moving onto column E the header is

4   ████████████████

5        What does that mean?                              02:08:35

6      A.   So inside Facebook code is generally

7   ████████████████████████████████████

8   called ████████   And so ██████ represents a ████

9   ████████████ and my understanding is that this

10  would be the ████████████████████████            02:09:02

11  ████████ for this capability.

12     Q.   Do you know approximately how many ██████

13  ████████████████ that could be -- ████████

14  ████████████████████████ in the

15  capability used tool?                              02:09:28

16        MR. SCHWING:  Object to form.

17        THE DEPONENT:  There's ██████████████

18  ████████████████████████████████

19  ██████ at -- at Facebook.  I -- I don't know how

20  many of them are represented in the capability     02:09:43

21  tool.

22     Q.   (By Mr. Melamed)  So this cell that I

23  currently highlighted, which is row 2 column E, and

24  it's a ██████████████ that identifies an

25  ████████████████████                              02:10:01

                                        Page 1016

```
 1        A.   My understanding is that identifies an        02:10:05

 2   ███████████████████████████.

 3        Q.   What is an ████████████████████"?

 4        A.   An ███████████████████ represents

 5   a ████████████████████████████ for that            02:10:25

 6   ████████   And -- and one of them would be ███████ at

 7   any given time.

 8        Q.   So that number represents a ██████████

 9   ████████ one of whom is always available to -- to do

10   what?                                               02:10:49

11        A.   ████████████████████████████████

12   perform a number of activities and you said that

13   someone is always available.  I -- I can't confirm

14   whether or not for every ███████ there is ██████████

15   ██████████████████                                  02:11:15

16        Q.   It's similar to an ████████████ that

17   there's somebody available from this team to

18   ██████████████████████ with this capability?

19             MR. SCHWING:  Object to form.

20             THE DEPONENT:  My understanding of the     02:11:34

21   purpose of this is that this identifies a -- a

22   ████████████████████who would be the ███████████

23   ███████ in understanding the -- ████████████████████

24   with the capability and how to resolve it.

25        Q.   (By Mr. Melamed)  Column F has the header  02:11:56
```

Page 1017

HIGHLY CONFIDENTIAL

1     ████████████████████ and in row 2 it's a ██████████████     ███████

2     ██████

3          Do you know what the ████████████████

4     indicates in the Capability table?

5          A.   My understanding is that this represents     02:12:20

6     a -- ██████████████████████████ and what it is

7     ████████████ and in some cases ███████████████

8     ████████████████████████

9          Q.   Do you know who is responsible for

10    entering the ██████████ for a particular     02:12:38

11    capability?

12         A.   Typically the engineer who creates the

13    capability is first responsible for ████████████

14    ██████████ for the capability.

15         Q.   Do you know if the identity of the     02:13:00

16    engineer who creates each capability in the

17    Capability table is reflected in the Capability

18    table?

19         A.   My understanding is that the ██████████

20    ██████ represents the -- the -- ████████████████ of     02:13:17

21    the ██████████████████████████

22         Q.   All right.

23              So skipping ahead here, a few columns

24    that the ██████████████ is column J, correct?

25         A.   That's correct.     02:13:33

Page 1018

HIGHLY CONFIDENTIAL

```
 1        Q.   So the person ████████████ capability        02:13:33

 2   in row 2 is the person who -- with the Facebook

 3   ████████████████████ is that right?

 4        A.   That's my understanding.  And that

 5   references the ████████████████████ the           02:13:50

 6   capability in the tool.  It's possible that the

 7   ████████████████████████████ may

 8   be a different person.

 9        Q.   And is it your understanding, that the

10   ████████████████████████ into the tool is           02:14:06

11   the ████████████████████ in

12   column F?

13        A.   It's likely that the person that ████████

██   ████████████ in the tool ████████████

██   ████████████████████. But the ████████████        02:14:24

16   likely changed over time as ████████████ in the

17   tool.

18        Q.   Are those -- are the identity -- let me

19   withdraw that.

20             Is the identity of any individual who      02:14:40

21   ████████████████████ captured in the tool?

22        A.   My understanding is that ████████████

██   ████████████ is one of the entries captured in the

24   Log table.

25        Q.   So to determine whether the ████████████    02:15:01
```

Page 1019

1    ███████████████████ when you would cross reference    02:15:04

2    the information in Exhibit 429 with the Log table,

3    which is one of the exhibits we looked at

4    yesterday; is that right?

5         A.   My understanding is that the Log table    02:15:19

6    would indicate when a ███████████████

7    ███████████████████████ for a specific

8    capability.

9         Q.   Column G the header is

10   █████████████████                                     02:15:33

11            What information is reflected in that

12   column?  What does ████████ -- let me withdraw that

13   and state it again.

14            What does ██████████████████

15        A.   At a high level, an ████████ is           02:15:49

16   █████████████████████████████████████

17   And by ████████ I understand that to mean that

18   the -- the capability ████████████████████

19   ████████████████

20        Q.   And if you look at row 2 in column G      02:16:14

21   under "████████████████████████

22            Do you know why -- what it means if an

23   ████████████████ in row G -- I'm sorry, column G?

24        A.   Could mean a number of things.  I'm not

25   entirely sure how that column is -- is populated    02:16:41

                                                      Page 1020

HIGHLY CONFIDENTIAL

```
 1    and how it would be filled.                          02:16:45

 2         Q.   Who would you ask if you wanted to know

 3    more about how column G ███████████████ is

 4    ████████████

 5         A.   I would speak to Mr. Molaro in the first   02:17:08

 6    instance.

 7         Q.   Column H has a header

 8    ████████████████

 9              Do you know what that means?

10         A.   My understanding is that that refers to    02:17:26

11    what would be a ██████████████ of the

12    ███████████████████████ to be -- ██████

▮     ████████████████ to it.  Although my

14    understanding is that information is not

15    universally captured in this tool.                   02:17:47

16         Q.   When that information is captured in this

17    tool, do you know who is responsible for entering

18    it?

19         A.   I'm not sure who's responsible for -- for

20    entering it.                                          02:18:05

21         Q.   Do you know why this ██████████████

22    information is not always entered in the Capability

23    table?

24         A.   Sorry, can you ask the question again.

25         Q.   Sure.                                      02:18:30
```

```
 1              So you said -- my understanding is you        02:18:32

 2    said that information about the ███████████

 3    is not always reflected in the capability tool; is

 4    that right?

 5         A.   The fact that this entry is ████ suggests    02:18:43

 6    that ██████████████ for this capability is -- is

 7    not captured here.

 8         Q.   Do you know why ████████████ is not

 9    always captured in the capability tool?

10         A.   I don't know why the █████████████            02:19:00

11    is -- is always not -- is not always captured in

12    this tool, there's -- there's likely a bunch of

13    reasons why.

14         Q.   Column I is ███████████████

15              What does that mean?                           02:19:21

16         A.   My understanding is that that refers to

17    an assessment of whether or not the capability

18    █████████████ as █████████████████████████

19    as ███████████████████████ that's my

20    understanding.                                           02:19:45

21         Q.   Do you know which ████████████ you're --

22    you're referencing?

23         A.   I don't know which ███████████ that refers

24    to.

25         Q.   Do you know who makes the determination        02:19:56
```

Page 1022

1   whether or not the █████████████████████████     ███████

█   ██████████████████████████

3       A.   My understanding is that's done by a

4   group of people that's part of the ████████████

5       Q.   Do you know when the ████████████         02:20:18

6   started?

7       A.   My understanding is the ████████████

8   began in February 2019.

9       Q.   Do you know the members of -- let me

10  withdraw that and restate.                          02:20:37

11          Do you know who is part of the ████████

█   █████████ at Facebook?

13      A.   I don't know the names of the people

14  directly involved in the ████████████

15      Q.   Do you know the names of any of the        02:20:48

16  people involved in the ██████████████

17      A.   As I sit here today I'm -- I'm not sure

18  of the names of the people involved in the ███████

█   ████████

20      Q.   And I don't mean to keep making you go     02:21:01

21  back over the same question.  I'm just going to ask

22  it slightly -- slightly differently.

23          Do you know anyone who has ever been

24  involved in the █████████████?

25      A.   I know that the ██████████ -- no,          02:21:21

```
 1    I'm -- I'm not aware as I sit here today of -- of        02:21:24

 2    specific names of people who I can confirm were

 3    involved in the ███████████.  It's likely that

 4    people were involved in different ways.  But I -- I

 5    wouldn't want to give information I'm not confident     02:21:35

 6    about.

 7        Q.   Do you know if there's a particular team

 8    within the ██████████ who is responsible for

 9    determining whether the capability ██████████

10    as that term is used in column I?                       02:21:51

11        A.   My understanding is that the, there --

12    there is a process as part of the ████████, that

13    determines whether or not a capability █████████

14    ██████

15        Q.   Do you know anything about that process?      02:22:07

16            MR. SCHWING:  Object to form.

17            THE DEPONENT:  My understanding is that

18    that ██████████████████████████████ that

19    would be █████████████ of this capability

20    being applied and -- and assess whether or not that    02:22:29

21    ████████████████████████████████

22    ██████

23        Q.   (By Mr. Melamed)  Do you know if there's

24    any documentation of -- of the process evolves when

25    the ██████████ determines whether a given           02:22:47
```

Page 1024

```
 1   capability████████████████████              02:22:57

 2        A.   I imagine that some documentation exists

 3   about the ████████████████████, but I do

 4   not -- would not know the specifics, I'm afraid.

 5        Q.   If you wanted to know more about the     02:23:19

 6   ████████████ as it pertains to column I in the

 7   capability tool, who would you ask?

 8        A.   I would ask Mr. Molaro in the first

 9   instance.

10        Q.   Column J has the header █████████" and  02:23:37

11   we talked about that.  That is the person who

12   ████████████████████into the capability tool,

13   correct?

14        A.   No, not necessarily.  My understanding is

15   the ████████████████████████████ the         02:23:55

16   capability in the capability tool.

17        Q.   Thanks for clarification.

18             Can you just describe what you mean by

19   ████████████████ the capability in the

20   capability tool"?                                  02:24:14

21        A.   My understanding is that there's a way

22   for a Facebook employee to go to the capability

23   tool and -- and ████████ capability in the

24   tool.

25        Q.   And when a Facebook employee goes to the 02:24:32
```

Page 1025



```
 1    capability tool and ███████████████ tool      02:24:34

 2    that █████████████ is recorded in column J

 3    for -- for the capability that that person ███████

 █    ███████████ about?

 5        A.   My understanding is that column J      02:24:47

 6    represents the -- ███████████████████████████

 █    ████████████████████████████ in the capabilities

 8    tool.

 9        Q.   Okay.  And column K is -- has the header

10    ███████████████                                02:25:01

11         Can you explain what that means?

12        A.   My understanding is that ██████████████

13    refers to whether or not the capability ██████████

 █    ██████████   If the capability ███████████████████

15    then it's ██████████████████████████   ████████    02:25:35

 █    ████████████████ in any way.

17        Q.   Just a couple follow-up questions on

18    that.  First, what -- if you look at row 2,

19    column K, the entry is ████████ in the ████

 █    ██████████ column.                             02:25:51

21         Do you know what ████████" means in this

22    context?

23        A.   ████████ would mean that the capability

24    █████████████████ in the capability tool.

25        Q.   What does it mean for a capability ████████  02:26:05
```

Page 1026

HIGHLY CONFIDENTIAL

1    ███████████    in the capability tool?                    02:26:09

2         A.   My understanding is that if a capability

3    ████████████    in the capability tool, then no

4    checks -- that that capability ██████████████

█    ██████████████████    on Facebook developer platform.      02:26:29

6         Q.   Is the use of the term -- let me withdraw

7    that.

8              Does it mean something different here in

9    column K to note that a capability ████████████

10   than it does, for instance, when Facebook            02:26:49

11   ██████████████████████████████████████

█    ██████████

13             MR. SCHWING:  Object to form.

14             THE DEPONENT:  This field refers

15   specifically to the -- the behavior of the           02:27:13

16   capability in the capability tool and how that

17   capability is applied to apps.

18        Q.   (By Mr. Melamed)  Let me try and restate

19   my question.  I'm not trying to ask something

20   tricky.                                              02:27:30

21             In other contexts, I think we've

22   discussed Facebook has ████████████████████

█    ███████that apps are immediate -- that ████████████

█    ████████████████████████████

25             Do you understand what I'm saying?  And I  02:27:55

1    don't know that I'm making -- I'm stating this very      02:27:57

2    clearly.  But do you have a general

3    understanding -- an understanding of what I'm

4    getting at?

5              MR. SCHWING:  Object to form.                  02:28:05

6              THE DEPONENT:  In this context and in

7    this tool ███████████ refers to whether or not

8    any app, that this capability ████████████

      ██████████████████████████████████

      ██████████                                             02:28:28

11             So "██████████ in this context means

12   something very specific and concrete.

13        Q.   (By Mr. Melamed)  And is the meaning of

14   ███████████ in this tool different than the

15   ████████████████████████████████████   ███████

     ████████████████████████████████████

17             MR. SCHWING:  Object to form.

18             THE DEPONENT:  First, ███████████ is used

19   in -- in a number of different ways in a number of

20   different contexts.  In this context it -- it means   02:29:01

21   something very specific.  Which means that if a

22   capability is marked as ███████████ in the

23   capability tool then this capability ████████████

     ████████████                                           

25        Q.   (By Mr. Melamed)  In -- and just to be       02:29:15

                                                Page 1028

HIGHLY CONFIDENTIAL

```
1    more concrete.                                        02:29:17

2            Are you aware that in 2014 Facebook

3    announced it would deprecate friends permissions

4    APIs?

5       A.   I'm aware that Facebook said it was going     02:29:33

6    to make friend permissions unavailable to most of

7    third-party developers.

8       Q.   Okay.  Did you hear the word -- did you

9    understand that Facebook used the term

10   "deprecation" when it -- or deprecate when it made    02:29:48

11   that announcement?

12           MR. SCHWING:  Object to form.

13           THE DEPONENT:  I'm aware of the term

14   "deprecated" being used in -- in that context.

15       Q.  (By Mr. Melamed)  Okay.  And that the         02:29:59

16   announcement was that friends permissions would be

17   deprecated for apps then using Graph 1.0 by

18   April 30th, 2015.

19           Do you understand that?

20           MR. SCHWING:  Object to form.               02:30:22

21           THE DEPONENT:  There's a number of

22   different ways that the changes that were announced

23   were -- were explained to developers.  And, again,

24   deprecated -- the word "deprecated" can be used

25   in -- can mean different things in different          02:30:36
```

```
1    contexts.  Again, in this context it means          02:30:39

2    something very specific.

3        Q.  (By Mr. Melamed)  So in the context of

4    this tool, if ██████████ -- let me withdraw

5    that and ask a different question.               02:30:51

6            Row 2 says -- it indicates ████  for ████

7    ██████████

8            Do you know what would be entered if any

9    capability had, in fact, been ████████ in this

10   tool?                                            02:31:05

11       A.  My understanding is that if the

12   capability is considered ████████ in the

13   capability tool, then the "████████████ column

14   ████████████

15       Q.  If the "████████████ column indicated    02:31:18

16   ██████ is it accurate to say that that capability

17   ████████████████████████████████████

18       A.  Yes, that's -- that's my understanding.

19   And as I -- I think I represented earlier, my

20   understanding is that in this context the        02:31:40

21   capability tool if -- a capability is marked as

22   ████████  in the capability tool, then the

23   capability ████████████████████████████████

24       Q.  Do you know whether there are any entries

25   that are possible for column K other than ████  and  02:31:56
```

Page 1030

HIGHLY CONFIDENTIAL

```
 1   ██████████                                      02:32:00

 2        A.   My understanding is that that column is

 3   a -- is a ████████████

 4        Q.   A ████████████████████████████████

     ██   ██████████                                  02:32:11

 6        A.   My understanding is that ████████████████

 7   ██████   It's -- it's possible that there were ████

     ██   ████████████████████  But my understanding is it's

 9   probably ████████████████

10        Q.   You do not know as you sit here today   02:32:26

11   whether there are any █████ values for column K in

12   the capability tool; is that right?

13        A.   I didn't -- in preparation for today's

14   testimony, I didn't review every row of that -- of

15   that table of that column.  And my understanding is   02:32:40

16   that it -- it would most -- most likely be ████████

17   ██████  But I can't confirm that there were ██████████

18   ████████  it's possible.

19        Q.   Can you think of a scenario -- let me

20   withdraw that.                                    02:33:03

21        Can you think of a reason there may be a

22   ██████████  in this column, or is this just

23   something where you're trying to create the

24   possibility of -- just explain the possibility that

25   you don't know everything about this tool?        02:33:14
```

Page 1031

```
 1              MR. SCHWING:  Object to form.                02:33:17

 2              THE DEPONENT:  I -- I -- I reviewed as

 3    much as I can in preparation for this, and my

 4    understanding is that -- is deprecated is a Boolean

 5    value.  As I say most rows would have a ███████      ███████

 6    ███████   Just -- referring to the fact that -- that

 7    I haven't reviewed every single row and therefore,

 8    again, it's possible.  My -- my understanding is

 9    it's -- it's likely that that column is a true or a

10    false.                                               02:33:51

11        Q.   (By Mr. Melamed)  Thanks for the

12    clarification.

13              I'm going to scroll over a few columns so

14    we can see more of the context.  So column L is

15    █████████████                                        02:34:03

16              What does that mean?

17        A.   ████████████  refers to a -- a ██████████

18    ██████████████████████████  that had the

19    ███████████████████████████████it

20    was granted to.                                      02:34:31

21        Q.   So --

22        A.   I'm sorry.  Go.

23        Q.   No.  Please, please, I didn't mean to cut

24    you off.

25        A.   Well, that's what ████████████ means.       02:34:49
```

Page 1032

```
 1        Q.    So column L indicates ███████████      ████
          ███████████████████████████████████  in

 3   that row?

 4        A.    So it's a little bit complicated here.

 5   The -- my understanding is the ██████████ refers        02:35:19

 6   to an ████████ in the capabilities tool.  But

 7   with the advent of the ██████████████, my

 8   understanding is the ████████████████ have to be

 9   approved by the ████████████.  And if this is

10   valid, a tool it's only relevant to first-party       02:35:43

11   apps.  And, you know, one of the things we're going

12   to get to as we work through this table is that,

13   these columns -- some of these columns refer to how

14   the capability tool operated in -- in the past.

15             Which is different to how it operates        02:36:03

16   today after the advent of the ████████████

17        Q.    Is the information in column L -- let me

18   withdraw that.

19             If there is an entry in column L, does it

20   pertain only to first-party apps?                      02:36:16

21        A.    My understanding is today the ████████████

22   functionality only applies to first-party apps.

23        Q.    Was there a time in the past when the

24   ████████████ functionality applied beyond

25   first-party apps?                                      02:36:40
```

Page 1033

```
1        A.   My understanding is that in the -- in the          02:36:47

2   past, sometime before the advent of the ████████

3   ████████  that the -- the ████████  was --

4   represented ████████████████████████████████

    ████████████████████████████████████████                    02:37:03

6        Q.   Do you know when -- what -- let me

7   withdraw that.

8             At what point in time could the ████████

    ████████  entries pertain to apps beyond first-party

10  apps?                                                        02:37:37

11       A.   I know that -- that was the case in --

12  from the gestation of the capabilities tool, but

13  I -- I don't know when the approval system changed.

14       Q.   Do you know if the Capability table that

15  we're looking at presently indicates when a                  02:38:06

16  capability first became available?

17       A.   Can you help me understand what you mean

18  by "first became available."

19       Q.   Yes.

20            When -- do you know whether the                    02:38:21

21  Capability table indicates for each capa- -- for

22  each row, when that capability could first be used

23  by an app?

24       A.   ████████████████████████  information

25  is -- is contained in this -- in this table for             02:38:37
```

                                                    Page 1034

HIGHLY CONFIDENTIAL

```
 1    capability to be first used by an app. ███████        ███████
 █         ███████████████, which I understand is captured
 3    by this table, but there would be other things that
 4    would determine whether or not an app could use the
 5    capability, for example, whether or not the code       02:39:00
 6    gating that capability was on the production
 7    servers.
 8         Q.   Do you know whether that information is
 9    captured in the capabilities tool, if not in this
10    table somewhere else in the capabilities tool?         02:39:17
11         A.   My understanding is that -- ███████████
 █    ██████████████████████████████████████████
 █    ███████ in the -- in the capability tool.
14         Q.   Do you know if that level of detail is
15    captured elsewhere at Facebook?                        02:39:31
16         A.   I'm -- I'm not an expert in Facebook's
17    engineering -- engineering systems.  And so I'm --
18    I'm not able to give an -- an answer as to exactly
19    how that would be achieved.
20         Q.   If you wanted to find that level of          02:39:51
21    detail out, who would you ask?
22              MR. SCHWING:  Object to form.
23              THE DEPONENT:  I would speak to an
24    engineer on the -- on the platform team.
25         Q.   (By Mr. Melamed)  Is there anybody you       02:40:06
```

Page 1035

HIGHLY CONFIDENTIAL

```
 1    would presently go to who is an engineer on the        02:40:09

 2    platform team if you wanted to find that

 3    information out?

 4         A.   I would go to Mr. -- Mr. Elia in the

 5    first instance.                                         02:40:23

 6         Q.   Column M has the header

 7    ███████████████████████

 8         What does that mean?

 9         A.   My understanding is that -- that means

10    whether or not somebody, either one of the people       02:40:40

11    in the████████████████████████████████ is

12    required before the capability ███████████████

13    application.

14         Q.   And what does the entry "████ as

15    reflected in row 2 column M indicate?                   02:41:04

16         A.   My understanding is that that would mean

17    that ████████████████████████████████ to

18    an app, it ███████████████████████████

      ██    ██████████████████

20         Q.   And what other values -- are you aware of     02:41:26

21    the other values that could be entered in column M?

22         A.   My understanding is that that's either a

23    ██████████████

24         Q.   And so if ████████ entered, it would

25    mean that that capability ██████████████████████        02:41:43
```

Page 1036

HIGHLY CONFIDENTIAL

```
 1   ██████████████████████████ before the        02:41:48

 2   capability ████████████ to an application; is

 3   that right?

 4       A.   I'm not entirely sure of the specific

 5   behavior that the tool would have exhibited in the   02:42:08

 6   case that that field is ████████

 7       Q.   So let me ask that a slightly different

 8   way.

 9            If ██████ is indicated in column M, do you

10   know what that means?                           02:42:25

11       A.   I'm not entirely confident in -- in

12   exactly what would remain if there was a ██████ in

13   column M.

14       Q.   Do you have any understanding of what it

15   would mean if there was a ██████ in column M?   02:42:37

16       A.   Not -- not beyond interpretation and

17   speculation.  I -- yeah, I'm not entirely sure of

18   the precise behavior of the tool and -- and the

19   systems in the case that that is ████████

20       Q.   Column N, notes                         02:42:56

21   ████████████████████████████

22            And what does that mean?

23       A.   My understanding is that that refers to

24   whether or not first-party apps ████████████████ to

25   be ████████████████████                          02:43:14

                                              Page 1037
```

HIGHLY CONFIDENTIAL

1    Q.   The column N contains ████████████        02:43:18

2    ████████████████████████████

3    A.   My understanding is that that refers to

4    apps which are ████████████████   as per

5    Facebook's definition.                         02:43:36

6    Q.   What is Facebook's definition of a

7    ████████████████

8    A.   At a high level ████████████████

█    ████████████████████████████████████

10   That's my high-level understanding.  It's -- it's   02:43:51

11   likely that there is a more precise definition, but

12   I -- I can't relay that detail to you today.

13   At a high level ████████████████████

█    ████████████████, is my understanding.

15   Q.   Column O has the header             02:44:14

16   ████████████████

17   What does that mean?

18   A.   My understanding is that this refers to

19   whether or not a capability is ████████████

█    ████████████████████████              02:44:34

21   Q.   And "████" in row 2 indicates that the

22   capability in row 2 is ████████████████

█    ████████████████ is that correct?

24   A.   My understanding is that's -- that's what

25   this -- this column means.  Although, it's possible   02:44:57

Page 1038

HIGHLY CONFIDENTIAL

```
1    that this -- that the way APIs are managed --      02:45:03

2    capabilities are managed today, means that the

3    decisions about which apps the API can -- the

4    capability can be ███████████████████████

5    ██████                                              02:45:20

6         Q.   And if they are handled by ██████ does

7    that mean information may not be entered in

8    column O?

9         A.   I'm not entirely sure, I'm afraid,

10   whether or not what -- what that means.  I -- I    02:45:39

11   can't be confident in -- what's in column O.

12        Q.   Column P is ██████████████████

13             Do you know what that means?

14        A.   My understanding is that -- this refers

15   to ███████████████████████████████ And            02:46:04

16   ████ would mean that this capability is ████

17   ███████████████████████████

18        Q.   What would ████ indicate?

19        A.   My understanding is that would mean the

20   capability is responsible to ██████████      ████████

21   ███    ██████████████

22        Q.   And what are ████████████████

23        A.   ██████████████████ are apps which -- or

24   well, I'm not entirely sure of their precise

25   definitions.  I wouldn't want to -- wouldn't want  02:46:46
```

Page 1039

HIGHLY CONFIDENTIAL

```
 1    to speculate.                                    02:46:48

 2         Q.   What's your understanding of what

 3    ████████████████ means?

 4              MR. SCHWING:  Object to form.

 5              THE DEPONENT:  Again, like I'm -- I'm   02:47:02

 6    not -- not confident in this understanding that

 7    that's important.  But my high-level understanding

 8    is it refers to ██████████████████████

 9    apps, and are not ████████████████████████

 █    ██████████████████                               02:47:20

11         Q.   (By Mr. Melamed)  Can you give an example

12    of an app that is ████████████████████  nor

13    ██████████████████████████████

14         A.   Again, as I want to caveat my -- my

15    testimony here, one example I think of as a       02:47:37

16    second -- is ████████████████████████

17         Q.   Why is it that you understand██████████

 █    ██████████████████████                           

19         A.   I -- I don't understand the details of

20    how ████████████████████████  and what goes      02:48:02

21    into that determination, so I don't think it would

22    be appropriate for me to speculate beyond whatever

23    we said.

24         Q.   Look in -- let me withdraw that and

25    restate it.                                       02:48:18
```

Veritext Legal Solutions
866 299-5127

```
 1                Who should we ask to determine whether --        02:48:21
 2       what is meant by ███████████████
 3                MR. SCHWING:  Object to form.
 4          Q.   (By Mr. Melamed)  Let me restate that.
 5                Who would you ask if you wanted a              02:48:34
 6       definition of what constitutes a ███████████████
 7          A.   The -- I would speak to Mr. Molaro in the
 8       first instance.
 9          Q.   And your understanding of column P is
10       that there are three possible entries; is that         02:49:00
11       accurate?
12          A.   My understanding is that there were
13       three -- three possible entries.  It's -- so it's
14       my previous testimony it's possible that there are
15       null values here as a -- as a fourth type, but         02:49:17
16       broadly,████████████████████ is -- is my
17       understanding of what this means.
18          Q.   You -- you talked about ████████████████
19       already.  For ██████ is it your understanding that
20       that would mean that ████████████████     ████████████
         ██    ████████████████████████████ could access
22       this capability?
23          A.   My understanding is that if this column
24       contained value ██████ then the capability could
25       theoretically be granted -- ████████████████         02:49:47
```

Page 1041

HIGHLY CONFIDENTIAL

```
 1   ██████████████████████████                    02:49:51

 2          It's important to know that this tool is

 3   not just used to managing ████████████████.

 4   A lot of Facebook's internal apps and apps that

 5   Facebook builds and makes available are also      02:50:06

 6   managed by this tool.

 7          Q.   Are all apps on Facebook either ████████

 █   ██████████████████████████

 9          A.   My understanding is that the -- the

10   definition of -- of ████████████████████           02:50:37

11   would allow any app to be categorized as first,

 █   ██████████████████████

13          Q.   For example, there is no fourth -- no

14   such thing as a fourth-party app on Facebook.

15          A.   I'm not aware of -- of the concept of a   02:50:51

16   fourth-party app.

17          Q.   Column Q, it says "a███████████████

18          What does that mean?

19          A.   My understanding that -- is that that

20   means whether or not the -- the capability has been  02:51:10

21   ████████████████████████         Although, it's

22   also my understanding that a █████ value there

23   doesn't mean it hasn't ████████████████████████

24   ██████

25          Q.   What is your understanding of what a     02:51:30
```

Page 1042



```
1       ███  value in column Q indicates?                02:51:34

2            A.   I'm not sure precisely what -- what ███

3       means in this context.

4            Q.   What other values could be entered in --

5       in column Q?                                     02:51:48

6            A.   So my understanding it's -- it's a

7       ████████████████████████████████

8            Q.   And ███ would mean that it had been

9       ████████████████

10           A.   My understanding is that this           02:52:06

11      capability -- that would mean that the capability

12      ████████████████████

13           Q.   And when you said that your

14      "understanding of ███ means that the capability

15      ████████████████████████  does that mean that     02:52:23

16      ████████████████  the capability?

17           A.   My understanding is that that means that

18      ████████████████████████  the capability in some

19      way.

20           Q.   If ████████████████  a capability and    02:52:50

21      determined that it should not be used, would ███

22      appear in column Q?

23           A.   I'm not sure exactly how ████████████

24      ████████████████████████████████  in this

25      specific table.                                  02:53:17
```

Page 1043

```
 1      Q.   Are the decisions that ████ makes        02:53:27

 2   pertaining to capabilities logged elsewhere at

 3   Facebook?

 4           MR. SCHWING:  Object to form.  Outside

 5   the scope.                                        02:53:43

 6           THE DEPONENT:  My understanding is that

 7   the ████████████████████████████████ to

 8   track ██████████████████.

 9      Q.   (By Mr. Melamed)  Have you ever heard of

10   the Launch Manager tool referred to as the lama   02:54:03

11   (phonetic)?

12      A.   My understanding is that tickets within

13   the cap- -- the Launch Manager tool are often

14   referred to as "lamas."

15      Q.   What do you mean by "tickets within the   02:54:29

16   Launch Manager tool"?

17      A.   So the Launch Manager tool manages

18   ████████████████████████████████, and is

19   also used by ██████.  And a lama represents a

20   ████████████████████████████ by those           02:54:58

21   processes.

22      Q.   Column R it has the header ████████

23   and what does that mean?

24      A.   My understanding is that that's the --

25   the ██████████████████████████ in the            02:55:24
```

Page 1044

HIGHLY CONFIDENTIAL

1    capability tool.                                          02:55:28

2        Q.   So for the capability in row 2, it was

3    ████████    in the capability tool on ██████████████

4    at ████████████████████ is that right?

5        A.   That's my understanding of what the -- of      02:55:44

6    what that column means.

7        Q.   Column S is -- has the header

8    ████████████████████████

9             What does that mean?

10       A.   This refers to a ████████████████████          02:56:01

11   that existed before ████████████████████ , and

12   this will refer to some kind of state within that

13   process.

14       Q.   Do you know what is meant by the ██████

15   in row 2 for ████████████████████                        02:56:35

16       A.   I do not know what's meant by -- by the

17   ████████████

18       Q.   Do you know what other types of entries

19   are reflected in column S for capabilities that

20   were created in the capability tool before ████████      02:56:55

21       A.   I'm not aware of the ████████████████

22   ████████████    that -- that existed.

23       Q.   Do you know who was involved in the

24   review noted in -- in column S before ████████

25       A.   I do not know who was involved in the          02:57:32

Page 1045

```
 1      ██████████████████  that existed prior to -- to        02:57:36

 2      ████████

 3          Q.   Who would you ask to determine who was

 4      involved in that process prior to ███████?

 5          A.   I would attempt to contact someone called    02:57:53

 6      Shirine, if she is indeed still at the company.

 7          Q.   Is Shirine's last name Sajjadi?

 8          A.   Yes, I'm referring to Shirine Sajjadi.

 9              THE DEPONENT:  Mr. Melamed, would now be

10      a good time to take a break?  We've been going for     02:58:21

11      an hour and a half.  I could -- I could do with a

12      break, a quick break.

13              MR. MELAMED:  Let's go off the record.

14              THE VIDEOGRAPHER:  Okay.  We're off the

15      record.  It's 2:58 p.m.                                02:58:30

16              (Recess taken.)

17              THE VIDEOGRAPHER:  We're back on the

18      record.  It's 3:33 p.m.

19          Q.   (By Mr. Melamed)  When we took a -- right

20      before we took a break we were talking about           03:33:22

21      column S in Exhibit 429, the ████████████████

22      column, correct?

23          A.   I think that's what we were talking --

24      talking to before the break, yes.

25          Q.   And just to confirm, do you have any          03:33:36
```

Page 1046

```
 1    understanding of any of the values that could be          03:33:38

 2    entered in column S?

 3        A.   I know that the -- the entries are

 4    ████████████, and -- yeah, I know these are

 5    ████████████, but I'm not confident in precisely         03:33:59

 6    what they -- what they mean.

 7        Q.   Do you have any understanding of what the

 8    ████████████ mean?

 9        A.   I understand that there are -- they refer

10    to some ████████████████████████ that                    03:34:16

11    existed prior to ████████.

12        Q.   Do you have any understanding --

13    understanding beyond that of what the ████████

▌     ████████ in column S indicate?

15        A.   That's my -- my understanding of what           03:34:34

16    they -- what they refer to.

17        Q.   Do you know how many ████████████████ are

18    available in the ████████████████, column?

19        A.   Not off the top of my head, I'm afraid.

20    I can access that with a full document, but not off      03:34:49

21    the top of my head.

22        Q.   Just to be clear, do you have any meaning

23    of what the numeric ████████ indicates in row 2,

24    column S?

25        A.   I can't be sure what -- what a value of █       03:35:13
```

Page 1047

```
 1    in column S indicates.                          03:35:15

 2         Q.   And just to be clear, I'm not asking for

 3    sure; I'm just asking do you have any understanding

 4    of what ▮ indicates in that -- in that field?

 5         A.   No, I'm not confident in what ▮ indicates  03:35:27

 6    in that field.

 7         Q.   Go to column T.  And the header in

 8    column T is ▮▮▮▮▮▮▮▮▮▮▮

 9              What does that mean?

10         A.   My understanding is that refers to the   03:35:48

11    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12    this capability as part of a ▮▮▮▮▮▮▮▮▮▮

13    that existed prior to ▮▮▮▮▮

14         Q.   And so the ▮▮▮▮▮▮▮ in column T is

15    the ▮▮▮▮▮ of that individual who ▮▮▮▮▮        ▮▮▮

▮     ▮▮▮▮▮▮▮

17         A.   That's my understanding, yes.

18         Q.   Column U has the header

19    ▮▮▮▮▮▮▮▮▮▮"

20              What does that mean?                   03:36:27

21         A.   My understanding is that refers to the --

22    to the UNIX time when the outcome of the prior to

23    ▮▮▮▮▮▮▮▮▮▮ process was conducted.

24         Q.   Did you say "UNIX time," U-N-I-X?

25         A.   Correct.  UNIX time.                   03:36:48
```

Page 1048

1      Q.    Can you describe what UNIX time is?          03:36:51

2      A.    UNIX time is the number of seconds since

3   the UNIX Epoch, which is considered to be the first

4   of January 1970.

5      Q.    So the value in row 2, column U reflects     03:37:07

6   the number of seconds since January -- indicates

7   the -- let me try and do this right.

8          The value entered in the cell in row 2,

9   column U is the number of seconds that had elapsed

10  since January 1, 1970.  And that -- so that -- and    03:37:33

11  that is the time at which the ███████████████

12  ████████  is that right?

13     A.    That's my understanding, yes.  It's a

14  date time in what's commonly known as -- as UNIX

15  time format.                                          03:37:56

16     Q.    Column V header is

17  ██████████████████████████

18          What does that mean?

19     A.    My understanding is that -- again, this

20  is a UNIX time.  UNIX time stamp, and refers to       03:38:16

21  when this capability was ████████████████████

██     ███████████████  that existed prior to ████████

23     Q.    And so the -- the temporal flow of those

24  two columns is the first, the capability would be

25  ████████████████████  as reflected in column V,       03:38:42

HIGHLY CONFIDENTIAL

```
 1    and then the ████████████████ as reflected        03:38:46

 2    in column U; is that correct?

 3         A.   That's my understanding of how the

 4    process works at a high level.

 5         Q.   Column W has "████████████."            03:39:03

 6              Do you understand what that means?

 7         A.   My understanding is, at a high level,

 8    that refers to the -- the ████████ this

 9    capability ██████████████████

10         Q.   Do you know who was responsible for     03:39:34

11    entering the content in column W for a given

12    capability?

13         A.   There were likely a number of people

14    involved in -- in this ██████████████ that

15    existed prior to -- to ████████ the information   03:39:56

16    could have been entered by a number of people.

17         Q.   Do you know any of the people who could

18    have entered this in -- or who are within those --

19    that set of people you identified as could -- could

20    have possibly have been involved?                 03:40:11

21         A.   So this -- this is a -- my understanding

22    is that this refers to a ████████████████

23    that existed prior to ████████.  I'm not -- you

24    know, I'm not confident in the names of the people

25    who would have been involved back in -- when this  03:40:43
```

```
 1    process was operating in 2017, '18.                  03:40:47

 2        Q.   Do you see the value entered in column W,

 3    the privacy review reason for row 2 is an ███████

 4        A.   I see it's on the screen.

 5        Q.   Do you know what that means?              03:41:09

 6        A.   An ███████ could have a number of

 7    meanings in different context.

 8        Q.   In this context do you know what it

 9    means?

10        A.   Yeah, I can't be confident exactly what's 03:41:34

11    meant by an ███████ in this -- in this context.  I

12    think it only exists in a small number of rows.

13        Q.   Do you know what other values could

14    possibly be under███████████████████

15        A.   My understanding this is -- this is some  03:42:01

16    kind of the ███████.

17        Q.   So it's a ██████████████

18        A.   I wouldn't say it's ████████████████

19    but my understanding is that this -- this ██████

      ███████████████████████                            03:42:15

21        Q.   Column X says ████████████████

22             What does that mean?

23        A.   My understanding is that that refers to a

24    ████████████████████████ as to

25    whether or not █████████████████ to          03:42:42
```

Page 1051



1     this capability ███████████████████          ██████

2     ███████████████████ in order to be ██████████

3          Q.   And what does "██████ as indicated in

4     row 2, under ████████████████ indicate?

5          A.   My understanding is that that means that      03:43:12

6     either the █████████████████████ -- it

7     means that the ███████████████████████ that

8     it ████████████████

9          Q.   And what would -- let me withdraw that.

10          Would "██████ mean that the ██████████ had      03:43:27

11     ██████████████████ to the capability did

12     █████████████████

13          A.   My understanding that ██████ in that column

14     represents that the ████████████████████ at

15     the point that this data was pulled that the           03:43:47

16     ████████████████████ -- that for an app to have

17     ██████████████████, that the developer had to

18     ████████████████████████████.

19          Q.   Did Facebook -- well, let me withdraw

20     that.                                                   03:44:12

21          Did Facebook track which developers had

22     entered contracts for which capabilities?

23          MR. SCHWING:  Object to form.

24          THE DEPONENT:  Can you help me understand

25     what -- what time period you're referring to here?     03:44:44

                                                      Page 1052



1      Q.    (By Mr. Melamed)  Sure.                    03:44:48

2            From 2007 through present, did Facebook

3      track which developers entered contracts for access

4      to capabilities?

5            MR. SCHWING:  Object to form.              03:45:13

6            THE DEPONENT:  So Facebook ███████

7      ████████████████████████████████████████

8      whether or not a developer has ████████

9      ████████████████████████████████████████.

10     I'm not sure it's a precise legal term.  Required   03:45:37

11     for them to ████████ to a given capability

12     today.

13     Q.    (By Mr. Melamed)  So Facebook ██████

14     ███████████████████████████ in the

15     document we're looking at, correct, Exhibit 429,   03:45:53

16     which is the Capability table?

17     A.    This -- the Capability table today

18     includes a ████████████████████████

19     ████████████████████████

20     ████████ to have -- an ████████████ to have   03:46:12

21     ██████ to it.  That's ████████████ today.

22     Q.    Was it tracked somewhere else before

23     it -- let me withdraw that.

24            When you say "the capability table tracks

25     ████████████████████████████████████████   03:46:35

Page 1053

HIGHLY CONFIDENTIAL

```
 1    the developer to ████████████████████ in order      03:46:38

 2    to █████████████," are all instances where

 3    ████████████████████████████████     in

 4    this table for each capability in this table?

 5              MR. SCHWING:  Object to form.               03:47:01

 6              THE DEPONENT:  My understanding is that

 7    this -- this table represents Facebook's

 8    ████████████████████████████████████

      █████████████████, and a process has been

10    █████████████████████████ for the               03:47:22

11    ███████████████████ and the developers

12    that █████████████████

13         Q.  (By Mr. Melamed)  Prior to -- withdraw

14    that.

15              Was there a period of time for which the    03:47:48

16    Capability table did not ██████████████ to a

17    capability by an app ████████████████

      ████████████

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  The capability tool has --    03:48:10

21    has changed and improved over time, and the data

22    fields it -- it captures today were not there --

23    were not all there when the tool was first

24    developed in -- in around 2013.

25         Q.  (By Mr. Melamed)  When was this field         03:48:32
```

Page 1054

HIGHLY CONFIDENTIAL

```
 1   added to the capabilities tool?                    03:48:33

 2        A.   This field was likely added -- I -- I

 3   can't be sure of the precise date on which the

 4   capability tool was added.  I'm sorry, this field

 5   was added to the capability tool.  Yeah, I can't be  03:48:53

 6   sure of the exact date when this field was added.

 7   There was -- as I -- as I say, the tool has evolved

 8   over time, and different fields have been added at

 9   different times.

10        Q.   When this field was added, was            03:49:08

11   information about whether capabilities that were

12   already in the tool before it was added, updated

13   for this field?  Let me restate this.

14             So we're talking -- we've been using

15   row 2 as an example.  And we saw earlier, I think    03:49:33

16   the capability in row 2 was created in this tool in

17   August of 2013.

18             Does that sound correct?

19        A.   Sorry, say that again.  The --

20        Q.   In row 2 --                                03:49:48

21        A.   Uh-huh.

22        Q.   -- of Exhibit 429, the capability -- it

23   indicated the capability was added in 2013; is that

24   your recollection?

25        A.   Can we look at that data.                  03:50:12
```

Veritext Legal Solutions
866 299-5127

1      Q.   We'll go back.  There we go.  So it was          03:50:13

2      ████████████████████████████████████████

3  correct?

4      A.   That's my understanding, yes.

5      Q.   Okay.  And do you know if that's before          03:50:28

6  column X was added to the capability tool?

7      A.   My understanding is that the -- that

8  column X was added or the data -- the column -- the

9  field represented by column X was added after 2013.

10     Q.   So in order to generate an entry, for            03:50:51

11 column X for the capability in row 2 -- let me --

12 let me withdraw that.

13          You see that column X has an entry for

14 the capability in row 2, correct?

15     A.   I see column X in row 2 has -- has an            03:51:15

16 entry.

17     Q.   Do you know whether -- for each

18 capability that existed in the capability tool

19 before column X was added, there is an entry in the

20 field for column X?                                        03:51:33

21          MR. SCHWING:  The document speaks for

22 itself.

23          THE DEPONENT:  Sorry, I'm not sure -- I'm

24 not sure I fully understand the question.  Can

25 you -- can you ask it again?                               03:51:52

Page 1056

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Melamed)  I'm just trying to          03:51:55

 2   understand, and I'll state this more plainly.

 3   The -- is information on cap- -- capabilities as

 4   reflected in the Capability table concerning

 5   ███████████████████████████████████████ for          03:52:11

 6   each capability, reflected in the Capabilities

 7   table?

 8        A.   My understanding is that column X

 9   reflects Facebook's ████████████████████████████

10   the████████████████████████ to be ████████████   ████████████

11   ██   █████████████████   at the time that -- that the table

12   you're looking at here was -- was generated.

13        Q.   So column X is a snapshot in time of

14   when -- reflecting the information as of the date

15   and time that this table was pulled from the          03:52:54

16   capabilities tool?

17        A.   Yes, this -- it's in Excel spreadsheet,

18   so it's a static representation of the -- of the

19   data and the tool at the time it was generated.

20        Q.   Did Facebook track whether capabilities     03:53:14

21   ██████████████████████   in any other internal tool?

22             MR. SCHWING:  Object to form.

23             THE DEPONENT:  Again, in what time

24   period?  Like before this field was added?

25   Afterwards?                                            03:53:43
```

HIGHLY CONFIDENTIAL

1      Q.   (By Mr. Melamed)  Let's start with before        03:53:45

2   this field was added.

3      A.   I'm not aware of -- of a -- of a Boolean

    ██    ████████████████████ -- in another tool relating

5   to whether or not a specific capability required        03:54:03

6   the contract.

7      Q.   Are you aware of any other field being

8   tracked in another tool regarding -- let me

9   withdraw that.

10         Are you aware of any information             03:54:17

11   regarding ████████████████████████ for an

12   app to ██████████████ that existed before

13   this field was added to the capabilities tool?

14         MR. SCHWING:  Object to form.

15         THE DEPONENT:  My recollection is that on     03:54:41

16   some occasions the description of the capability

17   would identify ██████████████████████████████

   ██   ████████████

19      Q.   (By Mr. Melamed)  The description of the

20   capability in what -- in -- let me restate that.    03:54:54

21         The description of the capability where?

22      A.   The description of the -- in my answer

23   there, I'm referring to the description of the

24   capability in the capability tool.

25      Q.   Is it your understanding that the           03:55:17

Veritext Legal Solutions
866 299-5127

```
 1    description of the capability in the capability        03:55:18

 2    tool, always indicated ████████████████

      ████████████████████████████ prior to the

 4    addition of column X in the capabilities tool?

 5             MR. SCHWING:  Object to form.                 03:55:34

 6             THE DEPONENT:  I can't say for certain

 7    that if the capability ████████████████ before

 8    that column was added that that would always be

 9    captured in the description of the capability in

10    the capability tool.                                    03:55:52

11        Q.   (By Mr. Melamed)  Did Facebook track all

12    of the capabilities that an ████████████████

      ████████████████████████████ by app?

14             MR. SCHWING:  Object to form.

15             THE DEPONENT:  ████████████████████  ████████

      ████████████████████████████████████████████

      ████████████████████████████████

18        Q.   (By Mr. Melamed)  Was there a tool to

19    track the capabilities of each third-party

20    developer ████████████████████████████?          03:56:39

21        A.   I don't recall or know of a specific tool

22    that was used to track ████████████████████████

      ████████████████████████████████████████

24        Q.   So for instance, if I wanted to determine

25    what con- -- what capabilities Netflix had entered    03:57:12
```

Page 1059

```
 1    ███████████████ .                              03:57:19

 2            Was there an internal tool available at

 3    Facebook that would allow me to look up Netflix and

 4    that would identify each of the capabilities

 5    Netflix ██████████████████████       ██████████

 6    ████████████

 7         A.   A tool that performs that function --

 8            MR. SCHWING:  Simon?

 9            THE DEPONENT:  Sorry.

10            MR. SCHWING:  Just -- sorry, let me state  03:57:46

11    my objection.

12            Object to form.

13            Go ahead.

14            THE DEPONENT:  My understanding is that a

15    tool that would perform that function exists today.  03:57:52

16         Q.   (By Mr. Melamed)  And what is that tool?

17         A.   My understanding is that tool is known as

18    ██████████████████

19         Q.   When was that tool created at Facebook?

20    Let me restate that.                              03:58:12

21            When did Facebook first start using that

22    tool?

23            MR. SCHWING:  Outside the scope.  Object

24    to form.

25            THE DEPONENT:  My understanding is a      03:58:25
```

                                                    Page 1060

```
 1    ███████████████ a -- a standard tool used by        03:58:26
 2    many -- there are several -- ████████████ at
 3    Facebook to ████████████████████████████████
 4    █████████
 5        Q.   (By Mr. Melamed)  And when did Facebook     03:58:44
 6    start using that tool to track the capabilities
 7    that a -- a third-party developer had ██████████
 8    ████████████████████████████
 9        A.   My understanding is that the ███████████
10    █████ was integrated with the ████████████ at I    03:59:04
11    think in around 2019.
12        Q.   Before the ████████████████ was integrated
13    with the ████████████████, was there a tool used
14    internally at Facebook to track whether apps had
15    ███████████████████████████████████████?           03:59:43
16            MR. SCHWING:  Object to form.
17            THE DEPONENT:  My understanding is that
18    the █████████████████████████████████████████████
19    that had been ████████████████████████████
20    ████████████████████████████ which governed their --  04:00:02
21    their use of the platform.
22        Q.   (By Mr. Melamed)  Did they use a tool
23    that enabled them to look up which capabilities the
24    individual developer had ████████████████████ in
25    █████████████████████████████████                  04:00:22
```

Page 1061

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Object to form.              04:00:28

 2            THE DEPONENT:  Again, the tools that a

 3   ██████████████████ would have -- would have

 4   evolved significantly over time.  Certainly my

 5   understanding in -- in around 2013 and '14, was    04:00:42

 6   that the ████████████████████████████████

 7   ██████████████████████, that -- that

 8   Facebook had ████████████████████████████

 9   ██████████████████ relating to their use of the

10   platform.                                          04:01:06

11       Q.  (By Mr. Melamed)  And did the ████████████

12   ██████████████████ that would enable them to look up by

13   developer which capabilities that developer ██████

14   ████████████████████████████████ prior

15   to the implementation of the ████████████████      04:01:27

16            MR. SCHWING:  Object to form.

17            THE DEPONENT:  My understanding is that

18   ██████████████ would have had access to the -- to the

19   ████████████████████████████████████████████ to

20   see, for a given set of ████████████████████████    ████████████

21   ██████████████████████ to those applications.

22       Q.  (By Mr. Melamed)  Where in the

23   capabilities tool does it indicate whether a

24   ████████████████████████████████████████

25       A.  Today in the capability tool on the page   04:02:27
```

Page 1062

1    that represents a capability, that field is          04:02:31

2    displayed.

3         Q.    ████████████████ in column X; is that

4    correct?

5         A.    My understanding is the -- what's been     04:02:44

6    exported here in this table represents the same

7    information that would be shown in the capability

8    tool today.

9         Q.    And you testified earlier that column X

10   did ████████ was added to the capabilities           04:02:58

11   tool in or around 2019, right?

12        A.    That's broadly my understanding, although

13   I can't be sure of the precise date on which

14   that -- when that field was added.

15        Q.    Before that field was added, where in the  04:03:16

16   capabilities tool did it indicate whether a

17   ██████████████████████████████?

18             MR. SCHWING:   Asked and answered.   Object

19   to form.

20             THE DEPONENT:   Before that field was       04:03:35

21   added, there was no specific field in the

22   capability tool that indicated whether or not a

23   ████████████████.   As I mentioned earlier, my

24   recollection is that some capabilities, that

25   information was captured at a previous time in the    04:03:55

                                            Page 1063

```
 1    description field for the given capability.            04:04:01

 2         Q.   (By Mr. Melamed)  Going back to the

 3    ████████████████     which you testified was used

 4    starting in or around 2019.  Well, let me start

 5    there.                                                 04:04:15

 6              That's -- am I correctly stating that you

 7    testified that the ███████████████   started to be

 8    used in or around 2019?  That's my recollection of

 9    when the ████████████   was integrated into the

10    ███████████   .  Do you know whether -- when the      04:04:33

11    ████████████   was integrated into the ██████████

      ██████████████████████████████████   ; i.e.,

13    ██████████████████████████████████████ ,

14    were entered into that tool?

15         A.   My understanding is that part of the        04:05:13

16    █████████████████  , as that was implemented

17    there was a review of prior capability grants, and

18    an attempt to determine whether or not an

19    ████████████████████████████████████ .

20         Q.   So am I right to understand that though      04:06:12

21    the █████████████   was implemented -- I'm sorry --

22    was integrated in or around 2019 with the -- with

23    the ████████████  , the information in the

24    ████████████   predates the integration?

25              MR. SCHWING:  Object to form.                04:06:45

                                                            Page 1064
```

```
 1        Q.   (By Mr. Melamed)  Let me restate that.        04:06:47

 2   That was a poorly phrased question.

 3            Am I right to understand that when the

 4   ██████████    was integrated with the  ██████

 5   ██████  there was an attempt made to bring        04:06:57

 6   historical information regarding  █████████

 7   ██████████████████████  into that tool?

 8            MR. SCHWING:  Object to form.

 9            THE DEPONENT:  My understanding is that

10   there was an -- an effort undertaken to identify   04:07:17

11   ████████████████████████████  and the

12   grants of capabilities or the access to

13   capabilities that it was then  ███████████████

14   █████████

15            And then to remove those capabilities or  04:07:41

16   ensure  ███████████████████████████████████████

17   Although precisely which tool were used to -- to --

18   to execute that process, the  ████████████████was

19   likely involved in some way.

20            MR. MELAMED:  I'll note for the record    04:08:10

21   that we're going to follow up with Facebook

22   regarding production of the  ██████████████  or

23   relevant information from the  ██████████████

24        Q.   (By Mr. Melamed)  Column Y has a header

25   ████████████████████████                          04:08:28
```

Page 1065

```
 1              What does that mean?                    04:08:37

 2        A.   My understanding is first of all that

 3   this column doesn't contain any data.  And also my

 4   understanding is that this refers to a ███████████

 5   ███████  by which the ████████████████  to the     04:08:56

 6   ███████████████  for this -- for this specific

 7   capability would have been stored, or could have

 8   been stored.

 9        Q.   Was there a point in time at which there

10   were values entered into the ████████████████████   04:09:19

11   field?

12        A.   It's possible that there were values

13   there.  It's also possible that this was a field

14   added by a developer or by an engineer in -- in

15   anticipation of a process which ended up being       04:09:42

16   operationalized a different way.

17        Q.   Okay.  I'm going to scroll over a few.

18             Just so we get contact.  Sorry, I didn't

19   mean to do that.

20             Okay.  So my screen just collapsed the     04:10:15

21   columns where I had to stretch them out, but we're

22   on column Z, which is ████████████████

23             What is meant by ██████████████

24        A.   My understanding is that ████████████████

25   refers to a █████████████████████████  that was      04:10:38
```

Page 1066

```
 1    performed in around 2018 or so.                    04:10:47

 2         Q.   So prior to that cate- -- ████████████

      ████████████     that was performed in around 2018

 4    or so, is it accurate that ████████ was not

 5    reflected in the Capability table?                 04:11:10

 6         A.   ████████   here refers to the -- the ████

 7    ████████████████████  around this -- when

 8    this -- when this effort was conducted in around

 9    2018, so the -- the concept of ████████ did

10    not -- as it -- as it's represented here did not   04:11:38

11    exist before then, as I understand it.

12         Q.   How were the ████████████ in or

13    around 2018?

14              MR. SCHWING:  Object to form.  Outside

15    the scope.                                         04:11:51

16              THE DEPONENT:  My understanding, a ████

      ████████████████████ came up with a ████████

      ████████████████████ against that

19    ████████████████████

20         Q.   (By Mr. Melamed)  What is indicated by   04:12:11

21    the values in column Z?

22              MR. SCHWING:  Object to form.

23              MR. MELAMED:  Let me -- let me restate

24    that, or ask a different question.

25         Q.   (By Mr. Melamed)  In row 2, column Z, the 04:12:25
```

Page 1067

HIGHLY CONFIDENTIAL

1   ███████████████████████████                    04:12:28

2          Do you see that?

3      A.   I see "██" in the column, yeah.

4      Q.   What does ████ mean in this context?

5      A.   My understanding is, that in this        04:12:42

6   context, ████ means a █████████████████

7      Q.   So the numerical entry in the field

8   reflects a █████████ along -- is a ████████

██  █████████ is that correct?

10     A.   My understanding is that there are --    04:13:04

11  there are █████████████████ for -- for ██████

██  ██████ Although I can't be confident whether

13  they're necessarily sequential.

14     Q.   I'm sorry.

15          So your testimony is that there are ████    █████████

██  █████████████████ is that true?

17     A.   My understanding is that there were --

18  this column relates to a -- a ██████████████

██  █████████████████████████

20     Q.   And were those █████████ designated by the   04:13:43

21  █████████████

22     A.   My understanding is that the ██████ here

23  would refer to one of the █████████████

24     Q.   Right.

25          And do you know the other numbers that    04:13:58

Page 1068

HIGHLY CONFIDENTIAL

```
 1    would reflect ██████████ that could be entered in        04:14:03

 2    this field?

 3         A.   I can remember that 1 was low, and I can

 4    remember that ████████████████ but I -- I

 5    don't recall hearing the precise names of the other     04:14:24

 6    ███████████.

 7         Q.   What is a "████ in this context?

 8         A.   ████████████████████

 9         Q.   And what does that mean in the context of

10    ████████████████?                                        04:14:42

11              MR. SCHWING:   Object to form.

12              THE DEPONENT:   My understanding is that

13    that would refer to a ██████████ -- a specific ████

14    ████ having been created in Facebook's ██████████

15    ████                                                     04:15:05

16         Q.   (By Mr. Melamed)   What did it mean to

17    create a ██████████  What -- did -- let me

18    withdraw that.

19              When a ████████████ was created in

20    ████████████████████████ you said one reflected         04:15:19

21    the ████████ -- the ██████████████ in column Z,

22    correct?

23         A.   No, I said that ████████████████, not

24    ██████████████.

25         Q.   Did █ represent a ██████████████████          04:15:44
```

```
 1              MR. SCHWING:  Object to form.              04:15:55

 2              THE DEPONENT:  As I said, I -- my

 3    understanding is that ███████████, if my

 4    recollection serves correctly.  But I don't know if

 5    that's necessarily ████████████████.              04:16:07

 6         Q.  (By Mr. Melamed)  Who would you ask if

 7    you wanted to understand what the numbers meant in

 8    column Z in terms of the ███████████████

 9    indicated?

10              MR. SCHWING:  Object to form.              04:16:34

11              THE DEPONENT:  Do I understand the -- the

12    details of the data represented in this column I

13    would speak to Mr. Molaro in the first instance.

14         Q.  (By Mr. Melamed)  Just to be clear, I'm

15    not asking about the details of what made this        04:16:52

16    particular capability a 1.  I'm just trying to

17    understand what the values that could be entered in

18    this column meant.

19              And my understanding your testimony,

20    please correct me if I'm wrong, is that there were    04:17:06

21    6 potential values that could be entered here.  █

22    reflected a █████████████  █████████████████

23    But other than -- is that correct so far?

24         A.  That's correct so far as per my -- my

25    recollection.  I -- I've reviewed many documents      04:17:28
```

HIGHLY CONFIDENTIAL

```
 1    and many things in preparation for today's          04:17:30

 2    testimony, and -- and remembering every -- every

 3    reflection of everything that a -- would have been

 4    represented -- would have meant by the numbers in

 5    this table is -- I just don't have it in my head    04:17:49

 6    right now.

 7         Q.   Fair enough.

 8              I'm not here to argue about whether you

 9    should have done more or less, but I am just asking

10    for your testimony about this.                      04:17:57

11         A.   That's my understanding of what those --

12    what those fields mean.  I -- I recall there being

13    █████████, and I -- I recall ████████████████████

██    █████  Those are the details behind that.

15         Q.   And do you recall whether the remaining   04:18:13

16    ██████ were indicated by the█████████████████████

██    ████

18         A.   My understanding is that risk level is --

19    is a 1,██████████████ field.

20              But, again, I -- I -- I'm not sure it's    04:18:31

21    necessarily entirely linear in terms of ███████████

22    My understanding is that different ██████████

23    refer to different ████████████████ not necessarily

24    ████████████████

25         Q.   That's very helpful.  Thank you.          04:18:54
```

Page 1071

HIGHLY CONFIDENTIAL

```
1              Do you know what types of ████████        ████████

▌        ████████        to?

3              MR. SCHWING:  Object to form.

4              THE DEPONENT:  The two that I can

5    remember is ████████        I don't recall        04:19:08

6    what -- what the others -- what the other ████

▌        ████ referred to.

8         Q.   (By Mr. Melamed)  Is there a document

9    somewhere within Facebook that reflects what the

10   ████████ in column Z of Exhibit 429 Capability        04:19:22

11   table mean?

12             MR. SCHWING:  Object to form.

13             THE DEPONENT:  My understanding is -- my

14   understanding is that more detail on that may have

15   already been provided -- as -- as part of the        04:19:44

16   metadata for these tables, when they were produced

17   in this case.

18        Q.   (By Mr. Melamed)  Just to be clear, your

19   understanding is that the indication of what is

20   meant by each ████████ in column Z is reflected        04:20:03

21   in the metadata of the Full table of which

22   Exhibit 429 is an excerpt?

23             MR. SCHWING:  Object to form.

24             THE DEPONENT:  Let me -- let me restate

25   that.  My understanding is -- is that -- these        04:20:24
```

HIGHLY CONFIDENTIAL

```
 1    tables being produced to you, there was also          04:20:27

 2    information describing the fields that were

 3    produced to you.  And I think it's possible, though

 4    I, again, can't say for certain that more

 5    information about these ██████████ may well be        04:20:43

 6    contained in these documents.

 7        Q.   (By Mr. Melamed)  I think I located what

 8    you were talking about.  And this is a description

 9    from counsel of what the ██████████ were in this

10    column.  And I'd like to go through these with you    04:21:32

11    and see if this is an accurate reflection of what

12    these meant.

13                     ██████████, correct?

14        A.   ██████████████ represented

15    ████  But, again, I'm going off memory here.          04:21:49

16        Q.   ████████████████ that

17    right?

18        A.   As I mentioned previously, I -- I don't

19    recall the -- the various other ██████.  If

20    you have the document, maybe it would useful to put   04:22:05

21    it on the screen.

22        Q.   It's not a document that's been produced

23    in this case.  It's an attachment to the email

24    provided by counsel.  So it's not -- it hasn't been

25    produced by Facebook.  So that's why I'm asking you   04:22:16
```

Page 1073

HIGHLY CONFIDENTIAL

```
 1    these questions.                                04:22:19

 2          It indicated the -- the attachment to the

 3    email provided by Facebook indicates that ████

      ██████████.

 5          Do you have any reason to -- to doubt     04:22:32

 6    that that is an accurate recollection of what █

 7    indicated?

 8          MR. SCHWING:  Object to form.

 9          THE DEPONENT:  As I sit here today, I

10    have -- I have no reason to doubt it.           04:22:46

11      Q.   (By Mr. Melamed)  And just to be clear,

12    it's "███████    I don't know if that changes

13    your answer in that regard.

14      A.   Again, I -- I don't recall the specifics

15    of the -- of the ███████ here.                  04:23:00

16      Q.   Do you know what ███████████" means in

17    this context?

18      A.   ███████ in general would refer to --

19    typically refer to ███████████████

      ███████                                         04:23:18

21      Q.   Okay.  ████ according to the

22    communication we received from counsel, is

23    ████████████████

24          MR. SCHWING:  Object to form.  I'll just

25    object once to this line of questioning asking  04:23:33
```

Page 1074

```
 1    about a document that isn't placed before the        04:23:36

 2    witness.

 3              MR. MELAMED:  Sure.

 4         Q.   (By Mr. Melamed)  Just to repeat, ███ is

 5    ███████████████████████                              04:23:44

 6              Do you know what ██████████████████

 7    means?

 8         A.   Typically that would refer to ██████

 9    ███████████████

10         Q.   What is the difference between             04:24:06

11    ████████████████████████████████████

12         A.   I can't be sure of the difference between

13    those two determinations, I'm afraid.

14         Q.   Who would you ask to determine the

15    difference between those two descriptions?           04:24:27

16         A.   I would speak to Mr. Molaro in the first

17    instance.

18         Q.   ████████████████████████

19              Does that sound correct to you?

20              MR. SCHWING:  Object to form.              04:24:43

21              THE DEPONENT:  Again, I -- I don't recall

22    these -- these -- this level of detail

23    specifically.

24         Q.   (By Mr. Melamed)  Do you understand --

25         A.   I have no reason to doubt it.              04:24:55
```

Page 1075

```
 1        Q.   I apologize for cutting you off.        04:24:56

 2             Do you understand what ███████ means in

 3   this context?

 4             MR. SCHWING:  Object to form.

 5             THE DEPONENT:  I -- I don't have a       04:25:09

 6   canonical definition of this in a personal

 7   capacity.  I -- to me that would make sense, this

 8   ██████████████████████████, but I can't be

 9   sure what -- what's meant by ████████ in this

10   context.                                          04:25:25

11        Q.   (By Mr. Melamed)  The communication

12   indicates that ████████████████████████

     ████████████████████████████████████████

14             Do you understand what is meant by "███

15   in the context of ████████ in Exhibit 429?        04:25:40

16             MR. SCHWING:  Object to form.

17             THE DEPONENT:  Again, this is referring

18   to a -- some form of a ████████████ that was

19   created in around 2018.  That's my understanding of

20   what █████ refers to.  And, also my understanding is 04:26:00

21   that this ██████████████████████████████████

22   at the company.

23        Q.   (By Mr. Melamed)  Who created the ███████

     ████████████ in 2018?

25        A.   My understanding is -- there was a       04:26:18
```

Page 1076

1      ████████████████████ to -- a ███████████        04:26:18

2      ████████████████ to -- ██████

▮      ██████s, and that my understanding is that

4      it's likely that group came up with the -- the

5      ██████                                            04:26:28

6          Q.   Who is in that ██████████

7               MR. SCHWING:  Object to form.  Outside

8      the scope.

9               THE DEPONENT:  Yeah, I'm not sure of the

10     specific names of the people that were involved in   04:26:44

11     ██████████ four years ago.

12          So, yeah, I wouldn't want to give --

13     speculate as to the names of people that were

14     involved.

15          Q.   (By Mr. Melamed)  As you sit here today,   04:26:53

16     you don't know the -- do you know the names of any

17     individuals who were involved in that ██████

▮      ██████

19          A.   I couldn't 100 percent confirm whether or

20     not a particular individual was involved in -- in    04:27:08

21     the ██████████ that met to come up with this

22     classification.

23          Q.   Who would you ask if you wanted to find

24     out who was involved in ████████████ that come

25     up with this ██████████                              04:27:24

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Object to form.              04:27:29

 2            THE DEPONENT:  Yeah, I would speak to

 3    Mr. Molaro in the first instance.

 4       Q.   (By Mr. Melamed)  Back to Exhibit 429,

 5    column AA, has the header                          04:27:45

 6    ████████████████████████████████

 7            What does that mean?

 8       A.   My understanding is that -- some of the

 9    capabilities there would be information entered

10    into the tool ██████████████████████ -- or        04:28:11

11    ███████████████████████████ to be ████████

      ██  ██████████████████████ capability.

13       Q.   Were the values in this field free-form

14    entries?

15       A.   My understanding, having reviewed this    04:28:42

16    document in -- in preparation, is that -- this was

17    ███████████████████████.

18       Q.   Do you know who entered the

19    information -- let me preface this by saying I'm

20    not looking for any specific person who entered    04:28:59

21    specific information as to a specific capability.

22            So with that preface, do you know who

23    would have been responsible for entering

24    information in column AA regarding

25    ██████████████████████████ for capabilities as     04:29:16
```

Page 1078

1    reflected in the field?                              04:29:21

2              MR. SCHWING:  Object to form.

3              THE DEPONENT:  My understanding is that

4    ██████████████████ are the determinants of --

5    of which █████████████████████████          ████████

▌    ███████████████████████████ to be ████████

▌    ████████████████ a given capability.

8         Q.  (By Mr. Melamed)  Am I right to

9    understand that the -- the entries in the ████████

█    ████████████████ when those entries exist, were    04:29:51

11   entered by █████████████████████████

12        A.   My understanding is ████████████   are

13   the -- are the people responsible for determining

14   ████████████████████████████.  It doesn't

15   necessarily mean that an individual on the ████    ████████

█    ████████████████████ the tool.

17        Q.   They may have provided it to somebody

18   else who entered into it the tool.

19        A.   They may have provided it to somebody

20   else who entered it into the tool.                  04:30:24

21        Q.   Did this column, █████████████

█    ████████ exist at the inception of the capabilities

23   tool?

24        A.   This field did not exist in 2013, which

25   is when I understand that the -- the capabilities    04:30:49

Page 1079

HIGHLY CONFIDENTIAL

```
1    tool is today was -- was built.                        04:30:53

2         Q.   When was this field added to the

3    capabilities tool?

4         A.   I think -- I think this is one of the

5    fields added in -- in around 2018 or later when the    04:31:06

6    capability tool was -- was improved at the time.

7         Q.   When this field was added to the

8    capabilities tool, were entries regarding █████████

9    ██████████████    for capabilities that preexisted

10   the ██████████████    added into the                   04:31:32

11   capabilities tool?

12        A.   Sorry, can you ask that again.

13        Q.   When this field was created as part of

14   the capabilities tool, their exists -- their

15   existed a series of capabilities that had already     04:32:01

16   been entered into the tool by that date, correct?

17        A.   My understanding is that when this field

18   was -- this field was added later, then the

19   capability tool being created and being in use and

20   so yes, my understanding is that when this field      04:32:22

21   was added there were a number of capabilities

22   already in the tool.

23        Q.   Did any of those capabilities that were

24   already in the tool ███████████████

25        A.   There -- there -- there would have been     04:32:50
```

```
 1    capabilities in the tool that, then, ██████████        04:32:52

 2        ██████ who was expected that ████████

 █        ██████████ would need to ████████████████

 █        ████████ in order to access.

 5        Q.   So when this field was created, when the      04:33:05

 6    details about the ████████████████████████

 █    ████████████████████████████████ in order

 8    to access the capability entered into this field?

 9        A.   My understanding from -- from reading

10    this document, is there are not that many entries    04:33:28

11    ████████████████████████████ details

12    field.  So my understanding is that the data entry

13    would not have necessarily been comprehensive.

14        Q.   Did the data regarding the ██████████

 █    ████████████████████████████ access capabilities    04:33:51

16    evolved in any other document at Facebook?

17             MR. SCHWING:  Object to form.

18             THE DEPONENT:  As I mentioned previously,

19    my recollection is that on some occasions the

20    description fields of the capability and the tool    04:34:17

21    may have included information about the ██████████

 █    ██████████████████████████████that -- that may

 █    ██████████████████

24        Q.   (By Mr. Melamed)  Was that information

25    included anywhere else in Facebook, other than in    04:34:29
```

Page 1081

HIGHLY CONFIDENTIAL

```
 1    the contract itself?                                    04:34:33

 2            MR. SCHWING:  Object to form.

 3            THE DEPONENT:  I can't say for -- for

 4    certain if it was stored at any time in -- in -- in

 5    anywhere else.  I don't -- I'm not aware of a tool     04:34:51

 6    that's structured this information in that way.

 7        Q.  (By Mr. Melamed)  Column AB has the

 8    header ███████████████████████████

 9            What does that mean?

10        A.  My understanding is that this is another       04:35:19

11    ███████████████  which for some capabilities tends

12    to ███████████████████████████  for which

13    this capability ██████████████

14        Q.  In circumstances where there's an entry

15    in the ███████████████  field, who is             04:35:38

16    responsible for ██████████████████  as

17    reflected in the tool?

18            MR. SCHWING:  Object to form.

19            THE DEPONENT:  My understanding is

20    that -- is that a ███████████████████████ --        04:35:56

21    well, today, █████████is responsible for -- my

22    understanding is that today, and since the process

23    was introduced in 2019 the ██████████████  is

24    responsible for█████████████████████

      ██████  ████████████                                   04:36:20
```

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Melamed)  Prior to 2019 was the      04:36:21

 2  ███████████████████ column part the capabilities

 3  tool?

 4        A.   My understanding is that the ███████

 5  ██████ column or field was added again sometime      04:36:37

 6  in -- in 2018 or so.

 7        Q.   The header of column AC is

 8  ████████████████████████████

 9             What does that mean?

10        A.   My understanding of this column -- is --      04:37:10

11  is similar to the previous one, which is the -- the

12  sum capabilities.  This is a ████████████████

13  ██████████ where it would ██████████████████

14  ██████ this capability to an app.

15        Q.   Was this field also introduced in 2019?      04:37:33

16        A.   My understanding this is -- again, as

17  I've mentioned previously I -- I can't be accurate

18  on the specific dates of when these fields were

19  producing, but my understanding is that this is one

20  of the fields, additional fields that was      04:37:52

21  introduced in around 2018.

22        Q.   And is the ████████████████ responsible

23  for entries in this field where the entries exist?

24        A.   Today my understanding is that the

25  ████████████████ is responsible for articulating at      04:38:13
```

Page 1083



```
 1    ██████████████████████████ -- sorry --          04:38:16

 2    ██████████████████████████████████

 ██   ██████████████████████████████ But

 4    I can't be, you know -- that doesn't necessarily

 5    mean that's what -- what's reflected in this tool   04:38:30

 6    is -- is -- an articulation that that group

 7    created.

 8         Q.   Is the intent that what is reflected in

 9    fields "████████████████ and "████████████

 ██   ████████████eflect the articulations that ████████    ████████

 ██   ██████s has engaged in regarding each capability?

12              MR. SCHWING:  Object to form.  Outside

13    the scope.

14              THE DEPONENT:  Again, my understanding is

15    the -- that these fields attempt -- are supposed to  04:39:16

16    represent the ████████████████████

 ██   ████████████████████████████████████

 ██   ████████

19         Q.   (By Mr. Melamed)  And during the history

20    of these -- these fields ████████████████████  04:39:35

21    use in the capabilities tool, who was -- who or

22    what groups had been responsible for define --

23    defining the ████████████████████?

24         A.   My understanding is that prior to ████ --

25    the ████████████████, it would have been a       04:40:02
```

Page 1084

```
1    combination of ██████████████ and then the          04:40:05

2    █████████████████ that would have come up with

3    ███████████████████ the capability --  ████████

█    ████████████████████████████████████████

█    ███████████████████                                 04:40:27

6         Q.   Were the ████████ that were -- that you

7    just referred to reflected in the capabilities tool

8    at any point in time?  And by the -- by the ones

9    you just referred to, I mean the ████████████

█    ███████████████████████████████████████   ████████████

█    █████████████████

12        A.   This table contains -- these columns

13   contain information.  It's not, you know, plausible

14   for me to determine from this when that information

15   was added to the tool or -- and, therefore, you      04:41:13

16   know, which group or entity would have been

17   responsible for creating it.  It's -- it's hard for

18   me to give that level of detail from this

19   information.

20        Q.   Am I right to understand your testimony    04:41:24

21   that this column, the ██████████████████████

22   column was added in or around 2019?

23        A.   I can't be sure exactly when it was

24   added.  My understanding is it's one of the columns

25   that was added in -- in around 2018.  But, again,    04:41:45
```

Page 1085

```
 1    I -- I'm not confident in exactly when this column        04:41:50

 2    was added to the table -- sorry, to the tool.

 3         Q.   Column AD has the header

 4    ██████████████████

 5         What does that mean?                                  04:42:07

 6         A.   My understanding is that that refers to

 7    the ██████████████████████████████████

 8         Q.   What is the ████████████████ within the

 9    ██████████████████?

10         MR. SCHWING:  Object to form.                         04:42:36

11         THE DEPONENT:  Yeah.  Sorry, Austin.

12         So the -- the best place to go to get

13    that definition would -- would be the -- the ████

██    ██████████████.  I can give my -- my understanding

15    of it, which is that it defines --                         04:42:51

16         MR. SCHWING:  I'm sorry, Mr. Cross, just

17    don't reveal anything that you've learned from

18    attorneys with respect to the ████████████████.

19    If you have independent factual knowledge with

20    respect to it, you may provide that.                       04:43:09

21         THE DEPONENT:  Thank you, Austin.

22         My understanding is that it -- it defines

23    ████████████████████████████████████████████

██    ████████████████████, and then there is a

25    determination made as to whether or not an ██████          04:43:27
```

1       ████████████████████████ of that        04:43:36

2       definition.  And my understanding is that this

3       column reflects ██████████████████████████

████   ██████████████████████████████.

5       Yeah, I'm -- I'm not like -- there's likely a    04:43:56

6       better definition than the one I was able to give

7       you there, that's -- that's -- that's the best

8       understanding I have of what it means.

9           Q.  (By Mr. Melamed)  Do you know if ██ is a

10      reference to a ██████████████████████████?        04:44:09

11          A.  My understanding is the term comes from

12      within the ████████████████ but I couldn't

13      confirm if it was a -- a ██████████████.  But

14      my understanding is that that refers to some

15      ████████████████████████          ████████    04:44:09... 

████   ████████████

17          Q.  And so if you look at row 2, the value

18      for in scope for ██████████

19          What does that mean?

20          A.  My understanding is that that means that    04:44:46

21      this ██████████████████████████

22          Q.  And if the capability -- a different

23      capability in the Capability table was in scope for

24      ██████████████████████

25          A.  My understanding is that if that column    04:45:10

                                    Page 1087

HIGHLY CONFIDENTIAL

```
 1    contains a "█████  that means the capability has        04:45:12

 2    been ███████████████████████████████████

 3         Q.   Do you know who conducted the assessments

 4    to determine whether a capability██████████████

 ▌         ███████████████████                                04:45:22

 6         A.   My understanding is that that would have

 7    been an ██████████████████████████████████████████

 ▌    ████████████████████

 9         Q.   Do you know if there exists a -- a

10    separate log of capabilities that indicated whether    04:45:42

11    the group of capabilities goes ████████████████████

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  I'm sorry.  I'm not sure

14    I -- I understand the question.  Can you help me

15    with what you mean by "group of capabilities."          04:46:18

16         Q.   (By Mr. Melamed)  Sure.

17              Do you know if there exists a list

18    separate from the Capability table of the

19    capabilities that were determined to be █████████

 ▌    █████████████                                           04:46:30

21              MR. SCHWING:  Object to form.  Outside

22    the scope.

23              THE DEPONENT:  My understanding is

24    that -- the capabilities tool -- the -- the

25    information contained in this table represents          04:46:45
```

Page 1088

HIGHLY CONFIDENTIAL

```
 1    Facebook's determination as to whether or not a        04:46:49

 2    ████████████████████████████████

 3         Q.   (By Mr. Melamed)  Column AE has the

 4    header ███████████████████████

 5              What does that mean?                          04:47:08

 6         A.   My understanding is that that refers to

 7    similar to the column we reviewed earlier about the

 8    ████████  which would refer to the █████████████

 █    ████████████████████████████████ .

10         Q.   So the number reflected in the cell row 2     04:47:37

11    in column AE identifies the █████████████

 █    ████████████████████████████████ .

13         A.   I think it refers to either an

14    ██████████████████████████████████████

 █    ████████████ .  It may refer to a ████████    ████████

 █    ████████  I'm not entirely sure.

17              But my understanding is that it refers to

18    the ██████████████ in some way which would refer to

19    either an ████████████████████████████████████

 █    ████████████████████████ .                             04:48:24

21         Q.   Okay.

22              MR. MELAMED:  So that completes -- I just

23    have a few more questions about the capabilities

24    tool, generally.  That completes the specific

25    column by column review of these.  Are you okay to      04:48:32
```

Page 1089

HIGHLY CONFIDENTIAL

```
 1    go a few more minutes while I ask these questions          04:48:37

 2    and then we can take a break?

 3             THE DEPONENT:  Yes, happy to proceed.

 4             MR. MELAMED:  Okay.  Thanks.

 5        Q.   (By Mr. Melamed)  So using -- we've               04:48:49

 6    identified -- or we've discussed -- I'm sorry --

 7    three documents comprising the capabilities tool,

 8    two yesterday and one today.

 9             Is that your recollection as well?

10        A.   We reviewed three sets of tabular data,           04:48:59

11    yes.

12        Q.   Okay.  And I -- I recognized that those

13    are excerpts, so I'm not asking you to do the

14    exercise or imagine right now using those excerpts.

15    I'm asking you to describe how you would go about          04:49:12

16    doing that -- this exercise.

17             If you wanted to identify all

18    capabilities that Tinder, the app "Tinder," could

19    access, how would you do so?

20             MR. SCHWING:  Object to form.                     04:49:29

21             THE DEPONENT:  I would attempt to

22    ██████████████████████████  and then I would go to

23    the capability tool and ██████████████████████████

█     ██████████████████████████  And then the tool would

25    view for me the ████████████████████████████             04:49:55
```

Page 1090

```
 1    ██
 2        Q.   (By Mr. Melamed)  So the ████ is not     04:49:59
 3    one of the fields in Exhibit 429, the Capability
 4    table; is that right?
 5        A.   This table represents the list of         04:50:14
 6    capabilities that exist in the capability tool at
 7    the time that this table was generated.
 8        Q.   Okay.  So let's walk through -- through
 9    the tool that you would use.
10        So I put up on the screen Exhibit 428,         04:50:55
11    which we marked yesterday.
12        Which is the capability Grants table.
13        And the ████ is listed in column C
14    here.  So is -- is this -- once you had determined
15    the ██████, is this where you would                04:51:13
16    start in -- in -- started your process of
17    determining all the capabilities for which Tinder
18    had been granted access?
19        A.   I'm sorry, as a Facebook employee, and I
20    may have access to the capability tool, and so the 04:51:31
21    process I would use as a Facebook employee would be
22    to use the capability tool.
23        Q.   So as a non-Facebook employee, plaintiffs
24    don't have access to the capability tool.
25        So how would you use the documents that        04:51:48
```

Page 1091

```
 1    have been produced here, that we discussed to          04:51:49

 2    identify the full set of capabilities that Tinder

 3    had been granted access to?

 4            MR. SCHWING:  Object to form.

 5            THE DEPONENT:  If I had the three             04:52:09

 6    documents that we've walked through at my disposal,

 7    ███████████████████████████████ and then I

 8    would ██████████████████████████████

 9            And then my understanding, is that that

10    would indicate the ████████████████████          04:52:25

11    ███████████████████ for which this table contains

12    data.

13            I would then use the █████████████

14    and cross-reference that against the table that

15    we've just spent an hour and a half going through.   04:52:52

16        Q.  (By Mr. Melamed)  Okay.  So just -- I

17    want to restate this just to make sure I'm clear.

18    I think I understand, and please correct me if I'm

19    wrong.

20            So you would start in Exhibit 428 -- once    04:52:59

21    you had determined ████████████████ you would start

22    in Exhibit 428 with the full, not yet so the full

23    document, you would ███████████████████

24    would -- that would identify -- and that's in

25    column C.  Once you had done that, column D would    04:53:18
```

HIGHLY CONFIDENTIAL

```
 1    ███████████████████████████████ at        04:53:23

 2    one time --████████████████ , as reflected by the

 3    capabilities tool, and then you would take those

 4    █████████████████████████████████ which

 5    is Exhibit 429 that we were looking at this      04:53:40

 6    morning, and ██████████████████████ up in

 7    ████████████████████████████████ ; is

 8    that right?

 9         A.   That's a high-level description of the

10    process I would follow, yes.                     04:53:55

11         Q.   Am I missing anything?

12         A.   I don't think so.

13         Q.   Now what if you wanted to understand all

14    apps that had access to a specific individual

15    capability, for example, friends_religion_politics.  04:54:12

16         Using the documents we looked at

17    yesterday and today, how would you go about

18    determining the list of apps and the time period

19    during which those apps had access to

20    friends_religion_politics?                       04:54:32

21         MR. SCHWING:  Object to form.

22         THE DEPONENT:  So before I answer the --

23    the question, I think it's important to note that

24    just because an app had access to a capability, it

25    doesn't necessarily mean that it was using the   04:54:47
```

Page 1093

HIGHLY CONFIDENTIAL

```
1    capability or accessing the data that the                04:54:51

2    capability involved.  That -- that's just what --

3    was making sure that's -- that's clear and on the

4    record.

5            My process would be to start with the            04:55:07

6    prior table we reviewed today, which is the list of

7    capabilities.  ███████████████████████████

8    that I was interested in, and then I would ██████

█    ██████████████████████████████████████

10    Q.   (By Mr. Melamed)  Just to be clear, the          04:55:28

11    prior table you were referencing that we looked at

12    this morning was Exhibit 429.  And then when you're

13    saying "this table," is this the table presently on

14    my screen which is Exhibit 428, right?

15    A.   That's correct.                                   04:55:45

16    Q.   Okay.  So just to talk that through

17    again, to make sure I understand it.

18            You would go to the full document that

19    Exhibit 429 reflects an excerpt of, search for

20    "friends_religion_politics," █████████████   ████████

█    ████████████████████████████████████████

█    █████████  And then go to Exhibit 428, ██████████

█    ████████████████████ in column D, and that would

24    ████████████████████████ -- in column C ██████████

█    ████████████████████████, correct?                    04:56:26
```

Page 1094

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Object --                      04:56:32

 2            THE DEPONENT:  Had access to that --

 3        Sorry, Austin.

 4            MR. SCHWING:  Object to form.

 5        Go ahead, please.                                04:56:36

 6            THE DEPONENT:  My understanding of this

 7    table is that that would indicate the ███████ that

 8    had ███████████████████████ at some point in time

 9    for which data is available in this -- in this

10    document.                                            04:56:56

11        Q.   (By Mr. Melamed)  Okay.  And columns in

12    Exhibit 428, columns F, G, H and I, would indicate

13    ████████████████ that you listed apps had ██████████

██    ████████████████ is that right?

15        A.   Columns G and I would indicate the         04:57:18

16    ████████████████████████ .  Again, and this -- my

17    understanding is that that would reflect the -- the

18    ████████████ when the app ███████████ to the

19    capability.

20            But as I said previously, it's important    04:57:37

21    to note the -- that doesn't mean the app was in any

22    way necessarily using the capability, or indeed

23    that the capability returned the information that

24    you might think it would.

25        Q.   The document -- go ahead.  Sorry.          04:57:56
```

```
 1        A.   Like, it's very -- I just want to make        04:57:59

 2   this super clear.

 3        Q.   Okay.

 4        A.   This -- this reflects the -- the grant

 5   state of a particular capability to an app.  There      04:58:08

 6   are other factors which influence the actual

 7   behavior that the app would have experienced as a

 8   result.  So it's just important to note.

 9        Q.   I'm sorry.  I interrupted you twice

10   there.  I apologize for that.                           04:58:28

11             What document would reflect whether an

12   app was using the capability; i.e., sending the API

13   call to Facebook for that capability?

14        A.   Well, that's all -- with -- with

15   correcting there that -- the -- the way the system      04:58:50

16   works is that -- the ██████████████████████.

17   It makes an API call, and in evaluation of that API

18   call, Facebook's ████████████████████████

19   or not a ███████████████████ -- and

20   if -- and then ██████████████████████         ███████████

     ███████████████ and then the ████████████

     ████████████  occurs.

23        Q.   So I want to split that inquiry, then,

24   into two questions.

25             Is the ████████████  the source to        04:59:25
```

Page 1096

```
 1    determine whether an app made the API call for        04:59:28

 2    which it was granted access by the Capabilities

 3    table?

 4              MR. SCHWING:  Object to form.

 5              THE DEPONENT:  The ████████████            04:59:48

 6    identifies API calls made by a specific app.  By

 7    "method," some of those ████████████████

 8    ██████████  but other -- other methods the -- the

 9    ████████████████████████████████████

10    ████████████  for example.                            05:00:12

11         So it's not -- it's not a reliable way to

12    determine whether or not an app was accessing data

13    that was modified by a capability.

14         Q.   (By Mr. Melamed)  I understand that.  I'm

15    trying to just understand the request from an app.    05:00:33

16              Where would I go to determine whether,

17    and if so, how many times an app requested -- I'm

18    sorry -- an app made an API call that -- for which

19    it was granted the capability of a capabilities

20    tool?                                                 05:01:02

21              MR. SCHWING:  Object to form.

22              THE DEPONENT:  My understanding is in the

23    past, ████████████████████████████████

24    whether or not a ██████████████████████████

25    ██████████, by which I mean, ████████████████████    05:01:31
```

Page 1097

HIGHLY CONFIDENTIAL

```
 1      ██████████████████████████████████.              05:01:39

 2             That information, I recall being

 3      displayed in the -- in the capability tool at

 4      one -- at one time in the past.  Although precisely

 5      where that data was stored today, again the tool    05:01:57

 6      has evolved over time.

 7             But I recall that information being

 8      logged at one point in the past.

 9         Q.  (By Mr. Melamed)  Do you know when that

10      information was logged in the capability tool -- or  05:02:09

11      let me rephrase that.

12             Do you know when the capabilities tool

13      stopped logging that information?

14         A.  So it's important to say here that the

15      capability tool doesn't necessarily log that          05:02:31

16      information.  That information is ████████████

        ████████████████████  I recall that that

18      information was displayed in the capability tool

19      starting in -- in -- in 2014 or so.

20             I -- I don't -- I -- I don't know if that     05:02:54

21      information is still displayed in the capability

22      tool, and I would imagine that it is still being

23      logged however.

24         Q.  Do you know where the information is

25      being logged?                                        05:03:09
```

Page 1098

```
 1        A.   It's likely that that information is          05:03:14

 2   being stored in -- ████████████████████

 3   Again, my understanding is that that -- that is the

 4   kind of information that is used to determine

 5   ███████████████████████████████            ████████

     █  ████████████

 7        Q.   And by data warehouse, do you mean

 8   "Hive," or something different?

 9        A.   I'm referring to ██████████████████

     █   ████████████████                            05:03:40

11        Q.   Do you know what ████████████ stores

12   that tracking information?

13        A.   Do I know which -- which table -- sorry,

14   no, I don't have the specific name of the table

15   that may or may not contain that information.       05:04:06

16        Q.   I'm sorry -- if you wanted to know

17   whether such a ██████████████ and, if so

18   ██████████████, who would you ask?

19        A.   I would ask Mr. Molaro in the first

20   instance.                                            05:04:23

21        Q.   And you said that though the capabilities

22   tool did not log that information, it reflected

23   that information starting in 2014; is that right?

24        A.   I recall the capabilities tool reflecting

25   some reflection of ████████████████████ in         05:04:49
```

Page 1099

HIGHLY CONFIDENTIAL

```
1    around 2014.                                    05:04:55

2         Q.   Do you recall the point at which the

3    capabilities tool no ███████████████████████████

     ████████████████████████? I'm sorry, ███████

     █████████████████████████                        05:05:14

6         A.   So my personal involvement with the

7    capability tool ended in around 2015.  And so

8    that's -- the period from 2013 or late 20- -- 2014

9    to '15 is -- is what I'm relying on here for my

10   testimony, so I'm using the phrase "my            05:05:36

11   recollection."

12           As I -- my understanding is that -- it's

13   ████████████████████████████████████████ -- is

14   ██████████████████████  But I -- I can't confirm which

15   table, or whether or not or how that information is  05:05:59

16   represented in the capability tool today.

17        Q.   When you left -- when you stopped using

18   the capabilities tool in your personal capacity as

19   a Facebook employee, was the information regarding

20   whether an █████████████████████████████████      05:06:21

21   ████████  still reflected in the capabilities tool?

22        A.   My -- my recollection is that that

23   information was -- █████████████████████  in the

24   capabilities tool.  And I'm just being accurate on

25   the word here.  My understanding is that it was    05:06:39
```

Page 1100

HIGHLY CONFIDENTIAL

```
 1    ██████████████████████████████              05:06:41

 2         Q.   What does it mean to -- to say a

 3    "███████████████████████

 4         A.   My understanding of -- of how capability

 5    is implemented in the code base is that there is     05:06:56

 6    a -- what's called a ████████████████, which is

 7    a -- a ████████████████████████ and a

 8    capability as to whether or not the app ██████████

 █    ██████████████████, and that's called a ████████████

 █    ████████                                            05:07:18

11              MR. MELAMED:  We can go off the record.

12              THE VIDEOGRAPHER:  Okay.  We're off the

13    record it's 5:07 p.m.

14              (Recess taken.)

15              THE VIDEOGRAPHER:  We are back on the       05:07:56

16    record.  It's 5:21 p.m.

17              (Exhibit 430 was marked for

18    identification by the court reporter and is

19    attached hereto.)

20         Q.   (By Mr. Melamed)  Mr. Cross, I've just     05:21:18

21    marked Exhibit 430.  It is a message discussion

22    between Steven Elia, Scott Mellon, Eddie O'Neil,

23    Drew Lackman, Cathy Huang, Tatyana --

24              SPECIAL MASTER GARRIE:  Guys, I'm ready

25    to roll whenever you guys are.                       05:21:34
```

Page 1101

HIGHLY CONFIDENTIAL

```
1              MR. SCHWING:  We're -- we're underway,      05:21:37

2    Special Master Garrie.  I don't know if you can

3    hear us.  Yeah, we've started.

4              SPECIAL MASTER GARRIE:  Counsel Melamed.

5              MR. MELAMED:  Yup, we're going.  Can you    05:21:49

6    hear?

7              SPECIAL MASTER GARRIE:  Am I talking to

8    myself.

9              THE COURT REPORTER:  Should we go off the

10   record?                                               05:22:01

11             MR. MELAMED:  Yeah, let's go off the

12   record.

13             THE VIDEOGRAPHER:  We're off the record.

14             (Recess taken.)

15             THE VIDEOGRAPHER:  We're back on the         05:22:16

16   record.  It's 5:22 p.m.

17             MR. MELAMED:  So I've just marked

18   Exhibit 430.  It's a message summary.  The date on

19   the document is June 14th, 2018.  It includes

20   Cathy Huang, Steve Elia, Scott Mellon,                05:22:39

21   Eddie O'Neil, Drew Lackman, Cathy Huang -- sorry,

22   if I mentioned her twice.  Tatyana Poturnak and

23   Konstantinos Papamiltiadis.  And it runs from

24   Bates number FB-CA-MDL-02898663 through -8668.

25        Q.   (By Mr. Melamed)  This message summary      05:23:10
```

Page 1102

1    runs chronologically, so from top to bottom.          05:23:12

2          Have you had a chance to look at this

3    document, Mr. Cross?

4          A.   I saw this document in preparation for

5    today, but I would appreciate a few minutes just      05:23:31

6    to -- to refamiliarize myself with it, if that's

7    okay.

8          Q.   Okay.  That's no problem.  I'm going to

9    direct you to a very specific part of it.

10          MR. SCHWING:  You want to tell him, Matt,      05:23:49

11    in advance so as he's reading he can kind of focus

12    on that.  It's up to you.

13          MR. MELAMED:  Thank you, Austin.

14          Q.   (By Mr. Melamed)  I am going to direct

15    your attention to the very bottom of the page         05:23:57

16    ending -8667, to the second to last page.

17          A.   Okay.  Cool.  I appreciate it, Counsel.

18    Thank you.

19          Q.   Thank you.

20          So it seems that in this message              05:24:55

21    Mr. Papamiltiadis is trying to pull together some

22    information, correct?

23          A.   Yeah, I think KP is working with his team

24    to pull some information, yes.

25          Q.   Okay.  And do you know what information   05:25:07

                                                Page 1103

HIGHLY CONFIDENTIAL

1    he's trying to pull together?                          05:25:08

2        A.   I think we understand by -- by reading

3    the -- reading the thread to -- to be able to

4    answer that question.

5             It doesn't -- it doesn't say here            05:25:58

6    precisely what information they're -- they're --

7    they're actually -- or what -- what -- what

8    question they're attempting to answer.  That's --

9    that's not in this document, I don't think.

10       Q.   Can you look at the attachments line on      05:26:09

11   the very first page.  You'll see that there's an

12   attachment here titled "All apps with access to

13   friends_*data 06.14.2018 v2."

14            Does that inform the information -- does

15   that inform you about the information that          05:26:30

16   Mr. Papamiltiadis and his team were attempting to

17   pull together.

18            MR. SCHWING:  Object to form.

19            THE DEPONENT:  It suggests that -- sorry,

20   Austin.                                             05:26:41

21            MR. SCHWING:  Object to form.

22            Go ahead and answer, if you can.

23            THE DEPONENT:  It suggests they may be

24   trying to identify apps with -- with access to

25   friend -- friend data as -- but that -- that could  05:26:49

                                                   Page 1104

| | | |
|---|---|---|
| 1 | be just part of what they're -- they're looking | 05:26:54 |
| 2 | for, for example.  But that -- that -- that's | |
| 3 | indicative of maybe what they were looking for. | |
| 4 | Q.   (By Mr. Melamed)  All right.  If you go | |
| 5 | down to the bottom of the document -8667.  I'm | 05:27:07 |
| 6 | sorry, the bottom of the page -8667. | |
| 7 | A.   Uh-huh. | |
| 8 | Q.   And you see Mr. Papamiltiadis has a link | |
| 9 | to a Quip? | |
| 10 | A.   I see it. | 05:27:25 |
| 11 | Q.   And in that, he appears to describe the | |
| 12 | Quip, correct?  He says three tabs.  "1. device and | |
| 13 | 3p apps with access to friends data.  2. first | |
| 14 | party apps and apps with no admins or info.  3. 3p | |
| 15 | apps with short terms extensions." | 05:27:43 |
| 16 | A.   I see that in the document. | |
| 17 | Q.   Okay.  Do you understand him to be | |
| 18 | referencing that Quip that those -- the description | |
| 19 | of the three tabs.  I'm sorry.  Make it clearer. | |
| 20 | Do you understand Mr. Papamiltiadis' | 05:27:56 |
| 21 | description of the three tabs generally referring | |
| 22 | it to the document "fb.quip url" above that? | |
| 23 | MR. SCHWING:  Object to form. | |
| 24 | THE DEPONENT:  It's likely he was | |
| 25 | referring to that, but I can't be 100 percent. | 05:28:14 |

Page 1105

```
 1        Q.   (By Mr. Melamed)  In re- -- prep- -- in        05:28:16

 2   preparing for today's testimony, did you review the

 3   document at this Quip?

 4        A.   Yes, I had a -- I think I attempted to

 5   access that document, yes.                              05:28:38

 6        Q.   Okay.  Were you able to access that

 7   document?

 8        A.   Yeah, I think I was able to access that

 9   document.

10        Q.   And what was that document?  What           05:28:47

11   information is contained in that document?

12             MR. SCHWING:  Object to form.

13             THE DEPONENT:  My recollection is that

14   that's a -- a list of -- of -- of apps and -- and

15   some information about them.                           05:29:04

16        Q.   (By Mr. Melamed)  What information about

17   them is reflected in that document?

18             MR. SCHWING:  Object to form.

19             THE DEPONENT:  I don't -- I don't recall

20   specifically.  But there's different information on    05:29:18

21   the different tabs.  Sorry, I don't recall

22   precisely the information in that document.

23        Q.   (By Mr. Melamed)  Did the information in

24   that document reflect Mr. Papamiltiadis'

25   description of the three tabs?                         05:29:34
```

Page 1106

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.          05:29:40

 2              THE DEPONENT:  I -- I think I recall

 3     seeing three tabs in -- in that document.  But,

 4     again, I can't be completely sure.

 5         Q.   (By Mr. Melamed)  Do you know -- sorry.  05:29:58

 6              You said you pulled -- you went to

 7     that -- to access that document via Quip; is that

 8     right?

 9         A.   Yes.  I -- I -- I accessed that document

10     via Quip.                                        05:30:18

11              (Exhibit 431 was marked for

12     identification by the court reporter and is

13     attached hereto.)

14              MR. MELAMED:  I just introduced what's

15     been marked as Exhibit 3 -- I'm sorry, 431.      05:31:00

16     Exhibit 431 is a -- is a spreadsheet FB-CA-MDL --

17              SPECIAL MASTER GARRIE:  Where do I

18     find -- where -- I can't find Exhibit 431.  I see

19     Exhibit 428.

20              MR. MELAMED:  I think you're in a        05:31:22

21     different exhibit folder.  There is deposition of

22     Simon Cross 30(b)(6).

23              SPECIAL MASTER GARRIE:  I found it.  I

24     found it.  I found it.  I was looking at it and I

25     clicked a different one.  There's six folder forms. 05:31:31
```

Veritext Legal Solutions
866 299-5127

```
 1    My apologies for interrupting.                    05:31:33

 2              MR. MELAMED:  So Exhibit 431 is a

 3    document with the Bates FB-CA-MDL-02898670.  And it

 4    was attached to the Exhibit 430.

 5         Q.   (By Mr. Melamed)  Do you know if this is   05:31:56

 6    the document you referred -- you reviewed at the

 7    Quip URL that is identified in Exhibit 430 at the

 8    bottom of page -8667?

 9         A.   No, my understanding is that this is a --

10    a different document.                             05:32:18

11         Q.   So this was a -- a document attached to

12    his message string, but is not the document being

13    referred to in that string -- or I'm sorry, in that

14    Quip URL; is that right?

15         A.   My recollection is the document in the   05:32:32

16    Quip is -- is different to this.

17         Q.   For instance, this Excel spreadsheet does

18    not have three tabs, right?

19         A.   This Excel spreadsheet just has one tab.

20         Q.   Did the document you reviewed have three  05:32:47

21    tabs?

22         A.   Again, I think my recollection is that it

23    had three tabs.

24              MR. MELAMED:  So Counsel, I'm going to

25    ask that you produce the document at the Quip that  05:33:03
```

Page 1108

```
 1    Mr. Cross accessed -- I don't -- or identify it, if        05:33:06

 2    it has been produced.  I'll state that I don't

 3    think that it has been.  It's possible I'm

 4    incorrect but we -- we did search.

 5            MR. SCHWING:  Okay.  I mean, I -- I                 05:33:15

 6    don't -- this is the first time this has been

 7    raised, Mr. Melamed.  You identified these

 8    documents, you know, a while ago.  We're happy to

 9    communicate with you about that.  I mean, I would

10    have hoped that we could have done this before the        05:33:28

11    deposition, actually.  But happy to communicate

12    with you about that.

13            MR. MELAMED:  All right.  Thank you for

14    that offer.  There are thousands, and probably tens

15    of thousands of documents that have been produced        05:33:40

16    by Facebook with Quips or --

17            SPECIAL MASTER GARRIE:  All right.

18    Timeout.

19            MR. MELAMED:  -- and have not been

20    produced.  And we've addressed that before.             05:33:49

21            SPECIAL MASTER GARRIE:  We're going to

22    take a timeout here.  And we're going to answer my

23    question instead, which is, are there anymore

24    documents with attachments or exhibits that you're

25    not sure you have from Facebook that are Quip like       05:34:03
```

Page 1109

HIGHLY CONFIDENTIAL

```
 1   this?                                               05:34:08

 2            MR. SCHWING:  For today's deposition you

 3   mean?

 4            SPECIAL MASTER GARRIE:  For today's

 5   deposition.                                         05:34:12

 6            MR. MELAMED:  I -- that's a good

 7   question.  I don't think so.

 8            SPECIAL MASTER GARRIE:  Okay.  I just

 9   want to make sure we get today's deposition done.

10   So in the interest of time, I was going to suggest  05:34:20

11   we take a five-minute break if there were and talk

12   with Counsel Schwing and see if we can quickly

13   rectify that.

14            MR. MELAMED:  If Facebook can produce

15   that document in the next little bit, that would be 05:34:32

16   great.  We can try and ask the questions that I had

17   hoped to ask about.

18            SPECIAL MASTER GARRIE:  Well, when we

19   take our next break and Counsel Loeser goes, maybe

20   if there's time at the end we give them a couple    05:34:44

21   hours, they can find it, great.  If not, I'll leave

22   it to the parties to sort out.

23            Back to you Counsel Melamed.

24            MR. MELAMED:  Thank you.

25                                                       05:34:52
```

Page 1110

HIGHLY CONFIDENTIAL

```
 1    /////                                           05:34:52

 2           (Exhibit 432 was marked for

 3    identification by the court reporter and is

 4    attached hereto.)

 5           MR. MELAMED:  I just introduced what's    05:35:14

 6    been marked as Exhibit 432.  Exhibit 432 is an

 7    Excel spreadsheet.  FB-CA-MDL-02674226.

 8           The metadata associated with the document

 9    indicates that it was created on August 15th, 2018.

10    And the name of it is "20180815_nana" N-A-N-A       05:35:42

11    "ad hoc request_friends permission metadata.xlxs."

12       Q.   (By Mr. Melamed)  While you're reviewing

13    that, I'm downloading it so I can share my screen

14    and we can look at it more effectively.

15           Can you see my screen, Mr. Cross?          05:36:25

16       A.   I can see your screen.

17       Q.   Okay.  Did you review this document in

18    preparation for today's testimony?

19       A.   I have not seen this document before.

20       Q.   Do you know -- let's -- let's go through   05:36:41

21    column by column and see if you can identify the

22    information being reflected in this document.

23           Column A is titled "App ID" and it has a

24    number.

25           Do you understand what's in the            05:36:58
```

```
 1   information in column A?                      05:37:00

 2       A.   My understanding is that would refer to

 3   the Facebook app ID of the given application.

 4       Q.   Okay.  And column B is the "App Name"

 5   that is associated with that App ID; is that right?  05:37:13

 6       A.   That's right.

 7       Q.   Column C indicates "Number of Friends

 8   Permissions."

 9            Do you know what that means?

10       A.   No, I don't know what that means.  It --  05:37:27

11   it -- that could mean a number of different things.

12   So no, given I haven't reviewed this document or --

13   or how it was -- how it was created.  I -- I can't

14   for certain explain what column C represents.

15       Q.   In column D has the indicator "less than  05:37:57

16   100." [as read]

17            Do you know what that means?

18       A.   Again, without -- there's no additional

19   context here, and I haven't seen this document

20   before.  So it's hard for me to explain what I     05:38:12

21   think that -- that column means.

22       Q.   Is the same true for columns E through H?

23       A.   That would be correct.

24            MR. SCHWING:  Mr. Melamed, I don't see

25   this on the list of exhibits that you -- you       05:38:25
```

Page 1112

| | | |
|---|---|---|
| 1 | identified for us in advance of the deposition with | 05:38:28 |
| 2 | respect to topics 2 and 8. | |
| 3 | MR. MELAMED:  I'm happy to look at that | |
| 4 | at a break.  I believe it was identified, but we | |
| 5 | can -- we can check that. | 05:38:42 |
| 6 | MR. SCHWING:  Yeah.  Okay.  I mean, look | |
| 7 | you -- you can go ahead and ask the questions.  I | |
| 8 | just wanted to state for the record I'm looking at | |
| 9 | a June 3rd email, I don't -- don't see that on here | |
| 10 | in terms of the documents you indicated the witness | 05:38:52 |
| 11 | should take a look at for today's deposition.  But | |
| 12 | happy to discuss that with you. | |
| 13 | Q.   (By Mr. Melamed)  Does the title of the | |
| 14 | document which I -- the metadata states is | |
| 15 | friend -- is again, "20180815_nonadhoc | 05:39:10 |
| 16 | request_friends permission metadata.xls -- xlsx," | |
| 17 | indicate anything to you about what this document | |
| 18 | is about? | |
| 19 | A.   Could you read that more slowly for me, | |
| 20 | please.  It's a long -- it's a long string. | 05:39:29 |
| 21 | Q.   Of course. | |
| 22 | So the first part of it is 20180815.  And | |
| 23 | I will tell you that that appears to reflect the | |
| 24 | date created metadata which is August 15th, 2018. | |
| 25 | And there's an underscore that's Nana, N-A-N-A, | 05:39:47 |

Page 1113

```
 1    ad hoc request_friends permission metadata.          05:39:53

 2         Does that help you understand the

 3    information that's being reflected in this

 4    document?

 5         A.   So thank you for reading it more slowly.    05:40:14

 6    I mean, it -- it suggests something to do with

 7    friend permissions and I -- I see the column here,

 8    the column C "Number of Friend Permissions," but it

 9    doesn't have much more context than that.

10         Q.   Are you familiar with the app "This is      05:40:36

11    Your Digital Life"?

12         A.   I have heard of the -- of the app -- This

13    is Your Digital Life.

14         Q.   And what is your understanding -- in what

15    context have you heard of the app, This is Your       05:40:49

16    Digital Life?

17         A.   I've heard of that in the context of

18    Cambridge Analytica.

19         Q.   If you go to line 28,122 in this

20    document, do you see that column B "App Name"         05:41:08

21    reflects "thisisyourdigitallife"?

22         A.   I see that on the screen.

23         Q.   And do you see that the "Number of

24    Friends Permissions" in this document associated

25    with This is Your Digital Life is five?              05:41:25
```

HIGHLY CONFIDENTIAL

```
 1        A.    Again, I see that in the -- in the         05:41:31

 2   document.

 3        Q.    Do you know how many times Facebook users

 4   downloaded This is Your Digital Life?  Let me

 5   restate that.                                         05:41:44

 6              Do you know how many Facebook users

 7   signed in to This is Your Digital Life?

 8              MR. SCHWING:  Object to scope.  Object to

 9   the form of the question.

10              And, again, I think this was not an        05:41:54

11   exhibit that was identified in June 3rd, email.

12              THE DEPONENT:  I'm not aware of the

13   number of people that have -- what was your phrase,

14   sorry.

15        Q.    (By Mr. Melamed)  Number of Facebook       05:42:13

16   users who logged in to This is Your Digital Life?

17        A.    I'm -- I'm not aware of the number of

18   Facebook users who logged in to This is Your

19   Digital Life.

20        Q.    I'll -- I'll represent to you that         05:42:23

21   Facebook publicly reported approximately 270,000

22   Facebook users logged in to This is Your Digital

23   Life.

24              Does that sound accurate to you?  Do you

25   have any reason to doubt that?                        05:42:39
```

Page 1115

```
 1              MR. SCHWING:  Object to the form.  It's        05:42:40

 2    outside the scope of the deposition.

 3              THE DEPONENT:  I have no reason to doubt

 4    what you're saying.  But, again, I -- I don't

 5    recall those numbers.                               05:42:53

 6         Q.   (By Mr. Melamed)  Okay.  I'm just trying

 7    to establish background that would help you

 8    potentially testify regarding the tracking

 9    information in this.  So if that's not helpful,

10    that's okay.  And we can move on.                   05:43:14

11              (Exhibit 433 was marked for

12    identification by the court reporter and is

13    attached hereto.)

14              MR. MELAMED:  I just identified what's

15    been marked as Exhibit 433.  It is an email string  05:44:43

16    that's Bates No. FB-CA-MDL-01952426 to -52427.  The

17    last in time is from Dan Rose to Ime Archibong and

18    Francisco Varela dated June 22nd, 2018.  The

19    subject "Re: V1 extensions."

20         Q.   (By Mr. Melamed)  Did you review this     05:45:26

21    email string in preparation for today's testimony?

22         A.   Yes, I looked at this document in

23    preparation for today.

24              (Discussion off the stenographic record.)

25         Q.   (By Mr. Melamed)  Okay.  Is this -- I'm   05:46:21
```

Page 1116

```
 1    sharing my screen now, and I'm on the page ending      05:46:25

 2    -427.  The first in time email is from Dan Rose to

 3    Ime Archibong and Francisco Varela saying -- and

 4    the subject is "V1 extensions" saying ████████████

      ████████████████████████████████████          ████████████

      ████████████████████████████████████

 7            And Mr. Varela responds ████████████████████

      ████████████████████████          for 'source of truth'

 9    on what apps had ██████████████████████  with

10    ██████████████████████████████  after                  05:47:00

11    May 2015."

12            What does "source of truth" mean in this

13    context.

14            MR. SCHWING:  Object to form.

15            THE DEPONENT:  Sorry, this is a document         05:47:19

16    written by Mr. Varela several years ago and source

17    of truth, might mean different things in different

18    context.  So I can't give a canonical definition of

19    that.  We would have to ask Mr. Varela.

20            My understanding is that this is a group         05:47:39

21    of people pulling together to try and get a

22    complete understanding of which apps had access to

23    API.

24        Q.   (By Mr. Melamed)  Right.

25            So your testimony today in part concerns         05:48:02
```

Page 1117

```
 1    tracking information that Facebook provided to        05:48:08

 2    third parties, right, or you understand that to be

 3    part of the testimony you're offering, correct?

 4        A.   If I remember the -- the topics

 5    correctly, then yes, I think that's fine.           05:48:28

 6        Q.   So I'm looking at this document and

 7    asking questions about it to try and determine how

 8    Facebook tracked at this -- the point in time when

 9    this document was created ██████████████████

      ████████████with ████████████████████            05:48:46

11    ████ after 2015.

12        So Mr. Varela -- and how do you pronounce

13    his last name so I get it correct.

14        A.   I think it's "Varela."

15        Q.   Thank you.                                05:49:10

16        Mr. Varela indicates that Eddie O'Neil

17    pulled data the week before this email is written

18    to try to pull together a source of truth on what

19    apps had ██████████████████ with ██████████

      ████████████████████████ after May 2015.          05:49:29

21        Do you see that?

22        MR. SCHWING:  Object to form.

23        THE DEPONENT:  I see that.

24        Q.   (By Mr. Melamed)  What tools on or around

25    June 2018 did Facebook use to track which apps had  05:49:55
```

Page 1118

```
 1   ███████████████████████  after May 2015?          05:50:00

 2       A.   So -- so my understanding is that there

 3   were -- in terms of ████████████████████████████

 4   to what we've talked about the -- ███████████

 5      ██████  and so on, and then my understanding in   05:50:36

 6   order to pull this together one of the sources

 7   would have been the capability tool.

 8             Another source would have been the

 9   gatekeeper tool.  And my understanding is that's --

10   those are two of the tools.                          05:50:55

11             I think the third one would have been

12   potentially included is a tool called site bar.

13       Q.   What is the gatekeeper tool?

14       A.   The gatekeeper tool is a tool inside

15   Facebook which is used to ████████████████████████   05:51:20

16   ██████████████████████████████████

17       Q.   How does the gatekeeper tool differ from

18   the capabilities tool?

19       A.   Gatekeeper and capabilities are different

20   tools.                                               05:51:40

21       Q.   So what is -- what does -- can you

22   explain the differences between them, please.

23             MR. SCHWING:  Object to form.

24             THE DEPONENT:  The capability tool is --

25   is ██████████████████████████████████████████       05:51:54
```

                                          Page 1119

HIGHLY CONFIDENTIAL

1   ██████████████████████████                                    05:52:01

2         The capability tool is used -- sorry, the

3   gatekeeper tool is used at Meta to gain ████████████

█   ████████████████████████████████████████

█   ████████████████████                                          05:52:18

6         Q.   (By Mr. Melamed)  Does the gatekeeper

7   tool include information about apps access to APIs?

8         A.   To -- does it today, the capability -- my

9   understanding is the gatekeeper tool ████████

█   ████████████████████████████████████████             05:52:55

11  ████████████████████

12        Q.   Did the gatekeeper tool have information

13  regarding apps access to APIs as of June 2018?

14        A.   My understanding is that there██████████

█   ████████████████████████████████████████             05:53:21

16  ██████████████████ gatekeeper tool in 2018.

17        Q.   Did those features include access to

18  Graph version 1.0 API?

19        A.   Exactly what was gated by which tool

20  has -- has -- has changed over time.  And so I       05:53:49

21  can't be exactly certain of exactly what was being

22  gated by that -- by the gatekeeper tool in -- in,

23  at the time you're referencing.

24        So hard for -- hard for me to give a

25  precise answer on the fly.                           05:54:07

                                                         Page 1120

```
 1          Q.   So the context of what I'm asking is, I'm       05:54:09

 2    trying to determine -- you had mentioned that

 3    Mr. O'Neil had likely used the capabilities tool

 4    and gatekeeper tool and something else we haven't

 5    yet discussed called site bar, to identify the apps   05:54:19

 6    as of June 2018 that had ████████████████████

      ███████████ with ███████████████████████

 8    after May 2015.

 9          Did I understand -- am I correctly

10    summarizing what you said?                             05:54:45

11          A.   My understanding is that those were the

12    tools that this team likely were -- were looking

13    into, yes.

14          Q.   All right.  Does Facebook still have the

15    information that was in the gatekeeper tool as of      05:55:06

16    June 2018?

17          MR. SCHWING:  Object to form.  Outside

18    the scope.

19          THE DEPONENT:  My understanding is that

20    there -- there was an effort undertaken to --          05:55:20

21    sorry.  I -- I'm not familiar with the -- the --

22    the details of the -- the logging which is kept

23    about the gatekeeper tool and exactly what is --

24    what is still stored today.

25          Q.   (By Mr. Melamed)  Does the gatekeeper       05:55:42
```

                                              Page 1121

HIGHLY CONFIDENTIAL

```
 1   tool still exist today at Facebook?                05:55:43

 2        A.   The gatekeepers tool still exists at

 3   Facebook.

 4        Q.   And it contains information about apps

 5   that are on Facebook's platform?                   05:55:55

 6        A.   My understanding is that the capabilities

 7   tool is -- is the source of truth ███████████████

     ████████████████████████ and the apps ███████████

     ████████████████████

10        Q.   What is the difference between a private  05:56:23

11   API and a capability?

12        A.   A capability refers to a -- a specific

13   mechanism of -- of gating behavior or change --

14   sorry.  Let me start again.

15             A capability refers to a specific         05:56:40

16   mechanism for modifying platform API behavior for

17   specific apps.

18             The private app, as a general term would

19   refer to a -- a mechanism of accessing information

20   which is not available, not generally available.   05:57:00

21        Q.   Are all capabilities subsumed within the

22   definition of private APIs?

23             MR. SCHWING:  Object to form.

24             THE DEPONENT:  Sorry, help -- help me

25   understand.  Let me get this the right way around  05:57:18
```

Page 1122

HIGHLY CONFIDENTIAL

```
 1    that's -- yes, can you -- can you clarify your          05:57:21

 2    question.

 3         Q.   (By Mr. Melamed)  I'm just trying to

 4    understand what clearly the -- the extent to which

 5    something that is a capability is also a private        05:57:30

 6    API and when they are not.  And I thought I

 7    understood you to say that the capabilities are a

 8    more specific type of dating mechanism than private

 9    APIs, but I may have misunderstood what you said.

10            So I'm just trying to understand where --       05:57:51

11    if they are the same, if -- or if some capabilities

12    are also private APIs and where they are different,

13    what is the basis for the difference?

14         A.   So the capabilities are a way of

15    modifying API behavior in some way for specific        05:58:07

16    apps.  The precise behaviors which a capability

17    modifies are quite wide ranging.  Sorry -- quite --

18    quite wide ranging.  It's -- it -- it would be

19    reasonable to frame that if a private API exists or

20    -- or then it would be gated by a capability today.    05:58:39

21         Q.   All private APIs presently are

22    capabilities.

23            Is that an accurate statement?

24         A.   No, that's not --

25            MR. SCHWING:  Objection.                        05:58:56
```

Page 1123

| | | |
|---|---|---|
| 1 | THE DEPONENT:  Sorry, Austin. | 05:58:57 |
| 2 | MR. SCHWING:  Object to form. | |
| 3 | Go ahead and answer, if you can, | |
| 4 | Mr. Cross. | |
| 5 | Q.   (By Mr. Melamed)  Yeah, I thought that's | 05:59:01 |
| 6 | what you just testified.  I'm really not trying to | |
| 7 | trick you.  I'm just trying to get an understanding | |
| 8 | of the relationship between these two -- between | |
| 9 | private APIs and capability? | |
| 10 | A.   So a capability modifies the API behavior | 05:59:14 |
| 11 | in some way.  One of the things that a capability | |
| 12 | could do is -- is grant an app access to additional | |
| 13 | information, but it could also do many other | |
| 14 | things. | |
| 15 | So there's -- there's not a direct | 05:59:38 |
| 16 | relationship between capabilities which is a | |
| 17 | specific mechanism of -- of controlling access or | |
| 18 | controlling API behavior changes and -- and the -- | |
| 19 | the phrase private API which -- which indeed might | |
| 20 | mean different things in different context. | 05:59:54 |
| 21 | Q.   Am I right to recall that -- that your | |
| 22 | testimony the gatekeeper tool ███████████████ | |
| | ██  ███████████████ | |
| 24 | A.   I'm not sure that's -- I'm not sure | |
| 25 | that's completely accurate, no.  The gatekeeper | 06:00:21 |

Page 1124

HIGHLY CONFIDENTIAL

```
 1    tool is a -- a ████████████████████████          06:00:25

 2    ████████████████          In that sense it's similar to

 3    the capability tool.

 4          My understanding is that -- there were

 5    some gatekeepers, as they're called, which -- the   06:00:43

 6    way they worked ██████████████████████████████

 █    ████████████████████████████

 8          Q.   What type of additional information are

 9    you talking about?

10          A.   It depends on the specific gatekeeper and  06:01:07

11    the exact functionality that that gatekeeper was

12    designed to modify.

13          Q.   Would gatekeepers have ever been designed

14    to modify access to user information?

15          A.   Sorry, that's -- that's a very broad        06:01:30

16    question, as in gatekeeper is widely used at

17    Facebook for a number of preferences.

18          Can you be more specific in the context

19    you mean?

20          Q.   I'm just trying to understand what          06:01:40

21    information is reflected in the gatekeeper tool.

22          A.   So the information reflected in the -- in

23    the gatekeeper tool would be a gatekeeper which is

24    a -- a specific -- which is a specific thing.

25    And -- and then the gatekeeper tool ████████████     06:02:08
```

Page 1125

```
 1   which entities that ██████████████████.        06:02:17

 2       Q.   Did gatekeeper ever identify entities

 3   that passed or failed -- let me withdraw and

 4   restate it.  I'm trying to use your language.  I'm

 5   not quite sure I understand it.                 06:02:53

 6            Did the gatekeeper tool ever identify

 7   apps that ██████████████████████████

     ██████████████████████████████████?

 9            MR. SCHWING:  Object to form.

10            THE DEPONENT:  So my understanding is   06:03:33

11   that there were at times or was at -- at one time a

12   gatekeeper █████████████████████████████

     ████████████   And -- and that was a -- one of the

14   things in -- in gatekeeper.

15       Q.   (By Mr. Melamed)  Is the information    06:04:00

16   about which apps were ███████████████████

     ██████████████████ --████████████████████

18   still present in the gatekeeper tool?

19       A.   My understanding is -- the effort was

20   undertaken to migrate that information from the   06:04:22

21   gatekeeper tool into the capability tool.  And so

22   my understanding is the capability tool is -- is

23   reflective of that information.

24       Q.   Is -- when was the gatekeeper tool last

25   used to reflect information about which apps were  06:04:39
```

Page 1126

HIGHLY CONFIDENTIAL

1   ████████████████████████████████        06:04:46

2   ██████████████

3           MR. SCHWING:  Object to form.

4           THE DEPONENT:  And so the -- the

5   migrate -- a range of migrations happened from --    06:05:03

6   the gatekeeping tool into the -- into the

7   capability tool.  That -- that happened over a

8   period of time.  I think there were some migrations

9   that took place in 2014.  And some more migrations

10  that took place in 2018 and 2019.                    06:05:25

11      Q.   (By Mr. Melamed)  Is it your

12  understanding that the capabilities tool has

13  entries reflecting the apps that ████████████████

██  ██████████████████████████████████

15      A.   My understanding is that the capability   06:05:54

16  tool is reflective of Facebook's best understanding

17  of -- of API gating mechanisms.

18      Q.   When we discussed the capability tool, it

19  was on an individual API basis and not a, for

20  instance, Graph API basis, do you -- is that         06:06:16

21  accurate?

22          MR. SCHWING:  Object to form.

23          THE DEPONENT:  No, that's -- that's not

24  accurate.  What we discussed was capabilities in

25  the capability tool.                                 06:06:29

                                        Page 1127

```
1         Q.   (By Mr. Melamed)  Is there a capability      06:06:35

2    in the capability tool reflective of an apps

3    ████████████████████████████████████?

4              MR. SCHWING:  Object to form.

5              THE DEPONENT:  My understanding is that      06:06:54

6    there are capabilities ██████████████████████

     ███████████████████████████████████████.

8         Q.   (By Mr. Melamed)  Right.

9              So let's -- let's use an example.  There

10   were a series of APIs deprecated from Graph 1.0,       06:07:14

11   when Graph version 2.0 was introduced, right?

12        A.   There are a number of changes between API

13   version 1 and API version 2.

14        Q.   And some of those changes involved

15   deprecations of certain APIs, right, such as           06:07:37

16   friends permissions and read stream?

17        A.   Let's -- let's be clear the friends

18   permissions are not APIs.  They're -- they're

19   permissions.  And so these -- these -- these

20   details are -- I think are important in the            06:07:54

21   context.

22        Q.   So the deprecations can return the

23   friends_*APIs, correct?

24        A.   No, the -- the friends_* refers to -- to

25   a set of permissions not -- not APIs.                  06:08:13
```

Page 1128

HIGHLY CONFIDENTIAL

1      Q.    Can you identify one API associated with        06:08:17

2    the friends_*permission?

3      A.    So an API to get the users likes, for

4    example, is -- is an API and what's returned by the

5    API is -- is controlled by permissions.                 06:08:42

6      Q.    Is the read stream an API?

7      A.    Do you mean -- no.  Read_stream is what

8    you're referring to is read_stream that -- that --

9    in that form it refers to specifically a

10   permission, I understand.                               06:09:06

11     Q.    When Facebook deprecated Graph 1.0 API,

12   that deprecation included a series of APIs within

13   that, right?  So Graph 1.0 was kind of the big

14   picture and it involved a collection of APIs, some

15   of which were deprecated when it deprecated the 1.0     06:09:41

16   and went to 2.0; is that correct?

17           MR. SCHWING:  Object to the form.

18           THE DEPONENT:  There are a large number

19   of changes between, you know, several changes

20   between version 1 and version 2.  There were some       06:10:00

21   permissions which were no longer available in

22   version 1 -- sorry in version 2.  There were some

23   changes to the underlying API methods as well, if I

24   recall.  I don't remember the detail.

25     Q.    (By Mr. Melamed)  Okay.  So let's talk           06:10:20

Page 1129

```
 1    about the read stream permission.              06:10:22

 2          Do you recall that the read stream

 3    permission was deprecated when Graph version 2.0

 4    was introduced?

 5      A.   The read stream permission was a -- I     06:10:34

 6    think included in API version 2.  So it -- it

 7    wasn't deprecated in API version 2.0 as I said.

 8      Q.   What about "friends_religion_politics,"

 9    is that something you recall being deprecated in

10    version 2.0?                                    06:10:55

11      A.   My understanding is that the -- the

12    version 2.0 behavior for standard apps did not

13    include different permissions, which that one was.

14      Q.   Okay.  And so the capabilities role

15    breaks out by ███████████████████████ which     06:11:18

16    ███████████████████████████ -- ███████████████

17    on those ███████████████ is that right?

18          MR. SCHWING:  Object to form.

19          THE DEPONENT:  I don't recall the

20    capabilities tool ██████████████████████        06:11:39

21    ████████████████████████████████ that apps

22    would necessarily ████████████████.

23      Q.   (By Mr. Melamed)  We -- we talked about a

24    hypothetical where I asked what we would do using

25    the documents Facebook had produced reflecting the   06:12:01
```

Page 1130

HIGHLY CONFIDENTIAL

```
 1    capability tool to identify which apps have a --        06:12:02

 2    were granted capabilities with respect to

 3    friends_religion_politics.

 4            Do you remember that?

 5        A.   I don't think we were talking about           06:12:18

 6    the -- friends_religion_politics in relation to the

 7    -- the Capability tables earlier.

 8        Q.   Does the capability tool reflect whether

 9    ██████████████████████████████████████████████

      ██████████████████████████████████████████?        06:12:42

11            MR. SCHWING:  Object to form.

12            THE DEPONENT:  In determining whether or

13    not an -- an app had -- first of all, there's a

14    number of features in API version 1.  In these

15    versions -- these APIs are not distinct things.      06:13:12

16    They're the same Graph API with behaviors applied.

17            My understanding is that there is a

18    capability ███████████████████████████████████

      ███████████ and precise behavior of that capability

20    changed over time.                                    06:13:48

21        Q.   (By Mr. Melamed)  Is your understanding

22    of "that capability" that it ██████████████████████

      █████████████████████████████       Do you remember --

24    was -- provided -- provided by capability?

25        A.   Which APIs or which API versions, my         06:14:12
```

HIGHLY CONFIDENTIAL

1   understanding is ███████████████████████                      06:14:16

2   to via that capability depended on a number of

3   factors, including the -- the time in which that

4   was the case.

5       Q.   I don't think I'm -- my question is clear    06:14:38

6   or I'm asking it correctly.

7           Is -- does the capability tool -- putting

8   aside the reason that an app would have been

9   prevented -- █████████████████████████

    ███  ████████████████████████                          06:14:58

11          Where did Facebook identify the

12  developers that could continue to access Graph 1.0

13  API after it was deprecated?

14          MR. SCHWING:   Object to form.

15          THE DEPONENT:   So the ████████████   as        06:15:27

16  I understand it, is -- is -- contains one way of

17  identifying that.

18          And the ████████████   at the time, was

19  another mechanism in which some apps were included.

20          And so my understanding is -- is now that       06:15:47

21  all of the information is contained in the -- in

22  the █████████

23      Q.   (By Mr. Melamed)   Is it your

24  understanding that all of the historical

25  information from the gatekeeper tool is now in the     06:15:58

                                            Page 1132

HIGHLY CONFIDENTIAL

```
 1    capabilities tool?                                    06:16:01

 2         A.   My understanding is that informa- --

 3    sorry, Austin.

 4              MR. SCHWING:  Object -- object to form.

 5              Go ahead.                                    06:16:09

 6              THE DEPONENT:  My understanding is that

 7    the information in the capability tool has been

 8    backfilled to the best of Facebook's ability.

 9         Q.   (By Mr. Melamed)  Does -- what do you

10    mean "the best of Facebook's ability"?                06:16:28

11         A.   My understanding is the -- when the

12    ██████████████████████████  that involved ██

13    ██████████████████████████, that

14    information about those ████████████████████

15    the capability tool.                                  06:16:53

16         Q.   Does the gatekeeper tool still exist at

17    Facebook?

18         A.   Yes, the gatekeeper tool still exists at

19    Facebook.

20         Q.   What is it presently used for?              06:17:12

21              MR. SCHWING:  Object to form.

22              THE DEPONENT:  The gatekeeper tool is a

23    common way that teams at Facebook ████████████

██    ████████████████████████████████████████████

25    ████████████                                          06:17:35

                                                  Page 1133
```

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Melamed)  Do you know how far        06:17:35

 2   back the information in the gatekeeper tool goes?

 3             MR. SCHWING:  Outside the scope.

 4             Go ahead.

 5             THE DEPONENT:  Yeah, I'm -- I'm not an        06:17:55

 6   expert in the -- the data retention policies of

 7   the -- of the gatekeeper tools, so I'm afraid I

 8   don't have an answer for that question.

 9        Q.   (By Mr. Melamed)  Okay.  I'm not --

10   I'm -- I understand you're not an expert on that.     06:18:07

11   And I'm just trying to determine if this is

12   something that we are going to want to ask for that

13   has not been produced in the case.  I'm trying to

14   understand the type of information it contains.

15   How that type -- how that information differs, if     06:18:17

16   at all, from the capabilities tool, and whether it

17   still exists in the gatekeeper tool.

18             Do you have any idea how far back the

19   data in gatekeeper tool goes?  And not as an -- not

20   as an expert -- not as the witness for Facebook.     06:18:34

21             You individually as you sit here, do you

22   have any rough idea how far back the information

23   goes?

24        A.   I'm not aware of the data retention

25   policies in the gatekeeper tool or what -- what is   06:18:49
```

Page 1134

 1    stored.                                                    06:18:52

 2        Q.   Is there an individual -- I'm sorry?  I

 3    didn't mean to cut you off.

 4        A.   Sorry, I was -- just going to say, no,

 5    I'm not aware of the -- the data retention policies        06:19:04

 6    of the -- of the information in the gatekeeper

 7    tool.

 8        Q.   If you were to want to understand more

 9    about the specific type of information in the

10    gatekeeper tool as it presently exists, who would          06:19:20

11    you ask at Facebook?

12             MR. SCHWING:  Object to form.

13             THE DEPONENT:  I would speak to

14    Mr. Molaro in the first instance.

15             SPECIAL MASTER GARRIE:  Counsel Melamed,          06:19:35

16    I'm going to encourage you to go to the next topic

17    since it's -- he's not an expert on it and has no

18    personal knowledge of it.  And so on and so forth.

19             MR. MELAMED:  Okay.  Understood.  I -- I

20    was trying to understand the way in which Facebook         06:19:49

21    tracks data.

22             SPECIAL MASTER GARRIE:  Counsel Schwing.

23             MR. MELAMED:  I'm sorry.

24             SPECIAL MASTER GARRIE:  Counsel Schwing,

25    can you identify for plaintiff somebody who is the         06:19:59

                                                     Page 1135

HIGHLY CONFIDENTIAL

```
 1    system or project or product manager of gatekeeper      06:20:01

 2    internal to Facebook, and have that dialogue

 3    offline, please, with Counsel Melamed; and

 4    determine if it A, is reasonable; B, is responsive

 5    and C, is appropriate.                                  06:20:13

 6           But, at a minimum, provide further

 7    context so we can keep today as going forward.  If

 8    appropriate.  If you disagree so be it but...

 9           MR. SCHWING:  Yeah, I -- I -- I believe

10    Mr. Cross has testified that the capabilities tool      06:20:28

11    that the gatekeeper information in the capabilities

12    tool has been migrated -- I'm sorry, in the

13    gatekeeper tools are migrated in the capabilities

14    tool.  But I'm happy to discuss that offline, and I

15    agree with moving -- moving along in the                06:20:42

16    deposition.

17           SPECIAL MASTER GARRIE:  Okay.  Thank you.

18           MR. MELAMED:  Thank you.  And can I just

19    extend that that request to include the site bar

20    tool as well.                                           06:20:50

21           MR. SCHWING:  We're happy to meet and

22    confer with you, Matt.

23           MR. MELAMED:  Okay.  Just -- just for the

24    record noted that Mr. Cross identified the site bar

25    tool as another source of information in June 2018      06:21:04
```

Page 1136

```
1    to pull together ████████████████████      06:21:10

2    ████████████████████████████ with

3    ██████████████████████ after 2015.

4    That's the purpose I'm asking for it.  And I

5    understand -- I'm happy to talk to you about that    06:21:23

6    offline.

7            SPECIAL MASTER GARRIE:  Just because --

8    just let me weigh in here, so we heard that.  I

9    just want to set -- level set here.  If the

10   information exists in one source, and it is    06:21:32

11   accessible and provided it's not necessary that all

12   sources need to be searched.

13           So I just want to keep that in mind,

14   Counsel Schwing.  So before you go down the rabbit

15   hole, maybe first find out how the systems work    06:21:45

16   together and what data is in which, so that way we

17   don't have a lot of conversation about something

18   that may be encapsulated in something you've

19   already engaged with.  So just meet and confer.

20   And work that out.    06:21:58

21           But more importantly, let's keep on point

22   with Mr. Cross, Mr. Melamed -- or Counsel Melamed

23   and Counsel Schwing, and move to next topic.  And

24   this is noted on the record and we'll keep it

25   going.    06:22:09
```

Page 1137

```
 1              MR. SCHWING:  Thank you.                06:22:10

 2              MR. MELAMED:  Thank you.

 3              Why don't we take a five-minute break.

 4              MR. SCHWING:  Okay.

 5              THE VIDEOGRAPHER:  Okay.  We're off the   06:22:17

 6    record.  It's 6:22 p.m.

 7              (Recess taken.)

 8              THE VIDEOGRAPHER:  We're back on the

 9    record.  It's 6:38 p.m.

10              MR. MELAMED:  So thank you for your      06:38:16

11    testimony, Mr. Cross, on topics 2 -- on behalf of

12    plaintiffs, we think we're going to need additional

13    testimony from a Facebook designee about some

14    questions you were unable to provide answers to.

15    But we'll deal with that off the record.  I just    06:38:32

16    want to establish that on the record.

17              Otherwise thank you for your time.  And I

18    understand that Mr. Loeser is going to return for

19    some follow-up questioning regarding topics 6 and

20    7 after a short break, or after a break.            06:38:48

21              MR. SCHWING:  I -- I -- this is not the

22    time or place to argue.  So we can talk about that

23    off -- offline.  Matt, we had four days of -- of,

24    you know, five days almost now testimony and we

25    will meet and confer with you about that, and,      06:39:08
```

Page 1138

```
 1    you know, and try to work through the issues.  And       06:39:11

 2    as necessary and appropriate work with the

 3    Special Master, and I'm happy to talk to you about

 4    that.

 5            MR. MELAMED:  Thank you.                          06:39:21

 6            We can go off the record.

 7            (Discussion off the stenographic record.)

 8            THE VIDEOGRAPHER:  We're off the record.

 9    It's 6:40 p.m.

10            (Recess taken.)                                   06:40:21

11            THE VIDEOGRAPHER:  We're back on the

12    record.  It's 7:29 p.m.

13                        EXAMINATION

14    BY MR. LOESER:

15        Q.   It is still good morning for me,                07:37:08

16    Mr. Cross, but it's good evening for you.

17            And I have some questions.  Hopefully it

18    won't take too long so we'll jump in and get

19    started.

20            Are you able to continue testifying now?         07:37:26

21        A.   Yeah, let's keep going.

22        Q.   Okay.  Mr. Cross, in 2018 after --

23            MR. SCHWING:  I'm sorry to interrupt you,

24    Mr. Loeser, it's just before we -- we can either do

25    this now or later.  Before the -- the testimony        07:37:41
```

Page 1139

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | started back up, I indicated that Mr. Cross wanted | 07:37:44 |
| 2 | to clarify something in his testimony.  I'll leave | |
| 3 | it to you as to whether or not you want to do that | |
| 4 | now or in a little bit. | |
| 5 | MR. LOESER:  If it's okay with you, I'm | 07:37:55 |
| 6 | fine if you want to just ask him for his | |
| 7 | clarification on -- on a redirect type basis.  That | |
| 8 | I think probably works best for the record.  If | |
| 9 | that works for you. | |
| 10 | MR. SCHWING:  Sure.  That's fine.  Thank | 07:38:08 |
| 11 | you. | |
| 12 | Q.  (By Mr. Loeser)  Mr. Cross, in 2018 after | |
| 13 | the Cambridge Analytica scandal broke, Facebook | |
| 14 | received negative press about its data sharing | |
| 15 | practices with apps and partners, correct? | 07:38:20 |
| 16 | MR. SCHWING:  Outside the scope.  Object | |
| 17 | to form. | |
| 18 | THE DEPONENT:  I recall a number of | |
| 19 | articles about Cambridge Analytica. | |
| 20 | Q.  (By Mr. Loeser)  And were any of those | 07:38:36 |
| 21 | articles -- would you consider any of those | |
| 22 | articles as having been negative press about | |
| 23 | Facebook's data sharing practices? | |
| 24 | MR. SCHWING:  Same objections. | |
| 25 | THE DEPONENT:  I recall concerns being | 07:38:52 |

Page 1140

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | raised in -- in the media regarding -- regarding | 07:38:54 |
| 2 | the Cambridge Analytica situation, yes. | |
| 3 | Q.   (By Mr. Loeser)  And Mr. Cross, after the | |
| 4 | Cambridge Analytica scandal broke, Facebook sought | |
| 5 | to sort out and identify which apps and partners | 07:39:07 |
| 6 | continued to have access to friends data through | |
| 7 | whitelist; is that correct? | |
| 8 | MR. SCHWING:  Object to form. | |
| 9 | THE DEPONENT:  After Cambridge Analytica | |
| 10 | the company -- the company undertook a number of | 07:39:24 |
| 11 | efforts to -- to understand and identify | |
| 12 | applications that had access to information. | |
| 13 | Q.   (By Mr. Loeser)  And sir, that | |
| 14 | investigation looked specifically into applications | |
| 15 | that had access to information through whitelists, | 07:39:43 |
| 16 | right? | |
| 17 | MR. SCHWING:  Outside the scope. | |
| 18 | THE DEPONENT:  My understanding is that | |
| 19 | the -- the work that was done included looking at | |
| 20 | the whitelists.  But it also included other | 07:40:01 |
| 21 | areas -- areas of inquiry too. | |
| 22 | Q.   (By Mr. Loeser)  And, Mr. Cross, isn't it | |
| 23 | the case that Facebook struggled to identify all of | |
| 24 | the apps and partners that had access to friends | |
| 25 | data through whitelist? | 07:40:17 |

Page 1141

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Vague.                    07:40:20

 2            THE DEPONENT:  The team working on

 3     this -- this work faced -- faced a number of

 4     challenges in pulling together a complete

 5     understanding.  And they -- they worked hard to do   07:40:37

 6     so.

 7        Q.   (By Mr. Loeser)  And Mr. Cross, what were

 8     the challenges that the team investigating

 9     whitelists and specifically whitelists that

10     provided access to friends database?            07:40:51

11            MR. SCHWING:  Object to form.  Outside

12     the scope.

13            THE DEPONENT:  So I wasn't -- I wasn't

14     there at the time, I'm afraid.  But -- sorry.  It's

15     hard to comment precisely on all of the challenges   07:41:10

16     that -- that were faced at the time.

17        Q.   (By Mr. Loeser)  Mr. Cross, can you

18     testify as to any of the challenges that were faced

19     at the time?

20        A.   So there were a number of different     07:41:30

21     whitelists in place, and different mechanisms for

22     API access.  And the team had to pull together

23     to -- and did, in order to like fully understand

24     API access at the time.

25        Q.   And, Mr. Cross, was one of the challenges   07:41:58
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
1    faced by the team trying to identify all of the        07:42:03

2    apps and parties that were whitelisted, the result

3    of how records were kept at Facebook of

4    whitelisting?

5          MR. SCHWING:  Object to form.                     07:42:17

6          THE DEPONENT:  I can't say whether or not

7    that's the -- the challenges that the -- that the

8    team involved were -- were working through.

9      Q.  (By Mr. Loeser)  Was there one place

10   or -- or one source of information that the team       07:42:37

11   could look for to identify all of the whitelists

12   that provided access to friend data?

13     A.   My understanding is the team had to look

14   at -- at a few sources of information, and they did

15   so in order to pull together some understanding.       07:42:59

16     Q.   Was there more than one group or team

17   that could make the decision to whitelist apps and

18   partners?

19          MR. SCHWING:  Object to form.

20          THE DEPONENT:  Can you help me                   07:43:19

21   understand, what do you understand by whitelist and

22   partners in what context?

23     Q.   (By Mr. Loeser)  In the context of the

24   discussion we're having now about providing access

25   to friend data.                                        07:43:30
```

Page 1143

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.              07:43:35

 2              THE DEPONENT:  So there were different

 3     teams involved in managing access, the -- the

 4     migration of the APIs in 2014 and 2015.  And so

 5     it's possible the number of people involved.          07:43:58

 6         Q.   (By Mr. Loeser)  What -- what were the

 7     different teams?

 8              MR. SCHWING:  Object to form.  Outside

 9     the scope.

10              THE DEPONENT:  My understanding is there    07:44:13

11     were several teams involved, the platform

12     partnerships team, for example, and we have all

13     partnerships teams, so those were two examples of

14     teams that would have been involved.

15         Q.   (By Mr. Loeser)  And are those teams that   07:44:32

16     had the authority to whitelist an app or a partner

17     to have continued access to friend data?

18              MR. SCHWING:  Object to form.

19              THE DEPONENT:  Can you be specific about

20     the -- the time period you're talking about.         07:44:47

21         Q.   (By Mr. Loeser)  The period after 2014

22     when Graph API -- AP [sic] version 2 was uploaded?

23         A.   I'm sorry, what was the original question

24     again?

25         Q.   Did each of the teams you just mentioned    07:45:09
```

```
 1    have authority to whitelist apps or partners to        07:45:11

 2    have continued access to APIs that emit friend

 3    data?

 4              MR. SCHWING:  Object to form.

 5              THE DEPONENT:  The decision to whitelist       07:45:22

 6    apps for continued access to friend permissions,

 7    for example, was taken on a -- on a case-by-case

 8    basis among mul- -- multiple teams to come to a

 9    recommendation decision.

10        Q.   (By Mr. Loeser)  Okay.  List for me all        07:45:41

11    of the teams that had the ability to do that?

12              MR. SCHWING:  Object to form.

13              THE DEPONENT:  I wouldn't be able to,

14    you know, a list of every single team that may have

15    been involved.  Over time I can talk to some of the    07:45:58

16    ones I've already identified.  There's the platform

17    product team, the platform partnerships teams and

18    they're the folks that would have worked together

19    to -- to come to a recommendation.

20              MR. LOESER:  I'm going to introduce an        07:46:22

21    exhibit which is tab 34, which you should see

22    momentarily.  And this is Exhibit 434.

23        Q.   (By Mr. Loeser)  And while this is coming

24    up, I'll tell you this is an email from Dan Rose to

25    Ime Archibong dated 6/22/2018 subject "Re:              07:46:59
```

Page 1145

HIGHLY CONFIDENTIAL

```
 1    V1 extensions."                                   07:47:03

 2           Do you see that, Mr. Cross?

 3       A.   I do see that.

 4       Q.   Why don't you take a minute to -- to look

 5    through the email string.  And I have a few        07:47:13

 6    questions for you about the string.

 7       A.   Sure.  Thank you.

 8           MR. SCHWING:  Mr. Loeser, I think for the

 9    record this was previously marked not too long ago

10    as 433, Exhibit 433.                               07:47:45

11           MR. LOESER:  Thank you for that

12    clarification.  We'll correct that.

13           MR. SCHWING:  So you've -- you've now --

14    well, you can do what you want.  If you want to

15    have it as an exhibit twice I just want to make     07:48:02

16    sure there's no confusion.

17           MR. LOESER:  Why don't we go off the

18    record real quickly.

19           THE VIDEOGRAPHER:  Going off the record.

20    It's 7:48 p.m.                                      07:48:17

21           (Recess taken.)

22           THE VIDEOGRAPHER:  We're back on the

23    record.  It's 7:50 p.m.

24           MR. LOESER:  So for the record, we just

25    marked an exhibit and didn't realize it had just   07:50:58
```

Page 1146

HIGHLY CONFIDENTIAL

```
 1   been marked previously today, in fact.  So we will      07:51:01

 2   pull down the second version of the same exhibit

 3   and just refer to the originally marked version,

 4   which is Exhibit 433.

 5        Q.   (By Mr. Loeser)  And I have a couple more       07:51:16

 6   questions about this exhibit.

 7             Mr. Melamed asked you a few questions

 8   already.  So obviously I won't reask those.  But

 9   fair to say -- have you had a chance to take a look

10   at this or do you recall from your earlier review       07:51:31

11   of it today what it's about?

12        A.   I have had a chance to review this just

13   now, thank you.

14        Q.   Okay.  So fair to say this email string

15   discusses the challenges Facebook faced in 2018         07:51:45

16   when trying to identify all the apps and partners

17   with continued access to friend data after 2014?

18             MR. SCHWING:  Object to the form.

19             THE DEPONENT:  This is conversation

20   between three people, and in the partnerships           07:52:00

21   organization they're -- they're discussing an

22   ongoing process to -- to determine a list of apps

23   that had access to additional permissions after

24   May 2015.

25        Q.   (By Mr. Loeser)  Let's look at the -- if       07:52:25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you go to the second page of the string, the | 07:52:26 |
| 2 | message from Francisco Varela to Ime Archibong and | |
| 3 | Dan Rose dated June 22nd, 2018. | |
| 4 | And at the top of the page you're looking | |
| 5 | at, and I'll read the paragraph and then I have | 07:52:42 |
| 6 | some questions for you about it. | |
| 7 | Mr. Varela writes "Thanks, Ime. ▮▮▮▮ | |
| 8 | been a linchpin in this process thanks to his | |
| 9 | institutional knowledge and lack of documentation | |
| 10 | on our end." | 07:52:55 |
| 11 | Mr. Cross, was there a lack of | |
| 12 | documentation at Facebook about which partners and | |
| 13 | apps were whitelisted? | |
| 14 | MR. SCHWING:  Outside of the scope of | |
| 15 | topics 6 and 7. | 07:53:10 |
| 16 | THE DEPONENT:  So that's -- that's the | |
| 17 | phrase I -- I see in the email here.  There were -- | |
| 18 | there was documentation in various forms in various | |
| 19 | places.  I think that's some of what's being | |
| 20 | reflected here.  Exactly what these folks are -- | 07:53:38 |
| 21 | are talking about is -- is the opinion that's being | |
| 22 | presented by -- by them in this email. | |
| 23 | Q.   (By Mr. Loeser)  And later in the same | |
| 24 | paragraph Mr. Varela writes "For clarify, I think | |
| 25 | we're in a good spot on the device partners, but | 07:53:56 |

Page 1148

1    getting surprised now on more traditional platform          07:53:59

2    developers and the Atlas integration." [as read]

3            Can you tell me at Facebook what is the

4    difference between device partners and traditional

5    platform developers?                                         07:54:10

6        A.   So traditional platform developers would

7    refer to apps and integrations that users would log

8    in with Facebook with and so on to get a social

9    experience.

10           Device partners refers to examples where          07:54:38

11   Facebook partnered with device manufacturers in

12   order to build Facebook experience in -- Facebook

13   experiences into those devices.

14       Q.   And what are "Atlas integrations"?

15       A.   I'm not sure what Atlas integrations          07:55:06

16   means in -- in this context.

17       Q.   Do you know what it means in any context?

18       A.   I know that Atlas is a company that

19   Facebook acquired in the past.  But precisely what

20   was meant by an "Atlas integration" is -- is          07:55:24

21   nothing I know.

22       Q.   And why would it be surprising that

23   traditional platform developers were whitelisted

24   for access to friend data?

25           MR. SCHWING:  Outside the scope of the          07:55:45

                                                     Page 1149

```
 1    deposition.  Object to form.                    07:55:46

 2           THE DEPONENT:  So I think what you see in

 3    this email is not necessarily surprised that they

 4    were whitelisted more that the team is attempting

 5    to pull together a full story.                  07:56:10

 6       Q.  (By Mr. Loeser)  And is it your

 7    understanding that KP is -- was the most

 8    knowledgeable person at Facebook regarding app and

 9    partner whitelist?

10           MR. SCHWING:  Outside the scope of the    07:56:38

11    deposition.

12           THE DEPONENT:  What you see here, and my

13    understanding is the -- the group of people working

14    together to -- to attempt to understand the full

15    picture and KP was a -- a key person in that       07:56:53

16    process.  You see him referred to here as a

17    linchpin.  And my experience working with him is he

18    was certainly very knowledgeable about how these

19    processes worked.

20       Q.  (By Mr. Loeser)  Mr. Cross, to prepare    07:57:11

21    for your testimony today, did you reach out to KP

22    and ask him any questions about the whitelisting

23    process or results?

24       A.   I did not speak to KP as part of my

25    preparations for today.                          07:57:28
```

                                            Page 1150

HIGHLY CONFIDENTIAL

```
 1          Q.   Mr. Cross, can Facebook identify all apps    07:57:31

 2   that had access to APIs that emit friend data post

 3   2014?

 4          MR. SCHWING:  Object to form.

 5          THE DEPONENT:  Again, I think it's             07:57:49

 6   important to -- I'm unclear on what you mean by

 7   "friend data" in this -- in this context.

 8          Q.   (By Mr. Loeser)  Okay.  How -- how does

 9   Facebook use the term "friend data"?

10          A.   The -- Facebook has used that term in a    07:58:10

11   number of different ways.  Primarily, it refers to

12   content and information posted by a user that would

13   be made available via platform.

14          Q.   So using that definition, can Facebook

15   identify all apps that had access to APIs that emit   07:58:36

16   friend data after 2014?

17          A.   So my understanding is Facebook has

18   altogether an understanding of the apps which had

19   access to -- to friend data after 2014.

20          Q.   Can Facebook identify all Facebook users   07:59:02

21   who installed apps with access to APIs that emit

22   friend data after 2014?

23          MR. SCHWING:  Object to form.  Outside

24   the scope.

25          THE DEPONENT:  I'm not entirely confident       07:59:22
```

Page 1151

```
 1    that exactly what -- what Facebook can do in        07:59:24

 2    that -- in that respect.  Yeah, so -- so sorry.

 3    I'm not sure I know what Facebook is able to do.

 4         Q.   (By Mr. Loeser)  Does Facebook keep track

 5    of all apps that users install?                     07:59:43

 6         A.   Yes, my understanding is that Facebook

 7    understands which apps have -- or which users have

 8    authorized which applications.

 9         Q.   And Facebook also keeps track of all APIs

10    that apps have access to, right?                    08:00:08

11         A.   I don't think it's as simple as APIs that

12    an app has access to.  Facebook tracks a ██████████

      ████████████████████████████████████████████████

      ████████████████

15         Q.   Does Facebook track all of the different   08:00:30

16    ways that an app can acquire Facebook user

17    information from the Facebook platform?

18              MR. SCHWING:  Object to form.

19              THE DEPONENT:  ████████████████, for

20    example, ████████████████████████████████████████   08:00:48

21    ████████████████████████████████

22         Q.   (By Mr. Loeser)  So is there ever a

23    situation in -- in which Facebook would not know

24    that an app had access to Facebook user

25    information?                                        08:01:04
```

Page 1152

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | MR. SCHWING:  Object to form. | 08:01:08 |
| 2 | Q.  (By Mr. Loeser)  On the Facebook | |
| 3 | platform? | |
| 4 | MR. SCHWING:  Object to form. | |
| 5 | THE DEPONENT:  I'm sorry.  I'm not sure I | 08:01:18 |
| 6 | fully understand the question. | |
| 7 | Can you ask it again, please. | |
| 8 | Q.  (By Mr. Loeser)  Sure. | |
| 9 | I'm just trying to make sure that the | |
| 10 | record is clear on what Facebook knows about apps | 08:01:27 |
| 11 | that have access to friend data and users whose | |
| 12 | information was made accessible to those apps. | |
| 13 | So you could describe -- describe it in | |
| 14 | any way that makes sense to you, but answer that | |
| 15 | question. | 08:01:41 |
| 16 | MR. SCHWING:  Compound.  Vague. | |
| 17 | THE DEPONENT:  Facebook knows ███████ | |
| | █████████████████████████████████ | |
| | █████████████████████████████ to | |
| 20 | those applications.  And together, those things | 08:02:10 |
| 21 | would help Facebook understand what ███████████ | |
| | ████████████████████████████ | |
| 23 | Q.  (By Mr. Loeser)  And that would include | |
| 24 | what -- which users friend data was accessible to | |
| 25 | those apps, right?  Let me ask that a different | 08:02:29 |

Page 1153

HIGHLY CONFIDENTIAL

```
 1    way.                                             08:02:36

 2            Again, I'm trying to figure out --

 3    Facebook knows who all of its users are, right?

 4        A.   Facebook understands -- has -- Facebook

 5    knows who its users are, yes.                    08:02:50

 6        Q.   And Facebook knows which apps those users

 7    install, right?

 8        A.   Facebook knows which apps users are --

 9    have authorized.

10        Q.   And Facebook -- and Facebook knows which  08:03:05

11    APIs -- apps that use the Facebook platform have

12    access to?

13            MR. SCHWING:  Vague.

14            THE DEPONENT:  Facebook  ███████████

15    ██████████████████████████████████ --           08:03:23

16    the Facebook developer platform.

17        Q.   (By Mr. Loeser)  And Facebook knows which

18    of those APIs emit friend data, right?

19            MR. SCHWING:  Object to form.

20            THE DEPONENT:  I mean, Facebook           08:03:39

21    understands which of those AP- -- APIs emit user

22    data.  But whether or not that data ███████████

██    █████████████████████████████████████████

██    █████████████████████

25        Q.   (By Mr. Loeser)  Whether the information  08:04:12
```

Page 1154

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | was accessible was logged however, right? | 08:04:13 |
| 2 | MR. SCHWING:  Vague. | |
| 3 | THE DEPONENT:  Again, in what time period | |
| 4 | are you referring to here. | |
| 5 | Q.   (By Mr. Loeser)  After 2014. | 08:04:30 |
| 6 | A.   So again, like -- can you ask the | |
| 7 | question again.  I want to make sure I'm fully | |
| 8 | understanding it. | |
| 9 | Q.   Yes. | |
| 10 | Again, I'm just trying to make sure the | 08:04:54 |
| 11 | record is clear on what information Facebook tracks | |
| 12 | and has available to it. | |
| 13 | And we've gone down the list of | |
| 14 | questions, and now we're at the question of whether | |
| 15 | Facebook knows which apps had access to friend | 08:05:06 |
| 16 | data. | |
| 17 | After 2014? | |
| 18 | A.   So -- my understanding is Facebook has an | |
| 19 | ██████████████████████████████████████████ | |
|  | ████████████████████████████ after 2015. | 08:05:36 |
| 21 | Q.   Mr. Cross, did Aleksander Kogan's sale of | |
| 22 | Facebook data he obtained from the friends of users | |
| 23 | who installed the, This Is Your Digital Life app, | |
| 24 | exceed the use case for the app? | |
| 25 | MR. SCHWING:  Outside the scope of the | 08:06:10 |

Page 1155

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | deposition and object to form. | 08:06:12 |
| 2 | THE DEPONENT:  That seems to be a | |
| 3 | question about platform policy as -- as written, | |
| 4 | which is not something I'm -- I'm particularly well | |
| 5 | qualified to -- to provide an opinion on.  I think | 08:06:30 |
| 6 | the best person to ask that question to would be | |
| 7 | Ally Hendrix. | |
| 8 | SPECIAL MASTER GARRIE:  Mr. Cross, while | |
| 9 | I appreciate you telling who's the -- are you | |
| 10 | saying in your 30(b)(6) capacity that's who you | 08:07:01 |
| 11 | believe is the best person.  You're not -- you're | |
| 12 | not able to answer that question today as you sit | |
| 13 | here, is that -- I was just reading the transcript. | |
| 14 | So I'm a second behind, but I want to make sure I | |
| 15 | understood your answer. | 08:07:18 |
| 16 | Can you answer that question or not, as | |
| 17 | the 30(b)(6) capacity, right, let's be clear. | |
| 18 | MR. SCHWING:  Yeah, and -- and we've got | |
| 19 | a scope objection there. | |
| 20 | SPECIAL MASTER GARRIE:  Yeah, with the | 08:07:37 |
| 21 | scope objections noted on the record.  I just -- | |
| 22 | Mr. Cross? | |
| 23 | THE DEPONENT:  Yeah, that -- that -- | |
| 24 | SPECIAL MASTER GARRIE:  If you're not | |
| 25 | prepared -- like let me be clear.  There's three | 08:07:49 |

Veritext Legal Solutions
866 299-5127

1    possible answers.  I'm not prepared to answer the          08:07:52

2    question.  I am prepared to question [sic].  I

3    don't understand the question.

4                THE DEPONENT:  Yeah, I'm not prepared to

5    answer the question.  I think that's a question          08:07:59

6    about platform policy and it's determination of the

7    platform policy, which is not something that I'm

8    prepared to testify on.

9                SPECIAL MASTER GARRIE:  And that's what I

10   thought I understood your answer as.  I just wanted      08:08:09

11   to clarify it for the record.  Thank you.

12               Back to you, Counsel Loeser.

13       Q.   (By Mr. Loeser)  And regardless of

14   whether you -- you believe you're prepared as a

15   30(b)(6) witness to testify to that or not which is      08:08:18

16   a question I suppose for another day, can you

17   answer the question?

18       A.   You're asking me in a personal capacity

19   to answer the question?

20       Q.   I'm just asking you to answer the            08:08:35

21   question.  In what capacity you answer it I suppose

22   is something that can be determined.  But I would

23   like for you to answer the question.

24               MR. SCHWING:  Outside of the scope.

25   Object to form.                                         08:08:48

                                                    Page 1157

HIGHLY CONFIDENTIAL

```
 1              THE DEPONENT:  Yeah, I can try answering        08:08:51

 2     the question again.  We've had a number of things

 3     go by, and if I'm going to try to answer it, I

 4     should hear it again.

 5         Q.   (By Mr. Loeser)  Did Aleksander Kogan's         08:08:57

 6     sale of Facebook data he obtained from the friends

 7     of users who installed the, This Is Your Digital

 8     Life app, exceed the use case for the app?

 9              MR. SCHWING:  Same objections.

10              THE DEPONENT:  Again, I don't feel I can        08:09:14

11     provide a Facebook answer in -- a company answer in

12     response to that question.  I don't feel I'm the

13     most qualified person to do so.  My understanding

14     is that developers shouldn't be sharing information

15     they received from the Facebook with a -- with an     08:09:29

16     unrelated other party.

17         Q.   (By Mr. Loeser)  And would that be

18     considered a use-case violation?

19              MR. SCHWING:  It's outside of the scope

20     of the deposition.  Object to form.                     08:09:43

21              THE DEPONENT:  Again, that's -- that's a

22     question about platform policy, which I don't --

23     which I don't feel well prepared to answer on, I'm

24     afraid.

25         Q.   (By Mr. Loeser)  Okay.  Can you answer         08:09:58
```

Page 1158

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | the question? | 08:09:59 |
| 2 | A.   Again, I don't feel like I can answer the | |
| 3 | question.  As -- it would require me to have, | |
| 4 | you know -- interpret policy which is not something | |
| 5 | that I'm -- I'm an expert in being able to do. | 08:10:10 |
| 6 | Q.   So you're not able to answer that | |
| 7 | question. | |
| 8 | MR. SCHWING:  Same objections. | |
| 9 | THE DEPONENT:  Yeah, I don't -- I don't | |
| 10 | feel -- I don't feel comfortable giving an answer | 08:10:25 |
| 11 | to that question given -- I'm just not that well | |
| 12 | versed in Facebook's platform policy.  And I want | |
| 13 | to make sure that you get the right answers to your | |
| 14 | questions. | |
| 15 | MR. SCHWING:  Special Master Garrie, may | 08:10:42 |
| 16 | I make a Rule 30 motion without Mr. Cross present. | |
| 17 | SPECIAL MASTER GARRIE:  Yeah, Mr. Cross | |
| 18 | you can -- can you go to the break out room. | |
| 19 | THE DEPONENT:  Sure. | |
| 20 | MR. SCHWING:  Special Master Garrie, | 08:11:03 |
| 21 | Mr. Loeser is supposed to be asking questions about | |
| 22 | topics 6 and 7.  Mr. Cross is not designated to | |
| 23 | discuss the use-case issues that are being asked | |
| 24 | about.  He's made that clear, but Mr. Loeser | |
| 25 | continues to ask the questions. | 08:11:18 |

Page 1159

HIGHLY CONFIDENTIAL

```
 1              Mr. Cross is going to be providing        08:11:20

 2    another deposition later in his personally

 3    capacity.  We've been going for now, you know, near

 4    five days and we need to try to finish.  So I would

 5    request some relief here that we try to speed this    08:11:32

 6    along on the topics he's actually designated for.

 7              MR. LOESER:  May I be heard,

 8    Special Master Garrie.

 9              SPECIAL MASTER GARRIE:  Yeah.

10              MR. LOESER:  So I'm asking questions that    08:11:43

11    are specifically and directly about friend sharing

12    and whitelisting.  And friend sharing is what

13    Cambridge Analytica is all about.  The notice, in

14    fact, refers to use cases with regard to

15    whitelisting which is what I'm about to ask further    08:11:56

16    questions on.  I don't have more questions about

17    Cambridge Analytica.  So we can move on from that.

18              But it is simply not true that questions

19    about Cambridge Analytica which is friend sharing,

20    the whole scandal friend sharing, does not relate    08:12:08

21    to the topic of friend sharing identified in the

22    notice.

23              So I don't think we need to have a long

24    fight about it because I don't have further

25    questions about the use-case issue regarding friend    08:12:16
```

Page 1160

```
 1    sharing, but I do have some additional questions      08:12:21

 2    about use case relating to whitelisting because

 3    it's specifically identified in --

 4           SPECIAL MASTER GARRIE:  It does state it

 5    in the notice.                                         08:12:27

 6           Counsel Schwing, any comment?

 7           MR. SCHWING:  So topic 6 is related to

 8    the development of friend sharing, that's the

 9    topic, the development of friend sharing.  So this

10    is, you know, what we ought to be focused on.  I       08:12:45

11    don't see -- so where -- where is this bit about --

12    the use case that you're talking about.

13           MR. MELAMED:  7A says and whether the

14    access granted exceeded the use case.

15           MR. SCHWING:  Okay.  And 7 is, the topic        08:13:03

16    is the decision to whitelist particular apps or

17    partners.

18           MR. LOESER:  That's what I'm about to

19    talk about --

20           MR. SCHWING:  Sorry.  Please let me             08:13:14

21    finish, Mr. Loeser.

22           MR. LOESER:  Sorry.

23           MR. SCHWING:  The decision to whitelist

24    particular apps or partners and how Facebook

25    determined which entities to whitelist.               08:13:18
```

Veritext Legal Solutions
866 299-5127

```
 1              So the topic is not sort of anything and        08:13:20

 2      everything ever to do with, you know, about

 3      whitelisting.  It's a specific narrow topic.  It

 4      sounds like Mr. Loeser is moving -- moving along

 5      and I -- I think we all share a mutual interest       08:13:32

 6      in -- in finishing.  I just want to make sure that

 7      we're not --

 8              SPECIAL MASTER GARRIE:  I agree.  I am

 9      ready to rule.

10              So Mr. Loeser, your questions he's            08:13:40

11      answered them.  They are gracefully in a gray zone

12      that will bear into an area where it will prove

13      more problematic for you.  So if you're moving to

14      the next set of questions as 7A dictates you're

15      more than welcome to cover that topic as indicated   08:13:58

16      and as defined.  I don't have any problems with

17      that.  And I think that is appropriate.

18              So I will move -- we will move forward

19      with the questions.  But friend sharing does relate

20      to a use case under 7A, under whitelisting           08:14:15

21      defend- -- depending -- the definition of

22      whitelisting is defined as what Mr. Loeser --

23      Counsel Loeser?

24              MR. LOESER:  Whitelisting is providing --

25      Mr. Cross has defined it as providing access to      08:14:33
```

HIGHLY CONFIDENTIAL

```
 1    nonpublic APIs and private APIs, so...              08:14:35

 2           I mean, I -- that's what I'm asking

 3    about.  And --

 4           SPECIAL MASTER GARRIE:  I get it.  I

 5    agree.  So that's fine.  We'll move along.  I think  08:14:45

 6    that makes sense.

 7           Counsel Schwing, we'll move it along.  I

 8    agree.  But I do think that there is a pretty wide

 9    birth under 7A for as long as it stays focused on

10    the whitelisting topic.  And I think it's within     08:15:01

11    the scope of, while narrow is very specific in --

12    in its application.

13           Any last comments, Counsel Schwing or...

14           MR. SCHWING:  Yeah, I mean, I think all

15    of 7 kind of ties back to the beginning of it which  08:15:24

16    is the decision to whitelist particular apps or

17    partners and how Facebook determined which entities

18    to whitelist.  You know, the issues about exceeding

19    the use case.  I mean, there's a whole -- there was

20    a whole separate deposition about that.              08:15:41

21           SPECIAL MASTER GARRIE:  Yeah.

22           MR. SCHWING:  And so look, I think we can

23    move along.  I just -- to the extent that they're

24    repeated questions about, you know, that he's --

25           SPECIAL MASTER GARRIE:  Let me put it to      08:15:51
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you differently.  I agree with Counsel Schwing in | 08:15:52 |
| 2 | the fact that when you ask a question | |
| 3 | Counsel Loeser, and he says "I'm not here to | |
| 4 | testify about it."  And then he says it again "I'm | |
| 5 | not here to testify about it." | 08:16:00 |
| 6 | That should be sufficient for you to move | |
| 7 | onto another question and keep it moving forward, | |
| 8 | generally speaking.  Or you can make a motion or | |
| 9 | Rule 30 motion and we go and excuse the witness and | |
| 10 | discuss it future.  But I don't think asking the | 08:16:15 |
| 11 | witness the same thing will prove to be effective. | |
| 12 | MR. LOESER:  Yeah, that -- that's fine. | |
| 13 | I mean, you know, typically a scope objection is | |
| 14 | made, 30(b)(6) witnesses testify all the time. | |
| 15 | There's always a fight about whether it's in scope | 08:16:29 |
| 16 | or out of scope and if they provide what becomes | |
| 17 | personal testimony there's nothing.  That's just | |
| 18 | how it -- how it works. | |
| 19 | I'd also just note just so it's clear, I | |
| 20 | think Mr. Schwing and I have a slightly different | 08:16:39 |
| 21 | understanding of how a notice operates under | |
| 22 | 30(b)(6).  The law is quite clear that it sets the | |
| 23 | minimum not the maximum of what you can ask about. | |
| 24 | SPECIAL MASTER GARRIE:  I'm -- I'm not -- | |
| 25 | I'm not talking about scope.  I'm talking about | 08:16:49 |

Page 1164

HIGHLY CONFIDENTIAL

```
 1    form.                                            08:16:51

 2            What I'm saying is, if you want to ask in

 3    your personal capacity or in your non30(b)(6)

 4    capacity to get -- he said, "I'm not here to

 5    testify in my" -- as -- "as a representative of   08:17:00

 6    Facebook to answer this question."

 7            You said, "Will you answer this

 8    question."

 9            And then he said, "Do you mean in my

10    personal capacity?"                               08:17:09

11            And your response was "Just answer the

12    question."

13            So if you want him to answer the question

14    in his personal capacity, he will.  But he will not

15    answer -- and that resulted in a circular set of   08:17:19

16    questions where you asked him again the exact same

17    question and ended up at the exact same point.

18            So you would need to offer that

19    clarification because he has answered the question

20    as he understood it, which was you are asking him   08:17:30

21    in his professional 30(b)(6) capacity.  Which is

22    why he answered it accordingly.  Whether you agree

23    or not, that was the answer provided.  We went in a

24    circle and got back to the same point.

25            MR. LOESER:  Yeah, well, fortunately I      08:17:44
```

Page 1165

```
 1   don't have any more questions on that.  And I do        08:17:44

 2   have questions on whitelisting and use cases --

 3           SPECIAL MASTER GARRIE:  That's fine.

 4   Let's get it on the road.  Show on the road.

 5           MR. LOESER:  I think Austin and I have a        08:17:53

 6   common and -- and clear desire to make this

 7   deposition over with.  So --

 8           MR. SCHWING:  This is --

 9           SPECIAL MASTER GARRIE:  Let's be clear

10   I -- I'm not opining with the minimum or maximum.        08:18:01

11   I am opining, though, with the format -- the form

12   of how it goes.  So we'll get the witness back.

13   But just keep that in the back of your mind,

14   Counsel Loeser --

15           MR. LOESER:  Sure.                               08:18:13

16           SPECIAL MASTER GARRIE:  -- that if it

17   happens again I'll cut it off, and I'll just tell

18   you to ask the next question.  Or you can tell him

19   in your personally capacity.  Because you have to

20   explain to the witness the question you're asking        08:18:20

21   so he can then answer the question.  He couldn't

22   answer the question because he didn't understand

23   how you were asking him.

24           MR. LOESER:  Understood.

25           SPECIAL MASTER GARRIE:  Okay.                    08:18:30
```

Page 1166

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  I'll go get Mr. Cross here      08:18:31

 2    and we'll get back.  Yeah.  I mean, look, I want to

 3    get done too.  This is, you know, nobody wants to

 4    prolong this.  So okay.  Let me -- I need to go

 5    tell my housekeeper to stop vacuuming, and then I     08:18:40

 6    will be right back.

 7            SPECIAL MASTER GARRIE:  Okay.

 8            THE VIDEOGRAPHER:  Go off the record?

 9            SPECIAL MASTER GARRIE:  Go off the record

10    for two minutes I guess.                              08:18:53

11            THE VIDEOGRAPHER:  Okay.  We're off the

12    record.  It's 8:18 p.m.

13            (Recess taken.)

14            THE VIDEOGRAPHER:  We're back on the

15    record.  It's 8:23 p.m.                               08:23:24

16        Q.  (By Mr. Loeser)  Mr. Cross, what

17    examination has Facebook done to determine whether

18    apps whitelisted for access to APIs that emit

19    friend data exceeded the use case for the apps

20    after 2014?                                           08:23:38

21            MR. SCHWING:  Object to form.

22            THE DEPONENT:  My understanding is that

23    the partnerships team ███████████████████████

24    and -- and either ███████████████████████████

25    ████████████  or determined that the -- the         08:24:06
```

HIGHLY CONFIDENTIAL

```
 1    application ████████████████████████████████         08:24:10

 2         Q.   (By Mr. Loeser)  And when did that occur?

 3         A.   It was a process in 2018 and early 2019

 4    to ███████████  that had been ███████████████

      ██████████████████████  and -- and ███████████████   08:24:36

 6    █████████████████████████████████

 7         Q.   And did that same investigation also

 8    examine whether partners with private APIs that had

 9    access to friend data that exceeded the -- the

10    permissions for that data?                            08:24:54

11         A.   Sorry.

12         Q.   Let me ask that again.

13              You asked the question with regard to

14    apps with access to APIs emit friend data.  And

15    does the same investigation you describe did that     08:25:07

16    also investigate private APIs access to friend data

17    for specific partners?

18              MR. SCHWING:  Object to form.

19              THE DEPONENT:  My understanding is that

20    an exercise in 2018 looked ████████████████           08:25:30

21    ████████████████████████████  -- to

22    █████████████████████████████████████

      ██████████████████████████████

24         Q.   (By Mr. Loeser)  Has Facebook undertaken

25    any backward looking assessment of how third          08:25:43
```

Page 1168

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | parties with access to friend data after 2014 used | 08:25:47 |
| 2 | that data? | |
| 3 | A.   Friend data after 2014?  Sorry, do you | |
| 4 | mean after -- like the deprecation of API -- public | |
| 5 | deprecation of API version 1 or what -- | 08:26:11 |
| 6 | Q.   Yeah. | |
| 7 | A.   -- in 2014. | |
| 8 | Q.   Yes, that transmission is the new | |
| 9 | platform and you -- I'm wondering if Facebook has | |
| 10 | looked at -- well, let me give you an example. | 08:26:19 |
| 11 | Has Facebook evaluated whether Apple | |
| 12 | shared friend data it received after 2015 with | |
| 13 | additional third parties? | |
| 14 | MR. SCHWING:  Object to form. | |
| 15 | THE DEPONENT:  I -- I don't know whether | 08:26:40 |
| 16 | or not Facebook has investigated one particular -- | |
| 17 | that particular application that you're -- or that | |
| 18 | particular partner that you're referencing there. | |
| 19 | Q.   (By Mr. Loeser)  Mr. Cross, topic -- | |
| 20 | topic 7B asks for "the most efficient way to | 08:27:17 |
| 21 | establish payments, revenues, exchanged value | |
| 22 | actual or promised, that Facebook received for" -- | |
| 23 | "for permitting whitelisting capabilities." | |
| 24 | And in your preparations for your | |
| 25 | testimony for this -- on this topic, did you | 08:27:54 |

Page 1169

HIGHLY CONFIDENTIAL

```
 1    investigate that question?                        08:27:59

 2         A.   I spoke to a number of people involved in

 3    the API changes and in around 2014 and '15 to

 4    understand their understanding of how decisions

 5    were made.                                         08:28:26

 6         Q.   And specifically with regard to payments,

 7    revenues, exchanged value actual or promised, who

 8    did you talk to to drill down on whether any such

 9    payments, revenues, exchanged value actual or

10    promised were provided to Facebook for permitting  08:28:44

11    whitelisting?

12         A.   I spoke to Ime Archibong.  I spoke to

13    Francisco Varela, and those are the two names off

14    the top of my head.  I spoke to a number of people

15    involved in this -- in preparation for today.      08:29:08

16         Q.   Did you speak to anyone who worked on

17    the -- in an advertising department at Facebook?

18         A.   Did I speak to anyone in advertising

19    department.

20         Q.   Or more broadly, anyone that -- that was  08:29:30

21    involved in the business of advertising on the

22    Facebook platform?

23         A.   I spoke with Vatsal Mehta.  Who's

24    involved in -- in that side of the company as I

25    understand it.                                     08:29:49
```

Page 1170

HIGHLY CONFIDENTIAL

```
1        Q.   Okay.  And what -- what did -- is that        08:29:49

2   a -- what was that person's name, I'm sorry?

3        A.   Vatsal Mehta.

4        Q.   Could you spell the first name.

5        A.   V-A-T-S-A-L.  The surname is Mehta.           08:30:07

6   M-H-E-T-A [sic] I think.

7        Q.   And what did you learn from Mr. Mehta?

8        A.   He was not able to identify for me

9   examples of how Facebook received payments for

10  whitelisting.                                            08:30:34

11       Q.   Now, the next paragraph clause in the

12  notice says "and the revenues and net profits

13  Facebook recognized related to whitelisting through

14  the class period."

15            Did you investigate anything of value        08:30:54

16  received by Facebook that related to whitelisting?

17            MR. SCHWING:  Outside the topic.

18            THE DEPONENT:  Again, I spoke to a number

19  of people who were involved in whitelisting and

20  partnerships to understand if they had any              08:31:19

21  understanding of value received or payments made.

22            MR. LOESER:  All right.  If we can put up

23  Exhibit 339.

24       Q.   (By Mr. Loeser)  Mr. Cross, I'm showing

25  you what was previously marked as Exhibit 339.          08:32:03
```

Page 1171

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Which was the PowerPoint prepared by Monica Mosseri | 08:32:04 |
| 2 | that goes through "Criteria for granting Exemptions | |
| 3 | and Extensions." | |
| 4 | Do you recall this exhibit? | |
| 5 | A.   Yes, I recall this -- us reviewing this | 08:32:16 |
| 6 | before. | |
| 7 | Q.   And do you recall that the PowerPoint | |
| 8 | goes through what Facebook had to lose in the | |
| 9 | transition to the new platform from the partners? | |
| 10 | MR. SCHWING:  Object to form. | 08:32:40 |
| 11 | THE DEPONENT:  Before I answer can I take | |
| 12 | a moment to -- to look through and refamiliarize | |
| 13 | myself with the -- with the document. | |
| 14 | Q.   (By Mr. Loeser)  You can, but I don't | |
| 15 | have substantive questions about the document.  I'm | 08:32:49 |
| 16 | not going to go back over it.  I want to ask you | |
| 17 | more what you have done to investigate the topics | |
| 18 | identified in the document. | |
| 19 | But please if you want, take your time. | |
| 20 | A.   Okay.  I've had a quick -- quick slice | 08:33:18 |
| 21 | through.  Thank you. | |
| 22 | Q.   So you recall in this PowerPoint there | |
| 23 | was an evaluation of what Facebook had to lose if | |
| 24 | partners stopped using the Facebook platform | |
| 25 | because of the deprecation of permissions. | 08:33:30 |

Page 1172

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Object to form.              08:33:33

 2              THE DEPONENT:  Sorry, another reminder

 3    this is a -- my understanding is that this is a

 4    draft deck.  It says that on the first page.  It --

 5    it's worth noting.                                   08:33:47

 6              So what was the question you have,

 7    Mr. Loeser.

 8         Q.   (By Mr. Loeser)  I was just asking you if

 9    you recalled what the subject matter is of the

10    PowerPoint was, having reviewed it yet?              08:33:58

11         A.   My understanding is that this is a -- a

12    draft deck by someone in the partnership --

13    partnerships team looking into potential ways to

14    think about whether or not certain apps should be

15    granted exemptions or extensions.                    08:34:22

16         Q.   And did you search for other versions of

17    this PowerPoint to prepare for your testimony

18    today?

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  I didn't search for other   08:34:37

21    versions of this -- of this PowerPoint, no.

22         Q.   (By Mr. Loeser)  Did you talk to -- try

23    and talk to Ms. Mosseri?

24         A.   I did not try and talk with Ms. Mosseri

25    because my understanding is she's no longer an       08:35:02
```

```
 1    employee of Facebook.                               08:35:06

 2         Q.   And that's why you didn't talk to her?

 3         A.   My understanding is that yes, because she

 4    is not employed at Facebook and it's not

 5    appropriate to reach out to her.                    08:35:20

 6         Q.   Did you talk to or seek to find out if

 7    anyone else received this PowerPoint who still

 8    works at Facebook?

 9         A.   I didn't, like, try and understand who

10    else might have received this PowerPoint.  However, 08:35:44

11    I have spoken to Mr. Archibong who likely may have

12    received this -- this PowerPoint at some time.

13         Q.   And did you talk to him about this

14    PowerPoint?

15         A.   I talked to him about the -- his          08:36:04

16    understanding of how valuations were -- were made

17    about apps to whitelisting.

18         Q.   But did you talk to him specifically

19    about this PowerPoint?

20         A.   I don't recall showing this PowerPoint to 08:36:21

21    Mr. Archibong, but we talked in general about the

22    topics contained within.

23         Q.   Did you talk to him about what Facebook

24    had to lose if certain partners stopped using the

25    Facebook platform?                                  08:36:36
```

                                                  Page 1174

```
1              MR. SCHWING:  Object to form.            08:36:40

2              THE DEPONENT:  We discussed whether or

3    not, what the potential implications of the changes

4    might be and how Facebook -- how he and his

5    partnerships team thought about those potential      08:36:56

6    changes.

7         Q.  (By Mr. Loeser)  That's not quite what I

8    asked you.  So I will -- if you can answer the

9    question I had asked I would appreciate it.  Which

10   if I could get this computer to work I read back to  08:37:13

11   you.

12             MR. SCHWING:  The court reporter could --

13             MR. LOESER:  Yeah, I have it now.  I'm

14   sorry, Austin.  I didn't mean to interrupt you.

15             MR. SCHWING:  Yeah, if -- if you could     08:37:25

16   read it again that would be wonderful, thank you.

17        Q.  (By Mr. Loeser)  Did you talk to

18   Mr. Archibong about what Facebook had to lose if

19   certain partners stopped using the Facebook

20   platform?                                            08:37:38

21             MR. SCHWING:  Object to form.

22             THE DEPONENT:  We talked about -- me and

23   Mr. Archibong talked about the potential

24   implications for the developing ecosystem from

25   these changes that were proposed at the time.        08:37:54
```

Page 1175

HIGHLY CONFIDENTIAL

```
 1        Q.   (By Mr. Loeser)  And Mr. Cross, did that        08:37:57

 2   include what Facebook had to lose if certain

 3   partners stopped using the platform?

 4             MR. SCHWING:  Object to form.

 5             THE DEPONENT:  We talked about the               08:38:11

 6   potential impact to developers and -- and the

 7   developer ecosystem which would be an impact on --

 8   on Facebook.

 9        Q.   (By Mr. Loeser)  Mr. Cross, I'm just

10   trying to get a straightforward yes-or-no answer to      08:38:26

11   a straightforward question.

12             So I'll ask again.  And if you could just

13   answer, we can move on to the next question.

14             Do you need me to read back the question

15   again?                                                   08:38:41

16        A.   So we talked about the -- you're using a

17   phrase that -- "what do we have to lose."  Do I

18   recall using that specific phrase with

19   Mr. Archibong, I don't recall using that specific

20   phrase in that conversation with him.                    08:38:53

21             But I do recall we talked about his

22   understanding of the discussions at the time as to

23   the impact on Facebook and third-party developers

24   of the changes, which would encompass things that

25   the company might have to deal with and the value       08:39:16
```

Page 1176

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | that the company might lose. | 08:39:22 |

    Q.   And, again, so the record is clear, you

did not talk to him specifically about this

PowerPoint, correct?

    A.   I did not talk to Mr. Archibong                08:39:30

specifically about this PowerPoint.  But we -- we

talked about the general topics contained within

which was important for me to help prepare myself

for -- for today's testimony.

    Q.   Now for a PowerPoint -- for a PowerPoint     08:39:43

like this, would that have been a formal task or

Quip generated in connection with the project?

            MR. SCHWING:  Object to form.  Outside

the scope.

            THE DEPONENT:  Yeah, I can't say exactly    08:39:58

what the -- the partnerships team would have

operated at this time and whether or not they'd

have other documentation.  Typically somebody

would -- would be asked to work on something and

work on it.  I'm not able to say whether or not in    08:40:18

this case there were other tasks and documents.

    Q.   (By Mr. Loeser)  Did you search for a

formal task generated in connection with this

project?

    A.   I did not search for a task in              08:40:39

HIGHLY CONFIDENTIAL

1    relationship to this specific deck.                    08:40:41

2          Q.    How about a Quip?

3          A.    I did not search for a Quip relating to

4    this specific deck either.

5          Q.    And were you able to determine what, if    08:40:57

6    anything, was done with this evaluation that's

7    contained in this PowerPoint by Facebook?

8                MR. SCHWING:  Object to form.

9                THE DEPONENT:  In talking to the -- to

10   the people involved, my understanding is that         08:41:16

11   this -- this PowerPoint does not -- was -- did not

12   go on to be used to determine which apps should or

13   should not be whitelisted.

14         Q.    (By Mr. Loeser)  And yet you didn't talk

15   about the PowerPoint specifically with anyone that    08:41:33

16   you talked to to prepare for your testimony, right?

17               MR. SCHWING:  Object to form.

18               THE DEPONENT:  I spoke to Mr. Archibong

19   about his recollection around the time and how

20   decisions were made, and he does not recall a         08:41:52

21   formal framework being used ultimately to make --

22   make decisions.

23         Q.    (By Mr. Loeser)  You didn't say

24   Mr. Archibong, have you seen this PowerPoint

25   before, right?                                         08:42:08

                                              Page 1178

HIGHLY CONFIDENTIAL

```
 1              MR. SCHWING:  Asked and answered.       08:42:15

 2              THE DEPONENT:  As I said, I did not show

 3    this PowerPoint to -- to Mr. Archibong.

 4         Q.   (By Mr. Loeser)  You didn't say

 5    Mr. Archibong, what do you think about the analysis   08:42:22

 6    that's contained in the PowerPoint, right?

 7         A.   Me and Mr. Archibong talked about how,

 8    his recollection of how decisions were made and

 9    ultimately what considers -- and what factors and

10    considerations were -- were included.  I -- I did   08:42:45

11    not specifically show him this PowerPoint.

12         Q.   Mr. Cross, isn't it a fact that Facebook

13    treated certain developers specially based on their

14    value to Facebook and ad spend?

15              MR. SCHWING:  Object to form.            08:43:07

16              THE DEPONENT:  It's true that Facebook

17    whitelisted certain apps for having access to

18    additional information.  But I'm -- I'm not aware

19    of -- in terms of the friends' information whether

20    or not that was in any way related to -- to        08:43:34

21    ad spend.

22         Q.   (By Mr. Loeser)  And so you don't know

23    one way or the other?

24              MR. SCHWING:  Object to form.

25              THE DEPONENT:  Sorry, I'm not sure I     08:43:46
```

Page 1179

```
 1   understand.                                        08:43:48

 2        Q.   (By Mr. Loeser)  So you don't know if, in

 3   fact, certain developers were treated specially

 4   based on their value to Facebook and ad spend,

 5   right?                                             08:43:59

 6             MR. SCHWING:  Object to form.

 7             THE DEPONENT:  Are you talking to the

 8   people involved in terms of apps that were

 9   whitelisted for extensions or exemptions to API

10   version 1, there was -- from the people I've spoken  08:44:15

11   to, there is nothing about their impact on ad spend

12   that was involved in the decision to whitelist

13   them.

14        Q.   (By Mr. Loeser)  And is that a question

15   that you asked?                                    08:44:34

16        A.   Yes, I asked people whether or not they

17   recall revenue being involved in the ultimate

18   decision to whitelist apps for access to friend

19   data, and I was not able -- everybody suggested to

20   me that -- that I spoke to that that was not the   08:44:56

21   case.

22        Q.   And the people that you spoke to are

23   Ime Archibong and who else?

24        A.   I spoke to Ime Archibong.  I spoke to

25   Francisco Varela, and a number of other people     08:45:20
```

Page 1180

```
 1    whose -- whose names in relation to this, I can't        08:45:26

 2    recall right now.

 3         Q.   And did you ask them if ad spend was

 4    taken into the account in the decision to whitelist

 5    any partners?                                            08:45:35

 6         A.   Yes, my understanding is that from --

 7    from the people I spoke to, ad spend was -- was not

 8    taken into account in a decision to whitelist

 9    anyone for an extension to -- or exemption from

10    the -- the changes in API version 1 to 2 with          08:45:56

11    respect to friends data.

12         Q.   And who specifically told you ad spend

13    wasn't taken into account?

14         A.   Mr. Archibong talked to me about ad spend

15    not being a deciding factor.  I'm sorry, he was one    08:46:17

16    of people who said that.

17         Q.   And you said "deciding factor."

18              Does that mean the same thing to you as

19    taken into account?

20         A.   Yes, that would mean the same thing to me    08:46:34

21    as taken into account in terms of the ultimate

22    decision to grant access.

23         Q.   And have you examined the number of

24    whitelisting partners that had significant ad spend

25    on the Facebook platform?                              08:46:52
```

HIGHLY CONFIDENTIAL

```
 1            MR. SCHWING:  Object to form.            08:46:55

 2            THE DEPONENT:  I'm not sure what you mean

 3    by partners who have significant ad spend on the

 4    Facebook platform.

 5        Q.   (By Mr. Loeser)  Okay.  How would you    08:47:08

 6    describe partners paying money to Facebook for

 7    advertising on the platform?

 8            MR. SCHWING:  Object to form.

 9            THE DEPONENT:  So companies often buy ads

10    with Facebook, and that's handled by the -- the    08:47:28

11    advertising arm of the business.  So I think that's

12    what we mean...

13        Q.   (By Mr. Loeser)  Okay.  And has Facebook

14    examined the number of whitelisted partners that

15    paid money to Facebook for advertising on the      08:47:45

16    Facebook platform?

17            MR. SCHWING:  Object to form.

18            THE DEPONENT:  I mean, many organizations

19    spend -- spend money with Facebook on -- in some

20    way.  So I'm kind of -- I'm not entirely sure how   08:48:04

21    to answer the question.

22        Q.   (By Mr. Loeser)  Well, let me ask it

23    again.  And I -- it's -- I'm trying to ask you a

24    very straightforward simple question, which is just

25    if Facebook has examined the number of whitelisted  08:48:13
```

```
 1    partners that paid money to Facebook to advertise        08:48:20

 2    on the Facebook platform, is that an examination

 3    that Facebook has conducted?

 4            MR. SCHWING:  Vague.

 5            THE DEPONENT:  I'm not aware of -- of a           08:48:35

 6    specific evaluation that was done with respect to

 7    whitelisting parties and ad spend.

 8        Q.   (By Mr. Loeser)  Is that an evaluation

 9    that Facebook is capability of doing?

10            MR. SCHWING:  Object to form.  Outside           08:48:56

11    the scope.

12            THE DEPONENT:  I don't know exactly how

13    our -- our advertising systems work.  I -- I'm not

14    sure -- I wouldn't be able to confirm if that's

15    something Facebook would be able to do.                  08:49:10

16        Q.   (By Mr. Loeser)  Who would you ask to

17    find out if that's an analysis that Facebook was

18    capable of doing?

19        A.   Again, I'm not entirely clear on the --

20    the analysis that -- that was suggesting could be        08:49:36

21    done.  So it's hard for me to suggest what I would

22    do next.  This is relatively vague in terms of,

23    like, the time and objectives that we were

24    suggesting.

25        Q.   Does Facebook keep track of the amount of       08:50:03
```

Page 1183

HIGHLY CONFIDENTIAL

```
1    money that its partners pay to Facebook?            08:50:05

2              MR. SCHWING:  Outside of the scope.

3              THE DEPONENT:  Can you help me understand

4    by what you mean by "partners and pay," in what

5    context?                                             08:50:23

6         Q.   (By Mr. Loeser)  In the context of the

7    conversation we're having about whitelisted

8    partners.  And, again, I'm just trying to sort out

9    what Facebook is capable of identifying.

10             So tell me if I'm wrong.  Facebook keeps   08:50:34

11   track of money received from any partners,

12   including its whitelisted partners, right?

13        A.   Again, Facebook keeps -- Facebook will

14   track revenue spent on ads by -- by corporations

15   and companies and -- and entities.  So that's part   08:50:57

16   of the standards -- Facebook's standards --

17   standard business practices for running an ad

18   system.

19             By "partners," I assume you mean entities

20   that Facebook worked with as part of the Facebook    08:51:14

21   developer platform.  And so if -- if that's what

22   you mean -- well, first of all is that what you

23   mean?

24        Q.   Here's what I mean.  Facebook has

25   identified all of the apps and partners that it      08:51:30
```

Veritext Legal Solutions
866 299-5127

1    whitelisted for access to friend data, right.  We          08:51:34

2    went through that the other day.

3         A.   Yes, Facebook has -- has enacted an

4    exhaustive effort to identify apps and partners

5    that were whitelisted for access to friend data.          08:51:47

6         Q.   So what would Facebook need to do to also

7    identify for those very same entities the revenue

8    spent on ads on the Facebook platform?

9              MR. SCHWING:  Outside the scope.  Object

10   to form.                                                   08:52:04

11             THE DEPONENT:  Again, in that context,

12   it's hard for me to know exactly what -- what

13   Facebook would do.  Apart from the -- but the

14   conversation with the -- between the -- the teams

15   that run the Facebook advertising business and the         08:52:25

16   teams that maintain the Facebook developer

17   platform.

18        Q.   (By Mr. Loeser)  Before 2018, did

19   Facebook have a comprehensive list of all app

20   capability pairs that it had granted?                      08:52:40

21        A.   ████████████████████████████

     ████████████████████████████████████████

     ████████████████████████

24        Q.   And how was that maintained before 2018?

25        A.   That was maintained through the               08:53:03

```
 1    capabilities tool.                                08:53:05

 2        Q.   And before 2018, did Facebook

 3    systematically track which capabilities emitted

 4    user data and which third parties had access to

 5    that data?                                        08:53:17

 6            MR. SCHWING:  Compound.

 7            THE DEPONENT:  The capabilities tool ███

 8    ████████████████████████████████████████████████

 9    █████████████████████████████████████████████████

10        Q.   (By Mr. Loeser)  And when you say "at   08:53:39

11    that time," what was the time -- you're saying

12    prior to 2018 the capability tool ██████████████

13    ████████████  is that right?

14            MR. SCHWING:  Vague.

15            THE DEPONENT:  I think -- sorry, Austin.  08:53:52

16            MR. SCHWING:  I said objection.  Vague.

17            Go ahead and answer, if you're able to.

18            THE DEPONENT:  Prior to I think 2018 when

19    that specific field was introduced into the

20    capability tool, ████████████████████████  to    08:54:10

21    identify which capabilities had ████████████████

22    ████████████████

23        Q.   (By Mr. Loeser)  Before 2018 did Facebook

24    have a formalized process for requirements for

25    determining which third parties would receive     08:54:29
```

Page 1186

```
 1    certain capabilities?                                08:54:32

 2        A.   There was a process by which a capability

 3    would be granted to an application which was

 4    standard at the time.

 5        Q.   And what was that process?                  08:54:53

 6        A.   ███████████████████████████ that

 7    the capability ███████████████  and then

 8    another ████████████████████████████████

      ██  ████████████████

10        Q.   And this was -- was this a written          08:55:09

11    process, a formal process?

12        A.   That mechanism was -- was instituted by

13    the way the capability tool worked.  I wouldn't say

14    it was a written process.

15        Q.   And when you say ████████████████   █████████

      ██  █████████████████████████████████

17            What ██████████████████████████████

18    and wh██████████████████████████████

19            MR. SCHWING:  Object to form.

20            THE DEPONENT:  My understanding at the       08:55:45

21    time, is technically ███████████████████████████

      ██  ███████████████████d to an app.  And then a████████████

      ██  ███████████████had the ability to -- ████████████

      ██  █████████████████

25        Q.   (By Mr. Loeser)  And who were the ████████  08:56:01

                                                Page 1187
```

```
 1   ████████  who could  ██████████████?              08:56:02

 2        A.   I'm not sure which people at which times

 3   had -- had that -- had those -- had that power.

 4        Q.   What were their positions?

 5        A.   Again, the -- the positions of the people  08:56:25

 6   in terms of their job titles would have varied

 7   depending on which specific people had that -- had

 8   that ability at the time.  So it's hard for me to

 9   say.

10        Q.   And when a -- when a certain capability     08:56:42

11   was made available, was there a written report or

12   record of the reason why the capability was made

13   available?

14        A.   The capability tool includes a

15   ██████████████  -- of most capabilities which        08:57:08

16   ██████████████████████████████████

17        Q.   And when did it -- when did the tool

18   start including that  ██████████████

19        A.   The  ██████████████  as I understand it

20   ██████████████████████████████████                   08:57:29

21   but not every capability would have -- would have

22   had a -- necessarily  ██████████████████  for.

23        Q.   Previously you indicated you were not

24   prepared to testify on when, if ever, Facebook

25   deprecated all APIs that emit friend data.           08:57:51
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Do you remember that testimony? | 08:57:55 |
| 2 | MR. SCHWING:  Object to form. | |
| 3 | THE DEPONENT:  I don't recall | |
| 4 | specifically saying that, I'm afraid.  But... | |
| 5 | Q.   (By Mr. Loeser)  Can you testify as to | 08:58:12 |
| 6 | when, if ever, Facebook deprecated all APIs that | |
| 7 | emit friend data? | |
| 8 | A.   I can talk through the processes that | |
| 9 | Facebook has gone through since 2018 to | |
| 10 | dramatically limit the amount of information made | 08:58:32 |
| 11 | available to third-party apps. | |
| 12 | Q.   And you've done that.  And my question is | |
| 13 | a little different than that. | |
| 14 | And, again, I -- I'm asking you again | |
| 15 | because of some correspondence with your counsel | 08:58:48 |
| 16 | which seems to suggest that this is a question that | |
| 17 | you can answer, or that it would be difficult to | |
| 18 | answer, or that you might be able to answer, I just | |
| 19 | want to drill down and figure out if you can -- if | |
| 20 | you can answer it or not. | 08:58:59 |
| 21 | Can you identify when, if ever, Facebook | |
| 22 | deprecated all APIs that emit friend data? | |
| 23 | MR. SCHWING:  Object to form. | |
| 24 | Go ahead, Mr. Cross. | |
| 25 | THE DEPONENT:  Yes, I have -- speaking to | 08:59:14 |

Page 1189

```
 1    people involved I've identified the -- the APIs       08:59:16

 2    that emit friend data, and I understand when they

 3    were deprecated and when third-party apps were

 4    removed from the whitelists relating to those APIs.

 5         Q.   (By Mr. Loeser)  Okay.  And has -- we        08:59:37

 6    talked about a number of APIs that you had

 7    previously indicated continue to emit friend data

 8    after 2018.  And can you -- can you tell me as to

 9    those APIs, has Facebook, in fact, deprecated them

10    at this point so that they no longer emit friend     08:59:52

11    data?

12         A.   Yes, I can.  So the -- the first master

13    in here is in ████████, when the friend

14    permissions were deprecated and removed, such that

15    they had no effect for any app regardless of any     09:00:12

16    whitelist they were on.  And so that happened the

17    last day that -- those permissions had any effect

18    was the -- was the ████████████

19         Q.   Okay.  And what about the other APIs that

20    we talked about that -- that also emit friend data.  09:00:34

21         Do you remember what those were?

22         A.   I can give some examples of -- of APIs I

23    think are pertinent here.  So the two others that

24    we talked about previously were the invitable and

25    tagable friends APIs.  Those were changed on the --  09:00:51
```

HIGHLY CONFIDENTIAL

```
 1    the ███████████ at -- such that regardless        09:00:57

 2    of -- of any whitelist as I understand it, those

 3    APIs would return no information.

 4            MR. SCHWING:  Sorry, Mr. Loeser you're on

 5    mute.                                               09:01:32

 6            MR. LOESER:  Sorry.

 7       Q.  (By Mr. Loeser)  You identified invitable

 8    friends and tagable friends, and we -- we talked

 9    about a number of other APIs that you also

10    testified emit friend data, including events and    09:01:39

11    groups and user posts, user photos and so on.

12            As to all those other APIs that you

13    previously identified, has Facebook deprecated all

14    of them as well at this point?

15       A.  Yes, my understanding is that the -- the     09:01:59

16    ability for an app to read likes and comments by

17    friends on a users own photos is also no longer

18    available.

19       Q.  And when was that deprecated?

20       A.  At the -- the -- the deprecation took        09:02:25

21    place on the -- the ██████████ as I understand it

22    █████

23       Q.  Okay.  And the other APIs that you talked

24    about?

25       A.  So the groups API was updated in -- ██████   09:02:42
```

Page 1191

1    ███████.   Particularly on the ████████, such that          09:02:47

2    a new permission was required for apps to access

3    the profile information of somebody who had posted

4    in a group and, that change rolled out soon after

5    that.                                                        09:03:13

6        Q.   And when you say the "████████ of what

7    year?

8        A.   Oh, sorry, my understanding is that

9    permission was announced and those changes made on

10   the ████████                                                09:03:23

11       Q.   And how about private API capabilities

12   that emit friend data, have those all now been

13   deprecated?

14       A.   So the first thing to say is the -- the

15   change to the friend permissions on the ███████           09:03:44

16   ████████   would have effected all apps regardless

17   of white- -- whitelisting specifically with regard

18   to the friend permissions.  So the friend

19   permissions private or public had no effect for any

20   app after the ████████████.                               09:04:05

21       Q.   Okay.  And is there any other way other

22   than friend permissions that private API

23   capabilities would emit friend data?

24       A.   So one other way is access to the

25   newsfeed API, which we talked about previously,          09:04:23

```
 1    read stream.  My understanding is that the -- the        09:04:26

 2    final app was removed, the final third-party app

 3    was removed from that whitelist in ██████████

 4        Q.   And when you say "the final app in

 5    ████████████   what was the final app, do you know?     09:04:50

 6        A.   My understanding is the last app to be

 7    removed was Tobii, T-O-B-I-I, which was an

 8    accessibility app for people with ALS.

 9        Q.   And how about between March of 2018 and

10    ██████████, how many apps or partners continued         09:05:06

11    to have access to those capabilities during that

12    timeframe, do you know that?

13        A.   The process to wind down partner

14    integrations began in April 2018 and continued over

15    2018 and early 2019.  Exactly I can't remember the      09:05:29

16    exact numbers of -- of which apps were -- were

17    included.  But my understanding is that that

18    program or the whitelisting program was wound down

19    probably by the ████████.

20        Q.   And, Mr. Cross, are there any other ways        09:05:53

21    that friend data is emitted by Facebook other than

22    those that you've described that are ongoing?

23        A.   The answer to that question is -- is a

24    little complicated depending on the precise --

25    precise definition of -- of friend data.                09:06:14
```

Page 1193

```
 1              And so -- so that makes it hard to answer      09:06:17
 2     your question in -- in the affirmative.
 3          Q.   Okay.  Well, what are the ways in which
 4     friend data is still emitted?  And if to answer
 5     that question you have to explain what friend data   09:06:38
 6     means in that context, please do so.
 7          A.   So using the definition of -- of friend
 8     data which is information -- somebody else's
 9     information which a user emits or could emit to a
10     third-party application by nature of them being a    09:07:01
11     friend, my understanding is that Facebook has
12     removed all the ways in which a users friends data
13     would be emitted to a third-party app to the nature
14     of them being a friend.
15          Q.   Okay.  And you said that your answer        09:07:25
16     "depended on how you define friend data."
17              So is there another definition of friend
18     data that you have in mind which if applied would
19     lead you to testify that friend data continues to
20     be emitted now?                                       09:07:40
21          A.   Again, it's -- it depends what you mean
22     by what's meant by friend data.  What I'm referring
23     to here is information that's posted or entered by
24     a users friend, which would be emitted by the
25     nature of them being a friend to a third party.       09:08:08
```

HIGHLY CONFIDENTIAL

1      Q.   And, again, I'm just trying to understand        09:08:20

2    your earlier testimony.

3          So is there some other type of friend

4    data that continues to be emitted today?

5      A.   For example, if I managed a page and I          09:08:37

6    had an app managing my page, and one of my friends

7    posted publicly on that page, it's possible that an

8    app would have access to that public content.

9          So that's the example of -- of

10   information that's about a friend which might be       09:09:03

11   emitted.

12     Q.   Can you think of any other examples?

13     A.   That's really the -- the example I can

14   think of.

15     Q.   Mr. Cross, I asked you previously about          09:09:22

16   the factors that led Facebook to deprecate APIs

17   that emit friend data after the Cambridge Analytica

18   scandal, and you were not prepared at the time to

19   testify; however, I understand that you are now

20   able to testify to that.  If I -- if I understand      09:09:36

21   that correctly, could answer that question?

22          MR. SCHWING:  Object to the form of the

23   question.

24          Derek, I hesitate here, but let me just

25   try to be helpful.  And in the interest -- I           09:09:58

Page 1195

```
 1    just -- if -- if you can just ask him the question        09:10:02

 2    as opposed to --

 3              MR. LOESER:  Sure.  Sure.

 4              MR. SCHWING:  -- having representations

 5    of counsel that's my problem with it, okay.               09:10:05

 6              MR. LOESER:  Yeah, and I appreciate that.

 7    And I'm not trying to pick a fight with you.  I was

 8    just trying to make sure that --

 9              MR. SCHWING:  Yeah.  No, I --

10              MR. LOESER:  I'm not trying to ask him          09:10:14

11    questions that he's not able to answer.  I'm trying

12    to --

13              MR. SCHWING:  Yeah.

14              MR. LOESER:  -- ask questions now which

15    he is able to answer based on our communications.         09:10:17

16        Q.   (By Mr. Loeser)  So let me just ask

17    again.

18              Mr. Cross, what are the factors that led

19    Facebook to deprecate APIs that emit friend data

20    after the Cambridge Analytica scandal?                    09:10:28

21        A.   In 2018 following the situation around

22    Cambridge Analytica, the company  ███████████

      ██  ██████████████████████████████████

24              A number of the reasons why some of those

25    partnerships had built -- had been built, for            09:10:55
```

HIGHLY CONFIDENTIAL

```
 1    example, the device integrations.  They were built    09:10:57

 2    in a -- in a world where there were many more

 3    mobile operating systems out there.  By 2018 most

 4    people were using iOS and Android.

 5              And there were concerns raised around the   09:11:20

 6    Cambridge Analytica situation that indicated that

 7    there were concerns with how information was shared

 8    with third parties.  And Facebook under --

 9    ████████████████████████████████████ as to

10    whether or not ████████████████.                      09:11:45

11        Q.   Mr. Cross, was it wrong for Facebook to

12    publicly state it was getting rid of apps ability

13    to get Facebook user data from users friends when,

14    in fact, it continued to allow a number of apps to

15    do just that?                                         09:12:05

16              MR. SCHWING:  Lacks foundation.  Vague.

17    Outside of the scope of the deposition.

18              THE DEPONENT:  I'm not aware of

19    statements that were made -- statements that

20    Facebook has made to -- to that effect.               09:12:22

21        Q.   (By Mr. Loeser)  Respectfully, Mr. Cross,

22    that's not the question I asked you.

23              So I'll ask the question again, and if

24    you can answer the question, I would appreciate it.

25              Was it wrong for Facebook to publicly       09:12:37
```

Page 1197

HIGHLY CONFIDENTIAL

1   state it was getting rid of apps ability to get      09:12:39

2   Facebook user data from users friends when, in

3   fact, Facebook continued to allow a number of apps

4   to do just that?

5          MR. SCHWING:  Outside of the topics of 6    09:12:53

6   and 7.

7          THE DEPONENT:  Again, I'm not aware of --

8   of a statement that -- that Facebook's made to --

9   that would indicate Facebook believes that that's

10   the case.                          09:13:07

11      Q.   (By Mr. Loeser)  Mr. Cross, I'm not

12   asking you if you're aware of the statement

13   Facebook has made.  I'm asking you as Facebook's

14   corporate designee, whether it was wrong for

15   Facebook to publicly state it was getting rid of    09:13:17

16   apps ability to get Facebook user data from the

17   users friends when, in fact, Facebook continued to

18   allow a number of apps to do just that?

19          MR. SCHWING:  Vague.  Lacks foundation.

20   Outside the scope of the definition.          09:13:32

21          THE DEPONENT:  I -- I -- I'm afraid, I

22   don't work in -- in corporate communications, and

23   so I'm not an expert in what statements Facebook

24   made or should have made around -- around this

25   time.  As I said, I'm not aware of statements that   09:13:52

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

1    Facebook has made to indicate that.                    09:14:00

2         Q.   (By Mr. Loeser)  And, Mr. Cross, are you

3    unable to testify as Facebook's corporate designee

4    as to whether it was wrong for Facebook to state it

5    was getting rid of apps ability to get Facebook       09:14:11

6    user data from a users friends when, in fact,

7    Facebook continued to allow a number of apps to do

8    just that?

9              MR. SCHWING:  Outside of the scope of

10   topics 6 and 7.  And lacks foundation.                09:14:24

11             THE DEPONENT:  As I said like -- I'm

12   not -- I don't feel comfortable giving an answer on

13   behalf of the company there.  I've given -- I'm not

14   an expert in, or I'm not really working in

15   corporate communications or -- really have the        09:14:46

16   expertise required to -- to answer that question

17   like that, I'm afraid.

18        Q.   (By Mr. Loeser)  Mr. Cross, you testified

19   that one reason Facebook gave third parties access

20   to friend information after 2014 was to avoid         09:15:07

21   breaking the user experience, right?

22             MR. SCHWING:  Object to form.

23             THE DEPONENT:  I recall we -- we were

24   discussing the -- the reasons for giving some apps

25   additional time to migrate between API version 1      09:15:28

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1   and version 2.                                    09:15:33

 2        Q.   (By Mr. Loeser)  So that the user

 3   experience will not be broken?

 4             MR. SCHWING:  Object to form.

 5             THE DEPONENT:  My understanding is --    09:15:39

 6   sorry.  My understand is that's one of the reasons

 7   why Facebook allowed apps extra time to transition

 8   from version 1 to version 2.

 9        Q.   (By Mr. Loeser)  So for third parties who

10   received friend information after 2014, their user  09:15:56

11   experience was not broken, right?

12             MR. SCHWING:  Object to form.

13             THE DEPONENT:  So I'm not -- I'm not sure

14   I understand the question since -- can you -- I'm

15   not sure I understand the question.               09:16:13

16        Q.   (By Mr. Loeser)  You understand what it

17   means to break the user experience, right?

18        A.   Different applications behave in

19   different ways when the API is -- is changed for

20   them.                                             09:16:28

21        Q.   And APIs that -- that apps that depend on

22   friend information if the friend information no

23   longer is available that breaks the user

24   experience, right?

25        A.   It could break the user experience.      09:16:41
```

Page 1200

HIGHLY CONFIDENTIAL

```
 1    Again, the precise way in which the application was    09:16:43

 2    effected would be different from application to

 3    application.

 4         Q.   Okay.  But for an app that depends upon

 5    friend data, if that app was continued to            09:16:53

 6    allowed -- continued to have access to friend data,

 7    than the user experience would not be broken,

 8    right?

 9              MR. SCHWING:  Object to form.

10              THE DEPONENT:  Typically where an app is    09:17:08

11    built to work with a particular version of an -- or

12    a particular way an API works and then that API

13    doesn't change, then the behavior of the app also

14    would not change.

15         Q.   (By Mr. Loeser)  Okay.  And there were      09:17:23

16    many third-party applications who before 2015

17    relied on nonapp friend information for their user

18    experience, right?

19         A.   There were applications built prior --

20    prior to 2014 which reviewed friends information in   09:17:41

21    various ways.

22         Q.   And not just various ways but for the

23    user experience, right?

24         A.   Some apps would have used that

25    information very much in the user experience.         09:18:01
```

HIGHLY CONFIDENTIAL

```
 1          Q.   Mr. Cross, not all those third parties       09:18:04

 2    received an extension or access to a private API,

 3    right?

 4          A.   Facebook gave developers a year to

 5    transition from API version 1 to version 2.           09:18:20

 6          Q.   Okay.  And not all apps received

 7    extensions beyond that time period, right?

 8          A.   Not all apps were -- were given

 9    additional time to migrate.

10          Q.   And so for those apps that relied on        09:18:36

11    friend information for the user experience that did

12    not receive an extension beyond a year, the -- the

13    user experience was broken for those apps, right?

14               MR. SCHWING:  Object to form.

15               THE DEPONENT:  I don't think that's an       09:18:59

16    appropriate characterization to make.  Many

17    developers updated their application, such that it

18    continued to -- to operate.

19          Q.   (By Mr. Loeser)  But for those that

20    depended on the same nonapp friend information that    09:19:15

21    they got before the transition to the new platform,

22    the user experience was broken for those apps,

23    right?

24               MR. SCHWING:  Object to form.

25               THE DEPONENT:  No, I don't think that's      09:19:31
```

Page 1202

1    an appropriate characterization to make.  Apps --       09:19:33

2    developers were in many cases up -- able to update

3    their application such that it did not rely on

4    access to that information.

5         Q.   (By Mr. Loeser)  So there were no apps        09:19:49

6    for which the user experience was broken as a

7    result of not providing the app with private API

8    for that information?

9              MR. SCHWING:  Object to form.

10             THE DEPONENT:  That's also not quite what      09:20:04

11   I said.  I said that many -- many developers were

12   able to update their application.  Others choose

13   to -- chose to stop offering their application.

14   And there would have been some developers who did

15   none of those things.  And their application would    09:20:19

16   behave in different ways depending on exactly how

17   their application was built.

18        Q.   (By Mr. Loeser)  So how did Facebook

19   decide which user experiences to break and which

20   user experiences not to break when it came to         09:20:31

21   providing friend sharing extensions?

22             MR. SCHWING:  Object to form.

23             THE DEPONENT:  Facebook evaluated -- the

24   partnerships team at Facebook along with the -- the

25   work team, evaluated whether or not it was            09:20:51

Page 1203

```
 1    appropriate to grant an extension typically based      09:20:59

 2    on whether or not the developer had the -- the

 3    ability -- had been able to update their

 4    integration in time, and whether or not more time

 5    would prevent a broken user experience.               09:21:17

 6         Q.   (By Mr. Loeser)  Mr. Cross, have you been

 7    able to figure out what a "T0" partner is?

 8         A.   My understanding is that T0 represents a

 9    categorization by the partnerships team of certain

10    partners of app developers.                           09:22:02

11         Q.   And, Mr. Cross, how many T0 partners were

12    whitelisted for friend data access after 2014?

13         A.   I don't know exactly which apps were

14    categorized as T0 partners or -- or which of them

15    continued to have the access for -- for some period   09:22:23

16    of time.

17         Q.   That's information that Facebook

18    possesses, right?

19              MR. SCHWING:  Object to form.

20              THE DEPONENT:  I don't know whether or      09:22:34

21    not apps categorized this -- this -- well,

22    developers categorized this -- this T0 as -- as

23    something that Facebook still has access to.

24         Q.   (By Mr. Loeser)  Any reason for you to

25    believe that Facebook cannot identify all of its T0   09:22:54
```

                                                    Page 1204

HIGHLY CONFIDENTIAL

```
 1    partners from 2007 to present?                    09:22:57

 2            MR. SCHWING:  Object to form.

 3            THE DEPONENT:  I'm just not sure what

 4    the -- how -- how lists of what would be considered

 5    T0 partners were -- were kept at various times, in  09:23:11

 6    the concept of T0 is not something that's existed

 7    from 2007 onwards.

 8            Sorry, consistently existed from 2007

 9    onwards.

10        Q.  (By Mr. Loeser)  Mr. Cross, does           09:23:30

11    Jackie Chang still work for Facebook?

12        A.  I'm -- I think she may still work for

13    Facebook but is on maternity leave.

14        Q.  And to prepare for your testimony

15    regarding friend sharing and whitelisting, did you  09:23:46

16    speak with Jackie Chang?

17        A.  I did not speak with Jackie Chang.  As I

18    understand she's -- she's currently on leave.

19        Q.  Is that the reason why you didn't try to

20    speak with her?                                     09:24:02

21        A.  Typically if someone is on leave, I would

22    generally like to leave them on leave.

23        Q.  And do you know when she returns from

24    leave?

25        A.  I -- I'm not sure when she returns from    09:24:19
```

Page 1205

```
 1    leave, I'm afraid.                                    09:24:22

 2              MR. LOESER:  Why don't we go off the

 3    record.

 4              THE VIDEOGRAPHER:  Okay.  We're off the

 5    record.  It's 9:24 p.m.                               09:24:38

 6              (Recess taken.)

 7              THE VIDEOGRAPHER:  We're back on the

 8    record.  It's 9:34 p.m.

 9                        EXAMINATION

10    BY MR. SCHWING:                                       09:34:07

11        Q.   Mr. Cross, I just have a couple of

12    follow-up questions.  Earlier you gave some

13    testimony regarding site bar in the gatekeeper

14    tool, and you indicated that there was some

15    migration information into the capabilities tool.    09:34:19

16              Do you remember that testimony?

17        A.   Yes, I recall being asked.

18        Q.   Can you explain further the migration

19    that took place then?

20        A.   So my understanding is that -- between      09:34:37

21    2018 and '19 an effort was undertook to migrate any

22    site bars or gatekeepers which refied to the API

23    behavior for a ██████████ , or ██████████ was

24    migrated into the capability tool and all relevant

25    information was -- was -- was also migrated.         09:35:06
```

Page 1206

```
 1              Such that today, my understanding is the      09:35:09

 2   capability tool is a complete picture of ways in

 3   which apps access to information by the API has

 4   not -- has been managed.

 5      Q.   Were third parties whitelisted for friend       09:35:43

 6   information because of the revenue that they

 7   deliver to Facebook?

 8      A.   No.

 9      Q.   Are third parties whitelisted for friend

10   information because of their advertising spend?        09:35:58

11      A.   No.

12           MR. SCHWING:  I don't have anything

13   further.

14           MR. LOESER:  Brief follow up.

15                 FURTHER EXAMINATION                       09:36:10

16   BY MR. LOESER:

17      Q.   You referred to an effort to migrate, was

18   it site bar -- what was migrated from what to what?

19      A.   So the gatekeeper tool contained a number

20   of gatekeepers, which we used to █████████             09:36:32

21   ████████████████████████████ and --

22   where Facebook uncovered or identified -- sorry,

23   where Facebook identified gatekeepers that were

24   based on an ██████ then that gatekeeper was

25   migrated to be a capability.                           09:36:58
```

                                              Page 1207

1          Q.    And what prompted that migration?          09:37:00

2          A.    A desire to have a single tool to manage

3     all of the ways in which the API behavior could be

4     modified.

5          Q.    Now, Mr. Cross, in response to          09:37:37

6     Mr. Schwing's question about revenue, you've

7     testified that partners were not whitelisted for

8     friend data because the revenue they deliver to

9     Facebook.

10              Is that your testimony as Facebook's          09:37:56

11     corporate designee?

12          A.    My understanding from reviewing documents

13     and speaking to people, is the revenue or ad spend

14     was not a determining factor as to whether or not

15     an app was granted access to friends data.          09:38:15

16          Q.    And the basis of your knowledge there,

17     that's not based on your personal knowledge is it?

18          A.    I certainly have no personal knowledge

19     of -- sorry.  Let me put that another way.

20              In my experiences, I'm -- I was not aware          09:38:36

21     of anytime revenue was used to make a whitelisting

22     decision with regards to friends data, and the

23     people I spoke to in -- in preparation for this

24     testimony also concurred with that view.

25          Q.    And those people you spoke to are two          09:39:04

Page 1208

HIGHLY CONFIDENTIAL

```
 1    individuals that you identified before Mr. Mehta       09:39:06

 2    and Mr. Archibong; is that right?

 3            MR. SCHWING:  Misstates testimony.

 4            THE DEPONENT:  Those are two of the

 5    people that I spoke to in preparation for today.       09:39:17

 6       Q.   (By Mr. Loeser)  And is there anybody

 7    else that told you that ad spend and revenue was

 8    not taken into account by Facebook when deciding

 9    which partners to whitelist?

10       A.   I can't recall the names of all the other      09:39:35

11    people I spoke to in -- in preparation for this,

12    but all the people I spoke to, and of all the

13    documents I reviewed, concurs with the -- the

14    understanding that revenue was not taken into

15    account with regards to whitelisting apps to friend   09:39:58

16    information.

17       Q.   Now, Mr. Cross, we went through many,

18    many documents that suggest to the contrary, didn't

19    we?

20            MR. SCHWING:  Argumentative.  Lacks            09:40:11

21    foundation.

22       Q.   (By Mr. Loeser)  Isn't that true,

23    Mr. Cross?

24       A.   We've been through documents which --

25    looked to assess the potential impact of the          09:40:25
```

Page 1209

```
 1    changes.  And -- and some of those documents        09:40:27

 2    mentioned revenue as -- as part of the early

 3    assessments.

 4            But when speaking to the people that were

 5    involved in native whitelisting, the revenue from   09:40:44

 6    these device integration partners were, or other

 7    platform partners, was not considered as part of

 8    the decision to -- to grant them access.

 9        Q.   And so you're saying that because these

10    two individuals you talked to told you that?        09:41:07

11            MR. SCHWING:  Object --

12        Q.   (By Mr. Loeser)  The documents certainly

13    don't tell you that, do they?

14            MR. SCHWING:  Argumentative.  Lacks

15    foundation.                                         09:41:17

16            THE DEPONENT:  Speaking to people who

17    were involved in -- in the decisions as to why apps

18    ultimately were granted extensions or exemptions

19    they -- the impact on -- on revenue from not doing

20    so, was not an impact.  Was not a factor in the     09:41:40

21    decision-making.

22        Q.   (By Mr. Loeser)  Well, did you -- did you

23    identify any internal documents at Facebook that

24    said what you just said?

25            MR. SCHWING:  Object to form.               09:41:56
```

Page 1210

HIGHLY CONFIDENTIAL

1    Q.   (By Mr. Loeser)  Any?  Did you identify a        09:42:01

2    single document that confirms what you just said?

3              MR. SCHWING:  Same objection.

4              THE DEPONENT:  I reviewed a number of

5    documents.  I -- I don't recall a document that --     09:42:15

6    that says exactly what I just said.  Again,

7    speaking to the -- the people involved and from my

8    own experiences, involved in -- in this time in

9    terms of giving apps -- giving partners continued

10   access to -- to friend data for a period of time as   09:42:41

11   an extension or exemption, the revenue from those

12   partners was -- was not a factor in the

13   decision-making as to whether or not to grant them

14   full access.

15       Q.   (By Mr. Loeser)  Mr. Cross, can you          09:42:55

16   identify even one document generated internally at

17   Facebook that says that ad revenue, ad spend and

18   revenue was not taken into account when deciding

19   which partners to whitelist?

20             MR. SCHWING:  Object to form.  Asked and     09:43:15

21   answered.

22             THE DEPONENT:  I can't identify as I sit

23   here a -- a document that --

24             SPECIAL MASTER GARRIE:  Answer the

25   question.  Yes or no.  It is a simple question,       09:43:26

Page 1211

HIGHLY CONFIDENTIAL

```
 1    answer it accordingly.                              09:43:33

 2           THE DEPONENT:  As I sit here today, I

 3    can't identify a document that -- that says that

 4    specifically.

 5        Q.   (By Mr. Loeser)  Now, Mr. Cross, you say   09:43:46

 6    you talked to two individuals who told you that

 7    revenue and ad spend was not taken into account in

 8    whitelisting decisions.

 9           Has it occurred to you that perhaps

10    they're not telling you the truth?                  09:43:56

11           MR. SCHWING:  Object to form.

12           THE DEPONENT:  I suppose -- the people I

13    spoke in preparation for this deposition are people

14    that were involved over -- over a long period of

15    time in how Facebook manages its developer platform  09:44:21

16    and platform partnerships.

17           These people are knowledgeable about

18    their -- about their space and they were effusive

19    in helping me understand their view on how

20    whitelisting decisions were made.                   09:44:43

21           And revenue was not considered in the

22    ultimate decision to whitelist.  The documents

23    you're, I think referring to, for example,

24    Ms. Mosseri is -- is a draft document.  It was

25    prepared when the company was attempting to         09:45:07
```

Veritext Legal Solutions
866 299-5127

```
 1    understand the potential impact.  And, you know, my        09:45:13

 2    understanding is that as a result, of my

 3    conversations, revenue was not a factor in deciding

 4    whether or not to grant apps continued access to

 5    friend data.                                                09:45:35

 6         Q.   (By Mr. Loeser)  Mr. Cross, I asked you a

 7    very simple and straightforward question.  Would

 8    you like me to read it back to you so that you can

 9    answer it?  I'll ask it again.

10         Mr. Cross, you say, you talked to two               09:45:47

11    individuals who told you that revenue and ad spend

12    was not taken into account in whitelisting

13    decisions.

14         Has it occurred to you that perhaps they

15    are not telling you the truth?                            09:45:58

16         MR. SCHWING:  The question is

17    argumentative.

18         THE DEPONENT:  I have no reason --

19         SPECIAL MASTER GARRIE:  Answer the

20    question.                                                 09:46:09

21         THE DEPONENT:  I have no reason to doubt

22    they were telling me the truth.

23         Q.   (By Mr. Loeser)  And, Mr. Cross, when you

24    spoke to those two individuals, did you bring to

25    their attention the series of documents that we          09:46:19
```

Page 1213

```
 1    sent over to you before your deposition that talked        09:46:22

 2    about the identification of strategic partners and

 3    the revenue received from them in whitelisting

 4    decisions?

 5        A.   And so I think the last of what you said        09:46:40

 6    there is -- is not -- I'm not sure I fully

 7    understand.  We -- the -- I'm sorry.  I -- that was

 8    about three things in that -- in that question

 9    which -- which I would like to unpick.

10             Can you ask me the question again,            09:46:58

11    please.

12        Q.   Mr. Cross, were you provided with any

13    contemporaneous -- contemporaneous written record

14    from the people you spoke to about the basis for

15    whitelisting decisions that indicated that revenue     09:47:26

16    and ad spend was not taken into account in making

17    those decisions?

18        A.   Was I provided with any

19    contemporaneous -- like -- sorry.  I'm -- I'm

20    really -- I'm really just not sure I'm             09:47:45

21    understanding that question.

22        Q.   Okay.  By "contemporaneous," I mean at

23    the time the whitelisting decisions were made, were

24    you provided with any written record from the time

25    at which whitelisting decisions were made that       09:47:59
```

                                                    Page 1214

```
 1    indicated that ad revenue -- that ad spend and          09:48:01

 2    revenue was not taken into account in the

 3    whitelisting decisions?

 4              MR. SCHWING:  Object to form.

 5              THE DEPONENT:  I was not provided with --      09:48:16

 6    with -- with documents that -- that state that

 7    ad revenue was not included in the decision-making.

 8              Although my -- again, my conversations

 9    and the documents I've reviewed talk about what

10    factors were included, it would not necessarily be      09:48:37

11    normal for them to be explicit, that was not

12    included.

13         Q.   (By Mr. Loeser)  And, Mr. Cross, when

14    conducting your own investigation to determine if

15    you had been told the truth, did you go find out        09:48:53

16    how much money the whitelisted partners had paid to

17    Facebook after 2014?

18              MR. SCHWING:  Object to form.

19              THE DEPONENT:  I, in preparation for this

20    case, did not attempt to find out how much revenue      09:49:17

21    these partners -- certain partners had paid

22    Facebook over time.  And because from my own

23    observations in speaking to the people involved,

24    the decisions to whitelist were based on the desire

25    to keep valuable integrations running and to            09:49:42
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | minimize broken experiences for widely used apps, | 09:49:51 |
| 2 | and to give developers, some developers additional | |
| 3 | time to migrate. | |
| 4 | In -- in none of that -- none of those in | |
| 5 | the documents that I reviewed about the time in | 09:50:08 |
| 6 | terms of whitelisting decisions, was -- was revenue | |
| 7 | mentioned in relation to friend data. | |
| 8 | Q.   (By Mr. Loeser)  Mr. Cross, I'm going to | |
| 9 | ask you one more time.  And I would like a | |
| 10 | yes-or-no answer to a yes-or-no question. | 09:50:24 |
| 11 | And then we can be finished for the | |
| 12 | night. | |
| 13 | In conducting your own investigation to | |
| 14 | determine if you had been told the truth, did you | |
| 15 | go find out how much money the whitelisted partners | 09:50:34 |
| 16 | had paid to Facebook after 2014, yes or no? | |
| 17 | MR. SCHWING:  Argumentative. | |
| 18 | THE DEPONENT:  No, I did not conduct an | |
| 19 | investigation into how much money those partners | |
| 20 | had spent on ad revenue. | 09:51:00 |
| 21 | MR. LOESER:  Thank you.  Those are the | |
| 22 | questions I have. | |
| 23 | Just noting for the record, Mr. Schwing, | |
| 24 | we do have concerns about the ability of the | |
| 25 | witness to testify as to certain topics.  I won't | 09:51:14 |

Page 1216

HIGHLY CONFIDENTIAL

```
 1    take anymore of his time right now on the record.        09:51:17

 2    We can talk about that later, but obviously reserve

 3    the right based on our ongoing conversations to --

 4    to have more questions of perhaps another witness.

 5            But I appreciate Mr. Cross's time.  I            09:51:29

 6    know this has been a -- a long deposition, and

 7    thank you very much for your willingness to

 8    participate.  And that's all I have for the night.

 9            MR. SCHWING:  And, Derek, obviously we --

10    we reserve all rights and with respect to the issue      09:51:44

11    you raised and we're happy to discuss that with you

12    off the record at a later time.

13            One housekeeping item is, I would suggest

14    that the witness be given 45 days to review his

15    testimony.  I think that's what we've been doing         09:52:00

16    for the most part in the case --

17            SPECIAL MASTER GARRIE:  30 days.

18            MR. SCHWING:  -- provide any corrections.

19            SPECIAL MASTER GARRIE:  I think Gibson

20    requested 30 days.                                       09:52:11

21            MR. SCHWING:  Well, Special Master

22    Garrie, I think we actually were using 45.  The

23    last time I got on with Mr. Cross I said 30 days

24    because I was the new guy, and didn't realize what

25    we had been doing.                                       09:52:21
```

Page 1217

HIGHLY CONFIDENTIAL

```
 1              SPECIAL MASTER GARRIE:  Is that in the      09:52:22

 2     protocol?  There was an explicit request in the

 3     protocol.  I can't remember what it is.

 4              MR. SCHWING:  Yeah.

 5              SPECIAL MASTER GARRIE:  But I know you       09:52:28

 6     added specific language for that request, so

 7     whatever it is -- it is.

 8              MR. LOESER:  We can go off the record and

 9     we can --

10              MR. SCHWING:  Yeah, and the other --        09:52:36

11     well, before we go off the record -- we're still on

12     the record, right?

13              SPECIAL MASTER GARRIE:  Still on the

14     record.

15              MR. SCHWING:  The testimony and documents   09:52:46

16     should -- the testimony should be treated as

17     "Highly Confidential" and we'll be obviously

18     reviewing the testimony and making appropriate

19     designations.

20              MR. LOESER:  Understood.                    09:52:58

21              Okay.  Let's go off the record.

22              THE VIDEOGRAPHER:  Okay.  We're off the

23     record.  It's 9:53 p.m.

24              (TIME NOTED:  9:53 p.m.)

25                      ---o0o---                           09:53:06
```

Page 1218

HIGHLY CONFIDENTIAL

1      I, SIMON CROSS, do hereby declare under

2   penalty of perjury that I have read the foregoing

3   transcript; that I have made any corrections as

4   appear notes; that my testimony as contained

5   herein, as corrected, is true and correct.

6      Executed this ____ day of _____,

7   2022, at _____,_____.

8

9

10

11                  _____

12                  SIMON CROSS

13                  Volume 5

14

15

16

17

18

19

20

21

22

23

24

25

Page 1219

HIGHLY CONFIDENTIAL

1      I, Rebecca L. Romano, a Registered

2  Professional Reporter, Certified Shorthand

3  Reporter, Certified Court Reporter, do hereby

4  certify:

5      That the foregoing proceedings were taken

6  before me remotely at the time and place herein set

7  forth; that any deponents in the foregoing

8  proceedings, prior to testifying, were administered

9  an oath; that a record of the proceedings was made

10 by me using machine shorthand which was thereafter

11 transcribed under my direction; that the foregoing

12 transcript is true record of the testimony given.

13     Further, that if the foregoing pertains to the

14 original transcript of a deposition in a Federal

15 Case, before completion of the proceedings, review

16 of the transcript [X] was [ ] was not requested.

17     I further certify I am neither financially

18 interested in the action nor a relative or employee

19 of any attorney or any party to this action.

20     IN WITNESS WHEREOF, I have this date

21 subscribed my name.

22

23 Dated:  June 24, 2022

24                     _____

                       Rebecca L. Romano, RPR, CCR

25                     CSR. No 12546

                                        Page 1220

```
 1   SIMON CROSS

 2   si@fb.com

 3                                June 24, 2022

 4   RE: In Re: Facebook, Inc. Consumer Privacy User Profile
         Litigation

 5   June 21, 2022-SIMON CROSS 30(B)(6)-Volume 5-5291734

 6   The above-referenced transcript has been

 7   completed by Veritext Legal Solutions and

 8   review of the transcript is being handled as follows:

 9   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25
```

Veritext Legal Solutions
866 299-5127

1   _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9   __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 1222

```
 1  In Re: Facebook, Inc. Consumer Privacy User Profile
    Litigation
 2  SIMON CROSS 30(B)(6)-Volume 5-5291734
 3                  E R R A T A   S H E E T
 4  PAGE_____ LINE_____ CHANGE_____
 5  _____
 6  REASON_____
 7  PAGE_____ LINE_____ CHANGE_____
 8  _____
 9  REASON_____
10  PAGE_____ LINE_____ CHANGE_____
11  _____
12  REASON_____
13  PAGE_____ LINE_____ CHANGE_____
14  _____
15  REASON_____
16  PAGE_____ LINE_____ CHANGE_____
17  _____
18  REASON_____
19  PAGE_____ LINE_____ CHANGE_____
20  _____
21  REASON_____
22
23  _____    _____
24  WITNESS                           Date
25
```

Page 1223

**[& - 20180815]**

| & |
|---|
| **&**   986:14 987:19<br>989:5 990:5 991:5<br>995:16,20,22<br>1221:23 1222:9 |

| 0 |
|---|
| **019**   993:15<br>**01952426**   994:6<br>1116:16<br>**01952427**   994:7<br>**0236297**   1007:10<br>**02674226**   993:25<br>1111:7<br>**02843**   986:4 987:4<br>**02898663**   993:18<br>1102:24<br>**02898670**   993:22<br>1108:3<br>**02936297**   993:15<br>**06.14.2018**<br>1104:13 |

| 1 |
|---|
| **1**   1006:9,14,17<br>1049:10 1068:1,3<br>1068:4,6,16,21<br>1069:3,23<br>1070:16,21<br>1071:13,16,19<br>1072:5 1105:12<br>1128:13 1129:20<br>1129:22 1131:14<br>1132:10 1137:2<br>1169:5 1180:10<br>1181:10 1199:25<br>1200:8 1202:5<br>1222:1<br>**1.0**   1029:17<br>1120:18 1127:14<br>1128:10 1129:11<br>1129:13,15 |

1131:10,23
1132:12
**100**   1077:19
1105:25 1112:16
**1007**   993:14
**1101**   993:17
**1107**   993:21
**1111**   993:24
**1116**   994:4
**1139**   993:6
**113a**   993:22
**1171**   994:12
**11:52**   1045:4
**1201**   988:11
**1206**   993:7
**1207**   993:8
**1222**   986:25
**12546**   986:21
1220:25
**12th**   989:10
**14**   1062:5
**14th**   1102:19
**15**   1100:9 1170:3
**15th**   1045:3
1056:2 1111:9
1113:24
**1600**   989:11
**16th**   1005:15,18
**18**   986:4 987:4
1051:1
**1801**   991:8
**1881**   991:16
**19**   1206:21
**1970**   1049:4,10
**1:37**   987:18 995:2
995:6
**1st**   1192:1,6,10

| 2 |
|---|
| **2**   1009:1 1010:20<br>1011:18 1016:23<br>1018:1 1019:2 |

1020:20 1026:18
1030:6 1036:15
1038:21,22
1045:2,14,15,17
1047:23,23,25
1048:4,5 1049:5,8
1051:3 1052:4
1055:15,16,20
1056:11,14,15
1067:25 1071:19
1076:12 1087:17
1089:10 1105:13
1113:2 1128:13
1129:20,22
1130:6 1137:2
1138:11 1144:22
1181:10 1200:1,8
1202:5
**2.0**   1027:12
1128:11 1129:16
1130:3,7,10,12
**2.1.**   1001:1
**20**   1002:9 1100:8
**20-0466**   986:22
**2001**   990:16
**2007**   1053:2
1205:1,7,8
**2013**   1045:3
1054:24 1055:17
1055:23 1056:9
1062:5 1079:24
1100:8
**2014**   1000:25
1029:2 1098:19
1099:23 1100:1,8
1127:9 1144:4,21
1147:17 1151:3
1151:16,19,22
1155:5,17
1167:20 1169:1,3
1169:7 1170:3

1199:20 1200:10
1201:20 1204:12
1215:17 1216:16
**2015**   1029:18
1056:2 1100:7
1117:11 1118:11
1118:20 1119:1
1121:8 1137:3
1144:4 1147:24
1155:20 1169:12
1201:16
**2016**   1001:4,20
1002:10
**2017**   1051:1
**2018**   1001:8,12
1002:19,21
1003:1,11 1004:3
1006:6 1067:1,3,9
1067:13 1076:19
1076:24 1080:5
1083:6,21
1085:25 1102:19
1111:9 1113:24
1116:18 1118:25
1120:13,16
1121:6,16
1127:10 1136:25
1139:22 1140:12
1147:15 1148:3
1168:3,20
1185:18,24
1186:2,12,18,23
1189:9 1190:8,13
1190:18 1191:1
1191:22 1192:1
1192:10,16,20
1193:9,14,15,19
1196:21 1197:3
1206:21
**20180815**   1111:10
1113:15,22

**[2019 - 8:23]**

**2019**  996:10
1023:8 1061:11
1063:11 1064:4,8
1064:22 1082:23
1083:1,15
1085:22 1127:10
1168:3 1193:15
**2020**  996:10
1001:16 1193:3,5
1193:10
**2022**  986:16
987:18 995:1,6
1005:15 1219:7
1220:23 1221:3,5
**2025.520**  1221:9
1221:12
**206**  988:14
**21**  986:16 987:18
995:1 1221:5
**2100**  990:17
**213**  992:10
**214**  990:19
**21st**  995:6
**22nd**  1116:18
1148:3
**24**  1220:23 1221:3
**25**  1045:4
**253-9706**  992:10
**270,000**  1115:21
**28,122**  1114:19
**2843**  986:3 987:3
**28th**  1190:18
1192:15,20
**298-5735**  991:11
**2:58**  1046:15

**3**

**3**  1071:19 1075:18
1076:13 1105:14
1107:15
**30**  986:12 1107:22
1156:10,17

1157:15 1159:16
1164:9,14,22
1165:21 1217:17
1217:20,23
1221:5 1222:1
1223:2
**3000**  990:9
**303**  991:11
**30th**  1029:18
**3200**  988:12
**32nd**  992:8
**339**  994:12
1171:23,25
**34**  1145:21
**3491**  986:23
**353**  1009:1,11
1010:17 1011:19
**393-8200**  990:11
**3:33**  1046:18
**3:43**  1005:15
**3p**  1105:13,14
**3rd**  1113:9
1115:11

**4**

**4**  1071:19 1075:4
**415**  989:13 990:11
**4200**  991:9
**427**  1117:2
**428**  1004:20
1091:10 1092:20
1092:22 1094:14
1094:22 1095:12
1107:19
**429**  993:14 1007:5
1007:9,10 1020:2
1046:21 1053:15
1055:22 1072:10
1072:22 1076:15
1078:4 1091:3
1093:5 1094:12
1094:19

**430**  993:17
1101:17,21
1102:18 1108:4,7
**431**  993:21
1107:11,15,16,18
1108:2
**432**  993:24 1111:2
1111:6,6
**433**  994:4 1116:11
1116:15 1146:10
1146:10 1147:4
**434**  1145:22
**445-4003**  989:13
**45**  1217:14,22
**4th**  1191:1,21

**5**

**5**  986:17 993:3
995:7 1005:13
1007:25 1071:19
1074:3,6 1219:13
**5-5291734**  1221:5
1223:2
**52427**  1116:16
**5291734**  986:24
**555**  989:10 990:8
992:7
**5:07**  1101:13
**5:21**  1101:16
**5:22**  1102:16
**5th**  992:7

**6**

**6**  986:12 1068:16
1068:19,20,21
1069:4,25 1070:3
1070:21,22
1071:13,13,17,19
1072:5 1073:9,13
1073:14 1107:22
1138:19 1148:15
1156:10,17

1157:15 1159:22
1161:7 1164:14
1164:22 1165:3
1165:21 1198:5
1199:10 1221:5
1223:2
**6/22/2018**  1145:25
**623-1900**  988:14
**650**  991:18
**661792110**  1019:3
**698-3204**  990:19
**6:22**  1138:6
**6:38**  1138:9
**6:40**  1139:9

**7**

**7**  1138:20 1148:15
1159:22 1161:15
1163:15 1198:6
1199:10
**7321**  1220:24
**75201**  990:18
**7:29**  1139:12
**7:48**  1146:20
**7:50**  1146:23
**7a**  1161:13
1162:14,20
1163:9
**7b**  1169:20

**8**

**8**  1113:2
**80202-2642**
991:10
**827**  986:22
**849-5206**  991:18
**8667**  1103:16
1105:5,6 1108:8
**8668**  1102:24
**8:18**  1167:12
**8:23**  1167:15

Page 2

**[90 - added]**

**9**

**90**   1003:24 1004:2
1005:2,5,16
1006:11
**90013**   992:9
**94105-0921**
990:10
**94304-1211**
991:17
**94607**   989:12
**98101**   988:13
**986**   986:25
**998**   993:5
**9:24**   1206:5
**9:34**   1206:8
**9:53**   1218:23,24

**a**

**a.m.**   1045:4
**aa**   1078:5,24
**ab**   1082:7
**ability**   1003:25
1005:1 1014:13
1032:19 1128:3
1133:8,10
1145:11 1155:19
1187:23 1188:8
1191:16 1197:12
1198:1,16 1199:5
1204:3 1216:24
**able**   1008:5,6,7,13
1008:14 1011:7
1015:7,8 1035:18
1087:6 1104:3
1106:6,8 1130:22
1139:20 1145:13
1152:3 1153:18
1156:12 1159:5,6
1171:8 1177:20
1178:5 1180:19
1183:14,15

1186:17 1189:18
1195:20 1196:11
1196:15 1203:2
1203:12 1204:3,7
**ac**   1083:7
**access**   1001:15,19
1001:23 1002:3,5
1002:8 1009:20
1009:24 1015:18
1026:16 1033:2
1041:21 1047:20
1051:25 1052:2
1052:11,17
1053:3,11,21
1054:12,16
1058:12 1059:3
1059:13,20
1060:1,5 1061:8
1061:15,25
1062:14,18,24
1063:17 1065:12
1078:12 1079:7
1081:4,8,15
1090:19,25
1091:18,20,24
1092:3 1093:2,14
1093:19,24
1094:25 1095:2,8
1095:13,18
1097:2 1101:8
1104:12,24
1105:13 1106:5,6
1106:8 1107:7
1117:9,22
1118:10,19
1119:1,3,15
1120:3,7,10,13,17
1121:6,6 1122:9
1124:12,17
1125:1,6,14
1126:8 1131:18

1131:22 1132:1,9
1132:12 1133:24
1137:1,2 1141:6
1141:12,15,24
1142:10,22,24
1143:12,24
1144:3,17 1145:2
1145:6 1147:17
1147:23 1149:24
1151:2,15,19,21
1152:10,12,24
1153:11 1154:12
1155:15,20
1161:14 1162:25
1167:18,24
1168:1,5,6,9,14
1168:16,21,23
1169:1 1179:17
1180:18 1181:22
1185:1,5 1186:4
1192:2,24
1193:11 1195:8
1199:19 1201:6
1202:2 1203:4
1204:12,15,23
1207:3 1208:15
1210:8 1211:10
1211:14 1213:4
**accessed**   1107:9
1109:1
**accessibility**
1193:8
**accessible**   1137:11
1153:12,24
1155:1
**accessing**   1094:1
1097:12 1122:19
1131:9
**account**   1181:4,8
1181:13,19,21
1209:8,15

1211:18 1212:7
1213:12 1214:16
1215:2
**accurate**   1006:20
1013:6 1030:16
1041:11 1067:4
1073:11 1074:6
1083:17 1100:24
1115:24 1123:23
1124:25 1127:21
1127:24
**achieved**   1035:19
**acquire**   1152:16
**acquired**   1149:19
**action**   1220:18,19
**actions**   986:7
987:7 1003:4
**actively**   1003:2
1099:5
**activities**   1017:12
**actual**   1096:6
1169:22 1170:7,9
**ad**   1086:3 1111:11
1114:1 1179:14
1179:21 1180:4
1180:11 1181:3,7
1181:12,14,24
1182:3 1183:7
1184:17 1208:13
1209:7 1211:17
1211:17 1212:7
1213:11 1214:16
1215:1,1,7
1216:20
**adaniel**   988:17
**adavis**   989:15
**add**   999:5 1036:17
**added**   1037:25
1055:1,2,4,5,6,8
1055:10,12,23
1056:6,8,9,19

**[added - anymore]**

1057:24 1058:2
1058:13 1059:8
1063:10,14,15,21
1066:14 1080:2,5
1080:7,10,18,21
1083:5 1085:15
1085:22,24,25
1086:2 1187:7,22
1218:6
**addition**   1014:10
1059:4
**additional**   998:6
999:16,22 1006:1
1052:2,18
1053:20 1058:17
1079:6 1080:10
1081:3,22
1083:20 1112:18
1124:12 1125:7,8
1138:12 1147:23
1161:1 1168:4,21
1169:13 1179:18
1186:9,21
1199:25 1202:9
1216:2
**address**   1017:18
**addressed**
1109:20
**adele**   988:8
995:17
**adjusted**   1007:13
1007:14
**admin**   1032:15,17
1032:25 1033:5,6
1033:21,24
1034:3,8 1036:11
1037:1
**administered**
998:14 1038:2
1220:8

**admins**   1032:18
1105:14
**admitted**   1024:19
**ads**   1182:9
1184:14 1185:8
**advance**   1103:11
1113:1
**advent**   1033:7,16
1034:2
**advertise**   1183:1
**advertising**
1170:17,18,21
1182:7,11,15
1183:13 1185:15
1207:10
**advise**   1015:8
**ae**   1089:3,11
**affect**   1028:8
**affirmative**
1194:2
**afraid**   1025:4
1039:9 1047:19
1075:13 1134:7
1142:14 1158:24
1189:4 1198:21
1199:17 1206:1
**ago**   1077:11
1109:8 1117:16
1146:9
**agree**   1136:15
1162:8 1163:5,8
1164:1 1165:22
**agreed**   1053:9
**agreement**   1052:2
1052:18 1053:20
**agreements**
1058:17 1079:6
1079:14 1081:4
1081:22
**ahead**   1009:12
1018:23 1060:13

1095:5,25
1104:22 1113:7
1124:3 1133:5
1134:4 1186:17
1188:16 1189:24
**aleksander**
1155:21 1158:5
**allow**   1009:23
1042:11 1060:3
1197:14 1198:3
1198:18 1199:7
**allowed**   1004:9
1062:19 1125:6
1126:12 1200:7
1201:6
**allows**   1131:18
**ally**   1156:7
**als**   1193:8
**altered**   1097:9
**alto**   991:17
**altogether**
1151:18
**amount**   1183:25
1189:10
**analysis**   1179:5
1183:17,20
**analytica**   1114:18
1140:13,19
1141:2,4,9
1160:13,17,19
1195:17 1196:20
1196:22 1197:6
**android**   1197:4
**angeles**   992:9
**anne**   989:7 995:19
**announced**
1000:25 1029:3
1029:22 1192:9
**announcement**
1029:11,16

**announces**
1028:15
**answer**   1002:7
1035:18 1058:22
1074:13 1093:22
1104:4,8,22
1109:22 1120:25
1124:3 1134:8
1153:14 1156:12
1156:15,16
1157:1,5,10,17,19
1157:20,21,23
1158:3,11,11,23
1158:25 1159:2,6
1159:10 1165:6,7
1165:11,13,15,23
1166:21,22
1172:11 1175:8
1176:10,13
1182:21 1186:17
1189:17,18,18,20
1193:23 1194:1,4
1194:15 1195:21
1196:11,15
1197:24 1199:12
1199:16 1211:24
1212:1 1213:9,19
1216:10
**answered**   1063:18
1162:11 1165:19
1165:22 1179:1
1211:21
**answering**   1158:1
**answers**   1138:14
1157:1 1159:13
**anticipation**
1066:15
**anybody**   1035:25
1209:6
**anymore**   1109:23
1217:1

[anytime - application]

**anytime** 1208:21
**ap** 1144:22
  1154:21
**apart** 1185:13
**api** 1000:23,25
  1001:3,7,15,19
  1003:15,17
  1020:16,16,18
  1023:4,5,7,11,14
  1023:16,18,24,25
  1024:3,8,12,18,25
  1025:3,6 1027:23
  1028:9,16 1033:7
  1033:9,16 1034:2
  1034:5 1039:3,5,6
  1042:17,21
  1043:9,12,15,16
  1043:18,20,24
  1044:1,7,19
  1045:11,20,24
  1046:2,4 1047:11
  1048:13,23
  1049:22 1050:15
  1050:23 1061:10
  1061:13 1064:10
  1064:11,16,23
  1065:4,25 1066:6
  1066:10 1082:21
  1082:23 1083:22
  1083:25 1084:10
  1084:24,25
  1096:12,17,17,18
  1097:1,6,18,25
  1098:16 1117:9,9
  1117:23 1118:9
  1118:10,19,19
  1119:1,4 1120:18
  1121:6,7 1122:11
  1122:16 1123:6
  1123:15,19
  1124:10,18,19

  1127:14,17,19,20
  1128:3,7,12,13
  1129:1,3,4,5,6,11
  1129:23 1130:6,7
  1131:14,16,23,25
  1132:1,10,13
  1137:2,2 1142:22
  1142:24 1144:22
  1152:20 1153:17
  1154:14 1169:4,5
  1170:3 1180:9
  1181:10 1191:25
  1192:11,22,25
  1196:23,23
  1199:25 1200:19
  1201:12,12
  1202:2,5 1203:7
  1206:22 1207:3
  1207:21 1208:3
**apis** 1002:3,5
  1027:11,22
  1029:4 1039:1
  1120:7,11,13
  1122:8,22 1123:9
  1123:12,21
  1124:9,23
  1128:10,15,18,23
  1128:25 1129:12
  1129:14 1131:15
  1131:25 1144:4
  1145:2 1151:2,15
  1151:21 1152:9
  1152:11 1154:11
  1154:18,21
  1163:1,1 1167:18
  1167:24 1168:8
  1168:14,16
  1188:25 1189:6
  1189:22 1190:1,4
  1190:6,9,19,22,25
  1191:3,9,12,23

  1195:16 1196:19
  1200:21
**apologies** 1108:1
**apologize** 996:17
  997:19 1003:7
  1005:22 1076:1
  1096:10
**app** 1001:10,14
  1003:17,19
  1004:2 1005:4,8
  1005:10,11,12,14
  1005:17,19
  1006:5,11,18
  1009:23 1021:12
  1026:15 1027:5
  1027:24 1028:8,9
  1028:24 1030:17
  1030:23 1033:2
  1034:23 1035:1,4
  1036:18 1038:7,8
  1039:12 1040:12
  1040:12,16,18
  1041:2,6 1042:11
  1042:14,16
  1051:25 1052:16
  1054:17 1058:12
  1059:12,13
  1062:20 1083:14
  1086:25 1090:18
  1090:22,23,24
  1091:2,13,15
  1092:7,8,21,23
  1093:24 1094:24
  1095:7,18,21
  1096:5,7,12,16,20
  1097:1,6,12,15,17
  1097:18,24,25
  1099:5,25 1100:4
  1100:5,20 1101:7
  1101:8 1111:23
  1112:3,4,5

  1114:10,12,15,20
  1119:25,25,25
  1120:1 1122:18
  1124:12 1131:9
  1131:13 1132:8
  1133:12 1144:16
  1150:8 1152:12
  1152:16,24
  1155:23,24
  1158:8,8 1185:19
  1185:22 1187:7
  1187:22 1190:15
  1191:16 1192:20
  1193:2,2,4,5,6,8
  1194:13 1195:6,8
  1201:4,5,10,13
  1203:7 1204:10
  1206:23,23
  1207:21,24
  1208:15
**appear** 1043:22
  1219:4
**appearances**
  988:1 989:1 990:1
  991:1 992:1
**appearing** 988:2
  989:2 990:2 991:2
  992:2 1221:18
  1222:7
**appears** 1105:11
  1113:23
**apple** 1169:11
**application**
  1036:13 1037:2
  1112:3 1163:12
  1168:1 1169:17
  1187:3 1194:10
  1201:1,2,3
  1202:17 1203:3
  1203:12,13,15,17

[applications - assess]

**applications**
  1034:5 1062:21
  1141:12,14
  1152:8,20
  1153:18,20,22
  1154:15 1167:23
  1200:18 1201:16
  1201:19
**applied**  1024:20
  1027:17 1033:24
  1131:16 1194:18
**applies**  1033:22
**appreciate**  997:16
  1103:5,17 1156:9
  1175:9 1196:6
  1197:24 1217:5
**appropriate**  998:9
  1040:22 1053:9,9
  1064:19 1136:5,8
  1139:2 1162:17
  1168:1 1174:5
  1202:16 1203:1
  1204:1 1218:18
**approval**  1021:8
  1021:21 1022:2,6
  1022:8,10
  1034:13 1036:7
  1037:21,24
**approve**  1187:8
  1187:23 1188:1
**approved**  1033:9
  1036:18 1042:17
  1042:21 1043:9
  1043:16
**approving**  1034:5
**approximately**
  1016:12 1115:21
**apps**  996:12
  1001:5,7,18
  1002:4,8,17,18,22
  1002:22 1003:2

1003:12 1009:23
1027:17,23
1029:17 1032:19
1033:11,20,22,25
1034:9,10
1037:24 1038:1,4
1038:4,13,20,23
1039:3,15,17,21
1039:22,23,23
1040:3,8,9,9,20
1041:20,21,21
1042:1,4,4,7,8
1061:14 1086:23
1093:14,18,19
1095:13 1104:12
1104:24 1105:13
1105:14,14,15
1106:14 1117:9
1117:22 1118:9
1118:19,25
1119:3,16 1120:1
1120:7,10,13
1121:5 1122:4,8
1122:17 1123:16
1125:6 1126:7,12
1126:16,25
1127:13 1128:2
1130:12,16,21
1131:1,18 1132:1
1132:19 1133:25
1137:1 1140:15
1141:5,24 1143:2
1143:17 1145:1,6
1147:16,22
1148:13 1149:7
1151:1,15,18,21
1152:5,7,10,13
1153:10,12,25
1154:6,8,11
1155:15,19
1161:16,24

1163:16 1167:18
1167:19 1168:4
1168:14,20
1173:14 1174:17
1178:12 1179:17
1180:8,18
1184:25 1185:4
1189:11 1190:3
1192:2,16
1193:10,16
1197:12,14
1198:1,3,16,18
1199:5,7,24
1200:7,21
1201:24 1202:6,8
1202:10,13,22
1203:1,5 1204:13
1204:21 1207:3
1209:15 1210:17
1211:9 1213:4
1216:1
**april**  1029:18
  1190:13 1191:1
  1191:21 1193:14
**archibong**
  1116:17 1117:3
  1145:25 1148:2
  1170:12 1174:11
  1174:21 1175:18
  1175:23 1176:19
  1177:5 1178:18
  1178:24 1179:3,5
  1179:7 1180:23
  1180:24 1181:14
  1209:2
**area**  1162:12
  1196:23
**areas**  1141:21,21
**argue**  1071:8
  1138:22

**argumentative**
  1209:20 1210:14
  1213:17 1216:17
**arm**  1182:11
**articles**  1140:19
  1140:21,22
**articulating**
  1083:25
**articulation**
  1084:6
**articulations**
  1084:10
**aschwing**  990:12
**aside**  1132:8
**asked**  1000:22
  1002:16 1063:18
  1130:24 1147:7
  1159:23 1165:16
  1168:13 1175:8,9
  1177:19 1179:1
  1180:15,16
  1195:15 1197:22
  1206:17 1211:20
  1213:6
**asking**  1003:8
  1015:5 1048:2,3
  1070:15 1071:9
  1073:25 1074:25
  1090:13,15
  1118:7 1121:1
  1132:6 1137:4
  1157:18,20
  1159:21 1160:10
  1163:2 1164:10
  1165:20 1166:20
  1166:23 1173:8
  1189:14 1198:12
  1198:13
**asks**  1169:20
**assess**  1024:20
  1168:4 1209:25

Page 6

[assessed - behalf]

**assessed** 1067:7
1067:12,18
1088:2
**assessment**
1022:17 1068:18
1069:10 1088:7
1168:25
**assessments**
1088:3 1210:3
**associate** 992:16
**associated** 1009:7
1011:15,18
1013:9,19 1014:5
1094:21 1111:8
1112:5 1114:24
1129:1
**assume** 1015:6
1184:19
**assuming** 999:12
**atlas** 1149:2,14,15
1149:18,20
**attached** 1007:7
1101:19 1107:13
1108:4,11 1111:4
1116:13
**attachment**
1073:23 1074:2
1104:12
**attachments**
1104:10 1109:24
**attempt** 1015:17
1015:18 1046:5
1064:18 1065:5
1084:15 1090:21
1150:14 1215:20
**attempted** 1106:4
**attempting** 1104:8
1104:16 1150:4
1212:25
**attention** 1103:15
1213:25

**attorney** 990:7,15
991:15 1220:19
**attorneys** 988:10
989:9 991:7
1086:18
**august** 1000:25
1045:3 1055:17
1056:2 1111:9
1113:24
**auld** 989:9 995:16
995:20
**austin** 990:6
995:22 1086:11
1086:21 1095:3
1103:13 1104:20
1124:1 1133:3
1166:5 1175:14
1186:15
**authority** 1144:16
1145:1
**authorized** 1152:8
1154:9
**auto** 1004:8
1009:16,19
1010:17 1011:20
**automated** 1003:5
1003:10 1004:1
1005:1,3,16
1006:4
**automatic**
1002:25 1003:21
**available** 1001:2,5
1001:22 1012:22
1014:2 1017:9,13
1017:15,17
1034:16,18
1039:17 1042:5
1047:18 1060:2
1095:9 1122:20
1122:20 1129:21
1151:13 1153:22

1155:12 1188:11
1188:13 1189:11
1191:18 1200:23
**avenue** 988:11
990:16
**avoid** 1199:20
**aware** 1024:1
1029:2,5,13
1035:11 1036:20
1042:15 1045:21
1058:3,7,10
1082:5 1115:12
1115:17 1134:24
1135:5 1179:18
1183:5 1197:18
1198:7,12,25
1208:20

**b**

**b** 986:12 992:5
993:11 994:1
1010:19,22
1011:3,14,18
1107:22 1112:4
1114:20 1136:4
1156:10,17
1157:15 1164:14
1164:22 1165:3
1165:21 1193:7
1221:5 1222:1
1223:2
**back** 1010:13,19
1015:20 1023:21
1046:17 1050:25
1056:1 1064:2
1078:4 1101:15
1102:15 1110:23
1134:2,18,22
1138:8 1139:11
1140:1 1146:22
1157:12 1163:15
1165:24 1166:12

1166:13 1167:2,6
1167:14 1172:16
1175:10 1176:14
1206:7 1213:8
**backfilled** 1133:8
**background**
1116:7
**backward**
1168:25
**bar** 1119:12
1121:5 1136:19
1136:24 1206:13
1207:18
**bars** 1206:22
**base** 1096:18
1098:17 1101:5
**based** 1092:8
1094:9 1132:10
1179:13 1180:4
1196:15 1204:1
1207:21,24
1208:17 1215:24
1217:3
**basis** 1014:21
1123:13 1127:19
1127:20 1140:7
1145:8 1208:16
1214:14
**bates** 1007:10
1102:24 1108:3
1116:16
**bear** 1162:12
**began** 1002:16,19
1023:8 1193:14
**beginning**
1163:15
**behalf** 987:16
995:16,18,20,22
996:2 1138:11
1199:13

Veritext Legal Solutions
866 299-5127

**[behave - capabilities]**

**behave** 1200:18
1203:16
**behavior** 1027:15
1037:5,18 1096:7
1096:21 1097:9
1122:13,16
1123:15 1124:10
1124:18 1130:12
1131:19 1201:13
1206:23 1207:21
1208:3
**behaviors** 1123:16
1131:16
**believe** 996:9
997:7 1000:25
1034:24 1113:4
1136:9 1156:11
1157:14 1204:25
**believes** 1198:9
**best** 1086:12
1087:7 1127:16
1133:8,10 1140:8
1156:6,11
**better** 1087:6
**beyond** 1033:24
1034:9 1037:16
1040:22 1047:13
1202:7,12
**bfalaw.com**
989:14,15,16
**big** 1129:13
**birth** 1163:9
**bit** 1004:20 1033:4
1110:15 1140:4
1161:11
**blank** 1020:21,23
**bleichmar** 989:5
995:16,20
**boolean** 1006:9,17
1031:3,4 1032:4,5
1043:7 1058:3

**bottom** 1103:1,15
1105:5,6 1108:8
**break** 1046:10,12
1046:12,20,24
1090:2 1110:11
1110:19 1113:4
1138:3,20,20
1159:18 1200:17
1200:25 1203:19
1203:20
**breaking** 1130:20
1199:21
**breaks** 1130:15
1200:23
**brief** 1207:14
**bring** 1065:5
1213:24
**broad** 1125:15
**broadly** 1041:16
1063:12 1170:20
**broke** 1140:13
1141:4
**broken** 1200:3,11
1201:7 1202:13
1202:22 1203:6
1204:5 1216:1
**build** 1149:12
**builds** 1042:5
**built** 1038:9,13
1080:1 1196:25
1196:25 1197:1
1201:11,19
1203:17
**bunch** 1022:12
**buongiorno**
990:14 995:25
**business** 1170:21
1182:11 1184:17
1185:15
**buy** 1182:9

**bypass** 1126:12,16
1127:1,14 1128:3

**c**

**c** 1009:12,15
1010:15 1091:13
1092:25 1094:24
1112:7,14 1114:8
1136:5
**c2** 993:15,22
**ca** 993:15,18,19,22
993:25 994:6,7
1007:10 1102:24
1107:16 1108:3
1111:7 1116:16
1221:9,12,20
**california** 986:2
986:21 987:2
989:12 990:10
991:8,17 992:9
**call** 1017:23
1020:16 1096:13
1096:17,18
1097:1,18 1101:7
1130:16,16,22
**called** 1016:8
1046:5 1100:21
1101:6,9 1119:12
1121:5 1125:5
**calls** 996:11,11,15
996:15 1003:15
1003:17 1097:6
1098:1 1100:4
1132:10 1152:20
1153:17 1154:15
**cambridge**
1114:18 1140:13
1140:19 1141:2,4
1141:9 1160:13
1160:17,19
1195:17 1196:20
1196:22 1197:6

**campen** 988:7
**canonical** 1076:6
1117:18
**cap** 1044:13
1057:3
**capa** 1034:21
**capabilities**
996:23 1000:16
1001:25 1002:10
1002:17,22,23
1003:2,12,13
1004:21 1007:3
1008:19 1010:8
1010:10 1011:4
1011:10 1012:21
1013:23 1015:10
1015:24 1016:14
1026:7 1033:6
1034:12 1035:9
1035:10 1039:2
1044:2 1045:19
1052:22 1053:4
1054:11 1055:1
1055:11 1057:3,6
1057:16,20
1058:13 1059:4
1059:12,19,23,25
1060:4 1061:6,15
1061:23 1062:13
1062:20,23
1063:10,16,24
1065:7,12,13,15
1066:25 1067:3
1077:3 1078:9,25
1079:22,25
1080:3,8,9,11,14
1080:15,21,23
1081:1,7,15
1082:11 1083:2
1083:12 1084:21
1085:7 1088:10

[capabilities - case]

| | | | |
|---|---|---|---|
| 1088:11,15,19,24 | 1017:18,24 | 1056:18 1057:4,6 | 1126:22 1127:7 |
| 1089:23 1090:7 | 1018:4,6,11,13,14 | 1057:10 1058:5 | 1127:15,18,25 |
| 1090:18,25 | 1018:16,17,17,21 | 1058:12,16,20,21 | 1128:1,2 1131:1,7 |
| 1091:6,17 1092:2 | 1019:1,6,7,10,14 | 1058:24,24 | 1131:8,9,18,19,22 |
| 1092:10 1093:1,3 | 1020:8,18 | 1059:1,1,3,7,9,10 | 1131:24 1132:2,7 |
| 1093:6,7 1094:7 | 1021:13,22 | 1062:19,24,25 | 1132:15,22 |
| 1097:2,19 | 1022:3,6,9,17 | 1063:1,7,17,22 | 1133:7,13,15 |
| 1098:12 1099:21 | 1023:1 1024:9,13 | 1064:1,17 1066:7 | 1183:9 1185:20 |
| 1099:24 1100:3 | 1024:19 1025:1,7 | 1067:5,18 | 1185:22 1186:9 |
| 1100:18,21,24 | 1025:12,16,16,19 | 1070:16 1072:10 | 1186:12,20 |
| 1119:18,19 | 1025:20,22,23 | 1078:12,21 | 1187:2,7,13,22 |
| 1121:3 1122:6,21 | 1026:1,1,3,7,13 | 1079:7 1080:6,19 | 1188:10,12,14,16 |
| 1123:7,11,14,22 | 1026:14,23,24,25 | 1081:8,20 | 1188:21 1206:24 |
| 1124:16 1127:12 | 1027:1,2,3,4,9,16 | 1082:13 1083:14 | 1207:2,25 |
| 1127:24 1128:6 | 1027:16,17 | 1084:3,11,17 | **capable**   1183:18 |
| 1130:14,16,20 | 1028:8,22,23,23 | 1085:3,4 1087:3 | 1184:9 |
| 1131:2 1133:1 | 1030:9,12,13,16 | 1087:21,22,23,23 | **capacity**   1076:7 |
| 1134:16 1136:10 | 1030:21,21,22,23 | 1088:1,4,18 | 1100:18 1156:10 |
| 1136:11,13 | 1031:12 1032:19 | 1089:2,9,12,20 | 1156:17 1157:18 |
| 1169:23 1186:1,3 | 1033:2,14 1034:5 | 1090:23 1091:3,6 | 1157:21 1160:3 |
| 1186:7,21 1187:1 | 1034:14,16,21,22 | 1091:12,20,22,24 | 1165:3,4,10,14,21 |
| 1188:15 1192:11 | 1035:1,5,6,13 | 1092:13 1093:4,4 | 1166:19 |
| 1192:23 1193:11 | 1036:12,17,25 | 1093:15,24 | **captured**   1019:21 |
| 1206:15 | 1037:2,25 | 1094:1,2,7,9,21 | 1019:23 1021:15 |
| **capability**   1000:4 | 1038:19,22 | 1094:22,23,25 | 1021:16 1022:7,9 |
| 1000:5 1002:4,6 | 1039:4,16,20 | 1095:8,14,19,22 | 1022:11 1035:2,9 |
| 1003:16,18,19 | 1041:22,24 | 1095:23 1096:5 | 1035:13,15 |
| 1004:1 1005:2,3 | 1042:20 1043:11 | 1096:12,13,16,19 | 1043:24 1059:9 |
| 1005:10,14,17,19 | 1043:11,14,16,18 | 1096:21 1097:8 | 1063:25 |
| 1006:5,10,18 | 1043:20 1044:25 | 1097:10,13,19,24 | **captures**   1054:22 |
| 1007:12,16 | 1045:1,2,3,20 | 1098:1,3,10,15,18 | **cari**   988:7 |
| 1009:5,6,8,10,11 | 1048:12 1049:21 | 1098:21 1099:6 | **case**   986:4 987:4 |
| 1009:13 1010:1,2 | 1049:24 1050:9 | 1099:25 1100:4,5 | 1012:23 1013:16 |
| 1010:4,6,11,16,24 | 1050:12 1052:1 | 1100:7,13,16,20 | 1034:11 1037:6 |
| 1011:12,16,19,19 | 1052:11,16,17 | 1101:1,3,4,6,8,9,9 | 1037:19 1072:17 |
| 1011:22 1012:1 | 1053:7,11,14,16 | 1119:7,24 1120:2 | 1073:23 1132:4 |
| 1012:18,22 | 1053:17,19,24,25 | 1120:8 1122:11 | 1134:13 1141:23 |
| 1013:3,10,20,25 | 1054:2,4,8,16,17 | 1122:12,15 | 1145:7,7 1155:24 |
| 1014:6 1015:17 | 1054:20 1055:4,5 | 1123:5,16,20 | 1158:8,18 |
| 1015:24 1016:11 | 1055:16,22,23 | 1124:9,10,11 | 1159:23 1160:25 |
| 1016:15,20 | 1056:2,6,11,14,18 | 1125:3 1126:21 | 1161:2,12,14 |

[case - column]

1162:20 1163:19
1167:19 1177:21
1180:21 1198:10
1215:20 1217:16
1220:15
**cases** 1018:7
1051:20 1160:14
1166:2 1203:2
**catch** 1006:25
**cate** 1067:2
**categorization**
1066:25 1067:2
1204:9
**categorized**
1042:11 1204:14
1204:21,22
**category** 1187:17
1187:18
**cathy** 1101:23
1102:20,21
**caveat** 1040:14
**ccp** 1221:9,12
**ccr** 986:21,22,23
1220:24
**cell** 1016:22
1049:8 1089:10
**certain** 996:11
1014:1 1059:6
1073:4 1082:4
1086:23 1112:14
1120:11,21
1128:7,15
1173:14 1174:24
1175:19 1176:2
1179:13,17
1180:3 1187:1
1188:10 1204:9
1215:21 1216:25
**certainly** 998:1
1062:4 1097:23
1150:18 1208:18

1210:12
**certified** 987:20
987:21 1220:2,3
**certify** 1220:4,17
**challenges** 1142:4
1142:8,15,18,25
1143:7 1147:15
**chance** 1103:2
1147:9,12
**chang** 1205:11,16
1205:17
**change** 1122:13
1192:4,15
1201:13,14
1223:4,7,10,13,16
1223:19
**changed** 1006:20
1019:16 1034:13
1054:21 1120:20
1131:20 1190:25
1200:19
**changes** 1029:22
1074:12 1124:18
1128:12,14
1129:19,19,23
1170:3 1175:3,6
1175:25 1176:24
1181:10 1192:9
1210:1
**characterization**
1202:16 1203:1
**check** 1003:15,17
1098:1 1101:6,10
1113:5
**checked** 1026:15
1096:19 1101:1,3
**checks** 1027:4
1096:20 1100:13
**chen** 992:16
995:23

**choose** 1203:12
**chose** 1010:11
1203:13
**chronologically**
1103:1
**circle** 1165:24
**circular** 1165:15
**circumstances**
1082:14
**civil** 1221:19,20
**clar** 999:23
**clarification**
1000:2 1025:17
1032:12 1140:7
1146:12 1165:19
**clarifications**
1002:13
**clarify** 998:5
1000:13,21
1006:23 1009:19
1123:1 1140:2
1148:24 1157:11
**clarifying** 999:23
**class** 1086:23
1171:14
**classification**
1077:22,25
**claufenberg**
988:16
**clause** 1171:11
**clear** 996:20
1047:22 1048:2
1070:14 1072:18
1074:11 1092:17
1094:3,10 1096:2
1128:17 1132:5
1153:10 1155:11
1156:17,25
1159:24 1164:19
1164:22 1166:6,9
1177:2 1183:19

**clearer** 1105:19
**clearly** 1028:2
1123:4
**clicked** 1107:25
**closely** 1014:9
**cms** 1012:5,11,12
1012:14,24
1013:19,24
1014:5,8,25
1015:16,18
**code** 1010:4
1016:6 1019:7
1026:15 1035:5
1096:18 1098:17
1101:5 1221:9,12
1221:19,20
**collapsed** 1066:20
**collection** 1129:14
**colorado** 991:10
**column** 1004:12
1004:25 1005:6,7
1005:13 1006:4,7
1006:8,14,15,17
1008:25 1009:12
1009:15 1010:1
1010:14,15,19,22
1011:2,3,14,18
1012:4,7,10
1013:2 1014:12
1014:24 1015:12
1016:3,23
1017:25 1018:20
1018:24,24
1019:12 1020:9
1020:12,20,23,25
1021:3,7 1022:14
1024:10 1025:6
1025:10 1026:2,5
1026:9,19,20
1027:9 1030:13
1030:15,25

[column - consent]

| | | | |
|---|---|---|---|
| 1031:2,11,15,22 | 1114:20 | **companies** 1117:5 | **concerns** 1117:25 |
| 1032:9,14 1033:1 | **columns** 1004:22 | 1182:9 1184:15 | 1140:25 1197:5,7 |
| 1033:17,19 | 1005:25 1007:14 | **company** 1046:6 | 1216:24 |
| 1036:6,15,21 | 1008:20 1018:23 | 1076:22 1141:10 | **concrete** 1028:12 |
| 1037:9,13,15,20 | 1032:13 1033:13 | 1141:10 1149:18 | 1029:1 |
| 1038:1,15,25 | 1033:13 1049:24 | 1158:11 1170:24 | **concurred** |
| 1039:8,11,12 | 1066:21 1085:12 | 1176:25 1177:1 | 1208:24 |
| 1041:9,23 | 1085:24 1095:11 | 1196:22 1199:13 | **concurs** 1209:13 |
| 1042:17 1043:1,5 | 1095:12,15 | 1212:25 | **conduct** 1216:18 |
| 1043:22 1044:22 | 1112:22 | **companywide** | **conducted** |
| 1045:6,7,19,24 | **combination** | 1012:11 1044:18 | 1048:15,23 |
| 1046:21,22 | 1085:1 | **complete** 1117:22 | 1049:12 1050:1 |
| 1047:2,14,18,24 | **come** 1077:21,24 | 1142:4 1207:2 | 1054:10 1067:8 |
| 1048:1,7,8,14,18 | 1085:2 1145:8,19 | **completed** 1221:7 | 1088:3 1183:3 |
| 1049:5,9,16,25 | **comes** 1087:11 | 1221:17 1222:6 | **conducting** |
| 1050:2,5,11 | **comfortable** | **completely** | 1215:14 1216:13 |
| 1051:2,21 | 1159:10 1199:12 | 1051:18 1107:4 | **confer** 1136:22 |
| 1052:13 1056:6,8 | **coming** 999:17 | 1124:25 | 1137:19 1138:25 |
| 1056:8,9,11,13,15 | 1145:23 | **completeness** | **confident** 1024:5 |
| 1056:19,20 | **commenced** | 999:18 | 1037:11 1039:11 |
| 1057:8,13 1059:4 | 1003:11 | **completes** 1089:22 | 1040:6 1047:5 |
| 1059:8 1063:3,9 | **commencing** | 1089:24 | 1048:5 1050:24 |
| 1065:24 1066:3 | 987:17 | **completion** | 1051:10 1068:12 |
| 1066:22 1067:21 | **comment** 1142:15 | 1220:15 1222:10 | 1086:1 1151:25 |
| 1067:25 1068:3 | 1161:6 | **complicated** | **confidential** |
| 1068:18 1069:21 | **comments** | 1033:4 1193:24 | 986:11 1218:17 |
| 1070:8,12,18 | 1163:13 1191:16 | **compound** | **confirm** 999:4 |
| 1072:10,20 | **common** 1011:6 | 1153:16 1186:6 | 1014:15,18 |
| 1073:10 1078:5 | 1133:23 1166:6 | **comprehensive** | 1017:13 1024:2 |
| 1078:24 1079:21 | **commonly** | 1081:13 1185:19 | 1031:17 1046:25 |
| 1082:7 1083:2,5,7 | 1049:14 | 1185:22 | 1077:19 1087:13 |
| 1083:10 1085:21 | **communicate** | **comprise** 1008:19 | 1100:14 1183:14 |
| 1085:22 1086:1,3 | 1109:9,11 | **comprising** | **confirms** 1211:2 |
| 1087:3,25 1089:3 | **communicated** | 1090:7 | **confusion** 1146:16 |
| 1089:7,11,25,25 | 1013:12 | **computer** 1175:10 | **connected** 1010:7 |
| 1091:13 1092:25 | **communication** | **con** 1059:25 | **connection** |
| 1092:25 1094:23 | 1074:22 1076:11 | **concept** 1042:15 | 1010:14 1177:12 |
| 1094:24 1111:21 | **communications** | 1067:9 1205:6 | 1177:23 |
| 1111:21,23 | 1196:15 1198:22 | **concerned** 997:17 | **consent** 1086:7,9 |
| 1112:1,4,7,14,15 | 1199:15 | **concerning** 1057:4 | 1086:14,18 |
| 1112:21 1114:7,8 | | | 1087:10,12,16 |

consider 1140:21
considerations
1179:10
considered
1030:12 1038:4
1038:20 1040:20
1049:3 1158:18
1205:4 1210:7
1212:21
considers 1179:9
consistently
1205:8
constitutes 1041:6
consumer 986:4
987:4 995:8
1086:23,23
1221:4 1223:1
cont'd 990:1 991:1
992:1 994:1
contact 1046:5
1066:18 1221:9
contain 1013:24
1066:3 1085:13
1099:15 1120:10
contained 1006:8
1034:25 1041:24
1073:6 1088:25
1106:11 1124:22
1132:21 1174:22
1177:7 1178:7
1179:6 1207:19
1219:4
containing
1012:25
contains 1038:1
1051:20 1085:12
1088:1 1092:11
1122:4 1132:16
1134:14
contemporaneous
1214:13,13,19,22

content 1012:13
1012:15,17
1013:4,5,9,12
1014:13,19,22
1050:11 1073:16
1074:4,12,16,18
1074:19,23
1075:5,6,8,11,11
1151:12 1195:8
context 1005:25
1012:3,14
1026:22 1028:6
1028:11,20
1029:14 1030:1,3
1030:20 1032:14
1043:3 1051:7,8
1051:11 1068:4,6
1069:7,9 1074:17
1076:3,10,15
1112:19 1114:9
1114:15,17
1117:13,18
1121:1 1124:20
1125:18 1128:21
1136:7 1143:22
1143:23 1149:16
1149:17 1151:7
1184:5,6 1185:11
1194:6
contexts 1027:21
1028:20 1030:1
continue 1006:19
1130:16 1131:9
1132:12 1139:20
1168:6,23 1190:7
1197:10
continued 1132:9
1141:6 1144:17
1145:2,6 1147:17
1193:10,14
1197:14 1198:3

1198:17 1199:7
1201:5,6 1202:18
1204:15 1211:9
1213:4
continues 1159:25
1194:19 1195:4
contract 1051:21
1052:4,8,12
1053:7,9,14,20
1054:1,9,18
1057:5,10,21
1058:6,11 1059:2
1059:7,13 1060:6
1060:18 1061:8
1061:24 1062:24
1063:3,10,17,23
1064:19,21
1065:4,14,16
1078:10,11
1082:1
contracts 1052:22
1053:3 1054:3,10
1059:16,20,22
1060:1 1061:1,3,9
1061:12,15,18
1062:7,14,15
1064:3,7,9,11,12
1064:13,24
1065:6,11,18,22
1065:23 1078:6
1078:25 1079:5,9
1079:21 1080:8
1080:24 1081:6
1081:11,11,15,22
contrary 1209:18
control 1133:23
controlled 1038:9
1129:5
controlling
1124:17,18

convenient 998:8
conversation
1137:17 1147:19
1176:20 1184:7
1185:14
conversations
1213:3 1215:8
1217:3
cool 1103:17
corporate 986:13
1198:14,22
1199:3,15
1208:11
corporations
1184:14
correct 998:19
1002:1,2,20
1010:3 1012:1
1015:25 1018:24
1018:25 1025:13
1038:23 1046:22
1048:25 1050:2
1053:15 1055:18
1056:3,14 1063:4
1068:9 1069:22
1070:20,23,24
1073:13 1075:19
1080:16 1092:18
1094:15,25
1103:22 1105:12
1112:23 1118:3
1118:13 1128:23
1129:16 1140:15
1141:7 1146:12
1177:4 1219:5
corrected 1219:5
correcting
1096:15
corrections
1217:18 1219:3
1221:14,15

[corrections - data]

1222:3,4
**correctly** 1010:16
1064:6 1070:4
1118:5 1121:9
1132:6 1195:21
**correspondence**
1189:15
**counsel** 988:1
989:1 990:1 991:1
992:1,16 995:13
1073:9,24
1074:22 1102:4
1103:17 1108:24
1110:12,19,23
1135:15,22,24
1136:3 1137:14
1137:22,23
1157:12 1161:6
1162:23 1163:7
1163:13 1164:1,3
1166:14 1189:15
1196:5 1221:18
1221:21 1222:7
**counted** 1117:7
**couple** 1026:17
1110:20 1147:5
1206:11
**course** 1113:21
**court** 986:1 987:1
987:21 996:2
1007:6 1101:18
1102:9 1107:12
1111:3 1116:12
1175:12 1220:3
**cover** 1064:19
1065:16 1162:15
**covered** 1022:18
**covers** 1006:24
**create** 1025:23
1031:23 1069:17

**created** 1010:11
1018:21 1019:1,5
1019:13 1025:15
1026:7 1035:2
1038:2,14
1044:22,25
1045:3,20
1055:16 1056:2
1060:19 1067:7
1069:14,19
1074:19 1076:19
1076:23 1080:13
1080:19 1081:5
1084:7 1111:9
1112:13 1113:24
1118:9
**creates** 1018:12
1018:16 1025:19
1026:1
**creating** 1085:17
**criteria** 1021:8,12
1021:21 1022:2,6
1022:8,10
1024:21 1172:2
**cross** 986:13
987:15 993:3
995:12 996:6,8,22
997:3,20 998:4,13
998:18 999:21
1000:14,18
1008:5 1020:1
1067:17 1077:1
1082:20 1086:16
1092:14 1101:20
1103:3 1107:22
1109:1 1111:15
1124:4 1136:10
1136:24 1137:22
1138:11 1139:16
1139:22 1140:1
1140:12 1141:3

1141:22 1142:7
1142:17,25
1146:2 1148:11
1150:20 1151:1
1155:21 1156:8
1156:22 1159:16
1159:17,22
1160:1 1162:25
1167:1,16
1169:19 1171:24
1176:1,9 1179:12
1189:24 1193:20
1195:15 1196:18
1197:11,21
1198:11 1199:2
1199:18 1202:1
1204:6,11
1205:10 1206:11
1208:5 1209:17
1209:23 1211:15
1212:5 1213:6,10
1213:23 1214:12
1215:13 1216:8
1217:23 1219:1
1219:12 1221:1,5
1223:2
**cross's** 995:7
996:19 1217:5
**crowdtangle**
1040:16,17
**crutcher** 990:5
991:5 995:22
**csr** 986:21,21,22
1220:25
**currently** 1016:23
1205:18
**custodians**
1059:16
**cut** 1032:23
1135:3 1166:17

**cutting** 1076:1

**d**

**d** 993:1 1012:4,7
1012:10 1013:2
1014:12,24
1015:12 1092:25
1094:23 1112:15
**daily** 1014:21
**dallas** 990:18
**dan** 1116:17
1117:2 1145:24
1148:3
**daniel** 988:8 992:5
995:17
**data** 996:12
1011:5 1015:7
1022:14,18
1023:1 1024:9,14
1024:22 1025:1
1028:9 1052:15
1054:21 1055:25
1056:8 1057:19
1066:3 1070:12
1079:16 1081:12
1081:14 1090:10
1092:12 1094:1
1095:9 1097:12
1098:5 1099:2,7
1099:10 1104:13
1104:25 1105:13
1117:8,10
1118:11,17,20
1119:1 1121:7
1134:6,19,24
1135:5,21 1137:3
1137:16 1140:14
1140:23 1141:6
1141:25 1143:12
1143:25 1144:17
1145:3 1147:17
1149:24 1151:2,7

[data - deponent]

1151:9,16,19,22
1153:11,24
1154:18,22,22
1155:16,22
1158:6 1167:19
1168:9,10,14,16
1169:1,2,3,12
1180:19 1181:11
1185:1,5 1186:4,5
1186:9,22
1188:25 1189:7
1189:22 1190:2,7
1190:11,20
1191:10 1192:12
1192:23 1193:21
1193:25 1194:4,5
1194:8,12,16,18
1194:19,22
1195:4,17
1196:19 1197:13
1198:2,16 1199:6
1201:5,6 1204:12
1208:8,15,22
1211:10 1213:5
1216:7
**database** 1010:25
1011:5,9,10,13,13
1011:23,25
1142:10
**date** 1004:5
1006:16,16,18
1008:11 1049:14
1055:3,6 1057:14
1063:13 1080:16
1095:16,16
1102:18 1113:24
1220:20 1221:16
1222:5 1223:24
**dated** 1116:18
1145:25 1148:3
1220:23

**dates** 1083:18
**dating** 1123:8
**davis** 989:7
995:19
**day** 1005:16
1006:11 1007:23
1007:25 1157:16
1185:2 1190:17
1219:6
**days** 1003:24
1004:2 1005:2,5
1138:23,24
1160:4 1217:14
1217:17,20,23
**deal** 1138:15
1176:25
**decide** 1203:19
**decided** 999:5
**deciding** 1181:15
1181:17 1209:8
1211:18 1213:3
**decision** 1044:8,20
1143:17 1145:5,9
1161:16,23
1163:16 1180:12
1180:18 1181:4,8
1181:22 1208:22
1210:8,21
1211:13 1212:22
1215:7
**decisions** 997:1
1039:3 1043:23
1044:1 1170:4
1178:20,22
1179:8 1210:17
1212:8,20
1213:13 1214:4
1214:15,17,23,25
1215:3,24 1216:6
**deck** 1173:4,12
1178:1,4

**declare** 1219:1
**decree** 1086:14
**defend** 1162:21
**define** 1084:22
1194:16
**defined** 1022:18
1022:19 1023:2
1089:14 1162:16
1162:22,25
**defines** 1086:15
1086:22
**defining** 1082:16
1084:23
**definition** 1038:5
1038:6,11 1041:6
1042:10 1076:6
1086:13 1087:2,6
1117:18 1122:22
1151:14 1162:21
1193:25 1194:7
1194:17 1198:20
**definitions**
1039:25
**deliver** 1207:7
1208:8
**denver** 991:10
**department**
1170:17,19
**depend** 1200:21
**depended** 1132:2
1194:16 1202:20
**depending**
1162:21 1188:7
1193:24 1203:16
**depends** 1125:10
1194:21 1201:4
**deponent** 987:16
993:2 1002:25
1012:9 1013:15
1013:22 1015:16
1016:17 1017:20

1024:17 1027:14
1028:6,18
1029:13,21
1032:2 1035:23
1040:5 1044:6
1046:9 1052:24
1053:6 1054:6,20
1056:23 1057:23
1058:15 1059:6
1059:15 1060:9
1060:14,25
1061:17 1062:2
1062:17 1063:20
1065:9 1067:16
1069:12 1070:2
1070:11 1072:4
1072:13,24
1074:9 1075:21
1076:5,17 1077:9
1078:2 1079:3
1081:18 1082:3
1082:19 1084:14
1086:11,21
1088:13,23
1090:3,21 1092:5
1093:22 1095:2,6
1097:5,22
1104:19,23
1105:24 1106:13
1106:19 1107:2
1115:12 1116:3
1117:15 1118:23
1119:24 1121:19
1122:24 1124:1
1126:10 1127:4
1127:23 1128:5
1129:18 1130:19
1131:12 1132:15
1133:6,22 1134:5
1135:13 1140:18
1140:25 1141:9

**[deponent - determined]**

| | | | |
|---|---|---|---|
| 1141:18 1142:2 | **deponent's** 986:15 | 1029:10 1126:17 | **designee** 1138:13 |
| 1142:13 1143:6 | **deponents** 1220:7 | 1129:12 1169:4,5 | 1198:14 1199:3 |
| 1143:20 1144:2 | **deposition** 986:12 | 1172:25 1191:20 | 1208:11 |
| 1144:10,19 | 987:15 995:7 | **deprecations** | **desire** 1166:6 |
| 1145:5,13 | 997:21 998:9 | 1126:13,17 | 1208:2 1215:24 |
| 1147:19 1148:16 | 1107:21 1109:11 | 1127:2,14 1128:3 | **detail** 1035:12,14 |
| 1150:2,12 1151:5 | 1110:2,5,9 1113:1 | 1128:15,22 | 1035:21 1038:12 |
| 1151:25 1152:19 | 1113:11 1116:2 | **derek** 988:6 | 1072:14 1075:22 |
| 1153:5,17 | 1136:16 1150:1 | 1195:24 1217:9 | 1085:18 1129:24 |
| 1154:14,20 | 1150:11 1156:1 | **describe** 1025:18 | **details** 1040:19 |
| 1155:3 1156:2,23 | 1158:20 1160:2 | 1049:1 1082:12 | 1070:12,15 |
| 1157:4 1158:1,10 | 1163:20 1166:7 | 1090:15 1105:11 | 1071:14 1078:6 |
| 1158:21 1159:9 | 1197:17 1212:13 | 1153:13,13 | 1078:25 1079:10 |
| 1159:19 1167:22 | 1214:1 1217:6 | 1168:15 1182:6 | 1079:22 1080:9 |
| 1168:19 1169:15 | 1220:14 1221:19 | **described** 1193:22 | 1081:6,11,14 |
| 1171:18 1172:11 | 1221:22,24 | **describing** 1073:2 | 1121:22 1128:20 |
| 1173:2,20 1175:2 | 1222:8,10 | **description** | **determinants** |
| 1175:22 1176:5 | **deprecate** 1029:3 | 993:13 994:3 | 1079:4 |
| 1177:15 1178:9 | 1029:10 1195:16 | 1012:5,21,24,25 | **determination** |
| 1178:18 1179:2 | 1196:19 | 1018:1,3,6,10,14 | 1022:25 1040:21 |
| 1179:16,25 | **deprecated** | 1019:11,15,15,21 | 1051:24 1053:18 |
| 1180:7 1182:2,9 | 1000:24 1026:10 | 1019:23,25 | 1086:25 1089:1 |
| 1182:18 1183:5 | 1026:12,14,14,20 | 1020:6,7 1021:11 | 1157:6 1186:8 |
| 1183:12 1184:3 | 1026:24 1027:1,3 | 1058:16,19,21,22 | **determinations** |
| 1185:11 1186:7 | 1027:9,11,22 | 1058:23 1059:1,9 | 1075:13 |
| 1186:15,18 | 1028:7,11,14,16 | 1064:1 1073:8 | **determine** 1015:2 |
| 1187:20 1189:3 | 1028:18,22 | 1081:20 1083:12 | 1019:25 1035:4 |
| 1189:25 1197:18 | 1029:14,17,24,24 | 1093:9 1105:18 | 1041:1 1046:3 |
| 1198:7,21 | 1030:4,7,9,12,13 | 1105:21 1106:25 | 1059:24 1064:18 |
| 1199:11,23 | 1030:15,22 | 1188:15,18,19,22 | 1075:14 1085:14 |
| 1200:5,13 | 1032:4 1128:10 | **descriptions** | 1088:4 1097:1,12 |
| 1201:10 1202:15 | 1129:11,15,15 | 1075:15 | 1097:16 1099:4 |
| 1202:25 1203:10 | 1130:3,7,9 | **designated** | 1118:7 1121:2 |
| 1203:23 1204:20 | 1131:10,18 | 1068:20 1159:22 | 1134:11 1136:4 |
| 1205:3 1209:4 | 1132:13 1188:25 | 1160:6 | 1147:22 1153:19 |
| 1210:16 1211:4 | 1189:6,22 1190:3 | **designation** | 1167:17 1168:5 |
| 1211:22 1212:2 | 1190:9,14 | 1086:7,8 | 1178:5,12 |
| 1212:12 1213:18 | 1191:13,19 | **designations** | 1215:14 1216:14 |
| 1213:21 1215:5 | 1192:13 | 1218:19 | **determined** |
| 1215:19 1216:18 | **deprecation** | **designed** 1018:7 | 1043:21 1052:6,7 |
| | 1000:24 1028:15 | 1125:12,13 | 1052:11,14 |

**[determined - documentation]**

1065:13 1087:4
1088:19 1091:14
1092:21 1157:22
1161:25 1163:17
1167:25 1168:22
1221:18,22
1222:7
**determines**
1024:13,25
1096:18
**determining**
1024:9 1079:13
1082:24 1084:2
1091:17 1093:18
1131:12 1186:25
1208:14
**developed**
1054:24 1085:10
**developer**  1027:5
1051:25 1052:17
1053:8,19 1054:1
1059:20 1061:7
1061:24 1062:13
1062:13 1066:14
1079:7 1120:15
1154:16 1176:7
1184:21 1185:16
1196:23 1204:2
1212:15
**developers**  1001:2
1012:23 1014:2
1029:7,23 1042:3
1052:21 1053:3
1054:11 1059:17
1061:20 1062:9
1065:11 1081:3
1128:7 1132:12
1149:2,5,6,23
1158:14 1176:6
1176:23 1179:13
1180:3 1202:4,17

1203:2,11,14
1204:10,22
1216:2,2
**developing**
1175:24
**development**
1161:8,9
**device**  1105:12
1148:25 1149:4
1149:10,11
1197:1 1210:6
**devices**  1149:13
**dgarrie**  992:11
**dialogue**  1136:2
**dictates**  1162:14
**differ**  1119:17
**difference**
1075:10,12,15
1122:10 1123:13
1149:4
**differences**
1119:22
**different**  999:9
1011:4 1019:8
1024:4 1027:8
1028:14,19,20
1029:22,25,25
1030:5 1033:15
1037:7 1051:7
1055:8,9 1066:16
1067:24 1071:22
1071:23 1087:22
1099:8 1106:20
1106:21 1107:21
1107:25 1108:10
1108:16 1112:11
1117:17,17
1119:19 1120:4
1123:12 1124:20
1124:20 1128:7
1130:13 1142:20

1142:21 1144:2,7
1151:11 1152:15
1153:25 1164:20
1189:13 1200:18
1200:19 1201:2
1203:16
**differently**
1023:22 1164:1
**differs**  1134:15
**difficult**  1189:17
**digital**  1114:11,13
1114:16,25
1115:4,7,16,19,22
1155:23 1158:7
**direct**  1103:9,14
1124:15
**direction**  1220:11
**directly**  1023:14
1160:11
**disagree**  1136:8
**discovery**  997:25
**discuss**  998:2
1113:12 1136:14
1159:23 1164:10
1217:11
**discussed**  996:6
999:5 1027:22
1090:6 1092:1
1121:5 1127:18
1127:24 1175:2
**discusses**  1147:15
**discussing**
1004:12 1147:21
1199:24
**discussion**
1101:21 1116:24
1139:7 1143:24
**discussions**
1176:22
**displayed**  1063:2
1098:3,18,21

**disposal**  1092:6
**distinct**  1131:15
**district**  986:1,2
987:1,2
**dloeser**  988:15
**doctor**  1017:16
**document**  986:6
987:6 997:25
999:15,18
1012:11,25
1013:23,24
1014:4,8,11,13
1015:11,13,19
1047:20 1053:15
1056:21 1072:8
1073:20,22
1075:1 1078:16
1081:10,16
1092:23 1094:18
1095:10,25
1096:11 1102:19
1103:3,4 1104:9
1105:5,16,22
1106:3,5,7,9,10
1106:11,17,22,24
1107:3,7,9 1108:3
1108:6,10,11,12
1108:15,20,25
1110:15 1111:8
1111:17,19,22
1112:12,19
1113:14,17
1114:4,20,24
1115:2 1116:22
1117:15 1118:6,9
1172:13,15,18
1211:2,5,16,23
1212:3,24
**documentation**
1024:24 1025:2
1148:9,12,18

[documentation - engineering]

1177:18

**documented**
1057:5

**documents**  996:5
1014:25 1070:25
1073:6 1090:7
1091:25 1092:6
1093:16 1109:8
1109:15,24
1113:10 1130:25
1177:21 1208:12
1209:13,18,24
1210:1,12,23
1211:5 1212:22
1213:25 1215:6,9
1216:5 1218:15

**doing**  1004:23
1090:16 1183:9
1183:18 1210:19
1217:15,25

**doubt**  1074:5,10
1075:25 1115:25
1116:3 1213:21

**downloaded**
1115:4

**downloading**
1111:13

**downstream**
999:8,16

**draft**  1173:4,12
1212:24

**dramatically**
1189:10

**drew**  1101:23
1102:21

**drill**  1170:8
1189:19

**dropbox**  1062:6

**dunn**  990:5 991:5
995:22

**duration**  1001:3

**e**

**e**  989:8 993:1,11
994:1 1016:3,23
1112:22 1171:6
1221:9,12 1222:1
1223:3,3,3

**e1**  1086:4,7,8
1087:4,9,18,21,24
1088:2,5,11,20
1089:2

**earlier**  1030:19
1055:15 1063:9
1063:23 1089:7
1117:6 1131:7
1147:10 1195:2
1206:12

**early**  1168:3
1193:15 1210:2

**ecosystem**
1175:24 1176:7

**eddie**  1101:22
1102:21 1117:8
1118:16

**edited**  1019:16,21

**effect**  1027:5
1028:23 1030:23
1030:23 1190:15
1190:17 1192:19
1197:20

**effected**  1192:16
1201:2

**effective**  1164:11

**effectively**
1111:14

**efficiency**  999:3

**efficient**  1169:20

**effort**  1065:10
1067:8 1121:20
1126:19 1185:4
1206:21 1207:17

**efforts**  1141:11

**effusive**  1212:18

**either**  996:12
1031:4 1036:10
1036:22 1042:7
1052:6 1089:13
1089:19 1139:24
1167:24 1178:4

**elapsed**  1049:9

**elia**  1036:4
1101:22 1102:20

**ellipsis**  1051:3,6
1051:11

**else's**  1194:8

**email**  994:4
1073:23 1074:3
1113:9 1115:11
1116:15,21
1117:2 1118:17
1145:24 1146:5
1147:14 1148:17
1148:22 1150:3

**emit**  1145:2
1151:2,15,21
1154:18,21
1167:18 1168:14
1188:25 1189:7
1189:22 1190:2,7
1190:10,20
1191:10 1192:12
1192:23 1194:9
1195:17 1196:19

**emits**  1022:14,18
1023:1 1024:9,13
1025:1 1194:9

**emitted**  1186:3,21
1193:21 1194:4
1194:13,20,24
1195:4,11

**emitting**  1024:21

**emma**  988:9

**employed**  1174:4

**employee**  1018:21
1025:22,25
1091:19,21,23
1100:19 1174:1
1187:6,8,15,16,17
1187:18,21
1220:18

**employees**
1032:18

**enable**  1062:12
1128:6

**enabled**  1061:23

**enacted**  1185:3

**encapsulated**
1137:18

**encompass**
1176:24

**encourage**  999:15
1135:16

**ended**  1006:16
1066:15 1100:7
1165:17

**endpoint**  1020:12
1020:15,19

**endpoints**  1020:10
1020:14,21
1021:3

**eng**  1016:4,18

**engaged**  1062:8
1084:11 1137:19

**engineer**  1017:15
1018:12,16
1035:24 1036:1
1066:14 1089:16
1089:19

**engineering**
1016:25 1017:2,3
1017:4,11
1035:17,17

[engineering - exhibit]

1089:8,11,14
**engineers** 1015:7
1016:9 1017:5,22
1089:19
**england** 986:15
987:17 995:1
**english** 1010:10
**ensure** 1054:10
1065:16
**enter** 1054:1
1081:7 1090:23
**entered** 1008:23
1019:10 1021:22
1025:12 1030:8
1036:21,24
1039:7 1043:4
1047:2 1049:8
1050:16,18
1051:2 1052:22
1053:3 1059:12
1059:20,25
1061:7,15,24
1062:8,14
1064:14 1066:10
1069:1 1070:17
1070:21 1078:9
1078:18,20
1079:11,18,20
1080:16 1081:8
1194:23
**entering** 1018:10
1018:13 1021:17
1021:20 1050:11
1054:17 1078:23
**enters** 1026:3
**entirely** 1020:25
1037:4,11,17
1039:9,24
1071:21 1089:16
1151:25 1182:20
1183:19

**entirety** 1131:23
**entities** 1126:1,2
1161:25 1163:17
1184:15,19
1185:7
**entity** 1036:19
1085:16
**entries** 1000:8,10
1014:23 1019:23
1030:24 1031:18
1034:9 1041:10
1041:13 1045:18
1047:3 1078:14
1079:9,10 1080:8
1081:10 1083:23
1083:23 1127:13
**entry** 1011:18
1013:2,5 1018:2
1020:21,23
1022:5 1026:19
1031:22 1033:19
1036:14 1045:14
1045:17 1051:17
1056:10,13,16,19
1068:7 1081:12
1082:14
**epoch** 1049:3
**equals** 1076:12
**equivalent** 1070:5
**errata** 1221:14,16
1222:3,5
**establish** 1116:7
1138:16 1169:21
**evaluated** 1044:20
1169:11 1203:23
1203:25
**evaluation**
1096:17 1172:23
1178:6 1183:6,8
1197:9

**evening** 1139:16
**event** 1069:8,13
1069:14,14,17,19
**events** 1069:20
1191:10
**everybody**
1180:19
**evolved** 1055:7
1062:4 1081:16
1098:6
**evolves** 1024:24
**ewright** 988:18
**exact** 1004:6
1055:6 1125:11
1165:16,17
1193:16
**exactly** 1035:18
1037:12 1043:23
1051:10 1085:23
1086:1 1120:19
1120:21,21
1121:23 1148:20
1152:1 1177:15
1183:12 1185:12
1193:15 1203:16
1204:13 1211:6
**examination**
993:2 998:16
1139:13 1167:17
1183:2 1206:9
1207:15
**examine** 1168:8
**examined** 998:15
1181:23 1182:14
1182:25
**example** 1035:5
1040:11,15
1042:13 1055:15
1093:15 1097:10
1105:2 1128:9
1129:4 1144:12

1145:7 1152:20
1169:10 1195:5,9
1195:13 1197:1
1212:23
**examples** 1144:13
1149:10 1171:9
1190:22 1195:12
**exceed** 1155:24
1158:8
**exceeded** 1161:14
1167:19 1168:9
**exceeding** 1163:18
**excel** 993:14,21,24
1057:17 1108:17
1108:19 1111:7
**exception** 1006:15
**excerpt** 1007:16
1072:22 1094:19
**excerpts** 1090:13
1090:14
**exchanged**
1169:21 1170:7,9
**excuse** 1164:9
**execute** 1065:18
**executed** 1219:6
**exemption** 1181:9
1211:11
**exemptions**
1172:2 1173:15
1180:9 1210:18
**exercise** 1090:14
1090:16 1168:20
**exhaustive** 1185:4
**exhibit** 993:14,17
993:21,24 994:4
994:12 1004:14
1004:20 1007:5,9
1007:10,20,22,24
1008:9 1020:2
1046:21 1053:15
1055:22 1072:10

[exhibit - facebook]

1072:22 1076:15 1078:4 1091:3,10 1092:20,22 1093:5 1094:12 1094:14,19,22 1095:12 1101:17 1101:21 1102:18 1107:11,15,16,18 1107:19,21 1108:2,4,7 1111:2 1111:6,6 1115:11 1116:11,15 1145:21,22 1146:10,15,25 1147:2,4,6 1171:23,25 1172:4

**exhibited** 1037:5
**exhibits** 994:10 1020:3 1109:24 1112:25
**exist** 1054:10 1067:11 1079:10 1079:22,24 1083:23 1091:6 1122:1 1133:16
**existed** 1001:3 1045:11,22 1046:1 1047:11 1048:13 1049:22 1050:15,23 1056:18 1058:12 1064:13,19 1065:11,16 1080:15 1099:17 1205:6,8
**exists** 1025:2 1051:12 1060:15 1080:14 1088:9 1088:17 1122:2 1123:19 1133:18

1134:17 1135:10 1137:10
**expected** 1018:8 1081:2
**experience** 1149:9 1149:12 1150:17 1199:21 1200:3 1200:11,17,24,25 1201:7,18,23,25 1202:11,13,22 1203:6 1204:5
**experienced** 1096:7
**experiences** 1149:13 1203:19 1203:20 1208:20 1211:8 1216:1
**expert** 1035:16 1134:6,10,20 1135:17 1159:5 1198:23 1199:14
**expertise** 1199:16
**expiration** 1005:7 1005:9,11,14
**explain** 1026:11 1031:24 1112:14 1112:20 1119:22 1166:20 1194:5 1206:18
**explained** 1029:23 1078:10 1188:16
**explicit** 1215:11 1218:2
**exported** 1063:6
**exposed** 1186:9
**extend** 1136:19
**extension** 1181:9 1202:2,12 1204:1 1211:11
**extensions** 994:5 1105:15 1116:19

1117:4,6 1146:1 1172:3 1173:15 1180:9 1202:7 1203:21 1210:18
**extent** 1123:4 1163:23
**external** 1012:5
**extra** 1200:7

| **f** |
|---|

**f** 1017:25 1019:12 1095:12
**facebook** 986:3 987:3 990:4 991:4 995:8 996:7 997:2 1002:16,21 1007:2 1011:3,7 1011:24 1014:4,8 1014:12,24 1015:1 1016:6,13 1016:19,25 1018:20 1019:2 1023:12 1025:22 1025:25 1027:5 1027:10,22 1028:15 1029:2,5 1029:9 1032:18 1035:15 1038:2,9 1038:14 1040:10 1040:13 1042:5,7 1042:14 1044:3 1048:11,15 1052:19,21 1053:2,6,13 1057:20 1059:11 1060:3,19,21 1061:3,5,14,19 1062:8 1065:21 1072:9 1073:25 1074:3 1079:4,11 1081:16,25 1091:19,21,23

1096:13 1100:19 1109:16,25 1110:14 1112:3 1115:3,6,15,18,21 1115:22 1118:1,8 1118:25 1119:15 1119:25 1120:15 1121:14 1122:1,3 1125:17 1129:11 1130:25 1132:11 1133:17,19,23,24 1134:20 1135:11 1135:20 1136:2 1138:13 1140:13 1141:4,23 1143:3 1147:15 1148:12 1149:3,8,11,12,12 1149:19 1150:8 1151:1,9,10,14,17 1151:20,20 1152:1,3,4,6,9,12 1152:15,16,17,19 1152:21,23,24 1153:2,10,17,18 1153:21 1154:3,4 1154:4,6,8,10,10 1154:11,14,16,17 1154:20 1155:11 1155:15,18,22 1158:6,11,15 1161:24 1163:17 1165:6 1167:17 1168:24 1169:9 1169:11,16,22 1170:10,17,22 1171:9,13,16 1172:8,23,24 1174:1,4,8,23,25 1175:4,18,19 1176:2,8,23 1178:7 1179:12

[facebook - finished]

1179:14,16
1180:4 1181:25
1182:4,6,10,13,15
1182:16,19,25
1183:1,2,3,9,15
1183:17,25
1184:1,9,10,13,13
1184:20,20,24
1185:3,6,8,13,15
1185:16,19,21
1186:2,23 1187:6
1187:8 1188:24
1189:6,9,21
1190:9 1191:13
1193:21 1194:11
1195:16 1196:19
1197:8,11,13,20
1197:25 1198:2,3
1198:9,13,15,16
1198:17,23
1199:1,4,5,7,19
1200:7 1202:4
1203:18,23,24
1204:17,23,25
1205:11,13
1207:7,22,23
1208:9 1209:8
1210:23 1211:17
1212:15 1215:17
1215:22 1216:16
1221:4 1223:1
**facebook's** 986:12
1010:1,5,24
1011:5,22,25
1012:11,17
1013:3,5,8,11
1014:19,21
1035:16 1038:5,6
1042:4 1044:18
1051:24 1054:7
1057:9 1059:15

1069:14,20
1088:7 1089:1
1096:18 1099:2
1119:16 1122:5
1127:16 1133:8
1133:10 1140:23
1159:12 1184:16
1198:8,13 1199:3
1208:10
**faced** 1142:3,3,16
1142:18 1143:1
1147:15
**facing** 1120:5
**fact** 1022:5 1030:9
1032:6 1147:1
1160:14 1164:2
1179:12 1180:3
1190:9 1197:14
1198:3,17 1199:6
**factor** 1181:15,17
1208:14 1210:20
1211:12 1213:3
**factors** 1096:6
1132:3 1179:9
1195:16 1196:18
1215:10
**factual** 1086:19
**fail** 1126:1
**failed** 1126:3,7
**fair** 1071:7 1147:9
1147:14
**false** 1026:19,21
1026:23 1030:6
1030:25 1031:4,6
1031:9,17
1032:10 1036:23
1036:24 1037:6,9
1037:12,15,19
1042:22 1043:1,2
1043:7 1052:3

**familiar** 1114:10
1121:21
**family** 1133:24
**far** 1070:23,24
1134:1,18,22
**fb** 993:15,18,19,22
993:25 994:6,7
1007:10 1102:24
1107:16 1108:3
1111:7 1116:16
**fb.com** 1221:2
**fb.quip** 1105:22
**fbid** 1010:19
1011:3,14,21
1012:2
**features** 1119:15
1120:5,15,17
1125:2 1128:6
1131:14 1133:24
**february** 1001:16
1023:8
**federal** 1220:14
1222:1,8,9
**feel** 1158:10,12,23
1159:2,10,10
1199:12
**field** 1004:5,6
1018:3 1027:14
1037:6 1043:7
1048:4,6 1051:16
1051:17,19
1054:25 1055:2,4
1055:6,10,13
1056:9,20
1057:24 1058:2,4
1058:7,13 1063:1
1063:14,15,20,21
1064:1 1066:11
1066:13 1068:7
1069:2 1071:19
1078:13,17

1079:1,24 1080:2
1080:7,10,13,17
1080:18,20
1081:5,8,12
1082:11,15
1083:5,15,23
1087:24 1092:13
1186:19 1188:19
**fields** 1054:22
1055:8 1071:12
1073:2 1080:5
1081:20 1083:18
1083:20,20
1084:9,15,20
1091:3
**fight** 1160:24
1164:15 1196:7
**figure** 1008:1,14
1154:2 1189:19
1204:7
**filled** 1021:1,4
**filter** 1092:8,23
1094:8
**filtered** 1094:22
**final** 1193:2,2,4,5
**financially**
1220:17
**find** 1035:20
1036:2 1077:23
1107:18,18
1110:21 1137:15
1174:6 1183:17
1215:15,20
1216:15
**fine** 1118:5 1140:6
1140:10 1163:5
1164:12 1166:3
**finish** 1160:4
1161:21
**finished** 1216:11

finishing  1162:6
first  1001:11
  1009:18 1015:4
  1015:17 1017:22
  1018:13 1019:14
  1021:5 1025:8
  1026:7,18
  1028:18 1033:10
  1033:20,22,25
  1034:9,16,18,22
  1035:1 1036:5
  1037:24 1038:4,7
  1038:16,20,23
  1039:15,16,17,21
  1041:8,16,18,21
  1042:1,7,10,11
  1049:3,24
  1054:23 1060:21
  1066:2 1070:13
  1075:16 1078:3
  1099:19 1104:11
  1105:13 1109:6
  1113:22 1117:2
  1131:13 1135:14
  1137:15 1171:4
  1173:4 1184:22
  1190:12 1192:14
five  1073:16
  1110:11 1114:25
  1117:5 1138:3,24
  1160:4
floor  992:8
flow  1049:23
fly  1120:25
focus  1103:11
focused  1161:10
  1163:9
folder  1107:21,25
folks  999:17
  1145:18 1148:20

follow  996:7
  997:15 1002:14
  1026:17 1065:21
  1093:10 1138:19
  1206:12 1207:14
following  1196:21
follows  998:15
  1025:3 1221:8
fonti  989:5 995:16
  995:20
foregoing  1219:2
  1220:5,7,11,13
form  1002:24
  1012:8 1013:14
  1013:21 1015:15
  1016:16 1017:19
  1024:16 1027:13
  1028:5,17
  1029:12,20
  1032:1 1035:22
  1040:4 1041:3
  1044:4 1051:17
  1051:18 1052:1
  1052:18,23
  1053:5 1054:5,19
  1057:22 1058:14
  1059:5,14
  1060:12,24
  1061:16 1062:1
  1062:16 1063:19
  1064:25 1065:8
  1067:14,22
  1069:11 1070:1
  1070:10 1072:3
  1072:12,23
  1074:8,24
  1075:20 1076:4
  1076:16,18
  1077:7 1078:1,13
  1079:2 1081:17
  1082:2,18

1084:12 1086:10
1088:12,21
1090:20 1092:4
1093:21 1095:4
1097:4,21
1104:18,21
1105:23 1106:12
1106:18 1107:1
1115:9 1116:1
1117:14 1118:22
1119:23 1121:17
1122:23 1124:2
1126:9 1127:3,22
1128:4 1129:9,17
1130:18 1131:11
1132:14 1133:4
1133:21 1135:12
1140:17 1141:8
1142:11 1143:5
1143:19 1144:1,8
1144:18 1145:4
1145:12 1147:18
1150:1 1151:4,23
1152:18 1153:1,4
1154:19 1156:1
1157:25 1158:20
1165:1 1166:11
1167:21 1168:18
1169:14 1172:10
1173:1,19 1175:1
1175:21 1176:4
1177:13 1178:8
1178:17 1179:15
1179:24 1180:6
1182:1,8,17
1183:10 1185:10
1187:19 1189:2
1189:23 1195:22
1199:22 1200:4
1200:12 1201:9
1202:14,24

1203:9,22
1204:19 1205:2
1210:25 1211:20
1212:11 1215:4
1215:18
formal  1177:11,23
  1178:21 1187:11
formalized
  1186:24
format  1049:15
  1166:11
forms  1107:25
  1148:18
forth  1015:21
  1135:18 1220:7
fortunately
  1165:25
forward  1136:7
  1162:18 1164:7
found  1107:23,24
  1107:24 1117:5
foundation
  1197:16 1198:19
  1199:10 1209:21
  1210:15
four  997:6
  1074:21 1077:11
  1138:23
fourth  996:24
  997:9 1041:15
  1042:13,14,16
fql  1000:23
  1001:11,12
  1002:7,9
frame  1123:19
framework
  1178:21
francisco  990:10
  1116:18 1117:3
  1148:2 1170:13
  1180:25

[frcp - generally]

**frcp** 1222:1
**free** 1051:17,18
  1078:13 1082:11
**friend** 1029:6
  1104:25,25
  1113:15 1114:7,8
  1130:15 1143:12
  1143:25 1144:17
  1145:2,6 1147:17
  1149:24 1151:2,7
  1151:9,16,19,22
  1153:11,24
  1154:18 1155:15
  1160:11,12,19,20
  1160:21,25
  1161:8,9 1162:19
  1167:19 1168:9
  1168:14,16
  1169:1,3,12
  1180:18 1185:1,5
  1188:25 1189:7
  1189:22 1190:2,7
  1190:10,13,20
  1191:10 1192:12
  1192:15,18,18,22
  1192:23 1193:21
  1193:25 1194:4,5
  1194:7,11,14,16
  1194:17,19,22,24
  1194:25 1195:3
  1195:10,17
  1196:19 1199:20
  1200:10,22,22
  1201:5,6,17
  1202:11,20
  1203:21 1204:12
  1205:15 1207:5,9
  1208:8 1209:15
  1211:10 1213:5
  1216:7

**friendly** 997:18
**friends** 1009:16
  1009:19,24
  1010:17 1011:20
  1029:3,16
  1093:15,20
  1094:20 1104:13
  1105:13 1111:11
  1112:7 1113:16
  1114:1,24
  1117:10 1118:10
  1118:20 1119:1
  1121:7 1126:8
  1128:16,17,23,24
  1129:2 1130:8,17
  1130:21 1131:3,6
  1137:3 1141:6,24
  1142:10 1154:23
  1155:20,22
  1158:6 1179:19
  1181:11 1190:25
  1191:8,8,17
  1194:12 1195:6
  1197:13 1198:2
  1198:17 1199:6
  1201:20 1208:15
  1208:22
**front** 1004:9,10
**ft** 1087:12
**ftc** 1022:19,21,23
  1023:2 1086:7,9
  1086:13,18
  1087:10,12,15
**full** 1047:20
  1072:21 1092:2
  1092:22,22
  1094:18 1150:5
  1150:14 1211:14
**fully** 1056:24
  1142:23 1153:6
  1155:7 1214:6

**function** 1027:24
  1030:17 1060:7
  1060:15 1101:7
**functional**
  1067:17 1077:1
  1082:20
**functionality**
  1033:22,24
  1125:11
**further** 1136:6
  1160:15,24
  1206:18 1207:13
  1207:15 1220:13
  1220:17
**future** 1164:10

**g**

**g** 1020:9,20,23
  1021:3 1095:12
  1095:15
**gain** 1053:11
  1120:3
**garrie** 992:5 996:1
  996:2 998:22,25
  999:1 1101:24
  1102:2,4,7
  1107:17,23
  1109:17,21
  1110:4,8,18
  1135:15,22,24
  1136:17 1137:7
  1156:8,20,24
  1157:9 1159:15
  1159:17,20
  1160:8,9 1161:4
  1162:8 1163:4,21
  1163:25 1164:24
  1166:3,9,16,25
  1167:7,9 1211:24
  1213:19 1217:17
  1217:19,22
  1218:1,5,13

**gate** 1119:15
**gated** 1002:3
  1097:7 1120:16
  1120:19,22
  1123:20
**gatekeeper** 1119:9
  1119:13,14,17,19
  1120:3,6,9,12,16
  1120:22 1121:4
  1121:15,23,25
  1124:22,25
  1125:10,11,16,21
  1125:23,23,25
  1126:1,2,6,7,12
  1126:14,18,21,24
  1132:18,25
  1133:16,18,22
  1134:2,7,17,19,25
  1135:6,10 1136:1
  1136:11,13
  1206:13 1207:19
  1207:24
**gatekeepers**
  1122:2 1125:5,13
  1126:8 1133:12
  1133:14 1206:22
  1207:20,23
**gatekeeping**
  1127:6
**gates** 996:21 997:7
  997:21
**gating** 1035:6
  1122:13 1125:1
  1127:17
**general** 992:16
  1028:2 1074:18
  1122:18 1174:21
  1177:7
**generally** 1016:6
  1089:24 1105:21
  1122:20 1164:8

[generally - half]

1205:22
**generate** 1056:10
**generated** 1028:10
  1057:12,19
  1074:23 1075:5,6
  1075:9,11 1091:7
  1177:12,23
  1211:16
**gestation** 1034:12
**getting** 1028:4
  1149:1 1197:12
  1198:1,15 1199:5
**gibson** 990:5
  991:5 995:22
  1217:19
**gibsondunn.com**
  990:12,20 991:12
  991:19
**give** 1024:5
  1035:18 1040:11
  1077:12 1085:18
  1086:14 1087:6
  1110:20 1117:18
  1120:24 1169:10
  1190:22 1216:2
**given** 1003:16
  1009:5 1017:7
  1024:25 1050:11
  1053:11,25
  1062:20 1064:1
  1079:7 1097:24
  1101:7 1112:3,12
  1159:11 1199:13
  1202:8 1206:23
  1217:14 1220:12
**giving** 1159:10
  1199:12,24
  1211:9,9
**go** 1015:12
  1023:20 1025:22
  1032:22 1036:1,4

1046:13 1048:7
1056:1,1 1060:13
1073:10 1086:12
1090:1,15,22
1093:4,17
1094:18,22
1095:5,25
1097:16 1101:11
1102:9,11
1104:22 1105:4
1111:20 1113:7
1114:19 1124:3
1133:5 1134:4
1135:16 1137:14
1139:6 1146:17
1148:1 1158:3
1159:18 1164:9
1167:1,4,8,9
1172:16 1178:12
1186:17 1189:24
1206:2 1215:15
1216:15 1218:8
1218:11,21
**goes** 1025:25
1040:20 1088:11
1110:19 1134:2
1134:19,23
1166:12 1172:2,8
**going** 997:12
999:2 1010:13,19
1012:4 1023:21
1028:16 1029:5
1032:13 1033:11
1046:10 1064:2
1065:21 1066:17
1073:15 1092:15
1102:5 1103:8,14
1108:24 1109:21
1109:22 1110:10
1134:12 1135:4
1135:16 1136:7

1137:25 1138:12
1138:18 1139:21
1145:20 1146:19
1158:3 1160:1,3
1172:16 1216:8
**good** 995:15,21
996:3 1046:10
1110:6 1139:15
1139:16 1148:25
**governed** 1061:20
1122:8
**gracefully**
1162:11
**grant** 1000:6
1001:23,25,25
1004:15,21
1083:14 1096:4
1124:12 1181:22
1187:16,18
1204:1 1210:8
1211:13 1213:4
**grantable** 1038:19
1038:22 1041:25
**granted** 1009:16
1009:19 1010:17
1011:20 1021:13
1032:20 1036:12
1037:2 1039:4
1041:25 1052:2
1057:10 1059:23
1062:21 1084:17
1091:18 1092:3
1097:2,19 1131:2
1153:19 1161:14
1168:4 1173:15
1185:20,23
1187:3 1208:15
1210:18
**granting** 1172:2
**grants** 1033:8
1034:5 1064:17

1065:12 1091:12
**graph** 1027:12
1029:17 1120:18
1127:14,20
1128:3,10,11
1129:11,13
1130:3 1131:10
1131:16,23
1132:10,12
1137:1,2 1144:22
**gray** 1162:11
**great** 999:15
1000:1 1110:16
1110:21
**group** 1017:5,8,22
1023:4 1032:15
1032:17,25
1033:5,6,21,24
1034:3,4,9
1036:11 1037:1
1067:16 1077:1,2
1077:4,6,11,18,21
1077:24 1082:20
1084:6 1085:16
1088:11,15
1117:20 1143:16
1150:13 1192:4
**groups** 1084:22
1191:11,25
**guess** 1167:10
**guidance** 1085:3
**guy** 1217:24
**guys** 1101:24,25

**h**

**h** 993:11 994:1
1021:7 1095:12
1112:22 1171:6
1223:3
**half** 1046:11
1092:15

**[handled - immediate]**

**handled** 1039:4,6
  1182:10 1221:8
**hannah** 991:6
  995:24
**happened** 1127:5
  1127:7 1190:16
**happens** 1166:17
**happy** 997:24,24
  1004:14 1090:3
  1109:8,11 1113:3
  1113:12 1136:14
  1136:21 1137:5
  1139:3 1217:11
**hard** 1085:17
  1112:20 1120:24
  1120:24 1142:5
  1142:15 1183:21
  1185:12 1188:8
  1194:1
**head** 1047:19,21
  1071:5 1170:14
**header** 1012:4
  1016:3 1017:25
  1020:9 1021:7
  1025:10 1026:9
  1036:6 1038:15
  1044:22 1045:7
  1048:7,18
  1049:16 1065:24
  1078:5 1082:8
  1083:7 1086:3
  1089:4
**hear** 1029:8
  1102:3,6 1158:4
**heard** 1044:9
  1114:12,15,17
  1137:8 1160:7
**hearing** 1069:5
**help** 1034:17
  1052:24 1088:14
  1114:2 1116:7

1122:24,24
  1143:20 1153:21
  1177:8 1184:3
**helpful** 999:3,19
  1071:25 1116:9
  1195:25
**helping** 1212:19
**hendrix** 1156:7
**hereto** 1007:7
  1101:19 1107:13
  1111:4 1116:13
**hesitate** 1195:24
**high** 1020:15
  1021:11 1038:8
  1038:10,13
  1040:7 1050:4,7
  1069:25 1070:5
  1075:18 1076:2,8
  1076:9,12,13,14
  1093:9
**highest** 1070:5
**highlighted**
  1016:23
**highly** 986:11
  1218:17
**historical** 1064:12
  1065:6 1066:4
  1132:24
**historically**
  1054:3
**history** 1084:19
**hits** 1119:4
**hive** 1099:8,9,11
  1099:17
**hoc** 1111:11
  1114:1
**hole** 1137:15
**hoped** 1109:10
  1110:17
**hopefully** 1139:17

**hour** 1046:11
  1092:15
**hours** 1110:21
**housekeeper**
  1167:5
**housekeeping**
  1217:13
**hregan** 991:12
**huang** 1101:23
  1102:20,21
**huh** 1055:21
  1105:7
**hundreds** 1016:17
**hypothetical**
  1130:24

### i

**i.e.** 1064:12
  1096:12
**ian** 992:16 995:23
**idea** 1134:18,22
**identifiable**
  1076:8
**identification**
  1007:6 1101:18
  1107:12 1111:3
  1116:12 1214:2
**identified** 996:9
  996:11,22,25
  997:8,10,21
  1000:15 1007:11
  1014:11 1050:19
  1068:1 1090:6
  1108:7 1109:7
  1113:1,4 1115:11
  1116:14 1136:24
  1145:16 1160:21
  1161:3 1172:18
  1184:25 1190:1
  1191:7,13
  1207:22,23
  1209:1

**identifies** 1016:24
  1017:1,21
  1089:11 1097:6
**identify** 995:13
  996:4 1014:23
  1058:17 1060:4
  1065:10 1090:17
  1090:22 1092:2,7
  1092:24 1093:7
  1094:7,20
  1104:24 1109:1
  1111:21 1121:5
  1125:25 1126:2,6
  1129:1 1131:1
  1132:11 1135:25
  1141:5,11,23
  1143:1,11
  1147:16 1151:1
  1151:15,20
  1171:8 1185:4,7
  1186:21 1189:21
  1204:25 1210:23
  1211:1,16,22
  1212:3
**identifying** 997:5
  1132:17 1184:9
**identity** 1018:15
  1019:18,20
**ids** 1000:11,14
  1014:25 1062:20
  1093:4 1094:24
  1095:7 1120:1
  1133:13 1206:23
**imagine** 1025:2
  1090:14 1098:22
**ime** 1116:17
  1117:3 1145:25
  1148:2,7 1170:12
  1180:23,24
**immediate**
  1027:23

[impact - information]

| | | | |
|---|---|---|---|
| **impact** 1176:6,7 | **incorrect** 1109:4 | 1077:20 1079:15 | 1085:14,19 |
| 1176:23 1180:11 | **independent** | 1093:14 1127:19 | 1086:24 1087:1 |
| 1209:25 1210:19 | 1086:19 | 1130:15,20 | 1088:25 1095:23 |
| 1210:20 1213:1 | **indicate** 996:14 | 1135:2 | 1098:2,7,10,13,16 |
| **implementation** | 1020:6 1036:15 | **individual's** | 1098:16,18,21,24 |
| 1062:15 | 1039:18 1047:14 | 1026:2 | 1099:1,4,12,15,22 |
| **implemented** | 1052:4 1062:23 | **individually** | 1099:23 1100:3 |
| 1064:16,21 | 1063:16 1092:10 | 1134:21 | 1100:15,19,23 |
| 1101:5 | 1093:1 1095:7,12 | **individuals** | 1103:22,24,25 |
| **implements** | 1095:15 1113:17 | 1077:17 1209:1 | 1104:6,14,15 |
| 1019:7 | 1198:9 1199:1 | 1210:10 1212:6 | 1106:11,15,16,20 |
| **implications** | **indicated** 999:22 | 1213:11,24 | 1106:22,23 |
| 1175:3,24 | 1002:10 1006:14 | **influence** 1096:6 | 1111:22 1112:1 |
| **important** 1040:7 | 1030:15 1037:9 | **info** 1105:14 | 1114:3 1116:9 |
| 1042:2 1093:23 | 1052:3 1055:23 | **inform** 1104:14,15 | 1118:1 1120:7,10 |
| 1095:20 1096:8 | 1059:2 1063:22 | **informa** 1133:2 | 1120:12 1121:15 |
| 1098:14 1128:20 | 1067:20 1070:9 | **information** 996:5 | 1122:4,19 |
| 1151:6 1177:8 | 1071:16 1074:2,7 | 996:16,16 998:6 | 1124:13,22 |
| **importantly** | 1088:10 1113:10 | 1001:21 1002:9 | 1125:7,8,14,21,22 |
| 1137:21 | 1140:1 1162:15 | 1009:22,25 | 1126:15,20,23,25 |
| **improved** 1054:21 | 1188:23 1190:7 | 1010:13,15,22 | 1132:21,25 |
| 1080:6 | 1197:6 1206:14 | 1012:7,9,16 | 1133:7,14 1134:2 |
| **inception** 1079:22 | 1214:15 1215:1 | 1013:25 1014:1 | 1134:14,15,22 |
| 1188:20 | **indicates** 1004:25 | 1014:10 1018:7 | 1135:6,9 1136:11 |
| **include** 1120:7,17 | 1005:16 1008:20 | 1020:2,11 | 1136:25 1137:10 |
| 1130:13 1136:19 | 1018:4 1030:6 | 1021:14,16,22 | 1141:12,15 |
| 1153:23 1176:2 | 1033:1 1034:15 | 1022:2,18 1024:5 | 1143:10,14 |
| **included** 1081:21 | 1034:21 1038:21 | 1024:21 1025:12 | 1151:12 1152:17 |
| 1081:25 1119:12 | 1043:1 1047:23 | 1026:4 1033:17 | 1152:25 1153:12 |
| 1129:12 1130:6 | 1048:1,4,5 1049:6 | 1034:24 1035:8 | 1153:21 1154:23 |
| 1132:19 1133:14 | 1074:3 1075:18 | 1036:3 1039:7 | 1154:25 1155:11 |
| 1141:19,20 | 1076:12 1111:9 | 1050:15 1055:11 | 1155:20 1158:14 |
| 1154:22 1179:10 | 1112:7 1118:16 | 1057:3,14 | 1168:5,22 |
| 1193:17 1215:7 | **indication** | 1058:10 1063:7 | 1179:18,19 |
| 1215:10,12 | 1003:16 1072:19 | 1063:25 1064:23 | 1186:13 1189:10 |
| 1221:14 1222:3 | **indicative** 1008:22 | 1065:6,23 1073:2 | 1191:3 1192:3 |
| **includes** 1053:18 | 1105:3 | 1073:5 1074:19 | 1194:8,9,23 |
| 1102:19 1188:14 | **indicator** 1112:15 | 1076:8 1078:9,19 | 1195:10 1197:7 |
| **including** 1132:3 | **individual** 1009:8 | 1078:21,24 | 1199:20 1200:10 |
| 1184:12 1188:18 | 1014:5 1019:20 | 1081:21,24 | 1200:22,22 |
| 1191:10 | 1048:15 1061:24 | 1082:6 1085:13 | 1201:17,20,25 |

Veritext Legal Solutions
866 299-5127

**[information - keeps]**

1202:11,20
1203:4,8 1204:17
1206:15,25
1207:3,6,10
1209:16
**infrastructure**
1011:6
**initiated**   996:9,14
**inquiry**   1096:23
1141:21
**inside**   1016:6
1119:14
**install**   1152:5
1154:7
**installed**   1151:21
1155:23 1158:7
**instance**   1005:13
1006:13 1021:6
1025:9 1027:10
1036:5 1041:8
1059:24 1070:13
1075:17 1078:3
1099:20 1108:17
1127:20 1135:14
**instances**   1054:2
**instituted**   1187:12
**institutional**
1148:9
**integrated**
1061:10,12
1064:9,11,22
1065:4
**integration**
1064:24 1149:2
1149:20 1204:4
1210:6
**integrations**
1149:7,14,15
1193:14 1197:1
1215:25

**intend**   996:18
**intent**   1084:8
**interaction**
1152:13
**interchangeably**
1016:2
**interest**   999:3,17
1110:10 1162:5
1195:25
**interested**   1008:21
1094:8 1220:18
**internal**   1010:1,2
1010:6 1037:21
1042:4 1057:21
1060:2 1136:2
1210:23
**internally**   997:2
1015:11 1061:14
1211:16
**interpret**   1159:4
**interpretation**
1037:16
**interrupt**   1139:23
1175:14
**interrupted**
1096:9
**interrupting**
999:2 1108:1
**introduce**   1145:20
**introduced**   1003:6
1007:9 1027:11
1045:11 1082:23
1083:15,21
1107:14 1111:5
1128:11 1130:4
1186:19
**inventory**   1061:18
**investigate**
1168:16 1170:1
1171:15 1172:17

**investigated**
1169:16
**investigating**
1142:8
**investigation**
1141:14 1168:7
1168:15 1215:14
1216:13,19
**invitable**   1190:24
1191:7
**involved**   1014:9
1023:14,16,18,24
1024:3,4 1045:23
1045:25 1046:4
1050:14,20,25
1065:19 1077:10
1077:14,17,20,24
1094:2 1098:1
1128:14 1129:14
1133:12 1143:8
1144:3,5,11,14
1145:15 1170:2
1170:15,21,24
1171:19 1178:10
1180:8,12,17
1190:1 1210:5,17
1211:7,8 1212:14
1215:23
**involvement**
1100:6
**ios**   1197:4
**issue**   999:5
1017:23 1160:25
1217:10
**issues**   997:17,25
999:4,7,8,10
1017:18 1139:1
1159:23 1163:18
**item**   1217:13

**j**

**j**   1005:6,7,13
1006:15 1018:24
1025:10 1026:2,5
**jackie**   1205:11,16
1205:17
**jams**   992:4
**jamsadr.com**
992:11
**january**   1049:4,6
1049:10 1193:3,5
1193:10
**job**   986:24 1188:6
**john**   992:18
995:10
**joined**   995:23
**jsc**   986:4 987:4
**jump**   1007:3
1139:18
**june**   986:16
987:18 995:1,6
1102:19 1113:9
1115:11 1116:18
1118:25 1120:13
1121:6,16
1136:25 1148:3
1220:23 1221:3,5

**k**

**k**   989:7 1006:4,17
1026:9,19 1027:9
1030:25 1031:11
**keep**   1023:20
1136:7 1137:13
1137:21,24
1139:21 1152:4
1164:7 1166:13
1183:25 1215:25
**keeps**   1152:9
1184:10,13

Veritext Legal Solutions
866 299-5127

[keller - likes]

**keller** 988:5
  995:18
**kellerrohrback.c...**
  988:15,16,17,18
**kept** 1121:22
  1143:3 1205:5
**key** 1150:15
**kind** 1045:12
  1051:16 1099:4
  1103:11 1129:13
  1163:15 1182:20
**knew** 997:23
**know** 997:20,24
  998:1 1009:2
  1012:6 1014:24
  1016:12,19
  1018:3,9,15
  1020:22 1021:2,9
  1021:17,21
  1022:8,10,21,23
  1022:25 1023:5,9
  1023:11,13,15,23
  1023:25 1024:7
  1024:15,23
  1025:4,5 1026:21
  1028:1 1030:8,24
  1031:10,25
  1033:11 1034:6
  1034:11,13,14,20
  1035:8,14
  1037:10 1039:13
  1042:2 1045:14
  1045:16,18,23,25
  1047:3,4,17
  1050:10,17,24
  1051:5,8,13
  1056:5,17
  1059:21 1064:10
  1068:25 1070:4
  1072:1 1074:12
  1074:16 1075:6

1077:16,16
1078:18,22
1084:4 1085:13
1085:16 1087:9
1088:3,9,17
1098:9,12,20,24
1099:11,13,16
1102:2 1103:25
1107:5 1108:5
1109:8 1111:20
1112:9,10,17
1115:3,6 1129:19
1134:1 1138:24
1139:1 1145:14
1149:17,18,21
1152:3,23 1159:4
1160:3 1161:10
1162:2 1163:18
1163:24 1164:13
1167:3 1169:15
1179:22 1180:2
1183:12 1185:12
1193:5,12
1204:13,20
1205:23 1213:1
1217:6 1218:5
**knowledge**
1086:19 1135:18
1148:9 1208:16
1208:17,18
**knowledgeable**
1150:8,18
1212:17
**known** 1049:14
1060:17
**knows** 1153:10,17
1154:3,5,6,8,10
1154:17 1155:15
**kogan's** 1155:21
1158:5

**konstantinos**
1102:23
**kp** 1103:23 1148:7
1150:7,15,21,24

**l**

**l** 986:21 987:20
1032:14 1033:1
1033:17,19
1171:5 1220:1,24
**l.l.p.** 988:5
**labeled** 1009:12
**lack** 1148:9,11
**lackman** 1101:23
1102:21
**lacks** 1197:16
1198:19 1199:10
1209:20 1210:14
**lama** 1044:10,19
**lamas** 1044:14
**language** 1126:4
1218:6
**large** 1129:18
**late** 1100:8
**laufenberg** 988:7
**launch** 996:24
997:9,23 1044:7
1044:10,13,16,17
**law** 988:10 989:9
990:7,15 991:7,15
1164:22
**lead** 1081:3
1194:19
**learn** 1171:7
**learned** 1086:17
**leave** 1110:21
1140:2 1205:13
1205:18,21,22,22
1205:24 1206:1
**led** 1195:16
1196:18

**left** 1100:17
**legacy** 1002:3
**legal** 1015:4
1051:24 1052:6,7
1052:10,14
1053:10 1059:15
1061:2,18 1062:3
1062:6,11,18
1079:4,11,12,15
1085:2,10 1088:7
1221:7
**lesley** 989:8
**level** 1020:15
1021:11 1035:12
1035:14,20
1038:8,10,13
1040:7 1050:4,7
1066:22,23,24
1067:4,6,9,19
1068:1,6,8,12
1069:10,21,25
1070:8,22
1071:18,21
1072:2,20
1074:15 1075:22
1076:15 1085:18
1093:9 1137:9
1168:1
**levels** 1067:7,12
1068:16,19,20,23
1069:1,6 1071:13
1071:16,22
1072:7,10 1073:5
1073:9,19
**life** 1114:11,13,16
1114:25 1115:4,7
1115:16,19,23
1155:23 1158:8
**light** 1006:1
**likes** 1129:3
1191:16

**[limit - low]**

**limit** 1189:10

**limited** 1187:22
1187:25

**linchpin** 1148:8
1150:17

**line** 1074:25
1104:10 1114:19
1221:15 1222:4
1223:4,7,10,13,16
1223:19

**linear** 1071:21

**link** 1105:8

**list** 1001:18
1002:8 1032:17
1032:18 1088:17
1091:5 1093:18
1094:6 1106:14
1112:25 1145:10
1145:14 1147:22
1155:13 1185:19
1185:22

**listed** 1002:6
1005:9 1091:13
1095:13

**lists** 1205:4

**litigation** 986:4
987:4 995:9 997:9
1221:4 1223:1

**little** 1004:19
1033:4 1110:15
1140:4 1189:13
1193:24

**llp** 989:5 990:5
991:5

**local** 1000:11

**located** 987:16
1073:7

**location** 986:15

**locked** 1221:12
1222:1

**loeser** 988:6 993:6
993:8 1110:19
1138:18 1139:14
1139:24 1140:5
1140:12,20
1141:3,13,22
1142:7,17 1143:9
1143:23 1144:6
1144:15,21
1145:10,20,23
1146:8,11,17,24
1147:5,25
1148:23 1150:6
1150:20 1151:8
1152:4,22 1153:2
1153:8,23
1154:17,25
1155:5 1157:12
1157:13 1158:5
1158:17,25
1159:21,24
1160:7,10
1161:18,21,22
1162:4,10,22,23
1162:24 1164:3
1164:12 1165:25
1166:5,14,15,24
1167:16 1168:2
1168:24 1169:19
1171:22,24
1172:14 1173:7,8
1173:22 1175:7
1175:13,17
1176:1,9 1177:22
1178:14,23
1179:4,22 1180:2
1180:14 1182:5
1182:13,22
1183:8,16 1184:6
1185:18 1186:10
1186:23 1187:25

1189:5 1190:5
1191:4,6,7 1196:3
1196:6,10,14,16
1197:21 1198:11
1199:2,18 1200:2
1200:9,16
1201:15 1202:19
1203:5,18 1204:6
1204:24 1205:10
1206:2 1207:14
1207:16 1209:6
1209:22 1210:12
1210:22 1211:1
1211:15 1212:5
1213:6,23
1215:13 1216:8
1216:21 1218:8
1218:20

**log** 1000:8,10
1019:24 1020:2,5
1088:10 1098:15
1099:22 1149:7

**logged** 1044:2
1098:8,10,23,25
1100:14 1115:16
1115:18,22
1154:24 1155:1

**logging** 1098:13
1101:1 1121:22

**logs** 1152:19
1154:14

**london** 986:15
987:17 995:1

**long** 1015:21
1016:24 1113:20
1113:20 1139:18
1146:9 1160:23
1163:9 1212:14
1217:6

**longer** 1003:12
1010:20 1018:1

1026:15 1027:24
1030:17 1076:21
1100:3 1129:21
1173:25 1190:10
1191:17 1200:23

**longevity** 1060:5

**look** 1003:15
1009:1,11
1020:20 1024:18
1026:18 1040:24
1055:25 1060:3
1061:23 1062:12
1087:17 1093:6
1103:2 1104:10
1111:14 1113:3,6
1113:11 1143:11
1143:13 1146:4
1147:9,25
1163:22 1167:2
1172:12

**looked** 1004:7
1007:15 1020:3
1093:16 1094:11
1116:22 1141:14
1168:20 1169:10
1209:25

**looking** 1034:15
1053:15 1057:12
1078:20 1093:5
1105:1,3 1107:24
1113:8 1118:6
1121:12 1141:19
1148:4 1168:25
1173:13

**los** 992:9

**lose** 1172:8,23
1174:24 1175:18
1176:2,17 1177:1

**lot** 1042:4 1137:17

**low** 1068:6 1069:3
1069:21,23

**[low - means]**

| | | | |
|---|---|---|---|
| 1070:22 1071:13 1072:5 | **manual** 1003:3,4 | 1136:22 1138:23 | 1066:19 1068:4 1069:9,16 |

1070:22 1071:13
1072:5
**lowest** 1069:21,24
**lweaver** 989:16

**m**

**m** 1036:6,15,21
1037:9,13,15
1171:6
**macdonell** 992:18
995:10
**machine** 1220:10
**maintain** 1185:16
**maintained**
1038:9 1185:24
1185:25
**maintaining**
1089:9,12
**making** 1003:17
1023:20 1028:1
1044:8 1094:3
1097:25 1210:21
1211:13 1214:16
1215:7 1218:18
**manage** 1061:3
1062:7 1208:2
**managed** 1039:1,2
1042:6 1061:18
1195:5 1207:4
**management**
1012:13,15,17
1013:4,5,9,12
1014:14,19,22
**manager** 996:24
997:9,23 1044:7
1044:10,13,16,17
1136:1
**manages** 1044:17
1212:15
**managing** 1042:3
1089:20 1144:3
1195:6

**manual** 1003:3,4
**manufacturers**
1149:11
**mapping** 1011:8
**march** 1005:15,18
1190:18 1192:16
1192:20 1193:9
**marked** 994:10
1007:5,8,9 1016:7
1028:22 1030:21
1091:11 1101:17
1101:21 1102:17
1107:11,15
1111:2,6 1116:11
1116:15 1146:9
1146:25 1147:1,3
1171:25
**master** 992:6
996:1,2 998:22,25
999:1 1101:24
1102:2,4,7
1107:17,23
1109:17,21
1110:4,8,18
1135:15,22,24
1136:17 1137:7
1139:3 1156:8,20
1156:24 1157:9
1159:15,17,20
1160:8,9 1161:4
1162:8 1163:4,21
1163:25 1164:24
1166:3,9,16,25
1167:7,9 1190:12
1211:24 1213:19
1217:17,19,21
1218:1,5,13
**maternity** 1205:13
**matt** 990:14
995:16,25 997:18
997:19 1103:10

1136:22 1138:23
**matter** 995:8
1015:9 1173:9
**matthew** 989:6
**maximum**
1164:23 1166:10
**mbuongiorno**
990:20
**md** 986:4 987:4
**mdl** 986:3 987:3
993:15,18,22,25
994:6,7 1007:10
1102:24 1107:16
1108:3 1111:7
1116:16
**mdl002898668**
993:19
**mean** 997:3
1005:23 1006:9
1006:14 1009:20
1012:12 1013:11
1016:5 1020:14
1020:17,24
1022:15 1023:20
1025:18 1026:23
1026:25 1027:8
1027:23 1029:25
1032:16,23
1034:17 1036:8
1036:16,25
1037:15,22
1038:17 1039:7
1039:16,19
1041:20 1042:18
1042:23 1043:8
1043:11,15
1044:15,23
1045:9 1047:6,8
1048:9,20
1049:18 1051:22
1052:10 1066:1

1066:19 1068:4
1069:9,16
1071:12 1072:11
1078:7 1079:15
1082:9 1083:9
1084:5 1085:9
1086:5 1087:19
1088:15 1089:5
1093:25 1095:21
1097:25 1099:7
1099:10 1101:2
1109:5,9 1110:3
1112:11 1113:6
1114:6 1117:12
1117:17 1124:20
1125:19 1129:7
1133:10 1135:3
1151:6 1154:20
1163:2,14,19
1164:13 1165:9
1167:2 1169:4
1175:14 1181:18
1181:20 1182:2
1182:12,18
1184:4,19,22,23
1184:24 1194:21
1214:22
**meaning** 1012:12
1028:13,15
1031:4 1047:22
**meanings** 1051:7
**means** 1014:1
1020:22 1021:9
1026:11,21
1028:11,20,21
1030:1 1032:25
1036:9 1037:10
1038:25 1039:2
1039:10,13
1040:3 1041:17
1042:20 1043:3

[means - misunderstood]

| | | | |
|---|---|---|---|
| 1043:14,17 | 1014:3 1015:20 | 1110:6,14,23,24 | 1114:1 |
| 1045:6 1050:6 | 1016:22 1017:25 | 1111:5,12 | **metadata.xls** |
| 1051:5,9 1052:5,7 | 1024:23 1027:18 | 1112:24 1113:3 | 1113:16 |
| 1068:6 1074:16 | 1028:13,25 | 1113:13 1115:15 | **metadata.xlxs.** |
| 1075:7 1076:2 | 1029:15 1030:3 | 1116:6,14,20,25 | 1111:11 |
| 1087:8,20 1088:1 | 1032:11 1035:25 | 1117:24 1118:24 | **method** 1020:16 |
| 1112:9,10,17,21 | 1040:11 1041:4 | 1120:6 1121:25 | 1096:25 1097:5,7 |
| 1149:16,17 | 1044:9 1046:9,13 | 1123:3 1124:5 | **methods** 1097:7,8 |
| 1194:6 1200:17 | 1046:19 1053:1 | 1126:15 1127:11 | 1129:23 |
| **meant** 1041:2 | 1053:13 1054:13 | 1128:1,8 1129:25 | **migrate** 1126:20 |
| 1045:14,16 | 1054:25 1057:1 | 1130:23 1131:21 | 1127:5 1199:25 |
| 1051:11 1066:23 | 1058:1,19 | 1132:23 1133:9 | 1202:9 1206:21 |
| 1070:7,18 1071:4 | 1059:11,18 | 1134:1,9 1135:15 | 1207:17 1216:3 |
| 1072:20 1073:12 | 1060:16 1061:5 | 1135:19,23 | **migrated** 1136:12 |
| 1076:9,14 | 1061:22 1062:11 | 1136:3,18,23 | 1136:13 1206:24 |
| 1149:20 1194:22 | 1062:22 1064:2 | 1137:22,22 | 1206:25 1207:18 |
| **mechanism** | 1065:1,20,24 | 1138:2,10 1139:5 | 1207:25 |
| 1066:5 1122:13 | 1067:20,23,25 | 1147:7 1161:13 | **migration** 1133:12 |
| 1122:16,19 | 1069:16 1070:6 | **mellon** 1101:22 | 1144:4 1206:15 |
| 1123:8 1124:17 | 1070:14 1072:8 | 1102:20 | 1206:18 1208:1 |
| 1125:1 1132:19 | 1072:18 1073:7 | **members** 1023:9 | **migrations** 1127:5 |
| 1187:12 | 1074:11 1075:3,4 | 1079:11 | 1127:8,9 |
| **mechanisms** | 1075:24 1076:11 | **memory** 1004:11 | **mill** 991:16 |
| 1127:17 1142:21 | 1076:23 1077:15 | 1073:15 | **mind** 1137:13 |
| **media** 1141:1 | 1078:4 1079:8 | **mentioned** 1000:6 | 1166:13 1194:18 |
| **mediation** 999:6 | 1081:24 1082:7 | 1001:11 1063:23 | **minimize** 1216:1 |
| 999:12 | 1083:1 1084:19 | 1073:18 1081:18 | **minimum** 1039:12 |
| **meet** 999:4 | 1087:9 1088:16 | 1083:17 1102:22 | 1136:6 1164:23 |
| 1021:12 1136:21 | 1089:3,22 1090:4 | 1121:2 1144:25 | 1166:10 |
| 1137:19 1138:25 | 1090:5 1091:2 | 1210:2 1216:7 | **minute** 1110:11 |
| **meets** 1024:21 | 1092:16 1094:10 | **merely** 1007:16 | 1138:3 1146:4 |
| **mehta** 1170:23 | 1095:11 1097:14 | **message** 993:17 | **minutes** 1090:1 |
| 1171:3,5,7 1209:1 | 1098:9 1101:11 | 1101:21 1102:18 | 1103:5 1167:10 |
| **melamed** 989:6 | 1101:20 1102:4,5 | 1102:25 1103:20 | **missing** 1093:11 |
| 993:5 995:15,16 | 1102:11,17,25 | 1108:12 1148:2 | **mission** 990:8 |
| 996:3 997:18 | 1103:13,14 | **met** 1077:21 | **misstate** 997:3 |
| 998:11,17,24 | 1105:4 1106:1,16 | **meta** 992:17 | **misstates** 1209:3 |
| 999:20,21 1003:7 | 1106:23 1107:5 | 995:23 1120:3 | **misstating** 996:18 |
| 1007:8,19,23 | 1107:14,20 | **metadata** 1072:16 | **misunderstood** |
| 1008:3,5,12,16,17 | 1108:2,5,24 | 1072:21 1111:8 | 1123:9 |
| 1012:12 1013:17 | 1109:7,13,19 | 1113:14,24 | |

Veritext Legal Solutions
866 299-5127

[mmelamed - number]

mmelamed  989:14
mobile  1197:3
modification
  1076:13 1096:22
modified  1097:13
  1208:4
modifies  1020:18
  1123:17 1124:10
modify  1032:19
  1125:12,14
  1207:20
modifying
  1122:16 1123:15
molaro  1021:5
  1025:8 1041:7
  1070:13 1075:16
  1078:3 1099:19
  1135:14
molly  1117:4
moment  1003:5
  1172:12
momentarily
  1145:22
money  1182:6,15
  1182:19 1183:1
  1184:1,11
  1215:16 1216:15
  1216:19
monica  1172:1
morning  995:15
  995:21 996:3
  1093:6 1094:12
  1139:15
mosseri  1172:1
  1173:23,24
  1212:24
motion  1159:16
  1164:8,9
move  1116:10
  1137:23 1160:17
  1162:18,18

1163:5,7,23
  1164:6 1176:13
moving  1016:3
  1136:15,15
  1162:4,4,13
  1164:7
mul  1145:8
multiple  1145:8
mute  1191:5
mutual  1162:5
mysql  1011:13

**n**

n  993:1 1037:20
  1038:1 1048:24
  1111:10,10
  1113:25,25
name  1004:5,6
  1009:13,15
  1010:1,3 1011:20
  1046:7 1089:4
  1090:24 1099:14
  1111:10 1112:4
  1114:20 1118:13
  1171:2,4 1220:21
names  1010:6
  1023:13,15,18
  1024:2 1050:24
  1069:5 1077:10
  1077:13,16
  1170:13 1181:1
  1209:10
naming  1010:2
nana  1111:10
  1113:25
narrative  1018:1
narrow  1162:3
  1163:11
native  993:14,21
  993:24 1210:5
nature  1194:10,13
  1194:25

near  1160:3
necessarily
  1013:11,16
  1025:14 1042:23
  1068:13 1069:24
  1070:5 1071:21
  1071:23 1079:15
  1081:13 1084:4
  1093:25 1095:22
  1098:15 1130:22
  1150:3 1154:23
  1188:22 1215:10
necessary  1137:11
  1139:2 1221:14
  1222:3
need  1007:21
  1012:21 1035:2
  1036:18 1081:3
  1137:12 1138:12
  1160:4,23
  1165:18 1167:4
  1176:14 1185:6
needed  1058:18
  1081:23
needs  1052:1
  1096:19
negative  1140:14
  1140:22
neither  1040:12
  1220:17
net  1171:12
netflix  1059:25
  1060:3,5
nevada  986:22
new  1007:23
  1008:11 1025:23
  1026:1 1169:8
  1172:9 1192:2
  1202:21 1217:24
newsfeed  1192:25

night  1216:12
  1217:8
non  1083:8
  1091:23
non30  1165:3
nonadhoc  1113:15
nonapp  1201:17
  1202:20
nonpermissible
  1084:1,2,9,16,20
  1084:23 1085:21
nonpublic  1163:1
nope  1006:24
normal  1215:11
northern  986:2
  987:2
notate  999:9
notating  1221:15
  1222:4
note  998:3 1027:9
  1065:20 1093:23
  1095:21 1096:8
  1164:19
noted  1045:24
  1136:24 1137:24
  1156:21 1218:24
notes  1004:10
  1037:20 1219:4
notice  1160:13,22
  1161:5 1164:21
  1171:12
noting  1173:5
  1216:23
null  1022:5
  1031:11,17,22
  1041:15
number  993:12
  994:2,11 997:1
  1007:10 1009:2,2
  1014:16 1017:8
  1017:12 1019:3

**[number - okay]**

| | | | |
|---|---|---|---|
| 1020:24 1026:2 | **o'neil**  1101:22 | 1107:1 1115:8,8 | **objections** |
| 1028:19,19 | 1102:21 1118:16 | 1116:1 1117:14 | 1140:24 1156:21 |
| 1029:21 1049:2,6 | 1121:3 | 1118:22 1119:23 | 1158:9 1159:8 |
| 1049:9 1050:13 | **o0o**  995:3 1218:25 | 1121:17 1122:23 | **objectives**  1183:23 |
| 1050:16 1051:6 | **oakland**  989:12 | 1124:2 1126:9 | **observations** |
| 1051:12 1061:3 | **oath**  998:14,19 | 1127:3,22 1128:4 | 1215:23 |
| 1068:22 1080:21 | 1220:9 | 1129:17 1130:18 | **obtained**  1155:22 |
| 1089:10 1094:21 | **object**  1002:24 | 1131:11 1132:14 | 1158:6 |
| 1102:24 1111:24 | 1012:8 1013:14 | 1133:4,4,21 | **obviously**  1147:8 |
| 1112:7,11 1114:8 | 1013:21 1015:15 | 1135:12 1140:16 | 1217:2,9 1218:17 |
| 1114:23 1115:13 | 1016:16 1017:19 | 1141:8 1142:11 | **occasions**  1058:16 |
| 1115:15,17 | 1024:16 1027:13 | 1143:5,19 1144:1 | 1081:19 |
| 1120:4 1125:17 | 1028:5,17 | 1144:8,18 1145:4 | **occur**  1168:2 |
| 1128:12 1129:18 | 1029:12,20 | 1145:12 1147:18 | **occurred**  1133:13 |
| 1131:14 1132:2 | 1032:1 1035:22 | 1150:1 1151:4,23 | 1212:9 1213:14 |
| 1140:18 1141:10 | 1040:4 1041:3 | 1152:18 1153:1,4 | **occurs**  1096:22 |
| 1142:3,20 1144:5 | 1044:4 1052:23 | 1154:19 1156:1 | **october**  1001:4,8 |
| 1151:11 1152:12 | 1053:5 1054:5,19 | 1157:25 1158:20 | 1001:12 1002:10 |
| 1158:2 1170:2,14 | 1057:22 1058:14 | 1167:21 1168:18 | 1002:19,21 |
| 1171:18 1180:25 | 1059:5,14 | 1169:14 1172:10 | 1003:1,11 1004:3 |
| 1181:23 1182:14 | 1060:12,23 | 1173:1,19 1175:1 | 1006:6 |
| 1182:25 1187:23 | 1061:16 1062:1 | 1175:21 1176:4 | **offer**  1002:14 |
| 1190:6 1191:9 | 1062:16 1063:18 | 1177:13 1178:8 | 1109:14 1165:18 |
| 1196:24 1197:14 | 1064:25 1065:8 | 1178:17 1179:15 | **offering**  1006:2 |
| 1198:3,18 1199:7 | 1067:14,22 | 1179:24 1180:6 | 1118:3 1203:13 |
| 1207:19 1211:4 | 1069:11 1070:1 | 1182:1,8,17 | **office**  1221:11 |
| 1221:15 1222:4 | 1070:10 1072:3 | 1183:10 1185:9 | **offline**  1136:3,14 |
| **numbers**  1068:21 | 1072:12,23 | 1187:19 1189:2 | 1137:6 1138:23 |
| 1068:25 1070:7 | 1074:8,24,25 | 1189:23 1195:22 | **oh**  1192:8 |
| 1071:4,16 1116:5 | 1075:20 1076:4 | 1199:22 1200:4 | **okay**  995:5 997:16 |
| 1193:16 | 1076:16 1077:7 | 1200:12 1201:9 | 1001:24 1004:16 |
| **numeric**  1010:20 | 1078:1 1079:2 | 1202:14,24 | 1004:17 1008:1,3 |
| 1016:24 1047:4,5 | 1081:17 1082:2 | 1203:9,22 | 1008:10,16 |
| 1047:8,13,17,23 | 1082:18 1084:12 | 1204:19 1205:2 | 1009:25 1026:9 |
| 1048:14 | 1086:10 1088:12 | 1210:11,25 | 1029:8,15 |
| **numerical**  1068:7 | 1088:21 1090:20 | 1211:20 1212:11 | 1046:14 1056:5 |
| 1068:8 | 1092:4 1093:21 | 1215:4,18 | 1066:17,20 |
| | 1095:1,4 1097:4 | **objection**  1060:11 | 1074:21 1089:21 |
| **o** | 1097:21 1104:18 | 1123:25 1156:19 | 1089:25 1090:4 |
| **o**  1038:15 1039:8 | 1104:21 1105:23 | 1164:13 1186:16 | 1090:12 1091:8 |
| 1039:11 1193:7 | 1106:12,18 | 1211:3 | 1092:16 1094:16 |

Veritext Legal Solutions
866 299-5127

**[okay - particular]**

1095:11 1096:3
1101:12 1103:7,8
1103:17,25
1105:17 1106:6
1109:5 1110:8
1111:17 1112:4
1113:6 1116:6,10
1116:25 1129:25
1130:14 1134:9
1135:19 1136:17
1136:23 1138:4,5
1139:22 1140:5
1145:10 1147:14
1151:8 1158:25
1161:15 1166:25
1167:4,7,11
1171:1 1172:20
1182:5,13 1190:5
1190:19 1191:23
1192:21 1194:3
1194:15 1196:5
1201:4,15 1202:6
1206:4 1214:22
1218:21,22
**oncall** 1016:4,8,8
1016:10 1017:2,3
1017:4,6,6,11,11
1017:14,16
1089:4,8,14,15,18
**oncalls** 1016:19
**once** 1074:25
1091:14 1092:20
1092:25
**ones** 1085:8
1145:16
**ongoing** 999:7
1147:22 1193:22
1217:3
**onwards** 1205:7,9
**operate** 1202:18

**operated** 1033:14
1040:9,13
1177:17
**operates** 1033:15
1164:21
**operating** 1051:1
1197:3
**operational**
996:10
**operationalized**
1066:16
**opining** 1166:10
1166:11
**opinion** 1148:21
1156:5
**opposed** 1196:2
**order** 1022:19,21
1022:23 1023:2
1052:2 1054:1
1056:10 1059:13
1059:20 1061:8
1061:25 1078:12
1081:4,7 1086:7,9
1086:18 1087:10
1087:12,16
1093:7 1119:6
1142:23 1143:15
1149:12
**oregon** 986:22
**organization**
1147:21
**organizations**
1182:18
**original** 1144:23
1220:14 1221:10
1221:21
**originally** 1147:3
**ought** 1161:10
**outcome** 1048:22
**outside** 1044:4
1060:23 1067:14

1077:7 1084:12
1088:21 1116:2
1121:17 1134:3
1140:16 1141:17
1142:11 1144:8
1148:14 1149:25
1150:10 1151:23
1155:25 1157:24
1158:19 1171:17
1177:13 1183:10
1184:2 1185:9
1197:17 1198:5
1198:20 1199:9
**override** 1003:25
1005:1
**owned** 1016:7
1040:9,13
**owner** 1018:19,24
1025:10,15

**p**

**p** 1039:12 1041:9
**p.m.** 987:18 995:2
995:6 1005:15
1046:15,18
1101:13,16
1102:16 1138:6,9
1139:9,12
1146:20,23
1167:12,15
1206:5,8 1218:23
1218:24
**page** 991:16 993:3
993:12 994:2,11
1013:8,11,19
1062:25 1103:15
1103:16 1104:11
1105:6 1108:8
1117:1 1148:1,4
1173:4 1195:5,6,7
1221:15 1222:4
1223:4,7,10,13,16

1223:19
**pages** 986:25
1221:14,17,17
1222:3,6,6
**paid** 1182:15
1183:1 1215:16
1215:21 1216:16
**pair** 1005:14
1097:24 1099:25
1100:20
**pairing** 1006:19
**pairs** 1100:4,5
1185:20,23
**palo** 991:17
**papamiltiadis**
1102:23 1103:21
1104:16 1105:8
1105:20 1106:24
**paragraph** 1148:5
1148:24 1171:11
**parallel** 996:17
**parens** 1002:11
**part** 1023:4,11
1024:12 1048:12
1064:15 1072:15
1080:13 1083:2
1098:16 1103:9
1105:1 1113:22
1117:25 1118:3
1150:24 1184:15
1184:20 1210:2,7
1217:16
**participate** 1217:8
**particular** 1013:3
1018:10 1024:7
1070:16 1077:20
1096:5 1127:1
1161:16,24
1163:16 1169:16
1169:17,18
1201:11,12

Page 33

[particularly - perpetuity]

**particularly**
1156:4 1192:1
**parties** 988:2
989:2 990:2 991:2
992:2 999:4,14
1110:22 1118:2
1143:2 1169:1,13
1183:7 1186:4,25
1197:8 1199:19
1200:9 1202:1
1207:5,9
**partner** 1144:16
1150:9 1169:18
1193:13 1204:7
**partnered**
1149:11
**partners** 1140:15
1141:5,24
1143:18,22
1145:1 1147:16
1148:12,25
1149:4,10
1161:17,24
1163:17 1168:8
1168:17 1172:9
1172:24 1174:24
1175:19 1176:3
1181:5,24 1182:3
1182:6,14 1183:1
1184:1,4,8,11,12
1184:19,25
1185:4 1193:10
1204:10,11,14
1205:1,5 1208:7
1209:9 1210:6,7
1211:9,12,19
1214:2 1215:16
1215:21,21
1216:15,19
**partnership**
1173:12

**partnerships**
1085:1,10
1144:12,13
1145:17 1147:20
1167:23 1171:20
1173:13 1175:5
1177:16 1196:25
1203:24 1204:9
1212:16
**party** 1001:7,10
1001:14 1012:22
1013:13 1014:2
1029:7 1033:8,10
1033:20,22,25
1034:9 1037:24
1038:4,7,16,20,23
1039:12,15,17,21
1039:22,23
1040:3,8,12,16,18
1040:20 1041:2,6
1041:20,21,21
1042:1,3,8,10,12
1042:14,16
1057:11 1059:17
1059:19 1061:7
1061:20 1062:9
1081:2 1105:14
1152:20 1158:16
1176:23 1189:11
1190:3 1193:2
1194:10,13,25
1201:16 1220:19
**pass** 1126:1
**passed** 1126:3,7
**pay** 1184:1,4
**paying** 1182:6
**payments** 1169:21
1170:6,9 1171:9
1171:21
**pdf** 1221:12
1222:1

**pearly** 996:21
997:7,21
**penalty** 1219:2
1221:16 1222:5
**people** 1017:9
1019:16 1023:4
1023:13,16,18
1024:2,4 1034:4
1036:10 1050:13
1050:16,17,19,24
1067:17 1077:10
1077:13 1079:13
1115:13 1117:21
1144:5 1147:20
1150:13 1170:2
1170:14 1171:19
1178:10 1180:8
1180:10,16,22,25
1181:7,16
1187:23 1188:1,2
1188:5,7 1190:1
1193:8 1197:4
1208:13,23,25
1209:5,11,12
1210:4,16 1211:7
1212:12,13,17
1214:14 1215:23
**percent** 1077:19
1105:25
**perform** 1017:12
1060:15
**performed** 1067:1
1067:3
**performs** 1060:7
**period** 1003:18,20
1003:23 1006:12
1052:25 1054:15
1057:24 1064:13
1092:11 1093:18
1095:13,18
1100:8 1127:8

1144:20,21
1155:3 1171:14
1202:7 1204:15
1211:10 1212:14
1221:18 1222:7
**perjury** 1219:2
1221:17 1222:6
**permanently**
1011:15
**permissible**
1082:8,12,15,24
1083:2,4,8,13
1084:1,2,9,16
**permission** 1033:2
1111:11 1113:16
1114:1 1129:2,10
1130:1,3,5,15
1137:3 1192:2,9
**permissions**
1029:3,6,16
1112:8 1114:7,8
1114:24 1117:10
1118:10,20
1121:7 1126:8
1128:16,18,19,25
1129:5,21
1130:13,17,21,21
1145:6 1147:23
1153:19 1168:10
1172:25 1190:14
1190:17 1192:15
1192:18,19,22
**permitted** 1001:19
1002:8 1061:25
1126:16 1127:1
1127:13 1131:22
**permitting**
1169:23 1170:10
**perpetuity**
1006:19

Page 34

**[person - precursor]**

**person** 1010:11 1019:1,2,5,7,8,10 1019:11,13 1025:11,15,19 1026:3,6 1048:11 1078:20 1150:8 1150:15 1156:6 1156:11 1158:13
**person's** 1171:2
**personal** 1076:6 1100:6,18 1135:18 1157:18 1164:17 1165:3 1165:10,14 1208:17,18
**personally** 1014:9 1160:2 1166:19
**pertain** 1033:20 1034:9
**pertaining** 1044:2 1065:7
**pertains** 1012:17 1025:6 1220:13
**pertinent** 1190:23
**phonetic** 1044:11
**photos** 1191:11,17
**phrase** 1100:10 1115:13 1124:19 1148:17 1176:17 1176:18,20
**phrased** 1065:2
**phrasing** 1011:17
**phuntso** 991:14 995:24
**pick** 1196:7
**picture** 1129:14 1150:15 1207:2
**place** 1003:1,4,4 1086:12 1127:9 1127:10 1138:22 1142:21 1143:9

1191:21 1206:19 1220:6
**placed** 1075:1
**places** 1148:19
**plainly** 1057:2
**plaintiff** 1135:25
**plaintiff's** 999:19
**plaintiffs** 987:16 988:4 989:4 995:17,18,20 997:8,10 1014:23 1091:23 1138:12
**platform** 1027:5 1035:24 1036:2 1061:21 1062:10 1119:25 1120:15 1122:5,18 1144:11 1145:16 1145:17 1149:1,5 1149:6,23 1151:13 1152:14 1152:17,21 1153:3 1154:11 1154:16 1156:3 1157:6,7 1158:22 1159:12 1169:9 1170:22 1172:9 1172:24 1174:25 1175:20 1176:3 1181:25 1182:4,7 1182:16 1183:2 1184:21 1185:8 1185:17 1202:21 1210:7 1212:15 1212:16
**platforms** 992:17 995:23
**plausible** 1085:13
**please** 995:13 1032:23,23 1070:20 1092:18

1095:5 1113:20 1119:22 1136:3 1153:7 1161:20 1172:19 1194:6 1214:11
**plural** 1015:23
**point** 998:8 1001:4 1034:8 1052:15 1066:9 1085:8 1095:8 1098:8 1100:2 1118:8 1137:21 1165:17,24 1190:10 1191:14
**policies** 1134:6,25 1135:5
**policy** 1156:3 1157:6,7 1158:22 1159:4,12
**politics** 1093:15 1093:20 1094:20 1130:8 1131:3,6
**poor** 1011:17
**poorly** 1065:2
**populated** 1020:25 1021:4
**port** 1017:22
**positions** 1188:4,5
**possesses** 1204:18
**possibility** 1031:24,24
**possible** 1014:16 1019:6 1030:25 1031:7,18 1032:8 1038:25 1041:10 1041:13,14 1066:12,13 1073:3 1109:3 1144:5 1157:1 1195:7

**possibly** 1050:20 1051:14
**post** 1151:2
**posted** 1009:24 1151:12 1192:3 1194:23 1195:7
**posts** 1191:11
**potential** 1068:11 1070:21 1173:13 1175:3,5,23 1176:6 1209:25 1213:1
**potentially** 1116:8 1119:12
**poturnak** 1102:22
**power** 1188:3
**powerpoint** 1172:1,7,22 1173:10,17,21 1174:7,10,12,14 1174:19,20 1177:4,6,10,10 1178:7,11,15,24 1179:3,6,11
**practices** 1140:15 1140:23 1184:17
**precise** 1037:18 1038:11 1039:24 1053:10 1055:3 1063:13 1069:5 1120:25 1123:16 1131:19 1193:24 1193:25 1201:1
**precisely** 1043:2 1047:5 1065:17 1098:4 1104:6 1106:22 1142:15 1149:19
**precursor** 996:22 996:23

Veritext Legal Solutions
866 299-5127

**[predates - prolong]**

**predates** 1064:24
**preexisted** 1080:9
**preexisting** 1081:6
**preface** 1078:19
  1078:22
**preferences**
  1125:17
**prep** 1106:1
**preparation**
  1031:13 1032:3
  1071:1 1078:16
  1103:4 1111:18
  1116:21,23
  1170:15 1208:23
  1209:5,11
  1212:13 1215:19
**preparations**
  1150:25 1169:24
**prepare** 1150:20
  1173:17 1177:8
  1178:16 1205:14
**prepared** 1156:25
  1157:1,2,4,8,14
  1158:23 1172:1
  1188:24 1195:18
  1212:25
**preparing** 1106:2
**present** 992:15
  1053:2 1126:18
  1159:16 1205:1
**presented** 1148:22
**presently** 995:17
  1034:15 1036:1
  1094:13 1123:21
  1133:20 1135:10
**press** 1140:14,22
**pretty** 1163:8
**prevent** 1204:5
**prevented** 1132:9
**previous** 997:21
  1041:14 1063:25

1083:11
**previously** 994:10
  995:12 997:8,10
  997:11,20 998:14
  1073:18 1081:18
  1083:17 1095:20
  1146:9 1147:1
  1171:25 1188:23
  1190:7,24
  1191:13 1192:25
  1195:15
**primarily** 1151:11
**primary** 1011:5
**prior** 1002:20,21
  1046:1,4 1047:11
  1048:13,22
  1049:22 1050:15
  1050:23 1054:13
  1059:3 1062:14
  1064:17 1067:2
  1083:1 1084:24
  1094:6,11
  1186:12,18
  1201:19,20
  1220:8
**privacy** 995:8
  996:25 997:1
  1044:18 1045:8
  1045:10,15,21
  1046:1,21
  1047:10,18
  1048:8,12,16,19
  1048:23 1049:11
  1049:17,21,25
  1050:5,9,14,22
  1051:3,14 1085:2
  1085:11 1088:8
  1221:4 1223:1
**private** 1122:7,10
  1122:18,22
  1123:5,8,12,19,21

1124:9,19,23
1163:1 1167:24
1168:8,16
1192:11,19,22
1202:2 1203:7
**probably** 1016:18
  1031:9 1109:14
  1140:8 1193:19
**problem** 1103:8
  1196:5
**problematic**
  1162:13
**problems** 1162:16
**procedure**
  1221:19,20
**proceed** 1090:3
**proceedings**
  1220:5,8,9,15
**process** 999:14
  1002:18 1003:1,5
  1003:10 1006:4
  1023:4,5,7,12,14
  1023:16,19,24,25
  1024:3,8,12,15,18
  1024:24 1025:6
  1033:7,9,16
  1034:3 1036:11
  1037:1 1044:7
  1045:10,13
  1046:1,4 1047:10
  1048:23 1050:4
  1051:1 1054:9
  1061:10,13
  1064:10,12,16,23
  1065:5,18 1066:6
  1066:15 1068:19
  1082:22,23
  1083:22,25
  1084:11,25
  1091:16,21
  1093:10 1094:5

1147:22 1148:8
1150:16,23
1168:3 1186:24
1187:2,5,11,11,14
1193:13
**processed** 1050:22
**processes** 1003:3
  1025:3 1044:18
  1044:21 1150:19
  1189:8
**produce** 1067:19
  1108:25 1110:14
**produced** 1007:2
  1015:1,6 1072:16
  1073:1,3,22,25
  1092:1 1109:2,15
  1109:20 1130:25
  1134:13
**producing**
  1083:19
**product** 1085:1,10
  1136:1 1145:17
**production** 996:7
  1035:6 1065:22
**professional**
  987:21 1165:21
  1220:2
**profile** 986:4
  987:4 995:9
  1192:3 1221:4
  1223:1
**profits** 1171:12
**program** 1048:12
  1049:22 1050:14
  1193:18,18
**progressing**
  1071:24
**project** 1136:1
  1177:12,24
**prolong** 1167:4

**[promised - ready]**

promised 1169:22
1170:7,10
prompted 1208:1
pronounce
1118:12
proposed 1175:25
protocol 1218:2,3
prove 1162:12
1164:11
provide 1000:1
1006:17 1009:21
1033:1 1086:20
1136:6 1138:14
1156:5 1158:11
1164:16 1217:18
provided 1019:11
1019:14 1072:15
1073:24 1074:3
1079:17,19
1118:1 1131:24
1131:24 1132:9
1137:11 1142:10
1143:12 1165:23
1170:10 1214:12
1214:18,24
1215:5 1221:19
1222:8
providers 1061:4
provides 1006:15
providing 1143:24
1160:1 1162:24
1162:25 1203:7
1203:21
public 1169:4
1192:19 1195:8
publicly 1115:21
1195:7 1197:12
1197:25 1198:15
pull 1004:14
1008:13 1014:13
1094:24 1103:21

1103:24 1104:1
1104:17 1118:18
1119:6 1137:1
1142:22 1143:15
1147:2 1150:5
pulled 1052:15
1057:15 1107:6
1118:17
pulling 1117:21
1142:4
purpose 1013:18
1017:21 1137:4
purposes 1014:4
put 997:14
1073:20 1077:1,2
1091:10 1163:25
1171:22 1208:19
putting 1132:7
pwangdra 991:19

**q**

qualified 1156:5
1158:13
queries 1002:9
query 1002:5
question 1021:24
1023:21 1027:19
1030:5 1056:24
1065:2 1067:24
1088:14 1093:23
1104:4,8 1109:23
1110:7 1115:9
1123:2 1125:16
1132:5 1134:8
1144:23 1153:6
1153:15 1155:7
1155:14 1156:3,6
1156:12,16
1157:2,2,3,5,5,16
1157:17,19,21,23
1158:2,12,22
1159:1,3,7,11

1164:2,7 1165:6,8
1165:12,13,17,19
1166:18,20,21,22
1168:13 1170:1
1173:6 1175:9
1176:11,13,14
1180:14 1182:21
1182:24 1189:12
1189:16 1193:23
1194:2,5 1195:21
1195:23 1196:1
1197:22,23,24
1199:16 1200:14
1200:15 1208:6
1211:25,25
1213:7,16,20
1214:8,10,21
1216:10
questioning 998:7
1074:25 1138:19
questions 1000:22
1015:5 1026:17
1074:1 1089:23
1090:1 1096:24
1110:16 1113:7
1118:7 1138:14
1139:17 1146:6
1147:6,7 1148:6
1150:22 1155:14
1159:14,21,25
1160:10,16,16,18
1160:25 1161:1
1162:10,14,19
1163:24 1165:16
1166:1,2 1172:15
1196:11,14
1206:12 1216:22
1217:4
quick 1046:12
1172:20,20

quickly 1004:22
1110:12 1146:18
quip 1105:9,12,18
1106:3 1107:7,10
1108:7,14,16,25
1109:25 1177:12
1178:2,3
quips 1109:16
quite 1123:17,17
1123:18 1126:5
1164:22 1175:7
1203:10

**r**

r 1044:22 1223:3
1223:3
r&s 1222:1,9
rabbit 1137:14
raised 999:11
1109:7 1141:1
1197:5 1217:11
raising 997:17
range 1127:5
ranging 1123:17
1123:18
reach 1150:21
1174:5
read 1112:16
1113:19 1128:16
1129:6,7,8 1130:1
1130:2,5 1148:5
1149:2 1175:10
1175:16 1176:14
1191:16 1193:1
1213:8 1219:2
reading 1081:9
1103:11 1104:2,3
1114:5 1156:13
1221:23 1222:9
ready 1101:24
1162:9

**[real - refers]**

real  1146:18
realize  1146:25
  1217:24
really  1124:6
  1195:13 1199:14
  1199:15 1214:20
  1214:20
reask  1147:8
reason  1011:1
  1031:21 1050:5,8
  1051:3,14 1074:5
  1074:10 1075:25
  1115:25 1116:3
  1132:8 1188:12
  1199:19 1204:24
  1205:19 1213:18
  1213:21 1223:6,9
  1223:12,15,18,21
reasonable
  1123:19 1136:4
reasons  1014:17
  1014:17 1022:13
  1196:24 1199:24
  1200:6
rebecca  986:21
  987:20 1220:1,24
recall  1004:13
  1059:21 1069:5
  1071:12,13,15
  1072:5 1073:19
  1098:2,7,17
  1099:24 1100:2
  1106:19,21
  1107:2 1116:5
  1124:21 1129:24
  1130:2,9,19
  1140:18,25
  1147:10 1172:4,5
  1172:7,22
  1174:20 1176:18

1176:19,21
  1178:20 1180:17
  1181:2 1189:3
  1199:23 1206:17
  1209:10 1211:5
recalled  1173:9
receive  1186:25
  1202:12
received  1074:22
  1140:14 1158:15
  1169:12,22
  1171:9,16,21
  1174:7,10,12
  1184:11 1200:10
  1202:2,6 1214:3
recess  1046:16
  1101:14 1102:14
  1138:7 1139:10
  1146:21 1167:13
  1206:6
recognized
  1090:12 1171:13
recollection
  1055:24 1058:15
  1063:24 1064:8
  1070:4,25
  1073:14 1074:6
  1081:19 1090:9
  1100:11,22
  1106:13 1108:15
  1108:22 1178:19
  1179:8
recommendation
  1145:9,19
record  995:6,14
  997:5,15 998:4,23
  999:6 1046:13,15
  1046:18 1065:20
  1094:4 1101:11
  1101:13,16
  1102:10,12,13,16

1113:8 1116:24
  1136:24 1137:24
  1138:6,9,15,16
  1139:6,7,8,12
  1140:8 1146:9,18
  1146:19,23,24
  1153:10 1155:11
  1156:21 1157:11
  1167:8,9,12,15
  1177:2 1188:12
  1206:3,5,8
  1214:13,24
  1216:23 1217:1
  1217:12 1218:8
  1218:11,12,14,21
  1218:23 1220:9
  1220:12
recorded  1026:2
records  1143:3
rectify  1110:13
redirect  1140:7
reevaluated
  1196:22
reevaluation
  1197:9
refamiliarize
  1103:6 1172:12
refer  1000:8
  1033:13 1045:12
  1047:9,16
  1068:23 1069:13
  1071:23 1074:18
  1074:19 1075:8
  1089:8,15,18
  1112:2 1122:19
  1147:3 1149:7
reference  1000:14
  1020:1 1087:10
  1092:14
referenced
  1000:18 1013:1

1221:6
references  1009:3
  1009:4 1013:3
  1019:5
referencing
  1011:25 1022:22
  1094:11 1105:18
  1120:23 1169:18
referred  1010:4
  1015:22 1044:10
  1044:14 1070:3
  1072:2,7 1085:7,9
  1108:6,13
  1150:16 1207:17
referring  1032:6
  1046:8 1052:25
  1058:23 1076:17
  1099:9 1105:21
  1105:25 1129:8
  1155:4 1194:22
  1212:23
refers  1010:23
  1021:10 1022:16
  1022:23 1026:13
  1027:14 1028:7
  1032:17 1033:5
  1037:23 1038:3
  1038:18 1039:14
  1040:8 1045:10
  1048:10,21
  1049:20 1050:8
  1050:22 1051:23
  1066:4,25 1067:6
  1076:20 1086:6
  1087:14 1089:6
  1089:13,17
  1122:12,15
  1128:24 1129:9
  1149:10 1151:11
  1160:14

[refied - represents]

**refied** 1206:22
**reflect** 1007:3
　　1069:1 1084:10
　　1095:17 1096:11
　　1106:24 1113:23
　　1126:25 1131:8
**reflected** 1008:24
　　1009:15 1010:22
　　1011:2,3,14
　　1012:7,18
　　1013:10 1014:12
　　1014:25 1015:12
　　1018:17 1020:11
　　1022:3 1036:15
　　1045:19 1049:25
　　1050:1 1054:3
　　1057:4,6 1067:5
　　1069:20 1070:22
　　1070:22 1072:20
　　1079:1 1082:17
　　1084:5,8 1085:7
　　1089:10 1093:2
　　1099:22 1100:3
　　1100:21,23
　　1106:17 1111:22
　　1114:3 1125:21
　　1125:22 1148:20
**reflecting** 1057:14
　　1099:24 1127:13
　　1130:25
**reflection** 1071:3
　　1073:11 1099:25
**reflective** 1126:23
　　1127:16 1128:2
**reflects** 1049:5
　　1057:9 1068:8
　　1072:9 1073:16
　　1087:3 1094:19
　　1096:4 1114:21
**refresh** 1004:11

**regan** 991:6
　　995:24
**regard** 1074:13
　　1160:14 1168:13
　　1170:6 1192:17
**regarding** 996:7
　　999:24 1000:5
　　1002:14 1003:11
　　1058:8,11 1065:6
　　1065:22 1078:24
　　1080:8 1081:14
　　1084:11 1100:4
　　1100:19 1116:8
　　1120:13 1138:19
　　1141:1,1 1150:8
　　1160:25 1205:15
　　1206:13
**regardless**
　　1157:13 1190:15
　　1191:1 1192:16
**regards** 1208:22
　　1209:15
**registered** 987:21
　　1220:1
**relate** 1160:20
　　1162:19
**related** 998:6
　　1152:13 1161:7
　　1171:13,16
　　1179:20
**relates** 986:6
　　987:6 1068:18
**relating** 1058:4
　　1062:9 1161:2
　　1178:3 1190:4
**relation** 1131:6
　　1181:1 1216:7
**relationship**
　　1006:3 1124:8,16
　　1178:1

**relative** 1070:8
　　1220:18
**relatively** 1011:6
　　1183:22
**relay** 1038:12
**released** 1221:21
**relevant** 1000:16
　　1033:10 1065:23
　　1206:24
**reliable** 1097:11
**relied** 1201:17
　　1202:10
**relief** 1160:5
**religion** 1093:15
　　1093:20 1094:20
　　1130:8 1131:3,6
**rely** 1203:3
**relying** 1015:4
　　1100:9
**remain** 1037:12
**remained** 1001:2
**remaining**
　　1071:15
**remember** 1004:6
　　1069:3,4 1072:5
　　1118:4 1129:24
　　1131:4,23 1189:1
　　1190:21 1193:15
　　1206:16 1218:3
**remembering**
　　1071:2
**reminder** 1173:2
**remotely** 986:14
　　987:18 1220:6
**removal** 1003:11
　　1003:21 1004:1
　　1005:1,3,17
　　1006:4
**remove** 1003:19
　　1065:15

**removed** 1001:7
　　1001:10,14
　　1005:10,19
　　1006:10 1167:24
　　1190:4,14 1193:2
　　1193:3,7 1194:12
**removing** 1002:16
　　1002:22 1003:1
**repeat** 1075:4
**repeated** 1163:24
**rephrase** 1005:2
　　1011:17 1098:11
**report** 1188:11
**reported** 986:14
　　986:20 987:19
　　1115:21
**reporter** 987:20
　　987:21,22 1007:6
　　1101:18 1102:9
　　1107:12 1111:3
　　1116:12 1175:12
　　1220:2,3,3
**represent** 1011:22
　　1012:10 1069:25
　　1084:16 1115:20
**representation**
　　1057:18
**representations**
　　1196:4
**representative**
　　986:13 1165:5
**represented**
　　1016:20 1030:19
　　1034:4 1056:9
　　1067:10 1069:4
　　1070:12 1071:4
　　1073:14 1100:16
**representing**
　　1016:10
**represents**
　　1010:24 1012:3

Page 39

**[represents - right]**

| | | | |
|---|---|---|---|
| 1012:10 1016:8 | **requires** 1052:8 | **result** 1024:19 | 1077:2 1089:25 |
| 1017:4,8 1018:5 | 1053:7,14,19 | 1096:8 1143:2 | 1106:2 1111:17 |
| 1018:20 1025:15 | 1054:9 1057:10 | 1203:7 1213:2 | 1116:20 1147:10 |
| 1026:6 1044:19 | **reserve** 1217:2,10 | **resulted** 1165:15 | 1147:12 1217:14 |
| 1052:14 1054:7 | **resize** 1004:21,25 | **results** 1150:23 | 1220:15 1221:8 |
| 1063:1,6 1069:23 | **resolve** 1017:24 | **resumed** 998:16 | 1221:10,13 |
| 1088:25 1091:5 | **resolved** 999:13 | **retention** 1134:6 | 1222:2 |
| 1112:14 1204:8 | **respect** 1086:18 | 1134:24 1135:5 | **reviewed** 1007:18 |
| **request** 997:12 | 1086:20 1113:2 | **return** 996:15 | 1032:2,7 1042:21 |
| 1000:7,7 1097:15 | 1131:2 1152:2 | 1030:14 1128:22 | 1042:23 1043:18 |
| 1111:11 1113:16 | 1181:11 1183:6 | 1138:18 1191:3 | 1043:20 1048:8 |
| 1114:1 1136:19 | 1217:10 | 1221:17 1222:6 | 1048:11,19 |
| 1160:5 1187:6,9 | **respectfully** | **returned** 996:16 | 1070:25 1078:15 |
| 1187:16,17,21,24 | 1197:21 | 1095:23 1129:4 | 1089:7 1090:10 |
| 1188:1 1218:2,6 | **responds** 1117:7 | **returns** 1205:23 | 1094:6 1108:6,20 |
| **requested** 997:11 | **response** 1024:18 | 1205:25 | 1112:12 1167:23 |
| 1036:17 1097:17 | 1097:9 1158:12 | **reveal** 1086:17 | 1173:10 1201:20 |
| 1217:20 1220:16 | 1165:11 1208:5 | **revenue** 1180:17 | 1209:13 1211:4 |
| 1222:1,9,10 | **responsible** | 1184:14 1185:7 | 1215:9 1216:5 |
| **require** 1036:25 | 1016:11,14 | 1207:6 1208:6,8 | **reviewing** 1015:13 |
| 1037:24 1051:21 | 1017:5 1018:9,13 | 1208:13,21 | 1111:12 1172:5 |
| 1052:4,12 | 1021:17,19 | 1209:7,14 1210:2 | 1208:12 1218:18 |
| 1054:11 1063:3 | 1024:8 1034:4 | 1210:5,19 | **reviews** 1046:21 |
| 1063:10 1080:24 | 1039:20 1050:10 | 1211:11,17,18 | **rid** 1197:12 |
| 1159:3 | 1078:23 1079:13 | 1212:7,21 1213:3 | 1198:1,15 1199:5 |
| **required** 999:17 | 1082:16,21,24 | 1213:11 1214:3 | **right** 998:1 1010:2 |
| 1036:7,12 | 1083:22,25 | 1214:15 1215:1,2 | 1013:20 1018:22 |
| 1037:21 1052:16 | 1084:22 1085:17 | 1215:7,20 1216:6 | 1019:3 1020:4 |
| 1053:10,25 | 1089:9,12,19 | 1216:20 | 1022:4 1031:12 |
| 1054:3,17 1057:5 | **responsive** 1136:4 | **revenues** 1169:21 | 1037:3 1045:4 |
| 1057:21 1058:5 | **rest** 1000:23 | 1170:7,9 1171:12 | 1046:19 1049:7 |
| 1058:11 1059:3,7 | 1001:7,15,19 | **review** 1004:5 | 1049:12 1063:11 |
| 1062:24 1063:17 | **restate** 1005:23 | 1015:11 1031:14 | 1064:20 1065:3 |
| 1063:23 1065:13 | 1013:7 1023:10 | 1045:8,10,15,22 | 1068:24 1071:6 |
| 1078:6,11,25 | 1027:18 1040:25 | 1045:24 1046:1 | 1073:17 1079:8 |
| 1079:6,10,14,21 | 1041:4 1055:13 | 1047:10,18 | 1085:20 1090:14 |
| 1080:9 1081:1,7 | 1058:20 1060:20 | 1048:12,16,23 | 1091:4 1093:8 |
| 1081:11,15 | 1065:1 1067:23 | 1049:11,17,22,25 | 1094:14 1095:14 |
| 1192:2 1199:16 | 1072:24 1092:17 | 1050:1,5,9,14,22 | 1099:23 1105:4 |
| **requirements** | 1115:5 1126:4 | 1051:3,14 | 1107:8 1108:14 |
| 1186:24 | | 1064:16,17 | 1108:18 1109:13 |

Veritext Legal Solutions
866 299-5127

**[right - schwing]**

1109:17 1112:5,6
1117:24 1118:2
1121:14 1122:25
1124:21 1128:8
1128:11,15
1129:13 1130:17
1141:16 1152:10
1153:25 1154:3,7
1154:18 1155:1
1156:17 1159:13
1167:6 1171:22
1178:16,25
1179:6 1180:5
1181:2 1184:12
1185:1 1186:13
1199:21 1200:11
1200:17,24
1201:8,18,23
1202:3,7,13,23
1204:18 1209:2
1217:1,3 1218:12
**rights**   1217:10
**risk**   1066:22,23,24
1067:4,6,6,9,12
1067:19 1068:1,6
1068:8,11,15,18
1068:23 1069:1,6
1069:10,21,21,25
1070:8,22
1071:18,21,22,24
1072:1,1,6,10,20
1073:5,9,19
1074:15 1076:15
1076:18,20,21,23
1080:10
**risks**   1071:23
**road**   991:16
1166:4,4
**rohrback**   988:5
995:18

**role**   1130:14
**roll**   1101:25
**rolled**   1192:4
**romano**   986:21
987:20 1220:1,24
**room**   1159:18
**rose**   1116:17
1117:2 1145:24
1148:3
**ross**   990:16
**rotation**   1017:2,3
1017:4
**rotations**   1017:11
**rough**   1134:22
**row**   1005:13
1008:22 1009:1
1009:11 1010:20
1011:18 1012:18
1016:23 1018:1
1019:2 1020:20
1020:23 1026:18
1030:6 1031:14
1032:7 1033:3
1034:22 1036:15
1038:21,22
1045:2,15
1047:23 1049:5,8
1051:3 1052:4
1055:15,16,20
1056:11,14,15
1067:25 1087:17
1089:10
**rows**   1032:5
1051:12
**rpr**   986:21
1220:24
**rule**   1159:16
1162:9 1164:9
**rules**   1222:8
**run**   1003:14
1185:15

**running**   1184:17
1215:25
**runs**   1098:17
1102:23 1103:1

**s**

**s**   993:11 994:1
1045:7,19,24
1046:21 1047:2
1047:14,24
1048:1 1171:5
1223:3
**sajjadi**   1046:7,8
**sale**   1155:21
1158:6
**san**   990:10
**saw**   1055:15
1103:4
**saying**   1027:25
1078:19 1094:13
1116:4 1117:3,4
1156:10 1165:2
1186:11 1189:4
1210:9
**says**   1007:25
1010:19 1030:6
1042:17 1051:21
1105:12 1161:13
1164:3,4 1171:12
1173:4 1211:6,17
1212:3
**scandal**   1140:13
1141:4 1160:20
1195:18 1196:20
**scenario**   1031:19
**scenarios**   1082:8
1082:12,15,16,25
1083:2,5,8,13
1084:3,9,10,17,20
1084:23 1085:4,6
1085:9,21

**schedule**   1221:10
**schwing**   990:6
993:7 995:21,22
997:16 999:22
1002:24 1007:19
1008:1,4,12,14
1012:8 1013:14
1013:21 1015:15
1016:16 1017:19
1024:16 1027:13
1028:5,17
1029:12,20
1032:1 1035:22
1040:4 1041:3
1044:4 1052:23
1053:5 1054:5,19
1056:21 1057:22
1058:14 1059:5
1059:14 1060:8
1060:10,23
1061:16 1062:1
1062:16 1063:18
1064:25 1065:8
1067:14,22
1069:11 1070:1
1070:10 1072:3
1072:12,23
1074:8,24
1075:20 1076:4
1076:16 1077:7
1078:1 1079:2
1081:17 1082:2
1082:18 1084:12
1086:10,16
1088:12,21
1090:20 1092:4
1093:21 1095:1,4
1097:4,21 1102:1
1103:10 1104:18
1104:21 1105:23
1106:12,18

Page 41

[schwing - serves]

| | | | |
|---|---|---|---|
| 1107:1 1109:5 | 1176:4 1177:13 | 1151:24 1155:25 | **see** 1004:17,23,24 |
| 1110:2,12 | 1178:8,17 1179:1 | 1156:19,21 | 1004:25 1008:6,6 |
| 1112:24 1113:6 | 1179:15,24 | 1157:24 1158:19 | 1008:8 1009:12 |
| 1115:8 1116:1 | 1180:6 1182:1,8 | 1163:11 1164:13 | 1009:14,17 |
| 1117:14 1118:22 | 1182:17 1183:4 | 1164:15,16,25 | 1032:14 1051:2,4 |
| 1119:23 1121:17 | 1183:10 1184:2 | 1177:14 1183:11 | 1056:13,15 |
| 1122:23 1123:25 | 1185:9 1186:6,14 | 1184:2 1185:9 | 1062:20 1068:2,3 |
| 1124:2 1126:9 | 1186:16 1187:19 | 1197:17 1198:20 | 1073:11 1104:11 |
| 1127:3,22 1128:4 | 1189:2,23 1191:4 | 1199:9 | 1105:8,10,16 |
| 1129:17 1130:18 | 1195:22 1196:4,9 | **scott** 1101:22 | 1107:18 1110:12 |
| 1131:11 1132:14 | 1196:13 1197:16 | 1102:20 | 1111:15,16,21 |
| 1133:4,21 1134:3 | 1198:5,19 1199:9 | **screen** 1004:17 | 1112:24 1113:9 |
| 1135:12,22,24 | 1199:22 1200:4 | 1007:13 1008:6 | 1114:7,20,22,23 |
| 1136:9,21 | 1200:12 1201:9 | 1051:4 1066:20 | 1115:1 1118:21 |
| 1137:14,23 | 1202:14,24 | 1073:21 1091:10 | 1118:23 1145:21 |
| 1138:1,4,21 | 1203:9,22 | 1094:14 1111:13 | 1146:2,3 1148:17 |
| 1139:23 1140:10 | 1204:19 1205:2 | 1111:15,16 | 1150:2,12,16 |
| 1140:16,24 | 1206:10 1207:12 | 1114:22 1117:1 | 1161:11 |
| 1141:8,17 1142:1 | 1209:3,20 | **script** 1003:14 | **seeing** 1107:3 |
| 1142:11 1143:5 | 1210:11,14,25 | **scroll** 1032:13 | **seek** 1174:6 |
| 1143:19 1144:1,8 | 1211:3,20 | 1066:17 | **seen** 1111:19 |
| 1144:18 1145:4 | 1212:11 1213:16 | **search** 1015:18 | 1112:19 1178:24 |
| 1145:12 1146:8 | 1215:4,18 | 1090:23 1094:19 | **send** 1096:16 |
| 1146:13 1147:18 | 1216:17,23 | 1109:4 1173:16 | **sending** 1096:12 |
| 1148:14 1149:25 | 1217:9,18,21 | 1173:20 1177:22 | **sense** 1076:7 |
| 1150:10 1151:4 | 1218:4,10,15 | 1177:25 1178:3 | 1125:2 1153:14 |
| 1151:23 1152:18 | **schwing's** 1208:6 | **searched** 1137:12 | 1163:6 |
| 1153:1,4,16 | **science** 1117:8 | **seattle** 988:13 | **sent** 1049:17,25 |
| 1154:13,19 | **scientists** 1015:8 | **second** 1039:15,18 | 1050:9 1214:1 |
| 1155:2,25 | **scope** 1044:5 | 1039:20,22,23 | **separate** 1011:2 |
| 1156:18 1157:24 | 1060:23 1067:15 | 1040:3,16,16,18 | 1053:25 1054:1 |
| 1158:9,19 1159:8 | 1077:8 1084:13 | 1040:20 1041:2,6 | 1088:10,18 |
| 1159:15,20 | 1086:4 1087:1,4 | 1041:16,18,21 | 1163:20 |
| 1161:6,7,15,20,23 | 1087:18,21,23 | 1042:1,8,10,12 | **sequential** |
| 1163:7,13,14,22 | 1088:2,5,11,19,22 | 1103:16 1147:2 | 1068:13 |
| 1164:1,20 1166:8 | 1089:2 1115:8 | 1148:1 1156:14 | **series** 1080:15 |
| 1167:1,21 | 1116:2 1121:18 | **seconds** 1045:4 | 1128:10 1129:12 |
| 1168:18 1169:14 | 1134:3 1140:16 | 1049:2,6,9 | 1213:25 |
| 1171:17 1172:10 | 1141:17 1142:12 | **section** 1087:15 | **servers** 1035:7 |
| 1173:1,19 1175:1 | 1144:9 1148:14 | **sections** 1087:15 | **serves** 1070:4 |
| 1175:12,15,21 | 1149:25 1150:10 | | |

Veritext Legal Solutions
866 299-5127

[services - source]

**services** 1119:16
**session** 997:22
**set** 1027:11
  1050:19 1062:20
  1089:19 1092:2
  1128:25 1137:9,9
  1162:14 1165:15
  1206:23 1220:6
**sets** 1090:10
  1164:22
**setting** 1011:5
**sev** 1069:4,7,8
  1070:3,22
  1071:14 1072:5
  1073:13,15
**share** 998:10
  1007:13,20,22,24
  1008:9 1111:13
  1162:5
**shared** 1169:12
  1197:7
**sharing** 1117:1
  1140:14,23
  1158:14 1160:11
  1160:12,19,20,21
  1161:1,8,9
  1162:19 1203:21
  1205:15
**shirine** 1046:6,8
**shirine's** 1046:7
**short** 1089:4
  1105:15 1138:20
**shorthand** 987:20
  1220:2,10
**show** 1166:4
  1179:2,11
**showing** 1007:20
  1171:24 1174:20
**shown** 1063:7
**si** 1221:2

**sic** 1144:22 1157:2
  1171:6
**side** 999:19
  1170:24
**sign** 1052:1,18
  1053:19 1081:3
  1221:16 1222:5
**signature** 1220:24
  1221:21,23,23
  1222:9
**signed** 1053:8
  1059:16 1061:19
  1078:11 1079:6
  1115:7
**significant**
  1181:24 1182:3
**significantly**
  1062:4
**similar** 1017:16
  1083:11 1089:7
  1125:2
**simon** 986:13
  987:15 993:3
  995:7 998:13
  1060:8 1107:22
  1219:1,12 1221:1
  1221:5 1223:2
**simple** 1152:11
  1182:24 1211:25
  1213:7
**simply** 1160:18
**single** 1009:7
  1011:15 1032:7
  1145:14 1208:2
  1211:2
**singular** 1015:23
**sir** 1141:13
**sit** 1023:17 1024:1
  1031:10 1074:9
  1077:15 1134:21
  1156:12 1211:22

1212:2
**site** 1069:8,13,13
  1069:14,17,19,20
  1119:12 1121:5
  1136:19,24
  1206:13,22
  1207:18
**situation** 1141:2
  1152:23 1196:21
  1197:6
**six** 1068:11
  1107:25
**skip** 1009:12
**skipping** 1018:23
**slice** 1172:20
**slightly** 1023:22
  1023:22 1037:7
  1164:20
**slowly** 1113:19
  1114:5
**small** 1051:12
**smith** 991:6,12
  995:24
**snapshot** 1057:13
**social** 1149:8
**solely** 1038:1
**solid** 1197:9
**solutions** 1221:7
**somebody**
  1017:17 1036:10
  1036:17 1079:17
  1079:19 1135:25
  1177:18 1192:3
  1194:8
**soon** 1192:4
**sorry** 995:19
  998:25 999:1
  1001:12 1013:4
  1020:23 1021:24
  1032:22 1055:4
  1055:19 1056:23

1060:9,10
1064:21 1066:18
1068:14 1080:12
1084:1 1086:2,11
1086:16 1088:13
1090:6 1091:19
1095:3,25 1096:9
1097:18 1099:13
1099:16 1100:4
1102:21 1104:19
1105:6,19
1106:21 1107:5
1107:15 1108:13
1115:14 1117:15
1120:2 1121:21
1122:14,24
1123:17 1124:1
1125:15 1129:22
1133:3 1135:2,4
1135:23 1136:12
1139:23 1142:14
1144:23 1152:2
1153:5 1161:20
1161:22 1168:11
1169:3 1171:2
1173:2 1175:14
1179:25 1181:15
1186:15 1191:4,6
1192:8 1200:6
1205:8 1207:22
1208:19 1214:7
1214:19
**sort** 1110:22
  1141:5 1162:1
  1184:8
**sought** 1141:4
**sound** 1055:18
  1075:19 1115:24
**sounds** 1162:4
**source** 1096:25
  1117:8,12,16

Page 43

[source - stays]

1118:18 1119:8
1122:7 1136:25
1137:10 1143:10
sources  996:5
1119:6 1137:12
1143:14
space  1010:10
1212:18
spaces  1010:9
speak  1015:7
1021:5 1035:23
1041:7 1070:13
1075:16 1078:2
1135:13 1150:24
1170:16,18
1205:16,17,20
speaking  1164:8
1189:25 1208:13
1210:4,16 1211:7
1215:23
speaks  1056:21
special  992:6
996:1,2 998:22,25
999:1 1101:24
1102:2,4,7
1107:17,23
1109:17,21
1110:4,8,18
1117:10 1118:10
1118:19 1121:7
1135:15,22,24
1136:17 1137:3,7
1139:3 1156:8,20
1156:24 1157:9
1159:15,17,20
1160:8,9 1161:4
1162:8 1163:4,21
1163:25 1164:24
1166:3,9,16,25
1167:7,9 1211:24
1213:19 1217:17

1217:19,21
1218:1,5,13
specially  1179:13
1180:3
specific  1006:16
1006:18 1008:21
1008:22 1009:20
1012:1 1020:7
1024:2 1028:12
1028:21 1030:2
1037:4 1043:25
1044:20 1045:21
1058:5 1059:21
1063:21 1066:6
1069:13 1077:10
1078:20,21,21
1079:5,5 1083:18
1087:13 1089:15
1089:24 1093:14
1097:6 1099:14
1103:9 1119:25
1122:12,15,17
1123:8,15
1124:17 1125:10
1125:18,24,24
1135:9 1144:19
1162:3 1163:11
1168:17 1176:18
1176:19 1178:1,4
1183:6 1186:19
1188:7 1218:6
specifically
1027:15 1059:22
1075:23 1106:20
1129:9 1141:14
1142:9 1160:11
1161:3 1170:6
1174:18 1177:3,6
1178:15 1179:11
1181:12 1189:4
1192:17 1212:4

specifics  1025:4
1074:14
spectrum  1068:9
speculate  1040:1
1040:22 1077:13
speculating
1014:7
speculation
1037:17
speed  1160:5
spell  1171:4
spend  1179:14,21
1180:4,11 1181:3
1181:7,12,14,24
1182:3,19,19
1183:7 1207:10
1208:13 1209:7
1211:17 1212:7
1213:11 1214:16
1215:1
spent  1092:15
1184:14 1185:8
1216:20
split  1096:23
spoke  1170:2,12
1170:12,14,23
1171:18 1178:18
1180:20,22,24,24
1181:7 1208:23
1208:25 1209:5
1209:11,12
1212:13 1213:24
1214:14
spoken  1174:11
1180:10
spot  1148:25
spreadsheet
993:14,21,24
1057:17 1107:16
1108:17,19
1111:7

spreadsheets
1007:2,15
stamp  1049:20
standard  1061:1
1130:12 1184:17
1187:4
standards  1184:16
1184:16
start  996:4 1000:7
1058:1 1060:21
1061:6 1064:4
1091:16 1092:20
1092:21 1094:5
1122:14 1188:18
started  1006:5
1023:6 1064:7
1091:16 1102:3
1139:19 1140:1
starting  1064:4
1098:19 1099:23
state  1020:13
1045:8,12,15
1046:21 1047:10
1047:18 1057:2
1060:10 1096:5
1109:2 1113:8
1161:4 1197:12
1198:1,15 1199:4
1215:6 1221:9,12
statement  1123:23
1198:8,12
statements
1197:19,19
1198:23,25
states  986:1 987:1
1045:22 1113:14
static  1057:18
stating  1028:1
1064:6
stays  1163:9

Veritext Legal Solutions
866 299-5127

[stenographic - table]

**stenographic**
  1116:24 1139:7
**stenographically**
  986:20
**steps**  1015:13
**steve**  1102:20
**steven**  1101:22
**stipulation**
  1221:20
**stop**  1004:24
  1167:5 1203:13
**stopped**  1098:13
  1100:17 1172:24
  1174:24 1175:19
  1176:3
**store**  1062:7
**stored**  1009:5
  1012:24 1066:7,8
  1082:4 1098:5
  1099:2 1121:24
  1135:1
**stores**  1099:11
**story**  1150:5
**straightforward**
  1176:10,11
  1182:24 1213:7
**strategic**  1214:2
**stream**  1128:16
  1129:6,7,8 1130:1
  1130:2,5 1193:1
**street**  989:10
  990:8 991:8 992:7
**stretch**  1066:21
**string**  994:4
  1010:20 1016:24
  1108:12,13
  1113:20 1116:15
  1116:21 1146:5,6
  1147:14 1148:1
**structured**  1082:6

**struggled**  1141:23
**subject**  994:4
  1116:19 1117:4
  1145:25 1173:9
**submission**
  1065:25 1066:5
  1066:10
**submitted**
  1049:21
**subscribed**
  1220:21
**subsection**
  1087:10,13
**substantive**
  1172:15
**subsumed**
  1122:21
**sufficient**  1164:6
**suggest**  1110:10
  1183:21 1189:16
  1209:18 1217:13
**suggested**  1180:19
**suggesting**
  1183:20,24
**suggests**  1022:5
  1104:19,23
  1114:6
**suite**  988:12
  989:11 990:9,17
  991:9
**sum**  1083:12
**summarizing**
  1121:10
**summary**  993:17
  1102:18,25
**super**  1096:2
**suppose**  1157:16
  1157:21 1212:12
**supposed**  1084:15
  1159:21

**sure**  1000:3
  1007:20 1020:25
  1021:19,25
  1023:17 1037:4
  1037:17 1039:9
  1039:24 1043:2
  1043:23 1047:25
  1048:3 1053:1,10
  1055:3,6 1056:23
  1056:24 1063:13
  1071:20 1075:3
  1075:12 1076:9
  1077:9 1085:23
  1088:13,16
  1089:16 1092:17
  1094:3,17 1107:4
  1109:25 1110:9
  1124:24,24
  1126:5 1140:10
  1146:7,16
  1149:15 1152:3
  1153:5,8,9 1155:7
  1155:10 1156:14
  1159:13,19
  1162:6 1166:15
  1179:25 1182:2
  1182:20 1183:14
  1188:2 1196:3,3,8
  1200:13,15
  1205:3,25 1214:6
  1214:20
**surface**  1196:23
**surname**  1171:5
**surprised**  1149:1
  1150:3
**surprises**  999:16
**surprising**
  1149:22
**suspended**
  1005:18

**sworn**  995:12
**synonymous**
  1020:16
**system**  1003:18
  1006:21 1012:11
  1012:13,15,17,24
  1013:4,5,9,12,19
  1013:24 1014:5,8
  1014:14,20,22
  1016:7 1034:13
  1089:15,18
  1096:15 1136:1
  1184:18
**systematically**
  1186:3
**systemic**  1186:20
**systems**  1014:17
  1035:17 1037:19
  1137:15 1183:13
  1197:3

---

**t**

**t**  993:11 994:1
  1048:7,8,14
  1171:5,6 1193:7
  1223:3,3
**t0**  1204:7,8,11,14
  1204:22,25
  1205:5,6
**tab**  1108:19
  1145:21
**table**  997:22
  1000:6,8,10,11,18
  1001:23,25
  1002:11 1004:14
  1004:15,21
  1007:12,16
  1008:24 1012:19
  1013:10 1018:4
  1018:17,18
  1019:24 1020:2,5
  1021:23 1031:15

[table - testify]

| | | | |
|---|---|---|---|
| 1033:12 1034:14 | 1217:1 | 1102:7 1125:9 | 1144:15,25 |
| 1034:21,25 | **taken**   987:15 | 1131:5 1144:20 | 1145:8,11,17 |
| 1035:3,10 | 1046:16 1101:14 | 1148:21 1161:12 | 1185:14,16 |
| 1043:25 1053:16 | 1102:14 1138:7 | 1164:25,25 | **technical**   1014:17 |
| 1053:17,24 | 1139:10 1145:7 | 1178:9 1180:7 | **technically** |
| 1054:4,4,7,16 | 1146:21 1167:13 | **tao**   1010:25 | 1187:21 |
| 1057:4,7,11,15 | 1181:4,8,13,19,21 | 1011:23,25 | **tell**   1103:10 |
| 1063:6 1067:5 | 1206:6 1209:8,14 | **task**   1177:11,23 | 1113:23 1145:24 |
| 1071:5 1072:11 | 1211:18 1212:7 | 1177:25 | 1149:3 1166:17 |
| 1072:21 1085:12 | 1213:12 1214:16 | **tasks**   1177:21 | 1166:18 1167:5 |
| 1086:2 1087:23 | 1215:2 1220:5 | **tatyana**   1101:23 | 1184:10 1190:8 |
| 1088:18,25 | **talk**   997:24 | 1102:22 | 1210:13 |
| 1091:4,5,7,12 | 1008:19 1094:16 | **taxonomy** | **telling**   1156:9 |
| 1092:8,11,14 | 1110:11 1129:25 | 1067:17,19 | 1212:10 1213:15 |
| 1093:4 1094:6,9 | 1137:5 1138:22 | 1076:18,21,24 | 1213:22 |
| 1094:11,13,13 | 1139:3 1145:15 | 1077:5 | **temporal**   1049:23 |
| 1095:7 1096:25 | 1161:19 1170:8 | **team**   1015:4 | **tends**   1082:11 |
| 1097:3,5 1099:11 | 1173:22,23,24 | 1016:7,8,10,25 | **tens**   1109:14 |
| 1099:13,14,17,18 | 1174:2,6,13,18,23 | 1017:17 1024:7 | **term**   1024:10 |
| 1100:15 | 1175:17 1177:3,5 | 1024:25 1035:24 | 1027:6 1029:9,13 |
| **tables**   996:8,9,13 | 1178:14 1189:8 | 1036:2 1051:24 | 1053:10 1087:11 |
| 996:19 997:6,7 | 1215:9 1217:2 | 1052:6,7,10,14 | 1122:18 1151:9 |
| 1000:4,5,15,15 | **talked**   999:24 | 1059:15 1061:18 | 1151:10 |
| 1008:19 1072:16 | 1003:9 1005:21 | 1062:3,6,11,18 | **terms**   1016:1 |
| 1073:1 1119:5 | 1007:1 1025:11 | 1079:4,11,12,16 | 1070:8 1071:21 |
| 1131:7 | 1041:18 1119:4 | 1085:11 1089:8 | 1105:15 1113:10 |
| **tabs**   1105:12,19 | 1130:23 1174:15 | 1089:11,14 | 1119:3 1179:19 |
| 1105:21 1106:21 | 1174:21 1175:22 | 1103:23 1104:16 | 1180:8 1181:21 |
| 1106:25 1107:3 | 1175:23 1176:5 | 1117:7,8 1121:12 | 1183:22 1188:6 |
| 1108:18,21,23 | 1176:16,21 | 1142:2,8,22 | 1211:9 1216:6 |
| **tabular**   1090:10 | 1177:7 1178:16 | 1143:1,8,10,13,16 | **testified**   997:3 |
| **tagable**   1190:25 | 1179:7 1181:14 | 1144:12 1145:14 | 998:15 1005:24 |
| 1191:8 | 1190:6,20,24 | 1145:17 1150:4 | 1063:9 1064:3,7 |
| **take**   1015:14 | 1191:8,23 | 1167:23 1173:13 | 1124:6 1136:10 |
| 1043:24 1046:10 | 1192:25 1210:10 | 1175:5 1177:16 | 1191:10 1199:18 |
| 1090:2 1093:3 | 1212:6 1213:10 | 1203:24,25 | 1208:7 |
| 1109:22 1110:11 | 1214:1 | 1204:9 | **testify**   1003:8 |
| 1110:19 1113:11 | **talking**   1000:3 | **teams**   1016:12 | 1008:7 1116:8 |
| 1138:3 1139:18 | 1001:24 1003:21 | 1061:2 1085:2 | 1142:18 1157:8 |
| 1146:4 1147:9 | 1046:20,23,24 | 1088:8 1133:23 | 1157:15 1164:4,5 |
| 1172:11,19 | 1055:14 1073:8 | 1144:3,7,11,13,14 | 1164:14 1165:5 |

**[testify - time]**

| | | | |
|---|---|---|---|
| 1188:24 1189:5 | 1109:13 1110:24 | 1061:11 1073:3,7 | 1057:11 1059:17 |
| 1194:19 1195:19 | 1114:5 1118:15 | 1080:4,4 1089:13 | 1059:19 1061:7 |
| 1195:20 1199:3 | 1136:17,18 | 1092:18 1093:12 | 1061:20 1062:9 |
| 1216:25 | 1138:1,2,10,17 | 1093:23 1095:24 | 1081:2 1118:2 |
| **testifying** 1139:20 | 1139:5 1140:10 | 1103:23 1104:2,9 | 1119:11 1152:20 |
| 1220:8 | 1146:7,11 | 1106:4,8 1107:2 | 1168:25 1169:13 |
| **testimony** 996:4 | 1147:13 1157:11 | 1107:20 1108:22 | 1176:23 1186:4 |
| 996:19 997:4 | 1172:21 1175:16 | 1109:3 1110:7 | 1186:25 1189:11 |
| 999:23,23,24 | 1216:21 1217:7 | 1112:21 1115:10 | 1190:3 1193:2 |
| 1000:21 1002:15 | **thanks** 1025:17 | 1118:5,14 | 1194:10,13,25 |
| 1006:1,22 | 1032:11 1090:4 | 1119:11 1127:8 | 1197:8 1199:19 |
| 1013:18 1031:14 | 1148:7,8 | 1128:20 1130:6 | 1200:9 1201:16 |
| 1040:15 1041:14 | **theoretically** | 1131:5 1132:5 | 1202:1 1207:5,9 |
| 1068:15 1070:19 | 1041:25 | 1138:12 1140:8 | **thisisyourdigital...** |
| 1071:2,10 | **thing** 997:2 | 1146:8 1148:19 | 1114:21 |
| 1085:20 1100:10 | 1000:12 1004:8 | 1148:24 1150:2 | **thought** 1123:6 |
| 1106:2 1111:18 | 1008:18 1042:14 | 1151:5 1152:11 | 1124:5 1157:10 |
| 1116:21 1117:25 | 1125:24 1164:11 | 1156:5 1157:5 | 1175:5 |
| 1118:3 1124:22 | 1181:18,20 | 1160:23 1162:5 | **thousands** |
| 1138:11,13,24 | 1192:14 | 1162:17 1163:5,8 | 1016:18,18 |
| 1139:25 1140:2 | **things** 998:5 999:9 | 1163:10,14,22 | 1109:14,15 |
| 1150:21 1164:17 | 999:24 1006:24 | 1164:10,20 | **thread** 1104:3 |
| 1169:25 1173:17 | 1020:24 1029:25 | 1166:5 1171:6 | **three** 997:6 |
| 1177:9 1178:16 | 1033:11 1035:3 | 1173:14 1179:5 | 1007:1 1041:10 |
| 1189:1 1195:2 | 1071:1 1112:11 | 1182:11 1186:15 | 1041:13,13 |
| 1205:14 1206:13 | 1117:17 1120:4 | 1186:18 1190:23 | 1090:7,10 1092:5 |
| 1206:16 1208:10 | 1124:11,14,20 | 1195:12,14 | 1105:12,19,21 |
| 1208:24 1209:3 | 1126:14 1131:15 | 1202:15,25 | 1106:25 1107:3 |
| 1217:15 1218:15 | 1152:13 1153:20 | 1205:12 1212:23 | 1108:18,20,23 |
| 1218:16,18 | 1158:2 1176:24 | 1214:5 1217:15 | 1147:20 1156:25 |
| 1219:4 1220:12 | 1203:15 1214:8 | 1217:19,22 | 1214:8 |
| **texas** 990:18 | **think** 996:19 | **third** 988:11 | **tickets** 1044:12,15 |
| **text** 1051:16,20 | 997:25 998:9 | 996:21 1001:7,10 | **tie** 1079:16 |
| 1078:17,17 | 1000:6 1004:5,8 | 1001:14 1007:4 | **ties** 1163:15 |
| 1082:11 1083:12 | 1007:23,24 | 1012:22 1013:13 | **time** 996:14 998:1 |
| **thank** 998:11 | 1013:15 1014:3 | 1014:2 1029:7 | 1000:1 1003:18 |
| 999:20 1000:19 | 1015:22 1027:21 | 1033:8 1039:15 | 1003:20,23 |
| 1001:17 1004:16 | 1030:19 1031:19 | 1040:8,12 | 1005:7,9,11,14,18 |
| 1008:4,15 | 1031:21 1040:15 | 1041:16,19,20,24 | 1011:24 1015:21 |
| 1071:25 1086:21 | 1040:21 1046:23 | 1041:25 1042:3,8 | 1017:7 1019:16 |
| 1103:13,18,19 | 1051:12 1055:15 | 1042:10,12 | 1028:9 1033:23 |

Veritext Legal Solutions
866 299-5127

**[time - tool]**

| | | | |
|---|---|---|---|
| 1034:8 1044:25 | 1218:24 1220:6 | 1147:1,11 | 1044:13,16,17 |
| 1046:10 1048:22 | 1221:10,18,24 | 1150:21,25 | 1045:1,3,20 |
| 1048:24,25 | 1222:7 | 1156:12 1170:15 | 1053:21 1054:20 |
| 1049:1,2,11,14,15 | **timeframe** | 1173:18 1195:4 | 1054:23 1055:1,4 |
| 1049:20,20 | 1193:12 | 1207:1 1209:5 | 1055:5,7,12,16 |
| 1052:25 1054:15 | **timeout**   1109:18 | 1212:2 | 1056:2,6,18 |
| 1054:21 1055:8 | 1109:22 | **today's**   996:4 | 1057:16,19,21 |
| 1057:11,13,15,19 | **times**   1055:9 | 1031:13 1071:1 | 1058:4,8,13,24 |
| 1057:23 1062:4 | 1097:17 1115:3 | 1106:2 1110:2,4,9 | 1059:2,4,10,18,21 |
| 1063:25 1064:13 | 1126:11 1188:2 | 1111:18 1113:11 | 1060:2,7,15,16,17 |
| 1066:9 1080:6 | 1205:5 | 1116:21 1177:9 | 1060:18,19,22 |
| 1082:4 1085:8 | **tinder**   1090:18,18 | **told**   1181:12 | 1061:1,1,6,10,12 |
| 1091:7 1092:11 | 1090:24,25 | 1209:7 1210:10 | 1061:13,22 |
| 1093:2,18 1095:8 | 1091:15,17 | 1212:6 1213:11 | 1062:6,15,19,23 |
| 1095:13,16,18 | 1092:2,7,10 | 1215:15 1216:14 | 1062:25 1063:8 |
| 1098:4,6 1109:6 | 1093:1 | **tool**   996:23,25 | 1063:11,16,22 |
| 1110:10,20 | **tinder's**   1090:22 | 1000:4,5,16 | 1064:3,7,9,11,14 |
| 1116:17 1117:2 | 1092:21,23 | 1001:25 1002:4,6 | 1064:21,24 |
| 1118:8 1120:20 | **title**   1113:13 | 1002:10 1004:21 | 1065:4,7,17,18,22 |
| 1120:23 1126:11 | **titled**   1008:25 | 1007:3 1008:19 | 1065:23 1069:15 |
| 1127:8 1131:20 | 1104:12 1111:23 | 1009:6 1011:4,10 | 1069:20 1078:10 |
| 1132:3,18 | **titles**   1188:6 | 1011:13 1015:10 | 1079:16,18,20,23 |
| 1138:17,22 | **tobii**   1193:7 | 1015:17,21,24,24 | 1080:1,3,6,8,11 |
| 1142:14,16,19,24 | **today**   1007:4,18 | 1016:15,21 | 1080:14,16,19,22 |
| 1144:20 1145:15 | 1023:17 1024:1 | 1019:6,10,14,17 | 1080:24 1081:1 |
| 1155:3 1164:14 | 1031:10 1033:16 | 1019:21 1021:15 | 1081:20 1082:5 |
| 1172:19 1174:12 | 1033:21 1038:12 | 1021:17 1022:3,9 | 1082:17 1083:3 |
| 1175:25 1176:22 | 1039:2 1053:12 | 1022:12 1025:7 | 1084:5,21 1085:7 |
| 1177:17 1178:19 | 1053:17,21 | 1025:12,16,20,23 | 1085:15 1086:2 |
| 1183:23 1186:8 | 1054:8,22 | 1025:24 1026:1,1 | 1088:24 1089:24 |
| 1186:11,11 | 1060:15 1062:25 | 1026:8,24 1027:1 | 1090:7,23,24 |
| 1187:4,21 1188:8 | 1063:8 1074:9 | 1027:3,16 1028:7 | 1091:6,9,20,22,24 |
| 1195:18 1198:25 | 1077:15 1080:1 | 1028:14,23 | 1093:3 1097:20 |
| 1199:25 1200:7 | 1082:21,22 | 1030:4,10,13,21 | 1098:3,5,10,12,15 |
| 1202:7,9 1204:4,4 | 1083:24 1090:8 | 1030:22 1031:12 | 1098:18,22 |
| 1204:16 1211:8 | 1093:17 1094:6 | 1031:25 1033:6 | 1099:22,24 |
| 1211:10 1212:15 | 1098:5 1100:16 | 1033:10,14 | 1100:3,7,16,18,21 |
| 1214:23,24 | 1103:5 1116:23 | 1034:12 1035:9 | 1100:24 1119:7,9 |
| 1215:22 1216:3,5 | 1117:25 1120:8 | 1035:10,13 | 1119:12,13,14,14 |
| 1216:9 1217:1,5 | 1121:24 1122:1 | 1037:5,18 1042:2 | 1119:17,18,24 |
| 1217:12,23 | 1123:20 1136:7 | 1042:6 1044:7,10 | 1120:2,3,7,9,12 |

Veritext Legal Solutions
866 299-5127

**[tool - ultimate]**

1120:16,19,22
1121:3,4,15,23
1122:1,2,7
1124:22 1125:1,3
1125:21,23,25
1126:6,18,21,21
1126:22,24
1127:6,7,12,16,18
1127:25 1128:2
1130:20 1131:1,8
1132:7,15,18,22
1132:25 1133:1,7
1133:13,15,16,18
1133:22 1134:2
1134:16,17,19,25
1135:7,10
1136:10,12,14,20
1136:25 1186:1,7
1186:12,20
1187:13 1188:14
1188:17,20
1206:14,15,24
1207:2,19 1208:2
**tools**  1062:2,12
1118:24 1119:10
1119:20 1121:12
1134:7 1136:13
**top**  1047:19,21
1103:1 1148:4
1170:14
**topic**  1135:16
1137:23 1160:21
1161:7,9,15
1162:1,3,15
1163:10 1169:19
1169:20,25
1171:17
**topics**  1113:2
1118:4 1138:11
1138:19 1148:15
1159:22 1160:6

1172:17 1174:22
1177:7 1198:5
1199:10 1216:25
**track**  996:25
1044:8 1052:21
1053:3,6,7
1054:16 1057:20
1059:11,19,22
1061:6,14
1118:25 1152:4,9
1152:15 1183:25
1184:11,14
1186:3
**tracked**  1053:21
1053:22 1058:4,8
1118:8
**tracker**  999:6,12
**tracking**  1099:12
1116:8 1118:1
1119:3
**tracks**  1053:13,24
1135:21 1152:12
1155:11
**traditional**  1149:1
1149:4,6,23
**transcribed**
1220:11
**transcript**
1156:13 1219:3
1220:12,14,16
1221:6,8,10,13,13
1221:21 1222:2,2
**transition**  1172:9
1200:7 1202:5,21
**transmission**
1169:8
**treated**  1179:13
1180:3 1218:16
**trick**  1124:7
**tricky**  1027:20

**triggered**  1003:21
**true**  997:22
1006:9 1030:14
1030:16 1031:1,5
1031:7,9,16
1032:9 1036:14
1036:23 1038:21
1043:7,8,14,21
1052:10,13
1068:16 1112:22
1160:18 1179:16
1209:22 1219:5
1220:12
**truth**  1117:8,12,17
1118:18 1122:7
1212:10 1213:15
1213:22 1215:15
1216:14
**try**  1027:18
1049:7 1110:16
1117:21 1118:7
1118:18 1139:1
1158:1,3 1160:4,5
1173:22,24
1174:9 1195:25
1205:19
**trying**  1005:24
1027:19 1031:23
1057:1 1070:16
1097:15 1103:21
1104:1,24 1116:6
1121:2 1123:3,10
1124:6,7 1125:20
1126:4 1134:11
1134:13 1135:20
1143:1 1147:16
1153:9 1154:2
1155:10 1176:10
1182:23 1184:8
1195:1 1196:7,8
1196:10,11

**ts**  1044:22
**tuesday**  986:16
987:18 995:1
**twice**  1096:9
1102:22 1146:15
**two**  996:17 997:2
1002:3 1007:1
1010:7 1049:24
1072:4 1075:13
1075:15 1090:8
1096:24 1119:10
1124:8 1144:13
1167:10 1170:13
1190:23 1208:25
1209:4 1210:10
1212:6 1213:10
1213:24
**type**  1008:23
1009:22 1012:6
1012:16 1041:15
1078:11 1123:8
1125:8 1134:14
1134:15 1135:9
1140:7 1195:3
**types**  1045:18
1071:23 1072:1
1081:21 1086:24
**typically**  1010:8
1018:12 1074:19
1075:8 1164:13
1177:18 1187:8
1201:10 1204:1
1205:21

**u**

**u**  1048:18,24
1049:5,9 1050:2
**uh**  1055:21 1105:7
**uii**  1075:18 1076:2
1076:13
**ultimate**  1180:17
1181:21 1212:22

**[ultimately - understanding]**

| | | | |
|---|---|---|---|
| **ultimately** | 1125:20 1126:5 | 1032:4,8 1033:5,8 | 1084:24 1085:24 |
| 1178:21 1179:9 | 1129:10 1132:16 | 1033:21 1034:1 | 1086:6,14,22 |
| 1210:18 | 1134:10,14 | 1035:11 1036:9 | 1087:2,8,11,14,20 |
| **unable**  1138:14 | 1135:8,20 1137:5 | 1036:16,22 | 1087:25 1088:6 |
| 1199:3 | 1138:18 1141:11 | 1037:14,23 | 1088:23 1089:6 |
| **unavailable** | 1142:23 1143:21 | 1038:3,10,14,18 | 1089:17 1092:9 |
| 1029:6 | 1143:21 1150:14 | 1038:24 1039:14 | 1095:6,17 |
| **unclear**  1151:6 | 1153:6,21 1157:3 | 1039:19 1040:2,6 | 1097:22,23 |
| **uncovered** | 1166:22 1170:4 | 1040:7 1041:9,12 | 1099:3 1100:12 |
| 1207:22 | 1170:25 1171:20 | 1041:17,19,23 | 1100:25 1101:4 |
| **underlying** | 1174:9 1180:1 | 1042:9,19,22,25 | 1108:9 1112:2 |
| 1129:23 | 1184:3 1188:19 | 1043:6,10,14,17 | 1114:14 1117:20 |
| **underscore** | 1190:2 1191:2,21 | 1044:6,12,24 | 1117:22 1119:2,5 |
| 1113:25 | 1195:1,19,20 | 1045:5 1047:1,7 | 1119:9 1120:9,14 |
| **underscores** | 1200:6,14,15,16 | 1047:12,13,15 | 1121:11,19 |
| 1010:6,8 | 1205:18 1212:19 | 1048:3,10,17,21 | 1122:6 1124:7 |
| **understand** | 1213:1 1214:7 | 1049:13,19 | 1125:4 1126:10 |
| 998:18 1001:22 | **understanding** | 1050:3,7,21 | 1126:19,22 |
| 1003:5 1005:25 | 1000:9,17 1001:6 | 1051:15,19,23 | 1127:12,15,16 |
| 1010:15,21 | 1001:9,13 1002:2 | 1052:5,13 1054:6 | 1128:5 1130:11 |
| 1011:1 1020:17 | 1002:12,18 | 1054:8 1056:4,7 | 1131:17,21 |
| 1027:25 1029:9 | 1003:14,23 | 1057:8,9 1058:25 | 1132:1,20,24 |
| 1029:19 1034:17 | 1004:4 1005:8,20 | 1060:14,17,25 | 1133:2,6,11 |
| 1035:2 1040:17 | 1006:7,21 1009:4 | 1061:9,17 1062:5 | 1141:18 1142:5 |
| 1040:19 1047:9 | 1009:9 1010:18 | 1062:17 1063:5 | 1143:13,15 |
| 1050:6 1052:24 | 1010:23 1011:12 | 1063:12 1064:15 | 1144:10 1150:7 |
| 1056:24 1057:2 | 1011:21 1012:2 | 1065:9 1066:2,4 | 1150:13 1151:17 |
| 1064:20 1065:3 | 1012:14,20 | 1066:24 1067:16 | 1151:18 1152:6 |
| 1067:11 1070:7 | 1013:22 1016:1,9 | 1068:5,10,17,22 | 1155:8,18,19 |
| 1070:11,17 | 1017:1,20,23 | 1069:12 1070:3 | 1158:13 1164:21 |
| 1075:24 1076:2 | 1018:5,19 1019:4 | 1070:19 1071:11 | 1167:22 1168:19 |
| 1076:14 1079:9 | 1019:9,22 1020:5 | 1071:18,22 | 1170:4 1171:21 |
| 1079:25 1085:20 | 1021:10,14 | 1072:13,14,19,25 | 1173:3,11,25 |
| 1088:14 1092:18 | 1022:1,16,20 | 1076:19,20,25 | 1174:3,16 |
| 1093:13 1094:17 | 1023:3,7 1024:11 | 1077:3 1078:8,15 | 1176:22 1178:10 |
| 1097:14,15 | 1024:17 1025:14 | 1079:3,12 | 1181:6 1185:21 |
| 1104:2 1105:17 | 1025:21 1026:5 | 1080:17,20 | 1187:20 1191:15 |
| 1105:20 1111:25 | 1026:12 1027:2 | 1081:9,12 | 1192:8 1193:1,6 |
| 1114:2 1118:2 | 1028:3,3 1030:11 | 1082:10,19,22 | 1193:17 1194:11 |
| 1121:9 1122:25 | 1030:18,20 | 1083:4,10,16,19 | 1200:5 1204:8 |
| 1123:4,10 | 1031:2,6,8,15 | 1083:24 1084:14 | 1206:20 1207:1 |

Veritext Legal Solutions
866 299-5127

[understanding - version]

1208:12 1209:14
1213:2 1214:21
**understands**
1152:7 1154:4,21
**understood**
1123:7 1135:19
1156:15 1157:10
1165:20 1166:24
1218:20
**undertaken**
1065:10 1121:20
1126:20 1168:24
**undertook**
1141:10 1197:9
1206:21
**underway** 1102:1
**unique** 1009:9
**uniquely** 1011:15
1011:22
**united** 986:1
987:1
**universal** 1010:5
**universally**
1021:15
**unix** 1048:22,24
1048:25 1049:1,2
1049:3,14,20,20
**unpick** 1214:9
**unrelated** 1158:16
**update** 1203:2,12
1204:3
**updated** 1020:1,7
1055:12 1191:25
1202:17
**updating** 1019:22
**uploaded** 1144:22
**url** 1105:22
1108:7,14
**usage** 1099:25
1100:13

**use** 1010:8,10
1011:11 1014:19
1014:21 1027:6
1035:4 1054:2
1061:21,22
1062:9,12
1064:19 1065:16
1076:21 1080:19
1084:21 1091:9
1091:21,22,25
1092:13 1118:25
1126:4 1128:9
1151:9 1154:11
1155:24 1158:8
1158:18 1159:23
1160:14,25
1161:2,12,14
1162:20 1163:19
1166:2 1167:19
1186:22
**useful** 1073:20
**user** 986:4 987:4
995:9 996:15
1002:8 1022:14
1022:18 1023:1
1024:9,13,21
1025:1 1026:6
1048:11 1073:16
1074:4,12,16,18
1074:23 1075:5,6
1075:9,11,11
1076:8 1120:4
1125:14 1151:12
1152:16,24
1154:21 1186:4,9
1191:11,11
1194:9 1197:13
1198:2,16 1199:6
1199:21 1200:2
1200:10,17,23,25
1201:7,17,23,25

1202:11,13,22
1203:6,19,20
1204:5 1221:4
1223:1
**user's** 1009:24
**users** 1074:20
1115:3,6,16,18,22
1129:3 1149:7
1151:20 1152:5,7
1153:11,19,24
1154:3,5,6,8
1155:22 1158:7
1191:17 1194:12
1194:24 1197:13
1198:2,17 1199:6
**uses** 1011:4,13
1044:7

**v**

**v** 1049:16,25
1171:5
**v1** 994:4 1116:19
1117:4,9 1118:9
1118:19 1119:1
1121:6 1146:1
**v2** 1104:13 1117:9
1118:10,19
1121:7
**vacuuming**
1167:5
**vague** 1142:1
1153:16 1154:13
1155:2 1183:4,22
1186:14,16
1197:16 1198:19
**valid** 1033:10
**valuable** 1215:25
**valuations**
1174:16
**value** 1031:3,4
1032:5,6 1041:24
1042:22 1043:1

1047:23,25
1048:14 1049:5,8
1051:2 1087:17
1169:21 1170:7,9
1171:15,21
1176:25 1179:14
1180:4
**values** 1008:23,23
1031:8,11
1036:20,21
1041:15 1043:4
1047:1,4,5,8,14
1047:17 1051:13
1066:10,12
1067:21 1068:11
1070:17,21
1078:13
**varela** 1116:18
1117:3,7,16,19
1118:12,14,16
1148:2,7,24
1170:13 1180:25
**varied** 1188:6
**various** 1073:19
1148:18,18
1201:21,22
1205:5
**vatsal** 1170:23
1171:3
**vc** 986:4 987:4
**veritext** 995:11
1221:7,9,11
**versed** 1159:12
**version** 1001:1
1019:15 1120:18
1126:12,17,17
1127:1,14
1128:11,13,13
1129:20,20,22,22
1130:3,6,7,10,12
1131:10,14

Veritext Legal Solutions
866 299-5127

**[version - whitelisting]**

1132:10 1137:2,2
1144:22 1147:2,3
1169:5 1180:10
1181:10 1199:25
1200:1,8,8
1201:11 1202:5,5
**versions** 1128:7
1131:15,19,25
1132:1 1173:16
1173:21
**video** 986:14
987:19
**videoconference**
986:14 987:19
988:2 989:2 990:2
991:2 992:2
**videographer**
992:18 995:5,10
1046:14,17
1101:12,15
1102:13,15
1138:5,8 1139:8
1139:11 1146:19
1146:22 1167:8
1167:11,14
1206:4,7 1218:22
**videos** 1009:16,19
1009:24 1010:17
1011:20
**view** 1090:25
1208:24 1212:19
**violation** 1158:18
**visible** 1015:16
**volume** 986:17
993:3 995:7
1219:13 1221:5
1223:2

**w**

**w** 988:6 992:7
1050:5,11 1051:2

**wait** 1008:13
**waived** 1221:23
1221:23
**waiving** 1221:20
**walk** 1091:8
**walked** 1092:6
**wangdra** 991:14
995:24
**want** 996:4,6
1002:14 1014:18
1014:24 1024:5
1039:25,25
1040:14 1077:12
1092:17 1096:1
1096:23 1103:10
1110:9 1134:12
1135:8 1137:9,13
1138:16 1140:3,6
1146:14,14,15
1155:7 1156:14
1159:12 1162:6
1165:2,13 1167:2
1172:16,19
1189:19
**wanted** 997:14
998:3,5 999:9
1000:12 1007:3
1015:11 1021:2
1025:5 1035:20
1036:2 1041:5
1059:24 1070:7
1077:23 1090:17
1093:13 1099:16
1113:8 1140:1
1157:10
**wants** 1167:3
**warehouse** 1099:2
1099:7,10
**washington**
986:23 988:13

**way** 999:6 1011:7
1020:19 1025:21
1026:16 1030:17
1037:8 1039:1
1043:19 1065:19
1066:16 1082:6
1089:18 1095:22
1096:15 1097:11
1097:23 1122:25
1123:14,15
1124:11 1125:6
1132:16 1133:23
1135:20 1137:16
1153:14 1154:1
1169:20 1179:20
1179:23 1182:20
1186:20 1187:13
1192:21,24
1201:1,12
1208:19
**ways** 1024:4
1028:19 1029:22
1151:11 1152:16
1173:13 1193:20
1194:3,12
1200:19 1201:21
1201:22 1203:16
1207:2 1208:3
**we've** 1008:18
1015:20 1027:21
1046:10 1055:14
1090:5,6 1092:6
1092:15 1102:3
1109:20 1119:4
1155:13 1156:18
1158:2 1160:3
1209:24 1217:15
**weaver** 989:8
**web** 986:14
987:19 988:2
989:2 990:2 991:2

992:2
**week** 1118:17
**weigh** 1137:8
**welcome** 1162:15
**went** 1107:6
1129:16 1165:23
1185:2 1209:17
**whereof** 1220:20
**white** 1192:17
**whitelist** 1001:5,8
1001:14 1141:7
1141:25 1143:17
1143:21 1144:16
1145:1,5 1150:9
1161:16,23,25
1163:16,18
1180:12,18
1181:4,8 1190:16
1191:2 1193:3
1209:9 1211:19
1212:22 1215:24
**whitelisted** 1143:2
1148:13 1149:23
1150:4 1167:18
1168:21 1178:13
1179:17 1180:9
1182:14,25
1184:7,12 1185:1
1185:5 1204:12
1207:5,9 1208:7
1215:16 1216:15
**whitelisting**
1143:4 1150:22
1160:12,15
1161:2 1162:3,20
1162:22,24
1163:10 1166:2
1169:23 1170:11
1171:10,13,16,19
1174:17 1181:24
1183:7 1192:17

Veritext Legal Solutions
866 299-5127

**[whitelisting - zoom]**

1193:18 1205:15
1208:21 1209:15
1210:5 1212:8,20
1213:12 1214:3
1214:15,23,25
1215:3 1216:6
**whitelists**   1141:15
1141:20 1142:9,9
1142:21 1143:11
1167:25 1190:4
**wholly**   1040:9,13
**wide**   1061:3
1123:17,18
1163:8
**widely**   1125:16
1216:1
**willingness**   1217:7
**wind**   1193:13
**withdraw**   1013:6
1019:19 1020:12
1023:10 1027:6
1030:4 1031:20
1033:18 1034:7
1040:24 1052:9
1052:19 1053:23
1054:13 1056:12
1058:9 1069:18
1126:3
**witness**   1075:2
1081:2 1113:10
1134:20 1157:15
1164:9,11
1166:12,20
1216:25 1217:4
1217:14 1220:20
1221:13,16
1222:2,5 1223:24
**witnesses**   1164:14
**wonderful**
1175:16

**wondering**   1169:9
**word**   1029:8,24
1100:25
**words**   1010:7
1011:16
**work**   996:17
1014:17 1033:12
1137:15,20
1139:1,2 1141:19
1142:3 1175:10
1177:19,20
1183:13 1198:22
1201:11 1203:25
1205:11,12
**worked**   1125:6
1142:5 1145:18
1150:19 1170:16
1184:20 1187:13
**working**   1077:1,2
1077:6,11,17,21
1077:24 1082:20
1103:23 1142:2
1143:8 1150:13
1150:17 1199:14
**works**   1050:4
1096:16 1140:8,9
1164:18 1174:8
1201:12
**world**   1197:2
**worth**   1173:5
**wound**   1193:18
**wright**   988:9
**writes**   1148:7,24
**written**   999:11
1117:16 1118:17
1156:3 1187:10
1187:14 1188:11
1188:22 1214:13
1214:24
**wrong**   1070:20
1092:19 1184:10

1197:11,25
1198:14 1199:4

| x |
| --- |

**x**   993:1,11 994:1
1048:24 1051:21
1056:6,8,9,11,13
1056:15,19,20
1057:8,13 1059:4
1063:3,9 1220:16
1222:1
**xfn**   1023:4,5,7,11
1023:14,16,18,24
1023:25 1024:3,8
1024:12,25
1025:3,6 1033:7,9
1033:16 1034:2
1039:5,6 1042:17
1042:21 1043:9
1043:12,15,16,18
1043:20,24
1044:1,7,19
1045:11,20,24
1046:2,4 1047:11
1048:13,23
1049:22 1050:15
1050:23 1061:10
1061:13 1064:10
1064:11,16,23
1065:4,25 1066:6
1066:10 1082:21
1082:23 1083:22
1083:25 1084:10
1084:25
**xlsx**   1113:16

| y |
| --- |

**y**   1065:24
**yeah**   999:1 1000:3
1004:13 1008:8
1037:17 1047:4
1051:10 1055:5

1068:3 1077:9,12
1078:2 1086:11
1087:5 1102:3,11
1103:23 1106:8
1113:6 1124:5
1134:5 1136:9
1139:21 1152:2
1156:18,20,23
1157:4 1158:1
1159:9,17 1160:9
1163:14,21
1164:12 1165:25
1167:2 1169:6
1175:13,15
1177:15 1196:6,9
1196:13 1218:4
1218:10
**year**   1192:7
1202:4,12
**years**   1077:11
1117:16
**yesterday**   996:6,9
996:20 998:7
999:25 1000:3,22
1004:7 1005:22
1006:23 1007:1
1007:15 1020:4
1090:8 1091:11
1093:17
**yesterday's**
1000:21 1002:14
**yup**   1102:5

| z |
| --- |

**z**   1066:22 1067:21
1067:25 1069:21
1070:8 1072:10
1072:20
**zone**   1162:11
**zoom**   986:12
1004:19

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.