# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION, | CASE NO. 3:18-MD-02843-VC |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |
| ALL ACTIONS | |

Gibson, Dunn & Crutcher LLP

1    By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

2    Whereas, the Court issued an order directing Plaintiffs to submit certain billing records relating

3    to their motion for sanctions and a supplemental brief addressing the reasonableness of those fees by

4    November 16, 2022, and allowing Facebook and Gibson Dunn to file a response to those billing records

5    and supplemental brief by November 23, 2022;

6    Whereas, Plaintiffs seek a two day extension to November 18, 2022 to carefully review and

7    present the information the Court has requested;

8    Whereas, Facebook and Gibson Dunn anticipate they will require more than one week to assess

9    and respond to Plaintiffs' billing records and supplemental brief, and the one week currently allowed

10   by the Court's order is during the Thanksgiving holiday week, Facebook and Gibson Dunn asked

11   Plaintiffs if they would stipulate, subject to the Court's approval, to extend their deadline to file a

12   response until December 7, 2022, and Plaintiffs agreed.

13   NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, that Plaintiffs' deadline to

14   submit billing records and a related supplemental brief be extended to November 18, 2022; and that

15   Facebook and Gibson Dunn's deadline to file a response be extended to December 7, 2022.

16

17   Dated: November 15, 2022                          Respectfully submitted,

18   KELLER ROHRBACK L.L.P.                            BLEICHMAR FONTI & AULD LLP

19   By:    */s/ Derek W. Loeser*                      By:    */s/ Lesley E. Weaver*
             Derek W. Loeser                                   Lesley E. Weaver

20

21   Derek W. Loeser (admitted *pro hac vice*)         Lesley E. Weaver (SBN 191305)
     Cari Campen Laufenberg (admitted *pro hac vice*)  Anne K. Davis (SBN 267909)

22   David Ko (admitted *pro hac vice*)                Matthew S. Melamed (SBN 260272)
     Adele A. Daniel (admitted *pro hac vice)*         Angelica M. Ornelas (SBN 285929)

23   Benjamin Gould (SBN 250630)                       Joshua D. Samra (SBN 313050)
     Emma M. Wright (admitted *pro hac vice)*          555 12th Street, Suite 1600

24   1201 Third Avenue, Suite 3200                     Oakland, CA 94607
     Seattle, WA 98101                                 Tel.: (415) 445-4003

25   Tel.: (206) 623-1900                              Fax: (415) 445-4020
     Fax: (206) 623-3384                               lweaver@bfalaw.com

26   dloeser@kellerrohrback.com                        adavis@bfalaw.com
     claufenberg@kellerrohrback.com                    mmelamed@bfalaw.com

27   dko@kellerrohrback.com                            aornelas@bfalaw.com
     adaniel@kellerrohrback.com                        jsamra@bfalaw.com

28   bgould@kellerrohrback.com
     ewright@kellerrohrback.com

Gibson, Dunn &
Crutcher LLP

1

1

2
Christopher Springer (SBN 291180)
801 Garden Street, Suite 301

3
Santa Barbara, CA 93101
Tel.: (805) 456-1496

4
Fax: (805) 456-1497
cspringer@kellerrohrback.com

5
Eric Fierro (admitted *pro hac vice*)

6
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012

7
Tel: (602) 248-0088
Fax: (602) 248-2822

8
efierro@kellerrohrback.com

9
 DATED: November 15, 2022                         Respectfully submitted,

10
                                                 GIBSON, DUNN & CRUTCHER, LLP

11
                                                 By:  */s/ Rosemarie T. Ring*

12
 Deborah Stein (SBN 224570)                       Rosemarie T. Ring (SBN 220769)
 dstein@gibsondunn.com                            rring@gibsondunn.com

13
 333 South Grand Avenue                           Kristin A. Linsley (SBN 154148)
 Los Angeles, CA 90071-3197                       klinsley@gibsondunn.com

14
 Telephone:  213.229.7000                         Martie Kutscher (SBN 302650)
 Facsimile:  213.229.7520                         mkutscherclark@gibsondunn.com
                                                 GIBSON, DUNN & CRUTCHER LLP

15
                                                 555 Mission Street, Suite 3000
 Orin Snyder (*pro hac vice*)                     San Francisco, CA 94105-0921

16
 osnyder@gibsondunn.com                           Telephone:  415.393.8200
 GIBSON, DUNN & CRUTCHER LLP                       Facsimile:  415.393.8306

17
 200 Park Avenue
 New York, NY 10166-0193

18
 Telephone:  212.351.4000                         Joshua S. Lipshutz (SBN 242557)
 Facsimile:  212.351.4035                          jlipshutz@gibsondunn.com
                                                 GIBSON, DUNN & CRUTCHER LLP

19
                                                 1050 Connecticut Avenue, N.W.
                                                 Washington, DC 20036-5306

20
                                                 Telephone:  202.955.8500
                                                 Facsimile:  202.467.0539

21

22
                                                 Russell H. Falconer (*pro hac vice*)
                                                 rfalconer@gibsondunn.com

23
                                                 2100 McKinney Avenue, Suite 1100
                                                 Dallas, TX 75201

24
                                                 Telephone: 214.698.3170
                                                 Facsimile: 214.571.2958

25
 *Attorneys for Defendant Facebook, Inc.*

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
CASE NO 3:18-MD-02843-VC

Gibson, Dunn &
Crutcher LLP

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4    DATE: _____          _____

5                                       VINCE CHHABRIA
                                        United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME
CASE NO 3:18-MD-02843-VC

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: November 15, 2022

By: */s/ Rosemarie T. Ring*
Rosemarie T. Ring

Gibson, Dunn & Crutcher LLP

1

## **CERTIFICATE OF SERVICE**

2    I, Rosemarie T. Ring, hereby certify that on November 15, 2022, I electronically filed the

3  foregoing with the Clerk of the United States District Court for the Northern District of California us-

4  ing the CM/ECF system, which shall send electronic notification to all counsel of record.

5                                                                        By:  */s/ Rosemarie T. Ring*
                                                                                Rosemarie T. Ring
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP