ROBERT M. HARKINS, JR. (Bar No. 179525)
**CHERIAN LLP**
1936 University Ave, Suite 350
Berkeley, CA 94704
Telephone: (510) 944-0190
Facsimile: (202) 478-1715
bobh@cherianllp.com

*Attorney for Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods, and Jordan Hunstone, individually and on behalf of others similarly situated*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>*This Document Related to:*<br><br>ALL ACTIONS | MDL No. 2843<br>CASE NO. 18-md-02843-VC<br><br>**NOTICE OF CHANGE IN FIRM NAME AND NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS**<br><br>Judge: Hon. Vince Chabria<br>Courtroom: 4, 17th Floor |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the law firm RuyakCherian LLP has changed its name to Cherian LLP.

PLEASE TAKE NOTICE THAT Robert F. Ruyak is no longer associated with Cherian LLP and is no longer representing Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods, and Jordan Hunstone, individually and on behalf of others similarly situation in this action. Plaintiffs will continue to be represented by the same law firm with Robert M. Harkins, Jr. of Cherian LLP as counsel of record as reflected on the docket. It is respectfully requested that Robert F. Ruyak's name be removed from the Court's and the parties' respective service lists.

PLEASE TAKE NOTICE THAT Robert M. Harkins, Jr. of Cherian LLP is a member of and in good standing with the Bar of the State of California and the U.S. District Court for the Northern District of California. Mr. Harkins' contact information is as follows:

>ROBERT M. HARKINS, JR.
>**CHERIAN LLP**
>1936 University Ave, Suite 350
>Berkeley, CA 94704
>Telephone: (510) 944-0190
>Facsimile: (202) 478-1715
>Email: bobh@cherianllp.com

1
2   Dated:  November 16, 2022
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

By: */s/ Robert Harkins*

Robert Harkins
**Cherian LLP**
1936 University Ave., Suite 350
Berkeley, CA 94702
Telephone: (510) 944-0190
Facsimilar: (202) 478-1715
bobh@cherianllp.com

*Attorney for Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods, and Jordan Hunstone, individually and on behalf of others similarly situated*

3
NOTICE OF CHANGE IN FIRM NAME AND CHANGE IN COUNSEL FOR PLAINTIFFS
CASE NO. 18-md-02843-VC

**PROOF OF SERVICE**

I HEREBY CERTIFY under penalty of perjury that on this 16th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

Executed on November 16, 2022 in Berkeley, CA.

By: */s/ Robert Harkins*
   Robert Harkins