1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR EXTENSION OF TIME** |

1  By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

2  Whereas, the Court issued an order directing Plaintiffs to submit certain billing records relating to their motion for sanctions and a supplemental brief addressing the reasonableness of those fees by November 16, 2022, and allowing Facebook and Gibson Dunn to file a response to those billing records and supplemental brief by November 23, 2022;

Whereas, Plaintiffs seek a two day extension to November 18, 2022 to carefully review and present the information the Court has requested;

Whereas, Facebook and Gibson Dunn anticipate they will require more than one week to assess and respond to Plaintiffs' billing records and supplemental brief, and the one week currently allowed by the Court's order is during the Thanksgiving holiday week, Facebook and Gibson Dunn asked Plaintiffs if they would stipulate, subject to the Court's approval, to extend their deadline to file a response until December 7, 2022, and Plaintiffs agreed.

NOW, THEREFORE, THE PARTIES JOINTLY REQUEST, that Plaintiffs' deadline to submit billing records and a related supplemental brief be extended to November 18, 2022; and that Facebook and Gibson Dunn's deadline to file a response be extended to December 7, 2022.

Dated: November 15, 2022                                   Respectfully submitted,

KELLER ROHRBACK L.L.P.                                    BLEICHMAR FONTI & AULD LLP

By:   /s/ Derek W. Loeser                                 By:   /s/ Lesley E. Weaver
      Derek W. Loeser                                           Lesley E. Weaver

Derek W. Loeser (admitted *pro hac vice*)                 Lesley E. Weaver (SBN 191305)
Cari Campen Laufenberg (admitted *pro hac vice*)          Anne K. Davis (SBN 267909)
David Ko (admitted *pro hac vice*)                        Matthew S. Melamed (SBN 260272)
Adele A. Daniel (admitted *pro hac vice)*                 Angelica M. Ornelas (SBN 285929)
Benjamin Gould (SBN 250630)                               Joshua D. Samra (SBN 313050)
Emma M. Wright (admitted *pro hac vice)*                  555 12th Street, Suite 1600
1201 Third Avenue, Suite 3200                             Oakland, CA 94607
Seattle, WA 98101                                         Tel.: (415) 445-4003
Tel.: (206) 623-1900                                      Fax: (415) 445-4020
Fax: (206) 623-3384                                       lweaver@bfalaw.com
dloeser@kellerrohrback.com                                adavis@bfalaw.com
claufenberg@kellerrohrback.com                            mmelamed@bfalaw.com
dko@kellerrohrback.com                                    aornelas@bfalaw.com
adaniel@kellerrohrback.com                                jsamra@bfalaw.com
bgould@kellerrohrback.com
ewright@kellerrohrback.com

Christopher Springer (SBN 291180)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

Eric Fierro (admitted *pro hac vice*)
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
efierro@kellerrohrback.com

DATED: November 15, 2022

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Respectfully submitted,

GIBSON, DUNN & CRUTCHER, LLP

By:  */s/ Rosemarie T. Ring*
Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Russell H. Falconer (*pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: November 16, 2022

VINCE CHHABRIA
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

Dated: November 15, 2022                         By: */s/ Rosemarie T. Ring*
                                                                    Rosemarie T. Ring

**CERTIFICATE OF SERVICE**

I, Rosemarie T. Ring, hereby certify that on November 15, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

By: */s/ Rosemarie T. Ring*
    Rosemarie T. Ring