# Exhibit 2



# TIMEKEEPER PROFILES

| | | |
|---|---|---|
| **LESLEY E. WEAVER**<br>*Partner* | **Oakland** | • Email: lweaver@bfalaw.com<br>• Tel: +1 415 455 4004<br>• www.bfalaw.com /professionals/lesley-weaver |

In her twenty-five year career, Lesley has focused primarily on cases that protect the public interest, consumers, and public entities. She continues to do so as the Head of BFA's Antitrust and Consumer Litigation Teams, and as the Partner in Charge of BFA's California Office. She has received multiple honors throughout her career, including recognition as California Attorney of the Year in 2018, a SuperLawyer since 2016, a ranking in Chambers, and induction into the Fellows of the American Bar Association in 2017.

In July 2018, Judge Chhabria of the Northern District of California appointed Lesley as co-lead counsel for plaintiffs in *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*. The litigation consolidates more than 30 cases filed around the country alleging that Facebook violated consumer fraud and privacy laws in allowing hundreds of third party apps, including Cambridge Analytica, to bundle and sell Facebook users' personally identifiable information without their knowledge or consent. She also currently serves as co-lead counsel in the *Calhoun et al. v. Google LLC* class action, a nationwide data privacy class action brought on behalf of Google Chrome users alleging that Google violated its express promise not to take users' personal data when using the Chrome browser outside of synched mode.

Lesley is also a member of the Plaintiffs' Executive Committee in the *In re Google RTB Consumer Privacy Litigation*, a nationwide class action challenging Google's practice of sharing and selling users' personal information through Google's digital ad auction system, Google Real-Time Bidding (RTB); and is a member of the Plaintiffs' Steering committee in *In re ZF-TRW Airbag Control Units Products Liability Litigation*, a class case alleging that the ZF-TRW airbag and seat belt control units in over 15 million cars are defective and may prevent airbags from inflating in the event of crash.

Lesley previously served on the Plaintiffs' Steering Committee in *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litig.*, MDL No. 2672 CRB (JSC). The PSC in the Volkswagen litigation recovered $14.7 billion for class members and nearly $5 billion for the environment, the largest automotive class action recovery ever. Lesley has also served on Plaintiffs' Steering Committee in *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability*, MDL No. 17-MD-02777-EMC ("Fiat Chrysler") alleging that Fiat Chrysler Automobiles deliberately cheated on emission testing of 2014-2016 model Dodge and Jeep trucks marketed and sold as environmentally friendly "eco-diesel" vehicles. The PSC in this litigation recovered $307 million in cash in addition to extended warranties worth more than $120 million for class members.

In pro bono matters, including negotiating reforms in the merger between SunTrust and BBC banks, Lesley represents the National Black Farmers Association, an organization dedicated to securing better economic conditions for farmers with deep historical roots in our country's economic success.

In addition, Lesley has extensive experience representing sophisticated institutional investors in landmark securities actions. Some of those cases include *In re Cavanaugh Securities Litig.* (including an appeal to the Ninth Circuit concerning the method of selecting lead plaintiff and lead counsel after the enactment of the Private Securities Litigation Reform Act.); *In re Marsh & McLennan Cos. Sec. Litig.* ($400 million settlement); *In re Cardinal Health Inc. Sec. Litig.* ($600 million settlement); *In re Cisco Systems, Inc. Sec. Litig.* ($99 million settlement); *In re Northpoint Communications Group, Inc.* (notable decision finding that certain allegations of scienter and falsity in securities suit were pled with particularity required by PSLRA and statements made about potential merger with Verizon were deliberately reckless); and *CommTouch Software, Ltd. Sec. Litig.* (notable decision finding complaint pled with sufficient particularity to support an inference of deliberate misconduct), among other significant cases.

In addition, Lesley counsels clients seeking to opt out of class action litigation, assisting them in negotiating confidential, private settlements with outstanding results.

In October 2014, Lesley tried an internet privacy case against a Chinese-owned, California-based internet site, recovering 100 percent of economic damages and a $15 million punitive damages jury verdict, as well as significant injunctive relief. Her first trial was in 1998 before the Hon. Vaughn Walker on behalf of Amanda Buritica, a U.S. citizen born in Colombia who was unlawfully detained by U.S. Customs at San Francisco International Airport. The case resulted in the largest verdict at the time under the Federal Tort Claims Act.

