# Exhibit 3

# Bleichmar Fonti & Auld – Time Related to ADI

# Submitted *in camera*