# Exhibit 4

## Keller Rohrback L.L.P. – Time Related to ADI

Submitted *in camera*