# Exhibit 5

## Bleichmar Fonti & Auld – Time Related to Named Plaintiff Data

## Submitted *in camera*