# Exhibit 6

## Keller Rohrback L.L.P. – Time Related to Named Plaintiff Data

## Submitted *in camera*