# Exhibit 7

# Bleichmar Fonti & Auld – Time Related to Sanctions

# Submitted *in camera*