# Exhibit 8

## Keller Rohrback L.L.P. – Time Related to Sanctions

## Submitted *in camera*