# Exhibit 10

JAMS Special Master Expenses Related to Named Plaintiff Data

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
Plaintiffs' submission pursuant to ECF No. 1073
JAMS Special Master Expenses Related to Named Plaintiff Data

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 10/22/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review submissions from the parties on business partner and motion to compel plaintiffs data issues | - | - | $2,979.50 | 2 | $1,489.75 | $744.88 |
| 11/1/2021 | Daniel Garrie Esq. | Review submissions from the parties relating to named plaintiff data. | 3.10 | $750.00 | $2,325.00 | 2 | $1,162.50 | $1,162.50 |
| 11/1/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,585.50 | 2 | $1,792.75 | $896.38 |
| 11/2/2021 | Daniel Garrie Esq. | Review Submissions from the parties relating to named plaintiff data. | 4.20 | $750.00 | $3,150.00 | 2 | $1,575.00 | $1,575.00 |
| 11/2/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,484.50 | 2 | $1,742.25 | $871.13 |
| 11/3/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,282.50 | 2 | $1,641.25 | $820.63 |
| 11/4/2021 | Daniel Garrie Esq. | Review submissions from Plaintiff on motion to compel named plaintiffs content. | 7.00 | $750.00 | $5,250.00 | 2 | $2,625.00 | $2,625.00 |
| 11/4/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,787.50 | 2 | $1,893.75 | $946.88 |
| 11/5/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,737.00 | 2 | $1,868.50 | $934.25 |
| 11/6/2021 | Daniel Garrie Esq. | Review Plaintiff and Facebook submissions relating to motion to compel production of named Plaintiffs' content and information. | 4.80 | $750.00 | $3,600.00 | 2 | $1,800.00 | $1,800.00 |
| 11/7/2021 | Daniel Garrie Esq. | Review motion from Facebook and Plaintiffs re: Motion to Compel Production of Names Plaintiffs' Content And Information | 4.80 | $750.00 | $3,600.00 | 2 | $1,800.00 | $1,800.00 |
| 11/8/2021 | Daniel Garrie Esq. | Preparation of Order relating to Plaintiff data | 4.80 | $750.00 | $3,600.00 | 2 | $1,800.00 | $1,800.00 |
| 11/8/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,484.50 | 2 | $1,742.25 | $871.13 |
| 11/9/2021 | Daniel Garrie Esq. | Follow-up with the parties regarding exhibits with motion to compel Plaintiff data. | 0.60 | $750.00 | $450.00 | 2 | $225.00 | $225.00 |
| 11/9/2021 | Daniel Garrie Esq. | Review submissions from the parties relating to exhibits Facebook identifies in relating to motion to compel Plaintiff data. | 2.90 | $750.00 | $2,175.00 | 2 | $1,087.50 | $1,087.50 |
| 11/9/2021 | Daniel Garrie Esq. | Review submissions from the parties | 3.10 | $750.00 | $2,325.00 | 2 | $1,162.50 | $1,162.50 |
| 11/10/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,585.50 | 2 | $1,792.75 | $896.38 |
| 11/11/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,285.50 | 2 | $1,641.25 | $820.63 |
| 11/12/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $1,969.50 | 2 | $984.75 | $984.75 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

Case 3:18-md-02843-VC   Document 1080-10   Filed 11/18/22   Page 4 of 18

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)

Plaintiffs' submission pursuant to ECF No. 1073

JAMS Special Master Expenses Related to Named Plaintiff Data

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 11/13/2021 | Daniel Garrie Esq. | Review submissions from the parties relating to ADI motion and plaintiff data | 4.10 | $750.00 | $3,075.00 | 2 | $1,537.50 | $768.76 |
| 11/14/2021 | Daniel Garrie Esq. | Review submissions from the parties relating to ADI motion and plaintiff data | 4.60 | $750.00 | $3,450.00 | 2 | $1,725.00 | $862.50 |
| 11/15/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,686.50 | 2 | $1,843.25 | $921.63 |
| 11/16/2021 | Daniel Garrie Esq. | Preparation of Order relating to motion to compel Plaintiff's data. | 7.20 | $750.00 | $5,400.00 | 2 | $2,700.00 | $2,700.00 |
| 11/16/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $3,080.50 | 2 | $1,540.25 | $770.13 |
| 11/17/2021 | Daniel Garrie Esq. | Preparation of Order relating to Plaintiff's data | 2.90 | $750.00 | $2,175.00 | 2 | $1,087.50 | $1,087.50 |
| 11/17/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $2,070.50 | 2 | $1,035.25 | $517.63 |
| 11/18/2021 | Daniel Garrie Esq. | Review submissions from Facebook and Plaintiff regarding the named plaintiff data. | 4.90 | $750.00 | $3,675.00 | 2 | $1,837.50 | $1,837.50 |
| 11/18/2021 | Daniel Garrie Esq. | Prepare Order regarding the named Plaintiff data | 0.80 | $750.00 | $600.00 | 2 | $300.00 | $300.00 |
| 11/18/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $1,969.50 | 2 | $984.75 | $492.38 |
| 11/19/2021 | Daniel Garrie Esq. | Work on Order regarding the Named Plaintiff Data. | 4.80 | $750.00 | $3,600.00 | 2 | $1,800.00 | $1,800.00 |
| 11/19/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $757.50 | 2 | $378.75 | $189.38 |
| 11/24/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including review of submissions from the parties | - | - | $1,666.50 | 2 | $833.25 | $416.63 |
| 12/8/2021 | Daniel Garrie Esq. | Prepare Order relating to ADI and review submissions from the parties relating to Plaintiff data | 8.60 | $750.00 | $825.00 | 2 | $3,225.00 | $1,612.50 |
| 12/9/2021 | Daniel Garrie Esq. | Review submissions relating to ADI and former named Plaintiff data from Facebook and Plaintiffs | 4.60 | $750.00 | $3,450.00 | 2 | $1,725.00 | $862.50 |
| 12/11/2021 | Daniel Garrie Esq. | Preparation of Orders | 3.90 | $750.00 | $2,925.00 | 2 | $1,462.50 | $731.25 |
| 12/12/2021 | Daniel Garrie Esq. | Preparation of Orders relating to ADI and Plaintiff's data | 0.40 | $750.00 | $300.00 | 2 | $150.00 | $75.00 |
| 12/12/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 3.10 | $750.00 | $2,325.00 | 2 | $1,162.50 | $581.25 |
| 12/12/2021 | Daniel Garrie Esq. | Review Submissions from the parties and review exhibits | 2.90 | $750.00 | $2,175.00 | 2 | $1,087.50 | $543.75 |
| 12/13/2021 | Daniel Garrie Esq. | Preparation of Orders relating to Plaintiff data and etc. | 3.90 | $750.00 | $2,925.00 | 2 | $1,462.50 | $731.25 |
| 12/13/2021 | Daniel Garrie Esq. | Preparation or Orders and review submissions from parties | 5.10 | $750.00 | $3,825.00 | 2 | $1,912.50 | $956.25 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

