# Exhibit 11

# JAMS Mediation Expenses Related to ADI

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
Plaintiffs' submission pursuant to ECF No. 1073
JAMS Mediation Expenses Related to ADI

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties billed | Your share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 4/20/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 0.2 | $750.00 | $150.00 | 2 | $75.00 | $37.50 |
| 4/20/2021 | Hon. Gail Andler (Ret.) | Review briefs and exhibits in preparation for 04/21 discovery mediation. | 2 | $1,000.00 | $2,000.00 | 2 | $1,000.00 | $500.00 |
| 4/21/2021 | Daniel Garrie Esq. | Preparation for Hearing | 1.3 | $750.00 | $975.00 | 2 | $487.50 | $243.75 |
| 4/21/2021 | Daniel Garrie Esq. | Hearing Time | 8 | $750.00 | $6,000.00 | 2 | $3,000.00 | $1,500.00 |
| 4/21/2021 | Hon. Gail Andler (Ret.) | Hearing Time | 8 | $1,000.00 | $8,000.00 | 2 | $4,000.00 | $2,000.00 |
| 4/22/2021 | Daniel Garrie Esq. | Review Briefs and Exhibits focus on ADI | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $300.00 |
| 4/27/2021 | Daniel Garrie Esq. | Review emails/messages from parties and attachments | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $50.00 |
| 4/27/2021 | Daniel Garrie Esq. | Review emails/messages from parties | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $100.00 |
| 4/29/2021 | Hon. Gail Andler (Ret.) | Review submissions in preparation for discovery mediation session of 04/30/21 | 2 | $1,000.00 | $2,000.00 | 2 | $1,000.00 | $166.67 |
| 4/30/2021 | Daniel Garrie Esq. | Hearing Time | 8 | $750.00 | $6,000.00 | 2 | $3,000.00 | $500.00 |
| 4/30/2021 | Hon. Gail Andler (Ret.) | Session time; confer with Daniel Garrie | 8 | $1,000.00 | $8,000.00 | 2 | $4,000.00 | $666.67 |
| 5/6/2021 | Hon. Gail Andler (Ret.) | Review emails/messages, briefs and exhibits from parties in preparation for 05/07/21 session | 1 | $1,000.00 | $1,000.00 | 2 | $500.00 | $166.67 |
| 5/7/2021 | Daniel Garrie Esq. | Review Briefs and Exhibits | 2.1 | $750.00 | $1,575.00 | 2 | $787.50 | $393.75 |
| 5/7/2021 | Hon. Gail Andler (Ret.) | Review of submissions and session time | 3 | $1,000.00 | $3,000.00 | 2 | $1,500.00 | $750.00 |
| 5/7/2021 | Daniel Garrie Esq. | Hearing Time | 4 | $750.00 | $3,000.00 | 2 | $1,500.00 | $750.00 |
| 5/17/2021 | Daniel Garrie Esq. | Conference call with parties . | 1.5 | $750.00 | $1,125.00 | 2 | $562.50 | $281.25 |
| 5/17/2021 | Hon. Gail Andler (Ret.) | Conduct mediation session; Review correspondence from CL and MKC | 1.5 | $1,000.00 | $1,500.00 | 2 | $750.00 | $375.00 |
| 5/18/2021 | Hon. Gail Andler (Ret.) | Attend Discovery Conference before Judge Corley; draft correspondence to counsel re: next steps; draft correspondence to counsel re: suggestion to continue the CMC; review correspondence re: same from both sides; review correspondence from LS re: Hit reports | 2 | $1,000.00 | $2,000.00 | 2 | $1,000.00 | $375.00 |
| 5/25/2021 | Daniel Garrie Esq. | Private telephone call with parties. | 0.5 | $750.00 | $375.00 | 2 | $187.50 | $93.75 |
| 5/25/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 0.6 | $750.00 | $450.00 | 2 | $225.00 | $112.50 |
| 5/25/2021 | Hon. Gail Andler (Ret.) | Draft correspondence to counsel requesting responses to plaintiff submissions on TAR, ADI and search strings; review correspondence from AD; telephone conference with counsel | 1.5 | $1,000.00 | $1,500.00 | 2 | $750.00 | $375.00 |
| 5/25/2021 | Hon. Gail Andler (Ret.) | LOOP UP CHARGE for conference call between Neutral and counsel. | | $59.23 | $59.23 | 2 | $29.62 | $9.87 |
| 6/3/2021 | Daniel Garrie Esq. | Preparation for Hearing with Facebook counsel. | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $150.00 |
| 6/3/2021 | Hon. Gail Andler (Ret.) | Mediation session; confer with Daniel Garrie; draft correspondence | 1 | $1,000.00 | $1,000.00 | 2 | $500.00 | $250.00 |
| 6/3/2021 | Daniel Garrie Esq. | Private telephone call with Facebook counsel. | 1.5 | $750.00 | $1,125.00 | 2 | $562.50 | $281.25 |
| 6/7/2021 | Daniel Garrie Esq. | Review Submissions from the Parties | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $206.25 |
| 6/8/2021 | Daniel Garrie Esq. | Review emails/messages from parties and respond | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $168.75 |

