UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION<br><br>This document relates to: *All Actions* | Case No. 18-md-02843-VC<br><br>**ORDER RE MOTIONS TO SEAL**<br>Re: Dkt. No. 1078 |

This order adjudicates the motions to seal associated with the briefing on sanctions.

In the context of a motion for sanctions, parties may file documents under seal so long as there is "good cause" to keep the documents from the public's view. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). "For good cause to exist, the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted." *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002).

*Information From Briefing.* At the hearing, Facebook agreed that the briefing on sanctions should not be filed under seal. *See* Dkt. No. 1048. Facebook's requests to seal information already made public in that briefing are therefore denied. That includes Facebook's requests to seal references to the terms "Hive" and "Switchboard," general descriptions of those terms, the fact that Facebook preserved 137 Hive tables, and certain general information about the transition to Graph API v2.

*Names of ADI Consultants and Business Partners.* Facebook has not explained why the names of its ADI consultants should be kept confidential. The good cause standard is not

1

satisfied by "generalized allegations of injury to reputation and to [business] relationships." *Glenmede Trust Co. v. Thompson*, 56 F.3d 476, 484 (3d Cir. 1995). Some of this information also appears to be public knowledge already. The requests to seal the consultants' names are denied.

For largely the same reasons, Facebook has not shown good cause to seal the names of its business partners, and so those requests are denied as well.

*ADI Memos.* Facebook asks to seal in their entirety certain memos prepared by its consultants in connection with its App Developer Investigation. The names of the investigated apps and certain general information included in these memos is already part of the public record. The requests to seal these memos in their entirety are denied. As noted in the chart below, if Facebook would like seal more specific technical information included in these memos, it should file a renewed motion proposing narrowly tailored redactions.

*Failure to Highlight Proposed Redactions.* For some documents, the parties failed to highlight the proposed redactions on the versions provisionally filed under seal. The requests to seal those documents are denied subject to renewal. The parties should refile the documents with the proposed redactions highlighted.

*Technical Information.* Facebook has shown good cause to seal certain highly technical information related to its data systems, and so those requests are granted.

*Plaintiffs' Personal Information and Facebook Employees' Information.* The parties have shown good cause to seal certain personal information like the plaintiffs' browsing history and the names and emails of certain Facebook employees. The requests to seal that information are granted.

The attached chart adjudicates each specific request.[1] Facebook must file the unredacted documents and any renewed motions to seal by December 12, 2022. Facebook must also file a

---

[1] The chart does not include documents that were first filed under seal by the plaintiffs as part of an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, and which Facebook did not subsequently seek to seal permanently. The parties should file unredacted versions of those documents on the docket by December 12, 2022.

2

chart cross-referencing the original ECF docket numbers for each document provisionally filed under seal with the newly filed unredacted version (or renewed motion to seal). Any renewed motions should comply with the guidance offered by this order.

