GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
    mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
    dstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Defendant Facebook, Inc.,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

**[PROPOSED] ORDER**

The Court has considered Plaintiffs' materials filed in support of Facebook, Inc.'s

("Facebook") Administrative Motion To Consider Whether Another Party's Material Should Be

Sealed.  Good cause having been shown, Facebook's Administrative Motion To Consider Whether

Another Party's Material Should Be Sealed is GRANTED.  The Court hereby ORDERS:

1.     The redacted versions of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Response to Plaintiffs' Supplemental Brief Regarding Fees and Costs Sought as Sanctions, the Declaration of Gary Greenfield, Appendix A, B, and Exhibits 1–13 shall be filed on the public docket.

2.     The unredacted versions of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Response to Plaintiffs' Supplemental Brief Regarding Fees and Costs Sought as Sanctions, the Declaration of Gary Greenfield, Appendix A, B, and Exhibits 1–13 shall be filed permanently under seal.

**IT IS SO ORDERED.**

DATE:  _____          _____

HON. VINCE CHHABRIA
United States District Judge

Gibson, Dunn &
Crutcher LLP