**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**DECLARATION OF DEBORAH STEIN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

I, Deborah Stein, hereby declare as follows:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bar of California. I submit this declaration in support of Facebook's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. A true and correct **redacted** copy of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Response to Plaintiffs' Supplemental Brief Regarding Fees and Costs Sought as Sanctions is attached hereto.

3. A true and correct **unredacted** copy of Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Response to Plaintiffs' Supplemental Brief Regarding Fees and Costs Sought as Sanctions is attached hereto.

4. A true and correct **redacted** copy of the Declaration of Gary Greenfield, Appendix A, Appendix B, and Exhibits 1–13 is attached hereto.

5. A true and correct **unredacted** copy of the Declaration of Gary Greenfield, Appendix A, Appendix B, and Exhibits 1–13 is attached hereto.

Executed on December 7, 2022 in Los Angeles, California.

                                                      */s/ Deborah Stein*
                                                      Deborah Stein