GIBSON, DUNN & CRUTCHER LLP
Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Rosemarie T. Ring (SBN 220769)
   rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
   mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Deborah Stein (SBN 224570)
   dstein@gibsondunn.com
Heather Richardson
   hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION,<br><br>This document relates to:<br><br>ALL ACTIONS | CASE NO. 3:18-MD-02843-VC<br><br>**FACEBOOK, INC.'S NOTICE OF FILING OF UNREDACTED DOCUMENTS** |

Per the Court's December 6, 2022 Order (Dkt. 1082), Defendant Facebook, Inc. ("Facebook") hereby files unredacted versions of the documents listed below. As the Court instructed, Facebook will promptly file a chart that cross-references the original ECF docket numbers of each document, previously filed under seal, with the new ECF docket numbers of these newly filed unredacted versions.

- Plaintiffs' Exhibit 1 to Loeser and Weaver Declaration ISO Motion for Sanctions ("Plaintiffs' Exhibit")
- Plaintiffs' Exhibit 16
- Plaintiffs' Exhibit 17
- Plaintiffs' Exhibit 18
- Plaintiffs' Exhibit 19
- Plaintiffs' Exhibit 23
- Plaintiffs' Exhibit 26
- Plaintiffs' Exhibit 27
- Plaintiffs' Exhibit 32
- Plaintiffs' Exhibit 55
- Plaintiffs' Exhibit 61
- Exhibit 22 to Stein Declaration ISO Facebook's Opposition to Motion for Sanctions ("Defendant's Exhibit")
- Defendant's Exhibit 26
- Defendant's Exhibit 29
- Defendant's Exhibit 35
- Defendant's Exhibit 36
- Defendant's Exhibit 38
- Plaintiffs' Exhibit 105 to the Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions ("Plaintiffs' Supplemental Exhibit")

- Plaintiffs' Supplemental Exhibit 109

- Plaintiffs' Supplemental Exhibit 125

- Plaintiffs' Supplemental Exhibit 129

- Plaintiffs' Exhibit 5 (Hendrix Dep. Tr.)

- Exhibit 61 to the Richardson Declaration ISO Facebook, Inc., Gibson, Dunn & Crutcher LLP, and Orin Snyder's Supplemental Brief in Opposition to Plaintiffs' Motion for Sanctions ("Defendant's Supplemental Exhibit")

- Defendant's Supplemental Exhibit 69

- Defendant's Supplemental Exhibit 82

- Exhibit G to Special Master's Second Amended Order on Plaintiffs' Motion to Compel Additional Production of Quips, Tasks, and Groups

Facebook also hereby files unredacted versions of the documents listed below, which Facebook no longer requests to seal (in its December 6 Order, the Court denied Facebook's requests to seal, subject to renewal). Facebook will include these documents in the cross-reference chart described above.

- Plaintiffs' Exhibit 25

- Defendant's Exhibit 32

- Plaintiffs' Exhibit 73 to Weaver and Loeser Declaration ISO Plaintiffs' Reply ISO Motion for Sanctions ("Plaintiffs' Reply Exhibit")

- Plaintiffs' Reply Exhibit 86

- Plaintiffs' Reply Exhibit 87

- Plaintiffs' Reply Exhibit 88

- Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion Sanctions

- Plaintiffs' Supplemental Exhibit 94

- Plaintiffs' Supplemental Exhibit 97

- Plaintiffs' Supplemental Exhibit 105 (Full Cross Dep. Tr.)

- Plaintiffs' Supplemental Exhibit 109

- Corrected Weaver Declaration ISO Plaintiffs' Supplemental Brief ISO Motion for Sanctions

- Defendant's Supplemental Exhibit 68

- Exhibit C to Special Master's Amended Order on Plaintiffs' Motion for Additional Time to Conduct Rule 30(b)(6) Depositions

- Special Master's Order Regarding Facebook's Objections to 30(b)(6) Written Questions

Dated:  December 12, 2022          **GIBSON, DUNN & CRUTCHER, LLP**

                                           By: */s/ Deborah Stein*
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Deborah Stein (SBN 224570)
dstein@gibsondunn.com
Heather Richardson
Hrichardson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Russell H. Falconer (*pro hac vice*)
rfalconer@gibsondunn.com
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3170
Facsimile: 214.571.2958

*Attorneys for Defendant Facebook, Inc.*

---