# Plaintiffs' Supplemental Exhibit 94

Privileged and Confidential – A/C Privileged – Attorney Work Product

**Investigative Memorandum: App Developer Background – Zynga Inc.**

| | |
|---|---|
| **TO:** | **Gibson Dunn & Crutcher LLP** |
| **FROM:** | **Stroz Friedberg** |
| **DATE:** | **June 22, 2018** |
| **RE: ZYNGA APPS** | Blackjack (5803363687)<br>Bubble Safari (164731003644283)<br>Bubble Safari Ocean (502072116492610)<br>Café World (101539264719)<br>CoasterVille (446806932006133)<br>Crazy Cake Swap (463679737112949)<br>Dope Wars (6657868731)<br>Empires & Allies (164285363593426)<br>FarmVille (330651527702)<br>FrontierVille (149707305074371)<br>Mafia Wars 2 (121581087940710)<br>Pioneer Trail (266989143414)<br>Pirates Rule the Caribbean! (16421175101)<br>Puzzle Charms (119749381558970)<br>Roller Coaster Kingdom (89771452035)<br>Scramble (6494671374)<br>Treasure Isle (124587080915434) |
| **APP TYPE:** | Gaming apps |

## Executive Summary

### Blackjack
- **Developer Name:** Jason Orcutt, Zynga, Inc.

1

Highly Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02560056

Privileged and Confidential – A/C Privileged – Attorney Work Product

- **Reason for Escalation**: This app was flagged by ALT for possible privacy policy concerns, *"Generally flagging for the Zynga privacy policy, including data collection of "the user ID number and other public data for your friends."*
- **App Status**: Active
- **Preliminary Recommendation**: RFI, Advanced Technical App Review
- **Reason for Preliminary Recommendation:** Zynga Privacy Policy indicates that Zynga shares social network ID and other personal information with third parties, including advertisers, a possible violation of the Facebook Developer Platform Policy. Zynga's use, transfer, and disclosure of user and friends' data has been the subject of media coverage and litigation.[1]  In addition, there was a 2016 data breach involving the theft of data from Zynga by former employees.[2]

## Background Summary

- **App Description:** This app was a version of the casino card game Blackjack. According to ALT, the game launched on Facebook on September 10, 2007, but is no longer available.[3]  The Blackjack app only had approximately 31 users in the past month.
- **Graph v.1.0?:** Yes
- **Special Relationship with Facebook:**  Zynga's Chairman of the Board and former CEO, Mark Pincus, was a founding investor of Facebook.  More information is provided in the management section.
- **Additional information:** N/A
- **Targeted RFI Questions:**
    - Has Zynga transferred, made available or otherwise disclosed any Facebook user data, including in anonymous or aggregate form, to any ad network, data broker, or other advertising or monetization-related service?

---

[1] https://slate.com/technology/2018/03/farmville-helped-sow-the-seeds-of-the-cambridge-analytica-scandal.html; https://www.nytimes.com/2018/03/19/technology/facebook-data-sharing.html; http://www.pcworld.com/article/208267/Zynga_Hit_With_Lawsuit_Over_Facebook_Privacy_Breach.html
[2] http://www.igamingbusiness.com/news/zynga-sues-former-employees-over-data-breach
[3] The game was not among the current games listed on Zynga.com as of 11/29/2011, but the exact date it was removed was not identified during the background research.
https://web.archive.org/web/20111129142824/http://company.zynga.com:80/games/facebook-games

2

Highly Confidential – Attorneys' Eyes Only
Produced Under Compulsion Pursuant to
Discovery Special Master Garrie's December 22, 2021
Amended Order Regarding Production of ADI Related Materials (Dkt. 776)

FB-CA-MDL-02560057

# Exhibit Truncated Due to Size