Lesley is committed to public service through volunteer efforts. She currently serves as Chair of the Executive Committee of the Securities Section for the Bar Association of San Francisco, as well as Current chair of BASF's cybersecurity and privacy committee. She has been a repeat presenter at the Bolch Institute's MDL Certificate training program and is one of the original drafters of the Duke MDL Diversity Guidelines. She is a past Co-Chair of Bay Area Lawyers for Individual Freedom, a past Co-Chair of the San Francisco LGBT Community Center, past National Chair of the National Center for Lesbian Rights, and past Vice-President and Director of the Board of the Frameline Film Festival. She has previously served on the boards of Women Lawyers of Alameda County, Equality California, the International Gay and Lesbian Human Rights Commission, and the Alice B. Toklas Democratic Club. She also is a member of Public Justice and of the National Association of Public Pension Attorneys (NAPPA).

Lesley holds degrees from the University of Virginia and Harvard College. She studied political science at the University of Bonn (Germany), and attended high school at Haderslev Katedraleskole in Denmark. She speaks German and Danish.

Lesley is admitted to practice in California (1997), the U.S. Court of Appeals for the Ninth Circuit (1998), and the U.S. District Courts for the Northern District (1997) and the Eastern, Central, and Southern Districts of California (1998).

| **ANNE DAVIS**<br>*Partner* | **Oakland** | • Email: adavis@bfalaw.com<br>• Tel: +1 415 445 4016<br>• www.bfalaw.com/professionals/ anne-davis |
|---|---|---|

Anne Davis joined BFA in 2018. She has a decade of experience litigating complex matters in both federal and state courts, including the courts of California, Delaware, Illinois, and Kansas. She focuses her practice on complex investigations and litigation of antitrust, consumer, and securities matters.

Anne plays a key role in litigating *In re: Facebook, Inc. Consumer Privacy User Profile Litigation* and *In re Google RTB Consumer Privacy Litigation*; she is also a member of the BFA teams litigating *In re Local TV Ads Antitrust Litigation* and *In re Domestic Airlines Travel Antitrust Litigation*. She co-authored *That's The Ticket – Game On For Plaintiffs Challenging Suppression of the Market For Football Broadcasts* for the September 2019 edition of the Antitrust, UCL and Privacy Section E-Brief for California Lawyer's Association, and *The Interplay of the European Union's General Data Protection Regulation and U.S. E-Discovery—One Year Later, the View Remains the Same*, which was published in the Spring 2019 edition of Competition.

Prior to joining BFA, Anne served as a Principal Counsel for Sales Practice Enforcement at the Financial Industry Regulatory (FINRA), where she, as appropriate, brought charges and negotiated resolutions or litigated formal actions pertaining to violations of FINRA, U.S. Securities and Exchange Commission (SEC), and Municipal Securities Rulemaking Board (MSRB) rules, and the federal securities laws by registered individuals and FINRA member firms.

Before FINRA, she was a senior associate at Morrison & Foerster, LLP, where she specialized in securities litigation and enforcement, complex civil litigation, and internal investigations. She also maintained a pro bono practice involving Title IX compliance in California public schools, litigation on behalf of prisoners asserting Section 1983 excessive force claims, and asylum claims.

Anne earned a B.A. with honors from DePaul University (2002), a M.A. (Political Science) from the University of Michigan (2006), and a J.D. from the University of Michigan Law School (2008). She is admitted to practice in California (2009), and the U.S. District Courts for the Northern (2010), Central (2011) and Eastern (2014) Districts of California and the Eastern District of Michigan (2019).

| **MATTHEW MELAMED**<br>*Partner* | **Oakland** | • Email: mmelamed@bfalaw.com<br>• Tel: +1 415 445 5601<br>• www.bfalaw.com/ professionals/Matthew-Melamed |
|---|---|---|

Matt Melamed is a Partner in BFA's Oakland office, where he is a member of the firm's Consumer Litigation and Antitrust teams. He has nearly 15 years of experience representing plaintiffs, municipalities, and states in almost every aspect of litigation.