2 of 9

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
**Plaintiffs' submission pursuant to ECF No. 1073**
**JAMS Special Master Expenses Related to Named Plaintiff Data**

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 12/14/2021 | Daniel Garrie Esq. | Preparation or Orders relating to Plaintiffs data - review exhibits and technical declarations | 2.30 | $750.00 | $1,725.00 | 2 | $862.50 | $862.50 |
| 12/14/2021 | Daniel Garrie Esq. | Preparation or Orders on Plaintiffs data and depositions | 6.90 | $750.00 | $5,175.00 | 2 | $2,587.50 | $1,293.75 |
| 12/15/2021 | Daniel Garrie Esq. | Review Submissions from the parties and work on Order regarding ADI, Plaintiff's data, etc. | 7.10 | $750.00 | $5,325.00 | 2 | $2,662.50 | $1,331.25 |
| 12/17/2021 | Daniel Garrie Esq. | Preparation or Orders regarding ADI and Named Plaintiffs | 6.90 | $750.00 | $5,175.00 | 2 | $2,587.50 | $1,293.75 |
| 12/22/2021 | Daniel Garrie Esq. | Preparation of Orders an issue on JAMS Access | 0.30 | $750.00 | $225.00 | 2 | $112.50 | $112.50 |
| 12/22/2021 | Daniel Garrie Esq. | Review Submissions and hold hearing with the parties requesting stay regarding Plaintiffs data | 1.10 | $750.00 | $825.00 | 2 | $412.50 | $412.50 |
| 12/23/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 0.80 | $750.00 | $600.00 | 2 | $300.00 | $150.00 |
| 12/23/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 5.50 | $750.00 | $4,125.00 | 2 | $2,062.50 | $1,031.25 |
| 12/29/2021 | Daniel Garrie Esq. | Work on amending deposition protocol and Named Plaintiffs data | 4.90 | $750.00 | $3,675.00 | 2 | $1,837.50 | $918.75 |
| 1/7/2022 | Daniel Garrie Esq. | Review Facebook's submission on the 149 data systems | 1.10 | $750.00 | $825.00 | 2 | $412.50 | $412.50 |
| 1/13/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including review Pope's declaration to prepare for hearing | 0.00 | $0.00 | $315.00 | 2 | $157.50 | $157.50 |
| 1/14/2022 | Daniel Garrie Esq. | Consider motions and agenda and review court filings for hearings. | 0.50 | $750.00 | $375.00 | 2 | $187.50 | $187.50 |
| 1/14/2022 | Daniel Garrie Esq. | Summarize notes from hearing with Mr. Pope. | 0.60 | $750.00 | $450.00 | 2 | $225.00 | $225.00 |
| 1/14/2022 | Daniel Garrie Esq. | Special Master hearing with the parties. | 0.80 | $750.00 | $600.00 | 2 | $300.00 | $300.00 |
| 1/14/2022 | Daniel Garrie Esq. | Multiple meetings with Michael Mann regarding FB 149 user systems. | 0.90 | $750.00 | $675.00 | 2 | $337.50 | $337.50 |
| 1/14/2022 | Daniel Garrie Esq. | Consider submissions and filings for the 149 systems that FB identified involving user data. | 1.90 | $750.00 | $1,425.00 | 2 | $712.50 | $712.50 |
| 1/14/2022 | Daniel Garrie Esq. | Hearing with Counsel re: Mr. Pope regarding FB systems. | 3.30 | $750.00 | $2,475.00 | 2 | $1,237.50 | $1,237.50 |
| 1/14/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including meeting with Special Master Garrie regarding preparation for Pope hearing | 0.00 | $0.00 | $262.50 | 2 | $131.25 | $131.25 |
| 1/14/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including prepare for Pope's hearing | 0.00 | $0.00 | $840.00 | 2 | $420.00 | $420.00 |
| 1/14/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including hearing with Mr. David Pope | 0.00 | $0.00 | $1,837.50 | 2 | $918.75 | $918.75 |
| 1/18/2022 | Daniel Garrie Esq. | Review transcript from David Pope regarding Plaintiffs data. | 0.80 | $750.00 | $600.00 | 2 | $300.00 | $300.00 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
**Plaintiffs' submission pursuant to ECF No. 1073**
**JAMS Special Master Expenses Related to Named Plaintiff Data**