Case 3:18-md-02843-VC   Document 1080-11   Filed 11/18/22   Page 4 of 9

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)

**Plaintiffs' submission pursuant to ECF No. 1073**

**JAMS Mediation Expenses Related to ADI**

| Date | Professional | Description | Hours | Rate | Amount | Parties | Per Party | |
|---|---|---|---|---|---|---|---|---|
| 6/9/2021 | Daniel Garrie Esq. | Review emails/messages from parties relating to search strings and correspondence between Plaintiff and Facebook regarding additional issues to consider | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $206.25 |
| 6/10/2021 | Daniel Garrie Esq. | Review emails/messages from parties | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $112.50 |
| 6/11/2021 | Hon. Gail Andler (Ret.) | Zoom session | 1 | $1,000.00 | $1,000.00 | 2 | $500.00 | $125.00 |
| 6/12/2021 | Daniel Garrie Esq. | Review emails/messages from parties | 3.9 | $750.00 | $2,925.00 | 2 | $1,462.50 | $365.63 |
| 6/13/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $103.13 |
| 6/14/2021 | Daniel Garrie Esq. | Preparation for hearing with the parties. | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $84.38 |
| 6/14/2021 | Hon. Gail Andler (Ret.) | Review multiple pre- mediation submissions; conduct mediation session | 7 | $1,000.00 | $7,000.00 | 2 | $3,500.00 | $875.00 |
| 6/22/2021 | Daniel Garrie Esq. | Review emails/messages from parties regarding joint submission to the court (15+ emails and attachments) | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $168.75 |
| 6/23/2021 | Hon. Gail Andler (Ret.) | Review emails from counsel regarding disputes over joint submission to Judge Corley; attend Discovery Conference before Judge Corley | 0.5 | $1,000.00 | $500.00 | 2 | $250.00 | $125.00 |
| 6/24/2021 | Daniel Garrie Esq. | Review emails/messages from parties regarding ADI, TAR, and other discovery matters | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $168.75 |
| 6/24/2021 | Hon. Gail Andler (Ret.) | Attend case management conference; review submissions from counsel | 0.5 | $1,000.00 | $500.00 | 2 | $250.00 | $125.00 |
| 6/28/2021 | Daniel Garrie Esq. | Preparation for Hearing including reviewing the ADI protocol proposed by Facebook and multiple emails from the parties | 1.8 | $750.00 | $1,350.00 | 2 | $675.00 | $675.00 |
| 6/29/2021 | Daniel Garrie Esq. | Conference call with parties to discuss (1) ADI, (2) TAR Protocol, and (3) Case schedule. | 5.6 | $750.00 | $4,200.00 | 2 | $2,100.00 | $700.00 |
| 7/6/2021 | Daniel Garrie Esq. | Review Submissions from the parties to the Court on TAR, ADI, and other related discovery issues | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $137.50 |
| 4/1/2022 | Daniel Garrie Esq. | Meeting with Facebook Counsel regarding mediation topics. | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $412.50 |
| 4/1/2022 | Daniel Garrie Esq. | Meeting with Plaintiff Counsel regarding mediation issues. | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $412.50 |
| 4/4/2022 | Daniel Garrie Esq. | Mediation with the parties and summary. | 3.5 | $750.00 | $2,625.00 | 2 | $1,312.50 | $656.25 |
| 4/4/2022 | Daniel Garrie Esq. | Prepare for mediation with the parties. | 1.8 | $750.00 | $1,350.00 | 2 | $675.00 | $337.50 |
| 4/4/2022 | Daniel Garrie Esq. | Review notes from mediation. | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $150.00 |
| 4/4/2022 | Daniel Garrie Esq. | Review transcript from hearing with Judge. | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $206.25 |
| 4/5/2022 | Daniel Garrie Esq. | Review notes and have multiple calls with parties regarding various mediation topics. | 1.9 | $750.00 | $1,425.00 | 2 | $712.50 | $356.25 |
| 4/5/2022 | Hon. Gail Andler (Ret.) | 03/07/22 - 04/05/22: Sessions and telephonic discussions with counsel and Daniel Garrie, and review of communications. | 5 | $1,000.00 | $5,000.00 | 2 | $2,500.00 | $875.00 |
| 4/8/2022 | Daniel Garrie Esq. | Multiple calls with the parties regarding mediation issues. | 2.2 | $750.00 | $1,650.00 | 2 | $825.00 | $412.50 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**