**IT IS SO ORDERED.**

Dated: December 6, 2022

_____
VINCE CHHABRIA
United States District Judge

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Plaintiffs' Exhibit 1 to Loeser and Weaver Declaration ISO Motion for Sanctions ("Plaintiffs' Exhibit") | Dkt. 873 | Dkt. 905 | Dkts. 905-5, 905-6 | Denied. |
| Facebook | Plaintiffs' Exhibit 16 | Dkt. 873 | Dkt. 905 | Dkts. 905-7, 905-8 | Denied. |
| Facebook | Plaintiffs' Exhibit 17 | Dkt. 873 | Dkt. 905 | Dkts. 905-9, 905-10 | Denied. |
| Facebook | Plaintiffs' Exhibit 18 | Dkt. 873 | Dkt. 905 | Dkts. 905-11, 905-12 | Denied. |
| Facebook | Plaintiffs' Exhibit 19 | Dkt. 873 | Dkt. 905 | Dkts. 905-13, 905-14 | Denied. |
| Facebook | Plaintiffs' Exhibit 23 | Dkt. 873 | Dkt. 905 | Dkts. 905-15, 905-16 | Denied. |
| Facebook | Plaintiffs' Exhibit 25 | Dkt. 873 | Dkt. 905 | Dkts. 905-17, 905-18 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Plaintiffs' Exhibit 26 | Dkt. 873 | Dkt. 905 | Dkts. 906-1, 906-2 | Denied. |
| Facebook | Plaintiffs' Exhibit 27 | Dkt. 873 | Dkt. 905 | Dkts. 906-3, 906-4 | Denied. |
| Facebook | Plaintiffs' Exhibit 31 | Dkt. 873 | Dkt. 905 | Dkts. 906-5, 906-6 | Granted. |
| Facebook | Plaintiffs' Exhibit 32 | Dkt. 873 | Dkt. 905 | Dkts. 906-7, 906-8 | Denied. |
| Facebook | Plaintiffs' Exhibit 33 | Dkt. 873 | Dkt. 905 | Dkts. 906-9, 906-10 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Plaintiffs' Exhibit 34 | Dkt. 873 | Dkt. 905 | Dkts. 906-11, 906-12 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Plaintiffs' Exhibit 51 | Dkt. 873 | Dkt. 905 | Dkts. 906-13, 906-14 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Plaintiffs' Exhibit 55 | Dkt. 873 | Dkt. 905 | Dkts. 906-15, 906-16 | Denied. |
| Facebook | Plaintiffs' Exhibit 60 | Dkt. 873 | Dkt. 905 | Dkts. 906-17, 906-18 | Granted. |
| Facebook | Plaintiffs' Exhibit 61 | Dkt. 873 | Dkt. 905 | Dkts. 906-19, 906-20 | Denied. |
| Facebook | Plaintiffs' Exhibit 63 | Dkt. 873 | Dkt. 905 | Dkt. 906-21 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. |
| Facebook | Plaintiffs' Exhibit 64 | Dkt. 873 | Dkt. 905 | Dkts. 906-22, 906-23 | Granted. |
| Facebook | Plaintiffs' Exhibit 65 | Dkt. 873 | Dkt. 905 | Dkt. 907-1 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. |
| Facebook | Plaintiffs' Exhibit 66 | Dkt. 873 | Dkt. 905 | Dkt. 907-2 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. |
| Facebook | Plaintiffs' Exhibit 67 | Dkt. 873 | Dkt. 905 | Dkt. 907-3 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| | | | | | consistent with the guidance offered in this order. |
| Facebook | Plaintiffs' Exhibit 68 | Dkt. 873 | Dkt. 905 | Dkt. 907-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. |
| Facebook | Exhibit 7 to Stein Declaration ISO Facebook's Opposition to Motion for Sanctions ("Defendant's Exhibit") | Dkt. 910 | N/A | Dkts. 910-3, 910-4 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Defendant's Exhibit 8 | Dkt. 910 | N/A | Dkts. 910-5, 910-6 | Granted. |
| Facebook | Defendant's Exhibit 9 | Dkt. 910 | N/A | Dkts. 910-7, 910-8 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Defendant's Exhibit 20 | Dkt. 910 | N/A | Dkts. 910-9, 910-10 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Defendant's Exhibit 22 | Dkt. 910 | N/A | Dkts. 910-11, 910-12 | Denied. |
| Facebook | Defendant's Exhibit 23 | Dkt. 910 | N/A | Dkts. 910-13, 910-14 | Granted. |
| Facebook | Defendant's Exhibit 25 | Dkt. 910 | N/A | Dkts. 910-15, 910-16 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Defendant's Exhibit 26 | Dkt. 910 | N/A | Dkts. 910-17, 910-18 | Denied. |
| Facebook | Defendant's Exhibit 29 | Dkt. 910 | N/A | Dkts. 910-19, 910-20 | Denied. |
| Facebook | Defendant's Exhibit 32 | Dkt. 910 | N/A | Dkts. 910-21, 910-22 | Denied subject to renewal. The renewed filing should include a version with nothing redacted and the proposed redactions highlighted. |
| Facebook | Defendant's Exhibit 35 | Dkt. 910 | N/A | Dkts. 910-23, 910-24 | Denied. |
| Facebook | Defendant's Exhibit 36 | Dkt. 910 | N/A | Dkts. 910-25, 910-26 | Denied. |
| Facebook | Defendant's Exhibit 38 | Dkt. 910 | N/A | Dkts. 910-27, 910-28 | Denied. |
| Facebook | Defendant's Exhibit 41 | Dkt. 910 | N/A | Dkts. 910-29, 910-30 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered in this order. |
| Plaintiffs | Stein Declaration ISO Facebook's Opposition to Motion for Sanctions | Dkt. 913 | Dkt. 919 | Dkts. 913-3, 913-4 | Granted. |
| Plaintiffs | Defendant's Exhibit 41 | Dkt. 913 | Dkt. 919 | Dkts. 913-5, 913-6 | Granted. |
| Plaintiffs | Defendant's Exhibit 43 | Dkt. 913 | Dkt. 919 | Dkt. 913-7 | Granted. |
| Facebook | Plaintiffs' Exhibit 73 to Weaver and Loeser Declaration ISO Plaintiffs' Reply ISO Motion for Sanctions | Dkt. 921 | Dkt. 927 | Dkt. 927-3 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |

7

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| | ("Plaintiffs' Reply Exhibit") | | | | |
| Facebook | Plaintiffs' Reply Exhibit 74 | Dkt. 921 | Dkt. 927 | Dkt. 927-4 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Plaintiffs' Reply Exhibit 86 | Dkt. 921 | Dkt. 927 | Dkt. 927-5 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Plaintiffs' Reply Exhibit 87 | Dkt. 921 | Dkt. 927 | Dkt. 927-6 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Plaintiffs' Reply Exhibit 88 | Dkt. 921 | Dkt. 927 | Dkt. 927-7 | Denied subject to renewal. The renewed filing should highlight the proposed redactions. |
| Facebook | Special Master's Order Following May 17, 2022 Hearing Regarding Production of Named Plaintiff Data | Dkt. 948 | N/A | Dkts. 948-3, 948-4 | Granted. |
| Facebook | Special Master's Amended Order Regarding Production of Named Plaintiff Data and the Exhibits thereto | Dkt. 981 | N/A | Dkts. 981-3, 981-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion Sanctions | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-4, 1013-2 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Exhibit 90 to the Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions ("Plaintiffs' Supplemental Exhibit") | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-8 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 91 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-9 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 92 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-10 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 93 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-11 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Plaintiffs' Supplemental Exhibit 94 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-12 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 95 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-5, 992-3 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 96 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-6, 992-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 97 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-7, 992-5 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 98 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-5, 1013-3 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 102 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-6, 1013-4 | Granted. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Plaintiffs' Supplemental Exhibit 103 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-7, 1013-5 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 104 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-8, 1013-6 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 105 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-8, 992-6 | Denied. |
| Facebook | Plaintiffs' Supplemental Exhibit 106 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-9, 992-7 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 109 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-10, 992-8 | Denied. |
| Facebook | Plaintiffs' Supplemental Exhibit 112 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-9, 1013-7 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 114 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-31 | Granted. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Plaintiffs' Supplemental Exhibit 115 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-11, 992-9 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 117 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-12, 992-10 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 119 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-10, 1013-8 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 121 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-38 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Supplemental Exhibit 122 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-39 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 123 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-11, 1013-9 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 124 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts 1012-12, 1013-10 | Granted. . |
| Facebook | Plaintiffs' Supplemental Exhibit 125 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts 1012-13, 1013-11 | Denied. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Plaintiffs' Supplemental Exhibit 129 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts 1012-14, 1013-12 | Denied. |
| Facebook | Plaintiffs' Supplemental Exhibit 130 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-47 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 131 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-48 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 132 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-49 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 133 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-50 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 134 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkt. 988-51 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 137 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 991-13, 992-11 | Granted. |