Since joining BFA, Matt has primarily focused on representing the plaintiffs in the multi-district litigation *In re: Facebook, Inc. Consumer Privacy Litigation*, which consolidates numerous cases that

arose out of the Cambridge Analytica scandal. Before joining the firm, Matt was a partner at another plaintiffs' class action firm, where he represented cities, counties, and states in nationwide litigation concerning the marketing, distribution, and dispensing of prescription opioids. Among other roles in those cases, he represented the City and County of San Francisco, whose case was remanded as an MDL bellwether from *In re: National Opiate Litigation*. Matt also litigated numerous securities fraud lawsuits, including *Villella v. Chemical & Mining Company of Chile, Inc.*, *In re St. Jude Medical, Inc. Securities Litigation*, *In re LeapFrog Enterprise, Inc. Securities Litigation*, and *Jones v. Pfizer Inc.*, each of which resulted in plaintiff recoveries. All told, Matt has been a member of case teams that recovered more than $1.2 billion for investors, consumers, and municipalities.

Matt was previously a law clerk for the Honorable Joseph A. Greenaway, Jr. on both the United States District Court for the District of New Jersey and the United States Court of Appeals for the Third Circuit. He was also the Kazan-Wallace Attorney at Public Justice PC.

Matt has authored the articles *Planning for Aggressive Multiparty Discovery in a Fast-Moving, Complex MDL: An Example from the Opioids Litigation*, 89 UMCK L. Rev. 897 (2021); *A Theoretical Justification for Special Solicitude: States and the Administrative State*, 8 Cardozo Pub. L. Pol'y & Ethics J. 577 (2010); *Timeliness and the Non-Existence of Arbitration Agreements: Three Analogies*, 12 J. Consumer & Commercial L. 78 (2009); and *Towards an Explicit Balancing Inquiry—R.A.V. and Black through the Lens of Foreign Freedom of Expression Jurisprudence*, 59 Hastings L. J. 407 (2007).

Matt earned a B.A. from Wesleyan University and a J.D., *magna cum laude*, from the University of California, Hastings College of the Law (2008). He is admitted to practice in California (2008), the United States Courts of Appeals for the Third (2010) and Tenth (2009) Circuits, and the United States District Courts for the Northern (2010) and Central (2012) Districts of California.

| **SARA PILDIS SIMNOWITZ**<br>*Special Counsel* | **New York** | • Email: ssimnowitz@bfalaw.com<br>• Tel: +1 212 789 2309<br>• www.bfalaw.com/professionals/sara-simnowitz |
|---|---|---|

Sara Pildis Simnowitz is Special Counsel at BFA, prosecuting a variety of complex litigations.

Sara has nearly twenty years of experience in all aspects of litigating complex matters. Sara is dedicated to prosecuting securities, antitrust, and consumer fraud class actions on behalf of institutional, municipal, and individual clients. Sara draws on her extensive litigation experience while playing a key role in prosecuting the Firm's antitrust and consumer cases, including *In re Inductors Antitrust Litigation* and *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*.

Sara is also an active member of BFA's securities litigation teams. For example, she was a member of the team in both *In re Teva Securities Litigation* and *In re Genworth Financial Securities Litigation*.

Before joining BFA, Sara was a senior associate at Arnold & Porter LLP, where she focused on complex commercial litigation. She previously practiced at Heller Ehrman LLP in New York and Foley Hoag LLP in Massachusetts, where she focused on complex commercial and securities litigation.

Sara earned a B.A., *summa cum laude*, from Brandeis University, a J.D. from the University of Chicago Law School (2001), and an M.A. from the London School of Economics and Political Science (2002). She is admitted to practice in Massachusetts (2002), New York (2006), the U.S. Supreme Court (2008), the U.S. Court of Appeals for the First Circuit (2003), and the U.S. District Courts for the District of Massachusetts (2002), the Southern and Eastern Districts of New York (2006), and the Western District of New York (2008).

| **ANGELICA ORNELAS**<br>*Associate* | **Oakland** | • Email: aornelas@bfalaw.com<br>• Tel: +1 415 445 4011<br>• www.bfalaw.com/professionals/ angelica-ornelas |
|---|---|---|

Angelica has been a member of BFA's antitrust and consumer litigation team since 2020. She has substantial experience litigating class actions and other complex matters in federal courts across the country. She currently represents plaintiffs in consumer privacy litigation, including *In re Facebook, Inc., Consumer Privacy User Profile Litigation* and *Calhoun v. Google*. Prior to joining BFA, Angelica was an associate at a class action litigation firm, where she specialized in consumer protection and financial products litigation. She was appointed co-class counsel in *Prather v. Wells Fargo Bank, N.A.*, representing individuals who received illegal automated calls and text messages from the bank. Angelica was also a member of the litigation team in *Daccache v. Raymond James Financial, Inc.*, brought on behalf of victims of the Jay Peak investment fraud—the largest in the history of the EB-5 visa program—and *Larson v. John Hancock Life Insurance Company (U.S.A)*, a certified class action alleging that John Hancock improperly inflated cost of insurance charges deducted from its customers' life insurance policies.