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 1/18/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including review transcript of hearing with David Pope. | 0.00 | $0.00 | $997.50 | 2 | $498.75 | $498.75 |
| 1/19/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including review submissions, | 0.00 | $0.00 | $1,102.50 | 2 | $551.25 | $551.25 |
| 1/31/2022 | Daniel Garrie Esq. | Review Pope transcript for the 55 systems that Facebook identified in the letter. | 1.80 | $750.00 | $1,350.00 | 2 | $675.00 | $675.00 |
| 1/31/2022 | Daniel Garrie Esq. | Review and draft Order to Facebook regarding Named Plaintiffs data requiring Facebook to identify additional details for the 12 systems Facebook identifies as possibly containing data related to Named Plaintiffs and if Facebook will produce the relevant data from those systems or explain why it should not have to do so (i.e., duplicative, burden, etc.). | 2.40 | $750.00 | $1,800.00 | 2 | $900.00 | $900.00 |
| 2/3/2022 | Daniel Garrie Esq. | Consider Facebook's Supplemental Submission Regarding Plaintiff Data and start to draft next Order with regards to Plaintiff Data. | 3.10 | $750.00 | $2,325.00 | 2 | $1,162.50 | $1,162.50 |
| 2/4/2022 | Daniel Garrie Esq. | Draft Supplemental Order regarding Plaintiff Data. | 1.90 | $750.00 | $1,425.00 | 2 | $712.50 | $712.50 |
| 2/6/2022 | Daniel Garrie Esq. | Consider multiple motions for reconsideration submitted by Facebook | 5.90 | $750.00 | $4,425.00 | 2 | $2,212.50 | $2,212.50 |
| 2/7/2022 | Daniel Garrie Esq. | Complete supplemental amended order for Plaintiffs Data regarding 149 Facebook systems | 1.10 | $750.00 | $825.00 | 2 | $412.50 | $412.50 |
| 2/7/2022 | Daniel Garrie Esq. | Professional fees for Michael Mann including review email correspondence regarding Zuckerberg notebooks, ADI, and Named Plaintiff Data | 0.00 | $0.00 | $315.00 | 2 | $157.50 | $52.50 |
| 2/10/2022 | Daniel Garrie Esq. | Consider Facebook submission on "Named Plaintiff Data" and issue additional Order. | 2.10 | $750.00 | $1,575.00 | 2 | $787.50 | $787.50 |
| 2/11/2022 | Daniel Garrie Esq. | Work on outline for hearing with Facebook on 2/17 at 1 p.m. P.S.T. | 5.50 | $750.00 | $4,125.00 | 2 | $2,062.50 | $2,062.50 |
| 2/11/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss Named Plaintiff Data | 0.60 | $750.00 | $450.00 | 2 | $225.00 | $225.00 |
| 2/11/2022 | Daniel Garrie Esq. | Professional fees for Michael Mann including meeting with Daniel Garrie to discuss Named Plaintiff Data | 0.00 | $0.00 | $315.00 | 2 | $157.50 | $157.50 |
| 2/11/2022 | Daniel Garrie Esq. | Professional fees for Michael Mann including review Named Plaintiff Data filings by Plaintiffs and Facebook and prior testimony from Pope | 0.00 | $0.00 | $2,677.50 | 2 | $1,338.75 | $1,338.75 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

4 of 9

Case 3:18-md-02843-VC   Document 1080-10   Filed 11/18/22   Page 7 of 18

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
Plaintiffs' submission pursuant to ECF No. 1073
JAMS Special Master Expenses Related to Named Plaintiff Data

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 2/12/2022 | Daniel Garrie Esq. | Professional fees for Michael Mann including review and summarize technical submission regarding APIs, private partnerships, capabilities, etc. | 0.00 | $0.00 | $3,307.50 | 2 | $1,653.75 | $1,653.75 |
| 2/13/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including continue to summarize technical data regarding various systems identified by Facebook | 0.00 | $0.00 | $210.00 | 2 | $105.00 | $105.00 |
| 2/14/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including meeting with Daniel Garrie to review outline for 02/17 hearing | 0.00 | $0.00 | $210.00 | 2 | $105.00 | $105.00 |
| 2/14/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to review outline for 2/17 hearing | 0.50 | $750.00 | $375.00 | 2 | $187.50 | $187.50 |
| 2/14/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including continue to review Interrogs and other detailed documents submitted by Facebook regarding APIs and Facebook user identifiers | 0.00 | $0.00 | $2,787.50 | 2 | $1,391.25 | $1,391.25 |
| 2/15/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including meeting with Daniel Garrie to review orders and outline | 0.00 | $0.00 | $157.50 | 2 | $78.75 | $78.75 |
| 2/15/2022 | Daniel Garrie Esq. | Prepare for hearing on 2/17 review prior submissions from parties and ADI investigations. | 6.90 | $750.00 | $5,175.00 | 2 | $2,587.50 | $1,293.75 |
| 2/15/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including work on the outline for 02/17 hearing | 0.00 | $0.00 | $3,832.50 | 2 | $1,916.25 | $1,916.25 |
| 2/15/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to review outline for 2/17 hearing | 0.30 | $750.00 | $225.00 | 2 | $112.50 | $112.50 |
| 2/16/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to update 2/17 hearing outline | 0.00 | $0.00 | $577.50 | 2 | $288.75 | $288.75 |
| 2/17/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including review parties submissions regarding systems with Plaintiff data and privilege issues | 0.00 | $0.00 | $2,310.00 | 2 | $1,155.00 | $577.50 |
| 2/17/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including meetings with Daniel Garrie pre and post hearing | 0.00 | $0.00 | $840.00 | 2 | $420.00 | $420.00 |
| 2/17/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including hearing with the parties on Facebook systems that may contain Named Plaintiff Data | 0.00 | $0.00 | $2,100.00 | 2 | $1,050.00 | $1,050.00 |
| 2/17/2022 | Daniel Garrie Esq. | Hearing with the parties. | 4.10 | $750.00 | $3,075.00 | 2 | $1,537.50 | $1,537.50 |
| 2/17/2022 | Daniel Garrie Esq. | Work on outline and notes for 2/17 Facebook hearing. | 5.10 | $750.00 | $3,825.00 | 2 | $1,912.50 | $1,912.50 |
| 2/17/2022 | Daniel Garrie Esq. | Meetings with Michael Mann pre and post hearing | 1.50 | $750.00 | $1,125.00 | 2 | $562.50 | $562.50 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

5 of 9

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
Plaintiffs' submission pursuant to ECF No. 1073
JAMS Special Master Expenses Related to Named Plaintiff Data