**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**   Page 2

Case 3:18-md-02843-VC   Document 1080-11   Filed 11/18/22   Page 5 of 9

In re: Facebook, Inc., Consumer Privacy User Profile Litigation, No. 18-md-02843-VC (N.D. Cal.)

Plaintiffs' submission pursuant to ECF No. 1073

JAMS Mediation Expenses Related to ADI

| Date | Professional | Description | Hours | Rate | Amount | | | |
|---|---|---|---|---|---|---|---|---|
| 5/5/2022 | Hon. Gail Andler (Ret.) | Conduct Zoom Mediation session with counsel; confer with Daniel Garrie re: same. | 3 | $1,000.00 | $3,000.00 | 2 | $1,500.00 | $88.24 |
| 5/13/2022 | Daniel Garrie Esq. | Review spreadsheet tracker submitted by the parties. | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $19.85 |
| 5/20/2022 | Daniel Garrie Esq. | Private telephone call with parties regarding various issues on tracker spreadsheet. | 1.9 | $750.00 | $1,425.00 | 2 | $712.50 | $26.39 |
| 5/22/2022 | Daniel Garrie Esq. | Review impasse spreadsheet and prepare for meeting with Discovery Mediator re: Declarations of Impasse. | 3.9 | $750.00 | $2,925.00 | 2 | $1,462.50 | $54.17 |
| 5/23/2022 | Daniel Garrie Esq. | Internal call with mediator regarding spreadsheet tracker. | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $5.56 |
| 5/23/2022 | Daniel Garrie Esq. | Multiple calls with Facebook and Plaintiffs re: Preservation and event tracker. | 0.6 | $750.00 | $450.00 | 2 | $225.00 | $8.33 |
| 5/26/2022 | Daniel Garrie Esq. | Conference call with Discovery Mediator re: Declarations of Impasse. | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $15.87 |
| 5/26/2022 | Hon. Gail Andler (Ret.) | May 2022: Review correspondence re: discovery disputes; Review Mediation Tracker and evaluate same; confer with Daniel Garrie re: Declarations of Impasse | 5 | $1,000.00 | $5,000.00 | 2 | $2,500.00 | $96.15 |
| 5/31/2022 | Daniel Garrie Esq. | Review incident response tracker. | 0.7 | $750.00 | $525.00 | 2 | $262.50 | $10.10 |
| 5/31/2022 | Daniel Garrie Esq. | Review various emails and submissions from Counsel. | 0.3 | $750.00 | $225.00 | 2 | $112.50 | $4.33 |
| 6/2/2022 | Daniel Garrie Esq. | Review and respond to multiple emails re: Mediation tracker and other issues. | 2.8 | $750.00 | $2,100.00 | 2 | $1,050.00 | $40.38 |
| 6/3/2022 | Daniel Garrie Esq. | Review multiple emails and etc. re: Mediation tracker and other related issues. | 1.8 | $750.00 | $1,350.00 | 2 | $675.00 | $25.96 |
| 6/7/2022 | Daniel Garrie Esq. | Review multiple emails relating to mediation issues. | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $11.54 |
| 6/10/2022 | Daniel Garrie Esq. | Review multiple emails from parties re: mediation and etc. | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $5.77 |
| 6/15/2022 | Daniel Garrie Esq. | Meeting with J. Andler re: Impasse and etc. | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $9.17 |
| 6/15/2022 | Daniel Garrie Esq. | Prepare for call with Judge Andler to discuss spreadsheet tracker. | 1.9 | $750.00 | $1,425.00 | 2 | $712.50 | $43.54 |
| 6/15/2022 | Hon. Gail Andler (Ret.) | Review correspondence; review Mediation Tracker; confer with Daniel Garrie re: items on Tracker and requests for Declaration of Impasse and rule on requests. | 2 | $1,000.00 | $2,000.00 | 2 | $1,000.00 | $61.11 |
| 6/16/2022 | Daniel Garrie Esq. | Work on declaration of impasse. | 0.6 | $750.00 | $450.00 | 2 | $225.00 | $13.75 |
| 7/14/2022 | Daniel Garrie Esq. | Prepare for mediation on 7/18. | 2.9 | $750.00 | $2,175.00 | 2 | $1,087.50 | $31.99 |
| 7/15/2022 | Daniel Garrie Esq. | Prepare for mediation with parties on 7/18 re: submission and etc. | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $12.13 |
| | | **TOTAL:** | **140.4** | | **$118,859.23** | | **$59,429.62** | **$19,178.56** |