| Facebook | Plaintiffs' Supplemental Exhibit 139 | Dkt. 988 | Dkts. 991, 992, 1012 | Dkts. 1012-15, 1013-13 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Corrected Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions | Dkt. 1007 | Dkt. 1037 | Dkts. 1037-5, 1037-6 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Exhibit 5 (Hendrix Dep. Tr.) | Dkts. 934, 1005 | Dkts. 938, 1038, 1046 | Dkts. 1038-3, 1038-11 | Denied. |
| Facebook | Plaintiffs' Exhibit 31 (Papamiltiadis Dep. Tr.) | Dkt. 1001 | Dkts. 1038, 1046 | Dkts. 1046-3, 1046-4 | Granted. |
| Facebook | Plaintiffs' Exhibit 95 (Duffey Dep. Tr.) | Dkt. 1001 | Dkts. 1038, 1046 | Dkts. 1038-5, 1038-13 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Exhibit 98 (Leone Dep. Tr.) | Dkt. 1001 | Dkts. 1038, 1046 | Dkts. 1038-6, 1038-14 | Granted. |
| Facebook | Plaintiffs' Exhibit 103 (Clark Dep. Tr.) | Dkt. 1001 | Dkts. 1038, 1046 | Dkts. 1038-7, 1038-15 | Granted. |
| Facebook | Plaintiffs' Exhibit 105 (Cross Dep. Tr.) | Dkts. 1001, 1067, 1070 | Dkts. 1038, 1046, 1074 | Dkts. 1038-8, 1038-16, 1074-7, 1074-8 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| Facebook | Plaintiffs' Exhibit 106 (Chang Dep. Tr.) | Dkt. 1001 | Dkts. 1038, 1046 | Dkts. 1038-9, 1038-17 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Plaintiffs' Exhibit 116 (Lee Dep. Tr.) | Dkt. 1001 | Dkts. 1038, 1046 | Dkts. 1038-10, 1038-18 | Granted. |
| Facebook | Plaintiffs' Exhibit 140 | Dkt. 1007 | Dkt. 1041 | Dkts. 1041-3, 1042-1 | Granted. |
| Facebook | Plaintiffs' Exhibit 141 | Dkt. 1007 | Dkt. 1041 | Dkts. 1041-4, 1042-2 | Granted. |
| Facebook | Plaintiffs' Exhibit 142 | Dkt. 1007 | Dkt. 1041 | Dkts. 1041-5, 1042-3 | Granted. |
| Facebook | Special Master's August 19, 2022 Order Regarding Plaintiffs' Request for Leave to Move for Reconsideration of Order Re: Motion to Compel Production of Documents Related to Protiviti Assessment and the Exhibits thereto | Dkts. 1010, 1036 | N/A | Dkts. 1036-3, 1036-4 | Granted. |
| Facebook | Richardson Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to | Dkt. 1016 | N/A | Dkts. 1016-4, 1017-2 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| | Plaintiffs' Motion for Sanctions | | | | |
| Facebook | Exhibit 53 to the Richardson Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanction ("Defendant's Supplemental Exhibit") | Dkt. 1016 | N/A | Dkts. 1016-5, 1017-3 | Granted. |
| Facebook | Defendant's Supplemental Exhibit 56 | Dkt. 1016 | N/A | Dkts. 1016-6, 1017-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Defendant's Supplemental Exhibit 61 | Dkt. 1016 | N/A | Dkts. 1016-7, 1017-5 | Denied. |
| Facebook | Defendant's Supplemental Exhibit 63 | Dkt. 1016 | N/A | Dkts. 1016-8, 1017-6 | Granted. |
| Facebook | Defendant's Supplemental Exhibit 64 | Dkt. 1016 | N/A | Dkts. 1016-9, 1017-7 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| | | | | | consistent with the guidance offered by this order. |
| Facebook | Defendant's Supplemental Exhibit 66 | Dkt. 1016 | N/A | Dkts. 1016-10, 1017-8 | Granted. |
| Facebook | Defendant's Supplemental Exhibit 68 | Dkt. 1016 | N/A | Dkts. 1016-11, 1017-9 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Defendant's Supplemental Exhibit 69 | Dkt. 1016 | N/A | Dkts. 1016-12, 1017-10 | Denied. |
| Facebook | Defendant's Supplemental Exhibit 70 | Dkt. 1016 | N/A | Dkts. 1016-13, 1017-11 | Granted. |
| Facebook | Defendant's Supplemental Exhibit 73 | Dkt. 1016 | N/A | Dkts. 1016-14, 1017-12 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions consistent with the guidance offered by this order. |
| Facebook | Defendant's Supplemental Exhibit 82 | Dkt. 1016 | N/A | Dkts. 1016-15, 1017-13 | Denied. |
| Facebook | Exhibit C to Special Master's Amended Order on Plaintiffs' | Dkt. 1026 | Dkt. 1044 | Dkts. 1044-3, 1044-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| | Motion for Additional Time to Conduct Rule 30(b)(6) Depositions | | | | consistent with the guidance offered by this order. |
| Facebook | Exhibit A to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkt. 1044 | Dkts. 1044-5, 1044-6 | Granted. |
| Facebook | Exhibit B to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkt. 1044 | Dkts. 1044-7, 1044-8 | Granted. |
| Facebook | Exhibit G to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups | Dkt. 1030 | Dkt. 1044 | Dkts. 1044-9, 1044-10 | Denied. |
| Facebook | Special Master's Order Regarding Facebook's Objections to 30(b)(6) Written Questions | Dkt. 1032 | Dkt. 1043 | Dkts. 1043-3, 1043-4 | Denied subject to renewal. The renewed filing should propose narrowly tailored redactions |

| Party Requesting Sealing | Document Title/ Description | ECF No. for Motion to Seal | ECF No. for Statement ISO Sealing | ECF No. for Redacted and Sealed Copies | Decision |
|---|---|---|---|---|---|
| | | | | | consistent with the guidance offered by this order. |
| Facebook | Exhibit A to Special Master's Order Regarding Facebook's Objections to 30(b)(6) Written Questions | Dkt. 1032 | Dkt. 1044 | Dkts. 1044-11, 1044-12 | Granted. |
| Facebook | Exhibit B to Special Master's Order Regarding Facebook's Objections to 30(b)(6) Written Questions | Dkt. 1032 | Dkt. 1044 | Dkts. 1044-13, 1044-14 | Granted. |
| Facebook | Miller Dep. Tr. | Dkts. 1067, 1070 | Dkt. 1074 | Dkts. 1074-3, 1074-4 | Granted. |
| Facebook | Fahey Dep. Tr. | Dkts. 1067, 1070 | Dkt. 1074 | Dkts. 1074-5, 1074-6 | Granted. |