From 2012-2013, Angelica was a Fellow at the California Monitor Program, a program of the California Attorney General, where she worked closely with Congresswoman Katie Porter to ensure that the nation's five largest mortgage servicers delivered the relief then California Attorney General Kamala Harris negotiated for Californians as part of the landmark $25 billion National Mortgage Settlement.

Angelica earned an undergraduate degree from UC Los Angeles and completed a master's program at San José State University before receiving her law degree from UC Berkeley. After law school, she clerked for the United States District Court for the Northern District of California and the United States Bankruptcy Court for the District of Nevada.

Angelica is an active member of the Sedona Conference, Working Group 1 on Electronic Document Retention and Production. Angelica is also a member of the Federal Bar Association, Northern District of California Chapter, and serves on the Board of the East Bay La Raza Lawyers Association Scholarship Fund. She has been selected as a Northern California Rising Star every year since 2017, named to The National Trial Lawyers' list of "Top 40 Under 40 Civil Plaintiff Trial Lawyers in California" from 2020 to 2022, and made the *Best Lawyers*: *Ones to Watch in America* (Insurance Law) list in 2022.

She is admitted to practice in California (2012), the U.S. Court of Appeal for the Ninth Circuit (2019) and the U.S. District Courts of the Northern District of California (2016), the Central District of California (2017), and the Northern District of Illinois (2019).

| **JOSHUA SAMRA**<br>*Associate* | **Oakland** | • Email: jsamra@bfalaw.com<br>• Tel: +1 415 445 4017<br>• www.bfalaw.com/joshua-samra |
|---|---|---|

Josh Samra is an associate in the Firm's Antitrust and Consumer practice group. Josh currently plays a significant role in the *In re: Facebook, Inc. Consumer Privacy User Profile Litigation*, *Calhoun, et al. v. Google LLC*, and *In re Google RTB Consumer Privacy Litigation*.

Prior to joining BFA, Josh was a Deputy District Attorney in Contra Costa County. As a Deputy District Attorney, Josh oversaw all parts of criminal prosecutions, including filing complaints, preparing and arguing motions, interviewing witnesses, trying cases before a jury, and litigating post-trial appeals. During his time in the District Attorney's office, Josh prosecuted ten jury trials to verdict.

Josh earned his B.A. from the University of California Berkeley (2013) and his J.D. from the University of California Los Angeles (2016), where he served as an Associate Editor for the UCLA Law Review. Josh is admitted to practice in California (2016).

Josh is an active member of The Sedona Conference, Working Group 1 on Electronic Document Retention and Production, and Working Group 6 on International Electronic Information Management, Discovery, and Disclosure.

| **MATTHEW MONTGOMERY**<br>*Of Counsel (former)* | **Oakland** | |
|---|---|---|

Matthew joined Bleichmar Fonti & Auld in 2019. Throughout his 25-year career, Matthew has litigated dozens of fraud actions on behalf of institutional and individual plaintiffs.

Highlights of Matthew's career have included the following recoveries:

- *In re 3Com Securities Litigation* (N.D. Cal.) -- $259 million

- *Plumbers & Pipefitters Local 572 Pension Fund, et al. v. Cisco Systems, Inc.* (N.D. Cal.) -- $91 million

- *In re Forest Laboratories Inc. Securities Litigation* (S.D.N.Y.) -- $65 million

- *In re Pharmacia Securities Litigation* (D.N.J.) -- $165 million

Matthew earned a B.A. in Economics from Stanford (1992) and a J.D. from Boalt Hall, University of California at Berkeley (1995). He is a member of the bar in California (1995) and Texas (2013).

For more information, please visit:
www.bfalaw.com

4866-9232-3391, v. 1

**TIMEKEEPER RESUMES 8**