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 2/18/2022 | Daniel Garrie Esq. | Meet with Michael Mann to discuss Named Plaintiff data next steps. | 1.10 | $750.00 | $825.00 | 2 | $412.50 | $412.50 |
| 2/18/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including meeting with Daniel Garrie regarding Named Plaintiff Data and Facebook systems that may contain such data | 0.00 | $0.00 | $577.50 | 2 | $288.75 | $288.75 |
| 2/18/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including review 2/17 hearing transcript | 0.00 | $0.00 | $1,522.50 | 2 | $761.25 | $761.25 |
| 2/19/2022 | Daniel Garrie Esq. | Work on Named Plaintiff order and next steps. | 2.20 | $750.00 | $1,650.00 | 2 | $825.00 | $825.00 |
| 2/20/2022 | Daniel Garrie Esq. | Work on Order regarding Named Plaintiff Data and next steps. | 3.30 | $750.00 | $2,475.00 | 2 | $1,237.50 | $1,237.50 |
| 2/21/2022 | Daniel Garrie Esq. | Consider and issue Order regarding Named Plaintiff Data. | 3.20 | $750.00 | $2,400.00 | 2 | $1,200.00 | $1,200.00 |
| 2/22/2022 | Daniel Garrie Esq. | Work on outline for March 2nd at 10 a.m. hearing on Named Plaintiff Data re: DYI file, user data system architecture, and etc. | 5.80 | $750.00 | $4,350.00 | 2 | $2,175.00 | $2,175.00 |
| 2/23/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including work on Named Plaintiff Data hearing outline - 149 systems, data flows, prior testimony, etc. | 0.00 | $0.00 | $2,152.50 | 2 | $1,076.25 | $1,076.25 |
| 2/24/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data outline. | 3.30 | $750.00 | $2,475.00 | 2 | $1,237.50 | $1,237.50 |
| 2/25/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including work on Named Plaintiff Data hearing outline - 149 systems, data flows, prior testimony, etc. | 0.00 | $0.00 | $1,942.50 | 2 | $971.25 | $971.25 |
| 2/26/2022 | Daniel Garrie Esq. | Consider parties motions and requests for relief and issue orders accordingly. | 1.70 | $750.00 | $1,275.00 | 2 | $637.50 | $637.50 |
| 3/7/2022 | Daniel Garrie Esq. | Work on outline for hearing on 3/09 regarding systems relating to Named Plaintiff Data. | 7.20 | $750.00 | $5,400.00 | 2 | $2,700.00 | $2,700.00 |
| 3/8/2022 | Daniel Garrie Esq. | Work on outline for hearing on 3/9 | 5.30 | $750.00 | $3,975.00 | 2 | $1,987.50 | $1,987.50 |
| 3/9/2022 | Daniel Garrie Esq. | Prepare for hearing. | 4.20 | $750.00 | $3,150.00 | 2 | $1,575.00 | $1,575.00 |
| 3/9/2022 | Daniel Garrie Esq. | Hearing with the parties. | 5.70 | $750.00 | $4,275.00 | 2 | $2,137.50 | $2,137.50 |
| 3/9/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss NPD hearing agenda and etc. | 0.90 | $750.00 | $675.00 | 2 | $337.50 | $337.50 |
| 3/10/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss Plaintiff data issues. | 0.80 | $750.00 | $600.00 | 2 | $300.00 | $300.00 |
| 3/11/2022 | Daniel Garrie Esq. | Prepare for hearing with the parties. | 1.60 | $750.00 | $1,200.00 | 2 | $600.00 | $600.00 |
| 3/11/2022 | Daniel Garrie Esq. | Work on Named Plaintiff data order and next steps. | 5.30 | $750.00 | $3,975.00 | 2 | $1,987.50 | $1,987.50 |
| 3/11/2022 | Daniel Garrie Esq. | Meeting with Michael Mann regarding search strings and Named Plaintiff data sources. | 0.80 | $750.00 | $600.00 | 2 | $300.00 | $300.00 |
| 3/14/2022 | Daniel Garrie Esq. | Review transcripts from Named Plaintiff Data hearing and work on update to Named Plaintiff Data order. | 6.20 | $750.00 | $4,650.00 | 2 | $2,325.00 | $2,325.00 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

6 of 9

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
Plaintiffs' submission pursuant to ECF No. 1073
JAMS Special Master Expenses Related to Named Plaintiff Data

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 3/14/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss hearing order. | 0.90 | $750.00 | $675.00 | 2 | $337.50 | $337.50 |
| 3/15/2022 | Daniel Garrie Esq. | Review transcript from Named Plaintiff Data hearing and work on follow on order. | 3.40 | $750.00 | $2,550.00 | 2 | $1,275.00 | $1,275.00 |
| 3/16/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss scenarios and questions regarding NP data. | 0.70 | $750.00 | $525.00 | 2 | $262.50 | $262.50 |
| 3/16/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data order. | 4.90 | $750.00 | $3,675.00 | 2 | $1,837.50 | $1,837.50 |
| 3/17/2022 | Daniel Garrie Esq. | Work on defining Named Plaintiff Data proposal guidance for output based on Facebook engineers testimony (i.e., Python scripts for data pipelines and units of tasks and etc.) | 2.90 | $750.00 | $2,175.00 | 2 | $1,087.50 | $1,087.50 |
| 3/17/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data order. | 2.90 | $750.00 | $2,175.00 | 2 | $1,087.50 | $1,087.50 |
| 3/21/2022 | Daniel Garrie Esq. | Meet with Michael Mann regarding Named Plaintiff Data order. | 0.90 | $750.00 | $675.00 | 2 | $337.50 | $337.50 |
| 3/21/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data and review additional Facebook contracts identified in APIs. | 3.30 | $750.00 | $2,475.00 | 2 | $1,237.50 | $1,237.50 |
| 3/22/2022 | Daniel Garrie Esq. | Meeting with Michael Mann regarding Named Plaintiff Data order. | 0.60 | $750.00 | $450.00 | 2 | $225.00 | $225.00 |
| 3/22/2022 | Daniel Garrie Esq. | Review and finalize Named Plaintiff Data Order, consider various submissions from Plaintiffs regarding NPD data, review various emails exchanged between the parties relating to privilege and etc. | 5.70 | $750.00 | $4,275.00 | 2 | $2,137.50 | $1,068.75 |
| 4/14/2022 | Daniel Garrie Esq. | Review Facebook response to Named Plaintiff Data inquiry relating to Ad and other systems | 3.10 | $750.00 | $2,325.00 | 2 | $1,162.50 | $1,162.50 |
| 4/18/2022 | Daniel Garrie Esq. | Continue the review of database tables identified in the Named Plaintiff Data response submitted by Facebook. | 2.20 | $750.00 | $1,650.00 | 2 | $825.00 | $825.00 |
| 4/19/2022 | Daniel Garrie Esq. | Continue the review of Facebook's further responses to the Named Plaintiff Data issue before the Special Master. | 2.60 | $750.00 | $1,950.00 | 2 | $975.00 | $975.00 |
| 4/21/2022 | Daniel Garrie Esq. | Review Named Plaintiff Data exhibits. | 5.30 | $750.00 | $3,975.00 | 2 | $1,987.50 | $1,987.50 |
| 4/21/2022 | Daniel Garrie Esq. | Hearing Time | 8.00 | $0.00 | $6,000.00 | 2 | $3,000.00 | $3,000.00 |
| 4/25/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss Named Plaintiff Data and etc. | 0.40 | $750.00 | $300.00 | 2 | $150.00 | $150.00 |
| 4/26/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss Named Plaintiff Data and etc. | 0.30 | $750.00 | $225.00 | 2 | $112.50 | $112.50 |
| 4/27/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss Named Plaintiff Data and etc. | 1.20 | $750.00 | $900.00 | 2 | $450.00 | $450.00 |
| 4/29/2022 | Daniel Garrie Esq. | Review and respond to multiple emails from Facebook and Plaintiffs. | 1.30 | $750.00 | $975.00 | 2 | $487.50 | $487.50 |
| 5/2/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data order and review Plaintiffs submission. | 2.90 | $750.00 | $2,175.00 | 2 | $1,087.50 | $1,087.50 |

Confidential submission subject to all applicable privileges, including the attorney work product doctrine.
Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.