JAMS Mediation Expenses Related to Named Plaintiff Data

Case 3:18-md-02843-VC   Document 1080-11   Filed 11/18/22   Page 7 of 9

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
Plaintiffs' submission pursuant to ECF No. 1073
JAMS Mediation Costs Related to Named Plaintiff Data

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties billed | Your share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 5/6/2021 | Hon. Gail Andler (Ret.) | Review emails/messages, briefs and exhibits from parties in preparation for 05/07/21 session | 1 | $1,000.00 | $1,000.00 | 2 | $500.00 | $166.67 |
| 5/13/2021 | Hon. Gail Andler (Ret.) | Review submissions; mediation session time, providing guidance to counsel re: scheduling order | 1.5 | $1,000.00 | $1,500.00 | 2 | $750.00 | $375.00 |
| 5/15/2021 | Daniel Garrie Esq. | Review Submissions from the parties - multiple emails from parties. | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $168.75 |
| 5/30/2021 | Daniel Garrie Esq. | Preparation for Hearing review filings and emails. | 0.6 | $750.00 | $450.00 | 2 | $225.00 | $112.50 |
| 5/31/2021 | Daniel Garrie Esq. | Preparation for Hearing review filings and emails. | 0.7 | $750.00 | $525.00 | 2 | $262.50 | $131.25 |
| 6/10/2021 | Daniel Garrie Esq. | Review emails/messages from parties | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $112.50 |
| 6/11/2021 | Hon. Gail Andler (Ret.) | Zoom session | 1 | $1,000.00 | $1,000.00 | 2 | $500.00 | $125.00 |
| 6/12/2021 | Daniel Garrie Esq. | Review emails/messages from parties | 3.9 | $750.00 | $2,925.00 | 2 | $1,462.50 | $365.63 |
| 6/13/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $103.13 |
| 6/14/2021 | Daniel Garrie Esq. | Preparation for hearing with the parties. | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $84.38 |
| 6/14/2021 | Hon. Gail Andler (Ret.) | Review multiple pre- mediation submissions; conduct mediation session | 7 | $1,000.00 | $7,000.00 | 2 | $3,500.00 | $875.00 |
| 7/9/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $150.00 |
| 7/12/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 1.8 | $750.00 | $1,350.00 | 2 | $675.00 | $337.50 |
| 7/13/2021 | Daniel Garrie Esq. | Preparation for conference call with the Plaintiffs | 0.7 | $750.00 | $525.00 | 2 | $262.50 | $131.25 |
| 7/13/2021 | Daniel Garrie Esq. | Follow - up calls with counsel for Plaintiff | 1.4 | $750.00 | $1,050.00 | 2 | $525.00 | $262.50 |
| 7/20/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 1.4 | $750.00 | $1,050.00 | 2 | $525.00 | $175.00 |
| 7/21/2021 | Daniel Garrie Esq. | Preparation for Hearing by reviewing parties submissions and exhibits. | 1.9 | $750.00 | $1,425.00 | 2 | $712.50 | $237.50 |
| 7/22/2021 | Daniel Garrie Esq. | Conference call with parties | 4.4 | $750.00 | $3,300.00 | 2 | $1,650.00 | $412.50 |
| 7/22/2021 | Hon. Gail Andler (Ret.) | Discovery mediation session | 4 | $1,000.00 | $4,000.00 | 2 | $2,000.00 | $500.00 |
| 8/12/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 3.1 | $750.00 | $2,325.00 | 2 | $1,162.50 | $232.50 |
| 8/13/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 4.1 | $750.00 | $3,075.00 | 2 | $1,537.50 | $307.50 |
| 8/13/2021 | Daniel Garrie Esq. | Preparation of protocol to deal with impasse | 4.1 | $750.00 | $3,075.00 | 2 | $1,537.50 | $307.50 |
| 8/15/2021 | Daniel Garrie Esq. | Review Submissions from the parties for mediation on Monday. | 2.9 | $750.00 | $2,175.00 | 2 | $1,087.50 | $217.50 |
| 8/16/2021 | Daniel Garrie Esq. | Review Submissions from the parties. | 3.9 | $750.00 | $2,925.00 | 2 | $1,462.50 | $292.50 |
| 8/16/2021 | Hon. Gail Andler (Ret.) | Review submissions and confer with Daniel Garrie; 08/16/21: Mediation session | 6 | $1,000.00 | $6,000.00 | 2 | $3,000.00 | $600.00 |
| 8/18/2021 | Daniel Garrie Esq. | Review emails/messages from parties and prepare for mediation session today. | 1.8 | $750.00 | $1,350.00 | 2 | $675.00 | $112.50 |
| 8/18/2021 | Daniel Garrie Esq. | Telephone call with counsel regarding various discovery mediation issues. | 4.2 | $750.00 | $3,150.00 | 2 | $1,575.00 | $393.75 |
| 8/18/2021 | Hon. Gail Andler (Ret.) | Review emails from counsel in preparation for session; conduct mediation session; confer with Daniel Garrie re: Declaration of Impasse | 5 | $1,000.00 | $5,000.00 | 2 | $2,500.00 | $625.00 |
| 8/19/2021 | Daniel Garrie Esq. | Review Submissions from the parties | 0.7 | $750.00 | $525.00 | 2 | $262.50 | $65.63 |
| 8/20/2021 | Daniel Garrie Esq. | Follow-up and summarize notes | 0.3 | $750.00 | $225.00 | 2 | $112.50 | $28.13 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 18-md-02843-VC (N.D. Cal.)
**Plaintiffs' submission pursuant to ECF No. 1073**
**JAMS Mediation Costs Related to Named Plaintiff Data**