7 of 9

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
Plaintiffs' submission pursuant to ECF No. 1073
JAMS Special Master Expenses Related to Named Plaintiff Data

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 5/2/2022 | Daniel Garrie Esq. | Start to review Plaintiffs submission regarding Named Plaintiff Data. | 3.30 | $750.00 | $2,475.00 | 2 | $1,237.50 | $1,237.50 |
| 5/3/2022 | Daniel Garrie Esq. | Meet with Michael Mann re: NPD and etc. | 0.30 | $750.00 | $225.00 | 2 | $112.50 | $112.50 |
| 5/4/2022 | Daniel Garrie Esq. | Work on posting to parties regarding Named Plaintiff Data and review 300+ pages of exhibits to Plaintiffs submission. | 1.80 | $750.00 | $1,350.00 | 2 | $675.00 | $675.00 |
| 5/4/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data order and review Plaintiffs submission - research various technical | 3.90 | $750.00 | $2,925.00 | 2 | $1,462.50 | $1,462.50 |
| 5/4/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss Named Plaintiff Data order. | 0.90 | $750.00 | $675.00 | 2 | $337.50 | $337.50 |
| 5/4/2022 | Daniel Garrie Esq. | Meet with Michael Mann re: preservation, NPD, etc. | 0.40 | $750.00 | $300.00 | 2 | $150.00 | $150.00 |
| 5/9/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data hearing - reviewing prior data/answers. | 1.90 | $750.00 | $1,425.00 | 2 | $712.50 | $712.50 |
| 5/10/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data hearing - reviewing prior data/answers. | 2.90 | $750.00 | $2,175.00 | 2 | $1,087.50 | $1,087.50 |
| 5/11/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data hearing - reviewing prior data/answers. | 3.20 | $750.00 | $2,400.00 | 2 | $1,200.00 | $1,200.00 |
| 5/12/2022 | Daniel Garrie Esq. | Meet with Michael Mann regarding named plaintiff data and preservation issues. | 0.60 | $750.00 | $450.00 | 2 | $225.00 | $225.00 |
| 5/13/2022 | Daniel Garrie Esq. | Prepare for hearing on Named Plaintiff Data. | 5.90 | $750.00 | $4,425.00 | 2 | $2,212.50 | $2,212.50 |
| 5/13/2022 | Daniel Garrie Esq. | Meeting with Michael Mann regarding named plaintiff data. | 1.10 | $750.00 | $825.00 | 2 | $412.50 | $412.50 |
| 5/14/2022 | Daniel Garrie Esq. | Review submissions from parties relating to NPD hearing. | 4.80 | $750.00 | $3,600.00 | 2 | $1,800.00 | $1,800.00 |
| 5/16/2022 | Daniel Garrie Esq. | Meet with Michael Mann to discuss NPD and other filings/motions. | 0.60 | $750.00 | $450.00 | 2 | $225.00 | $225.00 |
| 5/17/2022 | Daniel Garrie Esq. | Summarize hearing notes. | 0.60 | $750.00 | $450.00 | 2 | $225.00 | $225.00 |
| 5/17/2022 | Daniel Garrie Esq. | Prepare for hearing on NPD re: Table schema, user objects, and etc. | 6.30 | $750.00 | $4,725.00 | 2 | $2,362.50 | $2,362.50 |
| 5/17/2022 | Daniel Garrie Esq. | Meet with Michael Mann re: NPD and other issues. | 0.70 | $750.00 | $525.00 | 2 | $262.50 | $262.50 |
| 5/18/2022 | Daniel Garrie Esq. | Meet with Michael Mann re: NPD. | 0.90 | $750.00 | $675.00 | 2 | $337.50 | $337.50 |
| 5/19/2022 | Daniel Garrie Esq. | Meet with Michael Mann re: NPD. | 0.50 | $750.00 | $375.00 | 2 | $187.50 | $187.50 |
| 5/20/2022 | Daniel Garrie Esq. | Work on Named Plaintiff Data Order, review transcripts, and multiple JAMS Access postings. | 6.30 | $750.00 | $4,725.00 | 2 | $2,362.50 | $2,362.50 |
| 6/27/2022 | Daniel Garrie Esq. | Meeting with Michael Mann re: Named Plaintiff Data. | 0.40 | $750.00 | $300.00 | 2 | $150.00 | $150.00 |
| 6/29/2022 | Daniel Garrie Esq. | Meeting with Michael Mann regarding Motions for Reconsideration on Named Plaintiff Data | 0.60 | $750.00 | $450.00 | 2 | $225.00 | $225.00 |
| 7/1/2022 | Daniel Garrie Esq. | Work on revising Named Plaintiff Data order. | 5.50 | $750.00 | $4,125.00 | 2 | $2,062.50 | $2,062.50 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**
8 of 9

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
**Plaintiffs' submission pursuant to ECF No. 1073**
**JAMS Special Master Expenses Related to Named Plaintiff Data**

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 8/7/2022 | Daniel Garrie Esq. | Review multiple emails and JAMS Access posts from parties re: Named Plaintiff Data, issue tracker, and etc. | 2.70 | $750.00 | $2,025.00 | 2 | $1,012.50 | $1,012.50 |
| 8/8/2022 | Daniel Garrie Esq. | Read motions to compel filed by Plaintiffs and review and respond to multiple communications by the parties re: Named plaintiff data, depositions, and etc. | 7.60 | $750.00 | $5,700.00 | 2 | $2,850.00 | $1,425.00 |
| 8/9/2022 | Daniel Garrie Esq. | Finish reading motions to compel filed by Plaintiffs and review and respond to multiple communications by the parties re: Named plaintiff data, depositions, and etc. | 7.30 | $750.00 | $5,475.00 | 2 | $2,737.50 | $1,368.75 |
| | | **TOTAL:** | **368.7** | | **$354,127.50** | | **$177,059.75** | **$146,367.26** |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