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties billed | Your share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 8/20/2021 | Daniel Garrie Esq. | Review emails/messages from parties | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $75.00 |
| 8/20/2021 | Daniel Garrie Esq. | Preparation for mediation | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $84.38 |
| 8/20/2021 | Daniel Garrie Esq. | Conference call with parties regarding discovery issues | 2.5 | $750.00 | $1,875.00 | 2 | $937.50 | $234.38 |
| 8/20/2021 | Hon. Gail Andler (Ret.) | Prepare for and conduct discovery mediation session | 2.5 | $1,000.00 | $2,500.00 | 2 | $1,250.00 | $312.50 |
| 9/8/2021 | Daniel Garrie Esq. | Prepare for mediation conference on 09/09. | 1.2 | $750.00 | $900.00 | 2 | $450.00 | $225.00 |
| 9/8/2021 | Daniel Garrie Esq. | Complete the review of the submissions from the Plaintiffs for the mediation session on 09/09 | 2.9 | $750.00 | $2,175.00 | 2 | $1,087.50 | $543.75 |
| 9/9/2021 | Hon. Gail Andler (Ret.) | Prepare for and conduct mediation session with parties | 5 | $1,000.00 | $5,000.00 | 2 | $2,500.00 | $1,250.00 |
| 9/13/2021 | Daniel Garrie Esq. | Review emails/messages from parties regarding impasse | 1.3 | $750.00 | $975.00 | 2 | $487.50 | $243.75 |
| 5/13/2022 | Daniel Garrie Esq. | Review spreadsheet tracker submitted by the parties. | 0.9 | $750.00 | $675.00 | 2 | $337.50 | $19.85 |
| 5/22/2022 | Daniel Garrie Esq. | Review impasse spreadsheet and prepare for meeting with Discovery Mediator re: Declarations of Impasse. | 3.9 | $750.00 | $2,925.00 | 2 | $1,462.50 | $54.17 |
| 5/26/2022 | Daniel Garrie Esq. | Conference call with Discovery Mediator re: Declarations of Impasse. | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $15.87 |
| 5/26/2022 | Hon. Gail Andler (Ret.) | May 2022: Review correspondence re: discovery disputes; Review Mediation Tracker and evaluate same; confer with Daniel Garrie re: Declarations of Impasse | 5 | $1,000.00 | $5,000.00 | 2 | $2,500.00 | $96.15 |
| 5/31/2022 | Daniel Garrie Esq. | Review incident response tracker. | 0.7 | $750.00 | $525.00 | 2 | $262.50 | $10.10 |
| 5/31/2022 | Daniel Garrie Esq. | Review various emails and submissions from Counsel. | 0.3 | $750.00 | $225.00 | 2 | $112.50 | $4.33 |
| 6/2/2022 | Daniel Garrie Esq. | Review and respond to multiple emails re: Mediation tracker and other issues. | 2.8 | $750.00 | $2,100.00 | 2 | $1,050.00 | $40.38 |
| 6/3/2022 | Daniel Garrie Esq. | Review multiple emails and etc. re: Mediation tracker and other related issues. | 1.8 | $750.00 | $1,350.00 | 2 | $675.00 | $25.96 |
| 6/3/2022 | Hon. Gail Andler (Ret.) | Review emails re: propriety of ?ling Tracker with Court; discuss same with Daniel Garrie; send email response; meet with counsel over Zoom re: same and discussions about use of Tracker. | 1 | $1,000.00 | $1,000.00 | 2 | $500.00 | $19.23 |
| 6/7/2022 | Daniel Garrie Esq. | Review multiple emails relating to mediation issues. | 0.8 | $750.00 | $600.00 | 2 | $300.00 | $11.54 |
| 6/10/2022 | Daniel Garrie Esq. | Review multiple emails from parties re: mediation and etc. | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $5.77 |
| 6/15/2022 | Daniel Garrie Esq. | Meeting with J. Andler re: Impasse and etc. | 0.4 | $750.00 | $300.00 | 2 | $150.00 | $4.58 |
| 6/15/2022 | Daniel Garrie Esq. | Prepare for call with Judge Andler to discuss spreadsheet tracker. | 1.9 | $750.00 | $1,425.00 | 2 | $712.50 | $21.77 |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**