JAMS Special Master Expenses Related to ADI

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
Plaintiffs' submission pursuant to ECF No. 1073
JAMS Special Master Expenses Related to ADI

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 10/21/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including assist in preparation of ADI Order. | - | - | $1,060.50 | 2 | $530.25 | $530.25 |
| 10/22/2021 | Daniel Garrie Esq. | Professional fees for Michael Mann including assist in preparation of ADI Order. | - | - | $1,111.00 | 2 | $555.50 | $555.50 |
| 10/27/2021 | Daniel Garrie Esq. | Review submissions from the parties regarding ADI and API call logs. | 4.1 | $750.00 | $3,075.00 | 2 | $1,537.50 | $768.75 |
| 11/10/2021 | Daniel Garrie Esq. | Review Submissions from the parties relating to ADI hearing date/time and Request for Clarification of Order Re: Business Partners | 1.4 | $750.00 | $1,050.00 | 2 | $525.00 | $262.50 |
| 11/13/2021 | Daniel Garrie Esq. | Review submissions from the parties relating to ADI motion and plaintiff data | 4.1 | $750.00 | $3,075.00 | 2 | $1,537.50 | $768.75 |
| 11/14/2021 | Daniel Garrie Esq. | Review submissions from the parties relating to ADI motion and plaintiff data | 4.6 | $750.00 | $3,450.00 | 2 | $1,725.00 | $862.50 |
| 11/30/2021 | Daniel Garrie Esq. | Preparation for hearing on ADI. | 4.2 | $750.00 | $3,150.00 | 2 | $3,150.00 | $3,150.00 |
| 12/1/2021 | Daniel Garrie Esq. | Review Submissions from the parties relating to ADI focusing on reports and exhibits | 4.4 | $750.00 | $3,300.00 | 2 | $1,650.00 | $1,650.00 |
| 12/2/2021 | Daniel Garrie Esq. | Prepare for ADI hearing on 12/4 | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $412.50 |
| 12/3/2021 | Daniel Garrie Esq. | Preparation for Hearing review prior ADI orders and exhibits to motions | 2.8 | $750.00 | $2,100.00 | 2 | $1,050.00 | $1,050.00 |
| 12/3/2021 | Daniel Garrie Esq. | Preparation for Hearing review prior ADI orders and exhibits to motions | 2.8 | $750.00 | $2,100.00 | 2 | $1,050.00 | $1,050.00 |
| 12/3/2021 | Daniel Garrie Esq. | Review submissions from the parties relating to ADI hearing, including transcripts from prior hearings | 5.7 | $750.00 | $4,275.00 | 2 | $2,137.50 | $2,137.50 |
| 12/4/2021 | Daniel Garrie Esq. | Prepare for 12/4 ADI hearing | 1.7 | $750.00 | $1,275.00 | 2 | $637.50 | $637.50 |
| 12/4/2021 | Daniel Garrie Esq. | Special Master ADI hearing. | 3.1 | $750.00 | $2,325.00 | 2 | $1,162.50 | $1,162.50 |
| 12/4/2021 | Daniel Garrie Esq. | Special Master ADI hearing. | 3.5 | $750.00 | $2,625.00 | 2 | $1,312.50 | $1,312.50 |
| 12/5/2021 | Daniel Garrie Esq. | Preparation of Order relating to ADI investigation and review submission focusing on transcripts and exhibits submitted by Facebook and Plaintiffs | 4.8 | $750.00 | $3,600.00 | 2 | $1,800.00 | $1,800.00 |
| 12/6/2021 | Daniel Garrie Esq. | Preparation of Order relating to ADI. | 5.2 | $750.00 | $3,900.00 | 2 | $1,950.00 | $1,950.00 |
| 12/7/2021 | Daniel Garrie Esq. | Review Briefs and Exhibits submitted relating to deposition protocol and ADI hearing materials submitted by Plaintiffs and Facebook | 5.9 | $750.00 | $4,425.00 | 2 | $2,212.50 | $1,106.25 |
| 12/8/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 3.6 | $750.00 | $2,700.00 | 2 | $1,350.00 | $675.00 |
| 12/8/2021 | Daniel Garrie Esq. | Preparation of Orders | 4.1 | $750.00 | $3,075.00 | 2 | $1,537.50 | $768.75 |
| 12/8/2021 | Daniel Garrie Esq. | Review Briefs and Exhibits | 4.9 | $750.00 | $3,675.00 | 2 | $1,837.50 | $918.75 |
| 12/8/2021 | Daniel Garrie Esq. | Prepare Order relating to ADI and review submissions from the parties relating to Plaintiff data | 8.6 | $750.00 | $6,450.00 | 2 | $3,225.00 | $1,612.50 |

Confidential submission subject to all applicable privileges, including the attorney work product doctrine.
Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.

Case 3:18-md-02843-VC   Document 1080-10   Filed 11/18/22   Page 14 of 18

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)