*In re: Facebook, Inc., Consumer Privacy User Profile Litigation* , No. 18-md-02843-VC (N.D. Cal.)
**Plaintiffs' submission pursuant to ECF No. 1073**
**JAMS Mediation Costs Related to Named Plaintiff Data**

| Date | Biller | Description of Work Performed | Hours | Rate | Total Billed | Parties billed | Your share | Compensable Cost |
|---|---|---|---|---|---|---|---|---|
| 6/15/2022 | Hon. Gail Andler (Ret.) | Review correspondence; review Mediation Tracker; confer with Daniel Garrie re: items on Tracker and requests for Declaration of Impasse and rule on requests. | 2 | $1,000.00 | $2,000.00 | 2 | $1,000.00 | $30.56 |
| 6/16/2022 | Daniel Garrie Esq. | Work on declaration of impasse. | 0.6 | $750.00 | $450.00 | 2 | $225.00 | $6.88 |
| 7/14/2022 | Daniel Garrie Esq. | Prepare for mediation on 7/18. | 2.9 | $750.00 | $2,175.00 | 2 | $1,087.50 | $31.99 |
| 7/15/2022 | Daniel Garrie Esq. | Prepare for mediation with parties on 7/18 re: submission and etc. | 1.1 | $750.00 | $825.00 | 2 | $412.50 | $12.13 |
| 7/18/2022 | Daniel Garrie Esq. | Conference call with parties | 4.1 | $750.00 | $3,075.00 | 2 | $1,537.50 | $45.22 |
| 7/18/2022 | Hon. Gail Andler (Ret.) | Prepare for mediation session and conference with co-mediator; Joint mediation session focusing on depositions of key executives and selected other issues. | 4.5 | $1,000.00 | $4,500.00 | 2 | $2,250.00 | $66.18 |
| | | **TOTALS:** | **125.3** | | **$105,350.00** | | **$52,675.00** | **$11,499.96** |

**Confidential submission subject to all applicable privileges, including the attorney work product doctrine.**
**Submitted in camera and to defense counsel subject to counsel's agreement that no applicable privileges are waived.**
Page 3