**Plaintiffs' submission pursuant to ECF No. 1073**
**JAMS Special Master Expenses Related to ADI**

| Date | Name | Description | Hours | Rate | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| 12/9/2021 | Daniel Garrie Esq. | Review submissions relating to ADI and former named Plaintiff data from Facebook and Plaintiffs | 4.6 | $750.00 | $3,450.00 | 2 | $1,725.00 | $862.50 |
| 12/11/2021 | Daniel Garrie Esq. | Preparation of Orders | 3.9 | $750.00 | $2,925.00 | 2 | $1,462.50 | $731.25 |
| 12/12/2021 | Daniel Garrie Esq. | Preparation of Orders relating to ADI and Plaintiff's data | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $75.00 |
| 12/15/2021 | Daniel Garrie Esq. | Review Submissions from the parties and work on Order regarding ADI, Plaintiff's data, etc. | 7.1 | $750.00 | $5,325.00 | 2 | $2,662.50 | $1,331.25 |
| 12/17/2021 | Daniel Garrie Esq. | Preparation or Orders regarding ADI and Named Plaintiffs | 6.9 | $750.00 | $5,175.00 | 2 | $2,587.50 | $1,293.75 |
| 12/18/2021 | Daniel Garrie Esq. | Review Submissions from the parties regarding business partner protocol and ADI | 4.7 | $750.00 | $3,525.00 | 2 | $1,762.50 | $881.25 |
| 12/19/2021 | Daniel Garrie Esq. | Preparation of Order relating to ADI | 5.3 | $750.00 | $3,975.00 | 2 | $1,987.50 | $1,987.50 |
| 12/27/2021 | Daniel Garrie Esq. | Issue Order via JAMS Access message regarding privilege and meaning of statistically significant sample | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $150.00 |
| 12/27/2021 | Daniel Garrie Esq. | Conference call with Facebook regarding ADI and access to the 6000 files | 0.7 | $750.00 | $525.00 | 2 | $262.50 | $262.50 |
| 12/27/2021 | Daniel Garrie Esq. | Review prior submissions from the parties regarding ADI | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $300.00 |
| 12/28/2021 | Daniel Garrie Esq. | Review reports attached to ADI motion | 1.8 | $750.00 | $1,350.00 | 2 | $675.00 | $675.00 |
| 12/28/2021 | Daniel Garrie Esq. | Review ADI files from Facebook | 2.8 | $750.00 | $2,100.00 | 2 | $1,050.00 | $1,050.00 |
| 12/29/2021 | Daniel Garrie Esq. | Review Facebook 6000+ ADI files | 2.8 | $750.00 | $2,100.00 | 2 | $1,050.00 | $1,050.00 |
| 1/1/2022 | Daniel Garrie Esq. | Register and download zip files from Facebook re: 6000+ files. | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $150.00 |
| 1/1/2022 | Daniel Garrie Esq. | Send email to Facebook regarding issues with the 6000+ file zip file and attempt to download a new set of zip files. | 0.7 | $750.00 | $525.00 | 2 | $262.50 | $262.50 |
| 1/2/2022 | Daniel Garrie Esq. | Continue to attempt to download the new 6000+ zip file and verify/validate it is complete. | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $150.00 |
| 1/3/2022 | Daniel Garrie Esq. | Facebook ADI privilege issue review of the 6000+ files and entries. | 2.9 | $750.00 | $2,175.00 | 2 | $1,087.50 | $1,087.50 |
| 1/4/2022 | Daniel Garrie Esq. | Analysis of ADI files re: FTI/Stroz report materials. | 3.3 | $750.00 | $2,475.00 | 2 | $1,237.50 | $1,237.50 |
| 1/4/2022 | Daniel Garrie Esq. | Meet with Michael Mann to discuss ADI analysis of Mis Buenos Amigos. | 0.6 | $750.00 | $450.00 | 2 | $225.00 | $225.00 |
| 1/4/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including meet with Special Master Garrie to discuss ADI analysis and Mis Buenos Amigos | - | - | $315.00 | 2 | $157.50 | $157.50 |
| 1/4/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including download and verify ADI files and ingest into analysis tool | - | - | $1,732.50 | 2 | $866.25 | $866.25 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
Plaintiffs' submission pursuant to ECF No. 1073
JAMS Special Master Expenses Related to ADI

| Date | Name | Description | Hours | Rate | Amount | Split | Plaintiffs | Defendant |
|---|---|---|---|---|---|---|---|---|
| 1/5/2022 | Daniel Garrie Esq. | Search and review/analysis of ADI files re: FTI/Stroz report materials. | 1.5 | $750.00 | $1,125.00 | 2 | $562.50 | $562.50 |
| 1/5/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including analysis of ADI files against reports focus on Mis Buenos Amigos and others. | - | - | $4,095.00 | 2 | $2,047.50 | $2,047.50 |
| 1/6/2022 | Daniel Garrie Esq. | Search and review/analysis the 6000-ADI files re: FTI/Stroz report materials. | 4.9 | $750.00 | $3,675.00 | 2 | $1,837.50 | $1,837.50 |
| 1/6/2022 | Daniel Garrie Esq. | Meet with Michael Mann to discuss ADI analysis | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $300.00 |
| 1/6/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including ADI file analysis focus on SVD | - | - | $4,095.00 | 2 | $2,047.50 | $2,047.50 |
| 1/7/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including ADI analysis focus on Wedding Street and others | - | - | $3,727.50 | 2 | $1,863.75 | $1,863.75 |
| 1/7/2022 | Daniel Garrie Esq. | Review the 6000+ ADI files relating to FTI/Stroz reports | 5.3 | $750.00 | $3,975.00 | 2 | $1,987.50 | $1,987.50 |
| 1/8/2022 | Daniel Garrie Esq. | ADI file analysis focusing on SVD and Wedding Street | 3.1 | $750.00 | $2,325.00 | 2 | $1,162.50 | $1,162.50 |
| 1/8/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including meet with Special Master Garrie to discuss ADI analysis | - | - | $420.00 | 2 | $210.00 | $210.00 |
| 1/8/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including ADI analysis focusing on AppBank and other apps | - | - | $3,727.50 | 2 | $1,863.75 | $1,863.75 |
| 1/9/2022 | Daniel Garrie Esq. | Analysis of ADI files against Stroz/FTI reports focusing on Wedding Street, Gorgias, Omlet Arcade Developer, etc. | 4.9 | $750.00 | $3,675.00 | 2 | $1,837.50 | $1,837.50 |
| 1/9/2022 | Daniel Garrie Esq. | Meet with Michael Mann to discuss ADI analysis results. | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $337.50 |
| 1/9/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including meeting with Special Master Garrie to discuss ADI analysis results | - | - | $472.50 | 2 | $236.25 | $236.25 |
| 1/9/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including analysis of ADI files focusing on AppBank and other apps | - | - | $3,307.50 | 2 | $1,653.75 | $1,653.75 |
| 1/10/2022 | Daniel Garrie Esq. | Finish supplemental ADI Order. | 1.3 | $750.00 | $975.00 | 2 | $487.50 | $487.50 |
| 1/10/2022 | Daniel Garrie Esq. | Work on supplemental order re: ADI for the Court. | 2.9 | $750.00 | $2,175.00 | 2 | $1,087.50 | $1,087.50 |
| 1/10/2022 | Daniel Garrie Esq. | Finish review of substantial portion of ADI 6000+ files. | 3.1 | $750.00 | $2,325.00 | 2 | $1,162.50 | $1,162.50 |
| 1/10/2022 | Daniel Garrie Esq. | Meeting with Michael Mann to discuss the in-camera review of ADI documents. | 1.5 | $750.00 | $1,125.00 | 2 | $562.50 | $562.50 |

Confidential submission subject to all applicable privileges, including the attorney work product doctrine.
Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.

Case 3:18-md-02843-VC  Document 1080-10  Filed 11/18/22  Page 16 of 18

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
**Plaintiffs' submission pursuant to ECF No. 1073**
**JAMS Special Master Expenses Related to ADI**

| Date | Name | Description | Hours | Rate | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| 1/10/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including meeting with Special Master Garrie to discuss In Camera review of ADI documents | - | - | $787.50 | 2 | $393.75 | $393.75 |
| 1/12/2022 | Daniel Garrie Esq. | Post to JAMS Access responses to requests from Plaintiff and Facebook regarding ADI Orders. | 0.2 | $750.00 | $150.00 | 2 | $75.00 | $75.00 |
| 1/12/2022 | Daniel Garrie Esq. | Consider multiple JAMS Access submissions from Facebook and Plaintiffs regarding ADI Orders. | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $337.50 |
| 1/12/2022 | Daniel Garrie Esq. | Respond to Facebook post regarding request for topics that will be covered in the hearing and motion for reconsideration. | 1.2 | $750.00 | $900.00 | 2 | $450.00 | $450.00 |
| 1/20/2022 | Daniel Garrie Esq. | Draft and issue update to tentative Supplemental ADI Order. | 1.2 | $750.00 | $900.00 | 2 | $450.00 | $450.00 |
| 1/20/2022 | Daniel Garrie Esq. | Consider Facebook motion for Reconsideration of Supplemental ADI Order. | 4.8 | $750.00 | $3,600.00 | 2 | $1,800.00 | $1,800.00 |
| 1/20/2022 | Daniel Garrie Esq. | Professional fees for MICHAEL MANN including review Motion for Reconsideration of Order regarding ADI. | - | - | $2,572.50 | 2 | $1,286.25 | $1,286.25 |
| 2/7/2022 | Daniel Garrie Esq. | Professional fees for Michael Mann including review email correspondence regarding Zuckerberg notebooks, ADI, and Named Plaintiff Data | - | - | $315.00 | 2 | $157.50 | $52.50 |
| 2/15/2022 | Daniel Garrie Esq. | Prepare for hearing on 2/17 review prior submissions from parties and ADI investigations. | 6.9 | $750.00 | $5,175.00 | 2 | $2,587.50 | $1,293.75 |
| 3/31/2022 | Daniel Garrie Esq. | Review multiple emails and submissions from parties including FTI/Stroz, ADI, and other related issues. | 4.9 | $750.00 | $3,675.00 | 2 | $1,837.50 | $1,837.50 |
| 4/9/2022 | Daniel Garrie Esq. | Review and research various issues relating to ADI and filings. | 1.9 | $750.00 | $1,425.00 | 2 | $712.50 | $712.50 |
| | | **TOTAL:** | **183.3** | | **$165,214.00** | | **$84,182.00** | **$69,864.50** |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

4 of 4

JAMS Special Master Expenses Related to Sanctions

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)

Plaintiffs' submission pursuant to ECF No. 1073

JAMS Special Master Expenses Related to Sanctions

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties Billed | Your Share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 3/17/2022 | Daniel Garrie Esq. | Review motion for sanctions filed by the parties. | 1.9 | $750.00 | $1,425.00 | 2 | $712.50 | $712.50 |
| 4/12/2022 | Daniel Garrie Esq. | Start reading Facebook motion to sanctions. | 4.9 | $750.00 | $3,675.00 | 2 | $1,837.50 | $1,837.50 |
| 4/13/2022 | Daniel Garrie Esq. | Review Facebook opposition to sanctions. | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $337.50 |
| 4/14/2022 | Daniel Garrie Esq. | Continue to read Facebook's opposition to sanctions motion. | 2.2 | $750.00 | $1,650.00 | 2 | $825.00 | $825.00 |
| 4/27/2022 | Daniel Garrie Esq. | Review Plaintiffs reply motion to sanctions and exhibits. | 6.3 | $750.00 | $4,725.00 | 2 | $2,362.50 | $2,362.50 |
| 4/28/2022 | Daniel Garrie Esq. | Meet with Michael Mann to discuss Sanction submissions | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $150.00 |
| 4/29/2022 | Daniel Garrie Esq. | Research case law regarding sanctions. | 1.8 | $750.00 | $1,350.00 | 2 | $675.00 | $675.00 |
| 4/29/2022 | Daniel Garrie Esq. | Finish review of Sanction submissions. | 1.9 | $750.00 | $1,425.00 | 2 | $712.50 | $712.50 |
| 4/29/2022 | Daniel Garrie Esq. | Review Plaintiffs' Reply in Support of Motion of Sanctions. | 2.2 | $750.00 | $1,650.00 | 2 | $825.00 | $825.00 |
| 5/11/2022 | Daniel Garrie Esq. | Review Plaintiffs exhibits in motion for sanctions. | 3.7 | $750.00 | $2,775.00 | 2 | $1,387.50 | $1,387.50 |
| 8/13/2022 | Daniel Garrie Esq. | Review Plaintiffs Supplemental Brief In Support of Sanctions | 6.3 | $750.00 | $4,725.00 | 2 | $2,362.50 | $2,362.50 |
| 8/14/2022 | Daniel Garrie Esq. | Review Plaintiffs Supplemental Brief In Support of Sanctions | 7.2 | $750.00 | $5,400.00 | 2 | $2,700.00 | $2,700.00 |
| 8/28/2022 | Daniel Garrie Esq. | Read FB sanctions submissions and exhibits to the Court. | 4.1 | $750.00 | $3,075.00 | 2 | $1,537.50 | $1,537.50 |
| 8/29/2022 | Daniel Garrie Esq. | Read FB sanctions submissions and exhibits to the Court. | 3.1 | $750.00 | $2,325.00 | 2 | $1,162.50 | $1,162.50 |
| | | **TOTAL:** | 46.9 | | $35,175.00 | | $17,587.50 | $17,587.50 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**